|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1(a) <br><br> **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** <br> Jennifer R. Hoover (NJ No. 026502001) <br> Noelle B. Torrice (NJ No. 79132013) <br> Continental Plaza II <br> 411 Hackensack Ave., 3rd Floor <br> Hackensack, NJ 07601-6323 <br> Telephone: (302) 442-7010 <br> Facsimile: (302) 442-7012 <br> jhoover@beneschlaw.com <br> ntorrice@beneschlaw.com <br><br> *Counsel to EPC Services Company* |  |
| In re: <br><br> Powin, LLC, *et al.*,[1] <br><br>                    Debtors. | Chapter 11 <br><br> Case No. 25-16137 (MBK) <br><br> Judge: Michael B. Kaplan <br><br> (Joint Administration Requested) |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of EPC Services Company. Request is made that the documents filed in this case and identified below be served on the undersigned at the following addresses:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

27123039

| | |
|---|---|
| Jennifer R. Hoover, Esq.<br>Noelle B. Torrice, Esq.<br>Benesch, Friedlander, Coplan<br>   & Aronoff LLP<br>1313 N. Market Street, Suite 1201<br>Wilmington, DE 19801<br>jhoover@beneschlaw.com<br>ntorrice@beneschlaw.com | Stuart A. Laven, Jr., Esq.<br>UB Greensfelder LLP<br>1660 West 2nd Street<br>Suite 1100<br>Cleveland, OH, 44113-1406<br>salaven@ubglaw.com |

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: June 11, 2025

                                                       */s/ Jennifer R. Hoover*
                                                  Jennifer R. Hoover (NJ No. 026502001)
                                                  Noelle B. Torrice (NJ No. 79132013)
                                                  BENESCH, FRIEDLANDER, COPLAN
                                                        & ARONOFF LLP
                                                  Continental Plaza II
                                                  411 Hackensack Ave., 3rd Floor
                                                  Hackensack, NJ 07601-6323
                                                  Telephone: (302) 442-7010
                                                  Facsimile: (302) 442-7012
                                                  Email: jhoover@beneschlaw.com
                                                                        ntorrice@beneschlaw.com

*Counsel to EPC Services Company*