**DENTONS US LLP**

Tania M. Moyron (*pro hac vice* forthcoming)
Van C. Durrer, II (*pro hac vice* forthcoming)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
  van.durrer@dentons.com

John D. Beck (*pro hac vice* forthcoming)
Sarah M. Schrag (*pro hac vice* forthcoming)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
  sarah.schrag@dentons.com

*Proposed Counsel for Debtors and Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (*pro hac vice* forthcoming)
Amanda C. Glaubach (*pro hac vice* forthcoming)
Eitan Blander (*pro hac vice* forthcoming)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: altogut@teamtogut.com
  aglaubach@teamtogut.com
  eblander@teamtogut.com

*Proposed Counsel for Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br>　　　　Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Joint Administration Requested) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**TO BE HEARD ON JUNE 12, 2025 AT 9:30 A.M. (ET)**

<u>Date and Time</u>:  June 12, 2025, at 9:30 A.M. (Prevailing Eastern Time)

<u>Location of Hearing</u>:  (<u>Hybrid Hearing</u>: *"Via Zoom" or "In Person"*)

**PLEASE TAKE NOTICE** that the First-Day Hearings below are currently scheduled to be heard on June 12, 2025, at 9:30 a.m. (prevailing Eastern Time) before the Honorable Judge Michael B. Kaplan. The First Day Hearings will be "hybrid" hearings, meaning they will be conducted both via Zoom and in-person. Parties wishing to appear remotely must register with the Court by submitting an e-mail to Chambers (chambers_of_mbk@njb.uscourts.gov) indicating the name of the person appearing, their email address, their affiliation, and whom they represent/interest in this case. If the request is approved, the participant will receive appropriate credentials and further instruction. Telephonic information for observational purposes can be found on the page on the Court's website devoted to the *Powin, LLC, et al.,* bankruptcy case: https://www.njb.uscourts.gov/powin.

I. **INTRODUCTION**.

II. **FIRST DAY MOTIONS**:

1. *Debtors' Application for Designation as a Chapter 11 Complex Case* [Docket No. 6].

    <u>Related Documents</u>:

    A. Declaration of Gerard Uzzi in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 13].

    B. Application for Expedited Consideration of First Day Matters [Docket No. 16].

    C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 17].

    <u>Status</u>: This matter is going forward with permission of the Court.

2. *Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 3].

    <u>Related Documents</u>:

    A. Declaration of Gerard Uzzi in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 13].

    B. Application for Expedited Consideration of First Day Matters [Docket No. 16].

    C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 17].

  Status: This matter is going forward with permission of the Court.

3. *Debtors' Motion Seeking Entry of an Order Extending Time to (I) File Schedules and Statements and (II) Granting Related Relief* [Docket No. 10].

  Related Documents:

    A. Declaration of Gerard Uzzi in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 13].

    B. Application for Expedited Consideration of First Day Matters [Docket No. 16].

    C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 17].

  Status: This matter is going forward with permission of the Court.

4. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (B) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (C) Redact Certain Personally Identifiable Information of Natural Persons, and (II) Granting Related Relief* [Docket No. 14].

  Related Documents:

    A. Declaration of Gerard Uzzi in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 13].

    B. Application for Expedited Consideration of First Day Matters [Docket No. 16].

    C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 17].

  Status: This matter is going forward with permission of the Court.

5. *Debtors' Application for Entry of An Order Authorizing the Appointment of Kurtzman Carson Consultants, LLC dba Verita Global as Claims and Noticing Agent Effective as of the Petition Date* [Docket No. 9].

  Related Documents:

    A. Declaration of Gerard Uzzi in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 13].

    B. Application for Expedited Consideration of First Day Matters [Docket No. 16].

    C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 17].

  Status: This matter is going forward with permission of the Court.

6. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing PostPetition Use of Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling A Final Hearing, and (IV) Granting Related Relief* [Docket No. 11].

  Related Documents:

    A. Declaration of Gerard Uzzi in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 13].

    B. Application for Expedited Consideration of First Day Matters [Docket No. 16].

    C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 17].

  Status: This matter is going forward with permission of the Court.

7. *Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing Use of Cash Management Procedures, Bank Accounts, and Existing Business Forms: (II) Prohibiting Setoffs and Freezing of Bank Accounts; (III) Modifying Requirements of Section 345(b) of the Bankruptcy Code; and (IV) for Related Relief* [Docket No. 12].

  Related Documents:

    A. *Declaration of Gerard Uzzi in Support of Debtors' Chapter 11 Petitions and* First Day Motions [Docket No. 13].

    B. Application for Expedited Consideration of First Day Matters [Docket No. 16].

    C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 17].

  Status: This matter is going forward with permission of the Court.

8. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Employee Obligations and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief* [Docket No. 7].

  Related Documents:

    A. Declaration of Gerard Uzzi in Support of Debtors' Chapter 11 Petitions and

First Day Motions [Docket No. 13].

B. Application for Expedited Consideration of First Day Matters [Docket No. 16].

C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 17].

Status: This matter is going forward with permission of the Court.

9. *Debtors' Motion for Entry of an Order (i) Authorizing the Debtors to Enter into New Customer Program with Existing Customers and (II) Granting Related Relief* [Docket No. 15].

Related Documents:

A. Declaration of Gerard Uzzi in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 13].

B. Application for Expedited Consideration of First Day Matters [Docket No. 16].

C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 17].

Status: This matter is going forward with permission of the Court.

10. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Renew, Amend, Supplement, Extend, or Modify Insurance Programs and Pay Obligations thereunder; and (II) Granting Related Relief* [Docket No. 8].

Related Documents:

*A. Declaration of Gerard Uzzi in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 13].*

*B. Application for Expedited Consideration of First Day Matters [Docket No. 16].*

*C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 17].*

Status: This matter is going forward with permission of the Court.

Dated: June 11, 2025

**TOGUT, SEGAL & SEGAL LLP**

<u>/s/ Frank A. Oswald</u>
Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  frankoswald@teamtogut.com

Albert Togut (*pro hac vice* forthcoming)
Amanda C. Glaubach (*pro hac vice* forthcoming)
Eitan Blander (*pro hac vice* forthcoming)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  altogut@teamtogut.com
         aglaubach@teamtogut.com
         eblander@teamtogut.com

- and -

**DENTONS US LLP**

Tania M. Moyron (*pro hac vice* forthcoming)
Van C. Durrer, II (*pro hac vice* forthcoming)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
         van.durrer@dentons.com

John D. Beck (*pro hac vice* forthcoming)
Sarah M. Schrag (*pro hac vice* forthcoming)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
         sarah.schrag@dentons.com

*Proposed Counsel for Debtors and Debtors in Possession*