| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| John W. Weiss<br>Leah M. Eisenberg<br>David E. Sklar<br>**PASHMAN STEIN WALDER & HAYDEN, P.C.**<br>21 Main Street, Suite 200<br>Hackensack, New Jersey 07601<br>Telephone: (201) 270-5477<br>Email: jweiss@pashmanstein.com<br>       leisenberg@pashmanstein.com<br>       dsklar@pashmanstein.com<br><br>-and-<br><br>Joaquin M. C de Baca<br>Richard A. Stieglitz<br>**MAYER BROWN LLP**<br>1221 Avenue of the Americas<br>New York, NY 10020-1001<br>Telephone: (212) 506-2500<br>Email: jcdebaca@mayerbrown.com<br>       rstieglitz@mayerbrown.com<br><br>*Co-Counsel for (1) Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, (2) Longroad Energy Partners, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC, and (3) DTE Electric Company* | |
| In Re:<br><br>POWIN, LLC, *et al.*,[1]<br><br>       Debtors. | Chapter 11<br><br>Case Number: 25-16137 (MBK)<br><br>(Joint Administration Requested) |

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC

# NOTICE OF APPEARANCE AND DEMAND FOR
## SERVICE OF PAPER

To:    Clerk of the Court
        Clarkson S. Fisher U.S. Courthouse
        402 East Street
        Trenton, NJ 08608

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 2002 and 9010(b) the undersigned counsel John W. Weiss, Leah M. Eisenberg, and David E. Sklar enters an appearance in this case on behalf of *(1) Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, (2) Longroad Energy Partners, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC, and (3) DTE Electric Company*. Request is made that all documents filed in this case and identified below be served on the undersigned at this address:

**PASHMAN STEIN WALDER & HAYDEN, P.C.**
John W. Weiss
Leah M. Eisenberg
David E. Sklar
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Telephone: (201) 270-5477
Email: jweiss@pashmanstein.com
       leisenberg@pashmanstein.com
       dsklar@pashmanstein.com

-and-

**MAYER BROWN LLP**
Joaquin M. C de Baca
Richard A. Stieglitz
1221 Avenue of the Americas
New York, NY 10020-1001

---

[5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

>        Telephone: (212) 506-2500
>        Email: jcdebaca@mayerbrown.com
>              rstieglitz@mayerbrown.com

DOCUMENTS:

[X] All notices entered pursuant to Fed. R. Bankr. P. 2002

[X] All documents and pleadings of any nature

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers filed in the proceeding specified above, but also includes, without limitation, orders and notices of any application, motion, pleading, request, suggestion, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted and conveyed by mail, delivery, telephone, telegraph, telex, electronic means or otherwise, which may affect or seek to affect in any way the rights or interests of the above referenced creditors in these Chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that nothing contained herein shall constitute a waiver of any rights or remedies of the above referenced creditors under title 11 of the United States Code or applicable law, including, without limitation, the right to (i) amend, modify, or supplement this Notice, or (ii) raise any jurisdictional argument now or at a later date, including, but not limited to, the right to assert lack of jurisdiction.

Dated: June 12, 2025       **PASHMAN STEIN WALDER HAYDEN, P.C.**
      Hackensack, NJ

/s/ *Leah M. Eisenberg*
John W. Weiss
Leah M. Eisenberg
David E. Sklar
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Telephone: (201) 270-5477
Email:  jweiss@pashmanstein.com
       leisenberg@pashmanstein.com
       dsklar@pashmanstein.com

-and-

**MAYER BROWN LLP**
Joaquin M. C de Baca (*pro hac vice* pending)
Richard A. Stieglitz (*pro hac vice* pending)
1221 Avenue of the Americas
New York, NY 10020-1001
Telephone: (212) 506-2500
Email: jcdebaca@mayerbrown.com
      rstieglitz@mayerbrown.com

*Co-Counsel for (1) Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, (2) Longroad Energy Partners, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC, and (3) DTE Electric Company*