**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>         Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**Order Filed on June 13, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**ORDER GRANTING MOTION OF THE DEBTORS FOR
ENTRY OF AN ORDER (I) AUTHORIZING
THE DEBTORS TO ENTER INTO NEW CUSTOMER PROGRAM
WITH EXISTING CUSTOMERS AND (II) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered 3 through 4, is **ORDERED**.

**DATED: June 13, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [15241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [22495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

(Page 2)

Debtors:            Powin, LLC, *et al.*

Case No.          25-16137

Caption of Order: Order Granting Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Enter Into New Customer Program With Existing Customers; and (II) Granting Related Relief

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| **DENTONS US LLP** | **TOGUT, SEGAL & SEGAL LLP** |
|---|---|
| Tania M. Moyron (*pro hac vice* forthcoming) | Frank A. Oswald (admitted) |
| Van C. Durrer, II (*pro hac vice* forthcoming) | 550 Broad Street |
| 601 S. Figueroa Street #2500 | Suite 1508 |
| Los Angeles, CA 90017 | Newark, NJ 07102 |
| Telephone:  (213) 623-9300 | Telephone:  (212) 594-5000 |
| Facsimile:  (213) 623-9924 | Facsimile:  (212) 967-4258 |
| Email:  tania.moyron@dentons.com | Email:  frankoswald@teamtogut.com |
|        van.durrer@dentons.com | |
| | Albert Togut (*pro hac vice* forthcoming) |
| John D. Beck (*pro hac vice* forthcoming) | Amanda C. Glaubach (*pro hac vice* |
| Sarah M. Schrag (*pro hac vice* forthcoming) | forthcoming) |
| 1221 Avenue of the Americas | Eitan Blander (*pro hac vice* forthcoming) |
| New York, NY 10020-1089 | One Penn Plaza, Suite 3335 |
| Telephone:  (212) 768-6700 | New York, New York 10119 |
| Facsimile:  (212) 768-6800 | Telephone:  (212) 594-5000 |
| Email:  john.beck@dentons.com | Facsimile:  (212) 967-4258 |
|        sarah.schrag@dentons.com | Email:  altogut@teamtogut.com |
| | aglaubach@teamtogut.com |
| *Proposed Counsel for Debtors and* | eblander@teamtogut.com |
| *Debtors in Possession* | |
| | *Proposed Counsel for Debtors and* |
| | *Debtors in Possession* |

(Page 3)
Debtors:             Powin, LLC, *et al.*
Case No.             25-16137
Caption of Order: Order Granting Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Enter Into New Customer Program With Existing Customers; and (II) Granting Related Relief

Upon consideration of the Motion[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"):  (i) authorizing the Debtors to enter into a new customer program with existing customers ("Customers") and (ii) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of New Jersey dated as of September 18, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and the Debtors asserting that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for hearing on the Motion were appropriate under the circumstances and that no other notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion and at the hearing thereon establish just cause for the relief granted herein; and upon all of the proceedings before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.      The Motion is **GRANTED** as set forth herein.

2.      The Debtors are authorized to implement the LTSA Program.

3.      Debtor Powin LLC and Debtor Powin Project LLC will enter into a mutually agreeable services agreement to support the LTSA Program, but no assets will be transferred pending final approval of the order authorizing the Debtors to use cash collateral, which *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral, (II) Granting Adequate Protection to the*

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

US_ACTIVE\130525690

(Page 4)

Debtors:            Powin, LLC, *et al.*

Case No.            25-16137

Caption of Order: Order Granting Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Enter Into New Customer Program With Existing Customers; and (II) Granting Related Relief

*Prepetition Secured Parties, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief* is before the

Court at Docket No. 11.

4.      Notice of the Motion as provided therein shall be deemed good and sufficient notice of such

Motion and the requirements of the Local Rules are satisfied by such notice.

5.      To the extent applicable, the requirements set forth by Bankruptcy Rule 6003 are satisfied.

6.      Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order

are immediately effective and enforceable upon entry.

7.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this

Order in accordance with the Motion, and Customers are entitled to rely on this Order in connection with

participating in the LTSA Program.

8.      Notwithstanding anything to the contrary, any party may move for modification of this Order

in accordance with Local Rule 9013-5(e), including, without limitation, any official committee appointed by

the Office of the United States Trustee.

9.      The Debtors shall serve a copy of this Order and the Motion on all parties required to receive

such service pursuant to Local Rule 9013-5(f).

10.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to

the implementation, interpretation, and enforcement of this Order.