**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption In Compliance with D.N.J. LBR 9004-1(b)

**TOGUT, SEGAL & SEGAL LLP**
Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

**DENTONS US LLP**
Tania M. Moyron (*pro hac vice* forthcoming)
Van C. Durrer, II (*pro hac vice* forthcoming)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
       van.durrer@dentons.com

*Proposed Counsel for Debtors and Debtors in Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Joint Administration Requested) |

## APPLICATION FOR *PRO HAC VICE* ADMISSION OF TANIA M. MOYRON

Powin, LLC and its affiliated debtors in possession (the "Debtors"), by and through their counsel, Dentons US LLP respectfully submit this application (the "Application"), for the pro hac vice admission of Tania M. Moyron and represent as follows:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

1. On June 9, 2025 and June 10, 2025, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above captioned chapter 11 cases in the United States Bankruptcy Court for the District of New Jersey.

2. Tania M. Moyron, an attorney at the firm of Dentons US LLP, has advised the Debtors in connection with matters relevant to these chapter 11 cases. The Debtors request that Ms. Moyron be allowed to appear pro hac vice in these chapter 11 cases.

3. As set forth in the Certification of Ms. Moyron, annexed hereto as **Exhibit A,** Ms. Moyron is a member in good standing of the bar of California. Ms. Moyron is not under suspension or disbarment by any court.

4. If admitted pro hac vice, Ms. Moyron has represented that she will adhere to the disciplinary jurisdiction of this Court.

WHEREFORE, it is respectfully requested that the Court grant the Debtors' Application, pursuant to D.N.J. LBR 9010-1 and L. Civ. R. 101.1(c), to admit counsel pro hac vice in the above captioned matters.

Dated: June 19, 2025

Respectfully submitted,
TOGUT, SEGAL & SEGAL LLP

*/s/ Frank A. Oswald*
Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

*Proposed Counsel for Debtors and Debtors in Possession*

US_ACTIVE\130513906\V-1

**CERTIFICATE OF SERVICE**

      I, Frank A. Oswald, hereby certify that on this 19th day of June, 2025, I caused the foregoing Application and supporting documents to be served by this Court's CM/ECF System.

# **EXHIBIT A**

(Certification)

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption In Compliance with D.N.J. LBR 9004-1(b)*<br><br>**TOGUT, SEGAL & SEGAL LLP**<br>Frank A. Oswald (admitted)<br>550 Broad Street<br>Suite 1508<br>Newark, NJ 07102<br>Telephone:  (212) 594-5000<br>Facsimile:  (212) 967-4258<br>Email:  frankoswald@teamtogut.com<br><br>**DENTONS US LLP**<br>Tania M. Moyron (*pro hac vice* forthcoming)<br>Van C. Durrer, II (*pro hac vice* forthcoming)<br>601 S. Figueroa Street #2500<br>Los Angeles, CA 90017<br>Telephone:  (213) 623-9300<br>Facsimile:  (213) 623-9924<br>Email:  tania.moyron@dentons.com<br>           van.durrer@dentons.com<br><br>*Proposed Counsel for Debtors and*<br>*Debtors in Possession* | |
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Joint Administration Requested) |

## CERTIFICATION OF TANIA M. MYRON
## IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION

TANIA M. MOYRON, of full age, hereby certifies as follows:

1.        I am an attorney with the law firm of Dentons US LLP,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [ 8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR  97062.

US_ACTIVE\130513906\V-1

proposed counsel to the above-captioned debtors and debtors in possession. My firm's office is located at 601 S. Figueroa Street, #2500, Los Angeles, CA 90017. I make this Certification in support of my application to appear in this case pro hac vice pursuant to Local Bankruptcy Rule 9010-1.

2. I am a member of the State Bar of California admitted to practice in 2005. I am also admitted to practice before the United States District Courts for the Central, Eastern and Northern District of California and the U.S. Court of Appeals for the Ninth Circuit.

3. I am a member in good standing of the Bar of California in which I am admitted to practice.

4. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

7. I hereby designate the following member of the bar of this Court with whom the Court and opposing counsel may communicate regarding these cases: Frank A. Oswald.

8. For the foregoing reasons, I respectfully request the application for pro hac vice be granted.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 19, 2025

<i><u>/s/ Tania M. Moyron</u></i><br>
Tania M. Moyron