**DENTONS US LLP**

Lauren Macksoud (admitted)
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912-7100
Facsimile: (973) 912-7199
Email: lauren.macksoud@dentons.com

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
            van.durrer@dentons.com

John D. Beck (*pro hac vice* pending)
Sarah M. Schrag (*pro hac vice* pending)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
            sarah.schrag@dentons.com

*Proposed Counsel for Debtors and Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Amanda C. Glaubach (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: altogut@teamtogut.com
            aglaubach@teamtogut.com
            eblander@teamtogut.com

*Proposed Counsel for Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [ 8348], (viii) Powin Energy Operating Holdings, LLC [22495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR  97062.

US_ACTIVE\130659155\V-3

# NOTICE OF AMENDED DIP FINANCING MILESTONE
# AND BIDDING PROCEDURES CALENDAR

**PLEASE TAKE NOTICE** that the *Interim Order (I) Authorizing the Debtors to Obtain Postpetition Operational Cash Flow Financing; (II) Granting Liens and Providing Superpriority Administrative Expense Claims; (III) Modifying the Automatic Stay; (IV) Scheduling a Final DIP Hearing; and (V) Granting Related Relief* (the "DIP Order") [Docket No. 169] requires the above-referenced affiliated debtors and debtors-in-possession (collectively, the "Debtors") to file a motion to approve, among other things, the designation of a stalking-horse bidder, the stalking-horse bidder protections and bidding procedures by which interested parties may bid on the Debtors' assets (the "Bidding Procedures Motion") by June 27, 2025 (the "Bidding Procedures Milestone").

**PLEASE TAKE FURTHER NOTICE** that the Debtors and FlexGen Power Systems, LLC (the "DIP Lender") continue to work in good faith to finalize the Bidding Procedures Motion, which the parties anticipate will be filed on June 30, 2027. The Debtors and the DIP Lender have therefore agreed to amend the Bidding Procedures Milestone to June 30, 2025.

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding the foregoing, the Debtors hereby provide notice to all interested parties of the bidding procedures calendar for which the Debtors propose to seek approval in the Bidding Procedures Motion:

1. July 3, 2025: Deadline for Debtors to file the Asset Purchase Agreement between Debtors and the Stalking Horse Bidder ("Stalking Horse APA").

2. July 16, 2025: Deadline for the submission of Non-Binding Indications of Interest.

3. July 28, 2025: Deadline for the submission of binding asset purchase agreements (marked against Stalking Horse APA).

4. July 30, 2025: An Auction will be held at Dentons US LLP, 1221 Avenue of the Americas, New York, NY 10020.

5. August 6, 2025: Hearing to approve sale to winning bidder.

6. August 11, 2025: Closing.

[*Signature page to follow*]

| | |
|---|---|
| Dated: June 27, 2025 | **DENTONS US LLP** |

*/s/ Lauren Macksoud*
Lauren Macksoud (admitted)
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912-7100
Facsimile: (973) 912-7199
Email: lauren.macksoud@dentons.com

Tania M. Moyron (admitted pro hac vice)
Van C. Durrer, II (admitted pro hac vice)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
　　　　van.durrer@dentons.com

John D. Beck (pro hac vice pending)
Sarah M. Schrag (pro hac vice pending)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
　　　　sarah.schrag@dentons.com

- and –

TOGUT, SEGAL & SEGAL LLP
Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted pro hac vice)
Amanda C. Glaubach (admitted pro hac vice)
Eitan Blander (admitted pro hac vice)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258

US_ACTIVE\130659155\V-3

        Email: altogut@teamtogut.com
           aglaubach@teamtogut.com
           eblander@teamtogut.com

*Proposed Counsel for Debtors and Debtors-in-Possession*

US_ACTIVE\130659155\V-3