IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**Order Filed on June 30, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

### AMENDED
### ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered three (3) through four (4), is **ORDERED.**

**DATED: June 30, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**DATED: June 30, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 Cases, along with the last four d[igits of each Debtor's federal tax identification] number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; [(iii) ...; (iv) Powin] China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [....]; [(vi) ...;] (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

US_ACTIVE\130659905

(Page 2)
Debtors: Powin, LLC, *et al.*
Case No. 25-16137 (MBK)
Caption of Order: Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**DENTONS US LLP**

Lauren Macksoud (admitted)
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912-7100
Facsimile: (973) 912-7199
Email: lauren.macksoud@dentons.com

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
    van.durrer@dentons.com

John D. Beck (*pro hac vice* pending)
Sarah M. Schrag (*pro hac vice* pending)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
    sarah.schrag@dentons.com

*Proposed Counsel for Debtors and Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Amanda C. Glaubach (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: altogut@teamtogut.com
    aglaubach@teamtogut.com
    eblander@teamtogut.com

*Proposed Counsel for Debtors and Debtors in Possession*

After review of the application of _____the Debtors_____ for a reduction of time for a hearing on the *Expedited Motion of the Debtors for Entry of an Order (I) Authorizing and Approving Settlement and Release Agreement; and (II) Granting Related Relief* under Fed. R. Bankr. P. 9006(c)(1) it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____July 8, 2025_____ at __11:30 am__ in the United States Bankruptcy Court, via Zoom (see paragraph 9) Courtroom No. _____.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Secured Creditors, US Trustee and all parties requesting notice
_____

by ❏ each, ☒ any of the following methods selected by the Court:

❏ fax, ☒ overnight mail, ❏ regular mail, ☒ email, ❏ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: Unsecured Creditors
_____

by ☒ each, ❏ any of the following methods selected by the Court:

❏ fax, ❏ overnight mail, ☒ regular mail, ❏ email, ❏ hand delivery.

4. Service must be made:

❏ on the same day as the date of this order, or

☒ within __2__ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

❏ must be provided to _____

❏ on the same day as the date of this Order, or

❏ within _____ day(s) of the date of this Order.

3

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

    ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail __2__ day(s) prior to the scheduled hearing; or

    ❏ may be presented orally at the hearing.

8.   ❏ Court appearances are required to prosecute said motion/application and any objections.

    ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

9.   ☒ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

    ❏ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*