UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(a)

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
Kevin M. Capuzzi (NJ No. 173442015)
John C. Gentile
Noelle B. Torrice (NJ No. 79132013)
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
kcapuzzi@beneschlaw.com
jgentile@beneschlaw.com
ntorrice@beneschlaw.com

*Counsel to Mainfreight Inc.*

In re:

Powin, LLC, *et al.*,[1]

        Debtors.

Chapter 11

Case No. 25-16137 (MBK)

Judge: Michael B. Kaplan

(Jointly Administered)

**Hearing Date: July 15, 2025 at 11:30 a.m. (ET)**
**Objection Deadline: July 8, 2025**

### NOTICE OF HEARING ON MAINFREIGHT, INC.'S MOTION TO CONFIRM THAT THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(A) DOES NOT APPLY TO CERTAIN GOODS IN ITS POSSESSION

**PLEASE TAKE NOTICE** that on June 27, 2025, Mainfreight, Inc. ("Mainfreight") filed

*Mainfreight Inc.'s Motion to Confirm that the Automatic Stay Pursuant to 11 U.S.C. § 362(a) Does*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

27202062

*Not Apply to Certain Goods in Its Possession* (D.I. 180, the "Motion") with the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, concurrently with the Motion, Mainfreight filed its *Application for Order Shortening Time* (D.I. 181, the "Application").

**PLEASE TAKE FURTHER NOTICE** that, on June 30, 2025, the Bankruptcy Court granted the Application pursuant to the *Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice* (D.I. 205, the "Order Shortening Notice").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **Tuesday, July 15, 2025 at 11:30 a.m. (Eastern Time)**, before the Honorable Michael B. Kaplan in the Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Courtroom No. 8, Trenton, NJ 08608 via ZOOM using the Judge's standard ZOOM link for remote appearances, which can be on the Judge's page on the Court's website: https://www.njb.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served so as to be actually received by the undersigned counsel for Mainfreight, on or before **July 8, 2025**.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Order Shortening Notice, the Application, and the Motion are enclosed with this Notice.

**PLEASE TAKE FURTHER NOTICE** that if no objection or other response to the Motion is timely filed in accordance with the procedures set forth above, the Bankruptcy Court may enter an order granting the relief sought in the Motion without further notice or a hearing.

|  |  |
|---|---|
| Dated: June 30, 2025 | **BENESCH, FRIEDLANDER,**<br>  **COPLAN & ARONOFF LLP**<br><br> _/s/ Kevin M. Capuzzi_<br>Kevin M. Capuzzi (NJ No. 173442015)<br>John C. Gentile<br>Noelle B. Torrice (NJ No. 79132013)<br>Continental Plaza II<br>411 Hackensack Ave., 3rd Floor<br>Hackensack, NJ 07601-6323<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>Email: kcapuzzi@beneschlaw.com<br>         jgentile@beneschlaw.com<br>         ntorrice@beneschlaw.com<br><br>_Counsel to Mainfreight Inc._ |