| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Turner N. Falk<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Telephone: (215) 972-7777<br>turner.falk@saul.com<br><br>-and-<br><br>Lucian B. Murley<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone: (302) 421-6800<br>luke.murley@saul.com<br><br>-and-<br><br>**PORTER HEDGES LLP**<br>Eric M. English (*pro hac vice* pending)<br>James A. Keefe (*pro hac vice* pending)<br>1000 Main St., 36th Floor<br>Houston, TX 77002<br>Tel: (713) 226-6000<br>Fax: (713) 226-6248<br>eenglish@porterhedges.com<br>jkeefe@porterhedges.com<br><br>*Counsel to Key Capture Energy, LLC* | |
| In re:<br><br>POWIN, LLC, *et al.*,[1]<br><br>                        Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

### CERTIFICATION IN SUPPORT OF APPLICATION
### FOR ADMISSION PRO HAC VICE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

41927379.2

I, James A. Keefe, hereby state as follows in support of the Application for Admission Pro Hac Vice:

1. I am an associate with Porter Hedges LLP, and maintain offices at 1000 Main St., 36th Floor, Houston, TX 77002. I will represent Key Capture Energy, LLC in the instant matter solely as an attorney in good standing.

2. I was admitted to practice law in State of Arizona in 2017; the State of New York in 2020; and the State of Texas in 2021.

3. I am a member in good standing of the Bar in every jurisdiction in which I am admitted to practice.

4. There are no disciplinary proceedings pending against me.

5. Discipline has never been imposed against me.

6. I have familiarized myself with the applicable Rules of Professional Conduct and agree to be bound by these Rules upon my admission.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 1, 2025                                  /s/ James A. Keefe
                                                     James A. Keefe

41927379.2