| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* <br> **SAUL EWING LLP** <br> Turner N. Falk <br> 1500 Market Street, 38th Floor <br> Philadelphia, PA 19102 <br> Telephone: (215) 972-7777 <br> turner.falk@saul.com <br><br> -and- <br><br> Lucian B. Murley <br> 1201 N. Market Street, Suite 2300 <br> Wilmington, DE 19801 <br> Telephone: (302) 421-6800 <br> luke.murley@saul.com <br><br> -and- <br><br> **PORTER HEDGES LLP** <br> Eric M. English (*pro hac vice* pending) <br> James A. Keefe (*pro hac vice* pending) <br> 1000 Main St., 36th Floor <br> Houston, TX 77002 <br> Tel: (713) 226-6000 <br> Fax: (713) 226-6248 <br> eenglish@porterhedges.com <br> jkeefe@porterhedges.com <br><br> *Counsel to Key Capture Energy, LLC* |

| | |
|---|---|
| In re: | Chapter 11 |
| POWIN, LLC, *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF SERVICE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

41927379.2

I hereby certify that on July 1, 2025, I did cause the foregoing *Application for Admission Pro Hac Vice* to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record.

**SAUL EWING LLP**

*/s/ Turner N. Falk*
Turner N. Falk
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
turner.falk@saul.com

4

41927379.2