| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* <br> **SAUL EWING LLP** <br> Turner N. Falk <br> 1500 Market Street, 38th Floor <br> Philadelphia, PA 19102 <br> Telephone: (215) 972-7777 <br> turner.falk@saul.com <br><br> -and- <br><br> Lucian B. Murley <br> 1201 N. Market Street, Suite 2300 <br> Wilmington, DE 19801 <br> Telephone: (302) 421-6800 <br> luke.murley@saul.com <br><br> -and- <br><br> **PORTER HEDGES LLP** <br> Eric M. English (*pro hac vice* pending) <br> James A. Keefe (*pro hac vice* pending) <br> 1000 Main St., 36th Floor <br> Houston, TX 77002 <br> Tel: (713) 226-6000 <br> Fax: (713) 226-6248 <br> eenglish@porterhedges.com <br> jkeefe@porterhedges.com <br><br> *Counsel to Key Capture Energy, LLC* | |
| In re: <br><br> POWIN, LLC, *et al.*,[1] <br><br>                                Debtors. | Chapter 11 <br><br> Case No. 25-16137 (MBK) <br><br> (Jointly Administered) |

# NOTICE OF APPEARANCE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>Key Capture Energy, LLC</u>. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

| | |
|---|---|
| **PORTER HEDGES LLP**<br>Eric M. English<br>James A. Keefe<br>1000 Main St., 36th Floor<br>Houston, TX 77002<br>Tel: (713) 226-6000<br>Fax: (713) 226-6248<br>eenglish@porterhedges.com<br>jkeefe@porterhedges.com | **SAUL EWING LLP**<br><br>Turner N. Falk<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Telephone: (215) 972-7777<br>turner.falk@saul.com<br><br>-and-<br><br>Lucian B. Murley<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone: (302) 421-6800<br>luke.murley@saul.com |

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Dated: July 1, 2025

Respectfully submitted,

**SAUL EWING LLP**

<u>/s/ Turner N. Falk</u>
Turner N. Falk
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
turner.falk@saul.com

-and-

Lucian B. Murley
1201 N. Market Street, Suite 2300

Wilmington, DE 19801
Telephone: (302) 421-6800
luke.murley@saul.com

-and-

**PORTER HEDGES LLP**
Eric M. English (*pro hac vice* pending)
James A. Keefe (*pro hac vice* pending)
1000 Main St., 36th Floor
Houston, TX 77002
Tel: (713) 226-6000
Fax: (713) 226-6248
eenglish@porterhedges.com
jkeefe@porterhedges.com

*Counsel to Key Capture Energy, LLC*