| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | |
| **EVERSHEDS SUTHERLAND (US) LLP** <br> Todd C. Meyers <br> Sameer M. Alifarag <br> toddmeyers@eversheds-sutherland.com <br> sameeralifarag@eversheds-sutherland.com <br> The Grace Building, 40th Floor <br> 1114 Avenue of the Americas <br> New York, New York 10036 <br> Tel: (212) 389-5000 <br><br> *Counsel to JMS Wind Energy, LLC* | **EVERSHEDS SUTHERLAND (US) LLP** <br> Todd C. Meyers <br> toddmeyers@eversheds-sutherland.com <br> 999 Peachtree Street NE, Suite 2300 <br> Atlanta, Georgia 30309 <br> Tel: (404) 853-8000 <br><br><br><br><br> *Counsel to JMS Wind Energy, LLC* |
| In re: <br><br> POWIN, LLC, *et al.*,[1] <br><br>            Debtors. | Chapter 11 <br><br> Case No. 25-16137 (MBK) <br> (Jointly Administered) <br><br> Honorable Michael B. Kaplan |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of JMS Wind Energy, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    Todd C. Meyers, Esq.
                           Sameer M. Alifarag, Esq.
                           Eversheds Sutherland (US) LLP
                           The Grace Building, 40th Floor
                           1114 Avenue of the Americas
                           New York, New York 10036
                           Tel: (212) 389-5000
                           Email: toddmeyers@eversheds-sutherland.com

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue, Tualatin, OR 97062.

Case 25-16137-MBK    Doc 227    Filed 07/01/25    Entered 07/01/25 16:43:16    Desc Main
Document      Page 2 of 2

sameeralifarag@eversheds-sutherland.com

-and-

Todd C. Meyers, Esq.
Eversheds Sutherland (US) LLP
999 Peachtree Street NE, Suite 2300
Atlanta, Georgia 30309
Tel: (404) 853-8000
Email: toddmeyers@eversheds-sutherland.com

DOCUMENTS:

☒   All notices entered pursuant to Fed. R. Bankr. P. 2002

☒   All documents and pleadings of any nature.

Dated: July 1, 2025            */s/ Sameer M. Alifarag*
                                                  Todd C. Meyers
Sameer M. Alifarag (NJ No. 353692021)
EVERSHEDS SUTHERLAND (US) LLP
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 389-5000
Email: toddmeyers@eversheds-sutherland.com
        sameeralifarag@eversheds-sutherland.com

-and-

Todd C. Meyers
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street NE, Suite 2300
Atlanta, Georgia 30309
Tel: (404) 853-8000
Email: toddmeyers@eversheds-sutherland.com

*Counsel to JMS Wind Energy, LLC*