| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **EVERSHEDS SUTHERLAND (US) LLP**<br>Sameer M. Alifarag<br>sameeralifarag@eversheds-sutherland.com<br>The Grace Building, 40th Floor<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 389-5000<br><br>*Counsel to Pulse Clean Energy SPV Watt Limited* | **EVERSHEDS SUTHERLAND (US) LLP**<br>David A. Wender<br>davidwender@eversheds-sutherland.com<br>999 Peachtree Street NE, Suite 2300<br>Atlanta, Georgia 30309<br>Tel: (404) 853-8175<br>Fax: (404) 853-8806<br><br>*Counsel to Pulse Clean Energy SPV Watt Limited* |
| In re:<br><br>POWIN, LLC, *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br>(Jointly Administered)<br><br>Honorable Michael B. Kaplan |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of Pulse Clean Energy SPV Watt Limited. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    Sameer M. Alifarag, Esq.
                       Eversheds Sutherland (US) LLP
                       The Grace Building, 40th Floor
                       1114 Avenue of the Americas
                       New York, New York 10036
                       Tel: (212) 389-5000
                       Email: sameeralifarag@eversheds-sutherland.com

                       -and-

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue, Tualatin, OR 97062.

David A. Wender, Esq.
Eversheds Sutherland (US) LLP
999 Peachtree Street NE, Suite 2300
Atlanta, Georgia 30309
Tel: (404) 853-8175
Fax: (404) 853-8806
Email: davidwender@eversheds-sutherland.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002

☒ All documents and pleadings of any nature.

Dated: July 2, 2025

*/s/ Sameer M. Alifarag*
Sameer M. Alifarag (NJ No. 353692021)
EVERSHEDS SUTHERLAND (US) LLP
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 389-5000
Email: sameeralifarag@eversheds-sutherland.com

-and-

David A. Wender (*pro hac vice* forthcoming)
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street NE, Suite 2300
Atlanta, Georgia 30309
Tel: (404) 853-8175
Fax: (404) 853-8806
Email: davidwender@eversheds-sutherland.com

*Counsel to Pulse Clean Energy SPV Watt Limited*