UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**EVERSHEDS SUTHERLAND (US) LLP**
Sameer M. Alifarag
sameeralifarag@eversheds-sutherland.com
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 389-5000

*Counsel to Pulse Clean Energy SPV Watt Limited*

| In re: | Chapter 11 |
|---|---|
| POWIN, LLC, *et al.*,[1] | Case No. 25-16137 (MBK) |
| | (Jointly Administered) |
| Debtors. | Honorable Michael B. Kaplan |

## APPLICATION FOR AN ORDER FOR ADMISSION OF DAVID A. WENDER *PRO HAC VICE*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue, Tualatin, OR 97062.

53392184.1

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the admission *pro hac vice* of David A. Wender, of the law firm of Eversheds Sutherland (US) LLP, to represent Pulse Clean Energy SPV Watt Limited in the above-captioned chapter 11 cases. In support of this application, counsel submits the attached Certification of David A. Wender, and requests that the proposed form of order submitted herewith be entered. Counsel certifies that he is admitted, practicing, and a member in good standing with the Bars of the States of Georgia and Texas.

Dated: July 2, 2025

/s/ *Sameer M. Alifarag*
Sameer M. Alifarag (NJ No. 353692021)
EVERSHEDS SUTHERLAND (US) LLP
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 389-5000
Email: sameeralifarag@eversheds-sutherland.com

53392184.1