UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **EVERSHEDS SUTHERLAND (US) LLP**<br>Sameer M. Alifarag<br>sameeralifarag@eversheds-sutherland.com<br>The Grace Building, 40th Floor<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 389-5000<br><br>*Counsel to Pulse Clean Energy SPV Watt Limited* | |
| In re:<br><br>POWIN, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br>(Jointly Administered)<br><br>Honorable Michael B. Kaplan |

### CERTIFICATION OF DAVID A. WENDER

**DAVID A. WENDER**, being of full age, hereby certifies that:

1.  I am an attorney with the law firm, Eversheds Sutherland (US) LLP ("Eversheds"), located at 999 Peachtree Street NE, Suite 2300, Atlanta, Georgia 30309.

2.  I make this Certification in support of my application (the "Application") pursuant to Civil Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (together, the "Local Bankruptcy Rules"), for admission *pro hac vice*. Eversheds

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue, Tualatin, OR 97062.

has been retained to serve as counsel for Pulse Clean Energy SPV Watt Limited in connection with the above-captioned cases.

3. I am, and have been, a member in good standing of the bars of the State of Georgia, since 2003, and Texas, since 2012. I am also admitted to practice before the United States District Court for the Northern District of Georgia, United States District Court for the Middle District of Georgia, United States District Court for the Eastern District of Texas, United States District Court for the Southern District of Texas, United States District Court for the Western District of Texas, United States District Court for the Northern District of Texas, United States Bankruptcy Court for the Southern District of Texas, United States Bankruptcy Court for the Northern District of Texas, United States Bankruptcy Court for the Eastern District of Texas, and United States Bankruptcy Court for the Western District of Texas. I have appeared before the U.S. federal bankruptcy courts in a variety of jurisdictions, including, without limitation, the District of Delaware, the Middle District of Florida, the Southern District of New York, the Eastern District of North Carolina, and the Western District of North Carolina.

4. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I certify under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on: July 2, 2025

_____
David A. Wender