**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Lorraine McGowen, Esq. (admitted *pro hac vice*)
Michael Trentin, Esq.
Jenna MacDonald Busche, Esq. (admitted *pro hac vice*)
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Email: lmcgowen@orrick.com
　　　　mtrentin@orrick.com
　　　　jmacdonaldbusche@orrick.com

*Counsel to EDF Power Solutions, Inc. (f/k/a EDF Renewables, Inc.)*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| POWIN, LLC, *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Orrick, Herrington & Sutcliffe LLP hereby enters its appearance in the above-captioned cases as counsel to EDF Power Solutions, Inc. (f/k/a EDF Renewables, Inc.) ("EDF"), pursuant to 11 U.S.C. § 1109(b) and rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that further copies of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

all notices and pleadings given or filed in the above-captioned case be given to and served upon the following at the address listed below:

> **ORRICK, HERRINGTON & SUTCLIFFE LLP**
> Lorraine McGowen, Esq.
> Michael Trentin, Esq.
> Jenna MacDonald Busche, Esq.
> 51 West 52nd Street
> New York, New York 10019-6142
> Telephone: (212) 506-5000
> Facsimile: (212) 506-5151
> Email: lmcgowen@orrick.com
>        mtrentin@orrick.com
>        jmacdonaldbusche@orrick.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in the above-referenced case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended nor shall be deemed to waive EDF's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

| | |
|---|---|
| Dated:  July 2, 2025 | **ORRICK, HERRINGTON & SUTCLIFFE LLP**<br><br>*/s/ Michael Trentin*<br>Michael Trentin, Esq.<br>Lorraine McGowen, Esq. (admitted *pro hac vice*)<br>Jenna MacDonald Busche, Esq. (admitted *pro hac vice*)<br>51 West 52nd Street<br>New York, New York 10019-6142<br>Telephone: (212) 506-5000<br>Facsimile: (212) 506-5151<br>Email:  mtrentin@orrick.com<br>            lmcgowen@orrick.com<br>            jmacdonaldbusche@orrick.com<br><br>*Counsel to EDF Power Solutions, Inc. (f/k/a EDF Renewables, Inc.)* |