| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>TOGUT, SEGAL & SEGAL LLP<br><br>Frank A. Oswald (admitted)<br>550 Broad Street, Suite 1508<br>Newark, NJ 07102<br>Telephone: (212) 594-5000<br>Facsimile: (212) 967-4258<br>Email: frankoswald@teamtogut.com<br><br>Proposed Counsel for Debtors and<br>Debtors in Possession |
| In Re:<br>Powin, LLC, et al. |

Order Filed on July 3, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: _____25-16137_____

Chapter: _____11_____

Judge: ____Michael B. Kaplan____

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: July 3, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of _____Debtors_____ for a reduction of time for a hearing on ___the Debtors' Motion to designate a stalking horse bidder and approve bidding procedures [Docket No. 228]___ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __July 15, 2025__ at __11:30 am__ in the United States Bankruptcy Court, Courtroom No. __8__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: US Trustee and to all interested parties.

by ❏ each, ☒ any of the following methods selected by the Court:

❏ fax, ☒ overnight mail, ❏ regular mail, ☒ email, ❏ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ❏ each, ❏ any of the following methods selected by the Court:

❏ fax, ❏ overnight mail, ❏ regular mail, ❏ email, ❏ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

❏ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

❏ must be provided to _____

❏ on the same day as the date of this Order, or

❏ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

   ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail by July 11, 2025, at 4:00 p.m.

   ☐ may be presented orally at the hearing.

8. ☐ Court appearances are required to prosecute said motion/application and any objections.

   ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ☐ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

   ☒ The hearing will be conducted via a specialized Zoom link. See instructions below:

   *** Parties wishing to present argument must request panelist status by emailing Chambers at chambers_of_mbk@njb.uscourts.gov.  If the request is approved, the recipient will receive appropriate credentials and further instruction.  Information for observational purposes can be found on the page on the Court's website devoted to the Powin case: https://www.njb.uscourts.gov/powin"

*rev.5/19/2025*