WWR# 041836359

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
AT TRENTON

| | |
|---|---|
| IN RE: | CASE NO. 25-16137 |
| POWIN, LLC | CHAPTER 11 |
| | JUDGE MICHAEL B. KAPLAN |
| DEBTOR(S) | |

### **REQUEST FOR NOTICE**

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as agent for creditor, TOYOTA INDUSTRIES COMMERCIAL FINANCE INC..

Please send all further communications, pleadings, court notices, and other documents intended for TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. to undersigned agent.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ SCOTT D. FINK
SCOTT D. FINK
Agent for Creditor
5990 WEST CREEK RD SUITE 200
INDEPENDENCE, OH 44131
877-338-9484
bronationalecf@weltman.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 3rd day of July, 2025 addressed to:

LAUREN M MACKSOUD, Attorney for Debtor
LAUREN.MACKSOUD@DENTONS.COM

,


OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

POWIN, LLC
20550 SW 115TH AVE
TUALATIN,  OR 97062-6857

 

    Respectfully submitted,
    Weltman, Weinberg & Reis Co. LPA


    /s/ SCOTT D. FINK
    SCOTT D. FINK
    Agent for Creditor
    5990 WEST CREEK RD SUITE 200
    INDEPENDENCE, OH 44131
    877-338-9484
    bronationalecf@weltman.com