**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br>              Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Darlene S. Calderon, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On June 27, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **First Amended Order Granting Motion of the Debtors for Entry of an Order (I) Directing Joint Administration of Affiliated Chapter 11 Cases; and (II) Granting Related Relief** [Docket No. 173]

- **Notice of Adjournment of July 8, 2025 Hearing with Respect to Final Orders on Certain First Day Motions ("Second Day Hearing")** [Docket No. 175]

- **Notice of Amended DIP Financing Milestone and Bidding Procedures Calendar** [Docket No. 186]

Furthermore, on June 27, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**; and via First Class Mail upon the service lists attached hereto as **Exhibit E** and **Exhibit F**:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

- **Notice of Adjournment of July 8, 2025 Hearing with Respect to Final Orders on Certain First Day Motions ("Second Day Hearing")** [Docket No. 175]

Dated: July 3, 2025

/s/ *Darlene S. Calderon*
Darlene S. Calderon
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

# Exhibit A

# Exhibit A
## Master Service List
### Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 50 Creditor | 8LOOP Logistics LLC | | accounting@8looplogistics.com |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | Ace Engineering & Co., Ltd. | Carl Kim | chloe@acecontainer.com; carl.kim@aceengineering.com |
| Interested Party | AKA Energy Systems | Jason Aspin | jasonaspin@aka-group.com |
| Interested Party | Akaysha | Paul Curnow | paul.curnow@akayshaenergy.com |
| Interested Party | APEX Clean Energy | Scott Weiss | Scott.Weiss@apexcleanenergy.com |
| Counsel for Celestica LLC | Arnold & Porter Kaye Scholer LLP | Benjamin Mintz, Justin Imperato, Gabby Ferreira | benjamin.mintz@arnoldporter.com; justin.imperato@arnoldporter.com; gabby.ferreira@arnoldporter.com |
| Counsel for Celestica LLC | Arnold & Porter Kaye Scholer LLP | Lee M. Cortes, Jr. | lee.cortes@arnoldporter.com |
| Top 50 Creditor | Ashbaugh Energy Consulting | | ashbaughenergy@gmail.com |
| Counsel for Idaho Power Company | Baker Botts LLP | Micheline Deeik | micheline.deeik@bakerbotts.com |
| Counsel for Idaho Power Company | Baker Botts LLP | Richard B. Harper, Scott R. Bowling | richard.harper@bakerbotts.com; scott.bowling@bakerbotts.com |
| Counsel to EPC Services Company | Benesch, Friedlander, Coplan & Aronoff LLP | Jennifer R. Hoover, Noelle B. Torrice | jhoover@beneschlaw.com; ntorrice@beneschlaw.com |
| Counsel to Mainfreight Inc. and Mesa Logistics Group, LLC d/b/a Trivergix Group | Benesch, Friedlander, Coplan & Aronoff LLP | Kevin M. Capuzzi, John C. Gentile, Noelle B. Torrice | kcapuzzi@beneschlaw.com; jgentile@beneschlaw.com; ntorrice@beneschlaw.com |
| Top 50 Creditor | Bergstrom China | | SShi@bergstrominc.com |
| Interested Party | Berkshire Hathaway | Alicia Knapp, Joe Johnson | Alicia.Knapp@bherenewables.com; Josiah.Johnson@bherenewables.com |
| Member of Official Committee of Unsecured Creditors | Brian Palomino | Jack A. Raisner, Raisner Roupinian LLP | jar@raisnerroupinian.com |
| Top 50 Creditor | Build AppliedLogix, LLC | | tduffy@appliedlogix.com |
| Top 50 Creditor | Building Automation Products, Inc. | | Accountsreceivable@bapisensors.com |
| Top 50 Creditor | Carel USA, INC | | accounts.receivable_usa@carel.com |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | Celestica LLC | Michael Paul Giallella | mgiallella@celestica.com |
| Top 50 Creditor | CEVA Logistics US, Inc. | | juanfernando.aguilar@cevalogistics.com |
| Top 50 Creditor | Clean Energy Services CES LLC | | accounts.receivable@cesrenewables.com |
| Interested Party | CleanPeak Energy | Gavin Smith | gavin.smith@cleanpeakenergy.com.au |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | Contemporary Amperex Technology Co., Limited (CATL) | Micah Siegal | RuanTF@catlbattery.com; micahsiegal@catl.com |
| Top 50 Creditor | Contemporary Nebula Technology Energy Co., Ltd. | | xuezhen.lin@cntepower.com |
| Interested Party | Convergent | Frank Genova, Miranda Morton | fgenova@convergentep.com; mmorton@convergentep.com |
| Interested Party | Countryside | Cagri Ozmerdiven | cozmerdiven@csenergy.com |
| Top 50 Creditor | Crowe LLP | | arremitadv@crowe.com |
| Interested Party | DTE Energy | Chuck Conlen | charles.conlen@dteenergy.com |
| Top 50 Creditor | EBARA Densan (Qingdao) Technology Co.,Ltd. | | dong.jiakun@edq-ebara.com |
| Interested Party | EDF | Art Del Rio, Blaine Sundwall, Chelsea Turner | art.delrio@edf-re.com; Blaine.Sundwall@edf-re.com; Chelsea.Turner@edf-re.com |
| Interested Party | EnergyRE | Ann Walter, Rocio Mendoza, Greg White, Surya Mohan | Ann.Walter@energyre.com; rocio.mendoza@energyre.com; Greg.White@energyre.com; Surya.Mohan@energyre.com |
| Top 50 Creditor | EnergyRE / Lone Star Solar, LLC | Rocio Guadalupe Mendoza | rocio.mendoza@energyre.com |
| Top 50 Creditor | EnergyRE / Lone Star Solar, LLC | Rocio Guadalupe Mendoza | rocio.mendoza@energyre.com |
| Top 50 Creditor | Envision AESC US LLC | | ken.srebnik@envision-aesc.com |
| Interested Party | esVolta | Randolph Mann, Justin Johns | randolph.mann@esvolta.com; justin.johns@esvolta.com |
| Top 50 Creditor | Expeditors International of Washington, Inc. | | remit@expeditors.com |
| Top 50 Creditor | Experience Knowledge Strategy, S.L. | | fronquillo@eksenergy.com |
| Counsel to Keyframe Capital Partners, L.P | Faegre Drinker Biddle & Reath LLP | Drew Magee | drew.magee@faegredrinker.com |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 1 of 4

