# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Powin, LLC

Case No.: 25-16137

Chapter: 11

Judge: Michael B. Kaplan

## Notice of Adjournment/Rescheduling by the Court

By way of this Notice, the Court advises the parties that the matter referenced below will be adjourned or rescheduled.

**Matter**: Second Day Matters and Taxes Motions (*see full list and ECF Nos. on page 2)

**Current date and time**: July 8, 2025 at 11:30am

**New date and time**: July 15, 2025 at 11:30am

**Additional Notes**: The Court issues this Notice to clarify the matters that have been adjourned from the July 8, 2025 calendar.

**Location of Hearing:** Hearings may be conducted by Zoom, telephone, or in person.
- If by **Zoom**, please see the Judge's page on the Court's website for the Zoom link:
  http://www.njb.uscourts.gov/content/honorable-michael-b-kaplan
- If by **Telephone**, please sign up through Court-Solutions
  (visit www.court-solutions.com or the Court's website, www.njb.uscourts.gov, for more information)
- If **In-Person**, at the following address: Courtroom No. ___

**Court Appearances**:
- (●) Required by Zoom **
- ( ) Required In-Person
- ( ) Required by Telephone
- ( ) Are NOT Required
- ( ) May be either In-Person or remotely via Telephone

**At this time, the Court anticipates that this hearing will be conducted via Zoom. Parties wishing to present remote argument must request panelist status by emailing Chambers (chambers_of_mbk@njb.uscourts.gov). Dial-in information for observational purposes can be found on the page on the Court's website devoted to the *Powin, LLC* case: https://www.njb.uscourts.gov/powin.

\*Pursuant to the Notice filed at ECF No. 175, the Court will adjourn the following matters from July 8 to the **July 15, 2025 Omnibus Hearing Date at 11:30am**:

- Final Hearing on Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Employee Obligations and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief (*Interim Order at ECF No. 63, underlying Motion at ECF No. 7)*

- Final Hearing on Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Renew, Amend, Supplement, Extend, or Modify Insurance Programs and Pay Obligations thereunder; and (II) Granting Related Relief (*Interim Order at ECF No. 61, underlying Motion at ECF No. 8*);

- Final Hearing on Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing PostPetition Use of Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling A Final Hearing, and (IV) Granting Related Relief (*Interim Order at ECF No. 68, underlying Motion at ECF No. 11*);

- Final Hearing on Motion of the Debtors for Entry of Interim and Final Orders: (I) Authorizing Use of Cash Management Procedures, Bank Accounts, and Existing Business Forms: (II) Prohibiting Setoffs and Freezing of Bank Accounts; (III) Modifying Requirements of Section 345(b) of the Bankruptcy Code; and (IV) for Related Relief (*Interim Order at ECF No. 60, underlying Motion at ECF No. 12*);

- Final Hearing on Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File A Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (B) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (C) Redact Certain Personally Identifiable Information of Natural Persons, and (II) Granting Related Relief (*Interim Order at ECF No. 64, underlying Motion at ECF No. 14*);

- Motion of the Debtors for Entry of an Interim and Final Order (I) Granting Authority to Pay Certain Prepetition Taxes; and (II) Granting Related Relief (*ECF No. 99*);

NOTE: The Motion of the Debtors Pursuant to 11 USC §§ 105(a) and 366 and Fed. Bankr. P. 6003 and 6004 for Entry of an Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment of Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief (*ECF No. 112*) referenced in the Debtors Notice at ECF No. 175 is already on the Court's July 15, 2025 calendar.