**UNITED STATES BANKRUTPCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Amanda C. Glaubach (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
Ronald D. Howard (*pro hac vice* forthcoming)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  altogut@teamtogut.com
         aglaubach@teamtogut.com
         eblander@teamtogut.com
         rhoward@teamtogut.com

*Proposed Counsel for Debtors and
Debtors in Possession*

In re:

Powin, LLC, *et al.*,[1]

                    Debtors.

Chapter 11

Case No. 25-16137 (MBK)

(Joint Administration Requested)

## APPLICATION FOR AN ORDER FOR ADMISSION
## *PRO HAC VICE* OF RONALD D. HOWARD

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the admission *pro hac vice* of Ronald D. Howard, Esq., of the law firm of Togut, Segal & Segal LLP, to represent the above-captioned debtors and debtors in possession in the above-captioned chapter 11 case.  In support of this application, counsel submits the attached Certification of Ronald D. Howard, Esq., and requests that the proposed form of order submitted herewith be entered. Counsel certifies that he is admitted, practicing, and a member in good standing with the Bar of the State of New York.

DATED:  New York, New York
           July 3, 2025

                                   TOGUT, SEGAL & SEGAL LLP
                                   By:

                                   */s/ Frank A. Oswald*
                                   ALBERT TOGUT
                                   FRANK A. OSWALD
                                   AMANDA C. GLAUBACH
                                   EITAN BLANDER
                                   RONALD D. HOWARD
                                   550 Broad Street, Suite 1508
                                   Newark, New Jersey 07102
                                   (212) 594-5000