| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>Mark S. Lichtenstein, Esq.<br>AKERMAN LLP<br>1251 Avenue of the Americas, 37th Flr.<br>New York, New York, 10020<br>Telephone: (212) 880-3800<br>Facsimile: (212) 880-8965<br>Email: mark.lichtenstein@akerman.com<br><br>*Attorneys for Creditor Sonic Systems International, LLC* | |
| **IN RE:**<br><br>**POWIN, LLC, et al.,**[1]<br><br>        **Debtors.** | **CHAPTER 11**<br><br>**CASE NO.: 25-16137 (MBK)**<br>**(Jointly Administered)** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Mark S. Lichtenstein of Akerman LLP hereby appears as counsel for creditor Sonic Systems International, LLC, in the above-captioned case pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f) and 9007 including, without limitation, any and all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, requests, and any other documents brought before the Court in this case.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

**PLEASE TAKE FURTHER NOTICE** that all pleadings, notices of hearing and other filings in this matter be served upon the undersigned counsel at this address:

> ADDRESS: AKERMAN LLP
> Mark S. Lichtenstein
> 1251 Avenue of the Americas, 37th Floor
> New York, NY 10020
> (212) 880-3800 (telephone)
> (212) 880-8965 (facsimile)
> Email: mlichtenstein@akerman.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, this demand includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Sonic Systems International, LLC's right (i) to have final orders in non-core matters and certain core matters entered by an Article III judge or entered only after de novo review by a higher court; (ii) to trial by jury in any proceeding so triable herein or in any related case, controversy or proceeding; (iii) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Sonic Systems International, LLC is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

*[SIGNATURE PAGE TO FOLLOW]*

Dated: New York, New York
       July 3, 2025                        AKERMAN LLP

By:   */s/Mark S. Lichtenstein*
       Mark S. Lichtenstein
       1251 Avenue of the Americas
       37th Floor
       New York, New York 10020
       Tel. No.: (212) 880-3800
       email: mark.lichtenstein@akerman.com

*Counsel for Creditor Sonic Systems International, LLC*