**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on July 1, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

POWIN, LLC, et al., [1]

            Debtors.

Case No.: 25-16137 (MBK)

Chapter: 11  (Jointly Administered)

## STIPULATION AND CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY WITH RESPECT TO CUSTOMS BOND

    The relief set forth on the following pages, numbered three (3) through five (5), is hereby ORDERED.

**DATED: July 1, 2025**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**WOMBLE BOND DICKINSON (US) LLP**
Kevin J. Mangan (NJ # 030721989)
Lisa Bittle Tancredi (*pro hac vice*)
1313 N. Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Email: kevin.mangan@wbd-us.com
Email: lisa.tancredi@wbd-us.com

*Counsel for Applied Surety Underwriters,*
*SiriusPoint America Insurance Company, and*
*Pennsylvania Insurance Company*

(Page:|3)
Debtor:     Powin, LLC, et al.
Case No.:   25-16137 (MBK)
Caption:    Stipulation and Consent Order Granting Relief from the Automatic Stay With Respect to Customs Bond

    This matter comes before the Court in connection with the *Expedited Motion of Applied Surety Underwriters, Siriuspoint America Insurance Company and Pennsylvania Insurancce Company for Relief from the Automatic Stay With Respect to Customs Bond* (the "Motion") [Docket No. 85] filed by Applied Surety Underwriters, Siriuspoint America Insurance Company and Pennsylvania Insurance Company (together, the "Surety") seeking entry of an order authorizing the Surety to cancel or terminate Customs Bond No. 24C000S0Q (the "Bond") and granting Surety relief from the automatic stay with respect to that certain deposit account at Vantage Bank with account number ended 6018 (the "Account"); the Debtors having stipulated that the Debtors' budget contains no line items or provisions for payment of Customs duties or premium for the Bond, that the Debtors do not intend to pay any prepetition Customs duties or Bond premium, and that the Debtors do not need the Bond for their ongoing business operations; and the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein and the agreement of the Parties set forth herein; and the Court having determined that cause

(Page|4)
Debtor: Powin, LLC, et al.
Case No.: 25-16137 (MBK)
Caption: Stipulation and Consent Order Granting Relief from the Automatic Stay With Respect to Customs Bond

exists to grant the Surety relief from the automatic stay pursuant to 11 U.S.C. §§ 362(d)(1) and (d)(2); and after due deliberation and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Surety is granted relief from the automatic stay in order to cancel or terminate the Bond.

2. The Surety is granted relief from the automatic stay to withdraw funds from the Account to pay claims on the Bond and to indemnify the Surety from Losses (as defined in the May 30, 2024 Indemnity Agreement) under the Bond; provided that the Surety must first provide five (5) business days written notice (the "Notice Period") to the Debtors and any official committee of unsecured creditors (the "Notice Parties") prior to such withdrawal. In the event that a Notice Party serves the Surety with an informal written objection to the withdrawal notice within the Notice Period, the Surety will defer the withdrawal for an additional five (5) business days (the "Deferral Period"). During the Deferral Period, the Surety and objecting Notice Party will attempt in good faith to resolve the informal objection. If the objecting Notice Party does not file an objection to the withdrawal notice with the Court within the Deferral Period, such objection shall be deemed waived and the Surety may withdraw the funds. Any Notice Party's objection to the withdrawal notice may be scheduled for hearing on not less than twenty-one (21) days notice

(Page|5)
Debtor:     Powin, LLC, et al.
Case No.:   25-16137 (MBK)
Caption:    Stipulation and Consent Order Granting Relief from the Automatic Stay With Respect to Customs Bond

---

(unless the Surety otherwise agrees), and the Surety may file a response to such objection seven (7) days prior to the scheduled hearing or such later time as the parties may agree. If a Notice Party files a timely objection within the Deferral Period, the Deferral Period shall be extended to the earlier of (x) the date of a hearing on the objection or as ordered by the Court, (y) a date agreed by the Surety and the objecting Notice Party, or (z) the date of withdrawal of the objection. Nothing in this Order shall modify, prejudice or impair the rights of the Surety under the May 30, 2024 Indemnity Agreement or in connection with any bond or collateral agreement.

3. The stay of Fed. R. Bankr. P. 4001(a)(4) shall not apply to this Order, and this Order is effective immediately upon entry.

