**DENTONS US LLP**

Lauren Macksoud (admitted)
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912-7100
Facsimile: (973) 912-7199
Email: lauren.macksoud@dentons.com

Tania M. Moyron (admitted pro hac vice)
Van C. Durrer, II (admitted pro hac vice)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
       van.durrer@dentons.com

John D. Beck (admitted pro hac vice)
Sarah M. Schrag (admitted pro hac vice)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
      sarah.schrag@dentons.com

Proposed Counsel for Debtors and
Debtors in Possession

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Amanda C. Glaubach (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: altogut@teamtogut.com
      aglaubach@teamtogut.com
      eblander@teamtogut.com

*Proposed Counsel for Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br>          Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [15241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487] (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

1

## SUPPLEMENT TO EXPEDITED MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER (I) AUTHORIZING AND APPROVING SETTLEMENT AND RELEASE AGREEMENT; AND (II) GRANTING RELATED RELIEF

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Powin, LLC ("Powin") and the affiliated debtors and debtors in possession (collectively, the "Debtors"), in the above-referenced chapter 11 cases (the "Chapter 11 Cases") hereby supplement (the "Supplement") the previously filed *Expedited Motion of the Debtors for Entry of an Order (I) Authorizing and Approving Settlement and Release Agreement; and (II) Granting Related Relief* [Docket No. 191] (the "Motion")[2] as set forth below.

In support of the Supplement, the Debtors submit the *Declaration of Gerard Uzzi in Support of Supplement to Debtors' Motion to Approve Settlement and Release Agreement* attached hereto (the "Supplemental Declaration"), the contents of which are incorporated herein by reference, and respectfully state as follows:

### SUPPLEMENT

1. As set forth in the Motion, the Settlement Agreement, among other things, provides for the immediate infusion of much needed cash into the estates. However, as set forth in section 1(s) of the Settlement Agreement, as a condition precedent to the Debtors receiving the contemplated cash payment, the Debtors are required to deliver to the Project Group certain test reports from the Testing Houses identified on Exhibit E-3 to the Settlement Agreement.

2. Since filing the Motion, the Debtors have learned that two of these Testing Houses that are foreign entities (the "Foreign Testing Houses") are refusing to release the required test reports until their prepetition claims are paid in full, such prepetition claims totaling approximately $8,900 and $245,000, respectively (together, the "Prepetition Amounts"). The Foreign Testing Houses are foreign entities, with little contacts with the United States, and therefore beyond the effective reach of enforcement of the automatic stay, particularly within a time period sufficient to satisfy the Milestones under the Settlement Agreement.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

3. By this Supplement, the Debtors provide notice that they intend to pay the Prepetition Amounts to the Foreign Testing Houses in order to effectuate the Settlement Agreement and receive the much needed cash infusion provided thereunder for the benefit of their estates. The Testing Reports are also independently essential to the Debtors' ordinary course operations and are necessary to provide support services for all customers, not just those covered by the Settlement Agreement, and therefore represent a potentially separately monetizable asset for the Debtors' estates. Accordingly, payment of the Prepetition Amounts benefits the Debtors by enabling them to consummate the Settlement Agreement and, equally important, by securing critical data and testing information important to the broader customer base.

4. The Debtors submit that payment of the Prepetition Amounts is already contemplated by paragraph 8 of the Order, authorizing the Debtors to "take any action necessary to implement the terms of th[e] Order . . . without further order from [the] Court." However, out of an abundance of caution, and in the interest of full disclosure, the Debtors hereby supplement the Motion in order to disclose their intent to pay the Prepetition Amounts to the Foreign Testing Houses upon approval of the Motion and entry of the Order as required under, and as a condition precedent to the effectiveness of, the Settlement Agreement.

[*Remainder left intentionally blank*]

Dated: July 4, 2025

**DENTONS US LLP**

*/s/ Lauren Macksoud*
Lauren Macksoud (admitted)
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912-7100
Facsimile: (973) 912-7199
Email: lauren.macksoud@dentons.com

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
   van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
   sarah.schrag@dentons.com

-and-

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Amanda C. Glaubach (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: altogut@teamtogut.com
   aglaubach@teamtogut.com
   eblander@teamtogut.com

*Proposed Counsel for Debtors and Debtors in Possession*