**DENTONS US LLP**

Lauren Macksoud (admitted)
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912-7100
Facsimile: (973) 912-7199
Email: lauren.macksoud@dentons.com

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
         van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
         sarah.schrag@dentons.com

*Proposed Counsel for Debtors and
Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Amanda C. Glaubach (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: altogut@teamtogut.com
         aglaubach@teamtogut.com
         eblander@teamtogut.com

*Proposed Counsel for Debtors and
Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br><br>       Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [ 8348]; (viii) Powin Energy Operating Holdings, LLC [22495]; and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR  97062.

**NOTICE OF FILING OF STALKING HORSE APA,
AMENDED ORDER APPROVING BIDDING PROCEDURES ORDER, AND
<u>AMENDED BIDDING PROCEDURES</u>**

**PLEASE TAKE NOTICE** that on July 1, 2025, the above-captioned debtors and debtors

in possession (collectively, the "<u>Debtors</u>") filed the *Motion of the Debtors for Entry of an Order*

*(I) Designating a Stalking Horse Bidder and Approving Stalking Horse Bidder Protections (II)*

*Approving Bidding Procedures by Which Interested Parties May Bid and an Auction Sale Format*

*in Connection with the Sale of Substantially All of the Debtors' Assets, (III) Approving Form of*

*Asset Purchase Agreement, (IV) Approving Form of Notice to be Provided to Interested Parties,*

*(V) Authorizing the Assumption and Assignment of Assumed Contracts and Notice Procedures*

*Thereto, (VI) Scheduling a Court Hearing to Consider Approval of the Sale to the Highest and*

*Best Bidder, and (VII) Authorizing the Sale of Debtors' Property Free and Clear of All Causes of*

*Action and Claims* (the "<u>Bidding Procedures Motion</u>") [Docket No. 228].  Attached as Exhibit A

to Bidding Procedures Motion was a proposed order (the "<u>Bidding Procedures Order</u>") and

proposed bidding procedures (the "<u>Bidding Procedures</u>"), which were Exhibit 1 to the Bidding

Procedures Order  [Docket No. 228-1].

**PLEASE TAKE FURTHER NOTICE** that on July 3, 2025, the Debtors filed a *Notice of*

*Amended Filing Date For Stalking Horse APA, Filing of Amended Order Approving Bidding*

*Procedures Order and Amended Bidding Procedures* [Docket No. 257], amending the Bidding

Procedures Order and Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that the Debtors and FlexGen Power Systems,

LLC ("<u>FlexGen</u>") have entered into an Asset Purchase Agreement (the "<u>Stalking Horse APA</u>"),

under which FlexGen agrees to purchase the Debtors' assets, as described in the Stalking Horse

APA.  A true and correct copy of the Stalking Horse APA is attached hereto as **<u>Exhibit A</u>**.

2

**PLEASE TAKE FURTHER NOTICE** that the Debtors have amended the Bidding Procedures Order and Bidding Procedures to designate FlexGen as the Stalking Horse Bidder.  A true and correct copy of the amended Bidding Procedures Order, which attaches the amended Bidding Procedures as Exhibit 1, is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that a true and correct copy of a redline reflecting the changes made to the version of the Bidding Procedures Order and Bidding Procedures that were filed with the Court is attached hereto as **Exhibit C**.

[*Signature page to follow*]

US_ACTIVE\130702703

Dated: July 7, 2025

**DENTONS US LLP**

*/s/ Lauren Macksoud*
Lauren Macksoud (admitted)
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912-7100
Facsimile: (973) 912-7199
Email: lauren.macksoud@dentons.com

Tania M. Moyron (admitted pro hac vice)
Van C. Durrer, II (admitted pro hac vice)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email: tania.moyron@dentons.com
           van.durrer@dentons.com

John D. Beck (pro hac vice pending)
Sarah M. Schrag (pro hac vice pending)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email: john.beck@dentons.com
           sarah.schrag@dentons.com

- and –

**TOGUT, SEGAL & SEGAL LLP**
Frank A. Oswald (admitted)
550 Broad Street, Suite 1508
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted pro hac vice)
Amanda C. Glaubach (admitted pro hac vice)
Eitan Blander (admitted pro hac vice)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email: altogut@teamtogut.com

4

aglaubach@teamtogut.com
eblander@teamtogut.com

*Proposed Counsel for Debtors and Debtors-in-Possession*

US_ACTIVE\130702703