| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | |
| **GENOVA BURNS LLC** <br> Daniel M. Stolz, Esq. <br> Donald W. Clarke, Esq. <br> Susan A. Long, Esq. <br> Jaclynn N. McDonnell, Esq. <br> dstolz@genovaburns.com <br> dclarke@genovaburns.com <br> slong@genovaburns.com <br> jmcdonnell@genovaburns.com <br> 110 Allen Road, Suite 304 <br> Basking Ridge, NJ 07920 <br> Tel: (973) 533-0777 <br> Fax: (973) 814-4045 <br><br> *Proposed Local Counsel for the Official Committee of Unsecured Creditors* | **BROWN RUDNICK LLP** <br> Robert J. Stark, Esq. <br> Kenneth J. Aulet, Esq. <br> Bennett S. Silverberg, Esq. <br> Jeffrey L. Jonas, Esq. <br> rstark@brownrudnick.com <br> kaulet@brownrudnick.com <br> bsilverberg@brownrudnick.com <br> jjonas@brownrudnick.com <br> Seven Times Square <br> New York, NY 10036 <br> Tel: (212) 209-4800 <br> Fax: (212) 209-4801 <br><br> Eric R. Goodman, Esq. <br> 601 Thirteenth Street NW Suite 600 <br> Washington, DC  20005 <br> Tel: (202) 536-1740 <br> egoodman@brownrudnick.com <br><br> *Proposed Counsel for the* <br> *Official Committee of Unsecured Creditors* |
| In re: <br><br> POWIN, LLC, *et al.*,[1] <br><br>                Debtor. | Chapter 11 <br><br> Case No.: 25-16137 (MBK) <br> (Jointly Administered) <br><br> Honorable Michael B. Kaplan |

## CERTIFICATION OF JEFFREY L. JONAS, ESQ.

I, Jeffrey L. Jonas, Esq., hereby certify as follows:

1.      I am an attorney with the law firm of Brown Rudnick LLP, proposed co-counsel to the Official Committee of Talc Claimants.  My office is located at Seven Times Square,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239].  The Debtors' mailing address is 20550 SW 115th Avenue, Tualatin, OR 97062.

New York, NY 10036. I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

2. I was admitted to practice law in the State of Massachusetts in 1988, the State of Florida in 1989, and the State of New York in 2021. I am admitted to Practice before the following courts:

   - *United States Supreme Court*
   - *United States Court of Appeals for the First Circuit*
   - *United States Court of Appeals for the Second Circuit*
   - *United States District Court for the District of Massachusetts*

1. I am a member in good stating of the Bar in each of the jurisdictions in which I am admitted to practice.

2. No disciplinary proceedings are pending against me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

3. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

4. I further agree to pay all fees to the Clerk of the United Stated District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: June 28, 2025

/s/ *Jeffrey L. Jonas*
JEFFREY L. JONAS, ESQ.
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
Email: jjonas@brownrudnick.com
*Proposed Counsel for the Official Committee Of Unsecured Creditors*