**MCDERMOTT WILL & EMERY LLP**
Darren Azman (*pro hac vice* pending)
Deanna D. Boll (N.J. Bar No. 31861998)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Email: dazman@mwe.com
          dboll@mwe.com

*Counsel to Apex Clean Energy Holdings, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, *et al.,* | Case No. 25-16137 (MBK) |
| Debtors.[1] | (Jointly Administered) |

### CERTIFICATION OF DARREN AZMAN, ESQ. IN SUPPORT OF
### APPLICATION FOR ADMISSION *PRO HAC VICE*

DARREN AZMAN, of full age, under penalty of perjury, hereby certifies, pursuant to 28

U.S.C. § 1746, as follows:

1.      I am an attorney at law and a partner at the law firm McDermott Will & Emery LLP

("McDermott" or the "Firm"), which maintains an office at One Vanderbilt Avenue, New York,

New York 10017-3852.

2.      I make this Certification in support of my application (the "Application") pursuant

to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New

---

[1]      The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue, Tualatin, OR 97062.

Jersey (the "Local Rules"), for admission to the Bankruptcy Court *pro hac vice*. McDermott has been retained to serve as legal counsel for Apex Clean Energy Holdings, LLC ("Apex") in the above-captioned cases.

3.    I am, and have been, a member in good standing of the bars of the Commonwealth of Massachusetts and the State of New York since 2011.

4.    I am, and have remained, a member in good standing of said bars at all times. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction. I am currently admitted *pro hac vice* in this District in (i) *In re Invitae Corp.,* 24-11362, pending before Judge Kaplan, and (ii) *In re CCA Construction, Inc.*, 24-22548, pending before Chief Judge Gravelle.

5.    I am familiar with the circumstances surrounding the above-captioned proceedings and applicable law, and I believe that my presence will serve the best interests of Apex.

6.    I am not admitted to practice law in the State of New Jersey and, therefore, it is necessary for me to seek *pro hac vice* admission in this proceeding.

7.    If admitted *pro hac vice*, I agree to abide by the Local Rules, and to make the payments to the Clerk of the United States District Court for the District of New Jersey and the New Jersey Lawyers' Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I certify under the penalty of perjury that the foregoing is true and correct.

Executed on: July 8, 2025                    */s/ Darren Azman*
                                                          Darren Azman