UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MCDERMOTT WILL & EMERY LLP
Darren Azman (pro hac vice pending)
Deanna D. Boll (N.J. Bar No. 31861998)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Email: dazman@mwe.com; dboll@mwe.com

Counsel to Apex Clean Energy Holdings, LLC

In Re:

Powin, LLC, et al.,

Debtors.

Case No.: 25-16137
Chapter: 11
Adv. No.: 
Hearing Date: July 15, 2025
Judge: Michael B. Kaplan

## CERTIFICATION OF SERVICE

1. I, Deanna D. Boll :

   ☒ represent Apex Clean Energy Holdings, LLC in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On July 8, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Reservation of Rights of Apex Clean Energy Holdings, LLC and Certain of its Affiliates to the Omnibus Motion of the Debtors for Entry of an Order (I) Authorizing the Rejection of Legacy Customer Contracts and (II) Granting Related Relief

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 8, 2025

/s/ Deanna D. Boll
Signature

# Master Service List
## Parties Served by Electronic Means
(as indicated herein)

| Description | CreditorName | CreditorNoticeName | Email | Method |
|---|---|---|---|---|
| Member of Official Committee of Unsecured Creditors | Ace Engineering & Co., Ltd. | Carl Kim | chloe@acecontainer.com; carl.kim@aceengineering.com | E-mail |
| Interested Party | AKA Energy Systems | Jason Aspin | jasonaspin@aka-group.com | E-mail |
| Interested Party | Akaysha | Paul Curnow | paul.curnow@akayshaenergy.com | E-mail |
| Interested Party | APEX Clean Energy | Scott Weiss | Scott.Weiss@apexcleanenergy.com | E-mail |
| Counsel for Celestica LLC | Arnold & Porter Kaye Scholer LLP | Benjamin Mintz, Justin Imperato, Gabby Ferreira | benjamin.mintz@arnoldporter.com; justin.imperato@arnoldporter.com; gabby.ferreira@arnoldporter.com | E-mail |
| Counsel for Celestica LLC | Arnold & Porter Kaye Scholer LLP | Lee M. Cortes, Jr. | lee.cortes@arnoldporter.com | ECF |
| Counsel for Idaho Power Company | Baker Botts LLP | Micheline Deeik | micheline.deeik@bakerbotts.com | E-mail |
| Counsel for Idaho Power Company | Baker Botts LLP | Richard B. Harper, Scott R. Bowling | richard.harper@bakerbotts.com; scott.bowling@bakerbotts.com | ECF; E-mail |
| Counsel to EPC Services Company | Benesch, Friedlander, Coplan & Aronoff LLP | Jennifer R. Hoover, Noelle B. Torrice | jhoover@beneschlaw.com; ntorrice@beneschlaw.com | ECF; E-mail |
| Counsel to Mainfreight Inc. and Mesa Logistics Group, LLC d/b/a Trivergix Group | Benesch, Friedlander, Coplan & Aronoff LLP | Kevin M. Capuzzi, John C. Gentile, Noelle B. Torrice | kcapuzzi@beneschlaw.com; jgentile@beneschlaw.com; ntorrice@beneschlaw.com | ECF; E-mail: E-mail |
| Interested Party | Berkshire Hathaway | Alicia Knapp, Joe Johnson | Alicia.Knapp@bherenewables.com; Josiah.Johnson@bherenewables.com | E-mail |
| Member of Official Committee of Unsecured Creditors | Brian Palomino | Jack A. Raisner, Raisner Roupinian LLP | jar@raisnerroupinian.com | E-mail |
| Proposed Counsel to Official Committee of Unsecured Creditors | Brown Rudnick | Bennett S Silverberg, Kenneth J Aulet, Eric R. Goodman | KAulet@brownrudnick.com; BSilverberg@brownrudnick.com; EGoodman@brownrudnick.com | E-mail |
