|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**VINSON & ELKINS LLP**<br><br>Steven M. Abramowitz (No. 043641990)<br>David S. Meyer (admitted *pro hac vice*)<br>Lauren R. Kanzer (admitted *pro hac vice*)<br>The Grace Building<br>1114 Avenue of the Americas, 32nd Floor<br>New York, New York 10036-7708<br>Tel: (212) 237-0000<br>Fax: (212) 237-0100<br>Email: sabramowitz@velaw.com<br>         dmeyer@velaw.com<br>         lkanzer@velaw.com<br><br>-and-<br><br>William L. Wallander (*pro hac vice* forthcoming)<br>Matthew D. Struble (*pro hac vice* forthcoming)<br>2001 Ross Avenue, Suite 3900<br>Dallas, Texas 75201<br>Tel: (214) 220-7700<br>Fax: (214) 220-7716<br>Email: bwallander@velaw.com<br>         mstruble@velaw.com<br><br>*Counsel for Ad Hoc Group of Customers of Powin, LLC* | |
| In re:<br><br>Powin, LLC, *et al*.,[1]<br><br>                    Debtors. | Case No. 25 – 16137 (MBK)<br><br>Chapter 11<br><br>(Jointly Administered) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin, LLC [0504], (ii) PEOS Holdings, LLC [5476], (iii) Powin Project LLC [1583], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

4917-7950-2163

**APPLICATION FOR ORDER SHORTENING TIME
FOR NOTICE OF THE EMERGENCY MOTION OF
AD HOC CUSTOMER GROUP FOR ENTRY OF AN ORDER
(I) GRANTING ADEQUATE PROTECTION UNDER SECTION 363(e)
OF THE BANKRUPTCY CODE AND (II) GRANTING RELATED RELIEF**

Lone Star Solar, LLC,[2] Idaho Power Company, West Warwick Energy Storage 1, LLC, West Warwick Energy Storage 2, LLC, and West Warwick Energy Storage 3, LLC[3] (each a "***Customer***," and collectively, the "***Ad Hoc Customer Group***"), each a creditor, customer, and party in interest, by and through their undersigned counsel, hereby file this application (the "***Application***") requesting that the time period to notice the *Emergency Motion of Ad Hoc Customer Group for Entry of an Order (I) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code and (II) Granting Related Relief* (the "***Motion***") be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1.      <u>A shortened time hearing is requested because:</u>  The Motion seeks entry of an order (i) granting the Customers adequate protection under section 363(e) of the Bankruptcy Code in connection with intellectual property licenses (the "***Licenses***") granted by certain Debtors to the Customers pursuant to certain contracts among the Debtors and the Customers and (ii) granting related relief.  As set forth in the Motion, the Ad Hoc Customer Group consists of Customers who own and operate large, industrial-scale and utility-scale lithium ion battery energy storage systems that were designed and provided by the Debtors and for which the Debtors are responsible for ongoing maintenance and other services.  Shortened time is necessary because the relief sought in the Motion is directly related to the *Omnibus Motion of the Debtors for Entry of an Order*

---

[2] Lone Star Solar, LLC is a subsidiary of energyRe, LLC.

[3] West Warwick Energy Storage 1, LLC, West Warwick Energy Storage 2, LLC, and West Warwick Energy Storage 3, LLC are direct subsidiaries of Convergent West Warwick, LLC and indirect subsidiaries of Convergent Energy and Power LP.

4917-7950-2163

*(I) Authorizing the Rejection of Legacy Customer Contracts and (II) Granting Related Relief* [Docket No. 88] (the "**Rejection Motion**"), which is set for hearing on July 15, 2025 at 11:30 a.m. (ET) and is necessary to protect the Customers' rights under the Bankruptcy Code. Prior to the filing of this Application, the Ad Hoc Customer Group has made numerous attempts to work with the Debtors to avoid the need for seeking relief directly from the Court. However, the Debtors have provided limited to no response to the Customers and failed to otherwise address their adequate protection concerns, leaving the Ad Hoc Customer Group no option but to file the Motion and this Application and respectfully request that the Motion be heard on an expedited basis.

2. The Ad Hoc Customer Group does not believe that any party in interest is prejudiced by this Application or the relief requested herein. The Ad Hoc Customer Group, through the Motion, is simply seeking that the Court require the Debtors' to provide adequate protection pursuant to section 363(e) of the Bankruptcy Code in the event the Customers' contracts with the Debtors are rejected or the intellectual property that is the subject of the licenses is sold pursuant to the Debtors' sale process.

3. <u>A hearing is requested on or before</u>: The Ad Hoc Customer Group respectfully requests that the Court hear the Motion on July 15, 2025 at 11:30 a.m. (ET), or as soon as possible thereafter, but in any event prior to or contemporaneously with any hearing on the Rejection Motion.

4. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

**WHEREFORE**, the Ad Hoc Customer Group respectfully requests entry of the proposed order shortening time, in substantially the form submitted herewith, granting the relief requested herein, and such other relief as is just and proper under the circumstances.

4917-7950-2163

Dated: July 8, 2025
New York, NY

/s/ *Steven Abramowitz*
**VINSON & ELKINS LLP**
Steven M. Abramowitz (NJ Bar No. 043641990)
David S. Meyer (admitted *pro hac vice*)
Lauren R. Kanzer (admitted *pro hac vice*)
The Grace Building
1114 Avenue of the Americas, 32nd Floor
New York, New York 10036-7708
Tel: (212) 237-0000
Fax: (212) 237-0100
Email: sabramowitz@velaw.com
　　　　dmeyer@velaw.com
　　　　lkanzer@velaw.com

-and-

William L. Wallander (*pro hac vice* forthcoming)
Matthew D. Struble (*pro hac vice* forthcoming)
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Tel: (214) 220-7700
Fax: (214) 220-7716
Email: bwallander@velaw.com
　　　　mstruble@velaw.com

*Counsel for Ad Hoc Group of*
*Customers of Powin, LLC*