UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**VINSON & ELKINS LLP**

Steven M. Abramowitz (No. 043641990)
David S. Meyer (admitted *pro hac vice*)
Lauren R. Kanzer (admitted *pro hac vice*)
The Grace Building
1114 Avenue of the Americas, 32nd Floor
New York, New York 10036-7708
Tel: (212) 237-0000
Fax: (212) 237-0100
Email: sabramowitz@velaw.com
         dmeyer@velaw.com
         lkanzer@velaw.com

-and-

William L. Wallander (*pro hac vice* forthcoming)
Matthew D. Struble (*pro hac vice* forthcoming)
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Tel: (214) 220-7700
Fax: (214) 220-7716
Email: bwallander@velaw.com
         mstruble@velaw.com

*Counsel for the Ad Hoc Customer Group*

| | |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>            Debtors. | Case No. 25 – 16137 (MBK)<br><br>Chapter 11<br><br>(Jointly Administered) |

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin, LLC [0504], (ii) PEOS Holdings, LLC [5476], (iii) Powin Project LLC [1583], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487].  The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enter their appearance for an ad hoc group of Powin customers, whose members are Lone Star Solar, LLC, Idaho Power Company, West Warwick Energy Storage 1, LLC, West Warwick Energy Storage 2, LLC, and West Warwick Energy Storage 3, LLC (collectively, the "*Ad Hoc Customer Group*"), pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, and request that all notices given or required to be given and copies of all pleadings, motions, and other papers filed or served in this bankruptcy case, be served upon the Ad Hoc Customer Group through their undersigned counsel, as follows:

> **VINSON & ELKINS LLP**
> Steven M. Abramowitz, Esq.
> David S. Meyer, Esq. (admitted *pro hac vice*)
> Lauren R. Kanzer, Esq. (admitted *pro hac vice*)
> 1114 Avenue of the Americas, 32nd Floor
> New York, NY 10036
> Telephone: (212) 237-0137
> sabramowitz@velaw.com
> dmeyer@velaw.com
> lkanzer@velaw.com
>
> -and-
>
> William L. Wallander (*pro hac vice* forthcoming)
> Matthew D. Struble (*pro hac vice* forthcoming)
> 2001 Ross Avenue, Suite 3900
> Dallas, Texas 75201
> Telephone: (214) 220-7700
> bwallander@velaw.com
> mstruble@velaw.com

**PLEASE TAKE FURTHER NOTICE** that this request encompasses all notices, copies, and pleadings, including, without limitation, orders, motions, demands, complaints,

petitions, plans of reorganization, disclosure statements, schedules, statements of financial affairs, operating reports, requests, or applications, and any other documents brought before this Court in these cases, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, delivery service, email, telephone, fax, telex, or otherwise which affect or seek to affect these cases.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Request for Notices* nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed to constitute a waiver of any substantive or procedural right of the Ad Hoc Customer Group including, without limitation, (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of New Jersey (the "***District Court***"); (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Ad Hoc Customer Group is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.  Unless and until the Ad Hoc Customer Group expressly states otherwise, the Ad Hoc Customer Group does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: July 8, 2025
New York, New York

Respectfully submitted,

/s/ Steven M. Abramowitz
**VINSON & ELKINS LLP**
Steven M. Abramowitz, Esq.
David S. Meyer (admitted *pro hac vice*)
Lauren R. Kanzer (admitted *pro hac vice*)
The Grace Building
1114 Avenue of the Americas, 32nd Floor
New York, New York 10036-7708
Tel: (212) 237-0000
Fax: (212) 237-0100
Email: sabramowitz@velaw.com
        dmeyer@velaw.com
        lkanzer@velaw.com
-and-

William L. Wallander (*pro hac vice* forthcoming)
Matthew D. Struble (*pro hac vice* forthcoming)
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Tel: (214) 220-7700
Fax: (214) 220-7716
    Email: bwallander@velaw.com
            mstruble@velaw.com


*Counsel for the Ad Hoc Customer Group*