| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**VINSON & ELKINS LLP**<br><br>Steven M. Abramowitz (No. 043641990)<br>The Grace Building<br>1114 Avenue of the Americas, 32nd Floor<br>New York, New York 10036-7708<br>Tel: (212) 237-0000<br>Fax: (212) 237-0100<br>Email: sabramowitz@velaw.com<br><br>*Counsel for the Ad Hoc Customer Group* | |
| In re:<br><br>Powin, LLC, *et al.*,[2]<br><br>            Debtors. | Case No. 25 – 16137 (MBK)<br><br>Chapter 11<br><br>(Jointly Administered) |

### DECLARATION OF WILLIAM L. WALLANDER, ESQ. IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION

WILLIAM L. WALLANDER, ESQ., of full age, hereby certifies as follows:

1.  I am an attorney-at-law and a senior partner of the law firm of Vinson & Elkins LLP, which maintains offices at, among other places, 2001 Ross Avenue, Suite 3900, Dallas, Texas 75201. Because of my familiarity with the facts and circumstances relevant to the above-captioned pending matter, an ad hoc group of Powin Customers, whose members are Lone Star Solar, LLC, Idaho Power Company, West Warwick Energy Storage 1, LLC, West Warwick Energy Storage 2, LLC, and West Warwick Energy Storage 3, LLC (collectively, the "***Ad Hoc Customer Group***") request that I be allowed to appear *pro hac vice* for the purposes of representing

---

[2] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin, LLC [0504], (ii) PEOS Holdings, LLC [5476], (iii) Powin Project LLC [1583], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

the Ad Hoc Customer Group in connection with the above-captioned bankruptcy cases. I submit this Certification in support of the application for my admission *pro hac vice*.

2. I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of Texas, the State of New York, the Supreme Court of the United States, the Texas Supreme Court, the U.S. Courts of Appeals for the Second, Fifth, and Tenth Circuits, the United States District Courts for the Northern, Eastern, Western, and Southern Districts of Texas, the United States District Court of Arizona, the United States District Court for the Southern District of New York, and the United States District Court of Colorado. I am in good standing before the courts in which I am admitted, and I have not been disbarred, suspended or disciplined by any court or administrative body.

3. If the Application is granted, I agree to abide by this Court's local rules, to submit myself to the disciplinary jurisdiction of this Court, and to make payment to the New Jersey Lawyer's Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a) and to the District Court under L. Civ. R. 101.1(c)(3).

4. For the foregoing reasons, I respectfully request my application for admission *pro hac vice* be granted.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 8, 2025

/s/    *William L. Wallander*
William L. Wallander, Esq.

4907-5956-8467