**GIBSON, DUNN & CRUTCHER LLP**
Jeffrey C. Krause, Esq. (*pro hac vice* pending)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
jkrause@gibsondunn.com


-and-


Michael J. Cohen, Esq.
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
mcohen@gibsondunn.com

*Co-Counsel to BHER Ravenswood Solar 1, LLC*

**COLE SCHOTZ P.C.**
Felice R. Yudkin, Esq.
Daniel J. Harris, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
fyudkin@coleschotz.com
dharris@coleschotz.com


*Co-Counsel to BHER Ravenswood Solar 1, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, *et al.*, | Case No. 25-16137 (MBK) |
| Debtors.[1] | (Jointly Administered) |

### APPLICATION FOR *PRO HAC VICE* ADMISSION OF JEFFREY C. KRAUSE

BEHR Ravenswood Solar 1, LLC ("BEHR"), by and through its undersigned counsel, respectfully submits this application (the "Application") for the pro hac vice admission of Jeffrey C. Krause, Esq., and represents as follows:

1.  Mr. Krause is a partner in the firm of Gibson, Dunn & Crutcher LLP.  Because of his familiarity with the facts and circumstances relevant to BEHR in these matters, BEHR requests that Mr. Krause be allowed to appear pro hac vice in the within matters.

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

2. As set forth in the Certification of Mr. Krause, annexed hereto as **Exhibit A**, Mr. Krause is a member in good standing of the bar of the State of California. Mr. Krause is not under suspension or disbarment by any court.

3. If admitted *pro hac vice*, Mr. Krause has represented that he will adhere to the disciplinary jurisdiction of this Court.

WHEREFORE, it is respectfully requested that the Court grant the Application, pursuant to D.N.J. LBR 9010-1 and L. Civ. R. 101.1(c), to admit counsel *pro hac vice* in the above captioned matters.

Respectfully submitted,

**COLE SCHOTZ P.C.**
Co-Counsel for BHER Ravenswood Solar 1, LLC

By: /s/ *Felice R. Yudkin*
        Felice R. Yudkin

Dated: July 9, 2025

2