**Exhibit A**

| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP**<br>Jeffrey C. Krause, Esq. (*pro hac vice* pending)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>jkrause@gibsondunn.com<br><br>-and-<br><br>Michael J. Cohen, Esq.<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 351-4000<br>mcohen@gibsondunn.com<br><br>*Co-Counsel to BHER Ravenswood Solar 1, LLC* | **COLE SCHOTZ P.C.**<br>Felice R. Yudkin, Esq.<br>Daniel J. Harris, Esq.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>fyudkin@coleschotz.com<br>dharris@coleschotz.com<br><br><br>*Co-Counsel to BHER Ravenswood Solar 1, LLC* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

## CERTIFICATION OF JEFFREY C. KRAUSE
## IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION

JEFFREY C. KRAUSE, of full age, hereby certifies as follows:

1. I am an attorney at law admitted to practice before the Court of the State of California and am a partner at the firm of Gibson, Dunn & Crutcher LLP. I submit this Certification in support of the accompanying Application for my admission *pro hac vice*.

2. I was admitted to practice in the State of California on December 16, 1980, the United States District Court for the Central District of California in 1980, the Eastern, Northern and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

Southern Districts of California in 1981, the Ninth Circuit Court of Appeals in 1981 and the Eighth Circuit Court of Appeals in 2006.

3. I am in good standing before the Courts in which I am admitted, and I have not been disbarred, suspended or disciplined by any court or administrative body. The name and address of the office maintaining the roll of members in good standing for the State of California, is Office of Admissions, 845 S. Figueroa Street, Los Angeles, CA 900172515. The name and address of the office maintaining the roll of members in good standing for the United States District Court for the Central District of California is Edward R. Roybal Federal Building, United States Court House, 255 East Temple Street. Los Angeles, CA 90012-3332.

4. BEHR filed the within Application for the *pro hac vice* admission in these matters due to my familiarity with the facts and circumstances relevant to its interests. If the Application is granted, I agree to abide by this Court's local rules and to submit myself to the disciplinary jurisdiction of this Court.

5. I hereby designate the following member of the bar of this Court with whom the Court and opposing counsel may communicate regarding these cases: Felice R. Yudkin, Esq.

6. For the foregoing reasons, I respectfully request the application for *pro hac vice* be granted.

7. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 9, 2025 /s/     *Jeffrey Krause*
                     Jeffrey Krause, Esq.