|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br><br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> CULLEN AND DYKMAN LLP <br> Kyriaki Christodoulou, Esq. <br> Michelle McMahon, Esq. (pro hac vice *forthcoming*) <br> One Battery Park Plaza, 34th Fl. <br> New York, New York 10004 <br> (212) 510-2296 <br> Email: mmcmahon@cullenllp.com <br>         kchristodoulou@cullenllp.com <br> -and- <br><br> Molly J. Kjartanson (pro hac vice *forthcoming*) <br> Hannah-Kaye Fleming (pro hac vice *forthcoming*) <br> SNELL & WILMER L.L.P. <br> One East Washington Street, Suite 2700 <br> Phoenix, Arizona 85004-2556 <br> Telephone:   602.382.6000 <br> Facsimile:   602.382.6070 <br> Email:       hkfleming@swlaw.com <br>               mkjartanson@swlaw.com <br><br> *Attorneys for Arevon Energy, Inc.* |  |
| In re: <br><br> POWIN, LLC, *et al.*,[1] <br><br>      Debtors. | CHAPTER 11 <br><br> Case Number: 25-16137 (MBK) |

### APPLICATION FOR ADMISSION PRO HAC VICE FOR MICHELLE MCMAHON

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, the undersigned counsel hereby seeks entry of an order granting

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

the admission pro hac vice of Michelle McMahon, Esq. of the law firm of Cullen and Dykman LLP, to represent Averon Energy, Inc. in the above-captioned chapter 11 cases. In support of this application, counsel submits the attached Certification of Michelle McMahon, Esq., and requests that the proposed form of order submitted herewith be entered. Counsel certifies that she is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey.

Dated: July 9, 2025                              CULLEN AND DYKMAN LLP


                                      By: */s/ Kyriaki Christodoulou*

                                      Kyriaki Christodoulou, Esq.
                                      Michelle McMahon, Esq. (pro hac vice *forthcoming*)
                                      One Battery Park Plaza, 34th Fl.
                                      New York, New York 10004
                                      (212) 510-2296
                                      Email: mmcmahon@cullenllp.com
                                        kchristodoulou@cullenllp.com

                                      *Attorneys for Arevon Energy, Inc.*