| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>CULLEN AND DYKMAN LLP<br>Kyriaki Christodoulou, Esq.<br>Michelle McMahon, Esq. (pro hac vice *forthcoming*)<br>One Battery Park Plaza, 34th Fl.<br>New York, New York 10004<br>(212) 510-2296<br>Email: mmcmahon@cullenllp.com<br>       kchristodoulou@cullenllp.com<br> -and-<br><br> Molly J. Kjartanson (pro hac vice *forthcoming*)<br> Hannah-Kaye Fleming (pro hac vice *forthcoming*)<br> SNELL & WILMER L.L.P.<br> One East Washington Street, Suite 2700<br> Phoenix, Arizona 85004-2556<br> Telephone:   602.382.6000<br> Facsimile:   602.382.6070<br> Email:       hkfleming@swlaw.com<br>              mkjartanson@swlaw.com<br><br>*Attorneys for Arevon Energy, Inc.* | |
| In re:<br><br>POWIN, LLC, *et al.*,[2]<br><br>          Debtors. | CHAPTER 11<br><br>Case Number: 25-16137 (MBK) |

## CERTIFICATION OF MICHELLE MCMAHON

I, Michelle McMahon, respectfully request that the Court enter the attached order granting my admission *pro hac vice* in the above-captioned bankruptcy cases to represent Averon Energy, Inc.

---

[2] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

I certify that I am admitted to practice and am in good standing in the bars set forth below.  No disciplinary proceedings are pending against me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

| Bar Admission | Date of Admission |
|---|---|
| Delaware | 2000 |
| Connecticut (inactive) | 2000 |
| New York | 2005 |
| California | 2007 |

I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

I further agree to pay all fees to the Clerk of the United Stated District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief

Dated: July 9, 2025

**CULLEN AND DYKMAN LLP**

 /s/ *Michelle McMahon*
Michelle McMahon, Esq.
One Battery Park Plaza, 34th Fl.
New York, New York 10004
(212) 510-2296
Email: mmcmahon@cullenllp.com