**<u>Exhibit A</u>**

CERTAIN INVENTORY AND LOCATIONS

| Included Warehouses & 3PLs | Classification | Cure Cost ($'000s) |
|---|---|---|
| Hub @ 202 Ownco (Mesa), Incl Fixed Assets | Powin Warehouse | $ 62 |
| Lu Pacific Properties, LLC (Tualatin), Incl Fixed Assets | Powin Warehouse | $ 47 |
| RH | 3PL | $ 2,998 |
| 8 Loop | 3PL | $ 385 |
| Trivergix | 3PL | $ 216 |
| OneSource | 3PL | $ 80 |
| Welldex | 3PL | $ 469 |
| SourceOne | 3PL | $ 46 |
| ATS | 3PL | $ 3 |
| American Lamprecht | 3PL | $ 0 |
| Prolift | 3PL | $ 26 |
| Expeditors | 3PL | $ 2 |

**Tualatin, OR WHSE Inventory**

**Address: 20550 SW 115th Ave, Tualatin, OR, 97062**

| Item | Category |
|---|---|
| E-B-00708 | Breakers |
| E-B-00753 | Cables |
| E-B-00752 | Cables |
| E-B-00751 | Cables |
| E-B-00754 | Cables |
| M00101-00002-004 | Electronics |
| M00101-00002-005 | Electronics |
| M00102-00002-001 | Electronics |
| M00101-00002-012 | EMS Component |
| E-B-00715 | EMS Component |
| E-B-00716 | EMS Component |
| M00104-02000-007 | EMS Component |
| ML510G-50 | EMS Component |
| M00103-00007-000 | EMS Component |
| E-B-00720 | EMS Component |
| M-B-00219 | EMS Component |
| E-B-00741 | EMS Component |
| E21703-00015-002 | EMS Component |
| E-B-00744 | EMS Component |
| E-B-00739 | EMS Component |
| E-B-00706 | EMS Component |
| E-B-00742 | EMS Component |
| M30112-04008-014 | EMS Component |
| E-B-00745 | EMS Component |
| E-B-00740 | EMS Component |
| E-B-00714 | EMS Component |
| ST201M-C16 | EMS Component |
| M00101-00002-013 | EMS Component |

| Item | Category |
|---|---|
| E-B-00724 | EMS Component |
| E-B-00712 | EMS Component |
| E-B-00711 | EMS Component |
| M70107-00011-046 | EMS Component |
| E-B-00743 | EMS Component |
| E-B-00746 | EMS Component |
| E-B-00710 | EMS Component |
| E-B-00709 | EMS Component |
| E21703-00012-001 | Enclosure Integration |
| E-B-00412 | Misc Items |
| E-B-00422 | Misc Items |
| E-B-00415 | Misc Items |
| E-B-00418 | Misc Items |
| E-B-00421 | Misc Items |
| M-B-00220 | Misc Items |
| M-B-00221 | Misc Items |
| E-B-00717 | Misc Items |
| E-B-00755 | Misc Items |
| E-B-00756 | Misc Items |
| E-B-00722 | PCS Add On |
| E-B-00721 | PCS Add On |
| E-B-00269 | PCS Add On |
| M00101-00002-017 | Switch |
| M00103-00005-000 | UPS |
| M00103-00008-000 | UPS |
| M00103-00006-000 | UPS |

**Mesa, AZ WHSE Inventory**

**Address: 7524 E Warner Rd Mesa, AZ, 85212**

| Item | Category |
|---|---|
| A10800-10005-000 | AC Panel |
| A10800-11005-000 | AC Panel |
| A10800-06005-000 | AC Panel |
| A10800-04005-000 | AC Panel |
| LAP36250MB | AC Panel Spare |
| QOB3125VH | AC Panel Spare |
| M00111-00004-005 | AC Panel Spare |
| M00111-00003-006 | AC Panel Spare |
| M00111-00004-004 | AC Panel Spare |
| QOB230VH | AC Panel Spare |
| QO140VH | AC Panel Spare |
| QOB3150VH | AC Panel Spare |
| M00111-00004-007 | AC Panel Spare |
| LAP36200MB | AC Panel Spare |
| QO230VH | AC Panel Spare |
| MHKE20 | AC Panel Spare |
| LAP36300MB | AC Panel Spare |
| P10800-01083-006 | AC Panel Spare |

| | |
|---|---|
| QOB390VH | AC Panel Spare |
| M00111-00004-006 | AC Panel Spare |
| QO130VH | AC Panel Spare |
| QO115VH | AC Panel Spare |
| M00111-00001-002 | AC Panel Spare |
| M00111-00002-002 | AC Panel Spare |
| QO120VH | AC Panel Spare |
| MH44KE | AC Panel Spare |
| QOC342MQS | AC Panel Spare |
| M30102-65401-006 | Battery Packs |
| P10900-07000-420 | Battery Packs |
| M30102-20420-017 | Breakers |
| M30102-20420-015 | Breakers |
| M30102-20420-020 | Breakers |
| M30102-20420-009 | Breakers |
| M30102-20420-002 | Breakers |
| M70112-00000-303 | Breakers |
| M30102-20420-010 | Breakers |
| M30102-20420-021 | Breakers |
| M70112-00000-306 | Breakers |
| M30102-20420-016 | Breakers |
| M30102-20420-018 | Breakers |
| M70112-00000-304 | Breakers |
| M30102-20420-032 | Breakers |
| M30102-20420-109 | Breakers |
| M30102-20420-033 | Breakers |
| M30102-20420-030 | Breakers |
| M30102-20420-013 | Breakers |
| M30102-20420-019 | Breakers |
| M30102-20420-031 | Breakers |
| M30102-20420-022 | Breakers |
| M70112-00000-305 | Breakers |
| M30102-20420-012 | Breakers |
| M30102-20420-113 | Breakers |
| M30103-00017-005 | Breakers |
| M30102-20420-058 | Breakers |
| A-M-00541 | Busbars |
| M-M-00750 | Busbars |
| M30104-12007-028_DO NOT USE, NOT A FG | Busbars |
| M30104-12007-027_DO NOT USE, NOT A FG | Busbars |
| P10900-07000-336 | Busbars |
| P10900-07000-337 | Busbars |
| P10900-02000-102 V2.0 | Busbars |
| P10900-07000-217 | Busbars |
| P10900-07000-106 | Busbars |
| P10900-07000-223 | Busbars |
| P10900-03001-118 | Busbars |
| P10900-07000-214 | Busbars |
| P10900-04000-209 | Busbars |
| E21706-00031-003-52 | Busbars |

| | |
|---|---|
| P10900-07009-138 | Busbars |
| P10900-03001-201 V2.0 | Busbars |
| A11501-01001-602 V2.1 | Busbars |
| P10900-07011-015 | Busbars |
| P10900-07011-017 | Busbars |
| P10900-07000-405 | Busbars |
| M30104-12007-027 | Busbars |
| M30104-12007-028 | Busbars |
| P10900-07000-416 | Busbars |
| M20103-02005-008 | Cables |
| M70112-00000-259 | Cables |
| M30104-12007-029_DO NOT USE, NOT A FG | Cables |
| E31703-00003-009 | Cables |
| E-B-00051 | Cables |
| E21703-00017-303 | Cables |
| E-B-00050 | Cables |
| E-B-00799 | Cables |
| M30104-12007-029 | Cables |
| E-B-00800 | Cables |
| E-M-00155 | Cables |
| E-B-00052 | Cables |
| E-M-00156 | Cables |
| E21703-00124-000 | Cables |
| A11501-01005-013 | Cables |
| E21703-00138-000 | Cables |
| A10400-00007-005 | Cables |
| OMNICABLE - A51003-BWG (same as M20103-01020-007) | Cables |
| A10400-00007-004 | Cables |
| E-B-00049 | Cables |
| A10400-00006-003 | Cables |
| A10400-00007-003 | Cables |
| E21703-00140-000 | Cables |
| A10400-00007-001 | Cables |
| A10400-00007-002 | Cables |
| A10400-00006-002 | Cables |
| E-B-00802 | Cables |
| E21703-00123-000 | Cables |
| A10400-00007-008 | Cables |
| A10400-00006-005 | Cables |
| E21703-00139-000 | Cables |
| E21704-00012-015 | Cables |
| E21703-00130-620 | Cables |
| E21703-00030-169 | Cables |
| A10400-00006-001 | Cables |
| A10400-00007-012 | Cables |
| A10400-00007-011 | Cables |
| A10400-00007-010 | Cables |
| E21703-00125-000 | Cables |
| A10400-00007-009 | Cables |
| E21703-00031-185 | Cables |

