**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Franklin Barbosa, Jr., Esq.
**SCHENCK, PRICE, SMITH & KING, LLP**
220 Park Avenue
P.O. Box 991
Florham Park, New Jersey 07932-0991
(973) 539-1000
fb@spsk.com

*Counsel for CS Energy, LLC*

| | |
|---|---|
| In re: | Chapter 11 |
| POWIN, LLC, *et al.*[1] | Case No. 25-16137 (MBK) |
| Debtor. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Franklin Barbosa, Jr. of Schenk, Price, Smith & King,

LLP, hereby enters his appearance in the above-captioned case in accordance with Fed. R. Bankr.

P. 9010(b) for creditor CS Energy, LLC ("CSE"). Request is made that the documents filed in this

case and identified below be given and served upon the following person at the address, telephone,

facsimile number and e-mail address indicated below:

**SCHENCK, PRICE, SMITH & KING, LLP**
Franklin Barbosa, Jr., Esq.
220 Park Avenue

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

P.O. Box 991
Florham Park, New Jersey 07932-0991
Telephone: (973) 539-1000
Facsimile: (973) 540-7300
fb@spsk.com

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive CSE's (i) right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to a jury trial in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by a United States District Court Judge in any matter subject to mandatory or discretionary withdrawal, including proceedings over which the Bankruptcy Court lacks constitutional authority to enter final judgments; or (iv) other rights, claims, defenses, setoffs or recoupments to which CSE is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Date:  July 10, 2025                                    **SCHENCK, PRICE, SMITH & KING, LLP**
       Florham Park, NJ

                                                        By:   */s/ Franklin Barbosa, Jr.*
                                                              Franklin Barbosa, Jr.
                                                              220 Park Avenue
                                                              P.O. Box 991
                                                              Florham Park, New Jersey 07932-0991
                                                              Telephone: (973) 539-1000
                                                              Facsimile: (973) 540-7300
                                                              fb@spsk.com
                                                              *Attorneys for CS Energy, LLC*