|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY <br> Caption in Compliance with D.N.J. LBR 9004-1(a) <br><br> BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP <br> Kevin M. Capuzzi (NJ No. 173442015) <br> John C. Gentile, Esq. <br> Noelle B. Torrice (NJ No. 79132013) <br> Continental Plaza II <br> 411 Hackensack Ave., 3rd Floor <br> Hackensack, NJ 07601-6323 <br> Telephone: (302) 442-7010 <br> Facsimile: (302) 442-7012 <br> kcapuzzi@beneschlaw.com <br> jgentile@beneschlaw.com <br> ntorrice@beneschlaw.com <br><br> *Counsel to Mainfreight Distribution Pty Ltd, et al.* |  |
| In re: <br><br> Powin, LLC, *et al.*,[1] <br><br>           Debtors. | Chapter 11 <br><br> Case No. 25-16137 (MBK) <br><br> Judge: Michael B. Kaplan <br><br> (Jointly Administered) |

**MAINFREIGHT INC'S WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR JULY 15, 2025 AT 11:30 A.M. (PREVAILING EASTERN TIME)**

Mainfreight Distribution Pty Ltd (together with its parent, subsidiary, or any other affiliate entities, "Mainfreight") hereby files its Witness and Exhibit List for the hearing to be held on July 15, 2025, at 11:30 a.m. (prevailing Eastern Time) (the "Hearing").

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

## **WITNESSES**

Mainfreight may call the following witnesses at the Hearing:

1. James McCrone, Branch Manager at Mainfreight (via Zoom).[2]

2. Any witnesses listed in the Debtors' Witness and Exhibit List, which Mainfreight anticipates will be filed prior to the Hearing.

3. Any witnesses listed in Ace Engineering & Co., Ltd.'s Witness and Exhibit List, which Mainfreight anticipates will be filed prior to the Hearing.

4. Any witnesses listed in the BHER Ravenswood Solar 1, LLC's Witness and Exhibit List, which Mainfreight anticipates will be filed prior to the Hearing.

5. Any witness called by any other party.

6. Rebuttal witnesses as necessary.

7. Mainfreight reserves the right to cross-examine any witness called by any other party.

---

[2] Mr. McCrone resides in Australia. On July 9, 2025, Mainfreight's counsel contacted counsel for each of the responding parties – the Debtors, Ace Engineering & Co., Ltd., and BHER Ravenswood Solar 1, LLC – to confirm if they objected to Mr. McCrone's appearance by Zoom. To date, no party has objected to that request.

**EXHIBITS**

| Exhibit | Description | Offered | Objection | Disposition | Docket No. |
|---|---|---|---|---|---|
| 1 | Declaration of James McCrone in Support of Mainfreight Inc.'s Motion to Confirm that the Automatic Stay Pursuant to 11 U.S.C. § 362(a) Does Not Apply to Certain Goods in Its Possession | | | | 180-1 |
| 2 | Business Credit Application submitted by the Debtors to Mainfreight | | | | 180-2 |
| 3 | Mainfreight Group – Account Opening Form submitted by the Debtors to Mainfreight | | | | 180-3 |
| 4 | Statement of Account | | | | 180-4 |
| 5 | June 4, 2025 letter from Mainfreight to the Debtors | | | | 180-5 |
| 6 | June 8, 2025 Change Order between the Debtors and BHER Ravenswood Solar I, LLC | | | | 180-6 |
| | Any document or pleading filed in the above-captioned cases. | | | | |
| | Any exhibit identified or offered by any other party. | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes. | | | | |

## RESERVATION OF RIGHTS

Mainfreight reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to supplement this Witness and Exhibit List prior to the Hearing.

Dated: July 10, 2025

Respectfully submitted,

**BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP**

 /s/ Kevin M. Capuzzi
Kevin M. Capuzzi (NJ No. 173442015)
John C. Gentile, Esq.
Noelle B. Torrice (NJ No. 79132013)
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: kcapuzzi@beneschlaw.com
          jgentile@beneschlaw.com
          ntorrice@beneschlaw.com

*Counsel to Mainfreight Distribution Pty Ltd, et al.*

## CERTIFICATE OF SERVICE

    I, Kevin M. Capuzzi, hereby certify that on the 10th day of July, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of New Jersey.

                                                  */s/ Kevin M. Capuzzi*
                                                  Kevin M. Capuzzi