| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>John W. Weiss<br>Leah M. Eisenberg<br>David E. Sklar<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>21 Main Street, Suite 200<br>Hackensack, New Jersey 07601<br>Telephone: (201) 270-5477<br>Email: jweiss@pashmanstein.com<br>       leisenberg@pashmanstein.com<br>       dsklar@pashmanstein.com<br><br>-and-<br><br>Joaquin M. C de Baca (admitted *pro hac vice*)<br>Richard A. Stieglitz (admitted *pro hac vice*)<br>Youmi Kim (admitted *pro hac vice*)<br>**MAYER BROWN LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020-1001<br>Telephone: (212) 506-2500<br>Email: jcdebaca@mayerbrown.com<br>       rstieglitz@mayerbrown.com<br>       ykim@mayerbrown.com<br><br>*Counsel for (1) Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, (2) Longroad Development Company, LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC, (3) DTE Electric Company* | Chapter 11<br><br>Case Number: 25-16137 (MBK)<br><br>Jointly Administered |
| In Re:<br><br>POWIN, LLC, *et al.*,[1]<br><br>       Debtors. | |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

**CERTIFICATION OF SERVICE**

I, David E. Sklar of Pashman Stein Walder Hayden, P.C, Counsel to (1) Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, (2) Longroad Development Company, LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC, and (3) DTE Electric Company in the above reference proceeding certifies as follows:

On July 10, 2025, I caused to be served the following to the party listed on Exhibit "A" attached hereto and via electronic mail upon all parties registered to receive ecf notification in the above captioned chapter 11 bankruptcy cases:

- Objection of Licensees to Omnibus Motion of the Debtors for Entry of an Order (I) Authorizing the Rejection of Legacy Customer Contracts and (II) Granting Related Relief (Docket No. 323);

- Declaration of Dustin Wambeke in Support of Objection of Licensees to Omnibus Motion of the Debtors for Entry of an Order (I) Authorizing the Rejection of Legacy Customer Contracts and (II) Granting Related Relief (Docket No. 324);

- Declaration of Fred Ihimodu in Support of Objection of Licensees to Omnibus Motion of the Debtors for Entry of an Order (I) Authorizing the Rejection of Legacy Customer Contracts and (II) Granting Related Relief (Docket No. 325); and

- Declaration of Ryan Fonbuena in Support of Objection of Licensees to Omnibus Motion of the Debtors for Entry of an Order (I) Authorizing the Rejection of Legacy Customer Contracts and (II) Granting Related Relief (Docket No. 326).

Dated: July 10, 2025                                            /s/ David E. Sklar
                                                                         David E. Sklar

**Exhibit A**

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lauren M. Macksoud<br>John D. Beck<br>Sarah M. Schrag<br>Dentons US LLP<br>1221 Avenue of the Americas, 25th Floor<br>New York, NY 10020<br><br>Email: lauren.macksoud@dentons.com<br>  john.beck@dentons.com<br>  sarah.schrag@dentons.com | Debtors' Counsel | ☐ Hand-delivered<br>[ ] Regular mail<br>☐ Certified mail/RR<br>[x] Other: Email<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Tania M. Moyron<br>Van C. Durrer, II<br>Dentons US LLP<br>601 S. Figueroa Street #2500<br>Los Angeles, CA 90017<br><br>Email: tania.moyron@dentons.com<br>  van.durrer@dentons.com | Debtors' Counsel | ☐ Hand-delivered<br>[ ] Regular mail<br>☐ Certified mail/RR<br>[x] Other: Email<br>  (As authorized by the Court or by rule.<br>☐ Cite the rule if applicable.) |
| Frank A. Oswald<br>Togut, Segal & Segal LLP<br>550 Broad Street Suite 1508<br>Newark, NJ 07102<br><br>Email:  frankoswald@teamtogut.com | Debtors' Counsel | ☐ Hand-delivered<br>[ ] Regular mail<br>☐ Certified mail/RR<br>[x] Other: Email<br>  (As authorized by the Court or by rule.<br>☐ Cite the rule if applicable.) |
| Albert Togut<br>Amanda C. Glaubach<br>Eitan Blander<br>Togut, Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, NY 10119<br><br>Email: altogut@teamtogut.com<br>  aglaubach@teamtogut.com<br>  eblander@teamtogut.com | Debtors' Counsel | ☐ Hand-delivered<br>[ ] Regular mail<br>☐ Certified mail/RR<br>[x] Other: Email<br>  (As authorized by the Court or by rule.<br>☐ Cite the rule if applicable.) |