**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey 07039
(973) 597-9100
Jeffrey A. Cooper
*Proposed Co-Counsel for Honeywell International Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| POWIN, LLC, *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

**APPLICATION FOR AN ORDER FOR ADMISSION**
***PRO HAC VICE* OF SCOTT CHEATHAM, ESQ.**

TO:   Clerk of Court
     United States Bankruptcy Court
     Clarkson S. Fisher US Courthouse
     402 East State Street
     Trenton, New Jersey 08608

Pursuant to Rules 101.1 and 9010-1 of the Local Rules of the United States District and Bankruptcy Courts of the District of New Jersey, the undersigned proposed co-counsel to Honeywell International Inc. hereby seeks entry of an order granting the admission *pro hac vice* of Scott Cheatham, Esq., who is a partner with Adams & Reese, LLP, to be retained as counsel to Honeywell International Inc. in the above captioned chapter 11 cases. In support of this application, the undersigned proposed co-counsel submits the attached Declaration of Scott Cheatham, Esq. and requests that the proposed form of order submitted herewith be entered. The

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii)

- 2 -

undersigned proposed co-counsel certifies that he is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey and before the United States District Court for the District of New Jersey.

By: */s/ Jeffrey A. Cooper*
JEFFREY A. COOPER
Rabinowitz, Lubetkin & Tully, LLC
293 Eisenhower Parkway, Suite 100
Livingston, NJ  07039
Telephone:  (973) 597-9100
Fax:  (973) 597-9119
E-mail:  jcooper@rltlawfirm.com
*Proposed-Co-Counsel to Honeywell International Inc.*

Dated:  July 11, 2025

---

Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.