**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey 07039
(973) 597-9100
Jeffrey A. Cooper
*Counsel for Honeywell International Inc.*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>POWIN, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**DECLARATION OF SCOTT CHEATHAM, ESQ.**

I, Scott Cheatham, Esq., hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am an attorney-at-law and am a partner with the firm of Adams & Reese, LLP, co-counsel to Honeywell International Inc. in the above captioned chapter 11 cases. My office is located at 701 Poydras Street, Suite 4500, New Orleans, LA 70139. I make this Declaration in support of my application to appear in this case pro hac vice pursuant to Local District and Bankruptcy Rules 101.1 and 9010-1 to represent Honeywell International Inc.

2. I was admitted to (i) practice law in the State of Texas in 2005 and the State of Louisiana in 2008 and (ii) appear in the United States District and Bankruptcy Courts in the Eastern, Western, Northern and Southern Districts of Texas in 2005 and the United States

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii)

- 2 -

District and Bankruptcy Courts in the Eastern, Middle and Western Districts of Louisiana in 2008 and the United States Court of Appeal for the Fifth Circuit in 2008.

3. I am a member in good standing in each.

4. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local District and Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

Dated: July 11, 2025

_____
SCOTT CHEATHAM

Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.