| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>FOLEY & LARDNER, LLP<br>Anne B. Sekel<br>90 Park Ave, 37th Floor<br>New York, NY 10016<br>Telephone: (212) 338-3417<br>Email: asekel@foley.com | |
| In Re:<br>Powin, LLC, et al.,<br><br>Debtors. | Case No.: 25-16137<br>Chapter: 11<br>Judge: MBK |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>AMP Solar US Services LLC, n/k/a PureSky US Services LLC</u>. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Foley & Lardner LLP
Attn: Anne B. Sekel
90 Park Ave, 37th Floor
New York, NY 10016

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: July 11, 2025                              /s/ Anne B. Sekel
                                                                  Signature

*new.8/1/15*