FOLEY & LARDNER LLP
Anne B. Sekel
90 Park Avenue, 35th Floor
New York, New York 10016
Telephone: (212) 338-3417
Email: asekel@foley.com

OF COUNSEL
John P. Melko (pending *pro hac vice* admission*)*
1000 Louisiana Street, Suite 2000
Houston, Texas 77002
Telephone: (713) 276-5500
Email: jmelko@foley.com

*Counsel to AMP Solar US Services LLC, n/k/a PureSky US Services LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re:<br><br>Powin, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 25-16137 (MBK)<br><br>(Jointly Administered) |
|---|---|

**APPLICATION FOR *PRO HAC VICE* ADMISSION OF JOHN P. MELKO**

Anne B. Sekel, a member in good standing of the bars of New Jersey and New York and the United States District Court for the District of New Jersey (the "Movant"), pursuant to L. Civ. Rule 101.1(c) and D.N.J. LBR 9010-1, respectfully moves this Court, on behalf of attorney John P. Melko, for an order granting permission for Mr. Melko to appear *pro hac vice* on behalf of AMP Solar US Services LLC, n/k/a PureSky US Services LLC ("PureSky") in the above-captioned Chapter 11 Cases and in any related adversary proceeding(s) filed or to be filed in these Chapter 11 Cases. In support of this request, Movant represents as follows:

---

[1] . The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

1. I am a partner with the law firm of Foley & Lardner LLP, which maintains an office at 90 Park Avenue, 37th Floor, New York, New York 10016. I am admitted to practice in the state of New Jersey and before the United States District Court for the District of New Jersey, and I am familiar with the Local Rules of practice of this Court. There are no disciplinary proceedings which are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

2. As set forth in the certification of John P. Melko annexed hereto as **Exhibit A**, Mr. Melko is a partner with the law firm of Foley & Lardner LLP. Upon information and belief, Mr. Melko is a member in good standing of with the bar of the State of Texas. No disciplinary proceedings are pending against him nor has any discipline been imposed on him in any jurisdiction.

3. If admitted *pro hac vice*, Mr. Melko has represented that he will adhere to the disciplinary jurisdiction of this Court.

4. I have appeared as counsel of record for PureSky in these Chapter 11 Cases and shall serve as local counsel upon whom all notices, orders, and pleadings shall be served.

[*The remainder of this page is intentionally left blank.*]

WHEREFORE, Movant respectfully requests entry of the Order submitted herewith granting admission *pro hac vice* to John P. Melko to represent PureSky in connection with these Chapter 11 Cases and any related adversary proceedings.

Dated: New York, New York
       July 11, 2025

Respectfully submitted,

FOLEY & LARDNER LLP

By: /s/ *Anne B. Sekel*
    Anne B. Sekel
    FOLEY & LARDNER LLP
    90 Park Avenue
    New York, NY 10016-1314
    Telephone: (212) 338-3417
    Facsimile: (212) 687-2329
    E-mail: asekel@foley.com

*Attorneys for AMP Solar US Services LLC, n/k/a PureSky Services US LLC*