# **<u>EXHIBIT A</u>**

FOLEY & LARDNER LLP
Anne B. Sekel
90 Park Avenue, 35th Floor
New York, New York 10016
Telephone: (212) 338-3417
Email: asekel@foley.com

OF COUNSEL
John P. Melko (pending *pro hac vice* admission)
1000 Louisiana Street, Suite 2000
Houston, Texas 77002
Telephone: (713) 276-5500
Email: jmelko@foley.com

*Counsel to AMP Solar US Services LLC, n/k/a PureSky US Services LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re: | Chapter 11 |
| Powin, LLC, *et al.*, | Case No.: 25-16137 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, John P. Melko, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Foley & Lardner LLP.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. I have been a member in good standing of the Bar of the State of Texas since 1984.

---

[1] . The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or re-admission by any court.

7. Upon being admitted to appear and participate in these cases *pro hac vice*, I shall promptly cause payment to be made to the Clerk of Court in the amount of $250.00 pursuant to Rule 101.1(c)(3) of the Local Civil Rules of the United States District Court for the District of New Jersey.

8. Anne B. Sekel, a partner with the law firm of Foley & Lardner LLP, has appeared as counsel of record for AMP Solar US Services LLC, n/k/a PureSky US Services LLC ("PureSky"), in these Chapter 11 Cases and shall be local counsel upon whom all notices, orders, and pleadings shall be served.

9. I am in possession of and have reviewed a copy of the Local Bankruptcy Rules of this Court.

10. I understand and agree that, if admitted *pro hac vice*, I will be bound by the rules of this Court, including all applicable disciplinary rules, and that I will notify this Court immediately of any matter affecting my good standing before the bar of any jurisdiction.

[*The remainder of this page is intentionally left blank.*]

I certify under penalty of perjury that the foregoing is true and correct, and respectfully request that I be permitted to appear as counsel and advocate pro hac vice in this one case for PureSky.

Dated: July 11, 2025                         By:    */s/ John P. Melko*
                                                    John P. Melko
                                                    TX Bar No. 13919600
                                                    Foley & Lardner LLP
                                                    1000 Louisiana Street, Suite 2000
                                                    Houston, Texas 77002
                                                    (713) 276.5500 Telephone
                                                    (713) 276.5555 Facsimile
                                                    jmelko@foley.com
                                                    *Attorneys for AMP Solar US Services LLC, n/k/a PureSky US Services LLC*