UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**VINSON & ELKINS LLP**

Steven M. Abramowitz (No. 043641990)
David S. Meyer (admitted *pro hac vice*)
Lauren R. Kanzer (admitted *pro hac vice*)
The Grace Building
1114 Avenue of the Americas, 32nd Floor
New York, New York 10036-7708
Tel: (212) 237-0000
Fax: (212) 237-0100
Email: sabramowitz@velaw.com
　　　　dmeyer@velaw.com
　　　　lkanzer@velaw.com

-and-

William L. Wallander (*pro hac vice* pending)
Matthew D. Struble (*pro hac vice* pending)
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Tel: (214) 220-7700
Fax: (214) 220-7716
Email: bwallander@velaw.com
　　　　mstruble@velaw.com

*Counsel for Ad Hoc Group of Customers of Powin, LLC*

In re:

Powin, LLC, *et al.*,[1]

　　　　Debtors.

Chapter 11

Case Number 25 – 16137 (MBK)

Jointly Administered

Hearing Date: Time and Date to be set by the Court in accordance with the Order Shortening Time.

Objection Deadline: Time and Date to be set by the Court in accordance with the Order Shortening Time.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin, LLC [0504], (ii) PEOS Holdings, LLC [5476], (iii) Powin Project LLC [1583], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

**CERTIFICATION OF SHELLI REINHARD
IN SUPPORT OF MOTION FOR ENTRY
OF AN ORDER AUTHORIZING AD HOC CUSTOMER
GROUP TO REDACT AND FILE UNDER SEAL CONFIDENTIAL
INFORMATION CONTAINED IN THE EXHIBITS IN CONNECTION WITH AD HOC
CUSTOMER GROUP'S DECLARATIONS AND WITNESS AND EXHIBIT LIST**

I, Shelli Reinhard, hereby certify under penalty of perjury as follows:

1.　　I am Lead Counsel at Idaho Power Company ("***Idaho Power***").

2.　　I submit this certification (this "***Certification***") in support of the *Motion for Entry of an Order Authorizing Ad Hoc Customer Group to Redact and File Under Seal Confidential Information Contained in the Exhibits in Connection With Ad Hoc Customer Group's Declarations and Witness and Exhibit List* (the "***Motion to Seal***").[1]  In my role, I am familiar with each of the ESAs and LTSAs of Idaho Power as well as the other exhibits related to Idaho Power that the Motion to Seal seeks to redact and file under seal.

3.　　Idaho Power's ESAs and LTSAs are subject to confidentiality requirements set forth therein and these agreements along with the other Idaho Power exhibits included in the Declarations and in the Witness and Exhibit List, contain confidential information regarding the terms of the parties' business arrangements and confidential trade practices.  This information must be kept confidential and under seal, as such confidential information is critical commercial information and disclosure thereof could materially harm Idaho Power, the Debtors, and the Debtors' estates.

---

[1]　Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion to Seal.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 11, 2025  */s/ Shelli Reinhard*_____
Shelli Reinhard
Lead Counsel
Idaho Power Company