# EXHIBIT C

Mainfreight Distribution Pty Ltd
107 Gateway Blvd | Epping | VIC 3076
Tel +61 3 8405 5800
PO Box 316 | Somerton BC | VIC 3061
ABN 85 003 840 319

4th June 2025
POWIN LLC
20550 SW 115th AV
TULATAIN, OR 97062
USA

**Subject: Notice of Lien for Unpaid Services**

Dear Kevin Paprzycki & Powin Executive,

This letter serves as a formal notice that MAINFREIGHT is exercising our right of lien against the property located at various address' globally under Mainfreight control Globally due to unpaid services amounting to but not limited to **USD11,824,863.67**.

Despite previous requests for payment, the outstanding balance remains unpaid.

Please remit payment within 14 days of receipt of this notice, to avoid any further legal action.

For any questions or to discuss payment arrangements, please contact me at
+ 61 414 724 311 or grant.draper@mainfreight.com.

OR James McCrone - Branch Manager WA/Projects.
+61 431 101 377 or james.mccrone@mainfreight.com .


Sincerely,

*Grant Draper*

Grant Draper
General Manager
Mainfreight Air & Ocean – Australia





www.mainfreight.com            Mainfreight - Global Logistics