| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**VINSON & ELKINS LLP**<br><br>Steven M. Abramowitz (NJ Bar No. 043641990)<br>David S. Meyer (admitted *pro hac vice*)<br>Lauren R. Kanzer (admitted *pro hac vice*)<br>The Grace Building<br>1114 Avenue of the Americas, 32nd Floor<br>New York, New York 10036-7708<br>Tel: (212) 237-0000<br>Fax: (212) 237-0100<br>Email: sabramowitz@velaw.com<br>       dmeyer@velaw.com<br>       lkanzer@velaw.com<br><br>-and-<br><br>William L. Wallander (*pro hac vice* pending)<br>Matthew D. Struble (*pro hac vice* pending)<br>2001 Ross Avenue, Suite 3900<br>Dallas, Texas 75201<br>Tel: (214) 220-7700<br>Fax: (214) 220-7716<br>Email: bwallander@velaw.com<br>       mstruble@velaw.com<br><br>*Counsel for Ad Hoc Group of Customers of Powin, LLC* | <br><br>**Order Filed on July 11, 2025**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>       Debtors. | Case No. 25 – 16137 (MBK)<br><br>Chapter 11<br><br>Jointly Administered |

## ORDER SHORTENING TIME PERIOD FOR NOTICE

**DATED: July 11, 2025**

*(signature)*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtors:         Powin, LLC, *et al.*
Case No.         25-16137(MBK)
Caption of Order:   Order Shortening Time Period for Notice

# ORDER SHORTENING TIME PERIOD FOR NOTICE

The relief set forth on the following pages, numbered two (2) through four (4), is hereby **ORDERED**.

Upon review of the *Application for an Order Shortening Time for Notice of Motion for Entry of an Order Authorizing Ad Hoc Customer Group to Redact and File Under Seal Confidential Information Contained in Exhibits in Connection with Ad Hoc Customer Group's Declarations and Witness and Exhibit List* (the "***Application***")[2] filed by Lone Star Solar, LLC, Idaho Power Company, West Warwick Energy Storage 1, LLC, West Warwick Energy Storage 2, LLC, and West Warwick Energy Storage 3, LLC (each a "***Customer***," and collectively, the "***Ad Hoc Customer Group***").

**IT IS HEREBY ORDERED THAT:**

1. A hearing will be conducted on the Motion to Seal on July 15, 2025 at 11:30 am a.m./p.m. prevailing Eastern Time before the Honorable Chief Judge Michael B. Kaplan, 402 East State Street, Trenton, New Jersey 08608, Courtroom #8 via Zoom. To appear remotely, counsel must register with the Court to by submitting an email to Chambers (chambers_of_mbk@njb.uscourts.gov) indicating the name of the person appearing, their email address, their affiliation, and who they represent/interest in this case. If the request is approved, the participant will receive appropriate credentials.

2. The Ad Hoc Customer Group must serve a copy of this Order, and all related documents, on the following parties:

---

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Application.

(Page 3)
Debtors:        Powin, LLC, *et al.*
Case No.        25-16137(MBK)
Caption of Order:    Order Shortening Time Period for Notice

_____

_____

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Ad Hoc Customer Group must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail day(s) prior to the scheduled hearing; or

(Page 4)
Debtors: Powin, LLC, *et al.*
Case No. 25-16137(MBK)
Caption of Order: Order Shortening Time Period for Notice

☒ may be presented orally at the hearing.

8. ☐ Court appearances are required to prosecute the motion/application and any

objections.

9. To appear remotely, counsel must register with the Court to by submitting an email to Chambers (chambers_of_mbk@njb.uscourts.gov) indicating the name of the person appearing, their email address, their affiliation, and who they represent/interest in this case. If the request is approved, the participant will receive appropriate credentials.