| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>**WELTMAN, WEINBERG & REIS CO., LPA**<br>**By: Cameron Deane, Esq. (Atty. I.D.# 36334-2021)**<br>**520 Walnut Street, Suite 1355**<br>**Philadelphia, PA 19106**<br>**267-940-1643**<br>**WWR# 041836359**<br>Attorneys for Movant: Toyota Industries Commercial Finance, Inc. | |
| IN re:<br><br>Powin, LLC<br>       Debtor | Case No.: 25-16137-MBK<br>Chapter: 11<br>Judge: Michael B. Kaplan |

### NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

TO: All persons on attached Service List

Movant, Toyota Industries Commercial Finance, Inc. ("Movant") has filed papers with the Court seeking an Order for Relief from the Automatic Stay with respect to certain property.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion for Relief from the Automatic Stay, or if you want the Court to consider your views on the motion, then on or before July 31, 2025, you or your attorney must:

File with the court an Answer, explaining your position, at:

> United States Bankruptcy Court
> District of New Jersey
> Clarkson S. Fisher U.S. Courthouse
> 402 East State Street
> Trenton, NJ 08608

If you mail your response to the Court for filing, you must mail it early enough, so the court will **receive it** on or before the date stated above.

You must also mail a copy to:

> Cameron Deane, Esquire
> Weltman, Weinberg & Reis Co., L.P.A.
> 520 Walnut Street, Suite 1355
> Philadelphia, PA 19106

and attend the hearing on **August 7, 2025 at 10:00 a.m.** at the Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, Courtroom 8.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief.

Date: July 11, 2025     Weltman, Weinberg & Reis Co., L.P.A.

> /s/ Cameron Deane
> Cameron Deane, Esquire
> Attorney for Movant
> 520 Walnut Street, Suite 1355
> Philadelphia, PA 19106
> P: 267-940-1643
> F: 215-599-1505
> cdeane@weltman.com