| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
|---|---|
| **WELTMAN, WEINBERG & REIS CO., LPA** <br> **By: Cameron Deane, Esq. (Atty. I.D.# 36334-2021)** <br> **520 Walnut Street, Suite 1355** <br> **Philadelphia, PA 19106** <br> **267-940-1643** <br> **WWR# 041836359** <br> Attorneys for Movant: Toyota Industries Commercial Finance, Inc. | |
| IN re: <br><br> Powin, LLC <br>      Debtor | Case No.: 25-16137-MBK <br> Chapter: 11 <br> Judge: Michael B. Kaplan |

## **STATEMENT UNDER D.N.J. LBR 9013-2 WHY NO MEMORANDUM IS NECESSARY**

The accompanying Motion relies on facts of record and/or presents no novel issues of law and, therefore, the undersigned respectfully contends that no Brief is necessary.

Date: July 11, 2025                 Weltman, Weinberg & Reis Co., L.P.A.

                                       /s/ Cameron Deane <br>
                                       Cameron Deane, Esquire <br>
                                       Attorney for Movant <br>
                                       520 Walnut Street, Suite 1355 <br>
                                       Philadelphia, PA 19106 <br>
                                       P: 267-940-1643 <br>
                                       F: 215-599-1505 <br>
                                       cdeane@weltman.com