UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**WELTMAN, WEINBERG & REIS CO., LPA**
**By: Cameron Deane, Esq. (Atty. I.D.# 36334-2021)**
**520 Walnut Street, Suite 1355**
**Philadelphia, PA 19106**
**267-940-1643**
**WWR# 041836359**
Attorneys for Movant: Toyota Industries Commercial Finance, Inc.

| | |
|---|---|
| IN re:<br><br>Powin, LLC<br>   Debtor | Case No.: 25-16137-MBK<br>Chapter: 11<br>Judge: Michael B. Kaplan |

**CERTIFICATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I, __Joanna Lopez_____, do hereby certify:

1. I am a __Litigation Administrator_____ employed by Toyota Industries Commercial Finance, Inc. and I have complete knowledge of the amount due on the within obligation and loan, and I am authorized to make this certification.

2. On March 4, 2024, the Debtor executed a Master Lease Agreement (hereinafter "Lease") for the possession and use of a Toyota THDA25/35 Forklift bearing serial no.: THDA25/35-101190 (hereinafter "Collateral") more particularly described in the following paragraph. Pursuant to the Lease, the Debtor became indebted to Toyota Industries Commercial Finance, Inc. in accordance with the terms of same. A true and correct copy of the Lease is attached hereto as Exhibit A.

3. The following information sets forth the make, model and serial number of the vehicle, the terms of the Lease, the average retail and trade in value of the Collateral, and the current status of the Debtor's Lease:

  a. Make, model and serial number of the Collateral:

    Toyota THDA25/35 Forklift

Serial no.: THDA25/35-101190

    b. Original Lease Terms:

        i. Total of payments: $336,262.80

        ii. Term: 60 Months

        iii. Monthly Payment: $5,604.38

        iv. First payment due: March 29, 2024

    c. Average retail value of collateral: $220,000.00

    d. Delinquency Status: Three months of arrears pre-petition

    e. Balance due: $260,329.23

4. Debtor filed the instant Chapter 11 case on June 10, 2025.

5. Since Debtor's Chapter 11 filing, Movant has incurred attorney's fees in connection with this Motion.

6. Movant seeks relief from the Automatic Stay provided by 11 U.S.C. § 362 due to Debtor's default of the Lease.

7. This certification is made in support of the Relief from the Automatic Stay so that the Movant may exercise all its rights under the applicable non-bankruptcy law and move to protect its rights under the Lease.

8. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: 7/11/2025

Signature: *Joanna Lopez* (DocuSigned, F91FBB23FDDF4D4...)

Name & Title: Joanna Lopez, Litigation Administrator