UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**WELTMAN, WEINBERG & REIS CO., LPA**
**By: Cameron Deane, Esq. (Atty. I.D.# 36334-2021)**
**520 Walnut Street, Suite 1355**
**Philadelphia, PA 19106**
**267-940-1643**
**WWR# 041836359**
Attorneys for Movant: Toyota Industries Commercial Finance, Inc.

| IN re: | Case No.: 25-16137-MBK |
|---|---|
| Powin, LLC | Chapter: 11 |
| Debtor | Judge: Michael B. Kaplan |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**

**(Page 2)**
Debtor: Powin, LLC
Case No: 25-16137-MBK
Caption of Order: ORDER GRANTING MOTION FOR RELIEF FROM STAY

Upon the motion of **Toyota Industries Commercial Finance, Inc.** or its successors or assignees, under Bankruptcy Code section 362(d) for Relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the Motion is Granted and the Stay is Terminated to permit Movant to pursue the Movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

☐     Real property more fully described as:

☑     Personal property more fully described as:

Toyota THDA25/35 Forklift bearing serial no.: THDA25/35-101190

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the Debtor, Co-Debtor any Trustee and any other party who entered an appearance on the motion.