| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY **WELTMAN, WEINBERG & REIS CO., LPA** **By: Cameron Deane, Esq. (Atty. I.D.# 36334-2021)** **520 Walnut Street, Suite 1355** **Philadelphia, PA 19106** **267-940-1643** **WWR# 041836359** Attorneys for Movant: Toyota Industries Commercial Finance, Inc. | |
| IN re: Powin, LLC  Debtor | Case No.: 25-16137-MBK Chapter: 11 Judge: Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, Cameron Deane, Esquire:

    ☒ Represent the **Movant** in the above-captioned matter.

    ❑ Am the secretary/paralegal for _____ who represents the Movant in the above captioned matter.

    ❑ Am the **Movant** in the above case and am representing myself.

2. On July 11, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Notice of Motion for Relief from Automatic Stay
    - Certifications in Support of Motion for Relief from Automatic Stay
    - Exhibits attached to Motion for Relief from Automatic Stay
    - Proposed Order
    - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: July 11, 2025                                    */s/* Cameron Deane
                                                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Powin, LLC<br>20550 SW 115th Avenue<br>Tualatin, OR 97062 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br><br>(as authorized by the court *) |
| Lauren M. Macksoud<br>Dentons US LLP<br>1221 Avenue of the Americas<br>Ste 25th Floor<br>New York, NY 10020<br><br>Frank A. Oswald<br>Togut, Segal & Segal LLP<br>One Penn Plaza<br>Suite 3335<br>New York, NY 10119 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br><br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br><br>(as authorized by the court *) |
| Genova Burns LLC<br>110 Allen Road<br>Ste 304<br>Basking Ridge, NJ 07920 | Creditor Committee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br><br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.