<u>Exhibit C</u>

ESA #3[1]

---

[1] Contemporaneously herewith, the Ad Hoc Customer Group filed the *Motion for Entry of an Order Authorizing Ad Hoc Customer Group to Redact and File Under Seal Confidential Information Contained in Exhibits in Connection with Ad Hoc Customer Group's Declarations and Witness and Exhibit List* (the "**Motion to Seal**"), seeking entry of an order authorizing the Ad Hoc Customer Group to file certain confidential information, including the ESAs, under seal. Consistent with the relief sought in the Motion to Seal, the Ad Hoc Customer Group has omitted the ESA from this Exhibit.

4909-1403-3491