# **Exhibit A**

| | |
|---|---|
| **DENTONS US LLP** | **TOGUT, SEGAL & SEGAL LLP** |
| Tania M. Moyron (*pro hac vice* forthcoming) | Frank A. Oswald (admitted) |
| Van C. Durrer, II (*pro hac vice* forthcoming) | 550 Broad Street |
| 601 S. Figueroa Street #2500 | Suite 1508 |
| Los Angeles, CA 90017 | Newark, NJ 07102 |
| Telephone: (213) 623-9300 | Telephone: (212) 594-5000 |
| Facsimile: (213) 623-9924 | Facsimile: (212) 967-4258 |
| Email: tania.moyron@dentons.com | Email: frankoswald@teamtogut.com |
| van.durrer@dentons.com | |
| | Albert Togut (*pro hac vice* forthcoming) |
| John D. Beck (*pro hac vice* forthcoming) | Amanda C. Glaubach (*pro hac vice* forthcoming) |
| Sarah M. Schrag (*pro hac vice* forthcoming) | Eitan Blander (*pro hac vice* forthcoming) |
| 1221 Avenue of the Americas | One Penn Plaza, Suite 3335 |
| New York, NY 10020-1089 | New York, New York 10119 |
| Telephone: (212) 768-6700 | Telephone: (212) 594-5000 |
| Facsimile: (212) 768-6800 | Facsimile: (212) 967-4258 |
| Email: john.beck@dentons.com | Email: altogut@teamtogut.com |
| sarah.schrag@dentons.com | aglaubach@teamtogut.com |
| | eblander@teamtogut.com |
| *Proposed Counsel for Debtors and Debtors in Possession* | *Proposed Counsel for Debtors and Debtors in Possession* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Joint Administration Requested) |

**NOTICE OF COURT APPROVAL OF LTSA CUSTOMER PROGRAM**
**AND IMPLEMENTATION OF RELATED CUSTOMER INITIATIVES**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [ 8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

**PLEASE TAKE NOTICE** that at a hearing on June 12, 2025, the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") entered the *Order (i) Authorizing the Debtors to Enter into New Customer Program with Existing Customers and (II) Granting Related Relief* [Docket No. [62], a copy of which is attached to this Notice, including the term sheet (the "Term Sheet") approved by the Bankruptcy Court.  You are receiving this Notice because you are a customer (a "Customer") of Powin LLC ("Powin") with respect to a Long Term Service Agreement ("LTSA").  As authorized by the Bankruptcy Court, Powin has developed a new Customer program (the "LTSA Program").  You have separately received a copy of the pricing schedule for the LTSA Program.  If you have signed and returned the Term Sheet, you will also receive the proposed form of Accommodation Agreement memorializing your participation in the LTSA Program.

**PLEASE TAKE FURTHER NOTICE** that, effective immediately, the Debtors are suspending all service to all Customers who are party to an Energy Supply Agreement (an "ESA") or an LTSA with Powin in order to preserve resources for continuing Customers ("Continuing Customers").  Continuing Customers include Customers who have negotiated a consensual amendment to an ESA on or after June 10, 2025 or have agreed to participate in the LTSA Program. In connection with this decision, the Debtors have also filed with the Bankruptcy Court the *Motion of the Debtors for Entry of an Order (I) Authorizing the Rejection of Legacy Customer Contracts and (II) Granting Related Relief.*  You or your counsel will receive a copy of this motion in due course.  The Debtors continue to encourage Customers to engage with Powin to become a Continuing Customer in order to avoid unnecessary disruption at the Customer's project.

The successful launch of the LTSA Program will provide a platform on which Powin can continue to provide Customers with critical data, functionality and services on which their projects

rely. Absent confirmation that the LTSA Program is sustainable due to material Customer participation, Powin will be forced to repurpose resources for a liquidating transaction which will have a severe negative impact on value.

>   **TO THAT END, THE DEBTORS WILL BE HOSTING A SUMMIT (THE "SUMMIT") OF ALL CUSTOMERS WISHING TO ATTEND IN DALLAS THIS WEEK.  CUSTOMERS ARE INVITED TO PARTICIPATE IN ONE OF TWO SESSIONS WHICH WILL COMMENCE AT 2:00PM CENTRAL TIME ON JUNE 17, 2025 AND JUNE 18, 2025.  THE PURPOSE OF THE SUMMIT IS TO PROVIDE UPDATED INFORMATION REGARDING THE LTSA PROGRAM, DISCUSS OTHER OPPORTUNITIES FOR ESA CUSTOMERS TO BECOME CONTINUING CUSTOMERS AND ALSO SHARE CONFIDENTIAL INFORMATION REGARDING A RECENT THIRD PARTY PROPOSAL TO ACQUIRE POWIN AND THE LTSA BUSINESS LINE.**

*The Summit will take place at the Dentons office located at 100 Crescent Court, Suite 900, Dallas, Texas 75201.  Please contact Mitchener Turnipseed at mturnipseed@hcg.com to confirm whether you will be participating in person or by virtual Zoom link.*  Customer participation in the Summit is critical to Powin's decision-making in this area which the Debtors need to finalize by the end of this week.

| | |
|---|---|
| Dated: June [●], 2025 | **TOGUT, SEGAL & SEGAL LLP** |
| | */s/*_____<br>Frank A. Oswald (admitted)<br>550 Broad Street<br>Suite 1508<br>Newark, NJ 07102<br>Telephone:  (212) 594-5000<br>Facsimile:  (212) 967-4258<br>Email:  frankoswald@teamtogut.com |
| | Albert Togut (*pro hac vice* pending)<br>Amanda C. Glaubach (*pro hac* pending)<br>Eitan Blander (*pro hac vice* pending)<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>Telephone:  (212) 594-5000<br>Facsimile:  (212) 967-4258 |

US_ACTIVE\130535070\V-3

Email: altogut@teamtogut.com
aglaubach@teamtogut.com
eblander@teamtogut.com

- and -

**DENTONS US LLP**

Tania M. Moyron (*pro hac vice* forthcoming)
Van C. Durrer, II (*pro hac vice* forthcoming)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
van.durrer@dentons.com

John D. Beck (*pro hac vice* pending)
Sarah M. Schrag (*pro hac vice* pending)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
sarah.schrag@dentons.com

*Proposed Counsel for Debtors and
Debtors in Possession*