# Exhibit B



VIA EMAIL to:

**PRAXIS Technology Escrow**

12540 Broadwell Road Suite 2201

Milton, GA 30004

Email:  support@praxisescrow.com; csmith@praxisescrow.com

AND:

**Sun Streams PVS, LLC**

125 High Street

17th Floor High Street Tower, Suite 1705

Boston, MA 02110

Email: contracts@longroadenergy.com

**Sun Streams Expansion, LLC**

125 High Street

17th Floor High Street Tower, Suite 1705

Boston, MA 02110

Email: contracts@longroadenergy.com

**Serrano Solar, LLC**

125 High Street

17th Floor High Street Tower, Suite 1705

Boston, MA 02110

Email: contracts@longroadenergy.com

June 17, 2025

Dear Praxis,

**RE: Release of Deposit Materials**

**Reference:** PRAXIS US Two Party Master Escrow Agreement effective as of December 17, 2019 by and between Powin Energy Corporation, predecessor-in-interest to Powin, LLC ("Powin") and PRAXIS Technology Escrow, LLC ("Praxis") (the "Escrow Agreement") and the subsequent Riders C – Signature Beneficiary Enrollment Forms (collectively, the "Riders C"), which added Sun Streams PVS LLC, Sun Streams Expansion, LLC and Serrano Solar, LLC (each, a "Beneficiary", and collectively, the "Beneficiaries") as Signature Beneficiaries

Docusign Envelope ID: CC583BAA-2479-44AE-BFDC-18B7049DD43C



under the Escrow Agreement. Capitalized terms used but not defined in this letter shall have the meanings set forth in the Escrow Agreement.

We confirm receipt of your notice regarding Beneficiaries' requests for the release of the Deposit Materials under Section 9 of the Escrow Agreement.

Powin does not object to this request. Please proceed with the release of the Deposit Materials, including those held in the subaccount "Powin191112-SS3SS4Serrano", to the Beneficiaries in accordance with the Escrow Agreement.

Please contact the undersigned should you have any questions.

Sincerely,

*Chad Paulson*
BB507BD3E626405...

Chad Paulson,

General Counsel

Powin, LLC