# **Exhibit D**

# Doherty, Casey W.

| | |
|---|---|
| **From:** | Quinn Connolly <qconnolly@hcg.com> |
| **Sent:** | Tuesday, June 17, 2025 9:30 PM |
| **To:** | michael.alvarez@longroadenergy.com |
| **Cc:** | Project_Prisco_HTA |
| **Subject:** | Powin Customer Summit Follow-up |
| **Attachments:** | Powin Binding Term Sheet.docx; Powin Customer Contacts_vSend.xlsx |

Michael,

Thank you for the productive time today.  We look forward to reconvening tomorrow.

As requested, Powin and its advisors have done the following:

1. We are delivering letters to PRAXIS authorizing the release of IP escrows and waiver of any 30 day hold.  Some letters have already issued.

2. Attached is a contact list of customers so that you can communicate with each other.  Powin consents to such communication for the express purpose of transacting with Powin.  For those who have executed NDAs, you should remain mindful of your obligations.  Powin does not consent to communications among customers with respect to circumventing obligations owed to Powin or Powin's intellectual property rights.  All rights are reserved in that regard.

3. Attached is a redline of the proposed Term Sheet showing changes from the version filed with the Court last week.  We believe this captures the discussion during the course of the day.  We also included changes submitted by various customers in writing which we found agreeable.

We look forward to speaking with you again in the **morning at 10AM CT**.  We will also make Uzzi & Lall available to walk through the cash collateral budget.

Best,

The Huron Investment Banking Team