# **Exhibit E**

(Proposed Order)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**ORDER GRANTING OMNIBUS MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER (I) AUTHORIZING THE REJECTION OF LEGACY CUSTOMER CONTRACTS AND (II) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered three [3] through four [4], is **ORDERED**.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [15241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

US_ACTIVE\130629028

(Page 2)
Debtors: Powin, LLC, *et al.*
Case No. 25-16137 (MBK)
Caption of Order: Order Granting Motion of the Debtors for Entry of an Order (I) Authorizing the Rejection of Legacy Customer Contracts and (II) Granting Related Relief

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| **DENTONS US LLP** | **TOGUT, SEGAL & SEGAL LLP** |
|---|---|
| Tania M. Moyron (*pro hac vice* pending)<br>Van C. Durrer, II (*pro hac vice* pending)<br>601 S. Figueroa Street #2500<br>Los Angeles, CA 90017<br>Telephone: (213) 623-9300<br>Facsimile: (213) 623-9924<br>Email: tania.moyron@dentons.com<br>van.durrer@dentons.com | Frank A. Oswald (admitted)<br>550 Broad Street<br>Suite 1508<br>Newark, NJ 07102<br>Telephone: (212) 594-5000<br>Facsimile: (212) 967-4258<br>Email: frankoswald@teamtogut.com |
| John D. Beck (*pro hac vice* pending)<br>Sarah M. Schrag (*pro hac vice* pending)<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>Telephone: (212) 768-6700<br>Facsimile: (212) 768-6800<br>Email: john.beck@dentons.com<br>sarah.schrag@dentons.com | Albert Togut (*pro hac vice* pending)<br>Amanda C. Glaubach (*pro hac vice* pending)<br>Eitan Blander (*pro hac vice* pending)<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>Telephone: (212) 594-5000<br>Facsimile: (212) 967-4258<br>Email: altogut@teamtogut.com<br>aglaubach@teamtogut.com<br>eblander@teamtogut.com |
| *Proposed Counsel for Debtors and Debtors in Possession* | *Proposed Counsel for Debtors and Debtors in Possession* |

(Page 3)
Debtors: Powin, LLC, *et al.*
Case No. 25-16137 (MBK)
Caption of Order: Order Granting Motion of the Debtors for Entry of an Order (I) Authorizing the Rejection of Legacy Customer Contracts and (II) Granting Related Relief

Upon consideration of the Motion[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"): (i) authorizing (a) the rejection of certain executory contracts set forth on **Schedule 1** (the "Contracts") (b) effective as of the Rejection Date; and (ii) granting related relief, all as more fully set forth in the Motion; and upon the Declaration attached to the Motion and the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of New Jersey dated as of September 18, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for hearing on the Motion were appropriate under the circumstances and that no other notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion and at the hearing thereon establish just cause for the relief granted herein; and upon all of the proceedings before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. To the extent they are executory, the Contracts are deemed rejected effective as of the Rejection Date, provided that, within ten days of this Order, the Debtors may file an notice amending Schedule 1 to remove Contracts from the effect of this Order within the Debtors' business judgment, and upon, the filing of such a notice, the Contract(s) will not be deemed rejected.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

(Page 4)
Debtors: Powin, LLC, *et al.*
Case No. 25-16137 (MBK)
Caption of Order: Order Granting Motion of the Debtors for Entry of an Order (I) Authorizing the Rejection of Legacy Customer Contracts and (II) Granting Related Relief

3. Nothing in this Order (i) limits intellectual property licensees' rights under section 365(n) of the Bankruptcy Code, including pursuant to, in connection with, or otherwise related to any Contracts rejected pursuant to this Order (and any such rights are hereby expressly preserved) or (ii) excuses the Debtors from performance of any obligations under executory contracts for which rejection has not yet been expressly approved by an order of this Court.

4. For the avoidance of doubt, no counterparty to a Contract shall be entitled to any form of adequate protection.

5. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Local Rules are satisfied by such notice.

6. Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon entry.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8. The limitations contained in Bankruptcy Rule 6006(f)(6) are waived with respect to the Motion.

9. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

All of the Debtors' contracts with customers related to the Debtors' legacy employment services agreements and long term services agreements business lines, including, but not limited to:

