| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SAUL EWING LLP<br>Turner N. Falk<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Telephone: (215) 972-7777<br>turner.falk@saul.com<br><br>-and-<br><br>Lucian B. Murley<br>1201 N. Market Street, Suite 2300 | Order Filed on July 9, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>POWIN, LLC, et al., | Case No.: 25-16137 (MBK)<br><br>Adv. No.: _____<br><br>Chapter: 11<br><br>Judge: Michael B. Kaplan |

### ORDER FOR ADMISSION PRO HAC VICE

The relief set forth on the following page is **ORDERED**.

**DATED: July 9, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that _____James A. Keefe_____ be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may sign and file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders. Unless otherwise permitted by the Court, local counsel must attend all hearings and proceedings before the Court, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court  
District of New Jersey  
Martin Luther King, Jr. Federal Building  
50 Walnut Street  
Newark, N.J. 07102  
*Attention: Pro Hac Vice Admissions*

and it is further ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

*rev.03/01/2024*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-16137-MBK |
| Powin, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Jul 09, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2025:**

**Recip ID        Recipient Name and Address**
db              + Powin, LLC, 20550 SW 115th Avenue, Tualatin, OR 97062-6857

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2025                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2025 at the address(es) listed below:

**Name            Email Address**

Arthur Abramowitz
        on behalf of Creditor Ace Engineering aabramowitz@shermansilverstein.com  jbaugh@shermansilverstein.com

Barbra Rachel Parlin
        on behalf of Creditor Yuma Solar Energy LLC barbra.parlin@hklaw.com
        elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barbra Rachel Parlin
        on behalf of Creditor Invenergy  LLC barbra.parlin@hklaw.com,
        elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Brett S. Theisen
        on behalf of Creditor GLAS USA LLC btheisen@gibbonslaw.com  nmitchell@gibbonslaw.com

Daniel Harris
        on behalf of Interested Party BHER Ravenswood Solar 1  LLC dharris@coleschotz.com, ddelehanty@coleschotz.com

Daniel Stolz

Case 25-16137-MBK    Doc 359    Filed 07/11/25    Entered 07/12/25 00:18:08    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jul 09, 2025 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| David A. Pisciotta | on behalf of Creditor GLAS USA LLC dpisciotta@reedsmith.com david-pisciotta-4680@ecf.pacerpro.com;docketingecfnyc@reedsmith.com |
| David E. Sklar | on behalf of Interested Party Longroad Energy Partners on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| David E. Sklar | on behalf of Interested Party Poblano Energy Storage LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| David E. Sklar | on behalf of Interested Party Longroad Development Company LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| David E. Sklar | on behalf of Interested Party Leeward Renewable Energy LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| David E. Sklar | on behalf of Interested Party DTE Electric Company dsklar@pashmanstein.com lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| Deanna Boll | on behalf of Creditor Apex Clean Energy Holdings LLC dboll@mwe.com, dnorthrop@mwe.com |
| Donald W Clarke | on behalf of Creditor Committee Official Committee of Unsecured Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Felice R. Yudkin | on behalf of Interested Party BHER Ravenswood Solar 1 LLC fyudkin@coleschotz.com, fpisano@coleschotz.com |
| Frank A. Oswald | on behalf of Defendant Powin Energy Operating LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com |
| Frank A. Oswald | on behalf of Debtor PEOS Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com |
| Frank A. Oswald | on behalf of Defendant Powin LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com |
| Frank A. Oswald | on behalf of Debtor Charger Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com |
| Frank A. Oswald | on behalf of Defendant Powin Energy Operating Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com |
| Frank A. Oswald | on behalf of Debtor Powin China Holdings 2 LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com |
| Frank A. Oswald | on behalf of Debtor Powin Project LLC frankoswald@teamtogut.com seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com |
| Frank A. Oswald | on behalf of Debtor Powin Energy Ontario Storage LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com |
| Frank A. Oswald | on behalf of Debtor Powin China Holdings 1 LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com |
| Frank A. Oswald | |

Case 25-16137-MBK    Doc 359    Filed 07/11/25    Entered 07/12/25 00:18:08    Desc
Imaged Certificate of Notice    Page 5 of 7

