**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) | **Order Filed on July 10, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |

**ORDER AUTHORIZING THE DEBTORS TO REDACT
AND FILE UNDER SEAL CONFIDENTIAL INFORMATION
CONTAINED IN SETTLEMENT AND RELEASE AGREEMENT**

The relief set forth on the following pages, numbered three (3) through five (5), is **ORDERED.**

**DATED: July 10, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [15241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

(page 2)
Debtors: Powin, LLC, et al.
Case No. 25-16137 (MBK)
Caption of Order: Order Authorizing the Debtors to Redact and File Under Seal Confidential Information Contained in Settlement and Release Agreement

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| **DENTONS US LLP** | **TOGUT, SEGAL & SEGAL LLP** |
|---|---|
| Lauren Macksoud (admitted) <br> 101 JFK Parkway <br> Short Hills, NJ 07078 <br> Telephone: (973) 912-7100 <br> Facsimile: (973) 912-7199 <br> Email: lauren.macksoud@dentons.com | Frank A. Oswald (admitted) <br> 550 Broad Street <br> Suite 1508 <br> Newark, NJ 07102 <br> Telephone: (212) 594-5000 <br> Facsimile: (212) 967-4258 <br> Email: frankoswald@teamtogut.com |
| Tania M. Moyron (admitted *pro hac vice*) <br> Van C. Durrer, II (admitted *pro hac vice*) <br> 601 S. Figueroa Street #2500 <br> Los Angeles, CA 90017 <br> Telephone: (213) 623-9300 <br> Facsimile: (213) 623-9924 <br> Email: tania.moyron@dentons.com <br> van.durrer@dentons.com | Albert Togut (admitted *pro hac vice*) <br> Amanda C. Glaubach (admitted *pro hac vice*) <br> Eitan Blander (admitted *pro hac vice*) <br> One Penn Plaza, Suite 3335 <br> New York, New York 10119 <br> Telephone: (212) 594-5000 <br> Facsimile: (212) 967-4258 <br> Email: altogut@teamtogut.com <br> aglaubach@teamtogut.com <br> eblander@teamtogut.com |
| John D. Beck (*pro hac vice* pending) <br> Sarah M. Schrag (*pro hac vice* pending) <br> 1221 Avenue of the Americas <br> New York, NY 10020-1089 <br> Telephone: (212) 768-6700 <br> Facsimile: (212) 768-6800 <br> Email: john.beck@dentons.com <br> sarah.schrag@dentons.com | *Proposed Counsel for Debtors and Debtors in Possession* |
| *Proposed Counsel for Debtors and Debtors in Possession* | |

(page 3)
Debtors:      Powin, LLC, et al.
Case No.    25-16137 (MBK)
Caption of Order: Order Authorizing the Debtors to Redact and File Under Seal Confidential Information Contained in Settlement and Release Agreement

---

Upon the *Debtors' Application for Entry of an Order Authorizing the Debtors to Redact and File Under Seal Confidential Information Contained in Settlement and Release Agreement* (the "Motion to Seal")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"):  (a) authorizing the Debtors to redact and file under seal the Settlement Agreement; (b) directing that portions of the Settlement Agreement containing Confidential Information shall remain under seal and confidential and not be required to be made available to anyone, except to (i) the Court, (ii) the U.S. Trustee, (iii) the parties to the Settlement Agreement, and (iv) any other party as may be ordered by the Court or agreed to by the parties to the Settlement Agreement, according to its terms;[2] and (c) granting related relief, all as more fully set forth in the Motion to Seal; and upon the First Day Declaration, the Uzzi Declaration, and the Uzzi Sealing Declaration; and the Court having jurisdiction to consider the Motion to Seal and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference from the United States District Court for the District of New Jersey dated as of September 18, 2012, as amended on June 6, 2025; and the Debtors having asserted that venue of this proceeding and the Motion to Seal in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that sufficient cause exists for the relief set forth herein; and this Court having found that the Debtors' notice of the Motion to Seal was appropriate

---

[1] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion to Seal.

[2] The Debtors will also provide an unredacted copy of the Settlement Agreement to the professionals representing a creditors' committee appointed pursuant to 11 U.S.C. § 1102.

(page 4)
Debtors:    Powin, LLC, et al.
Case No.    25-16137 (MBK)
Caption of Order: Order Authorizing the Debtors to Redact and File Under Seal Confidential Information Contained in Settlement and Release Agreement

under the circumstances and no other notice need be provided; and this Court having reviewed the Motion to Seal and having heard the statements in support of the relief requested therein at a hearing before this Court; and this Court having determined that the legal and factual bases set forth in the Motion to Seal establish just cause for the relief granted herein; and this Court having considered the request and any objection thereto, it is **HEREBY ORDERED THAT**:

1. The Motion to Seal is **GRANTED** as set forth herein.

2. The Court finds that the Confidential Information is "commercial information" as set forth in section 107(b)(1) of the Bankruptcy Code and information protected by section 107(c) of the Bankruptcy Code.

3. Pursuant to sections 107(b) and 107(c) of the Bankruptcy Code, the Debtors are authorized to redact the Confidential Information contained in the Settlement Agreement, and the Debtors and any party authorized to receive the Confidential Information pursuant to this Order is authorized to redact references to the Confidential Information in any other documents filed with this Court in the Chapter 11 Cases.

4. The Debtors are authorized to make the Settlement Agreement in unredacted form available to (i) the Court, (ii) the U.S. Trustee, (iii) the parties to the Settlement Agreement, (iv) on a confidential, professionals' eyes only basis, the professionals retained by the Committee, and (v) any other party as may be ordered by the Court or agreed to by the parties to the Settlement Agreement, according to its terms (collectively, the "Authorized Parties").

(page 5)
Debtors:      Powin, LLC, et al.
Case No.     25-16137 (MBK)
Caption of Order: Order Authorizing the Debtors to Redact and File Under Seal Confidential Information Contained in Settlement and Release Agreement

5. Except as otherwise provided by a further order of this Court, the Confidential Information shall remain redacted and confidential and not be made available without the prior written consent of the Debtors and the other parties to the Settlement Agreement to any party other than the Authorized Parties; provided that the United States Trustee reserves the right to seek modification of this Order to require disclosure of the Settlement Payment in connection with the Debtors' disclosure obligations in the Chapter 11 Cases, including, but not limited to, a disclosure statement filed in the Chapter 11 Cases.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion to Seal.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-16137-MBK |
| Powin, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 10, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Powin, LLC, 20550 SW 115th Avenue, Tualatin, OR 97062-6857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 12, 2025      Signature:      /s/Gustava Winters