UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Jeffrey M. Sponder, Esquire
Lauren Bielskie, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: jeffrey.m.sponder@usdoj.gov
lauren.bielskie@usdoj.gov

In Re:

Powin, LLC, *et al.*,

Debtors.

Chapter 11

Case No. 25-16137 (MBK)

Jointly Administered

The Honorable Michael B. Kaplan

Hearing Date:   July 15, 2025, at 11:30 a.m.

**CERTIFICATE OF SERVICE**

1. I, Adela Alfaro:

    ☐ represent _____ in this matter.

    ☒ am the paralegal specialist for <u>Jeffrey M. Sponder, Trial Attorney</u>, who represents the <u>United States Trustee</u> in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On <u>July 14, 2025</u>, It was caused to be served, via *BMC Group, Inc., an Approved Bankruptcy Notice Provider* a copy of the following pleadings and/or documents to the parties listed in the chart below.

   **UNITED STATES TRUSTEE'S OBJECTION TO THE MOTION OF THE DEBTORS' FOR ENTRY OF AN ORDER (I) DESIGNATING A STALKING HORSE BIDDER AND APPROVING STALKING HORSE BIDDER PROTECTIONS (II) APPROVING BIDDING PROCEDURES BY WHICH INTERESTED PARTIES MAY BID AND AN AUCTION SALE FORMAT IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS, (III) APPROVING FORM OF ASSET PURCHASE AGREEMENT, (IV) APPROVING FORM OF NOTICE TO BE PROVIDED**

**TO INTERESTED PARTIES, (V) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF ASSUMED CONTRACTS AND NOTICE PROCEDURES THERETO, (VI) SCHEDULING A COURT HEARING TO CONSIDER APPROVAL OF THE SALE TO THE HIGHEST AND BEST BIDDER, AND (VII) AUTHORIZING THE SALE OF DEBTORS' PROPERTY FREE AND CLEAR OF ALL CAUSES OF ACTION AND CLAIMS**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   July 14, 2025                                          */s/ Adela Alfaro*
                                                               Adela Alfaro, Paralegal

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Powin, LLC<br>20550 SW 115th Avenue<br>Tualatin, OR 97062 | Debtor | ☐ Hand-delivered<br>☒ Regular mail, *via BMC*<br>☐ Certified mail/RR, via BMC<br>☐ Other _____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Frank A. Oswald<br>Togut, Segal & Segal LLP<br>One Penn Plaza<br>Suite 3335<br>New York, NY 10119<br>frankoswald@teamtogut.com | Counsel for Debtors | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Lauren M. Macksoud<br>Dentons US LLP<br>1221 Avenue of the Americas<br>Ste 25th Floor<br>New York, NY 10020<br>lauren.macksoud@dentons.com | Counsel for Debtors | ☐ Hand-delivered<br>☒ Regular mail, *via BMC*<br>☐ Certified mail/RR, via BMC<br>☒ Other __CM/ECF & Email____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Barbra Rachel Parlin<br>Holland & Knight<br>787 Seventh Avenue, 31st Floor<br>New York, NY 10019<br>barbra.parlin@hklaw.com | Counsel for Invenergy, LLC | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| David A. Pisciotta<br>Reed Smith LLP<br>599 Lexington Avenue, Floor 22<br>New York, NY 10022<br>212-549-0260<br>212-521-5450 (fax)<br>dpisciotta@reedsmith.com | Counsel for GLAS USA LLC | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email____<br>(As authorized by the court or by rule. Cite the rule if applicable) |

