| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY Caption in Compliance with D.N.J. LBR 9004-2(c)** **HOLLAND & KNIGHT LLP** Barbra R. Parlin, Esq. (NJ Bar No. 008211995) 787 Seventh Avenue New York, New York 10019 Tel.: (212) 513-3200 Fax: (212) 385-9010 barbra.parlin@hklaw.com *Counsel for Invenergy, LLC, Yuma Solar Energy LLC, Invenergy Services LLC, Invenergy Storage Development LLC, El Sol Energy Storage LLC, and El Sol Storage Energy LLC* | |
| In re POWIN, LLC, *et al.*,[1] Debtors. | Chapter 11 Case No.: 25-16137 (MBK) Jointly Administered |

### AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

**PLEASE TAKE NOTICE** that Invenergy, LLC, Yuma Solar Energy LLC, Invenergy Services LLC, Invenergy Storage Development LLC, El Sol Energy Storage LLC, and El Sol Storage Energy LLC by and through their attorneys, Holland & Knight LLP, hereby enter their appearance in the above captioned cases and request under F.R.B.P. 9010(b), F.R.B.P. 2002(g) that all notices be served upon them at the following addresses:

> Barbra R. Parlin, Esq.
> Holland & Knight LLP
> 787 Seventh Avenue
> New York, NY 10019
> Tel.: (212) 513-3200

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

Email: barbra.parlin@hklaw.com

-and-

John Monaghan (*admitted pro hac vice*)
Lynne B. Xerras (Mass. Bar No. 632441)
Kathleen M. St. John (Mass. Bar No. 681565)
10 St. James Avenue
Boston, Massachusetts 02116
Telephone: (617) 573-5834
Email: bos-bankruptcy@hklaw.com
        Lynne.Xerras@hklaw.com
        Kathleen.StJohn@hklaw.com

**PLEASE TAKE FURTHER NOTICE** that Invenergy, LLC, Yuma Solar Energy LLC, Invenergy Services LLC, Invenergy Storage Development LLC, El Sol Energy Storage LLC, and El Sol Storage Energy LLC request under F.R.B.P. 2002(i) that they receive at the above address copies of everything filed in this case, including without limitation motions, applications, petitions, orders, reports, disclosure statements, and all notices under F.R.B.P. 2002(a) and F.R.B.P. 2022(f).

Dated: July 14, 2025

                                      **HOLLAND & KNIGHT LLP**

                                      /s/ *Barbra R. Parlin*
                                      Barbra R. Parlin, Esq. (NJ Bar No. 008211995)
                                      787 Seventh Avenue
                                      New York, New York 10019
                                      Telephone: (212) 513-3200
                                      Email : barbra.parlin@hklaw.com

                                      -and-

                                      David Wirt (*admitted pro hac vice*)
                                      150 N. Riverside Plaza
                                      Chicago, Illinois 60606
                                      Telephone: (312) 578-6610
                                      Email: david.wirt@hklaw.com

                                      -and-

                                      John Monaghan (*admitted pro hac vice*)
                                      Lynne B. Xerras (Mass. Bar No. 632441)

2

524645546

Kathleen M. St. John (Mass. Bar No. 681565)
10 St. James Avenue
Boston, Massachusetts 02116
Telephone: (617) 573-5834
Email: bos-bankruptcy@hklaw.com
      Lynne.Xerras@hklaw.com
      Kathleen.StJohn@hklaw.com

*Attorneys for Invenergy, LLC, Yuma Solar Energy LLC, Invenergy Services LLC, Invenergy Storage Development LLC, El Sol Energy Storage LLC, and El Sol Storage Energy LLC*

524645546

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 14, 2025, a copy of the foregoing Notice of Appearance was filed in the CM/ECF filing system, which caused a true copy to be served on all counsel of record.

      In addition, on July 14, 2025, a copy of the foregoing Notice of Appearance was emailed to proposed counsel to the Debtors and counsel to the U.S. Trustee listed below:

**Proposed Counsel for the Debtors and Debtors in Possession**

**TOGUT, SEGAL & SEGAL LLP**
Frank A. Oswald
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut
Amanda C. Glaubach
Eitan Blander
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: altogut@teamtogut.com
      aglaubach@teamtogut.com
      eblander@teamtogut.com

**DENTONS US LLP**
Tania M. Moyron
Van C. Durrer, II
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
      van.durrer@dentons.com

John D. Beck
Sarah M. Schrag
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
      sarah.schrag@dentons.com
Proposed Counsel for Debtors and Debtors in Possession

**United States Trustee**
Office of the United States Trustee for the District of New Jersey
Jeffrey M. Sponder, Esq.
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Jeffrey.m.sponder@usdoj.gov
Lauren.bielskie@usdoj.gov

524645546

Dated: July 14, 2025

**HOLLAND & KNIGHT LLP**

 /s/ Barbra R. Parlin
Barbra R. Parlin, Esq. (NJ Bar No. 008211995)
787 Seventh Avenue
New York, New York 10019
Tel.: (212) 513-3200
Fax:  (212) 385-9010
barbra.parlin@hklaw.com

*Attorneys for Invenergy, LLC, Yuma Solar Energy LLC, Invenergy Services LLC, Invenergy Storage Development LLC, El Sol Energy Storage LLC, and El Sol Storage Energy LLC*