**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**HOLLAND & KNIGHT LLP**
Barbra R. Parlin, Esq. (NJ Bar No. 008211995)
787 Seventh Avenue
New York, New York 10019
Tel.: (212) 513-3200
Facsimile: (212) 385-9010
barbra.parlin@hklaw.com

John J. Monaghan (admitted *pro hac vice*)
Lynne B. Xerras (Mass. Bar #632441)
Kathleen M. St. John (Mass. Bar. #681565)
10 St. James Avenue
Boston, Massachusetts 02116
Tel.: (617) 523-2700
Facsimile: (617) 523-6850
bos-bankruptcy@hklaw.com
lynne.xerras@hklaw.com
kathleen.stjohn@hklaw.com

*Counsel for Invenergy, LLC, Yuma Solar Energy LLC, Invenergy Services LLC, Invenergy Storage Development LLC, El Sol Energy Storage LLC, and El Sol Storage Energy LLC*

| | |
|---|---|
| In re:<br><br>POWIN, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 25-16137 (MBK)<br><br>Jointly Administered<br><br>Hearing Dates: July 15, 2025 and August 6, 2025 |

**JOINDER OF INVENERGY SERVICES LLC, INVENERGY STORAGE DEVELOPMENT LLC, EL SOL ENERGY STORAGE LLC, AND EL SOL STORAGE**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

**ENERGY LLC TO LIMITED OBJECTION OF YUMA SOLAR ENERGY LLC TO DEBTORS' OMNIBUS MOTION FOR ENTRY OF ORDER (I) AUTHORIZING THE REJECTION OF LEGACY CUSTOMER CONTRACTS AND (II) GRANTING RELATED RELIEF AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL AND APPROVING TERMS OF POST-PETITION FINANCING**

Invenergy Services LLC, Invenergy Storage Development LLC, El Sol Energy Storage LLC, and El Sol Storage Energy LLC (collectively, "Invenergy Parties"), though their undersigned counsel, hereby file this joinder ("Joinder") to the *Limited Objection of Yuma Solar Energy LLC to Debtors' Omnibus Motion for Entry of Order (I) Authorizing the Rejection of Legacy Customer Contracts and (II) Granting Related Relief and Final Orders Authorizing Use of Cash Collateral and Approving Terms of Post-Petition Financing* [ECF No. 287] ("Limited Objection"), through which Yuma Solar Energy LLC ("Yuma"), an affiliate of the Invenergy Parties, objected to certain of the relief requested in the pending *Omnibus Motion of the Debtors for Entry of an Order (I) Authorizing the Rejection of Legacy Customer Contracts and (II) Granting Related Relief* [ECF No. 88] (the "Rejection Motion") as well as relief that would issue upon entry of final orders granting the *Amended Motion of the Debtors for Entry of Interim and Final Orders: (I) Authorizing the Debtors to Obtain Postpetition Operational Cash Flow Financing; (II) Granting Liens and Providing Superpriority Administrative Expense Claims; (III) Modifying the Automatic Stay; (IV) Scheduling a Final DIP Hearing; and (V) Granting Related Relief* [ECF No. 143] ("Financing Motion") and the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Post-Petition Use of Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling A Final Hearing, and (IV) Granting Related Relief* [ECF No. 3] ("Cash Collateral Motion" and, collectively with the Financing Motion and the Rejection Motion, the "Pending Motions"). A hearing regarding the Financing Motion and Cash Collateral Motion is scheduled for tomorrow, July 15, 2025 and the hearing regarding the Rejection Motion has been

2

adjourned until August 6, 2025. In support of this Joinder, the Invenergy Parties state as follows:

## JOINDER

1. Like Yuma, the Invenergy Parties develop, build, own, and operate large-scale renewable energy generation, transmission, and battery storage facilities ("Invenergy Projects"), and in that capacity, engaged Powin to develop and install battery energy storage system ("Systems") at several Invenergy Projects pursuant to Energy Storage System Supply Agreements ("ESSAS"), as well as contracted with Powin to provide ongoing maintenance and support of the Systems through Long Term Services Agreements ("LTSAS") at those of the Invenergy Projects that have achieved substantial completion.[1]

