| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP**<br>Jeffrey C. Krause, Esq. (*pro hac vice* pending)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>jkrause@gibsondunn.com<br><br>-and-<br><br>Michael J. Cohen, Esq.<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 351-4000<br>mcohen@gibsondunn.com<br><br>*Co-Counsel to BHER Ravenswood Solar 1, LLC* | **COLE SCHOTZ P.C.**<br>Felice R. Yudkin, Esq.<br>Daniel J. Harris, Esq.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>fyudkin@coleschotz.com<br>dharris@coleschotz.com<br><br>*Co-Counsel to BHER Ravenswood Solar 1, LLC* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

### WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR JULY 15, 2025, AT 11:30 A.M. (PREVAILING EASTERN TIME)

BHER Ravenswood Solar 1, LLC ("**BHER**") files this Witness and Exhibit List regarding the hearing scheduled for Tuesday, July 15, 2025, at 11:30 a.m. (prevailing Eastern Time) (the "**Hearing**").

### **WITNESSES**

BHER may call any witness called by another party. BHER reserves the right to supplement or amend this witness list and to identify additional witnesses, including rebuttal and impeachment witnesses, prior to the conclusion of the Hearing.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

## **EXHIBITS**

A list of exhibits on which BHER may rely at the Hearing is set forth below. BHER reserves the right to further supplement or amend this Exhibit List, including to add and/or remove documents prior to the conclusion of the Hearing, including in response to pre-hearing filings, requests for judicial notice, exhibit lists, and/or demonstratives, as well as the evidence and arguments that may be presented by other parties at the Hearing. BHER further reserves the right to add documents used for rebuttal. By including a document on this Exhibit List, BHER does not thereby agree or admit that a document or category of documents is admissible for any or all purposes. BHER reserves the right to object if another party seeks to introduce into evidence exhibits that BHER has identified.

| Ex. # | Description | Offered | Objection | Disposition | Docket No. |
|---|---|---|---|---|---|
| 1. | Declaration of John Guy in Support of BHER Ravenswood Solar 1, LLC's Objection to Mainfreight Inc.'s Motion to Confirm that the Automatic Stay Pursuant to 11 U.S.C. Section 362(a) does not Apply to Certain Goods in its Possession | | | | 286-1 |
| 2. | Exhibit A to Declaration – Energy Supply Agreement, dated July 12, 2024 | | | | 286-1 |
| 3. | Exhibit B to Declaration – Change Order, dated June 8, 2025 | | | | 286-1 |
| 4. | Any exhibit necessary to establish the authenticity or admissibility of documents | | | | |
| 5. | Any exhibit listed or introduced by any other party | | | | |
| 6. | Any documents filed in the above-captioned bankruptcy case | | | | |
| 7. | Rebuttal and impeachment exhibits as necessary | | | | |

## **RESERVATION OF RIGHTS**

BHER reserves the right to call or introduce one or more, or none, of these witnesses or exhibits listed above at the Hearing. BHER also reserves the right to supplement, add to, subtract from, or otherwise amend this Witness and Exhibit List at any time prior to the conclusion of the Hearing.

Dated: July 14, 2025

/s/ *Felice R. Yudkin*

**COLE SCHOTZ P.C.**
Felice R. Yudkin, Esq.
Daniel J. Harris, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
fyudkin@coleschotz.com
dharris@coleschotz.com

**GIBSON, DUNN & CRUTCHER LLP**
Jeffrey C. Krause, Esq. (*pro hac vice* pending)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
jkrause@gibsondunn.com

-and-

**GIBSON, DUNN & CRUTCHER LLP**
Michael J. Cohen, Esq.
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
mcohen@gibsondunn.com

*Co-Counsel to BHER Ravenswood Solar 1, LLC*