**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
　　　　van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
　　　　sarah.schrag@dentons.com

*Proposed Counsel for Debtors and*
*Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Amanda C. Glaubach (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  altogut@teamtogut.com
　　　　aglaubach@teamtogut.com
　　　　eblander@teamtogut.com

*Proposed Counsel for Debtors and*
*Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO MOTION OF THE
DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE
DEBTORS TO (A) FILE A CONSOLIDATE LIST OF THE DEBTORS' FIFTY**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [ 8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487] (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

**LARGEST UNSECURED CREDITORS, (B) FILE A CONSOLIDATED LIST OF CREDITORS IN LIEU OF SUBMITTING A SEPARATE MAILING MATRIX FOR EACH DEBTOR, (C) REDACT CERTAIN PERSONALLY IDENTIFIABLE INFORMATION OF NATURAL PERSONS, AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, in connection with the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File A Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (B) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (C) Redact Certain Personally Identifiable Information of Natural Persons, and (II) Granting Related Relief* [ECF No. 14] (the "Motion"), and the *Interim Order Granting Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (A) File A Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (B) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (C) Redact Certain Personally Identifiable Information of Natural Persons, and (II) Granting Related Relief* [Docket No. 64] (the "Interim Order"), the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, hereby file this certificate of no objection.

**PLEASE TAKE FURTHER NOTICE** that the deadline for parties to file objections to approval of the Motion on a final basis was July 1, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").   No objections or responses to the Motion were filed on the docket on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a clean version of the proposed order approving the relief requested in the Motion on a final basis (the "Proposed Final Order") is attached hereto as **Exhibit A**.   A redline comparing the Proposed Final Order to the Interim Order is attached hereto as **Exhibit B**.  The Debtors respectfully request that the Court enter the Proposed Final Order.

Dated: July 14, 2025

**TOGUT, SEGAL & SEGAL LLP**

*/s/ Frank A. Oswald*
Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Amanda C. Glaubach (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  altogut@teamtogut.com
        aglaubach@teamtogut.com
        eblander@teamtogut.com

- and -

**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
        van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
        sarah.schrag@dentons.com

*Proposed Counsel for Debtors and Debtors in
Possession*

## Exhibit A

**Proposed Final Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br><br>         Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**FINAL ORDER GRANTING MOTION OF THE DEBTORS FOR
ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO
(A) FILE A CONSOLIDATED LIST OF THE DEBTORS' FIFTY LARGEST
UNSECURED CREDITORS, (B) FILE A CONSOLIDATED LIST OF CREDITORS
IN LIEU OF SUBMITTING A SEPARATE MAILING MATRIX FOR EACH
DEBTOR, (C) REDACT CERTAIN PERSONALLY IDENTIFIABLE
INFORMATION OF NATURAL PERSONS, AND (II) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered three (3) through seven (7), is

**ORDERED**.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

(Page 2)

| | |
|---|---|
| Debtors: | Powin, LLC, *et al.* |
| Case No. | 25-16137 |
| Caption of Order: | Final Order Granting Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (a) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (b) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix For Each Debtor, (c) Redact Certain Personally Identifiable Information of Natural Persons, and (II) Granting Related Relief |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
           van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
           sarah.schrag@dentons.com

*Proposed Counsel for Debtors and*
*Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Amanda C. Glaubach (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  altogut@teamtogut.com
           aglaubach@teamtogut.com
           eblander@teamtogut.com

*Proposed Counsel for Debtors and*
*Debtors in Possession*

(Page 3)

| | |
|---|---|
| Debtors: | Powin, LLC, *et al.* |
| Case No. | 25-16137 |
| Caption of Order: | Final Order Granting Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (a) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (b) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix For Each Debtor, (c) Redact Certain Personally Identifiable Information of Natural Persons, and (II) Granting Related Relief |

