**DENTONS US LLP**

Lauren Macksoud (admitted)
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912-7100
Facsimile: (973) 912-7199
Email: lauren.macksoud@dentons.com

**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email : tania.moyron@dentons.com
          van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
          sarah.schrag@dentons.com

*Proposed Counsel for Debtors and
Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Amanda C. Glaubach (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  altogut@teamtogut.com
          aglaubach@teamtogut.com
          eblander@teamtogut.com

*Proposed Counsel for Debtors and
Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [ 8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487] (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO MOTION
OF THE DEBTORS FOR ENTRY OF AN INTERIM AND FINAL ORDER
(I) GRANTING AUTHORITY TO PAY CERTAIN PREPETITION
TAXES; AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, in connection with the *Motion of the Debtors for Entry
of an Interim and Final Order (I) Granting Authority to Pay Certain Prepetition Taxes; and (II)
Granting Related Relief* [ECF No. 99] (the "Motion"), and the *Interim Order Granting Motion of
the Debtors for Entry of an Order (I) Granting Authority to Pay Certain Prepetition Taxes; and
(II) Granting Related Relief* (the "Interim Order"), the above-captioned debtors and debtors in
possession (collectively, the "Debtors"), by and through their undersigned counsel, hereby file this
certificate of no objection.

**PLEASE TAKE FURTHER NOTICE** that the deadline for parties to file objections to
approval of the Motion on a final basis was July 8, 2025 at 4:00 p.m. (prevailing Eastern Time)
(the "Objection Deadline").    No objections or responses to the Motion were filed on the docket
on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a clean version of the proposed order
approving the relief requested in the Motion on a final basis (the "Proposed Revised Interim
Order") is attached hereto as **Exhibit A**.    A redline comparing the Proposed Revised Interim
Order to the Interim Order is attached hereto as **Exhibit B**.    The Debtors respectfully request that the Court
enter the Proposed Final Order.

 Dated: July 14, 2025                **DENTONS US LLP**

                                     */s/ Lauren Macksoud*
                                     Lauren Macksoud (admitted)
                                     101 JFK Parkway
                                     Short Hills, NJ 07078
                                     Telephone: (973) 912-7100
                                     Facsimile: (973) 912-7199
                                     Email: lauren.macksoud@dentons.com

Tania M. Moyron (admitted pro hac vice)
Van C. Durrer, II (admitted pro hac vice)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email: tania.moyron@dentons.com
          van.durrer@dentons.com

John D. Beck (pro hac vice pending)
Sarah M. Schrag (pro hac vice pending)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email: john.beck@dentons.com
          sarah.schrag@dentons.com

- and –

**TOGUT, SEGAL & SEGAL LLP**
Frank A. Oswald (admitted)
550 Broad Street, Suite 1508
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted pro hac vice)
Amanda C. Glaubach (admitted pro hac vice)
Eitan Blander (admitted pro hac vice)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email: altogut@teamtogut.com
          aglaubach@teamtogut.com
          eblander@teamtogut.com

*Proposed Counsel for Debtors and Debtors-in-Possession*

# EXHIBIT "A"

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br> Powin, LLC, *et al.*,[1] <br><br>              Debtors. | Chapter 11 <br><br> Case No. 25-16137 (MB) <br><br> (Jointly Administered) |

**INTERIM ORDER GRANTING MOTION OF THE DEBTORS FOR**
**ENTRY OF AN ORDER (I) GRANTING AUTHORITY TO PAY CERTAIN PREPETITION**
**TAXES; AND (II) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered three (3) through four (4), is

**ORDERED**.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [15241], (vii) Powin Energy Ontario Storage, LLC [ 8348], (viii) Powin Energy Operating Holdings, LLC [22495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR  97062.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
          van.durrer@dentons.com


John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
          sarah.schrag@dentons.com

*Proposed Counsel for Debtors and
Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  frankoswald@teamtogut.com


Albert Togut (admitted *pro hac vice*)
Amanda C. Glaubach (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  altogut@teamtogut.com
          aglaubach@teamtogut.com
          eblander@teamtogut.com

*Proposed Counsel for Debtors and
Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | POWIN, LLC, *et al.* |
| Case No.: | 25-16137 (MBK) |
| Caption of Order: | Interim Order Granting Motion of the Debtors for Entry of an  Order (I) Granting Authority to Pay Certain Prepetition Taxes; and (II) Granting Related Relief |

Upon consideration of the Motion[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"): (i) granting authority to pay certain prepetition taxes; and (ii) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of New Jersey dated as of September 18, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and the Debtors having asserted that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for hearing on the Motion were appropriate under the circumstances and that no other notice be provided; and this Court having determined that the legal and factual bases set forth in the Motion and at the hearing thereon establish just cause for the relief granted herein; and upon all of the proceedings before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.      The Motion is **GRANTED** on an interim basis as set forth herein.

