| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1 |
| **FOX ROTHSCHILD, LLP**<br>Joseph J. DiPasquale, Esq.<br>Agostino A. Zammiello, Esq.<br>49 Market Street<br>Morristown, NJ 07960<br>(973) 992-4800 (Telephone)<br>(973) 992-9125 (Facsimile)<br>jdipasquale@foxrothschild.com<br>azammiello@foxrothschild.com<br><br>*Counsel for Specified Technologies, Inc.* |

| | |
|---|---|
| In re:<br><br>Powin, LLC., et al.[1]<br><br>      Debtors | Chapter 11<br><br>Case No.: 25-16137 (MBK)<br><br>(Jointly Administered)<br><br>Judge: Honorable Michael B. Kaplan |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that Specified Technologies, Inc. hereby appears by and through its undersigned counsel pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Specified Technologies, Inc., by and through its undersigned counsel, hereby requests, pursuant to Bankruptcy Rules 2002, and 9007, and the applicable Local Rules, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.
174478362.1

**FOX ROTHSCHILD, LLP**
Joseph J. DiPasquale, Esq.
Agostino A. Zammiello, Esq.
49 Market Street
Morristown, NJ 07960
(973) 992-4800 (Telephone)
(973)- 992-9125 (Facsimile)
E-mail: jdipasquale@foxrothschild.com
azammiello@foxrothschild.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail delivery telephone, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights to: (1) challenge the jurisdiction of the Court to adjudicate any matter including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in this case or any case controversy or proceeding related to this case; (4) have the District Court withdraw that reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs or recoupments to which Specified Technologies, Inc., is or may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupment are expressly reserved.

174478362.1

<table>
<tr><td>Dated: July 15, 2025</td><td>**FOX ROTHSCHILD, LLP**<br>/s/ *Joseph J. DiPasquale*<br>Joseph J. DiPasquale, Esq.<br>Agostino A. Zammiello, Esq.<br>49 Market Street<br>Morristown, NJ 07960<br>Telephone: (973) 548-3368<br>E-mail:  jdipasquale@foxrothschild.com<br>           azammiello@foxrothschild.com</td></tr>
</table>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 15, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

By: /s/ *Joseph J. DiPasquale*
Joseph J. DiPasquale