**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**<u>SUPPLEMENTAL CERTIFICATE OF SERVICE</u>**

   I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

   On July 9, 2025, at my direction and under my supervision, employees of Verita caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **<u>Exhibit A</u>**:

- **Notice of Chapter 11 Bankruptcy Case** [Docket No. 237]

Dated: July 11, 2025

            /s/ *Heather Fellows*
            Heather Fellows
            Verita
            222 N Pacific Coast Highway, Suite 300
            El Segundo, CA 90245
            Tel. 310.823.9000

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

# Exhibit A

**Exhibit A**
**Supplemental Creditor Matrix**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Bilsen, Gamze | | Address on File | | | | |
| Copper State Bolt & Nut Co. | | 1002 S 54th Ave | | Phoenix | AZ | 85043-4740 |
| Engle, Duncan | | Address on File | | | | |
| Famco | Fresh Air Manufacturing Company, Inc. | 5450 E Franklin Rd Ste 104 | | Nampa | ID | 83687-5776 |
| Ferasco, LLC. | | PO Box 344 | | Easton | PA | 18044-0344 |
| GreEnergy Resources | | PMB 312 | 1405 4th Ave NW | Ardmore | OK | 73401-2708 |
| Gunnell, Chad | | Address on File | | | | |
| Idaho Specialized Transportation, Inc | | 3403 Arthur St | | Caldwell | ID | 83605-6062 |
| Johnson, Erik K. | | Address on File | | | | |
| The EMC Shop | | 3830 Atherton Rd Ste 100 | | Rocklin | CA | 95765-3726 |
| Verhoff, Eric | | Address on File | | | | |