| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>CULLEN AND DYKMAN LLP<br>Kyriaki Christodoulou, Esq.<br>Michelle McMahon, Esq. (pro hac vice *forthcoming*)<br>One Battery Park Plaza, 34th Fl.<br>New York, New York 10004<br>(212) 510-2296<br>Email: mmcmahon@cullenllp.com<br>          kchristodoulou@cullenllp.com<br> -and-<br><br>Molly J. Kjartanson (pro hac vice *forthcoming*)<br>Hannah-Kaye Fleming (pro hac vice *forthcoming*)<br>SNELL & WILMER L.L.P.<br>One East Washington Street, Suite 2700<br>Phoenix, Arizona 85004-2556<br>Telephone:   602.382.6000<br>Facsimile:    602.382.6070<br>Email:          hkfleming@swlaw.com<br>                    mkjartanson@swlaw.com<br><br>*Attorneys for Arevon Energy, Inc.* | |
| In re:<br><br>POWIN, LLC, *et al.*,[1]<br><br>        Debtors. | CHAPTER 11<br><br>Case Number: 25-16137 (MBK) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2025, I caused a true and correct copy of the *Application for Admission Pro Hac Vice for Michelle McMahon, Certification of Michelle McMahon*, and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

1

CLIENTS\60897\2000\35013055.v2-7/16/25

proposed *Order Granting Admission Pro Hac Vice for Michelle McMahon* [ECF No. 311] to be served via the Court's ECF System upon persons receiving notice thereby.

Dated: July 16, 2025

                                           */s/   Kyriaki Christodoulou*
                                           Kyriaki Christodoulou (NJ No. 338532022)

CLIENTS\60897\2000\35013055.v2-7/16/25

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>CULLEN AND DYKMAN LLP<br>Kyriaki Christodoulou, Esq.<br>Michelle McMahon, Esq. (pro hac vice *forthcoming*)<br>One Battery Park Plaza, 34th Fl.<br>New York, New York 10004<br>(212) 510-2296<br>Email: mmcmahon@cullenllp.com<br>         kchristodoulou@cullenllp.com<br> -and-<br><br> Molly J. Kjartanson (pro hac vice *forthcoming*)<br> Hannah-Kaye Fleming (pro hac vice *forthcoming*)<br> SNELL & WILMER L.L.P.<br> One East Washington Street, Suite 2700<br> Phoenix, Arizona 85004-2556<br> Telephone:   602.382.6000<br> Facsimile:    602.382.6070<br> Email:        hkfleming@swlaw.com<br>                  mkjartanson@swlaw.com<br><br>*Attorneys for Arevon Energy, Inc.* | |
| In re:<br><br>POWIN, LLC, *et al.*,[2]<br><br>        Debtors. | CHAPTER 11<br><br>Case Number: 25-16137 (MBK) |

## CERTIFICATION OF MICHELLE MCMAHON

I, Michelle McMahon, respectfully request that the Court enter the attached order granting my admission *pro hac vice* in the above-captioned bankruptcy cases to represent Averon Energy, Inc.

---

[2] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

CLIENTS\60897\2000\35013055.v2-7/16/25

I certify that I am admitted to practice and am in good standing in the bars set forth below. No disciplinary proceedings are pending against me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

| Bar Admission | Date of Admission |
|---|---|
| Delaware | 2000 |
| Connecticut (inactive) | 2000 |
| New York | 2005 |
| California | 2007 |

I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

I further agree to pay all fees to the Clerk of the United Stated District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief

Dated: July 9, 2025

**CULLEN AND DYKMAN LLP**

_____
Michelle McMahon, Esq.
One Battery Park Plaza, 34th Fl.
New York, New York 10004
(212) 510-2296
Email: mmcmahon@cullenllp.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br><br> POWIN, LLC, *et al.*,[3] <br><br> Debtors. | CHAPTER 11 <br><br> Case Number: 25-16137 (MBK) |

### ORDER GRANTING ADMISSION PRO HAC VICE FOR MICHELLE MCMAHON

The relief set forth on the following page is **ORDERED**.

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that Michelle McMahon be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New

---

[3] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

CLIENTS\60897\2000\35013055.v2-7/16/25

Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further

ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

CLIENTS\60897\2000\35013055.v2-7/16/25