|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>CULLEN AND DYKMAN LLP<br>Kyriaki Christodoulou, Esq.<br>Michelle McMahon, Esq. (pro hac vice *forthcoming*)<br>One Battery Park Plaza, 34th Fl.<br>New York, New York 10004<br>(212) 510-2296<br>Email: mmcmahon@cullenllp.com<br>          kchristodoulou@cullenllp.com<br> -and-<br><br> Molly J. Kjartanson (pro hac vice *forthcoming*)<br> Hannah-Kaye Fleming (pro hac vice *forthcoming*)<br> SNELL & WILMER L.L.P.<br> One East Washington Street, Suite 2700<br> Phoenix, Arizona 85004-2556<br> Telephone:    602.382.6000<br> Facsimile:    602.382.6070<br> Email:         hkfleming@swlaw.com<br>                   mkjartanson@swlaw.com<br><br>*Attorneys for Arevon Energy, Inc.* | |
| In re:<br><br>POWIN, LLC, *et al.*,[1]<br><br>          Debtors. | CHAPTER 11<br><br>Case Number: 25-16137 (MBK) |

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Cullen and Dykman hereby appears in the above-captioned chapter 11 case as local counsel for Arevon Energy, Inc., creditor and party-in-interest.

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

CLIENTS\60897\2000\35013136.v2-7/16/25

**PLEASE TAKE FURTHER NOTICE** that Cullen and Dykman LLP requests that, pursuant to Sections 102(1) and 342 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), copies of all notices give or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

CULLEN AND DYKMAN LLP
One Battery Park Plaza, 34th Floor
New York, New York 10004
T: (212) 701-4170
F: (212) 742-1219
<u>Attn</u>: Kyriaki Christodoulou
kchristodoulou@cullenllp.com

**PLEASE THAT FURTHER NOTICE** that the foregoing request includes not only the notices of papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but also includes, without limitation, any notice, application, motion, petition, request, complaint or demand, whether formal or informational, whether written or oral and whether transmitted or conveyed by mail, hand or courier delivery, telephone, telegraph, telex, electronically or otherwise filed with regard to these cases and proceedings therein.

**PLEASE THAT FURTHER NOTICE** that neither this notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with this case is intended to waive (i) the right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) the right to trial by jury in any case, controversy or proceeding; (iii) the right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

[*Signature Page Follows*]

Dated: July 16, 2025

                    Respectfully Submitted,

                    */s/ Kyriaki Christodoulou*
Kyriaki Christodoulou (NJ No. 338532022)
Cullen and Dykman LLP
One Battery Park Plaza, 34th Floor
  New York, New York 10004
T: (212) 701-4170
kchristodoulou@cullenllp.com

*Attorneys for Arevon Energy, Inc.*