|  |  |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br><br>　　　　　　Debtors. | Order Filed on July 15, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Chapter 11<br><br>Case No. 25-16137 (MBK)  (Jointly Administered) |

**FINAL ORDER GRANTING MOTION OF THE DEBTORS FOR
ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO
(A) FILE A CONSOLIDATED LIST OF THE DEBTORS' FIFTY LARGEST
UNSECURED CREDITORS, (B) FILE A CONSOLIDATED LIST OF CREDITORS
IN LIEU OF SUBMITTING A SEPARATE MAILING MATRIX FOR EACH
DEBTOR, (C) REDACT CERTAIN PERSONALLY IDENTIFIABLE
INFORMATION OF NATURAL PERSONS, AND (II) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered three (3) through seven (7), is **ORDERED**.

**DATED: July 15, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

(Page 2)

| | |
|---|---|
| Debtors: | Powin, LLC, *et al.* |
| Case No. | 25-16137 |
| Caption of Order: | Final Order Granting Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (a) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (b) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix For Each Debtor, (c) Redact Certain Personally Identifiable Information of Natural Persons, and (II) Granting Related Relief |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| **DENTONS US LLP** | **TOGUT, SEGAL & SEGAL LLP** |
|---|---|
| Tania M. Moyron (admitted *pro hac vice*) <br> Van C. Durrer, II (admitted *pro hac vice*) <br> 601 S. Figueroa Street #2500 <br> Los Angeles, CA 90017 <br> Telephone: (213) 623-9300 <br> Facsimile: (213) 623-9924 <br> Email: tania.moyron@dentons.com <br>         van.durrer@dentons.com | Frank A. Oswald (admitted) <br> 550 Broad Street <br> Suite 1508 <br> Newark, NJ 07102 <br> Telephone: (212) 594-5000 <br> Facsimile: (212) 967-4258 <br> Email: frankoswald@teamtogut.com |
| John D. Beck (admitted *pro hac vice*) <br> Sarah M. Schrag (admitted *pro hac vice*) <br> 1221 Avenue of the Americas <br> New York, NY 10020-1089 <br> Telephone: (212) 768-6700 <br> Facsimile: (212) 768-6800 <br> Email: john.beck@dentons.com <br>         sarah.schrag@dentons.com | Albert Togut (admitted *pro hac vice*) <br> Amanda C. Glaubach (admitted *pro hac vice*) <br> Eitan Blander (admitted *pro hac vice*) <br> One Penn Plaza, Suite 3335 <br> New York, New York 10119 <br> Telephone: (212) 594-5000 <br> Facsimile: (212) 967-4258 <br> Email: altogut@teamtogut.com <br>         aglaubach@teamtogut.com <br>         eblander@teamtogut.com |
| *Proposed Counsel for Debtors and Debtors in Possession* | *Proposed Counsel for Debtors and Debtors in Possession* |

(Page 3)

| | |
|---|---|
| Debtors: | Powin, LLC, *et al.* |
| Case No. | 25-16137 |
| Caption of Order: | Final Order Granting Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (a) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (b) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix For Each Debtor, (c) Redact Certain Personally Identifiable Information of Natural Persons, and (II) Granting Related Relief |

Upon consideration of the Motion[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Final Order"): (i) authorizing, but not directing, the Debtors to (a) file a consolidated list of the Debtors' fifty (50) largest unsecured creditors in lieu of filing separate creditor lists for each Debtor, (b) file a consolidated list of creditors in lieu of submitting a separate mailing matrix for each Debtor, and (c) redact certain personally identifiable information of natural persons; (ii) scheduling a hearing (the "Final Hearing") to consider approval of this Motion on a final basis; and (iii) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference from the United States District Court for the District of New Jersey dated as of September 18, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for hearing on the Motion were appropriate under the circumstances and that no other notice be provided; and this Court having determined that the legal and factual bases set forth in the Motion and at the hearing thereon establish just cause for the relief granted herein;

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

(Page 4)

Debtors:           Powin, LLC, *et al.*
Case No.           25-16137
Caption of Order:  Final Order Granting Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (a) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (b) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix For Each Debtor, (c) Redact Certain Personally Identifiable Information of Natural Persons, and (II) Granting Related Relief

and upon all of the proceedings before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** on a final basis as set forth herein.

