**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**NOTICE OF POTENTIALLY**
**ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

> YOU ARE RECEIVING THIS NOTICE BECAUSE YOU
> OR ONE OF YOUR AFFILIATES ARE A COUNTERPARTY TO AN
> EXECUTORY CONTRACT OR UNEXPIRED LEASE WITH ONE OR MORE
> OF THE DEBTORS AS SET FORTH ON **EXHIBIT A** ATTACHED HERETO.

**PLEASE TAKE NOTICE** that on June 17, 2025, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Order (I) Designating a Stalking Horse Bidder and Approving Stalking Horse Bidder Protections, (II) Approving Bidding Procedures by Which Interested Parties May Bid and an Auction Sale Format in Connection With the Sale of Substantially All of the Debtors' Assets, (III) Approving Form of Asset Purchase Agreement, (IV) Approving Form of Notice to be Provided to Interested Parties, (V) Authorizing the Assumption and Assignment of Assumed Contracts and Notice Procedures Thereto, (VI) Scheduling a Court Hearing to Consider Approval of the Sale to the Highest and Best Bidder, and (VII) Authorizing the Sale of the Debtors' Property Free and Clear of All Causes of Action and Claims* [Docket No. 413] (the "Order")[2] in the chapter 11 cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that the Order designates FlexGen Power Systems, LLC as the Stalking Horse Bidder and schedules an Auction on July 30, 2025, for the sale of substantially all of the Debtors' Assets.  The Debtors will file a Notice of Winning Bidder following the Auction, declaring the Winning Bidder for the Assets.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

[2] Capitalized terms used but not defined in this notice have the meanings given to them in the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Order sets a Sale Hearing to consider approval of the Sale Transaction to the Winning Bidder to take place on **August 6, 2025 at 9:30 a.m. (EST)** before the Honorable Chief Judge Michael B. Kaplan, at the United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Courtroom 8, Trenton, NJ 08608.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures and the terms of any Winning Bid, the Debtors may assume and assign to the Winning Bidder the contract(s) or agreement(s) listed on **Exhibit A** to which you are a counterparty, upon approval of the Sale Transaction. The Debtors have conducted a review of their books and records and have determined that the cure payments ("Cure Payments") for unpaid monetary obligations under such contract(s) is as set forth on **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that for any Cure Payment amounts listed as "unknown" where no timely objection is filed with respect to such Cure Payment, the Cure Payment amount shall be deemed to be $0.00.

**PLEASE TAKE FURTHER NOTICE** that if you disagree with the proposed Cure Payments, object to a proposed assignment to the Stalking Horse Bidder of any Contract, or dispute the ability of the Stalking Horse Bidder to provide adequate assurance of future performance with respect to any Contract, your objection must: (a) be in writing; (b) comply with the applicable provisions of the Bankruptcy Rules, Local Bankruptcy Rules, and any order governing the administration of these chapter 11 cases; (c) state with specificity the nature of the objection and, if the objection pertains to the proposed Cure Payments, state the correct Cure Payments alleged to be owed to the objecting contract counterparty, together with any applicable and appropriate documentation in support thereof; and (d) be filed with the Court and served and actually received no later than **July 28, 2025 at 5:00 p.m. (EST)** (the "Stalking Horse Objection Deadline") by (i) the Debtors, (ii) the Office of the United States Trustee for the District of New Jersey, (iii) counsel to the official committee of unsecured creditors appointed in these chapter 11 cases, (iv) the Stalking Horse Bidder and (v) any other party that has filed a notice of appearance in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that if the Winning Bidder is not the Stalking Horse Bidder and you object to a proposed assignment to such Winning Bidder of any Contract or dispute the ability of the Winning Bidder to provide adequate assurance of future performance with respect to any Contract, your objection must: (a) be in writing; (b) comply with the applicable provisions of the Bankruptcy Rules, Local Bankruptcy Rules, and any order governing the administration of these chapter 11 cases; (c) state with specificity the nature of the objection; and (d) be filed with the Court and served and actually received no later than **August 5, 2025 at 5:00 p.m. (EST)** (the "Other Winning Bidder Objection Deadline") by (i) the Debtors, (ii) the Office of the United States Trustee for the District of New Jersey, (iii) counsel to the official committee of unsecured creditors appointed in these chapter 11 cases, (iv) the Winning Bidder and (v) any other party that has filed a notice of appearance in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that if no objection to (a) the Cure Payments, (b) the proposed assignment and assumption of any Contract, or (c) adequate assurance of the Stalking Horse Bidder's or Winning Bidder's ability to perform is filed by the applicable Stalking Horse

Objection Deadline or Other Winning Bidder Objection Deadline, then (i) you will be deemed to have stipulated that the Cure Payments as determined by the Debtors are correct, (ii) you will be forever barred, estopped, and enjoined from asserting any additional Cure Payments are due under the Contract, and (iii) you will be forever barred, estopped, and enjoined from objecting to such proposed assignment to the Stalking Horse Bidder or Winning Bidder on the grounds that the Stalking Horse Bidder or Winning Bidder has not provided adequate assurance of future performance as of the closing date of the Sale Transaction.

**PLEASE TAKE FURTHER NOTICE** that any objection to the proposed assumption and assignment of a Contract or related Cure Payments in connection with the Winning Bid that otherwise complies with these procedures yet remains unresolved as of the commencement of the Sale Hearing, shall be heard at a later date as may be fixed by the Court.

**PLEASE THAT FURTHER NOTICE** that, notwithstanding anything herein, the mere listing of any Contract on this Contract Assumption Notice or any Supplemental Assumption Notice does not require or guarantee that such Contract will be assumed by the Debtors at any time or assumed and assigned, and all rights of the Debtors and the Stalking Horse Bidder or Winning Bidder with respect to such Contracts are reserved.  Moreover, the Debtors explicitly reserve the right, in their reasonable discretion, to seek to reject or assume each Contract pursuant to section 365(a) of the Bankruptcy Code and in accordance with the procedures allowing the Debtors and/or the Winning Bidder or Stalking Horse Bidder, as applicable, to designate any Contract as either rejected or assumed on a post-closing basis.

**PLEASE TAKE FURTHER NOTICE** that, nothing herein (a) alters in any way the prepetition nature of the Contracts or the validity, priority, or amount of any claims of a counterparty to any Contract against the Debtors that may arise under such Contract, (b) creates a postpetition contract or agreement, or (c) elevates to administrative expense priority any claims of a counterparty to any Contract against the Debtors that may arise under such Contract.

**PLEASE TAKE FURTHER NOTICE** that copies of the Order or any other documents in the Debtors' Chapter 11 Cases are available upon request to Verita Global by calling (866) 507-8031 (U.S./Canada) or (781) 575-2122 (international); (b) by visiting the Debtors restructuring website at https://www.veritaglobal.net/powin; or (c) for a fee via PACER by visiting http://www.njd.uscourts.gov.

