**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
       van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
       sarah.schrag@dentons.com

*Proposed Counsel for Debtors and
Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Amanda C. Glaubach (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: altogut@teamtogut.com
       aglaubach@teamtogut.com
       eblander@teamtogut.com

*Proposed Counsel for Debtors and
Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

**SUPPLEMENTAL DECLARATION OF ALBERT TOGUT IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF TOGUT, SEGAL & SEGAL LLP AS CO-COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

I, Albert Togut, being duly sworn, declare the following under penalty of perjury:

1. I am the Founder and senior member of Togut, Segal & Segal LLP (the "Togut Firm") located at One Penn Plaza, New York, New York, 10119. I am a member in good standing of the Bar of New York, and am admitted to practice *pro hac vice* before this Court.

2. I am in all respects competent to make this supplemental declaration (the "Supplemental Declaration") in further support of the Application [Docket No. 276] (the "Application")[2] to retain the Togut Firm as co-counsel, including as local counsel, to the Debtors pursuant to sections 327(a) and 328 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, Local Rule 2014-1, and the Appendix B Guidelines, to provide services related to the Conflict Matters and Assigned Matters (as more fully described in the Application).

3. In connection with the Application, I submitted my initial declaration (the "Initial Declaration"), describing the Togut Firm's connections to the Debtors and the other potential parties in interest (the "Potential Parties in Interest"). The Initial Declaration was appended to the Application as Exhibit B and the Potential Parties in Interest was attached as Exhibit 2 thereto.

4. I submit this Supplemental Declaration further to requests by the United States Trustee for the District of New Jersey (the "U.S. Trustee") and in accordance with

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

2

Bankruptcy Rules 2014(a) and 2016(b) of the Bankruptcy Rules. Unless otherwise stated in this Supplemental Declaration, I have personal knowledge of the facts set forth herein.

## ADDITIONAL DISCLOSURES

5. Further to the disclosures set forth in paragraph 12 of the Initial Declaration, the Togut Firm renewed its search of its electronic database for its connection to all parties listed in the Potential Parties in Interest List, attached as Exhibit 2 to the Initial Declaration. Based upon this additional review, I can confirm that the Togut Firm has no connections to any party listed on the Potential Parties in Interest List.

6. In response to the U.S. Trustee's request, the Togut Firm states that the current team staffed to the Chapter 11 Cases, as well as their current hourly rates for 2025 are as set forth below.

| Professional | Hourly Rates |
|---|---|
| Albert Togut, Senior Partner | $1,830 |
| Frank Oswald, Partner | $1,590 |
| Amanda Glaubach, Associate | $1,010 |
| Eitan Blander, Associate | $915 |
| Leila Ebrahimi, Associate | $535 |
| Dawn Person, Senior Paralegal | $560 |
| Jonathan Cohen, Senior Paralegal | $490 |

7. In accordance with ordinary practice, prior to applying any increases in its hourly rates beyond the rates set forth herein, the Togut Firm shall provide ten (10) days' notice of any such increases to the Debtors, the U.S. Trustee, and the Committee.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, that the foregoing statements are true and correct.

DATED:  New York, New York
July 21, 2025

                                                    */s/ Albert Togut*
                                                    Albert Togut