## UNITED STATES BANKRUPTCY COURT

#### DISTRICT OF  NEW JERSEY

| | | |
|---|---|---|
| In Re. Charger Holdings, LLC | § | Case No.  25-16140 |
| | § | |
| | § | Lead Case No.  25-16137 |
| Debtor(s) | § | |
| | | ⊠ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 06/30/2025      Petition Date: 06/10/2025

Months Pending: 1      Industry Classification: | 3 | 3 | 5 | 9 |

Reporting Method:          Accrual Basis ○          Cash Basis ⦿

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Mary Kahl
_____
Signature of Responsible Party

07/21/2025
_____
Date

Mary Kahl
_____
Printed Name of Responsible Party

20550 SW 115th Ave
Tualatin, OR 97062
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Charger Holdings, LLC                                    Case No.  25-16140

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $0 | |
| b.  Total receipts (net of transfers between accounts) | $0 | $0 |
| c.  Total disbursements (net of transfers between accounts) | $0 | $0 |
| d.  Cash balance end of month (a+b+c) | $0 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $0 | $0 |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.  Accounts receivable (total net of allowance) | $0 | |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c.  Inventory   (Book ◯  Market ◯  Other ◉  (attach explanation)) | $0 | |
| d   Total current assets | $0 | |
| e.  Total assets | $0 | |
| f.  Postpetition payables (excluding taxes) | $0 | |
| g.  Postpetition payables past due (excluding taxes) | $0 | |
| h.  Postpetition taxes payable | $0 | |
| i.  Postpetition taxes past due | $0 | |
| j.  Total postpetition debt (f+h) | $0 | |
| k.  Prepetition secured debt | $0 | |
| l.  Prepetition priority debt | $0 | |
| m.  Prepetition unsecured debt | $0 | |
| n.  Total liabilities (debt) (j+k+l+m) | $0 | |
| o.  Ending equity/net worth (e-n) | $0 | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.  Gross profit (a-b) | $0 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $0 | |
| f.  Other expenses | $0 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name  Charger Holdings, LLC                                                    Case No.  25-16140

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name Charger Holdings, LLC    Case No. 25-16140

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

UST Form 11-MOR (12/01/2021)                4

Debtor's Name Charger Holdings, LLC                                    Case No.  25-16140

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name Charger Holdings, LLC                                    Case No.  25-16140

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  Charger Holdings, LLC                                      Case No.  25-16140

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Charger Holdings, LLC                                                    Case No.  25-16140

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ◉ |
|---|---|---|
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ◉ |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ○  No ◉ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ◉  No ○ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ◉ |

i. Do you have:
- Worker's compensation insurance? — Yes ◉  No ○
  - If yes, are your premiums current? — Yes ◉  No ○  N/A ○  (if no, see Instructions)
- Casualty/property insurance? — Yes ◉  No ○
  - If yes, are your premiums current? — Yes ◉  No ○  N/A ○  (if no, see Instructions)
- General liability insurance? — Yes ◉  No ○
  - If yes, are your premiums current? — Yes ◉  No ○  N/A ○  (if no, see Instructions)

| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ◉ |
|---|---|---|
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ◉ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉  No ○ |

Debtor's Name  Charger Holdings, LLC                                              Case No.  25-16140

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Mary Kahl
_____                     Mary Kahl
_____
Signature of Responsible Party                           Printed Name of Responsible Party

VP Head of Accounting
_____                     07/21/2025
_____
Title                                                    Date

Debtor's Name  Charger Holdings, LLC                                    Case No.  25-16140



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name Charger Holdings, LLC                                    Case No.  25-16140

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Charger Holdings, LLC

Case No.  25-16140



PageThree



PageFour

**Part 1 - Cash Receipts & Disbursements**

| Bank Transactions | Powin LLC | Powin Project LLC | Powin China Holdings 1, LLC | Powin China Holdings 2, LLC | Charger Holdings, LLC | Powin Energy Ontario Storage, LLC | Powin Energy Operating Holdings, LLC | Powin Energy Operating, LLC | PEOS Holdings, LLC | Powin Energy Storage 2, Inc | Powin Energy Ontario Storage II LP | Powin Canada B.C. Ltd | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | 20,752,688 | - | - | 835 | - | - | - | - | - | - | 66,681 | - | 20,820,204 |
| Receipts | 15,949,674 | - | - | - | - | - | - | - | - | - | - | - | 15,949,674 |
| Disbursements | (9,618,329) | - | - | (35) | - | - | - | - | - | - | - | - | (9,618,364) |
| Intercompany Transfers | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending Cash Balance | 27,084,033 | - | - | 800 | - | - | - | - | - | - | 66,681 | - | 27,151,515 |

