## **CERTIFICATE OF SERVICE**

I, Kevin M. Capuzzi, hereby certify that *Trivergix Group's Limited Objection and Reservation of Rights to the Notice of Deadline to Assert Liens in Connection with Bidding Procedures and Upcoming Sale and Auction* was filed and served on July 22, 2025 via CM/ECF on all parties registered to receive notice in this case.

      */s/ Kevin M. Capuzzi*
      Kevin M. Capuzzi (NJ No. 173442015)