Order Filed on July 22, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

　　Powin, LLC

Case No.: __25-16137__

Chapter: __11__

Hearing Date: _____

Judge: __Michael B. Kaplan__

# ORDER VACATING

#479 Order Authorizing479 Order Authorizing to Retain and Employ Huron Transaction Advisory LLC to Retain and Employ Huron Transaction Advisory LLC

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 22, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court on its own motion finds that the:

#479 Order Authorizing479 Order Authorizing to Retain and Employ Huron Transaction Advisory LLC to Retain and Employ Huron Transaction Advisory LLC

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____7/22/2025_____, be and the same is hereby vacated.

*revised 2/25/14*