Order Filed on July 22, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Powin, LLC | Case No.: 25-16137<br>Chapter: 11<br>Hearing Date:<br>Judge: Michael B. Kaplan |

## ORDER VACATING

#480 Order Authorizing Employment and Retain TOGUT, SEGAL & SEGALL LLP

The relief set forth on the following page is hereby **ORDERED**.

**DATED:** July 22, 2025

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court on its own motion finds that the:

#480 Order Authorizing Employment and Retain TOGUT, SEGAL & SEGALL LLP

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order, dated _____7/22/2025_____, be and the same is hereby vacated.

*revised 2/25/14*