

Order Filed on July 22, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

   Powin, LLC

Case No.:    25-16137

Chapter:    11

Hearing Date:

Judge:    Michael B. Kaplan

## ORDER VACATING

### #481 Order Authorizing Employment and Retain DENTONS US LLP

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 22, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court on its own motion finds that the:

#481 Order Authorizing Employment and Retain DENTONS US LLP

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order, dated     7/22/2025    , be and the same is hereby vacated.

*revised 2/25/14*