| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> Caption in Compliance with D.N.J. LBR 9004-1(b) |
| MAURICE WUTSCHER, LLP <br> 23611 Chagrin Blvd. Suite 207 <br> Beachwood, OH 44122 <br> (216) 220-1129 <br> Attorneys for Creditor AmTrust North America, Inc. on behalf of Wesco Insurance Company <br> Alan C. Hochheiser, Esq. |
| In Re: <br>     Powin, LLC |

Case No.: 25-16137-MBK

Chapter:   11

Honorable Michael B. Kaplan

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of AmTrust North America, Inc. on behalf of Wesco Insurance Company. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

MAURICE WUTSCHER LLP
Alan C. Hochheiser, Esq.
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122

DOCUMENTS:

☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MAURICE WUTSCHER LLP |
| Dated: July 23, 2025 | /s/ Alan C. Hochheiser<br>Alan C. Hochheiser<br>OH Bar No. 0041222<br>23611 Chagrin Blvd. Suite 207<br>Beachwood, OH 44122<br>Tel: (216) 220-1129<br>Email: ahochheiser@mauricewutscher.com<br>Attorneys for AmTrust North America, Inc.<br>on behalf of Wesco Insurance Company |