|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Natasha M. Songonuga, Esquire<br>**ARCHER & GREINER, P.C.**<br>1025 Laurel Oak Road<br>Voorhees, NJ 08043<br>Telephone: (856) 673-3936<br>Facsimile: (856) 795-0574<br>Email: nsongonuga@archerlaw.com<br><br>-and-<br><br>Mathew W. Lauritsen, Esquire<br>**KELL, ALTERMAN & RUNSTEIN, L.L.P.**<br>520 SW Yamhill Street, Suite 600<br>Portland, OR 97204<br>Telephone: (503) 222-3531<br>Facsimile:  (503) 227-2980<br>Email: mlauritsen@kelrun.com<br><br>*Co-Counsel for Lu Pacific Properties, LLC* |

| In Re: | Chapter 11 |
|---|---|
| Powin, LLC, *et al.,*[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

Please take notice that Natasha M. Songonuga, Esquire and Mathew W. Lauritsen, Esquire hereby enter their appearance in the above-referenced bankruptcy proceeding on behalf of creditor, Lu Pacific Properties, LLC ("Creditor").  Natasha M. Songonuga, Esquire and Mathew W. Lauritsen, Esquire enter their appearance pursuant to Section 1109(b) of Chapter 11 of Title 11 of the United States Code, 11

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR  97062.

U.S.C. §§ 101-1330 (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  Pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Bankruptcy Code Sections 342 and 1109(b), Natasha M. Songonuga, Esquire and Mathew W. Lauritsen, Esquire hereby request that they be added to the service list in these cases as follows and that copies of all notices and pleadings given or filed in these cases be given and served upon them at the following addresses:

> Natasha M. Songonuga, Esquire
> **ARCHER & GREINER, P.C.**
> 1025 Laurel Oak Road
> Voorhees, NJ 08043
> Telephone: (856) 673-3936
> Facsimile: (856) 795-0574
> Email: nsongonuga@archerlaw.com
>
> -and-
>
> Mathew W. Lauritsen, Esquire
> **KELL, ALTERMAN & RUNSTEIN, L.L.P.**
> 520 SW Yamhill Street, Suite 600
> Portland, OR 97204
> Telephone: (503) 222-3531
> Facsimile:  (503) 227-2980
> Email: mlauritsen@kelrun.com

Please take further notice that, pursuant to Bankruptcy Code Section 1109(b), the foregoing demands include not only the notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery, telephone facsimile, telegraph, telex or otherwise, filed or made with regard to the case and proceeding referenced herein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the Creditor's rights (i) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to this case and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or of any other rights, claims, actions,

setoffs, or recoupments to which the Creditor is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  July 23, 2025

/s/ Natasha M. Songonuga
Natasha M. Songonuga, Esquire
**ARCHER & GREINER, P.C.**
1025 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (856) 673-3936
Facsimile: (856) 795-0574
Email: nsongonuga@archerlaw.com

Mathew W. Lauritsen, Esquire
**KELL, ALTERMAN & RUNSTEIN, L.L.P.**
520 SW Yamhill Street, Suite 600
Portland, OR 97204
Telephone: (503) 222-3531
Facsimile:  (503) 227-2980
Email: mlauritsen@kelrun.com

*Co-Counsel for Lu Pacific Properties, LLC*