**CERTIFICATE OF SERVICE**

I, Kevin M. Capuzzi, Esq., hereby certify that *Mainfreight's Notice of Lien* was filed and served on July 23, 2025 via CM/ECF on all parties registered to receive notice in this case.

    */s/ Kevin M. Capuzzi*
    Kevin M. Capuzzi (NJ No. 173442015)