**CERTIFICATE OF SERVICE**

I, Kevin M. Capuzzi, Esq., hereby certify that *Mainfreight's Limited Cure Objection and Reservation of Rights to the Notice of Potentially Assumed Executory Contracts and Unexpired Leases* was filed and served on July 23, 2025 via CM/ECF on all parties registered to receive notice in this case.

                                                    */s/ Kevin M. Capuzzi*
                                                    Kevin M. Capuzzi