| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(a)** | |
| **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** <br> Kevin M. Capuzzi (NJ No. 173442015) <br> John C. Gentile, Esq. <br> Noelle B. Torrice (NJ No. 79132013) <br> Continental Plaza II <br> 411 Hackensack Ave., 3rd Floor <br> Hackensack, NJ 07601-6323 <br> Telephone: (302) 442-7010 <br> Facsimile: (302) 442-7012 <br> kcapuzzi@beneschlaw.com <br> jgentile@beneschlaw.com <br> ntorrice@beneschlaw.com <br><br> **VENABLE LLP** <br> Jeffrey S. Sabin (*pro hac vice* forthcoming) <br> Xochitl S. Strohbehn (*pro hac vice* forthcoming) <br> 151 West 42d Street <br> 49th Floor <br> New York, NY 10036 <br> Telephone: (212) 307-5500 <br> Facsimile: (212) 307-5598 <br> JSSabin@venable.com <br> Xochitl.Strohbehn@venable.com <br><br> *Counsel to Mainfreight Distribution Pty Ltd, et al.* | |
| In re: <br><br> Powin, LLC, *et al.*,[1] <br><br>         Debtors. | Chapter 11 <br><br> Case No. 25-16137 (MBK) <br><br> Judge: Michael B. Kaplan <br><br> (Jointly Administered) |

## CERTIFICATION OF JEFFREY S. SABIN, ESQ.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

**JEFFREY S. SABIN**, being of full age, hereby certifies that:

1. I am a partner in the law firm of Venable LLP, proposed co-counsel to Mainfreight Distribution Pty Ltd, et al. in the above captioned chapter 11 cases. My business address is 151 West 42nd Street, 49th Floor, New York, New York 10036.

2. I make this Certification in support of my application to appear in this case pro hac vice pursuant to Local Bankruptcy Rule 9010-1.

3. I am a member of the State Bar of New York, admitted to practice in 1978. I am also admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York, and the United States Courts of Appeals for the Third Circuit.

4. I am a member in good standing of the Bar in each of the jurisdictions in which I am admitted to practice.

5. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

6. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

7. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

[REMAINDER OF PAGE LEFT DELIBERATELY BLANK]

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: New York, New York
July 24, 2025

VENABLE LLP

_____
Jeffrey S. Sabin, Esq.
151 West 42d Street
49th Floor
New York, NY 10036
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
JSSabin@venable.com