| |
|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(a)** <br><br> **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** <br> Kevin M. Capuzzi (NJ No. 173442015) <br> John C. Gentile, Esq. <br> Noelle B. Torrice (NJ No. 79132013) <br> Continental Plaza II <br> 411 Hackensack Ave., 3rd Floor <br> Hackensack, NJ 07601-6323 <br> Telephone: (302) 442-7010 <br> Facsimile: (302) 442-7012 <br> kcapuzzi@beneschlaw.com <br> jgentile@beneschlaw.com <br> ntorrice@beneschlaw.com <br><br> **VENABLE LLP** <br> Jeffrey S. Sabin (*pro hac vice* forthcoming) <br> Xochitl S. Strohbehn (*pro hac vice* forthcoming) <br> 151 West 42d Street <br> 49th Floor <br> New York, NY 10036 <br> Telephone: (212) 307-5500 <br> Facsimile: (212) 307-5598 <br> JSSabin@venable.com <br> Xochitl.Strohbehn@venable.com <br><br> *Counsel to Mainfreight Distribution Pty Ltd, et al.* |
| In re: <br><br> Powin, LLC, *et al.*,[1] <br><br>         Debtors. |

Chapter 11

Case No. 25-16137 (MBK)

Judge: Michael B. Kaplan

(Jointly Administered)

**APPLICATION FOR AN ORDER FOR ADMISSION *PRO HAC VICE* FOR XOCHITL S. STROHBEHN**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the admission pro hac vice of Xochitl S. Strohbehn, Esq., of the law firm of Venable LLP, to represent Mainfreight Distribution Pty. Ltd. *et al.* in the above-captioned chapter 11 case. In support of this application, counsel submits the attached Certification of Xochitl S. Strohbehn, Esq., and requests that the proposed form of order submitted herewith be entered. Counsel certifies that she is admitted, practicing, and a member in good standing with the Bar of the State of New York.

Dated: New York, New York
July 24, 2025

**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**

 */s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (NJ No. 173442015)
John C. Gentile, Esq.
Noelle B. Torrice (NJ No. 79132013)
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: kcapuzzi@beneschlaw.com
jgentile@beneschlaw.com
ntorrice@beneschlaw.com