**FARELLA BRAUN + MARTEL LLP**
Gary M. Kaplan, Esq. (*pro hac vice* pending)
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4940
Facsimile: (415) 954-4480
gkaplan@fbm.com

-and-

**RIKER DANZIG LLP**
Joseph L. Schwartz, Esq.
Gregory S. Toma, Esq.
7 Giralda Farms, Suite 250
Madison, New Jersey  07940-1051
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com
gtoma@riker.com

*Co-Counsel to Front Range–Midway Solar Project, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,<br><br>Debtors. [1] | Chapter 11<br><br>Case No.:  25-16137 (MBK)<br><br>(Jointly Administered) |

## CERTIFICATION OF GARY M. KAPLAN, ESQ.
## IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION

I, Gary M. Kaplan, Esq., in support of the Application seeking my admission before this

Court on a *pro hac vice* basis, as counsel to Front Range–Midway Solar Project, LLC ("FRMSP"),

pursuant to D.N.J. LBR 9010-1(b), hereby certifies and states as follows:

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

1.      I am a partner of the law firm Farella Braun + Martel LLP.  My office is located at

One Bush Street, Suite 900, San Francisco, CA 94104.

2.      I was admitted to practice law in the State of California in 1991 and was admitted

to practice law in the District of Columbia in 1993.  In addition, I am admitted to practice before

the following courts:

- Central District of California
- Southern District of California
- Northern District of California
- Eastern District of California
- Ninth Circuit Court of Appeals
- United States Supreme Court

3.      I am a member in good standing of the Bar in the State of California, of the Bar in

the District of Columbia, and in the above-referenced courts.

4.      I have never been suspended or disbarred from the practice of law.  There are no

disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously

been imposed on me in any jurisdiction.

5.      I have obtained a copy of the Local Rules of this Court and am generally familiar

with such Rules.

6.      I have been advised of my obligation to make payments of an annual fee to the New

Jersey Lawyers Fund for Client Protections in accordance with the New Jersey Court Rule 1:28

and shall immediately comply with that requirement upon my admission pro hac vice.

7.      I agree to be bound by the Rules of this Court upon my admission.


[*Remainder of the page intentionally left blank*]

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief.

Dated:  July 25, 2025                                          Respectfully submitted,

                                                              By:  /s/ *Gary M. Kaplan*
                                                                     Gary M. Kaplan


4934-4804-7191, v. 1