| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**FARELLA BRAUN + MARTEL LLP**<br>Gary M. Kaplan, Esq. (*pro hac vice* pending)<br>One Bush Street, Suite 900<br>San Francisco, California 94104<br>Telephone: (415) 954-4940<br>Facsimile: (415) 954-4480<br>gkaplan@fbm.com<br><br>-and-<br><br>**RIKER DANZIG LLP**<br>Joseph L. Schwartz, Esq.<br>Gregory S. Toma, Esq.<br>7 Giralda Farms, Suite 250<br>Madison, New Jersey  07940-1051<br>Telephone: (973) 538-0800<br>Facsimile: (973) 538-1984<br>jschwartz@riker.com<br>gtoma@riker.com<br><br>*Co-Counsel to Front Range–Midway Solar Project, LLC* |

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, *et al.*, | Case No.:  25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING ADMISSION PRO HAC VICE OF GARY M. KAPLAN, ESQ.**

       The relief set forth on the following pages, two (2) through three (3) is hereby **ORDERED**.

THIS MATTER having been brought before the Court by way of an Application filed by Joseph L. Schwartz, a member in good standing of the Bar of the State of New Jersey, and an attorney admitted to practice before this Court, seeking entry of an Order granting the *Pro Hac Vice* Admission of the Applicant, **Gary M. Kaplan**, an out-of-state attorney; and the Court having reviewed the moving papers, and having considered this matter pursuant to Fed. R. Civ. P. 78, D.N.J. L. Civ. R. 101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that the Applicant, **Gary M. Kaplan, Esq.**, be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders. Unless otherwise permitted by the Court, local counsel must attend all hearings and proceedings before the Court, and it is further

ORDERED that the Applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102
*Attention: Pro Hac Vice Admissions*

and it is further

ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

2

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within five (5) days of its date of entry.

4938-8333-7303, v. 1

3