**RIKER DANZIG LLP**
Joseph L. Schwartz, Esq.
Gregory S. Toma, Esq.
7 Giralda Farms, Suite 250
Madison, New Jersey 07940-1051
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com
gtoma@riker.com

-and-

**FARELLA BRAUN + MARTEL LLP**
Gary M. Kaplan, Esq. (*pro hac vice* pending)
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4940
Facsimile: (415) 954-4480
gkaplan@fbm.com

*Co-Counsel to Front Range–Midway Solar Project, LLC*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, *et al.*, | Case No.: 25-16137 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS ON BEHALF OF FRONT RANGE–MIDWAY SOLAR PROJECT, LLC**

**PLEASE TAKE NOTICE** that, pursuant to Sections 342 and 1109(b) of the United States Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules"),

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

Front Range–Midway Solar Project, LLC ("FRM") appears in the above-captioned cases (the "Cases") and requests copies of all notices, pleadings and other filings in the Cases including, without limitation, those pursuant to Rules 2002 and 9007, to be served on the following persons at the address, telephone number, facsimile and electronic mail indicated:

**RIKER DANZIG LLP**
Joseph L. Schwartz, Esq.
Gregory S. Toma, Esq.
7 Giralda Farms, Suite 250
Madison, New Jersey 07940-1051
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com
gtoma@riker.com

-AND-

**FARELLA BRAUN + MARTEL LLP**
Gary M. Kaplan, Esq. (*pro hac vice* pending)
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4940
Facsimile: (415) 954-4480
gkaplan@fbm.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the captioned Debtors or the Debtors' property.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the Official Service List for notice of all contested matters, adversary proceedings and other proceedings in the Cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended to waive FRM's: (1) right to have

final orders in non-core matters entered only after *de novo* review by a judge of the United States District Court; (2) right to trial by jury in any proceeding so triable in these Cases or any case, controversy, or proceeding related to these Cases; (3) right to have the reference withdrawn by the United States District Court; or (4) other rights, remedies, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled, in law or in equity, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments FRM expressly reserves.

July 25, 2025
Madison, New Jersey

**RIKER DANZIG LLP**

By: /s/ *Joseph L. Schwartz*
Joseph L. Schwartz, Esq.
Gregory S. Toma, Esq.
7 Giralda Farms, Suite 250
Madison, New Jersey  07940-1051
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com
gtoma@riker.com

-and-

**FARELLA BRAUN + MARTEL LLP**
Gary M. Kaplan, Esq. (*pro hac vice* pending)
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4940
Facsimile: (415) 954-4480
gkaplan@fbm.com

*Co-Counsel to Front Range–Midway Solar Project, LLC*

4929-1396-3864, v. 1