Herbert Smith Freehills Kramer (US) LLP
Boaz I. Cohen
Kyle J. Ortiz (*pro hac vice* pending)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
boaz.cohen@hsfkramer.com
kyle.ortiz@hsfkramer.com

- and -

Allen Overy Shearman Sterling US LLP
Luckey McDowell (*pro hac vice* pending)
Ian Roberts (*pro hac vice* pending)
2601 Olive Street, 17th Floor
Dallas, Texas 75201
Telephone: (214) 271-5777
luckey.mcdowell@aoshearman.com
ian.roberts@aoshearman.com

*Counsel to Hitachi Energy Ltd and Hitachi*
*Energy Power Conversion Solutions, S.L.U.,*
*f/k/a Experience Knowledge Strategy, S.L.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC., *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Herbert Smith Freehills Kramer (US) LLP ("HSF Kramer") and Allen Overy Shearman Sterling US LLP ("A&O Shearman") hereby appear as counsel on

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [ 8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

behalf of Hitachi Energy Ltd and Hitachi Energy Power Conversion Solutions, S.L.U., f/k/a Experience Knowledge Strategy, S.L. in the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), HSF Kramer and A&O Shearman request that copies of all notices and pleadings in this case be given and served upon HSF Kramer and A&O Shearman at the office, address, telephone number, and e-mail addresses set forth below:

> Herbert Smith Freehills Kramer (US) LLP
> Boaz I. Cohen
> Kyle J. Ortiz (*pro hac vice* pending)
> 1177 Avenue of the Americas
> New York, New York 10036
> Telephone: (212) 715-9100
> boaz.cohen@hsfkramer.com
> kyle.ortiz@hsfkramer.com
>
> - and -
>
> Allen Overy Shearman Sterling US LLP
> Luckey McDowell (*pro hac vice* pending)
> Ian Roberts (*pro hac vice* pending)
> 2601 Olive Street, 17th Floor
> Dallas, Texas 75201
> Telephone: (214) 271-5777
> luckey.mcdowell@aoshearman.com
> ian.roberts@aoshearman.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes all of the notices and papers referred to in the Bankruptcy Rules, Bankruptcy Code, and the Local Bankruptcy Rules for the District of New Jersey, and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to the case and any proceedings therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand

delivery, telephone, telecopier, telex or otherwise, all of which shall be sent to the attorneys listed above.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers, nor any later appearance, pleading, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a judge of the United States District Court, (ii) the right to trial by jury in any proceeding related to this proceeding, (iii) the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 25, 2025

    /s/ *Boaz I. Cohen*
Boaz I. Cohen
Kyle J. Ortiz (*pro hac vice* pending)
Herbert Smith Freehills Kramer (US) LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Email: boaz.cohen@hskkramer.com
       kyle.ortiz@hsfkramer.com

- and –

Allen Overy Shearman Sterling US LLP
Luckey McDowell (pro *hac vice* pending)
Ian Roberts (*pro hac vice* pending)
2601 Olive Street, 17th Floor
Dallas, Texas 75201
Telephone: (214) 271-5777
luckey.mcdowell@aoshearman.com
ian.roberts@aoshearman.com

*Counsel to Hitachi Energy Ltd and Hitachi Energy Power Conversion Solutions, S.L.U., f/k/a Experience Knowledge Strategy, S.L.*