Herbert Smith Freehills Kramer (US) LLP
Boaz I. Cohen
Kyle J. Ortiz (*pro hac vice* pending)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
boaz.cohen@hsfkramer.com
kyle.ortiz@hsfkramer.com

- and -

Allen Overy Shearman Sterling US LLP
Luckey McDowell (*pro hac vice* pending)
Ian Roberts (*pro hac vice* pending)
2601 Olive Street, 17th Floor
Dallas, Texas 75201
Telephone: (214) 271-5777
luckey.mcdowell@aoshearman.com
ian.roberts@aoshearman.com

*Counsel to Hitachi Energy Ltd and Hitachi*
*Energy Power Conversion Solutions, S.L.U.,*
*f/k/a Experience Knowledge Strategy, S.L.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC., *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

**APPLICATION FOR *PRO HAC VICE* ADMISSION OF LUCKEY MCDOWELL**

Pursuant to Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of Bankruptcy Procedure for the District of

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [ 8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

New Jersey (the "Local Bankruptcy Rules"), the undersigned counsel hereby seeks entry of an order granting the admission *pro hac vice* of Luckey McDowell, of the law firm Allen Overy Shearman Sterling US LLP, to represent Hitachi Energy Ltd and Hitachi Energy Power Conversion Solutions, S.L.U., f/k/a Experience Knowledge Strategy, S.L., before this Court in connection with the above-captioned chapter 11 cases. In support of this Application, the undersigned counsel submits the attached Certification of Luckey McDowell, and requests that the proposed form of order submitted herewith be entered. Counsel certifies that he is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey and the Bar of the State of New York.

Dated: July 25, 2025

                                                  /s/ *Boaz I. Cohen*
                                                Boaz I. Cohen
                                                Herbert Smith Freehills Kramer (US) LLP
                                                1177 Avenue of the Americas
                                                New York, New York 10036
                                                Telephone: (212) 715-9100
                                                Email: boaz.cohen@hskkramer.com

                                                *Counsel to Hitachi Energy Ltd and Hitachi*
                                                *Energy Power Conversion Solutions, S.L.U.,*
                                                *f/k/a Experience Knowledge Strategy, S.L.*

Herbert Smith Freehills Kramer (US) LLP
Boaz I. Cohen
Kyle J. Ortiz (*pro hac vice* pending)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
boaz.cohen@hsfkramer.com
kyle.ortiz@hsfkramer.com

- and -

Allen Overy Shearman Sterling US LLP
Luckey McDowell (*pro hac vice* pending)
Ian Roberts (*pro hac vice* pending)
2601 Olive Street, 17th Floor
Dallas, Texas 75201
Telephone: (214) 271-5777
luckey.mcdowell@aoshearman.com
ian.roberts@aoshearman.com

*Counsel to Hitachi Energy Ltd and Hitachi Energy Power Conversion Solutions, S.L.U., f/k/a Experience Knowledge Strategy, S.L.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC., *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF LUCKEY MCDOWELL SUPPORT**
**OF APPLICATION FOR *PRO HAC VICE* ADMISSION**

1. I am a partner with the law firm of Allen Overy Shearman Sterling US LLP, counsel

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [ 8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

to Hitachi Energy Ltd and Hitachi Energy Power Conversion Solutions, S.L.U., f/k/a Experience Knowledge Strategy, S.L., with my office located at 2601 Olive Street, 17th Floor, Dallas, Texas 75201. I make this Certification in support of my application to appear in this case *pro hac vice*.

2. I have been a member of the Bar of the State of Texas since 2002. I am admitted to practice in the United States District Court for the Northern District of Texas, the United States District Court for the Southern District of Texas, the United States District Court for the Eastern District of Texas, the United States District Court for the Western District of Texas, the United States District Court of Appeals for the Fifth Circuit, and the United States Court of Appeals for the Ninth Circuit.

3. I am a member in good standing of the Bar in each of the jurisdictions in which I am admitted to practice.

4. No disciplinary actions are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

7. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: July 25, 2025                             /s/ *Luckey McDowell*
                                                 Luckey McDowell

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> Herbert Smith Freehills Kramer (US) LLP <br> Boaz I. Cohen <br> Kyle J. Ortiz (*pro hac vice* pending) <br> 1177 Avenue of the Americas <br> New York, New York 10036 <br> Telephone: (212) 715-9100 <br> boaz.cohen@hsfkramer.com <br> kyle.ortiz@hsfkramer.com <br><br> - and - <br><br> Allen Overy Shearman Sterling US LLP <br> Luckey McDowell (*pro hac vice* pending) <br> Ian Roberts (*pro hac vice* pending) <br> 2601 Olive Street, 17th Floor <br> Dallas, Texas 75201 <br> Telephone: (214) 271-5777 <br> luckey.mcdowell@aoshearman.com <br> ian.roberts@aoshearman.com <br><br> *Counsel to Hitachi Energy Ltd and Hitachi Energy Power Conversion Solutions, S.L.U., f/k/a Experience Knowledge Strategy, S.L.* | |
| In Re: <br><br> Powin, LLC, *et al.*, <br><br> Debtors. | Case No.:   25-16137 (MBK) <br><br> Chapter:    11 <br><br> Judge:      Michael B. Kaplan |

## ORDER FOR ADMISSION *PRO HAC VICE*

The relief set forth on the following page is **ORDERED**.

This matter having been brought before the Court on application for an Order for Admission *Pro Hac Vice*; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed. R. Civ. P. 78, D.N.J. L. Civ. R. 101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that Luckey McDowell be permitted to appear pro hac vice; provided that pursuant to D.N.J. L. Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may sign and file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders. Unless otherwise permitted by the Court, local counsel must attend all hearings and proceedings before the Court, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street Newark, N.J. 07102
Attention: Pro Hac Vice Admissions

and it is further ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.