| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Susan A. Long, Esq.<br>Jaclynn N. McDonnell, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>slong@genovaburns.com<br>jmcdonnell@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 533-0777<br>Fax: (973) 814-4045<br><br>*Proposed Local Co-Counsel for the Official Committee of Unsecured Creditors* | **BROWN RUDNICK LLP**<br>Robert J. Stark, Esq.<br>Kenneth J. Aulet, Esq.<br>Bennett S. Silverberg, Esq.<br>Jeffrey L. Jonas, Esq.<br>rstark@brownrudnick.com<br>kaulet@brownrudnick.com<br>bsilverberg@brownrudnick.com<br>jjonas@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>*Proposed Co-Counsel for the Official Committee of Unsecured Creditors* |
| In re:<br><br>POWIN, LLC, *et al.*,[1]<br><br>                              Debtor. | Chapter 11<br><br>Case No.: 25-16137 (MBK)<br>(Jointly Administered)<br><br>Honorable Michael B. Kaplan |

**DECLARATION OF DANIEL M. STOLZ, ESQ. IN SUPPORT OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS' APPLICATION FOR ENTRY OF
AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
GENOVA BURNS LLC AS LOCAL CO-COUNSEL TO THE COMMITTEE
<u>*NUNC PRO TUNC* TO JUNE 27, 2025</u>**

I, DANIEL M. STOLZ, ESQ., pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare:

1.    I am an attorney at law and Partner of the law firm of Genova Burns LLC ("**Genova Burns**"), with its principal place of business located at 110 Allen Road, Suite 304, Basking Ridge, New Jersey 07920. This Declaration (the "**Declaration**") is submitted pursuant to sections 327, 329, and 504 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2014-1 of the Local Bankruptcy Rules for the

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue, Tualatin, OR 97062.

District of New Jersey (the "**Local Rules**").

2. This Declaration is made in support of the *Application for Entry of an Order Authorizing the Employment and Retention of Genova Burns LLC as Local Counsel to the Official Committee of Unsecured Creditors* (the "**Application**"),² filed concurrently herewith. This Declaration also is submitted as the statement required pursuant to Section D.1 of the Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective as of November 1, 2013 (the "**U.S. Trustee Guidelines**"), promulgated by the Office of the United States Trustee (the "**U.S. Trustee**").

3. I am familiar with the matters set forth herein and make this Declaration in support of the Application.

## I. GENOVA BURNS' QUALIFICATIONS

4. The Committee has selected Genova Burns because the members and associates of Genova Burns possess extensive knowledge and considerable expertise in the fields of bankruptcy, insolvency, reorganizations, debtors' and creditors' rights, debt restructuring, corporate reorganizations, and representing creditors' committees, among others. In addition, the attorneys at Genova Burns also have substantial experience appearing before the courts in this district and are familiar with local practice and procedure. The Committee believes that Genova Burns' has assembled a team of highly-qualified professionals and paraprofessionals to provide services to them in these Chapter 11 Cases, have determined that the retention of local counsel is necessary in these Chapter 11 Cases, and submit that employment of Genova Burns would be in the best interest of the creditors. Genova Burns' complex chapter 11 experience, as well as its extensive practice before this Court and knowledge of the local rules and practices, make it substantively and geographically ideal to efficiently serve the needs of the Committee.

5. Genova Burns has actively served as counsel in many major Chapter 11 cases in this District. *See, e.g., In re LTL Management LLC (MBK),* Case Nos. 23-12825 and 21-30589; and *In re BlockFi Inc. (MBK)*, Case No. 22-19361.

6. In sum, the Committee believes that Genova Burns is both well-qualified and uniquely able to represent them in an efficient and timely manner and that the services of Genova Burns are necessary and essential to the Committee.

## II. SERVICES TO BE PERFORMED

7. Services related to Genova Burns' retention as local counsel will include the filing of all pleadings, motions, responses, and all other filings the Committee deems necessary. Genova Burns' familiarity with local practice and procedure will aid the Committee with its charge of diligently representing the interests of general unsecured creditors. Genova Burns will participate in calls and meetings concerning strategy, status, process, and procedure, as well as provide meaningful insight into the local practices and preferences of the court and its clerks. Genova Burns will aid co-counsel and the Committee's professionals with any filing and reporting needs.

8. Specifically, Genova Burns' retention will involve: providing legal advice and services regarding local rules, practices and procedures including Third Circuit law; reviewing and commenting on proposed drafts of pleadings to be filed with the Court; appearing in Court and at any meeting with the United States Trustee; attending Committee meetings to address concerns or question on local practice and procedure as the arise; providing legal advice and services on any matter on which Brown Rudnick, LLP may have a conflict or as needed based on specialization; performing all other legal services for and on behalf of the Committee necessary or appropriate in the administration of their chapter 11 cases and in fulfillment of its duty as a Committee.

## III. PROFESSIONAL COMPENSATION

8. The Committee intends to apply to the Court for allowance of compensation and reimbursement of out-of-pocket expenses incurred in connection with the representation of the Committee in these Chapter 11 Cases on an hourly basis, subject to Court approval and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11*

*U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective as of November 1, 2013 (the "U.S. Guidelines"), and any orders entered in these cases governing the compensation and reimbursement of professionals for services rendered and charges and disbursements incurred.

