## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Travis R. Buckingham, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On July 10, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **Notice of Deadline to Assert Liens in Connection with Bidding Procedures and Upcoming Sale and Auction** [Docket No. 318]

- **Order Authorizing the Debtors to Redact and File Under Seal Confidential Information Contained in Settlement and Release Agreement** [Docket No. 322]

Furthermore, on July 10, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit E**; and via First Class Mail upon the service list attached hereto as **Exhibit F**:

- **Notice of Deadline to Assert Liens in Connection with Bidding Procedures and Upcoming Sale and Auction** [Docket No. 318]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

Furthermore, on July 10, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit G** and **Exhibit H**; and via First Class Mail upon the service lists attached hereto as **Exhibit I** and **Exhibit J**:

- **Order Authorizing the Debtors to Redact and File Under Seal Confidential Information Contained in Settlement and Release Agreement** [Docket No. 322]

Dated: July 25, 2025

/s/ *Travis R. Buckingham*
Travis R. Buckingham
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

# Exhibit A

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | Ace Engineering & Co., Ltd. | Carl Kim | chloe@acecontainer.com; carl.kim@aceengineering.com |
| Interested Party | AKA Energy Systems | Jason Aspin | jasonaspin@aka-group.com |
| Interested Party | Akaysha | Paul Curnow | paul.curnow@akayshaenergy.com |
| Counsel to Creditor Sonic Systems International, LLC | Akerman LLP | Mark S. Lichtenstein | mark.lichtenstein@akerman.com |
| Interested Party | APEX Clean Energy | Scott Weiss | Scott.Weiss@apexcleanenergy.com |
| Counsel for Celestica LLC | Arnold & Porter Kaye Scholer LLP | Benjamin Mintz, Justin Imperato, Gabby Ferreira | benjamin.mintz@arnoldporter.com; justin.imperato@arnoldporter.com; gabby.ferreira@arnoldporter.com |
| Counsel for Celestica LLC | Arnold & Porter Kaye Scholer LLP | Lee M. Cortes, Jr. | lee.cortes@arnoldporter.com |
| Counsel for Idaho Power Company | Baker Botts LLP | Micheline Deeik | micheline.deeik@bakerbotts.com |
| Counsel for Idaho Power Company | Baker Botts LLP | Richard B. Harper, Scott R. Bowling | richard.harper@bakerbotts.com; scott.bowling@bakerbotts.com |
| Counsel to EPC Services Company | Benesch, Friedlander, Coplan & Aronoff LLP | Jennifer R. Hoover, Noelle B. Torrice | jhoover@beneschlaw.com; ntorrice@beneschlaw.com |
| Counsel to Mainfreight Inc. and Mesa Logistics Group, LLC d/b/a Trivergix Group | Benesch, Friedlander, Coplan & Aronoff LLP | Kevin M. Capuzzi, John C. Gentile, Noelle B. Torrice | kcapuzzi@beneschlaw.com; jgentile@beneschlaw.com; ntorrice@beneschlaw.com |
| Interested Party | Berkshire Hathaway | Alicia Knapp, Joe Johnson | Alicia.Knapp@bherenewables.com; Josiah.Johnson@bherenewables.com |
| Member of Official Committee of Unsecured Creditors | Brian Palomino | Jack A. Raisner, Raisner Roupinian LLP | jar@raisnerroupinian.com |
