**Spark Power Group Inc.**
**Spark Power Group Inc. : Spark Power Corp. : Spark Power (USA) Corp. (Consolidated)**
**A/R Aging Detail**
**As of June 12, 2025**

| Customer | Transaction Type | Date | Document Number | P.O. No. | Due Date | Age | Actual Terms | Actual Due Date | Accrual Date | Actual Age | Open Balance | Fed Rate | Fed+1% | Accrued Interest to June 9, 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Powin LLC | | | | | | | | | | | | | | |
| | Payment | 9/20/2024 | 2471 | EFT SEP.20.2024 REMITT ATTACH- INV12477 & INV1248, INV12482 W/ 9/20/2024 | | 265 | | | | | ($1,450.86) | | | |
| | Invoice | 9/30/2024 | INV13892 | CW39; September 22-28, 2024 | 10/30/2024 | 225 | 45 | 11/14/2024 | 6/16/2025 | 214 | $7,040.00 | 4.58% | 5.58% | $230.32 |
| | Invoice | 10/25/2024 | INV14144 | 15460 - CW42; October 13-19, 2024 | 11/24/2024 | 200 | 45 | 12/9/2024 | 6/16/2025 | 189 | $3,267.00 | 4.58% | 5.58% | $94.40 |
| | Payment | 12/13/2024 | 2703 | | 12/13/2024 | 181 | 45 | 1/27/2025 | 6/16/2025 | 140 | ($270.00) | 1.00% | | |
| | Invoice | 12/31/2024 | INV14583 | Pending - CW50; December 8-14, 2024 | 1/30/2025 | 133 | 45 | 2/14/2025 | 6/16/2025 | 122 | $87,481.50 | 4.33% | 5.33% | $1,558.51 |
| | Invoice | 12/31/2024 | INV14622 | Pending - CW51; December 15-21, 2024 | 1/30/2025 | 133 | 45 | 2/14/2025 | 6/16/2025 | 122 | $3,793.00 | 4.33% | 5.33% | $67.57 |
| | Invoice | 12/31/2024 | INV14623 | Pending - CW52; December 22-28, 2024 | 1/30/2025 | 133 | 45 | 2/14/2025 | 6/16/2025 | 122 | $6,347.60 | 4.33% | 5.33% | $113.08 |
| | Invoice | 12/31/2024 | INV14624 | Pending - CW51; December 15-21, 2024 | 1/30/2025 | 133 | 45 | 2/14/2025 | 6/16/2025 | 122 | $41,463.35 | 4.33% | 5.33% | $738.68 |
| | Invoice | 12/31/2024 | INV14625 | Pending - CW51; December 15-21, 2024 | 1/30/2025 | 133 | 45 | 2/14/2025 | 6/16/2025 | 122 | $91,970.80 | 4.33% | 5.33% | $1,638.49 |
| | Payment | 1/2/2025 | 2764 | | 1/2/2025 | 161 | 45 | 2/16/2025 | 6/16/2025 | 120 | ($12,944.43) | 1.00% | | |
| | Invoice | 1/9/2025 | INV14705 | Pending - CW01; Dec 29-Jan 4, 2025 | 2/8/2025 | 124 | 45 | 2/23/2025 | 6/16/2025 | 113 | $66,031.15 | 4.33% | 5.33% | $1,089.59 |
| | Invoice | 1/9/2025 | INV14706 | Pending - CW01; Dec 29-Jan 4, 2025 | 2/8/2025 | 124 | 45 | 2/23/2025 | 6/16/2025 | 113 | $19,163.70 | 4.33% | 5.33% | $316.22 |
