**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | : | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| POWIN, LLC, *et al.,* | : | |
| | : | Case No.: 25-16137 (MBK) |
| Debtors. | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Attorney, Nicholas M. Gaunce, Esq., on behalf of Control Concepts Corporation d/b/a c3controls, a creditor of Debtor, requests that, pursuant to Rules 2002, 9007, and 9010 of the Rules of Bankruptcy Procedure and Section 1109(b) of the United States Bankruptcy Code, all notices to be given or required to be served in this case, be given and served upon:

**Nicholas M. Gaunce, Esq.**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
*Physical Address*:    2000 Lenox Drive, Suite 203, Lawrenceville, NJ 08648
*Mailing Address*:    P.O. Box 5404, Princeton, NJ 08543
*Tel*:    (609) 989-5058
*Fax*:    (609) 392-7956
ngaunce@eckertseamans.com
*Attorneys for Control Concepts Corporation d/b/a c3controls*

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices regarding any applications, motions, petitions, pleadings, legal memoranda, complaints, or demands transmitted or conveyed by mail, personal delivery, telephone, electronic transmission, etc., which affect the debtor.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand shall also include, without limitation, all Orders and notices regarding any applications, motions, petitions,

pleadings, legal memoranda, complaints, or demands filed in any Adversary Proceeding either preceding or subsequent to the date of this Notice which affect the debtor or property of the debtor.

        **ECKERT SEAMANS CHERIN & MELLOTT, LLC**
*Attorneys for Creditor, Control Concepts Corporation d/b/a c3controls*

By: /s/ Nicholas M. Gaunce
    Nicholas M. Gaunce, Esq.

Dated: July 28, 2025

## CERTIFICATION OF FILING AND SERVICE

I, Nicholas M. Gaunce, Esq., hereby certify that the above pleading was filed on this 28th day of July, 2025 through the Court's CM/ECF system and that the above pleading was served upon all interested parties through the use of this system.

                              By:    /s/ Nicholas M. Gaunce
                                       Nicholas M. Gaunce

Dated: July 28, 2025