UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**TROUTMAN PEPPER LOCKE LLP**
David M. Fournier (*pro hac vice* forthcoming)
Joanna J. Cline (NJ Bar No. 031131998)
Tori L. Remington (*pro hac vice* forthcoming)
Hercules Plaza, Suite 1000
1313 N. Market Street, P.O. Box 1709
Wilmington, DE  19899-1709
Telephone: (302) 777-6500
Facsimile:  (302) 421-8390
Email: david.fournier@troutman.com
       joanna.cline@troutman.com
       tori.remington@troutman.com

*Counsel for Ameresco, Inc. and Kupono Solar, LLC*

In re:

Powin, LLC, et al.,[1]

Debtors.

Chapter 11

Case No. 25-16137 (MBK)

(Jointly Administered)

# NOTICE OF APPEARANCE AND REQUEST
# FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appear on behalf of Ameresco, Inc. and Kupono Solar, LLC in the above-captioned chapter 11 cases.  Pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

respectfully request that all notices and papers filed or entered in these cases be given to and served upon the following:

David M. Fournier
Joanna J. Cline
Tori L. Remington
**TROUTMAN PEPPER LOCKE LLP**
Hercules Plaza, Suite 1000
1313 N. Market Street, P.O. Box 1709
Wilmington, DE  19899-1709
Telephone: (302) 777-6500
Facsimile:  (302) 421-8390
Email: david.fournier@troutman.com
         joanna.cline@troutman.com
         tori.remington@troutman.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders, notices, applications, motions, petitions, pleadings, complaints, demands, disclosure statements, plans of reorganization, or requests, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand delivery, telephone, electronic filing, facsimile, or otherwise, in the above-referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither the filing of this *Notice of Appearance and Request for Service of Notices and Papers* (this "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall be deemed, or construed to constitute, a waiver of any substantive or procedural right of Ameresco, Inc. or Kupono Solar, LLC, including, without limitation: (i) the right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgement consistent with Article III of the United States Constitution, (ii) the right to have final

orders in non-core matters entered only after *de novo* review by a District Judge, (iii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iv) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, (v) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (vi) any election of remedy, or (vii) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: July 28, 2025<br>Wilmington Delaware | **TROUTMAN PEPPER LOCKE LLP**<br><br>*/s/ Joanna J. Cline*<br>David M. Fournier (*pro hac vice* forthcoming)<br>Joanna J. Cline (NJ Bar No. 031131998)<br>Tori L. Remington (*pro hac vice* forthcoming)<br>Hercules Plaza, Suite 1000<br>1313 N. Market Street, P.O. Box 1709<br>Wilmington, DE  19899-1709<br>Telephone: (302) 777-6500<br>Facsimile:  (302) 421-8390<br>Email: david.fournier@troutman.com<br>            joanna.cline@troutman.com<br>            tori.remington@troutman.com<br><br>*Counsel to Ameresco, Inc. and Kupono Solar, LLC* |