UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**TROUTMAN PEPPER LOCKE LLP**
David M. Fournier (*pro hac vice* forthcoming)
Joanna J. Cline (NJ Bar No. 031131998)
Tori L. Remington (*pro hac vice* forthcoming)
Hercules Plaza, Suite 1000
1313 N. Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Email: david.fournier@troutman.com
      joanna.cline@troutman.com
      tori.remington@troutman.com

*Counsel for Ameresco, Inc. and Kupono Solar, LLC*

___

In re:

Powin, LLC, et al.,[1]

              Debtors.

Chapter 11

Case No. 25-16137 (MBK)

(Jointly Administered)

## CERTIFICATE OF SERVICE

1.     I, Monica A. Molitor:

      ☐ represent _____ in the above-captioned proceeding.

      ☑ am the paralegal for David M. Fournier, Joanna J. Cline, and Tori L. Remington, who represent Ameresco, Inc. and Kupono Solar, LLC in the above-captioned matter.

      ☐ am the _____ in the above case and am representing myself.

___

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

2.  On July 28, 2025, I sent a copy of the following pleading to the parties listed in the chart below: *Notice of Appearance and Request for Service of Papers.*

3.  I hereby certify under penalty of perjury that the above document was served using the mode of service indicated.

Date:   July 28, 2025              /s/ Monica A. Molitor
                                       Monica A. Molitor

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Lauren M. Macksoud<br>Dentons US LLP<br>1221 Avenue of the Americas<br>Ste 25th Floor<br>New York, NY 10020<br>lauren.macksoud@dentons.com | Co-Counsel for Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| Frank A. Oswald<br>Togut, Segal & Segal LLP<br>One Penn Plaza<br>Suite 3335<br>New York, NY 10119<br>frankoswald@teamtogut.com | Co-Counsel for Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| Lauren Bielskie<br>Jeffrey M. Sponder<br>Office of the United States Trustee<br>One Newark Center<br>Newark, NJ 07102<br>lauren.bielskie@usdoj.gov<br>jeffrey.m.sponder@usdoj.gov | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| Donald W Clarke<br>Daniel Stolz<br>Genova Burns LLC<br>110 Allen Road<br>Ste 304<br>Basking Ridge, NJ 07920 | Co-Counsel for Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF) |

-5-

| | | |
|---|---|---|
| dclarke@genovaburns.com <br> dstolz@genovaburns.com | | ☐ Other _____ <br> (as authorized by the Court or rule) |
| Susan Long <br> Jaclynn McDonnell <br> Genova Burns LLC <br> 494 Broad Street <br> Newark, NJ 07102 <br> slong@genovaburns.com <br> jmcdonnell@genovaburns.com | Co-Counsel for Official Committee of Unsecured Creditors | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☒ E-mail <br> ☒ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br> (as authorized by the Court or rule) |
| Robert J. Stark <br> Kenneth J. Aulet <br> Bennett S. Silverberg <br> Jeffrey L. Jonas <br> Brown Rudnick LLP <br> Seven Times Square <br> New York, NY 10036 <br> rstark@brownrudnick.com <br> kaulet@brownrudnick.com <br> bsilverberg@brownrudnick.com <br> jjonas@brownrudnick.com | Co-Counsel for Official Committee of Unsecured Creditors | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☒ E-mail <br> ☒ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br> (as authorized by the Court or rule) |
| Eric R. Goodman <br> Brown Rudnick LLP <br> 601 Thirteenth Street NW <br> Suite 600 <br> Washington, DC 20005 <br> egoodman@brownrudnick.com | Co-Counsel for Official Committee of Unsecured Creditors | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☒ E-mail <br> ☒ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br> (as authorized by the Court or rule) |