|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**TROUTMAN PEPPER LOCKE LLP**<br>David M. Fournier (*pro hac vice* forthcoming)<br>Joanna J. Cline (NJ Bar No. 031131998)<br>Tori L. Remington (*pro hac vice* forthcoming)<br>Hercules Plaza, Suite 1000<br>1313 N. Market Street, P.O. Box 1709<br>Wilmington, DE  19899-1709<br>Telephone: (302) 777-6500<br>Facsimile:  (302) 421-8390<br>Email: david.fournier@troutman.com<br>         joanna.cline@troutman.com<br>         tori.remington@troutman.com<br><br>*Counsel for Ameresco, Inc. and Kupono Solar, LLC* | |
| In re:<br><br>Powin, LLC, et al.,[1]<br><br>                                  Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

## APPLICATION FOR ADMISSION *PRO HAC VICE* OF DAVID M. FOURNIER

Counsel for Ameresco, Inc. and Kupono Solar, LLC, by and through its undersigned counsel, make this application for entry of an order approving admission of attorney David M. Fournier, Esq. ("Mr. Fournier") *pro hac vice*, pursuant to Local Bankruptcy Rule 9010-1 of the United States Bankruptcy Court for the District of New Jersey and Local Civil Rule 101.1

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241],  (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

of the United States District Court for the District of New Jersey (the "Application"), and in support thereof respectfully avers as follows:

1. Mr. Fournier is an attorney with the law firm of Troutman Pepper Locke LLP ("Troutman Pepper"), resident in the office of Troutman Pepper located at Hercules Plaza, 1313 N. Market Street, Suite 1000, Wilmington, DE 19801.

2. Mr. Fournier is a member in good standing of the bars of the State of Delaware (admitted January 1, 1990), and the Commonwealth of Pennsylvania (admitted January 25, 1991).

3. Mr. Fournier is not under suspension or disbarment by any court.

4. Mr. Fournier desires to appear in this case *pro hac vice* on behalf of Ameresco, Inc. and Kupono Solar, LLC.

5. The statements made in paragraphs 1 through 4 of this Application are made in reliance upon the Certification of David M. Fournier, Esq., submitted herewith, and upon Mr. Fournier's personal knowledge.

6. In accordance with Local Bankruptcy Rule 9010-1 and Local Civil Rule 101.1, Joanna J. Cline, Esq. shall continue to appear as counsel of record for Ameresco, Inc. and Kupono Solar, LLC.

WHEREFORE, Ameresco, Inc. and Kupono Solar, LLC respectfully request entry of an order in the form attached hereto granting the admission *pro hac vice* of David M. Fournier, Esq., of Troutman Pepper Locke LLP, to appear and participate in the above-captioned case before this Court.

Dated:  July 28, 2025

Respectfully Submitted,

**TROUTMAN PEPPER LOCKE LLP**

By: */s/ Joanna J. Cline*
David M. Fournier (*pro hac vice* pending)
Joanna J. Cline (NJ Bar No. 031131998)
Tori L Remington (*pro hac vice* pending)
Hercules Plaza, Suite 1000
1313 N. Market Street, P.O. Box 1709
Wilmington, DE  19899-1709
Telephone: (302) 777-6500
Facsimile:  (302) 421-8390
Email: david.fournier@troutman.com
         joanna.cline@troutman.com
         tori.remington@troutman.com

*Counsel for Ameresco, Inc. and Kupono Solar, LLC*