| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**TROUTMAN PEPPER LOCKE LLP**<br>David M. Fournier (*pro hac vice* forthcoming)<br>Joanna J. Cline (NJ Bar No. 031131998)<br>Tori L. Remington (*pro hac vice* forthcoming)<br>Hercules Plaza, Suite 1000<br>1313 N. Market Street, P.O. Box 1709<br>Wilmington, DE  19899-1709<br>Telephone: (302) 777-6500<br>Facsimile:  (302) 421-8390<br>Email: david.fournier@troutman.com<br>          joanna.cline@troutman.com<br>          tori.remington@troutman.com<br><br>*Counsel for Ameresco, Inc. and Kupono Solar, LLC* | |
| In re:<br><br>Powin, LLC, et al.,[1]<br><br>                                   Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

## CERTIFICATION OF TORI L. REMINGTON, ESQ.
## IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Tori L. Remington, of full age, does hereby certify as follows:

1. I am an attorney with the law firm of Troutman Pepper Locke LLP ("Troutman Pepper").

2. I submit this Certification in support of the application of Ameresco, Inc. and Kupono Solar, LLC seeking to have me admitted *pro hac vice* in the above-captioned bankruptcy cases.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241],  (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

3. I am a member in good standing of the bar of the State of Delaware (admitted January 19, 2022).

4. I agree to associate in this matter with New Jersey counsel, Joanna J. Cline, Esq. of Troutman Pepper, who is qualified to practice pursuant to Local Civil Rule 1:21-1.

5. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

6. I agree to:

   a. Abide by all New Jersey disciplinary rules;

   b. Consent to the appointment of the Clerk of the Supreme Court as the agent upon whom service may be made for all actions against me or my firm that may arise out of my participation in this matter;

   c. Notify the Court immediately of any matters affecting my standing at the Bar of any other Court;

   d. Have all pleadings, briefs and other papers filed with the Court signed by an attorney of record authorized to practice in New Jersey; and

   e. Comply with Local Civil Rule 1:20-l(b), Local Civil Rule 1:28-2 and Local Civil Rule 1:28B-l(e) during the period of my admission.

7. If admitted, I agree to pay such fees as shall have been prescribed by the Court.

8. I respectfully request that the Court grant the application of Ameresco, Inc. and Kupono Solar, LLC, seeking my admission *pro hac vice* in this matter.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 28, 2025

*/s/ Tori L. Remington*
Tori L. Remington