| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**DLA PIPER LLP (US)**<br>51 John F. Kennedy Parkway<br>Suite 120<br>Short Hills, New Jersey 07078<br>Telephone: (973) 520-2550<br>Stuart M. Brown<br>Email: stuart.brown@us.dlapiper.com<br><br>*Counsel to CIMC* | |
| In re:<br><br>POWIN, LLC, et al.,<br><br>                    Debtors. | Case No. 25-16137 (MBK)<br><br>Chapter 11<br><br>(Jointly Administered) |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

Stuart M. Brown, a member of the bar of this Court, hereby moves for entry of an Order granting the admission *pro hac vice* of Dennis C. O'Donnell, of the law firm of DLA Piper LLP (US), to practice before this Court in connection with the above-captioned Chapter 11 cases (collectively, the "Cases").

This application (the "Application") is submitted pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey (collectively, the "Local Rules"), to represent CIMC Technology Co., Ltd., Qingdao CIMC Container Manufacture Co. Ltd. and China International Marine Containers Group Co., Ltd. (collectively, with any parent, subsidiary, or any other affiliate entities, "CIMC"), as a party in interest in the Cases. The scope of the Application will be the representation of CIMC in the Cases and any related adversary proceedings involving CIMC. In support of this application, counsel submits the attached

1619340398

Certification of Dennis C. O'Donnell, and requests that the proposed form of Order submitted herewith be entered.

The undersigned hereby represents as follows:

1. I am an attorney at law of the State of New Jersey, admitted to practice in the United States District Court for the District of New Jersey.

2. I submit this Application, pursuant to Civil Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1 of the New Jersey Local Rules of Bankruptcy Procedure, in support of the entry of an Order Approving Admission, *pro hac vice*, of Dennis C. O'Donnell to this Court.

3. Mr. O'Donnell is an attorney at law of the State of New York, and a partner with the law firm of DLA Piper LLP (US), with an address of 1251 Avenue of the Americas, New York, New York 10020.

4. Attached is the Certification of Mr. O'Donnell in which he certifies that he is and has been a member in good standing of the bar of the State of New York. Additionally, Mr. O'Donnell certifies that he is, and has remained a member in good standing of said bar at all times, that no disciplinary proceedings are pending against him in any jurisdiction and no discipline has previously been imposed on him in any jurisdiction.

5. Mr. O'Donnell is not licensed in the State of New Jersey. He wishes to appear in the Cases and respectfully requests this Court to admit him *pro hac vice*.

6. If Mr. O'Donnell is permitted to participate in this action, he understands that he will be subject to the disciplinary jurisdiction of this Court.

[*Remainder of page intentionally left blank*]

1619340398

**WHEREFORE,** Applicant respectfully requests entry of the Order submitted herewith approving the admission, *pro hac vice*, of Dennis C. O'Donnell, Esq. to represent CIMC in connection with the Cases and any related adversary proceedings in which CIMC is a party.

Dated: July 28, 2025

Respectfully submitted,

 /s/ Stuart M. Brown
Stuart M. Brown (NJ Bar No. 26641988)
**DLA Piper LLP (US)**
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
Telephone: (973) 520-2550
Email: stuart.brown@us.dlapiper.com

*Counsel to CIMC*

1619340398