| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**DLA PIPER LLP (US)**<br>51 John F. Kennedy Parkway<br>Suite 120<br>Short Hills, New Jersey 07078<br>Telephone: (973) 520-2550<br>Stuart M. Brown<br>Email: stuart.brown@us.dlapiper.com<br><br>*Counsel to CIMC* | |
| In re:<br><br>POWIN, LLC, et al.,<br><br>               Debtors. | Case No. 25-16137 (MBK)<br><br>Chapter 11<br><br>(Jointly Administered) |

## **CERTIFICATION OF DENNIS C. O'DONNELL**

I, Dennis C. O'Donnell, hereby certify as follows:

1. I am a partner with the law firm of DLA Piper LLP (US), counsel to CIMC Technology Co., Ltd., Qingdao CIMC Container Manufacture Co. Ltd. and China International Marine Containers Group Co., Ltd. (collectively, with any parent, subsidiary, or any other affiliate entities, "CIMC"), an interested party in the above-captioned Chapter 11 cases (collectively, the "Cases"). My office is located at 1251 Avenue of the Americas, New York, New York 10020. I make this Certification in support of my Application to appear in these Cases *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1, to represent CIMC in the Cases and any related adversary proceedings involving CIMC.

2. I am admitted to practice law in the State of New York. I am admitted to practice before the following Courts:

- Bankruptcy Court for the Eastern District of New York; and

1619340398

- Bankruptcy Court for the Southern District of New York.

3. I am a member in good standing of the Bars in each of the jurisdictions in which I am admitted to practice.

4. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules for the District of New Jersey and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: July 28, 2025

/s/ Dennis C. O'Donnell
Dennis C. O'Donnell
**DLA Piper LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4665
Email: dennis.odonnell@us.dlapiper.com

*Counsel for CIMC*