## **CERTIFICATE OF SERVICE**

I Stuart M. Brown, hereby certify that on this 28th day of July, 2025, I cause the foregoing *Application for Admission Pro Hac Vice* to be served by this Court's CM/ECF system.

                                           */s/ Stuart M. Brown*
                                           Stuart M. Brown (NJ Bar No. 26641988)

1619340398