UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Natasha M. Songonuga, Esquire
**ARCHER & GREINER, P.C.**
1025 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (856) 673-3936
Facsimile: (856) 795-0574
Email: nsongonuga@archerlaw.com

*Counsel for Lu Pacific Properties, LLC*

| | |
|---|---|
| In Re: | Chapter 11 |
| Powin, LLC, *et al.,*[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

## <u>CERTIFICATION OF SERVICE</u>

1.    I, Natasha M. Songonuga, represent creditor, Lu Pacific Properties, LLC, in this matter.

2.    On July 25, 2025 and July 28, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

*Lu Pacific Properties, LLC's Notice of Non-Waiver and Reservation of Rights in Response to Debtor's Notice of Potentially Assumed Executory Contracts and Unexpired Leases* [D.I. 523]

3.    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>July 28, 2025</u>                    <u>*/s/ Natasha M. Songonuga*</u>
                                                                Natasha M. Songonuga, Esquire

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lauren Bielskie<br>Jeffrey M. Sponder<br>DOJ-Ust<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102<br>lauren.bielskie@usdoj.gov<br>jeffrey.m.sponder@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Powin, LLC<br>20550 SW 115th Avenue<br>Tualatin, OR 97062 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Togut<br>Amanda C. Glaubach<br>Eitan Blander<br>Togut, Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, NY  10119<br>altogut@teamtogut.com<br>aglaubach@teamtogut.com<br>eblander@teamtogut.com | Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Frank A. Oswald<br>Togut, Segal & Segal LLP<br>One Penn Plaza<br>Suite 3335<br>New York, NY 10119<br>frankoswald@teamtogut.com | Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John D. Beck<br>Denton US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>john.beck@dentons.com | Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lauren Macksoud<br>Dentons US LLP<br>101 JFK Parkway<br>Short Hills, NJ 07078<br>lauren.macksoud@dentons.com | Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Tania M. Moyron<br>Van C. Durrer, II<br>Dentons US LLP<br>601 S. Figueroa Street #2500<br>Los Angeles, CA 90017<br>tania.moyron@dentons.com | Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Donald W Clarke<br>Daniel Stolz<br>Genova Burns LLC<br>110 Allen Road<br>Ste 304<br>Basking Ridge, NJ 07920<br>dclarke@genovaburns.com<br>dstolz@genovaburns.com | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Susan Long<br>Jaclynn McDonnell<br>Genova Burns LLC<br>494 Broad Street<br>Newark, NJ 07102<br>slong@genovaburns.com<br>jmcdonnell@genovaburns.com | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Arthur Abramowitz<br>Sherman Silverstein<br>East Gate Corporate Center<br>308 Harper Drive, Suite 200<br>Moorestown, NJ 08057<br>aabramowitz@shermansilverstein.com | Counsel to Ace Engineering | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ross J. Switkes<br>Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.<br>308 Harper Drive<br>Suite 200<br>Moorestown, NJ 08057<br>rswitkes@shermansilverstein.com | Counsel to Ace Engineering | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Anne B. Sekel<br>Foley & Lardner LLP<br>90 Park Avenue<br>New York, NY 10016<br>asekel@foley.com | Counsel to AMP Solar US Services LLC, n/k/a PureSky US Services LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

3

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Deanna Boll<br>McDermott Will & Emery LLP<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>dboll@mwe.com | Counsel to Apex Clean Energy Holdings, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kevin J. Mangan<br>Womble Bond Dickinson (US) LLP<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, DE 19801<br>kevin.mangan@wbd-us.com | Counsel to Applied Surety Underwriters; Pennsylvania Insurance Company; and SiriusPoint America Insurance Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kyriaki Christodoulou<br>Cullen and Dykman LLP<br>One Battery Park Plaza<br>Ste 34th Floor<br>New York, NY 10004<br>kchristodoulou@cullenllp.com | Counsel to Arevon Energy, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Douglas J. McGill<br>Webber McGill LLC<br>100 E. Hanover Avenue<br>Suite 401<br>Cedar Knolls, NJ 07927<br>dmcgill@webbermcgill.com | Counsel to Bergstrom Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daniel Harris<br>Felice R. Yudkin<br>Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>dharris@coleschotz.com<br>fyudkin@coleschotz.com | Counsel to BHER Ravenswood Solar 1, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey C krause<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>jkrause@gibsondunn.com | Counsel to BHER Ravenswood Solar 1, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

