| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Turner N. Falk<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Telephone: (215) 972-7777<br>turner.falk@saul.com<br><br>-and-<br><br>Lucian B. Murley<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone: (302) 421-6800<br>luke.murley@saul.com<br><br>-and-<br><br>**PORTER HEDGES LLP**<br>Aaron J. Power (*pro hac vice* forthcoming)<br>1000 Main St., 36th Floor<br>Houston, TX 77002<br>Tel: (713) 226-6000<br>Fax: (713) 226-6248<br>apower@porterhedges.com<br>*Counsel to Clean Energy Services CES, LLC* | |
| In re:<br><br>POWIN, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

## OBJECTION OF CLEAN ENERGY SERVICES CES, LLC TO THE NOTICE OF POTENTIALLY ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES

To the Honorable Michael B. Kaplan, United States Bankruptcy Judge:

Clean Energy Services CES, LLC ("CES") files this objection (the "Objection") to the

*Notice of Potentially Assumed Executory Contracts and Unexpired Leases* [Docket No. 446] (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

"Notice").[2] CES files this limited objection to preserve its rights under section 365(b) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with respect to certain of the Contracts to which CES is a party (collectively, the "CES Contracts"). In support of this Objection, CES respectfully states as follows:

## I.　　RELEVANT BACKGROUND

1.　Pursuant to the CES Contracts, CES provided prepetition services to the Debtors.

2.　The Notice lists a cure amount of $10,016,702.15 for the CES Contracts, which is the same amount the Debtors listed in their schedules.

## II.　　OBJECTION

3.　CES disputes the cure amount proposed by the Debtors in the Notice.

4.　The correct cure amount for the CES Contracts is $10,434,245.41, which is calculated as follows:

| Invoice sent date | Invoice due date | Invoice number | Service period start date | Service period end date | Amount owed |
| --- | --- | --- | --- | --- | --- |
| 2/26/2025 | 3/27/2025 | 1798.22 | 10/1/2024 | 10/31/2024 | 352,275.00 |
| 12/16/2024 | 1/15/2025 | 1828 | 11/1/2024 | 11/30/2024 | 390,400.00 |
| 2/26/2025 | 3/27/2025 | 1859.22 | 11/1/2024 | 11/26/2024 | 112,200.00 |
| 2/26/2025 | 3/27/2025 | 1865.22 | 11/1/2024 | 11/27/2024 | 229,130.00 |
| 2/26/2025 | 3/27/2025 | 1908.22 | 12/1/2024 | 12/31/2024 | 123,915.00 |
| 1/27/2025 | 2/26/2025 | 1916.2 | 12/1/2024 | 12/31/2024 | 101,640.00 |
| 2/13/2025 | 3/15/2025 | 1957 | 1/1/2025 | 1/31/2025 | 47,208.00 |
| 2/26/2025 | 3/27/2025 | 1959.22 | 1/1/2025 | 1/31/2025 | 359,040.00 |
| 2/28/2025 | 3/9/2025 | 1961.22 | 1/1/2025 | 1/31/2025 | 218,405.00 |

---

[2]　Capitalized terms used but not defined herein shall have the meaning given to them in the Notice.

