| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Turner N. Falk<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Telephone: (215) 972-7777<br>turner.falk@saul.com<br><br>-and-<br><br>Lucian B. Murley<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone: (302) 421-6800<br>luke.murley@saul.com<br><br>-and-<br><br>**PORTER HEDGES LLP**<br>Aaron J. Power (*pro hac vice* forthcoming)<br>1000 Main St., 36th Floor<br>Houston, TX 77002<br>Tel: (713) 226-6000<br>Fax: (713) 226-6248<br>apower@porterhedges.com<br>*Counsel to Clean Energy Services CES, LLC* | |
| In re:<br><br>POWIN, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

## CERTIFICATION OF SERVICE

I hereby certify that on July 28, 2025, I did cause the foregoing *Objection of Clean Energy Services CS, LLC to the Notice of Potentially Assumed Contracts and Unexpired Leases* to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

**SAUL EWING LLP**

*/s/ Turner N. Falk*
Turner N. Falk
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
turner.falk@saul.com
