UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**TROUTMAN PEPPER LOCKE LLP**
David M. Fournier (*pro hac vice* forthcoming)
Joanna J. Cline (NJ Bar No. 031131998)
Tori L. Remington (*pro hac vice* forthcoming)
Hercules Plaza, Suite 1000
1313 N. Market Street, P.O. Box 1709
Wilmington, DE  19899-1709
Telephone: (302) 777-6500
Facsimile:  (302) 421-8390
Email: david.fournier@troutman.com
         joanna.cline@troutman.com
         tori.remington@troutman.com

*Counsel for Ameresco, Inc. and Kupono Solar, LLC*

---

In re:

Powin, LLC, et al.,[1]

                Debtors.

Chapter 11

Case No. 25-16137 (MBK)

(Jointly Administered)

## CERTIFICATE OF SERVICE

1.     I, Monica A. Molitor:

    ☐ represent _____ in the above-captioned proceeding.

    ☒ am the paralegal for David M. Fournier, Joanna J. Cline, and Tori L. Remington, who represent Ameresco, Inc. and Kupono Solar, LLC in the above-captioned matter.

    ☐ am the _____ in the above case and am representing myself.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

2. On July 28, 2025, I sent a copy of the *Ameresco, Inc. And Kupono Solar, LLC'S Reservation of Rights and Objection to Notice of Potentially Assumed Executory Contracts and Unexpired Leases and Related Cure Amounts* to the parties listed on the attached service list, in the manner indicated. All ECF participants registered in these cases were served electronically on the date of filing through the Court's ECF system at their respective email addresses registered with the Court.

3. I hereby certify under penalty of perjury that the above document was served using the mode of service indicated.

Date:   July 28, 2025                              */s/ Monica A. Molitor*
                                                          Monica A. Molitor

## Service List

**By Email**
*(Co-Counsel to Debtors)*
Lauren M. Macksoud
**Dentons US LLP**
1221 Avenue of the Americas
Ste 25th Floor
New York, NY 10020
lauren.macksoud@dentons.com

**By Email**
*(Co-Counsel to the Official Committee of Unsecured Creditors)*
Robert J. Stark, Kenneth J. Aulet, Bennett S. Silverberg, and Jeffrey L. Jonas
**Brown Rudnick LLP**
Seven Times Square
New York, NY 10036
rstark@brownrudnick.com
kaulet@brownrudnick.com
bsilverberg@brownrudnick.com
jjonas@brownrudnick.com

**By Email**
*(Co-Counsel to the Official Committee of Unsecured Creditors)*
Eric R. Goodman
**Brown Rudnick LLP**
601 Thirteenth Street NW
Suite 600
Washington, DC 20005
egoodman@brownrudnick.com

**By Email**
*(Counsel to the Stalking Horse Bidder)*
Blake T. Denton, David A. Hammerman, and Andrew Sorkin
**Latham & Watkins, LLP**
1271 Avenue of the Americas
New York, NY 10020
blake.denton@lw.com
david.hammerman@lw.com
andrew.sorkin@lw.com

**By Email**
*(Counsel to the Stalking Horse Bidder)*
Jeffrey T. Mispagel
**Latham & Watkins, LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
jeffrey.mispagel@lw.com

**By Email**
*(Co-Counsel to Debtors)*
Frank A. Oswald
**Togut, Segal & Segal LLP**
One Penn Plaza
Suite 3335
New York, NY 10119
frankoswald@teamtogut.com

**By Email**
*(Co-Counsel to the Official Committee of Unsecured Creditors)*
Donald W Clarke and Daniel Stolz
**Genova Burns LLC**
110 Allen Road
Ste 304
Basking Ridge, NJ 07920
dclarke@genovaburns.com
dstolz@genovaburns.com

**By Email**
*(Co-Counsel to the Official Committee of Unsecured Creditors)*
Susan Long and Jaclynn McDonnell
**Genova Burns LLC**
494 Broad Street
Newark, NJ 07102
slong@genovaburns.com
jmcdonnell@genovaburns.com

**By Email**
Lauren Bielskie and Jeffrey M. Sponder
Office of the United States Trustee
One Newark Center
Newark, NJ 07102
lauren.bielskie@usdoj.gov
jeffrey.m.sponder@usdoj.gov

**By Email**
*(Counsel to the Stalking Horse Bidder)*
Whit Morley
**Latham & Watkins, LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
whit.morley@lw.com