| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b) |
| **PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>(973) 538-5146 Facsimile<br>Warren J. Martin, Jr., Esq. (wjmartin@pbnlaw.com)<br>Zhenyi Zhou, Esq. (jzhou@pbnlaw.com)<br><br>-and-<br><br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>Mark Franke (*pro hac vice* pending)<br>51 West 52nd Street<br>New York, NY 10019-6142<br>T: +1 212 506 5000<br>E: mfranke@orrick.com<br><br>Nicholas Sabatino (*pro hac vice* pending)<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814<br>T: +1 916 447 9200<br>E: nsabatino@orrick.com<br><br>*Counsel to Formosa Electronic Industries Inc.* |

| In re: | Case No.: 25-16137 (MBK) |
|---|---|
| Powin, LLC, *et al.*, | Chapter: 11 |
|  | (Jointly Administered) |
| Debtors.[1] |  |

**APPLICATION FOR ADMISSION *PRO HAC VICE* PURSUANT TO
D.N.J. L. CIV. R. 101.1 AND D.N.J. LBR 9010-1**

Warren J. Martin Jr., Esq. (the "Movant"), a member in good standing of the bar of New

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

8222206

Jersey, pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, hereby seeks entry of an order granting the admission *pro hac vice* of Mark Franke, Esq. of the law firm Orrick, Herrington & Sutcliffe LLP to represent Formosa Electronic Industries, Inc. in the above-captioned chapter 11 cases (the "Application").

In support of this Application, the Movant submits the attached Certification of Mark Franke, Esq. and requests that the proposed form of order submitted herewith be entered.

July 28, 2025                                               Respectfully submitted,

**PORZIO, BROMBERG & NEWMAN, P.C.**

*/s/ Warren J. Martin, Jr.*
Warren J. Martin, Jr.

8222206

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>(973) 538-5146 Facsimile<br>Warren J. Martin, Jr., Esq. (wjmartin@pbnlaw.com)<br>Zhenyi Zhou, Esq. (jzhou@pbnlaw.com)<br><br>-and-<br><br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>Mark Franke (*pro hac vice* pending)<br>51 West 52nd Street<br>New York, NY 10019-6142<br>T: +1 212 506 5000<br>E: mfranke@orrick.com<br><br>Nicholas Sabatino (*pro hac vice* pending)<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814<br>T: +1 916 447 9200<br>E: nsabatino@orrick.com<br><br>*Counsel to Formosa Electronic Industries Inc.* | |
| In re:<br><br>POWIN, LLC, *et al.*,<br><br><br>Debtors.[1] | Case No.: 25-16137 (MBK)<br><br>Chapter: 11<br><br>(Jointly Administered) |

**CERTIFICATION OF MARK FRANKE, ESQ. IN SUPPORT OF
<u>APPLICATION FOR *PRO HAC VICE* ADMISSION</u>**

I, Mark Franke, Esq., hereby certify as follows:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

8222206

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP. I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey.

2. I was admitted to practice law in the State of New York in February 26, 2014, and to the State Bar of Massachusetts in July 27, 2020.

3. I am a member in good standing of the Bar of the State of New York and Massachusetts, and each court in which I am admitted to practice.

4. No disciplinary proceedings are pending against me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this court.

6. If the Application is granted, I agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

8222206

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: July 28, 2025

*/s/ Mark Franke, Esq*
**Mark Franke, Esq.**
**Orrick, Herrington & Sutcliffe, LLP**
Telephone: (212) 506-5000
Email: Mfranke@Orrick.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>(973) 538-5146 Facsimile<br>Warren J. Martin, Jr., Esq. (wjmartin@pbnlaw.com)<br>Zhenyi Zhou, Esq. (jzhou@pbnlaw.com)<br><br>-and-<br><br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>Mark Franke (*pro hac vice* pending)<br>51 West 52nd Street<br>New York, NY 10019-6142<br>T: +1 212 506 5000<br>E: mfranke@orrick.com<br><br>Nicholas Sabatino (*pro hac vice* pending)<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814<br>T: +1 916 447 9200<br>E: nsabatino@orrick.com<br><br>*Counsel to Formosa Electronic Industries Inc.* | |
| In re:<br><br>POWIN, LLC, *et al.,*<br><br>          Debtors.[1] | Case No.: 25-16137 (MBK)<br><br>Chapter: 11<br><br>(Jointly Administered) |

## ORDER FOR ADMISSION OF *PRO HAC VICE*

    The relief set forth on the following page is hereby **ORDERED**.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

8222206

This matter having been brought before the Court on application for an Order For Admission *Pro Hac Vice*; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed. R. Civ. P. 78, D.N.J. L. Civ. R. 101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that <u>Mark Franke, Esq.</u> be permitted to appear *pro hac vice*; provided that pursuant to D.N.J. L. Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may sign and file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders. Unless otherwise permitted by the Court, local counsel must attend all hearings and proceedings before the Court, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

**United States District Court**
**District of New Jersey**
**Martin Luther King, Jr. Federal Building**
**50 Walnut Street**
**Newark, N.J. 07102**
*Attention: Pro Hac Vice Admissions*

and it is further

ORDERED that the applicant shall be bound by the Local Rules of the United States District

8222206

Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey, and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within five (5) days of its date of entry.

8222206