|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(a)<br><br>**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Sean Kirby (NJ No. 27782006)<br>30 Rockefeller Plaza, 39th Floor<br>New York, New York 10112<br>Telephone: (212) 653-8700<br>Facsimile: (212) 653-8701<br>Email: skirby@sheppardmullin.com<br><br>Ori Katz (*pro hac vice* forthcoming)<br>Jeannie Kim (*pro hac vice* forthcoming)<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94115<br>Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947<br>Email: okatz@sheppardmullin.com<br>           jekim@sheppardmullin.com<br><br>*Counsel to SMA Solar Technology America LLC* |  |
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered)<br><br>Judge: Michael B. Kaplan |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of SMA Solar Technology America, LLC

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

("SMA"). Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
                          Attn: Sean Kirby, Esq.
                          30 Rockefeller Plaza, 39th Floor
                          New York, New York 10112

                          Attn: Ori Katz, Esq. and Jeannie Kim, Esq.
                          Four Embarcadero Center, 17th Floor
                          San Francisco, California 94115

    DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

**PLEASE TAKE FURTHER NOTICE**, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, messenger, overnight mail (e.g., Federal Express), telephone, telegram, facsimile or otherwise, which may affect or seek to affect in any way any of SMA's rights or interests, including, without limitation, other documents with respect to the SMA's property or proceeds thereof in which SMA may claim an interest, as filed in the above-captioned bankruptcy cases. *The undersigned also requests that the above referenced names and corresponding addresses be added to the Debtors' mailing matrix.*

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance and the within request for service of documents (the "Notice"), nor any other appearances, pleadings, proofs of claim, claims, or suits filed by SMA shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to

trial by jury in any case, controversy or proceeding, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which right, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  July 28, 2025

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:   /s/ Sean Kirby

Sean Kirby (NJ No. 27782006)
30 Rockefeller Plaza, 39th Floor
New York, New York 10112
Telephone:  (212) 653-8700
Facsimile: (212) 653-8701
Email: skirby@sheppardmullin.com

Ori Katz (*pro hac vice* pending)
Jeannie Kim (*pro hac vice* pending)
Four Embarcadero Center, 17th Floor
San Francisco, California 94115
Telephone:  (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
         jekim@sheppardmullin.com

*Attorneys for SMA Solar Technology America LLC*

## **CERTIFICATE OF SERVICE**

I, Sean Kirby, hereby certify that the *Notice of Appearance* was filed and served on July 28, 2025 via CM/ECF on all parties registered to receive notice in these Bankruptcy Cases.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:   */s/ Sean J. Kirby*
Sean Kirby (NJ No. 27782006)
