| |
|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(a) |
| **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** <br> Sean Kirby (NJ No. 27782006) <br> 30 Rockefeller Plaza, 39th Floor <br> New York, New York 10112 <br> Telephone: (212) 653-8700 <br> Facsimile: (212) 653-8701 <br> Email: skirby@sheppardmullin.com <br><br> Ori Katz (*pro hac vice* pending) <br> Jeannie Kim (*pro hac vice* pending) <br> Four Embarcadero Center, 17th Floor <br> San Francisco, California 94115 <br> Telephone: (415) 434-9100 <br> Facsimile: (415) 434-3947 <br> Email: okatz@sheppardmullin.com <br>        jekim@sheppardmullin.com <br><br> *Counsel to SMA Solar Technology America LLC* |

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |
| | Judge: Hon. Michael B. Kaplan |

**APPLICATION FOR AN ORDER FOR ADMISSION
<u>PRO HAC VICE</u> OF JEANNIE KIM, ESQ.**

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the

District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court,

District of New Jersey, the undersigned counsel and member of the bar of this Court hereby seeks

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

-1-

(the "Application") entry of an order granting the admission *pro hac vice* of Jeannie Kim, Esq. of the law firm Sheppard, Mullin, Richter & Hampton, LLP, to represent SMA Solar Technology America, LLC ("SMA") as a creditor and contract counterparty in the above-captioned chapter 11 cases (the "Bankruptcy Cases"). The scope of the Application will be to represent SMA in the Bankruptcy Cases and any related adversary proceedings involving SMA. In support of this Application, counsel submits the attached Certification of Jeannie Kim, Esq., and requests that the proposed form of order submitted herewith be entered.

The undersigned counsel further represents as follows:

1. I am an attorney at law of the State of New Jersey, admitted to practice in the United States District Court for the District of New Jersey.

2. I submit this Application, pursuant to Civil Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1 of the New Jersey Local Rules of Bankruptcy Procedure, in support of the entry of an Order Approving Admission, *pro hac vice*, of Jeannie Kim, Esq. to this Court.

3. Ms. Kim is an attorney at law in the State of California, and an associate with Sheppard, Mullin, Richter & Hampton, LLP, with an address of Four Embarcadero Center, 17th Floor, San Francisco, California 94115.

4. Attached is the certification of Ms. Kim, in which she certifies that she is and has been, a member in good standing of the bar of the State of California. Additionally, Ms. Kim certifies that she is, and has remained a member in good standing of said bar at all times, that no disciplinary proceedings are pending against her in any jurisdiction and no discipline has previously been imposed on her in any jurisdiction.

5. Ms. Kim is familiar with the circumstances surrounding the above-captioned proceedings and applicable law, and her participation in the Bankruptcy Case will serve the best interests of SMA.

6. Ms. Kim is not licensed in the State of New Jersey. She wishes to appear in the Bankruptcy Cases and respectfully requests this Court to admit her *pro hac vice*.

7. If Ms. Kim is permitted to participate in this action, she understands that she will be subject to the disciplinary jurisdiction of this Court.

8. I will comply with L. Civ. R. 101.1(c) and Rule 9010-1 of the New Jersey Local Rules of Bankruptcy Procedure, and will be held responsible for the conduct of the Ms. Kim.

9. I will make sure that the Ms. Kim will comply with L. Civ. R. 101.1(c) and Rule 9010-1 of the New Jersey Local Rules of Bankruptcy Procedure.

10. I will sign all pleadings, briefs, and other papers filed with the Court.

11. I will make all Court appearances required by the Court.

WHEREFORE, Applicant respectfully requests entry of the Order submitted herewith approving the admission, *pro hac vice*, of Jeannie Kim, Esq. to represent SMA in connection with the Bankruptcy Cases and any related adversary proceedings in which SMA is a party.

Dated: July 28, 2025

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: ___/s/ Sean Kirby___

Sean Kirby (NJ No. 27782006)
30 Rockefeller Plaza, 39th Floor
New York, New York 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
Email: skirby@sheppardmullin.com

Ori Katz (*pro hac vice* pending)
Jeannie Kim (*pro hac vice* pending)
Four Embarcadero Center, 17th Floor
San Francisco, California 94115
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
       jekim@sheppardmullin.com

*Attorneys for SMA Solar Technology America LLC*