| |
|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(a)** |
| **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** <br> Sean Kirby (NJ No. 27782006) <br> 30 Rockefeller Plaza, 39th Floor <br> New York, New York 10112 <br> Telephone: (212) 653-8700 <br> Facsimile: (212) 653-8701 <br> Email: skirby@sheppardmullin.com <br><br> Ori Katz (*pro hac vice* forthcoming) <br> Jeannie Kim (*pro hac vice* forthcoming) <br> Four Embarcadero Center, 17th Floor <br> San Francisco, California 94111 <br> Telephone: (415) 434-9100 <br> Facsimile: (415) 434-3947 <br> Email: okatz@sheppardmullin.com <br>         jekim@sheppardmullin.com <br><br> *Counsel to SMA Solar Technology America LLC* |

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, *et al.*,[2] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |
| | Judge: Hon. Michael B. Kaplan |

## CERTIFICATION OF JEANNIE KIM

I, Jeannie Kim, hereby certify as follows:

1.      I am an associate attorney with the law firm of Sheppard, Mullin, Richter &

Hampton LLP, counsel to SMA Solar Technology America LLC. My office is located at Four

---

[2] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

-5-

Embarcadero Center, 17th Floor, San Francisco, California 94111. I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

2. I was admitted to practice law in the State of California in 2010. I am admitted to Practice before the following courts:

- United States District Court – Northern District of California
- United States District Court – Eastern District of California
- United States District Court, Central District of California
- United States Bankruptcy Court – Eastern District of California
- United States Bankruptcy Court – Central District of California
- United States Bankruptcy Court – Northern District of California
- United States Bankruptcy Court – Southern District of California
- United States Court of Appeal, B.A.P. 9th Circuit

3. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspected or disbarred from the practice of law.

4. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

5. I further agree to pay all fees to the Clerk of the United states District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: San Francisco, California
July 28, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Jeannie Kim
JEANNIE KIM
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
(415) 434-9100
Email: jekim@sheppardmullin.com

*Counsel to SMA Solar Technology America LLC*