| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>John W. Weiss<br>Leah M. Eisenberg<br>David E. Sklar<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>21 Main Street, Suite 200<br>Hackensack, New Jersey 07601<br>Telephone: (201) 270-5477<br>Email: jweiss@pashmanstein.com<br>　　　　leisenberg@pashmanstein.com<br>　　　　dsklar@pashmanstein.com<br><br>-and-<br><br>Joaquin M. C de Baca (admitted *pro hac vice*)<br>Richard A. Stieglitz (admitted *pro hac vice*)<br>Youmi Kim (admitted *pro hac vice*)<br>**MAYER BROWN LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020-1001<br>Telephone: (212) 506-2500<br>Email: jcdebaca@mayerbrown.com<br>　　　　rstieglitz@mayerbrown.com<br>　　　　ykim@mayerbrown.com<br><br>*Counsel for (1) Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC and (2) Poblano Energy Storage, LLC, Strata Solar Services, LLC, and Strata Storage, LLC* | Chapter 11<br><br>Case Number: 25-16137 (MBK)<br><br>Jointly Administered |
| In Re:<br><br>POWIN, LLC, *et al*.,[1]<br><br>　　　　Debtors. | |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

## **CERTIFICATION OF SERVICE**

I, David E. Sklar of Pashman Stein Walder Hayden, P.C, Counsel to (1) Leeward Renewable Energy, LLC ("Leeward"), on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC and (2) Poblano Energy Storage, LLC, Strata Solar Services, LLC, and Strata Storage, LLC (collectively, the "Strata Parties") in the above reference proceeding certifies as follows:

On July 28, 2025, I caused to be served the following via electronic mail upon all parties registered to receive ecf notification in the above captioned chapter 11 bankruptcy cases:

- Leeward's Limited Objection to and Reservation of Rights Regarding Notice of Potentially Assumed Executory Contracts and Unexpired Leases (Docket No. 552); and

- Strata Parties' Limited Objection to and Reservation of Rights Regarding Notice of Potentially Assumed Executory Contracts and Unexpired Leases (Docket No. 553).

Dated: July 29, 2025

/s/ David E. Sklar
David E. Sklar