| |
|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(a)** |
| **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** <br> Kevin M. Capuzzi (NJ No. 173442015) <br> John C. Gentile, Esq. <br> Noelle B. Torrice (NJ No. 79132013) <br> Continental Plaza II <br> 411 Hackensack Ave., 3rd Floor <br> Hackensack, NJ 07601-6323 <br> Telephone: (302) 442-7010 <br> Facsimile: (302) 442-7012 <br> kcapuzzi@beneschlaw.com <br> jgentile@beneschlaw.com <br> ntorrice@beneschlaw.com <br> <br> *Counsel to 8Loop Logistics LLC and 8Loop Trans Inc.* |
| In re: <br> <br> Powin, LLC, *et al.*,[1] <br> <br>         Debtors. |

Chapter 11

Case No. 25-16137 (MBK)

Judge: Michael B. Kaplan

(Jointly Administered)

## CERTIFICATION OF SCOTT M. SHAW

1.    I am an attorney with the law firm of Evans Harrison Hackett PLLC, counsel to 8Loop Trans, Inc. and 8Loop Logistics, LLC with my office located at 735 Broad Street, Suite 600, Chattanooga, Tennessee 37402. I make this verification of my application to appear in this case *pro hac vice*.

2.    I have been a member in good standing of the Bar of the State of Georgia since 1997 and the Bar of the State of Tennessee since 1999 and I am admitted to practice in the United States District Courts for the Eastern and Middle Districts of Tennessee and the Northern and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

Middle Districts of Georgia.

3. I am a member in good standing of the Bar of the jurisdictions in which I am admitted to practice.

4. No disciplinary actions are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

7. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

FURTHER, THIS AFFIANT SAITH NOT.

STATE OF TENNESSEE    :
COUNTY OF HAMILTON  :

Sworn to and subscribed before me this 25th day of July, 2025.

_____
Notary Public

My commission expires: July 27, 2027

_____
Scott M. Shaw, TN BPR #019171
Evans Harrison Hackett PLLC
735 Broad Street, Suite 600
Chattanooga, TN 37402
Telephone: (423) 693-2179
Facsimile: (423) 648-7897
Email: sshaw@ehhlaw.com