**CERTIFICATE OF SERVICE**

I, Kevin M. Capuzzi, hereby certify that the *Application for an Order for Admission Pro Hac Vice of Scott M. Shaw* was filed and served on July 29, 2025 via CM/ECF on all parties registered to receive notice in this case.

> **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
>
> /s/ Kevin M. Capuzzi
> Kevin M. Capuzzi (NJ No. 17344201)
>
> *Counsel to 8Loop Trans, Inc. and 8Loop Logistics, LLC*