|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with DNJ LBR 9004-1(b)**<br>**THOMPSON HINE LLP**<br>Jeremy M. Campana, Esq. (NJ Bar ID 031852000)<br>3900 Key Center<br>127 Public Square<br>Cleveland, Ohio 44114<br>Office: 216.566.5936<br>Jeremy.Campana@ThompsonHine.com<br>*Attorneys for Ultra Corpotech Private Limited* | |
| In re:<br><br>Powin, LLC, *et al.*,<br><br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Ultra Corpotech Private Limited (collectively with certain of its affiliates, "Ultra"). Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

Jeremy M. Campana<br>
Alexander J. Andrews<br>
Thompson Hine LLP<br>
300 Madison Avenue, 27th Floor<br>
New York, NY 10017

DOCUMENTS:
☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

Dated: July 30, 2025 — Respectfully Submitted,

*/s/ Jeremy M. Campana*
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
Office: 216.566.5936
Jeremy.Campana@ThompsonHine.com

*Attorneys for Ultra Corpotech Private Limited*