**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**THOMPSON HINE LLP**
Jeremy M. Campana, Esq. (NJ Bar ID 031852000)
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
Office: 216.566.5936
Jeremy.Campana@ThompsonHine.com
*Attorneys for Ultra Corpotech Private Limited*

In re:

Powin, LLC, *et al.*,

Debtors.[1]

Chapter 11

Case No. 25-16137 (MBK)

(Jointly Administered)

## APPLICATION FOR ADMISSION PRO HAC VICE OF ALEXANDER J. ANDREWS

The undersigned hereby seeks an Order granting the admission pro hac vice of Alexander J. Andrews of the law firm Thompson Hine LLP ("Thompson Hine"), to practice before this Court in connection with the above-captioned proceeding. This application (the "Application") is submitted pursuant to rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey. Unless requested by other parties, no oral argument is requested. A proposed form of Order is attached. In support of the Application, the Applicant hereby represents as follows:

1.     I am an attorney with Thompson Hine, which maintains an office at 3900 Key Center, 127 Public Square, Cleveland, Ohio 44114. Thompson Hine has been retained to serve as

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

counsel to creditor Ultra Corpotech Private Limited (collectively with certain of its affiliates, "Ultra") in connection with the above-captioned proceedings.

2.      I am an attorney admitted to practice in the State of New Jersey and before the United States District Court for the State of New Jersey.

3.      I submit this Application, pursuant to Civ. Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of Bankruptcy Practice for the United States Bankruptcy Court for the District of New Jersey, in support of an Order Approving Admission, Pro Hac Vice, of Alexander J. Andrews, Esq.

4.      Mr. Andrews is an associate of Thompson Hine based at 300 Madison Avenue, 27th Floor, New York, New York 10017.

5.      Attached is a certification of Mr. Andrews in which he certifies that he is, and has been, a member in good standing of the bar of the state of New York since 2022. Mr. Andrews also certifies that he is a member of the bars of the United States District Courts for the Eastern and Southern Districts of New York.

6.      Additionally, Mr. Andrews certifies that he is, and has remained, a member in good standing of said bars at all times, that no disciplinary proceedings are pending against him in any jurisdiction and no discipline has previously been imposed on him in any jurisdiction. Mr. Andrews is familiar with the circumstances surrounding the above-captioned proceeding and applicable law, and his presence will serve the best interests of Ultra in this case.

7.      If admitted pro hac vice, Mr. Andrews has represented that he will adhere to the disciplinary jurisdiction of this Court.

WHEREFORE, Applicant respectfully requests entry of the Order submitted herewith approving the admission, pro hac vice, of Alexander J. Andrews, Esq. to represent Ultra as counsel in connection with the above-captioned proceeding.

Dated: July 30, 2025                             Respectfully Submitted,

*/s/ Jeremy M. Campana*
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
Office: 216.566.5936
Jeremy.Campana@ThompsonHine.com

*Attorneys for Ultra Corpotech Private Limited*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**THOMPSON HINE LLP**
Jeremy M. Campana, Esq. (NJ Bar ID 031852000)
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
Office: 216.566.5936
Jeremy.Campana@ThompsonHine.com
*Attorneys for Ultra Corpotech Private Limited*

In re:

Powin, LLC, *et al.*,

Debtors.[1]

Chapter 11

Case No. 25-16137 (MBK)

(Jointly Administered)

### CERTIFICATION OF ALEXANDER J. ANDREWS IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

ALEXANDER J. ANDREWS, ESQ., of full age, hereby certifies as follows:

1.    I am an attorney with the law firm, Thompson Hine LLP ("Thompson Hine"), which maintains an office at 300 Madison Avenue, 27th Floor, New York, New York 10017. Thompson Hine has been retained as counsel for Ultra Corpotech Private Limited (collectively with certain of its affiliates, "Ultra") in connection with the above-captioned proceedings. I submit this Certification in support of the annexed Application for my admission to practice *pro hac vice*.

2.    I have been and continue to be a member in good standing of the bar of New York since 2022. I am admitted to practice in the United States District Courts for the Eastern and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

Southern Districts of New York.

3.      No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

4.      I hereby designate Jeremy M. Campana, a member of the bar of this Court, with whom the Court and opposing counsel may communicate regarding these cases.

5.      For the foregoing reasons, I respectfully request my application for admission *pro hac vice* be granted.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: July 30, 2025                              Respectfully Submitted,

                                                  */s/ Alexander J. Andrews*
                                                  Thompson Hine LLP
                                                  300 Madison Avenue, 27th Floor
                                                  New York, NY 10017
                                                  Phone: 347.346.2825
                                                  Alexander.Andrews@ThompsonHine.com

                                                  *Attorneys for Ultra Corpotech Private Limited*

<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**THOMPSON HINE LLP**
Jeremy M. Campana, Esq. (NJ Bar ID 031852000)
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
Office: 216.566.5936
Jeremy.Campana@ThompsonHine.com
*Attorneys for Ultra Corpotech Private Limited*

</td><td></td></tr>
<tr><td>

In re:


Powin, LLC, *et al.*,



Debtors.[1]

</td><td>

Chapter 11

Case No. 25-16137 (MBK)

(Jointly Administered)

</td></tr>
</table>

## ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*

The relief set forth on the following pages numbered two (2) through three (3) is hereby

ORDERED.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

This matter having been brought before the Court on application for an Order for Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed. R. Civ. Proc. 78, D.N.J. L.Civ.R. 101.1 and D.N.J. LBR 9010-1, and good cause having been shown;

it is ORDERED that Alexander J. Andrews be permitted to appear *pro hac vice*; provided that pursuant to D.N.J. L.Civ.R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders; and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L.Civ.R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order; and it is further

ORDERED that the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102
Attention: Pro Hac Vice Admissions

2

and it is further ORDERED that the applicant shall be bound by the Local Rules of the

United States District Court for the District of New Jersey and the Local Rules of Bankruptcy

Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this order to the Treasurer of New Jersey

Lawyers' Fund for Client Protection within 5 days of its date of entry