| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>John W. Weiss<br>Leah M. Eisenberg<br>David E. Sklar<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>21 Main Street, Suite 200<br>Hackensack, New Jersey 07601<br>Telephone: (201) 270-5477<br>Email: jweiss@pashmanstein.com<br>      leisenberg@pashmanstein.com<br>      dsklar@pashmanstein.com<br><br>*Counsel for (1) Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, (2) Longroad Development Company, LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC, (3) DTE Electric Company and (4) Poblano Energy Storage, LLC* |

| | |
|---|---|
| In Re: | Chapter 11 |
| POWIN, LLC, *et al.*,[1] | Case Number: 25-16137 (MBK) |
| Debtors. | Jointly Administered |

**CERTIFICATION OF B. CLAYTON MCCRAW IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE**

      I, B. Clayton McCraw, pursuant to 28 U.S.C. § 1746, hereby certify:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

1751603692.2

1. I am an attorney with the law firm of Mayer Brown LLP, which maintains an office at 1221 Avenue of the Americas, New York, New York 10020.

2. I am, and have always been, a member in good standing of the bar of the State of New York (admitted in 2011). I am a member in good standing in, and am admitted to practice before the United States Court of Appeals for the Federal Circuit (admitted in 2024), United States District Court for the Southern District of New York (admitted in 2011), United States District Court for the Eastern District of New York (admitted in 2012), United States District Court for the Eastern District of Michigan (admitted in 2015), United States District Court for the Eastern District of Texas (admitted in 2025), United States Court of Federal Claims (admitted in 2019), and the United States Patent and Trademark Office (admitted in 2011). No disciplinary proceedings are pending against me in any jurisdiction and no discipline has been imposed on me in any jurisdiction.

3. Upon being admitted to appear and participate in this case *pro hac vice*, I shall promptly cause payment to be made to the Clerk of Court in the amount of $250.00 pursuant to Rule 101.1(c)(3) of the Local Civil Rules of the United States District Court for the District of New Jersey.

4. Leah M. Eisenberg, a partner of the law firm of Pashman Stein Walder Hayden, P.C, has appeared as counsel of record for (1) Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, (2) Longroad Development Company, LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC, (3) DTE Electric Company and (4) Poblano Energy Storage, LLC (the

1751603692.2

"Parties") in the above-captioned Chapter 11 Cases and shall be counsel upon whom all notices, orders, and pleadings shall be served.

   5.  I am in possession of and have reviewed a copy of the Local Bankruptcy Rules of this Court.

   6.  I understand and agree that, if admitted *pro hac vice*, I will be bound by the rules of this Court, including all applicable disciplinary rules, and that I will notify this Court immediately of any matter affecting my good standing before the bar of any jurisdiction. I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 30, 2025             /s/ B. Clayton McCraw
                        B. Clayton McCraw

1751603692.2