| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> John W. Weiss <br> Leah M. Eisenberg <br> David E. Sklar <br> **PASHMAN STEIN WALDER HAYDEN, P.C.** <br> 21 Main Street, Suite 200 <br> Hackensack, New Jersey 07601 <br> Telephone: (201) 270-5477 <br> Email: jweiss@pashmanstein.com <br>         leisenberg@pashmanstein.com <br>         dsklar@pashmanstein.com <br><br> *Counsel for (1) Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, (2) Longroad Development Company, LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC, (3) DTE Electric Company and (4) Poblano Energy Storage, LLC* | |
| In Re: <br><br> POWIN, LLC, *et al*.,[1] <br><br>        Debtors. | Chapter 11 <br><br> Case Number: 25-16137 (MBK) <br><br> Jointly Administered |

## APPLICATION FOR PRO HAC VICE ADMISSION OF HENNINGER S. BULLOCK

Leah M. Eisenberg, a member in good standing of the bars of New Jersey and New York (the "Movant"), pursuant to L. Civ. Rule 101.1(c) and D.N.J. LBR 9010-1, respectfully moves

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

1751603688.2

this Court, on behalf of attorney Henninger S. Bullock, for an order granting permission for Mr. Bullock to appear *pro hac vice* on behalf of (1) Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, (2) Longroad Development Company, LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC, (3) DTE Electric Company and (4) Poblano Energy Storage, LLC, (the "Parties") in the above-captioned Chapter 11 Cases (the "Chapter 11 Cases") and in any related adversary proceeding(s) filed or to be filed in the Chapter 11 Cases. In support of this request, Movant represents as follows:

1. I am a partner of the law firm of Pashman Stein Walder Hayden, P.C., which maintains an office at 21 Main Street, Suite 200, Hackensack, New Jersey 07601. I am admitted to practice in the state of New Jersey and before the United States District Court for the District of New Jersey, and I am familiar with the Local Rules of practice of this Court. There are no disciplinary proceedings which are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

2. As set forth in the certification of Henninger S. Bullock annexed hereto, Mr. Bullock is a partner in the litigation & dispute resolution practice at the law firm of Mayer Brown LLP. Upon information and belief, Mr. Bullock is a member in good standing of the bar of the State of New York (admitted in 2002). Further, Mr. Bullock is a member in good standing and is admitted to practice before the United States District Court for the Southern District of New York (admitted in 2002), United States District Court for the Eastern District of New York (admitted in 2005), United States District Court for the Eastern District of Wisconsin (admitted in 2010), United States Court of Appeals for the Fourth Circuit (admitted in 2015), United States Court of Appeals

1751603688.2

for the Fifth Circuit (admitted in 2012), United States Court of Appeals for the Sixth Circuit (admitted in 2009), United States Court of Appeals for the Eighth Circuit (admitted in 2009), United States Court of Appeals for the Ninth Circuit (admitted in 2012), United States Court of Appeals for the Tenth Circuit (admitted 2012), and United States Court of Appeals for the Eleventh Circuit (admitted in 2012). No disciplinary proceedings are pending against him nor has any discipline been imposed on him in any jurisdiction.

3. If admitted *pro hac vice*, Mr. Bullock has represented that he will adhere to the disciplinary jurisdiction of this Court.

4. I have appeared as counsel of record for the Parties in the Chapter 11 Cases and shall serve as counsel upon whom all notices, orders, and pleadings shall be served.

**WHEREFORE**, Movant respectfully requests entry of the Order submitted herewith granting admission *pro hac vice* of Henninger S. Bullock to represent the Parties in connection with the Chapter 11 Cases and any related adversary proceedings.

| | |
|---|---|
| Dated: July 30, 2025<br>Hackensack, NJ | **PASHMAN STEIN WALDER HAYDEN, P.C.**<br><br>*/s/ Leah M. Eisenberg*<br>John W. Weiss<br>Leah M. Eisenberg<br>David E. Sklar<br>21 Main Street, Suite 200<br>Hackensack, New Jersey 07601<br>Telephone: (201) 270-5477<br>Email: jweiss@pashmanstein.com<br>          leisenberg@pashmanstein.com<br>          dsklar@pashmanstein.com<br><br>*Counsel for (1) Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, (2) Longroad Development Company, LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC, (3) DTE Electric Company and (4) Poblano Energy Storage, LLC* |

1751603688.2