UNITED STATES BANKRUPTCY COURT
District of New Jersey Trenton

| In re: | Chapter 11 |
|---|---|
| Powin, LLC, *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

**PROOF OF SERVICE**

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 07/30/2025, as directed by Genova Burns LLC, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTOR, POWIN, LLC, ET AL., FOR ORDER: AUTHORIZING EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR EFFECTIVE AS OF JULY 1, 2025

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
07/30/2025

*Tinamarie Feil*
Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [ 8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062

**Exhibit A - Certificate of Service**
**Powin, LLC 25-16137**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 25318 | Ace Engineering & Co., Ltd., Carl Kim, 400 Kelby Street, Suite 1701, Fort Lee, NJ, 07024, carl.kim@aceengineering.com | Electronic |
| 25318 | Ace Engineering & Co., Ltd., Carl Kim, 400 Kelby Street, Suite 1701, Fort Lee, NJ, 07024, chloe@acecontainer.com | Electronic |
| 25318 | AKA Energy Systems, Jason Aspin, jasonaspin@aka-group.com | Electronic |
| 25318 | Akaysha, Paul Curnow, paul.curnow@akayshaenergy.com | Electronic |
| 25318 | Akerman LLP, Mark S. Lichtenstein, 1251 Avenue of the Americas, 37th Floor, New York, NY, 10020, mark.lichtenstein@akerman.com | Electronic |
| 25318 | APEX Clean Energy, Scott Weiss, Scott.Weiss@apexcleanenergy.com | Electronic |
| 25318 | Archer & Greiner, P.C., Natasha M. Songonuga, 1025 Laurel Oak Road, Voorhees, NJ, 08043, nsongonuga@archerlaw.com | Electronic |
| 25318 | Arnold & Porter Kaye Scholer LLP, Benjamin Mintz, 250 West 55th Street, New York, NY, 10019, benjamin.mintz@arnoldporter.com | Electronic |
| 25318 | Arnold & Porter Kaye Scholer LLP, Gabby Ferreira, 250 West 55th Street, New York, NY, 10019, gabby.ferreira@arnoldporter.com | Electronic |
| 25318 | Arnold & Porter Kaye Scholer LLP, Justin Imperato, 250 West 55th Street, New York, NY, 10019, justin.imperato@arnoldporter.com | Electronic |
| 25318 | Arnold & Porter Kaye Scholer LLP, Lee M. Cortes, Jr., One Gateway Center, Suite 1025, Newark, NJ, 07102, lee.cortes@arnoldporter.com | Electronic |
| 25318 | Baker Botts LLP, Micheline Deeik, 2001 Ross Avenue, Suite 900, Dallas, TX, 75201-2980, micheline.deeik@bakerbotts.com | Electronic |
| 25318 | Baker Botts LLP, Richard B. Harper, 30 Rockefeller Plaza, New York, NY, 10112, richard.harper@bakerbotts.com | Electronic |
| 25318 | Baker Botts LLP, Scott R. Bowling, 30 Rockefeller Plaza, New York, NY, 10112, scott.bowling@bakerbotts.com | Electronic |
| 25318 | Benesch, Friedlander, Coplan & Aronoff LLP, Jennifer R. Hoover, 1313 N. Market Street, Suite 1201, Wilmington, DE, 19801, jhoover@beneschlaw.com | Electronic |
| 25318 | Benesch, Friedlander, Coplan & Aronoff LLP, John C. Gentile, 1313 N. Market Street, Suite 1201, Wilmington, DE, 19801, jgentile@beneschlaw.com | Electronic |
| 25318 | Benesch, Friedlander, Coplan & Aronoff LLP, Kevin M. Capuzzi, 1313 N. Market Street, Suite 1201, Wilmington, DE, 19801, kcapuzzi@beneschlaw.com | Electronic |
| 25318 | Benesch, Friedlander, Coplan & Aronoff LLP, Noelle B. Torrice, 1313 N. Market Street, Suite 1201, Wilmington, DE, 19801, ntorrice@beneschlaw.com | Electronic |
| 25318 | Benesch, Friedlander, Coplan & Aronoff LLP, Noelle B. Torrice, 1313 N. Market Street, Suite 1201, Wilmington, DE, 19801, ntorrice@beneschlaw.com | Electronic |
