**Exhibit A**
(Mane Declaration)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, *et al*., | Case No. 25-16137 (MBK) |
| | (Jointly Administered) |
| Debtors.[1] | |

## DECLARATION OF NITIN MANE

I, NITIN MANE, under penalty of perjury, hereby declare as follows:

1.      I am over the age of eighteen and competent to testify to the matters set forth herein. I am the President and COO of Ultra Corpotech Private Limited ("UCPL"), supplier and creditor of Powin, LLC ("Powin"), the above captioned Debtor. Unless otherwise indicated, all statements contained in this Declaration are based upon my personal knowledge and my review of relevant documents, books, and records kept in the ordinary course of the UCPL's business. If called as a witness, I could and would competently testify to the truth of the matters stated herein.

2.      I submit this declaration (the "Declaration") in support of the *Amended and Supplemental Limited Objection and Reservation of Rights of Ultra Corpotech Private Limited and Ultra Corpotech Inc. to the Debtors' Notice of Potentially Assumed Executory Contracts and Unexpired Leases* (the "Objection").[2]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

[2] All capitalized terms used but not defined herein have the meanings given to such terms in the Objection.

3.    The following is a true and accurate summary of the amounts necessary to cure the default of Powin under the MSA as of the date of this Declaration (collectively, the "Cure Amount"):

| | | UCPL (INDIA) | UCI (USA) |
|---|---|---|---|
| | **Accounts Receivable (Invoiced)** | **$3,215,744.53** | $- |
| **\*WIP FOR ESS** | Finished Goods | $200,000.00 | $- |
| | Semi-Finished Goods | $110,000.00 | $- |
| | Raw Materials | $200,000.00 | $- |
| | Off-the-Shelf Components | $80,000.00 | $- |
| | Consumable Materials | $- | $- |
| | **Inventory (Subtotal A)** | **$590,000.00** | **$-** |
| **ENCLOUSURE** | Enclosure Set Dispatched UCPL to UCI | $- | $300,000.00 |
| | Finished Goods | $120,000.00 | $- |
| | WIP Enclosure Set | $200,000.00 | $- |
| | Raw Materials | $1,040,000.00 | $- |
| | Off-the-Shelf Components | $380,000.00 | $- |
| | Obsolete Off-the-Shelf Components | $70,000.00 | $- |
| | Off-the-Shelf Components Purchase Liability | $20,000.00 | $- |
| | Consumable Materials | $60,000.00 | $- |
| | CAPEX | $- | $120,000.00 |
| | **Value (Subtotal B)** | **$1,890,000.00** | **$420,000.00** |
| | **TOTAL VALUE WIP (A+B)** | **$2,480,000.00** | **$420,000.00** |
| | **Lost Opportunity Cost** | **$2,200,000.00** | **$-** |
| | **Interest Loss due to Delay in Payment** | **$73,000.000** | **$-** |
| | **Inventory Carrying Cost** | **$87,000.000** | **$-** |
| | **TOTAL CURE AMOUNT** | **$8,475,744.530** | **$420,000.000** |

Docusign Envelope ID: F317064543A0AFB4B7D92C2B2B8B6898

Case 25-16137-MBK    Doc 597-1    Filed 08/01/25    Entered 08/01/25 17:02:43    Desc
Exhibit Declaration of Nitin Mane ISO Cure Objection v.1    Page 4 of 4

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: August 1, 2025

DocuSigned by:

Nitin Mane

0850790015F5474...

Nitin Mane, President and COO
Ultra Corpotech Private Limited