| | |
|---|---|
| **DENTONS US LLP** | **TOGUT, SEGAL & SEGAL LLP** |
| Lauren Macksoud (admitted) | Frank A. Oswald (admitted) |
| 101 JFK Parkway | 550 Broad Street |
| Short Hills, NJ 07078 | Suite 1508 |
| Telephone: (973) 912-7100 | Newark, NJ 07102 |
| Facsimile: (973) 912-7199 | Telephone: (212) 594-5000 |
| Email: lauren.macksoud@dentons.com | Facsimile: (212) 967-4258 |
| | Email: frankoswald@teamtogut.com |
| Tania M. Moyron (admitted *pro hac vice*) | |
| Van C. Durrer, II (admitted *pro hac vice*) | Albert Togut (admitted *pro hac vice*) |
| 601 S. Figueroa Street #2500 | Amanda C. Glaubach (admitted *pro hac vice*) |
| Los Angeles, CA 90017 | Eitan Blander (admitted *pro hac vice*) |
| Telephone: (213) 623-9300 | One Penn Plaza, Suite 3335 |
| Facsimile: (213) 623-9924 | New York, New York 10119 |
| Email: tania.moyron@dentons.com | Telephone: (212) 594-5000 |
| van.durrer@dentons.com | Facsimile: (212) 967-4258 |
| | Email: altogut@teamtogut.com |
| John D. Beck (admitted *pro hac vice*) | aglaubach@teamtogut.com |
| Sarah M. Schrag (admitted *pro hac vice*) | eblander@teamtogut.com |
| 1221 Avenue of the Americas | |
| New York, NY 10020-1089 | *Proposed Counsel for Debtors and* |
| Telephone: (212) 768-6700 | *Debtors in Possession* |
| Facsimile: (212) 768-6800 | |
| Email: john.beck@dentons.com | |
| sarah.schrag@dentons.com | |

*Proposed Counsel for Debtors and*
*Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [15241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487] (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

1

**SUPPLEMENTAL DECLARATION OF GERARD UZZI IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO EMPLOY AND RETAIN UZZI & LALL TO PROVIDE THE DEBTORS A CHIEF RESTRUCTURING OFFICER AND CERTAIN ADDITIONAL PERSONNEL, (II) DESIGNATING GERARD UZZI AS CHIEF RESTRUCTURING OFFICER FOR THE DEBTORS EFFECTIVE AS OF THE PETITION DATE, AND (III) GRANTING RELATED RELIEF**

I, Gerard Uzzi, submit this supplemental Declaration (this "Declaration") pursuant to 28 U.S.C. § 1746, and state:

1. I am the Managing Partner and Founder of CBMN Advisors LLC d/b/a Uzzi & Lall ("Uzzi and Lall"), and I am authorized to submit this Declaration on behalf of Uzzi & Lall.

2. I submit this Declaration on behalf of Uzzi & Lall in further support of the *Debtors' Application for Entry of an Order (I) Authorizing the Debtors to Employ and Retain Uzzi & Lall to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel, (II) Designating Gerard Uzzi as Chief Restructuring Officer for the Debtors Effective as of the Petition Date, and (III) Granting Related Relief* [Docket No. 268] (the "Application"),[2] to supplement the my original declaration in support of the Application attached thereto as **Exhibit B** (the "Original Declaration"), and in response to certain informal comments provided by the Office of the United States Trustee with respect to the Application.

3. Except as otherwise noted, I have personal knowledge of the matters set forth herein. If called as a witness, I could, and would, testify competently to the matters set forth herein. Certain of the disclosures herein, however, relate to matters within the personal knowledge of other professionals at Uzzi & Lall and are based on information provided to me by such professionals.

---

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terns in the Application.

2

4. I anticipate that the following professionals will be the primary personnel from Uzzi & Lall who will render services to the Debtors or for the benefit of the estates in conjunction with this matter. These professionals' hourly rates are reflected below.[3]

### Uzzi & Lall Professionals

| Professional | Hourly Rate |
|---|---|
| Gerard Uzzi, Managing Partner | $ 1,500.00 |
| Keshav Lall, Managing Partner | $ 1,500.00 |
| Colin Adams, Partner | $ 1,500.00 |
| Reza Fakih, Managing Director | $ 1,200.00 |
| Jonathan Wang, Senior Director | $ 1,000.00 |
| Chris Ucko, Affiliate Partner | $ 1,000.00 |
| Sylvester Fernandes, Vice President | $ 700.00 |
| Rohit Bajaj, Vice President | $ 700.00 |
| Dominic Intrieri, Associate | $ 500.00 |
| Griffin Dunne, Associate | $ 500.00 |
| Arko Dey, Associate | $ 500.00 |
| Sucharitha Saravanan, Associate | $ 500.00 |
| Stefan Zimmerman, Associate | $ 500.00 |

5. I make the following supplemental disclosure to Schedule 2 to the Original Declaration, discovered after further diligence. Uzzi & Lall acts as trustee of the Fisker IP/Austria Trust, the post-confirmation trust arising from the effectiveness of the plan of reorganization confirmed in the chapter 11 cases captioned at *In re Fisker Inc. et al.*, Case No. 24-11390 (TMH) (Bankr. D. Del.). In this matter, White & Case LLP acts as counsel to Uzzi & Lall in its capacity as trustee, from time to time, which matter is unrelated to the Debtors.

---

[3] The Debtors may require the services of certain other professionals at Uzzi & Lall from time to time. Accordingly, the below-referenced list is non-exclusive.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Executed this 1st day of August 2025, at Sea Bright, New Jersey in Monmouth County.

/s/ *Gerard Uzzi*
Gerard Uzzi