**Exhibit "B"**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

John W. Weiss
Leah M. Eisenberg
David E. Sklar
**PASHMAN STEIN WALDER HAYDEN, P.C.**
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Telephone: (201) 270-5477
Email: jweiss@pashmanstein.com
      leisenberg@pashmanstein.com
      dsklar@pashmanstein.com

-and-

Joaquin M. C de Baca (admitted pro hac ~~pending~~vice)
Richard A. Stieglitz (admitted pro hac ~~pending~~vice)
Youmi Kim (admitted pro hac ~~pending~~vice)
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, ~~NY~~New York 10020-1001
Telephone: (212) 506-2500
Email: jcdebaca@mayerbrown.com
      rstieglitz@mayerbrown.com
      ykim@mayerbrown.com

*Counsel for (1) Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, (2) Longroad ~~Energy Holdings~~Development Company, LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC, and (3) DTE Electric Company*

Chapter 11

Case Number: 25-16137 (MBK)

Jointly Administered

In Re:

POWIN, LLC, *et al.*,[1]

    Debtors.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], ~~and~~ (ix) Powin Energy Operating, LLC [6487], (x) Powin Energy Storage 2, Inc. [9926], (xi) Powin Energy Ontario Storage II LP [5787], and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

**ORDER AUTHORIZING LICENSEES
TO REDACT AND FILE UNDER SEAL CONFIDENTIAL
INFORMATION CONTAINED IN THE ENERGY SUPPLY AGREEMENTS AND
LONG-TERM SERVICES AGREEMENTS IN CONNECTION WITH LICENSEES'
MOTION TO COMPEL**

The relief set forth on the following pages, numbered three (3) through four (4), is

**ORDERED**.

(Page 3)

Debtors:             Powin, LLC *et al.*
Case No.:            25-16137(MBK)
Caption of Order:    Order Authorizing Licensees to Redact and File Under Seal Confidential Information Contained in the Energy Supply Agreements and Long-Term Services Agreements in Connection with Licensees' Motion to Compel

Upon the Motion (the "Motion to Seal")[1] of Leeward Renewable Energy, LLC on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC (collectively, the "Leeward Licensees"), Longroad ~~Energy Holdings~~Development Company, LLC on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC (collectively, the "Longroad Licensees"), and DTE Electric Company ("DTE" and together with the Leeward Licensees and the Longroad Licensees, the "Licensees") for entry of an order (this "Order"): (a) authorizing the Licensees to redact and file under seal certain confidential information contained in the Energy Supply Agreements (the "ESAs") and Long-Term Services Agreements (the "LTSAs") of the Licensees in connection with the *Emergency Motion of Licensees for Entry of an Order (I) Compelling the Debtors to Comply with Section 365(n)(4) of the Bankruptcy Code, (II) Granting Adequate Protection under Section 363(e) of the Bankruptcy Code, and (III) Granting Other Appropriate Relief* (the "Motion to Compel"); (b) directing the portions of the ESAs and LTSAs containing confidential information shall remain under seal and confidential and not be required to be made available to anyone, except to (i) the Court, (ii) the U.S. Trustee, (iii) counsel to the Debtors, and (iv) any other party as may be ordered by the Court or agreed to by the Licensees; and (c) granting related relief, all as more fully set forth in the Motion to Seal; and the Court having jurisdiction to consider the Motion to Seal and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under

---

[1] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion to Seal.

(Page 4)
Debtors: Powin, LLC *et al.*
Case No.: 25-16137(MBK)
Caption of Order: Order Authorizing Licensees to Redact and File Under Seal Confidential Information Contained in the Energy Supply Agreements and Long-Term Services Agreements in Connection with Licensees' Motion to Compel

Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the Motion to Seal in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409;~~;~~ and this Court having found that the Licensees' notice of the Motion to Seal was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion to Seal and ~~having heard the statements in support of~~ noting that there were no objections filed to the relief ~~requested therein at a hearing before this Court (the "Hearing"), and objections, if any~~ sought in the Motion to Seal; and this Court having determined that the legal and factual bases set forth in the Motion to Seal and the Certifications establish just cause for the relief granted herein such that the proposed information the Motion to Seal seeks to restrict from the docket is properly protected under section 107(b) as confidential commercial information; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby:

☐ ORDERED that the request is granted and the unredacted documents shall be filed under seal.

☐ ORDERED that the request is denied and the underlying unredacted document(s) shall be deleted from the court's electronic filing system.

| | |
|---|---|
| **Summary report:**<br>**Litera Compare for Word 11.9.1.1 Document comparison done on 8/1/2025 6:19:02 PM** | |
| **Style name:** Default Style | |
| **Intelligent Table Comparison:** Active | |
| **Original DMS:** iw://cloudimanage.com/IMANAGE/4613157/1 | |
| **Modified DMS:** iw://cloudimanage.com/IMANAGE/4613854/1 | |
| **Changes:** | |
| Add | 13 |
| Delete | 10 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 23 |