**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

John W. Weiss
Leah M. Eisenberg
David E. Sklar
**PASHMAN STEIN WALDER HAYDEN, P.C.**
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Telephone: (201) 270-5477
Email: jweiss@pashmanstein.com
      leisenberg@pashmanstein.com
      dsklar@pashmanstein.com

-and-

Joaquin M. C de Baca (admitted *pro hac vice*)
Richard A. Stieglitz (admitted *pro hac vice*)
Youmi Kim (admitted *pro hac vice*)
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
Email: jcdebaca@mayerbrown.com
      rstieglitz@mayerbrown.com
      ykim@mayerbrown.com

*Counsel for (1) Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, (2) Longroad Development Company, LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC, and (3) DTE Electric Company*

Chapter 11

Case Number: 25-16137 (MBK)

Jointly Administered

In Re:

POWIN, LLC, *et al.*,[1]

      Debtors.

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487], (x) Powin Energy Storage 2, Inc. [9926],

## CERTIFICATION OF SERVICE

I, David E. Sklar of Pashman Stein Walder Hayden, P.C, Counsel to (1) Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, (2) Longroad Development Company, LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC, and (3) DTE Electric Company in the above reference proceeding certifies as follows:

On August 1, 2025, I caused to be served the following to the party listed on Exhibit "A" attached hereto and via electronic mail upon all parties registered to receive ecf notification in the above captioned chapter 11 bankruptcy cases:

- Supplemental Declaration of Dustin Wambeke in Support of Emergency Motion of Licensees for Entry of an Order (I) Compelling the Debtors to Comply with Section 365(N)(4) of the Bankruptcy Code, (II) Granting Adequate Protection Under Section 363(E) of the Bankruptcy Code, and (III) Granting Other Appropriate Relief (D.I 600);

- Declaration of Fred Ihimodu in Supplemental Support of Emergency Motion of Licensees for Entry of an Order (I) Compelling the Debtors to Comply with Section 365(N)(4) of the Bankruptcy Code, (II) Granting Adequate Protection Under Section 363(E) of the Bankruptcy Code, and (III) Granting Other Appropriate Relief (D.I. 601);

- Declaration of Jeremy Law In Supplemental Support of Emergency Motion of Licensees for Entry of an Order (I) Compelling the Debtors to Comply with Section 365(N)(4) of the Bankruptcy Code, (II) Granting Adequate Protection Under Section 363(E) of the Bankruptcy Code, and (III) Granting Other Appropriate Relief (D.I. 602); and

- Licensees' Witness and Exhibit List for the Hearings Scheduled on August 6, 2025 at 10:00 A.M. (ET) (D.I. 604).


Dated:  August 2, 2025                                   /s/ David E. Sklar
                                                                      David E. Sklar

---

(xi) Powin Energy Ontario Storage II LP [5787], and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

**Exhibit A**

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lauren M. Macksoud<br>John D. Beck<br>Sarah M. Schrag<br>Dentons US LLP<br>1221 Avenue of the Americas, 25th Floor<br>New York, NY 10020<br><br>Email: lauren.macksoud@dentons.com<br>        john.beck@dentons.com<br>        sarah.schrag@dentons.com | Debtors' Counsel | ☐ Hand-delivered<br><br>[ ] Regular mail<br><br>☐ Certified mail/RR<br><br>[x] Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Tania M. Moyron<br>Van C. Durrer, II<br>Dentons US LLP<br>601 S. Figueroa Street #2500<br>Los Angeles, CA 90017<br><br>Email: tania.moyron@dentons.com<br>        van.durrer@dentons.com | Debtors' Counsel | ☐ Hand-delivered<br><br>[ ] Regular mail<br><br>☐ Certified mail/RR<br><br>[x] Other: Email<br>(As authorized by the Court or by rule.<br>☐ Cite the rule if applicable.) |
| Frank A. Oswald<br>Togut, Segal & Segal LLP<br>550 Broad Street Suite 1508<br>Newark, NJ 07102<br><br>Email:  frankoswald@teamtogut.com | Debtors' Counsel | ☐ Hand-delivered<br><br>[ ] Regular mail<br><br>☐ Certified mail/RR<br><br>[x] Other: Email<br>(As authorized by the Court or by rule.<br>☐ Cite the rule if applicable.) |
| Albert Togut<br>Amanda C. Glaubach<br>Eitan Blander<br>Togut, Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, NY 10119<br><br>Email:  altogut@teamtogut.com<br>        aglaubach@teamtogut.com<br>        eblander@teamtogut.com | Debtors' Counsel | ☐ Hand-delivered<br><br>[ ] Regular mail<br><br>☐ Certified mail/RR<br><br>[x] Other: Email<br>(As authorized by the Court or by rule.<br>☐ Cite the rule if applicable.) |