# **Exhibit 1**

# Exhibit 1

## Identified Property

**Warehouse**: Tualatin, OR WHSE
**Address**: 20550 SW 115th Ave, Tualatin, OR 97062

| Item | Category | Description |
| --- | --- | --- |
| **M00101-00002-005** | Electronics | IM-6700A-8TX |
| **M00102-00002-001** | Electronics | ARM BASED COMPUTER, UC-2111-LX |

**Warehouse**: Mesa, AZ WHSE
**Address**: 7524 E Warner Rd Mesa, AZ, 85212

| Item | Category | Description |
| --- | --- | --- |
| **M30102-20420-010** | Breakers | Molded Case Circuit Breakers_XT5N 400 TMA 400-4000 3p FF UL |
| **P10900-07000-106** | Busbars | STACK_BUSBAR_750 |
| **M70112-00000-259** | Cables | Grounding and Bonding Braid |
| **M30104-12007-029** | Cables | Amphenol DC Connector socket, Red_SLPHIRCBPSR1 |
| **M30101-00006-002** | Collection Segment Component | TRANSFORMER, 250KVA, 480V/208V, 3P, △/Y 11 |
| **M00104-02000-004** | Collection Segment Component | CL250 Ultra Small Fanless Industrial Edge Gateway |
| **M30102-65501-023** | DC Cabinet Component | SHAFT TYPE S-15X12-400MM-14011540 |
| **M00102-00002-001** | Electronics | ARM BASED COMPUTER, UC-2111-LX |
| **M30107-00005-002** | Electronics | DC High Voltage EV Relay |
| **M00101-00002-005** | Electronics | IM-6700A-8TX |
| **E31703-00003-001** | Electronics | FSS:AS1 -- ES:Hydrogen Sensor 1 |
| **M30106-00008-010** | Electronics | C-2344 Multi range Mini Split-Core |
| **M70112-00000-266** | Electronics | iO HVAC Controls FS-38 Suction Line Freeze Thermostat |
| **E21703-00004-358** | Electronics | ADAM - Modbus I/O module 16ch - 8DO/8DI |
| **E21703-00004-356** | Electronics | RELAY SOCKET, 35mm DIN rail or panel mount |
| **M30112-04008-012** | Electronics | POWER SUPPLY, 240W Single Output Industrial DIN RAIL |
| **E21703-00004-357** | Electronics | ICE CUBE CONTROL RELAY |
| **M30104-12007-023** | Electronics | Connector - ES-FT-BPC-B 35-70 BK |
| **M30104-12007-024** | Electronics | Connector - ES-FT-BPC-B 35-70 OG |
| **M30112-04008-005** | Electronics | Power Supply, Mean Well EDR-120-12 |

| | | |
|---|---|---|
| **E21703-00030-454** | Energy Segment Component | FAN AXIAL 80X80X38MM 24V WIRE |
| **P10900-07001-100** | Energy Segment Component | Pleated Air Filter: 6x16x1 Nominal Filter Size, Std Capacity, Synthetic, Beverage Board |
| **M00108-00004-015** | FSS Integration | Terminal Resistance |
| **E21703-00030-947** | Harnesses | MIO BOX--HVAC1 AC HARNESS2 |
| **E21703-00030-949** | Harnesses | MIO BOX--HVAC2 AC HARNESS2 |
| **M00106-02002-001** | HVAC | HVAC Heat Pump Single Zone LCD-B59196 |
| **P10900-07000-350** | Metal Comp. | HANDLE, 120MM |
| **M30108-01106-019** | Stack Component | FUSE, 160A, 1.5kVDC, SQB1 |
| **SC24-105-1500** | String Controller | String Controller Assembly, 3 Hour Duration |

**Warehouse**: RH (3PL) Inventory
**Address**: Address: Carretera Monterrey – Colombia No. Ext KM 18 Colonia Emiliano Zapata C.P. 65500, Monterrey, Mexico, 65500

| Item | Category | Description |
|---|---|---|
| **E31703-00003-001** | Electronics | FSS:AS1 -- ES:Hydrogen Sensor 1 |