**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

John W. Weiss
Leah M. Eisenberg
David E. Sklar
**PASHMAN STEIN WALDER HAYDEN, P.C.**
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Telephone: (201) 270-5477
Email: jweiss@pashmanstein.com
        leisenberg@pashmanstein.com
        dsklar@pashmanstein.com

-and-

Joaquin M. C de Baca (admitted *pro hac vice*)
Richard A. Stieglitz (admitted *pro hac vice*)
Youmi Kim (admitted *pro hac vice*)
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
Email: jcdebaca@mayerbrown.com
        rstieglitz@mayerbrown.com
        ykim@mayerbrown.com

*Counsel for (1) Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, (2) Longroad Development Company, LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC, and (3) DTE Electric Company*

Chapter 11

Case Number: 25-16137 (MBK)

Jointly Administered

In Re:

POWIN, LLC, *et al.*,[1]

        Debtors.

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487], (x) Powin Energy Storage 2, Inc. [9926],

## CERTIFICATION OF SERVICE

I, David E. Sklar of Pashman Stein Walder Hayden, P.C, Counsel to (1) Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, (2) Longroad Development Company, LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC, and (3) DTE Electric Company in the above reference proceeding certifies as follows:

On August 4, 2025, I caused to be served the following to the party listed on Exhibit "A" attached hereto and via electronic mail upon all parties registered to receive ecf notification in the above captioned chapter 11 bankruptcy cases:

- DTE Electric Company's Reservation of Rights to Sale (D.I 617);

- Leeward Parties' Objection and Reservation of Rights to Sale (D.I. 626); and

- Longroad Parties' Reservation of Rights to Sale (D.I. 627).


Dated:  August 4, 2025                                             /s/ David E. Sklar
                                                                              David E. Sklar

---

(xi) Powin Energy Ontario Storage II LP [5787], and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

**Exhibit A**

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lauren M. Macksoud<br>John D. Beck<br>Sarah M. Schrag<br>Dentons US LLP<br>1221 Avenue of the Americas, 25th Floor<br>New York, NY 10020<br><br>Email: lauren.macksoud@dentons.com<br>     john.beck@dentons.com<br>     sarah.schrag@dentons.com | Debtors' Counsel | ☐ Hand-delivered<br><br>[ ] Regular mail<br><br>☐ Certified mail/RR<br><br>[x] Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Tania M. Moyron<br>Van C. Durrer, II<br>Dentons US LLP<br>601 S. Figueroa Street #2500<br>Los Angeles, CA 90017<br><br>Email: tania.moyron@dentons.com<br>     van.durrer@dentons.com | Debtors' Counsel | ☐ Hand-delivered<br><br>[ ] Regular mail<br><br>☐ Certified mail/RR<br><br>[x] Other: Email<br>(As authorized by the Court or by rule.<br>☐ Cite the rule if applicable.) |
| Frank A. Oswald<br>Togut, Segal & Segal LLP<br>550 Broad Street Suite 1508<br>Newark, NJ 07102<br><br>Email:  frankoswald@teamtogut.com | Debtors' Counsel | ☐ Hand-delivered<br><br>[ ] Regular mail<br><br>☐ Certified mail/RR<br><br>[x] Other: Email<br>(As authorized by the Court or by rule.<br>☐ Cite the rule if applicable.) |
| Albert Togut<br>Amanda C. Glaubach<br>Eitan Blander<br>Togut, Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, NY 10119<br><br>Email:  altogut@teamtogut.com<br>     aglaubach@teamtogut.com<br>     eblander@teamtogut.com | Debtors' Counsel | ☐ Hand-delivered<br><br>[ ] Regular mail<br><br>☐ Certified mail/RR<br><br>[x] Other: Email<br>(As authorized by the Court or by rule.<br>☐ Cite the rule if applicable.) |