| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>(973) 538-5146 Facsimile<br>Warren J. Martin, Jr., Esq. (wjmartin@pbnlaw.com)<br>Zhenyi Zhou, Esq. (jzhou@pbnlaw.com)<br><br>-and-<br><br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>Mark Franke (*pro hac vice* pending)<br>51 West 52nd Street<br>New York, NY 10019-6142<br>T: +1 212 506 5000<br>E: mfranke@orrick.com<br><br>Nicholas Sabatino (*pro hac vice* pending)<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814<br>T: +1 916 447 9200<br>E: nsabatino@orrick.com<br><br>*Counsel to Formosa Electronic Industries Inc.* | Order Filed on August 5, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>POWIN, LLC, *et al.*,<br><br>Debtors.[1] | Case No.: 25-16137 (MBK)<br><br>Chapter: 11<br><br>(Jointly Administered) |

## ORDER FOR ADMISSION OF *PRO HAC VICE*

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 5, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been brought before the Court on application for an Order For Admission *Pro Hac Vice*; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed. R. Civ. P. 78, D.N.J. L. Civ. R. 101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that <u>Mark Franke, Esq.</u> be permitted to appear *pro hac vice*; provided that pursuant to D.N.J. L. Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may sign and file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders. Unless otherwise permitted by the Court, local counsel must attend all hearings and proceedings before the Court, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

**United States District Court**
**District of New Jersey**
**Martin Luther King, Jr. Federal Building**
**50 Walnut Street**
**Newark, N.J. 07102**
***Attention: Pro Hac Vice Admissions***

and it is further

ORDERED that the applicant shall be bound by the Local Rules of the United States District

8222206

Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey, and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within five (5) days of its date of entry.

8222206