| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1<br><br>Vedder Price P.C.<br>Courtney M. Brown, Esq.<br>1633 Broadway, 31st Floor<br>New York, New York 10019<br>Tel: (212) 407-7700<br>Fax: (212) 407-7799<br>Email: cmbrown@vedderprice.com<br><br>*Counsel to Mitsubishi Electric Power Products, Inc.* |

| | |
|---|---|
| In re:<br><br>POWIN, LLC, *et al.*,<br><br>                    Debtor.[1] | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS ON BEHALF OF MITSUBISHI ELECTRIC POWER PRODUCTS, INC.

**PLEASE TAKE NOTICE** that, pursuant to Sections 342 and 1109(b) of the United States Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules"), Mitsubishi Electric Power Products, Inc. ("MEPP") appears in the above-captioned cases (the "Cases") and request copies of all notices, pleadings and other filings in the Cases including, without limitation, those pursuant to Rules 2002 and 9007, to be served on the following persons at the address, telephone number, facsimile and electronic mail indicated:

**VEDDER PRICE P.C.**
Courtney M. Brown, Esq.
Joshua A. Dunn, Esq.
Michael Schein, Esq.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

-1-

Max DuVal, Esq.
1633 Broadway, 31st Floor
New York, NY 10019
Telephone: (212) 407-7700
Facsimile: (212) 407-7799
cmbrown@vedderprice.com
jdunn@vedderprice.com
mschein@vedderprice.com
mduval@vedderprice.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the captioned Debtors or the Debtors' property.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the Official Service List for notice of all contested matters, adversary proceedings and other proceedings in the Cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended to waive MEPP's: (1) right to have final orders in non-core matters entered only after *de novo* review by a judge of the United States District Court; (2) right to trial by jury in any proceeding so triable in these Cases or any case, controversy, or proceeding related to these Cases; (3) right to have the reference withdrawn by the United States District Court; or (4) other rights, remedies, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled, in law or in equity, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments MEPP expressly reserves.

Dated: August 5, 2025
      New York, New York

Respectfully submitted,

VEDDER PRICE P.C.

By: */s/ Courtney M. Brown*
    Courtney M. Brown, Esq.
    1633 Broadway, 31st Floor,
    New York, New York 10019
    Telephone: (212) 407-7700
    Facsimile: (212) 407-7799
    Email: cmbrown@vedderprice.com

*Counsel to Mitsubishi Electric Power Products, Inc.*