| |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1<br><br>Vedder Price P.C.<br>Courtney M. Brown, Esq.<br>1633 Broadway, 31st Floor<br>New York, New York 10019<br>Tel: (212) 407-7700<br>Fax: (212) 407-7799<br>Email: cmbrown@vedderprice.com<br><br>*Counsel to Mitsubishi Electric Power Products, Inc.* | |
| In re:<br><br>POWIN, LLC, *et al.*,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

## APPLICATION TO APPEAR PRO HAC VICE

Courtney M. Brown (the "Movant"), a member in good standing of the bar of the U.S. District Court of the District of New Jersey, an associate at the firm of Vedder Price P.C., counsel for Mitsubishi Electric Power Products, Inc. ("MEPP"), hereby moves the Court to enter an order permitting Max DuVal, to practice *pro hac vice* before the United States Bankruptcy Court for the District of New Jersey. In support of this Application, the Movant states as follows:

1. I agree to be responsible for the conduct of Mr. DuVal, and to ensure that he complies with the applicable rules.

2. MEPP has requested that Mr. DuVal represent it in this matter. Mr. DuVal is familiar with the facts, issues, and pleadings in this action, and no delay in the discovery, motions, trial or any other proceeding, if any, will be occasioned by his *pro hac vice* admission in this matter.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

1

3. For the reasons set forth in the accompanying Certification of Max DuVal, there is good cause for his *pro hac vice* admission.

4. On Mr. DuVal's behalf, I hereby request that he receive notification via electronic mail of all electronic filings in the above captioned action by delivering such notification to the e-mail address: mduval@vedderprice.com.

5. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 5, 2025
       New York, New York

Respectfully submitted,

VEDDER PRICE P.C.

By: */s/ Courtney M. Brown*
    Courtney M. Brown, Esq.
    1633 Broadway, 31st Floor,
    New York, New York 10019
    Telephone: (212) 407-7700
    Facsimile: (212) 407-7799
    Email: cmbrown@vedderprice.com

*Counsel to Mitsubishi Electric Power Products, Inc.*