| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1<br><br>Vedder Price P.C.<br>Courtney M. Brown, Esq.<br>1633 Broadway, 31st Floor<br>New York, New York 10019<br>Tel: (212) 407-7700<br>Fax: (212) 407-7799<br>Email: cmbrown@vedderprice.com<br><br>*Counsel to Mitsubishi Electric Power Products, Inc.* | |
| In re:<br><br>POWIN, LLC, *et al*,<br><br>             Debtor.[1] | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**CERTIFICATION OF MAX DUVAL
IN SUPPORT OF APPLICATION TO APPEAR PRO HAC VICE**

**MAX DUVAL** hereby certifies to the following:

1. I am an associate in the law firm of Vedder Price P.C., a law firm with offices in New York, New York, Chicago, Illinois, Washington, D.C., Los Angeles, California, San Francisco, California, Dallas, Texas, Miami, Florida, London, England and Singapore. My office is located at 1633 Broadway, 31st Floor, New York, NY 10019. I submit this certification in support of the request for my admission *pro hac vice* in this matter.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

2. I am a member in good standing of the following bars: (1) State of New York – June 27, 2022, (2) U.S. Southern District of New York – July 12, 2022, (3) U.S. Eastern District of New York – July 21, 2022, and (4) State of New Jersey – April 1, 2025.

3. Mitsubishi Electric Power Products, Inc. ("MEPP") has requested that I represent it in this matter.

4. I have agreed to be associated in this matter with my colleague admitted in the State of New Jersey, counsel for MEPP, Courtney M. Brown, Esq., of Vedder Price P.C., located at 1633 Broadway, 31st Floor, New York, New York 10019.

5. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

6. I am very familiar with the factual matters and legal issues related to this litigation. Because of this, I believe that there is good cause for my admission *pro hac vice*, and that my admission would further the interests of convenience and judicial economy and would minimize the expense of litigation.

7. I agree to:

> (a) Pay all required fees to the client security fund of the Bar of New Jersey pursuant to R. 1:28-2, and to the Clerk of the U.S. District Court pursuant Local Civil Rule 101.1(c)(3);
> (b) Abide by the applicable court rules;
> (c) Notify this Court immediately of any matter affecting my standing at the Bar of the State of New York, or of any other court to which I am admitted; and
> (d) Have all pleadings, briefs and other papers filed with the Court signed by an attorney of record authorized to practice law in New Jersey.

8. I hereby request receipt of notification via electronic mail of all electronic filings in the above captioned action by delivering such notification to the e-mail address: mduval@vedderprice.com.

9. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

Dated: August 5, 2025
New York, New York

/s/ *Max DuVal*
Max DuVal, Esq.