| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1<br><br>Vedder Price P.C.<br>Courtney M. Brown, Esq.<br>1633 Broadway, 31st Floor<br>New York, New York 10019<br>Tel: (212) 407-7700<br>Fax: (212) 407-7799<br>Email: cmbrown@vedderprice.com<br><br>*Counsel to Mitsubishi Electric Power Products, Inc.* | |
| In re:<br><br>POWIN, LLC, *et al*,<br><br>            Debtor.[1] | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Courtney M. Brown, hereby certify that the *Application for an Order for Admission Pro Hac Vice of Max DuVal* was filed and served on August 5, 2025 via CM/ECF on all parties registered to receive notice in this case.

Dated: August 5, 2025             Respectfully submitted,
      New York, New York

                                                            VEDDER PRICE P.C.

                                                            By: */s/ Courtney M. Brown*
                                                                Courtney M. Brown, Esq.
                                                                1633 Broadway, 31st Floor
                                                                New York, New York 10019

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

Tel: (212) 407-7700
Fax: (212) 407-7799
Email: cmbrown@vedderprice.com

*Counsel to Mitsubishi Electric Power Products, Inc.*