---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Benesch, Friedlander, Coplan & Aronoff LLP
Kevin M. Capuzzi (NJ No. 173442015)
John C. Gentile
Noelle B. Torrice (NJ No. 79132013)
411 Hackensack Ave., 3rd Floor
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
kcapuzzi@beneschlaw.com
jgentile@beneschlaw.com
ntorrice@beneschlaw.com

Counsel to Mainfreight, Inc.

In Re:

Powin, LLC, et al.

Case No.: 25-16137 (MBK)

Adv. Pro. No.: _____

Chapter: 11

Subchapter V:  ☐ Yes  ☒ No

Hearing Date: August 6, 2025 at 11:30 a.m.

Judge: Michael B. Kaplan

## ADJOURNMENT REQUEST

1. I, _____Kevin M. Capuzzi_____,

   ☒ am the attorney for: _____Mainfreight, Inc._____,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Mainfreight Inc.'s Motion to Confirm that the Automatic Stay Pursuant to 11 U.S.C § 362(A) Does Not Apply to Certain Goods In Its Possession [D.I. 180]

   Current hearing date and time: August 6, 2025 at 11:30 a.m.

   New date requested: September 3, 2025 at 11:30 a.m.

   Reason for adjournment request: The parties have agreed to adjourn the hearing on Mainfreight's Motion to the following omnibus hearing date.

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

   _____
   _____

I certify under penalty of perjury that the foregoing is true.

Date: 08/04/2025

/s/ Kevin M. Capuzzi
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted      New hearing date: 9/3/2025 at 11:30 am      ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____      ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2