**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
sarah.schrag@dentons.com

*Counsel for Debtors and
Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  altogut@teamtogut.com
eblander@teamtogut.com

*Counsel for Debtors and
Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
TO BE HEARD ON AUGUST 6, 2025 AT 10:00 A.M. (ET)**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487].  The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR  97062.

| | |
|---|---|
| **Date and Time**: | **August 6, 2025, at 10:00 A.M. (Prevailing Eastern Time)** |
| **Location of Hearing**: | United States Bankruptcy Court |
| | District of New Jersey |
| | 402 East State Street |
| | Trenton, NJ 08608 |
| | Courtroom #8 |

**PLEASE TAKE NOTICE** that the matters below are currently scheduled to be heard on August 6, 2025, at 10:00 a.m. (prevailing Eastern Time), before the Honorable Judge Michael B. Kaplan. The Hearing will be conducted **as a hybrid hearing, either in person or via Zoom for Government**. Parties wishing to present argument **must** be present in the Courtroom. Counsel who do not intend to argue but who wish to observe; or Counsel who do not intend to argue but wish to have speaking capabilities, if necessary, to preserve their rights; or Counsel with unavoidable conflicts or extenuating circumstances, may request to appear remotely by sending an email to Chambers (chambers_of_mbk@njb.uscourts.gov) indicating the name of the person appearing, their e-mail address, their affiliation, and whom they represent/interest in this case. If the request is approved, the participant will receive appropriate credentials and further instruction.

**PLEASE TAKE FURTHER NOTICE** that Telephonic information for observational purposes can be found the page on the Court's website devoted to the Powin, LLC case: https://njb-admin.jdc.ao.dcn/powin.

The matters set for hearing are divided into the following categories for the purposes of this Agenda:

> I.   **UNCONTESTED MATTERS**
> II.  **CONTESTED MATTERS**
> III. **SALE HEARING**
> IV.  **ADJOURNED MATTERS**

I.   **UNCONTESTED MATTERS**:

1. *Motion to Reject (I) Lease of Non-Residential Real Property Located at 1414 NW Northrup Street Effective as of June 30, 2025 and (II) Abandonment of Personal Property to the Landlord* [ECF No. 214]. **("Northrup Lease Motion").**

    Response Deadline:  July 30, 2025 at 4:00 P.M.

    Responses/Replies Received:  None.

    Related Documents:

    a. *Certificate of Mailing* [ECF No. 278].

    b. *Certificate of No Objection* [ECF No. 623].

    Status:  This matter is going forward.

2. **(Final Hearing)** *Motion of the Debtors for Entry of an Interim and Final Order (I) Granting Authority to Pay Certain Prepetition Taxes; and (II) Granting Related Relief* [ECF No. 99]. **("Tax Motion").**

    Response Deadline: July 8, 2025, at 4:00 P.M.

    Responses/Replies Received: None.

    Related Documents:

    a. *Notice of Hearing of Motion of the Debtors for Entry of an Interim and Final Order (I) Granting Authority to Pay Certain Prepetition Taxes; and (II) Granting Related Relief* [ECF No. 100].

    b. *Certificate of Mailing* [ECF No. 144].

    c. *Notice of Adjournment of July 8, 2025 Hearing with Respect to Final Orders on Certain First Day Motions ("Second Day Hearing")* [ECF No. 175].

    d. *Certificate of Mailing* [ECF No. 252].

    e. *Notice of Adjournment/Rescheduling by the Court* [ECF No. 253].

    f. *Interim Order Granting Motion of the Debtors for Entry of an Order (I) Granting Authority to Pay Certain Prepetition Taxes; and (II) Granting Related Relief.* [ECF No. 398].

    Status: This matter is going forward on a final basis, a CNO will be filed in advance of the hearing.

3. **(Final Hearing)** *Motion of the Debtors for Entry of an Order (I) Approving Debtors Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief.* [ECF No. 112]. (**"Utilities Motion"**).

