# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re:<br><br>POWIN, LLC, *et al.*,<br><br>Debtors | Chapter 11<br><br>Case No. 25-16137 (MBK) |

**APPLICATION FOR *PRO HAC VICE* ADMISSION OF CHRISTOPHER L. PERKINS**

Control Concepts Corporation d/b/a c3controls ("**c3controls**") creditor and party-in-interest, by counsel, through its counsel, respectfully submits this application for the *pro hac vice* admission of Christopher L. Perkins, Esq., and represents as follows:

1. On June 9, 2025 and June 10, 2025, the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, commencing the above captioned Chapter 11 cases in the United States Bankruptcy Court for the District of New Jersey.

2. Christopher L. Perkins, Esq., an attorney at the firm of Eckert Seamans Cherin & Mellott, LLC, has advised Creditor, c3controls in relation to its rights as to a Master Supply Agreement dated April 1, 2023 relating to this bankruptcy proceeding.

3. As set forth in the Certification of Nicholas M. Gaunce, Esq., annexed as **Exhibit A**, Mr. Perkins is a member in good standing of the bar of the Commonwealth of Virginia. Mr. Perkins is not under suspension or disbarment by any court.

4. If admitted *pro hac vice*, Mr. Perkins has represented that he will adhere to the disciplinary jurisdiction of this Court.

**WHEREFORE**, it is respectfully requested that the Court granted c3controls' Application, pursuant to D.N.J. 9010-1 and L.Civ.R. 101.1(c), to admit counsel *pro hac vice* in the above-captioned matters.

Respectfully submitted,

Dated: August 5, 2025

/s/ Nicholas M. Gaunce
Eckert Seamans Cherin & Mellott, LLC
Nicholas M. Gaunce (Attorney ID No.: 01203-2007)
2000 Lenox Drive, Suite 203, Lawrenceville, NJ 08648
P.O. Box 5404, Princeton, NJ 08543
*Tel*: (609) 392-2100 | *Fax*: (609) 392-7956
E-mail:  ngaunce@eckertseamans.com

Christopher L. Perkins (*pro hac vice*)
Eckert Seamans Cherin & Mellott, LLC
919 East Main Street, Suite 1300
Richmond, VA 23219
*Tel*: (804) 788-9636 *Fax*: (804) 698-2950
Email: cperkins@eckertseamans.com
*Counsel for Control Concepts Corporation d/b/a c3controls*

## CERTIFICATE OF SERVICE

I, Nicholas M. Gaunce, do hereby certify that on the 5th day of August 2025, I caused a copy of the foregoing to be served upon the parties using the Court's CM/ECF System which reflects that an electronic notification of filing was served on all registered users of the CM/ECF System that have requested such notification in this proceeding, and to all required notice parties under the Notice.

/s/ Nicholas M. Gaunce
Nicholas M. Gaunce

Dated: August 5, 2025