# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| POWIN, LLC, *et al.*, | Case No. 25-16137 (MBK) |
| Debtors | |

## CERTIFICATION OF CHRISTOPHER L. PERKINS

CHRISTOPHER L. PERKINS, of full age, hereby certifies as follows:

1.     I am an attorney with the firm of Eckert Seamans Cherin & Mellott, LLC, counsel for record Creditor, Control Concepts Corporation d/b/a c3controls ("c3controls"), in the above matter. My primary office location is 919 E. Main St., Suite 1300, Richmond, VA 23219. I make this certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

2.     I am member of the Commonwealth of Virginia admitted to practice in 1997. I am also admitted to practice before the United States Bankruptcy Courts of the Eastern and Western District of Virginia and the United States Court of Appeals for the Fourth Circuit.

3.     I am a member in good standing of the bar of the Commonwealth of Virginia.

4.     No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5.     I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

      6.      I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

      7.      I hereby designate the following member of the bar of this Court with whom the Court and opposing counsel may communicate regarding these cases: Nicholas M. Gaunce.

      8.      For the foregoing reasons, I respectfully request the application for my *pro hac vice* admission be granted.

I certify penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: August 5, 2025                By:    <u>Christopher L. Perkins</u>
                                                                           Christopher L. Perkins