**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey 07039
(973) 597-9100
Jeffrey A. Cooper
*Counsel for Honeywell International Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>POWIN, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**JOINDER OF HONEYWELL INTERNATIONAL INC. TO AD HOC CUSTOMER GROUP'S (I) LIMITED OBJECTION AND RESERVATION OF RIGHTS TO DEBTORS' PROPOSED SALE; AND (II) LIMITED OBJECTION AND RESERVATION OF RIGHTS OF THE AD HOC CUSTOMER GROUP TO OMNIBUS MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER (I) AUTHORIZING THE REJECTION OF THE LEGACY CUSTOMER CONTRACTS; AND (II) GRANTING RELATED RELIEF**

Honeywell International Inc. ("Honeywell"), by and through its undersigned counsel, hereby files this joinder (the "Joinder") to the *Limited Objection and Reservation of Rights of Ad Hoc Customer Group to Debtor's Proposed Sale* [Docket No. 620] and Limited Objection and Reservation of Rights of the Ad Hoc Customer Group to Omnibus Motion of the Debtors For Entry of An Order (I) Authorizing the Rejection of the Legacy Customer

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

Contracts; and (II) Granting Related Relief [Docket No. 296] (together, the "<u>Limited Objection and Reservation of Rights</u>").[2]

By filing this Joinder, Honeywell specifically adopts and incorporates by reference, to the extent applicable, the Limited Objection and Reservation of Rights set forth in each document.

Honeywell hereby reserves all of its rights, claims, defenses and remedies, including under any license of intellectual property, including embodiments, with the Debtors or agreement supplementary thereto and any rights under §§ 365(n) and 363(e) of the Bankruptcy Code and pursuant to applicable law.

Respectfully submitted,

**RABINOWITZ, LUBETKIN & TULLY, LLC**
*Counsel for Honeywell International Inc.*

By:    */s/ Jeffrey A. Cooper*
      JEFFREY A. COOPER

Dated: August 5, 2025

Respectfully submitted,

**ADAMS & REESE, LLP**
*Counsel for Honeywell International Inc.*
*(Pro Hac Vice)*

By:    */s/ Scott Cheatham*
      SCOTT CHEATHAM

Dated: August 5, 2025

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Emergency Motion.