<div style="display: flex;">

**DENTONS US LLP**

Lauren Macksoud (admitted)
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912-7100
Facsimile: (973) 912-7199
Email: lauren.macksoud@dentons.com

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
     van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
     sarah.schrag@dentons.com

*Proposed Counsel for Debtors and Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Amanda C. Glaubach (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: altogut@teamtogut.com
     aglaubach@teamtogut.com
     eblander@teamtogut.com

*Proposed Counsel for Debtors and Debtors in Possession*

</div>

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br>    Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487] (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

US_ACTIVE\130920102

**NOTICE OF REVISED ORDER APPROVING SALE OF SHARES IN EKS HOLDCO, LLC AND FILING OF RELEASE AND SALE AGREEMENT**

**PLEASE TAKE NOTICE** that, on July 17, 2025, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Order (I) Designating a Stalking Horse Bidder and Approving Stalking Horse Bidder Protections, (II) Approving Bidding Procedures by Which Interested Parties May Bid and an Auction Sale Format in Connection With the Sale of Substantially All of the Debtors' Assets, (III) Approving Form of Asset Purchase Agreement, (IV) Approving Form of Notice to be Provided to Interested Parties, (V) Authorizing the Assumption and Assignment of Assumed Contracts and Notice Procedures Thereto, (VI) Scheduling a Court Hearing to Consider Approval of the Sale to the Highest and Best Bidder, and (VII) Authorizing the Sale of the Debtors' Property Free and Clear of All Causes of Action and Claims* [Docket No. 413] (the "Bidding Procedures Order") in the chapter 11 cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors").  The bidding procedures (the "Bidding Procedures") were attached to the Bidding Procedures Order as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that, on August 2, 2025, the Debtors filed a *Notice of Proposed Orders Approving Sales* [Docket No. 608], which attached, among others things, a proposed *Order (I) Authorizing the Debtors to Enter Into and Perform Under the EKS Agreements, and (II) Granting Related Relief*.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bidding Procedures, the Debtors hereby file:

- **Exhibit A** - Revised *Order (I) Authorizing the Debtors to Enter Into and Perform Under the EKS Agreements, and (II) Granting Related Relief.*

- **Exhibit B** – Redline of Changes - *Order (I) Authorizing the Debtors to Enter Into and Perform Under the EKS Agreements, and (II) Granting Related Relief.*

- **Exhibit C -** The proposed form of EKS Sale and Release Agreement.

| | |
|---|---|
| Dated: August 5, 2025 | **DENTONS US LLP** |
| | */s/ Lauren Macksoud* |
| | Lauren Macksoud (admitted) |
| | 101 JFK Parkway |
| | Short Hills, NJ 07078 |
| | Telephone: (973) 912-7100 |
| | Facsimile: (973) 912-7199 |
| | Email: lauren.macksoud@dentons.com |
| | |
| | Tania M. Moyron (admitted pro hac vice) |
| | Van C. Durrer, II (admitted pro hac vice) |
| | 601 S. Figueroa Street #2500 |
| | Los Angeles, CA 90017 |
| | Telephone: (213) 623-9300 |
| | Facsimile: (213) 623-9924 |
| | Email: tania.moyron@dentons.com |
| | van.durrer@dentons.com |
| | |
| | John D. Beck (pro hac vice pending) |
| | 1221 Avenue of the Americas |
| | New York, NY 10020-1089 |
| | Telephone: (212) 768-6700 |
| | Facsimile: (212) 768-6800 |
| | Email: john.beck@dentons.com |
| | |
| | - and – |
| | |
| | **TOGUT, SEGAL & SEGAL LLP** |
| | Frank A. Oswald (admitted) |
| | 550 Broad Street, Suite 1508 |
| | Newark, NJ 07102 |
| | Telephone: (212) 594-5000 |
| | Facsimile: (212) 967-4258 |
| | Email: frankoswald@teamtogut.com |
| | |
| | Albert Togut (admitted pro hac vice) |
| | Amanda C. Glaubach (admitted pro hac vice) |
| | Eitan Blander (admitted pro hac vice) |
| | One Penn Plaza, Suite 3335 |
| | New York, New York 10119 |
| | Telephone: (212) 594-5000 |
| | Facsimile: (212) 967-4258 |
| | Email: altogut@teamtogut.com |
| | aglaubach@teamtogut.com |
| | eblander@teamtogut.com |
| | |
| | *Proposed Counsel for Debtors and Debtors-in-Possession* |