|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FARELLA BRAUN + MARTEL LLP**<br>Gary M. Kaplan, Esq. (*pro hac vice* pending)<br>One Bush Street, Suite 900<br>San Francisco, California 94104<br>Telephone: (415) 954-4940<br>Facsimile: (415) 954-4480<br>gkaplan@fbm.com<br><br>-and-<br><br>**RIKER DANZIG LLP**<br>Joseph L. Schwartz, Esq.<br>Gregory S. Toma, Esq.<br>7 Giralda Farms, Suite 250<br>Madison, New Jersey 07940-1051<br>Telephone: (973) 538-0800<br>Facsimile: (973) 538-1984<br>jschwartz@riker.com<br>gtoma@riker.com<br><br>*Co-Counsel to Front Range–Midway Solar Project, LLC* |

| In re:<br><br>Powin, LLC, *et al.*,<br><br>  Debtors. | Chapter 11<br><br>Case No.: 25-16137 (MBK) |
|---|---|

### CERTIFICATION OF SERVICE

1. I, Joseph L. Schwartz:

   ☒ represent Front Range-Midway Solar Project, LLC.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in the above case and am representing myself.

2. On <u>July 28, 2025</u>, my office caused a copy of the following pleadings and/or documents to be served on all parties registered to receive ECF notification in these chapter 11 cases:

    (i) Front Range-Midway Solar Project, LLC's Objection and Reservation of Rights to Debtors' Notice of Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 538].

3. I hereby certify under penalty of perjury that the above documents were sent using the modes of service indicated.

Dated: August 5, 2025                                       /s/ *Joseph L. Schwartz*
                                                                                     Joseph L. Schwartz

4921-2424-2011, v. 1