UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**WELTMAN, WEINBERG & REIS CO., LPA**
**By: Cameron Deane, Esq. (Atty.**
**I.D.# 36334-2021)**
**520 Walnut Street, Suite 1355**
**Philadelphia, PA 19106**
**267-940-1643**
**WWR# 041836359**
Attorneys for Movant: Toyota Industries
Commercial Finance, Inc.

Order Filed on August 6, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN re:

Powin, LLC
          Debtor

Case No.: 25-16137-MBK

Chapter: 11

Judge: Michael B. Kaplan

### CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, number two (2) through three (2) is hereby

**ORDERED**

**DATED: August 6, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor: Powin, LLC
Case No: 25-16137-MBK
Caption of Order: Consent Order Resolving Motion for Relief from the Automatic Stay

Upon the Motion for Relief from Stay filed by Toyota Industries Commercial Finance, Inc., its successors or assignees, and by agreement of the parties, the Motion for Relief from Stay shall be resolved as follows:

1. Secured Creditor, Toyota Industries Commercial Finance, Inc., is currently in possession of the collateral identified as a Toyota THDA25/35 Forklift bearing serial no.: THDA25/35-101190 ("Collateral").

2. Toyota Industries Commercial Finance, Inc. is hereby granted Relief from the Automatic Stay in order to permit Toyota Industries Commercial Finance, Inc. to dispose of the collateral pursuant to the Contract between the parties.

3. Toyota Industries Commercial Finance, Inc. shall be permitted to modify the previously filed secured claim (Proof of Claim No.: 18 filed 6/25/25) to reflect any deficiency balance that may accrue following disposition of the Collateral within 90 days from the date of entry of this Consent Order.

By signing, below, I/we consent to the form and entry of this Order.


/s/ Cameron Deane_____          /s/ Frank A. Oswald_____
Cameron Deane, Esquire              Frank A. Oswald, Esquire
Attorney for Creditor,              Attorney for Debtor,
Toyota Industries Commercial Finance, Inc.    Powin, LLC