# Exhibit C

**(Redline of Changed Pages – FlexGen Asset Purchase Agreement)**

**Schedule 2.1(a)**

**PURCHASED INVENTORY**

| Included Warehouses & 3PLs | Classification | Liabilities associated with ~~Cure Cost~~Purchased Inventory ($'000s) | Lien(s) |
|---|---|---|---|
| Hub @ 202 Ownco (Mesa), Incl Fixed Assets | Powin Warehouse | $ 62 | Keyframe and FlexGen loans |
| Lu Pacific Properties, LLC (Tualatin), Incl Fixed Assets | Powin Warehouse | $ 47 | Keyframe and FlexGen loans |
| RH | 3PL | $ 2,998 | Keyframe and FlexGen loans |
| 8 Loop | 3PL | $ 385 | Keyframe and FlexGen loans |
| Trivergix | 3PL | $ 216 | Keyframe and FlexGen loans |
| OneSource | 3PL | $ 80 | Keyframe and FlexGen loans |
| Welldex | 3PL | $ 469 | Keyframe and FlexGen loans |
| SourceOne | 3PL | $ 46 | Keyframe and FlexGen loans |
| ATS | 3PL | $ 3 | Keyframe and FlexGen loans |
| American Lamprecht | 3PL | Nominal if any | Keyframe and FlexGen loans |
| Prolift | 3PL | $ 26 | Keyframe and FlexGen loans |
| Expeditors | 3PL | $ 2 | Keyframe and FlexGen loans |

To the extent that there is more than one of any of the items specified below at the relevant location, all such items are included as Purchased Inventory.

**Tualatin, OR WHSE Inventory**

| Item | Category |
|---|---|