**Order Filed on August 7, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

Powin, LLC, *et al.*,[1]

　　　　　　　Debtors.

Chapter 11

Case No. 25-16137 (MBK) (Jointly Administered)

## ORDER AUTHORIZING THE DEBTORS TO
## REDACT AND FILE UNDER SEAL CONFIDENTIAL
## INFORMATION CONTAINED IN SETTLEMENT AGREEMENT

The relief set forth on the following pages, numbered three (3) through five (5), is **ORDERED.**

**DATED: August 7, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(page 2)

Debtors:      Powin, LLC, et al.
Case No.      25-16137 (MBK)
Caption of Order: Order Authorizing the Debtors to Redact and File Under Seal Confidential
Information Contained in Settlement Agreement

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**DENTONS US LLP**

Lauren Macksoud (admitted)
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912-7100
Facsimile: (973) 912-7199
Email: lauren.macksoud@dentons.com

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
        van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
        sarah.schrag@dentons.com

*Proposed Counsel for Debtors and*
*Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Amanda C. Glaubach (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  altogut@teamtogut.com
        aglaubach@teamtogut.com
        eblander@teamtogut.com

*Proposed Counsel for Debtors and*
*Debtors in Possession*

(page 3)
Debtors:        Powin, LLC, et al.
Case No.        25-16137 (MBK)
Caption of Order: Order Authorizing the Debtors to Redact and File Under Seal Confidential
Information Contained in Settlement Agreement

Upon the *Debtors' Application for Entry of an Order Authorizing the Debtors to Redact*

*and File Under Seal Confidential Information Contained in Settlement Agreement* (the "Motion to

Seal")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for

entry of an order (this "Order"):  (a) authorizing the Debtors to redact and file under seal the

Settlement Agreement; (b) directing that portions of the Settlement Agreement containing

Confidential Information shall remain under seal and confidential and not be required to be made

available to anyone, except to (i) the Court, (ii) the U.S. Trustee, (iii) the parties to the Settlement

Agreement, (iv) on a confidential, professionals' eyes only basis, the professionals retained by the

Committee, and (v) any other party as may be ordered by the Court or agreed to by the parties to

the Settlement Agreement, according to its terms; and (c) granting related relief, all as more fully

set forth in the Motion to Seal; and upon the First Day Declaration, the Uzzi Declaration, and the

Uzzi Sealing Declaration; and the Court having jurisdiction to consider the Motion to Seal and the

relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of

Reference from the United States District Court for the District of New Jersey dated as of

September 18, 2012, as amended on June 6, 2025; and the Debtors having asserted that venue of

this proceeding and the Motion to Seal in this district is proper pursuant to 28 U.S.C. §§ 1408 and

1409; and this Court having found that sufficient cause exists for the relief set forth herein; and

this Court having found that the Debtors' notice of the Motion to Seal was appropriate under the

circumstances and no other notice need be provided; and this Court having reviewed the Motion

---

[1]    Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion to Seal.

(page 4)
Debtors:       Powin, LLC, et al.
Case No.      25-16137 (MBK)
Caption of Order: Order Authorizing the Debtors to Redact and File Under Seal Confidential
Information Contained in Settlement Agreement

to Seal and having heard the statements in support of the relief requested therein at a hearing before

this Court; and this Court having determined that the legal and factual bases set forth in the Motion

to Seal establish just cause for the relief granted herein; and this Court having considered the

request and any objection thereto, it is **HEREBY ORDERED THAT**:

1.       The Motion to Seal is **GRANTED** as set forth herein.

2.       The Court finds that the Confidential Information is "commercial information" as

set forth in section 107(b)(1) of the Bankruptcy Code.

3.       Pursuant to section 107(b) of the Bankruptcy Code, the Debtors are authorized to

redact the Confidential Information contained in the Settlement Agreement, and the Debtors and

any party authorized to receive the Confidential Information pursuant to this Order is authorized

to redact references to the Confidential Information in any other documents filed with this Court

in the Chapter 11 Cases.

4.       The Debtors are authorized to make the Settlement Agreement in unredacted form

available to (i) the Court, (ii) the U.S. Trustee, (iii) the parties to the Settlement Agreement, (iv) on

a confidential, professionals' eyes only basis, the professionals retained by the Committee, and

(v) any other party as may be ordered by the Court or agreed to by the parties to the Settlement

Agreement, according to its terms (collectively, the "Authorized Parties").

5.       Except as otherwise provided by a further order of this Court, the Confidential

Information shall remain redacted and confidential and not be made available without the prior

written consent of the Debtors and Idaho Power to any party other than the Authorized Parties.

(page 5)
Debtors:        Powin, LLC, et al.
Case No.        25-16137 (MBK)
Caption of Order: Order Authorizing the Debtors to Redact and File Under Seal Confidential
Information Contained in Settlement Agreement

_____

6.      The Debtors are authorized to take all actions necessary to effectuate the relief

granted in this Order in accordance with the Motion to Seal.

7.      The U.S. Trustee's rights to seek additional reasonable information in connection

with the Confidential Information are expressly reserved and preserved.

8.      This Court shall retain jurisdiction to hear and determine all matters arising from

or related to the implementation, interpretation, or enforcement of this Order.