

Order Filed on August 7, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

   Powin, LLC

Case No.:    25-16137-MBK

Chapter:    11

Hearing Date:

Judge:    Kaplan

# ORDER VACATING

ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTORS, POWIN, LLC, ET AL., EFFECTIVE JULY 1, 2025

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 7, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court on its own motion finds that the:

ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTORS, POWIN, LLC, ET AL., EFFECTIVE JULY 1, 2025

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____8/7/25_____, be and the same is hereby vacated.

*revised 2/25/14*