UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

John W. Weiss
Leah M. Eisenberg
David E. Sklar
**PASHMAN STEIN WALDER HAYDEN, P.C.**
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Telephone: (201) 270-5477
Email: jweiss@pashmanstein.com
　　　　leisenberg@pashmanstein.com
　　　　dsklar@pashmanstein.com

-and-

Joaquin M. C de Baca (admitted *pro hac vice*)
Richard A. Stieglitz (admitted *pro hac vice*)
Youmi Kim (admitted *pro hac vice*)
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
Email: jcdebaca@mayerbrown.com
　　　　rstieglitz@mayerbrown.com
　　　　ykim@mayerbrown.com

*Counsel for (1) Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, (2) Longroad Development Company, LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC, and (3) DTE Electric Company*

In Re:

POWIN, LLC, *et al.*,[1]

　　　Debtors.



**Order Filed on August 7, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Chapter 11

Case Number: 25-16137 (MBK)

Jointly Administered

ORDER AUTHORIZING LICENSEES TO REDACT AND FILE UNDER SEAL CONFIDENTIAL INFORMATION CONTAINED IN THE ENERGY SUPPLY AGREEMENTS AND LONG-TERM SERVICES AGREEMENTS IN CONNECTION WITH LICENSEES' MOTION TO COMPEL

**DATED: August 7, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**ORDER AUTHORIZING LICENSEES
TO REDACT AND FILE UNDER SEAL CONFIDENTIAL
INFORMATION CONTAINED IN THE ENERGY SUPPLY AGREEMENTS AND LONG-
TERM SERVICES AGREEMENTS IN CONNECTION WITH LICENSEES' <u>MOTION
TO COMPEL</u>**

The relief set forth on the following pages, numbered three (3) through four (4), is

**ORDERED**.

(Page 3)

| | |
|---|---|
| Debtors: | Powin, LLC *et al.* |
| Case No.: | 25-16137(MBK) |
| Caption of Order: | Order Authorizing Licensees to Redact and File Under Seal Confidential Information Contained in the Energy Supply Agreements and Long-Term Services Agreements in Connection with Licensees' Motion to Compel |

Upon the Motion (the "Motion to Seal")[1] of Leeward Renewable Energy, LLC on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC (collectively, the "Leeward Licensees"), Longroad Development Company, LLC on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC (collectively, the "Longroad Licensees"), and DTE Electric Company ("DTE" and together with the Leeward Licensees and the Longroad Licensees, the "Licensees") for entry of an order (this "Order"): (a) authorizing the Licensees to redact and file under seal certain confidential information contained in the Energy Supply Agreements (the "ESAs") and Long-Term Services Agreements (the "LTSAs") of the Licensees in connection with the *Emergency Motion of Licensees for Entry of an Order (I) Compelling the Debtors to Comply with Section 365(n)(4) of the Bankruptcy Code, (II) Granting Adequate Protection under Section 363(e) of the Bankruptcy Code, and (III) Granting Other Appropriate Relief* (the "Motion to Compel"); (b) directing the portions of the ESAs and LTSAs containing confidential information shall remain under seal and confidential and not be required to be made available to anyone, except to (i) the Court, (ii) the U.S. Trustee, (iii) counsel to the Debtors, and (iv) any other party as may be ordered by the Court or agreed to by the Licensees; and (c) granting related relief, all as more fully set forth in the Motion to Seal; and the Court having jurisdiction to consider the Motion to Seal and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under

---

[1] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion to Seal.

(Page 4)

| | |
|---|---|
| Debtors: | Powin, LLC *et al.* |
| Case No.: | 25-16137(MBK) |
| Caption of Order: | Order Authorizing Licensees to Redact and File Under Seal Confidential Information Contained in the Energy Supply Agreements and Long-Term Services Agreements in Connection with Licensees' Motion to Compel |

Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the Motion to Seal in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Licensees' notice of the Motion to Seal was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion to Seal and noting that there were no objections filed to the relief sought in the Motion to Seal; and this Court having determined that the legal and factual bases set forth in the Motion to Seal and the Certifications establish just cause for the relief granted herein such that the proposed information the Motion to Seal seeks to restrict from the docket is properly protected under section 107(b) as confidential commercial information; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby:

☐ ORDERED that the request is granted and the unredacted documents shall be filed under seal.

☐ ORDERED that the request is denied and the underlying unredacted document(s) shall be deleted from the court's electronic filing system.