|UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

## MONTHLY FEE STATEMENT COVER SHEET FOR THE PERIOD JUNE 27, 2025 THROUGH JULY 31, 2025

| | | | |
|---|---|---|---|
| Debtor: | Powin, LLC, et al. | Applicant: | Genova Burns LLC |
| Case No.: | 25-16137 (MBK) | Client: | Unsecured Creditors Committee |
| Chapter: | 11 | Case Filed: | June 10, 2025 |

### SECTION 1
### FEE SUMMARY

X    Monthly Fee Statement No.  1        or  ☐  Final Fee Application

Summary of Amounts Requested for the Period from June 27, 2025 through July 31, 2025
(the "First Statement Period")

| | |
|---|---|
| Total Fees: | $ 118,295.00 |
| Total Disbursements: | $      485.04 |
| Minus 20% holdback of Fees: | $  23,659.00 |
| Amount Sought at this Time: | $  95,121.04 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  Daniel M. Stolz, Partner | 1980 | 70.30 | 900.00 | $63,270.00 |
| 2.  Daniel M. Stolz, Partner | 1980 | 2.50 | 450.00 | $1,125.00 |
| 3.  Donald W. Clarke, Partner | 2008 | 57.50 | 700.00 | $40,250.00 |
| 4.  Donald W. Clarke, Partner | 2008 | 3.50 | 350.00 | $1,225.00 |
| 5.  Susan S. Long, Counsel | 2007 | 11.80 | 550.00 | $6,490.00 |
| 6.  Jaclynn N. McDonnell | 2018 | 2.70 | 375.00 | $1,012.50 |
| 7.  Jamil AbuRoomi | Law Clerk | 3.00 | 275.00 | $825.00 |
| 8.  Jamil AbuRoomi | Law Clerk | 3.00 | 137.50 | $412.50 |
| 9.  Lorrie Denson | Paralegal | 13.40 | 275.00 | 3,685.00 |

Fee Totals:                    $ 118,295.00
Disbursements Totals:          $      485.04
Total Fee Application          $ 118,780.04

## SECTION II SUMMARY
## OF SERVICES

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) | **Asset Disposition** Sales, leases, abandonment and related transaction work. | | |
| c) | **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | | |
| d) | **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) | **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 127.80 | 97,010.00 |
| f) | **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | .20 | 140.00 |
| g) | **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) | **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 26.40 | 14,732.50 |
| i) | **Fee/Employment Objections** Review of an objections to the employment and fee applications of others. | | |
| j) | **Financing** Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) | **Litigation** Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| l) | **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 4.00 | 3,380.00 |
| m) | **Plan and Disclosure Statement** Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | .30 | 270.00 |

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| n) | **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | | |
| o) | **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) | **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) | **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) | **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) | **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) | **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| u) | **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) | **Valuation**<br>Appraise or review appraisals of assets. | | |
| w) | **Travel Time** | 9.00 | 2,762.50 |
| **SERVICE TOTALS:** | | 167.70 | $118,295.00 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | 28.91 |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | .20 |
| d) | **Fax**<br>Include per page fee charged. | |
| e) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services**<br>Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services**<br>Including scanning services. | |
| h) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting**<br>Transcripts. | |
| j) | **Travel**<br>Mileage, tolls, airfare, parking. | |
| k) | **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| l) | **Postage** | |
| m) | **Other (specify) Professional BMC Group** | 455.93 |
| **DISBURSEMENTS TOTAL:** | | **$485.04** |

I certify under penalty of perjury that the above is true.

Date: August 8, 2025

/s/ *Daniel M. Stolz*
DANIEL M. STOLZ