| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | |
| **GENOVA BURNS LLC** <br> Daniel M. Stolz, Esq. <br> Donald W. Clarke, Esq. <br> Susan A. Long, Esq. <br> Jaclynn N. McDonnell, Esq. <br> dstolz@genovaburns.com <br> dclarke@genovaburns.com <br> slong@genovaburns.com <br> jmcdonnell@genovaburns.com <br> 110 Allen Road, Suite 304 <br> Basking Ridge, NJ 07920 <br> Tel: (973) 533-0777 <br> Fax: (973) 814-4045 <br><br> *Proposed Local Counsel for the Official Committee of Unsecured Creditors* | **BROWN RUDNICK LLP** <br> Robert J. Stark, Esq. <br> Kenneth J. Aulet, Esq. <br> Bennett S. Silverberg, Esq. <br> Jeffrey L. Jonas, Esq. <br> rstark@brownrudnick.com <br> kaulet@brownrudnick.com <br> bsilverberg@brownrudnick.com <br> jjonas@brownrudnick.com <br> Seven Times Square <br> New York, NY 10036 <br> Tel: (212) 209-4800 <br> Fax: (212) 209-4801 <br><br> *Proposed Counsel for the Official Committee of Unsecured Creditors* |
| In re: <br><br> POWIN, LLC, *et al.*,[1] <br><br>                             Debtor. | Chapter 11 <br><br> Case No.: 25-16137 (MBK) <br> (Jointly Administered) <br><br> Honorable Michael B. Kaplan |

### MONTHLY FEE STATEMENT OF GENOVA BURNS LLC, PROPOSED LOCAL COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JUNE 27, 2025 THROUGH JULY 31, 2025

Genova Burns LLC ("Genova") submits this Monthly Fee Statement for Services Rendered and Expenses Incurred as Proposed Local Counsel to the Official Committee of Unsecured Creditors (the "Statement") for the period commencing June 27, 2025 and ending July 31, 2025 (the "Statement Period"), pursuant to the Administrative Fee Order Establishing Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court entered on July 25, 2025 (the "Interim Compensation Order").

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue, Tualatin, OR 97062.

The billing invoices for the Statement Period are annexed hereto as Exhibit "A". These invoices detail the services performed. A detailed breakdown of all out-of-pocket disbursements necessarily incurred by Genova is annexed as Exhibit "B". The fees sought in the within Statement Period is as follows:

| Fees | Less 20% | Fee Payment Requested | Expense Reimbursement (100%) |
|---|---|---|---|
| $118,295.00 | ($23,659.00) | $94,636.00 | $485.04 |

WHEREFORE, Genova respectfully requests interim payment of fees for this Statement Period in the sum $94,636.00, together with expenses of $485.04, for a total requested interim payment of $95,121.04, in accordance with the terms of the Interim Compensation Orders.

                                          **GENOVA BURNS LLC**
                                          **PROPOSED LOCAL COUNSEL FOR THE**
                                          **OFFICIAL COMMITTEE OF UNSECURED**
                                          **CREDITORS**

Dated: August 8, 2025                    By: _/s/ Daniel M. Stolz_
                                                                 **DANIEL M. STOLZ**