# EXHIBIT A

GENOVA BURNS LLC

August 8, 2025
Invoice No.:    537446

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 6/27/25 | DMS | B110 | Intro call with creditors committee and follow up calls with BR. | 1.00 | 900.00 | 900.00 |
| 6/27/25 | SSL | B110 | Search and pull retention application in preparation for same. | .30 | 550.00 | 165.00 |
| 6/27/25 | SSL | B110 | Emails to/from DMS and DWC as to next steps post-retention. | .20 | 550.00 | 110.00 |
| 6/28/25 | DMS | B110 | Emails with BR and GB team regarding first steps. | .40 | 900.00 | 360.00 |
| 6/28/25 | DMS | B110 | Review Uzzi Certification and first day motions. | .80 | 900.00 | 720.00 |
| 6/28/25 | DMS | B110 | Review docket and pleadings. | 2.10 | 900.00 | 1,890.00 |
| 6/28/25 | DMS | B110 | Email with DWC regarding NOA. | .20 | 900.00 | 180.00 |
| 6/28/25 | DMS | B110 | Emails with BR regarding PHV. | .30 | 900.00 | 270.00 |
| 6/28/25 | DMS | B110 | Emails with Dentons Togut. | .20 | 900.00 | 180.00 |
| 6/28/25 | DMS | B110 | Emails with Oswald regarding calendar items. | .20 | 900.00 | 180.00 |
| 6/28/25 | DMS | B110 | Intro call with Debtor's counsel. | 1.00 | 900.00 | 900.00 |
| 6/28/25 | DMS | B110 | Review draft BR PHVs. | .20 | 900.00 | 180.00 |
| 6/28/25 | DMS | B110 | Email with Sponder at US Trustee. | .20 | 900.00 | 180.00 |
| 6/28/25 | DMS | B110 | Review FA books. | 1.00 | 900.00 | 900.00 |
| 6/28/25 | DMS | B110 | Emails with counsel for KKR. | .20 | 900.00 | 180.00 |
| 6/28/25 | DMS | B110 | Emails with Pimpeo keychain counsel. | .20 | 900.00 | 180.00 |
| 6/28/25 | DMS | B110 | Emails regarding sale of KKR debt. | .30 | 900.00 | 270.00 |
| 6/28/25 | DWC | B160 | Emails with cocounsel and prep for retention, NOAs and PHVs | .90 | 700.00 | 630.00 |
| 6/28/25 | DWC | B110 | Call with committee counsel and debtors counsel to get case status | 1.50 | 700.00 | 1,050.00 |

GENOVA BURNS LLC

August 8, 2025
Invoice No.:    537446

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 6/28/25 | LD | B110 | Prepare NOAs for DMS, DWC, SAL and JNM. | 1.00 | 275.00 | 275.00 |
| 6/28/25 | LD | B160 | Prepare PHVs for BR group. | 2.00 | 275.00 | 550.00 |
| 6/28/25 | SSL | B110 | Review emails between DMS, DWC, and BR Team regarding NOAs and PHV motions to be filed. Review of same. | .50 | 550.00 | 275.00 |
| 6/28/25 | SSL | B110 | Review revised NOA from Lorrie Denson in preparation for filing. | .10 | 550.00 | 55.00 |
| 6/29/25 | DMS | B110 | Emails with Aulet and Pompeo regarding pushing deadlines and call. | .30 | 900.00 | 270.00 |
| 6/29/25 | DMS | B110 | Emails with Aulet regarding preparation for 6/30 hearings and other issues. | .40 | 900.00 | 360.00 |
| 6/29/25 | DMS | B110 | Review new pleadings filed by Debtors. | .50 | 900.00 | 450.00 |
| 6/30/25 | DMS | B110 | Email with Court regarding hearing. | .20 | 900.00 | 180.00 |
| 6/30/25 | DMS | B110 | Court Hearing. | .50 | 900.00 | 450.00 |
| 6/30/25 | DMS | B110 | Numerous email with Unsecured Creditors Committee regarding FA and meetings. | .50 | 900.00 | 450.00 |
| 6/30/25 | DMS | B110 | Call with Aulet, Pompeo regarding purchase of KKR debt. | .40 | 900.00 | 360.00 |
| 6/30/25 | DMS | B110 | Review FA pitchbooks and email with BR regarding same. | .80 | 900.00 | 720.00 |
| 6/30/25 | DMS | B110 | Review Mainfreight stay motion. | .30 | 900.00 | 270.00 |
| 6/30/25 | DMS | B110 | Emails with BR and Creditors Committee regarding FA interview issues. | .30 | 900.00 | 270.00 |
| 6/30/25 | DMS | B110 | Many Creditor Committee emails regarding org. etc. | .30 | 900.00 | 270.00 |
| 6/30/25 | DWC | B160 | Coordinate retention or pass-through of noticing and service agents; rvw docket or service needs and master service list; contact BMC and request formal quote for comparison | 1.30 | 700.00 | 910.00 |

**GENOVA BURNS LLC**

August 8, 2025
Invoice No.:    537446

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 6/30/25 | DWC | B110 | Coordinate with debtor counsel to secure conflict list for conflict checks for retention | .40 | 700.00 | 280.00 |
| 6/30/25 | DWC | B110 | Confirm short notice hearing and objection scheduling with KAulet cocounsel re debtor's 9019 motion | .30 | 700.00 | 210.00 |
| 6/30/25 | LD | B110 | Filed NOAs for DMS, DWC, SAL and JNM. | 1.00 | 275.00 | 275.00 |
| 6/30/25 | LD | B160 | File PHV application for KA. | .40 | 275.00 | 110.00 |
| 6/30/25 | SSL | B110 | Receipt/review ECF notice NOA filed. | .10 | 550.00 | 55.00 |
| 7/01/25 | DMS | B110 | Numerous emails regarding FA interviews. | .80 | 900.00 | 720.00 |
| 7/01/25 | DMS | B110 | Email with BR regarding by laws. | .20 | 900.00 | 180.00 |
| 7/01/25 | DMS | B110 | Coordinate conflict search. | .30 | 900.00 | 270.00 |
| 7/01/25 | DMS | B110 | Creditor Committee call regarding financial advisors. | 2.10 | 900.00 | 1,890.00 |
| 7/01/25 | DMS | B160 | Emails with A & M regarding retention. | .20 | 900.00 | 180.00 |
| 7/01/25 | DMS | B110 | Review Tyrell email with Dentons regarding meeting with GC. | .10 | 900.00 | 90.00 |
| 7/01/25 | DMS | B110 | Review JMS Wind NOA. | .10 | 900.00 | 90.00 |
| 7/01/25 | DMS | B110 | Email with Dentons regarding meeting. | .20 | 900.00 | 180.00 |
| 7/01/25 | DMS | B110 | Review Notice of Motion for settlement and application shortening time. | .20 | 900.00 | 180.00 |
| 7/01/25 | DMS | B110 | Email with Silverberg regarding redaction. | .20 | 900.00 | 180.00 |
| 7/01/25 | DWC | B110 | Rvw correspondence from Debtor and forward BSilverberg conflict list for retention application | .20 | 700.00 | 140.00 |
| 7/01/25 | DWC | B110 | BMC project quote | .40 | 700.00 | 280.00 |
| 7/01/25 | DWC | B110 | Request consent from debtor to reach out to Verita to coordinate notice agent services comparison | .30 | 700.00 | 210.00 |
| 7/01/25 | DWC | B110 | Respond to request from MadelynS at BR re staffing | .20 | 700.00 | 140.00 |

