# EXHIBIT B

GENOVA BURNS LLC

August 8, 2025
Invoice No.:    537446

**DISBURSEMENTS**

| | Description | Amount |
|---|---|---:|
| 6/26/25 | Lexis-Nexis Research< RELX In. DBA LexisNexis, 3095888199 | 28.91 |
| 6/26/25 | PACER SERVICE, U.S. Courts: PACER, 2552798-Q22025 | .20 |
| 7/25/25 | Other Professional, BMC Group, Inc., 429-20250725-1 - Job #25229, fee for Professional Services Rendered - Amex Period Ending 7-31-DMS | 242.62 |
| 7/30/25 | Other Professional, BMC Group, Inc., 429-20250730-1 - Fee for Professional Services - Amex Period Ending 7-31-DMS | 213.31 |
| | **TOTAL DISBURSEMENTS** | **$ 485.04** |