

Order Filed on August 8, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Powin, LLC | Case No.: 25-16137<br>Chapter: 11<br>Hearing Date: _____<br>Judge: Michael B. Kaplan |

## ORDER VACATING

## Order Authorizing The Debtors to (I) Employ and Retain Uzzi & LALL

To Provide The Debtors A Chief Restructuring Officer and Certain Additional Personnel and (II) Designate Gerard Uzzi as Chief Restructuring Officer For The Debtors Effective as of The Petition Date

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 8, 2025**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

The Court on its own motion finds that the:

<u>Order Authorizing The Debtors to (I) Employ and Retain Uzzi & LALL</u>

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated     07/22/2025    , be and the same is hereby vacated.

*revised 2/25/14*