Order Filed on August 7, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Powin, LLC, *et al.*,[1]

    Debtors.

Chapter 11

Case No. 25-16137 (MBK) (Jointly Administered)

**ORDER AUTHORIZING
(I) REJECTION OF THE LEASE OF NON-RESIDENTIAL REAL PROPERTY
LOCATED AT 1414 NW NORTHRUP STREET EFFECTIVE AS OF JUNE 30, 2025
AND (II) ABANDONMENT OF PERSONAL PROPERTY TO THE LANDLORD**

The relief set forth on the following pages, numbered (3) through (5), is **ORDERED.**

DATED: August 7, 2025

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page | 2)

| | |
|---|---|
| Debtors: | Powin, LLC, *et al.* |
| Case No. | 25-16137 (MBK) |
| Caption of Order: | Order Authorizing (I) Rejection of The Lease of Non-Residential Real Property Located at 1414 NW Northrup Street Effective as of June 30, 2025 and (II) Abandonment of Personal Property to the Landlord |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
            van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
            sarah.schrag@dentons.com

*Proposed Counsel for Debtors and Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Amanda C. Glaubach (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  altogut@teamtogut.com
            aglaubach@teamtogut.com
            eblander@teamtogut.com

*Proposed Counsel for Debtors and Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | Powin, LLC, *et al.* |
| Case No. | 25-16137 (MBK) |
| Caption of Order: | Order Authorizing (I) Rejection of The Lease of Non-Residential Real Property Located at 1414 NW Northrup Street Effective as of June 30, 2025 and (II) Abandonment of Personal Property to the Landlord |

Upon consideration of the application (the "Motion"),[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order") authorizing (a) the rejection of that certain unexpired lease, including any guaranties thereof and any amendments, modifications, supplements, or subleases thereto (the "Lease") between NP Machineworks, LLC (the "Landlord") and Debtor Powin, LLC (the "Tenant") for the premises located at 1414 NW Northrup Street, Portland, Oregon 97209 (the "Premises") and (b) the abandonment of any remaining fixtures, furniture, or other personal property located in the Premises (collectively, the "Personal Property"), effective as of June 30, 2025 (the "Rejection Date"), all as more fully set forth in the Motion; and upon the First Day Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.) and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found sufficient cause exists for the relief set forth herein; and this Court having found that the Debtors' notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before this Court; and this Court having determined that the legal and factual bases set forth in the Motion

(Page | 4)

| | |
|---|---|
| Debtors: | Powin, LLC, *et al.* |
| Case No. | 25-16137 (MBK) |
| Caption of Order: | Order Authorizing (I) Rejection of The Lease of Non-Residential Real Property Located at 1414 NW Northrup Street Effective as of June 30, 2025 and (II) Abandonment of Personal Property to the Landlord |

establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. Pursuant to section 365 of the Bankruptcy Code, the Lease is hereby rejected, to be effective as of the Rejection Date.

3. The Debtors shall not be liable for any additional administrative rent or other expenses arising after the Rejection Date..

4. The Debtors are authorized to abandon any Personal Property located at the Premises and all such property is deemed abandoned to the Landlord as of the Rejection Date. The Landlord may utilize or dispose of such Personal Property without liability to any third parties, and without further notice to any party claiming an interest in such abandoned Personal Property. The automatic stay, to the extent applicable, is modified in favor of the Landlord to allow for such utilization or disposition.

5. Nothing contained in the Motion or this Order, and no action taken pursuant to the relief requested or granted (including any payment made in accordance with this Order), is intended as or shall be construed or deemed to be: (a) an admission as to the amount of, basis for, priority of, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to

---

[2] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Motion.

(Page | 5)

| | |
|---|---|
| Debtors: | Powin, LLC, *et al.* |
| Case No. | 25-16137 (MBK) |
| Caption of Order: | Order Authorizing (I) Rejection of The Lease of Non-Residential Real Property Located at 1414 NW Northrup Street Effective as of June 30, 2025 and (II) Abandonment of Personal Property to the Landlord |

dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission or finding that any particular claim is an administrative expense claim, other priority claim or otherwise of a type specified or defined in the Motion or this Order; (e) an admission as to the validity, priority, enforceability or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (f) a waiver or limitation of any claims, causes of action or other rights of the Debtors or any other party in interest against any person or entity under the Bankruptcy Code or any other applicable law.

