| | |
|---|---|
| Tara T. LeDay | Alejandra Garcia Castro |
| Texas Bar No. 24106701 | State Bar No. 24131325 |
| Tara.Leday@huschblackwellcom | Alejandra.GarciaCastro@huschblackwell.com |
| HUSCH BLACKWELL LLP | HUSCH BLACKWELL LLP |
| 111 Congress Avenue, Suite 1400 | 1900 N. Pearl Street, Suite 1800 |
| Austin, Texas 78701 | Dallas, Texas 75201 |
| P: 512.479-1141 \| F: 512.479-1101 | P: 214.981.7053 \| F: 214.999.6170 |

**COUNSEL FOR ONE SOURCE FREIGHT SOLUTIONS**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| POWIN, LLC, *et al.*,[1] | § | Case No. 25-16137-MBK |
| | § | |
| DEBTORS. | § | (Jointly Administered) |
| | § | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that Husch Blackwell LLP, appears as counsel for One Source Freight Solutions ("OSFS"), a creditor and party in interest in this matter. OSFS requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this chapter 11 case and copies of all papers served or required to be served in this chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the following:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

**HUSCH BLACKWELL LLP**
Tara T. LeDay
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone: (512) 479-1141
Facsimile: (512) 479-1101
Email: Tara.Leday@huschblackwell.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint, or demand, motion, petition, pleading, or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002 shall not be deemed or construed to be a waiver of any of the rights of OSFS, including, without limitation, to (i) have final orders in non-core matters entered only after de novo review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which OSFS may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August 11, 2025

Respectfully Submitted,

HUSCH BLACKWELL LLP

By: */s/ Tara T. LeDay*
    Tara T. LeDay
    Texas Bar No. 24106701
    111 Congress Ave., Suite 1400
    Austin, TX 78701
    Tel:   512-479-1141
    Fax: 512-479-1101
    Email:  tara.leday@huschblackwell.com

-and-

HUSCH BLACKWELL LLP
Alejandra Garcia Castro
Texas Bar No. 24131325
1900 N. Pearl, Suite 1800
Dallas, Texas 75201
(214) 999-6100 (Telephone)
(214) 999-6170 (Facsimile)
Email: Alejandra.garciacastro@huschblackwell.com

**COUNSEL FOR ONE SOURCE FREIGHT SOLUTIONS**