**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br>　　　　Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**SUPPLEMENTAL NOTICE OF POTENTIALLY ASSUMED EXECUTORY**
**CONTRACTS AND UNEXPIRED LEASES**

> YOU ARE RECEIVING THIS NOTICE BECAUSE YOU
> OR ONE OF YOUR AFFILIATES ARE A COUNTERPARTY TO AN
> EXECUTORY CONTRACT OR UNEXPIRED LEASE WITH ONE OR MORE
> OF THE DEBTORS AS SET FORTH ON **EXHIBIT A** ATTACHED HERETO.

**PLEASE TAKE NOTICE** that, on July 17, 2025, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Order (I) Designating a Stalking Horse Bidder and Approving Stalking Horse Bidder Protections, (II) Approving Bidding Procedures by Which Interested Parties May Bid and an Auction Sale Format in Connection With the Sale of Substantially All of the Debtors' Assets, (III) Approving Form of Asset Purchase Agreement, (IV) Approving Form of Notice to be Provided to Interested Parties, (V) Authorizing the Assumption and Assignment of Assumed Contracts and Notice Procedures Thereto, (VI) Scheduling a Court Hearing to Consider Approval of the Sale to the Highest and Best Bidder, and (VII) Authorizing the Sale of the Debtors' Property Free and Clear of All Causes of Action and Claims* [Docket No. 413] (the "Bidding Procedures Order") in the chapter 11 cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"). The bidding procedures (the "Bidding Procedures") were attached to the Bidding Procedures Order as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that, on July 18, 2025, pursuant to the Bidding Procedures Order, the Debtors filed and served the *Notice of Potentially Assumed Executory Contracts and Unexpired Leases* [Docket No. 446], which included a list of potentially assigned contracts or agreements attached thereto as Exhibit A (the "Initial List of Potentially Assigned Contracts").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

**PLEASE TAKE FURTHER NOTICE** that on July 30, 2025, the Debtors conducted the Auction[2] in accordance with the Bidding Procedures. Following the Auction, the Debtors filed the *Notice of Winning Bidders* [Docket No. 591], declaring FlexGen Power Systems, LLC ("FlexGen") as the Winning Bidder for the Purchased Assets (as defined in the FlexGen Asset Purchase Agreement, attached as Exhibit B to the *Notice of Winning Bidders*).

**PLEASE TAKE FURTHER NOTICE** that the Court held a Sale Hearing on August 6, 2025, and approved the Sale Transaction to FlexGen. The Debtors will soon submit an updated proposed order approving the sale.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures and the terms of FlexGen's Bid, the Debtors hereby file and provide notice of additional contracts and agreements to be added to the Initial List of Potentially Assigned Contracts, as reflected on **Exhibit A** attached hereto. The Debtors may assume and assign to FlexGen the contracts or agreements listed on **Exhibit A** to which you are a counterparty. The Debtors have conducted a review of their books and records and have determined that the cure payments ("Cure Payments") for unpaid monetary obligations under such contracts is as set forth on **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that if you disagree with the proposed Cure Payments, object to a proposed assignment to FlexGen of any Contract, or dispute the ability of FlexGen to provide adequate assurance of future performance with respect to any Contract, your objection must: (a) be in writing; (b) comply with the applicable provisions of the Bankruptcy Rules, Local Bankruptcy Rules, and any order governing the administration of these chapter 11 cases; (c) state with specificity the nature of the objection and, if the objection pertains to the proposed Cure Payments, state the correct Cure Payments alleged to be owed to the objecting contract counterparty, together with any applicable and appropriate documentation in support thereof; and (d) be filed with the Court and served and actually received no later than **August 21, 2025 at 5:00 p.m. (EST)** (the "Objection Deadline") by (i) the Debtors, (ii) the Office of the United States Trustee for the District of New Jersey, (iii) counsel to the official committee of unsecured creditors appointed in these chapter 11 cases, (iv) FlexGen, and (v) any other party that has filed a notice of appearance in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that, given that the Debtors and FlexGen intend to close the Sale Transaction prior to the Objection Deadline, the Debtors, through their advisors, are in the process of contacting each of the individual counterparties listed on **Exhibit A** to discuss proposed Cure Payments and any potential objections to the assumption and assignment of contracts to FlexGen. **Thus, the Debtors encourage you to contact Uzzi & Lall at (646) 992-9582 or rfakih@uzzilall.com and dinterieri@uzzilall.com as soon as possible to discuss any proposed Cure Payments and the assumption and assignment of contracts to FlexGen**. The Debtors will determine, in their business judgment, how to address any remaining open issues concerning assumption and assignment of contracts to FlexGen, subject to the consent of FlexGen and otherwise in accordance with the FlexGen Asset Purchase Agreement (as may be modified or amended in accordance with its terms).

