| Interested Party | Disclosure | % of Gross Receipts for 2024 |
|---|---|---|
| Zurich American Insurance Company | former client; terminated as of 1/23/2025; attorney no longer with firm | 0.00% |
| Verizon | former client; terminated as of 3/31/2016 | 0.00% |
| Willis Towers Watson | former client; terminated as of 10/7/2020 | 0.00% |
| Aon Consulting | former client; terminated 1/15/2019 | less than 0.05% |
| Aon Risk Services Central, Inc. | NO DIRECT HIT; CAUTIONARY DISCLOSURE | 0.00% |
| AT&T | former client; terminated 8/1/2022 | 0.00% |
| Capgemini America Inc. | former client | less than 0.01% |
| Indeed, inc. | former client | 0.00% |
| The Prudential Insurance Company of America | former client; terminated as of 11/18/2024 | 0.00% |