| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY ||
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Susan A. Long, Esq.<br>Jaclynn N. McDonnell, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>slong@genovaburns.com<br>jmcdonnell@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 533-0777<br>Fax: (973) 814-4045<br><br>*Proposed Co-Counsel for the Official Committee of Unsecured Creditors* | **BROWN RUDNICK LLP**<br>Robert J. Stark, Esq.<br>Jeffrey L. Jonas, Esq.<br>Bennett S. Silverberg, Esq.<br>Kenneth J. Aulet, Esq.<br>rstark@brownrudnick.com<br>jjonas@brownrudnick.com<br>bsilverberg@brownrudnick.com<br>kaulet@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>Eric R. Goodman, Esq.<br>601 Thirteenth Street NW Suite 600<br>Washington, DC 20005<br>Tel: (202) 536-1740<br>egoodman@brownrudnick.com<br><br>*Proposed Co-Counsel for the Official Committee of Unsecured Creditors* |
| In re:<br><br>POWIN, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 25-16137 (MBK)<br>(Jointly Administered)<br><br>Judge: Hon. Michael B. Kaplan<br><br>Re: Docket No. 528 |

**SUPPLEMENTAL DECLARATION OF BENNETT S. SILVERBERG, ESQ.
IN SUPPORT OF THE APPLICATION FOR ORDER AUTHORIZING
THE EMPLOYMENT AND RETENTION OF BROWN RUDNICK LLP AS CO-
COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF POWIN, LLC, ET AL., *NUNC PRO TUNC* TO JUNE 27, 2025**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue, Tualatin, OR 97062.

Pursuant to 28 U.S.C. § 1746, I, Bennett S. Silverberg, hereby declare:

1. I am an attorney admitted to practice in the jurisdiction of New York and am a partner of the law firm Brown Rudnick LLP ("Brown Rudnick"), which maintains an office at Seven Times Square, New York, NY 10036.

2. I submit this Supplemental Declaration (the "Supplemental Declaration") in response to certain questions raised by the United States Trustee following Brown Rudnick's submission of its *Application for Order Authorizing the Employment and Retention of Brown Rudnick LLP as Co-Counsel for the Official Committee of Unsecured Creditors of Powin, LLC, et al., Nunc Pro Tunc to June 27, 2025* (the "Application") [Docket No. 528] and my original declaration in support thereof (the "Original Declaration") [Ex. B to Docket No. 528].[2]

3. Except as otherwise indicated herein, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

## SUPPLEMENTAL DECLARATION

4. The United States Trustee has requested that Brown Rudnick disclose the identities, titles and rates of the principal Firm professionals working on these Chapter 11 cases on behalf of the Committee. This information is summarized in the following table. Additional timekeepers may be added to this engagement based upon the evolving needs of the Committee and these Chapter 11 cases.

| Name | Title | Rate |
|---|---|---|
| Stark, Robert J. | Partner | $2,450 |
| Silverberg, Bennett S. | Partner | $1,980 |
| Tyrrell, Steven A. | Partner | $1,905 |
| Aulet, Kenneth | Partner | $1,725 |
| Levine, Steven B. | Partner | $1,645 |
| Sachs, Daniel L. | Counsel | $1,285 |

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application or the Original Declaration, as applicable.

2

| Charles, Jennifer I. | Partner | $1,100 |
| --- | --- | --- |
| Turner, Nancy H. | Associate | $1,000 |
| Sawyer, Matthew A. | Associate | $985 |
| DeOliveira, Maria L. | Associate | $825 |
| Liong, Jessica Y. | Associate | $685 |
| Kahn, Samuel B. | Associate | $685 |
| Soliman, Madelyn A. | Paralegal | $510 |
| Collins, Jack | Paralegal | $400 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: August 14, 2025

                                            /s/ *Bennett S. Silverberg*
                                            Bennett S. Silverberg