| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Vedder Price P.C.<br>Courtney M. Brown, Esq.<br>1633 Broadway, 31st Floor<br>New York, New York 10019<br>Tel: (212) 407-7700<br>Fax: (212) 407-7799<br>Email: cmbrown@vedderprice.com<br><br>*Counsel to Mitsubishi Electric Power Products, Inc.* | Order Filed on August 13, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>POWIN, LLC, *et al.,*<br><br>     Debtor. | Case No.: 25-16137-MBK<br><br>Adv. No.: _____<br><br>Chapter: 11<br><br>Judge: Hon. Michael B. Kaplan |

## ORDER FOR ADMISSION PRO HAC VICE

The relief set forth on the following page is **ORDERED**.

**DATED: August 13, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that       Max DuVal       be permitted to appear
_____

pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt.  Only an attorney at law of this Court may sign and file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders. Unless otherwise permitted by the Court, local counsel must attend all hearings and proceedings before the Court, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J.  L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further  ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-16137-MBK |
| Powin, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 7 |
| Date Rcvd: Aug 13, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2025:**

**Recip ID      Recipient Name and Address**
db            + Powin, LLC, 20550 SW 115th Avenue, Tualatin, OR 97062-6857

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 15, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2025 at the address(es) listed below:

**Name                Email Address**

Alan J. Brody
    on behalf of Interested Party Stem Inc. brodya@gtlaw.com, alan-brody-2138@ecf.pacerpro.com

Anne B. Sekel
    on behalf of Creditor AMP Solar US Services LLC  n/k/a PureSky US Services LLC asekel@foley.com, jnicholson@foley.com;jlee@foley.com

Arthur Abramowitz
    on behalf of Creditor Ace Engineering aabramowitz@shermansilverstein.com  jbaugh@shermansilverstein.com

Barbra Rachel Parlin
    on behalf of Creditor El Sol Energy Storage LLC barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barbra Rachel Parlin
    on behalf of Creditor Invenergy Storage Development LLC barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 7 |
| Date Rcvd: Aug 13, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Barbra Rachel Parlin
    on behalf of Creditor Arizona Storage Development LLC barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barbra Rachel Parlin
    on behalf of Creditor Invenergy LLC barbra.parlin@hklaw.com,
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barbra Rachel Parlin
    on behalf of Creditor Yuma Solar Energy LLC barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barbra Rachel Parlin
    on behalf of Creditor Invenergy Services LLC barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barbra Rachel Parlin
    on behalf of Creditor MG HR S de R.L. de C.V. barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barbra Rachel Parlin
    on behalf of Creditor El Sol Storage Energy LLC barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Blake Denton
    on behalf of Creditor FlexGen Power Systems LLC blake.denton@lw.com

Boaz Cohen
    on behalf of Creditor Hitachi Energy Power Conversion Solutions Spain S.L., f/k/a Experience Knowledge Strategy, S.L.
    bcohen@kramerlevin.com

Boaz Cohen
    on behalf of Creditor Hitachi Energy Ltd bcohen@kramerlevin.com

Boaz Cohen
    on behalf of Creditor Hitachi Energy Power Conversion Solutions S.L.U., f/k/a Experience Knowledge Strategy, S.L.
    bcohen@kramerlevin.com

Brett S. Theisen
    on behalf of Creditor GLAS USA LLC btheisen@gibbonslaw.com nmitchell@gibbonslaw.com

Cameron Deane
    on behalf of Creditor Toyota Industries Commercial Finance Inc. cdeane@weltman.com

Courtney Brown
    on behalf of Creditor Mitsubishi Electric Power Products Inc. cmbrown@vedderprice.com,
    ecfnydocket@vedderprice.com,courtney-brown-3667@ecf.pacerpro.com

Daniel Harris
    on behalf of Interested Party BHER Ravenswood Solar 1 LLC dharris@coleschotz.com, ddelehanty@coleschotz.com

Daniel Stolz
    on behalf of Creditor Committee Official Committee of Unsecured Creditors dstolz@genovaburns.com
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel C Fleming
    on behalf of Creditor ORR Protection Systems Inc. dfleming@wongfleming.com, sshalloo@wongfleming.com

David A. Pisciotta
    on behalf of Creditor GLAS USA LLC dpisciotta@reedsmith.com
    david-pisciotta-4680@ecf.pacerpro.com;docketingecfnyc@reedsmith.com

