**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
           van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
           sarah.schrag@dentons.com

*Proposed Counsel for Debtors and*
*Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Amanda C. Glaubach (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  altogut@teamtogut.com
           aglaubach@teamtogut.com
           eblander@teamtogut.com

*Proposed Counsel for Debtors and*
*Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [22495], (ix) Powin Energy Operating, LLC [6487]. (x) Powin Energy Storage 2, Inc., [9926], (xi) Powin Energy Ontario Storage II LP, [5787], and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR  97062.

**SUPPLEMENTAL DECLARATION OF VAN DURRER II
IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT OF DENTONS US LLP
AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION,
EFFECTIVE AS OF THE PETITION DATE**

I, Van Durrer II, being duly sworn, state the following under penalty of perjury:

1.      I am a partner in the law firm of Dentons US LLP ("Dentons US"), located at 601

S. Figueroa Street Suite 2500 Los Angeles, CA 90017, and have been duly admitted to practice

law in Maryland, Delaware, California, New York, and the District of Columbia.  Dentons US is

a member of the US Region of Dentons Group (a Swiss Verein) ("Dentons"). Dentons US and

other members of Dentons, including within the United States ("Member Firms"), are collectively

referred to herein as "Dentons Member Firms."

2.      I submit this declaration (the "Supplemental Declaration") in connection with the

application [Docket No. 277] (the "Application") of the above-captioned debtors and debtors in

possession (the "Debtors"), pursuant to § 327(a) of title 11 of the United States Code (the

"Bankruptcy Code"), and Rule 2014-1 of the Local Bankruptcy Rules for the United States

Bankruptcy Court for the District of New Jersey (the "Local Rules"), requesting entry of an order

authorizing the retention and employment of Dentons US as counsel to the Debtors effective as of

the Petition Date.

3.      In support of the Application, I submitted my initial declaration (the "Initial

Declaration") [2] describing Dentons US's connections to the Potential Parties in Interest. The Initial

Declaration was appended to the Application as Exhibit B.

4.      Unless otherwise stated in this Supplemental Declaration, I have personal

knowledge of the facts hereinafter set forth. If any information disclosed requires amendment or

---

[2] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Application or the
Initial Declaration, as the context requires.

modification upon Dentons US's completion of further analysis or as additional creditor information becomes available to Dentons US, a supplemental declaration will be submitted to this Court.

5.      I have been admitted *pro hac vice* in these Chapter 11 Cases.

6.      I am authorized to make this Declaration on Dentons US's behalf.

7.      The current hourly rates for key professionals of Dentons US expected to render services on this matter are shown below:

| Name of Professional Individual | Department | Position | Hourly Billing Rate |
|---|---|---|---|
| Van C. Durrer, II | Restructuring Insolvency & Bankruptcy | Partner | $1,800.00 |
| Tania M. Moyron | Restructuring Insolvency & Bankruptcy | Partner | $1,545.00 |
| Michael R. Maryn | Employment & Labor | Partner | $1,520.00 |
| John D. Beck | Restructuring Insolvency & Bankruptcy | Partner | $1,450.00 |
| Samuel R. Maizel | Restructuring Insolvency & Bankruptcy | Partner | $1,400.00 |
| Carolyn P. Richter | Capital Markets | Partner | $1,360.00 |
| Sandra R. McCandless | Employment & Labor | Partner | $1,295.00 |
| Lauren Macksoud | Restructuring Insolvency & Bankruptcy | Partner | $1,250.00 |
| Geoffrey M. Miller | Restructuring Insolvency & Bankruptcy | Partner | $1,250.00 |
| Matthew R. Garms | Corporate, Tax, Private Client | Partner | $830.00 |
| Nicholas B. Janda | Intellectual Property and Technology | Counsel | $1,120.00 |
| Casey W. Doherty, Jr. | Restructuring Insolvency & Bankruptcy | Counsel | $1,100.00 |

