# UNITED STATES BANKRUPTCY COURT

DISTRICT OF   NEW JERSEY

In Re.  Powin Project LLC

§
§
§
§

Debtor(s)

Case No.   25-16136

Lead Case No.   25-16137

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2025

Petition Date: 06/09/2025

Months Pending: 2

Industry Classification: | 3 | 3 | 5 | 9 |

Reporting Method:             Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):          0

## Supporting Documentation  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Mary Kahl

Signature of Responsible Party

08/21/2025

Date

Mary Kahl

Printed Name of Responsible Party

20550 SW 115th Ave
Tualatin, OR 97062

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. §
1320.4(a)(2) applies.

Debtor's Name  Powin Project LLC

Case No.  25-16136

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $0 | |
| b. Total receipts (net of transfers between accounts) | $0 | $0 |
| c. Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. Cash balance end of month (a+b-c) | $0 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $0 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ● Market ○ Other ○  (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/23/2022)    2

| Debtor's Name Powin Project LLC | Case No. 25-16136 |
| --- | --- |

**Part 5:  Professional Fees and Expenses**

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| --- | --- | --- | --- | --- | --- |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | | | | | |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |

UST Form 11-MOR (12/23/2022)

| Debtor's Name | Powin Project LLC | | | Case No. | 25-16136 | |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |

Debtor's Name Powin Project LLC                                    Case No.  25-16136

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | | | | | |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |

UST Form 11-MOR (12/23/2022)                          5

Debtor's Name Powin Project LLC

Case No. 25-16136

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  Powin Project LLC                                          Case No.  25-16136

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Powin Project LLC                                      Case No.  25-16136

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.   Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.   Postpetition employer payroll taxes accrued | $0 | $0 |
| d.   Postpetition employer payroll taxes paid | $0 | $0 |
| e.   Postpetition property taxes paid | $0 | $0 |
| f.   Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.   Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.   Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○    No ◉

b.   Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○    No ◉

c.   Were any payments made to or on behalf of insiders?    Yes ○    No ◉

d.   Are you current on postpetition tax return filings?    Yes ◉    No ○

e.   Are you current on postpetition estimated tax payments?    Yes ◉    No ○

f.   Were all trust fund taxes remitted on a current basis?    Yes ○    No ◉

g.   Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ◉    No ○

h.   Were all payments made to or on behalf of professionals approved by the court?    Yes ○    No ○    N/A ◉

i.   Do you have:    Worker's compensation insurance?    Yes ◉    No ○
     If yes, are your premiums current?    Yes ◉    No ○    N/A ○    (if no, see Instructions)
     Casualty/property insurance?    Yes ◉    No ○
     If yes, are your premiums current?    Yes ◉    No ○    N/A ○    (if no, see Instructions)
     General liability insurance?    Yes ◉    No ○
     If yes, are your premiums current?    Yes ◉    No ○    N/A ○    (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?    Yes ○    No ◉

k.   Has a disclosure statement been filed with the court?    Yes ○    No ◉

l.   Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ◉    No ○

Debtor's Name  Powin Project LLC                                                                      Case No.  25-16136

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).


**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**


| | |
|---|---|
| /s/ Mary Kahl | Mary Kahl |
| Signature of Responsible Party | Printed Name of Responsible Party |
| VP Head of Accounting | 08/21/2025 |
| Title | Date |

Debtor's Name  Powin Project LLC                                          Case No.  25-16136



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name Powin Project LLC                                   Case No.  25-16136



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Powin Project LLC                                        Case No.  25-16136



PageThree



PageFour

**Part 1 - Cash Receipts & Disbursements - July 2025**

| Bank Transactions | Powin LLC | Powin Project LLC | Powin China Holdings 1, LLC | Powin China Holdings 2, LLC | Charger Holdings, LLC | Powin Energy Ontario Storage, LLC | Powin Energy Operating Holdings, LLC | Powin Energy Operating, LLC | PEOS Holdings, LLC | Powin Energy Storage 2, Inc | Powin Energy Ontario Storage II LP | Powin Canada B.C. Ltd | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | **27,084,033** | - | - | **800** | - | - | - | - | - | - | **66,681** | - | **27,151,515** |
| Receipts | 5,038,812 | - | - | - | - | - | - | - | - | - | - | - | 5,038,812 |
| Disbursements | (9,190,137) | - | - | (35) | - | - | - | - | - | - | (21) | - | (9,190,193) |
| Intercompany Transfers | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Ending Cash Balance** | **22,931,253** | - | - | **765** | - | - | - | - | - | - | **66,660** | - | **22,998,678** |

