UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Powin, LLC

Case No.: 25-16137 (MBK)

Chapter: 11

Hearing Date: 8/25/25

Judge: Michael B. Kaplan

# NOTICE OF STATUS CONFERENCE

Please be advised that the Court will conduct a Status Conference in this matter on
**Monday, August 25, 2025 at 11:30am**
to address concerns regarding an appropriate form of order resolving the Rejection Motion (EFC No. 88) and related issues. The hearing will be conducted via Zoom and the link will be available on the page on the Court's website devoted to the Powin, LLC case: https://www.njb.uscourts.gov/powin