# Exhibit "A"

# INVOICE



Zendesk, Inc.
181 Fremont St,
17th Floor
San Francisco, CA
94105

(888) 670-4887
ar@zendesk.com

Invoice Date: August 09, 2025
Invoice Number: INV13028253
Purchase Order Number:

Account Number: 2032759
Account Information: Powin
20550 SW 115th Ave, Tualatin

Salen
Oregon
97062
United States

Account Currency:     USD
Payment Terms:        Net 30
**Due Date:**         **September 08, 2025**

## CHARGE SUMMARY

| Product | Quantity | Unit Price | UOM | Subtotal | Tax | Total |
|---|---|---|---|---|---|---|
| Zendesk Suite - Professional Subscription 08/09/2025-09/08/2025 Month powin | 39 | $149.00 | Per Agent | $5,811.00 | $0.00 | $5,811.00 |

## INVOICE TOTALS

**WIRE INSTRUCTIONS**
JP Morgan Chase
New York, NY 10017
Bank Routing Number: 021000021
Swift Code: CHASUS33
Account Name: Zendesk, Inc.
Account Number: 366968821

**ACH INSTRUCTIONS**
Bank Routing Number: 322271627
Account Name: Zendesk, Inc.
Account Number: 366968821

**MAIL CHECK TO**
Zendesk, Inc.
P.O. Box 734287
Chicago, IL 60673-4287

**OVERNIGHT OR COURIER**
JP Morgan Chase
Attn: Zendesk Inc., Box 734287
131 S Dearborn, 6th Floor
Chicago, IL 60603
Zendesk W-9
**Please include the invoice number(s) in your remittance as a payment
reference to ensure accurate and timely posting of funds.**

| | |
|---|---|
| Subtotal: | $5,811.00 |
| Tax: | $0.00 |
| Total: | $5,811.00 |
| Payments Applied: | $0.00 |
| Adjustments Applied: | $0.00 |
| Invoice Balance: * See Related Transactions below | $5,811.00 |

For questions about your invoice, email ar@zendesk.com.

TRANSACTIONS ASSOCIATED TO THIS INVOICE

| Transaction Date | Transaction Number | Transaction Type | Applied Amount |
|---|---|---|---|

Any reference to a purchase order in this invoice or any associated Service Order is solely for your convenience in record keeping, and no such reference or any delivery of services to you following receipt of any purchase order shall be deemed an acknowledgement of or agreement to any terms or conditions associated with any such purchase order or in any way be deemed to modify, alter, supersede or supplement the Master Subscription Agreement as defined in your Service Order, or, if you are not a party to a Service Order or such term is not therein defined, consisting exclusively of your Service Order(s), if any, and either (i) the Agreement or (ii) if you and Zendesk are parties to a separate agreement governing your access to and use of a Service (as defined in the Agreement) that is evidenced in a written agreement mutually executed and delivered by you and Zendesk, the terms and conditions of such separate agreement). The terms and conditions of the Agreement are the exclusive agreement of the parties with respect to subject matter of the Agreement, and no other terms or conditions shall be binding upon Zendesk or otherwise have any force or effect.

The terms and conditions of the Agreement (as currently in effect) for any Service (as defined in the Agreement) is between you and Zendesk. Any current Service Order (as defined in the Agreement) shall exclusively govern the relationship and agreement between the parties related to your subscription to any Services and supersede any other agreement/purported terms of any type among you and Zendesk, including any purchase order attached hereto or referenced herein. No modification of this invoice by you or any terms or conditions of any purchase order or other similar document shall have any force or effect regardless of any statement to the contrary in such modification, purchase order or other document.

Payments made by credit card or debit card are billed and processed by Zendesk, Inc. if denominated in U.S. dollars and by Zendesk International Ltd (Registration No. 519184) if denominated in a currency other than the U.S. dollar. To the extent that any such entity billing or processing this transaction (the, "Zendesk Payment Agent") is not Zendesk, Inc., the billing entity is acting solely as a billing and processing agent for and on behalf of Zendesk, Inc. for the economic benefit of Zendesk, Inc. in its role as principal and the Zendesk Payment Agent has no interest in the payments. You are contracting with and the Service is provided and delivered by Zendesk, Inc. as identified in the Agreement.



