| | |
|---|---|
| David H. Pikus | Hearing Date: To Be Set |
| **BRESSLER, AMERY & ROSS, P.C.** | |
| A Professional Corporation | Oral Argument Requested |
| 325 Columbia Turnpike | |
| Florham Park, New Jersey 07932 | |
| P.O. Box 1980 | |
| Morristown, New Jersey 07962 | |
| (973) 514-1200 | |
| Attorneys for Applicant and Secured Creditor | |
| Expeditors International of Washington, Inc. | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, *et al.*[1], | Case No. 25-16137 (MBK) |
| Debtors | (Jointly Administered) |

**TO:**

**HON. MICHAEL B. KAPLAN**

**SERVICE LIST**

      **PLEASE TAKE NOTICE** that the undersigned, attorneys for Attorneys for Applicant and Secured Creditor Expeditors International of Washington, Inc., shall apply before the Hon. Michael B. Kaplan, at the United States Bankruptcy Court for the District of New Jersey, United States Courthouse, Trenton, New Jersey, at a date and time fixed by the Court, for an Order pursuant to 11 U.S.C. §362, granting relief from the automatic stay for purposes of abandoning

---

[1] The Debtors in these Chapter 11 Cases are: (i) Powin Project LLC; (ii) Powin, LLC; (iii) PEOS Holdings, LLC; (iv) Powin China Holdings 1, LLC; (v) Powin China Holdings 2, LLC; (vi) Charger Holdings, LLC; (vii) Powin Energy Ontario Storage, LLC; (viii) Powin Energy Operating Holdings, LLC; and (ix) Powin Energy Operating, LLC.

or liquidating certain collateral, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 0913-2 (a) (2) any (i) opposition to this motion or (ii) cross motion must be filed and served not later than 7 days before the hearing date.

Dated: August 26, 2025

                                        Respectfully submitted,

                                        **BRESSLER, AMERY & ROSS, P.C.**
                                        Attorneys for Movant

                                        By: /s/ David H. Pikus
                                                  David H. Pikus