**Exhibit A**
**Master Service List**
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to the Cash Flow DIP Lender and Keyframe Capital Partners, L.P | Faegre Drinker Biddle & Reath LLP | James H. Millar, Kyle R. Kistinger | james.millar@faegredrinker.com; kyle.kistinger@faegredrinker.com |
| Counsel to Keyframe Capital Partners, L.P | Faegre Drinker Biddle & Reath LLP | Michael P. Pompeo | michael.pompeo@faegredrinker.com |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | Formosa Electronic Industries Inc. | Vodka Lee | kelvin.chen@feii.com.tw; flora.zhang@feii.com.tw; vodka.lee@feii.com.tw |
| Top 50 Creditor | Front Range–Midway Solar Project, LLC (Naturgy) | Farella Braun & Martel | gkaplan@fbm.com |
| Counsel for GLAS USA LLC | Gibbons P.C. | Brett S. Theisen | btheisen@gibbonslaw.com |
| Co-counsel for certain funds and accounts managed by KKR Credit Advisors (US) LLC | Gibbons P.C. | John S. Mairo, Kyle P. McEvilly | jmairo@gibbonslaw.com; kmcevilly@gibbonslaw.com |
| Agent for the Prepetition Lenders and Top 50 Creditor | GLAS USA LLC | | clientservices.americas@glas.agency |
| Interested Party | Glidepath | Mark Breen | mbreen@glidepath.net |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | GreEnergy Resources LLC | Adam Fenner | adam.fenner@greenergyresources.com |
| Interested Party | Hecate | Nick Peri | nperi@fullmarkenergy.com |
| Top 50 Creditor | Hitachi Energy USA Inc. | | us-pg-ar@hitachienergy.com |
| Counsel for Invenergy, LLC | Holland & Knight LLP | Barbra R. Parlin | barbra.parlin@hklaw.com |
| Interested Party | Honeywell | Thomas Craig | Thomas.Craig2@Honeywell.com |
| Top 50 Creditor | Huizhou Topband Electrical Technology Co., LTD | | wuxr@topband.com.cn |
| Interested Party | Hunt Energy Solutions | Hunter Hunt | hhunt@huntconsolidated.com |
| Interested Party | Idaho Power | Adam Richins | ARichins@idahopower.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Interested Party | Invenergy | Derek Price, David Azari | dprice@invenergy.com; DAzari@invenergy.com |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | JMS Wind Energy, LLC | Will Douglas | julie@jmswindenergy.com; will.douglas@jmsenergy.net |
| Interested Party | Jupiter Power | David Hernandez | david.hernandez@jupiterpower.io |
| Interested Party | KCE | Brian Hayes, Colin Tareila | brian.hayes@keycaptureenergy.com; Colin.Tareila@keycaptureenergy.com |
| Interested Party | Kia Energy | Stream Energy Team | elugo@streamenergy.mx; acampos@streamenergy.mx; jalvarez@streamenergy.mx |
| Interested Party | KMC (project Brandywine Onward Energy) | Paul Wasssil | paul.wassil@onwardenergy.com |
| Top 50 Creditor | KPMG LLP | | us-bkrdasc-ar@kpmg.com |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | Kupono Solar, LLC | c/o Ameresco, Inc., Rebecca McIntyre | mchiplock@ameresco.com; rmcintyre@ameresco.com |
| Counsel to DIP Lender FlexGen Power Systems | Latham & Watkins | Andrew Sorkin | andrew.sorkin@lw.com |
| Counsel to DIP Lender FlexGen Power Systems | Latham & Watkins | David Hammerman, Blake Denton | david.hammerman@lw.com; blake.denton@lw.com |
| Counsel to DIP Lender FlexGen Power Systems | Latham & Watkins | Jeffrey Mispagel | jeffrey.mispagel@lw.com |
| Counsel to DIP Lender FlexGen Power Systems | Latham & Watkins | Whit Morley | whit.morley@lw.com |
| Interested Party | Leader | Phil | phil@ysolar.com.tw |
| Top 50 Creditor | Leader Energy Storage Technology Co., Ltd | | cychuang@leadfar.com.tw |
| Interested Party | Leeward | Jason Allen, Theodore Matula | Jason.Allen@LeewardEnergy.com; Theodore.Matula@LeewardEnergy.com |
| Interested Party | Longroad | Michael Alvarez, Paul Gaynor | michael.alvarez@longroadenergy.com; paul.gaynor@longroadenergy.com |
| Top 50 Creditor | Mainfreight Air & Ocean Pty Ltd | | lorraine.govender@mainfreight.com |
| Top 50 Creditor | Mainz Brady Group, Inc. | | accounting@mbg.com |