4. This Court shall retain exclusive jurisdiction to hear and determine all manners arising from or related to the implementation, interpretation, and/or enforcement of this Order.

[*SIGNATURE PAGE FOLLOWS*]

IN WITNESS WHEREOF, and in agreement herewith, the parties have executed and delivered this Stipulation and Consent Order as of the date set forth below.

Dated: June 27, 2025

| **DENTONS US LLP** | **WOMBLE BOND DICKINSON (US) LLP** |
|---|---|
| /s/ *Van C. Durrer, II* | /s/ *Lisa Bittle Tancredi* |
| Tania M. Moyron (pro hac vice) | Kevin J. Mangan (NJ # 030721989) |
| Van C. Durrer, II (pro hac vice) | Lisa Bittle Tancredi (*pro hac vice*) |
| 601 S. Figueroa Street #2500 | 1313 N. Market Street, Suite 1200 |
| Los Angeles, CA 90017 | Wilmington, Delaware 19801 |
| Telephone: (213) 623-9300 | Telephone: (302) 252-4320 |
| Facsimile: (213) 623-9924 | Email: kevin.mangan@wbd-us.com |
| Email: tania.moyron@dentons.com | Email: lisa.tancredi@wbd-us.com |
| van.durrer@dentons.com | |
| *Proposed Counsel for Debtors and Debtors in Possession* | *Counsel for Applied Surety Underwriters, Siriuspoint America Insurance Company, and Pennsylvania Insurance Company* |

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-16137-MBK |
| Powin, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 01, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Powin, LLC, 20550 SW 115th Avenue, Tualatin, OR 97062-6857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 03, 2025            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arthur Abramowitz | on behalf of Creditor Ace Engineering aabramowitz@shermansilverstein.com  jbaugh@shermansilverstein.com |
| Barbra Rachel Parlin | on behalf of Creditor Invenergy  LLC barbra.parlin@hklaw.com, elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |
| Brett S. Theisen | on behalf of Creditor GLAS USA LLC btheisen@gibbonslaw.com  nmitchell@gibbonslaw.com |
| Daniel Stolz | on behalf of Creditor Committee Official Committee of Unsecured Creditors dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| David A. Pisciotta | on behalf of Creditor GLAS USA LLC dpisciotta@reedsmith.com david-pisciotta-4680@ecf.pacerpro.com;docketingecfnyc@reedsmith.com |

Case 25-16137-MBK    Doc 263    Filed 07/03/25    Entered 07/04/25 00:17:29    Desc
Imaged Certificate of Notice    Page 8 of 10

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 01, 2025 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| David E. Sklar | on behalf of Interested Party Longroad Energy Partners on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| David E. Sklar | on behalf of Interested Party DTE Electric Company dsklar@pashmanstein.com lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| David E. Sklar | on behalf of Interested Party Longroad Development Company LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| David E. Sklar | on behalf of Interested Party Leeward Renewable Energy LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| Donald W Clarke | on behalf of Creditor Committee Official Committee of Unsecured Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Frank A. Oswald | on behalf of Debtor PEOS Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com |
| Frank A. Oswald | on behalf of Debtor Powin Project LLC frankoswald@teamtogut.com seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com |
| Frank A. Oswald | on behalf of Debtor Charger Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com |
| Frank A. Oswald | on behalf of Debtor Powin Energy Ontario Storage LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com |
| Frank A. Oswald | on behalf of Debtor Powin China Holdings 1 LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com |
| Frank A. Oswald | on behalf of Debtor Powin Energy Operating Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com |
| Frank A. Oswald | on behalf of Debtor Powin LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com |
| Frank A. Oswald | on behalf of Debtor Powin China Holdings 2 LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com |
| Frank A. Oswald | on behalf of Debtor Powin Energy Operating LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com |
| Gail C. Lin | on behalf of Plaintiff Brian Palomino gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com |
| Jaclynn McDonnell | on behalf of Creditor Committee Official Committee of Unsecured Creditors jmcdonnell@genovaburns.com dmendez@genovaburns.com |
| James N. Lawlor | on behalf of Creditor Munmorah Battery ProjectCo Pty Ltd jlawlor@wmd-law.com |
| James N. Lawlor | on behalf of Creditor Ulinda Park ProjectCo Pty Ltd jlawlor@wmd-law.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jennifer Hoover | |