| Member of Official Committee of Unsecured Creditors | Celestica LLC | Michael Paul Giallella | mgiallella@celestica.com | E-mail |
| Interested Party | CleanPeak Energy | Gavin Smith | gavin.smith@cleanpeakenergy.com.au | E-mail |
| Member of Official Committee of Unsecured Creditors | Contemporary Amperex Technology Co., Limited (CATL) | Micah Siegal | RuanTF@catlbattery.com; micahsiegal@catl.com | E-mail |
| Interested Party | Convergent | Frank Genova, Miranda Morton | fgenova@convergentep.com; mmorton@convergentep.com | E-mail |
| Interested Party | Countryside | Cagri Ozmerdiven | cozmerdiven@csenergy.com | E-mail |
| Proposed Counsel for the Debtors and Debtors in Possession | Dentons US LLP | John D. Beck, Sarah M. Schrag, Lauren Macksoud | john.beck@dentons.com; sarah.schrag@dentons.com; lauren.macksoud@dentons.com | E-mail; E-mail; ECF |
| Proposed Counsel for the Debtors and Debtors in Possession | Dentons US LLP | Tania M. Moyron, Van C. Durrer | tania.moyron@dentons.com; van.durrer@dentons.com | E-mail |
| Interested Party | DTE Energy | Chuck Conlen | charles.conlen@dteenergy.com | E-mail |
| Interested Party | EDF | Art Del Rio, Blaine Sundwall, Chelsea Turner | art.delrio@edf-re.com; Blaine.Sundwall@edf-re.com; Chelsea.Turner@edf-re.com | E-mail |
| Interested Party | EnergyRE | Ann Walter, Rocio Mendoza, Greg White, Surya Mohan | Ann.Walter@energyre.com; rocio.mendoza@energyre.com; Greg.White@energyre.com; Surya.Mohan@energyre.com | E-mail |
| Interested Party | esVolta | Randolph Mann, Justin Johns | randolph.mann@esvolta.com; justin.johns@esvolta.com | E-mail |
| Counsel to Keyframe Capital Partners, L.P | Faegre Drinker Biddle & Reath LLP | Drew Magee | drew.magee@faegredrinker. | E-mail |
| Counsel to the Cash Flow DIP Lender and Keyframe Capital Partners, L.P | Faegre Drinker Biddle & Reath LLP | James H. Millar, Kyle R. Kistinger | james.millar@faegredrinker.com; kyle.kistinger@faegredrinker.com | E-mail |
| Counsel to Keyframe Capital Partners, L.P | Faegre Drinker Biddle & Reath LLP | Michael P. Pompeo | michael.pompeo@faegredrinker.com | ECF |
| Member of Official Committee of Unsecured Creditors | Formosa Electronic Industries Inc. | Vodka Lee | kelvin.chen@feii.com.tw; flora.zhang@feii.com.tw; vodka.lee@feii.com.tw | E-mail |
| Proposed Counsel to Official Committee of Unsecured Creditors | Genova Burns LLC | Donald Clarke, Daniel Stolz, Susan Long, Jaclynn McDonnell | DClarke@genovaburns.com; dstolz@genovaburns.com; slong@genovaburns.com; jmcdonnell@genovaburns.com | ECF |
| Counsel for GLAS USA LLC | Gibbons P.C. | Brett S. Theisen | btheisen@gibbonslaw.com | ECF |
| Co-counsel for certain funds and accounts managed by KKR Credit Advisors (US) LLC | Gibbons P.C. | John S. Mairo, Kyle P. McEvilly | jmairo@gibbonslaw.com; kmcevilly@gibbonslaw.com | ECF; E-mail |
| Agent for the Prepetition Lenders | GLAS USA LLC | | clientservices.americas@glas.agency | E-mail |
| Interested Party | Glidepath | Mark Breen | mbreen@glidepath.net | E-mail |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 1 of 4