| | |
|---|---|
| A10400-00007-007 | Cables |
| A10400-00007-006 | Cables |
| E21703-00017-304 | Cables |
| E21704-00005-010 | Cables |
| GRAINGER 1W312 | Cables |
| E21703-00130-621 | Cables |
| A10400-00006-004 | Cables |
| E21703-00010-215 | Cables |
| E21704-00005-006 | Cables |
| E21703-00030-952 | Cables |
| E21703-00000-041 | Cables |
| E-B-00430 | Cables |
| E-B-00777 | Cables |
| E21703-00010-221 | Cables |
| E21703-00010-097 | Cables |
| E21703-00000-137 | Cables |
| E-B-00753 | Cables |
| E21703-00000-136 | Cables |
| E-B-00752 | Cables |
| E-B-00434 | Cables |
| E21703-00000-127 | Cables |
| E21703-00000-128 | Cables |
| E21703-00035-024 | Cables |
| P10904-01000-050 | Cables |
| E21703-00010-213 | Cables |
| E21703-00010-002 | Cables |
| E-B-00433 | Cables |
| E-B-00751 | Cables |
| E21703-00010-082 | Cables |
| E21703-00030-167 | Cables |
| E21703-00010-212 | Cables |
| E21703-00010-001 | Cables |
| E21701-05000-013 | Cables |
| E21704-00014-017 | Cables |
| E21703-00030-164 | Cables |
| E21703-00010-059 | Cables |
| E21703-00010-065 | Cables |
| E21704-00014-009 | Cables |
| E-B-00754 | Cables |
| M00101-00002-026 | Cables |
| E21703-00010-048 | Cables |
| E21703-00010-036 | Cables |
| E21703-00010-217 | Cables |
| E21703-00010-039 | Cables |
| E21703-00000-135 | Cables |
| E21703-00000-102 | Cables |
| E21703-00010-003 | Cables |
| E21703-00010-004 | Cables |
| E21703-00010-007 | Cables |
| E21703-00010-084 | Cables |

| | |
|---|---|
| E21703-00010-006 | Cables |
| E21703-00010-022 | Cables |
| E21703-00010-014 | Cables |
| E21703-00010-019 | Cables |
| E21703-00010-018 | Cables |
| E21703-00010-017 | Cables |
| E21703-00010-005 | Cables |
| E21703-00010-078 | Cables |
| E21703-00010-086 | Cables |
| E21703-00010-027 | Cables |
| E21703-00010-015 | Cables |
| E21703-00010-025 | Cables |
| E21703-00010-040 | Cables |
| E21703-00010-043 | Cables |
| E21703-00010-052 | Cables |
| E21703-00010-041 | Cables |
| E21703-00010-045 | Cables |
| E21703-00010-044 | Cables |
| E21703-00132-581 | Cables |
| E21703-00010-064 | Cables |
| E21703-00000-013 | Cables |
| E21703-00010-062 | Cables |
| E21703-00000-010 | Cables |
| E21703-00000-039 | Cables |
| E21703-00010-020 | Cables |
| E21703-00031-075 | Cables |
| E21703-00000-093 | Cables |
| E21703-00000-062 | Cables |
| E21703-00000-094 | Cables |
| E21703-00000-046 | Cables |
| E21703-00010-216 | Cables |
| E21703-00000-095 | Cables |
| E21703-00000-216 | Cables |
| E21703-00132-580 | Cables |
| E21703-00000-054 | Cables |
| E21703-00000-217 | Cables |
| E21703-00000-218 | Cables |
| E21703-00000-057 | Cables |
| E21703-00000-089 | Cables |
| E21703-00010-219 | Cables |
| E21703-00000-007 | Cables |
| E21703-00000-004 | Cables |
| E21703-00000-205 | Cables |
| E21703-00000-015 | Cables |
| E21703-00000-203 | Cables |
| E21703-00000-063 | Cables |
| E21703-00000-016 | Cables |
| E21703-00000-064 | Cables |
| E21703-00010-046 | Cables |
| E21703-00000-014 | Cables |

| | |
|---|---|
| E21703-00000-049 | Cables |
| E21703-00000-208 | Cables |
| E21703-00000-219 | Cables |
| E21703-00000-011 | Cables |
| E21703-00000-059 | Cables |
| E21703-00000-047 | Cables |
| E21703-00000-060 | Cables |
| E21703-00000-048 | Cables |
| E21703-00000-003 | Cables |
| E21703-00000-005 | Cables |
| E21703-00000-050 | Cables |
| E21703-00000-214 | Cables |
| E21703-00000-213 | Cables |
| E21703-00000-210 | Cables |
| E21703-00000-037 | Cables |
| E21703-00000-020 | Cables |
| E21703-00000-036 | Cables |
| E21703-00000-022 | Cables |
| E21703-00000-209 | Cables |
| E21703-00000-002 | Cables |
| E21703-00000-009 | Cables |
| E21703-00000-001 | Cables |
| E21703-00000-006 | Cables |
| E21703-00034-022 | Cables |
| E21703-00034-028 | Cables |
| E21703-00034-038 | Cables |
| E21703-00034-045 | Cables |
| E21703-00034-034 | Cables |
| E21703-00034-040 | Cables |
| M30108-01106-047 | Collection Segment Component |
| M30101-00006-002 | Collection Segment Component |
| M70107-00011-159_DO NOT USE, NOT A FG | Collection Segment Component |
| M30108-01106-046 | Collection Segment Component |
| M30103-00018-016_DO NOT USE, NOT A FG | Collection Segment Component |
| M30103-00018-016 | Collection Segment Component |
| M30108-01106-049 | Collection Segment Component |
| M30112-04008-006_DO NOT USE, NOT A FG | Collection Segment Component |
| M30108-01106-044 | Collection Segment Component |
| A-M-00387 | Collection Segment Component |
| M30108-01106-037 | Collection Segment Component |
| M30101-00006-003 | Collection Segment Component |
| M30108-01205-011 | Collection Segment Component |
| M30112-04008-006 | Collection Segment Component |
| M30121-01001-002 | Collection Segment Component |
| M30108-01205-012 | Collection Segment Component |
| M00104-02000-004 | Collection Segment Component |
| M60102-40505-012 | Collection Segment Component |
| P10900-07001-032 | Collection Segment Component |
| M30107-00002-000 | Collection Segment Component |
| M70106-00013-020_DO NOT USE, NOT A FG | Collection Segment Component |

| | |
|---|---|
| M30107-00008-003 | Collection Segment Component |
| M30108-01205-010 | Collection Segment Component |
| M70106-00013-019_DO NOT USE, NOT A FG | Collection Segment Component |
| M30108-01106-026 | Collection Segment Component |
| M00108-00002-026 | Collection Segment Component |
| M70107-00011-159 | Collection Segment Component |
| M30104-12007-033 | Collection Segment Component |
| A10400-00005-846 | Collection Segment Component |
| M00108-00002-029 | Collection Segment Component |
| M30108-01206-000 | Collection Segment Component |
| Socomec, 14001050 | Collection Segment Component |
| E60100-00001-010 | Collection Segment Component |
| M00108-00002-030 | Collection Segment Component |
| M70104-00010-127 | Collection Segment Component |
| M00108-00002-031 | Collection Segment Component |
| M60102-30310-030 | Collection Segment Component |
| E21706-40000-002 | Collection Segment Component |
| E21706-40000-003 | Collection Segment Component |
| M30116-13215-034_DO NOT USE, NOT A FG | Collection Segment Component |
| M60102-30504-020 | Collection Segment Component |
| P10900-07001-512 | Dampers |
| P10900-07001-282 | Dampers |
| P10900-07001-283 | Dampers |
| M30102-65501-017 | DC Cabinet Component |
| M30108-01106-041 | DC Cabinet Component |
| M30108-01106-043 | DC Cabinet Component |
| M30102-65501-025 | DC Cabinet Component |
| M30102-65501-001 | DC Cabinet Component |
| M30108-01106-036 | DC Cabinet Component |
| M30102-65501-004 | DC Cabinet Component |
| M30108-01106-034 | DC Cabinet Component |
| M30102-65501-013 | DC Cabinet Component |
| 26PV8120 | DC Cabinet Component |
| M30108-01106-040 | DC Cabinet Component |
| M30108-01106-048 | DC Cabinet Component |
| P10907-01000-022 | DC Cabinet Component |
| M30108-01106-039 | DC Cabinet Component |
| EUU-1-500007479 | DC Cabinet Component |
| 26PV3051 | DC Cabinet Component |
| M30108-01106-024 | DC Cabinet Component |
| M30102-65501-018 | DC Cabinet Component |
| FAN-1-225230000 | DC Cabinet Component |
| M30108-01106-030 | DC Cabinet Component |
| M30108-01106-052 | DC Cabinet Component |
| M30108-01106-023 | DC Cabinet Component |
| FUS-1-125001500 | DC Cabinet Component |
| M30102-65501-016 | DC Cabinet Component |
| M30108-01106-035 | DC Cabinet Component |
| M30102-65501-003 | DC Cabinet Component |
| M30102-65501-023 | DC Cabinet Component |