Schedule 1

| CN | Counterparty Name | Debtor Party | Contract Effective Date | Contract Type | Project Name |
|---|---|---|---|---|---|
| 1 | Acorn I Energy Storage LLC | Powin, LLC | 06/08/2021 | ESA (Energy Storage Agreement) | Acorn |
| 2 | Acorn I Energy Storage LLC | Powin, LLC | 11/06/2019 | LTSA (Long Term Service Agreement) | Acorn |
| 3 | Acorn I Energy Storage LLC | Powin, LLC | 11/06/2019 | ESA (Energy Storage Agreement) | Acorn |
| 4 | Adon Renewables | Powin, LLC | 01/26/2017 | ESA (Energy Storage Agreement) | Adon |
| 5 | Adon Renewables | Powin, LLC | 01/26/2017 | ESA (Energy Storage Agreement) | |
| 6 | AKA Group | Powin, LLC | 12/23/2021 | ESA (Energy Storage Agreement) | Summerside |
| 7 | Akaysha Energy Pty Ltd | Powin, LLC | 03/01/2022 | Framework Agreement | |
| 8 | Akaysha Energy Pty Ltd | Powin, LLC | 04/18/2022 | Framework Agreement | |
| 9 | Ameresco Inc | Powin, LLC | 04/29/2022 | Framework Agreement | |
| 10 | Ameresco Inc. | Powin, LLC | 11/23/2022 | ESA (Energy Storage Agreement) | OUC BESS |
| 11 | Ameresco, Inc. | Powin, LLC | 08/02/2024 | LTSA (Long Term Service Agreement) | Viper |
| 12 | Amp Solar US Services LLC | Powin, LLC | 08/28/2020 | Purchase Order | |
| 13 | AMP Solar US Services LLC | Powin, LLC | 07/28/2022 | ESA (Energy Storage Agreement) | Three Rivers |
| 14 | AMP Solar US Services LLC | Powin, LLC | 07/28/2022 | ESA (Energy Storage Agreement) | FRS |
| 15 | AMP Solar US Services LLC | Powin, LLC | 07/28/2022 | ESA (Energy Storage Agreement) | Cotuit |
| 16 | Amp Solar US Services LP | Powin, LLC | 01/25/2021 | Purchase Order | Oak Hill 2 |
| 17 | Amp Solar US Services LP | Powin, LLC | 01/25/2021 | Purchase Order | Oak Hill 1 |
| 18 | Amp Solar US Services LP | Powin, LLC | 01/19/2021 | Purchase Order | Elmbrook |
| 19 | Amp Solar US Services LP | Powin, LLC | 08/04/2020 | Purchase Order | Cronin |
| 20 | Amp Solar US Services LP | Powin, LLC | 09/09/2020 | LTSA (Long Term Service Agreement) | Cronin |
| 21 | Amp Solar US Services LP | Powin, LLC | 08/04/2020 | Purchase Order | Wallum |
| 22 | Amp Solar US Services LP | Powin, LLC | 09/09/2020 | LTSA (Long Term Service Agreement) | Wallum |
| 23 | Amp Solar US Services LP | Powin, LLC | 08/28/2020 | Purchase Order | Palmer |
| 24 | Amp Solar US Services LP | Powin, LLC | 08/28/2020 | Purchase Order | Adams |
| 25 | Amp Solar US Services LP | Powin, LLC | 11/09/2021 | LTSA (Long Term Service Agreement) | Oak Hill 2 |
| 26 | Amp Solar US Services LP | Powin, LLC | 11/09/2021 | LTSA (Long Term Service Agreement) | Oak Hill 1 |
| 27 | Amp Solar US Services LP | Powin, LLC | 11/09/2021 | LTSA (Long Term Service Agreement) | Elmbrook |
| 28 | Angelo Storage LLC | Powin, LLC | 11/17/2023 | LTSA (Long Term Service Agreement) | Angelo Storage |
| 29 | Angelo Storage, LLC | Powin, LLC | 08/10/2022 | ESA (Energy Storage Agreement) | Angelo Storage |
| 30 | Angelo Storage, LLC. | Powin, LLC | 03/07/2025 | LTSA (Long Term Service Agreement) | Angelo |
| 31 | Angelo Storage, LLC. | Powin, LLC | 09/30/2024 | ESA (Energy Storage Agreement) | Angelo Storage |
| 32 | Angelo Storage, LLC. | Powin, LLC | 09/30/2024 | LTSA (Long Term Service Agreement) | Angelo Storage |
| 33 | Arizona Storage Development LLC | Powin, LLC | 03/05/2021 | ESA (Energy Storage Agreement) | Paloma/Cotton |
| 34 | Arizona Storage Development LLC | Powin, LLC | 03/05/2021 | ESA (Energy Storage Agreement) | Hyder I and II |
| 35 | Arizona Storage Development LLC | Powin, LLC | 03/05/2021 | ESA (Energy Storage Agreement) | Gila Bend I and II |
| 36 | Arizona Storage Development LLC | Powin, LLC | 03/05/2021 | ESA (Energy Storage Agreement) | Foothills I and II |
| 37 | Arizona Storage Development LLC | Powin, LLC | 03/05/2021 | ESA (Energy Storage Agreement) | Desert Star |
| 38 | Arrow Canyon Solar, LLC | Powin, LLC | 04/10/2025 | ESA (Energy Storage Agreement) | Arrow Canyon |
| 39 | Arrow Canyon Solar, LLC | Powin, LLC | 12/10/2021 | LTSA (Long Term Service Agreement) | Arrow Canyon |
| 40 | Arrow Canyon Solar, LLC | Powin, LLC | 06/03/2021 | ESA (Energy Storage Agreement) | Arrow Canyon |
| 41 | ASD COTUIT MA SOLAR LLC | Powin, LLC | 09/18/2023 | LTSA (Long Term Service Agreement) | Cotuit |
| 42 | ASD THREE RIVERS MA SOLAR LLC | Powin, LLC | 09/18/2023 | LTSA (Long Term Service Agreement) | Three Rivers |
| 43 | Aspin Kemp & Associates Inc | Powin, LLC | 12/23/2021 | ESA (Energy Storage Agreement) | Summerside |
| 44 | Auto-Chen Ltd | Powin, LLC | 06/09/2021 | ESA (Energy Storage Agreement) | Or Haner |
| 45 | Auto-Chen Ltd | Powin, LLC | 06/09/2021 | ESA (Energy Storage Agreement) | Nir Yitsac 3 |
| 46 | Auto-Chen Ltd | Powin, LLC | 06/09/2021 | ESA (Energy Storage Agreement) | Nir Yitsac 2 |
| 47 | Auto-Chen Ltd | Powin, LLC | 06/09/2021 | ESA (Energy Storage Agreement) | Neat Mordechai |
| 48 | Auto-Chen Ltd | Powin, LLC | 05/12/2021 | ESA (Energy Storage Agreement) | Nir David (Nofar 2) |
| 49 | Auto-Chen Ltd | Powin, LLC | 05/12/2021 | ESA (Energy Storage Agreement) | Gevim (Rimon 1) |