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 09, 2025 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Debtor Powin Energy Operating Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com |
| Frank A. Oswald | |
| | on behalf of Debtor Powin LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com |
| Frank A. Oswald | |
| | on behalf of Debtor Powin Energy Operating LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com |
| Gail C. Lin | |
| | on behalf of Plaintiff Brian Palomino gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com |
| Jaclynn McDonnell | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors jmcdonnell@genovaburns.com dmendez@genovaburns.com |
| James N. Lawlor | |
| | on behalf of Creditor Ulinda Park ProjectCo Pty Ltd jlawlor@wmd-law.com |
| James N. Lawlor | |
| | on behalf of Creditor Munmorah Battery ProjectCo Pty Ltd jlawlor@wmd-law.com |
| Jeffrey A. Cooper | |
| | on behalf of Interested Party Honeywell International Inc. jcooper@rltlawfirm.com cooperatty@aol.com;rgaydos@rltlawfirm.com |
| Jeffrey M. Sponder | |
| | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jennifer Hoover | |
| | on behalf of Creditor EPC Services Company jhoover@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| John Pintarelli | |
| | on behalf of Creditor Prevalon Energy LLC john.pintarelli@pillsburylaw.com |
| John Pintarelli | |
| | on behalf of Creditor Mitsubishi Power Americas Inc. john.pintarelli@pillsburylaw.com |
| John S. Mairo | |
| | on behalf of Creditor Certain Funds and Accounts Managed by KKR Credit Advisors (US) LLC jmairo@gibbonslaw.com pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kevin J. Mangan | |
| | on behalf of Interested Party SiriusPoint America Insurance Company kevin.mangan@wbd-us.com Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com |
| Kevin J. Mangan | |
| | on behalf of Interested Party Applied Surety Underwriters kevin.mangan@wbd-us.com Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com |
| Kevin J. Mangan | |
| | on behalf of Interested Party Pennsylvania Insurance Company kevin.mangan@wbd-us.com Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com |
| Kevin M. Capuzzi | |
| | on behalf of Creditor Mesa Logistics Group LLC d/b/a Trivergix Group kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin M. Capuzzi | |
| | on behalf of Creditor Mainfreight Inc. kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kyriaki Christodoulou | |
| | on behalf of Creditor Arevon Energy Inc. kchristodoulou@cullenllp.com |
| Lauren Bielskie | |
| | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Lauren M. Macksoud | |
| | on behalf of Debtor Powin Energy Ontario Storage II LP lauren.macksoud@dentons.com docket.general.lit.nyc@dentons.com |
| Lauren M. Macksoud | |
| | on behalf of Debtor Powin Canada B.C. Ltd. lauren.macksoud@dentons.com docket.general.lit.nyc@dentons.com |
| Lauren M. Macksoud | |
| | on behalf of Debtor Powin LLC lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com |
| Lauren M. Macksoud | |

Case 25-16137-MBK    Doc 359    Filed 07/11/25    Entered 07/12/25 00:18:08    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 09, 2025 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Debtor Powin Energy Storage 2 Inc. lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com |
| Leah Eisenberg | on behalf of Interested Party Longroad Energy Partners on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC leisenberg@pashmanstein.com, ekhatchatourian@foley.com;msmall@foley.com;leah-eisenberg-0344@ecf.pacerpro.com |
| Leah Eisenberg | on behalf of Interested Party Leeward Renewable Energy LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC leisenberg@pashmanstein.com, ekhatchatourian@foley.com;msmall@foley.com;leah-eisenberg-0344@ecf.pacerpro.com |
| Leah Eisenberg | on behalf of Interested Party DTE Electric Company leisenberg@pashmanstein.com ekhatchatourian@foley.com;msmall@foley.com;leah-eisenberg-0344@ecf.pacerpro.com |
| Leah Eisenberg | on behalf of Interested Party Longroad Development Company LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC leisenberg@pashmanstein.com, ekhatchatourian@foley.com;msmall@foley.com;leah-eisenberg-0344@ecf.pacerpro.com |
| Leah Eisenberg | on behalf of Interested Party Poblano Energy Storage LLC leisenberg@pashmanstein.com, ekhatchatourian@foley.com;msmall@foley.com;leah-eisenberg-0344@ecf.pacerpro.com |
| Lee M. Cortes, Jr | on behalf of Interested Party Celestica LLC lee.cortes@arnoldporter.com |
| Mark S. Lichtenstein | on behalf of Creditor Sonic Systems International LLC mark.lichtenstein@akerman.com, Reyko.delpino@akerman.com |
| Michael Trentin | on behalf of Creditor EDF Power Solutions Inc. mtrentin@orrick.com, ssallie@coleschotz.com;dcarnie@orrick.com |
| Michael Trentin | on behalf of Creditor EsVolta L.P. mtrentin@orrick.com, ssallie@coleschotz.com;dcarnie@orrick.com |
| Michael P. Pompeo | on behalf of Creditor Keyframe Capital Partners L.P. michael.pompeo@faegredrinker.com, cathy.greer@faegredrinker.com |
| Nicholas Blaine Vislocky | on behalf of Creditor GLAS USA LLC nvislocky@reedsmith.com |
| Paul R. DeFilippo | on behalf of Creditor Munmorah Battery ProjectCo Pty Ltd pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Creditor Ulinda Park ProjectCo Pty Ltd pdefilippo@wmd-law.com |
| Richard Solow | on behalf of Creditor GLAS USA LLC rsolow@reedsmith.com rich-solow-3519@ecf.pacerpro.com |
| Richard B Harper | on behalf of Creditor Idaho Power Company richard.harper@bakerbotts.com john.mitchell@bakerbotts.com |
| Ross J. Switkes | on behalf of Creditor Ace Engineering rswitkes@shermansilverstein.com |
| Sameer Alifarag | on behalf of Creditor Pulse Clean Energy SPV Watt Limited sameeralifarag@eversheds-sutherland.com |
| Sameer Alifarag | on behalf of Creditor JMS Wind Energy LLC sameeralifarag@eversheds-sutherland.com |
| Steven Abramowitz | on behalf of Creditor Ad Hoc Customer Group sabramowitz@velaw.com mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com |
| Steven Abramowitz | on behalf of Creditor Lone Star Solar LLC sabramowitz@velaw.com, mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com |
| Susan Long | on behalf of Creditor Committee Official Committee of Unsecured Creditors slong@genovaburns.com |
| Turner Falk | on behalf of Creditor KCE NY 3 LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email |
| Turner Falk | on behalf of Creditor KCE TX 7 LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email |
| Turner Falk | on behalf of Creditor KCE TX 2 LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 5 |
| Date Rcvd: Jul 09, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Turner Falk
    on behalf of Creditor KCE TX 8  LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
    on behalf of Creditor Key Capture Energy  LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 75