| Name/Address | Role | Service Method |
|---|---|---|
| Richard Solow<br>Reed Smith LLP<br>599 Lexington Avenue<br>Ste New York<br>NY, NY 10022<br>rsolow@reedsmith.com | Counsel for GLAS USA LLC | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Brett S. Theisen<br>Gibbons PC<br>One Gateway Center<br>Newark, NJ 07102-5310<br>btheisen@gibbonslaw.com | Counsel for GLAS USA LLC | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Nicholas Blaine Vislocky<br>Reed Smith<br>599 Lexington Avenue<br>New York, NY 10022<br>nvislocky@reedsmith.com | Counsel for GLAS USA LLC | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| John S. Mairo<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>Morristown, NJ 07962-1997<br>jmairo@gibbonslaw.com | Counsel for Certain Funds and Accounts Managed by KKR Credit Advisors (US) LLC | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Jennifer Hoover<br>Benesch Friedlander Coplan & Aronoff<br>1313 North Market Street<br>Ste 1201<br>Wilmington, DE 19801<br>jhoover@beneschlaw.com | Counsel for EPC Services Company | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| Paul R. DeFilippo<br>Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue<br>12 FL<br>New York, Ste 12 FL<br>New York, NY 10110<br>pdefilippo@wmd-law.com | Counsel for Ulinda Park ProjectCo Pty Ltd | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Paul R. DeFilippo<br>Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue<br>12 FL<br>New York, Ste 12 FL<br>New York, NY 10110<br>pdefilippo@wmd-law.com | Counsel for Munmorah Battery ProjectCo Pty Ltd | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Kevin J. Mangan<br>Womble Bond Dickinson (US) LLP<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, DE 19801<br>302-252-4361<br>kevin.mangan@wbd-us.com | Counsel for Pennsylvania Insurance Company | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Lee M. Cortes, Jr<br>Arnold & Porter Kaye Scholer LLP<br>One Gateway Center<br>Suite 1025<br>Newark, NJ 07102<br>lee.cortes@arnoldporter.com | Counsel for Celestica LLC | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Kevin M. Capuzzi<br>Benesch, Friedlander, Coplan & Aronoff,<br>411 Hackensack Avenue, 3rd Floor<br>Suite 801<br>Hackensack, NJ 07601<br>kcapuzzi@beneschlaw.com | Counsel for Mainfreight Inc. and Mesa Logistics Group, LLC d/b/a Trivergix Group | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| Michael Trentin<br>Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd Street<br>New York, NY 10019<br>212-506-5393<br>mtrentin@orrick.com | Counsel for EsVolta, L.P. | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| John Pintarelli<br>Pillsbury Winthrop Shaw Pittman LLP<br>31 West 52nd Street<br>10019<br>New York, NY 10019<br>212-858-1000<br>john.pintarelli@pillsburylaw.com | Counsel for Prevalon Energy LLC | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Arthur Abramowitz<br>Sherman Silverstein<br>East Gate Corporate Center<br>308 Harper Drive, Suite 200<br>Moorestown, NJ 08057<br>856-661-2081<br>aabramowitz@shermansilverstein.com | Counsel for Ace Engineering; Lone Star Solar, LLC; and Ad Hoc Customer Group | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Ross J. Switkes<br>Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.<br>308 Harper Drive<br>Suite 200<br>Moorestown, NJ 08057<br>rswitkes@shermansilverstein.com | Counsel for Ace Engineering | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Michael P. Pompeo<br>Faegre Drinker Biddle & Reath LLP<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036<br>michael.pompeo@faegredrinker.com | Counsel for Keyframe Capital Partners, L.P. | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| Richard B Harper<br>Baker Botts LLP<br>30 Rockefeller Plaza<br>Ste 45th Floor<br>New York, NY 10112<br>richard.harper@bakerbotts.com | Counsel for Idaho Power Company | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Daniel Stolz<br>Genova Burns LLC<br>110 Allen Road<br>Suite 304<br>Ste 304<br>Basking Ridge, NJ 07920<br>dstolz@genovaburns.com | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Donald W Clarke<br>Genova Burns LLC<br>110 Allen Road<br>Ste 