2. As a result, the Invenergy Parties are customers of Powin, and in that capacity, licensees of Powin's intellectual property holding a variety of associated rights, including in connection with the IP Escrow Agreement.[2]

3. The Debtors have filed the Rejection Motion seeking entry of an order rejecting the following executory contracts of the Invenergy Parties, effective as of a Rejection Date of June 17, 2025 ("Rejected Invenergy Contracts"):

| 91 | El Sol Energy Storage LLC | Powin, LLC | 05/19/2023 | ESA (Energy Storage Agreement) | El Sol |
| 92 | El Sol Storage Energy LLC | Powin, LLC | 04/09/2021 | ESA (Energy Storage Agreement) | El Sol |
| 146 | Invenergy Services LLC | Powin, LLC | 02/21/2024 | LTSA (Long Term Service Agreement) | El Sol, Orangeville, Arizona Sun |
| 147 | Invenergy Services LLC | Powin, LLC | 03/01/2022 | LTSA (Long Term Service Agreement) | Orangeville, El Sol, Az Sun |
| 148 | Invenergy Storage Development LLC | Powin, LLC | 10/02/2018 | ESA (Energy Storage Agreement) | MIDAM |
| 149 | Invenergy Storage Development LLC | Powin, LLC | 12/20/2019 | ESA (Energy Storage Agreement) | |
| 150 | Invenergy Storage Development LLC | Powin, LLC | 02/05/2021 | ESA (Energy Storage Agreement) | Westar/Sedgwick |

4. The Invenergy Parties file this Joinder and in doing-so reserve all rights and join in the objection raised in the Limited Objection to any effort of the Debtors to undermine, limit,

---

[1] The El Sol Energy Storage Center, a proposed 250-megawatt energy storage project located in Maricopa County, Arizona, is still under development.
[2] Capitalized terms not herein defined shall have the meanings ascribed in the Limited Objection.

or alter the protections afforded to the Invenergy Parties pursuant to 11 U.S.C. § 365(n) as licensees of intellectual property or to cause the transfer of such intellectual property free and clear of the Invenergy Parties' interests in the ESSAS and LTSAS, for the reasons set forth in the Limited Objection.

WHEREFORE, the Invenergy Parties respectfully request that the Court enter an order (i) denying the Pending Motions; and (ii) granting such other and further relief as may be just and proper.

Dated: July 14, 2025

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

**By:** /s/ Barbra R. Parlin
Barbra R. Parlin, Esq. (NJ Bar No. 008211995)
787 Seventh Avenue
New York, New York 10019
Tel.: (212) 513-3200
Facsimile: (212) 385-9010
Email: barbra.parlin@hklaw.com

-and-

John J. Monaghan (admitted *pro hac vice*)
Lynne B. Xerras (Mass. Bar #632441)
Kathleen M. St. John (Mass. Bar. #681565)
10 St. James Avenue, 11th Floor
Boston, Massachusetts 02116
Tel.: (617) 523-2700
Facsimile: (617) 523-6850
Email: bos-bankruptcy@hklaw.com
          Lynne.Xerras@hklaw.com
          Kathleen.StJohn@hklaw.com

*Attorneys for Invenergy Services LLC, Invenergy Storage Development LLC, El Sol Energy Storage LLC, and El Sol Storage Energy LLC*

5

**CERTIFICATE OF SERVICE**

I, Barbra R. Parlin, counsel to the Invenergy Parties in connection with the above-captioned bankruptcy cases, hereby certify that on this 14th day of July, 2025, copies of the foregoing *Joinder* were served via ECF.

/s/ *Barbra R. Parlin*
Barbra R. Parlin, Esq.

#524390897_v2