Upon consideration of the Motion[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Final Order"): (i) authorizing, but not directing, the Debtors to (a) file a consolidated list of the Debtors' fifty (50) largest unsecured creditors in lieu of filing separate creditor lists for each Debtor, (b) file a consolidated list of creditors in lieu of submitting a separate mailing matrix for each Debtor, and (c) redact certain personally identifiable information of natural persons; (ii) scheduling a hearing (the "Final Hearing") to consider approval of this Motion on a final basis; and (iii) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference from the United States District Court for the District of New Jersey dated as of September 18, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for hearing on the Motion were appropriate under the circumstances and that no other notice be provided; and this Court having determined that the legal and factual bases set forth in the Motion and at the hearing thereon establish just cause for the relief granted herein;

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

(Page 4)

| | |
|---|---|
| Debtors: | Powin, LLC, *et al.* |
| Case No. | 25-16137 |
| Caption of Order: | Final Order Granting Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (a) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (b) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix For Each Debtor, (c) Redact Certain Personally Identifiable Information of Natural Persons, and (II) Granting Related Relief |

and upon all of the proceedings before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.      The Motion is **GRANTED** on a final basis as set forth herein.

2.      The Debtors are authorized, but not directed, pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1007(d), and Local Rule 1007-1, to submit a Consolidated Creditor Matrix; *provided* that if any of these Chapter 11 Cases convert to a case under chapter 7 of the Bankruptcy Code, each applicable Debtor shall file its own creditor mailing matrix within fourteen (14) calendar days of any such conversion.

3.      The Debtors are authorized to submit a single consolidated list of their fifty (50) largest unsecured creditors in lieu of a separate list for each Debtor.

4.      The Debtors are authorized, on a final basis, pursuant to section 107(c) of the Bankruptcy Code, to redact from any Consolidated Creditor Matrix, Schedules and Statements, affidavits of service, or other documents filed with the Court, (i) the home addresses, e-mail addresses and any other personally identifiable information, not including names, of natural persons that the Debtors identified as employees, and (ii) the names, home addresses and email addresses of natural persons that the Debtors identified as being individual customers of the Debtors, as known to the Debtors, unless such names have already been made public in litigation with the Debtors, in which case the Debtors will not redact the names.   The Debtors shall provide an unredacted version of the Consolidated Creditor Matrix, Schedules and Statements, and any other filings redacted pursuant to this Interim Order to (a) the Court, (b) the U.S. Trustee, (c)

(Page 5)

| | |
|---|---|
| Debtors: | Powin, LLC, *et al.* |
| Case No. | 25-16137 |
| Caption of Order: | Final Order Granting Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (a) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (b) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix For Each Debtor, (c) Redact Certain Personally Identifiable Information of Natural Persons, and (II) Granting Related Relief |

counsel to any official committee appointed in these Chapter 11 Cases, (d) Verita, and (e) any party in interest, upon a request to the Debtors (e-mail being sufficient) or to the Court that is reasonably related to these Chapter 11 Cases; *provided* that any receiving party shall not transfer or otherwise provide such unredacted document to any person or entity not party to the request; *provided further,* that any such request would be subject to the Debtors' determination, made on a case-by-case basis, regarding whether such disclosure could cause the Debtors to violate any obligation it may be subject to pursuant to, among other things, the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other privacy or data protection law or regulation.   The Debtors shall inform the U.S. Trustee and counsel to any statutory committees promptly after denying any request for an unredacted document pursuant to this Interim Order.

5.      Nothing herein precludes any party in interest's right to file a motion requesting that the Court unseal the information redacted pursuant to this Final Order.

6.      The Debtors shall cause the Consolidated Creditor Matrix to be made available in readable electronic format upon reasonable request by any party in interest or in non-electronic format at such party's sole cost and expense.

7.      The Debtors, through Verita, are authorized, on a final basis, to serve all pleadings and papers on all parties listed on the Consolidated Creditor Matrix (including via e-mail if available).