2.      The Debtors are permitted to pay the applicable Taxes to the Authorities as they become due.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

(Page | 4)
Debtors:              POWIN, LLC, *et al.*
Case No.:             25-16137 (MBK)
Caption of Order:     Interim Order Granting Motion of the Debtors for Entry of an  Order (I)
                      Granting Authority to Pay Certain Prepetition Taxes; and (II) Granting
                      Related Relief

3.      Notwithstanding the relief granted herein or any actions taken hereunder, nothing contained in this Interim Order shall create any rights in favor of, or enhance the status of any claim held by, any of the Authorities.

4.      Nothing in this Interim Order authorizes the Debtors to accelerate any payments not otherwise due.

5.      Nothing herein shall impair any rights of the Debtors to dispute or object to any taxes asserted as owing to any Authorities or those parties who ordinarily collect the Taxes and Fees as to amount, liability, priority, classification, or otherwise.

6.      To the extent that the Debtors have overpaid any Taxes and Fees, the Debtors are authorized to seek a refund or credit.

7.      Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Local Rules are satisfied by such notice.

8.      To the extent applicable, the requirements set forth by Bankruptcy Rule 6003 are satisfied.

9.      Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon entry.

10.     The Final Hearing on the Motion shall be held on _____, **2025, at _____ (Eastern Time)** and any objections or responses to the Motion shall be in writing, filed with the Court, with a copy to chambers, and served upon (a) the Debtors, Powin, LLC, *et al*., (b) proposed co-counsel to the Debtors, Dentons US LLP, 601 S. Figueroa Street #2500, Los Angeles, CA

(Page | 4)
Debtors:            POWIN, LLC, *et al.*
Case No.:           25-16137 (MBK)
Caption of Order:   Interim Order Granting Motion of the Debtors for Entry of an  Order (I)
                    Granting Authority to Pay Certain Prepetition Taxes; and (II) Granting
                    Related Relief

---

90017, Attn: Tania M. Moyron (tania.moyron@dentons.com), Van C. Durrer, II
(van.durrer@dentons.com); Dentons US LLP, 1221 Avenue of the Americas, New York, NY
10020, Attn: John D. Beck (john.beck@dentons.com), Sarah M. Schrag
(sarah.schrag@dentons.com); Togut Segal & Segal LLP, 550 Broad Street, Suite 1508, Newark,
NJ 07102, Attn: Frank Oswald (frankoswald@teamtogut.com); Togut Segal & Segal LLP, One
Penn Plaza, Suite 3335, New York, New York 10119, Attn: Albert Togut
(altogut@teamtogut.com), Amanda C. Glaubach (aglaubach@teamtogut.com), Eitan Blander
(eblander@teamtogut.com); (c) the United States Trustee for the District of New Jersey, One
Newark Center, Suite 2100, Newark, NJ 07102; and (d) counsel to the Official Committee of
Unsecured Creditors.

11.     Notwithstanding anything contained in the Motion or this Order, any payment to
be made, and any relief or authorization granted herein, shall be subject to, and must be in
compliance with, the terms and conditions in any orders authorizing the Debtors to use cash
collateral or obtain postpetition financing (collectively, the "Financing Orders"), including any
budgets in connection therewith as may be updated and approved from time to time in accordance
with the terms of the Financing Orders.  To the extent there is any inconsistency between the terms
of the Financing Orders and any action taken or proposed to be taken hereunder, the terms of the
Financing Orders shall control.

(Page | 4)
Debtors:            POWIN, LLC, *et al.*
Case No.:           25-16137 (MBK)
Caption of Order:   Interim Order Granting Motion of the Debtors for Entry of an  Order (I)
                    Granting Authority to Pay Certain Prepetition Taxes; and (II) Granting
                    Related Relief

12.    This Interim Order is effective only from the date of entry through this Court's disposition of the Motion on a final basis; provided that the Court's ultimate disposition of the Motion on a final basis shall not impair or otherwise affect any action taken pursuant to this Order.