2. The Debtors are authorized, but not directed, pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1007(d), and Local Rule 1007-1, to submit a Consolidated Creditor Matrix; *provided* that if any of these Chapter 11 Cases convert to a case under chapter 7 of the Bankruptcy Code, each applicable Debtor shall file its own creditor mailing matrix within fourteen (14) calendar days of any such conversion.

3. The Debtors are authorized to submit a single consolidated list of their fifty (50) largest unsecured creditors in lieu of a separate list for each Debtor.

4. The Debtors are authorized, on a final basis, pursuant to section 107(c) of the Bankruptcy Code, to redact from any Consolidated Creditor Matrix, Schedules and Statements, affidavits of service, or other documents filed with the Court, (i) the home addresses, e-mail addresses and any other personally identifiable information, not including names, of natural persons that the Debtors identified as employees, and (ii) the names, home addresses and email addresses of natural persons that the Debtors identified as being individual customers of the Debtors, as known to the Debtors, unless such names have already been made public in litigation with the Debtors, in which case the Debtors will not redact the names.  The Debtors shall provide an unredacted version of the Consolidated Creditor Matrix, Schedules and Statements, and any other filings redacted pursuant to this Interim Order to (a) the Court, (b) the U.S. Trustee, (c)

(Page 5)

| | |
|---|---|
| Debtors: | Powin, LLC, *et al.* |
| Case No. | 25-16137 |
| Caption of Order: | Final Order Granting Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (a) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (b) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix For Each Debtor, (c) Redact Certain Personally Identifiable Information of Natural Persons, and (II) Granting Related Relief |

counsel to any official committee appointed in these Chapter 11 Cases, (d) Verita, and (e) any party in interest, upon a request to the Debtors (e-mail being sufficient) or to the Court that is reasonably related to these Chapter 11 Cases; *provided* that any receiving party shall not transfer or otherwise provide such unredacted document to any person or entity not party to the request; *provided further,* that any such request would be subject to the Debtors' determination, made on a case-by-case basis, regarding whether such disclosure could cause the Debtors to violate any obligation it may be subject to pursuant to, among other things, the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other privacy or data protection law or regulation.   The Debtors shall inform the U.S. Trustee and counsel to any statutory committees promptly after denying any request for an unredacted document pursuant to this Interim Order.

5. Nothing herein precludes any party in interest's right to file a motion requesting that the Court unseal the information redacted pursuant to this Final Order.

6. The Debtors shall cause the Consolidated Creditor Matrix to be made available in readable electronic format upon reasonable request by any party in interest or in non-electronic format at such party's sole cost and expense.

7. The Debtors, through Verita, are authorized, on a final basis, to serve all pleadings and papers on all parties listed on the Consolidated Creditor Matrix (including via e-mail if available).

8. Nothing in this Final Order shall waive or otherwise limit the service of any document upon or the provision of any notice to any individual, member, or customer whose

(Page 6)
Debtors: Powin, LLC, *et al.*
Case No. 25-16137
Caption of Order: Final Order Granting Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (a) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (b) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix For Each Debtor, (c) Redact Certain Personally Identifiable Information of Natural Persons, and (II) Granting Related Relief

personally identifiable information is sealed or redacted pursuant to this Final Order. Service of all documents and notices upon natural persons whose personally identifiable information is sealed or redacted pursuant to this Final Order shall be confirmed in the corresponding certificate of service.

9. To the extent a party in interest files a document on the docket of these Chapter 11 Cases that is required to be served on creditors whose information is redacted pursuant to this Final Order, such party in interest should contact the Debtors proposed co-counsel, who shall work in good faith, and with the assistance of Verita, to effectuate the service on such party's behalf.

10. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

11. The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

12. Any party may move for modification of this Final Order in accordance with Local Rule 9013-5(e).

13. The Debtors shall serve a copy of this Final Order and the Motion on all parties required to receive such service pursuant to Local Rule 9013-5(f).

14. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Final Order in accordance with the Motion.

(Page 7)

| | |
|---|---|
| Debtors: | Powin, LLC, *et al.* |
| Case No. | 25-16137 |
| Caption of Order: | Final Order Granting Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (a) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (b) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix For Each Debtor, (c) Redact Certain Personally Identifiable Information of Natural Persons, and (II) Granting Related Relief |

15. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Final Order.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-16137-MBK |
| Powin, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 15, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Powin, LLC, 20550 SW 115th Avenue, Tualatin, OR 97062-6857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2025      Signature:      /s/Gustava Winters