*[Signature page to follow]*

Dated: July 18, 2025

**DENTONS US LLP**

*/s/ Lauren Macksoud*
Lauren Macksoud (admitted)
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912-7100
Facsimile: (973) 912-7199
Email: lauren.macksoud@dentons.com

Tania M. Moyron (admitted pro hac vice)
Van C. Durrer, II (admitted pro hac vice)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email: tania.moyron@dentons.com
      van.durrer@dentons.com

John D. Beck (pro hac vice pending)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email: john.beck@dentons.com

- and –

**TOGUT, SEGAL & SEGAL LLP**
Frank A. Oswald (admitted)
550 Broad Street, Suite 1508
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted pro hac vice)
Amanda C. Glaubach (admitted pro hac vice)
Eitan Blander (admitted pro hac vice)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email: altogut@teamtogut.com
      aglaubach@teamtogut.com
      eblander@teamtogut.com

*Proposed Counsel for Debtors and Debtors-in-Possession*

**EXHIBIT A**

| Debtor | Counterparty | Cure Payment Amount | Contract Title | Term Remaining |
|---|---|---|---|---|
| Powin China Holdings 2, LLC | CIMC Technology Co., Ltd | $0.00 | Joint Venture agreement | |
| Powin China Holdings 2, LLC | Qingdao Shunneng Machinery Co., Ltd. | $0.00 | Lease Contract | |
| Powin Energy Ontario Storage II LP | EPC Power Corp | $0.00 | Letter re: Purchase Orders 10900 E and 10900 S | |
| Powin Energy Ontario Storage II LP | Go Electric, Inc. | $0.00 | Battery Equipment Supply Agreement for Risenyc Program | |
| Powin Energy Operating, LLC | ACRE Management | $0.00 | Commercial Sublease Agreement | 10/31/2027 |
| Powin Energy Operating, LLC | Acre Management, LLC | $0.00 | Commercial Sublease Agreement | |
| Powin Energy Operating, LLC | Deel Inc | $0.00 | Global HR Service Agreement | Evergreen |
| Powin Energy Operating, LLC | Deel Inc | $0.00 | Master Services Agreement | Evergreen |
| Powin Energy Operating, LLC | EAN Services, LLC | $0.00 | Corporate Partner Program Rate Agreement | |
| Powin Energy Operating, LLC | EAN Services, LLC | $0.00 | Global Corporate Rate Agreement | |
| Powin Energy Operating, LLC | Madison - OFC Brickell FL LLC | Unknown | Standard Form Office Lease | |
| Powin Energy Operating, LLC | Madison-OFC Brickell FL LLC | $41,790.19 | Miami Brickell Tower Office Lease | 12/8/2027 |
| Powin Energy Operating, LLC | Paid Leave Oregon | $0.00 | Approval of Equivalent Plan Application | |
| Powin Energy Operating, LLC | Rocky Mountain Reserve | $0.00 | Rocky Mountain Reserve (RMR) Services Agreement | |
| Powin Energy Operating, LLC | Rocky Mountain Reserve | $0.00 | Business Associate Agreement | |

| Debtor | Counterparty | Cure Payment Amount | Contract Title | Term Remaining |
|---|---|---|---|---|
| Powin, LLC | 3Drivers – Engenharia, Inovação e Ambiente, SA. | $624.78 | Agreement for the Appointment of Legal Representative | Evergreen |
| Powin, LLC | 3U Millikan LLC | $0.00 | Landlord Consent | |
| Powin, LLC | 3U Millikan LLC | $0.00 | Standard Industrial/Commercial Single-Tenant Lease | 1/9/2027 |
| Powin, LLC | 3U Millikan LLC | $0.00 | Air Commercial Real Estate Association Standard Industrial/Commercial Single-Tenant Lease -- Net | 1/9/2027 |
| Powin, LLC | 3U Millikan LLC | $0.00 | California Lease Agreement | 1/9/2027 |
| Powin, LLC | 3U Millikan LLC | $0.00 | Milikan Lease | 1/9/2027 |
| Powin, LLC | ACCURE Battery Intelligence Inc. | $0.00 | Master Services Agreement | |
| Powin, LLC | ACE Engineering Co., Ltd. And its Subsidiaries and Affiliates | $110,228,644.71 | Manufacturing Services Agreement | |
| Powin, LLC | activpayroll Ltd. | $5,827.06 | Master Services Agreement | |
| Powin, LLC | AESC Jiangsu Co., LTD | $0.00 | Letter re: Authorization for Utilizing Powin, LLC's Company Logo | |
| Powin, LLC | AESC US, LLC | $2,901,664.21 | Material Supply Agreement | 9/30/2025 |
| Powin, LLC | AgileBits Inc. dba 1Password | $44,295.54 | Master Subscription Agreement | |
| Powin, LLC | AIR Commercial Real Estate Association | $0.00 | Air Commercial Real Estate Association Standard Industrial/Commercial Single-Tenant Lease -- Net | 1/9/2027 |
| Powin, LLC | Albertina Kerr Centers | $0.00 | Oregon General Bill of Sale | |
| Powin, LLC | Alleman Hall Creasman & Tuttle LLP | $0.00 | Letter Agreement re: Engagement | |
| Powin, LLC | Amazon Web Services, Inc. | $284,214.30 | AWS Private Pricing Addendum | 11/30/2027 |
| Powin, LLC | Ameresco HCE Solar LLC | Unknown | Consent and Agreement | |
| Powin, LLC | Ameresco, Inc. | $173,942.13 | Master Agreement-Approved Service Provider | 9/1/2025 |

| Debtor | Counterparty | Cure Payment Amount | Contract Title | Term Remaining |
|---|---|---|---|---|
| Powin, LLC | Ameresco, Inc. | Unknown | Energy Supply Agreement | |
| Powin, LLC | AMP Solar Development Inc. | $0.00 | Master Battery Equipment Supply Agreement | |
| Powin, LLC | AMP Solar US Services LLC | $0.00 | Battery Energy Supply Agreement | |
| Powin, LLC | AMP Solar US Services LP | $0.00 | ASSIGNMENT OF RIGHTS UNDER PURCHASE ORDER | |
| Powin, LLC | AMP Solar US Services LP | $0.00 | ASSIGNMENT OF RIGHTS UNDER PURCHASE ORDER | |
| Powin, LLC | AMP Solar US Services LP | $0.00 | Purchase Order (Purchase Order No. 2020EBAR-102) | |
| Powin, LLC | AMP Solar US Services LP | $0.00 | Purchase Order (Purchase Order No. 2020WAL-102) | |
| Powin, LLC | AMP Solar US Services LP | $0.00 | Purchase Order (Purchase Order No. 2020WAL-102) | |
| Powin, LLC | AMP Solar US Services LP | $0.00 | Purchase Order (Purchase Order No. 2020WPRS-102) | |
| Powin, LLC | AMP Solar US Services LP | $0.00 | Purchase Order re: Elmbrook (Purchase Order No. 2021ASUS-108) | |
| Powin, LLC | AMP Solar US Services LP | $0.00 | Purchase Order (Purchase Order No. 2021ASUS-109) | |
| Powin, LLC | AMP Solar US Services LP | $0.00 | Purchase Order (Purchase Order No. 2021ASUS-110) | |
| Powin, LLC | AMP Solar US Services LP | $0.00 | Purchase Order | |
| Powin, LLC | AMP Solar US Services LP | $0.00 | Performance Guarantee and Limited Commercial Warranty | |
| Powin, LLC | Ampere Computing LLC | $0.00 | Sublease | |
| Powin, LLC | Angelo Storage, LLC | $0.00 | IP Escrow Invoicing Agreement | Evergreen |
| Powin, LLC | Angiola East, LLC | $0.00 | Letter Agreement re: Limited Notice to Proceed for Project Angela, SBE0010 | |
| Powin, LLC | Antidot Inc. | $0.00 | Order Form | 10/1/2025 |