**Cash Transactions**

| Legal Entity | Account Name | Account Number (last four digits) | Date | Transaction Description | Amount |
|---|---|---|---|---|---|
| Powin LLC | Powin LLC-Payroll | 2687 | 6/25/2025 | ACH CONCENTRATION CREDIT ACH CASH CONCENTRATION CONT ROCKY MOUNT-HSACONTRBT Cont Rock HSAcontrbt 835897 | 300 |
| Powin LLC | Powin LLC-Payroll | 2687 | 6/25/2025 | ACH CONCENTRATION CREDIT ACH CASH CONCENTRATION CONT ROCKY MOUNT-HSACONTRBT Cont Rock HSAcontrbt 835895 | 400 |
| Powin LLC | Powin LLC-Payroll | 2687 | 6/25/2025 | ACH CONCENTRATION CREDIT ACH CASH CONCENTRATION CONT ROCKY MOUNT-HSACONTRBT Cont Rock HSAcontrbt 835894 | 25 |
| Powin LLC | Powin LLC-Payroll | 2687 | 6/24/2025 | ACH PAYMENT ACH CORP TRADE PAYMENT TO EMPOWER EMPOWER EMPOWER 180032853264 | (395) |
| Powin LLC | Powin LLC-Payroll | 2687 | 6/24/2025 | ACH PAYMENT ACH CORP TRADE PAYMENT TO EMPOWER EMPOWER EMPOWER 180032853263 | (75,802) |
| Powin LLC | Powin LLC-Payroll | 2687 | 6/20/2025 | ACH PAYMENT ACH CASH DISBURSEMENT ROCKY MOU-REPLENPAYM Replen Ro ReplenPaym 815159 | (13,538) |
| Powin LLC | Powin LLC-Payroll | 2687 | 6/20/2025 | ACH PAYMENT ACH CASH DISBURSEMENT CONT ROCKY MOUNT-HSACONTRBT Cont Rock HSAcontrbt 818023 | (5,203) |
| Powin LLC | Powin LLC-Payroll | 2687 | 6/18/2025 | OUTGOING MONEY TRANSFER 57SEND FED WELLS FARGO BANK, N.A.*BNF:KRONOS SAASHR INC,RO NJ 086 763594 US,3040 ROUTE 22 WEST *MEFEDSEQ:B1Q8984C001405*TIME:0838*Y OUR REF:169365048 | (268,202) |
| Powin LLC | Powin LLC-Payroll | 2687 | 6/18/2025 | OUTGOING MONEY TRANSFER 57SEND FED WELLS FARGO BANK, N.A.*BNF:KRONOS SAASHR INC,RO NJ 088 763594 US,3040 ROUTE 22 WEST *MEFEDSEQ:B1Q8984C001495*TIME:0810*Y OUR REF:169351979 | (449,583) |
| Powin LLC | Powin LLC-Payroll | 2687 | 6/18/2025 | ACH PAYMENT ACH CASH DISBURSEMENT KRONOS SAASHR IN-EDI PYMNTS Kronos Sa EDI PYMNTS 841845G3F/U29KWH | (656) |
| Powin LLC | Powin LLC-Payroll | 2687 | 6/18/2025 | ACH PAYMENT ACH CASH DISBURSEMENT KRONOS SAASHR IN-EDI PYMNTS Kronos Sa EDI PYMNTS 841845G3F/U29KWH | (2,495) |
| Powin LLC | Powin LLC-Payroll | 2687 | 6/17/2025 | ACH PAYMENT ACH CASH CONCENTRATION REPLEN ROCKY MOU-REPLENPAYM Replen Ro ReplenPaym 797033 | (14,715) |
| Powin LLC | Powin LLC-Payroll | 2687 | 6/17/2025 | ACH CONCENTRATION CREDIT ACH CASH CONCENTRATION POWIN ENERGY COR-REFUND POWIN ENE REFUND POW1010 | 1,509 |
| Powin LLC | Powin LLC-Payroll | 2687 | 6/16/2025 | ACH CONCENTRATION CREDIT ACH CASH CONCENTRATION POWIN ENERGY COR-REFUND POWIN ENE REFUND POW1010 | 12 |
| Powin LLC | Powin LLC-Payroll | 2687 | 6/13/2025 | ACH CONCENTRATION CREDIT ACH CASH CONCENTRATION POWIN ENERGY COR-REFUND POWIN ENE REFUND POW1010 | 13,339 |
| Powin LLC | Powin LLC-Payroll | 2687 | 6/11/2025 | ACH CONCENTRATION CREDIT ACH CASH CONCENTRATION POWIN ENERGY COR-REFUND POWIN ENE REFUND POW1010 | 4,491 |
| Powin LLC | Powin LLC-Payroll | 2687 | 6/10/2025 | ACH PAYMENT ACH CASH DISBURSEMENT REPLEN ROCKY MOU-REPLENPAYM Replen Ro ReplenPaym 779579 | (13,918) |
| Powin LLC | Powin LLC-Payroll | 2687 | 6/10/2025 | ACH PAYMENT ACH CORP TRADE PAYMENT TO EMPOWER EMPOWER 695599385797 | (277,787) |
| Powin LLC | Powin LLC-Payroll | 2687 | 6/10/2025 | ACH PAYMENT ACH CORP TRADE PAYMENT TO EMPOWER EMPOWER 695599385796 | (15,233) |
| Powin LLC | Powin LLC - AP2 | 0816 | 6/30/2025 | BOOK TRANSFER DEBIT 45BOOK DEBIT POWIN LLC*BNF:POWIN LLC,TUALATIN OR/US,2.0550 SW 115TH AVE*BBI:/DAS/REF:196877701YYM*STBOOK*TIME:1649*YOUR REF:UTILITY DEPOSIT*OUR REF:181654607 | (14,000) |
| Powin LLC | Powin LLC - AP2 | 0816 | 6/26/2025 | ACH PAYMENT ACH PAYMENT TO DEEL, INC.-DEEL INC. Deel Inc. Deel Inc. ST-06NGRRU7B3HS | (2,660) |
| Powin LLC | Powin LLC - AP2 | 0816 | 6/24/2025 | ACH PAYMENT ACH PAYMENT TO DEEL, INC.-DEEL INC. Deel Inc. Deel Inc. ST-WSIZP6F8i26 | (37,410) |
| Powin LLC | Powin LLC - AP2 | 0816 | 6/24/2025 | INCOMING MONEY TRANSFER 53RECD FED JPMORGAN CHASE BANK*ORG:FLEXGEN POWER SYSTEMS, LLC,DUR HAM NC 27701-3674 US,280 S*BNF:POWIN LLC,20550 SW 115TH AVE*OBI:DIPS FACILITY FLEXGEN POWER SYSTEMS LLC *STFEDSEQ:B1Q8983R003140*TIME:1550*YOUR REF:ATS OF 25/06/24*O | 10,000,000 |
| Powin LLC | Powin LLC - AP2 | 0816 | 6/24/2025 | BOOK TRANSFER DEBIT 47BOOK DEBIT POWIN LLC*BK:HONG KONG BANK OF CANADA TOR,NORTH VOR K ON M2H 3S7,3381*BBK:CENTRAL 1 CREDIT UNION,VANCOUVER,1441 CREE KSIDE DRIVE*BNF:ASHBAUGH ENERGY,CANADA,FORT ERIE, ON, L2A 0E8,396 , HUMME*BBI:/DAS/REF:5931770002BV /GETR/062225172D/S0. | (46,343) |
| Powin LLC | Powin LLC - AP2 | 0816 | 6/23/2025 | ACH PAYMENT ACH PAYMENT TO ROCKY MTN RES OP-PAYMENT ROCKY MTN PAYMENT 4762 | (932) |
| Powin LLC | Powin LLC - AP2 | 0816 | 6/23/2025 | FOREIGN REMITTANCE DEBIT 38SEND CHIP BANK OF AMERICA N.A.*BBK:BANK OF AMERICA, N.A. SHANGH AI,SHANGHAI,55, INTL FINANCE*BNF:INTERTEK TESTING SERVICES LTD*BB I:/DAS/REF:14077700Z0G1*STCHIPSEQ:0074136G*TIME:1548*YOUR REF:POS T PETITION*OUR REF:174533110 | (1,533) |
| Powin LLC | Powin LLC - AP2 | 0816 | 6/18/2025 | OUTGOING MONEY TRANSFER 57SEND FED TRUST BANK*BNF:AFCO,UNITED STATES,CHARLOTTE, NC 28202 ,TRUST 214 N TRYO*BBI:/DAS/REF:83937H601V3F*STFEDSEQ:B1Q8984C000 270*TIME:2216*YOUR REF:QW 2641231A-1*OUR REF:169013329 | (189,892) |