9. The Committee understands that, subject to the Court's approval, Genova Burns will be compensated by the Debtor at its standard hourly rates, which are based on the professionals' level of experience. The attorneys and paralegals primarily responsible for representing the Committee and their current hourly rates are:

| NAME | TITLE | HOURLY RATE |
|---|---|---|
| Daniel M. Stolz | Partner | $900.00 |
| Donald W. Clarke | Partner | $700.00 |
| Susan A. Long | Counsel | $550.00 |
| Jaclynn N. McDonnell | Associate | $375.00 |
| Lorrie Denson | Paralegal | $275.00 |

10. Other attorneys, paralegals and staff may be involved in representing the Committee. The current range of hourly rates for such professionals are:

| POSITION | RATES |
|---|---|
| Partners | $500.00 - $950.00 |
| Counsel | $450.00 - $650.00 |
| Of Counsel | $500.00 - $700.00 |
| Associates (1-3 years) | $325.00 |
| Associates (4-8 years) | $375.00 |
| Associates (9+ years) | $425.00 |
| Paralegals | $275.00 |

11.  The hourly rates set forth are subject to periodic adjustments to reflect economic and other conditions. There are no fee arrangements from customary billing. Further, no professional has varied his or her rate based on geographic location.

12.  The Committee understands and agrees that Genova Burns will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date such services are rendered and for out-of-pocket expenses, all as set forth in the Stolz Certification.

13.  Prior to applying any increases in its hourly rates beyond the rates set forth in this Application, Genova Burns shall provide ten (10) days' prior notice of any such increases to the Committee, the Debtors, and the U.S. Trustee.

14.  The Committee understands and agrees that Genova Burns will maintain detailed, contemporaneous records of time and any necessary costs and expenses incurred in connection with rendering legal services described above and that application will be made for all disbursements and expenses incurred in the rendition of services. These disbursements and expenses include, among other things, costs for telephone and facsimile charges, photocopying, travel, business meals, computerized research, messengers, couriers, postage, witness fees, and other fees related to trials and hearings (including transcripts).

### IV. <u>DISINTERESTEDNESS OF PROFESSIONALS</u>

15.  In preparing this Declaration, I used a set of procedures developed by Genova Burns to ensure full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules regarding the retention of professionals (the "Retention Procedures"). Pursuant to the Retention Procedures, and under my direction and supervision, Genova Burns performed a conflict of interest search to identify any actual or potential conflicts of interest using a list of the names of individuals and entities that may be parties in interest in these Chapter 11 Cases (the "Potential Parties in Interest"). A list of the Potential Parties in Interest is attached hereto as **Schedule 1**.

16.  Other than the disclosures made in **Schedule 2** (the "Disclosures"), pursuant to section 327(a) of the Bankruptcy Code, Genova Burns: (i) does not represent any entity having an adverse interest

to the Debtors, their estates, or any party-in-interest in connection with these Chapter 11 Cases; (ii) is a disinterested person under section 101(14) of the Bankruptcy Code; and (iii) has no connection with the U.S. Trustee or any other person employed therein. If any new relevant facts or relationships are discovered, Genova Burns will supplement its disclosure to the Court.

17. With regard to the Disclosures contained in *Schedule 2*, Genova Burns does not believe that any of those relationships would foreclose the Committee's retention of Genova Burns.

## V. STATEMENT REGARDING U.S. TRUSTEE GUIDELINES, INCLUDING PARAGRAPH D.1

18. Genova Burns recognizes that the U.S. Trustee is charged with reviewing applications for retention and compensation and that the U.S. Trustee will utilize the U.S. Trustee Guidelines to evaluate any such applications.

19. Genova Burns intends to comply with the U.S. Trustee's requests for additional information and disclosures as set forth in the U.S. Trustee Guidelines, both in connection with this Application and the interim and final fee applications to be filed by Genova Burns in these Chapter 11 Cases.

20. Moreover, as described in the Stolz Certification, and consistent with the U.S. Trustee Guidelines, the Genova Burns has assured the Committee that the rate structure provided by Genova Burns is not significantly different from the rates that (a) Genova Burns charges for other non-bankruptcy engagements or (b) other comparable counsel would charge to do work substantially similar to the work Genova Burns will perform in these Chapter 11 Cases. Furthermore, Genova Burns does not vary its rate based on geographic location.

21. Genova Burns has not represented the Committee in the last 12 months.

22. Genova Burns is formulating a monthly budget and staffing plan for the next few months of this case. Genova shall provide the Committee with an updated budget should the case and Committee needs change.

23. No promises have been received by Genova Burns nor any member or associate thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.

24. Pursuant to section 504 of the Bankruptcy Code, no agreement or understanding exists between Genova Burns and any other person to share any compensation or reimbursement of expenses to be paid to Genova Burns in these proceedings.

25. The proposed engagement of Genova Burns is not prohibited by Bankruptcy Rule 5002.

26. Genova Burns will abide by the terms of any orders entered in these cases governing the compensation and reimbursement of professionals for services rendered and charges and disbursements incurred.

27. By reason of the foregoing, I believe Genova Burns is eligible for employment and retention by the Committee pursuant to section 327(a) of the Bankruptcy Code and the applicable Bankruptcy Rules and Local Rules.