| Proposed Counsel to Official Committee of Unsecured Creditors | Brown Rudnick | Bennett S Silverberg, Kenneth J Aulet, Eric R. Goodman | KAulet@brownrudnick.com; BSilverberg@brownrudnick.com; EGoodman@brownrudnick.com |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | Celestica LLC | Michael Paul Giallella | mgiallella@celestica.com |
| Interested Party | CleanPeak Energy | Gavin Smith | gavin.smith@cleanpeakenergy.com.au |
| Co-Counsel to BHER Ravenswood Solar 1, LLC | Cole Schotz P.C. | Felice R. Yudkin, Daniel J. Harris | fyudkin@coleschotz.com; dharris@coleschotz.com |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | Contemporary Amperex Technology Co., Limited (CATL) | Micah Siegal | RuanTF@catlbattery.com; micahsiegal@catl.com |
| Interested Party | Convergent | Frank Genova, Miranda Morton | fgenova@convergentep.com; mmorton@convergentep.com |
| Interested Party | Countryside | Cagri Ozmerdiven | cozmerdiven@csenergy.com |
| Interested Party | EDF | Art Del Rio, Blaine Sundwall , Chelsea Turner | art.delrio@edf-re.com; Blaine.Sundwall@edf-re.com; Chelsea.Turner@edf-re.com |
| Interested Party | EnergyRE | Ann Walter, Rocio Mendoza, Greg White, Surya Mohan | Ann.Walter@energyre.com; rocio.mendoza@energyre.com; Greg.White@energyre.com; Surya.Mohan@energyre.com |
| Interested Party | esVolta | Randolph Mann, Justin Johns | randolph.mann@esvolta.com; justin.johns@esvolta.com |
| Counsel to JMS Wind Energy, LLC and Pulse Clean Energy SPV Watt Limited | Eversheds Sutherland (US) LLP | Todd C. Meyers, David A. Wender | toddmeyers@eversheds-sutherland.com; davidwender@eversheds-sutherland.com |
| Counsel to JMS Wind Energy, LLC and Pulse Clean Energy SPV Watt Limited | Eversheds Sutherland (US) LLP | Todd C. Meyers, Sameer M. Alifarag | toddmeyers@eversheds-sutherland.com; sameeralifarag@eversheds-sutherland.com |
| Counsel to Keyframe Capital Partners, L.P | Faegre Drinker Biddle & Reath LLP | Drew Magee | drew.magee@faegredrinker.com |
| Counsel to the Cash Flow DIP Lender and Keyframe Capital Partners, L.P | Faegre Drinker Biddle & Reath LLP | James H. Millar, Kyle R. Kistinger | james.millar@faegredrinker.com; kyle.kistinger@faegredrinker.com |
| Counsel to Keyframe Capital Partners, L.P | Faegre Drinker Biddle & Reath LLP | Michael P. Pompeo | michael.pompeo@faegredrinker.com |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | Formosa Electronic Industries Inc. | Vodka Lee | kelvin.chen@feii.com.tw; flora.zhang@feii.com.tw; vodka.lee@feii.com.tw |
| Proposed Counsel to Official Committee of Unsecured Creditors | Genova Burns LLC | Donald Clarke, Daniel Stolz, Jaclynn N. McDonnell,  Susan A. Long | DClarke@genovaburns.com; dstolz@genovaburns.com; jmcdonnell@genovaburns.com; slong@genovaburns.com |
| Counsel for GLAS USA LLC | Gibbons P.C. | Brett S. Theisen | btheisen@gibbonslaw.com |
| Co-counsel for certain funds and accounts managed by KKR Credit Advisors (US) LLC | Gibbons P.C. | John S. Mairo, Kyle P. McEvilly | jmairo@gibbonslaw.com; kmcevilly@gibbonslaw.com |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 1 of 4