| | Invoice | 1/16/2025 | INV14753 | 16473 - CW02; January 5-11, 2025 | 2/15/2025 | 117 | 45 | 3/2/2025 | 6/16/2025 | 106 | $25,149.05 | 4.33% | 5.33% | $389.28 |
| | Invoice | 1/16/2025 | INV14754 | Pending - CW02; January 5-11, 2025 | 2/15/2025 | 117 | 45 | 3/2/2025 | 6/16/2025 | 106 | $73,713.45 | 4.33% | 5.33% | $1,141.00 |
| | Invoice | 1/16/2025 | INV14755 | Pending - CW02; January 5-11, 2025 | 2/15/2025 | 117 | 45 | 3/2/2025 | 6/16/2025 | 106 | $25,842.25 | 4.33% | 5.33% | $400.01 |
| | Invoice | 1/27/2025 | INV14796 | 16768 - CW03; January 12-18, 2025 | 2/26/2025 | 106 | 45 | 3/13/2025 | 6/16/2025 | 95 | $80,593.65 | 4.33% | 5.33% | $1,118.04 |
| | Invoice | 1/29/2025 | INV14816 | 16723 - CW04; January 19-25, 2025 | 2/28/2025 | 104 | 45 | 3/15/2025 | 6/16/2025 | 93 | $28,750.30 | 4.33% | 5.33% | $390.44 |
| | Invoice | 1/30/2025 | INV14828 | Pending - CW04; January 19-25, 2025 | 3/1/2025 | 103 | 45 | 3/16/2025 | 6/16/2025 | 92 | $74,404.60 | 4.33% | 5.33% | $999.59 |
| | Invoice | 1/30/2025 | INV14830 | Pending - CW04; January 19-25, 2025 | 3/1/2025 | 103 | 45 | 3/16/2025 | 6/16/2025 | 92 | $36,160.00 | 4.33% | 5.33% | $485.79 |
| | Invoice | 1/30/2025 | INV14832 | 15064 - CW04; January 19-25, 2025 | 3/1/2025 | 103 | 45 | 3/16/2025 | 6/16/2025 | 92 | $22,823.20 | 4.33% | 5.33% | $306.62 |
| | Invoice | 1/31/2025 | INV14893 | Pending - CW05; January 26-February 1, 2025 | 3/2/2025 | 102 | 45 | 3/17/2025 | 6/16/2025 | 91 | $79,505.80 | 4.33% | 5.33% | $1,056.51 |
| | Invoice | 1/31/2025 | INV14894 | Pending - CW05; January 26-February 1, 2025 | 3/2/2025 | 102 | 45 | 3/17/2025 | 6/16/2025 | 91 | $36,527.30 | 4.33% | 5.33% | $485.39 |
| | Invoice | 1/31/2025 | INV14895 | 16473 - CW05; January 26-February 1, 2025 | 3/2/2025 | 102 | 45 | 3/17/2025 | 6/16/2025 | 91 | $36,866.60 | 4.33% | 5.33% | $489.90 |
| | Invoice | 1/31/2025 | INV14897 | 15063 - CW05; January 26-February 1, 2025 | 3/2/2025 | 102 | 45 | 3/17/2025 | 6/16/2025 | 91 | $14,665.00 | 4.33% | 5.33% | $194.88 |
| | Invoice | 1/31/2025 | INV14898 | 15064 - CW05; January 26-February 1, 2025 | 3/2/2025 | 102 | 45 | 3/17/2025 | 6/16/2025 | 91 | $1,132.40 | 4.33% | 5.33% | $15.05 |
| | Invoice | 1/31/2025 | INV14899 | 15330 - CW05; January 26-February 1, 2025 | 3/2/2025 | 102 | 45 | 3/17/2025 | 6/16/2025 | 91 | $21,906.80 | 4.33% | 5.33% | $291.11 |
| | Invoice | 2/12/2025 | INV14918 | 15063 - CW06; February 2-8, 2025 | 3/14/2025 | 90 | 45 | 3/29/2025 | 6/16/2025 | 79 | $581.10 | 4.33% | 5.33% | $6.70 |