4

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael J Cohen<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Ave<br>New York, NY 10166-0193<br>mcohen@gibsondunn.com | Counsel to BHER Ravenswood Solar 1, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lee M. Cortes, Jr<br>Arnold & Porter Kaye Scholer LLP<br>One Gateway Center<br>Suite 1025<br>Newark, NJ 07102<br>lee.cortes@arnoldporter.com | Counsel to Celestics LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John S. Mairo<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>Morristown, NJ 07962-1997<br>jmairo@gibbonslaw.com | Counsel to Certain Funds and Accounts Managed by KKR Credit Advisors (US) LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Franklin Barbosa, Jr<br>Schenck, Price, Smith & King, LLP<br>220 Park Avenue<br>Florham Park, NJ 07932<br>fb@spsk.com | Counsel to CS Energy, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| David E. Sklar<br>Leah Eisenberg<br>Pashman Stein Walder Hayden, P.C.<br>Court Plaza South<br>21 Main Street<br>Suite 200<br>Hackensack, NJ 07601<br>dsklar@pashmanstein.com<br>leisenberg@pashmanstein.com | Counsel to DTE Electric Company; Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC; Longroad Energy Partners, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC; Longroad Development Company, LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC; Poblano Energy Storage, LLC; and DTE Electric Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

230785871 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jenna MacDonald Busche<br>Lorraine McGowen<br>ORRICK, HERRINGTON &<br>SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, NY 10019-6142<br>jmacdonaldbusche@orrick.com<br>lmcgowen@orrick.com | Counsel to EDF Power Solutions, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| David Wirt<br>HOLLAND & KNIGHT LLP<br>150 N. Riverside Plaza<br>Chicago, IL 60606<br>david.wirt@hklaw.com | Counsel to El Sol Energy Storage LLC; El Sol Storage Energy LLC; Invenergy Services LLC; Invenergy Storage Development LLC; Invenergy, LLC; and Yuma Solar Energy LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John Monaghan<br>Kathleen M St. John<br>Lynne B. Xerras<br>HOLLAND & KNIGHT LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>bos-bankruptcy@hklaw.com<br>Kathleen.StJohn@hklaw.com<br>lynne.xerras@hklaw.com | Counsel to El Sol Energy Storage LLC; El Sol Storage Energy LLC; Invenergy Services LLC; Invenergy Storage Development LLC; Invenergy, LLC; and Yuma Solar Energy LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jennifer Hoover<br>Benesch Friedlander Coplan & Aronoff<br>1313 North Market Street<br>Ste 1201<br>Wilmington, DE 19801<br>jhoover@beneschlaw.com | Counsel to EPC Services Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael Trentin<br>Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd Street<br>New York, NY 10019<br>mtrentin@orrick.com | Counsel to EsVolta, L.P.; EDF Power Solutions, Inc.; and PowerFlex Systems, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew Sorkin<br>Blake Denton<br>David A Hammerman<br>LATHAM & WATKINS, LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>andrew.sorkin@lw.com<br>blake.denton@lw.com<br>david.hammerman@lw.com | Counsel to FlexGen Power Systems, LLC, Stalking Horse Bidder | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