| | | | | | |
|---|---|---|---|---|---|
| 3/10/2025 | 4/9/2025 | 2019 | 2/1/2025 | 2/28/2025 | 201,505.00 |
| 3/10/2025 | 4/9/2025 | 2023 | 2/1/2025 | 2/28/2025 | 189,500.00 |
| 3/27/2025 | 4/26/2025 | 2025 | 1/26/2025 | 2/23/2025 | 80,000.00 |
| 3/7/2025 | 4/6/2025 | 2030 | 2/1/2025 | 2/28/2025 | 14,550.00 |
| 3/10/2025 | 4/9/2025 | 2035 | 2/1/2025 | 2/28/2025 | 202,860.00 |
| 3/10/2025 | 4/9/2025 | 2036.21 | 2/1/2025 | 2/28/2025 | 119,515.00 |
| 3/26/2025 | 4/25/2025 | 2036.22 | 2/1/2025 | 2/28/2025 | 191,015.00 |
| 3/7/2025 | 4/6/2025 | 2037.1 | 2/1/2025 | 2/28/2025 | 407,110.00 |
| 3/26/2025 | 4/25/2025 | 2037.22 | 2/1/2025 | 2/28/2025 | 180,840.00 |
| 3/10/2025 | 4/9/2025 | 2041.2 | 2/1/2025 | 2/28/2025 | 286,880.00 |
| 3/10/2025 | 4/9/2025 | 2045 | 2/1/2025 | 2/28/2025 | 8,800.00 |
| 3/7/2025 | 4/6/2025 | 2047 | 2/1/2025 | 2/28/2025 | 1,566.35 |
| 3/28/2025 | 4/27/2025 | 2074 | 10/1/2024 | 10/31/2024 | 12,485.00 |
| 4/5/2025 | 5/5/2025 | 2080 | 2/24/2025 | 3/23/2025 | 80,000.00 |
| 4/14/2025 | 5/14/2025 | 2091.1 | 3/1/2025 | 3/31/2025 | 126,439.83 |
| 4/15/2025 | 5/15/2025 | 2091.2 | 3/1/2025 | 3/31/2025 | 331,478.95 |
| 4/15/2025 | 5/15/2025 | 2092 | 3/1/2025 | 3/31/2025 | 134,151.60 |
| 4/10/2025 | 5/10/2025 | 2093 | 3/1/2025 | 3/31/2025 | 50,600.00 |
| 4/10/2025 | 5/10/2025 | 2094 | 3/1/2025 | 3/31/2025 | 26,840.00 |
| 4/18/2025 | 5/18/2025 | 2095.1 | 3/18/2025 | 3/19/2025 | 6,050.00 |
| 4/18/2025 | 5/18/2025 | 2095.2 | 3/18/2025 | 3/20/2025 | 8,690.00 |
| 4/21/2025 | 5/21/2025 | 2096 | 3/26/2025 | 3/27/2025 | 11,220.00 |
| 4/14/2025 | 5/14/2025 | 2097 | 3/1/2025 | 3/31/2025 | 11,356.83 |
| 4/10/2025 | 5/10/2025 | 2098 | 3/1/2025 | 3/31/2025 | 379,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| 4/10/2025 | 5/10/2025 | 2099 | 3/1/2025 | 3/31/2025 | 189,500.00 |
| 4/10/2025 | 5/10/2025 | 2100.1 | 3/1/2025 | 3/31/2025 | 126,940.00 |
| 4/12/2025 | 5/12/2025 | 2100.2 | 3/1/2025 | 3/31/2025 | 289,575.00 |
| 4/10/2025 | 5/10/2025 | 2101 | 3/1/2025 | 3/31/2025 | 13,643.25 |
| 4/10/2025 | 5/10/2025 | 2102 | 3/1/2025 | 3/31/2025 | 12,389.64 |
| 4/10/2025 | 5/10/2025 | 2103.1 | 3/1/2025 | 3/31/2025 | 183,150.00 |
| 4/10/2025 | 5/10/2025 | 2103.2 | 3/1/2025 | 3/31/2025 | 64,790.00 |
| 4/10/2025 | 5/10/2025 | 2104 | 3/1/2025 | 3/31/2025 | 84,478.80 |
| 4/10/2025 | 5/10/2025 | 2105 | 3/1/2025 | 3/31/2025 | 42,239.40 |
| 4/10/2025 | 5/10/2025 | 2106 | 3/1/2025 | 3/31/2025 | 59,290.00 |
| 4/10/2025 | 5/10/2025 | 2107 | 3/1/2025 | 3/31/2025 | 53,000.00 |
| 4/12/2025 | 5/12/2025 | 2108 | 3/6/2025 | 3/7/2025 | 14,800.00 |
| 4/12/2025 | 5/12/2025 | 2109 | 3/10/2025 | 3/13/2025 | 24,040.00 |
| 4/12/2025 | 5/12/2025 | 2110 | 3/24/2025 | 3/31/2025 | 15,620.00 |
| 4/10/2025 | 5/10/2025 | 2111 | 3/19/2025 | 3/28/2025 | 13,200.00 |
| 4/12/2025 | 5/12/2025 | 2112 | 3/1/2025 | 3/31/2025 | 12,629.48 |
| 4/12/2025 | 5/12/2025 | 2113 | 3/14/2025 | 3/14/2025 | 5,500.00 |
| 4/15/2025 | 5/12/2025 | 2114 | 3/27/2025 | 3/29/2025 | 42,000.00 |
| 4/12/2025 | 5/12/2025 | 2115 | 3/1/2025 | 3/31/2025 | 621.43 |
| 4/12/2025 | 5/12/2025 | 2116 | 3/1/2025 | 3/31/2025 | 10,842.94 |
| 4/12/2025 | 5/12/2025 | 2118 | 3/25/2025 | 3/29/2025 | 10,000.00 |
| 4/12/2025 | 5/12/2025 | 2120 | 3/1/2025 | 3/31/2025 | 2,970.18 |
| 4/12/2025 | 5/12/2025 | 2121 | 3/1/2025 | 3/31/2025 | 17,325.00 |
| 4/15/2025 | 5/15/2025 | 2122 | 3/12/2025 | 3/25/2025 | 8,580.00 |