| 25318 | Berkshire Hathaway, Alicia Knapp, Alicia.Knapp@bherenewables.com | Electronic |
| 25318 | Berkshire Hathaway, Joe Johnson, Josiah.Johnson@bherenewables.com | Electronic |
| 25318 | Brian Palomino, Jack A. Raisner, Raisner Roupinian LLP, 270 Madison Avenue, Suite 1801, New York, NY, 10016, jar@raisnerroupinian.com | Electronic |
| 25318 | Brown Rudnick, Bennett S Silverberg, 7 Times Square, New York, NY, 10036, BSilverberg@brownrudnick.com | Electronic |
| 25318 | Brown Rudnick, Eric R. Goodman, 7 Times Square, New York, NY, 10036, EGoodman@brownrudnick.com | Electronic |
| 25318 | Brown Rudnick, Kenneth J Aulet, 7 Times Square, New York, NY, 10036, KAulet@brownrudnick.com | Electronic |
| 25318 | Buchalter, A Professional Corporation, Shawn M. Christianson, 425 Market Street, Suite 2900, San Francisco, CA, 94105-3493, schristianson@buchalter.com | Electronic |
| 25318 | Celestica LLC, Michael Paul Giallella, 11 Continental Blvd, BLD 300, Suite 103, Merrimack, NH, 03054, mgiallella@celestica.com | Electronic |
| 25318 | CleanPeak Energy, Gavin Smith, gavin.smith@cleanpeakenergy.com.au | Electronic |
| 25318 | Cole Schotz P.C., Daniel J. Harris, Court Plaza North, 25 Main Street, Hackensack, NJ, 07601, dharris@coleschotz.com | Electronic |
| 25318 | Cole Schotz P.C., Felice R. Yudkin, Court Plaza North, 25 Main Street, Hackensack, NJ, 07601, fyudkin@coleschotz.com | Electronic |
| 25318 | Contemporary Amperex Technology Co, Ltd (CATL), Micah Siegal, No.2 Xingang Road Zhangwan Town, Jiaocheng District, Fujian, Ningde City, 352100, China, RuanTF@catlbattery.com | Electronic |
| 25318 | Contemporary Amperex Technology Co, Ltd (CATL), Micah Siegal, No.2 Xingang Road Zhangwan Town, Jiaocheng District, Fujian, Ningde City, 352100, China, micahsiegal@catl.com | Electronic |
| 25318 | Convergent, Frank Genova, fgenova@convergentep.com | Electronic |
| 25318 | Convergent, Miranda Morton, mmorton@convergentep.com | Electronic |
| 25318 | Countryside, Cagri Ozmerdiven, cozmerdiven@csenergy.com | Electronic |
| 25318 | Cullen and Dykman LLP, Kyriaki Christodoulou, One Battery Park Plaza, 34th Floor, New York, NY, 10004, kchristodoulou@cullenllp.com | Electronic |
| 25318 | Dentons US LLP, John D. Beck, 1221 Avenue of the Americas, New York, NY, 10020-1089, john.beck@dentons.com | Electronic |
| 25318 | Dentons US LLP, Sarah M. Schrag, 1221 Avenue of the Americas, New York, NY, 10020-1089, sarah.schrag@dentons.com | Electronic |
| 25318 | Dentons US LLP, Tania M. Moyron, 601 S. Figueroa Street #2500, Los Angeles, CA, 90017, tania.moyron@dentons.com | Electronic |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 25318 | Dentons US LLP, Van C. Durrer, 601 S. Figueroa Street #2500, Los Angeles, CA, 90017, van.durrer@dentons.com | Electronic |
| 25318 | EDF, Art Del Rio, art.delrio@edf-re.com | Electronic |
| 25318 | EDF, Blaine Sundwall, Blaine.Sundwall@edf-re.com | Electronic |
| 25318 | EDF, Chelsea Turner, Chelsea.Turner@edf-re.com | Electronic |
| 25318 | EnergyRE, Ann Walter, Ann.Walter@energyre.com | Electronic |
| 25318 | EnergyRE, Greg White, Greg.White@energyre.com | Electronic |
| 25318 | EnergyRE, Rocio Mendoza, rocio.mendoza@energyre.com | Electronic |
| 25318 | EnergyRE, Surya Mohan, Surya.Mohan@energyre.com | Electronic |
| 25318 | esVolta, Justin Johns, justin.johns@esvolta.com | Electronic |