    Response Deadline: July 30, 2025

    Responses/Replies Received: None

    Related Documents:

    a. *Notice of Hearing* [ECF No. 113].

    b. *Certificate of Mailing* [ECF No. 144].

    c. *Certificate of No Objection* [ECF No. 387].

3

    d. *Interim Order Granting Motion of the Debtors for Entry of an Order (I) Approving Debtors Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief* [ECF No. 399].

    Status:  This matter is going forward on a final basis, a CNO will be filed in advance of the hearing.

4. *Motion to Approve Compromise or Settlement under Rule 9019* [ECF No. 355]. (**"Idaho Power 9019 Motion"**)

    Response Deadline:  July 30, 2025

    Responses/Replies Received: None.

    Related Documents:

    a. *Motion to Seal re: Confidential Information Contained in Settlement Agreement* [ECF No. 356].

    b. *Certificate of Mailing* [ECF No. 501].

    Status:  This matter is going forward, a CNO will be filed in advance of the hearing.

5. *Motion of Debtors for Entry of Order (I) Approving Key Employee Retention Plan and Key Employee Incentive Plan and (II) Granting Related Relief* [ECF No. 493]. (**"KEIP/KERP Motion"**).

    Response Deadline:  August 1, 2025 at 4:00 PM, and August 4, 2025 for the US Trustee Only.

    Responses/Replies Received:

    Related Documents:

    a. *Application to Shorten Time* [ECF No. 494].

    b. *Order Granting Application to Shorten Time* [ECF No. 497].

    c. *Notice of Hearing* [ECF No. 578].

    d. *Debtors Witness and Exhibit List on Debtors Motion for Approval of Key Employee Retention Plan and Key Employee Incentive Plan Exhibit* [ECF No. 603].

    Status:  This matter is going forward.  There have been no objections filed; and the U.S. Trustee will provide a Statement of No Objection on the record at the Hearing.

**II.     CONTESTED MATTERS:**

6.  *Omnibus Motion of the Debtors for Entry of an Order (I) Authorizing the Rejection of Legacy Customer Contracts and (II) Granting Related Relief* [ECF No. 88]. **("Rejection Motion")**

    <u>Response Deadline</u>:  July 8, 2025, at 4:00 P.M.

    <u>Responses/Replies Received</u>:

    a.  *Response by Kyriaki Christodoulou on behalf of Arevon Energy, Inc* [ECF No. 281].

    b.  *Limited Objection of Yuma Solar Energy LLC to Debtors Omnibus Motion for Entry of Order (i) Authorizing the Rejection of Legacy Customer Contracts And (ii) Granting Related Relief and Final Orders Authorizing Use of Cash Collateral and Approving Terms of Post-Petition Financing* [ECF No. 287].

    c.  *Limited Objection to Motion to Reject filed by Mitsubishi Power Americas, Inc., Prevalon Energy LLC* [ECF No. 288].

    d.  *Response on behalf of Apex Clean Energy Holdings, LLC* [ECF No. 291].

    e.  *Joinder of Honeywell International Inc* [ECF No. 292].

    f.  *Limited Objection to Omnibus Motion of the Debtors for Entry of an Order (I) Authorizing the Rejection of Legacy Customer Contracts and (II) Granting Related Relief on behalf of KCE NY 3, LLC, KCE TX 2, LLC, KCE TX 7, LLC, KCE TX 8, LLC, Key Capture Energy, LLC* [ECF No. 293].

    g.  *Limited Objection to and Reservation of Rights Regarding Omnibus Motion of the Debtors for Entry of an Order (I) Authorizing the Rejection of Legacy Customer Contracts and (II) Granting Related Relief* [ECF No. 295].

    h.  *Limited Objection and Reservation of Rights of Ad Hoc Customer* [ECF No. 296].

    i.  *Limited Objection to and Reservation of Rights on behalf of EsVolta, L.P.* [ECF No. 300].