**GENOVA BURNS LLC**

August 8, 2025
Invoice No.:   537446

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 7/01/25 | DWC | B110 | Coordinate with MDeO and JNM to put together the docket and update | .30 | 700.00 | 210.00 |
| 7/01/25 | DWC | B110 | Coordinate docket entry accuracies and hearing dates internally and with chambers | .40 | 700.00 | 280.00 |
| 7/01/25 | DWC | B160 | Rvw interested parties list and coordinate conflict check for use for all professionals | .70 | 700.00 | 490.00 |
| 7/01/25 | DWC | B110 | Conflict search preparation | .60 | 700.00 | 420.00 |
| 7/01/25 | DWC | B110 | Coordinate standing request for transcript of hearings | .30 | 700.00 | 210.00 |
| 7/01/25 | DWC | B110 | Rvw docket and request unredacted version of 9019 pleading filed under seal | .30 | 700.00 | 210.00 |
| 7/02/25 | DMS | B110 | Review sale procedures motion and emails with BR and A & M regarding same. | .70 | 900.00 | 630.00 |
| 7/02/25 | DMS | B110 | Emails regarding scheduling of bidding motion. | .20 | 900.00 | 180.00 |
| 7/02/25 | DMS | B110 | Emails with Oswald et al regarding fee procedures motion. | .40 | 900.00 | 360.00 |
| 7/02/25 | DMS | B110 | Review fee procedures motion draft and provide comments. | .30 | 900.00 | 270.00 |
| 7/02/25 | DMS | B110 | Emails with BR team regarding Australia settlement. | .30 | 900.00 | 270.00 |
| 7/02/25 | DMS | B160 | Many emails regarding retention applications of creditor committee professionals. | .70 | 900.00 | 630.00 |
| 7/02/25 | DMS | B110 | Email with A&M regarding Parties list. | .20 | 900.00 | 180.00 |
| 7/02/25 | DMS | B110 | Email with Dentons regarding call. | .20 | 900.00 | 180.00 |
| 7/02/25 | DMS | B110 | Emails with Dentons and Tyrell regarding call. | .20 | 900.00 | 180.00 |
| 7/02/25 | DMS | B160 | Review draft retention application and revise. | .30 | 900.00 | 270.00 |
| 7/02/25 | DMS | B110 | Review Notice of 341 Hearing and circulate. | .20 | 900.00 | 180.00 |
| 7/02/25 | DMS | B110 | Emails with BR and DWC regarding customer issues. | .40 | 900.00 | 360.00 |

**GENOVA BURNS LLC**

August 8, 2025
Invoice No.:    537446

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/02/25 | DWC | B110 | Gather information and co counsel input for pro hac vice applications | .40 | 700.00 | 280.00 |
| 7/02/25 | DWC | B160 | Circulate potential interested parties list to A&M professionals and advise re retention | .30 | 700.00 | 210.00 |
| 7/02/25 | DWC | B160 | Review list of potential conflicts to clear retention | 1.10 | 700.00 | 770.00 |
| 7/02/25 | DWC | B110 | Coordinate A&M contact for debtor's professional fee motion and rvw fee motion | .70 | 700.00 | 490.00 |
| 7/02/25 | DWC | B110 | Emails with debtor re conference to discuss case status and proposed sale process issues | .30 | 700.00 | 210.00 |
| 7/02/25 | DWC | B110 | Circulate admin related information to co counsel | .40 | 700.00 | 280.00 |
| 7/02/25 | DWC | B110 | Request project quote for Verita to serve as committee counsel. | .20 | 700.00 | 140.00 |
| 7/02/25 | DWC | B110 | Request and circulate unredacted drafts of debtor's 9019 motion | .40 | 700.00 | 280.00 |
| 7/02/25 | DWC | B110 | Rvw emails from co counsel re 9019 motion and provide input from conference call with debtor | .60 | 700.00 | 420.00 |
| 7/02/25 | DWC | B110 | Rvw docket entry and circulate information concerning the 341 meeting | .40 | 700.00 | 280.00 |
| 7/02/25 | LD | B160 | Prepare retention application for complex 11 case. | 2.00 | 275.00 | 550.00 |
| 7/02/25 | SSL | B160 | Review emails between DMS, DWC, and Lorrie Denson regarding retention application. Review of same. | .30 | 550.00 | 165.00 |
| 7/03/25 | DMS | B110 | Review Order Shortening Time regarding bidding and circulate. | .20 | 900.00 | 180.00 |
| 7/03/25 | DMS | B110 | Call with BR and A&M regarding sale process, cash flow, etc. | 1.00 | 900.00 | 900.00 |
| 7/03/25 | DMS | B110 | Emails regarding 341 date change. | .20 | 900.00 | 180.00 |
| 7/03/25 | DMS | B110 | Review documents from A&M. | .30 | 900.00 | 270.00 |
| 7/03/25 | DMS | B110 | Review Flex Gen APA and emails regarding same. | .50 | 900.00 | 450.00 |