6. Notwithstanding Bankruptcy Rule 6004(h), to the extent applicable, this Order shall be effective and enforceable immediately upon entry hereof.

7. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

8. The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

9. The Debtors shall serve a copy of this Order on all required parties pursuant to Local Rule 9013-5(f).

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 25-16137-MBK
Powin, LLC                                                                                      Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 7
Date Rcvd: Aug 07, 2025            Form ID: pdf903            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Powin, LLC, 20550 SW 115th Avenue, Tualatin, OR 97062-6857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2025            Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan J. Brody | on behalf of Interested Party Stem Inc. brodya@gtlaw.com, alan-brody-2138@ecf.pacerpro.com |
| Anne B. Sekel | on behalf of Creditor AMP Solar US Services LLC n/k/a PureSky US Services LLC asekel@foley.com, jnicholson@foley.com;jlee@foley.com |
| Arthur Abramowitz | on behalf of Creditor Ace Engineering aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com |
| Barbra Rachel Parlin | on behalf of Creditor El Sol Energy Storage LLC barbra.parlin@hklaw.com elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |
| Barbra Rachel Parlin | on behalf of Creditor Invenergy LLC barbra.parlin@hklaw.com, elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |

Case 25-16137-MBK    Doc 696    Filed 08/09/25    Entered 08/10/25 00:14:40    Desc
Imaged Certificate of Notice    Page 7 of 12

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 7 |
| Date Rcvd: Aug 07, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Barbra Rachel Parlin
    on behalf of Creditor MG HR S de R.L. de C.V. barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barbra Rachel Parlin
    on behalf of Creditor Invenergy Services LLC barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barbra Rachel Parlin
    on behalf of Creditor Arizona Storage Development LLC barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barbra Rachel Parlin
    on behalf of Creditor El Sol Storage Energy LLC barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barbra Rachel Parlin
    on behalf of Creditor Invenergy Storage Development LLC barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barbra Rachel Parlin
    on behalf of Creditor Yuma Solar Energy LLC barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Blake Denton
    on behalf of Creditor FlexGen Power Systems LLC blake.denton@lw.com

Boaz Cohen
    on behalf of Creditor Hitachi Energy Ltd bcohen@kramerlevin.com

Boaz Cohen
    on behalf of Creditor Hitachi Energy Power Conversion Solutions S.L.U., f/k/a Experience Knowledge Strategy, S.L.
    bcohen@kramerlevin.com

Boaz Cohen
    on behalf of Creditor Hitachi Energy Power Conversion Solutions Spain S.L., f/k/a Experience Knowledge Strategy, S.L.
    bcohen@kramerlevin.com

Brett S. Theisen
    on behalf of Creditor GLAS USA LLC btheisen@gibbonslaw.com nmitchell@gibbonslaw.com

Cameron Deane
    on behalf of Creditor Toyota Industries Commercial Finance Inc. cdeane@weltman.com

Courtney Brown
    on behalf of Creditor Mitsubishi Electric Power Products Inc. cmbrown@vedderprice.com,
    ecfnydocket@vedderprice.com,courtney-brown-3667@ecf.pacerpro.com

Daniel Harris
    on behalf of Interested Party BHER Ravenswood Solar 1 LLC dharris@coleschotz.com, ddelehanty@coleschotz.com

Daniel Stolz
    on behalf of Creditor Committee Official Committee of Unsecured Creditors dstolz@genovaburns.com
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel C Fleming
    on behalf of Creditor ORR Protection Systems Inc. dfleming@wongfleming.com, sshalloo@wongfleming.com

David A. Pisciotta
    on behalf of Creditor GLAS USA LLC dpisciotta@reedsmith.com
    david-pisciotta-4680@ecf.pacerpro.com;docketingecfnyc@reedsmith.com