---

[2] Capitalized terms not otherwise defined herein shall have the meaning provided in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that if no objection to (a) the Cure Payments, (b) the proposed assignment and assumption of any Contract, or (c) adequate assurance of FlexGen's ability to perform is filed by the Objection Deadline, then (i) you will be deemed to have stipulated that the Cure Payments as determined by the Debtors are correct, (ii) you will be forever barred, estopped, and enjoined from asserting any additional Cure Payments are due under the Contract, and (iii) you will be forever barred, estopped, and enjoined from objecting to such proposed assignment to FlexGen on the grounds that FlexGen has not provided adequate assurance of future performance as of the closing date of the Sale Transaction.

**PLEASE THAT FURTHER NOTICE** that, notwithstanding anything herein, the mere listing of any Contract on this Supplemental Assumption Notice does not require or guarantee that such Contract will be assumed by the Debtors at any time or assumed and assigned, and all rights of the Debtors and FlexGen with respect to such Contracts are reserved. Moreover, the Debtors explicitly reserve the right, in their reasonable discretion, to seek to reject or assume each Contract pursuant to section 365(a) of the Bankruptcy Code and in accordance with the procedures allowing the Debtors and/or FlexGen, as applicable, to designate any Contract as either rejected or assumed on a post-closing basis.

**PLEASE TAKE FURTHER NOTICE** that, nothing herein (a) alters in any way the prepetition nature of the Contracts or the validity, priority, or amount of any claims of a counterparty to any Contract against the Debtors that may arise under such Contract, (b) creates a postpetition contract or agreement, or (c) elevates to administrative expense priority any claims of a counterparty to any Contract against the Debtors that may arise under such Contract.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures Order or any other documents in the Debtors' chapter 11 cases are available upon request to Verita Global by calling (866) 507-8031 (U.S./Canada) or (781) 575-2122 (international); (b) by visiting the Debtors restructuring website at https://www.veritaglobal.net/powin; or (c) for a fee via PACER by visiting http://www.njd.uscourts.gov.

[*Signature page to follow*]

| | |
|---|---|
| Dated: August 11, 2025 | **DENTONS US LLP** |

*/s/ Lauren Macksoud*
Lauren Macksoud (admitted)
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912-7100
Facsimile: (973) 912-7199
Email: lauren.macksoud@dentons.com

Tania M. Moyron (admitted pro hac vice)
Van C. Durrer, II (admitted pro hac vice)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email: tania.moyron@dentons.com
         van.durrer@dentons.com

John D. Beck (pro hac vice pending)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email: john.beck@dentons.com

- and –

**TOGUT, SEGAL & SEGAL LLP**
Frank A. Oswald (admitted)
550 Broad Street, Suite 1508
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted pro hac vice)
Amanda C. Glaubach (admitted pro hac vice)
Eitan Blander (admitted pro hac vice)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email: altogut@teamtogut.com
         aglaubach@teamtogut.com
         eblander@teamtogut.com