David E. Sklar
    on behalf of Interested Party DTE Electric Company dsklar@pashmanstein.com
    lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David E. Sklar
    on behalf of Interested Party Poblano Energy Storage LLC, Strata Solar Services, LLC, and Strata Storage, LLC
    dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David E. Sklar
    on behalf of Interested Party Longroad Development Company LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC,
    and Sun Streams Expansion, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David E. Sklar
    on behalf of Interested Party Longroad Energy Partners on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun
    Streams Expansion, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David E. Sklar
    on behalf of Interested Party Poblano Energy Storage LLC dsklar@pashmanstein.com,
    lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David E. Sklar

Case 25-16137-MBK    Doc 747    Filed 08/15/25    Entered 08/16/25 00:18:33    Desc
Imaged Certificate of Notice    Page 5 of 9

| District/off: 0312-3 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Aug 13, 2025 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Interested Party Leeward Renewable Energy LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

Deanna Boll

on behalf of Creditor Apex Clean Energy Holdings LLC dboll@mwe.com, dnorthrop@mwe.com

Donald W Clarke

on behalf of Creditor Committee Official Committee of Unsecured Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Douglas J. McGill

on behalf of Creditor Bergstrom Inc. dmcgill@webbermcgill.com

Felice R. Yudkin

on behalf of Interested Party BHER Ravenswood Solar 1 LLC fyudkin@coleschotz.com, fpisano@coleschotz.com

Frank A. Oswald

on behalf of Defendant Powin Energy Operating Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com

Frank A. Oswald

on behalf of Debtor Powin Energy Operating LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com

Frank A. Oswald

on behalf of Defendant Powin LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com

Frank A. Oswald

on behalf of Debtor Powin Project LLC frankoswald@teamtogut.com seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com

Frank A. Oswald

on behalf of Debtor Powin Energy Ontario Storage LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com

Frank A. Oswald

on behalf of Debtor Powin China Holdings 1 LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com

Frank A. Oswald

on behalf of Debtor Powin Energy Operating Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com

Frank A. Oswald

on behalf of Debtor Powin LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com

Frank A. Oswald

on behalf of Debtor Powin China Holdings 2 LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com

Frank A. Oswald

on behalf of Defendant Powin Energy Operating LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com

Frank A. Oswald

on behalf of Debtor PEOS Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com

Frank A. Oswald

on behalf of Debtor Charger Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com

Frank A. Oswald

on behalf of Attorney Togut Segal & Segal LLP frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;gquist@teamtogut.com;bkotliar@teamtogut.com;acarlin@teamtogut.com;eblander@teamtogut.com

Franklin Barbosa, Jr

on behalf of Creditor CS Energy LLC fb@spsk.com, clm@spsk.com

Case 25-16137-MBK    Doc 747    Filed 08/15/25    Entered 08/16/25 00:18:33    Desc
Imaged Certificate of Notice    Page 6 of 9

| District/off: 0312-3 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Aug 13, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Gail C. Lin
on behalf of Plaintiff Brian Palomino gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com

Gregory S. Toma
on behalf of Interested Party Front Range-Midway Solar Project LLC gtoma@riker.com

Jaclynn McDonnell
on behalf of Creditor Committee Official Committee of Unsecured Creditors jmcdonnell@genovaburns.com dmendez@genovaburns.com

James N. Lawlor
on behalf of Creditor Munmorah Battery ProjectCo Pty Ltd jlawlor@wmd-law.com

James N. Lawlor
on behalf of Creditor Ulinda Park ProjectCo Pty Ltd jlawlor@wmd-law.com

Jeffrey A. Cooper
on behalf of Interested Party Honeywell International Inc. jcooper@rltlawfirm.com cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey M. Sponder
on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Jennifer Hoover
on behalf of Creditor EPC Services Company jhoover@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jennifer Hoover
on behalf of Creditor GreEnergy Resources LLC jhoover@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jeremy M. Campana
on behalf of Creditor Ultra Corpotech Inc. jeremy.campana@thompsonhine.com ECFDocket@thompsonhine.com

Jeremy M. Campana
on behalf of Creditor Ultra Corpotech Private Limited jeremy.campana@thompsonhine.com ECFDocket@thompsonhine.com

Joanna J. Cline
on behalf of Creditor Kupono Solar LLC joanna.cline@troutman.com, monica.molitor@troutman.com;wlbank@troutman.com