| Name of Professional Individual | Department | Position | Hourly Billing Rate |
|---|---|---|---|
| Sarah M. Schrag | Restructuring Insolvency & Bankruptcy | Senior Managing Associate | $1,100.00 |
| Samantha Ruben | Restructuring Insolvency & Bankruptcy | Managing Associate | $950.00 |
| Elysa Chew | Restructuring Insolvency & Bankruptcy | Managing Associate | $950.00 |
| Vanessa Madrigal | Corporate, Tax, Private Client | Managing Associate | $940.00 |
| Antony Lam | Corporate, Tax, Private Client | Managing Associate | $890.00 |
| Henry Thomas | Restructuring Insolvency & Bankruptcy | Associate | $855.00 |
| Jemuel Gascon | Employment & Labor | Associate | $850.00 |
| Jenny Jiasheng Xu | Corporate, Tax, Private Client | Associate | $815.00 |
| George L. Medina | Restructuring Insolvency & Bankruptcy | Senior Paralegal | $525.00 |
| Edna Dianne Thomas-Nichols | Restructuring Insolvency & Bankruptcy | Senior Paralegal | $525.00 |
| Wren Collin | Capital Markets | Paralegal | $395.00 |
| Elena Gaule | Corporate, Tax, Private Client | Transactional Analyst | $385.00 |

8.      As set forth in the Initial Declaration, to confirm that Dentons US did not have any conflicts or other relationships that might preclude its representation of the Debtors with respect to the matters upon which it is being employed, I caused Dentons US attorneys under my supervision to conduct a review of potential connections and relationships between Dentons US and parties in interest in these Chapter 11 Cases as set forth in **Schedule 1** to the Initial Declaration

(the "Potential Parties in Interest"). Dentons US's review of the Potential Parties in Interest was a review of its global database of existing and former clients.

9.      The Potential Parties in Interest that Dentons US had presently identified as current or former clients of Dentons US were listed in **Schedule 2** to the Application.  In addition, as set forth in the Initial Declaration, at the time of filing the Application, Dentons US's search was ongoing with respect to certain of the Potential Parties in Interest. The additional parties that Dentons US identified as current or former clients of Dentons US are listed in the **Updated Schedule 2** attached hereto.

10.     As noted in the Initial Declaration, in any case where a Dentons US attorney previously has represented a party who is asserting a claim against the Debtors, a waiver from both the Debtors and the claimant shall be sought.  If obtained, Dentons US attorneys will represent the Debtors. If waivers are not obtained, the Togut Firm or another counsel shall be obtained who shall represent the Debtors.

11.     In no case will a Dentons US attorney represent anyone against the Debtors.

12.     The Togut Firm will represent the Debtors with respect to any work related to these entities, if any such work occurs during the pendency of these Chapter 11 Cases.

13.     To the best of my knowledge and insofar as I have been able to ascertain after due inquiry, neither Dentons US nor any of its partners, counsel, or associates has any connection with the Debtors or their affiliates, the Debtors' creditors, any party in interest, or their respective attorneys or accountants, any person employed in the Office of the United States Trustee for Region 3 (the "U.S. Trustee"), except (i) to the extent any partner, counsel, or associate (a) may have appeared in the past and may appear in the future in cases where one or more of such parties

may be involved; and (b) may have represented or may represent one or more of such parties in interest in matters unrelated to these Chapter 11 Cases.

14.     Dentons US will provide the services indicated in the Engagement Letter and the Application and, as needed, may involve other lawyers and professionals from Dentons and Dentons Member Firms. *See* Engagement Letter Terms of Business ¶ 5. Under standard engagement terms, clients that initially engage attorneys in one member of Dentons (such as Dentons US) agree that lawyers and professionals from Dentons Member Firms may be involved to provide services as needed or appropriate without the need for any separate or additional engagement letter. Dentons US anticipates the following Dentons Member Firms will provide services postpetition, specifically with respect to labor and wind-down matters in Spain and Australia: (i) Dentons Europe Abogados, S.L.U.; and (ii) Dentons Australia Limited.

15.     Dentons US will provide detailed, itemized time records and covering its work and the work of any other Dentons Member Firm. All invoices will be subject to review, objection, and approval consistent with applicable provisions of the Bankruptcy Code. Any Dentons Member Firm that will provide services has agreed to conduct its own connection and relationship check against the Potential Parties in Interest. However, as disclosed previously, Dentons US's check is global.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


Dated: August 18, 2025                    _/s/ Van C. Durrer, II_____
                                          Van C. Durrer, II
                                          Partner of Dentons US LLP