**Cash Transactions - July 2025**

| Legal Entity | Account Name | Account Number (last four digits) | Date | Transaction Description | Amount |
|---|---|---|---|---|---|
| Powin LLC | Powin LLC-Payroll | 2687 | 7/31/2025 | OUTGOING MONEY TRANSFER 57SEND FED WELLS FARGO BANK, N.A.*BNF:Kronos SaaShr Inc,rg NJ 088 763594 US,3040 Route 22 West *MEFEDSEQ: | (155,122) |
| Powin LLC | Powin LLC-Payroll | 2687 | 7/31/2025 | OUTGOING MONEY TRANSFER 57SEND FED WELLS FARGO BANK, N.A.*BNF:Kronos SaaShr Inc,rg NJ 088 763594 US,3040 Route 22 West *MEFEDSEQ: | (306,581) |
| Powin LLC | Powin LLC-Payroll | 2687 | 7/31/2025 | ACH PAYMENT ACH CASH DISBURSEMENT KRONOS SAASHR IN-EDI PYMNTS Kronos Sa EDI PYMNTS A223RU58DOMHXDB | (168) |
| Powin LLC | Powin LLC-Payroll | 2687 | 7/30/2025 | OUTGOING MONEY TRANSFER 57SEND FED JPMORGAN CHASE BANK*BNF:DEEL, INC.*OBI:DEELTVU93F DEEL 9WNDQK*BBI:/DAS/REF:713578101P( | (18,863) |
| Powin LLC | Powin LLC-Payroll | 2687 | 7/29/2025 | ACH PAYMENT ACH CASH DISBURSEMENT REPLEN ROCKY MOU-REPLENPAYM Replen Ro ReplenPaym 914191 | (759) |
| Powin LLC | Powin LLC-Payroll | 2687 | 7/29/2025 | ACH CONCENTRATION CREDIT ACH CASH CONCENTRATION POWIN ENERGY COR-REFUND POWIN ENE REFUND POW1010 | 3 |
| Powin LLC | Powin LLC-Payroll | 2687 | 7/22/2025 | ACH PAYMENT ACH CASH DISBURSEMENT REPLEN ROCKY MOU-REPLENPAYM Replen Ro ReplenPaym 893485 | (951) |
| Powin LLC | Powin LLC-Payroll | 2687 | 7/21/2025 | ACH PAYMENT ACH CORP TRADE PAYMENT TO EMPOWER EMPOWER EMPOWER 708891799496 | (54,523) |
| Powin LLC | Powin LLC-Payroll | 2687 | 7/17/2025 | OUTGOING MONEY TRANSFER 57SEND FED WELLS FARGO BANK, N.A.*BNF:Kronos SaaShr Inc,rg NJ 088 763594 US,3040 Route 22 West *MEFEDSEQ: | (158,660) |
| Powin LLC | Powin LLC-Payroll | 2687 | 7/17/2025 | OUTGOING MONEY TRANSFER 57SEND FED WELLS FARGO BANK, N.A.*BNF:Kronos SaaShr Inc,rg NJ 088 763594 US,3040 Route 22 West *MEFEDSEQ: | (322,391) |
| Powin LLC | Powin LLC-Payroll | 2687 | 7/17/2025 | ACH PAYMENT ACH CASH DISBURSEMENT KRONOS SAASHR IN-EDI PYMNTS Kronos Sa EDI PYMNTS 4D1TX3C52F8CWLR | (168) |
| Powin LLC | Powin LLC-Payroll | 2687 | 7/17/2025 | ACH PAYMENT ACH CASH DISBURSEMENT CONT ROCKY MOUNT-HSACONTRBT Cont Rock HSAcontrbt 899949 | (4,360) |
| Powin LLC | Powin LLC-Payroll | 2687 | 7/15/2025 | ACH PAYMENT ACH CASH DISBURSEMENT REPLEN ROCKY MOU-REPLENPAYM Replen Ro ReplenPaym 876582 | (1,480) |
| Powin LLC | Powin LLC-Payroll | 2687 | 7/15/2025 | ACH CONCENTRATION CREDIT ACH CASH CONCENTRATION 'DEEL INAW5T5KGO-PAYMENTS 'Deel InA PAYMENTS 69481216 | 3,490 |
| Powin LLC | Powin LLC-Payroll | 2687 | 7/15/2025 | ACH CONCENTRATION CREDIT ACH CASH CONCENTRATION 'DEEL INAW5T5KGO-PAYMENTS 'Deel InA PAYMENTS 69481211 | 3,481 |
| Powin LLC | Powin LLC-Payroll | 2687 | 7/14/2025 | ACH PAYMENT ACH CORP TRADE PAYMENT TO EMPOWER EMPOWER EMPOWER 703758216862 | (339) |
| Powin LLC | Powin LLC-Payroll | 2687 | 7/14/2025 | ACH PAYMENT ACH CASH DISBURSEMENT KRONOS SAASHR IN-EDI PYMNTS Kronos Sa EDI PYMNTS DB1Q33UU0IE0AAV | (5,553) |
| Powin LLC | Powin LLC-Payroll | 2687 | 7/11/2025 | ACH PAYMENT ACH CASH DISBURSEMENT KRONOS SAASHR IN-EDI PYMNTS Kronos Sa EDI PYMNTS D31OZPNR9KWD82V | (1,369) |
| Powin LLC | Powin LLC-Payroll | 2687 | 7/10/2025 | OUTGOING MONEY TRANSFER 57SEND FED WELLS FARGO BANK, N.A.*BNF:KRONOS SAASHR INC,RG NJ 088 763594 US,3040 ROUTE 22 WEST *MEFE | (2,440) |
| Powin LLC | Powin LLC-Payroll | 2687 | 7/10/2025 | ACH PAYMENT ACH CASH DISBURSEMENT CONT ROCKY MOUNT-HSACONTRBT Cont Rock HSAcontrbt 881259 | (168) |
| Powin LLC | Powin LLC-Payroll | 2687 | 7/8/2025 | ACH PAYMENT ACH CASH DISBURSEMENT REPLEN ROCKY MOU-REPLENPAYM Replen Ro ReplenPaym 853273 | (4,802) |
| Powin LLC | Powin LLC-Payroll | 2687 | 7/7/2025 | ACH PAYMENT ACH CORP TRADE PAYMENT TO EMPOWER EMPOWER EMPOWER 696767004860 | (53,413) |
| Powin LLC | Powin LLC-Payroll | 2687 | 7/7/2025 | ACH PAYMENT ACH CORP TRADE PAYMENT TO EMPOWER EMPOWER EMPOWER 696767004859 | (482) |
| Powin LLC | Powin LLC-Payroll | 2687 | 7/2/2025 | OUTGOING MONEY TRANSFER 57SEND FED WELLS FARGO BANK, N.A.*BNF:KRONOS SAASHR INC,RG NJ 088 763594 US,3040 ROUTE 22 WEST *MEFE | (174,795) |
| Powin LLC | Powin LLC-Payroll | 2687 | 7/2/2025 | OUTGOING MONEY TRANSFER 57SEND FED WELLS FARGO BANK, N.A.*BNF:KRONOS SAASHR INC,RG NJ 088 763594 US,3040 ROUTE 22 WEST *MEFE | (324,517) |
| Powin LLC | Powin LLC-Payroll | 2687 | 7/2/2025 | ACH PAYMENT ACH CASH DISBURSEMENT KRONOS SAASHR IN-EDI PYMNTS Kronos Sa EDI PYMNTS 091IYVU1ZYKQ62F | (168) |
| Powin LLC | Powin LLC-Payroll | 2687 | 7/2/2025 | ACH PAYMENT ACH CASH DISBURSEMENT KRONOS SAASHR IN-EDI PYMNTS Kronos Sa EDI PYMNTS BC1IYV697M4MPMI | (316) |
| Powin LLC | Powin LLC-Payroll | 2687 | 7/2/2025 | ACH PAYMENT ACH CASH DISBURSEMENT CONT ROCKY MOUNT-HSACONTRBT Cont Rock HSAcontrbt 857170 | (25,590) |
| Powin LLC | Powin LLC-Payroll | 2687 | 7/2/2025 | ACH PAYMENT ACH CASH DISBURSEMENT KRONOS SAASHR IN-EDI PYMNTS Kronos Sa EDI PYMNTS B11IF6FWOKPMLRI | (308) |
| Powin LLC | Powin LLC-Payroll | 2687 | 7/1/2025 | ACH PAYMENT ACH CASH DISBURSEMENT REPLEN ROCKY MOU-REPLENPAYM Replen Ro ReplenPaym 833449 | (4,749) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/31/2025 | MERCHANT PURCHASE PURCHASE ON 0730 AT NW N ATURAL 8004224012 503226 4211 OR | (26) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/31/2025 | MERCHANT PURCHASE PURCHASE ON 0730 AT NW N ATURAL 8004224012 503226 4211 OR | (51) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/29/2025 | BOOK TRANSFER DEBIT 46BOOK DEBIT POWIN LLC*BBK:BANK OF CHINA,QINGDAO,59 HONGKONG MIDD LE ROAD*BNF:TUV RHEINLAND/CCIC (QIN | (245,200) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/29/2025 | FOREIGN REMITTANCE DEBIT 38SEND CHIP BANK OF AMERICA N.A.*BBK:BANK OF AMERICA, N.A. SHANGH AI,SHANGHAI,55, INTL FINANCE*BNF:INT | (8,925) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/28/2025 | ACH PAYMENT ACH PAYMENT TO PORTLAND GENERAL-BILLPAY PORTLAND BILLPAY PORTLAND GENERA | (4,644) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/28/2025 | ACH PAYMENT ACH PAYMENT TO SRP-ECHXPWR-ND SRP ECHXPWR-ND 891939001 | (178) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/28/2025 | ACH PAYMENT ACH PAYMENT TO SRP-ECHXPWR-ND SRP ECHXPWR-ND 343720105 | (375) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/28/2025 | ACH PAYMENT ACH PAYMENT TO SRP-ECHXPWR-ND SRP ECHXPWR-ND 094879002 | (500) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/28/2025 | ACH PAYMENT ACH CASH DISBURSEMENT CINTAS-WEB PAY Cintas WEB PAY Cintas | (820) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/28/2025 | ACH PAYMENT ACH CASH DISBURSEMENT QUARTERLY FEE-PAYMENT QUARTERLY PAYMENT 0000 | (250) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/28/2025 | ACH PAYMENT ACH CASH DISBURSEMENT QUARTERLY FEE-PAYMENT QUARTERLY PAYMENT 0000 | (250) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/28/2025 | ACH PAYMENT ACH CASH DISBURSEMENT QUARTERLY FEE-PAYMENT QUARTERLY PAYMENT 0000 | (250) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/28/2025 | ACH PAYMENT ACH CASH DISBURSEMENT QUARTERLY FEE-PAYMENT QUARTERLY PAYMENT 0000 | (250) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/28/2025 | ACH PAYMENT ACH CASH DISBURSEMENT QUARTERLY FEE-PAYMENT QUARTERLY PAYMENT 0000 | (250) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/28/2025 | ACH PAYMENT ACH CASH DISBURSEMENT QUARTERLY FEE-PAYMENT QUARTERLY PAYMENT 0000 | (250) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/28/2025 | ACH PAYMENT ACH CASH DISBURSEMENT QUARTERLY FEE-PAYMENT QUARTERLY PAYMENT 0000 | (250) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/28/2025 | INCOMING MONEY TRANSFER 53RECD FED JPMORGAN CHASE BANK*ORG:FLEXGEN POWER SYSTEMS, LLC,DUR HAM NC 27701-3674 US,280 S*OGE | 5,000,000 |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/25/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 270577W01XVP 338030816 0000263100270577W01XVP20250725HNET HL | (2,631) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/25/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 798577W01X07 338030816 0000335628798577W01X0720250725HNET HL | (3,356) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/25/2025 | OUTGOING MONEY TRANSFER 57SEND FED CUSTOMERS BANK*BNF:CUSTOMERS BANK*BBI:/DAS/REF:299377W 01HXG*STFEDSEQ:B1Q8983C0032 | (1,308,189) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/25/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 765577P00UCK 338030816 0000420754765577P00UCK20250725HNET HL | (4,208) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/21/2025 | ACH PAYMENT ACH PAYMENT TO DEEL, INC.-DEEL INC. Deel, Inc Deel Inc. SL-L2X7H0Y9Y3S3 | (604) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/21/2025 | ACH PAYMENT ACH PAYMENT TO ROCKY MTN RES OP-PAYMENT ROCKY MTN PAYMENT 4762 | (546) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/21/2025 | BOOK TRANSFER DEBIT 46BOOK DEBIT POWIN LLC*BBK:RABOBANK,UTRECHT,CROESELAAN 18*BNF:FRE EVOICE B.V*OBI:JULY-SEPT 2025*BBI:/DAS | (280) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/18/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 158777P01XUJ 338030816 0000020000158777P01XUJ20250718HNET HLD | (200) |