# INVOICE

Zendesk, Inc.
181 Fremont St,
17th Floor
San Francisco, CA
94105

(888) 670-4887
ar@zendesk.com

| | |
|---|---|
| Invoice Date: | July 28, 2025 |
| Invoice Number: | INV12998778 |
| Purchase Order Number: | |

| | |
|---|---|
| Account Number: | 2032759 |
| Account Information: | Powin |
| | 20550 SW 115th Ave, Tualatin |
| | Salen |
| | Oregon |
| | 97062 |
| | United States |

Account Currency:     USD
Payment Terms:     Net 30
**Due Date:**     **August 27, 2025**

## CHARGE SUMMARY

| Product | Quantity | Unit Price | UOM | Subtotal | Tax | Total |
|---|---|---|---|---|---|---|
| Talk Usage Subscription 06/30/2025-07/08/2025 Month powin | 5,483 | $0.00 | Voice | $5.48 | $0.00 | $5.48 |
| Talk Usage Subscription 07/09/2025-07/27/2025 Month powin | 3,376 | $0.00 | Voice | $3.38 | $0.00 | $3.38 |

## INVOICE TOTALS

**WIRE INSTRUCTIONS**
JP Morgan Chase
New York, NY 10017
Bank Routing Number: 021000021
Swift Code: CHASUS33
Account Name: Zendesk, Inc.
Account Number: 366968821

**ACH INSTRUCTIONS**
Bank Routing Number: 322271627
Account Name: Zendesk, Inc.
Account Number: 366968821

**MAIL CHECK TO**
Zendesk, Inc.
P.O. Box 734287
Chicago, IL 60673-4287

**OVERNIGHT OR COURIER**
JP Morgan Chase

| | |
|---|---|
| Subtotal: | $8.86 |
| Tax: | $0.00 |
| Total: | $8.86 |
| Payments Applied: | $0.00 |
| Adjustments Applied: | $0.00 |
| Invoice Balance: <br> * See Related Transactions below | $8.86 |

| | | |
|---|---|---|
| Attn: Zendesk Inc., Box 734287<br>131 S Dearborn, 6th Floor<br>Chicago, IL 60603<br>Zendesk W-9<br>**Please include the invoice number(s) in your remittance as a payment reference to ensure accurate and timely posting of funds.** | | |

For questions about your invoice, email ar@zendesk.com.

## TRANSACTIONS ASSOCIATED TO THIS INVOICE

| Transaction Date | Transaction Number | Transaction Type | Applied Amount |
|---|---|---|---|

Any reference to a purchase order in this invoice or any associated Service Order is solely for your convenience in record keeping, and no such reference or any delivery of services to you following receipt of any purchase order shall be deemed an acknowledgement of or agreement to any terms or conditions associated with any such purchase order or in any way be deemed to modify, alter, supersede or supplement the Master Subscription Agreement as defined in your Service Order, or, if you are not a party to a Service Order or such term is not therein defined, consisting exclusively of your Service Order(s), if any, and either (i) the Agreement or (ii) if you and Zendesk are parties to a separate agreement governing your access to and use of a Service (as defined in the Agreement) that is evidenced in a written agreement mutually executed and delivered by you and Zendesk, the terms and conditions of such separate agreement). The terms and conditions of the Agreement are the exclusive agreement of the parties with respect to subject matter of the Agreement, and no other terms or conditions shall be binding upon Zendesk or otherwise have any force or effect.

The terms and conditions of the Agreement (as currently in effect) for any Service (as defined in the Agreement) is between you and Zendesk. Any current Service Order (as defined in the Agreement) shall exclusively govern the relationship and agreement between the parties related to your subscription to any Services and supersede any other agreement/purported terms of any type among you and Zendesk, including any purchase order attached hereto or referenced herein. No modification of this invoice by you or any terms or conditions of any purchase order or other similar document shall have any force or effect regardless of any statement to the contrary in such modification, purchase order or other document.

Payments made by credit card or debit card are billed and processed by Zendesk, Inc. if denominated in U.S. dollars and by Zendesk International Ltd (Registration No. 519184) if denominated in a currency other than the U.S. dollar. To the extent that any such entity billing or processing this transaction (the, "Zendesk Payment Agent") is not Zendesk, Inc., the billing entity is acting solely as a billing and processing agent for and on behalf of Zendesk, Inc. for the economic benefit of Zendesk, Inc. in its role as principal and the Zendesk Payment Agent has no interest in the payments. You are contracting with and the Service is provided and delivered by Zendesk, Inc. as identified in the Agreement.