**Exhibit A**
**Master Service List**
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Co-Counsel for Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, Longroad Energy Partners, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC, and DTE Electric Company | Mayer Brown LLP | Joaquin M. C de Baca, Richard A. Stieglitz, Youmi Kim | jcdebaca@mayerbrown.com; rstieglitz@mayerbrown.com; ykim@mayerbrown.com |
| Top 50 Creditor | McGuireWoods Consulting LLP | | artaskforce@mcguirewoods.com |
| Top 50 Creditor | McKinsey & Company, Inc. United States | | US_AR@mckinsey.com |
| Interested Party | MHPS | Michael Leonard | michael.leonard@amer.mhps.com |
| Top 50 Creditor | Miller Nash Graham & Dunn LLP | | clientservices@millernash.com |
| New Jersey Division of Taxation | New Jersey Division of Taxation | Compliance and Enforcement - Bankruptcy Unit | NJTax.BNCnoticeonly@treas.nj.gov |
| Interested Party | Nidec | Damien Iwanski | damien.iwanski@nidec-asi.com |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Jeffery M. Sponder, Lauren Bielskie | Lauren.Bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov |
| Interested Party | OPALCO | Foster Hildreth | fhildreth@opalco.com |
| Interested Party | Orange & Rockland | David A. Brooks | BROOKSDA@coned.com |
| Interested Party | Ormat | Elad Zalkin | ezalkin@ormat.com |
| Top 50 Creditor | Orr Protection | Erica Khourjian | opsaccounting@orrprotection.com |
| Counsel to esVolta, LP | Orrick, Herrington & Sutcliffe LLP | Lorraine McGowen, Michael Trentin, Jenna MacDonald Busche | lmcgowen@orrick.com; mtrentin@orrick.com; jmacdonaldbusche@orrick.com |
| Co-Counsel for Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, Longroad Energy Partners, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC, and DTE Electric Company | Pashman Stein Walder & Hayden, P.C. | John W. Weiss, Leah M. Eisenberg, David E. Sklar | jweiss@pashmanstein.com; leisenberg@pashmanstein.com; dsklar@pashmanstein.com |
| Top 50 Creditor | Pearce Services, LLC | | essnotifications@pearce-renewables.com |
| Counsel for Prevalon Energy LLC and Mitsubishi Power Americas, Inc. | Pillsbury Winthrop Shaw Pittman LLP | John A. Pintarelli, Patrick E. Fitzmaurice | john.pintarelli@pillsburylaw.com; patrick.fitzmaurice@pillsburylaw.com |
| Interested Party | PNM | PNM Team | Christian.Reeves@txnmenergy.com; Christopher.Pecoraro@txnmenergy.com; christopher.pecoraro@pnmresources.com; Sean.LEcluse@txnmenergy.com |
| Interested Party | Portland General Electric | Kevin Whitener | kevin.whitener@pgn.com |
| Interested Party | Powerflex | Bryan Towe | bryan.towe@powerflex.com |
| Interested Party | PowerSecure | Eric Dupont | edupont@powersecure.com |
| Interested Party | Prevalon (Mitsubishi Power) | Tom Cornell, Michael McManus | thomas.cornell@prevalonenergy.com; Michael.McManus@prevalonenergy.com |
| Top 50 Creditor | Propeller Inc | | lvillarreal@propellerpdx.com |
| Interested Party | Pulse Clean Energy | Trevor Wills | trevor.wills@pulsecleanenergy.com |
| Interested Party | Pure Power Solutions | Rody Jonas | rody@purepowersolutions.com |
| Interested Party | PureSky | PureSky Team | Muhammed.Johar@pureskyenergy.com; taylor.dunn@pureskyenergy.com |
| Top 50 Creditor | Qingdao CIMC Container Manufacture Co., Ltd | | haiming.li2021@cimc.com |
| Top 50 Creditor | Qingdao CIMC-POWIN New Energy Technology Co., Ltd | | info@cimc-powin.com |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | R.H. Shipping & Chartering S De RL De CV | Rudolf Hess | cobranza@rh-shipping.com; rudolf@rh-shipping.com |
| Counsel to GLAS USA LLC, agent for the Prepetition Lenders | Reed Smith LLP | Nicholas B. Vislocky, Andy Buck, David A. Pisciotta, Richard C. Solow | NVislocky@reedsmith.com; ABuck@reedsmith.com; dpisciotta@reedsmith.com; rsolow@reedsmith.com |
| Top 50 Creditor | RH Shipping & Chartering (USA) LLC | | mplascencia@rh-shipping.com |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 3 of 4