Case 25-16137-MBK    Doc 263    Filed 07/03/25    Entered 07/04/25 00:17:29    Desc
Imaged Certificate of Notice    Page 9 of 10

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 01, 2025 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor EPC Services Company jhoover@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| John Pintarelli | on behalf of Creditor Mitsubishi Power Americas Inc. john.pintarelli@pillsburylaw.com |
| John Pintarelli | on behalf of Creditor Prevalon Energy LLC john.pintarelli@pillsburylaw.com |
| John S. Mairo | on behalf of Creditor Certain Funds and Accounts Managed by KKR Credit Advisors (US) LLC jmairo@gibbonslaw.com pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kevin J. Mangan | on behalf of Interested Party SiriusPoint America Insurance Company kevin.mangan@wbd-us.com Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com |
| Kevin J. Mangan | on behalf of Interested Party Pennsylvania Insurance Company kevin.mangan@wbd-us.com Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com |
| Kevin J. Mangan | on behalf of Interested Party Applied Surety Underwriters kevin.mangan@wbd-us.com Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com |
| Kevin M. Capuzzi | on behalf of Creditor Mainfreight Inc. kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin M. Capuzzi | on behalf of Creditor Mesa Logistics Group LLC d/b/a Trivergix Group kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Lauren M. Macksoud | on behalf of Debtor Powin Energy Ontario Storage II LP lauren.macksoud@dentons.com docket.general.lit.nyc@dentons.com |
| Lauren M. Macksoud | on behalf of Debtor Powin Energy Storage 2 Inc. lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com |
| Lauren M. Macksoud | on behalf of Debtor Powin Canada B.C. Ltd. lauren.macksoud@dentons.com docket.general.lit.nyc@dentons.com |
| Lauren M. Macksoud | on behalf of Debtor Powin LLC lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com |
| Leah Eisenberg | on behalf of Interested Party Longroad Energy Partners on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC leisenberg@pashmanstein.com, ekhatchatourian@foley.com;msmall@foley.com;leah-eisenberg-0344@ecf.pacerpro.com |
| Leah Eisenberg | on behalf of Interested Party Longroad Development Company LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC leisenberg@pashmanstein.com, ekhatchatourian@foley.com;msmall@foley.com;leah-eisenberg-0344@ecf.pacerpro.com |
| Leah Eisenberg | on behalf of Interested Party Leeward Renewable Energy LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC leisenberg@pashmanstein.com, ekhatchatourian@foley.com;msmall@foley.com;leah-eisenberg-0344@ecf.pacerpro.com |
| Leah Eisenberg | on behalf of Interested Party DTE Electric Company leisenberg@pashmanstein.com ekhatchatourian@foley.com;msmall@foley.com;leah-eisenberg-0344@ecf.pacerpro.com |
| Lee M. Cortes, Jr | on behalf of Interested Party Celestica LLC lee.cortes@arnoldporter.com |
| Michael Trentin | on behalf of Creditor EsVolta L.P. mtrentin@orrick.com, ssallie@coleschotz.com;dcarnie@orrick.com |
| Michael P. Pompeo | on behalf of Creditor Keyframe Capital Partners L.P. michael.pompeo@faegredrinker.com, cathy.greer@faegredrinker.com |
| Nicholas Blaine Vislocky | on behalf of Creditor GLAS USA LLC nvislocky@reedsmith.com |
| Paul R. DeFilippo | on behalf of Creditor Munmorah Battery ProjectCo Pty Ltd pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Creditor Ulinda Park ProjectCo Pty Ltd pdefilippo@wmd-law.com |

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Jul 01, 2025 | Form ID: pdf903 | Total Noticed: 1

Richard Solow
 on behalf of Creditor GLAS USA LLC rsolow@reedsmith.com  rich-solow-3519@ecf.pacerpro.com

Richard B Harper
 on behalf of Creditor Idaho Power Company richard.harper@bakerbotts.com  john.mitchell@bakerbotts.com

Ross J. Switkes
 on behalf of Creditor Ace Engineering rswitkes@shermansilverstein.com

Steven Abramowitz
 on behalf of Creditor Lone Star Solar  LLC sabramowitz@velaw.com, mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com

Susan Long
 on behalf of Creditor Committee Official Committee of Unsecured Creditors slong@genovaburns.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 54