**Master Service List**
**Parties Served by Electronic Means**
**(as indicated herein)**

| Description | CreditorName | CreditorNoticeName | Email | Method |
|---|---|---|---|---|
| Member of Official Committee of Unsecured Creditors | GreEnergy Resources LLC | Adam Fenner | adam.fenner@greenergyresources.com | E-mail |
| Interested Party | Hecate | Nick Peri | nperi@fullmarkenergy.com | E-mail |
| Counsel for Invenergy, LLC | Holland & Knight LLP | Barbra R. Parlin | barbra.parlin@hklaw.com | ECF |
| Interested Party | Honeywell | Thomas Craig | Thomas.Craig2@Honeywell.com | E-mail |
| Interested Party | Hunt Energy Solutions | Hunter Hunt | hhunt@huntconsolidated.com | E-mail |
| Interested Party | Idaho Power | Adam Richins | ARichins@idahopower.com | E-mail |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov | E-mail |
| Interested Party | Invenergy | Derek Price, David Azari | dprice@invenergy.com; DAzari@invenergy.com | E-mail |
| Member of Official Committee of Unsecured Creditors | JMS Wind Energy, LLC | Will Douglas | julie@jmswindenergy.com; will.douglas@jmsenergy.net | E-mail |
| Interested Party | Jupiter Power | David Hernandez | david.hernandez@jupiterpower.io | E-mail |
| Interested Party | KCE | Brian Hayes, Colin Tareila | brian.hayes@keycaptureenergy.com; Colin.Tareila@keycaptureenergy.com | E-mail |
| Interested Party | Kia Energy | Stream Energy Team | elugo@streamenergy.mx; acampos@streamenergy.mx; jalvarez@streamenergy.mx | E-mail |
| Interested Party | KMC (project Brandywine Onward Energy) | Paul Wasssil | paul.wassil@onwardenergy.com | E-mail |
| Member of Official Committee of Unsecured Creditors | Kupono Solar, LLC | c/o Ameresco, Inc., Rebecca McIntyre | mchiplock@ameresco.com; rmcintyre@ameresco.com | E-mail |
| Counsel to DIP Lender FlexGen Power Systems | Latham & Watkins | Andrew Sorkin | andrew.sorkin@lw.com | E-mail |
| Counsel to DIP Lender FlexGen Power Systems | Latham & Watkins | David Hammerman, Blake Denton | david.hammerman@lw.com; blake.denton@lw.com | E-mail |
| Counsel to DIP Lender FlexGen Power Systems | Latham & Watkins | Jeffrey Mispagel | jeffrey.mispagel@lw.com | E-mail |
| Counsel to DIP Lender FlexGen Power Systems | Latham & Watkins | Whit Morley | whit.morley@lw.com | E-mail |
| Interested Party | Leader | Phil | phil@ysolar.com.tw | E-mail |
| Interested Party | Leeward | Jason Allen, Theodore Matula | Jason.Allen@LeewardEnergy.com; Theodore.Matula@LeewardEnergy.com | E-mail |
| Interested Party | Longroad | Michael Alvarez, Paul Gaynor | michael.alvarez@longroadenergy.com; paul.gaynor@longroadenergy.com | E-mail |
| Co-Counsel for Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, Longroad Energy Partners, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC, and DTE Electric Company | Mayer Brown LLP | Joaquin M. C de Baca, Richard A. Stieglitz, Youmi Kim | jcdebaca@mayerbrown.com; rstieglitz@mayerbrown.com; ykim@mayerbrown.com | E-mail |
| Interested Party | MHPS | Michael Leonard | michael.leonard@amer.mhps.com | E-mail |
| New Jersey Division of Taxation | New Jersey Division of Taxation | Compliance and Enforcement - Bankruptcy Unit | NJTax.BNCnoticeonly@treas.nj.gov | E-mail |
| Interested Party | Nidec | Damien Iwanski | damien.iwanski@nidec-asi.com | E-mail |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Jeffery M. Sponder, Lauren Bielskie | Lauren.Bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov | ECF |
| Interested Party | OPALCO | Foster Hildreth | fhildreth@opalco.com | E-mail |
| Interested Party | Orange & Rockland | David A. Brooks | BROOKSDA@coned.com | E-mail |
| Interested Party | Ormat | Elad Zalkin | ezalkin@ormat.com | E-mail |
| Counsel to esVolta, LP | Orrick, Herrington & Sutcliffe LLP | Lorraine McGowen, Michael Trentin, Jenna MacDonald Busche | lmcgowen@orrick.com; mtrentin@orrick.com; jmacdonaldbusche@orrick.com | ECF |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 2 of 4