| | |
|---|---|
| M30108-01106-045 | DC Cabinet Component |
| PLC-1-402019607 | DC Cabinet Component |
| M30108-01106-032 | DC Cabinet Component |
| M30108-01106-033 | DC Cabinet Component |
| 87P02040 | DC Cabinet Component |
| EUU-1-500007622 | DC Cabinet Component |
| M30102-65501-024 | DC Cabinet Component |
| EUU-1-500007601 | DC Cabinet Component |
| M30102-65501-019 | DC Cabinet Component |
| EUU-1-500007630 | DC Cabinet Component |
| EUU-1-500007609 | DC Cabinet Component |
| EUU-1-500007618 | DC Cabinet Component |
| M30108-01106-029 | DC Cabinet Component |
| EUU-1-500008020 | DC Cabinet Component |
| M30102-06340-000 | DC Cabinet Component |
| M70101-01016-000 | DC Cabinet Component |
| 14232111 | DC Cabinet Component |
| EUU-1-500007593 | DC Cabinet Component |
| M70101-02004-000 | DC Cabinet Component |
| EUU-1-500007934 | DC Cabinet Component |
| M30102-65501-020 | DC Cabinet Component |
| KIT-7-C15061030 | DC Cabinet Component |
| 14001032 | DC Cabinet Component |
| M30102-65501-029 | DC Cabinet Component |
| VSA-1-000600110 | DC Cabinet Component |
| M30102-65501-006 | DC Cabinet Component |
| M30102-65501-026 | DC Cabinet Component |
| 14AD2111 | DC Cabinet Component |
| EUU-1-500004766 | DC Cabinet Component |
| M30102-65501-027 | DC Cabinet Component |
| M30102-65501-021 | DC Cabinet Component |
| FUS-1-001500000 | DC Cabinet Component |
| ISO-MBI-30M6 | DC Cabinet Component |
| ISO-MBI-25M6 | DC Cabinet Component |
| ISO-MBI-50M10 | DC Cabinet Component |
| 542070 | DC Cabinet Component |
| FUS-1-000100002 | DC Cabinet Component |
| 548590 | DC Cabinet Component |
| SM-7120AX52 | DC Cabinet Component |
| M30102-65501-030 | DC Cabinet Component |
| A10200-04010-049 | Electrical Assy. |
| A10200-04010-031 | Electrical Assy. |
| A10200-04010-043 | Electrical Assy. |
| E-M-00077 | Electrical Assy. |
| M00102-00002-001 | Electronics |
| M00101-00002-004 | Electronics |
| M30106-00008-017_DO NOT USE, NOT A FG | Electronics |
| E-B-00053 | Electronics |
| M30106-00008-017 | Electronics |
| M00102-00002-002 | Electronics |

| | |
|---|---|
| M00101-00002-011 | Electronics |
| E-B-00807 | Electronics |
| M30107-00005-002 | Electronics |
| M00101-00002-005 | Electronics |
| M00106-02003-004 | Electronics |
| E31703-00003-001 | Electronics |
| M30106-00008-010 | Electronics |
| M70112-00000-266 | Electronics |
| E-B-00075 | Electronics |
| E21703-00004-358 | Electronics |
| M30103-00018-020 | Electronics |
| E21703-00004-356 | Electronics |
| M30112-04008-010 | Electronics |
| Phoenix Contact 2903703 | Electronics |
| M30104-08002-005 | Electronics |
| E21703-00030-241 | Electronics |
| M30112-04008-012 | Electronics |
| M30108-01205-003 | Electronics |
| E21703-00004-357 | Electronics |
| M30112-04008-007 | Electronics |
| M30115-04021-002_DO NOT USE, NOT A FG | Electronics |
| M30116-40010-001 | Electronics |
| M30106-00008-009 | Electronics |
| E21703-00030-453 | Electronics |
| E21703-00030-455 | Electronics |
| Phoenix Contact 2903306 | Electronics |
| Phoenix Contact 2900961 | Electronics |
| E21703-00030-242 | Electronics |
| M30106-00008-021 | Electronics |
| M00106-02003-006 | Electronics |
| E-B-00380 | Electronics |
| Phoenix Contact 2900960 | Electronics |
| M30112-04008-016 | Electronics |
| M30104-12007-023 | Electronics |
| M30104-12007-024 | Electronics |
| M30112-04008-005 | Electronics |
| M00110-00001-002 | Electronics |
| M00110-00001-003 | Electronics |
| M70112-00001-003 | Electronics |
| M30104-12007-021 | Electronics |
| M30103-00018-007 | Electronics |
| M50116-01116-000_DO NOT USE, NOT A FG | Electronics |
| E21703-00030-578 | Electronics |
| E21703-00030-577 | Electronics |
| M30103-00014-020 | Electronics |
| M30112-04008-003 | Electronics |
| M30120-01001-004 | Electronics |
| M30106-00009-003 | Electronics |
| M30112-04008-018 | Electronics |
| M30103-00014-002 | Electronics |

| | |
|---|---|
| M30103-00014-025 | Electronics |
| E21703-00136-866 | Electronics |
| M30103-00014-019 | Electronics |
| M30103-00014-003 | Electronics |
| M30108-01205-002 | Electronics |
| M20109-00001-001 | Electronics |
| M20105-01109-044 | Electronics |
| M50116-01116-000 | Electronics |
| M00108-00004-007 | Electronics |
| A-M-00552 | EMS |
| M00103-00007-000 | EMS Component |
| M00101-00002-002 | EMS Component |
| M00101-00002-012 | EMS Component |
| E-B-00715 | EMS Component |
| M-B-00219 | EMS Component |
| M00101-00002-013 | EMS Component |
| M00104-02000-007 | EMS Component |
| E-B-00716 | EMS Component |
| ARK-3530F-00A1E BTO | EMS Component |
| ADAM-6017-D | EMS Component |
| E21703-00015-002 | EMS Component |
| 1588H12B1JV | EMS Component |
| E-B-00720 | EMS Component |
| E-B-00740 | EMS Component |
| E-B-00711 | EMS Component |
| E-B-00712 | EMS Component |
| SDR-240-24 | EMS Component |
| 1587T11A1S | EMS Component |
| E-B-00746 | EMS Component |
| E-B-00706 | EMS Component |
| E-B-00741 | EMS Component |
| 1504SC | EMS Component |
| E-B-00744 | EMS Component |
| CAGKIT1032-100 | EMS Component |
| HM25030-3SR | EMS Component |
| 1506STD | EMS Component |
| 2002-1601 | EMS Component |
| NON-6 | EMS Component |
| E-B-00709 | EMS Component |
| E-B-00710 | EMS Component |
| P10800-01083-044 | Enclosure |
| M9U21202 | Enclosure Component |
| GRAINGER 2WJ19 | Enclosure Component |
| P10906-02000-020 | Enclosure Component |
| E-B-00104 | Enclosure Component |
| FW200B-10 | Enclosure Component |
| EDS-316 | Enclosure Component |
| 277-12010-ND | Enclosure Component |
| RB-HFMD1 | Enclosure Component |
| SRT1500RMXLA-NC | Enclosure Component |

| | |
|---|---|
| Duralink 50 | Enclosure Component |
| 142186 (B30-25-595-ANSIWA) | Enclosure Component |
| M70107-00011-082 R1.0 | Enclosure Component |
| M00106-02003-003 | Enclosure Component |
| 1750100 - OBSOLETE | Enclosure Component |
| M20106-08009-008 | Enclosure Component |
| M20106-08009-007 | Enclosure Component |
| M30102-65501-028 | Enclosure Component |
| 118084 (B30-R10000) | Enclosure Component |
| M90101-00003-001 | Enclosure Component |
| QO330MQ200 | Enclosure Component |
| P10906-02000-018 | Enclosure Component |
| 60409 | Enclosure Component |
| E21703-00012-309 | Enclosure Component |
| M30112-04008-004 | Enclosure Component |
| EDS-308 | Enclosure Component |
| M20106-06044-035 | Enclosure Component |
| M20106-06044-034_DO NOT USE, NOT A FG | Enclosure Component |
| M00106-02003-005 | Enclosure Integration |
| M00108-00004-032 | Enclosure Integration |
| M70107-00012-062 | Enclosure Integration |
| E21703-00007-003 | Enclosure Integration |
| M00108-00004-025 | Enclosure Integration |
| M70107-00011-104 | Enclosure Integration |
| E21703-00008-013 | Enclosure Integration |
| M30106-02004-001 | Energy Segment Component |
| HOFFMAN CSD16126 | Energy Segment Component |
| A11501-01005-003 | Energy Segment Component |
| E21703-00031-403 | Energy Segment Component |
| MOXA UC-2101-LX | Energy Segment Component |
| M30107-00008-006 | Energy Segment Component |
| M30108-01106-042 | Energy Segment Component |
| HOFFMAN CP1612 | Energy Segment Component |
| M20106-06044-064 | Energy Segment Component |
| M70107-00012-255 | Energy Segment Component |
| E21703-00017-462 | Energy Segment Component |
| A11501-01002-005 | Energy Segment Component |
| M20106-06044-061 | Energy Segment Component |
| M30103-00018-015 | Energy Segment Component |
| E21703-00030-454 | Energy Segment Component |
| P10900-07001-100 | Energy Segment Component |
| A10400-00009-933 | Energy Segment Component |
| A10400-00006-069 | Energy Segment Component |
| E21703-00017-459 | Energy Segment Component |
| A-M-00104 | Energy Segment Component |
| M70107-00011-150 | Energy Segment Component |
| M30104-12007-022 | Energy Segment Component |
| A10400-00005-905 | Energy Segment Component |
| M70104-00010-082 | Energy Segment Component |
| A-M-00203 | Energy Segment Component |