| 50 | Auto-Chen Ltd | Powin, LLC | 05/12/2021 | ESA (Energy Storage Agreement) | Gevim (Rimon 1) |
| 51 | AVEP BESS, LLC | Powin, LLC | 12/15/2022 | LTSA (Long Term Service Agreement) | AVEP |
| 52 | AVEP BESS, LLC | Powin, LLC | 12/21/2022 | ESA (Energy Storage Agreement) | AVEP |
| 53 | BHER Ravenswood Solar 1, LLC | Powin, LLC | 01/06/2025 | ESA (Energy Storage Agreement) | Ravenswood - Group 3 |
| 54 | BHER Ravenswood Solar 1, LLC | Powin, LLC | 01/06/2025 | ESA (Energy Storage Agreement) | Ravenswood - Group 2 |
| 55 | BHER Ravenswood Solar 1, LLC | Powin, LLC | 01/06/2025 | ESA (Energy Storage Agreement) | Ravenswood - Group 1 |
| 56 | BHER Ravenswood Solar 1, LLC | Powin, LLC | 07/12/2024 | ESA (Energy Storage Agreement) | Ravenswood |
| 57 | BHER Ravenswood Solar 1, LLC | Powin, LLC | 07/12/2024 | ESA (Energy Storage Agreement) | Ravenswood |
| 58 | BHER Ravenswood Solar 1, LLC | Powin, LLC | 07/12/2024 | ESA (Energy Storage Agreement) | Ravenswood |
| 59 | BigBeau Solar, LLC | Powin, LLC | 02/01/2021 | ESA (Energy Storage Agreement) | Big Beau 2 |
| 60 | BigBeau Solar, LLC | Powin, LLC | 07/19/2021 | LTSA (Long Term Service Agreement) | Big Beau 2 |
| 61 | BigBeau Solar, LLC | Powin, LLC | 07/19/2021 | LTSA (Long Term Service Agreement) | Big Beau 1 |
| 62 | BigBeau Solar, LLC | Powin, LLC | 02/01/2021 | ESA (Energy Storage Agreement) | Big Beau 1 |
| 63 | Cameron Wind 1, LLC | Powin, LLC | 05/03/2024 | ESA (Energy Storage Agreement) | Sabal Augmentation |
| 64 | Cameron Wind 1, LLC | Powin, LLC | 05/03/2024 | ESA (Energy Storage Agreement) | Sabal |
| 65 | Cameron Wind 1, LLC | Powin, LLC | 04/01/2024 | LTSA (Long Term Service Agreement) | Sabal |
| 66 | Chaparral Springs, LLC | Powin, LLC | 07/27/2022 | ESA (Energy Storage Agreement) | Willow Springs |
| 67 | Chaparral Springs, LLC | Powin, LLC | 08/08/2022 | LTSA (Long Term Service Agreement) | Willow Springs |
| 68 | Chaparral Springs, LLC | Powin, LLC | 08/08/2022 | LTSA (Long Term Service Agreement) | Chaparral Springs |
| 69 | Chaparral Springs, LLC | Powin, LLC | 07/27/2022 | ESA (Energy Storage Agreement) | Chaparral Springs |
| 70 | Clean Peak Energy (CPE) | Powin, LLC | 09/09/2019 | ESA (Energy Storage Agreement) | Wanneroo Plaza - CPE-1 |
| 71 | Clean Peak Energy (CPE) | Powin, LLC | 09/09/2019 | ESA (Energy Storage Agreement) | Lansell Square CPE-4 |
| 72 | Clean Peak Energy (CPE) | Powin, LLC | 09/09/2019 | ESA (Energy Storage Agreement) | Bateau |
| 73 | Clean Peak Energy (CPE) | Powin, LLC | 09/09/2019 | ESA (Energy Storage Agreement) | Salamander Bay CPE-2 |
| 74 | Clean Peak Energy (CPE) | Powin, LLC | 05/20/2021 | Purchase Order | Phase 2 |
| 75 | Convergent Energy and Power LP | Powin, LLC | 02/16/2022 | ESA (Energy Storage Agreement) | West Warwick III |
| 76 | Convergent Energy and Power LP | Powin, LLC | 02/16/2022 | ESA (Energy Storage Agreement) | West Warwick II |
| 77 | Convergent Energy and Power LP | Powin, LLC | 02/16/2022 | ESA (Energy Storage Agreement) | West Warwick I |
| 78 | CS Energy, LLC | Powin, LLC | 09/29/2020 | Purchase Order | Countryside |
| 79 | Desert Quartzite | Powin, LLC | 12/12/2023 | LTSA (Long Term Service Agreement) | Desert Quartzite |
| 80 | Desert Quartzite, LLC | Powin, LLC | 02/28/2025 | ESA (Energy Storage Agreement) | Desert Quartzite |
| 81 | Desert Quartzite, LLC | Powin, LLC | 10/18/2024 | ESA (Energy Storage Agreement) | Desert Quartzite |
| 82 | Desert Quartzite, LLC | Powin, LLC | 03/20/2024 | LTSA (Long Term Service Agreement) | Desert Quartzite |
| 83 | Desert Quartzite, LLC | Powin, LLC | 03/20/2024 | ESA (Energy Storage Agreement) | Desert Quartzite |
| 84 | Desert Quartzite, LLC | Powin, LLC | 12/06/2022 | ESA (Energy Storage Agreement) | Desert Quartzite |
| 85 | DTE Electric Company | Powin, LLC | 12/20/2024 | LTSA (Long Term Service Agreement) | Slocum |
| 86 | DTE Electric Company | Powin, LLC | 01/24/2024 | ESA (Energy Storage Agreement) | Trenton |
| 87 | DTE Electric Company | Powin, LLC | 12/15/2022 | ESA (Energy Storage Agreement) | Slocum |
| 88 | East Brookfield Adams Road Solar LLC | Powin, LLC | 09/09/2020 | LTSA (Long Term Service Agreement) | Adams Road |
| 89 | EDF Renewables | Powin, LLC | | Purchase Order | |
| 90 | EDF Renewables Development, Inc. | Powin, LLC | 09/09/2022 | ESA (Energy Storage Agreement) | |
| 91 | El Sol Energy Storage LLC | Powin, LLC | 05/19/2023 | ESA (Energy Storage Agreement) | El Sol |
| 92 | El Sol Storage Energy LLC | Powin, LLC | 04/09/2021 | ESA (Energy Storage Agreement) | El Sol |
| 93 | ESI Inc. | Powin, LLC | 12/05/2022 | ESA (Energy Storage Agreement) | Brandywine |
| 94 | Flower Valley, LLC | Powin, LLC | 05/15/2020 | LTSA (Long Term Service Agreement) | Flower Valley |
| 95 | Flower Valley, LLC | Powin, LLC | 05/15/2020 | Purchase Order | Flower Valley |
| 96 | FORT RIVER SOLAR 2 LLC | Powin, LLC | 09/18/2023 | LTSA (Long Term Service Agreement) | FRS |
| 97 | Front Range-Midway Solar Project, LLC | Powin, LLC | 11/17/2021 | ESA (Energy Storage Agreement) | Fountain |