304<br>Basking Ridge, NJ 07920<br>973-467-2700<br>dclarke@genovaburns.com | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Susan Long<br>Genova Burns LLC<br>494 Broad Street<br>Newark, NJ 07102<br>973-535-7119<br>slong@genovaburns.com | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Jaclynn McDonnell<br>Genova Burns LLC<br>494 Broad Street<br>Newark, NJ 07102<br>973-533-0777<br>jmcdonnell@genovaburns.com | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| Turner Falk<br>Saul Ewing LLP<br>1500 Market Street<br>Center Square West, 38th Floor<br>Philadelphia, PA 19102<br>215-972-8415<br>turner.falk@saul.com | Counsel for Key Capture Energy, LLC | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Sameer Alifarag<br>Eversheds Sutherland (US) LLP<br>1114 6th Ave<br>New York, NY 10036<br>212-389-5036<br>sameeralifarag@eversheds-sutherland.com | Counsel for JMS Wind Energy, LLC and Pulse Clean Energy SPV Watt Limited | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Michael Trentin<br>Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd Street<br>New York, NY 10019<br>mtrentin@orrick.com | Counsel for EDF Power Solutions, Inc. | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Leah Eisenberg<br>Pashman Stein Walder Hayden, P.C.<br>21 Main Street<br>Suite 200<br>Hackensack, NJ 10020-1001<br>leisenberg@pashmanstein.com | Counsel for EDF Power Solutions, Inc. | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| SCOTT D. FINK<br>5990 WEST CREEK RD<br>SUITE 200<br>INDEPENDENCE, OH 44131<br>bronationalecf@weltman.com | Agent for Creditor, Toyota Industries Commercial Finance, Inc. | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| Mark S. Lichtenstein<br>Akerman LLP<br>1251 Avenue of the Americas<br>37th Floor<br>New York, NY 10020<br>212-259-8707<br>mark.lichtenstein@akerman.com | Counsel for Sonic Systems International, LLC | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other ___CM/ECF & Email___<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Felice R. Yudkin<br>Cole Schotz P.C.<br>25 Main Street<br>Hackensack, NJ 07602<br>fyudkin@coleschotz.com | Counsel for BHER Ravenswood Solar 1, LLC | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other ___CM/ECF & Email___<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Daniel Harris<br>Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>dharris@coleschotz.com | Counsel for BHER Ravenswood Solar 1, LLC | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other ___CM/ECF & Email___<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Jeffrey A. Cooper<br>Rabinowitz, Lubetkin & Tully, LLC<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039<br>jcooper@rltlawfirm.com | Counsel for Honeywell International Inc. | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other ___CM/ECF & Email___<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Blake Denton<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>blake.denton@lw.com | Counsel for FlexGen Power Systems, LLC | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other ___CM/ECF & Email___<br>(As authorized by the court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| Franklin Barbosa, Jr<br>Schenck, Price, Smith & King, LLP<br>220 Park Avenue<br>Florham Park, NJ 07932<br>fb@spsk.com | Counsel for CS Energy, LLC | ☐ Hand-delivered<br><br>☐ Regular mail, *via BMC*<br><br>☐ Certified mail/RR<br><br>☒ Other __CM/ECF & Email__<br><br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Anne B. Sekel<br>Foley & Lardner LLP<br>90 Park Avenue<br>New York, NY 10016<br>asekel@foley.com | Counsel for AMP Solar US Services LLC, n/k/a PureSky US Services LLC | ☐ Hand-delivered<br><br>☐ Regular mail, *via BMC*<br><br>☐ Certified mail/RR<br><br>☒ Other __CM/ECF & Email__<br><br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Douglas J. McGill<br>Webber McGill LLC<br>100 E. Hanover Avenue<br>Suite 401<br>Cedar Knolls, NJ 07927<br>dmcgill@webbermcgill.com | Counsel for Bergstrom Inc. | ☐ Hand-delivered<br><br>☐ Regular mail, *via BMC*<br><br>☐ Certified mail/RR<br><br>☒ Other __CM/ECF & Email__<br><br>(As authorized by the court or by rule. Cite the rule if applicable) |