8.      Nothing in this Final Order shall waive or otherwise limit the service of any document upon or the provision of any notice to any individual, member, or customer whose

(Page 6)
| | |
|---|---|
| Debtors: | Powin, LLC, *et al.* |
| Case No. | 25-16137 |
| Caption of Order: | Final Order Granting Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (a) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (b) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix For Each Debtor, (c) Redact Certain Personally Identifiable Information of Natural Persons, and (II) Granting Related Relief |

personally identifiable information is sealed or redacted pursuant to this Final Order. Service of all documents and notices upon natural persons whose personally identifiable information is sealed or redacted pursuant to this Final Order shall be confirmed in the corresponding certificate of service.

9.    To the extent a party in interest files a document on the docket of these Chapter 11 Cases that is required to be served on creditors whose information is redacted pursuant to this Final Order, such party in interest should contact the Debtors proposed co-counsel, who shall work in good faith, and with the assistance of Verita, to effectuate the service on such party's behalf.

10.    Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

11.    The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

12.    Any party may move for modification of this Final Order in accordance with Local Rule 9013-5(e).

13.    The Debtors shall serve a copy of this Final Order and the Motion on all parties required to receive such service pursuant to Local Rule 9013-5(f).

14.    The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Final Order in accordance with the Motion.

(Page 7)

| | |
|---|---|
| Debtors: | Powin, LLC, *et al.* |
| Case No. | 25-16137 |
| Caption of Order: | Final Order Granting Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (a) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (b) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix For Each Debtor, (c) Redact Certain Personally Identifiable Information of Natural Persons, and (II) Granting Related Relief |

15.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Final Order.

## Exhibit B

**Redline**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

~~**INTERIM**~~**FINAL** **ORDER GRANTING MOTION OF THE DEBTORS FOR**
**ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO**
**(A) FILE A CONSOLIDATED LIST OF THE DEBTORS' FIFTY LARGEST**
**UNSECURED CREDITORS, (B) FILE A CONSOLIDATED LIST OF CREDITORS**
**IN LIEU OF SUBMITTING A SEPARATE MAILING MATRIX FOR**
**EACH**
**DEBTOR, (C) REDACT CERTAIN PERSONALLY IDENTIFIABLE**
**INFORMATION OF NATURAL PERSONS, AND (II) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered three (3) through seven (7), is

**ORDERED**.

---

[1] ~~The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.~~ The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

(Page 2)

| | |
|---|---|
| Debtors: | Powin, LLC, *et al.* |
| Case No. | 25-16137 |
| Caption of Order: | Final Order Granting Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (a) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (b) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix For Each Debtor, (c) Redact Certain Personally Identifiable Information of Natural Persons, and (II) Granting Related Relief |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice* ~~forthcoming~~)
Van C. Durrer, II (admitted *pro hac vice* ~~forthcoming~~)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
          van.durrer@dentons.com

John D. Beck (admitted *pro hac vice* ~~forthcoming~~)
Sarah M. Schrag (admitted *pro hac vice* ~~forthcoming~~)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
          sarah.schrag@dentons.com

*Proposed Counsel for Debtors and Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice* ~~forthcoming~~)
Amanda C. Glaubach (admitted *pro hac vice* ~~forthcoming~~)
Eitan Blander (admitted *pro hac vice* ~~forthcoming~~)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  altogut@teamtogut.com
          aglaubach@teamtogut.com
          eblander@teamtogut.com

*Proposed Counsel for Debtors and Debtors in Possession*

(Page 3)

| | |
|---|---|
| Debtors: | Powin, LLC, *et al.* |
| Case No. | 25-16137 |
| Caption of Order: | Final Order Granting Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (a) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (b) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix For Each Debtor, (c) Redact Certain Personally Identifiable Information of Natural Persons, and (II) Granting Related Relief |

Upon consideration of the Motion[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "~~Interim~~Final Order"): (i) authorizing, but not directing, the Debtors to (a) file a consolidated list of the Debtors' fifty (50) largest unsecured creditors in lieu of filing separate creditor lists for each Debtor, (b) file a consolidated list of creditors in lieu of submitting a separate mailing matrix for each Debtor, and (c) redact certain personally identifiable information of natural persons; (ii) scheduling a hearing (the "Final Hearing") to consider approval of this Motion on a final basis; and (iii) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference from the United States District Court for the District of New Jersey dated as of September 18, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and ~~the Debtors asserting~~this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for hearing on the Motion were appropriate under the circumstances and that no other notice be provided; and this Court having determined that the legal and factual bases set forth in the Motion and at the hearing thereon establish just cause for the