13.    The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

14.    Any party may move for modification of this Interim Order in accordance with Local Rule 9013-5(e).

15.    A true copy of this Interim Order shall be served on all required parties pursuant to Local Rule 9013-5(f).

16.    This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Interim Order.

# EXHIBIT "B"

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, *et al.*,[1] | Case No. 25-16137 (MB) |
| Debtors. | (Jointly Administered) |

**INTERIM ORDER GRANTING MOTION OF THE DEBTORS FOR**
**ENTRY OF AN ORDER (I) GRANTING AUTHORITY TO PAY CERTAIN PREPETITION**
**TAXES; AND (II) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered three (3) through four (4), is

**ORDERED**.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [15241], (vii) Powin Energy Ontario Storage, LLC [ 8348], (viii) Powin Energy Operating Holdings, LLC [22495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR  97062.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
          van.durrer@dentons.com


John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
          sarah.schrag@dentons.com

*Proposed Counsel for Debtors and
Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  frankoswald@teamtogut.com


Albert Togut (admitted *pro hac vice*)
Amanda C. Glaubach (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  altogut@teamtogut.com
          aglaubach@teamtogut.com
          eblander@teamtogut.com

*Proposed Counsel for Debtors and
Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | POWIN, LLC, *et al.* |
| Case No.: | 25-16137 (MBK) |
| ~~Caption of Order:~~ | ~~Order Granting Motion of the Debtors for Entry of an Interim and~~ |
| ~~Final~~<span style="color:blue">Caption of Order:</span> | <span style="color:blue">Interim Order Granting Motion of the Debtors for Entry of an</span> Order (I) Granting Authority to Pay Certain Prepetition Taxes; and (II) Granting Related Relief |

Upon consideration of the Motion[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"): (i) granting authority to pay certain prepetition taxes; and (ii) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of New Jersey dated as of September 18, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and ~~this Court~~<span style="color:blue">the Debtors</span> having ~~found~~<span style="color:blue">asserted</span> that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409~~, and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest~~; and this Court having found that the Debtors' notice of the Motion and opportunity for hearing on the Motion were appropriate under the circumstances and that no other notice be provided; and this Court having determined that the legal and factual bases set forth in the Motion and at the hearing thereon establish just cause for the relief granted herein; and upon all of the proceedings before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.    1.    The Motion is **GRANTED** <span style="color:blue">on an interim basis</span> as set forth herein.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

(Page | 4)
Debtors:              POWIN, LLC, *et al.*
Case No.:             25-16137 (MBK)
~~Caption of Order:~~    ~~Order Granting Motion of the Debtors for Entry of an Interim and~~
~~Final~~Caption of Order:           Interim Order Granting Motion of the Debtors for Entry of
                       an Order (I) Granting Authority to Pay Certain Prepetition Taxes; and (II)
                       Granting Related Relief

2.      2.      The Debtors are permitted to pay the applicable Taxes to the Authorities
as they become due.

3.      3.      Notwithstanding the relief granted herein or any actions taken hereunder,
nothing contained in this Interim Order shall create any rights in favor of, or enhance the status
of any claim held by, any of the Authorities.

4.      4.      Nothing in this Interim Order authorizes the Debtors to accelerate any
payments not otherwise due.

5.      5.      Nothing herein shall impair any rights of the Debtors to dispute or object
to any taxes asserted as owing to any Authorities or those parties who ordinarily collect the
Taxes and Fees as to amount, liability, priority, classification, or otherwise.

6.      6.      To the extent that the Debtors have overpaid any Taxes and Fees, the
Debtors are authorized to seek a refund or credit.

7.      ~~3~~7.      Notice of the Motion as provided therein shall be deemed good and
sufficient notice of such Motion and the requirements of the Local Rules are satisfied by such
notice.

8.      ~~4~~8.      To the extent applicable, the requirements set forth by Bankruptcy Rule
6003 are satisfied.

(Page | 4)

Debtors:                    POWIN, LLC, *et al.*
Case No.:                   25-16137 (MBK)
~~Caption of Order:~~    ~~Order Granting Motion of the Debtors for Entry of an Interim and
Final~~Caption of Order:        Interim Order Granting Motion of the Debtors for Entry of
                            an Order (I) Granting Authority to Pay Certain Prepetition Taxes; and (II)
                            Granting Related Relief

9.      ~~5~~9.     Notwithstanding any Bankruptcy Rule to the contrary, the terms and

conditions of this Order are immediately effective and enforceable upon entry.