| Debtor | Counterparty | Cure Payment Amount | Contract Title | Term Remaining |
|--------|--------------|---------------------|----------------|----------------|
| Powin, LLC | Arcadian Projects | $0.00 | Powin Battery Installation (Quote No. Q18-3454) | |
| Powin, LLC | Arizona Storage Development LLC | $3,250.00 | Energy Storage System Supply Agreement [Paloma & Cotton Center] | |
| Powin, LLC | Arizona Storage Development LLC | Unknown | Energy Storage System Supply Agreement [Desert Star] | |
| Powin, LLC | Arizona Storage Development LLC | Unknown | Energy Storage System Supply Agreement [Gila Bend 1 & Gila Bend 2] | |
| Powin, LLC | Arizona Storage Development LLC | Unknown | Energy Storage System Supply Agreement [Hyder 1 & Hyder 2] | |
| Powin, LLC | Arizona Storage Development LLC | Unknown | Energy Storage System Supply Agreement [Foothills 1 & Foothills2] | |
| Powin, LLC | Arnold Machinery Company | $2,317.00 | Equipment Lease Agreement | 12/1/2026 |
| Powin, LLC | Aspin Kemp & Associates Inc. | $0.00 | Battery Equipment Supply Agreement | |
| Powin, LLC | Astound Business Solutions, LLC | $0.00 | Service Order | |
| Powin, LLC | AT&T Corp | $0.00 | Agreement for AT&T Consulting Professional Services | |
| Powin, LLC | AT&T Cybersecurity Consulting | $0.00 | SOC 2 Readiness Services (SOW No. 29C0-01-4D12) | |
| Powin, LLC | Auto-Chen, Ltd. | $0.00 | OR Haner Project Battery Equipment Supply Agreement | |
| Powin, LLC | Auto-Chen, Ltd. | $0.00 | NIR Yitsac 2 Project Battery Equipment Supply Agreement | |
| Powin, LLC | Auto-Chen, Ltd. | $0.00 | Battery Equipment Supply Agreement | |
| Powin, LLC | Auto-Chen, Ltd. | $0.00 | Battery Equipment Supply Agreement | |
| Powin, LLC | Auto-Chen, Ltd. | $0.00 | Battery Equipment Supply Agreement | |
| Powin, LLC | Auto-Chen, Ltd. | $0.00 | Battery Equipment Supply Agreement | |
| Powin, LLC | Auto-Chen, Ltd. | $0.00 | Stack Capacity Reservation Agreement | |

| Debtor | Counterparty | Cure Payment Amount | Contract Title | Term Remaining |
|---|---|---|---|---|
| Powin, LLC | AVEP BESS, LLC | $0.00 | Energy Storage System Supply Agreement | |
| Powin, LLC | Ayna.AI LLC | $0.00 | Master Services Agreement | |
| Powin, LLC | Bella Development Services Inc. | $0.00 | Construction Agreement | |
| Powin, LLC | BHER Ravenswood Solar 1, LLC | $0.00 | Master Supply Agreement | |
| Powin, LLC | BHER Ravenswood Solar 1, LLC | $0.00 | Amendment No. 1 to Energy Supply Agreement | |
| Powin, LLC | BHER Ravenswood Solar 1, LLC | $0.00 | Amendment No. 1 to Energy Supply Agreement Group 2 | |
| Powin, LLC | BHER Ravenswood Solar 1, LLC | $0.00 | Amendment No. 1 to Energy Supply Agreement Group 3 | |
| Powin, LLC | BigBeau Solar, LLC | $0.00 | Battery Energy Storage System Supply and Services Agreement – Battery Supplier Direct Agreement (BigBeau Solar, LLC – BigBeau1 Project) | |
| Powin, LLC | Billion Electric Co., Ltd. | $1,500.00 | Professional Services Agreement | |
| Powin, LLC | Bluewater Battery Logistics, LLC | $0.00 | Services Agreement | Evergreen |
| Powin, LLC | BMO Bank N.A. | $7,628.64 | Commercial Master Lease Agreement Terms and Conditions (2708481) | |
| Powin, LLC | BMO Harris Bank N.A. | Unknown | Letter Agreement re: Equipment Lease Agreement (300-2708481-002) | |
| Powin, LLC | Borrego Solar Systems, Inc. | $0.00 | Master Supply Agreement | |
| Powin, LLC | Boundary Electric | $0.00 | Consignment Agreement | |
| Powin, LLC | Bridge House Advisors | $0.00 | Proposed Scope of Work | |
| Powin, LLC | Cameron Wind 1, LLC | $0.00 | Battery Energy Supply Agreement | |

| Debtor | Counterparty | Cure Payment Amount | Contract Title | Term Remaining |
|---|---|---|---|---|
| Powin, LLC | Canadian Imperial Bank of Commerce, New York Branch, as Collateral Agent | $0.00 | Material Supply Agreement Consent | |
| Powin, LLC | Capgemini America, Inc. | $294,861.25 | Master Services Agreement | Evergreen |
| Powin, LLC | Celestica LLC | $18,513,376.57 | Agreement for Manufacture | Evergreen |
| Powin, LLC | CGGC UNPOWER CO., LTD | $0.00 | Mutual Cooperation Agreement | |
| Powin, LLC | Chaparral Springs, LLC | $0.00 | Energy Storage System Supply Agreement | |
| Powin, LLC | Circulor Inc | $150,000.00 | Circulor Master Subscription and Services Agreement | Evergreen |
| Powin, LLC | CIT Bank, N.A. | $0.00 | Consent and Agreement | |
| Powin, LLC | Citibank, N.A. | $0.00 | Consent and Agreement | |
| Powin, LLC | Citibank, N.A. | $0.00 | Consent and Agreement | |
| Powin, LLC | Clean Energy Associates, LLC | $0.00 | Consent to Assignment | |
| Powin, LLC | Clean Energy Services CES LLC | $10,016,702.15 | Master Services Agreement—Approved Service Provider | |
| Powin, LLC | Clean Energy Services CES LLC | Unknown | Services Agreement | |
| Powin, LLC | CleanPeak Energy | $0.00 | CONSULTING AGREEMENT | |
| Powin, LLC | CoBank, ACB | $0.00 | Energy Storage System Supply Agreement Consent | |
| Powin, LLC | Code Unlimited LLC | $0.00 | Purchase Order (Purchase Order No. PO-5326) | |
| Powin, LLC | Cogent Renewables, Inc. | $0.00 | Master Services Agreement—Approved Service Provider | |