| Powin LLC | Powin LLC - AP2 | 0816 | 6/17/2025 | DEPOSIT TRANSFER FROM CHECKING ACCOUNT ENDING IN 2679 | 4,800,000 |
| Powin LLC | Powin LLC - AP2 | 0816 | 6/17/2025 | MONTHLY CHARGE Bank Charges for the per 01MAY2025 TO 31MAY2025 Invoice No 2136754 | (613) |
| Powin LLC | Powin LLC - AP2 | 0816 | 6/16/2025 | BOOK TRANSFER DEBIT 45BOOK DEBIT POWIN LLC*BNF:FESTIVAL HYDRO INC.,CANADA,STRATFORD, ON, N5A 2M6,B-187,*BBI:/DAS/REF:408476Q00LKG /GETR/062202116D/S0. 739117 /GTRN*EXCH:CAD 1090.09 AT 0.7391170*RPBOOK*TIME:1116*YO UR REF:408476Q00LKG*OUR REF:167010846*TMS:2025-06-13T23:47:59 | (806) |
| Powin LLC | Powin LLC - AP2 | 0816 | 6/16/2025 | BOOK TRANSFER DEBIT 45BOOK DEBIT POWIN LLC*BNF:FESTIVAL HYDRO INC.,CANADA,STRATFORD, ON, N5A 2M6,B-187,*BBI:/DAS/REF:77947Q00W7C /GETR/062202117D/S0. 739117 /GTRN*EXCH:CAD 296.66 AT 0.7391170*RPBOOK*TIME:1116*YOUR REF:167012199*TMS:2025-06-14T00:03:16 | (219) |
| Powin LLC | Powin LLC - AP2 | 0816 | 6/16/2025 | BOOK TRANSFER DEBIT 46BOOK DEBIT POWIN LLC*BBK:CANADIAN IMPERIAL BANK OF COMMERCE,TOR ONTO,81 BAY STREET*BNF:N-SCI TECHNOLOGIES INC,CANADA,SAULT STE MA RIE, ON, P6B 0*BBI:/DAS/REF:193779Q01GXH /GETR/062202120 1/S0.7391 17 /GTRN*EXCH:CAD 1297.52 AT 0.7391170*RPBOOK*TIME:1116 | (959) |
| Powin LLC | Powin LLC - AP2 | 0816 | 6/13/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 2790760001HL7 338030816 0001500000279076Q01HL72025061 3HNET HLD | (15,000) |
| Powin LLC | Powin LLC - AP2 | 0816 | 6/13/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 524676Q00Q6V 338030816 000310023553467600Q6V2025061 3HNET HLD | (31,002) |
| Powin LLC | Powin LLC - AP2 | 0816 | 6/13/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 043076Q00Q1K 338030816 0005696447043076Q00Q1K2025061 3HNET HLD | (56,964) |
| Powin LLC | Powin LLC - AP2 | 0816 | 6/13/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 380976Q01SH0 338030816 000339300038097 6Q01SH402025061 3HNET HLD | (33,930) |
| Powin LLC | Powin LLC - AP2 | 0816 | 6/13/2025 | OUTGOING MONEY TRANSFER 57SEND FED BANK OF AMERICA N.A.*BNF:CAPGEMINI AMERICA, INC.*BBI:/ DAS/REF:87857Q01WKG*STFEDSEQ:B1Q8982C005705*TIME:1806*YOUR REF:P OST-PETITION*OUR REF:164492350 | (47,000) |
| Powin LLC | Powin LLC - AR | 2679 | 6/30/2025 | ACH CONCENTRATION CREDIT ACH CASH CONCENTRATION GLIDEPATH POWER-PAYMENTS GLIDEPATH PAYMENTS 9000000013071706 | 2,510 |
| Powin LLC | Powin LLC - AR | 2679 | 6/30/2025 | ACH CONCENTRATION CREDIT ACH CASH CONCENTRATION HECATE ENERGY-PAYMENT Hecate En Payment POWLLC | 1,126 |
| Powin LLC | Powin LLC - AR | 2679 | 6/30/2025 | ACH CONCENTRATION CREDIT ACH CASH CONCENTRATION STRATA SOLAR SER-EFT STRATA SO EFT 5184 | 618 |
| Powin LLC | Powin LLC - AR | 2679 | 6/24/2025 | FOREIGN REMITTANCE DEBIT 37SEND CHIP JPMORGAN CHASE BANK*BNF:GLAS USA LLC AS AGENT - POWIN LLC,UNITED STATES OF AMERI*OBI:DACA*RPCHIPSEQ:00518448*TIME:1250 *YOUR REF:NONE*OUR REF:175013570 | (4,000,000) |
| Powin LLC | Powin LLC - AR | 2679 | 6/18/2025 | FOREIGN REMITTANCE DEBIT 37SEND CHIP JPMORGAN CHASE BANK*BNF:GLAS USA LLC AS AGENT-POWIN L LC,UNITED STATES OF AMERICA*RPCHIPSEQ:00601084*TIME:1550*YOUR REF NONE*OUR REF:169476682 | (4,000,000) |
| Powin LLC | Powin LLC - AR | 2679 | 6/17/2025 | CHECK PAID TRANSFER TO CHECKING ACCOUNT ENDING IN 0816 | (4,800,000) |
| Powin LLC | Powin LLC - AR | 2679 | 6/17/2025 | MONTHLY CHARGE Bank Charges for the per 01MAY2025 TO 31MAY2025 Invoice No 2128210 | (183) |
| Powin LLC | Powin LLC - AR | 2679 | 6/12/2025 | ACH CONCENTRATION CREDIT ACH CORP TRADE PAYMENT FROM FAMI Limited FAMI Lim C004313237 C004313237 | 10,023 |
| Powin LLC | Powin LLC - AR | 2679 | 6/11/2025 | INCOMING MONEY TRANSFER 53RECD FED BANKERS TRUST COMPANY*ORG:BERKSHIRE HATHAWAY ENERGY CO MPANY,DES MOINES IA 50306-06*BNF:POWIN LLC,20550 SW 115TH AVE*OBI:INVOICE: INV4268, INV4297*STFEDSEQ:B1 Q8981R003407*TIME:1629*YOUR REF:251621001260222*OUR REF:16 | 5,760,877 |
| Powin LLC | Powin LLC - AR | 2679 | 6/11/2025 | FOREIGN REMITTANCE CREDIT 33RECD CHIP CITIBANK NA*ORG:1/GALP PARQUES FOTOVOLTAICOS ALCOU *,3 /PT/LISBOA,2/RUA TO*OGB:BANCO BPI SA,PORTO,RUE TENENTE VALADIM 28 4*BNF:POWIN LLC,TUALATIN OR/US,20550 SW 115TH AVE*OBI INV4225/6 + REG 2191*STCHIPSEQ:00117221*TIME:0040*YOUR REF:NC | 7,478 |
| Powin LLC | Powin LLC-EUR | -001 | 12/06/2025 | Bank Charges for the per 01MAY2025 TO 31MAY2025 Invoice No 436799 | (293) |
| Powin LLC | Powin LLC Investment | 4346 | 1/0/1900 | BOOK TRANSFER CREDIT INTEREST PAID FROM 05/28/25 THRU 06/29/25 | 0.64 |
| Powin LLC | Powin LLC - SBLC | 4567 | 6/30/2025 | BOOK TRANSFER CREDIT INTEREST PAID FROM 05/28/25 THRU 06/29/25 | 0.08 |
| Powin China Holdings 2, LLC | POWIN CHINA HOLDINGS 2 LLC | 8092 | 1/0/1900 | MONTHLY CHARGE Bank Charges for the per 01MAY2025 TO 31MAY2025 Invoice No 2130088 | (35) |
| Powin LLC | Powin LLC - JPM 1172 | 1172 | 6/17/2025 | Account Analysis Settlement Charge | (939) |
| Powin LLC | Powin LLC - JPM 1172 | 1172 | 6/18/2025 | Deposit | 90,059 |
| Powin LLC | Powin LLC - JPM 1172 | 1172 | 6/27/2025 | Deposit | 56,908 |
| Powin LLC | Powin LLC - JPM 1893 | 1893 | 6/18/2025 | Account Analysis Settlement Charge | (123) |