28. I hereby declare under the penalty of perjury that the foregoing is true and correct.

Dated:  July 25, 2025               /s/  Daniel M. Stolz
                                    DANIEL M. STOLZ

Schedule 1

**List of Adverse Parties**

Powin Project LLC (New Jersey)
Powin Project LLC (New Jersey)
Powin, LLC (Delaware)
PEOS Holdings, LLC (Oregon)
Powin China Holdings 1, LLC (Oregon)
Powin China Holdings 2, LLC (Oregon)
Charger Holdings, LLC (Oregon)
Powin Energy Ontario Storage, LLC (Oregon)
Powin Energy Operating Holdings, LLC (Delaware)
Powin Energy Operating, LLC (Delaware)
Powin Canada B.C., Ltd. (Canada)
Powin Energy Storage 2, Inc. (Canada)
Powin Energy Ontario Storage II, LP (Canada)
Powin Energy Holdings, LLC (Delaware)
Powin Energy Intermediate, LLC (Delaware)
Powin Australia Pty Ltd. (Australia)
Powin Netherlands B.V. (The Netherlands)
Powin Energy Spain S.L. (Spain)
Powin UK Ltd. (United Kingdom)
Yangzhou Finway Energy Tech Co., Ltd. (China)
Qingdao CIMC-Powin New Energy Technology Co., Ltd. (China)
Powin (Qingdao) New Energy Co., Ltd. (China)
Powin EKS SellCo, LLC (Delaware)
EKS HoldCo, LLC (Delaware)

Schedule 2

**List of Related Parties**

| | |
|---|---|
| Areille Pachecho | Lauren Bielskie |
| Brian J. Kane | Savanna Cruz |
| Chad Paulson | Peter J. D'Auria |
| Gerard Uzzi | David Gerardi |
| Jeff Waters | Tia Green |
| Kevin Paprzycki | Daniel C. Kropiewnicki |
| Scott Getman | Samantha Lieb |
| Joseph Lu | Tina L. Oppelt |
| GLAS USA LLC | Angeliza Ortiz-Ng |
| AIG Specialty Insurance Company | Robert J. Schneider, Jr. |
| Admiral Insurance Company – Mt. Laurel | Jeffery Sponder |
| Aspen Specialty Insurance Company | Fran B. Steele |
| Illinois Union Insurance Company | James Stives |
| Zurich American Insurance Company | Rachel Wolf |
| The Insurance Company of the State of Pennsylvania | William J. Ziemer |
| | Arizona Department Of Revenue |
| Lloyd's of London | Delaware Department Of Revenue |
| At-Bay Specialty Insurance Company | New Jersey Department Of Revenue |
| Federal Insurance Company | Oregon Department Of Revenue |
| Allianz Global Risks US Insurance Company | Attorney General Of Arizona |
| Argonaut Insurance Company | Attorney General Of Delaware |
| North River Insurance Company | Attorney General Of New Jersey |
| USI Insurance Services | Attorney General Of Oregon |
| Dentons US LLC | Portland General Electric Company |
| CBMN Advisors LLC d/b/a/ Uzzi & Lall | Republic Services |
| Huron Transaction Advisory LLC | Waste Management of Arizona, Inc. |
| Christine M. Gravelle, Chief Judge | Festival Hydro Inc. |
| Michael B. Kaplan | SRP |
| Andrew B. Altenburg, Jr. | City of Mesa |
| Vincent F. Papalia | Independent Electricity System Operator |
| John K. Sherwood | Northwest Natural |
| Jerrold N. Poslusny, Jr. | 218 Events LLC |
| Stacey L. Meisel | 3 Point Brand Management |
| Mark E. Hall | 3D Crane Service, LLC |
| Michael Tedesco, Clerk to J. Gravelle | 3D Engineered Solutions, Inc. |
| Rebecca A. Earl, Clerk to J. Kaplan | 3Drivers, Engenharia, Inovacao E Ambiente, LDA |
| Cisse Diawara, Clerk to J. Kaplan | 8LOOP Logistics LLC |
| Travis Graga, Clerk to J. Kaplan | 8Loop Trans Inc. |
| Suzanne Sweeney, Clerk to J. Altenburg Jr. | A Plus Finish Roofing LLC |
| Brooks West, Clerk to J. Altenburg, Jr. | A&D Fire |
| Christy McDonald, Clerk to J. Papalia | Abacus Industries, Inc |
| Sydney Chapman, Clerk to J. Papalia | ABM |
| Angela Pattison, Clerk to J. Sherwood | AC Squared Consulting LLC |
| Timothy Dumbroff, Clerk to J. Sherwood | Accuenergy (Canada) Inc. |
| Kevin Holden, Clerk to J. Poslusny | Accurate Employment Screening LLC |
| Kimberly Barbour, Clerk to J. Poslusny | ACCURE Battery Intelligence Inc. |
| Juliana Diamond, Clerk to J. Meisel | Ace Engineering & Co., LTD |
| Amanda Simone, Clerk to J. Meisel | Ace Parking Management, Inc. |
| Krista Shaheen, Clerk to J. Hall | activpayroll Ltd |
| Martha Hildebrandt | Acutran |
| Adela Alfaro | ADERO Scottsdale |
| Kirsten K. Ardelean | ADMET, Inc. |
| Francyne D. Arendas | ADT Commercial Advantech Corporation |
| Michael Artis | AFCODirect |