Exhibit A
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Co-Counsel to BHER Ravenswood Solar 1, LLC | Gibson, Dunn & Crutcher LLP | Jeffrey C. Krause | jkrause@gibsondunn.com |
| Co-Counsel to BHER Ravenswood Solar 1, LLC | Gibson, Dunn & Crutcher LLP | Michael J. Cohen | mcohen@gibsondunn.com |
| Agent for the Prepetition Lenders and Top 50 Creditor | GLAS USA LLC | | clientservices.americas@glas.agency |
| Interested Party | Glidepath | Mark Breen | mbreen@glidepath.net |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | GreEnergy Resources LLC | Adam Fenner | adam.fenner@greenergyresources.com |
| Interested Party | Hecate | Nick Peri | nperi@fullmarkenergy.com |
| Counsel for Invenergy, LLC | Holland & Knight LLP | Barbra R. Parlin | barbra.parlin@hklaw.com |
| Interested Party | Honeywell | Thomas Craig | Thomas.Craig2@Honeywell.com |
| Interested Party | Hunt Energy Solutions | Hunter Hunt | hhunt@huntconsolidated.com |
| Interested Party | Idaho Power | Adam Richins | ARichins@idahopower.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Interested Party | Invenergy | Derek Price, David Azari | dprice@invenergy.com; DAzari@invenergy.com |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | JMS Wind Energy, LLC | Will Douglas | julie@jmswindenergy.com; will.douglas@jmsenergy.net |
| Interested Party | Jupiter Power | David Hernandez | david.hernandez@jupiterpower.io |
| Interested Party | KCE | Brian Hayes, Colin Tareila | brian.hayes@keycaptureenergy.io; Colin.Tareila@keycaptureenergy.com |
| Interested Party | Kia Energy | Stream Energy Team | elugo@streamenergy.mx; acampos@streamenergy.mx; jalvarez@streamenergy.mx |
| Interested Party | KMC (project Brandywine Onward Energy) | Paul Wasssil | paul.wassil@onwardenergy.com |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | Kupono Solar, LLC | c/o Ameresco, Inc., Rebecca McIntyre | mchiplock@ameresco.com; rmcintyre@ameresco.com |
| Counsel to DIP Lender FlexGen Power Systems | Latham & Watkins | David Hammerman, Blake Denton, Andrew Sorkin | david.hammerman@lw.com; blake.denton@lw.com; andrew.sorkin@lw.com |
| Counsel to DIP Lender FlexGen Power Systems | Latham & Watkins | Jeffrey Mispagel | jeffrey.mispagel@lw.com |
| Counsel to DIP Lender FlexGen Power Systems | Latham & Watkins | Whit Morley | whit.morley@lw.com |
| Interested Party | Leader | Phil | phil@ysolar.com.tw |
| Interested Party | Leeward | Jason Allen, Theodore Matula | Jason.Allen@LeewardEnergy.com; Theodore.Matula@LeewardEnergy.com |
| Interested Party | Longroad | Michael Alvarez, Paul Gaynor | michael.alvarez@longroadenergy.com; paul.gaynor@longroadenergy.com |
| Co-Counsel for Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, Longroad Energy Partners, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, Sun Streams Expansion, LLC, DTE Electric Company, and Poblano Energy Storage, LLC | Mayer Brown LLP | Joaquin M. C de Baca, Richard A. Stieglitz, Youmi Kim | jcdebaca@mayerbrown.com; rstieglitz@mayerbrown.com; ykim@mayerbrown.com |
| Interested Party | MHPS | Michael Leonard | michael.leonard@amer.mhps.com |
| New Jersey Division of Taxation | New Jersey Division of Taxation | Compliance and Enforcement - Bankruptcy Unit | NJTax.BNCnoticeonly@treas.nj.gov |
| Interested Party | Nidec | Damien Iwanski | damien.iwanski@nidec-asi.com |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Jeffery M. Sponder, Lauren Bielskie | Lauren.Bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov |
| Interested Party | OPALCO | Foster Hildreth | fhildreth@opalco.com |
| Interested Party | Orange & Rockland | David A. Brooks, Christina Deleveaux | BROOKSDA@coned.com; DELEVEAUXC@coned.com |
| Interested Party | Ormat | Elad Zalkin | ezalkin@ormat.com |
| Counsel to esVolta, LP and EDF Power Solutions, Inc. (f/k/a EDFRenewables, Inc.) | Orrick, Herrington & Sutcliffe LLP | Lorraine McGowen, Michael Trentin, Jenna MacDonald Busche | lmcgowen@orrick.com; mtrentin@orrick.com; jmacdonaldbusche@orrick.com |