| | Invoice | 2/12/2025 | INV14919 | 15330 - CW06; February 2-8, 2025 | 3/14/2025 | 90 | 45 | 3/29/2025 | 6/16/2025 | 79 | $34,737.65 | 4.33% | 5.33% | $400.74 |
| | Invoice | 2/13/2025 | INV14924 | Pending - CW06; February 2-8, 2025 | 3/15/2025 | 89 | 45 | 3/30/2025 | 6/16/2025 | 78 | $88,082.60 | 4.33% | 5.33% | $1,003.27 |
| | Invoice | 2/13/2025 | INV14925 | Pending - CW06; February 2-8, 2025 | 3/15/2025 | 89 | 45 | 3/30/2025 | 6/16/2025 | 78 | $36,618.05 | 4.33% | 5.33% | $417.08 |
| | Invoice | 2/19/2025 | INV14957 | 16432 - Scissor Lift Rental | 3/21/2025 | 83 | 45 | 4/5/2025 | 6/16/2025 | 72 | $2,535.45 | 4.33% | 5.33% | $28.66 |
| | Invoice | 2/20/2025 | INV14981 | Pending - CW07; February 9-15, 2025 | 3/22/2025 | 82 | 45 | 4/6/2025 | 6/16/2025 | 71 | $67,203.59 | 4.33% | 5.33% | $696.76 |
| | Invoice | 2/21/2025 | INV14982 | Pending - CW07; February 9-15, 2025 | 3/23/2025 | 81 | 45 | 4/7/2025 | 6/16/2025 | 70 | $29,394.08 | 4.33% | 5.33% | $300.46 |
| | Invoice | 2/21/2025 | INV14983 | Pending - CW07; February 9-15, 2025 | 3/23/2025 | 81 | 45 | 4/7/2025 | 6/16/2025 | 70 | $27,030.48 | 4.33% | 5.33% | $276.30 |
| | Invoice | 2/26/2025 | INV15005 | Pending - CW08; February 16-22, 2025 | 3/28/2025 | 76 | 45 | 4/12/2025 | 6/16/2025 | 65 | $85,894.50 | 4.33% | 5.33% | $815.29 |
| | Invoice | 2/26/2025 | INV15006 | Pending - CW08; February 16-22, 2025 | 3/28/2025 | 76 | 45 | 4/12/2025 | 6/16/2025 | 65 | $19,497.70 | 4.33% | 5.33% | $185.07 |
| | Invoice | 2/26/2025 | INV15007 | 15330 - CW08; February 16-22, 2025 | 3/28/2025 | 76 | 45 | 4/12/2025 | 6/16/2025 | 65 | $40,759.19 | 4.33% | 5.33% | $386.88 |
| | Invoice | 2/26/2025 | INV15008 | 15063 - CW08; February 16-22, 2025 | 3/28/2025 | 76 | 45 | 4/12/2025 | 6/16/2025 | 65 | $5,524.40 | 4.33% | 5.33% | $52.44 |
| | Invoice | 2/28/2025 | INV15053 | Pending - CW09; February 23-Mar 1, 2025 | 3/30/2025 | 74 | 45 | 4/14/2025 | 6/16/2025 | 63 | $81,347.39 | 4.33% | 5.33% | $748.37 |
| | Invoice | 2/28/2025 | INV15054 | Pending - CW09; February 23-Mar 1, 2025 | 3/30/2025 | 74 | 45 | 4/14/2025 | 6/16/2025 | 63 | $36,080.73 | 4.33% | 5.33% | $331.93 |
| | Invoice | 2/28/2025 | INV15057 | Pending - CW09; February 23-Mar 1, 2025 | 3/30/2025 | 74 | 45 | 4/14/2025 | 6/16/2025 | 63 | $2,611.16 | 4.33% | 5.33% | $24.02 |