230785871 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jeffrey T Mispagel<br>LATHAM & WATKINS, LLP<br>355 South Grand Avenue<br>Suite 100<br>Los Angeles, CA 90071-1560<br>jeffrey.mispagel@lw.com | Counsel to FlexGen Power Systems, LLC, Stalking Horse Bidder | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Whit Morley<br>LATHAM & WATKINS, LLP<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago, IL 60611<br>whit.morley@lw.com | Counsel to FlexGen Power Systems, LLC, Stalking Horse Bidder | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joseph L. Schwartz<br>Riker Danzig LLP<br>7 Giralda Farms<br>Suite 250<br>Madison, NJ 07940<br>jschwartz@riker.com | Counsel to Front Range-Midway Solar Project, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brett S. Theisen<br>Gibbons PC<br>One Gateway Center<br>Newark, NJ 07102-5310<br>btheisen@gibbonslaw.com | Counsel to GLAS USA LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| David A. Pisciotta<br>Richard Solow<br>Nicholas Blaine Vislocky<br>Reed Smith LLP<br>599 Lexington Avenue, Floor 22<br>New York, NY 10022<br>dpisciotta@reedsmith.com<br>rsolow@reedsmith.com<br>nvislocky@reedsmith.com | Counsel to GLAS USA LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Boaz Cohen<br>Herbert Smith<br>Freehills Kramer (US) LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>bcohen@kramerlevin.com | Counsel to Hitachi Energy Ltd; Hitachi Energy Power Conversation Solutions, S.L.U., f/k/a Experience Knowledge Strategy, S.L. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Jeffrey A. Cooper<br>Rabinowitz, Lubetkin & Tully, LLC<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039<br>jcooper@rltlawfirm.com | Counsel to Honeywell International Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Richard B Harper<br>Baker Botts LLP<br>30 Rockefeller Plaza<br>Ste 45th Floor<br>New York, NY 10112<br>richard.harper@bakerbotts.com | Counsel to Idaho Power Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Barbra Rachel Parlin<br>Holland & Knight<br>787 Seventh Avenue, 31st Floor<br>New York, NY 10019<br>barbra.parlin@hklaw.com | Counsel to Invenergy, LLC; Yuma Solar Energy LLC; El Sol Energy Storage LLC; El Sol Storage Energy LLC; Invenergy Services LLC; and Invenergy Storage Development LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sameer Alifarag<br>Eversheds Sutherland (US) LLP<br>1114 6th Ave<br>New York, NY 10036<br>sameeralifarag@eversheds-sutherland.com | Counsel to JMS Wind Energy, LLC; and Pulse Clean Energy SPV Watt Limited | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Turner Falk<br>Saul Ewing LLP<br>1500 Market Street<br>Center Square West, 38th Floor<br>Philadelphia, PA 19102<br>turner.falk@saul.com | Counsel to Key Capture Energy, LLC; KCE NY 3, LLC; KCE TX 2, LLC; KCE TX 7, LLC; and KCE TX 8, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael P. Pompeo<br>Faegre Drinker Biddle & Reath LLP<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036<br>michael.pompeo@faegredrinker.com | Counsel to Keyframe Capital Partners, L.P. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Steven Abramowitz<br>Vinson & Elkins LLP<br>1114 Avenue of the Americas<br>32nd Floor<br>New York, NY 10036<br>sabramowitz@velaw.com | Counsel to Lone Star Solar, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kevin M. Capuzzi<br>Benesch, Friedlander,<br>Coplan & Aronoff,<br>411 Hackensack Avenue, 3rd Floor<br>Suite 801<br>Hackensack, NJ 07601<br>kcapuzzi@beneschlaw.com | Counsel to Mainfreight Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John Pintarelli<br>Pillsbury Winthrop Shaw Pittman LLP<br>31 West 52nd Street<br>10019<br>New York, NY 10019<br>john.pintarelli@pillsburylaw.com | Counsel to Mitsubishi Power Americas, Inc.; and Prevalon Energy LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| James N. Lawlor<br>Paul R. DeFilippo<br>Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue<br>Ste 12th Floor<br>New York, NY 10110<br>jlawlor@wmd-law.com<br>pdefilippo@wmd-law.com | Counsel to Munmorah Battery ProjectCo Pty Ltd; and Ulinda Park ProjectCo Pty Ltd | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daniel C Fleming<br>Wong Fleming<br>821 Alexander Road<br>Suite 200<br>Princeton, NJ 08540<br>dfleming@wongfleming.com | Counsel to ORR Protection Systems, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mark S. Lichtenstein<br>Akerman LLP<br>1251 Avenue of the Americas<br>37th Floor<br>New York, NY 10020<br>mark.lichtenstein@akerman.com | Counsel to Sonic Systems International, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Joseph H. Lemkin<br>Stark & Stark<br>PO Box 5315<br>Princeton, NJ 08543<br>jlemkin@stark-stark.com | Counsel to Spark Power Renewables USA Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joseph J. DiPasquale<br>Fox Rothschild, LLP<br>49 Market Street<br>Morristown, NJ 07960<br>Jdipasquale@foxrothschild.com | Counsel to Specified Technologies, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cameron Deane<br>Weltman, Weinberg & Reis Co., L.P.A.<br>520 Walnut Street<br>Suite 1355<br>Philadelphia, PA 19106<br>cdeane@weltman.com | Counsel to Toyota Industries Commercial Finance, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

10