| | | | | | |
|---|---|---|---|---|---|
| 5/19/2025 | 6/18/2025 | 2146 | 4/1/2025 | 4/30/2025 | 84,478.80 |
| 5/8/2025 | 6/7/2025 | 2148 | 4/1/2025 | 4/30/2025 | 403,010.00 |
| 4/25/2025 | 5/25/2025 | 2150 | 4/1/2025 | 4/30/2025 | 379,000.00 |
| 4/25/2025 | 5/25/2025 | 2151 | 4/1/2025 | 4/30/2025 | 189,500.00 |
| 4/25/2025 | 5/25/2025 | 2154 | 5/1/2025 | 5/30/2025 | 379,000.00 |
| 5/1/2025 | 5/31/2025 | 2171 | 4/15/2025 | 5/30/2025 | 504,000.00 |
| 5/8/2025 | 6/7/2025 | 2176 | 4/7/2025 | 4/11/2025 | 33,900.00 |
| 5/10/2025 | 6/9/2025 | 2177 | 4/22/2025 | 4/25/2025 | 35,400.00 |
| 5/15/2025 | 6/14/2025 | 2178 | 4/3/2025 | 4/3/2025 | 7,810.00 |
| 5/7/2025 | 6/6/2025 | 2179 | 4/22/2025 | 4/23/2025 | 7,400.00 |
| 5/8/2025 | 6/7/2025 | 2180 | 4/8/2025 | 4/8/2025 | 4,100.00 |
| 5/7/2025 | 6/6/2025 | 2181 | 4/25/2025 | 4/25/2025 | 2,200.00 |
| 5/7/2025 | 6/6/2025 | 2182.1 | 4/2/2025 | 4/17/2025 | 9,566.59 |
| 5/7/2025 | 6/6/2025 | 2182.2 | 4/1/2025 | 4/25/2025 | 154,955.68 |
| 5/7/2025 | 6/6/2025 | 2184 | 4/1/2025 | 4/30/2025 | 18,109.07 |
| 5/17/2025 | 6/16/2025 | 2185.1 | 4/1/2025 | 4/9/2025 | 23,100.00 |
| 5/17/2025 | 6/16/2025 | 2185.2 | 4/1/2025 | 4/21/2025 | 137,720.00 |
| 5/8/2025 | 6/7/2025 | 2186.1 | 4/1/2025 | 4/3/2025 | 37,620.00 |
| 5/8/2025 | 6/7/2025 | 2186.2 | 4/1/2025 | 4/28/2025 | 109,120.00 |
| 5/8/2025 | 6/7/2025 | 2188 | 4/1/2025 | 4/30/2025 | 13,025.20 |
| 5/15/2025 | 6/14/2025 | 2189 | 4/1/2025 | 4/30/2025 | 18,540.28 |
| 5/13/2025 | 6/12/2025 | 2190 | 4/3/2025 | 4/28/2025 | 153,120.00 |
| 5/10/2025 | 6/9/2025 | 2191 | 4/1/2025 | 4/29/2025 | 56,980.00 |
| 5/10/2025 | 6/9/2025 | 2192 | 4/1/2025 | 4/11/2025 | 67,580.00 |