| 25318 | esVolta, Randolph Mann, randolph.mann@esvolta.com | Electronic |
| 25318 | Eversheds Sutherland (US) LLP, David A. Wender, 999 Peachtree Street NE, Suite 2300, Atlanta, GA, 30309, davidwender@eversheds-sutherland.com | Electronic |
| 25318 | Eversheds Sutherland (US) LLP, Sameer M. Alifarag, The Grace Building, 40th Floor, 1114 Avenue of the Americas, New York, NY, 10036, sameeralifarag@eversheds-sutherland.com | Electronic |
| 25318 | Eversheds Sutherland (US) LLP, Todd C. Meyers, The Grace Building, 40th Floor, 1114 Avenue of the Americas, New York, NY, 10036, toddmeyers@eversheds-sutherland.com | Electronic |
| 25318 | Eversheds Sutherland (US) LLP, Todd C. Meyers, 999 Peachtree Street NE, Suite 2300, Atlanta, GA, 30309, toddmeyers@eversheds-sutherland.com | Electronic |
| 25318 | Faegre Drinker Biddle & Reath LLP, Drew Magee, 300 N. Meridian Street, Suite 2500, Indianapolis, IN, 46204, drew.magee@faegredrinker.com | Electronic |
| 25318 | Faegre Drinker Biddle & Reath LLP, James H. Millar, 1177 Avenue of the Americas, 41st Floor, New York, NY, 10013, james.millar@faegredrinker.com | Electronic |
| 25318 | Faegre Drinker Biddle & Reath LLP, Kyle R. Kistinger, 1177 Avenue of the Americas, 41st Floor, New York, NY, 10013, kyle.kistinger@faegredrinker.com | Electronic |
| 25318 | Faegre Drinker Biddle & Reath LLP, Michael P. Pompeo, 600 Campus Drive, Florham Park, NJ, 07932, michael.pompeo@faegredrinker.com | Electronic |
| 25318 | Farella Braun and Martel LLP, Gary M. Kaplan, One Bush Street, Suite 900, San Francisco, CA, 94104, gkaplan@fbm.com | Electronic |
| 25318 | Foley & Lardner LLP, Anne B. Sekel, 90 Park Ave, 37th Floor, New York, NY, 10016, asekel@foley.com | Electronic |
| 25318 | Formosa Electronic Industries Inc., Vodka Lee, 5F., No.8, Ln.130, Minquan Rd., Xindian Dist, New Taipei City, 23141, Taiwan, kelvin.chen@feii.com.tw | Electronic |
| 25318 | Formosa Electronic Industries Inc., Vodka Lee, 5F., No.8, Ln.130, Minquan Rd., Xindian Dist, New Taipei City, 23141, Taiwan, flora.zhang@feii.com.tw | Electronic |
| 25318 | Formosa Electronic Industries Inc., Vodka Lee, 5F., No.8, Ln.130, Minquan Rd., Xindian Dist, New Taipei City, 23141, Taiwan, vodka.lee@feii.com.tw | Electronic |
| 25318 | Fox Rothschild, LLP, Agostino A. Zammiello, 49 Market Street, Morristown, NJ, 07960, azammiello@foxrothschild.com | Electronic |
| 25318 | Fox Rothschild, LLP, Joseph J. DiPasquale, 49 Market Street, Morristown, NJ, 07960, jdipasquale@foxrothschild.com | Electronic |
| 25318 | Genova Burns LLC, Daniel Stolz, 494 Mayor Kenneth A. Gibson Blvd., Newark, NJ, 07102, dstolz@genovaburns.com | Electronic |
| 25318 | Genova Burns LLC, Donald Clarke, 494 Mayor Kenneth A. Gibson Blvd., Newark, NJ, 07102, DClarke@genovaburns.com | Electronic |
| 25318 | Genova Burns LLC, Jaclynn N. McDonnell, 494 Mayor Kenneth A. Gibson Blvd., Newark, NJ, 07102, jmcdonnell@genovaburns.com | Electronic |
| 25318 | Genova Burns LLC, Susan A. Long, 494 Mayor Kenneth A. Gibson Blvd., Newark, NJ, 07102, slong@genovaburns.com | Electronic |
| 25318 | Gibbons P.C., Brett S. Theisen, One Gateway Center, Newark, NJ, 07102, btheisen@gibbonslaw.com | Electronic |
| 25318 | Gibbons P.C., John S. Mairo, One Gateway Center, Newark, NJ, 07102, jmairo@gibbonslaw.com | Electronic |
| 25318 | Gibbons P.C., Kyle P. McEvilly, One Gateway Center, Newark, NJ, 07102, kmcevilly@gibbonslaw.com | Electronic |