    j.  *Objection of Licensees to Omnibus Motion of the Debtors for Entry of an Order (I) Authorizing the Rejection of Legacy Customer Contracts and (II) Granting Related Relief on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, Longroad Development Company, LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC* [Docket No. 323].

    k.  *Declaration of Dustin Wambeke in Support of Objection of Licensees to Omnibus Motion of the Debtors for Entry of an Order (I) Authorizing the Rejection of Legacy Customer Contracts and (II) Granting Related Relief* [ECF No. 324].

l. *Declaration of Fred Ihimodu in Support of Objection of Licensees to Omnibus Motion of the Debtors for Entry of an Order (I) Authorizing the Rejection of Legacy Customer Contracts and (II) Granting Related Relief* [ECF No. 325].

m. *Declaration of Ryan Fonbuena in Support of Objection of Licensees to Omnibus Motion of the Debtors for Entry of an Order (I) Authorizing the Rejection of Legacy Customer Contracts and (II) Granting Related Relief* [ECF No. 326].

n. *Objection filed on behalf of CS Energy, LLC* [ECF No. 354].

o. *Debtors' Omnibus (I) Objection to (A) Emergency Motion of Licensees for Entry of an Order (1) Compelling the Debtors to Comply with Section 365(n)(4) of the Bankruptcy Code, (2) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code and (B) Related Joinders and (II) Reply In Support of Omnibus Motion of the Debtors for Entry of an Order (A) Authorizing the Rejection of Legacy Customer Contracts and (B) Granting Related Relief* [ECF No. 357].

p. *Response on behalf of Spark Power Renewables USA Inc.* [ECF No. 368].

q. *Joinder of Invenergy Services LLC, Invenergy Storage Development LLC, El Sol Energy Storage LLC, and El Sol Storage Energy LLC* [ECF No. 374].

r. Response on behalf of DTE Electric Company, Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, Longroad Development Company, LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC. [ECF No. 382].

Related Documents:

a. *Certificate of Mailing filed by Kurtzman Carson Consultants, LLC dba Verita Global* [ECF No. 111].

b. *Motion to Seal re: EDF Power Solutions, Inc's Limited Objection* [ECF No. 298].

c. *Application to Shorten Time on behalf of Ad Hoc Customer Group* [ECF No. 299].

d. *Motion to Seal re: EsVolta, LP'S Limited Objection to and Reservation of Rights* [ECF No. 301].

e. *Supplemental Certificate of Mailing* [ECF No. 320].

f. *Certificate of Service* [ECF No.329].

g. *Debtors' Witness and Exhibit List for Hearing* [ECF No. 606].

Status:  This matter is going forward.

7. *Emergency Motion of Licensees for Entry of an Order (I) Compelling the Debtors to Comply with Section 365(N)(4) of the Bankruptcy Code, (II) Granting Adequate Protection Under Section 363(E) of the Bankruptcy Code, and (III) Granting Other Appropriate Relief Filed by Leah Eisenberg on behalf of DTE Electric Company, Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, Longroad Energy Partners, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC* [ECF No. 117]. **("Licensees Motion")**

    Response Deadline:  July 8, 2025 at 4:00 PM

    Responses/Replies Received:

    a. *Debtors' Objection to Application for Order Shortening Time for Notice of (A) Emergency Motion of Licensees for Entry of an Order (I) Compelling the Debtors to Comply with Section 365(n)(4) of the Bankruptcy Code, Granting Adequate Protection Under Section 363(e) of of the Bankruptcy Code, and (B) Motion for Entry of an Order Authorizing Licensees to Redact and File Under Seal Confidential Information Contained in the Energy Supply Agreements and Long Term Services Agreements In Connection with Licensees' Motion to Compel* [ECF No. 128].

    b. *Joinder of Esvolta, LP to Emergency Motion of Licensees for Entry of an Order (I) Compelling the Debtors to Comply with Section 365(n)(4) of the Bankruptcy Code, (II) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code, and (III) Granting Other Appropriate Relief* [ECF No. 273].