**GENOVA BURNS LLC**

August 8, 2025
Invoice No.:    537446

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 7/03/25 | DMS | B110 | Emails with Court regarding scheduling. | .20 | 900.00 | 180.00 |
| 7/03/25 | DMS | B110 | Email with Dentons and Aulet regarding hearing dates and objection deadlines. | .30 | 900.00 | 270.00 |
| 7/03/25 | DMS | B110 | Review Aulet email regarding Australia settlement and follow ups. | .20 | 900.00 | 180.00 |
| 7/03/25 | DWC | B110 | Rvw docket entry and update professionals on new 341 meeting information | .20 | 700.00 | 140.00 |
| 7/03/25 | DWC | B110 | Coordinate with Maria DeO and JNM re maintaining hearing list | .50 | 700.00 | 350.00 |
| 7/03/25 | DWC | B110 | Coordinate with debtor counsel and chambers re upcoming hearings | .40 | 700.00 | 280.00 |
| 7/03/25 | DWC | B110 | Mtg with KAulet, DStolz; A&M (RNewman, Seth W; Bijal D); discuss status, Bidding process, bid, budget | .90 | 700.00 | 630.00 |
| 7/03/25 | DWC | B110 | Call from Maria DeOliviera re calendaring | .40 | 700.00 | 280.00 |
| 7/03/25 | DWC | B110 | Research POWIN competitor and circulate info to professionals (https://www.bizjournals.com/portla nd/inno/stories /news/2023/07/05/joseph-lu-powin-qp o-energy-batter ies.html) ies.html) | .30 | 700.00 | 210.00 |
| 7/03/25 | DWC | B110 | Update KenA and DMS re expected hearing schedule from chambers | .20 | 700.00 | 140.00 |
| 7/03/25 | DWC | B110 | Email professionals re motion briefing schedule per local rules | .60 | 700.00 | 420.00 |
| 7/03/25 | DWC | B110 | Rvw and discuss with DMS and KenA the prepetition testing vendor payment in connection with 9019 motion | .30 | 700.00 | 210.00 |
| 7/03/25 | SSL | B110 | Receipt/review ECF notice of 341 meeting of creditors. | .10 | 550.00 | 55.00 |
| 7/04/25 | DMS | B110 | Review amended stalking horse filing and emails regarding same. | .40 | 900.00 | 360.00 |
| 7/04/25 | DMS | B110 | Email with Pompeo - Keyframe. | .20 | 900.00 | 180.00 |

**GENOVA BURNS LLC**

August 8, 2025
Invoice No.:    537446

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/04/25 | DMS | B110 | Emails with DWC and Aulet regarding motions to review Aulet report to Unsecured Creditors Committee. | .30 | 900.00 | 270.00 |
| 7/04/25 | DMS | B110 | Review supplement to settlement. | .20 | 900.00 | 180.00 |
| 7/04/25 | DWC | B110 | Discuss POWIN creditor (LIBESS) questions re claim process and committee role | .80 | 700.00 | 560.00 |
| 7/04/25 | DWC | B110 | Discuss response to debtor inclusion of prepetition debt payment for 9019 on short notice | .20 | 700.00 | 140.00 |
| 7/04/25 | SSL | B110 | Review email update from Ken Aulet of BR to committee. | .10 | 550.00 | 55.00 |
| 7/04/25 | SSL | B110 | Email from unsecured creditor LIbess. Forward of same to DMS and DWC. Emails from/to DWC regarding communication. Review forward of email to DMS and Ken Aulet of BR. | .30 | 550.00 | 165.00 |
| 7/05/25 | DMS | B160 | Review Uzzi application for retention. | .20 | 900.00 | 180.00 |
| 7/05/25 | DMS | B110 | Review Flexgen APA and Schedules. | .20 | 900.00 | 180.00 |
| 7/05/25 | DMS | B110 | Review UCC First Request for Documents. | .10 | 900.00 | 90.00 |
| 7/06/25 | DMS | B110 | Review draft UCC update and email with Aulet regarding same. | .30 | 900.00 | 270.00 |
| 7/06/25 | DWC | B150 | Discuss limits of representation for committee vis a vie individual creditors; advise of proof of claim filing deadline and procedure (LIBESS; Grace Qiu) | .40 | 700.00 | 280.00 |
| 7/06/25 | SSL | B110 | Review status emails from Ken Aulet of BR to committee. | .20 | 550.00 | 110.00 |
| 7/06/25 | SSL | B110 | Review emails between DWC and creditor Libess. | .10 | 550.00 | 55.00 |
| 7/07/25 | DMS | B110 | Unsecured Creditor Committee Call. | 1.50 | 900.00 | 1,350.00 |
| 7/07/25 | DMS | B110 | Emails with Aulet et al regarding claims excluded from sale. | .30 | 900.00 | 270.00 |
| 7/07/25 | DMS | B110 | Emails in preparation for July 8th hearings. | .40 | 900.00 | 360.00 |

**GENOVA BURNS LLC**

August 8, 2025
Invoice No.:   537446

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|------:|------:|-------:|
| 7/07/25 | DMS | B110 | Review PHV Orders. | .20 | 900.00 | 180.00 |
| 7/07/25 | DMS | B110 | Review agenda for Unsecured Creditor Committee call. | .20 | 900.00 | 180.00 |
| 7/07/25 | DMS | B110 | Unsecured Creditor Committee Meeting. | 1.20 | 900.00 | 1,080.00 |
| 7/07/25 | DMS | B110 | Review draft UCC bylaws. | .20 | 900.00 | 180.00 |
| 7/07/25 | DMS | B110 | Provide UCC information regarding July 8th hearing. | .20 | 900.00 | 180.00 |
| 7/07/25 | DMS | B110 | Review APA and Notice of Procedures. | .30 | 900.00 | 270.00 |
| 7/07/25 | DMS | B110 | Review Tyrell document requests. | .20 | 900.00 | 180.00 |
| 7/07/25 | DMS | B110 | Email with Uzzi and BR regarding fees. | .20 | 900.00 | 180.00 |
| 7/07/25 | DMS | B110 | Coordinate preparation for July 8th hearings. | .30 | 900.00 | 270.00 |
| 7/07/25 | DWC | B110 | Committee meeting to discuss status and all open issues | 1.20 | 700.00 | 840.00 |
| 7/07/25 | DWC | B150 | Call with LIBESS re claim procedure and need for personal counsel | .50 | 700.00 | 350.00 |
| 7/07/25 | DWC | B110 | Memo to committee regarding zoom access to hearings; calendar for upcoming hearing | .60 | 700.00 | 420.00 |
| 7/07/25 | DWC | B110 | Coordinate zoom attendance by cocounsel for hearing | .60 | 700.00 | 420.00 |
| 7/07/25 | LD | B160 | File PHV for J. Jonas. | .50 | 275.00 | 137.50 |
| 7/07/25 | SSL | B110 | Call with DWC and creditor Libess regarding claim and potential need to retain bankruptcy counsel. | .50 | 550.00 | 275.00 |
| 7/07/25 | SSL | B110 | Emails from/to DWC and DMS regarding listserv. | .20 | 550.00 | 110.00 |
| 7/07/25 | SSL | B110 | Review email from DWC to committee regarding upcoming Zoom hearings and access to same. | .20 | 550.00 | 110.00 |
| 7/07/25 | SSL | B110 | Review email from Ken Aulet of BR regarding inventory. | .10 | 550.00 | 55.00 |
| 7/07/25 | SSL | B110 | Review email from Dominic Intrieri regarding estimation of fees. | .10 | 550.00 | 55.00 |