David E. Sklar
    on behalf of Interested Party Longroad Energy Partners on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun
    Streams Expansion, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David E. Sklar
    on behalf of Interested Party Poblano Energy Storage LLC dsklar@pashmanstein.com,
    lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David E. Sklar
    on behalf of Interested Party Longroad Development Company LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC,
    and Sun Streams Expansion, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David E. Sklar
    on behalf of Interested Party Leeward Renewable Energy LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC,
    and Antelope Valley BESS, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David E. Sklar
    on behalf of Interested Party DTE Electric Company dsklar@pashmanstein.com
    lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David E. Sklar

Case 25-16137-MBK    Doc 696    Filed 08/09/25    Entered 08/10/25 00:14:40    Desc
Imaged Certificate of Notice    Page 8 of 12

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 7 |
| Date Rcvd: Aug 07, 2025 | Form ID: pdf903 | Total Noticed: 1 |

    on behalf of Interested Party Poblano Energy Storage LLC, Strata Solar Services, LLC, and Strata Storage, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

Deanna Boll
    on behalf of Creditor Apex Clean Energy Holdings LLC dboll@mwe.com, dnorthrop@mwe.com

Donald W Clarke
    on behalf of Creditor Committee Official Committee of Unsecured Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Douglas J. McGill
    on behalf of Creditor Bergstrom Inc. dmcgill@webbermcgill.com

Felice R. Yudkin
    on behalf of Interested Party BHER Ravenswood Solar 1 LLC fyudkin@coleschotz.com, fpisano@coleschotz.com

Frank A. Oswald
    on behalf of Debtor Powin Energy Ontario Storage LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com

Frank A. Oswald
    on behalf of Debtor Powin China Holdings 1 LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com

Frank A. Oswald
    on behalf of Debtor Powin Energy Operating Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com

Frank A. Oswald
    on behalf of Debtor Powin LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com

Frank A. Oswald
    on behalf of Debtor Powin Energy Operating LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com

Frank A. Oswald
    on behalf of Defendant Powin Energy Operating LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com

Frank A. Oswald
    on behalf of Debtor PEOS Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com

Frank A. Oswald
    on behalf of Defendant Powin LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com

Frank A. Oswald
    on behalf of Debtor Charger Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com

Frank A. Oswald
    on behalf of Attorney Togut Segal & Segal LLP frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com

Frank A. Oswald
    on behalf of Debtor Powin China Holdings 2 LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com

Frank A. Oswald
    on behalf of Defendant Powin Energy Operating Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com

Frank A. Oswald
    on behalf of Debtor Powin Project LLC frankoswald@teamtogut.com seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com

Franklin Barbosa, Jr
    on behalf of Creditor CS Energy LLC fb@spsk.com, clm@spsk.com