*Proposed Counsel for Debtors and Debtors-in-Possession*

# **EXHIBIT A**

| # | Debtor | Counter Party | Proposed Cure Payment Amount | List of Contracts |
|---|--------|---------------|------------------------------|-------------------|
| 1 | Powin LLC | AgGrid | - | 1. AgGrid (Powin cloud data analysis tool) |
| 2 | Powin LLC | Articulate | - | 1. Articulate360 (eLearning for customers) |
| 3 | Powin LLC | Arm | - | 1. Keil MDK (Integrated development environment) |
| 4 | Powin LLC | Atlassian | - | 1. Atlas (Project Management); 2. Atlassian Assist; 3. Atlassian Guard (Product Security); 4. Bitbucket (Development); 5. Bitbucket Build Additions; 6. Confluence (Knowledge and Documentation Library and Project Management); 7. Jira Product Discovery; 8. Jira Service Management (Service Management); 9. Jira Software (Project Management); 10. Jira Toolkit Plugin; 11. Trello (Task Management) |
| 5 | Powin LLC | AWS | $24,873 | 1. CT-Organization Account [292137719926]; 2. AFTManagement [535762430512]; 3. Archive - WWWAdmin [372067183721]; 4. IT - IT Operations [919998578947]; 5. Lab - Sandbox Account [539827714194]; 6. Lab - Site Simulation [637423352956]; 7. NonProd - aidev [730335624458]; 8. NonProd - Bedrock Sandbox [448049814862]; 9. NonProd - Cloud Management QAS [887633165396]; 10. NonProd - DataBricks Development [905418256850]; 11. NonProd - DataBricks Staging [905418308382]; 12. NonProd - DevQA [019300706542]; 13. NonProd - DevData Sandbox [471112616849]; 14. NonProd - DevOps Sandbox [533267421088]; 15. NonProd - Nops CM Management [302263067851]; 16. NonProd - Project Success [447659687157]; 17. Prod - ai Prod [536697223878]; 18. Prod - AWS Biz Data [741348618638]; 19. Prod - Data Powin [666165881743]; 20. Prod - DataBricks Production [654654596668]; 21. Prod - Powin Apps [476268248180]; 22. Prod - Powin Cloud Production [032278752466]; 23. Security - Audit [827704142006]; 24. Security - Log Archive [824388945158]; 25. Shared Services - AWS Infra Management [749373366383]; 26. Shared Services - Shared Services Account [180300777758] |
| 6 | Powin LLC | Axelliant | $169,467 | 1. Axelliant (Microsoft 365 license) |
| 7 | Powin LLC | Azure | - | 1. EntraID |
| 8 | Powin LLC | BeyondTrust | - | 1. BeyondTrust Endpoint Privilege Management (Endpoint security); 2. BeyondTrust Privileged Remote Access (USA) (Remote support for customer sites); 3. BeyondTrust Privileged Remote Access (AUS) (Remote support for customer sites); 4. BeyondTrust Remote Support (Remote support for Powin endpoints) |
| 9 | Powin LLC | BUSMASTER | - | 1. BUSMASTER (Simulate, analyze and test data bus systems such as CAN, LIN) |
| 10 | Powin LLC | Cato Networks | - | 1. Cato Client (VPN) |
| 11 | Powin LLC | Comcast | $1,995 | 1. Comcast (Internet circuit at Tualatin) |
| 12 | Powin LLC | Databricks | - | 1. Databricks (Machine learning data platform) |
| 13 | Powin LLC | Docker | - | 1. Docker Desktop (Hybrid toolkit to build, share, and run applications) |
| 14 | Powin LLC | etap | - | 1. etap Electric Analyzer Program (Software for energy management, monitoring, and automation) |
| 15 | Powin LLC | GCAN | - | 1. ECAN Tools (CAN monitor for use with GCAN hardware) |
| 16 | Powin LLC | GitHub | - | 1. GitHub |
| 17 | Powin LLC | GoDaddy | - | 1. GoDaddy (Web domain registration service) |
| 18 | Powin LLC | Jamf | $15,895 | 1. Jamf (MacOS & iOS Management tools) |