Joanna J. Cline
on behalf of Interested Party Ameresco Inc. and Kupono Solar, LLC joanna.cline@troutman.com, monica.molitor@troutman.com;wlbank@troutman.com

John Pintarelli
on behalf of Creditor Mitsubishi Power Americas Inc. john.pintarelli@pillsburylaw.com

John Pintarelli
on behalf of Creditor Prevalon Energy LLC john.pintarelli@pillsburylaw.com

John S. Mairo
on behalf of Creditor Certain Funds and Accounts Managed by KKR Credit Advisors (US) LLC jmairo@gibbonslaw.com emunera@gibbonslaw.com

Joseph H. Lemkin
on behalf of Creditor Spark Power Renewables USA Inc. jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor THI Inc jlemkin@stark-stark.com

Joseph J. DiPasquale
on behalf of Interested Party Specified Technologies Inc. Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;msteen@foxrothschild.com

Joseph L. Schwartz
on behalf of Creditor Solar Carver 1 LLC jschwartz@riker.com

Joseph L. Schwartz
on behalf of Interested Party Front Range-Midway Solar Project LLC jschwartz@riker.com

Joseph L. Schwartz
on behalf of Creditor Solar Carver 3 LLC jschwartz@riker.com

Kevin J. Mangan
on behalf of Interested Party Pennsylvania Insurance Company kevin.mangan@wbd-us.com Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Kevin J. Mangan
on behalf of Interested Party Applied Surety Underwriters kevin.mangan@wbd-us.com Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Kevin J. Mangan
on behalf of Interested Party SiriusPoint America Insurance Company kevin.mangan@wbd-us.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 7 |
| Date Rcvd: Aug 13, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Kevin M. Capuzzi
on behalf of Creditor 8Loop Logistics LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor 8Loop Trans Inc. kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor Mainfreight Inc. kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor Mesa Logistics Group LLC d/b/a Trivergix Group kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kyriaki Christodoulou
on behalf of Creditor Arevon Energy Inc. kchristodoulou@cullenllp.com

Lauren Bielskie
on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Lauren M. Macksoud
on behalf of Debtor Powin Energy Ontario Storage II LP lauren.macksoud@dentons.com docket.general.lit.nyc@dentons.com

Lauren M. Macksoud
on behalf of Debtor Powin LLC lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com

Lauren M. Macksoud
on behalf of Debtor Powin Energy Storage 2 Inc. lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com

Lauren M. Macksoud
on behalf of Debtor Powin Canada B.C. Ltd. lauren.macksoud@dentons.com docket.general.lit.nyc@dentons.com

Leah Eisenberg
on behalf of Interested Party Longroad Development Company LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Leah Eisenberg
on behalf of Interested Party Poblano Energy Storage LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Leah Eisenberg
on behalf of Interested Party Longroad Energy Partners on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Leah Eisenberg
on behalf of Interested Party Poblano Energy Storage LLC, Strata Solar Services, LLC, and Strata Storage, LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Leah Eisenberg
on behalf of Interested Party Leeward Renewable Energy LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Leah Eisenberg
on behalf of Interested Party DTE Electric Company leisenberg@pashmanstein.com leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Lee M. Cortes, Jr
on behalf of Interested Party Celestica LLC lee.cortes@arnoldporter.com

Lynne B. Xerras
on behalf of Creditor Invenergy Services LLC lynne.xerras@hklaw.com

Lynne B. Xerras
on behalf of Creditor El Sol Energy Storage LLC lynne.xerras@hklaw.com

Lynne B. Xerras
on behalf of Creditor Invenergy Storage Development LLC lynne.xerras@hklaw.com

Lynne B. Xerras
on behalf of Creditor Invenergy LLC lynne.xerras@hklaw.com

Lynne B. Xerras
on behalf of Creditor El Sol Storage Energy LLC lynne.xerras@hklaw.com

Lynne B. Xerras
on behalf of Creditor Yuma Solar Energy LLC lynne.xerras@hklaw.com

Mark S. Lichtenstein
on behalf of Creditor Sonic Systems International LLC mark.lichtenstein@akerman.com, Reyko.delpino@akerman.com