**Updated Schedule 2**

**Updated Disclosure Schedule**

Admiral Insurance Company - Mt. Laurel
ADO Professional Solutions, Inc dba LHH and LHH Recruitment Solutions
AIG Specialty Insurance Company
Allianz Global Risks US Insurance Company
Amazon Web Services, Inc.
Ameresco, Inc.
American Arbitration Association, Inc.
ArentFox Schiff LLP
Argonaut Insurance Company
AT&T Corp
Baker & Hostetler LLP
Barco Rent A Truck (d/b/a Bott Enterprises, Inc.)
BELFOR Property Restoration
Blank Rome LLP
BMO Bank N.A.
Brady Worldwide Inc.
c3controls
CEVA Freight, LLC
Clean Energy Services CES LLC
Clyde and Co
Cogent Communications, Inc.
Concur Technologies, Inc.
Contemporary Amperex Technology Co., Limited
Crowe LLP
CUATRECASAS GONÇALVES PEREIRA, S.L.P.
David H Schroeder
Davis Polk & Wardell LLP
Davis Wright Tremaine LLP
Deel Inc.
E.ON Interactive Design, Inc.
EBARA Densan (Qingdao) Technology Co.,Ltd.
EnergyRE
Enterprise Holdings, Inc.
ETAP
Federal Insurance Company
FedEx
FTI Consulting Inc.
Georgia Department of Revenue
GIC (New York) Inc.
GLAS USA LLC
Grainger
Guggenheim Securities, LLC

1

Haynes and Boone LLP
Hitachi Energy USA Inc.
Holland & Knight LLP
Hong Kong International Arbitration Centre
HSBC Bank USA, National Association
HubSpot Inc.
IHS Global Inc.
Illinois Union Insurance Company
IMCO General Construction, Inc.
Import Genius
Informa UK Limited
Intelex Technologies,ULC
Intertek Testing Services, N.A.
IPFS Corporation
Jabil Inc.
JAMF Software LLC
Johnson Controls, Inc.
JPMorgan Chase Bank NA
Kaiser Permanente
Kirkland & Ellis LLP
Klarquist Sparkman, LLP
Korn Ferry (US)
KPMG LLP
Kuehne + Nagel Inc.
Lee and Li
Li-Cycle Inc.
LingPerfect Translations, Inc.
Linkedin Corp
Lloyd's of London
MacKenzie Engineering, Inc
Matrix Networks
Mayer Brown LLP
McCarthy Tétrault LLP
McKinsey & Company, Inc.
MinterEllison
Morgan Stanley & Co. LLC
MSC Mediterranean Shipping Company S.A.
National Service Alliance Houston LLC
Nationwide Mutual Insurance Company
Navis International Trade & Consulting Ltd
Nippon Express (China) Co., Ltd. Guangzhou Branch
Nippon Express USA Inc.
Nomura Corporate Funding Americas, LLC
North River Insurance Company
Norton Rose Fulbright US LLP
Omni Logistics

Oracle America, Inc.
Orr Protection Systems, Inc.
OTIS Elevator Company
Perkins Coie LLP
PricewaterhouseCoopers Advisory Services LLC (PwC Holdings No. 21 LLC)
PriceWaterHouseCoopers Asesores De Negocios, S.L.
Procore Technologies, Inc.
Propeller Inc
Rapid7 LLC
Reed Exhibitions Australia Pty Limited
Reed Smith LLP
Regence BlueCross BlueShield of Oregon
Resideo Singapore Pte Ltd
Reuters News & Media Limited
Robert Half International, Inc
Roland Berger LP
RS
S&P Global Inc. (S&P Global Commodity Insight)
Salesforce, Inc.
SAS Institute Inc. dba JMP
Schneider Electric IT Corporation
Schwartz Levitsky Feldman, LLP
Smartsheet Inc.
Southco, Inc
Strata Solar, LLC
Synopsys, Inc.
The Boston Consulting Group, Inc.
The Insurance Company of the State of Pennsylvania
The LRE Foundation
The Prudential Insurance Company of America
Thomson Reuters - West
Thyssenkrupp Materials NA, Inc.
Transperfect International, LLC
Triple P RTS LLC
TUV SUD America, INC.
UKG Inc.
United Rental
University of North Carolina at Chapel Hill
Velocity EHS
Verizon
Vision Service Plan
Wesco Distribution, Inc dba Hi-Line Utility Supply Company, Inc
White & Case LLP
Williams Scotsman, Inc (dba WillScot)
Willis Towers Watson Northeast, Inc.
Winthrop & Weinstine, P.A.

3

Worldwide Insurance Services, LLC
Xerox Financial Services LLC (Xerox Corporation)
Zurich American Insurance Company