**Cash Transactions - July 2025**

| Legal Entity | Account Name | Account Number (last four digits) | Date | Transaction Description | Amount |
|---|---|---|---|---|---|
| Powin LLC | Powin LLC - AP2 | 0816 | 7/18/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 372077P00I05 338030816 0000100531137207P00I0520250718HNET HLD | (1,053) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/18/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 401677O01RE2 338030816 0016035997401677O01RE220250718HNET HLI | (160,360) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/18/2025 | OUTGOING MONEY TRANSFER 57SEND FED CUSTOMERS BANK*BNF:CUSTOMERS BANK*BBI:/DAS/REF:860477P 00C9R*STFEDSEQ:B1Q8983C00302 | (2,519,127) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/18/2025 | FOREIGN REMITTANCE DEBIT 37SEND CHIP BANK OF AMERICA N.A.*BNF:CAPGEMINI AMERICA, INC.*BBI: /DAS/REF:141677O01LFJ*STCHIPSEQ:0042 | (47,000) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/17/2025 | MONTHLY CHARGE Bank Charges for the per 01JUN25 TO 30JUN25 Invoice No 2159774 | (430) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/17/2025 | OUTGOING MONEY TRANSFER 57SEND FED CUSTOMERS BANK*BNF:POWIN PROJECT LLC*OBI:PROFESSIONAL FEE ESCROW*BBI:/DAS/REF:161277I | (2,496,606) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/15/2025 | ACH PAYMENT ACH CASH DISBURSEMENT CINTASCORPORATIO-110EC6 4E16 CINTASCOR 110EC64E16 1001410411 | (119) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/15/2025 | ACH PAYMENT ACH CASH DISBURSEMENT CINTASCORPORATIO-110EC6 4E16 CINTASCOR 110EC64E16 1001410411 | (259) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/11/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 793277I021OJ 338030816 0000086000073327I021OJ20250711HNET HLD | (8,600) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/11/2025 | ACH PAYMENT ACH PAYMENT TO DEEL, INC.-DEEL INC. Deel, Inc Deel Inc. ST-Y5F7T1P6F5U5 | (4,874) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/10/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 450677H0226M 338030816 0000944843450677H0226M20250710HNET HL | (9,448) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/10/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 732877H01P1H 338030816 0004552818732877H01P1H20250710HNET HL | (45,528) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/10/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 569077H02358 338030816 0010093530569077H0235820250710HNET HL | (100,935) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/10/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 833977H01QEH 338030816 0000087508833977H01QEH20250710HNET HI | (875) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/10/2025 | FOREIGN REMITTANCE DEBIT 37SEND CHIP BANK OF AMERICA N.A.*BNF:JENNIFER E. MERCER*BBI:/DAS/ REF:092277H008DO*STCHIPSEQ:0061181I | (11,480) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/10/2025 | FOREIGN REMITTANCE DEBIT 37SEND CHIP JPMORGAN CHASE BANK*BNF:QUADAL ADVISORS, LLC,UNITED S TATES,BAL HARBOUR, FL 33154*OBI:P | (30,000) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/10/2025 | FOREIGN REMITTANCE DEBIT 37SEND CHIP BANK OF AMERICA N.A.*BNF:RELIASTAR LIFE INSURANCE COM PANY*OBI:JULY COVERAGE*BBI:/DAS/RE | (5,782) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/10/2025 | ACH CONCENTRATION CREDIT ACH CASH CONCENTRATION ROCKY MTN COBRA-PREMIUMS ROCKY MTN PREMIUMS 1658 | 9,058 |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/9/2025 | ACH PAYMENT ACH CASH DISBURSEMENT INSTAMED-REGENCE BL InstaMed REGENCE BL 021000028320178 | (81,534) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/9/2025 | ACH PAYMENT ACH CASH DISBURSEMENT INSTAMED-REGENCE BL InstaMed REGENCE BL 021000028158790 | (34,060) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/9/2025 | BOOK TRANSFER DEBIT 46BOOK DEBIT POWIN LLC*BBK:BANCO SANTANDER S. A.,MADRID ES,EDIFIC IO ENCINAR PLANTA *BNF:DEPERICIAS SL*BBI | (8,519) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/3/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 057077A01H09 338030816 0000645000057077A01H0920250703HNET HLD | (6,450) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/3/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 192877A01J01 338030816 0005116250192877A01J0120250703HNET HLD | (51,163) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/3/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 677677A00I3O 338030816 0000103394677677A00I3O20250703HNET HLD | (1,034) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/3/2025 | OUTGOING MONEY TRANSFER 57SEND FED TRUIST BANK*BNF:AFCO,UNITED STATES,CHARLOTTE, NC 28202 ,TRUIST 214 N TRYO*OBI:2ND INSTALLN | (189,892) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/3/2025 | ACH PAYMENT ACH PAYMENT TO DEEL, INC.-DEEL INC. Deel, Inc Deel Inc. ST-O8W2U5B9T9X2 | (233) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/1/2025 | FOREIGN REMITTANCE DEBIT 37SEND CHIP BANK OF AMERICA N.A.*BNF:MITSUBISHI HC CAPITAL AMERICA, INC*BBI:/DAS/REF:1232778002B1*STCI | (35,648) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/1/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 1225777005E6 338030816 0004650353122577770052E20250701HNET HLD | (46,504) |
| Powin LLC | Powin LLC - AP2 | 0816 | 7/1/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 1903777003TR 338030816 0008544670190377703TR20250701HNET HLD | (85,447) |
| Powin LLC | Powin LLC-AR | 2679 | 7/29/2025 | ACH CONCENTRATION CREDIT ACH CASH CONCENTRATION EBROOKFIELD 3377-PAYMENT EBrookfie Payment 1052 | 1,759 |
| Powin LLC | Powin LLC-AR | 2679 | 7/29/2025 | ACH CONCENTRATION CREDIT ACH CASH CONCENTRATION ASD WALL 3351-PAYMENT ASD WALL Payment 1052 | 2,953 |
| Powin LLC | Powin LLC-AR | 2679 | 7/29/2025 | ACH CONCENTRATION CREDIT ACH CASH CONCENTRATION COTUIT 7244-PAYMENT Cotuit 72 Payment 1052 | 16,776 |
| Powin LLC | Powin LLC-AR | 2679 | 7/29/2025 | ACH CONCENTRATION CREDIT ACH CASH CONCENTRATION WARE PALMER ROAD-PAYMENT WARE PALM Payment 1052 | 1,292 |
| Powin LLC | Powin LLC-EUR | -001 | 7/14/2025 | Bank Charges for the per 01JUN2025 TO 30JUN2025 Invoice No 438372 | (250) |
| Powin LLC | Powin LLC - JPM 1172 | 1172 | 7/16/2025 | Account Analysis Settlement Charge | (709) |
| Powin LLC | Powin LLC - JPM 1893 | 1893 | 7/16/2025 | Account Analysis Settlement Charge | (123) |
| Powin LLC | Powin LLC Investment | 4346 | 7/28/2025 | BOOK TRANSFER CREDIT INTEREST PAID FROM 06/30/25 THRU 07/27/25 | 1 |
| Powin LLC | Powin LLC - SBLC | 4567 | 7/28/2025 | BOOK TRANSFER CREDIT INTEREST PAID FROM 06/30/25 THRU 07/27/25 | 0 |
| Powin China Holdings 2, LLC | POWIN CHINA HOLDINGS 2 LLC | 8092 | 7/17/2025 | MONTHLY CHARGE Bank Charges for the per 01JUN/30 TO 30JUN/30 Invoice No 2153175 | (35) |
| Powin Energy Ontario Storage II LP | Powin Energy Ontario Storage II, LP | 09-3 | 7/2/2025 | Service fee | (9) |
| Powin Energy Ontario Storage II LP | Powin Energy Ontario Storage II, LP | 09-3 | 7/8/2025 | Reversed Service Fee | 9 |
| Powin Energy Ontario Storage II LP | Powin Energy Ontario Storage II, LP | 09-3 | 7/17/2025 | Overdraft interest @ USBR+05.00%PA | (0) |
| Powin Energy Ontario Storage II LP | Powin Energy Ontario Storage II, LP | 03-4 | 7/7/2025 | Activity fee | (30) |