**Exhibit A**
**Master Service List**
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 50 Creditor | Rubicon Professional Services, LLC | | accounting@rubiconps.com |
| Top 50 Creditor | Schneider Electric IT Corporation | | SEITUSACASH.APPLICATIONTEAM@schneider-electric.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Top 50 Creditor | Shanghai Hdmann Industry Co., Ltd | | F5@hdmann.com |
| Co-Counsel to Ace Engineering | Sherman, Silverstein, Kohl, Rose & Podolsky, P.A. | Arthur J. Abramowitz, Ross J. Switkes | aabramowitz@shermansilverstein.com; rswitkes@shermansilverstein.com |
| Top 50 Creditor | SIBA LLC | | info@sibafuse.com |
| Top 50 Creditor | SMA America, LLC | | ordermgmt@sma-america.com |
| Interested Party | Sol Systems | Yuri Horwitz, Richard Romero | yuri.horwitz@solsystems.com; richard.romero@solsystems.com |
| Interested Party | Solvida | Stephen Smith | stephen@solvidaenergy.com |
| Top 50 Creditor | Sonic Systems International, LLC | | ablock@sonicsystems.com |
| Interested Party | Southern Company | Jay McFarland, Alison, John | JDMcFarl@southernco.com; apbrown@southernco.com; jdkilcoy@southernco.com |
| Top 50 Creditor | Spark Power Renewables USA, Inc | | legal@sparkpowercorp.com; paul.demarco@sparkpowercorp.com; czaitsoff@sparkpowercorp.com |
| Top 50 Creditor | Specified Technologies Inc. | | AR@stifirestop.com |
| Interested Party | Stem | Ilya Kramarevsky | Ilya.Kramarevsky@stem.com |
| Interested Party | Strata | Bob Schaffeld | bob.schaffeld@stratacleanenergy.com |
| Interested Party | Sungrid | Jake Wang | jake.wang@sungridsolutions.com |
| Interested Party | TPE Energy | Pedro Huang | pedro.huang@tpeenergy.com.tw |
| Counsel to EPC Services Company | UB Greensfelder LLP | Stuart A. Laven, Jr. | salaven@ubglaw.com |
| Top 50 Creditor | Ultra Corpotech Private Limited | | vgoykar@ultracorpotech.com |
| Counsel for Lone Star Solar, LLC | Vinson & Elkins LLP | Steven M. Abramowitz, David S. Meyer, Lauren R. Kanzer | sabramowitz@velaw.com; dmeyer@velaw.com; lkanzer@velaw.com |
| Top 50 Creditor | Weifang Genius Electronics Co., Ltd. | | daisy.yang@genius-gp.com |
| Co-counsel for certain funds and accounts managed by KKR Credit Advisors (US) LLC | White & Case LLP | Andrew Zatz, Shana Vantusko, Emilio Grandio, Nadav Klugman, David Ridley, Andrea Amulic, Adam Swingle | azatz@whitecase.com; shana.white@whitecase.com; emilio.grandio@whitecase.com; nadav.klugman@whitecase.com; David.Ridley@whitecase.com; andrea.amulic@whitecase.com; adam.swingle@whitecase.com |
| Co-counsel for certain funds and accounts managed by KKR Credit Advisors (US) LLC | White & Case LLP | Erin Rosenberg, Adam Swingle | erin.rosenberg@whitecase.com; adam.swingle@whitecase.com |
| Co-Counsel for Munmorah Battery ProjectCo Pty Ltd and Ulinda Park ProjectCo Pty Ltd | Wollmuth Maher & Deutsch LLP | Paul R. DeFilippo, James N. Lawlor | pdefilippo@wmd-law.com; jlawlor@wmd-law.com |
| Counsel for Applied Surety Underwriters, SiriusPoint America Insurance Company, and Pennsylvania Insurance Company | Womble Bond Dickinson (US) LLP | Kevin J. Mangan, Lisa Bittle Tancredi | kevin.mangan@wbd-us.com; lisa.tancredi@wbd-us.com |