# Master Service List
### Parties Served by Electronic Means
**(as indicated herein)**

| Description | CreditorName | CreditorNoticeName | Email | Method |
|---|---|---|---|---|
| Co-Counsel for Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, Longroad Energy Partners, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC, and DTE Electric Company | Pashman Stein Walder & Hayden, P.C. | John W. Weiss, Leah M. Eisenberg, David E. Sklar | jweiss@pashmanstein.com; leisenberg@pashmanstein.com; dsklar@pashmanstein.com | E-mail; ECF: ECF |
| Counsel for Prevalon Energy LLC and Mitsubishi Power Americas, Inc. | Pillsbury Winthrop Shaw Pittman LLP | John A. Pintarelli, Patrick E. Fitzmaurice | john.pintarelli@pillsburylaw.com; patrick.fitzmaurice@pillsburylaw.com | ECF; E-mail |
| Interested Party | PNM | PNM Team | Christian.Reeves@txnmenergy.com; Christopher.Pecoraro@txnmenergy.com; christopher.pecoraro@pnmresources.com; Sean.LEcluse@txnmenergy.com | E-mail |
| Interested Party | Portland General Electric | Kevin Whitener | kevin.whitener@pgn.com | E-mail |
| Interested Party | Powerflex | Bryan Towe | bryan.towe@powerflex.com | E-mail |
| Interested Party | PowerSecure | Eric Dupont | edupont@powersecure.com | E-mail |
| Interested Party | Prevalon (Mitsubishi Power) | Tom Cornell, Michael McManus | thomas.cornell@prevalonenergy.com; Michael.McManus@prevalonenergy.com | E-mail |
| Interested Party | Pulse Clean Energy | Trevor Wills | trevor.wills@pulsecleanenergy.com | E-mail |
| Interested Party | Pure Power Solutions | Rody Jonas | rody@purepowersolutions.com | E-mail |
| Interested Party | PureSky | PureSky Team | Muhammed.Johar@pureskyenergy.com; taylor.dunn@pureskyenergy.com | E-mail |
| Member of Official Committee of Unsecured Creditors | R.H. Shipping & Chartering S De RL De CV | Rudolf Hess | cobranza@rh-shipping.com; rudolf@rh-shipping.com | E-mail |
| Counsel to GLAS USA LLC, agent for the Prepetition Lenders | Reed Smith LLP | Nicholas B. Vislocky, Andy Buck, David A. Pisciotta, Richard C. Solow | NVislocky@reedsmith.com; ABuck@reedsmith.com; dpisciotta@reedsmith.com; rsolow@reedsmith.com | ECF; E-mail; ECF: ECF |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov | E-mail |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov | E-mail |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov | E-mail |
| Co-Counsel to Ace Engineering | Sherman, Silverstein, Kohl, Rose & Podolsky, P.A. | Arthur J. Abramowitz, Ross J. Switkes | aabramowitz@shermansilverstein.com; rswitkes@shermansilverstein.com | ECF |
| Interested Party | Sol Systems | Yuri Horwitz, Richard Romero | yuri.horwitz@solsystems.com; richard.romero@solsystems.com | E-mail |
| Interested Party | Solvida | Stephen Smith | stephen@solvidaenergy.com | E-mail |
| Interested Party | Southern Company | Jay McFarland, Alison, John | JDMcFarl@southernco.com; apbrown@southernco.com; jdkilcoy@southernco.com | E-mail |
| Interested Party | Stem | Ilya Kramarevsky | Ilya.Kramarevsky@stem.com | E-mail |
| Interested Party | Strata | Bob Schaffeld | bob.schaffeld@stratacleanenergy.com | E-mail |
| Interested Party | Sungrid | Jake Wang | jake.wang@sungridsolutions.com | E-mail |
| Proposed Counsel for the Debtors and Debtors in Possession | Togut, Segal & Segal LLP | Albert Togut, Amanda C. Glaubach, Eitan Blander | altogut@teamtogut.com; aglaubach@teamtogut.com; eblander@teamtogut.com | E-mail |
| Proposed Counsel for the Debtors and Debtors in Possession | Togut, Segal & Segal LLP | Frank A. Oswald | frankoswald@teamtogut.com | ECF |
| Interested Party | TPE Energy | Pedro Huang | pedro.huang@tpeenergy.com.tw | E-mail |
| Counsel to EPC Services Company | UB Greensfelder LLP | Stuart A. Laven, Jr. | salaven@ubglaw.com | E-mail |
| Proposed Claims Agent | Verita | Darlene S. Calderon | Powininfo@veritaglobal.com | E-mail |
| Counsel for Lone Star Solar, LLC | Vinson & Elkins LLP | Steven M. Abramowitz, David S. Meyer, Lauren R. Kanzer | sabramowitz@velaw.com; dmeyer@velaw.com; lkanzer@velaw.com | ECF; E-mail; E-mail |