| | |
|---|---|
| P10900-07500-136 | Energy Segment Component |
| A-M-00276 | Energy Segment Component |
| A-M-00221 | Energy Segment Component |
| A-M-00204 | Energy Segment Component |
| M60102-30308-030 | Energy Segment Component |
| A10400-00005-907 | Energy Segment Component |
| P10900-07500-137 | Energy Segment Component |
| A10400-00005-760 | Energy Segment Component |
| M60102-30105-030 | Energy Segment Component |
| P10900-07001-110 | Energy Segment Component |
| A10400-00006-047 | Energy Segment Component |
| M60102-30504-045 | Energy Segment Component |
| M60102-10612-335 | Energy Segment Component |
| M30106-00016-002 | Energy Segment Component |
| M60102-30505-008 | Energy Segment Component |
| M60102-30505-020 | Energy Segment Component |
| M60102-30505-010 | Fasteners |
| M60103-10110-000 | Fasteners |
| M60102-30308-020 | Fasteners |
| M60101-11105-000 | Fasteners |
| E-B-00289 | Fasteners |
| M60102-30606-020 | Fasteners |
| M60102-40308-025 | Fasteners |
| M60102-40310-025 | Fasteners |
| M60102-11804-808 | Fasteners |
| P10900-07001-206 | Fasteners |
| M60102-40306-025 | Fasteners |
| M60102-40310-030 | Fasteners |
| M60102-10607-515 | Fasteners |
| E-B-00806 | Fasteners |
| E-B-00805 | Fasteners |
| M60102-40308-020 | Fasteners |
| M70107-00012-283 | Fasteners |
| M60102-10310-020 | Fasteners |
| M60103-10306-000 | Fasteners |
| M60101-10210-000 | Fasteners |
| P10900-07001-453 | Fasteners |
| M60102-40306-016 | Fasteners |
| M-B-00108 | Fasteners |
| E-B-00803 | Fasteners |
| M60102-30505-014 | Fasteners |
| M60102-30504-050 | Fasteners |
| M60102-10306-014 | Fasteners |
| M60102-40505-010 | Fasteners |
| M60103-10106-000 | Fasteners |
| E-B-00804 | Fasteners |
| P10900-07001-334 | Fasteners |
| M70105-00013-000 | Fasteners |
| M60102-40306-055 | Fasteners |
| P10900-07200-021 | Fasteners |

| | |
|---|---|
| M60102-10504-060 | Fasteners |
| M60102-30504-008 | Fasteners |
| M60102-30504-010 | Fasteners |
| A10400-00005-775 | Fasteners |
| RIVET NUT, M6 X 1mm Internal Thread, .5-3.0mm Material Thickness, 18-8 Stainless Steel | Fasteners |
| RIVET NUT, M4 X .7mm Internal Thread, .5-2.5mm Material Thickness, 18-8 Stainless Steel | Fasteners |
| M60102-30505-012 | Fasteners |
| M60103-10304-000 | Fasteners |
| M60102-10613-522 | Fasteners |
| P10900-07001-050 | Fasteners |
| M-B-00055 | Fasteners |
| M60103-10210-000 | Fasteners |
| M60102-30308-018 | Fasteners |
| M60103-10100-003 | Fasteners |
| P10900-07001-070 | Fasteners |
| M60102-30504-016 | Fasteners |
| M60103-10100-002 | Fasteners |
| M60101-10104-000 | Fasteners |
| M60102-30310-025 | Fasteners |
| M60102-40308-030 | Fasteners |
| M60103-10310-000 | Fasteners |
| M60101-10210-010 | Fasteners |
| P10900-07001-469 | Fasteners |
| P10900-07001-348 | Fasteners |
| P10900-07001-379 | Fasteners |
| M60102-30306-020 | Fasteners |
| M60102-10304-010 | Fasteners |
| M70111-00050-178 | Fasteners |
| M60102-30305-016 | Fasteners |
| M60102-30306-016 | Fasteners |
| M60102-10703-008 | Fasteners |
| E-B-00473 | Fasteners |
| M60102-30306-012 | Fasteners |
| M60103-10310-104 | Fasteners |
| M60102-30308-016 | Fasteners |
| P10900-07001-432 | Fasteners |
| M60102-10503-010 | Fasteners |
| M60102-30306-025 | Fasteners |
| M60102-30505-016 | Fasteners |
| M60101-10208-000 | Fasteners |
| M60103-10308-104 | Fasteners |
| M60102-30503-012 | Fasteners |
| M60101-10206-000 | Fasteners |
| M70107-00012-251 | Fasteners |
| M60102-11501-002 | Fasteners |
| M60103-10510-000 | Fasteners |
| M60101-10204-000 | Fasteners |
| M20103-01022-009 | FSS Component |

| | |
|---|---|
| M00108-00004-008 | FSS Component |
| A-M-00286 | FSS Component |
| M00108-00002-007 | FSS Component |
| P10900-07001-026 | FSS Component |
| E21703-00017-583 | FSS Component |
| M00108-00004-009 | FSS Component |
| M00108-00004-014 | FSS Component |
| A-M-00285 | FSS Component |
| M00108-00002-082 | FSS Component |
| M00108-00004-013 | FSS Component |
| A11501-01004-042 | FSS Component |
| M00108-00004-012 | FSS Component |
| M00108-00002-003 | FSS Component |
| M00108-00002-084 | FSS Component |
| M00108-00002-040 | FSS Component |
| M00108-00002-083 | FSS Component |
| M00108-00002-020 | FSS Component |
| M00108-00002-021 | FSS Component |
| M30104-12007-035 | FSS Component |
| M30104-07013-000 | FSS Component |
| M-B-00053 | FSS Component |
| M30103-00014-005 | FSS Component |
| M30104-12007-037 | FSS Component |
| M00108-00002-008 | FSS Component |
| M00108-00002-009 | FSS Component |
| M70107-00011-162 | FSS Component |
| M00108-00004-031 | FSS Component |
| M00108-00002-010 | FSS Component |
| A11501-01004-042_DO NOT USE, NOT A FG | FSS Component |
| M30104-12007-036 | FSS Component |
| 3005013 | FSS Component |
| M00108-00004-002 | FSS Integration |
| E-B-00666 | FSS Integration |
| M00108-00002-012 | FSS Integration |
| M00108-00002-004 | FSS Integration |
| M00108-00004-026 | FSS Integration |
| M00108-00002-017 | FSS Integration |
| M00108-00004-022 | FSS Integration |
| M00108-00004-003 | FSS Integration |
| M00108-00002-013 | FSS Integration |
| M00108-00002-002 | FSS Integration |
| M00108-00004-015 | FSS Integration |
| M00108-00002-014 | FSS Integration |
| M00108-00002-018 | FSS Integration |
| M00108-00002-019 | FSS Integration |
| M00108-00002-001 | FSS Integration |
| M00108-00002-006 | FSS Integration |
| M00108-00002-015 | FSS Integration |
| M00108-00002-005 | FSS Integration |
| M00108-00002-011 | FSS Integration |

| | |
|---|---|
| M00108-00002-016 - OBSOLETE | FSS Integration |
| M00108-00004-006 | FSS Integration |
| E-B-00285 | Fuses |
| M30108-01106-059 | Fuses |
| E-B-00284 | Fuses |
| M30108-01106-020 | Fuses |
| M30108-01205-020 | Fuses |
| M30108-01205-026 | Fuses |
| M30108-01205-004 | Fuses |
| M30108-01205-025 | Fuses |
| M-B-00047 | Gaskets |
| M-B-00073 | Gaskets |
| P10900-07500-130 | Gaskets |
| M30116-01016-030 | Glands |
| M30116-13215-033 | Glands |
| M30106-00008-012 | Glands |
| M30106-00008-011 | Glands |
| E21703-00030-947 | Harnesses |
| E21703-00030-949 | Harnesses |
| E21703-00017-301 | Harnesses |
| E21703-00017-298 | Harnesses |
| E21703-00017-300 | Harnesses |
| E21703-00035-017 | Harnesses |
| E21703-00017-299 | Harnesses |
| M30116-13215-031 | HDC |
| M30116-13215-036 | HDC |
| M30116-13215-037 | HDC |
| HDC 04A ALU | HDC |
| M30116-13215-038 | HDC |
| M20106-11002-016 | HDC |
| M30116-13215-032 | HDC |
| M70112-00001-011 | HDC |
| M70112-00001-012 | HDC |
| M00106-02002-001 | HVAC |
| M00106-02004-000 | HVAC |
| MGA1072AE090CR+1+1CA+A24++++++ - OBSOLETE | HVAC |
| M00106-02002-003 | HVAC |
| M90101-00002-002 | HVAC Component |
| M70110-00018-004 | HVAC Integration |
| M00106-02003-001 | HVAC Integration |
| P10906-01000-003 | HVAC Integration |
| M00106-02003-002 | HVAC Integration |
| M30106-00013-003 | HVAC Integration |
| APC Replacement battery cartridge #152 | HVAC Spare |
| 10382 | HVAC Spare |
| 40181 | HVAC Spare |
| 40193A-SP | HVAC Spare |
| 40046A-SP | HVAC Spare |
| 92219-2 | HVAC Spare |
| 70571 | HVAC Spare |