| CN | Counterparty Name | Debtor Party | Contract Effective Date | Contract Type | Project Name |
|---|---|---|---|---|---|
| 98 | Front Range-Midway Solar Project, LLC | Powin, LLC | 11/17/2021 | ESA (Energy Storage Agreement) | Fountain |
| 99 | Galp Parques Fotovoltaicos de Alcoutim | Powin, LLC | 12/04/2023 | ESA (Energy Storage Agreement) | Alcoutim |
| 100 | Galp Parques Fotovoltaicos de Alcoutim, LDA | Powin, LLC | 10/01/2024 | LTSA (Long Term Service Agreement) | Alcoutim |
| 101 | Go Electric Inc | Powin, LLC | 08/31/2018 | ESA (Energy Storage Agreement) | Go Electric, ThunderBay |
| 102 | Go Electric, Inc | Powin, LLC | 02/02/2023 | LTSA (Long Term Service Agreement) | |
| 103 | Great Kiskadee Storage, LLC | Powin, LLC | 02/21/2025 | ESA (Energy Storage Agreement) | Great Kiskadee |
| 104 | Great Kiskadee Storage, LLC | Powin, LLC | 09/30/2024 | LTSA (Long Term Service Agreement) | Great Kiskadee |
| 105 | Great Kiskadee Storage, LLC | Powin, LLC | 09/30/2024 | ESA (Energy Storage Agreement) | Great Kiskadee |
| 106 | Great Kiskadee Storage, LLC | Powin, LLC | 03/27/2024 | LTSA (Long Term Service Agreement) | Great Kiskadee |
| 107 | Great Kiskadee Storage, LLC | Powin, LLC | 08/26/2022 | ESA (Energy Storage Agreement) | Great Kiskadee Storage |
| 108 | Gridspan Energy | Powin, LLC | 10/29/2018 | Purchase Order | Gridspan |
| 109 | Hampden Landfill Solar LLC | Powin, LLC | 07/31/2023 | LTSA (Long Term Service Agreement) | Hampden |
| 110 | Hampden Landfill Solar LLC | Powin, LLC | 05/11/2022 | ESA (Energy Storage Agreement) | Hampden |
| 111 | Hecate Energy Ontario Storage VII, LP | Powin, LLC | 10/30/2018 | LTSA (Long Term Service Agreement) | Kitchener II |
| 112 | Hecate Energy Ontario Storage VII, LP | Powin, LLC | 03/01/2018 | ESA (Energy Storage Agreement) | Kitchener II |
| 113 | Honeywell International | Powin, LLC | 08/18/2021 | LTSA (Long Term Service Agreement) | |
| 114 | Honeywell International Inc. / Honeywell Process Solutions | Powin, LLC | 01/11/2019 | ESA (Energy Storage Agreement) | Bruce Power |
| 115 | Honeywell International Inc. / Honeywell Process Solutions | Powin, LLC | 01/18/2019 | ESA (Energy Storage Agreement) | Bruce Power |
| 116 | Honeywell International, Inc. | Powin, LLC | 05/01/2020 | Purchase Order | NRStor Enbridge |
| 117 | Honeywell International, Inc. | Powin, LLC | 12/20/2019 | ESA (Energy Storage Agreement) | |
| 118 | Honeywell Limited - HPS CA | Powin, LLC | 12/01/2020 | Purchase Order | NRStor Canopy Growth |
| 119 | Honeywell Limited - HPS CA | Powin, LLC | 03/01/2019 | Purchase Order | Bruce Power |
| 120 | Honeywell Limited - HPS CA | Powin, LLC | 09/23/2020 | Purchase Order | Hydro Extrusion |
| 121 | Honeywell Limited - HPS CA | Powin, LLC | 05/01/2020 | Purchase Order | NRStor Malpack 1.1 |
| 122 | Honeywell Limited - HPS CA | Powin, LLC | 05/01/2020 | Purchase Order | NRStor Malpack 1.2 |
| 123 | Honeywell Limited - HPS CA | Powin, LLC | 03/24/2020 | Purchase Order | NRStor Canopy Growth |
| 124 | Honeywell Limited - HPS CA | Powin, LLC | 05/01/2020 | Purchase Order | NRStor Toyota Boshoku |
| 125 | Honeywell Limited - HPS CA | Powin, LLC | 04/18/2020 | Purchase Order | NRStor Pillers Waterloo |
| 126 | Honeywell Limited - HPS CA | Powin, LLC | 04/02/2020 | Purchase Order | NRStor Pillers Waterloo |
| 127 | Honeywell Limited - HPS CA | Powin, LLC | 04/02/2020 | Purchase Order | NRStor Pillers Brantford |
| 128 | Honeywell Limited - HPS CA | Powin, LLC | 04/02/2020 | Purchase Order | NRStor Rich Foods |
| 129 | Honeywell Limited - HPS CA | Powin, LLC | 05/01/2020 | Purchase Order | NRStor Enbridge |
| 130 | Honeywell Limited - HPS CA | Powin, LLC | 04/02/2020 | Purchase Order | NRStor Decast |
| 131 | Honeywell Limited - HPS CA | Powin, LLC | 04/02/2020 | Purchase Order | NRStor Kelloggs |
| 132 | Hummingbird Energy Storage, LLC | Powin, LLC | 07/18/2024 | LTSA (Long Term Service Agreement) | Hummingbird |
| 133 | Hummingbird Energy Storage, LLC | Powin, LLC | 06/03/2024 | ESA (Energy Storage Agreement) | Hummingbird |
| 134 | Hummingbird Energy Storage, LLC | Powin, LLC | 02/10/2023 | LTSA (Long Term Service Agreement) | Hummingbird |
| 135 | Hummingbird Energy Storage, LLC | Powin, LLC | 02/03/2023 | ESA (Energy Storage Agreement) | Hummingbird |
| 136 | Hunt Energy Solutions | Powin, LLC | 06/11/2019 | Purchase Order | Hunt Demo |
| 137 | Idaho Power Comapny | Powin, LLC | 08/21/2023 | LTSA (Long Term Service Agreement) | Black Mesa, WESR, ELMR, Hemingway, MLBA, Filer |
| 138 | Idaho Power Company | Powin, LLC | 12/28/2021 | ESA (Energy Storage Agreement) | MLBA |
| 139 | Idaho Power Company | Powin, LLC | 12/28/2021 | ESA (Energy Storage Agreement) | ELMR |
| 140 | Idaho Power Company | Powin, LLC | 12/28/2021 | ESA (Energy Storage Agreement) | FILR |
| 141 | Idaho Power Company | Powin, LLC | 12/28/2021 | ESA (Energy Storage Agreement) | WESR |
| 142 | Idaho Power Company | Powin, LLC | 02/28/2022 | ESA (Energy Storage Agreement) | Hemingway |
| 143 | Idaho Power Company | Powin, LLC | 06/08/2023 | ESA (Energy Storage Agreement) | Hemingway Expansion |