---

[2] ~~Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.~~

(Page 4)

| | |
|---|---|
| Debtors: | Powin, LLC, *et al.* |
| Case No. | 25-16137 |
| Caption of Order: | Final Order Granting Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (a) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (b) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix For Each Debtor, (c) Redact Certain Personally Identifiable Information of Natural Persons, and (II) Granting Related Relief |

relief granted herein; and upon all of the proceedings before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.    The Motion is **GRANTED** on ~~an interim~~a final basis as set forth herein.

2.    ~~The Final Hearing on the Motion will be held on _____, **2025 at** _____ **(Eastern Time)**. Objections, if any, that relate to the Motion shall be filed and served so as to be actually received by the following parties on or before _____, 2025 at 4:00 p.m. (Eastern Time) on: (a) the Debtors, Powin, LLC, et al., (b) proposed co-counsel to the Debtors, Dentons US LLP, 601 S. Figueroa Street #2500, Los Angeles, CA 90017, Attn: Tania M. Moyron (tania.moyron@dentons.com), Van C. Durrer, II (van.durrer@dentons.com); Dentons US LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: John D. Beck (john.beck@dentons.com), Sarah M. Schrag (sarah.schrag@dentons.com); Togut Segal & Segal LLP, 550 Broad Street, Suite 1508, Newark, NJ 07102, Attn: Frank Oswald (frankoswald@teamtogut.com); Togut Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119, Attn: Albert Togut (altogut@teamtogut.com), Amanda C. Glaubach (aglaubach@teamtogut.com), Eitan Blander (eblander@teamtogut.com); (c) the United States Trustee for the District of New Jersey, Attn: Jeffrey Sponder (jeffrey.m.sponder@usdoj.gov), Lauren Bielskie (lauren.bielskie@usdoj.gov), One Newark Center, Suite 2100, Newark, NJ 07102; and (d) counsel to any statutory committees appointed in these Chapter 11 Cases. If no objections are filed to the Motion, the Court may enter an order approving the relief requested in the Motion on a final basis without further notice or hearing.~~

(Page 5)

Debtors:          Powin, LLC, *et al.*
Case No.          25-16137
Caption of Order:  Final Order Granting Motion of the Debtors for Entry of an Order (I)
                   Authorizing the Debtors to (a) File a Consolidated List of the Debtors' Fifty
                   Largest Unsecured Creditors, (b) File a Consolidated List of Creditors in
                   Lieu of Submitting a Separate Mailing Matrix For Each Debtor, (c) Redact
                   Certain Personally Identifiable Information of Natural Persons, and (II)
                   Granting Related Relief

~~3.~~2.   The Debtors are authorized, but not directed, pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1007(d), and Local Rule 1007-1, to submit a Consolidated Creditor Matrix; *provided* that if any of these Chapter 11 Cases convert to a case under chapter 7 of the Bankruptcy Code, each applicable Debtor shall file its own creditor mailing matrix within fourteen (14) calendar days of any such conversion.

~~4.~~3.   The Debtors are authorized, ~~on an interim basis,~~ to submit a single consolidated list of their fifty (50) largest unsecured creditors in lieu of a separate list for each Debtor.