10.      ~~6~~10.     The Final Hearing on the Motion shall be held on _____, 2025, at

_____ (**Eastern Time**) and any objections or responses to the Motion shall be in writing, filed

with the Court, with a copy to chambers, and served upon ~~[_____].~~(a) the Debtors, Powin, LLC,

*et al*., (b) proposed co-counsel to the Debtors, Dentons US LLP, 601 S. Figueroa Street #2500,

Los Angeles, CA 90017, Attn: Tania M. Moyron (tania.moyron@dentons.com), Van C. Durrer,

II (van.durrer@dentons.com); Dentons US LLP, 1221 Avenue of the Americas, New York, NY

10020, Attn: John D. Beck (john.beck@dentons.com), Sarah M. Schrag

(sarah.schrag@dentons.com); Togut Segal & Segal LLP, 550 Broad Street, Suite 1508, Newark,

NJ 07102, Attn: Frank Oswald (frankoswald@teamtogut.com); Togut Segal & Segal LLP, One

Penn Plaza, Suite 3335, New York, New York 10119, Attn: Albert Togut

(altogut@teamtogut.com), Amanda C. Glaubach (aglaubach@teamtogut.com), Eitan Blander

(eblander@teamtogut.com); (c) the United States Trustee for the District of New Jersey, One

Newark Center, Suite 2100, Newark, NJ 07102; and (d) counsel to the Official Committee of

Unsecured Creditors.

11.      ~~7~~11.     Notwithstanding anything contained in the Motion or this Order, any

payment to be made, and any relief or authorization granted herein, shall be subject to, and must

(Page | 4)
Debtors:          POWIN, LLC, *et al.*
Case No.:         25-16137 (MBK)
~~Caption of Order:~~   ~~Order Granting Motion of the Debtors for Entry of an Interim and~~
~~Final~~Caption of Order:          Interim Order Granting Motion of the Debtors for Entry of
                 an  Order (I) Granting Authority to Pay Certain Prepetition Taxes; and (II)
                 Granting Related Relief

be in compliance with, the terms and conditions in any orders authorizing the Debtors to use cash

collateral or obtain postpetition financing (collectively, the "Financing Orders"), including any

budgets in connection therewith as may be updated and approved from time to time in

accordance with the terms of the Financing Orders.  To the extent there is any inconsistency

between the terms of the Financing Orders and any action taken or proposed to be taken

hereunder, the terms of the Financing Orders shall control.

12.     ~~8~~12.   This Interim Order is effective only from the date of entry through this

Court's disposition of the Motion on a final basis; provided that the Court's ultimate disposition

of the Motion on a final basis shall not impair or otherwise affect any action taken pursuant to

this Order.

13.     ~~9~~13.   The Debtors are authorized to take all actions necessary to effectuate the

relief granted in this Order in accordance with the Motion.

14.     14.   Any party may move for modification of this Interim Order in accordance

with Local Rule 9013-5(e).

15.     15.   A true copy of this Interim Order shall be served on all required parties

pursuant to Local Rule 9013-5(f).

16.     ~~10~~16.   This Court retains exclusive jurisdiction with respect to all matters arising

from or related to the implementation, interpretation, and enforcement of this Interim Order.

(Page | 4)
Debtors:            POWIN, LLC, *et al.*
Case No.:           25-16137 (MBK)
~~Caption of Order:~~    ~~Order Granting Motion of the Debtors for Entry of an Interim and~~
~~Final~~Caption of Order:           Interim Order Granting Motion of the Debtors for Entry of
                   an  Order (I) Granting Authority to Pay Certain Prepetition Taxes; and (II)
                   Granting Related Relief

| Summary report: Litera Compare for Word 11.4.0.111 Document comparison done on 7/14/2025 11:16:02 PM | |
|---|---|
| **Style name:** Underline Strikethrough | |
| **Intelligent Table Comparison:** Active | |
| **Original DMS:** iw://worksite.us.dentons.com/US_ACTIVE/130770528/1 | |
| **Modified DMS:** iw://worksite.us.dentons.com/US_ACTIVE/130770518/2 | |
| **Changes:** | |
| Add | 21 |
| Delete | 18 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 39 |