6

| Debtor | Counterparty | Cure Payment Amount | Contract Title | Term Remaining |
|---|---|---|---|---|
| Powin, LLC | Collins & Associates, LLC | $0.00 | Consulting Agreement | |
| Powin, LLC | Comcast Cable Communications Management, LLC | $0.00 | Services Master Services Agreement (379040) | |
| Powin, LLC | Computershare Trust Company, N.A., as Collateral Agent Computershare Corporate Trust | $0.00 | Consent and Agreement | |
| Powin, LLC | Concur Technologies, Inc. | $21,458.55 | Order Form | |
| Powin, LLC | ConductorOne | $27,000.00 | Order Form | Evergreen |
| Powin, LLC | Contemporary Amperex Technology Co., Limited | $208,444.12 | Battery Cell Master Supply Agreement | |
| Powin, LLC | Contemporary Amperex Technology Co., Limited | Unknown | Annual Purchase Agreement | |
| Powin, LLC | Contemporary Amperex Technology Co., Limited | Unknown | Battery Cell Master Supply Agreement | |
| Powin, LLC | Contemporary Amperex Technology Co., Limited | Unknown | Product Technical Agreement | |
| Powin, LLC | Contemporary Amperex Technology Co., Limited | Unknown | Binding Term Sheet (CATL-ND-ESS-2023040016455) | |
| Powin, LLC | Control Source, Inc. | $131,941.60 | Letter re: Master Supply Agreement dated January 1, 2024 | |

| Debtor | Counterparty | Cure Payment Amount | Contract Title | Term Remaining |
|---|---|---|---|---|
| Powin, LLC | Controls Concepts Corporation dba c3controls | $345,240.64 | Material Supply Agreement | 3/31/2026 |
| Powin, LLC | CPE Funding Pty Ltd as trustee for the CleanPeak Energy Funding No. 1 Unit Trust | $0.00 | Purchase Order | |
| Powin, LLC | CPE Funding Pty Ltd as Trustee for the CleanPeak Energy Funding No. 1 Unit Trust and as Trustee for the CleanPeak Energy Funding No. 2 Unit Trust | $0.00 | MASTER EQUIPMENT SUPPLY AGREEMENT | |
| Powin, LLC | CPE Funding Pty Ltd as Trustee for the CPE Funding No.1 Trust | $0.00 | Battery Equipment Supply Agreement | |
| Powin, LLC | Crowe LLP | $1,011,288.00 | Master Services Agreement | |
| Powin, LLC | CS Energy, LLC | $0.00 | Purchase Order (Purchase Order No. 2001700-1) | |
| Powin, LLC | CT Corporation System | $2,903.69 | Order Form - Term and Fees (Quote No. Q-07587) | Evergreen |
| Powin, LLC | CT Corporation System | Unknown | Order Form - Term and Fees (Quote No. Q-23586) | Evergreen |
| Powin, LLC | CTX Business Solutions, Inc. | $0.00 | Sales & Service Agreement | |
| Powin, LLC | Customized Energy Solutions, Ltd. | $0.00 | Task Order 2017-0222 | |
| Powin, LLC | Dassault Systèmes SolidWorks Corporation | $0.00 | Agreement to Convert Single-User Licenses to Solidnetwork Licenses | |
| Powin, LLC | Davinci Technology, L.L.C. d/b/a CORE Health Networks | $0.00 | Master Services Agreement | Evergreen |

| Debtor | Counterparty | Cure Payment Amount | Contract Title | Term Remaining |
|---|---|---|---|---|
| Powin, LLC | Descartes Systems (USA) LLC | $0.00 | Global Logistics Network Services Agreement | |
| Powin, LLC | Desert Quartzite, LLC | $0.00 | Consent and Agreement (Project Supply Order) | |
| Powin, LLC | Desert Quartzite, LLC | $0.00 | Project Supply Order | 12/5/2042 |
| Powin, LLC | Desert Quartzite, LLC | $0.00 | Letter Agreement re: Desert Quartzite Project Notice to Proceed | |
| Powin, LLC | DG Plus Design LLC | $0.00 | Marketing and Creative Services Agreement | |
| Powin, LLC | DNV GL Energy Insights USA, Inc. | $0.00 | Frame Agreement | |
| Powin, LLC | DocuSign, Inc. | $0.00 | Purchase Order (Purchase Order No. PO-2544) | |
| Powin, LLC | Dynaco Testing, LLC | $0.00 | Letter Agreement re: Container Air Leakage Testing (Proposal No. 21015.1) | |
| Powin, LLC | Dynapower Company, LLC | $0.00 | Master Supply & Purchasing Agreement | |
| Powin, LLC | East Point Energy | $0.00 | Rappahannock Electric Cooperative BESS Proposal | |
| Powin, LLC | Ebara Densan (Qingdao) Technology Co., Ltd. | $5,297,762.07 | Manufacturing Services Agreement | 2/28/2026 |
| Powin, LLC | EDPR NA DG O&M, LLC | $0.00 | Assignment of Services Agreement | |
| Powin, LLC | EDPR NA Distributed Generation LLC | $0.00 | Agreement to Amend Notice of Assignment of Services Agreement | |
| Powin, LLC | Elmbrook Solar, LLC | $0.00 | Assignment of Rights Under Purchase Order | |
| Powin, LLC | Elmbrook Solar, LLC | $0.00 | Assignment of Rights Under Purchase Order | |
| Powin, LLC | Enel Global Thermal Generation | $0.00 | Technical Specifications re: Battery System for Torrevaldaliga Nord Coal Power Plant | |
| Powin, LLC | Enel Produzione S.p.A. | $0.00 | Order Letter (1400821946) | |

| Debtor | Counterparty | Cure Payment Amount | Contract Title | Term Remaining |
|---|---|---|---|---|
| Powin, LLC | Energy Storage Response Group LLC | $0.00 | Master Services Agreement | |
| Powin, LLC | energyRe Services, LLC | $0.00 | Letter Agreement re: Capacity Commitment and Pricing Discount | |
| Powin, LLC | energyRe Services, LLC | $0.00 | Letter Agreement re: Amended & Restated Letter Agreement to Capacity Commitment and Pricing Discount | |
| Powin, LLC | Envision Dynamics Technology Co., Ltd. | $0.00 | Battery Cell Testing Agreement | |
| Powin, LLC | EPC Power Corp | $0.00 | Letter re: Purchase Orders 10900 E and 10900 S | |
| Powin, LLC | EPC Power Corp | $0.00 | Letter re: Purchase Orders 10900 E and 10900 S | |
| Powin, LLC | EPC Services Company | $0.00 | Consent and Assignment Agreement | |
| Powin, LLC | EPC Services Company | $0.00 | IP Escrow Invoicing Agreement | |
| Powin, LLC | ESI Inc. of Tennessee | $0.00 | Energy Supply Agreement | |
| Powin, LLC | ESI, Inc. | $0.00 | Letter re: Amendment, Assignment and Assumption Letter Agreement of Brandywine Project LNTP | |
| Powin, LLC | EVE Power Co., Ltd | $0.00 | Material Supply Agreement | 4/27/2026 |
| Powin, LLC | EVE Power Co., Ltd | $0.00 | Letter re: Letter of Authorization for Utilizing Powin, LLC's Company Logo | |
| Powin, LLC | EVE Power Co., Ltd. | $0.00 | Conditional Offtake Agreement For Purchase Of Battery Products | |
| Powin, LLC | Experience Knowledge Strategy S.L. | $6,458,728.69 | Global Master Supply Agreement | 3/31/2027 |
| Powin, LLC | Experience Knowledge Strategy S.L. | Unknown | Global Master Product Supply Agreement | |
| Powin, LLC | Export Internet Trade Systems, Inc. dba Trabex | $14,500.00 | Service Level Agreement (SLA) for Trabex | |