**Part 2 - Balance Sheet as of June 30th 2025**

| Legal Entity | Powin, LLC | Powin Project LLC | Powin China Holdings 1, LLC | Powin China Holdings 2, LLC | Charger Holdings, LLC | Powin Energy Ontario Storage, LLC | Powin Energy Operating Holdings, LLC | Powin Energy Operating, LLC | PEOS Holdings, LLC | Powin Energy Storage 2, Inc | Powin Energy Ontario Storage II LP | Powin Canada B.C. Ltd | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | | |
| Cash and cash equivalents | 27,084,033 | - | - | 800 | - | - | - | - | - | - | 66,681 | - | 27,151,514 |
| Accounts receivable, net | 79,955,033 | - | 861,576 | - | - | 4,857,259 | - | - | - | - | - | 828,749 | 90,070,955 |
| Contract assets | 136,586,367 | - | - | - | - | - | - | - | - | - | - | - | 136,586,367 |
| Advances to suppliers | 22,155,044 | - | - | - | - | - | 3,692,441 | - | - | - | - | - | 25,847,486 |
| Inventory, net | 92,138,170 | - | - | - | - | - | - | - | - | - | - | - | 92,138,170 |
| Deferred contract costs, current | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other assets, current | 2,923,006 | - | - | - | - | 195,849 | - | - | - | - | 10,719 | - | 3,129,575 |
| **Total Current Assets** | **360,841,653** | **-** | **861,576** | **800** | **-** | **5,053,109** | **7,260,780** | **-** | **-** | **-** | **77,400** | **828,749** | **374,824,066** |
| | | | | | | | | | | | | | |
| Restricted cash, non-current | 8,149,238 | - | - | - | - | - | - | - | - | - | - | - | 8,149,238 |
| Property and equipment, net | 4,588,469 | - | - | - | - | - | - | - | - | - | 1,866,074 | - | 6,454,543 |
| Intangible assets, net | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Investment in subsidiaries | 68,210,155 | - | - | 8,714,501 | - | - | - | - | - | - | - | - | 76,924,656 |
| Other assets, non-current | 23,038,333 | - | - | - | - | 214,990 | - | - | - | - | - | - | 23,253,323 |
| **Total Assets** | **464,827,849** | **-** | **861,576** | **8,715,301** | **-** | **5,268,099** | **7,260,780** | **-** | **-** | **-** | **1,943,473** | **828,749** | **489,705,826** |
| | | | | | | | | | | | | | |
| **LIABILITIES and MEMBERS DEFICIT** | | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | | |
| Accounts payable | (350,646,600) | - | (56) | (600,000) | - | (16,598,792) | - | (197,389) | - | - | (1,087,690) | - | (369,130,527) |
| Accrued expenses | (6,656,768) | - | - | - | - | - | - | - | - | - | - | - | (6,656,768) |
| Deferred revenue, current | (193,805,271) | - | - | - | - | - | - | - | - | - | - | - | (193,805,271) |
| Customer refunds payable, current | (24,601,200) | - | - | - | - | 0 | - | - | - | - | - | - | (24,601,200) |
| Taxes payable | (10,546,785) | - | - | - | - | - | - | - | - | - | (9,832) | - | (10,556,617) |
| Line of credit, current | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other liabilities, current | (20,909,991) | - | - | - | - | (39,278) | - | - | - | - | - | - | (20,949,269) |
| **Total Current Liabilities** | **(607,166,615)** | **-** | **(56)** | **(600,000)** | **-** | **(16,638,070)** | **-** | **(197,389)** | **-** | **-** | **(1,097,522)** | **-** | **(625,699,652)** |
| | | | | | | | | | | | | | |
| Deferred revenue, non-current | (20,617,491) | - | - | - | - | - | - | - | - | - | - | - | (20,617,491) |
| Line of credit, non-current | (17,966,323) | - | - | - | - | - | - | - | - | - | - | - | (17,966,323) |
| Other liabilities, non-current | (99,146,931) | - | - | - | - | (249,165) | - | - | - | - | (2,180,254) | - | (101,576,350) |
| **Total Liabilities** | **(744,897,360)** | **-** | **(56)** | **(600,000)** | **-** | **(16,887,234)** | **-** | **(197,389)** | **-** | **-** | **(3,277,776)** | **-** | **(765,859,816)** |
| | | | | | | | | | | | | | |
| **Members deficit** | | | | | | | | | | | | | |
| Partners' equity | (67,530,215) | - | (2,640,598) | (6,406,042) | - | - | - | - | - | - | - | (841,772) | (77,418,627) |
| Partners' equity - preferred | (313,868,938) | - | - | - | - | - | - | - | - | - | - | - | (313,868,938) |
| Accumulated deficit | 661,467,676 | - | 1,779,079 | (2,429,918) | - | 11,619,135 | (7,260,780) | 197,389 | - | - | 1,337,418 | (7,785) | 666,702,214 |
| Accumulated other comprehensive income | 988 | - | - | 720,660 | - | - | - | - | - | - | (3,115) | 20,808 | 739,341 |
| **Total Members' Deficit** | **280,069,511** | **-** | **(861,519)** | **(8,115,301)** | **-** | **11,619,135** | **(7,260,780)** | **197,389** | **-** | **-** | **1,334,303** | **(828,749)** | **276,153,990** |
| | | | | | | | | | | | | | |
| **Total Liabilities and Members' Deficit** | **(464,827,849)** | **-** | **(861,576)** | **(8,715,301)** | **-** | **(5,268,099)** | **(7,260,780)** | **-** | **-** | **-** | **(1,943,473)** | **(828,749)** | **(489,705,826)** |