1

**List of Related Parties**

| | |
|---|---|
| AgileBits Inc dba 1Password | BC Dimerco Logistics Corporation |
| Agora Refreshments | Beard Winter LLP |
| AirSea USA | BELFOR Property Restoration |
| Airway Services LLC | Bender Electronics Inc. |
| Alabama Department of Revenue | Ben-X, LLC |
| Alegeus Technologies LLC dba WealthCare Saver | BERGSTROM (CHANGZHOU) HEAT EXCHANGERS CO., LTD |
| Alexander Fattal | |
| Alliant Insurance Services, Inc | BeyondTrust Corporation |
| Alliant Systems, LLC | BIAC Broadband USA Inc. |
| Allied High Tech Products, Inc. | Billion Electric Co., Ltd. |
| Allium US Holding LLC | Bitwarden, Inc. |
| Alorair Solutions Inc. | Black & McDonald |
| Altium Inc. | Black Duck Software, Inc. |
| Alvarez & Marsal Corporate Performance Improvement, LLC | Blackhawk Supply |
| | Blank Rome LLP |
| Amazon Web Services, Inc. | Blomquist Consulting LLC |
| Ameresco, Inc. | Bluewater Battery Logistics, LLC |
| American Arbitration Association, Inc. | BMO Bank N.A. |
| American Clean Power Association | BNSF Logistics, LLC |
| American Fire Technologies | Bock Trade Law |
| American Lamprecht Transport Inc. | Brady Worldwide Inc. |
| Ampere Computing LLC | Brian Wiebe |
| Amphenol Industrial Operations | Bridge House Advisors Corp |
| Antenna Group Inc. | Briggs Service, Inc. |
| Anxin Testing Technology (Jiangsu) Co., Ltd | Build AppliedLogix, LLC |
| Aon Consulting, Inc. | Building Automation Products, Inc. |
| Aon Risk Services Central, Inc. | Building Champions Inc. |
| Aramark Refreshment Services, LLC | Bull Mountain Heating & Cooling |
| Arbin Instruments | Business Talent Group, LLC |
| ArentFox Schiff LLP | Byron E Boone |
| Arizona Department of Revenue | C.I. Services, Inc. |
| Arizona Foundation Services, LLC | C.L. Smith Co. |
| Arm Inc. | c3controls |
| Arnold Machinery Company | California Department of Tax and Fee Administration |
| ARRGH Manufacturing INC | Canary Marketing |
| As You Wish All Around Services | Canusa Logistics Inc. |
| Ascendia Group LLC | CapGemini America Inc. |
| Ashbaugh Energy Consulting | Capital Edge Construction |
| Asheville Humane Society, Inc | Capitol Electric Co., Inc. |
| Ashok Kulkarni | Cardinal Utility Construction, Inc |
| AT&T Corp | Career Partners, Inc. |
| Atlantic Training, LLC | Carel USA, INC |
| ATS Specialized Inc | Cathleen Busha |
| AutomationDirect.com Inc | Caylent, Inc. |
| Avalon Risk Management Insurance Agency LLC | CBMN Advisors LLC |
| Axelliant LLC | CCIC-CSA International Certification Co., Ltd |
| AYNA.AI LLC | Celestica (Thailand) Limited |
| Backer Asia Limited | Celestica LLC |
| BairesDev LLC | Celigo, Inc. |
| Baker & Hostetler LLP | Centerline Communications |
| Barco Rent A Truck | CEP Portfolio 1A LLC |
| Battery Innovation Center Institute, Inc. | CEVA Freight, LLC |
| BBC Global News Limited | CEVA Logistics US, Inc. |
| BBC Steel Corporation | ChartHop, Inc. |

**List of Related Parties**

| | |
|---|---|
| Christopher D Garza | Davis Wright Tremaine LLP |
| Chuweineng Testing Technology (Shanghai) Co., Ltd. | Dayton T. Brown, Inc. |
| Cintas Fire Protection | Deel Inc. |
| Circulor Inc | Deep Sky Studios, LLC |
| Citrin Cooperman Advisors LLC | Dell Australia Pty Limited |
| City of Portland | Delphi Precision Imaging Corporation |
| City of Portland (Portland Fire & Rescue) | Delta Dental Plan of Oregon |
| City of Tualatin | Delta Systems Integration, Inc. |
| City Wide Facility Solutions | Dentons US LLP |
| CJC Transport LLC | Department of the Treasury |
| Clarion Safety Systems, LLC | Descartes Systems (USA) LLC |
| Clean Energy Services CES LLC | DG Plus Design LLC |
| Clyde and Co | Digi-Key Electronics |
| CODE UNLIMITED LLC | Digital Third Coast Internet Marketing, Inc. |
| Codibly Inc. | DNV Energy USA, Inc. |
| Cogent Communications, Inc. | DNV Maritime and Energy S.L.U. |
| Cogent Renewables LLC | DNV SERVICES UK LIMITED |
| Collins Construction Project Specialists Inc. | DNV Singapore Pte. Ltd. |
| Colvin Steel Inc | Doble Engineering Company |
| Commercial Contractors, Inc. | DocuSign, Inc. |
| Commercial Relocation Group, Inc. | Dometic Corporation |
| Compensation Advisory Partners, LLC | Dong Fang International Container (Qingdao) Co., Ltd |
| Concur Technologies, Inc. | Douglas Stotland |
| ConductorOne, Inc. | Dual Sea LLC |
| CONSOLIDATED ELECTRICAL DIST. | Dynaco Testing LLC. |
| Construction Specialties, Inc. | Dynalectric Oregon |
| ContactMonkey Inc. | Dynapower Company,LLC |
| Contemporary Amperex Technology Co., Limited | E.ON Interactive Design, Inc. |
| Contemporary Nebula Technology Energy Co., Ltd. | East West Container Line Inc. |
| Control Fire Systems | EBARA Densan (Qingdao) Technology Co.,Ltd. |
| Control Source Inc | EDGE CONSTRUCTION SUPPLY LLC |
| Copper State Bolt & Nut Co. | Edge2Cloud IoT, LLC |
| Copytronix | EHS Insight |
| Cornerstone Web Studio LLC. | Electrao - Associacao de Gestao de Residuos |
| Corrs Chambers Westgarth | Ellis Creek LLC dba Ellis Creek Photography |
| Cosco Shipping Project Logistics (Qingdao) Co., Ltd. | Emdoor Electronic Technology Co., Limited |
| Cousins USA Moving & Storage | Encore Holdings LLC dba Encore Fire Protection |
| Crane Solutions LLC | Energy Security Agency |
| Crane Worldwide Logistics LLC | Energy Storage Response Group LLC |
| Crating Technology, Inc | Energyear, S.L. |
| Crescent Electric Supply Company | Engineered Process Controls LLC |
| Crowd Culture Pty Ltd | Enrique C Mondragon |
| Crowe LLP | Enterprise Holdings, Inc. |
| CSA America Testing & Certification LLC | Envision AESC US LLC |
| CSA Group Testing & Certification Inc. | Envoy, Inc. |
| CSA Group Testing UK Limited | EPC Power Corp |
| CT Corporation | EPSoft® (AKA Aiotal Inc.) |
| CUATRECASAS GONÇALVES PEREIRA, S.L.P. | Erin Eisinger |
| Custom Air Products & Services, Inc | ESI, Inc. of Tennessee |
| D'Amico Catering | Estefania Ramirez |
| Daniel Laurent | ET Global |
| Datanab | ET Global GmbH |
| David H Schroeder | ETAP |
| Davis Polk & Wardell LLP | Eurogility SL |