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Co-Counsel for Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, Longroad Energy Partners, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, Sun Streams Expansion, LLC, DTE Electric Company, and Poblano Energy Storage, LLC | Pashman Stein Walder & Hayden, P.C. | John W. Weiss, Leah M. Eisenberg, David E. Sklar | jweiss@pashmanstein.com; leisenberg@pashmanstein.com; dsklar@pashmanstein.com |
| Counsel for Prevalon Energy LLC and Mitsubishi Power Americas, Inc. | Pillsbury Winthrop Shaw Pittman LLP | John A. Pintarelli, Patrick E. Fitzmaurice | john.pintarelli@pillsburylaw.com; patrick.fitzmaurice@pillsburylaw.com |
| Interested Party | PNM | PNM Team | Christian.Reeves@txnmenergy.com; Christopher.Pecoraro@txnmenergy.com; christopher.pecoraro@pnmresources.com; Sean.LEcluse@txnmenergy.com |
| Counsel to Key Capture Energy, LLC | Porter Hedges LLP | Eric M. English, James A. Keefe | eenglish@porterhedges.com; jkeefe@porterhedges.com |
| Interested Party | Portland General Electric | Kevin Whitener | kevin.whitener@pgn.com |
| Interested Party | Powerflex | Bryan Towe | bryan.towe@powerflex.com |
| Interested Party | PowerSecure | Eric Dupont | edupont@powersecure.com |
| Interested Party | Prevalon (Mitsubishi Power) | Tom Cornell, Michael McManus | thomas.cornell@prevalonenergy.com; Michael.McManus@prevalonenergy.com |
| Interested Party | Pulse Clean Energy | Trevor Wills | trevor.wills@pulsecleanenergy.com |
| Interested Party | Pure Power Solutions | Rody Jonas | rody@purepowersolutions.com |
| Interested Party | PureSky | PureSky Team | Muhammed.Johar@pureskyenergy.com; taylor.dunn@pureskyenergy.com |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | R.H. Shipping & Chartering S De RL De CV | Rudolf Hess | cobranza@rh-shipping.com; rudolf@rh-shipping.com |
| Counsel to Honeywell International Inc. | Rabinowitz, Lubetkin & Tully, LLC | Jeffrey A. Cooper | jcooper@rltlawfirm.com |
| Counsel to GLAS USA LLC, agent for the Prepetition Lenders | Reed Smith LLP | Nicholas B. Vislocky, Andy Buck, David A. Pisciotta, Richard C. Solow | NVislocky@reedsmith.com; ABuck@reedsmith.com; dpisciotta@reedsmith.com; rsolow@reedsmith.com |
| Counsel to Key Capture Energy, LLC | Saul Ewing LLP | Lucian B. Murley | luke.murley@saul.com |
| Counsel to Key Capture Energy, LLC | Saul Ewing LLP | Turner N. Falk | turner.falk@saul.com |
| Counsel to CS Energy, LLC | Schenck, Price, Smith & King, LLP | Franklin Barbosa, Jr. | fb@spsk.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Co-Counsel to Ace Engineering | Sherman, Silverstein, Kohl, Rose & Podolsky, P.A. | Arthur J. Abramowitz, Ross J. Switkes | aabramowitz@shermansilverstein.com; rswitkes@shermansilverstein.com |
| Interested Party | Sol Systems | Yuri Horwitz, Richard Romero | yuri.horwitz@solsystems.com; richard.romero@solsystems.com |
| Interested Party | Solvida | Stephen Smith | stephen@solvidaenergy.com |
| Interested Party | Southern Company | Jay McFarland, Alison, John | JDMcFarl@southernco.com; apbrown@southernco.com; jdkilcoy@southernco.com |
| Interested Party | Stem | Ilya Kramarevsky | Ilya.Kramarevsky@stem.com |
| Interested Party | Strata | Bob Schaffeld | bob.schaffeld@stratacleanenergy.com |
| Interested Party | Sungrid | Jake Wang | jake.wang@sungridsolutions.com |
| Interested Party | TPE Energy | Pedro Huang | pedro.huang@tpeenergy.com.tw |
| Counsel to EPC Services Company | UB Greensfelder LLP | Stuart A. Laven, Jr. | salaven@ubglaw.com |
| Counsel for the Ad Hoc Customer Group | Vinson & Elkins LLP | Steven M. Abramowitz, David S. Meyer, Lauren R. Kanzer | sabramowitz@velaw.com; dmeyer@velaw.com; lkanzer@velaw.com |
| Counsel for the Ad Hoc Customer Group | Vinson & Elkins LLP | William L. Wallander, Matthew D. Struble | mstruble@velaw.com; bwallander@velaw.com |
| Agent for Toyota Industries Commercial Finance Inc. | Weltman, Weinberg & Reis Co. LPA | Scott D. Fink | bronationalecf@weltman.com |