| | Invoice | 2/28/2025 | INV15058 | 15064 - CW09; February 23-Mar 1, 2025 | 3/30/2025 | 74 | 45 | 4/14/2025 | 6/16/2025 | 63 | $6,503.21 | 4.33% | 5.33% | $59.83 |
| | Invoice | 2/28/2025 | INV15059 | 15330 - CW09; February 23 - Mar 1, 2025 | 3/30/2025 | 74 | 45 | 4/14/2025 | 6/16/2025 | 63 | $24,246.63 | 4.33% | 5.33% | $223.06 |
| | Invoice | 3/12/2025 | INV15113 | 15064 - CW10; March 2-8, 2025 | 4/11/2025 | 62 | 45 | 4/26/2025 | 6/16/2025 | 51 | $11,325.44 | 4.33% | 5.33% | $84.35 |
| | Invoice | 3/12/2025 | INV15114 | 15330 - CW10; March 2-8, 2025 | 4/11/2025 | 62 | 45 | 4/26/2025 | 6/16/2025 | 51 | $23,409.87 | 4.33% | 5.33% | $174.34 |
| | Invoice | 3/12/2025 | INV15115 | Pending - CW10; March 2-8, 2025 | 4/11/2025 | 62 | 45 | 4/26/2025 | 6/16/2025 | 51 | $75,185.35 | 4.33% | 5.33% | $559.94 |
| | Invoice | 3/12/2025 | INV15116 | Pending - CW10; March 2-8, 2025 | 4/11/2025 | 62 | 45 | 4/26/2025 | 6/16/2025 | 51 | $30,479.46 | 4.33% | 5.33% | $226.99 |
| | Invoice | 3/19/2025 | INV15210 | Pending - CW11; March 9-15, 2025 | 4/18/2025 | 55 | 45 | 5/3/2025 | 6/16/2025 | 44 | $77,872.21 | 4.33% | 5.33% | $500.34 |
| | Invoice | 3/19/2025 | INV15211 | Pending - CW11; March 9-15, 2025 | 4/18/2025 | 55 | 45 | 5/3/2025 | 6/16/2025 | 44 | $28,389.53 | 4.33% | 5.33% | $182.41 |
| | Invoice | 3/19/2025 | INV15212 | 15063 - CW11; March 9-15, 2025 | 4/18/2025 | 55 | 45 | 5/3/2025 | 6/16/2025 | 44 | $2,690.02 | 4.33% | 5.33% | $17.28 |
| | Invoice | 3/19/2025 | INV15213 | 15064 - CW11; March 9-15, 2025 | 4/18/2025 | 55 | 45 | 5/3/2025 | 6/16/2025 | 44 | $9,456.04 | 4.33% | 5.33% | $60.76 |
| | Invoice | 3/19/2025 | INV15214 | 15330 - CW11; March 9-15, 2025 | 4/18/2025 | 55 | 45 | 5/3/2025 | 6/16/2025 | 44 | $28,442.04 | 4.33% | 5.33% | $182.75 |
| | Invoice | 3/26/2025 | INV15235 | 16432 - Scissor Lift Rental | 4/25/2025 | 48 | 45 | 5/10/2025 | 6/16/2025 | 37 | $1,985.15 | 4.33% | 5.33% | $10.73 |
| | Invoice | 3/26/2025 | INV15236 | 16432 - Scissor Lift Rental | 4/25/2025 | 48 | 45 | 5/10/2025 | 6/16/2025 | 37 | $1,267.73 | 4.33% | 5.33% | $6.85 |
| | Invoice | 3/26/2025 | INV15238 | 15064 - CW12; March 16-22, 2025 | 4/25/2025 | 48 | 45 | 5/10/2025 | 6/16/2025 | 37 | $34,439.20 | 4.33% | 5.33% | $186.06 |
| | Invoice | 3/26/2025 | INV15239 | 15330 - CW12; March 16-22, 2025 | 4/25/2025 | 48 | 45 | 5/10/2025 | 6/16/2025 | 37 | $5,720.64 | 4.33% | 5.33% | $30.91 |
| | Invoice | 3/26/2025 | INV15240 | Pending - CW12; March 16-22, 2025 | 4/25/2025 | 48 | 45 | 5/10/2025 | 6/16/2025 | 37 | $93,149.14 | 4.33% | 5.33% | $503.29 |