| | | | | | |
|---|---|---|---|---|---|
| 5/10/2025 | 6/9/2025 | 2193 | 4/1/2025 | 4/4/2025 | 22,770.00 |
| 5/15/2025 | 6/14/2025 | 2203 | 4/4/2025 | 4/7/2025 | 16,720.00 |
| 5/7/2025 | 6/6/2025 | 2205 | 4/3/2025 | 4/3/2025 | 1,100.00 |
| 5/7/2025 | 6/6/2025 | 2206 | 4/28/2025 | 4/29/2025 | 7,150.00 |
| 5/17/2025 | 6/16/2025 | 2226 | 4/1/2025 | 4/24/2025 | 49,559.95 |
| 5/17/2025 | 6/16/2025 | 2227 | 4/21/2025 | 4/30/2025 | 29,860.05 |
| 5/22/2025 | 6/21/2025 | 2241 | 1/27/2025 | 3/31/2025 | 182,860.80 |
| 5/30/2025 | 6/29/2025 | 2249 | 5/2/2025 | 5/2/2025 | 2,200.00 |
| 5/28/2025 | 6/27/2025 | 2251 | 5/15/2025 | 5/22/2025 | 14,000.00 |
| 5/28/2025 | 6/27/2025 | 2252 | 5/7/2025 | 5/8/2025 | 7,400.00 |
| 5/28/2025 | 6/27/2025 | 2253 | 5/12/2025 | 5/17/2025 | 16,200.00 |
| 5/28/2025 | 6/27/2025 | 2254 | 5/5/2025 | 5/23/2025 | 44,055.00 |
| 5/30/2025 | 6/29/2025 | 2255 | 5/2/2025 | 5/16/2025 | 22,000.00 |
| 5/28/2025 | 6/27/2025 | 2256 | 5/1/2025 | 5/31/2025 | 9,600.00 |
| 5/30/2025 | 6/29/2025 | 2257 | 5/5/2025 | 5/21/2025 | 37,455.00 |
| 5/30/2025 | 6/29/2025 | 2258 | 5/1/2025 | 5/31/2025 | 17,325.00 |
| 5/30/2025 | 6/29/2025 | 2259 | 5/1/2025 | 5/31/2025 | 33,958.67 |
| 5/30/2025 | 6/29/2025 | 2260 | 5/1/2025 | 5/16/2025 | 10,340.00 |
| 5/30/2025 | 6/29/2025 | 2261 | 5/20/2025 | 5/22/2025 | 13,200.00 |
| 5/30/2025 | 6/29/2025 | 2262 | 5/1/2025 | 5/12/2025 | 9,900.00 |
| 5/30/2025 | 6/29/2025 | 2263 | 5/5/2025 | 5/19/2025 | 38,610.00 |
| 5/30/2025 | 6/29/2025 | 2264 | 5/1/2025 | 5/31/2025 | 3,206.18 |
| 5/30/2025 | 6/29/2025 | 2265 | 5/1/2025 | 5/31/2025 | 5,747.74 |
| 5/30/2025 | 6/29/2025 | 2266 | 5/1/2025 | 5/31/2025 | 12,599.20 |

| | | | | | |
|---|---|---|---|---|---|
| 5/30/2025 | 6/29/2025 | 2267 | 5/1/2025 | 5/31/2025 | 5,585.94 |
| 5/30/2025 | 6/29/2025 | 2268 | 5/1/2025 | 5/31/2025 | 15,879.24 |
| 5/30/2025 | 6/29/2025 | 2269 | 5/1/2025 | 5/31/2025 | 261.06 |
| 5/30/2025 | 6/29/2025 | 2270 | 5/1/2025 | 5/31/2025 | 535,960.00 |
| 6/20/2025 | 7/20/2025 | 2309 | 4/1/2025 | 5/31/2025 | 145,714.28 |
| **Total** | | | | | **10,434,245.41** |

5. While a debtor generally has the right to assume and assign an executory contract under Section 365(b) of the Bankruptcy Code, if there are defaults under the executory contract, such assumption and assignment is subject to certain conditions, including that the debtor (a) cure, or provide adequate assurance that it will promptly cure, such default; (b) compensate, or provide adequate assurance that it will promptly compensate, the contracting party for any actual pecuniary loss resulting from such default; and (c) provide adequate assurance of future performance under such contract. 11 U.S.C. § 365(b)(1).

6. The amount of $10,434,245.41 must be paid in full as a condition precedent to assumption of the CES Contracts.

### III.    RESERVATION OF RIGHTS

7. CES reserves the right (a) to amend the cure amount to include additional amounts that continue to accrue, including non-monetary obligations, and any other obligations that arise and/or become known to CES prior to assumption and assignment of the CES Contracts; and (b) to make a more thorough and definitive showing as to the cure amounts proffered by CES at a hearing on the matter.

8. CES further reserves the right to amend and/or supplement this Objection on any basis, including, without limitation, by adding or supplementing objections to Debtors' proposed cure amount and by adding or supplementing objections to the adequate assurance of future performance information provided by Debtors or any proposed assignee of the CES Contracts.

[Remainder Left Intentionally Blank]

## IV. CONCLUSION

9. WHEREFORE, CES respectfully requests (a) that any Court order approving the assumption and assignment of any of the CES Contracts be conditioned upon Debtors or the assignee promptly paying the amounts listed above; and (b) such other and further relief as the Court deems just and proper.

Dated: July 28, 2025

Respectfully submitted,

**SAUL EWING LLP**

*/s/ Turner N. Falk*
Turner N. Falk
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
turner.falk@saul.com

-and-

Lucian B. Murley
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
luke.murley@saul.com

-and-

**PORTER HEDGES LLP**

Aaron J. Power (*pro hac vice* forthcoming)
1000 Main St., 36th Floor
Houston, TX 77002
Tel: (713) 226-6000
Fax: (713) 226-6248
apower@porterhedges.com

*Counsel to Clean Energy Services CES, LLC*