| 25318 | Gibson, Dunn & Crutcher LLP, Jeffrey C. Krause, 333 South Grand Avenue, Los Angeles, CA, 90071-3197, jkrause@gibsondunn.com | Electronic |
| 25318 | Gibson, Dunn & Crutcher LLP, Michael J. Cohen, 200 Park Avenue, New York, NY, 10166-0193, mcohen@gibsondunn.com | Electronic |
| 25318 | GLAS USA LLC, 3 Second Street, Suite 206, Jersey City, NJ, 07311, clientservices.americas@glas.agency | Electronic |
| 25318 | Glidepath, Mark Breen, mbreen@glidepath.net | Electronic |
| 25318 | GreEnergy Resources LLC, Adam Fenner, 1405 4th Avenue NW, #312, Ardmore, OK, 73401, adam.fenner@greenergyresources.com | Electronic |
| 25318 | Hecate, Nick Peri, nperi@fullmarkenergy.com | Electronic |
| 25318 | Holland & Knight LLP, Barbra R. Parlin, 787 Seventh Avenue, New York, NY, 10019, barbra.parlin@hklaw.com | Electronic |
| 25318 | Honeywell, Thomas Craig, Thomas.Craig2@Honeywell.com | Electronic |
| 25318 | Hunt Energy Solutions, Hunter Hunt, hhunt@huntconsolidated.com | Electronic |
| 25318 | Idaho Power, Adam Richins, ARichins@idahopower.com | Electronic |
| 25318 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA, 19101-7346 | First Class |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 25318 | Internal Revenue Service, Centralized Insolvency Operation, 2970 Market St, Philadelphia, PA, 19104 | First Class |
| 25318 | Internal Revenue Service, Attn Susanne Larson, 31 Hopkins Plz Rm 1150, Baltimore, MD, 21201, SBSE.Insolvency.Balt@irs.gov | Electronic |
| 25318 | Invenergy, David Azari, DAzari@invenergy.com | Electronic |
| 25318 | Invenergy, Derek Price, dprice@invenergy.com | Electronic |
| 25318 | Jupiter Power, David Hernandez, david.hernandez@jupiterpower.io | Electronic |
| 25318 | KCE, Brian Hayes, brian.hayes@keycaptureenergy.com | Electronic |
| 25318 | KCE, Colin Tareila, Colin.Tareila@keycaptureenergy.com | Electronic |
| 25318 | Kell, Alterman & Runstein, L.L.P., Mathew W. Lauritsen, 520 SW Yamhill Street, Suite 600, Portland, OR, 97204, mlauritsen@kelrun.com | Electronic |
| 25318 | Kia Energy, Stream Energy Team, elugo@streamenergy.mx | Electronic |
| 25318 | Kia Energy, Stream Energy Team, acampos@streamenergy.mx | Electronic |
| 25318 | Kia Energy, Stream Energy Team, jalvarez@streamenergy.mx | Electronic |
| 25318 | KMC (project Brandywine Onward Energy), Paul Wasssil, paul.wassil@onwardenergy.com | Electronic |
| 25318 | Kupono Solar, LLC, c/o Ameresco, Inc., Rebecca McIntyre, 111 Speen Street, #410, Framingham, MA, 01701, mchiplock@ameresco.com | Electronic |
| 25318 | Kupono Solar, LLC, c/o Ameresco, Inc., Rebecca McIntyre, 111 Speen Street, #410, Framingham, MA, 01701, rmcintyre@ameresco.com | Electronic |
| 25318 | Latham & Watkins, Andrew Sorkin, 1271 Avenue of the Americas, New York, NY, 10020, andrew.sorkin@lw.com | Electronic |
| 25318 | Latham & Watkins, Blake Denton, 1271 Avenue of the Americas, New York, NY, 10020, blake.denton@lw.com | Electronic |
| 25318 | Latham & Watkins, David Hammerman, 1271 Avenue of the Americas, New York, NY, 10020, david.hammerman@lw.com | Electronic |
| 25318 | Latham & Watkins, Jeffrey Mispagel, 355 South Grand Avenue, Suite 100, Los Angeles, CA, 90071, jeffrey.mispagel@lw.com | Electronic |
| 25318 | Latham & Watkins, Whit Morley, 330 North Wabash Avenue, Suite 2800, Chicago, IL, 60611, whit.morley@lw.com | Electronic |
| 25318 | Leader, Phil, phil@ysolar.com.tw | Electronic |
| 25318 | Leeward, Jason Allen, Jason.Allen@LeewardEnergy.com | Electronic |