    c. *Joinder of EDF Power Solutions, Inc. to Emergency Motion of Licensees for Entry of an Order (I) Compelling the Debtors to Comply with Section 365(n)(4) of the Bankruptcy Code, (II) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code, and (III) Granting Other Appropriate Relief* [ECF No. 274].

    d. *Joinder and Reservation of Rights of CS Energy, LLC Regarding the Emergency Motion of Licensees for Entry of an Order (I) Compelling the Debtors to Comply with Section 365(n)(4) of the Bankruptcy Code, (II) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code, and (III) Granting Other Appropriate Relief on Behalf of CS Energy, LLC* [ECF No. 353].

    e. *Debtors' Omnibus (I) Objection to (A) Emergency Motion of Licensees for Entry of an Order (1) Compelling the Debtors to Comply with Section 365(n)(4) of the Bankruptcy Code, (2) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code and (B) Related Joinders and (II) Reply In Support of Omnibus Motion of the Debtors for Entry of an Order (A) Authorizing the Rejection of Legacy Customer Contracts and (B) Granting Related Relief* [ ECF No. 357].

    f. *Response on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, Longroad Development Company, LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC* [ECF No. 382].

    g. *Response on behalf of EPC Services Company* [ECF No. 573].

    Related Documents:

    a. *Motion to Seal* [ECF No. 118].

    b. *Application to Shorten Time* [ECF No. 119].

    c. *Notice of Hearing to Compel* [ECF No. 182]

    d. *Notice of Hearing* to Seal [ECF No. 183]

    e. *Certificate of Service* [ECF No. 213].

    f. *Determination of Adjournment* [ECF No. 373].

    g. *Supplemental Declaration of Dustin Wambeke in Support of Emergency Motion* [ECF No. 600].

    h. *Declaration of Fred Ihimodu in Supplemental Support of Emergency Motion* [ECF No. 601].

    i. *Declaration of Jeremy Law in Supplemental Support of Emergency Motion* [ECF No. 602].

    j. *Licensees' Witness and Exhibit List* [ECF No. 604].

    k. *Certificate of Service* [ECF No. 607].

    Status:   This matter is going forward.

8. *Motion for Adequate Protection Filed on behalf of Ad Hoc Customer Group* [ECF No. 297]. **("Ad Hoc Group Motion")**

    Response Deadline:  July 15, 2025

    Responses/Replies Received:

    a. *Supplemental Joinder of Honeywell International Inc.* [ECF No. 347].

    Related Documents:

    a. *Application to Shorten Time* [ECF No. 299].

    b. *Order Granting Application to Shorten Time* [ECF No. 306].

    c. *Motion for Entry of an Order Authorizing Ad Hoc Customer Group to Redact and File Under Seal Confidential Information Contained in Exhibits in Connection with*

8

       *Ad Hoc Customer Group's Declarations and Witness and Exhibit List* [ECF No. 339].

    d.  *Application to Shorten* [ECF No. 340].

    e.  *Declaration of Ann Walter in Support of Emergency Motion of Ad Hoc Customer Group* [ECF No. 343].

    f.  *Order Granting Application to Shorten Time* [ECF No. 344].

    g.  *Declaration of Tyler Hansen in Support of Emergency Motion of Ad Hoc Customer Group for Entry of an Order (I) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code and (II) Granting Related Relief* [ECF No. 346].

    h.  *Declaration of Tim Reaves in Support of Emergency Motion of Ad Hoc Customer Group for Entry of an Order (I) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code and (II) Granting Related Relief* [ECF No. 348].

    i.  *[REDACTED] Witness and Exhibit List* [ECF No. 351].

    j.  *Certificate of Service* [ECF No. 352].

    k.  *Determination of Adjournment* [ECF No. 388].

Status: This matter is going forward.