**GENOVA BURNS LLC**

August 8, 2025
Invoice No.:    537446

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 7/07/25 | SSL | B110 | Review email from DMS to committee regarding observation access to July 8 hearing via Zoom. | .10 | 550.00 | 55.00 |
| 7/08/25 | DMS | B110 | Review amended sale pleadings. | .80 | 900.00 | 720.00 |
| 7/08/25 | DMS | B110 | Emails with DWC, chambers and UCC regarding hearing. | .40 | 900.00 | 360.00 |
| 7/08/25 | DMS | B110 | Review motion and joinder by licensees. | .30 | 900.00 | 270.00 |
| 7/08/25 | DMS | B160 | Review Dentons, Togut and Huron retention applications. | .60 | 900.00 | 540.00 |
| 7/08/25 | DMS | B110 | Emails with BR regarding circulation of pleadings. | .20 | 900.00 | 180.00 |
| 7/08/25 | DMS | B110 | Emails regarding WARN claims. | .30 | 900.00 | 270.00 |
| 7/08/25 | DMS | B110 | Emails with Uzzi and A&M regarding fee estimates. | .30 | 900.00 | 270.00 |
| 7/08/25 | DMS | B110 | Review Ace pleading regarding reclamation. | .20 | 900.00 | 180.00 |
| 7/08/25 | DMS | B110 | Review licensee objection. | .20 | 900.00 | 180.00 |
| 7/08/25 | DMS | B110 | Review Arevon opposition. | .20 | 900.00 | 180.00 |
| 7/08/25 | DMS | B110 | Emails with Creditors Committee regarding calendar issues. | .30 | 900.00 | 270.00 |
| 7/08/25 | DMS | B110 | Emails with Court, BR and UCC regarding Zoom for hearing. | .30 | 900.00 | 270.00 |
| 7/08/25 | DMS | B110 | Email with Oswald regarding WARN extension. | .20 | 900.00 | 180.00 |
| 7/08/25 | DMS | B110 | Emails with Oswald, Beck and Court regarding sealing. | .20 | 900.00 | 180.00 |
| 7/08/25 | DMS | B110 | Review numerous objections to rejection motion. | .80 | 900.00 | 720.00 |
| 7/08/25 | DMS | B110 | Review many more responses/objections regarding 365. | .80 | 900.00 | 720.00 |
| 7/08/25 | DMS | B110 | Review emergency Motion of Ad Hoc customers. | .30 | 900.00 | 270.00 |
| 7/08/25 | DWC | B110 | Hearings on Powin before judge kaplan | 1.00 | 700.00 | 700.00 |
| 7/08/25 | DWC | B110 | Update client on hearing date and time and provide link with access | .30 | 700.00 | 210.00 |

**GENOVA BURNS LLC**

August 8, 2025
Invoice No.:    537446

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/08/25 | DWC | B110 | Confirm panelist access granted by chambers | .20 | 700.00 | 140.00 |
| 7/08/25 | DWC | B310 | Rvw debtor discussion re WARN claims and request follow up regarding NJ WARN exposure through NJ employees | .20 | 700.00 | 140.00 |
| 7/08/25 | DWC | B160 | Coordinate review of interested party list | .40 | 700.00 | 280.00 |
| 7/08/25 | DWC | B110 | Appear at hearing on 9019 settlement with Australian client | .50 | 700.00 | 350.00 |
| 7/08/25 | DWC | B160 | Rvw interested parties list and coordinate clearing conflicts | .70 | 700.00 | 490.00 |
| 7/08/25 | DWC | B110 | Refer creditor to outside counsel | .30 | 700.00 | 210.00 |
| 7/08/25 | SSL | B110 | Review emails to committee listserv regarding hearings at 11:30 am. | .20 | 550.00 | 110.00 |
| 7/08/25 | SSL | B110 | Review email between DWC and committee regarding request for calendar invites. | .10 | 550.00 | 55.00 |
| 7/08/25 | SSL | B110 | Review committee emails regarding summary of APA and list of assets. | .20 | 550.00 | 110.00 |
| 7/09/25 | DMS | B110 | Emails with BR and Oswald regarding transcripts. | .20 | 900.00 | 180.00 |
| 7/09/25 | DMS | B110 | Email with Aulet regarding new filings. | .20 | 900.00 | 180.00 |
| 7/09/25 | DMS | B110 | Email with CS regarding BH and Cole Schotz. | .20 | 900.00 | 180.00 |
| 7/09/25 | DMS | B110 | Review and circulate text order regarding July 15th. | .30 | 900.00 | 270.00 |
| 7/09/25 | DWC | B110 | Rvw motion to seal by debtor and request copy of unredacted pleading from debtor for circulation to committee | .40 | 700.00 | 280.00 |
| 7/09/25 | DWC | B110 | Coordinate with debtor counsel re sharing transcripts | .20 | 700.00 | 140.00 |
| 7/09/25 | DWC | B110 | Circulate PHV information to co counsel | .10 | 700.00 | 70.00 |
| 7/09/25 | DWC | B160 | Confirm conflict check clearance | .40 | 700.00 | 280.00 |
| 7/10/25 | DMS | B110 | Review Mainfreight witness list and emails with BR and debtor counsel regarding same. | .60 | 900.00 | 540.00 |

**GENOVA BURNS LLC**

August 8, 2025
Invoice No.:    537446

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 7/10/25 | DMS | B110 | Review additional pleadings by licensees. | .50 | 900.00 | 450.00 |
| 7/10/25 | DMS | B110 | Emails with Oswald regarding local rules. | .20 | 900.00 | 180.00 |
| 7/10/25 | SSL | B110 | Review committee update by Ken Aulet of BR regarding deadline to assert liens and inventory list. | .10 | 550.00 | 55.00 |
| 7/11/25 | DMS | B110 | Wrote to Creditors Committee regarding preparation for July 15th hearings. | .30 | 900.00 | 270.00 |
| 7/11/25 | DMS | B110 | Review Idaho Power settlement. | .20 | 900.00 | 180.00 |
| 7/11/25 | DMS | B110 | Review Debtor Omnibus Reply to Objection to Rejection. | .20 | 900.00 | 180.00 |
| 7/11/25 | DMS | B110 | Review new NOA by creditors. | .20 | 900.00 | 180.00 |
| 7/11/25 | DMS | B110 | Emails with CC members regarding Court hearings. | .20 | 900.00 | 180.00 |
| 7/11/25 | DMS | B110 | Review Aulet UCC update memos. | .20 | 900.00 | 180.00 |
| 7/11/25 | DMS | B110 | Review ad hoc motion to seal. | .20 | 900.00 | 180.00 |
| 7/11/25 | DMS | B110 | Review  Mainfreight pleadings. | .20 | 900.00 | 180.00 |
| 7/11/25 | DMS | B110 | Emails regarding debtor failure to provide documents. | .20 | 900.00 | 180.00 |
| 7/11/25 | DMS | B110 | Review Mainfreight witness list and email with Oswald. | .20 | 900.00 | 180.00 |
| 7/11/25 | DMS | B110 | Review Aulet email regarding cash collateral and DIP update. | .10 | 900.00 | 90.00 |
| 7/11/25 | DMS | B110 | Review Motion to approve settlement. | .20 | 900.00 | 180.00 |
| 7/11/25 | DWC | B110 | Coordinate calendaring hearings for committee members and their reps | .30 | 700.00 | 210.00 |
| 7/11/25 | DWC | B110 | Discuss lack of communication from Debtor's professionals | .20 | 700.00 | 140.00 |
| 7/11/25 | DWC | B110 | Review motion to seal from ad hoc group and demand unredacted copies | .40 | 700.00 | 280.00 |
| 7/11/25 | DWC | B110 | Coordinate calendaring and scheduling with chambers and committee | .20 | 700.00 | 140.00 |