| | |
|---|---|
| Gail C. Lin | on behalf of Plaintiff Brian Palomino gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com |
| Gregory S. Toma | on behalf of Interested Party Front Range-Midway Solar Project LLC gtoma@riker.com |
| Jaclynn McDonnell | on behalf of Creditor Committee Official Committee of Unsecured Creditors jmcdonnell@genovaburns.com dmendez@genovaburns.com |
| James N. Lawlor | on behalf of Creditor Ulinda Park ProjectCo Pty Ltd jlawlor@wmd-law.com |
| James N. Lawlor | on behalf of Creditor Munmorah Battery ProjectCo Pty Ltd jlawlor@wmd-law.com |
| Jeffrey A. Cooper | on behalf of Interested Party Honeywell International Inc. jcooper@rltlawfirm.com cooperatty@aol.com;rgaydos@rltlawfirm.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jennifer Hoover | on behalf of Creditor EPC Services Company jhoover@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Jennifer Hoover | on behalf of Creditor GreEnergy Resources LLC jhoover@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Jeremy M. Campana | on behalf of Creditor Ultra Corpotech Private Limited jeremy.campana@thompsonhine.com ECFDocket@thompsonhine.com |
| Jeremy M. Campana | on behalf of Creditor Ultra Corpotech Inc. jeremy.campana@thompsonhine.com ECFDocket@thompsonhine.com |
| Joanna J. Cline | on behalf of Creditor Kupono Solar LLC joanna.cline@troutman.com, monica.molitor@troutman.com;wlbank@troutman.com |
| Joanna J. Cline | on behalf of Interested Party Ameresco Inc. and Kupono Solar, LLC joanna.cline@troutman.com, monica.molitor@troutman.com;wlbank@troutman.com |
| John Pintarelli | on behalf of Creditor Mitsubishi Power Americas Inc. john.pintarelli@pillsburylaw.com |
| John Pintarelli | on behalf of Creditor Prevalon Energy LLC john.pintarelli@pillsburylaw.com |
| John S. Mairo | on behalf of Creditor Certain Funds and Accounts Managed by KKR Credit Advisors (US) LLC jmairo@gibbonslaw.com emunera@gibbonslaw.com |
| Joseph H. Lemkin | on behalf of Creditor Spark Power Renewables USA Inc. jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor THI Inc jlemkin@stark-stark.com |
| Joseph J. DiPasquale | on behalf of Interested Party Specified Technologies Inc. Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;msteen@foxrothschild.com |
| Joseph L. Schwartz | on behalf of Interested Party Front Range-Midway Solar Project LLC jschwartz@riker.com |
| Joseph L. Schwartz | on behalf of Creditor Solar Carver 3 LLC jschwartz@riker.com |
| Joseph L. Schwartz | on behalf of Creditor Solar Carver 1 LLC jschwartz@riker.com |
| Kevin J. Mangan | on behalf of Interested Party SiriusPoint America Insurance Company kevin.mangan@wbd-us.com Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com |
| Kevin J. Mangan | on behalf of Interested Party Applied Surety Underwriters kevin.mangan@wbd-us.com Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com |
| Kevin J. Mangan | on behalf of Interested Party Pennsylvania Insurance Company kevin.mangan@wbd-us.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 7 |
| Date Rcvd: Aug 07, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Kevin M. Capuzzi
    on behalf of Creditor Mainfreight Inc. kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
    on behalf of Creditor 8Loop Logistics LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
    on behalf of Creditor 8Loop Trans Inc. kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
    on behalf of Creditor Mesa Logistics Group LLC d/b/a Trivergix Group kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kyriaki Christodoulou
    on behalf of Creditor Arevon Energy Inc. kchristodoulou@cullenllp.com

Lauren Bielskie
    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Lauren M. Macksoud
    on behalf of Debtor Powin Energy Storage 2 Inc. lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com

Lauren M. Macksoud
    on behalf of Debtor Powin Energy Ontario Storage II LP lauren.macksoud@dentons.com docket.general.lit.nyc@dentons.com

Lauren M. Macksoud
    on behalf of Debtor Powin Canada B.C. Ltd. lauren.macksoud@dentons.com docket.general.lit.nyc@dentons.com

Lauren M. Macksoud
    on behalf of Debtor Powin LLC lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com

Leah Eisenberg
    on behalf of Interested Party Poblano Energy Storage LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Leah Eisenberg
    on behalf of Interested Party Poblano Energy Storage LLC, Strata Solar Services, LLC, and Strata Storage, LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Leah Eisenberg
    on behalf of Interested Party Longroad Energy Partners on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Leah Eisenberg
    on behalf of Interested Party Leeward Renewable Energy LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Leah Eisenberg
    on behalf of Interested Party DTE Electric Company leisenberg@pashmanstein.com leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Leah Eisenberg
    on behalf of Interested Party Longroad Development Company LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Lee M. Cortes, Jr
    on behalf of Interested Party Celestica LLC lee.cortes@arnoldporter.com

Lynne B. Xerras
    on behalf of Creditor El Sol Energy Storage LLC lynne.xerras@hklaw.com

Lynne B. Xerras
    on behalf of Creditor Yuma Solar Energy LLC lynne.xerras@hklaw.com

Lynne B. Xerras
    on behalf of Creditor Invenergy Storage Development LLC lynne.xerras@hklaw.com

Lynne B. Xerras
    on behalf of Creditor Invenergy LLC lynne.xerras@hklaw.com

Lynne B. Xerras
    on behalf of Creditor Invenergy Services LLC lynne.xerras@hklaw.com

Lynne B. Xerras
    on behalf of Creditor El Sol Storage Energy LLC lynne.xerras@hklaw.com

Mark S. Lichtenstein
    on behalf of Creditor Sonic Systems International LLC mark.lichtenstein@akerman.com, Reyko.delpino@akerman.com