| # | Entity | Vendor | Amount | Description |
|---|---|---|---|---|
| 19 | Powin LLC | JFrog | - | 1. Artifactory (Repository for artifacts, containers, bins, and other engineering assets) |
| 20 | Powin LLC | LinkedIn | $63,682 | 1. Career Pages - SMB; 2. Jobs Dashboard Manager; 3. LinkedIn (Training and recruiting website); 4. LinkedIn Learning (Training and recruiting website) |
| 21 | Powin LLC | LogMeIn | - | 1. LastPass (Password Management) |
| 22 | Powin LLC | Matrix Networks (Cato) | $36,739 | 1. Managed network services |
| 23 | Powin LLC | MCPC | $105,941 | 1. MCPC (Managed asset services (laptops, servers)) |
| 24 | Powin LLC | Metro Access Control | $3,132 | 1. Metro Access Control (Door key card security vendor) |
| 25 | Powin LLC | Microsoft | - | 1. Bookings (M365) (Scheduling and managing appointments); 2. Clipchamp (M365) (Make and edit videos); 3. Defender for O365 (plan 1); 4. Defender for O365 (plan 2); 5. Delve (M365) (Personal insights and relevant information on work and coworkers); 6. Excel (Spreadsheets); 7. Forms (M365) (Surveys, quizzes, forms); 8. Hyper-V (Create and use virtual machines locally); 9. Kaizala (M365) (Mobile chat app for work); 10. Lists (M365) (Customizable lists); 11. Loop (M365) (Think, plan, and create collaboratively); 12. M365 Audio Conferencing; 13. M365 Business Basic; 14. M365 Business Standard; 15. M365 E1; 16. M365 E3; 17. M365 E5; 18. M365 F1; 19. M365 Internation Calling Plan; 20. Microsoft Authenticator; 21. Microsoft Edge; 22. Microsoft Project; 23. O365 E1; 24. OneDrive; 25. OneNote; 26. Outlook; 27. Outlook Calendar; 28. People (Outlook Contacts); 29. Planner (M365); 30. Power Apps; 31. Power Automate; 32. Power Automate Per User Plan; 33. Power BI; 34. Power BI Pro; 35. Power Pages; 36. PowerPoint; 37. Project Online Essentials; 38. Project Plan 3; 39. SharePoint; 40. Stream (M365); 41. Sway (M365); 42. Team Domestic Calling Plan; 43. Teams; 44. Teams Premium; 45. Teams Room Pro; 46. To Do (M365); 47. Visio; 48. Visio Plan 2; 49. Viva (M365); 50. Viva Connections (M365); 51. Viva Engage (M365); 52. Viva Insights; 53. Viva Insights (M365); 54. Viva Learning (M365); 55. VSCode; 56. Whiteboard (M365); 57. Word |
| 26 | Powin LLC | Modbus Tools | - | 1. Modbus Poll |
| 27 | Powin LLC | MSYS2 | - | 1. MSYS2 (MinGW GCC Compiler for Windows) |
| 28 | Powin LLC | Oracle | $22,578 | 1. NetSuite; 2. NetSuite OLD (5053228); 3. NetSuite Production 2024 (6950795); 4. NetSuite Production 2025; 5. NetSuite Sandbox 1 (6950795_SB1); 6. NetSuite Sandbox 3 (6950795_SB3) |
| 29 | Powin LLC | PEAK-System | - | 1. PCAN-View (CAN monitor for use with PCAN hardware) |
| 30 | Powin LLC | Procore | - | 1. Procore Project Execution |
| 31 | Powin LLC | PTC | $377,302 | 1. Arena - NetSuite Bi-Directional User; 2. Arena API Integration License; 3. Arena PLM; 4. Arena QMS; 5. Arena Read Only User License; 6. Arena Read / Write User License; 7. Arena SAS-ACU; 8. Arena Training Users; 9. Supplier Access User License |
| 32 | Powin LLC | Salesforce | - | 1. Slack (Collaboration Software) |
| 33 | Powin LLC | SEGGER | - | 1. J-Link (Programming and debugging) |
| 34 | Powin LLC | Splunk | - | 1. Splunk (Data monitoring and analytics platform) |
| 35 | Powin LLC | SRecord | - | 1. SRecord (EPROM load file tool) |
| 36 | Powin LLC | Starlink | - | 1. Starlink (Internet services for Mesa AZ facility) |
| 37 | Powin LLC | SweetHawk | - | 1. Notify (Audible browser notifications triggered by Zendesk) |

| | | | | |
|---|---|---|---|---|
| 38 | Powin LLC | TeamViewer | $29,500 | 1. TeamViewer (Remote support tool) |
| 39 | Powin LLC | Total Phase | - | 1. Komodo GUI Software (CAN monitor for use with Komodo CAN hardware) |
| 40 | Powin LLC | Verkada | - | 1. Verkada (Security cameras) |
| 41 | Powin LLC | Vimeo | - | 1. Vimeo |
| 42 | Powin LLC | VMware | - | 1. VMware vSphere (Support 2FA for on-prem access to PST / HMI using RSA) |
| 43 | Powin LLC | Vonage | - | 1. Vonage |
| 44 | Powin LLC | WP Engine | - | 1. WP Engine |
| 45 | Powin LLC | Zendesk | $1,802 | 1. Zendesk (User facing ticket management); 2. Zendesk Talk |
| 46 | Powin LLC | Ziply Fiber | $414 | 1. Ziply Fiber (Internet circuit at Tualatin) |
| 47 | Powin LLC | Zone & Co | - | 1. Tactical Connect (BI connector from NetSuite to external tools) |
| 48 | Powin LLC | Zuper | $93,420 | 1. Zuper (Field service management software) |