Case 25-16137-MBK    Doc 747    Filed 08/15/25    Entered 08/16/25 00:18:33    Desc
Imaged Certificate of Notice    Page 8 of 9

| District/off: 0312-3 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Aug 13, 2025 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Matthew L. Curro | on behalf of Creditor Contemporary Amperex Technology Co. LTD mcurro@currolaw.com |
| Max DuVal | on behalf of Creditor Mitsubishi Electric Power Products Inc. mduval@vedderprice.com |
| Michael Trentin | on behalf of Creditor EDF Power Solutions Inc. mtrentin@orrick.com, ssallie@coleschotz.com;dcarnie@orrick.com |
| Michael Trentin | on behalf of Creditor PowerFlex Systems Inc. mtrentin@orrick.com, ssallie@coleschotz.com;dcarnie@orrick.com |
| Michael Trentin | on behalf of Creditor EsVolta L.P. mtrentin@orrick.com, ssallie@coleschotz.com;dcarnie@orrick.com |
| Michael P. Pompeo | on behalf of Creditor Keyframe Capital Partners L.P. michael.pompeo@faegredrinker.com, cathy.greer@faegredrinker.com |
| Natasha M. Songonuga | on behalf of Creditor Lu Pacific Properties LLC NSongonuga@archerlaw.com, ahuber@archerlaw.com |
| Nicholas Blaine Vislocky | on behalf of Creditor GLAS USA LLC nvislocky@reedsmith.com |
| Nicholas M. Gaunce | on behalf of Creditor Control Concepts Corporation dba c3controls ngaunce@eckertseamans.com nicholasmgaunce@gmail.com |
| Paul R. DeFilippo | on behalf of Creditor Munmorah Battery ProjectCo Pty Ltd pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Creditor Ulinda Park ProjectCo Pty Ltd pdefilippo@wmd-law.com |
| Richard Solow | on behalf of Creditor GLAS USA LLC rsolow@reedsmith.com rich-solow-3519@ecf.pacerpro.com |
| Richard B Harper | on behalf of Creditor Idaho Power Company richard.harper@bakerbotts.com john.mitchell@bakerbotts.com |
| Ross J. Switkes | on behalf of Creditor Ace Engineering rswitkes@shermansilverstein.com |
| Sameer Alifarag | on behalf of Creditor JMS Wind Energy LLC sameeralifarag@eversheds-sutherland.com |
| Sameer Alifarag | on behalf of Creditor Pulse Clean Energy SPV Watt Limited sameeralifarag@eversheds-sutherland.com |
| Sean J. Kirby | on behalf of Creditor SMA Solar Technology America LLC skirby@sheppardmullin.com |
| Sean M. Beach | on behalf of Interested Party Ormat Nevada Inc. bankfilings@ycst.com dlaskin@ycst.com |
| Steven Abramowitz | on behalf of Creditor Ad Hoc Customer Group sabramowitz@velaw.com mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com |
| Steven Abramowitz | on behalf of Creditor energyRe Services LLC sabramowitz@velaw.com, mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com |
| Steven Abramowitz | on behalf of Creditor Lone Star Solar LLC sabramowitz@velaw.com, mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com |
| Stuart M. Brown | on behalf of Interested Party Qingdao CIMC Container Manufacture Co. Ltd. stuart.brown@dlapiper.com DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com |
| Stuart M. Brown | on behalf of Interested Party China International Marine Containers Group Co. Ltd. stuart.brown@dlapiper.com, DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com |
| Stuart M. Brown | on behalf of Interested Party CIMC Technology Co. Ltd. stuart.brown@dlapiper.com, DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com |
| Susan Long | on behalf of Creditor Committee Official Committee of Unsecured Creditors slong@genovaburns.com |
| Tara T. LeDay | on behalf of Creditor One Source Freight Solutions Tara.LeDay@huschblackwell.com |

| District/off: 0312-3 | User: admin | Page 7 of 7 |
|---|---|---|
| Date Rcvd: Aug 13, 2025 | Form ID: pdf903 | Total Noticed: 1 |

        aging@mvbalaw.com;bankruptcy@mvbalaw.com;pbowers@mvbalaw.com

Turner Falk
        on behalf of Creditor KCE NY 3  LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
        on behalf of Creditor Clean Energy Services CES  LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
        on behalf of Creditor KCE TX 7  LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
        on behalf of Creditor KCE TX 2  LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
        on behalf of Creditor KCE TX 8  LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
        on behalf of Creditor Key Capture Energy  LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

Warren J. Martin, Jr.
        on behalf of Creditor Formosa Electronic Industries Inc. wjmartin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com

TOTAL: 129