**Part 2 - Balance Sheet as of July 31st 2025**

| Legal Entity | Powin, LLC | Powin Project LLC | Powin China Holdings 1, LLC | Powin China Holdings 2, LLC | Charger Holdings, LLC | Powin Energy Ontario Storage, LLC | Powin Energy Operating Holdings, LLC | Powin Energy Operating, LLC | PEOS Holdings, LLC | Powin Energy Storage 2, Inc | Powin Energy Ontario Storage II LP | Powin Canada B.C. Ltd | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | | |
| Cash and cash equivalents | 22,932,968 | - | - | 765 | - | - | - | - | - | - | 66,659 | - | 23,000,392 |
| Accounts receivable, net | 78,214,570 | - | 861,576 | - | - | 4,857,259 | 3,568,338 | - | - | - | - | 828,749 | 88,330,492 |
| Contract assets | 136,586,367 | - | - | - | - | - | - | - | - | - | - | - | 136,586,367 |
| Advances to suppliers | 25,845,161 | - | - | - | - | - | - | - | - | - | - | - | 25,845,161 |
| Inventory, net | 92,234,354 | - | - | - | - | - | - | - | - | - | - | - | 92,234,354 |
| Deferred contract costs, current | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other assets, current | 2,701,636 | - | - | - | - | 196,037 | - | - | - | - | 10,719 | - | 2,908,392 |
| **Total Current Assets** | **358,515,056** | **-** | **861,576** | **765** | **-** | **5,053,297** | **3,568,338** | **-** | **-** | **-** | **77,378** | **828,749** | **368,905,159** |
| | | | | | | | | | | | | | |
| Restricted cash, non-current | 14,505,783 | - | - | - | - | - | - | - | - | - | - | - | 14,505,783 |
| Property and equipment, net | 4,588,469 | - | - | - | - | - | - | - | - | - | 1,866,074 | - | 6,454,543 |
| Intangible assets, net | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Investment in subsidiaries | 68,210,155 | - | - | 8,714,501 | - | - | - | - | - | - | - | - | 76,924,656 |
| Other assets, non-current | 23,010,410 | - | - | - | - | 212,376 | - | - | - | - | - | - | 23,222,785 |
| **Total Assets** | **468,829,873** | **-** | **861,576** | **8,715,266** | **-** | **5,265,672** | **3,568,338** | **-** | **-** | **-** | **1,943,452** | **828,749** | **490,012,926** |
| | | | | | | | | | | | | | |
| **LIABILITIES and MEMBERS DEFICIT** | | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | | |
| Accounts payable | (350,927,581) | - | (56) | (600,000) | - | (16,640,859) | - | (197,389) | - | - | (1,088,300) | - | (369,454,187) |
| Accrued expenses | (6,048,553) | - | - | - | - | - | - | - | - | - | - | - | (6,048,553) |
| Deferred revenue, current | (193,805,271) | - | - | - | - | - | - | - | - | - | - | - | (193,805,271) |
| Customer refunds payable, current | (24,601,200) | - | - | - | - | 0 | - | - | - | - | - | - | (24,601,200) |
| Taxes payable | (10,459,465) | - | - | - | - | - | - | - | - | - | (9,832) | - | (10,469,297) |
| Line of credit, current | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other liabilities, current | (26,689,656) | - | - | - | - | (39,278) | - | - | - | - | - | - | (26,728,934) |
| **Total Current Liabilities** | **(612,531,726)** | **-** | **(56)** | **(600,000)** | **-** | **(16,680,137)** | **-** | **(197,389)** | **-** | **-** | **(1,098,133)** | **-** | **(631,107,441)** |
| | | | | | | | | | | | | | |
| Deferred revenue, non-current | (20,617,491) | - | - | - | - | - | - | - | - | - | - | - | (20,617,491) |
| Line of credit, non-current | (18,615,734) | - | - | - | - | - | - | - | - | - | - | - | (18,615,734) |
| Other liabilities, non-current | (99,146,931) | - | - | - | - | (249,165) | - | - | - | - | (2,180,254) | - | (101,576,350) |
| **Total Liabilities** | **(750,911,882)** | **-** | **(56)** | **(600,000)** | **-** | **(16,929,302)** | **-** | **(197,389)** | **-** | **-** | **(3,278,387)** | **-** | **(771,917,016)** |
| | | | | | | | | | | | | | |
| **Members deficit** | | | | | | | | | | | | | |
| Partners' equity | (67,530,215) | - | (2,640,598) | (6,406,042) | - | - | - | - | - | - | - | (841,772) | (77,418,627) |
| Partners' equity - preferred | (313,868,938) | - | - | - | - | - | - | - | - | - | - | - | (313,868,938) |
| Accumulated deficit | 663,480,174 | - | 1,779,079 | (2,429,884) | - | 11,663,630 | (3,568,338) | 197,389 | - | - | 1,338,050 | (7,785) | 672,452,315 |
| Accumulated other comprehensive income | 988 | - | - | 720,660 | - | - | - | - | - | - | (3,115) | 20,808 | 739,341 |
| **Total Members' Deficit** | **282,082,009** | **-** | **(861,519)** | **(8,115,266)** | **-** | **11,663,630** | **(3,568,338)** | **197,389** | **-** | **-** | **1,334,935** | **(828,749)** | **281,904,091** |
| | | | | | | | | | | | | | |
| **Total Liabilities and Members' Deficit** | **(468,829,873)** | **-** | **(861,576)** | **(8,715,266)** | **-** | **(5,265,672)** | **(3,568,338)** | **-** | **-** | **-** | **(1,943,452)** | **(828,749)** | **(490,012,925)** |