# Exhibit B

**Exhibit B**
**Master Service List**
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| New Jersey Attorney General Office | New Jersey Attorney General Office | Division of Law | Rhichard J. Hughes Justice Complex | 25 Market St | PO Box 112 | Trenton | NJ | 08625-0112 |
| US Attorney for District of New Jersey | US Attorney for District of New Jersey | Alina Habba | 970 Broad Street, 7th Floor | | | Newark | NJ | 07102 |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 1 of 1

# Exhibit C

**Exhibit G**
**Insurance Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Admiral Insurance Company - Mt. Laurel | Jim Higgins | Jhiggins@CRCGroup.com |
| AIG Specialty Insurance Company | Justin Barney | justin.barney@aig.com |
| Allianz Global Risks US Insurance Company | Jim Higgins | Jhiggins@CRCGroup.com |
| Argonaut Insurance Company | Jim Higgins | Jhiggins@CRCGroup.com |
| Aspen Specialty Insurance Company | Jim Higgins | Jhiggins@CRCGroup.com |
| At-Bay Specialty Insurance Company | Jim Higgins | Jhiggins@CRCGroup.com |
| Federal Insurance Company | Jim Higgins | Jhiggins@CRCGroup.com |
| Illinois Union Insurance Company | Jim Higgins | Jhiggins@CRCGroup.com |
| Lloyd's of London | Jim Higgins | Jhiggins@CRCGroup.com |
| Lloyd's of London | William Parnell | William.Parnell@priceforbes.com |
| North River Insurance Company | Jim Higgins | Jhiggins@CRCGroup.com |
| The Insurance Company of the State of Pennsylvania | Michael Bierbaum | michael.bierbaum@aig.com |
| USI Insurance Services | Kent Sasaki | Kent.Sasaki@usi.com |
| Wesco Insurance Company | Jim Higgins | Jhiggins@CRCGroup.com |
| Zurich American Insurance Company | Chrissy Cardenas | Chrissy.Cardenas@Zurichna.com |
| Zurich American Insurance Company | Lizette Mcnellis | lizette.mcnellis@zurichna.com |