# Master Service List
## Parties Served by Electronic Means
(as indicated herein)

| Description | CreditorName | CreditorNoticeName | Email | Method |
|---|---|---|---|---|
| Co-counsel for certain funds and accounts managed by KKR Credit Advisors (US) LLC | White & Case LLP | Andrew Zatz, Shana Vantusko, Emilio Grandio, Nadav Klugman, David Ridley, Andrea Amulic, Adam Swingle | azatz@whitecase.com; shana.white@whitecase.com; emilio.grandio@whitecase.com; nadav.klugman@whitecase.com; David.Ridley@whitecase.com; andrea.amulic@whitecase.com; adam.swingle@whitecase.com | E-mail |
| Co-counsel for certain funds and accounts managed by KKR Credit Advisors (US) LLC | White & Case LLP | Erin Rosenberg, Adam Swingle | erin.rosenberg@whitecase.com; adam.swingle@whitecase.com | E-mail |
| Co-Counsel for Munmorah Battery ProjectCo Pty Ltd and Ulinda Park ProjectCo Pty Ltd | Wollmuth Maher & Deutsch LLP | Paul R. DeFilippo, James N. Lawlor | pdefilippo@wmd-law.com; jlawlor@wmd-law.com | ECF |
| Counsel for Applied Surety Underwriters, SiriusPoint America Insurance Company, and Pennsylvania Insurance Company | Womble Bond Dickinson (US) LLP | Kevin J. Mangan, Lisa Bittle Tancredi | kevin.mangan@wbd-us.com; lisa.tancredi@wbd-us.com | ECF; E-mail |
| Counsel for JMS Wind Energy, LLC, Pulse Clean Energy SPV Watt Limited | Eversheds Sutherland (US) LLP | Sameer Alifarag | sameeralifarag@evershedssutherland.com | ECF |
| Counsel for Kay Capture Energy, LLC | Saul Ewing LLP | Turner Falk | turner.falk@saul.com | ECF |
| Counsel for Sonic Systems International, LLC | Akerman LLP | Mark. S. Lichtenstein | mark.lichtenstein@akerman.com | ECF |

## Master Service List
### Parties Served by U.S. Mail

US Attorney for District of New Jersey
Alina Habba
970 Broad Street, 7th Floor
Newark, NJ 07102

New Jersey Attorney General Office
Division of Law
Richard J. Hughes Justice Complex
25 Market St
PO Box 112
Trenton, NJ 08625-0112

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

Powin, LLC
20550 SW 115th Avenue
Tualatin, OR 97062