| | |
|---|---|
| 30180 | HVAC Spare |
| 70281 | HVAC Spare |
| 50141 | HVAC Spare |
| 70688 | HVAC Spare |
| 70006 | HVAC Spare |
| 70646 | HVAC Spare |
| 70656 | HVAC Spare |
| 70546 | HVAC Spare |
| 70342 | HVAC Spare |
| 2903308 | HVAC Spare |
| P/50182 | HVAC Spare |
| 70425 | HVAC Spare |
| 50040 | HVAC Spare |
| 80428 | HVAC Spare |
| 50360 | HVAC Spare |
| 70005 | HVAC Spare |
| M70104-00010-102 | Labels |
| M70104-00010-099 | Labels |
| M-M-00077 | Labels |
| M70104-00010-108 | Labels |
| M70104-00010-111 | Labels |
| ETO Labels | Labels |
| P00100-01001-031 | Labels |
| M70104-00010-110 | Labels |
| M70104-00010-103 | Labels |
| M70104-00010-112 | Labels |
| M70104-00010-107 | Labels |
| M70104-00010-158 | Labels |
| M70104-00010-113 | Labels |
| M-M-00292 | Labels |
| M70104-00010-137 | Labels |
| M70104-00010-136 | Labels |
| M70104-00010-109 | Labels |
| M70104-00010-119 | Labels |
| M70104-00010-118 | Labels |
| M-B-00263 | Labels |
| P00100-01001-035 | Labels |
| M70104-00010-124 | Labels |
| M70104-00010-125 | Labels |
| M70104-00010-120 | Labels |
| M70104-00010-164 | Labels |
| M-M-00406 | Labels |
| M70104-00010-168 | Labels |
| P00100-01001-029 | Labels |
| P00100-01001-023 | Labels |
| P00100-01001-019 | Labels |
| P00100-01001-030 | Labels |
| P00100-01001-022 | Labels |
| P00100-01001-024 | Labels |
| M70104-00010-153 | Labels |

| | |
|---|---|
| P00100-01001-026 | Labels |
| M70104-00010-167 | Labels |
| P00100-01001-028 | Labels |
| M-M-00296 | Labels |
| M70104-00010-157 | Labels |
| P00100-01001-037 | Labels |
| P10800-01083-043 | Labels |
| P10800-01083-039 | Labels |
| P10900-07000-204 | Metal Comp. |
| M70112-00000-236 | Metal Comp. |
| A10400-00005-862 | Metal Comp. |
| P10900-07000-326 | Metal Comp. |
| P10900-07000-350 | Metal Comp. |
| M70112-00000-002 | Metal Comp. |
| P10900-07000-327 | Metal Comp. |
| P10900-07000-325 | Metal Comp. |
| P10900-07000-324 | Metal Comp. |
| P10900-07000-203 | Metal Comp. |
| P10900-07000-210 | Metal Comp. |
| A-M-00521 | Metal Fabrication |
| A10400-00005-757 | Metal Fabrication |
| A-M-00288 | Metal Fabrication |
| A-M-00305 | Metal Fabrication |
| P10900-07000-400 | Metal Fabrication |
| P10900-07000-407 | Metal Fabrication |
| M-M-00287 | Metal Fabrication |
| M-M-00288 | Metal Fabrication |
| A-M-00105 | Metal Fabrication |
| M70107-00012-280 | Metal Fabrication |
| A-M-00353 | Metal Fabrication |
| A-M-00352 | Metal Fabrication |
| P10900-07000-323 | Metal Fabrication |
| M-M-00289 | Metal Fabrication |
| A10400-00009-815 | Metal Fabrication |
| A10400-00009-812 | Metal Fabrication |
| A10400-00009-814 | Metal Fabrication |
| A10400-00009-818 | Metal Fabrication |
| A10400-00009-816 | Metal Fabrication |
| A10400-00009-817 | Metal Fabrication |
| A10400-00009-813 | Metal Fabrication |
| A10400-00005-845 | Metal Fabrication |
| M70112-00000-026 | Metal Fabrication |
| A10400-00005-820 | Metal Fabrication |
| M70112-00000-256 | Metal Fabrication |
| M-B-00012 | Misc Items |
| M-B-00235 | Misc Items |
| E-B-00412 | Misc Items |
| M70111-00050-164 | Misc Items |
| M-B-00009 | Misc Items |
| M-B-00197 | Misc Items |

| Item | Category |
|---|---|
| P10900-07009-218 | Misc Items |
| Server, Dell PowerEdge R260 | Misc Items |
| M-B-00142 | Misc Items |
| Poly Performance, PPI-LS-55 | Misc Items |
| Poly Performance, PPI-LS-32 | Misc Items |
| Poly Performance, PPI-LS-38 | Misc Items |
| Poly Performance, PPI-LS-40 | Misc Items |
| M70107-00012-027 | Misc Items |
| M70111-00050-170 | Misc Items |
| E-B-00422 | Misc Items |
| M70111-00050-179 | Misc Items |
| C774B430G20 | Misc Items |
| M-B-00011 | Misc Items |
| E-B-00418 | Misc Items |
| CABLE TIE, 6in, 40lbs, Nylon, Black, UV resistant (100/bag) | Misc Items |
| E-B-00421 | Misc Items |
| P10900-07009-216 | Misc Items |
| M-B-00082 | Misc Items |
| EJ14166 - OBSOLETE | Misc Items |
| NBF-32232 | Misc Items |
| P10900-07500-156 | Misc Items |
| CHCC3DU | Misc Items |
| FNQ-R-6 | Misc Items |
| M-B-00226 | Misc Items |
| NBF-32032 | Misc Items |
| M-B-00221 | Misc Items |
| M-B-00228 | Misc Items |
| E-B-00372 | Misc Items |
| SPRAY BOTTLE, 16oz, PLASTIC | Misc Items |
| E-B-00755 | Misc Items |
| TechSpray Isopropyl Alcohol Wipes | Misc Items |
| P10900-07008-140 | Misc Items |
| 3M Super 77 CA - Spray Adhesive | Misc Items |
| PAINTERS MASKING TAPE, BLUE, 1in X 60yds ROLL | Misc Items |
| MEAN WELL MDR-20-24 | Misc Items |
| ZOLLER V30AE000056 | Misc Items |
| P10900-07001-030 | Misc Items |
| M30103-00014-004 | Misc Items |
| SHOP TOWEL, SCOTT, 9 X 11in, 55 PER ROLL | Misc Items |
| E-B-00756 | Misc Items |
| E40101-10804-011 | Module |
| E40101-10804-012 | Module |
| E40101-10403-022 | Module |
| E40101-10804-002 | Module |
| E50100-07002-000 | PCBA |
| E50100-09000-000 | PCBA |
| E50200-08000-000 | PCBA Components |
| E58200-01000-000 | PCBA Components |
| CAB1000/AC_DO NOT USE, NOT A FG | PCS |
| M30122-01001-003 | PCS Add On |

| | |
|---|---|
| M30122-01001-002 | PCS Add On |
| M411Z00143AA | PCS Component |
| 6AA-570-000-001 | PCS Component |
| 102025-00.01 | PCS Component |
| L5453 | PCS Component |
| E977BE | PCS Component |
| 104789-00.01 | PCS Component |
| 30-102700.01 | PCS Component |
| SMA 122430-00.02 | PCS Component |
| 108985-00.01 | PCS Component |
| 6UP-450-002-001 | PCS Component |
| SC30RIO.GR2 | PCS Component |
| SC30ACC.GR5 | PCS Component |
| L5419D | PCS Component |
| 46-107000.02 | PCS Component |
| SMA 105083-00.01 | PCS Component |
| 60-090100.01 | PCS Component |
| SMA 95-128500.03 | PCS Component |
| L5679 | PCS Component |
| L5554-1 | PCS Component |
| 60-090000.01 | PCS Component |
| SMA 65-05150 | PCS Component |
| 103135-00.01 | PCS Component |
| SMA 61-1263100.01 | PCS Component |
| SMA 61-0159452 | PCS Component |
| SMA 26-096004001 | PCS Component |
| SMA 124133-00.01 | PCS Component |
| L1874-1 | PCS Component |
| SMA 124843-00.01 | PCS Component |
| SMA 60-00562 | PCS Component |
| SMA 124841-00.01 | PCS Component |
| SMA 124840-00.01 | PCS Component |
| SMA 104460-00.02 | PCS Component |
| SMA 62-103700.02 | PCS Component |
| SMA 117962-00.01 | PCS Component |
| SMA 43-107100.01 | PCS Component |
| SMA 43-107000.01 | PCS Component |
| SMA 117728-00.01 | PCS Component |
| SMA 43-107300.01 | PCS Component |
| SMA 113930-00.01 | PCS Component |
| SMA 20-1410 | PCS Component |
| SMA 61-117117 | PCS Component |
| SMA 117303-00.01 | PCS Component |
| SMA 61-117118 | PCS Component |
| SMA 43-107200.01 | PCS Component |
| SMA 42-62120014 | PCS Component |
| SMA 124109-00.01 | PCS Component |
| SMA 43-104000.01 | PCS Component |
| SMA 86-00892 | PCS Component |
| M-M-00391 | Plastics |