| 144 | Idaho Power Company | Powin, LLC | 02/28/2022 | ESA (Energy Storage Agreement) | Black Mesa |
| 145 | II Battery Storage US LLC (CAMERON WIND I, LLC) | Powin, LLC | 05/13/2022 | ESA (Energy Storage Agreement) | Sabal |
| 146 | Invenergy Services LLC | Powin, LLC | 02/21/2024 | LTSA (Long Term Service Agreement) | El Sol, Orangeville, Arizona Sun |
| 147 | Invenergy Services LLC | Powin, LLC | 03/01/2022 | LTSA (Long Term Service Agreement) | Orangeville, El Sol, Az Sun |
| 148 | Invenergy Storage Development LLC | Powin, LLC | 10/02/2018 | ESA (Energy Storage Agreement) | MIDAM |
| 149 | Invenergy Storage Development LLC | Powin, LLC | 12/20/2019 | ESA (Energy Storage Agreement) | |
| 150 | Invenergy Storage Development LLC | Powin, LLC | 02/05/2021 | ESA (Energy Storage Agreement) | Westar/Sedgwick |
| 151 | Jema Energy S.A | Powin, LLC | | Purchase Order | |
| 152 | Jema Energy S.A. | Powin, LLC | 12/20/2018 | Purchase Order | Flexitranstore |
| 153 | KCE TX 2, LLC | Powin, LLC | 06/01/2020 | LTSA (Long Term Service Agreement) | KCE TX2 - Port Lavaca |
| 154 | KCE TX 2, LLC | Powin, LLC | 05/22/2020 | Purchase Order | KCE TX2 - Port Lavaca |
| 155 | KCE TX 7, LLC | Powin, LLC | 06/01/2020 | LTSA (Long Term Service Agreement) | KCE TX7 - Flat Top |
| 156 | KCE TX 7, LLC | Powin, LLC | 05/22/2020 | Purchase Order | KCE TX7 - Flat Top |
| 157 | KCE TX 8, LLC | Powin, LLC | 05/22/2020 | Purchase Order | KCE TX8 - Worsham |
| 158 | KCE TX 8, LLC | Powin, LLC | 06/01/2020 | LTSA (Long Term Service Agreement) | KCE TX8 - Worsham |
| 159 | Key Capture Energy, LLC (KCE) | Powin, LLC | 06/01/2020 | LTSA (Long Term Service Agreement) | NY 3- Pomona |
| 160 | Key Capture Energy, LLC (KCE) | Powin, LLC | 02/20/2020 | Purchase Order | |
| 161 | KMC Thermo, LLC | Powin, LLC | 04/01/2025 | LTSA (Long Term Service Agreement) | Brandywine |
| 162 | La Grange, an Incorporated North Carolina Town | Powin, LLC | 06/30/2021 | LTSA (Long Term Service Agreement) | LaGrange |
| 163 | Leader Energy Storage Technology Co., Ltd | Powin, LLC | 08/24/2021 | Purchase Order | Taiwan (YSO0010 - Ysolar) |
| 164 | Leader Energy Storage Technology Co., Ltd | Powin, LLC | 09/30/2022 | ESA (Energy Storage Agreement) | Taiwan (YSO0010 - Ysolar) |
| 165 | Leader Energy Storage Technology Co., Ltd | Powin, LLC | 03/03/2022 | Purchase Order | Kinmin |
| 166 | Leader Energy Storage Technology Co., Ltd | Powin, LLC | 08/06/2021 | Purchase Order | Taiwan (YSO0010 - Ysolar) |
| 167 | Leader Energy Storage Technology Co., Ltd | Powin, LLC | 03/03/2022 | Purchase Order | Kinmin |
| 168 | Leader Energy Storage Technology Co., Ltd | Powin, LLC | 12/13/2021 | Purchase Order | Leader Project 2 |
| 169 | Lone Star Solar, LLC | Powin, LLC | 08/21/2024 | ESA (Energy Storage Agreement) | Lonestar |
| 170 | Lone Star Solar, LLC | Powin, LLC | 01/19/2024 | ESA (Energy Storage Agreement) | Lonestar |
| 171 | Lone Star Solar, LLC | Powin, LLC | 09/15/2023 | ESA (Energy Storage Agreement) | Lonestar |
| 172 | Lone Star Solar, LLC | Powin, LLC | 05/01/2023 | ESA (Energy Storage Agreement) | Lonestar |
| 173 | Lone Star Solar, LLC | Powin, LLC | 05/01/2023 | LTSA (Long Term Service Agreement) | Lonestar |
| 174 | Longroad | Powin, LLC | 10/11/2024 | ESA (Energy Storage Agreement) | Sunstreams 3 |
| 175 | Longroad BESS Procurement LLC | Powin, LLC | 01/07/2022 | Framework Agreement | |
| 176 | Longroad BESS Procurement LLC | Powin, LLC | 12/09/2022 | Framework Agreement | |
| 177 | Maverick Solar 6, LLC | Powin, LLC | 07/19/2021 | LTSA (Long Term Service Agreement) | Mav 6 |
| 178 | Mesa Technical Associates, Inc. | Powin, LLC | 10/01/2019 | Purchase Order | Raymond |
| 179 | MG HR S de R.L de C.V. | Powin, LLC | 12/13/2024 | ESA (Energy Storage Agreement) | Insurgentes Expansion |
| 180 | MG HR, S. de R.L. de C.V. | Powin, LLC | 12/20/2019 | ESA (Energy Storage Agreement) | Insurgentes |
| 181 | MG HR, S. de R.L. de C.V. | Powin, LLC | 01/31/2020 | ESA (Energy Storage Agreement) | Insurgentes |
| 182 | Mitsubishi Electric Power Products, Inc (MEPPI) | Powin, LLC | 12/19/2018 | Purchase Order | |
| 183 | Mitsubishi Electric Power Products, Inc (MEPPI) | Powin, LLC | 12/19/2018 | Purchase Order | |
| 184 | Mitsubishi Hitachi Power Systems Americas, Inc. (MHPS) | Powin, LLC | 03/25/2020 | Purchase Order | Fredonia |
| 185 | Mitsubishi Hitachi Power Systems Americas, Inc. (MHPS) | Powin, LLC | 03/05/2020 | Purchase Order | Fredonia |
| 186 | Mitsubishi Hitachi Power Systems Americas, Inc. (MHPS) | Powin, LLC | 08/31/2020 | ESA (Energy Storage Agreement) | Johanna |
| 187 | Mitsubishi Power Americas Inc | Powin, LLC | 12/08/2022 | LTSA (Long Term Service Agreement) | Tranquility |
| 188 | Mitsubishi Power Americas Inc | Powin, LLC | 12/08/2022 | LTSA (Long Term Service Agreement) | Garland |
| 189 | Mitsubishi Power Americas, Inc. | Powin, LLC | 10/26/2020 | ESA (Energy Storage Agreement) | Garland |
| 190 | Mitsubishi Power Americas, Inc. | Powin, LLC | 02/08/2022 | ESA (Energy Storage Agreement) | Mav 6 |