~~5.~~4.   The Debtors are authorized, on ~~an interim~~a final basis, pursuant to section 107(c) of the Bankruptcy Code, to redact from any Consolidated Creditor Matrix, Schedules and Statements, affidavits of service, or other documents filed with the Court, (i) the home addresses, e-mail addresses and any other personally identifiable information, not including names, of natural persons that the Debtors identified as employees, and (ii) the names, home addresses and email addresses of natural persons that the Debtors identified as being individual customers of the Debtors, as known to the Debtors, unless such names have already been made public in litigation with the Debtors, in which case the Debtors will not redact the names.   The Debtors shall provide an unredacted version of the Consolidated Creditor Matrix, Schedules and Statements, and any other filings redacted pursuant to this Interim Order to (a) the Court, (b) the U.S. Trustee, (c) counsel to any official ~~committees~~committee appointed in these ~~chapter~~Chapter 11 ~~cases~~Cases, (d) Verita, and (e) any party in interest, upon a request to the Debtors (e-mail being sufficient) or to the Court that is reasonably related to these ~~chapter~~Chapter 11 ~~cases~~Cases; *provided* that any

(Page 6)

| | |
|---|---|
| Debtors: | Powin, LLC, *et al.* |
| Case No. | 25-16137 |
| Caption of Order: | Final Order Granting Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (a) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (b) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix For Each Debtor, (c) Redact Certain Personally Identifiable Information of Natural Persons, and (II) Granting Related Relief |

receiving party shall not transfer or otherwise provide such unredacted document to any person or entity not party to the request; *provided further,* that any such request would be subject to the Debtors' determination, made on a case-by-case basis, regarding whether such disclosure could cause the Debtors to violate any obligation it may be subject to pursuant to, among other things, the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other privacy or data protection law or regulation. _The Debtors shall inform the U.S. Trustee and counsel to any statutory committees promptly after denying any request for an unredacted document pursuant to this Interim Order.

6.5.    Nothing herein precludes any party in interest's right to file a motion requesting that the Court unseal the information redacted pursuant to this InterimFinal Order.

7.6.    The Debtors shall cause the Consolidated Creditor Matrix to be made available in readable electronic format upon reasonable request by any party in interest or in non-electronic format at such requesting party's sole cost and expense.

8.7.    The Debtors, through Verita, are authorized, on an interima final basis, to serve all pleadings and papers, including the Notice of Commencement, on all parties listed on the Consolidated Creditor Matrix (including via e-mail if available).

9.8.    Nothing in this InterimFinal Order shall waive or otherwise limit the service of any document upon or the provision of any notice to any individual, member, or customer whose personally identifiable information is sealed or redacted pursuant to this InterimFinal Order. Service of all documents and notices upon natural persons whose personally identifiable

(Page 7)

| | |
|---|---|
| Debtors: | Powin, LLC, *et al.* |
| Case No. | 25-16137 |
| Caption of Order: | Final Order Granting Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (a) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (b) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix For Each Debtor, (c) Redact Certain Personally Identifiable Information of Natural Persons, and (II) Granting Related Relief |

information is sealed or redacted pursuant to this ~~Interim~~Final Order shall be confirmed in the corresponding certificate of service.

~~10.~~9.    To the extent a party in interest files a document on the docket of these Chapter 11 Cases that is required to be served on creditors whose information is redacted pursuant to this ~~Interim~~Final Order, such party in interest should contact the Debtors proposed co-counsel, who shall work in good faith, and with the assistance of Verita, to effectuate the service on such party's behalf.

~~11.    The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Interim Order in accordance with the Motion.~~

~~12.~~10.  Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

~~13.~~11.  The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

~~14.~~12.  Any party may move for modification of this ~~Interim~~Final Order in accordance with Local Rule 9013-5(e).

~~15.~~13.  The Debtors shall serve a copy of this ~~Interim~~Final Order and the Motion on all parties required to receive such service pursuant to Local Rule 9013-5(f).

(Page 8)

Debtors:            Powin, LLC, *et al.*
Case No.            25-16137
Caption of Order:   Final Order Granting Motion of the Debtors for Entry of an Order (I)
                    Authorizing the Debtors to (a) File a Consolidated List of the Debtors' Fifty
                    Largest Unsecured Creditors, (b) File a Consolidated List of Creditors in
                    Lieu of Submitting a Separate Mailing Matrix For Each Debtor, (c) Redact
                    Certain Personally Identifiable Information of Natural Persons, and (II)
                    Granting Related Relief

14.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Final Order in accordance with the Motion.

15.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this ~~Interim~~Final Order.

~~16.~~