| Debtor | Counterparty | Cure Payment Amount | Contract Title | Term Remaining |
|--------|-------------|---------------------|----------------|----------------|
| Powin, LLC | Federal Energy Regulatory Commission | $0.00 | Letter re: Initial Application of for Market-Based Rate Authority, Certain Waivers and Blanket Authorizations and Request for Expedited Treatment and Shortened Comment Period | |
| Powin, LLC | Federal Express Corporation | $0.00 | FedEx Transportation Services Agreement | |
| Powin, LLC | Field Office Property | $0.00 | Powin Office Lease | |
| Powin, LLC | Field Office Property LLC | $0.00 | Office Lease | |
| Powin, LLC | Fireaway Inc. | $246,783.21 | Original Equipment Manufacturing Agreement | Evergreen |
| Powin, LLC | First-Citizens Bank & Trust Company | $0.00 | Consent and Agreement | |
| Powin, LLC | First-Citizens Bank & Trust Company | $0.00 | Consent and Agreement | |
| Powin, LLC | First-Citizens Bank & Trust Company | $0.00 | Consent and Agreement | |
| Powin, LLC | First-Citizens Bank & Trust Company as Collateral Agent | $0.00 | Consent and Agreement | |
| Powin, LLC | Flower Valley LLC | $0.00 | Consent to Assignment | |
| Powin, LLC | Flower Valley LLC | $0.00 | Purchase Order (Purchase Order No. 001) | |
| Powin, LLC | FLOWER VALLEY LLC | $0.00 | Services Agreement Estoppel - Flower Valley I Project | |
| Powin, LLC | FLOWER VALLEY LLC | $0.00 | Supply Agreement Estoppel - Flower Valley I Project | |
| Powin, LLC | Flower Valley LLC | $0.00 | Consent to Assignment | |
| Powin, LLC | Flower Valley, LLC | $0.00 | Services Agreement | |

| Debtor | Counterparty | Cure Payment Amount | Contract Title | Term Remaining |
|---|---|---|---|---|
| Powin, LLC | Flywheel Government Solutions | $0.00 | Strategic Consulting Services Agreement | Evergreen |
| Powin, LLC | Formosa Electronic Industries, Inc. | Unknown | Purchase Framework Agreement | |
| Powin, LLC | Formosa Electronic Industries, Inc. | $3,209,386.90 | Supply Agreement | Evergreen |
| Powin, LLC | Fredrikson & Byron, P.A. | $0.00 | Letter Agreement re: Engagement | |
| Powin, LLC | FREYR Battery Norway AS | $0.00 | Conditional Offtake Agreement | |
| Powin, LLC | Front Range-Midway Solar Project, LLC | $0.00 | Battery Energy Supply Agreement | |
| Powin, LLC | Front Range-Midway Solar Project, LLC | $0.00 | Settlement Agreement | |
| Powin, LLC | Frontline Freight & Fulfillment Inc. | $0.00 | Collateral Trust Agreement | |
| Powin, LLC | Galp Parques Fotovoltaicos de Alcoutim, LDA. | $0.00 | Escrow Agreement | |
| Powin, LLC | Galp Parques Fotovoltaicos de Alcoutim, LDA. | $0.00 | Energy Storage System Supply Agreement | |
| Powin, LLC | GoEngineer LLC | $12,262.00 | Order Form (Quote No. 6451756) | |
| Powin, LLC | Gotion, Inc. | $58,808.00 | Cell Vendor Performance Guarantee and Product Warranty | |
| Powin, LLC | Gotion, Inc. | Unknown | Material Supply Agreement | |
| Powin, LLC | Great Kiskadee Storage, LLC | $0.00 | Energy Supply Agreement | |
| Powin, LLC | Great Kiskadee Storage, LLC | $0.00 | IP Escrow Invoicing Agreement | Evergreen |
| Powin, LLC | Great Kiskadee Storage, LLC | $0.00 | Consent and Agreement | |

| Debtor | Counterparty | Cure Payment Amount | Contract Title | Term Remaining |
|--------|-------------|---------------------|----------------|----------------|
| Powin, LLC | Great Kiskadee Storage, LLC | $0.00 | Consent and Agreement | |
| Powin, LLC | Green Earth Search LLC | $0.00 | Fee Agreement | |
| Powin, LLC | GreEnergy Resources | $4,217,972.17 | Master Services Agreement—Approved Service Provider | |
| Powin, LLC | GreEnergy, LLC | Unknown | Master Services Agreement—Approved Service Provider | |
| Powin, LLC | Gridspan Energy | $0.00 | Quote Letter (Quote No. 01) | |
| Powin, LLC | GTI Fabrication | $51,584.45 | Addendum: Free Issue Parts Agreement | |
| Powin, LLC | GTI Fabrication | Unknown | Memorandum of Understanding | |
| Powin, LLC | Guangzhou ZHIYUAN Electronics Co., Ltd. | $0.00 | Source Code Licensing Agreement | 12/31/2027 |
| Powin, LLC | Hampden Landfill Solar LLC | $0.00 | Battery Energy Supply Agreement | |
| Powin, LLC | Hampden Landfill Solar LLC | $0.00 | Battery Energy Supply Agreement | |
| Powin, LLC | Harco National Insurance Company and Everest Reinsurance Company | $0.00 | Battery Energy Storage System Payment Bond (Bond No. 0842638) | |
| Powin, LLC | HSBC Bank USA, N.A. | $7,500.00 | Loan and Security Agreement | |
| Powin, LLC | HSBC VENTURES USA, INC. | $0.00 | Loan and Security Agreement | |
| Powin, LLC | HUB @ 202 OWNCO, LLC | $4,967.90 | Industrial Lease | |
| Powin, LLC | Huizhou Topband Electrical Technology Co., Ltd. | $405,884.78 | Manufacturing Services Agreement | |
| Powin, LLC | Hunt Energy Solutions | $0.00 | Order Letter | |
| Powin, LLC | IBASE Gaming Inc. | $0.00 | Supply Agreement | Evergreen |
| Powin, LLC | IBASE Gaming Inc. | $0.00 | Purchasing Agreement | Evergreen |
| Powin, LLC | IBASE Gaming Inc. | $0.00 | Joint Venture Agreement | Evergreen |