**Part 2a - Accounts Receivable as of June 30th 2025**

| Legal Entity | Less than 90 days | Greater than 90 Days | Total AR |
|---|---|---|---|
| **Powin LLC** | | | |
| Airway Services LLC | - | 1,054,153 | 1,054,153 |
| Akaysha Energy | (2,447,020) | 5,956,953 | 3,509,932 |
| Ameresco, Inc | (100,017) | 321,640 | 221,623 |
| Apex Clean Energy | 65,341 | (189,551) | (124,210) |
| Arizona Electric Power Cooperative | - | - | - |
| Arroyo Energy : KMC Thermo | 45,704 | 165,201 | 210,905 |
| Auto Chen Ltd | - | 32,957 | 32,957 |
| BHE Renewables | 5,191,931 | - | 5,191,931 |
| Celestica LLC - Monterrey | - | 2,375 | 2,375 |
| Convergent | 163,702 | - | 163,702 |
| DTE Energy | 863,621 | - | 863,621 |
| EDF Renewables, Inc. | 557,085 | 1,668,505 | 2,225,590 |
| EDPR NA DG O&M LLC. | - | 53,406 | 53,406 |
| EnergyRe | 71,358 | - | 71,358 |
| esVolta, LP | 4,366,766 | 95,625 | 4,462,391 |
| GALP | 49,400 | - | 49,400 |
| Go Electric Inc. | 23,885 | - | 23,885 |
| Hecate Energy LLC | 1,126 | - | 1,126 |
| Idaho Power Company | 5,282,061 | 6,099,256 | 11,381,317 |
| Invenergy Storage Development LLC | 253,370 | 2,297,339 | 2,550,709 |
| Jupiter Power, LLC | 71,015 | 71,015 | 142,030 |
| Keller's Inc. | - | 57,000 | 57,000 |
| Leeward Energy | (15,333,469) | - | (15,333,469) |
| Longroad BESS Procurement, LLC | 5,510,581 | 4,670,646 | 10,181,227 |
| Mesa Technical Associates, Inc. | - | 52,120 | 52,120 |
| Mitsubishi Power Americas, Inc. | 533,307 | 15,547,605 | 16,080,911 |
| Ormat Technologies | (1,393,879) | 9,972,415 | 8,578,536 |
| PNM | - | 5,000 | 5,000 |
| PureSky Energy Inc. | 100,490 | 57,926 | 158,416 |
| Rappahannock Electric Cooperative | - | 241,659 | 241,659 |
| Sierra Bio Laboratory, Inc. | - | 35,198 | 35,198 |
| Solvida Energy Group Inc. | - | 240,758 | 240,758 |
| Southern Current LLC | - | 270,000 | 270,000 |
| Stephen Izzi Trucking & Rigging Inc. | - | 6 | 6 |
| Strata Solar, LLC | 8,203 | 126,503 | 134,706 |
| **Total** | **3,884,561** | **48,905,709** | **52,790,270** |
| **Powin Energy Ontario Storage, LLC** | | | |
| AKA Group | 603,750 | - | 603,750 |
| Honeywell Limited | 156,417 | 1,558,764 | 1,715,181 |
| Saturn Power Inc. | 15,378 | 20,102 | 35,480 |
| **Total** | **775,545** | **1,578,866** | **2,354,411** |
| **Total Accounts Receivable** | **4,660,106** | **50,484,576** | **55,144,682** |

**Part 2f - Postpetition Payables as of June 30th 2025**

| Legal Entity | Current | 0 - 30 Days | Postpetition Payable to Creditor |
|---|---|---|---|
| **Powin, LLC** | | | |
| FlexGen Power Systems LLC (DIP Financing) | 10,000,000 | - | 10,000,000 |
| RH Shipping & Chartering (USA) LLC | 54,950 | 1,472 | 56,422 |
| Mainfreight Air & Ocean Pty Ltd | 48,900 | - | 48,900 |
| Tech Heads Inc. | 33,343 | - | 33,343 |
| McCarter & English, LLP | 25,000 | - | 25,000 |
| Matrix Networks | 11,981 | 12,859 | 24,839 |
| MCPc, Inc. | 9,448 | - | 9,448 |
| HubSpot Inc. | 4,170 | - | 4,170 |
| Williams Scotsman, Inc (dba WillScot) | 4,109 | 512 | 4,621 |
| Concur Technologies, Inc. | 3,287 | - | 3,287 |
| Mobile Mini, Inc. | 951 | 2,881 | 3,832 |
| Xerox Financial Services LLC | 2,755 | - | 2,755 |
| Intertek Testing Services Ltd Shanghai | 2,269 | - | 2,269 |
| Starlink | - | 2,172 | 2,172 |
| Vision Service Plan | - | 1,332 | 1,332 |
| Cintas Fire Protection | 1,227 | - | 1,227 |
| Mobile Modular Portable Storage | - | 1,024 | 1,024 |
| Comcast | 983 | - | 983 |
| GreEnergy Resources | - | 972 | 972 |
| Atlassian Pty Ltd | - | 947 | 947 |
| United Site Services Northeast, Inc. | 747 | - | 747 |
| N-Sci Technologies Inc. | 678 | - | 678 |
| Royal Refresh | 642 | - | 642 |
| United Site Services of Florida, LLC | - | 314 | 314 |
| Copytronix | 296 | - | 296 |
| Oracle America, Inc. | 261 | - | 261 |
| TestEquity LLC | 136 | - | 136 |
| UKG Inc. | 79 | - | 79 |
| **Total Postpetition Payables** | **10,206,212** | **24,484** | **10,230,696** |