3

**List of Related Parties**

| | |
|---|---|
| EVE POWER CO.,LTD. | GreEnergy Resources |
| Everon, LLC | GRID Alternatives, Inc. |
| Everstream Analytics | Grid-Scale Advisors, LLC |
| Expeditors Canada, Inc | Grupo Gestiona-T Gestores, S.L. |
| Expeditors International de Mexico, S.A. de C.V. | GTI Energy |
| Expeditors International of Washington, Inc. | GTI Fabrication |
| Expeditors Tradewin, LLC | Guangdong Eugard Co, Ltd. |
| Experience Knowledge Strategy, S.L. | Guangdong Gangjing Electric Heating Technology CO.LTD |
| Export Internet Trade Systems, Inc. | |
| Express Employment Professionals | Guggenheim Securities, LLC |
| Expresso Building Services LLC | Gurock Software GmbH |
| FAMCO | H&E Equipment Services, Inc. |
| FCD Labels | H2 Oregon Bottled Water |
| Fedex | Hawaii Department of Taxation |
| FERASCO, LLC. | Haynes and Boone LLP |
| Festival Chorale Oregon | HDS Marketing, Inc. |
| Field Office Property Owner LLC | Hefei Ecriee-Tamura Electric Co., LTD |
| Fireaway Inc. | HELM LIFE |
| FireSense Pty Ltd | Henan SEMI Science & Technology Co., Ltd. |
| First Signal Fire Alarm Inc. | Hentzen Coatings Inc. |
| FLEXOO GmbH | Herc Rentals Inc. |
| Fluid Topics, Inc | Hermans & Schuttevaer Notarissen Adviseurs Mediators |
| FMG Leading, LLC | |
| FMT Consultants, LLC | Hitachi Energy USA Inc. |
| Fobox Tecnologia Sustentable SA de CV | Hithium Energy Storage Technology USA, Inc. |
| FORA | HOF Equipment Company |
| Forethought Life Insurance Company | Hofy Inc |
| Formosa Electronic Industries Inc. | Hofy Ltd |
| Franchise Tax Board | Holger Teichgraeber |
| Freeths LLP | Holland & Knight LLP |
| FreeVoice Telecom | Hong Kong International Arbitration Centre |
| FTI Consulting Inc. | Hottinger Bruel & Kjaer Inc. |
| Functional Devices Inc. | HR Partners Pte Ltd |
| G&T Tax Advisers BV | HSBC Bank USA, National Association |
| Gamry Instruments, Inc. | Hsianglan Eschenbrenner |
| Gary Golden | Hub @ 202 Ownco, LLC |
| Gearcor LLC | HubSpot Inc. |
| Geoffrey L Brown | Hui Zhong Law Firm |
| Georgia Department of Revenue | Huizhou Desay Battery Co., Ltd. |
| Georgian Bay Fire & Safety Ltd. | Huizhou Topband Electrical Technology Co., LTD |
| Gerber Electronics | Hunter-Davisson, Inc. |
| GIC (New York) Inc. | Huron Transaction Advisory LLC |
| Gisi Marketing Group | I S Systems Pty Limited |
| GLAS USA LLC | I&E Advisors LLC |
| Global Mobility Solutions, LLC | IANS |
| Go Firefly, Inc | IBASE SOLUTION CO., LTD |
| GoEngineer, LLC | IBE Electronics, Inc |
| Golden Bridge International Inc | Idaho Specialized Transportation, Inc |
| Gomathi Parasuram | Idaho State Tax Commission |
| Gotion, Inc. | IHS Global Inc. |
| Grace Hughes | IMCO General Construction, Inc. |
| Grainger | Import Genius |
| Grand Prix Tickets GmbH | Incite Fire Pty Ltd |
| Graybar Electronic Company Inc. | Indeed, Inc. |