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Co-counsel for certain funds and accounts managed by KKR Credit Advisors (US) LLC | White & Case LLP | Andrew  Zatz, Shana Vantusko, Emilio Grandio, Nadav Klugman, David Ridley, Andrea Amulic, Adam Swingle | azatz@whitecase.com; shana.white@whitecase.com; emilio.grandio@whitecase.com; nadav.klugman@whitecase.com; David.Ridley@whitecase.com; andrea.amulic@whitecase.com; adam.swingle@whitecase.com |
| Co-counsel for certain funds and accounts managed by KKR Credit Advisors (US) LLC | White & Case LLP | Erin Rosenberg, Adam Swingle | erin.rosenberg@whitecase.com; adam.swingle@whitecase.com |
| Co-Counsel for Munmorah Battery ProjectCo Pty Ltd and Ulinda Park ProjectCo Pty Ltd | Wollmuth Maher & Deutsch LLP | Paul R. DeFilippo, James N. Lawlor | pdefilippo@wmd-law.com; jlawlor@wmd-law.com |
| Counsel for Applied Surety Underwriters, SiriusPoint America Insurance Company, and Pennsylvania Insurance Company | Womble Bond Dickinson (US) LLP | Kevin J. Mangan, Lisa Bittle Tancredi | kevin.mangan@wbd-us.com; lisa.tancredi@wbd-us.com |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 4 of 4

# Exhibit B

**Exhibit B**

**Lienholder Service List**

**Served via Electronic Mail**

| CreditorName | Email |
|---|---|
| Ausco Modular Pty Ltd | receivables@ausco.com.au |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 1 of 1

Exhibit C

**Exhibit C**

**Master Service List**

**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| New Jersey Attorney General Office | New Jersey Attorney General Office | Division of Law | Richard J. Hughes Justice Complex | 25 Market St | PO Box 112 | Trenton | NJ | 08625-0112 |
| US Attorney for District of New Jersey | US Attorney for District of New Jersey | Alina Habba | 970 Broad Street, 7th Floor | | | Newark | NJ | 07102 |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 1 of 1

Exhibit D

**Exhibit B**

**Lienholders Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Ausco Modular Pty Ltd | | PO Box 187 | Goodna | QLD | 4300 | Australia |
| BMO Bank N.A. | | 1625 W. Fountainhead Pkwy, AZ-FTN-10C-A | Tempe | AZ | 85282 | |
| GLAS USA LLC | | 3 Second Street, Suite 206 | Jersey City | NJ | 07311 | |
| HSBC Bank USA, N.A., as Agent | | 95 Washington Street, Atrium 2SE | Buffalo | NY | 14203 | |
| JPMorgan Chase Bank, N.A. | | 10 S Dearborn St, Mailcode IL1-P001 | Chicago | IL | 60603-2300 | |
| Munmorah Battery ProjectCo Pty Ltd | (ACN 662 894 699) | 10-20 Gwynne Street | Cremome | VIC | 3121 | Australia |
| SMA Solar Technology America LLC | | 3925 Atherton Rd | Rocklin | CA | 95765 | |
| Toyota Industries Commercial Finance, Inc. | | P.O. Box 9050 | Dallas | TX | 75019-9050 | |
| Wesco Distribution, Inc. | | 3425 East Van Buren Street | Phoenix | AZ | 85008 | |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 1 of 1