| | Invoice | 3/26/2025 | INV15241 | Pending - CW12; March 16-22, 2025 | 4/25/2025 | 48 | 45 | 5/10/2025 | 6/16/2025 | 37 | $33,772.68 | 4.33% | 5.33% | $182.47 |
| | Invoice | 3/31/2025 | INV15307 | Pending - CW13; March 23-29, 2025 | 4/30/2025 | 43 | 45 | 5/15/2025 | 6/16/2025 | 32 | $59,799.87 | 4.33% | 5.33% | $279.44 |
| | Invoice | 3/31/2025 | INV15308 | Pending - CW13; March 23-29, 2025 | 4/30/2025 | 43 | 45 | 5/15/2025 | 6/16/2025 | 32 | $34,719.78 | 4.33% | 5.33% | $162.24 |
| | Invoice | 3/31/2025 | INV15309 | 15330 - CW13; March 23-29, 2025 | 4/30/2025 | 43 | 45 | 5/15/2025 | 6/16/2025 | 32 | $44,271.82 | 4.33% | 5.33% | $206.88 |
| | Invoice | 4/10/2025 | INV15358 | Pending - CW14; March 30-April 5, 2025 | 5/10/2025 | 33 | 45 | 5/25/2025 | 6/16/2025 | 22 | $89,238.64 | 4.33% | 5.33% | $286.69 |
| | Invoice | 4/10/2025 | INV15359 | Pending - CW14; March 30-April 5, 2025 | 5/10/2025 | 33 | 45 | 5/25/2025 | 6/16/2025 | 22 | $42,493.37 | 4.33% | 5.33% | $136.51 |
| | Invoice | 4/16/2025 | INV15386 | Pending - CW14; April 6-12, 2025 | 5/16/2025 | 27 | 45 | 5/31/2025 | 6/16/2025 | 16 | $48,593.51 | 4.33% | 5.33% | $113.54 |
| | Invoice | 4/24/2025 | INV15425 | Pending - CW16; April 13-19, 2025 | 5/24/2025 | 19 | 45 | 6/8/2025 | 6/16/2025 | 8 | $73,017.66 | 4.33% | 5.33% | $85.30 |
| | Invoice | 4/30/2025 | INV15481 | Pending - CW17; April 20-26, 2025 | 5/30/2025 | 13 | 45 | 6/14/2025 | 6/16/2025 | 2 | $50,457.36 | 4.33% | 5.33% | $14.74 |
| | Invoice | 4/30/2025 | INV15540 | Pending - CW18; April 27-May 3, 2025 | 5/30/2025 | 13 | 45 | 6/14/2025 | 6/16/2025 | 2 | $48,764.71 | 4.33% | 5.33% | $14.24 |
| | Invoice | 5/15/2025 | INV15577 | Pending - CW19; May 4-10, 2025 | 6/14/2025 | -2 | 45 | 6/29/2025 | 6/16/2025 | -13 | $34,385.63 | 4.33% | 5.33% | |
| | Invoice | 5/15/2025 | INV15579 | 16432 - Scissor Lift Rental | 6/14/2025 | -2 | 45 | 6/29/2025 | 6/16/2025 | -13 | $441.41 | 4.33% | 5.33% | |
| | Invoice | 5/22/2025 | INV15637 | Pending - CW20; May 11-17, 2025 | 6/21/2025 | -9 | 45 | 7/6/2025 | 6/16/2025 | -20 | $23,308.08 | 4.33% | 5.33% | |
| | Invoice | 5/27/2025 | INV15664 | Pending - CW21; May 18-24, 2025 | 6/26/2025 | -14 | 45 | 7/11/2025 | 6/16/2025 | -25 | $20,359.62 | 4.33% | 5.33% | |
| **Total - Powin LLC** | | | | | | | | | | | **$2,486,017.08** | | | **$23,774.42** |