| 25318 | Leeward, Theodore Matula, Theodore.Matula@LeewardEnergy.com | Electronic |
| 25318 | Longroad, Michael Alvarez, michael.alvarez@longroadenergy.com | Electronic |
| 25318 | Longroad, Paul Gaynor, paul.gaynor@longroadenergy.com | Electronic |
| 25318 | Maurice Wutscher LLP, Alan C. Hochheiser, 23611 Chagrin Blvd. Suite 207, Beachwood, OH, 44122, ahochheiser@mauricewutscher.com | Electronic |
| 25318 | Mayer Brown LLP, Joaquin M. C de Baca, 1221 Avenue of the Americas, New York, NY, 10020-1001, jcdebaca@mayerbrown.com | Electronic |
| 25318 | Mayer Brown LLP, Richard A. Stieglitz, 1221 Avenue of the Americas, New York, NY, 10020-1001, rstieglitz@mayerbrown.com | Electronic |
| 25318 | Mayer Brown LLP, Youmi Kim, 1221 Avenue of the Americas, New York, NY, 10020-1001, ykim@mayerbrown.com | Electronic |
| 25318 | MHPS, Michael Leonard, michael.leonard@amer.mhps.com | Electronic |
| 25318 | New Jersey Attorney General Office, Division of Law, Richard J. Hughes Justice Complex, 25 Market St,PO Box 112, Trenton, NJ, 08625-0112 | First Class |
| 25318 | New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy Unit, 3 John Fitch Way, 5th Fl, PO Box 245, Trenton, NJ, 08695-0245, NJTax.BNCnoticeonly@treas.nj.gov | Electronic |
| 25318 | Nidec, Damien Iwanski, damien.iwanski@nidec-asi.com | Electronic |
| 25318 | Ofce of the US Trustee for District of New Jersey, Jeffery M. Sponder, One Newark Center, Suite 2100, Newark, NJ, 07102, jeffrey.m.sponder@usdoj.gov | Electronic |
| 25318 | Ofce of the US Trustee for District of New Jersey, Lauren Bielskie, One Newark Center, Suite 2100, Newark, NJ, 07102, Lauren.Bielskie@usdoj.gov | Electronic |
| 25318 | OPALCO, Foster Hildreth, fhildreth@opalco.com | Electronic |
| 25318 | Orange & Rockland, Christina Deleveaux, DELEVEAUXC@coned.com | Electronic |
| 25318 | Orange & Rockland, David A. Brooks, BROOKSDA@coned.com | Electronic |
| 25318 | Ormat, Elad Zalkin, ezalkin@ormat.com | Electronic |
| 25318 | Orrick, Herrington & Sutcliffe LLP, Jenna MacDonald Busche, 51 West 52nd Street, New York, NY, 10019-6142, jmacdonaldbusche@orrick.com | Electronic |
| 25318 | Orrick, Herrington & Sutcliffe LLP, Jenna MacDonald Busche, 51 West 52nd Street, New York, NY, 10019-6142, jmacdonaldbusche@orrick.com | Electronic |
| 25318 | Orrick, Herrington & Sutcliffe LLP, Lorraine McGowen, 51 West 52nd Street, New York, NY, 10019-6142, lmcgowen@orrick.com | Electronic |
| 25318 | Orrick, Herrington & Sutcliffe LLP, Lorraine McGowen, 51 West 52nd Street, New York, NY, 10019-6142, lmcgowen@orrick.com | Electronic |
| 25318 | Orrick, Herrington & Sutcliffe LLP, Michael Trentin, 51 West 52nd Street, New York, NY, 10019-6142, mtrentin@orrick.com | Electronic |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 25318 | Orrick, Herrington & Sutcliffe LLP, Michael Trentin, 51 West 52nd Street, New York, NY, 10019-6142, mtrentin@orrick.com | **Electronic** |
| 25318 | Pashman Stein Walder & Hayden, P.C., David E. Sklar, 21 Main Street, Suite 200, Hackensack, NJ, 07601, dsklar@pashmanstein.com | **Electronic** |
| 25318 | Pashman Stein Walder & Hayden, P.C., John W. Weiss, 21 Main Street, Suite 200, Hackensack, NJ, 07601, jweiss@pashmanstein.com | **Electronic** |
| 25318 | Pashman Stein Walder & Hayden, P.C., Leah M. Eisenberg, 21 Main Street, Suite 200, Hackensack, NJ, 07601, leisenberg@pashmanstein.com | **Electronic** |