### III. **SALE HEARING:**

9. *Order (I) Designating a Stalking Horse Bidder and Approving Stalking Horse Bidder Protections (II) Approving Bidding Procedures By Which Interested Parties May Bid and an Auction Sale Format In Connection With The Sale of Substantially all of The Debtors Assets, (III) Approving Form of Asset Purchase Agreement, (IV) Approving Form of Notice To Be Provided To Interested Parties, (V) Authorizing The Assumption and Assignment of Assumed Contracts and Notice Procedures Thereto, (VI) Scheduling a Court Hearing To Consider Approval of The Sale To The Highest and Best Bidder, and (VII) Authorizing The Sale of Debtors Property Free and Clear of All Causes of Action and Claims* [ECF No. 413] ("**Sale Hearing**").

Response Deadline: August 4, 2025 at 4:00 P.M.

Responses/Replies Received:

    a.  *DTE Electric Company's Reservation of Rights to Sale* [ECF No. 617].

    b.  *Limited Objection to Debtors' Notice of Proposed Orders Approving Sales filed by Ace Engineering* [ECF No. 618].

    c.  *Objection to Notice of Proposed Orders Approving Sales* [ECF No. 619].

9

 d. *Limited Objection and Reservation of Rights of Ad Hoc Customer Group to Debtors' Proposed Sale* [ECF No. 620].

 e. *Reservation of Rights of Specified Technologies Inc.* [ECF No. 622].

 f. *Objection to Sale of Assets filed on behalf of THI Inc.* [ECF No. 624].

 g. *Leeward Parties' Objection and Reservation of Rights to Sale* [ECF. No. 626].

 h. *Longroad Parties' Reservation of Rights to Sale* [ECF No. 627].

 i. *Reservation of Rights of CS Energy LLC* [ECF No. 630].

Status: These matters are going forward.

Lien Notices:

 a. *Trivergix Group's Limited Objection and Reservation of Rights to the Notice of Deadline to Assert Liens in Connection with Bidding Procedures and Upcoming Sale and Auction* [ECF No. 474].

 b. *EsVolta, L.P.'s Notice of Lien and Reservation of Rights* [ECF No. 488].

 c. *Mainfreight's Notice of Lien.* [ECF No. 489].

 d. *Notice of Liens by KKR Credit Advisors (US) LLC and Affiliates* [ECF No. 491].

 e. *8Loop Trans, Inc. and 8Loop Logistics, LLC's Limited Objection and Reservation of Rights to the Notice of Deadline to Assert Liens in Connection with Bidding Procedures and Upcoming Sale and Auction* [ECF No. 518].

Status: These matters are going forward.

Cure Objections:

 a. *Mainfreight's Limited Cure Objection and Reservation of Rights to the Notice of Potentially Assumed Executory Contracts and Unexpired Lease* [ECF No. 490].

 b. *Objection of ORR Protection Systems, Inc. to the Proposed Cure Payment and Debtors' Notice of Potentially Assumed Executory Contracts and Unexpired Leases* [ECF No. 521].

 c. *Lu Pacific Properties, LLC's Notice of Non-Waiver and Reservation of Rights in Response to Debtor's Notice of Potentially Assumed Executory Contracts and Unexpired Lease* [ECF No. 523].

 d. *Objection of EPC Services Company to Notice of Potentially Assumed Executory Contracts and Unexpired Leases* [ECF No. 529].

e.  *Spark Power Renewables USA Inc. Objection to Notice of Potentially Assumed Executory Contracts and Unexpired Leases* [ECF No. 535].

f.  *Front Range-Midway Solar Project, LLC's Objection and Reservation of Rights to Debtors' Notice of Potentially Assumed Executory Contracts and Unexpired Leases* [ECF No. 538].

g.  *Objection and Reservation of Rights* [ECF No. 539].

h.  *Limited Objection and Reservation of Rights of Hitachi Energy Ltd to (I) Assumption and Assignment of the MSA and (II) the Sale Transaction* [ECF No. 544].

i.  *Limited Cure Objection and Reservation of Rights of GreEnergy Resources, LLC Regarding Notice of Potentially Assumed Executory Contracts and Unexpired Leases* [ECF No. 545].