GENOVA BURNS LLC

August 8, 2025
Invoice No.:    537446

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/11/25 | LD | B110 | Review docket and compose email of 7/15 hearings. | .80 | 275.00 | 220.00 |
| 7/11/25 | SSL | B110 | Emails to/from DWC regarding listserv calendaring of hearings. Review communications to committee regarding same. Create and forward invite to committee. | .30 | 550.00 | 165.00 |
| 7/11/25 | SSL | B110 | Cursory review of Powin committee listserv emails. | .20 | 550.00 | 110.00 |
| 7/11/25 | SSL | B110 | Calls with Chamber of Judge Kaplan regarding July 15 hearings calendar invite for appearances/observers. Emails to/from DWC and Lorrie Denson regarding same. | .40 | 550.00 | 220.00 |
| 7/11/25 | SSL | B110 | Review emails from committee members in response to attendance at July 15 hearings. | .20 | 550.00 | 110.00 |
| 7/12/25 | DMS | B110 | Review agenda for July 15th. | .20 | 900.00 | 180.00 |
| 7/12/25 | DWC | B110 | Review and circulate agenda to committee and professionals | .30 | 700.00 | 210.00 |
| 7/13/25 | DMS | B110 | Review amended bidding procedures. | .20 | 900.00 | 180.00 |
| 7/13/25 | DMS | B110 | Emails with UCC regarding agenda. | .30 | 900.00 | 270.00 |
| 7/13/25 | DWC | B110 | Prepare for committee members and professionals appearing in trenton for hearings | .60 | 700.00 | 420.00 |
| 7/13/25 | SSL | B110 | Review email from DWC to committee forwarding 7/15 hearing agenda. | .10 | 550.00 | 55.00 |
| 7/13/25 | SSL | B110 | Emails from/to DWC and Mark Rivera regarding calendar invites to listserv for hearings. | .20 | 550.00 | 110.00 |
| 7/13/25 | SSL | B110 | Review email from DMS to listserv regarding location for 7/15 hearing. | .10 | 550.00 | 55.00 |
| 7/14/25 | DMS | B110 | Prepare for Creditor Committee Meeting. | .30 | 900.00 | 270.00 |
| 7/14/25 | DMS | B110 | Emails with SSL, DWC and Creditors Committee regarding July 15th hearings. | .40 | 900.00 | 360.00 |
| 7/14/25 | DMS | B110 | Creditor Committee call. | 1.20 | 900.00 | 1,080.00 |

**GENOVA BURNS LLC**

August 8, 2025
Invoice No.:   537446

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|------:|-----:|-------:|
| 7/14/25 | DMS | B110 | Email with Switkes and Aulet regarding Mainfreight. | .20 | 900.00 | 180.00 |
| 7/14/25 | DMS | B110 | Review numerous emails regarding Mainfreight and Judge's response. | .60 | 900.00 | 540.00 |
| 7/14/25 | DMS | B110 | Review final cash collateral and DIP Orders. | .40 | 900.00 | 360.00 |
| 7/14/25 | DMS | B110 | Review Spark Power response. | .20 | 900.00 | 180.00 |
| 7/14/25 | DMS | B110 | Review US Trustee objection to bidding motion. | .20 | 900.00 | 180.00 |
| 7/14/25 | DMS | B110 | Email with Switkes regarding Mainfreight. | .20 | 900.00 | 180.00 |
| 7/14/25 | DMS | B110 | Review Ace adjournment request. | .10 | 900.00 | 90.00 |
| 7/14/25 | DMS | B110 | Review Mainfreight objection to adjournment. | .20 | 900.00 | 180.00 |
| 7/14/25 | DMS | B110 | Review last minute creditor pleadings. | .60 | 900.00 | 540.00 |
| 7/14/25 | DMS | B110 | Review and file CC joinder. | .20 | 900.00 | 180.00 |
| 7/14/25 | DWC | B110 | Committee meeting to discuss status and open issues | 1.00 | 700.00 | 700.00 |
| 7/14/25 | DWC | B110 | Discuss prep for in person hearings in trenton | .20 | 700.00 | 140.00 |
| 7/14/25 | DWC | B110 | Discuss chambers instructions for in person appearance | .20 | 700.00 | 140.00 |
| 7/14/25 | DWC | B110 | In person trenton hearing | .30 | 700.00 | 210.00 |
| 7/14/25 | LD | B110 | File Joinder re Debtor's Objection to Mainfreight Motion. | .50 | 275.00 | 137.50 |
| 7/14/25 | SSL | B110 | Emails from/to DWC and DMS regarding appearances at hearing and calendar invites to committee. Draft and send same. Note acceptance of same. Confirm hearing information with committee members. | .70 | 550.00 | 385.00 |
| 7/14/25 | SSL | B110 | Review emails between Ken Aulet of BR and committee members. | .20 | 550.00 | 110.00 |
| 7/14/25 | SSL | B110 | Review emails between counsels for ACE and Mainfreight and Court's response regarding same regarding adjournment request on its MFR. | .20 | 550.00 | 110.00 |