Case 25-16137-MBK    Doc 696    Filed 08/09/25    Entered 08/10/25 00:14:40    Desc
Imaged Certificate of Notice    Page 11 of 12

| District/off: 0312-3 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Aug 07, 2025 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Matthew L. Curro | on behalf of Creditor Contemporary Amperex Technology Co. LTD mcurro@currolaw.com |
| Michael Trentin | on behalf of Creditor EDF Power Solutions Inc. mtrentin@orrick.com, ssallie@coleschotz.com;dcarnie@orrick.com |
| Michael Trentin | on behalf of Creditor EsVolta L.P. mtrentin@orrick.com, ssallie@coleschotz.com;dcarnie@orrick.com |
| Michael Trentin | on behalf of Creditor PowerFlex Systems Inc. mtrentin@orrick.com, ssallie@coleschotz.com;dcarnie@orrick.com |
| Michael P. Pompeo | on behalf of Creditor Keyframe Capital Partners L.P. michael.pompeo@faegredrinker.com, cathy.greer@faegredrinker.com |
| Natasha M. Songonuga | on behalf of Creditor Lu Pacific Properties LLC NSongonuga@archerlaw.com, ahuber@archerlaw.com |
| Nicholas Blaine Vislocky | on behalf of Creditor GLAS USA LLC nvislocky@reedsmith.com |
| Nicholas M. Gaunce | on behalf of Creditor Control Concepts Corporation dba c3controls ngaunce@eckertseamans.com nicholasmgaunce@gmail.com |
| Paul R. DeFilippo | on behalf of Creditor Ulinda Park ProjectCo Pty Ltd pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Creditor Munmorah Battery ProjectCo Pty Ltd pdefilippo@wmd-law.com |
| Richard Solow | on behalf of Creditor GLAS USA LLC rsolow@reedsmith.com rich-solow-3519@ecf.pacerpro.com |
| Richard B Harper | on behalf of Creditor Idaho Power Company richard.harper@bakerbotts.com john.mitchell@bakerbotts.com |
| Ross J. Switkes | on behalf of Creditor Ace Engineering rswitkes@shermansilverstein.com |
| Sameer Alifarag | on behalf of Creditor JMS Wind Energy LLC sameeralifarag@eversheds-sutherland.com |
| Sameer Alifarag | on behalf of Creditor Pulse Clean Energy SPV Watt Limited sameeralifarag@eversheds-sutherland.com |
| Sean J. Kirby | on behalf of Creditor SMA Solar Technology America LLC skirby@sheppardmullin.com |
| Sean M. Beach | on behalf of Interested Party Ormat Nevada Inc. bankfilings@ycst.com dlaskin@ycst.com |
| Steven Abramowitz | on behalf of Creditor Lone Star Solar LLC sabramowitz@velaw.com, mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com |
| Steven Abramowitz | on behalf of Creditor Ad Hoc Customer Group sabramowitz@velaw.com mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com |
| Steven Abramowitz | on behalf of Creditor energyRe Services LLC sabramowitz@velaw.com, mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com |
| Stuart M. Brown | on behalf of Interested Party China International Marine Containers Group Co. Ltd. stuart.brown@dlapiper.com, DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com |
| Stuart M. Brown | on behalf of Interested Party CIMC Technology Co. Ltd. stuart.brown@dlapiper.com, DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com |
| Stuart M. Brown | on behalf of Interested Party Qingdao CIMC Container Manufacture Co. Ltd. stuart.brown@dlapiper.com DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com |
| Susan Long | on behalf of Creditor Committee Official Committee of Unsecured Creditors slong@genovaburns.com |
| Turner Falk | on behalf of Creditor KCE TX 8 LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Key Capture Energy LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 7 of 7 |
| Date Rcvd: Aug 07, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Turner Falk
    on behalf of Creditor KCE NY 3 LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
    on behalf of Creditor Clean Energy Services CES LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
    on behalf of Creditor KCE TX 7 LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
    on behalf of Creditor KCE TX 2 LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Warren J. Martin, Jr.
    on behalf of Creditor Formosa Electronic Industries Inc. wjmartin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com

TOTAL: 127