**Part 2a - Accounts Receivable as of July 31st 2025**

| Legal Entity | Less than 90 days | Greater than 90 Days | AR by Debtor |
|---|---|---|---|
| **Powin LLC** | | | |
| Airway Services LLC | - | 1,054,153 | 1,054,153 |
| Akaysha Energy | (906,953) | 5,956,953 | 5,050,000 |
| Ameresco, Inc. | (100,017) | 321,640 | 221,623 |
| Apex Clean Energy | 65,341 | (189,551) | (124,210) |
| Arizona Electric Power Cooperative | - | - | - |
| Arroyo Energy : KMC Thermo | 45,704 | 165,201 | 210,905 |
| Auto Chen Ltd | - | 32,957 | 32,957 |
| BHE Renewables | 5,394,761 | - | 5,394,761 |
| Celestica LLC - Monterrey | - | 2,375 | 2,375 |
| Convergent | 163,702 | - | 163,702 |
| DTE Energy | 863,621 | - | 863,621 |
| EDF Renewables, Inc. | 583,366 | 1,642,224 | 2,225,590 |
| EDPR NA DG O&M LLC. | - | 53,406 | 53,406 |
| EnergyRe | 71,358 | - | 71,358 |
| esVolta, LP | 1,622 | - | 1,622 |
| GALP | 49,400 | - | 49,400 |
| Go Electric Inc. | 23,885 | - | 23,885 |
| Hecate Energy LLC | 1,126 | - | 1,126 |
| Idaho Power Company | 1,087,014 | 11,294,303 | 12,381,317 |
| Invenergy Storage Development LLC | 44,257 | 2,506,452 | 2,550,709 |
| Jupiter Power, LLC | - | 142,030 | 142,030 |
| Keller's Inc. | - | 57,000 | 57,000 |
| Leeward Energy | 482,906 | (15,816,375) | (15,333,469) |
| Longroad BESS Procurement, LLC | 5,510,581 | 4,670,646 | 10,181,227 |
| Mesa Technical Associates, Inc. | - | 52,120 | 52,120 |
| Mitsubishi Power Americas, Inc. | 43,593 | 16,037,319 | 16,080,911 |
| Ormat Technologies | (1,393,879) | 9,972,415 | 8,578,536 |
| PNM | - | 5,000 | 5,000 |
| PureSky Energy Inc. | 74,844 | 60,792 | 135,637 |
| Rappahannock Electric Cooperative | - | 241,659 | 241,659 |
| Sierra Bio Laboratory, Inc. | - | 35,198 | 35,198 |
| Solvida Energy Group Inc. | - | 240,758 | 240,758 |
| Southern Current LLC | - | 270,000 | 270,000 |
| Stephen Izzi Trucking & Rigging Inc. | - | 6 | 6 |
| Strata Solar, LLC | 8,203 | 126,503 | 134,706 |
| | | | |
| **Total - Powin LLC** | **12,114,434** | **38,935,186** | **51,049,620** |
| | | | |
| **Powin Energy Ontario Storage, LLC** | | | |
| | | | |
| AKA Group | - | 603,750 | 603,750 |
| Honeywell Limited | 115,033 | 1,600,148 | 1,715,181 |
| Mitsubishi Power Americas, Inc. | - | (120) | (120) |
| Saturn Power Inc. | 10,353 | 25,128 | 35,480 |
| | | | |
| **Total - Powin Energy Ontario Storage, LLC** | **125,386** | **2,228,905** | **2,354,291** |
| | | | |
| **Total Accounts Receivable** | **12,239,820** | **41,164,091** | **53,403,911** |

*Note: Unbilled receivables of $10,751,958 have not been included in this schedule*