# Exhibit D

**Exhibit B**
**Banks Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| HSBC Bank USA, National Association | Cristina Rantael | cristina.rantael@us.hsbc.com |
| HSBC Bank USA, National Association | Helen Wang | helen.wang@us.hsbc.com |
| JPMorgan Chase Bank, N.A. | Lauren Palma | lauren.palma@jpmorgan.com |

# Exhibit E

**Exhibit E**
**Insurance Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Admiral Insurance Company - Mt. Laurel | Jim Higgins | 232 Strawbridge Dr Suite 200 & 300 | | Moorestown | NJ | 08057 | |
| AIG Specialty Insurance Company | Justin Barney | 101 Montgomery | | San Francisco | CA | 94103 | |
| Allianz Global Risks US Insurance Company | Jim Higgins | 225 W. Washington Street | Suite 1800 | Chicago | IL | 60606 | |
| Argonaut Insurance Company | Jim Higgins | P.O. Box 469011 | | San Antonio | TX | 78246 | |
| Aspen Specialty Insurance Company | Jim Higgins | 30 Fenchurch Street | | London | | EC3M 3BD | United Kingdom |
| At-Bay Specialty Insurance Company | Jim Higgins | 3500 Lenox Road Suite 1425 | | Atlanta | GA | 30326 | |
| Federal Insurance Company | Jim Higgins | 202B Hall's Mill Road | | Whitehouse Station | NJ | 08889 | |
| Illinois Union Insurance Company | Jim Higgins | 436 Walnut Street | P.O. Box 1000 | Philadelphia | PA | 19106 | |
| Lloyd's of London | Jim Higgins | 1 Lime Street | | London | | EC3M 7HA | United Kingdom |
| Lloyd's of London | William Parnell | 21 Mincing Lane | | London | | EC3R 7AG | United Kingdom |
| North River Insurance Company | Jim Higgins | 305 Madison Avenue | | Morristown | NJ | 07960 | |
| The Insurance Company of the State of Pennsylvania | Michael Bierbaum | 11250 Corporate Ave | Suite 210 | Lenexa | KS | 66219 | |
| The Insurance Company of the State of Pennsylvania | | | | Schaumburg | IIL | 60196 | |
| USI Insurance Services | Kent Sasaki | | | | | | |
| Wesco Insurance Company | Jim Higgins | 800 Superior Ave. E. | 21St Floor | Cleveland | OH | 44114 | |
| Zurich American Insurance Company | Chrissy Cardenas | 1299 Zurich Way | 10th Floor | Schaumburg | IIL | 60196 | |
| Zurich American Insurance Company | Lizette Mcnellis | 300 S. Riverside Plaza | | Chicago | IL | 60606 | |
| Zurich American Insurance Company | | | | Philadelphia | PA | 19106 | |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 1 of 1

# Exhibit F

**Exhibit 5**
**Utilities Service List**
**Served via First Class Mail**

| CreditorName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| City of Mesa | PO Box 1466 | | Mesa | AZ | 85211 | |
| Festival Hydro Inc. | 187 Erie Street | | Stratford | ON | N5A 6T5 | Canada |
| Independent Electricity System Operator | 120 Adalaide Street West | Suite 1600 | Toronto | ON | M5H 1T1 | Canada |
| Northwest Natural | PO Box 6017 | | Portland | OR | 97228 | |
| Portland General Electric Company | 121 SW Salmon Street | | Portland | OR | 97204 | |
| Republic Services | 10295 SW Ridder Road | | Wilsonville | OR | 97070 | |
| SRP | PO Box 52025 | | Phoenix | AZ | 85072 | |
| Waste Management of Arizona, Inc. | 800 Capitol St Suite 3000 | | Houston | TX | 77002 | |