| | |
|---|---|
| M-M-00394 | Plastics |
| P10900-07000-211 | Plastics |
| M00110-00002-004 | PLC Integration |
| M00110-00001-001 | PLC Integration |
| M00110-00002-002 | PLC Integration |
| M20103-03030-010 | PLC Integration |
| M00110-00002-001 | PLC Integration |
| M00110-00001-004 | PLC Integration |
| E21703-00007-300 | PLC Integration |
| M00110-00002-003 | PLC Integration |
| C-LBT222-ADM4055-1 | PLC Integration |
| M-B-00095 | Rubber |
| M30103-00018-013 | Stack |
| A10400-00005-701 | Stack Component |
| M30108-01106-019 | Stack Component |
| M30108-01106-016 | Stack Component |
| M30104-12007-031_DO NOT USE, NOT A FG | Stack Component |
| E50101-06000-002 | Stack Component |
| M30108-01106-008 | Stack Component |
| M30108-01106-017 | Stack Component |
| E50101-06000-001 | Stack Component |
| M30108-01106-013 | Stack Component |
| M30104-12007-019_DO NOT USE, NOT A FG | Stack Component |
| A10400-00003-300 | Stack Component |
| E50200-04000-000 | Stack Component |
| SC20-200-1000 | Stack Component |
| SC11-120-1000 | Stack Component |
| M30108-01106-002 | Stack Component |
| A70400-01000-001 | Stack Component |
| M30108-01106-050 | Stack Component |
| M30108-01106-053 | Stack Component |
| M30104-12007-019 | Stack Component |
| M30108-01106-009 | Stack Component |
| M30104-12007-020 | Stack Component |
| M30104-12007-031 | Stack Component |
| A11501-01001-600 | Stack Component |
| A00900-01000-001 | Stack Component |
| A10400-00003-701 | Stack Component |
| E50101-06200-002 | Stack Component |
| E21701-10000-016 | Stack Component |
| E21703-00001-015 V2.0 | Stack Component |
| SC20-120-1000 | Stack Component |
| E50101-06200-001 | Stack Component |
| E21703-00124-000 V1.1 | Stack Component |
| A10200-04010-009 | Stack Component |
| E50200-03000-000 | Stack Component |
| E21703-00125-000 V1.1 | Stack Component |
| E21703-00011-264 | Stack Component |
| E21703-00011-285 | Stack Component |
| Amphenol RJ-00BMMA-LL7001_DO NOT USE, NOT A FG | Stack Component |

| | |
|---|---|
| E21703-00000-129 V2.0 | Stack Component |
| E21703-00011-207 | Stack Component |
| E21703-00011-205 | Stack Component |
| E21703-00011-201 | Stack Component |
| E21703-00011-206 | Stack Component |
| E21703-00000-127 V2.0 | Stack Component |
| E21703-00000-113 V2.0 | Stack Component |
| E21703-00000-135 V2.0 | Stack Component |
| M30108-01106-001 | Stack Component |
| SC11-200-1000 | Stack Component |
| M30112-04003-001 | Stack Component |
| E21703-00010-111 | Stack Component |
| A11501-01003-012 | Stack Component |
| E21703-00011-204 | Stack Component |
| E21703-00011-200 | Stack Component |
| E21703-00011-202 | Stack Component |
| E21703-00011-203 | Stack Component |
| E21703-00140-000 V1.1 | Stack Component |
| E21703-00000-103 | Stack Component |
| E21703-00000-137 V2.0 | Stack Component |
| E21703-00000-128 V2.0 | Stack Component |
| E21703-00011-300 | Stack Component |
| SLPPC70BNB1 | Stack Component |
| M30106-00009-001 | Stack Component |
| M20106-08009-022 | Stack Component |
| E21703-00011-263 | Stack Component |
| E21703-00011-286 | Stack Component |
| M20106-08009-021 | Stack Component |
| E21703-00010-214 | Stack Component |
| A00702-01000-000 | Stack Component |
| E21703-00001-008 | Stack Component |
| E21703-00011-294 | Stack Component |
| E21703-00000-136 V2.0 | Stack Component |
| M30118-01006-000 | Stack Component |
| M30108-01106-018 | Stack Component |
| SC20-160-1000 | Stack Component |
| SLPPC70BNO1 | Stack Component |
| M00101-00002-007 | Stack Component |
| M20106-06044-002_DO NOT USE, NOT A FG | Stack Component |
| E21703-00000-106 | Stack Component |
| E21703-00010-218 V2.1 | Stack Component |
| E21701-10000-010 | Stack Component |
| E50200-09000-000 | Stack Component |
| E21703-00011-301 | Stack Component |
| M30115-04002-002 | Stack Component |
| E21703-00011-111 | Stack Component |
| E21703-00011-260 | Stack Component |
| E21703-00011-208 | Stack Component |
| E21703-00011-283 | Stack Component |
| E21701-05000-007 | Stack Component |

| | |
|---|---|
| E21703-00011-209 | Stack Component |
| E21703-00010-216 V2.0 | Stack Component |
| M20106-08009-022_DO NOT USE, NOT A FG | Stack Component |
| M30106-00008-002 | Stack Component |
| E21703-00001-003 | Stack Component |
| A11401-01010-000 | Stack Component |
| E50900-01000-000 | Stack Component |
| E21703-00000-105 | Stack Component |
| E21703-00011-265 | Stack Component |
| P10902-01000-001 | Stack Component |
| E21701-05000-008 | Stack Component |
| E21703-00011-277 | Stack Component |
| E21703-00011-299 | Stack Component |
| E21703-00011-278 | Stack Component |
| E21703-00011-262 | Stack Component |
| E21703-00000-104 | Stack Component |
| M20106-08009-021_DO NOT USE, NOT A FG | Stack Component |
| E21703-00000-132 | Stack Component |
| E21703-00011-271 | Stack Component |
| E21703-00011-272 | Stack Component |
| M60101-10805-001 | Stack Component |
| E21703-00011-275 | Stack Component |
| M60102-30308-040 | Stack Component |
| M30112-04004-002 | Stack Component |
| P10904-01000-107 | Stack Component |
| E21703-00000-133 | Stack Component |
| E21703-00010-200 V1.0 | Stack Component |
| E21703-00000-134 | Stack Component |
| E21703-00011-270 | Stack Component |
| E21703-00011-261 | Stack Component |
| E21703-00000-131 | Stack Component |
| M30119-04002-000 | Stack Component |
| E21703-00011-276 | Stack Component |
| E21703-00000-108 | Stack Component |
| M30104-12007-020_DO NOT USE, NOT A FG | Stack Component |
| E21703-00000-107 | Stack Component |
| E21701-05000-011 | Stack Component |
| E21701-05000-012 | Stack Component |
| M70111-00050-106 | Stack Component |
| E21603-02001-000 | Stack Component |
| E21703-00011-274 | Stack Component |
| E21703-00011-273 | Stack Component |
| E50101-04000-003/004 | Stack Component |
| E21703-00011-280 | Stack Component |
| E21703-00011-279 | Stack Component |
| E50101-04000-001/002 | Stack Component |
| E21701-05000-009 | Stack Component |
| A11501-01003-009 | Stack Component |
| E50201-06000-000 | Stack Component |
| E21703-00011-295 | Stack Component |

| | |
|---|---|
| M20105-07015-002 | Stack Component |
| E21703-00011-266 | Stack Component |
| E21703-00011-269 | Stack Component |
| E21703-00011-268 | Stack Component |
| M10302-03001-000 | Stack Component |
| E21703-00011-267 | Stack Component |
| M30117-03005-010 | Stack Component |
| E21703-00010-219 V2.1 | Stack Component |
| E21602-01000-000 | Stack Component |
| E21603-02002-000 | Stack Component |
| E21703-00000-138 | Stack Component |
| M60102-30308-055 | Stack Component |
| E21602-01001-000 | Stack Component |
| E21603-03001-000 | Stack Component |
| M60101-10205-000 | Stack Component |
| M70111-00050-107 | Stack Component |
| E21603-02003-000 | Stack Component |
| E21603-03003-000 | Stack Component |
| E50200-07000-000 | String Controller |
| SC24-105-1500 | String Controller |
| SC24-155-1500 | String Controller |
| E50200-11000-000 | String Controller |
| M30104-12007-040 | String Controller |
| M30104-12007-039 | String Controller |
| M00101-00002-023 | Switch |
| M00101-00002-017 | Switch |
| M00101-00002-020 | Switch |
| M80101-00009-001 | Switch |
| M20103-03030-003_DO NOT USE, NOT A FG | Terminals |
| M20106-06044-063 | Terminals |
| M20106-06044-060 | Terminals |
| M20103-03030-002_DO NOT USE, NOT A FG | Terminals |
| M30103-00014-014 | Terminals |
| M20103-03030-014 | Terminals |
| M30103-00014-012 | Terminals |
| M30117-10001-004 | Terminals |
| E-B-00437 | Terminals |
| M30117-10001-005 | Terminals |
| M20103-03029-003 | Terminals |
| M30117-10001-013 | Terminals |
| E-B-00037 | Terminals |
| M30117-04002-810 | Terminals |
| M30117-08004-000 | Terminals |
| M30101-00006-005 | Transformer |
| M30101-00006-005_DO NOT USE, NOT A FG | Transformer |
| M30101-00006-008_DO NOT USE, NOT A FG | Transformer |
| M30101-00006-013 | Transformer |
| GN49 | Transformer |
| M00103-00008-000 | UPS |
| M00103-00008-007 | UPS |

| | |
|---|---|
| M00103-00005-000 | UPS |
| M00103-00008-017 | UPS |
| M00103-00006-000 | UPS |
| M00103-00008-006 | UPS |
| M00103-00008-016 | UPS |
| M00103-00008-022 | UPS |
| M00103-00008-015 | UPS |
| E-B-00409 | UPS |
| AP9641 | UPS |

## Mesa WHSE (Orion) Inventory

### Address: 7524 E Warner Rd, Mesa, AZ, 85212

| Item | Category |
|---|---|
| M00101-00002-004 | Electronics |
| M00103-00008-015 | UPS |

## Mesa WHSE (GTI) Inventory

### Address: 7524 E Warner Rd, Mesa, AZ, 85212

| Item | Category |
|---|---|
| M70112-00000-026 | Metal Fabrication |
| A10400-00005-795 | Metal Fabrication |
| M70112-00000-034 | Metal Fabrication |