| CN | Counterparty Name | Debtor Party | Contract Effective Date | Contract Type | Project Name |
|---|---|---|---|---|---|
| 191 | Mitsubishi Power Americas, Inc. (MPA) | Powin, LLC | 06/14/2022 | LTSA (Long Term Service Agreement) | MHPS/KCE TX 11 |
| 192 | Mitsubishi Power Americas, Inc. (MPA) | Powin, LLC | 06/28/2021 | LTSA (Long Term Service Agreement) | Tranquility |
| 193 | Mitsubishi Power Americas, Inc. (MPA) | Powin, LLC | 06/28/2021 | LTSA (Long Term Service Agreement) | Garland |
| 194 | Mitsubishi Power Americas, Inc. (MPA) | Powin, LLC | 11/23/2020 | ESA (Energy Storage Agreement) | Tranquility |
| 195 | Mitsubishi Power Americas, Inc. (MPA) | Powin, LLC | 10/16/2020 | ESA (Energy Storage Agreement) | MHPS/KCE TX 23 |
| 196 | Mitsubishi Power Americas, Inc. (MPA) | Powin, LLC | 10/16/2020 | ESA (Energy Storage Agreement) | MHPS/KCE TX 12 |
| 197 | Mitsubishi Power Americas, Inc. (MPA) | Powin, LLC | 05/19/2021 | LTSA (Long Term Service Agreement) | MHPS/KCE TX 11 |
| 198 | Mitsubishi Power Americas, Inc. (MPA) | Powin, LLC | 10/15/2020 | ESA (Energy Storage Agreement) | MHPS/KCE TX 11 |
| 199 | Mitsubishi Power Americas, Inc. (MPA) | Powin, LLC | 05/19/2021 | LTSA (Long Term Service Agreement) | KCE TX 12 |
| 200 | Mitsubishi Power Americas, Inc. (MPA) | Powin, LLC | 05/19/2021 | LTSA (Long Term Service Agreement) | KCE TX 23 |
| 201 | Mitsubishi Power Americas, Inc. (MPA) | Powin, LLC | 01/25/2021 | LTSA (Long Term Service Agreement) | Johanna |
| 202 | Mitsubishi Power Americas, Inc. (MPA) | Powin, LLC | 07/21/2021 | LTSA (Long Term Service Agreement) | Tranquility |
| 203 | Mitsubishi Power Americas, Inc. (MPA) | Powin, LLC | 07/21/2021 | LTSA (Long Term Service Agreement) | Garland |
| 204 | Mitsubishi Power Americas, Inc. (MPA) | Powin, LLC | 11/23/2020 | ESA (Energy Storage Agreement) | Tranquility |
| 205 | Mitsubishi Power Americas, Inc. (MPA) | Powin, LLC | 10/26/2020 | ESA (Energy Storage Agreement) | Garland |
| 206 | Mitsubishi Power Americas, Inc. (MPA) | Powin, LLC | 10/16/2020 | ESA (Energy Storage Agreement) | MHPS/KCE TX 23 |
| 207 | Mitsubishi Power Americas, Inc. (MPA) | Powin, LLC | 10/16/2020 | ESA (Energy Storage Agreement) | MHPS/KCE TX 12 |
| 208 | Mitsubishi Power Americas, Inc. (MPA) | Powin, LLC | 10/16/2020 | ESA (Energy Storage Agreement) | MHPS/KCE TX 11 |
| 209 | Mitsubishi Power Americas, Inc. (MPA) | Powin, LLC | 12/22/2020 | ESA (Energy Storage Agreement) | Mav 6 |
| 210 | Mitsubishi Power Americas, Inc. (MPA) | Powin, LLC | 02/26/2021 | ESA (Energy Storage Agreement) | Mav 6 |
| 211 | Mitsubishi Power Americas, Inc. (MPA) | Powin, LLC | 02/01/2021 | ESA (Energy Storage Agreement) | Big Beau 2 |
| 212 | Mitsubishi Power Americas, Inc. (MPA) | Powin, LLC | 02/01/2021 | ESA (Energy Storage Agreement) | Big Beau 1 |
| 213 | Mitsubishi Power Americas, Inc. (MPA) | Powin, LLC | 04/25/2022 | LTSA (Long Term Service Agreement) | Garland |
| 214 | Munmorah Battery ProjectCo Pty Ltd | Powin, LLC | 01/30/2025 | ESA (Energy Storage Agreement) | Waratah Super Battery |
| 215 | Munmorah Battery ProjectCo Pty Ltd | Powin, LLC | 07/26/2024 | ESA (Energy Storage Agreement) | Waratah |
| 216 | Munmorah Battery ProjectCo Pty Ltd | Powin, LLC | 02/17/2024 | ESA (Energy Storage Agreement) | Waratah |
| 217 | Munmorah Battery ProjectCo Pty Ltd | Powin, LLC | 05/03/2023 | ESA (Energy Storage Agreement) | Waratah |
| 218 | Munmorah Battery ProjectCo Pty Ltd | Powin, LLC | 05/03/2023 | ESA (Energy Storage Agreement) | Waratah |
| 219 | Munmorah Battery ProjectCo Pty Ltd | Powin, LLC | 11/03/2023 | ESA (Energy Storage Agreement) | Waratah Super Battery |
| 220 | Munmorah Battery ProjectCo Pty Ltd | Powin, LLC | 12/16/2022 | LTSA (Long Term Service Agreement) | Waratah Super Battery |
| 221 | Munmorah Battery ProjectCo Pty Ltd | Powin, LLC | 11/04/2022 | ESA (Energy Storage Agreement) | Waratah Super Battery |
| 222 | Nidec ASI S.p.A. | Powin, LLC | 05/29/2019 | Purchase Order | Nidec - Disney Bahamas |
| 223 | Nidec ASI S.p.A. | Powin, LLC | 07/15/2019 | ESA (Energy Storage Agreement) | Nidec - Disney Bahamas |
| 224 | Nidec ASI S.p.A. | Powin, LLC | 07/15/2019 | ESA (Energy Storage Agreement) | Nidec - Disney Bahamas |
| 225 | Northstar Energy Management, LLC | Powin, LLC | 07/03/2024 | LTSA (Long Term Service Agreement) | Poblano |
| 226 | Northstar Energy Management, LLC | Powin, LLC | 02/27/2023 | LTSA (Long Term Service Agreement) | Sunstreams 3 |
| 227 | Oak Hill Solar 1 LLC | Powin, LLC | 09/03/2021 | Purchase Order | |
| 228 | Oak Hill Solar 2 LLC | Powin, LLC | 09/03/2021 | Purchase Order | |
| 229 | Orangeville Energy Storage LLC | Powin, LLC | 11/02/2020 | Purchase Order | Orangeville |
| 230 | Orangeville Energy Storage LLC | Powin, LLC | 11/02/2020 | ESA (Energy Storage Agreement) | Orangeville |
| 231 | Orcas Power & Light Cooperative (OPALCO) | Powin, LLC | 12/04/2019 | Purchase Order | OPALCO |
| 232 | Orcas Power & Light Cooperative (OPALCO) | Powin, LLC | 07/12/2019 | ESA (Energy Storage Agreement) | OPALCO |
| 233 | Ormat Nevada Inc | Powin, LLC | 03/15/2022 | ESA (Energy Storage Agreement) | Bottleneck |
| 234 | Ormat Nevada Inc. | Powin, LLC | 03/15/2022 | ESA (Energy Storage Agreement) | Bottleneck |
| 235 | Ormat Nevada, Inc. | Powin, LLC | 03/30/2023 | ESA (Energy Storage Agreement) | Bottleneck |
| 236 | Ormat Nevada, inc. | Powin, LLC | 11/03/2023 | LTSA (Long Term Service Agreement) | Bottleneck |