13

| Debtor | Counterparty | Cure Payment Amount | Contract Title | Term Remaining |
|---|---|---|---|---|
| Powin, LLC | Infopro Learning Inc. | $0.00 | Statement of Work for Services (SOW No. 02) | |
| Powin, LLC | Intertek Testing Services NA, Inc. | $87,960.03 | Master Services Agreement | Evergreen |
| Powin, LLC | Intuitive Safety Solutions, Inc. | $0.00 | Master Services Agreement for HSE Consulting Services | 5/11/2027 |
| Powin, LLC | IOActive, Inc. | $41,472.00 | Services Agreement | |
| Powin, LLC | Jabil Inc. | $0.00 | Manufacturing Services Agreement | Evergreen |
| Powin, LLC | Jacob Thompson | $0.00 | Consulting Agreement | |
| Powin, LLC | Jan-Pro Cleaning Systems, Inc. | $0.00 | Cleaning Agreement | Evergreen |
| Powin, LLC | JDM Legal and Consulting Services LLC | $0.00 | Consultant Agreement | |
| Powin, LLC | Jema Energy S.A. | $0.00 | Purchase Order (Purchase Order No. 18008276) | |
| Powin, LLC | Jema Energy S.A. | $0.00 | Purchase Order (Purchase Order No. 18008277) | |
| Powin, LLC | Jema Energy USA, LLC | $0.00 | Equipment Loan Agreement | |
| Powin, LLC | Joseph Lu | $0.00 | Qingdao Office Lease Contract | 9/30/2026 |
| Powin, LLC | JS Renewable EnergyGroup | $0.00 | Professional Services Agreement | |
| Powin, LLC | Jupiter Power, LLC | $0.00 | Master Equipment Supply Agreement | |
| Powin, LLC | Karbo Communications, Inc. | $0.00 | Agreement for Services | |
| Powin, LLC | KCE NY 3, LLC | $0.00 | Purchase Order for the New York Project (Purchase Order No. 1) | |
| Powin, LLC | KCE NY 3, LLC | $0.00 | Services Agreement | |

| Debtor | Counterparty | Cure Payment Amount | Contract Title | Term Remaining |
|---|---|---|---|---|
| Powin, LLC | KCE NY 3, LLC | $0.00 | Services Agreement | |
| Powin, LLC | KCE Texas Holdings 2020, LLC | $0.00 | Consent and Agreement | |
| Powin, LLC | KCE TX 2, LLC | $0.00 | Services Agreement | |
| Powin, LLC | KCE TX 7, LLC | $0.00 | Purchase Order for Project TX-7 (Flat Top) (Purchase Order No. 1) | |
| Powin, LLC | KCE TX 8, LLC | $0.00 | Services Agreement | |
| Powin, LLC | KCE TX 8, LLC | $0.00 | Purchase Order for Project TX-8 (Worsham) (Purchase Order No. 3) | |
| Powin, LLC | KCE TX2, LLC | $0.00 | Purchase Order for Project TX-2 (Port Lavaca) | |
| Powin, LLC | Key Capture Energy, LLC | $0.00 | Master Equipment Supply Agreement | |
| Powin, LLC | Keyser, LLC | $0.00 | Client Commitment Agreement | Evergreen |
| Powin, LLC | KnowBe4 | $0.00 | Initial Order | |

| Debtor | Counterparty | Cure Payment Amount | Contract Title | Term Remaining |
|---|---|---|---|---|
| Powin, LLC | Kontrolmatik Technologies Inc. | $0.00 | Confidential Offtake Agreement | |
| Powin, LLC | Kosheng Sun | $0.00 | Qingdao Office Lease Contract | 9/30/2026 |
| Powin, LLC | Kupono Solar, LLC | $0.00 | Letter re: Limited Notice to Proceed Letter Agreement for Project Kupono Solar | |
| Powin, LLC | Li-Cycle Inc. d/b/a Li-Cycle Resources Recovery | $136,536.37 | Services Agreement: Recycling Services | Evergreen |
| Powin, LLC | Li-Cycle Inc. d/b/a Li-Cycle Resources Recovery | Unknown | Services Agreement: Recycling Services | Evergreen |
| Powin, LLC | Logicals Shanghai Limited | $0.00 | Print Management Service Contract | 7/31/2027 |
| Powin, LLC | Logicals Shanghai Limited | $0.00 | Print Management Service Contract | 9/30/2027 |
| Powin, LLC | Logicals Shanghai Limited | $0.00 | Sales Contract (Seller Contract No. SK072404) | |
| Powin, LLC | Logicals Shanghai Limited | $0.00 | Sales Contract (Seller Contract No. SK072404; Buyer Contract No. #P0-14080) | |
| Powin, LLC | Logicals Shanghai Limited | $0.00 | Sales Contract (Seller Contract No. SK112402) | |
| Powin, LLC | Logicals Shanghai Limited | $0.00 | Cloud Service Contract | |
| Powin, LLC | Logicals Shanghai Limited | $0.00 | Cloud Service Contract | |
| Powin, LLC | Lone Star Solar, LLC | $0.00 | Amendment and Restated Energy Supply Agreement | |
| Powin, LLC | Lone Star Solar, LLC | $0.00 | Energy Supply Agreement | |
| Powin, LLC | Lone Star Solar, LLC | $0.00 | Payment Escrow Agreement | |

| Debtor | Counterparty | Cure Payment Amount | Contract Title | Term Remaining |
|---|---|---|---|---|
| Powin, LLC | Lone Star Solar, LLC | $0.00 | Letter re: Notice of Force Majure Event/ Excusable Event for Project Lonestar (Project ID SCL0020); Hurricane Helene | |
| Powin, LLC | Lone Star Solar, LLC | $0.00 | Letter re: Limited Notice to Proceed Letter Agreement for Project SCL0020 | |
| Powin, LLC | Lone Star Solar, LLC | $0.00 | Consent and Agreement | |
| Powin, LLC | Lone Star Solar, LLC | $0.00 | Consent and Agreement | |
| Powin, LLC | Lone Star Solar, LLC | $0.00 | Battery Energy Storage System Payment Bond (Bond No. 0842638) | |
| Powin, LLC | Lone Star Solar, LLC | $0.00 | Amendment to Energy Supply Agreement | |
| Powin, LLC | Lone Star Solar, LLC | $0.00 | Photography and Videography Acknowledgement, Release and Discharge | |
| Powin, LLC | Lovelytics Data, LLC | $103,880.00 | Master Services Agreement | Evergreen |
| Powin, LLC | LSS Class B Member, LLC | $0.00 | Consent and Agreement | |
| Powin, LLC | Lu Pacific Properties, LLC | $15,501.18 | Commercial Tenant Lease | 6/30/2026 |
| Powin, LLC | Luminate, LLC | $0.00 | Letter Agreement re: Professional Services Agreement for Independent Engineering Services | |
| Powin, LLC | Mainfreight Air & Ocean Pty Ltd. | $13,018,289.97 | Mainfreight Group - Deviations from Standard Terms & Conditions | |
| Powin, LLC | Mario Van Severen | $0.00 | Letter Agreement re: Energy Storage System Order | |
| Powin, LLC | Mesa Technical Associates, Inc. | $0.00 | Purchase Order (Purchase Order No. MTA-45002234641) | |
| Powin, LLC | Metals Market Index | $0.00 | Information Service Agreement | |