**Part 4 - Statement of Operations**

| Legal Entity | Powin LLC | Powin Project LLC | Powin China Holdings 1, LLC | Powin China Holdings 2, LLC | Charger Holdings, LLC | Powin Energy Ontario Storage, LLC | Powin Energy Operating Holdings, LLC | Powin Energy Operating, LLC | PEOS Holdings, LLC | Powin Energy Storage 2, Inc | Powin Energy Ontario Storage II LP | Powin Canada B.C. Ltd | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | | | |
| Income | | | | | | | | | | | | | |
| Receipts | 5,782,632 | | | | | | | | | | | | 5,782,632 |
| Total Income | 5,782,632 | | | | | | | | | | | | 5,782,632 |
| **Gross Profit** | **5,782,632** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **5,782,632** |
| **Expense** | | | | | | | | | | | | | - |
| Employee & Related Expenses | | | | | | | | | | | | | - |
| Salaries | (701,585) | | | | | | | | | | | | (701,585) |
| Employee 401k | (383,932) | | | | | | | | | | | | (383,932) |
| Benefits - HSA | (32,865) | | | | | | | | | | | | (32,865) |
| Foreign Salaries Expenses | (40,070) | | | | | | | | | | | | (40,070) |
| **Total Employee & Related Expenses** | **(1,158,452)** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **(1,158,452)** |
| Non-capex equipment & related | | | | | | | | | | | | | |
| Software | (94,876) | | | | | | | | | | | | (94,876) |
| **Total Non-capex equipment & related** | **(94,876)** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **(94,876)** |
| Office & administrative expenses | | | | | | | | | | | | | |
| Bank fees | (2,152) | | | (35) | | | | | | | | | (2,187) |
| Rent | (121,897) | | | | | | | | | | | | (121,897) |
| Utilities | (1,984) | | | | | | | | | | | | (1,984) |
| Insurance | (189,892) | | | | | | | | | | | | (189,892) |
| **Total Office & administrative expenses** | **(315,925)** | **-** | **-** | **(35)** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **(315,960)** |
| Other Expenses | (15,000) | | | | | | | | | | | | (15,000) |
| **Total - Expense** | **(1,584,254)** | **-** | **-** | **(35)** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **(1,584,289)** |
| Other Income | 0.7 | | | | | | | | | | | | 0.7 |
| **Net Income** | **4,198,379** | **-** | **-** | **(35)** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **4,198,344** |

**Part 7a - Payments made on prepetition debt**

| Transaction | Description | Amount | Date |
|---|---|---|---|
| **Powin LLC** | | | |
| Rocky Mountain Reserve | Benefits - FSA | 13,918 | 06/10/25 |
| Empower | Employee 401k | 277,787 | 06/10/25 |
| Empower | Employee 401k | 15,233 | 06/10/25 |
| Bank Fees | Bank fees | 293 | 06/12/25 |
| Bank Fees | Bank fees | 613 | 06/17/25 |
| Bank Fees | Bank fees | 183 | 06/17/25 |
| Bank Fees | Bank fees | 35 | 06/17/25 |
| Bank Fees | Bank fees | 939 | 06/17/25 |
| Payroll Disbursement | Salaries | 268,202 | 06/18/25 |
| Payroll Disbursement | Salaries | 449,583 | 06/18/25 |
| Payroll Disbursement | Salaries | 2,495 | 06/18/25 |
| Insurance | Insurance | 189,892 | 06/18/25 |
| KKR | Adequate Assurance Payment | 4,000,000 | 06/18/25 |
| Bank Fees | Bank fees | 123 | 06/18/25 |
| Rocky Mountain Reserve | Benefits - HSA | 932 | 06/23/25 |
| Empower | Employee 401k | 395 | 06/24/25 |
| Empower | Employee 401k | 75,802 | 06/24/25 |
| Deel | Salaries | 37,410 | 06/24/25 |
| KKR | Adequate Assurance Payment | 4,000,000 | 06/24/25 |

**Part 7c - Payments made to insiders**

| Name of Executive | Title | Date of Payment | Gross Earnings | Total Deductions | Total Taxes | Net Earnings |
|---|---|---|---|---|---|---|
| Fleischhauer, Kirk | Chief Operating Officer | 6/20/2025 | 17,265 | 1,216 | 2,813 | 13,236 |
| Kane, Brian | CEO effective 6/7/25 (formerly Chief Projects Officer) | 6/20/2025 | 19,650 | 1,955 | 4,836 | 12,860 |
| Paprzycki, Kevin A. | Chief Financial Officer | 6/20/2025 | 18,854 | 3,092 | 4,589 | 11,173 |
| Paulson, Chad | General Counsel | 6/20/2025 | 12,516 | 1,806 | 2,828 | 7,882 |
| Lu, Danny | Former Head of Sales – North America | 6/10/2025 | 47,557 | 4,756 | 20,598 | 22,203 |
| Khurana, Himanshu | Former Chief Technology Officer | 6/20/2025 | 14,439 | 932 | 4,620 | 8,887 |
| Waters, Jeffrey | Former CEO (until 6/6/25) | 6/10/2025 | 10,577 | 740 | 3,148 | 6,688 |
| Bennett, Michael | Former Chief Transformation Officer | 6/20/2025 | 5,391 | 652 | 1,362 | 3,377 |
| **Total** | | | **146,249** | **15,149** | **44,794** | **86,306** |

**General Notes:**

The financial information contained in this *Monthly Operating Report for the Period June 9, 2025, Through June 30, 2025* (the "MOR")[1] is unaudited, limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly reporting requirements for chapter 11 debtors as promulgated by the Office of the United States Trustee. The general notes, statement of limitation, methodology, and disclaimers below the "General Notes" are intended to further describe, disclaim, and explain the presentation of information in the Debtors' first MOR.

The information in the MOR was derived from the Debtors' books and records available at the time of such preparation, but such information was not in all circumstances subject to certain procedures typically applied to such data for U.S. Generally Accepted Accounting Principles ("GAAP") or for reporting purposes under the securities laws, rules and regulations of the United States.

KPMG has historically served as the Debtors' primary external accounting advisor, and without KPMG's support the Debtors cannot prepare an accurate set of monthly financial statements for fiscal year 2025. More specifically, the Debtors' Enterprise Resource Planning ("ERP") system does not record revenue or cost-of-goods-sold transactions in an automated manner. As a result, critical components such as revenue recognition and the corresponding cost of goods sold require significant manual intervention. This manual process is highly complex, time-consuming, and resource intensive, making the production of a monthly financial statement challenging to complete within normal reporting timelines—especially without dedicated external support. Consequently, the Debtors previously engaged KPMG to assist with preparing the necessary manual entries for both revenue and cost of goods sold needed for financial reporting. For 2025, the manual entries to record revenue and cost of goods sold have not been produced because the Debtors are not currently working with KPMG given the financial circumstances. Notwithstanding the forgoing, the Debtors have made a good faith attempt to reconcile financial activity in 2025 through the Petition Date and 6/30/2025 in connection with preparing the MOR.