**List of Related Parties**

| | |
|---|---|
| Indiana Department of Revenue | KLH Electrical Inc. |
| Industrial Automation and Enclosures Inc | KnowBe4 Inc. |
| Industrial Climate Engineering | Korn Ferry (US) |
| Industrial Fans Direct | KPC Power Electrical Ltd. |
| Industrial Inspection Group Inc. | KPMG LLP |
| Industrial Networking Solutions | KPMG LLP (UK) |
| Industrial Painter LLC | Kroll, LLC |
| Industrial Rigging Service of Central Texas, Inc. | Krue Industrial, LLC |
| Informa UK Limited | Kuehne + Nagel Inc. |
| Ingeteam Inc. | Lance M Brown |
| Integrity Electrical Services Company, LLC | LandCare USA L.L.C |
| Intelex Technologies ,ULC | Larson Electronics LLC |
| International SOS Assistance, Inc. | Lateralworks |
| Intertek Testing Services Ltd Shanghai | Latest Craze Productions Inc |
| Intertek Testing Services, N.A. | Latitude Media |
| Intralinks, Inc. | Lawrence A Whittet |
| Intro Messebau GmbH | LeadFar Technologies Co., Ltd. |
| IO HVAC Controls | Lee and Li, Attorneys-at-Law |
| IOActive, Inc. | Legal Management Advisory, S.L. |
| IPFS Corporation | Level 4 Consulting, LLC |
| ISN Software Corporation | LHH and LHH Recruitment Solutions |
| ITC Services Inc | Libess Service |
| J.P. Morgan Chase Bank NA | Li-Cycle Inc. |
| Jabil Inc. | Lifelines Counseling Services |
| James T Dufour | LingPerfect Translations, Inc. |
| JAMF Software LLC | Linkedin Corp |
| Jason Bignall | Live Nation Worldwide Inc. |
| Jason Harbour | Loadmaster Crane, Inc. |
| JC Licht LLC | Logicalis Shanghai Limited |
| JDM Legal & Consulting Services LLC | LONG Building Technologies, Inc |
| Jensen Hughes, Inc. | Lovelytics Data LLC |
| JHI ENGINEERING INC | Lu Pacific Properties, LLC |
| Jiaxing Lizi Electrical Co., LTD | Maanshan Hongming Electrical Equipment Trading Co. LTD |
| JMS Wind Energy, Inc. | |
| Job Mobz | Mackenzie |
| Joel A Snair | Madison OFC Brickell FL LLC |
| John C Clapp | Mainfreight Air & Ocean Pty Ltd |
| John Paul Bogan | Mainfreight Inc. |
| Johnson Controls, Inc. | Mainz Brady Group, Inc. |
| Jonathan Moraglia | Malta Dynamics, LLC |
| Joral Technologies | MAMAC Systems, Inc. |
| Julie J Stiglish | Map Your Show, LLC |
| JYT Shipping LLC | Marc Vadillo Aguilar |
| Kaiser Permanente | Marine Lumber CO Corp |
| Kaori Guymon | Markowitz Herbold PC |
| Karbo Communications, Inc. | Marriott Scottsdale Old Town |
| KBF CPAs LLP | Marterra Properties |
| KELLER'S INC | Marvair |
| Kentec Electronics Limited | Masof, Inc |
| Keysight Technologies, Inc. | Massachusetts Department of Revenue |
| Kirkland & Ellis LLP | Matrix Networks |
| KKR Credit Advisors (US) LLC (EIN: 20-1283596) | Maximum Machinery Moving, LLC |
| Klarquist Sparkman, LLP | Mayer Brown LLP |
| Klautemis S.L. | McCarthy Tetrault LLP |

5

**List of Related Parties**

| | |
|---|---|
| McGuireWoods Consulting LLP | Nippon Express USA Inc. |
| McKinsey & Company, Inc. United States | NoBlue SaaS Limited |
| McMASTER-CARR SUPPLY COMPANY | Nomura Corporate Funding Americas, LLC |
| MCPc, Inc. | North Carolina Department of Revenue |
| Meadowlark Mechanical LLC | North Coast Electric Company |
| MECOP Inc. | North Star Imaging, Inc. |
| Megan Beatty | Northstock, Inc |
| Melissa Schwartz | Norton Rose Fulbright US LLP |
| MESA Standards Alliance | NP Machineworks LLC |
| Messe Freiburg | N-Sci Technologies Inc. |
| Messe Munchen GmbH | NW Facility Solutions, Inc |
| Metaview Global Ltd | O'Reilly Media, Inc. |
| Metro Access Control | OfficeSpace Software Inc |
| MG HR, S. de R.L. de C.V. | Oliver Rokoff |
| Michael A McHargue | Olori Crane Service, Inc. |
| Micro Epsilon America, LP | Omega Morgan Rigging - OR, Inc. |
| Millennium Building Services, Inc | Omni Logistics |
| Miller Nash Graham & Dunn LLP | One Source Freight, LLC |
| Minnesota Department of Revenue | O'Neill Transfer & Storage Co., Inc. |
| MinterEllison | Onlinecomponents.com |
| MMI-Machineworks LLC | OnLogic, Inc. |
| Mobile Mini, Inc. | Onshape A PTC Business |
| Mobile Modular Portable Storage | Oracle America, Inc. |
| Modelon Inc. | Oregon Department of Revenue |
| monday.com Ltd | Orr Protection Systems, Inc. |
| Morgan Stanley & Co. LLC | OT Technology, Inc. |
| MotoGFX, LLC | OTIS Elevator Company |
| Mountain Alarm | Outcome Energy, LLC (Tim Healy) |
| Mouser Electronics, Inc. | Pacific Customs Brokers Ltd. |
| Moxa Americas Inc. | Pacific Fence & Wire Co. |
| MSC Mediterranean Shipping Company S.A. | Paligo AB |
| Mulberry Talent Partners | PAN Communications Inc. |
| Muza Metal Products, LLC | Panel Specialists, Inc. |
| Nanjing HeBen M&E Equipment Technology Co., Ltd. | Pape' Material Handling, Inc. |
| | Parking NW, LLC |
| National Fire & Safety Solutions, Inc. | PARS International Corp. |
| National Service Alliance – Houston LLC | Partners in Diversity |
| Nationwide Mutual Insurance Company | PayCargo LLC |
| Nationwide Transport Services LLC | PCdisposal.com LLC |
| Naturgy Renewables USA Corp dba Front Range Midway Solar Project, LLC | Pearce Services, LLC |
| | PENNSYLVANIA DEPARTMENT OF REVENUE |
| Navex | People 2.0 Industrial, LLC |
| Navis International Trade & Consulting Ltd | People 2.0 North America, LLC |
| Networkia Cuzco SL | Perfect Meeting GmbH |
| New Mexico Taxation and Revenue Department | Perixx Computer GmbH |
| New York City Department of Finance | Perkins Coie LLP |
| New York State Corporation Tax | Permian Energy Services |
| New York State Department of Taxation | Pioneer Packaging |
| New York State Unemployment Insurance | Platt Electric Supply |
| Next Security LLC | PMC Treasury Inc |
| Nicholas Boxwell | Poly Performance, Inc. |
| Nicholas V Escobar | Portland Marriott Downtown Waterfront |
| Nickalus Johnson | Potter Anderson & Corroon LLP |
| Nippon Express (China) Co., Ltd. Guangzhou Branch | Power Electronics USA Inc. |