Exhibit E

Exhibit E

**Top 50 Creditor Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| 8LOOP Logistics LLC | | accounting@8looplogistics.com |
| Ashbaugh Energy Consulting | | ashbaughenergy@gmail.com |
| Bergstrom China | | SShi@bergstrominc.com |
| Build AppliedLogix, LLC | | tduffy@appliedlogix.com |
| Building Automation Products, Inc. | | Accountsreceivable@bapisensors.com |
| Carel USA, INC | | accounts.receivable_usa@carel.com |
| CEVA Logistics US, Inc. | | juanfernando.aguilar@cevalogistics.com |
| Clean Energy Services CES LLC | | accounts.receivable@cesrenewables.com |
| Contemporary Nebula Technology Energy Co., Ltd. | | xuezhen.lin@cntepower.com |
| Crowe LLP | | arremitadv@crowe.com |
| EBARA Densan (Qingdao) Technology Co.,Ltd. | | dong.jiakun@edq-ebara.com |
| EnergyRE / Lone Star Solar, LLC | Rocio Guadalupe Mendoza | rocio.mendoza@energyre.com |
| EnergyRE / Lone Star Solar, LLC | Rocio Guadalupe Mendoza | rocio.mendoza@energyre.com |
| Envision AESC US LLC | | ken.srebnik@envision-aesc.com |
| Expeditors International of Washington, Inc. | | remit@expeditors.com |
| Experience Knowledge Strategy, S.L. | | fronquillo@eksenergy.com |
| Front Range–Midway Solar Project, LLC (Naturgy) | Farella Braun & Martel | gkaplan@fbm.com |
| Hitachi Energy USA Inc. | | us-pg-ar@hitachienergy.com |
| Huizhou Topband Electrical Technology Co., LTD | | wuxr@topband.com.cn |
| KPMG LLP | | us-bkrdasc-ar@kpmg.com |
| Leader Energy Storage Technology Co., Ltd | | cychuang@leadfar.com.tw |
| Mainfreight Air & Ocean Pty Ltd | | lorraine.govender@mainfreight.com |
| Mainz Brady Group, Inc. | | accounting@mbg.com |
| McGuireWoods Consulting LLP | | artaskforce@mcguirewoods.com |
| McKinsey & Company, Inc. United States | | US_AR@mckinsey.com |
| Miller Nash Graham & Dunn LLP | | clientservices@millernash.com |
| Orr Protection | Erica Khourjian | opsaccounting@orrprotection.com |
| Pearce Services, LLC | | essnotifications@pearce-renewables.com |
| Propeller Inc | | lvillarreal@propellerpdx.com |
| Qingdao CIMC Container Manufacture Co., Ltd | | haiming.li2021@cimc.com |
| Qingdao CIMC-POWIN New Energy Technology Co., Ltd | | info@cimc-powin.com |
| RH Shipping & Chartering (USA) LLC | | mplascencia@rh-shipping.com |
| Rubicon Professional Services, LLC | | accounting@rubiconps.com |
| Schneider Electric IT Corporation | | SEITUSACASH.APPLICATIONTEAM@schneider-electric.com |
| Shanghai Hdmann Industry Co., Ltd | | F5@hdmann.com |
| SIBA LLC | | info@sibafuse.com |
| SMA America, LLC | | ordermgmt@sma-america.com |
| Sonic Systems International, LLC | | ablock@sonicsystems.com |
| Spark Power Renewables USA, Inc | | legal@sparkpowercorp.com; paul.demarco@sparkpowercorp.com; czaitsoff@sparkpowercorp.com |
| Specified Technologies Inc. | | AR@stifirestop.com |
| Ultra Corpotech Private Limited | | vgoykar@ultracorpotech.com |
| Weifang Genius Electronics Co., Ltd. | | daisy.yang@genius-gp.com |