| 25318 | Pillsbury Winthrop Shaw Pittman LLP, John A. Pintarelli, 31 W. 52nd Street, New York, NY, 10019, john.pintarelli@pillsburylaw.com | **Electronic** |
| 25318 | Pillsbury Winthrop Shaw Pittman LLP, Patrick E. Fitzmaurice, 31 W. 52nd Street, New York, NY, 10019, patrick.fitzmaurice@pillsburylaw.com | **Electronic** |
| 25318 | PNM, PNM Team, Christian.Reeves@txnmenergy.com | **Electronic** |
| 25318 | PNM, PNM Team, Christopher.Pecoraro@txnmenergy.com | **Electronic** |
| 25318 | PNM, PNM Team, christopher.pecoraro@pnmresources.com | **Electronic** |
| 25318 | PNM, PNM Team, Sean.LEcluse@txnmenergy.com | **Electronic** |
| 25318 | PNM, PNM Team, Doreilly@mstlaw.com | **Electronic** |
| 25318 | PNM, PNM Team, Christopher.Atencio@txnmenergy.com | **Electronic** |
| 25318 | Porter Hedges LLP, Eric M. English, 1000 Main St., 36th Floor, Houston, TX, 77002, eenglish@porterhedges.com | **Electronic** |
| 25318 | Porter Hedges LLP, James A. Keefe, 1000 Main St., 36th Floor, Houston, TX, 77002, jkeefe@porterhedges.com | **Electronic** |
| 25318 | Portland General Electric, Kevin Whitener, kevin.whitener@pgn.com | **Electronic** |
| 25318 | Powerflex, Bryan Towe, bryan.towe@powerflex.com | **Electronic** |
| 25318 | PowerSecure, Eric Dupont, edupont@powersecure.com | **Electronic** |
| 25318 | Powin, LLC, 20550 SW 115th Avenue, Tualatin, OR, 97062 | **First Class** |
| 25318 | Prevalon (Mitsubishi Power), Michael McManus, Michael.McManus@prevalonenergy.com | **Electronic** |
| 25318 | Prevalon (Mitsubishi Power), Tom Cornell, thomas.cornell@prevalonenergy.com | **Electronic** |
| 25318 | Pulse Clean Energy, Trevor Wills, trevor.wills@pulsecleanenergy.com | **Electronic** |
| 25318 | Pure Power Solutions, Rody Jonas, rody@purepowersolutions.com | **Electronic** |
| 25318 | PureSky, PureSky Team, Muhammed.Johar@pureskyenergy.com | **Electronic** |
| 25318 | PureSky, PureSky Team, taylor.dunn@pureskyenergy.com | **Electronic** |
| 25318 | R.H. Shipping & Chartering S De RL De CV, Rudolf Hess, Av. Paseo De La Reforma No. 222 Piso 15, Col. Juarez Cuauhtemoc, Ciudad De Mexico, CX06600, Mexico, cobranza@rh-shipping.com | **Electronic** |
| 25318 | R.H. Shipping & Chartering S De RL De CV, Rudolf Hess, Av. Paseo De La Reforma No. 222 Piso 15, Col. Juarez Cuauhtemoc, Ciudad De Mexico, CX06600, Mexico, rudolf@rh-shipping.com | **Electronic** |
| 25318 | Rabinowitz, Lubetkin & Tully, LLC, Jeffrey A. Cooper, 293 Eisenhower Parkway, Suite 100, Livingston, NJ, 07039, jcooper@rltlawfirm.com | **Electronic** |
| 25318 | Reed Smith LLP, Andy Buck, 599 Lexington Avenue, 22nd Floor, New York, NY, 10022, ABuck@reedsmith.com | **Electronic** |
| 25318 | Reed Smith LLP, David A. Pisciotta, 599 Lexington Avenue, 22nd Floor, New York, NY, 10022, dpisciotta@reedsmith.com | **Electronic** |
| 25318 | Reed Smith LLP, Nicholas B. Vislocky, 599 Lexington Avenue, 22nd Floor, New York, NY, 10022, NVislocky@reedsmith.com | **Electronic** |
| 25318 | Reed Smith LLP, Richard C. Solow, 599 Lexington Avenue, 22nd Floor, New York, NY, 10022, rsolow@reedsmith.com | **Electronic** |
| 25318 | Riker Danzig LLP, Gregory S. Toma, 7 Giralda Farms, Suite 250, Madison, NJ, 07940-1051, gtoma@riker.com | **Electronic** |
| 25318 | Riker Danzig LLP, Joseph L. Schwartz, 7 Giralda Farms, Suite 250, Madison, NJ, 07940-1051, jschwartz@riker.com | **Electronic** |
| 25318 | Rubicon Professional Services, LLC, 3370 Chastain Gardens Drive, Suite 220, Kennesaw, GA, 30144, accounting@rubiconps.com | **Electronic** |