j.  *Limited Objection and Reservation of Rights to Notice of Potentially Assumed Executory Contracts and Unexpired Leases* [ECF No. 546].

k.  *Limited Objection and Reservation of Rights of CIMC to Notice of Potentially Assumed Executory Contracts and Unexpired Leases* [ECF No. 548].

l.  *Limited Objection of Key Capture Energy, LLC, KCE NY 3, LLC, KCE TX 2, LLC, KCE TX 7, LLC, and KCE TX Z, LLC to the Notice of Potentially Assumed Executory Contracts and Unexpired Leases* [ECF No. 550].

m.  *Objection of Clean Energy Services CES, LLC to the Notice of Potentially Assumed Executory Contracts and Unexpired Leases* [ECF No. 551].

n.  *Leeward's Limited Objection to and Reservation of Rights Regarding Notice of Potentially Assumed Executory Contracts and Unexpired Leases* [ECF No. 552].

o.  *Strata Parties' Limited Objection to and Reservation of Rights Regarding Notice of Potentially Assumed Executory Contracts and Unexpired Leases* [ECF No. 553].

p.  *Limited Objection and Reservation of Rights of Formosa Electronic Industries, Inc. to Debtors' Notice of Potential Assumption and Assignment and Proposed Cure Costs* [ECF No. 554].

q.  *Ameresco, Inc. and Kupono Solar, LLC's Reservation of Rights and Objection to Notice of Potentially Assumed Executory Contracts and Unexpired Leases and Related Cure Amounts* [ECF No. 555].

r.  *Ormat's Cure Objection and Reservation of Rights to the Notice of Potentially Assumed Executory Contracts and Unexpired Leases* [ECF No. 556].

s.  *Limited Objection and Reservation of Rights of CS Energy, LLC Regarding Notice of Potentially Assumed Executory Contracts and Unexpired Leases* [ECF No. 557].

11

t. *esVolta, LP's Limited Objection to and Reservation of Rights Regarding Notice of Potentially Assumed Executory Contracts and Unexpired Leases* [ECF No. 558].

u. *esVolta, LP's Limited Objection to and Reservation of Rights Regarding Notice of Potentially Assumed Executory Contracts and Unexpired Leases* [ECF No. 559].

v. *Objection of Contemporary Amperex Technology Co., Ltd. to Notice of Potentially Assumed Executory Contracts and Unexpired Leases* [ECF No. 562].

w. *Limited Objection and Reservation of Rights of Arizona Storage Development LLC and MG HR S de R.L. de C.V. to Debtors' Notice of Potentially Assumed Executory Contracts and Unexpired Leases* [ECF No. 564].

x. *EDF Power Solutions, Inc.'s Limited Objection to and Reservation of Rights Regarding Notice of Potentially Assumed Executory Contracts and Unexpired Leases* [ECF No. 565].

y. *Objection and Reservation of Rights of Lone Star Solar, LLC and energyRe Services, LLC to Notice of Potentially Assumed Executory Contracts and Unexpired Leases* [ECF No. 566].

z. *Limited Objection of SMA Solar Technology America LLC and SMA Solar Technology Ag to the Proposed Cured Amount and Reservation of Rights Regarding Notice of Potentially Assumed Executory Contracts and Unexpired Leases* [ECF No. 568].

aa. *Limited Objection and Reservation of Rights of Ultra Corpotech Private Limited and Ultra Corpotech Inc. to the Debtors' Notice of Potentially Assumed Executory Contracts and Unexpired Leases* [ECF No. 570].

Status: These matters are being adjourned.