**GENOVA BURNS LLC**

August 8, 2025
Invoice No.:    537446

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/14/25 | SSL | B110 | Email from Matthew Sawyer of BR regarding filing of joinder to debtor's objection to Mainfreight motion. Emails to/from DMS regarding filing of same. | .10 | 550.00 | 55.00 |
| 7/15/25 | DMS | B110 | Prepare for hearings. | 1.00 | 900.00 | 900.00 |
| 7/15/25 | DMS | B110 | Court Hearings in Trenton and meetings. | 2.50 | 900.00 | 2,250.00 |
| 7/15/25 | DMS | B195 | Travel to and from USBC Trenton for hearings. | 2.50 | 450.00 | 1,125.00 |
| 7/15/25 | DMS | B110 | Review amended Order submitted by Debtor. | .20 | 900.00 | 180.00 |
| 7/15/25 | DMS | B110 | Review Orders entered. | .20 | 900.00 | 180.00 |
| 7/15/25 | DMS | B110 | Review Aulet report to Creditors Committee. | .10 | 900.00 | 90.00 |
| 7/15/25 | DWC | B110 | In person hearings in trenton | 3.00 | 700.00 | 2,100.00 |
| 7/15/25 | DWC | B195 | Travel time to and from Newark NJ to Trenton NJ | 3.50 | 350.00 | 1,225.00 |
| 7/15/25 | DWC | B110 | Prep for in person hearings | 2.00 | 700.00 | 1,400.00 |
| 7/15/25 | SSL | B110 | Review emails between DWC and DMS regarding Verita. | .10 | 550.00 | 55.00 |
| 7/15/25 | SSL | B110 | Review hearing outcome email from Ken Aulet of BR to committee listserv. | .10 | 550.00 | 55.00 |
| 7/15/25 | JNM | B110 | Receive and review email regarding hearing updates | .10 | 375.00 | 37.50 |
| 7/15/25 | JA | B195 | Travel time to Bankruptcy Court | 3.00 | 137.50 | 412.50 |
| 7/15/25 | JA | B110 | Prepare for case hearing | 1.50 | 275.00 | 412.50 |
| 7/15/25 | JA | B110 | Attend case hearing | 1.50 | 275.00 | 412.50 |
| 7/16/25 | DMS | B110 | Review Orders entered. | .30 | 900.00 | 270.00 |
| 7/16/25 | DMS | B160 | Email with Aulet regarding retention applications. | .20 | 900.00 | 180.00 |
| 7/16/25 | DMS | B110 | Review fee procedures motion and emails regarding US Trustee edits. | .40 | 900.00 | 360.00 |
| 7/16/25 | DWC | B110 | Call with Verita rep, Alby Kass to discuss committee using Verita as noticing agent | .40 | 700.00 | 280.00 |

GENOVA BURNS LLC

August 8, 2025
Invoice No.:    537446

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/16/25 | DWC | B110 | Rvw draft monthly professional fee motion and UST comments and give assessment to debtor and committee professionals | .40 | 700.00 | 280.00 |
| 7/16/25 | SSL | B110 | Receipt/review Verita invoice. Forward same to DWC and DMS. | .10 | 550.00 | 55.00 |
| 7/16/25 | SSL | B110 | Cursory review of professionals and committee listserv emails. | .20 | 550.00 | 110.00 |
| 7/17/25 | DMS | B110 | Email with Oswald regarding redactions to Schedules and SOFA. | .20 | 900.00 | 180.00 |
| 7/17/25 | DWC | B110 | Compare BMC versus Verita as noticing agent | .30 | 700.00 | 210.00 |
| 7/17/25 | DWC | B110 | Discuss need for 107 seal motion for redactions and local protocol | .30 | 700.00 | 210.00 |
| 7/18/25 | DMS | B110 | Review sale notice. | .10 | 900.00 | 90.00 |
| 7/18/25 | DMS | B110 | Review notice regarding executory contracts. | .10 | 900.00 | 90.00 |
| 7/18/25 | DWC | B160 | Revise retention application | 1.30 | 700.00 | 910.00 |
| 7/18/25 | DWC | B110 | Confirm expected proof of claim bar date and local rules and protocol re same with chambers and co counsel | .60 | 700.00 | 420.00 |
| 7/18/25 | DWC | B160 | Revise DMS declaration for compliance with local large case requirements | .90 | 700.00 | 630.00 |
| 7/18/25 | DWC | B110 | Coordinate receiving client authorization for retention application filing | .40 | 700.00 | 280.00 |
| 7/18/25 | LD | B160 | Prepare draft certification and order for complex 11 cases, and lists of related parties. | 2.00 | 275.00 | 550.00 |
| 7/18/25 | SSL | B160 | Review GB retention application and emails between DWC and Lorrie Denson regarding same. | .30 | 550.00 | 165.00 |
| 7/18/25 | SSL | B110 | Cursory review of emails from Matthew Sawyer of BR and committee listserv concerning filed schedules and weekly update. | .20 | 550.00 | 110.00 |
| 7/18/25 | JNM | B110 | Review email regarding schedules and statements. | .20 | 375.00 | 75.00 |

**GENOVA BURNS LLC**

August 8, 2025
Invoice No.:    537446

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/18/25 | JNM | B110 | Review email regarding work streams and upcoming dates and deadlines. | .20 | 375.00 | 75.00 |
| 7/21/25 | DMS | B110 | Review memo regarding Keychain lien perfection and email with Aulet. | .30 | 900.00 | 270.00 |
| 7/21/25 | DMS | B110 | Review Togut and Uzzi supplemental disclosures. | .30 | 900.00 | 270.00 |
| 7/21/25 | DMS | B110 | Review 2019 Statement by Ad Hoc group. | .10 | 900.00 | 90.00 |
| 7/21/25 | DMS | B110 | Review A&M slides. | .20 | 900.00 | 180.00 |
| 7/21/25 | DMS | B110 | Review Aulet note regarding KERP. | .20 | 900.00 | 180.00 |
| 7/21/25 | DMS | B110 | Review Interim Reports. | .50 | 900.00 | 450.00 |
| 7/21/25 | DMS | B110 | Emails regarding Creditor Committee noticing agent. | .30 | 900.00 | 270.00 |
| 7/21/25 | DMS | B110 | Review agenda for Creditor Committee meeting. | .20 | 900.00 | 180.00 |
| 7/21/25 | DMS | B110 | Creditor Committee meeting. | 1.00 | 900.00 | 900.00 |
| 7/21/25 | DMS | B160 | Review A&M retention application and emails regarding same. | .30 | 900.00 | 270.00 |
| 7/21/25 | DWC | B110 | Committee meeting to discuss status and open issues | 1.00 | 700.00 | 700.00 |
| 7/21/25 | DWC | B110 | Counsel committee on benefits of verita vs BMC | .40 | 700.00 | 280.00 |
| 7/21/25 | DWC | B110 | Circulate draft retention with co counsel and other committee professionals for reference | .30 | 700.00 | 210.00 |
| 7/21/25 | DWC | B160 | Finalize draft application and declaration for benefit of other professionals | 1.80 | 700.00 | 1,260.00 |
| 7/21/25 | DWC | B110 | Rvw A&M retention application | .60 | 700.00 | 420.00 |
| 7/21/25 | SSL | B110 | Review emails from DWC to committee listserv regarding GB retention application and Matthew Sawyer of BR to listserv forwarding meeting agenda. | .20 | 550.00 | 110.00 |
| 7/21/25 | SSL | B110 | Email from DWC forwarding lien search and verification for the committee. Review of same. | .20 | 550.00 | 110.00 |