**Part 2f - Postpetition Payables as of July 31st 2025**

| Legal Entity | Current | 0-60 days | Postpetition Payable to Creditor |
|---|---|---|---|
| **Powin, LLC** | | | |
| FlexGen Power Systems LLC (DIP Financing) | 15,454,912 | - | **15,454,912** |
| Alliant Insurance Services, Inc | 15,833 | - | **15,833** |
| Amazon Web Services, Inc. | 950 | 24,208 | **25,158** |
| Aramark Refreshment Services, LLC | 2,021 | 261 | **2,282** |
| BMO Bank N.A. | - | 6,326 | **6,326** |
| Cintas Fire Protection | 290 | - | **290** |
| City Wide Facility Solutions | - | 438 | **438** |
| Comcast Business | 1,995 | - | **1,995** |
| Copytronix | 444 | 444 | **889** |
| Davis Wright Tremaine LLP | 1,074 | - | **1,074** |
| Delta Dental Plan of Oregon | - | 8,271 | **8,271** |
| Marterra Properties | - | 25,820 | **25,820** |
| McCarter & English, LLP | - | 25,000 | **25,000** |
| MMI-Machineworks LLC | - | - | **-** |
| Mobile Mini, Inc. | 11,034 | 16,632 | **27,666** |
| Mobile Modular Portable Storage | - | 4,097 | **4,097** |
| Navex | - | - | **-** |
| Oracle America, Inc. | 123,554 | - | **123,554** |
| PRAXIS Technology Escrow, LLC | - | 4,043 | **4,043** |
| Radiate Holdings, LP | - | 600 | **600** |
| RH Shipping & Chartering (USA) LLC | - | 56,422 | **56,422** |
| Royal Vending d/b/a Royal ReFresh | - | 642 | **642** |
| Rudd & Company, PLLC | - | 7,195 | **7,195** |
| SAFE Laboratories and Engineering Corp. | - | 500 | **500** |
| ShelterPoint Life Insurance Company | - | 11,768 | **11,768** |
| Tech Heads Inc. | - | 12,608 | **12,608** |
| TestEquity LLC | 589 | 409 | **998** |
| Toyota Industries Commercial Finance, Inc. | - | 6,420 | **6,420** |
| Trivergix Group | - | 11,428 | **11,428** |
| U.S. Department of Justice - U.S. Trustee Program | - | 750 | **750** |
| UKG Inc. | 69,754 | - | **69,754** |
| United Site Services of Florida, LLC | - | 1,477 | **1,477** |
| USI Insurance Services LLC | - | 6,669 | **6,669** |
| Velocity EHS | - | 2,206 | **2,206** |
| Xerox Financial Services LLC | - | 1,610 | **1,610** |
| Zendesk Inc. | 9 | - | **9** |
| United Site Services of California, Inc. | 989 | 989 | **1,978** |
| Williams Scotsman, Inc (dba WillScot) | 1,168 | 3,268 | **4,436** |
| Mainfreight Air & Ocean Pty Ltd | - | 60,551 | **60,551** |
| United Site Services Northeast, Inc. | 399 | 747 | **1,146** |
| R.H. SHIPPING & CHARTERING S DE RL DE CV | - | 23,332 | **23,332** |
| Waste Management of Arizona, Inc. | - | (1,742) | **(1,742)** |
| One Source Freight, LLC | - | 4,519 | **4,519** |
| HubSpot Inc. | - | 4,170 | **4,170** |
| Spico Solutions, Inc. | 20,894 | - | **20,894** |
| Prolift Rigging Company, LLC | 4,895 | - | **4,895** |
| USA Industrials | - | 1,294 | **1,294** |
| SourceOne Transportation | 5,443 | - | **5,443** |
| United Site Services of Nevada, Inc. | 1,233 | - | **1,233** |
| Herc Rentals Inc. | - | 496 | **496** |
| | **15,717,480** | **333,869** | **16,051,349** |
| | | | |
| **Powin Energy Ontario Storage, LLC** | | | |
| Paligo AB | 41,880 | - | **41,880** |
| | | | |
| **Total** | **15,759,360** | **333,869** | **16,093,229** |

**Part 4 - Statement of Operations**

| Legal Entity | Powin LLC | Powin Project LLC | Powin China Holdings 1, LLC | Powin China Holdings 2, LLC | Charger Holdings, LLC | Powin Energy Ontario Storage, LLC | Powin Energy Operating Holdings, LLC | Powin Energy Operating, LLC | PEOS Holdings, LLC | Powin Energy Storage 2, Inc | Powin Energy Ontario Storage II LP | Powin Canada B.C. Ltd | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Receipts | 22,780 | - | - | - | - | - | - | - | - | - | - | - | 22,780 |
| Total Income | 22,780 | | | | | | | | | | | | 22,780 |
| **Gross Profit** | **22,780** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **22,780** |
| **Expense** | | | | | | | | | | | | | - |
| Employee Related Expenses | | | | | | | | | | | | | |
| Salaries | (1,461,553) | - | - | - | - | - | - | - | - | - | - | - | (1,461,553) |
| Employee 401k | (108,757) | - | - | - | - | - | - | - | - | - | - | - | (108,757) |
| Employee Benefits | (113,372) | - | - | - | - | - | - | - | - | - | - | - | |
| Benefits - HSA | (43,297) | - | - | - | - | - | - | - | - | - | - | - | (43,297) |
| Foreign Salaries Expenses | (17,603) | - | - | - | - | - | - | - | - | - | - | - | (17,603) |
| **Total Employee & Related Expenses** | **(1,744,581)** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **(1,631,209)** |
| Non-capex Equipment Related Expenses | | | | | | | | | | | | | |
| Software | (670,169) | - | - | - | - | - | - | - | - | - | - | - | (670,169) |
| **Total Non-capex Equipment Related Expenses** | **(670,169)** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **(670,169)** |
| Office & Administrative Expenses | | | | | | | | | | | | | |
| Bank fees | (1,512) | - | - | (35) | - | - | - | - | - | - | (21) | - | (1,568) |
| Rent | (184,147) | - | - | - | - | - | - | - | - | - | - | - | (184,147) |
| Utilities | (7,847) | - | - | - | - | - | - | - | - | - | - | - | (7,847) |
| Insurance | (189,892) | - | - | - | - | - | - | - | - | - | - | - | (189,892) |
| Trustee Fees | (2,000) | - | - | - | - | - | - | - | - | - | - | - | (2,000) |
| Professional Fees | (6,373,921) | - | - | - | - | - | - | - | - | - | - | - | (6,373,921) |
| **Total Office & Administrative Expenses** | **(6,759,319)** | **-** | **-** | **(35)** | **-** | **-** | **-** | **-** | **-** | **-** | **(21)** | **-** | **(6,759,375)** |
| **Other Expenses** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total - Expenses** | **(9,174,069)** | **-** | **-** | **(35)** | **-** | **-** | **-** | **-** | **-** | **-** | **(21)** | **-** | **(9,060,753)** |
| Other Income | 0.6 | - | - | - | - | - | - | - | - | - | - | - | 0.6 |
| **Net Income** | **(9,151,289)** | **-** | **-** | **(35)** | **-** | **-** | **-** | **-** | **-** | **-** | **(21)** | **-** | **(9,151,345)** |

## Part 7a - Payments made on prepetition debt

| Transaction | Description | Amount | Date |
|---|---|---|---|
| **Powin LLC** | | | |
| TUV Rheinland/CCIC | Software | 245,200 | 07/29/25 |
| Intertek | Software | 8,925 | 07/29/25 |
| Copytronix | Software | 67 | 07/18/25 |
| AWS | Software | 2,813 | 07/10/25 |

**Part 7c - Payments made to insiders**

| Name of Executive | Title | Date of Payment | Gross Earnings | Total Deductions | Net Earnings |
|---|---|---|---|---|---|
| Fleischhauer, Kirk | Chief Operating Officer | 7/3/2025 | 15,414 | 4,126 | 11,289 |
| | | 7/18/2025 | 15,414 | 4,164 | 11,250 |
| Kane, Brian | CEO effective 6/7/25 (formerly Chief Projects Officer) | 7/3/2025 | 20,401 | 7,444 | 12,957 |
| | | 7/3/2025 | 1,580 | | 1,580 |
| | | 7/18/2025 | 20,401 | 7,238 | 13,162 |
| | | 7/18/2025 | 599 | | 599 |
| Paprzycki, Kevin A. | Chief Financial Officer | 7/3/2025 | 17,337 | 6,582 | 10,756 |
| | | 7/18/2025 | 17,337 | 6,660 | 10,677 |
| Paulson, Chad | General Counsel | 7/3/2025 | 15,401 | 5,811 | 9,590 |
| | | 7/18/2025 | 15,401 | 5,005 | 10,396 |
| **Total** | | | **139,285** | **47,029** | **92,256** |

**General Notes:**

The financial information contained in this *Monthly Operating Report for the Period July 1, 2025, Through July 31, 2025* (the "MOR")[1] is unaudited, limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly reporting requirements for chapter 11 debtors as promulgated by the Office of the United States Trustee. The general notes, statement of limitation, methodology, and disclaimers (collectively, the "General Notes") below are intended to further describe, disclaim, and explain the presentation of information in the Debtors' second MOR.