## 8 Loop, Houston TX (3PL) Inventory

### Address: 7207 North Loop E, Houston, TX, 77028

| Item | Category |
|---|---|
| SMA SCS-3-3950-1500-2_FG | **PCS** |
| FP4200K CAR0040 QUOTE OPP-21-6671433 Rev 1 | **Transformer** |
| CS30-EE0-FF0-511-D11-320-0000000 | **Collection Segment Component** |
| M70107-00012-255 | **Energy Segment Component** |
| M70107-00012-283 | **Fasteners** |
| M60103-10100-001 | **Fasteners** |
| M60103-10100-002 | **Fasteners** |
| M60103-10100-003 | **Fasteners** |
| M60102-10613-522 | **Fasteners** |
| M60101-10210-010 | **Fasteners** |
| M60103-10210-000 | **Fasteners** |
| M60103-10100-004 | **Fasteners** |
| M60102-11501-002 | **Fasteners** |
| M60103-10310-000 | **Fasteners** |
| M70107-00012-251 | **Fasteners** |
| M70107-00012-280 | **Metal Fabrication** |
| CS30-H00-F00-411-A11-310-0000000 | **Collection Segment Component** |

## Trivergix (3PL) Inventory

**Address: c/o SKU Distribution 7835 E Ray Rd, Mesa, AZ 85212**

| Item | Category |
|------|----------|
| E40101-10806-042 | **Module** |
| E40101-10704-001 | **Module** |
| E40101-10704-002 | **Module** |
| E40101-10806-042 | **Module** |
| E40101-10704-002 | **Module** |
| E40101-10704-001 | **Module** |
| E40101-10806-102 | **Module** |
| E40101-10804-012 | **Module** |
| E40101-10804-011 | **Module** |
| E40101-10805-004 | **Module** |
| E40101-10403-021 | **Module** |
| E40101-10403-022 | **Module** |
| E40101-10805-003 | **Module** |
| E40101-10804-001 | **Module** |
| E40101-10403-024 | **Module** |
| E40101-10403-023 | **Module** |
| E40101-10804-002 | **Module** |
| S23-360-100-1500-C280-UNI | **Stack** |
| S22-230-280-1000-C280P-UNI 670-950 VDC_DO NOT USE, NOT A FG | **Stack** |
| S23-360-100-1500-E280K-UNI | **Stack** |
| S22-230-280-1000-C280P-UNI_DO NOT USE, NOT A FG | **Stack** |
| E40101-10806-022 | **Module** |
| E40101-10804-002 | **Module** |
| E40101-10806-022 | **Module** |
| E40101-10806-102 | **Module** |
| S22-230-140-1000-C280-110_DO NOT USE, NOT A FG | **Stack** |
| S22-230-140-1000-C280-110_DO NOT USE, NOT A FG | **Stack** |
| E40101-10806-022 | **Module** |
| E40101-10806-042 | **Module** |
| E40101-10806-022 | **Module** |

**OneSource (3PL) Inventory**

**Address: 46 Stafford Street, Lawrence, MA, 01841**

| Item | Category |
|------|----------|
| M00108-00002-007 | **FSS Component** |
| M00108-00002-021 | **FSS Component** |
| M00108-00002-020 | **FSS Component** |
| M00108-00002-008 | **FSS Component** |
| M00108-00002-010 | **FSS Component** |
| M00108-00002-009 | **FSS Component** |
| M00108-00002-012 | **FSS Integration** |
| M00108-00002-005 | **FSS Integration** |
| MGA1072AC090CR+1+1CA+C24++++++ | **HVAC** |
| S22-230-140-1000-C280-110_DO NOT USE, NOT A FG | **Stack** |
| E21703-00123-000 V1.1 | **Stack Component** |
| E21703-00139-000 V1.1 | **Stack Component** |

| Item | Category |
|------|----------|
| E21703-00138-000 V1.1 | **Stack Component** |
| S22-230-140-1000-C280-110_DO NOT USE, NOT A FG | **Stack** |
| P10900-02000-102 V2.0 | **Busbars** |
| M50116-01116-000 | **Electronics** |
| M60102-40308-020 | **Fasteners** |
| M60102-30308-020 | **Fasteners** |
| E40101-10804-001 | **Module** |
| E40101-10804-002 | **Module** |
| S22-230-140-1000-C280-110 | **Stack** |
| S22-230-180-1000-C280-110_DO NOT USE, NOT A FG | **Stack** |
| A10400-00003-300 | **Stack Component** |
| A11501-01001-600 | **Stack Component** |
| E21703-00001-008 | **Stack Component** |
| E21703-00000-127 V2.0 | **Stack Component** |
| E21703-00000-129 V2.0 | **Stack Component** |
| E21703-00000-128 V2.0 | **Stack Component** |
| E21703-00000-135 V2.0 | **Stack Component** |
| E21703-00000-137 V2.0 | **Stack Component** |
| E21703-00000-136 V2.0 | **Stack Component** |
| E21703-00125-000 V1.1 | **Stack Component** |
| E21703-00124-000 V1.1 | **Stack Component** |
| E21703-00140-000 V1.1 | **Stack Component** |
| E21703-00000-113 V2.0 | **Stack Component** |
| E21703-00001-015 V2.0 | **Stack Component** |
| E21703-00000-103 | **Stack Component** |
| E21703-00000-106 | **Stack Component** |
| E21703-00000-105 | **Stack Component** |
| E21703-00000-104 | **Stack Component** |
| E21703-00000-108 | **Stack Component** |
| E21703-00000-132 | **Stack Component** |
| E21703-00000-131 | **Stack Component** |
| E21703-00000-133 | **Stack Component** |
| E21703-00000-134 | **Stack Component** |
| M60102-30308-040 | **Stack Component** |
| E21703-00000-107 | **Stack Component** |
| A-M-00521 | **Metal Fabrication** |

## Welldex (3PL) Inventory

**Address: Welldex Distribution S.A. de C.V. RFC WDI140429V95, Lote 3 Manzana 8, Calle 4, No. 500
Parque Logistico, 78426, San Luis, S.L.P., Monterrey, Mexico, 65500**

| Item | Category |
|------|----------|
| M00106-02002-003 | **HVAC** |
| M00106-02002-003 | **HVAC** |
| A10400-00005-750 | **Metal Fabrication** |
| A10400-00005-758 | **Metal Fabrication** |
| E40101-10806-022 | **Module** |
| E40101-10806-042 | **Module** |

## RH  (3PL) Inventory

**Address: Carretera Monterrey – Colombia No. Ext KM 18 Colonia Emiliano Zapata C.P. 65500, Monterrey, Mexico, 65500**

| Item | Category |
|------|----------|
| P10900-07000-204 | **Metal Comp.** |
| A-M-00487A TDN-000257 | **Energy Segment Component** |
| A10400-00011-836B TDN-000257 | **Energy Segment Component** |
| A-M-00080F | **Module** |
| ES30-302-121-100-0000000 | **Energy Segment Component** |
| A-M-00487A TDN-000257 | **Energy Segment Component** |
| M70112-00000-306 | **Breakers** |
| M70112-00000-304 | **Breakers** |
| M30102-20420-017 | **Breakers** |
| M70112-00000-303 | **Breakers** |
| M30102-20420-009 | **Breakers** |
| M70112-00000-305 | **Breakers** |
| E31703-00003-003 | **Cables** |
| E31703-00003-005 | **Cables** |
| E31703-00003-009 | **Cables** |
| E21703-00030-298 | **Cables** |
| E21703-00030-296 | **Cables** |
| E21703-00030-299 | **Cables** |
| E21703-00030-297 | **Cables** |
| E21703-00030-140 | **Cables** |
| E31703-00003-004 | **Cables** |
| E31703-00003-002 | **Cables** |
| E21703-00035-021 | **Cables** |
| E31703-00003-006 | **Cables** |
| E21703-00035-023 | **Cables** |
| E21703-00030-550 | **Cables** |
| E21703-00035-024 | **Cables** |
| E21703-00030-316 | **Cables** |
| E21703-00030-317 | **Cables** |
| E21703-00030-557 | **Cables** |
| E21703-00030-164 | **Cables** |
| E21703-00130-503 | **Cables** |
| E21703-00030-556 | **Cables** |
| E21703-00030-167 | **Cables** |
| E21703-00130-500 | **Cables** |
| E21703-00130-501 | **Cables** |
| E21703-00130-502 | **Cables** |
| E21703-00130-504 | **Cables** |
| E21703-00030-561 | **Cables** |
| E21703-00030-147 | **Cables** |
| E21703-00030-560 | **Cables** |
| E21703-00033-002 | **Cables** |
| E21703-00033-004 | **Cables** |