| 237 | Pacificorp | Powin, LLC | 10/06/2021 | ESA (Energy Storage Agreement) | Klamath Falls |
| 238 | Pine Gate Renewables, LLC | Powin, LLC | 02/19/2021 | ESA (Energy Storage Agreement) | Tremont |
| 239 | Pine Gate Renewables, LLC | Powin, LLC | 02/19/2021 | ESA (Energy Storage Agreement) | Rochester |
| 240 | Poblano Energy Storage, LLC | Powin, LLC | 04/17/2023 | ESA (Energy Storage Agreement) | Poblano |
| 241 | Portland General Electric (PGE) | Powin, LLC | 10/07/2019 | Purchase Order | BPSB Microgrid |
| 242 | PowerFlex Solar, LLC | Powin, LLC | 02/21/2025 | ESA (Energy Storage Agreement) | USCS Fresno |
| 243 | Powerflex Systems, Inc. | Powin, LLC | 06/11/2021 | ESA (Energy Storage Agreement) | Ventura |
| 244 | Powerflex Systems, Inc. | Powin, LLC | 06/11/2021 | ESA (Energy Storage Agreement) | Thousand Oaks |
| 245 | PowerFlex Systems, LLC | Powin, LLC | 12/09/2022 | ESA (Energy Storage Agreement) | ESRT NY |
| 246 | PowerFlex Systems, LLC | Powin, LLC | 12/09/2022 | ESA (Energy Storage Agreement) | CSU Fullerton |
| 247 | Powin Energy Ontario Storage, LLC | Powin, LLC | 07/01/2017 | ESA (Energy Storage Agreement) | Stratford |
| 248 | Powin Energy Ontario Storage, LLC | Powin, LLC | 03/29/2018 | LTSA (Long Term Service Agreement) | Stratford |
| 249 | PPA Grand Johanna LLC | Powin, LLC | 12/04/2017 | ESA (Energy Storage Agreement) | Millikan |
| 250 | PPA Grand Johanna LLC | Powin, LLC | 12/04/2017 | LTSA (Long Term Service Agreement) | Millikan |
| 251 | Prisma Energy Solutions LLC | Powin, LLC | | Master Service Agreement | |
| 252 | Public Service Company of New Mexico | Powin, LLC | 05/01/2023 | ESA (Energy Storage Agreement) | South Valley |
| 253 | Public Service Company of New Mexico | Powin, LLC | 05/01/2023 | ESA (Energy Storage Agreement) | Rio Del Oro |
| 254 | Pulse | Powin, LLC | 12/22/2023 | ESA (Energy Storage Agreement) | Overhill |
| 255 | PULSE CLEAN ENERGY SPV WATT LIMITED | Powin, LLC | 12/22/2023 | LTSA (Long Term Service Agreement) | Overhill |
| 256 | Pure Power Solutions, Inc. | Powin, LLC | 02/27/2018 | Purchase Order | Pure Power - Silver Oak |
| 257 | Putah Creek Solar Farms, LLC | Powin, LLC | 12/08/2022 | LTSA (Long Term Service Agreement) | Putah Creek |
| 258 | Putah Creek Solar Farms, LLC | Powin, LLC | 04/22/2021 | ESA (Energy Storage Agreement) | Putah Creek |
| 259 | PuYuan Green Energy Inc. | Powin, LLC | | Purchase Order | PuYuan 650 EVE |
| 260 | QPO Energy, LLC | Powin, LLC | 10/14/2021 | Purchase Order | USA |
| 261 | QPO Energy, LLC | Powin, LLC | 10/01/2021 | Purchase Order | Taiwan |
| 262 | QPO Energy, LLC | Powin, LLC | 10/14/2021 | Purchase Order | USA |
| 263 | QPO Energy, LLC | Powin, LLC | 10/14/2021 | Purchase Order | Taiwan |
| 264 | Rabbitbrush Solar, LLC | Powin, LLC | 09/17/2021 | ESA (Energy Storage Agreement) | Rabbitbrush |
| 265 | Rabbitbrush Solar, LLC | Powin, LLC | 07/09/2021 | ESA (Energy Storage Agreement) | Rabbitbrush 2 |
| 266 | Rabbitbrush Solar, LLC | Powin, LLC | 07/09/2021 | ESA (Energy Storage Agreement) | Rabbitbrush 2 |
| 267 | Rabbitbrush Solar, LLC | Powin, LLC | 07/09/2021 | ESA (Energy Storage Agreement) | Rabbitbrush 2 |
| 268 | Rabbitbrush Solar, LLC | Powin, LLC | 07/09/2021 | ESA (Energy Storage Agreement) | Rabbitbrush 2 |
| 269 | Rabbitbrush Solar, LLC | Powin, LLC | 07/09/2021 | ESA (Energy Storage Agreement) | Rabbitbrush 2 |
| 270 | Rabbitbrush Solar, LLC | Powin, LLC | 07/09/2021 | ESA (Energy Storage Agreement) | Rabbitbrush 2 |
| 271 | Rabbitbrush Solar, LLC | Powin, LLC | 07/09/2021 | ESA (Energy Storage Agreement) | Rabbitbrush 2 |
| 272 | Rabbitbrush Solar, LLC | Powin, LLC | 07/09/2021 | ESA (Energy Storage Agreement) | Rabbitbrush 2 |
| 273 | Rabbitbrush Solar, LLC | Powin, LLC | 07/09/2021 | ESA (Energy Storage Agreement) | Rabbitbrush 2 |
| 274 | Rabbitbrush Solar, LLC | Powin, LLC | 07/09/2021 | ESA (Energy Storage Agreement) | Rabbitbrush 2 |
| 275 | Rabbitbrush Solar, LLC | Powin, LLC | 07/09/2021 | ESA (Energy Storage Agreement) | Rabbitbrush 2 |
| 276 | Rabbitbrush Solar, LLC | Powin, LLC | 07/09/2021 | ESA (Energy Storage Agreement) | Rabbitbrush 1 |
| 277 | Rabbitbrush Solar, LLC | Powin, LLC | 07/09/2021 | ESA (Energy Storage Agreement) | Rabbitbrush 1 |
| 278 | Rabbitbrush Solar, LLC | Powin, LLC | 07/09/2021 | ESA (Energy Storage Agreement) | Rabbitbrush 1 |
| 279 | Rabbitbrush Solar, LLC | Powin, LLC | 07/09/2021 | ESA (Energy Storage Agreement) | Rabbitbrush 1 |
| 280 | Rabbitbrush Solar, LLC | Powin, LLC | 07/09/2021 | ESA (Energy Storage Agreement) | Rabbitbrush 1 |
| 281 | Rabbitbrush Solar, LLC | Powin, LLC | 07/09/2021 | ESA (Energy Storage Agreement) | Rabbitbrush 1 |
| 282 | Rabbitbrush Solar, LLC | Powin, LLC | 07/09/2021 | ESA (Energy Storage Agreement) | Rabbitbrush 1 |
| 283 | Rabbitbrush Solar, LLC | Powin, LLC | 07/09/2021 | ESA (Energy Storage Agreement) | Rabbitbrush 1 |
| 284 | Rabbitbrush Solar, LLC | Powin, LLC | 07/09/2021 | ESA (Energy Storage Agreement) | Rabbitbrush 1 |
| 285 | Rabbitbrush Solar, LLC | Powin, LLC | 07/09/2021 | ESA (Energy Storage Agreement) | Rabbitbrush 1 |
| 286 | Rabbitbrush Solar, LLC | Powin, LLC | 07/09/2021 | ESA (Energy Storage Agreement) | Rabbitbrush 1 |
| 287 | Rabbitbrush Solar, LLC | Powin, LLC | 07/09/2021 | ESA (Energy Storage Agreement) | Rabbitbrush 2 |
| 288 | Rabbitbrush Solar, LLC | Powin, LLC | 07/09/2021 | ESA (Energy Storage Agreement) | Rabbitbrush |
| 289 | Rabbitbrush Solar, LLC | Powin, LLC | 03/18/2022 | LTSA (Long Term Service Agreement) | Rabbitbrush 2 |