| Debtor | Counterparty | Cure Payment Amount | Contract Title | Term Remaining |
|---|---|---|---|---|
| Powin, LLC | Metro Fire Equipment Inc | $0.00 | Master Services Agreement - Approved Service Provider | |
| Powin, LLC | MG HR S de R.L. de C.V. | $0.00 | La Toba Bess Expansion Energy Storage System Supply Agreement | |
| Powin, LLC | MG HR S de R.L. de C.V. | $0.00 | Energy Storage System Supply Agreement | |
| Powin, LLC | MHPS | $0.00 | Order Letter | |
| Powin, LLC | MinterEllison | $2,290.86 | Costs Agreement | |
| Powin, LLC | Myst AI, Inc. | $0.00 | SAAS Services Order Form | |
| Powin, LLC | Nanotech Energy, Inc. | $0.00 | Conditional Offtake Agreement | |
| Powin, LLC | National Registered Agents, Inc | $0.00 | Service of Process Transmittal Summary | |
| Powin, LLC | Nidec ASI S.p.A. | $0.00 | Purchase Order (Purchase Order No. 400218563) | |
| Powin, LLC | Nidec ASI S.p.A. | $0.00 | Supply and Commissioning Agreement | |
| Powin, LLC | Nidec ASI S.p.A. | $0.00 | Agreement for the Supply and the Commissioning of Batteries | |
| Powin, LLC | NoBlue2 | $0.00 | Master Services Agreement | |
| Powin, LLC | nOps, Inc | $0.00 | Master Service Agreement Commitment Management Program | |
| Powin, LLC | Northern Reliability, Inc. | $0.00 | Consulting Agreement | |
| Powin, LLC | NP Machineworks, LLC | $0.00 | Portland Office Lease | 8/31/2027 |
| Powin, LLC | OfficeSpace Software Inc. | $0.00 | Order Form | Evergreen |
| Powin, LLC | Omni Logistics, LLC | $67,386.14 | Offer of Settlement & Release | |
| Powin, LLC | Online Enterprises Inc., dba Online Business Systems | $0.00 | Master Services Agreement | |

| Debtor | Counterparty | Cure Payment Amount | Contract Title | Term Remaining |
|---|---|---|---|---|
| Powin, LLC | OPALCO | $0.00 | Engineering, Construction and Project Management Contract – 2018 Decatur Battery Energy Storage System (Bess) | |
| Powin, LLC | Operation Technology Inc. | $0.00 | Purchase Order (Purchase Order No. PO-5733) | |
| Powin, LLC | Ormat Nevada Inc. | $0.00 | Assignment and Assumption Agreement | |
| Powin, LLC | Ormat Nevada Inc. | $0.00 | Equipment Supply Agreement | |
| Powin, LLC | Orr Protection Systems, INC | $711,252.00 | Master Services Agreement - Approved Service Provider | |
| Powin, LLC | Pacific Coast Commercial | $0.00 | Air Commercial Real Estate Association Standard Industrial/Commercial Single-Tenant Lease -- Net | 1/9/2027 |
| Powin, LLC | Pacificorp | $0.00 | Materials Supply And Installation Contract (3300004758) | |
| Powin, LLC | PAN Communications | $222,728.00 | Program Scope of Work | |
| Powin, LLC | Pike Telecom and Renewables, LLC | $146,276.00 | Purchase Order (Purchase Order No. PO-17265) | |
| Powin, LLC | Pine Gate EPC, LLC | $0.00 | Battery Equipment Supply Agreement Consent | |
| Powin, LLC | Pine Gate EPC, LLC | $0.00 | Battery Equipment Supply Agreement | |
| Powin, LLC | Poblano Energy Storage, LLC | $0.00 | Energy System Supply Agreement | |
| Powin, LLC | Poblano Energy Storage, LLC | $0.00 | IP Escrow Invoicing Agreement | |
| Powin, LLC | Poblano Energy Storage, LLC | $0.00 | Consent and Assignment Agreement | |
| Powin, LLC | Portland General Electric Company | $66,790.23 | Purchase Order (Purchase Order No. C0050-0000018161) | |
| Powin, LLC | PRAXIS Technology Escrow, LLC | $12,500.00 | Consent and Agreement | |
| Powin, LLC | PRAXIS Technology Escrow, LLC | Unknown | Consent and Assignment Agreement | |
| Powin, LLC | Prisma Energy Solutions LLC | $0.00 | Master Agreement for an Energy Storage System | |

| Debtor | Counterparty | Cure Payment Amount | Contract Title | Term Remaining |
|---|---|---|---|---|
| Powin, LLC | ProLift Rigging Company, LLC | $30,847.00 | Limited Third-Party Logistics Storage Agreement | 7/22/2027 |
| Powin, LLC | Public Service Company of New Mexico | $0.00 | Equipment Purchase Agreement | |
| Powin, LLC | PuYuan Green Energy Inc. | $0.00 | Purchasing Order (PO) (Purchase Order No. PU20210001) | |
| Powin, LLC | PXiSE Energy Solutions, LLC | $0.00 | Services Agreement | |
| Powin, LLC | QPO Energy | $0.00 | Purchase Order re: BESS to Taiwan (Purchase Order No. POW-0010) | |
| Powin, LLC | QPO Energy | $0.00 | Purchase Order re: BESS to Quillhurst, USA (Purchase Order No. POW-0030) | |
| Powin, LLC | Rabbitbrush Solar, LLC | $0.00 | Battery Energy Storage System Supply Agreement | |
| Powin, LLC | Rabbitbrush Solar, LLC | $0.00 | Battery Energy Storage System Supply Agreement for the Rabbitbrush 1 Project | |
| Powin, LLC | Re:Build AppliedLogix, LLC | $400,756.56 | Master Services Agreement | |
| Powin, LLC | REPT BATTERO Energy Co., Ltd. | $58,903.44 | Material Supply Agreement | 4/30/2026 |
| Powin, LLC | REPT BATTERO Energy Co., Ltd. | Unknown | Material Supply Agreement | 5/19/2027 |
| Powin, LLC | REPT BATTERO Energy Co., Ltd. | Unknown | Conditional Offtake Agreement for Purchase of Battery Products | |
| Powin, LLC | RES Energy Global Services S.L.U. | $45,862.50 | Master Services Agreement - Approved Service Provider | |
| Powin, LLC | Resilience360 Inc., d/b/a Everstream Analytics | $0.00 | Order Form | 10/30/2026 |
| Powin, LLC | Resilience360 Inc., d/b/a Everstream Analytics | $0.00 | Order Form | 10/30/2026 |
| Powin, LLC | Resilience360 Inc., d/b/a Everstream Analytics | $0.00 | Everstream Analytics Subscription Platform Services Agreement | |

| Debtor | Counterparty | Cure Payment Amount | Contract Title | Term Remaining |
|---|---|---|---|---|
| Powin, LLC | Ruipu Energy Co., LTD | $0.00 | Battery Cell Master Supply Agreement | |
| Powin, LLC | SAFE Laboratories and Engineering Corp. | $696.16 | Master Services Agreement | |
| Powin, LLC | Salesforce, Inc. | $0.00 | Order Form (Quote No. Q-09423414) | |
| Powin, LLC | Santa Paula Energy Storage, LLC | $0.00 | Battery Equipment Supply Agreement | |
| Powin, LLC | Santa Paula Energy Storage, LLC | $0.00 | Energy Storage System Side Agreement | |
| Powin, LLC | Saturn Power Inc. | $0.00 | Purchase Order (Purchase Order No. 192) | |
| Powin, LLC | SGS North America Inc. | $0.00 | Master Services Agreement | Evergreen |
| Powin, LLC | Shenzhen ACE Battery Co., Ltd. | $0.00 | Purchase Framework Agreement | |
| Powin, LLC | Shenzhen ACE Battery Co., Ltd. | $0.00 | Purchase Framework Agreement | |
| Powin, LLC | Slalom, Inc. | $175,000.00 | Consulting Services Agreement | |
| Powin, LLC | Slalom, Inc. | Unknown | Statement of Work (Statement of Work No. 1) | |
| Powin, LLC | Slinde Nelson | $0.00 | Letter Agreement re: Engagement Letter | |
| Powin, LLC | SMA Solar Technology America LLC, | $369,811.20 | Master Supply and Service Agreement | Evergreen |
| Powin, LLC | SMA Solar Technology America LLC, | Unknown | Master Supply and Service Agreement | Evergreen |
| Powin, LLC | Smartsheet | $0.00 | Order Form (Order No. Q-5193649) | |
| Powin, LLC | Smartsheet | $0.00 | Order Form (Order No. Q-5234493) | |
| Powin, LLC | Smartsheet Inc. | $0.00 | Invoice (Invoice No. INV1967708) | |
| Powin, LLC | SMM Information & Technology Co., Ltd. | $0.00 | Service Contract | |