The Debtors' historical financial reporting processes have been shaped by a combination of ERP system limitations, manual updates and corrections, and significant dependency on external bookkeeping support from KPMG.

- ERP System: NetSuite is used as the core accounting system, but as exists today, it lacks the complete functionality to support the Debtors' project-based manufacturing and delivery model.

- Supplemental Workflows: Key accounting outputs—particularly around inventory, revenue recognition, and cost of goods sold—are driven by manual Excel-based models maintained by the accounting team and supported by KPMG.

- Cross-functional Gaps: Upstream data (e.g., procurement, logistics, project operations) is

---

[1] Capitalized terms, used but not defined herein, shall have the meanings ascribed to them in the Interim DIP and Cash Collateral Orders

often incomplete or incorrect, requiring accounting to manually fill and correct entries, leading to material delays and risk of misstatement.

As set forth above, KPMG has historically served as the Debtors' primary external accounting advisor, engaged to fill major process and systems gaps. Their support included: (i) Manual preparation of revenue and cost of goods sold (COGS) journal entries due to NetSuite's inability to automate these areas; (ii) development and maintenance of complex Excel workbooks—over 50 per quarter—to handle project-based revenue recognition under ASC 606; (iii) compilation of financial statements and reporting packages to support U.S. and international tax filings; (iv) work performed on a quarterly basis, effectively acting as a de facto close process for the Debtors.

**Revenue and COGS Recognition**: (i) Revenue is tracked manually at the project and customer level using complex Excel models; and (ii) COGS must be manually layered into each revenue workbook due to lack of automated inventory flow or assembly logic.

Inventory Tracking and Valuation: inventory is not tied to projects in NetSuite. Movements between locations are recorded, but not between projects, leading to risk of misstatement unless manually corrected; NetSuite lacks capabilities for project-specific tracking, finished goods assembly, or bill of materials (BOM) logic; documentation is fragmented across SharePoint, email, and Slack, making validation and tie-out highly inefficient; inventory valuation and project alignment are based on manual reconciliation files like the "Total Project Cost File" and "Inventory by Project by Location"; physical counts, delivery reports, and CM (contract manufacturer) data must be manually cross-referenced across multiple sources.

Although the Debtors used reasonable efforts to ensure the accuracy and completeness of the MOR, inadvertent errors or omissions may exist.[2] Considering the above-mentioned limitations, the MOR for any given month may not be comparable to any past or future MOR or any other report and ending and closing balances for all or certain accounts may not agree.
Each signatory to the MOR has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and their agents, advisors, attorneys, and other professionals.  Each signatory has not (and could not have) personally verified the accuracy of each such statement, representation, and answer contained in the MOR.

As of the Petition Date, Powin Energy Operating LLC had 84 employees and as of the close of the Monthly Operating Report (MOR) reporting period, specifically June 30, 2025, there were a total number of 75 employees. These employees are paid from its parent company, Powin LLC. Accordingly, all employee-related disbursements are reported in the Monthly Operating Report (MOR) of Powin LLC.

---

[2] The Debtors and their agents, advisors, attorneys, and other professionals, as applicable, do not guarantee or warrant the accuracy or completeness of the data or other information that is provided in the MOR.

**Attachment "MOR-1"**

Cash was received and disbursed by the Debtors as described in the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Use of Cash Management Procedures, Bank Accounts, and Existing Business Forms; (II) Prohibiting Setoffs and Freezing of Bank Accounts; (III) Modifying Requirements of Section 345(b) of the Bankruptcy Code; and (IV) For Related Relief* [Docket No. 12], which was granted on an interim basis, pursuant to an order entered by the Court on June 13, 2025 [Docket No. 60], cash movements during the period were consistent with the Debtors' historical cash management practices.

For Part 1 of the MOR, "Cash Receipts, and Disbursements," reported cash and receipts and disbursements exclude intercompany and interbank transactions between Debtors (if any).

**Attachments "MOR-2" and "MOR-3"**

The attachment "MOR-2" includes the Debtors' balance sheet as of June 30, 2025. Given that the bankruptcy cases began before the Debtors completed their month-end close, in preparing this MOR, the Debtors were required to make certain estimates and assumptions that affect the amounts of assets and liabilities and reported revenue and expenses. Furthermore, the Debtors' balance sheet is recorded on a book value basis and may not reflect current or actual value. As a result, the balance sheet attached as "MOR-2" should not be relied upon as a GAAP compliant balance sheet or for any purpose, and the Debtors reserve the right to amend, supplement, or otherwise modify MOR-2 at any time.

The attachment "MOR-3," titled "Statement of Operations," includes activity for the calendar month of June 2025. As previously noted, the MOR was not prepared in accordance with GAAP and does not include all the information and disclosures required by GAAP or U.S. federal securities laws. Therefore, there can be no assurance that the financial information presented herein is complete despite the Debtors making commercially reasonable efforts to ensure its completeness.

**Assets and Liabilities**: Since the Debtors maintain their books and records and prepare consolidated financial statements for GAAP reporting purposes, rather than by legal entity and for bankruptcy reporting purposes, certain assets and liabilities may be presented and reported in credit and debit balances, respectively. As a result of the commencement of the chapter 11 cases, payment of prepetition liabilities is subject to orders entered by the Court and otherwise is subject to compromise or other treatment under any chapter 11 plan. Prepetition liabilities that are subject to compromise under ASC 852 are preliminary and may be subject to future adjustments.

### Part 1: Cash Receipts and Disbursements

The MOR presents the receipts and disbursements of the Debtors as well as disbursements made by third parties on the Debtors' behalf for the period from June 9, 2025, through and including June 30, 2025. Please refer to the notes above for information about presentation and limitations that may exist in the MOR.

Debtor Powin LLC received DIP funding in the month of June 2025, pursuant to the terms and conditions of that certain *Interim Order (I) Authorizing the Debtors to Obtain Post-petition*

3

*Operational Cashflow Financing; (II) Granting Liens and Providing Super priority Administrative Expense Claims; (III) Modifying the Automatic Stay; (IV) Scheduling a Final DIP Hearing; and (V) Granting Related Relief* [Docket No. 194] (the "Interim DIP Order").

### Part 2: Asset and Liability Status

The amounts identified in Part 2 of the MOR are generally presented in the same manner as set forth in greater detail in the *Schedules of Assets and Liabilities* and *Statements of Financial Affairs* (together, with the general notes thereto, the "Schedules and Statements") of each Debtor.