**List of Related Parties**

PRAXIS Technology Escrow, LLC
Premier Press
PricewaterhouseCoopers Advisory Services LLC
PriceWaterHouseCoopers Asesores De Negocios, S.L.
PRIME AGENCY
Principal Life Insurance Company
Priority-1 Inc.
Pristine Plumbing Inc.
Procore Technologies, Inc.
Procurement Inc. DBA: Pack-n-Tape
Professional Plastics Inc
Prolamsa
Prolift Rigging Company, LLC
Propeller Inc
ProWireandCable LLC
PV Trade Media LLC
PVM PRODUCTION JULIA MALCHER
Qingdao CIMC Container Manufacture Co., Ltd
Qingdao CIMC-POWIN New Energy Technology Co., Ltd
QINGDAO HARVEST TRADING CO., LTD
Qingdao Henka Precision Technology CO., Ltd
Qingdao Sensnow Software Co., Ltd.
Qingdao Sheng yuan lin Electric Co.,Ltd
Quadro Communications
Quailhurst Vineyard Estates
Quality Water Financial, LLC
Questyme USA
R.H. SHIPPING & CHARTERING S DE RL DE CV
R.S. Hughes Co., Inc.
Radiate Holdings, LP
Raindrop Supply Inc.
Rand Worldwide Subsidiary Inc.
Rapid7 LLC
Reed Exhibitions Australia Pty Limited
Reed Smith LLP
Regence BlueCross BlueShield of Oregon
Renew Energy Electrical LLC
Renewable Energy Tax Advisors LLC
Renewable Northwest Project
Renewance, Inc.
Repario Data LLC
REPT BATTERO Energy Co., Ltd
RES Energy Global Services, SLU
RESA Service, LLC
Residence Inn by Marriott LLC
Resideo Singapore Pte Ltd
Responsive
Returning Veterans Project
Reuters News & Media Limited
Rexel USA, Inc.
Rexgear. Inc.
RH Shipping & Chartering (USA) LLC
Richards, Layton & Finger, P.A.
Robert Half International, Inc
Robert Won
Rocky Mountain Reserve, LLC
Roland Berger LP
Rose City Moving & Storage
RRC Power & Energy, LLC
RS
Rubicon Professional Services, LLC
Rubicon Technical Services, LLC
Rudd & Company, PLLC
Russell Reynolds Associates, Inc.
Ryan Electric, Inc.
S&P Global Inc.
S.A.A. Logistics Inc
S2 Imaging
Saber Power Services, LLC
SAFE Laboratories and Engineering Corp.
Salary.com LLC
Salesforce, Inc.
SAS Institute Inc.
Schneider Electric IT Corporation
Schwartz Levitsky Feldman, LLP
Scottsdale Marriott at McDowell Mountains
SE Recycling Limited
Security Packaging
Senva, Inc.
SGS-CSTC Standards Technical Services (Shanghai) Co., Ltd.
Shanghai Shengrun Int'l Transport Co.,LTD
Shanghai Hdmann Industry Co., Ltd
SHANGHAI NINE HONESTY INTERNATIONAL CARGO AGENT CO.,LTD
Sharpe & Abel Pty Lrd
Sheldon Manufacturing, Inc.
ShelterPoint Life Insurance Company
Shenzhen Ace Battery Co., Ltd
Shenzhen Baiqiancheng Electronic Co.,Ltd
Shenzhen Envicool Technology Co., Ltd.
Shenzhen TOPOS Sensor Technology Co., Ltd
Sheraton Grand at Wild Horse Pass
Shift Space, LLC
Shimshi Inc.
SIBA LLC
Sigma Corporation
Sigma Design Inc.
Signtastic
Siltherm Advanced Materials PTE LTD
Slalom, Inc.
SMA America, LLC
SMA SOLAR TECHNOLOGY AG
Smartsheet Inc.
SMM Information & Technology Co., Ltd
Social Inertia, Inc.
Socomec, Inc.