# Exhibit F

**Exhibit F**

**Warehouse Service List**

**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 8 Loop, Houston TX (3PL) Inventory | | 7207 NORTH LOOP E | | | Houston | TX | 77028 | |
| 8Loop, Attan CA  (3PL) Inventory | | 13941 NORTON AVENUE | | | Chino | CA | 91710 | |
| 8Loop, Laredo TX  (3PL) Inventory | | 22401 Mines Rd | | | Laredo | TX | 78045 | |
| 8Loop, Wilmington CA  (3PL) Inventory | | 1711 Alameda St | | | Wilmington | CA | 90744 | |
| American Lamprecht, Houston TX  (3PL) Inventory | | 16302 Aldine Westfield Road | | | Houston | TX | 77032 | |
| ATS  (3PL) Inventory - Lay Down Yard | | 317 Pinto Valle Drive | | | Laredo | TX | 78045 | |
| Expeditors, Peabody MA  (3PL) Inventory | | 795 Jubilee Drive | | | Peabody | MA | 01960 | |
| Mesa WHSE (GTI) Inventory | | 7524 E Warner Rd | | | Mesa | AZ | 85212 | |
| Mesa WHSE (Orion) Inventory | | 7524 E Warner Rd | | | Mesa | AZ | 85212 | |
| Mesa, AZ WHSE Inventory | | 7524 E Warner Rd | | | Mesa | AZ | 85212 | |
| OneSource (3PL) Inventory | | 46 Stafford Street | | | Lawrence | MA | 01841 | |
| Prolift Rigging Co, Glendale AZ  (3PL) Inventory | | 5750 N 101st Ave | | | Glendale | AZ | 85307 | |
| RH (Alpamed) (3PL) Inventory | | CARRETERA MONTERREY - COLOMBIA NO. EXT KM | 18 COLONIA EMILIANO ZAPATA C.P. 65500 | | Monterrey | | 65500 | Mexico |
| SourceOne, Commerce CA  (3PL) Inventory | | 2650 Commerce Way | | | Commerce | CA | 90040 | |
| SourceOne, Portland OR  (3PL) Inventory | c/o Javelin | 5545 NE 148th Ave, Ste B | | | Portland | OR | 97230 | |
| SourceOne, Tolleson AZ  (3PL) Inventory | | 8585 W. Buckeye Road | | | Tolleson | AZ | 85353 | |
| Trivergix (3PL) Inventory | c/o SKU Distribution | 7353 E Ray Rd | | | Mesa | AZ | 85212 | |
| Tualatin, OR WHSE Inventory | | 20550 SW 115th Ave | | | Tualatin | OR | 97062 | |
| Welldex (CEVA) (3PL) Inventory | Welldex Distribution S.A. de C.V. RFC WDI140429V95 | Lote 3 Manzana 8, Calle 4, No. 500 | Parque Logistico | 78426, San Luis, S.L.P. | Monterrey | | 65500 | Mexico |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 1 of 1

# Exhibit G

**Exhibit G**
**State Attorneys General Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| Oregon Attorney General | Attn Bankruptcy Department | AttorneyGeneral@doj.state.or.us; Lisa.Udland@doj.state.or.us |
| Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |

# Exhibit H

# Exhibit H

[Confidential - Contract Counterparties Information Redacted]

Exhibit I

**Exhibit**

**State Attorneys General & EPA Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 |
| New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 |
| Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 |
| Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 |
| U.S. Environmental Protection Agency | Office of General Counsel | 1200 Pennsylvania Ave NW | 2310A | | Washington | DC | 20460 |

Exhibit J

# Exhibit J

[Confidential - Contract Counterparties Information Redacted]