| 25318 | Rubicon Professional Services, LLC, 3370 Chastain Gardens Drive, Suite 220, Kennesaw, GA, 30144, bpirrone@rubiconps.com | **Electronic** |
| 25318 | Rubicon Professional Services, LLC, 3370 Chastain Gardens Drive, Suite 220, Kennesaw, GA, 30144, moriordan@rubiconps.com | **Electronic** |
| 25318 | Rubicon Professional Services, LLC, 3370 Chastain Gardens Drive, Suite 220, Kennesaw, GA, 30144, hgessler@rubiconps.com | **Electronic** |
| 25318 | Saul Ewing LLP, Lucian B. Murley, 1201 N. Market Street, Suite 2300, Wilmington, DE, 19801, luke.murley@saul.com | **Electronic** |
| 25318 | Saul Ewing LLP, Turner N. Falk, 1500 Market Street, 38th Floor, Philadelphia, PA, 19102, turner.falk@saul.com | **Electronic** |
| 25318 | Schenck, Price, Smith & King, LLP, Franklin Barbosa, Jr., 220 Park Avenue, P.O. Box 991, Florham Park, NJ, 07932-0991, fb@spsk.com | **Electronic** |
| 25318 | Securities & Exchange Commission, Secretary of the Treasury, 100 F St NE, Washington, DC, 20549, SECBankruptcy-OGC-ADO@SEC.GOV | **Electronic** |
| 25318 | Securities & Exchange Commission, Secretary of the Treasury, 100 F St NE, Washington, DC, 20549, secbankruptcy@sec.gov | **Electronic** |
| 25318 | Securities & Exchange Commission, PA Regional Office, Regional Director; One Penn Center, 1617 JFK Boulevard Ste 520, | **Electronic** |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| | Philadelphia, PA, 19103, philadelphia@sec.gov | |
| 25318 | Securities & Exchange Commission, NY Regional Office, Regional Director, 100 Pearl St., Suite 20-100, New York, NY, 10004-2616, nyrobankruptcy@sec.gov | Electronic |
| 25318 | Securities & Exchange Commission, NY Regional Office, Regional Director, 100 Pearl St., Suite 20-100, New York, NY, 10004-2616, bankruptcynoticeschr@sec.gov | Electronic |
| 25318 | Sherman, Silverstein, Kohl, Rose & Podolsky, P.A., Arthur J. Abramowitz, 308 Harper Drive, Suite 200, Moorestown, NJ, 08057, aabramowitz@shermansilverstein.com | Electronic |
| 25318 | Sherman, Silverstein, Kohl, Rose & Podolsky, P.A., Ross J. Switkes, 308 Harper Drive, Suite 200, Moorestown, NJ, 08057, rswitkes@shermansilverstein.com | Electronic |
| 25318 | Sol Systems, Richard Romero, richard.romero@solsystems.com | Electronic |
| 25318 | Sol Systems, Yuri Horwitz, yuri.horwitz@solsystems.com | Electronic |
| 25318 | Solvida, Stephen Smith, stephen@solvidaenergy.com | Electronic |
| 25318 | Southern Company, Alison, apbrown@southernco.com | Electronic |
| 25318 | Southern Company, Jay McFarland, JDMcFarl@southernco.com | Electronic |
| 25318 | Southern Company, John, jdkilcoy@southernco.com | Electronic |
| 25318 | Stem, Ilya Kramarevsky, Ilya.Kramarevsky@stem.com | Electronic |
| 25318 | Strata, Bob Schaffeld, bob.schaffeld@stratacleanenergy.com | Electronic |
| 25318 | Sungrid, Jake Wang, jake.wang@sungridsolutions.com | Electronic |
| 25318 | Togut, Segal & Segal LLP, Albert Togut, One Penn Plaza, Suite 3335, New York, NY, 10119, altogut@teamtogut.com | Electronic |
| 25318 | Togut, Segal & Segal LLP, Amanda C. Glaubach, One Penn Plaza, Suite 3335, New York, NY, 10119, aglaubach@teamtogut.com | Electronic |
| 25318 | Togut, Segal & Segal LLP, Eitan Blander, One Penn Plaza, Suite 3335, New York, NY, 10119, eblander@teamtogut.com | Electronic |