Related Documents:

a. *Motion of the Debtors for Entry of an Order (I) Designating a Stalking Horse Bidder and Approving Stalking Horse Bidder Protections (II) Approving Bidding Procedures by Which Interested Parties May Bid and an Auction Sale Format in Connection with the Sale of Substantially all of the Debtors Assets, (III) Approving Form of Asset Purchase Agreement, (IV) Approving Form of Notice to be Provided To Interested Parties, (V) Authorizing the Assumption and Assignment of Assumed Contracts and Notice Procedures thereto, (VI) Scheduling a Court Hearing to Consider Approval of the Sale to the Highest and Best Bidder, and (VII) Authorizing the Sale of Debtors Property Free and Clear of All Causes of Action and Claims* [ECF No. 228].

b. *Declaration of Mitchener Turnipseed in Support of the Debtors Motion* [ECF No. 229].

c. *Application to Shorten Time* [ECF No. 238].

    d. *Order Granting Application to Shorten Time* [ECF No. 247].

    e. *Notice of Amended Filing Date for Stalking Horse APA, Filing of Amended Order Approving Bidding Procedures Order and Amended Bidding Procedures* [ECF No. 257].

    f. *Notice of Filing of Stalking Horse APA, Amended Order Approving Bidding Procedures Order, and Amended Bidding Procedures* [ECF No. 271].

    g. *Certificate of Mailing* [ECF No. 312].

    h. *Notice of Deadline to Assert Liens in Connection with Bidding Procedures and Upcoming Sale and Auction* [ECF No. 318].

    i. *Limited Objection filed on behalf of Mainfreight Inc.* [ECF No. 342].

    j. *Limited Objection and Reservation of Rights on behalf of Ad Hoc Customer Group* [ECF No. 350].

    k. *Notice of Filing Amended Order Approving Bidding Procedures and Amended Bidding Procedures* [ECF No. 364].

    l. *Objection to the Motion filed on behalf of U.S. Trustee* [ECF No. 369].

    m. *Certificate of Service* [ECF No. 582].

    n. *Certificate of Service* [ECF No. 584].

    o. *Notice of Winning Bidders on behalf of Powin, LLC.* [ECF No. 591].

    p. *Certificate of Mailing* [ECF No. 593].

    q. *Notice of Proposed Orders Approving Sales* [ECF No. 608].

Status:  This matter is going forward.

## IV. ADJOURNED MATTERS:

10. *Motion for an Order Confirming Automatic Stay is Not in Effect Filed on behalf of Mainfreight Inc*. [ECF No. 180] ("**Mainfreight Motion**").

Response Deadline:  July 8, 2025 at 4:00 PM

Responses/Replies Received:

    a. *Limited Objection on behalf of Ace Engineering* [ECF No. 282].

    b. *Objection of BHER Ravenswood Solar 1, LLC* [ECF No. 286].

13

c. *Objection to Mainfreight Inc.'s Motion on behalf of Powin, LLC*. [ECF No. 294].

d. *Response on behalf of Mainfreight Inc.* [ECF No. 341].

e. *Joinder of the Official Committee of Unsecured Creditors of Powin LLC, et al. to the Debtors' Objection to Mainfreight Inc.'s Motion* [ECF No. 379].

f. *Brief in Opposition to Motion for Determination that Stay does not Apply to Effort to Collect Prepetition Debt of the Debtors Scheduled Hearing on August 6, 2025 filed by Creditor Mainfreight Inc.* [ECF No. 621].

Related Documents:

a. *Application to Shorten Time* [ECF No. 181].

a. *Order Granting Application to Shorten Time* [ECF No. 205].

b. *Notice of Hearing on Mainfreight, Inc's Motion* [ECF No. 212].

c. *Mainfreight Inc's Witness and Exhibit List* [ECF No. 328].

d. *Amended Witness and Exhibit List* [ECF No. 349].

Status:  This matter has been adjourned to September 3, 2025.

***[Concluded on the following page].***

Dated: August 5, 2025               **TOGUT, SEGAL & SEGAL LLP**

*/s/ Frank A. Oswald*
Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  altogut@teamtogut.com
           eblander@teamtogut.com

- and -

**DENTONS US LLP**
Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
           van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
           sarah.schrag@dentons.com

*Counsel for Debtors and
Debtors in Possession*

15