**GENOVA BURNS LLC**

August 8, 2025
Invoice No.:    537446

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/21/25 | SSL | B110 | Review of emails from Ken Aulet of BR and Rich Newman to committee listserv. | .10 | 550.00 | 55.00 |
| 7/21/25 | JNM | B110 | Receive and review email from partner regarding lien search and verification | .50 | 375.00 | 187.50 |
| 7/22/25 | DWC | B110 | Follow up with Verita on committee decision to use Verita | .20 | 700.00 | 140.00 |
| 7/22/25 | SSL | B110 | Review email from Tina Oppelt of the OUST forwarding dial-in information for parties and DMS's forward of same to committee listserv. | .10 | 550.00 | 55.00 |
| 7/23/25 | DMS | B110 | Email with Oswald et al regarding September hearing. | .20 | 900.00 | 180.00 |
| 7/23/25 | DMS | B150 | Emails regarding 341(a) Meeting. | .30 | 900.00 | 270.00 |
| 7/23/25 | DMS | B150 | 341(a) Hearing. | 2.60 | 900.00 | 2,340.00 |
| 7/23/25 | DMS | B110 | Follow up emails with co-counsel after 341 hearing. | .30 | 900.00 | 270.00 |
| 7/23/25 | DMS | B110 | Review monthly fee motion filed by debtor. | .20 | 900.00 | 180.00 |
| 7/23/25 | DMS | B110 | Email with Oswald regarding September hearings. | .20 | 900.00 | 180.00 |
| 7/23/25 | DMS | B110 | Review Esvolta response. | .10 | 900.00 | 90.00 |
| 7/23/25 | DWC | B110 | Rvw emails from co counsel during 341 for requests for follow up | .40 | 700.00 | 280.00 |
| 7/23/25 | DWC | B110 | Confirm and reconcile upcoming hearings with docket and chambers | .30 | 700.00 | 210.00 |
| 7/23/25 | DWC | B110 | Coordinate circulation of draft retention applications to committee | .20 | 700.00 | 140.00 |
| 7/23/25 | SSL | B110 | Review emails from Ken Aulet to professionals regarding needed data for committee. Review responses to same. | .20 | 550.00 | 110.00 |
| 7/23/25 | SSL | B110 | Review email to committee listserv from Matthew Sawyer of BR forwarding BR and GB's retention applications. | .10 | 550.00 | 55.00 |

GENOVA BURNS LLC

August 8, 2025
Invoice No.:    537446

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/23/25 | JNM | B110 | Review docket and pleadings. Update working hearings chart for 8/6 and 9/3. | 1.30 | 375.00 | 487.50 |
| 7/24/25 | DMS | B110 | Review KERP motion and application to shorten time. | .20 | 900.00 | 180.00 |
| 7/24/25 | DMS | B110 | Email to BR and A&M regarding KERP concerns. | .20 | 900.00 | 180.00 |
| 7/24/25 | DMS | B110 | Review OCP motion and email with Oswald regarding same and monthly compensation order. | .30 | 900.00 | 270.00 |
| 7/24/25 | DMS | B110 | Email with Tyrell et al regarding missing funds. | .30 | 900.00 | 270.00 |
| 7/24/25 | DMS | B110 | Email with Oswald regarding fee procedures. | .20 | 900.00 | 180.00 |
| 7/24/25 | DWC | B110 | Circulate draft forms for debtor's counsel | .60 | 700.00 | 420.00 |
| 7/24/25 | DWC | B110 | Coordinate calendaring of hearing agenda for members | .20 | 700.00 | 140.00 |
| 7/24/25 | SSL | B110 | Review emails from DMS and Ken Aulet of BR to committee listserv. | .20 | 550.00 | 110.00 |
| 7/24/25 | SSL | B110 | Emails from/to DWC regarding calendar invites to committee listserv for upcoming hearings. | .20 | 550.00 | 110.00 |
| 7/24/25 | JNM | B110 | Review Motion to approve key employee, app and order to shorten time, | .40 | 375.00 | 150.00 |
| 7/25/25 | DMS | B110 | Review and reply to new potential bidder. | .20 | 900.00 | 180.00 |
| 7/25/25 | DMS | B110 | Call with Aulet and Newman regarding auction status, records preservation etc. | .30 | 900.00 | 270.00 |
| 7/25/25 | DMS | B110 | Review A&M analysis of Schedules and SOFA. | .30 | 900.00 | 270.00 |
| 7/25/25 | DMS | B110 | Review Mainfreight objection. | .20 | 900.00 | 180.00 |
| 7/25/25 | DWC | B160 | Rvw BR retention application | .60 | 700.00 | 420.00 |
| 7/25/25 | DWC | B110 | Put potential bidder in contact with debtor's counsel | .20 | 700.00 | 140.00 |
| 7/25/25 | DWC | B160 | Coordinate filing of GB and BR retention applications | .60 | 700.00 | 420.00 |
| 7/25/25 | LD | B160 | Finalize and file BR retention application. | .80 | 275.00 | 220.00 |
| 7/25/25 | LD | B160 | Finalize and file GB retention application. | .80 | 275.00 | 220.00 |