The information in the MOR was derived from the Debtors' books and records available at the time of such preparation, but such information was not in all circumstances subject to certain procedures typically applied to such data for U.S. Generally Accepted Accounting Principles ("GAAP") or for reporting purposes under the securities laws, rules and regulations of the United States.

KPMG has historically served as the Debtors' primary external accounting advisor and without KPMG's support the Debtors cannot prepare an accurate set of monthly financial statements for fiscal year 2025.  More specifically, the Debtors' Enterprise Resource Planning ("ERP") system does not record revenue or cost-of-goods-sold transactions in an automated manner. As a result, critical components such as revenue recognition and the corresponding cost of goods sold require significant manual intervention.  This manual process is highly complex, time-consuming, and resource intensive, making the production of a monthly financial statement challenging to complete within normal reporting timelines – especially without dedicated external support. Consequently, the Debtors previously engaged KPMG to assist with preparing the necessary manual entries for both revenue and cost of goods sold needed for financial reporting. For 2025, the manual entries to record revenue and cost of goods sold have not been produced because the Debtors are not currently working with KPMG given the financial circumstances. Notwithstanding the forgoing, the Debtors have made a good faith attempt to reconcile financial activity in 2025 through 7/31/2025 in connection with preparing the MOR.

The Debtors' historical financial reporting processes have been shaped by a combination of ERP system limitations, manual updates and corrections, and significant dependency on external bookkeeping support from KPMG.

- ERP System: NetSuite is used as the core accounting system, but as it exists today, it lacks the complete functionality to support the Debtors' project-based manufacturing and delivery model.

- Supplemental Workflows: Key accounting outputs—particularly around inventory, revenue recognition, and cost of goods sold—are driven by manual Excel-based models maintained by the accounting team and supported by KPMG.

- Cross-functional Gaps: Upstream data (e.g., procurement, logistics, project operations) is

---

[1] Capitalized terms, used but not defined herein, shall have the meanings ascribed to them in the Final DIP and Cash Collateral Orders

often incomplete or incorrect, requiring accounting to manually fill and correct entries, leading to material delays and risk of misstatement.

As set forth above, KPMG has historically served as the Debtors' primary external accounting advisor, engaged to fill major process and systems gaps. Their support included: (i) Manual preparation of revenue and cost of goods sold (COGS) journal entries due to NetSuite's inability to automate these areas; (ii) development and maintenance of complex Excel workbooks—over 50 per quarter—to handle project-based revenue recognition under ASC 606; (iii) compilation of financial statements and reporting packages to support U.S. and international tax filings; (iv) work performed on a quarterly basis, effectively acting as a de facto close process for the Debtors.

**Revenue and COGS Recognition**: (i) Revenue is tracked manually at the project and customer level using complex Excel models; and (ii) COGS must be manually layered into each revenue workbook due to lack of automated inventory flow or assembly logic.

**Inventory Tracking and Valuation**: Inventory listed in the Debtors' NetSuite software is not tied to specific projects. Movements of inventory are recorded in NetSuite, but not between projects, which leads to a risk of misstatement unless manually corrected. NetSuite lacks capabilities for project-specific tracking, finished goods assembly, or bill of materials (BOM) logic. Instead, documentation of the Debtors' inventory is fragmented across SharePoint, email, and Slack, making manual validation of inventory highly inefficient. Accordingly, the location and existence of Debtors' inventory may not have been manually validated, leaving a risk of misstated inventory in the MOR.

Although the Debtors used reasonable efforts to ensure the accuracy and completeness of the MOR, inadvertent errors or omissions may exist.[2] Considering the above-mentioned limitations, the MOR for any given month may not be comparable to any past or future MOR or any other report and ending and closing balances for all or certain accounts may not agree.

Each signatory to the MOR has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and their agents, advisors, attorneys, and other professionals. Each signatory has not (and could not have) personally verified the accuracy of each such statement, representation, and answer contained in the MOR.

**Employees**:

As of the Petition Date, Powin Energy Operating LLC had 84 employees and as of the close of the Monthly Operating Report (MOR) reporting period, specifically July 31, 2025, there were a total number of 73 employees. These employees are paid from its parent company, Powin LLC. Accordingly, all employee-related disbursements are reported in the Monthly Operating Report (MOR) of Powin LLC.

---

[2] The Debtors and their agents, advisors, attorneys, and other professionals, as applicable, do not guarantee or warrant the accuracy or completeness of the data or other information that is provided in the MOR.

**Attachment "MOR-1"**:

Cash was received and disbursed by the Debtors as described in the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Use of Cash Management Procedures, Bank Accounts, and Existing Business Forms; (II) Prohibiting Setoffs and Freezing of Bank Accounts; (III) Modifying Requirements of Section 345(b) of the Bankruptcy Code; and (IV) For Related Relief* [Docket No. 12], which was granted on an interim basis, pursuant to an order entered by the Court on June 13, 2025 [Docket No. 60].

Part 1 of the MOR, "Cash Receipts, and Disbursements," reported cash and receipts and disbursements exclude intercompany and interbank transactions between Debtors (if any).

**Attachments "MOR-2" and "MOR-3"**:

The "MOR-2" attachment includes the Debtors' balance sheet as of July 31, 2025. In preparing this MOR, the Debtors were required to make certain estimates and assumptions that affect the amounts of assets and liabilities and reported revenue and expenses. Furthermore, the Debtors' balance sheet is recorded on a book value basis and may not reflect current or actual value. As a result, the balance sheet, attached as "MOR-2," should not be relied upon as a GAAP compliant balance sheet or for any purpose.

The attachment "MOR-3," titled "Statement of Operations," includes activity for the calendar month of July 2025.  As previously noted, the MOR was not prepared in accordance with GAAP and does not include all the information and disclosures required by GAAP or U.S. federal securities laws.

**Assets and Liabilities**: Since the Debtors maintain their books and records and prepare consolidated financial statements for GAAP reporting purposes, rather than by legal entity and for bankruptcy reporting purposes, certain assets and liabilities may be presented and reported in credit and debit balances, respectively. As a result of the commencement of the chapter 11 cases, payment of prepetition liabilities is subject to orders entered by the Court and otherwise is subject to compromise or other treatment under any chapter 11 plan.  Prepetition liabilities that are subject to compromise under ASC 852 are preliminary and may be subject to future adjustments.

### Part 1: Cash Receipts and Disbursements

The MOR presents the Debtor's receipts and disbursements, and disbursements made by third parties on the Debtors' behalf for the period from July 1, 2025, through and including July 31, 2025.