| | |
|---|---|
| E21703-00033-001 | **Cables** |
| E21703-00030-558 | **Cables** |
| E21703-00030-145 | **Cables** |
| E21703-00030-148 | **Cables** |
| E21703-00033-003 | **Cables** |
| E21703-00030-144 | **Cables** |
| E21703-00030-559 | **Cables** |
| P10900-07001-283 | **Dampers** |
| P10900-07001-282 | **Dampers** |
| M70101-02004-000 | **DC Cabinet Component** |
| M70101-01016-000 | **DC Cabinet Component** |
| A10200-04010-049 | **Electrical Assy.** |
| E21703-00030-241 | **Electronics** |
| E31703-00003-001 | **Electronics** |
| M00108-00004-007 | **Electronics** |
| A10400-00011-836B TDN-000257 | **Energy Segment Component** |
| E21703-00031-403 | **Energy Segment Component** |
| M20103-04001-008 | **Energy Segment Component** |
| P10900-07500-141 | **Energy Segment Component** |
| M70112-00000-758 | **Energy Segment Component** |
| P10900-07500-136 | **Energy Segment Component** |
| M30117-10001-006 | **Energy Segment Component** |
| P10900-07500-140 | **Energy Segment Component** |
| P10900-07500-139 | **Energy Segment Component** |
| M30117-10001-007 | **Energy Segment Component** |
| M70112-00000-076 | **Energy Segment Component** |
| M30117-10001-010 | **Energy Segment Component** |
| P10900-07500-137 | **Energy Segment Component** |
| M70112-00000-075 | **Energy Segment Component** |
| M20106-06044-064 | **Energy Segment Component** |
| M60102-30505-008 | **Energy Segment Component** |
| M60103-10210-000 | **Fasteners** |
| M60102-10306-014 | **Fasteners** |
| M60102-10310-020 | **Fasteners** |
| M60102-10504-060 | **Fasteners** |
| P10900-07001-334 | **Fasteners** |
| M60102-30505-012 | **Fasteners** |
| P10900-07200-021 | **Fasteners** |
| P10900-07001-432 | **Fasteners** |

| Item | Category |
|------|----------|
| M60103-10308-104 | **Fasteners** |
| M60102-10503-010 | **Fasteners** |
| GASKET, BULK, PORON AQUAPRO 4701-41-15250-04, ADHESIVE: 3M 9495-200MP, 20mm WIDE STRIP | **Gaskets** |
| M70112-00000-080 | **Gaskets** |
| M70112-00000-264 | **Gaskets** |
| E21703-00035-017 | **Harnesses** |
| M70104-00010-133 | **Labels** |
| M70104-00010-102 | **Labels** |
| P00100-01001-018 | **Labels** |
| M70104-00010-118 | **Labels** |
| P10900-07000-204 | **Metal Comp.** |
| P10900-07000-210 | **Metal Comp.** |
| M70112-00000-261 | **Metal Fabrication** |
| P10900-07000-394 | **Metal Fabrication** |
| M70107-00012-290 | **Misc Items** |
| M70107-00004-012 | **Misc Items** |
| M30117-10001-005 | **Terminals** |
| M30117-10001-004 | **Terminals** |
| M30101-00006-005 | **Transformer** |
| ES30-102-111-100-0000000 | **Energy Segment Component** |
| E40101-10806-022 | **Module** |

## ATS  (3PL) Inventory

### Address: 317 Pinto Valle Drive, Laredo, TX, 78045

| Item | Category |
|------|----------|
| ES35-404-112-100-0000000 | **Energy Segment** |
| ES30-102-111-100-0000000 | **Energy Segment Component** |

## SourceOne, Portland OR  (3PL) Inventory

### Address: c/o Javelin, 5545 NE 148th Ave., Ste B, Portland OR, 97230

| Item | Category |
|------|----------|
| E21703-00031-185 | **Cables** |
| DC23-1-0630 | **DC Cabinet** |
| DC23-2-0630 | **DC Cabinet** |
| S22-230-140-1000-C280-110_DO NOT USE, NOT A FG | **Stack** |
| A10200-04006-000-110 | **Stack Component** |
| P10900-02000-102 V2.0 | **Busbars** |
| M50116-01116-000 | **Electronics** |
| C22-40HQ-3|4HR-S230E-6T-CATL-110V_FG | **Enclosure** |
| M60102-40308-020 | **Fasteners** |
| M60102-30308-020 | **Fasteners** |
| E40101-10804-001 | **Module** |
| E40101-10804-002 | **Module** |
| S22-230-140-1000-C280-110_DO NOT USE, NOT A FG | **Stack** |
| A10400-00003-300 | **Stack Component** |

| Item | Category |
|------|----------|
| E21703-00000-106 | Stack Component |
| A11501-01001-600 | Stack Component |
| E21703-00123-000 V1.1 | Stack Component |
| E21703-00125-000 V1.1 | Stack Component |
| E21703-00124-000 V1.1 | Stack Component |
| E21703-00000-129 V2.0 | Stack Component |
| E21703-00000-127 V2.0 | Stack Component |
| E21703-00140-000 V1.1 | Stack Component |
| E21703-00139-000 V1.1 | Stack Component |
| E21703-00138-000 V1.1 | Stack Component |
| E21703-00000-128 V2.0 | Stack Component |
| E21703-00000-137 V2.0 | Stack Component |
| E21703-00000-135 V2.0 | Stack Component |
| E21703-00000-136 V2.0 | Stack Component |
| E21703-00001-015 V2.0 | Stack Component |
| E21703-00000-113 V2.0 | Stack Component |
| E21703-00000-103 | Stack Component |
| E21703-00000-107 | Stack Component |
| E21703-00000-105 | Stack Component |
| M60102-30308-040 | Stack Component |
| E21703-00000-104 | Stack Component |
| E21703-00000-131 | Stack Component |
| E21703-00000-132 | Stack Component |
| E21703-00000-108 | Stack Component |
| E21703-00000-133 | Stack Component |
| E21703-00000-134 | Stack Component |

## 8Loop, Attan CA (3PL) Inventory

### Address: 13941 Norton Avenue, Chino, CA, 91710

| Item | Category |
|------|----------|
| E40101-10806-002 | Module |
| E40101-10806-022 | Module |
| S23-360-100-1500-C280-UNI_DO NOT USE, NOT A FG | Stack |

## SourceOne, Commerce CA  (3PL) Inventory

### Address: 2650 Commerce Way, Commerce, CA, 90040

| Item | Category |
|------|----------|
| M30108-01106-028 | Collection Segment Component |
| M30108-01106-023 | DC Cabinet Component |
| M30108-01106-050 | Stack Component |
| M30108-01106-028 | Collection Segment Component |
| M30108-01106-023 | DC Cabinet Component |
| M00106-02004-000 | HVAC |
| S23-360-100-1500-C280-UNI_DO NOT USE, NOT A FG | Stack |
| M30108-01106-050 | Stack Component |

## 8Loop, Laredo TX  (3PL) Inventory

**Address: 22401 Mines Rd, Laredo, TX, 78045**

| Item | Category |
|------|----------|
| A10400-00005-865 | **Energy Segment Component** |
| ES30-103-121-100-0000000_FG | **Energy Segment** |

**SourceOne, Tolleson AZ  (3PL) Inventory**

**Address: 8585 W. Buckeye Road, Tolleson, AZ, 85353**

| Item | Category |
|------|----------|
| M90101-00001-001 | **Enclosure Component** |

**American Lamprecht, Houston TX (3PL) Inventory**

**Address: 16302 Aldine Westfield Road, Houston, TX, 77032**

| Item | Category |
|------|----------|
| E40101-10804-011 | **Module** |
| E40101-10804-012 | **Module** |
| E40101-10403-022 | **Module** |
| E40101-10403-021 | **Module** |
| A10400-00003-300 | **Stack Component** |
| A10200-04006-000-110 | **Stack Component** |
| E21701-05000-007 | **Stack Component** |
| E21701-05000-009 | **Stack Component** |
| E21602-02000-000 | **Stack Component** |
| E40101-10403-022 | **Module** |
| E40101-10403-021 | **Module** |
| A10200-04006-000-110 | **Stack Component** |
| A10400-00003-300 | **Stack Component** |
| E21701-05000-009 | **Stack Component** |
| E21602-03000-000 | **Stack Component** |

**Prolift Rigging Co, Glendale AZ  (3PL) Inventory**

**Address: 5750 N 101st Ave, Glendale, AZ, 85307**

| Item | Category |
|------|----------|
| CS30-A00-C00-512-A11-310-0000000 | **Collection Segment Component** |

**8Loop, Wilmington CA  (3PL) Inventory**

**Address: 1711 Alameda St., Wilmington, CA, 90744**

| Item | Category |
|------|----------|
| C23-53HQ-3HR-S360E-6T-CATL-UNI_DO NOT USE, NOT A FG | **Enclosure** |

**Expeditors, Peabody MA  (3PL) Inventory**

**Address: 795 Jubilee Drive, Peabody, MA, 01960**

| Item | Category |
|------|----------|
| A10400-00006-006 | **Cables** |
| A10400-00006-008 | **Cables** |
| A10400-00006-005 | **Cables** |
| A10400-00006-004 | **Cables** |
| A10400-00006-003 | **Cables** |
| A10400-00006-002 | **Cables** |
| A10400-00006-001 | **Cables** |
| A10400-00006-007 | **Cables** |
| M70107-00012-255 | **Energy Segment Component** |
| M70107-00012-283 | **Fasteners** |
| M60103-10100-002 | **Fasteners** |
| M60103-10100-001 | **Fasteners** |
| M60103-10100-003 | **Fasteners** |
| M60101-10210-010 | **Fasteners** |
| M60102-10613-522 | **Fasteners** |
| M60103-10210-000 | **Fasteners** |
| M60102-11501-002 | **Fasteners** |
| M70107-00012-251 | **Fasteners** |
| M60103-10310-000 | **Fasteners** |
| M70107-00012-280 | **Metal Fabrication** |