| CN | Counterparty Name | Debtor Party | Contract Effective Date | Contract Type | Project Name |
|---|---|---|---|---|---|
| 290 | Rabbitbrush Solar, LLC | Powin, LLC | 03/18/2022 | LTSA (Long Term Service Agreement) | Rabbitbrush |
| 291 | Rabbitbrush Solar, LLC | Powin, LLC | 09/17/2021 | ESA (Energy Storage Agreement) | Rabbitbrush 2 |
| 292 | Santa Paula Energy Storage, LLC | Powin, LLC | 07/13/2023 | LTSA (Long Term Service Agreement) | Santa Paula |
| 293 | Santa Paula Energy Storage, LLC | Powin, LLC | 10/21/2021 | LTSA (Long Term Service Agreement) | Santa Paula |
| 294 | Santa Paula Energy Storage, LLC | Powin, LLC | 10/21/2021 | ESA (Energy Storage Agreement) | Santa Paula |
| 295 | Saturn Battery I LP | Powin, LLC | 05/01/2023 | LTSA (Long Term Service Agreement) | Bruce Power |
| 296 | Saturn Power Inc. | Powin, LLC | 04/06/2018 | Purchase Order | |
| 297 | SCS Van Wyck 012823 Croton On Hudson, LLC | Powin, LLC | 02/10/2025 | LTSA (Long Term Service Agreement) | Croton Harmon |
| 298 | SCS Van Wyck 012823 Croton On Hudson, LLC | Powin, LLC | 11/23/2021 | ESA (Energy Storage Agreement) | Croton Harmon Train Station |
| 299 | Serrano Solar, LLC | Powin, LLC | 11/06/2024 | ESA (Energy Storage Agreement) | Serrano |
| 300 | Serrano Solar, LLC | Powin, LLC | 05/05/2023 | ESA (Energy Storage Agreement) | Serrano |
| 301 | Solar Star 3, LLC | Powin, LLC | 08/31/2023 | ESA (Energy Storage Agreement) | Solar Star 3 |
| 302 | Solar Star 3, LLC | Powin, LLC | 08/31/2023 | ESA (Energy Storage Agreement) | Solar Star 3 |
| 303 | Solar Star 4, LLC | Powin, LLC | 08/31/2023 | ESA (Energy Storage Agreement) | Solar Star 4 |
| 304 | Southern California Edison Company | Powin, LLC | 09/01/2017 | ESA (Energy Storage Agreement) | |
| 305 | Southern Power Company (SPC) | Powin, LLC | 02/20/2019 | Purchase Order | BESS 225kWh Test Stack |
| 306 | Southern Power Company (SPC) | Powin, LLC | 11/19/2019 | Purchase Order | BESS 225kWh Test Stack |
| 307 | STEM / Mohave Power LLC | Powin, LLC | 01/09/2024 | LTSA (Long Term Service Agreement) | Watersprout |
| 308 | Stem Inc. | Powin, LLC | 03/08/2023 | LTSA (Long Term Service Agreement) | Mosquito 1 |
| 309 | Stem, Inc. | Powin, LLC | 03/08/2024 | LTSA (Long Term Service Agreement) | Dark and Stormy I |
| 310 | Stem, Inc. | Powin, LLC | 03/08/2023 | LTSA (Long Term Service Agreement) | Velvet Mite SD DC |
| 311 | Stem, Inc. | Powin, LLC | 03/08/2023 | LTSA (Long Term Service Agreement) | Dark and Stormy II |
| 312 | Stem, Inc. | Powin, LLC | 03/08/2023 | LTSA (Long Term Service Agreement) | Velvet Mite ML DC |
| 313 | Stem, Inc. | Powin, LLC | 03/08/2023 | LTSA (Long Term Service Agreement) | Velvet Mite MR AC |
| 314 | Stem, Inc. | Powin, LLC | 03/08/2023 | LTSA (Long Term Service Agreement) | Dighton Tremont |
| 315 | Stem, Inc. | Powin, LLC | 03/08/2023 | LTSA (Long Term Service Agreement) | Velvet Mite BR DC |
| 316 | Stem, Inc. | Powin, LLC | 03/08/2023 | LTSA (Long Term Service Agreement) | Velvet Mite QR DC |
| 317 | Stem, Inc. | Powin, LLC | 03/08/2023 | LTSA (Long Term Service Agreement) | Velvet Mite CPR DC |
| 318 | Stem, Inc. | Powin, LLC | 03/08/2023 | LTSA (Long Term Service Agreement) | Velvet Mite TR DC |
| 319 | Stem, Inc. | Powin, LLC | 03/08/2023 | LTSA (Long Term Service Agreement) | Mosquito III |
| 320 | Stem, Inc. | Powin, LLC | 03/08/2023 | LTSA (Long Term Service Agreement) | Mosquito 2 |
| 321 | Stem, Inc. | Powin, LLC | 03/08/2023 | LTSA (Long Term Service Agreement) | Douglas Oak |
| 322 | Stem, Inc. | Powin, LLC | 03/08/2023 | LTSA (Long Term Service Agreement) | Palmer Sykes |
| 323 | Stem, Inc. | Powin, LLC | 02/28/2021 | LTSA (Long Term Service Agreement) | Viper |
| 324 | Stem, Inc. | Powin, LLC | 02/22/2021 | Purchase Order | Tangerine |
| 325 | Stem, Inc. | Powin, LLC | 10/13/2023 | Purchase Order | |
| 326 | Stem, Inc. | Powin, LLC | 03/08/2023 | Purchase Order | Palmer Sykes |
| 327 | Stem, Inc. | Powin, LLC | 03/08/2023 | Purchase Order | Douglas Oak |
| 328 | Stem, Inc. | Powin, LLC | 03/08/2023 | Purchase Order | Dighton Tremont |
| 329 | Stem, Inc. | Powin, LLC | 03/08/2023 | Purchase Order | Dark and Stormy II |
| 330 | Stem, Inc. | Powin, LLC | 03/08/2023 | Purchase Order | Dark and Stormy I |
| 331 | Stem, Inc. | Powin, LLC | 03/08/2023 | Purchase Order | Velvet Mite CPR DC |
| 332 | Stem, Inc. | Powin, LLC | 03/08/2023 | Purchase Order | Velvet Mite TR DC |
| 333 | Stem, Inc. | Powin, LLC | 03/08/2023 | Purchase Order | Velvet Mite SD DC |
| 334 | Stem, Inc. | Powin, LLC | 03/08/2023 | Purchase Order | Velvet Mite ML DC |
| 335 | Stem, Inc. | Powin, LLC | 03/08/2023 | Purchase Order | Velvet Mite MR AC |
| 336 | Stem, Inc. | Powin, LLC | 03/08/2023 | Purchase Order | Velvet Mite BR DC |
| 337 | Stem, Inc. | Powin, LLC | 03/08/2023 | Purchase Order | Velvet Mite QR DC |
| 338 | Stem, Inc. | Powin, LLC | 03/08/2023 | Purchase Order | Mosquito III |
| 339 | Stem, Inc. | Powin, LLC | 03/08/2023 | Purchase Order | Mosquito II |
| 340 | Stem, Inc. | Powin, LLC | 03/08/2023 | Purchase Order | Mosquito I |
| 341 | Stem, Inc. | Powin, LLC | 06/08/2021 | Purchase Order | Watersprout |
| 342 | Stem, Inc. | Powin, LLC | 02/28/2021 | Purchase Order | Viper |
| 343 | Stem, Inc. | Powin, LLC | 01/14/2021 | Purchase Order | Chatham |
| 344 | Stem, Inc. | Powin, LLC | 02/22/2021 | Purchase Order | Viper |
| 345 | Stillwater Energy Storage, LLC | Powin, LLC | 08/22/2018 | Purchase Order | RWE |
| 346 | Strata Solar Services, LLC | Powin, LLC | 08/22/2019 | LTSA (Long Term Service Agreement) | Wilson |
| 347 | Strata Solar, LLC | Powin, LLC | 10/27/2020 | LTSA (Long Term Service Agreement) | GUC Evans Substation |
| 348 | Strata Solar, LLC | Powin, LLC | 03/27/2020 | ESA (Energy Storage Agreement) | GUC Evans Substation |
| 349 | Strata Solar, LLC | Powin, LLC | 08/12/2021 | ESA (Energy Storage Agreement) | LaGrange |
| 350 | Strata Solar, LLC | Powin, LLC | 02/02/2022 | ESA (Energy Storage Agreement) | Dry Bridge |
| 351 | Sun Streams Expansion, LLC | Powin, LLC | 05/29/2024 | ESA (Energy Storage Agreement) | Sunstreams 4 |
| 352 | Sun Streams Expansion, LLC | Powin, LLC | 04/17/2024 | ESA (Energy Storage Agreement) | Sun Streams 3 |
| 353 | Sun Streams Expansion, LLC | Powin, LLC | | ESA (Energy Storage Agreement) | Sun Streams 4 |
| 354 | Sun Streams Expansion, LLC | Powin, LLC | 03/10/2023 | ESA (Energy Storage Agreement) | Sunstreams 4 |
| 355 | Sun Streams PVS, LLC | Powin, LLC | 12/09/2022 | ESA (Energy Storage Agreement) | Sunstreams 3 |
| 356 | Sungrid Solutions | Powin, LLC | 08/08/2019 | Purchase Order | Small Fry |
| 357 | Sungrid Solutions | Powin, LLC | 09/04/2020 | Purchase Order | Ukraine |
| 358 | SunGrid Solutions Inc. | Powin, LLC | 07/24/2019 | Purchase Order | |
| 359 | Swoose, LLC | Powin, LLC | 05/15/2020 | LTSA (Long Term Service Agreement) | Swoose |
| 360 | Swoose, LLC | Powin, LLC | 05/15/2020 | Purchase Order | Swoose |
| 361 | TPE Energy, Inc. | Powin, LLC | 10/27/2020 | Purchase Order | TPE FRRS |
| 362 | TPE Energy, Inc. | Powin, LLC | 11/18/2021 | ESA (Energy Storage Agreement) | J&V Taoyuan Taiwan |
| 363 | TPE Energy, Inc. | Powin, LLC | 11/18/2021 | ESA (Energy Storage Agreement) | Kaohsiung Taiwan PS Substation |
| 364 | Triple Butte, LLC | Powin, LLC | 08/21/2020 | LTSA (Long Term Service Agreement) | Triple Butte |
| 365 | Triple Butte, LLC | Powin, LLC | 08/21/2020 | Purchase Order | Triple Butte |
| 366 | Ulinda Park Project Co Pty Ltd | Powin, LLC | 08/29/2024 | ESA (Energy Storage Agreement) | Ulinda Park |
| 367 | Ulinda Park ProjectCo Pty Ltd | Powin, LLC | 12/23/2024 | ESA (Energy Storage Agreement) | Ulinda Park |
| 368 | Ulinda Park ProjectCo Pty Ltd | Powin, LLC | 06/26/2023 | ESA (Energy Storage Agreement) | Ulinda Park |
| 369 | Ulinda Park ProjectCo Pty Ltd | Powin, LLC | 06/28/2023 | LTSA (Long Term Service Agreement) | Ulinda Park |
| 370 | Ware Palmer Road Solar, LLC | Powin, LLC | 09/09/2020 | LTSA (Long Term Service Agreement) | Palmer |
| 371 | WEG Electric Corp | Powin, LLC | 02/24/2020 | Purchase Order | WEG Demo Stack225 |
| 372 | WEG Electric Corp | Powin, LLC | 01/28/2020 | Purchase Order | WEG Demo Stack225 |
| 373 | West Columbia Storage, LLC | Powin, LLC | 09/09/2019 | LTSA (Long Term Service Agreement) | Glidepath West Columbia |
| 374 | West Columbia Storage, LLC | Powin, LLC | 02/26/2019 | ESA (Energy Storage Agreement) | Glidepath West Columbia |
| 375 | West Columbia Storage, LLC | Powin, LLC | 10/04/2019 | ESA (Energy Storage Agreement) | Glidepath West Columbia |
| 376 | West Columbia Storage, LLC | Powin, LLC | 09/09/2019 | ESA (Energy Storage Agreement) | Glidepath West Columbia |
| 377 | West Warwick Energy Storage 1 LLC | Powin, LLC | 07/12/2024 | LTSA (Long Term Service Agreement) | West Warwick 1 |
| 378 | West Warwick Energy Storage 2 LLC | Powin, LLC | 09/26/2024 | LTSA (Long Term Service Agreement) | West Warwick 2 |
| 379 | West Warwick Energy Storage 3 LLC | Powin, LLC | 09/26/2024 | LTSA (Long Term Service Agreement) | West Warwick 3 |
| 380 | Wildcat I Energy Storage, LLC | Powin, LLC | 11/06/2019 | ESA (Energy Storage Agreement) | Wildcat Project |
| 381 | Wildcat I Energy Storage, LLC | Powin, LLC | 11/06/2019 | LTSA (Long Term Service Agreement) | Wildcat Project |
| 382 | Yuma Solar energy LLC | Powin, LLC | 05/15/2024 | LTSA (Long Term Service Agreement) | Yuma |
| 383 | Yuma Solar Energy LLC | Powin, LLC | 05/19/2023 | ESA (Energy Storage Agreement) | Yuma |