| Debtor | Counterparty | Cure Payment Amount | Contract Title | Term Remaining |
|---|---|---|---|---|
| Powin, LLC | Socomec Inc. | $0.00 | Letter re: Master Supply Agreement dated January 1, 2024 | |
| Powin, LLC | SOLV, Inc. | $13,681.24 | Letter re: Contract Adjustment | |
| Powin, LLC | Southern California Edison Company | $0.00 | Consent to Assignment of Membership Interest | |
| Powin, LLC | Southern Power Company Energy Center | $0.00 | Purchase Order (Purchase Order No. ALC1302) | |
| Powin, LLC | Spark Power Renewables USA Inc | $0.00 | Master Services Agreement - Approved Service Provider | |
| Powin, LLC | StarTex Software | $0.00 | Order Form (Order No. 17632.5) | |
| Powin, LLC | Stellar Renewable Power LLC | $0.00 | Letter Agreement re: Sale and Purchase of Battery Energy Storage | |
| Powin, LLC | Step Function I/O LLC | $1,800.00 | Source Code License and Distribution Agreement | |
| Powin, LLC | Step Function I/O LLC | Unknown | Support Services Terms and Conditions | |
| Powin, LLC | Stillwater Energy Storage, LLC | $0.00 | Equipment Purchase Order Contract | |
| Powin, LLC | Strata Solar Services, LLC | $1,546.56 | Powin Services Agreement | |
| Powin, LLC | Strata Solar Services, LLC | Unknown | Powin Services Agreement | Evergreen |
| Powin, LLC | Strata Storage, LLC | $0.00 | Battery Equipment Supply Agreement | |
| Powin, LLC | SunGrid Corp | $986,242.30 | Engineering, Construction and Project Management Contract – 2018 Decatur Battery Energy Storage System (Bess) | |
| Powin, LLC | Sungrid Solutions | $708.27 | Order Letter | |

| Debtor | Counterparty | Cure Payment Amount | Contract Title | Term Remaining |
|---|---|---|---|---|
| Powin, LLC | Sungrid Solutions | Unknown | Order Letter | |
| Powin, LLC | Sungrid Solutions | Unknown | Letter Agreement re: Energy Storage System Order | |
| Powin, LLC | Sungrid Solutions | Unknown | Order Letter | |
| Powin, LLC | SunGrid Solutions Inc. | Unknown | Letter Agreement re: Energy Storage System Order | |
| Powin, LLC | Sungrid Solutions Inc. | Unknown | Purchase Order (Purchase Order No. PO-0470) | |
| Powin, LLC | Tech Heads, Inc. | $374,074.69 | Recurring Services Deposit Agreement | |
| Powin, LLC | The Bank of New York Mellon Trust Company, N.A. | $0.00 | Energy Storage System Supply Agreement Consent | |
| Powin, LLC | The Huntington National Bank | $0.00 | Consent and Agreement | |
| Powin, LLC | The Institute for Applied Network Security, LLC | $0.00 | Services Master Services Agreement | |
| Powin, LLC | Thomson Reuters | $13,758.12 | Order Form (Order No. Q-06269890) | Evergreen |
| Powin, LLC | Thomson Reuters | Unknown | Order Form (Order No. Q-06270264) | Evergreen |
| Powin, LLC | Thomson Reuters | Unknown | Order Form (Order No. Q-08952806) | Evergreen |
| Powin, LLC | Thomson Reuters | Unknown | Order Form (Order No. Q-08952806) | 9/30/2025 |
| Powin, LLC | Toyotalift of Arizona, Inc. | $0.00 | Master Lease Agreement (247386) | |
| Powin, LLC | TPE Energy Inc. | $0.00 | Exclusive Distribution Agreement | Evergreen |
| Powin, LLC | TPE Energy Inc. | $0.00 | Purchase Order | |

| Debtor | Counterparty | Cure Payment Amount | Contract Title | Term Remaining |
|---|---|---|---|---|
| Powin, LLC | TrailB Technologies LLC | $0.00 | Software Services Agreement | 12/5/2025 |
| Powin, LLC | Travel Incorporated | $1,900.50 | Travel Services Agreement | |
| Powin, LLC | Triple Butte LLC | $0.00 | Signature Beneficiary Enrollment Form | |
| Powin, LLC | Triple Butte LLC | $0.00 | Services Agreement | |
| Powin, LLC | Triple Butte LLC | $0.00 | Consent to Assignment | |
| Powin, LLC | Triple Butte LLC | $0.00 | Purchase Order (Purchase Order No. 003) | |
| Powin, LLC | Triple Butte LLC | $0.00 | Consent to Assignment | |
| Powin, LLC | Triple Butte LLC | $0.00 | Unconditional Waiver and Release on Final Payment | |
| Powin, LLC | Triple Butte LLC | $0.00 | Services Agreement Estoppel – Triple Butte Project | |
| Powin, LLC | TÜV Rheinland (Shanghai) Co., Ltd. | $0.00 | Master Services Agreement | 1/1/2029 |
| Powin, LLC | U.S. Bank Trust Company, National Association | $0.00 | Consent and Agreement (Project Supply Order) | |
| Powin, LLC | UBS Financial Services Inc. | $0.00 | Account Application and Agreement for Organizations and Businesses | |
| Powin, LLC | UKG Inc. | $100,820.23 | Master Services Agreement | Evergreen |
| Powin, LLC | UKG Inc. | Unknown | Order | Evergreen |
| Powin, LLC | UKG Inc. | Unknown | Order (Purchase Order No. POW1010) | Evergreen |
| Powin, LLC | Ultra Corpotech Pvt Ltd. | $3,215,744.53 | Material Supply Agreement | |
| Powin, LLC | Ultra Corpotech Pvt Ltd. | Unknown | Material Supply Agreement | |
| Powin, LLC | WEG | $0.00 | Purchase Order | |
| Powin, LLC | WEG Electric Corp. | $0.00 | Purchase Order | |
| Powin, LLC | Weifang Genius Electronics Co., Ltd | $1,239,871.72 | Material Supply Agreement | 3/19/2026 |

| Debtor | Counterparty | Cure Payment Amount | Contract Title | Term Remaining |
|---|---|---|---|---|
| Powin, LLC | West Publishing Corporation | $0.00 | Order Form (Order No. Q-08952806) | 9/30/2025 |