Inventory balances are presented based on information from the Debtors' stock ledger and third-party reports (collectively, the "Stock Ledger"), where available, with certain adjustments made based on updated information that management believes presents a more accurate representation of the Debtor's inventory as of the Petition Date. The Debtors did not complete a physical audit or a formal financial close process for 2025 prior to the Petition Date. Accordingly, inventory values are reported at net book value, based on the Debtors' books and records. Additionally, certain of the Debtors' inventory is in the possession of third parties who may assert rights with respect to such inventory.

Inventory that has been delivered to customers this year (totaling $10,221,878 on the Debtors' Stock Ledger) are not included in the Balance Sheet because this inventory did not yet have a journal entry to recognize the cost of the sales as the 2025 financials did not close prior to the Petition Date.

Also, the following off-premise inventory is not included in the Balance Sheet because the value of this inventory is unknown:

- Mobile Mini Inventory – As a normal course of business, the Debtors stored inventory to be used in the commissioning process in containers rented from a vendor (Mobile Mini) at several customer sites. It is unclear if the containers are still at these sites as the Debtors received repossession notices prior to the Petition Date. The quantities and value of these items are not known, so no value has been reported on the Balance Sheet.
- Field Service Storage – As a normal course of business, the Debtors stored parts to be used by its service teams. These parts were stored in various rented containers/ storage units not tracked on the Stock Ledger.  The Debtors consider these parts as expenses incurred.  However, the Debtors may still have claims to these items.

Receivables: The Debtors' total receivables reflect the Debtors' books and records based upon the Debtors' prepetition methodology for determining when to deliver invoices to customers.  The Debtors' receivables, including unbilled receivables discussed below, remain subject to several contingencies that may impact enforceability and collectability as set forth in the *General Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs* [Docket No. 414]. Specifically, (a) certain customers have asserted disputes regarding the Debtors' receivables and underlying contracts, including due to alleged liquidated damages; (b) certain customers have purported to terminate their existing contracts; (c) the Debtors have ceased performing certain customer contracts; (d) the Debtors have sought court approval to reject customer contracts, which, under the Bankruptcy Code, gives rise to a material breach by the Debtors of the underlying

customer contracts [*see* Docket No. 88]; (e) the Debtors have reached settlements with certain customers which compromise certain receivables, which settlements have been approved by the Bankruptcy Court or are pending approval [*see* Docket Nos. 191, 355]; (f) certain ordinary course adjustments could change the amount of the Debtors' billed and unbilled receivables; and (g) certain receivables may not reflect recent and long-standing realized offsets and deductions. There may also be other barriers to collection of the Debtors' customer receivables. The Debtors' receivables have not been adjusted for these contingencies or barriers.

Unbilled receivables of $10,751,957.80 have been included in the total amount of Powin, LLC's receivables. These unbilled receivables represent a contractual right to bill a customer for which Powin, LLC has not formally billed the customer. The Debtors calculated these balances by taking the work performed as of December 31, 2024, to identify these cases, and removing any instance in which Powin, LLC had formally invoiced the customer in 2025. There may have been more instances of unbilled receivables incurred in 2025, but due to the expertise, information, and man hours required, the Debtors are unable to determine that value. Accordingly, the Debtors are only including a value for those unbilled receivables that have been rolled forward from December 31, 2024.

Contract Assets (Earned Revenue before Billing Milestone) represent inventory deliveries, or commissioning work completed, in advance of contractual billing milestones. Due to the expertise, information, and man hours required, the Debtors' have provided the current value as of their latest reporting period December 31, 2024.

Deferred revenue represents invoices the company has issued for goods and services that have not been delivered. Due to the expertise, information, and man hours required, the Debtors' have provided the current value as of their latest reporting period December 31, 2024.

### Part 3: Assets Sold or Transferred

Other than as described herein, during the period covered by this MOR, the Debtors did not, other than in accordance with an order of the Bankruptcy Court, sell or otherwise transfer any of their assets, other than in the ordinary course of their business.

### Part 4: Income Statement (Statement of Operations)

The MOR presents the Debtors' best estimates of their Statements of Operations for the reporting period from June 9, 2025 through and including June 30, 2025. The Statement of Operations has been prepared on a cash basis for each Debtor entity, based solely on recorded cash transactions during the reporting period. Please refer to the notes above for information about presentation and limitations that may exist in the MOR.

### Part 5: Professional Fees and Expenses

For purposes of the Monthly Operating Report and the accurate calculation of U.S. Trustee fees, bankruptcy professional fees shall be deemed incurred upon the disbursement of funds to the Professional Escrow Account, as more fully defined and described in the Interim DIP Order. During the period from June 10, 2025, through and including June 30, 2025, the Debtors did not approve or pay any fees or expenses to their bankruptcy professionals nor fund the Professional Escrow account.

### Part 6: Postpetition Taxes

The Debtors believe that they are current with respect to any postpetition Taxes and Fees that have come due.  With respect to taxes accrued, certain accrued taxes such as income taxes and property taxes are reconciled as part of the Debtors' year-end process and therefore, the balances in the MOR may not reflect year-end accrual true-ups. These amounts are unaudited, and subject to material change.

### Part 7(a): Payments Made on Prepetition Debt

Consistent with the terms and requirements of that certain *Interim Order (I) Authorizing Post petition Use of Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief* [Docket No. 80] (the "Interim Cash Collateral Order"), Powin LLC made payments totaling $8,000,000 to its prepetition secured lenders.

Specifically, the Interim Cash Collateral Order provides for Adequate Protection payments to certain prepetition lenders, which payments are intended to compensate these lenders for the potential diminution in value of their interests in the Prepetition Collateral. Two Adequate Protection payments of $4,000,000 each were made to the Prepetition Agent on June 18, 2025, and June 24, 2025, respectively.

### Part 7(f): Trust Fund Taxes Remitted on a Current Basis

The Company is currently conducting a comprehensive review of its trust fund tax liabilities to determine the precise amounts owed. According to the Company's books and records there are no outstanding trust fund taxes for this MOR reporting period.

### Part 7(g): Postpetition Borrowing, Other than Trade Credit

The following Debtors are borrowers under the DIP Credit Agreement:, (i) Powin Project LLC;(ii) Powin, LLC; (iii) PEOS Holdings, LLC; (iv) Powin China Holdings 1, LLC; (v) Powin China Holdings 2, LLC; (vi) Charger Holdings, LLC; (vii) Powin Energy Ontario Storage, LLC; (viii) Powin Energy Operating Holdings, LLC; and (ix) Powin Energy Operating, LLC

Pursuant to the terms of the Interim DIP Order, on June 24, 2025, Powin LLC received $10,000,000 in cash proceeds from the DIP Financing.