7

**List of Related Parties**

| | |
|---|---|
| Solar Art | Tech Talent Link, Inc. |
| Solar Energy Trade Shows, LLC dba RE+ Events, LLC | Tekscan Inc |
| | TEquipment/Touchboards |
| Solar Media Limited | TestEquity LLC |
| Solas Energy Consulting U.S. Inc. | Texas Comptroller of Public Accounts |
| Solution 7 Ltd | The Boston Consulting Group, Inc. |
| SOLV Energy, LLC | The City of Glenwood Springs |
| Sonic Systems International, LLC | The Contingent |
| SourceOne Transportation | The EMC Shop |
| Southco, Inc | The LRE Foundation |
| Southwest Mobile Storage Inc. | The MIACON Group |
| SP Garland Solar Storage, LLC | The Prudential Insurance Company of America |
| SPAIN-US CHAMBER OF COMMERCE, INC. | The Prudential Insurance Company of America VB |
| Spark Power Renewables Canada Inc. | The Richardson Company |
| Spark Power Renewables USA, Inc | The Sleeper Group LLC |
| Specified Technologies Inc. | Thomson Reuters - West |
| SPECTRUM FIRE PROTECTION | Thomson Reuters (Tax & Accounting) Inc. |
| Speedrack West | ThrivePass, Inc. |
| Spencer Stuart | Thyssenkrupp Materials NA, Inc. |
| Sphera Solutions, Inc. | TLD Logistics Services, Inc. |
| Spico Solutions, Inc. | TMEIC Corporation |
| Stamford Language and Communication | Tomedes LLC |
| Standard Security Life Insurance Company of New York | Tonkon Torp LLP |
| | Topband Mexico S de RL de CV. |
| Stanley J Stevenson | TOPBAND SMART DONG NAI (VIET NAM) COMPANY LIMITED |
| Star Incorporated | |
| State of New Jersey Department of Labor and Workforce Development | Total Quality Logistics, LLC |
| | Toyota Industries Commercial Finance, Inc. |
| State of New Jersey Division of Taxation | Trail Blazers Inc. |
| Step Function I-O LLC | TrailB Technologies LLC |
| Stout Risius Ross, LLC | Trans Wagon Int'l Co., Ltd (Taichung Office) |
| Strata Solar, LLC | Transperfect International, LLC |
| Strategy Learning Center LLC dba Outthinker | Transport Continental Inc |
| Stuart H Statman | Travel Incorporated |
| Studio Legale Bird & Bird | Tricor Direct Inc DBA Emedco |
| Summit EHSQ Inc. | Trilantic Capital Management L.P. |
| Sunbelt Rentals, Inc | TRIM-LOK, INC |
| Sunbelt Solomon Services, LLC | Triple P RTS LLC |
| SunGrid Corp | Trivergix Group |
| SunGrid Solutions | True Capital Partners LLC |
| Sunshine Middle East SL | True Seals LLC |
| SuZhou Pioneer NewEnergy Testing Technology CO., LTD | Trullion (www.Trullion.com) |
| | Trumony Aluminum Limited |
| Syarikat Lan-Ric Industries Sdn. Bhd. | TTI, Inc. |
| Synopsys, Inc. | Tube Art Group |
| T.N. DIRECT LIMITED | TUV Rheinland (Shanghai) Co., Ltd |
| Taiyuan Weiyang Testing Technology Service Co., Ltd | TUV Rheinland of North America, Inc. |
| | TUV Rheinland/CCIC (Qingdao) Co. Ltd |
| Tarek Kanso dba Poler Werks LLC dba PolarX | TUV SUD America, INC. |
| Tarlow Naito & Summers, LLP | U.S. Customs and Border Protection |
| Tax Collector, Multnomah County | U.S. Nameplate Co. Inc. |
| Taylor Stewart | Udemy, Inc |
| Taylor's Technical Triage, Inc. | UKG Inc. |
| Tech Heads Inc. | ULINE |

**List of Related Parties**

Ultra Corpotech Private Limited
Unishippers
United Rental
United Site Services Northeast, Inc.
United Site Services of California, Inc.
United Site Services of Florida, LLC
United Site Services of Nevada, Inc.
United Way of Asheville and Buncombe County
University of North Carolina at Chapel Hill
US Bank Equipment Finance
USI Insurance Services LLC
VanderHouwen & Associates, Inc.
VDE Americas, Inc.
Vector Renewables Japan Kabushiki Kaisha
Velocity EHS
Veris Industries LLC
Verizon
Virginia Department of Taxation
Vision Service Plan
Visual Aid Inc
Voltility Group
Vortex Industries, LLC
Warwick Valley BBA, LLC
Washington Consular Services, Inc
Washington County - Property Tax Payment Center
Washington County Dept. of Assessment & Taxation
Weifang Genius Electronics Co., Ltd.
Weiss Technik North America, Inc.
Wesco Distribution, Inc
Westin Riverfront Hotel
White & Case LLP
Williams Scotsman, Inc (dba WillScot)
Willis Towers Watson Northeast, Inc.
Willis Towers Watson West Insurance Services, Inc
Wilson Fire Equipment & Service Company, Inc.
Wilson Sonsini Goodrich & Rosati, P.C.
Windy City Wire Cable & Technology Products, LLC
Winthrop & Weinstine, P.A.
Women in Cleantech and Sustainability
Wood Mackenzie Inc
Workbench Corp
Worldwide Insurance Services, LLC
WWR International Recruitment and Consulting
  Group SA DE CV
Wynn Las Vegas, LLC
Xenium Resources, Inc.
Xerox Financial Services LLC
XPLM Solution, Inc.
Xuzhou G Battery International, Trade Co., Ltd.
Yubico Inc
Ziply Fiber
Zitara Technologies, Inc.
ZONE & COMPANY SOFTWARE CONSULTING,
  LLC

Zuper, Inc.