| 25318 | Togut, Segal & Segal LLP, Frank A. Oswald, 550 Broad Street, Suite 1508, Newark, NJ, 07102, frankoswald@teamtogut.com | Electronic |
| 25318 | TPE Energy, Pedro Huang, pedro.huang@tpeenergy.com.tw | Electronic |
| 25318 | UB Greensfelder LLP, Stuart A. Laven, Jr., 1660 West 2nd Street, Suite 1100, Cleveland, OH, 44113-1406, salaven@ubglaw.com | Electronic |
| 25318 | US Attorney for District of New Jersey, Alina Habba, 970 Broad Street, 7th Floor, Newark, NJ, 07102 | First Class |
| 25318 | Verita, Darlene S. Calderon, 222 N Pacific Coast Highway, Suite 300, El Segundo, CA, 90245, Powininfo@veritaglobal.com | Electronic |
| 25318 | Vinson & Elkins LLP, David S. Meyer, 1114 Avenue of the Americas, 32nd Floor, New York, NY, 10036, dmeyer@velaw.com | Electronic |
| 25318 | Vinson & Elkins LLP, Lauren R. Kanzer, 1114 Avenue of the Americas, 32nd Floor, New York, NY, 10036, lkanzer@velaw.com | Electronic |
| 25318 | Vinson & Elkins LLP, Matthew D. Struble, 2001 Ross Avenue, Suite 3900, Dallas, TX, 75201, mstruble@velaw.com | Electronic |
| 25318 | Vinson & Elkins LLP, Steven M. Abramowitz, 1114 Avenue of the Americas, 32nd Floor, New York, NY, 10036, sabramowitz@velaw.com | Electronic |
| 25318 | Vinson & Elkins LLP, William L. Wallander, 2001 Ross Avenue, Suite 3900, Dallas, TX, 75201, bwallander@velaw.com | Electronic |
| 25318 | Webber McGill LLC, Douglas J. McGill, 100 E. Hanover Avenue, Suite 401, Cedar Knolls, NJ, 07927, dmcgill@webbermcgill.com | Electronic |
| 25318 | Weltman, Weinberg & Reis Co. LPA, Scott D. Fink, 5990 West Creek Rd Suite 200, Independence, OH, 44131, bronationalecf@weltman.com | Electronic |
| 25318 | White & Case LLP, Adam Swingle, 1221 Avenue of the Americas, New York, NY, 10020-1095, adam.swingle@whitecase.com | Electronic |
| 25318 | White & Case LLP, Adam Swingle, 111 South Wacker Drive, Suite 5100, Chicago, IL, 60606, adam.swingle@whitecase.com | Electronic |
| 25318 | White & Case LLP, Andrea Amulic, 1221 Avenue of the Americas, New York, NY, 10020-1095, andrea.amulic@whitecase.com | Electronic |
| 25318 | White & Case LLP, Andrew Zatz, 1221 Avenue of the Americas, New York, NY, 10020-1095, azatz@whitecase.com | Electronic |
| 25318 | White & Case LLP, David Ridley, 1221 Avenue of the Americas, New York, NY, 10020-1095, David.Ridley@whitecase.com | Electronic |
| 25318 | White & Case LLP, Emilio Grandio, 1221 Avenue of the Americas, New York, NY, 10020-1095, emilio.grandio@whitecase.com | Electronic |
| 25318 | White & Case LLP, Erin Rosenberg, 111 South Wacker Drive, Suite 5100, Chicago, IL, 60606, erin.rosenberg@whitecase.com | Electronic |
| 25318 | White & Case LLP, Nadav Klugman, 1221 Avenue of the Americas, New York, NY, 10020-1095, nadav.klugman@whitecase.com | Electronic |
| 25318 | White & Case LLP, Shana Vantusko, 1221 Avenue of the Americas, New York, NY, 10020-1095, shana.white@whitecase.com | Electronic |
| 25318 | Wollmuth Maher & Deutsch LLP, James N. Lawlor, 500 Fifth Avenue, New York, NY, 10110, jlawlor@wmd-law.com | Electronic |
| 25318 | Wollmuth Maher & Deutsch LLP, Paul R. DeFilippo, 500 Fifth Avenue, New York, NY, 10110, pdefilippo@wmd-law.com | Electronic |
| 25318 | Womble Bond Dickinson (US) LLP, Kevin J. Mangan, 1313 North Market Street, Suite 1200, Wilmington, DE, 19801, kevin.mangan@wbd-us.com | Electronic |
| 25318 | Womble Bond Dickinson (US) LLP, Lisa Bittle Tancredi, 1313 North Market Street, Suite 1200, Wilmington, DE, 19801, lisa.tancredi@wbd-us.com | Electronic |