**GENOVA BURNS LLC**

August 8, 2025
Invoice No.:    537446

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/25/25 | SSL | B160 | Review emails from Jessica Liong of BR forwarding BR retention application and schedules and DWC authorizing Lorrie Denson to file same. | .20 | 550.00 | 110.00 |
| 7/25/25 | SSL | B110 | Review email from Matthew Sawyer of BR forwarding weekly update to committee listserv. Review of same. | .20 | 550.00 | 110.00 |
| 7/25/25 | SSL | B160 | Receipt/review ECF notices of filed retention applications for GB and BR. | .10 | 550.00 | 55.00 |
| 7/28/25 | DMS | B110 | Review agenda for creditor committee meeting. | .20 | 900.00 | 180.00 |
| 7/28/25 | DMS | B110 | Creditor Committee Meeting. | 1.00 | 900.00 | 900.00 |
| 7/28/25 | DMS | B110 | Review numerous objection to assumption and assignment. | .60 | 900.00 | 540.00 |
| 7/28/25 | DMS | B110 | Review many more objections to assumption and cure. | 1.00 | 900.00 | 900.00 |
| 7/28/25 | DWC | B150 | Follow up with creditor seeking referral | .20 | 700.00 | 140.00 |
| 7/28/25 | LD | B110 | File COS re BR and GB retentions. | .40 | 275.00 | 110.00 |
| 7/28/25 | SSL | B110 | Review email from Matthew Sawyer of BR to committee listserv forwarding agenda for meeting. | .10 | 550.00 | 55.00 |
| 7/28/25 | SSL | B110 | Draft calendar invite for August 6th hearings and forward to committee listserv. | .40 | 550.00 | 220.00 |
| 7/28/25 | SSL | B110 | Cursory review of service by email, response to calendar invite for hearings, and communications with committee regarding auction. | .40 | 550.00 | 220.00 |
| 7/29/25 | DMS | B110 | Emails regarding negotiation with Hitachi over put rights. | .40 | 900.00 | 360.00 |
| 7/29/25 | DMS | B110 | Review BR memo to Creditors Committee regarding Hitachi settlement. | .30 | 900.00 | 270.00 |
| 7/29/25 | DMS | B110 | Email regarding Hitachi settlement. | .20 | 900.00 | 180.00 |
| 7/29/25 | DMS | B110 | Review US Trustee letter regarding creditor committee professional retention. | .20 | 900.00 | 180.00 |

GENOVA BURNS LLC

August 8, 2025
Invoice No.:    537446

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/29/25 | DWC | B160 | Rvw and prep A&M application for retention; request input from committee | .60 | 700.00 | 420.00 |
| 7/29/25 | DWC | B160 | Discuss issues raised by the UST to BR and GB retention applications | .30 | 700.00 | 210.00 |
| 7/29/25 | SSL | B160 | Review email from DWC to committee listserv forwarding A&M retention application for review. | .10 | 550.00 | 55.00 |
| 7/29/25 | SSL | B110 | Cursory reviews of emails from Ken Aulet of BR to committee listserv and responses by committee members. | .30 | 550.00 | 165.00 |
| 7/30/25 | DMS | B110 | Unsecured Creditors Committee meeting regarding auction and Hitachi. | .50 | 900.00 | 450.00 |
| 7/30/25 | DMS | B110 | Calls and emails regarding results of auction etc. | .60 | 900.00 | 540.00 |
| 7/30/25 | DMS | B110 | Review Aulet email and emails regarding Plan process. | .50 | 900.00 | 450.00 |
| 7/30/25 | DMS | B320 | Emails with Aulet and DWC regarding Plan preparation. | .30 | 900.00 | 270.00 |
| 7/30/25 | DMS | B160 | Email with A&M regarding retention application. | .20 | 900.00 | 180.00 |
| 7/30/25 | DMS | B110 | Review Mainfreight bid. | .20 | 900.00 | 180.00 |
| 7/30/25 | DMS | B110 | Review Notice of Hearing on KERP. | .20 | 900.00 | 180.00 |
| 7/30/25 | DMS | B110 | Review Aulet auction summary and comment. | .20 | 900.00 | 180.00 |
| 7/30/25 | DWC | B110 | Debtor auction at Dentons in NYC | 8.50 | 700.00 | 5,950.00 |
| 7/30/25 | DWC | B110 | Follow up with committee on authorization to execute A&M retention application | .30 | 700.00 | 210.00 |
| 7/30/25 | DWC | B160 | Rvw application and circulate missing disclosure list | .30 | 700.00 | 210.00 |
| 7/30/25 | LD | B160 | Finalize and file AM retention application. | .80 | 275.00 | 220.00 |
| 7/30/25 | SSL | B160 | Receipt/review ECF notice of application to retain A&M. | .10 | 550.00 | 55.00 |
| 7/30/25 | SSL | B110 | Review emails from DWC to committee listserv regarding M&A retention application. | .10 | 550.00 | 55.00 |

GENOVA BURNS LLC

August 8, 2025
Invoice No.:   537446

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/30/25 | SSL | B110 | Cursory reviews of emails from Ken Aulet of BR, DMS, and committee members to listserv | .40 | 550.00 | 220.00 |
| 7/30/25 | SSL | B110 | Email from DWC regarding UCC lien review. | .10 | 550.00 | 55.00 |
| 7/31/25 | DMS | B110 | Email with Aulet regarding shipper liens. | .20 | 900.00 | 180.00 |
| 7/31/25 | DMS | B110 | Review text Order regarding August 6th hearings and send to Unsecured Creditors Committee. | .20 | 900.00 | 180.00 |
| 7/31/25 | DMS | B110 | Email with Honeywell counsel. | .20 | 900.00 | 180.00 |
| 7/31/25 | DMS | B110 | Emails regarding Toyota stay. | .20 | 900.00 | 180.00 |
| 7/31/25 | DMS | B110 | Review text Order and circulate regarding August 6th hearings. | .30 | 900.00 | 270.00 |
| 7/31/25 | DWC | B110 | Rvw stay relief position and stipulation from debtor | .20 | 700.00 | 140.00 |
| 7/31/25 | DWC | B160 | Rvw UST follow up requests and confirm with co counsel extension of UST objection deadline | .70 | 700.00 | 490.00 |
| 7/31/25 | LD | B160 | File COS re AM retention. | .40 | 275.00 | 110.00 |
| 7/31/25 | SSL | B110 | Follow up email to Mark Franke confirming receipt of calendar invite. | .10 | 550.00 | 55.00 |
| 7/31/25 | SSL | B110 | Receipt/review text order changing hearing time for August 6th hearings. Review DMS email to committee listserv advising of same. | .10 | 550.00 | 55.00 |

**TOTAL PROFESSIONAL SERVICES**                    **$ 118,295.00**

GENOVA BURNS LLC

August 8, 2025
Invoice No.:    537446

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Staff Level | Hours | Rate | Total |
|------|-------------|-------|------|-------|
| Daniel M Stolz | Partner | 2.50 | 450.00 | 1,125.00 |
| Daniel M Stolz | Partner | 70.30 | 900.00 | 63,270.00 |
| Donald W. Clarke | Partner | 3.50 | 350.00 | 1,225.00 |
| Donald W. Clarke | Partner | 57.50 | 700.00 | 40,250.00 |
| Lorrie Denson | Paralegal | 13.40 | 275.00 | 3,685.00 |
| Susan S. Long | Counsel | 11.80 | 550.00 | 6,490.00 |
| Jaclynn N. McDonnell | Senior Associate | 2.70 | 375.00 | 1,012.50 |
| Jamil AbuRoomi | Law CLerk | 3.00 | 137.50 | 412.50 |
| Jamil AbuRoomi | Law CLerk | 3.00 | 275.00 | 825.00 |
| **TOTALS** | | **167.70** | | **$ 118,295.00** |