Debtor Powin LLC received additional DIP funding in the month of July 2025, pursuant to the terms and conditions of that certain *Final Order (I) Authorizing the Debtors to Obtain Postpetition Operational Cash Flow Financing; (II) Granting Liens and Providing Superpriority Administrative Expense Claims; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief* (the "Final DIP Order").

3

Certain bank accounts of the Debtors are denominated in foreign currencies. As a result, fluctuations in exchange rates may cause minor differences between the bank balances shown in Part 1 and those reported in the Balance Sheet.

### Part 2: Asset and Liability Status

The amounts are generally presented in the same manner as set forth in greater detail in the *Schedules of Assets and Liabilities* and *Statements of Financial Affairs* (together, with the general notes thereto, the "Schedules and Statements") of each Debtor.

*Inventory*: Inventory balances are presented based on information from the Debtors' stock ledger and third-party reports (collectively, the "Stock Ledger"), where available, with certain adjustments made based on updated information that management believes presents a more accurate representation of the Debtor's inventory as of the Petition Date. The Debtors did not complete a physical audit or a formal financial close process for 2025 prior to the Petition Date. Accordingly, inventory values are reported at net book value, based on the Debtors' books and records. Additionally, certain of the Debtors' inventory is in the possession of third parties who may assert rights with respect to such inventory.

Inventory that has been delivered to customers this year (totaling $10,221,878 on the Debtors' Stock Ledger) are not included in the Balance Sheet because this inventory did not yet have a journal entry to recognize the cost of the sales as the 2025 financials did not close prior to the Petition Date.

Also, the following off-premise inventory is not included in the Balance Sheet because the value of this inventory is unknown:

- Mobile Mini Inventory – As a normal course of business, the Debtors stored inventory to be used in the commissioning process in containers rented from a vendor (Mobile Mini) at several customer sites. It is unclear if the containers are still at these sites as the Debtors received repossession notices prior to the Petition Date. The quantities and value of these items are not known, so no value has been reported on the Balance Sheet.

- Field Service Storage – As a normal course of business, the Debtors stored parts to be used by its service teams. These parts were stored in various rented containers/ storage units not tracked on the Stock Ledger.  The Debtors consider these parts as expenses incurred. However, the Debtors may still have claims to these items.

*Receivables*: The Debtors' total receivables reflect the Debtors' books and records based upon the Debtors' prepetition methodology for determining when to deliver invoices to customers.  The Debtors' receivables, including unbilled receivables discussed below, remain subject to several contingencies that may impact enforceability and collectability as set forth in the *General Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs* [Docket No. 414]. Specifically: (a) certain customers have asserted disputes regarding the Debtors' receivables and underlying contracts, including due to alleged liquidated damages; (b) certain customers have purported to terminate their existing contracts; (c) the Debtors have ceased performing certain customer contracts; (d) the Debtors have sought court approval to reject customer contracts, which,

4

under the Bankruptcy Code, gives rise to a material breach by the Debtors of the underlying customer contracts [*see* Docket No. 88]; (e) the Debtors have reached settlements with certain customers which compromise certain receivables, which settlements have been approved by the Bankruptcy Court or are pending approval [*see* Docket Nos. 191, 355]; (f) certain ordinary course adjustments could change the amount of the Debtors' billed and unbilled receivables; and (g) certain receivables may not reflect recent and long-standing realized offsets and deductions. There may also be other barriers to collection of the Debtors' customer receivables. Some of the Debtors' receivables have not been adjusted for these contingencies or barriers, not all adjustments have been completed.

Unbilled receivables of $10,751,957.80 have been included in the total amount of Powin, LLC's receivables. These unbilled receivables represent a contractual right to bill a customer for which Powin, LLC has not formally billed the customer. The Debtors calculated these balances by taking the work performed as of December 31, 2024, to identify these cases, and removing any instance in which Powin, LLC had formally invoiced the customer in 2025. There may have been more instances of unbilled receivables incurred in 2025, but due to the expertise, information, and man hours required, the Debtors are unable to determine that value. Accordingly, the Debtors are only including a value for those unbilled receivables that have been rolled forward from December 31, 2024.

Contract Assets (Earned Revenue before Billing Milestone) represent inventory deliveries, or commissioning work completed, in advance of contractual billing milestones. Due to the expertise, information, and man hours required, the Debtors' have provided the current value as of their latest reporting period December 31, 2024.

Deferred revenue represents invoices the Company has issued for goods and services that have not been delivered. Due to the expertise, information, and man hours required, the Debtors' have provided the current value as of their latest reporting period December 31, 2024.

### Part 3: Assets Sold or Transferred

Other than as described herein, during the period covered by this MOR, the Debtors did not, other than in accordance with an order of the Bankruptcy Court, sell or otherwise transfer any of their assets, other than in the ordinary course of their business.

### Part 4: Income Statement (Statement of Operations)

The MOR presents the Debtors' best estimates of their Statements of Operations for the reporting period from July 1, 2025 through and including July 31, 2025. The Statement of Operations has been prepared on a cash basis for each Debtor entity, based solely on recorded cash transactions during the reporting period. Please refer to the notes above for information about presentation and limitations that may exist in the MOR.

### Part 5: Professional Fees and Expenses

For purposes of the Monthly Operating Report and the accurate calculation of U.S. Trustee fees, bankruptcy professional fees shall be deemed incurred upon the disbursement of funds to the Professional Escrow Account, as more fully defined and described in the Final DIP Order. During

the period from July 1, 2025, through and including July 31, 2025, the Debtors funded the Professional Escrow account with $6,323,922.

### Part 6: Postpetition Taxes

The Debtors believe that they are current with respect to any postpetition Taxes and Fees that have come due.  With respect to taxes accrued, certain accrued taxes such as income taxes and property taxes are reconciled as part of the Debtors' year-end process and therefore, the balances in the MOR may not reflect year-end accrual true-ups. These amounts are unaudited, and subject to material change.

### Part 7(a): Payments Made on Prepetition Debt

Powin, LLC, made payments on prepetition obligations of $8,925 to Intertek and $245,200 to TUV Rheinland, which were authorized pursuant to the *Order (i) Authorizing and Approving Settlement and Release Agreement; and (ii) Granting Related Relief* [Docket No. 283].

The Company inadvertently made the following de minimis payments to (i) Copytronix – An invoice of $200 was paid, $67 of which was related to the prepetition period; and (ii) AWS – An invoice of $3,394 was paid, $2,813 of which was related to the prepetition period.

No payments were made to the Prepetition Agent during the month of July.

### Part 7(f): Trust Fund Taxes Remitted on a Current Basis

The Company is currently conducting a comprehensive review of its trust fund tax liabilities to determine the precise amounts owed. According to the Company's books and records, there are no outstanding trust fund taxes for this MOR reporting period.

### Part 7(g): Postpetition Borrowing, Other than Trade Credit

The following Debtors are borrowers under the DIP Credit Agreement: (i) Powin Project LLC;(ii) Powin, LLC; (iii) PEOS Holdings, LLC; (iv) Powin China Holdings 1, LLC; (v) Powin China Holdings 2, LLC; (vi) Charger Holdings, LLC; (vii) Powin Energy Ontario Storage, LLC; (viii) Powin Energy Operating Holdings, LLC; and (ix) Powin Energy Operating, LLC.

Pursuant to the terms of the Final DIP Order, on July 28, 2025, Powin LLC received $5,000,000 in cash proceeds from the DIP Financing.