David H. Pikus  
**BRESSLER, AMERY & ROSS**  
A Professional Corporation  
325 Columbia Turnpike  
Florham Park, New Jersey 07932  
P.O. Box 1980  
Morristown, New Jersey 07962  
(973) 514-1200  
Attorneys for Attorneys for Applicant and Secured Creditor  
Expeditors International of Washington, Inc.

Hearing Date: To Be Set

Oral Argument Requested

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*[1],<br>　　　　　　　Debtors | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

### APPLICATION FOR ORDER SHORTENING
### TIME PERIOD FOR NOTICE UNDER FED. R. BANKR. P. 9006(c)(1)

TO:　THE HONORABLE MICHAEL B. KAPLAN  
　　　UNITED STATES BANKRUPTCY JUDGE

　　Expeditors International of Washington, Inc. (the "Applicant), by and through its attorneys, Bressler, Amery & Ross, P.C., for its Application For Order Shortening Time Period For Notice Under *Fed.R. Bankr.P.* 9006(c)(1), respectfully represents:

　　1.　The Applicant is a secured creditor in the above adversary proceeding. Applicant seeks to shorten the notice time period on its motion for relief from the automatic stay to mitigate

---

[1] The Debtors in these Chapter 11 Cases are: (i) Powin Project LLC; (ii) Powin, LLC; (iii) PEOS Holdings, LLC; (iv) Powin China Holdings 1, LLC; (v) Powin China Holdings 2, LLC; (vi) Charger Holdings, LLC; (vii) Powin Energy Ontario Storage, LLC; (viii) Powin Energy Operating Holdings, LLC; and (ix) Powin Energy Operating, LLC. T

ongoing storage and demurrage costs at the port of entry for the goods subject to its liens (the "Motion").

2. Expeditors is Expeditors is a non-vessel owned common carrier, freight forwarder, customs broker, warehouseman and provider of distribution and other logistics services. Expeditors provided such services to the Debtors prior to the commencement of this Bankruptcy Case.

3. The Motion seeks an order granting Expeditors relief from the automatic stay to permit abandonment and liquidation of its collateral. As of the Petition Date, the Debtor owed Expeditors the aggregate amount of approximately $466,714.07 for transportation, storage and preservation of goods and other property, including freight, storage, distribution, Customs duties and fees, demurrage, detention, and other charges, plus late charges on the foregoing at [x]% per annum and attorneys' fees. All charges continue to accrue. Significantly, storage charges continue to accrue with respect to the Petition Date Cargo at a rate of approximately $6,592.42 per day.

4. Pursuant to the Contracts, as security for Expeditors' claims, Expeditors holds duly-perfected first-priority liens on, and security interests in, the following:

- all of the Petition Date Cargo and related documents;

- all other property in Expeditors' possession, custody or control or en route as of the Petition Date;

- all other goods, documents of title and other property which Expeditors made available to the Debtors for the purpose of ultimate sale or exchange or for loading, unloading, storing, shipping, transshipping, manufacturing, processing or otherwise dealing with them in a manner preliminary to their sale or exchange, and all documents related thereto; and

- all proceeds and products of any of the foregoing, including "cash collateral."

5. Because the accrual of these charges is continuing and they are the ultimate responsibility of the Debtor, it would be in the interest of all interested constituencies to expedite the relief.

6. Reduction of the time period in question is not prohibited under Fed. R. Bankr. P. 9006(c)(1) and the Rules listed therein.

WHEREFORE, the Applicant requests an entry of the Order submitted herewith shortening time for hearing on relief from the automatic stay.

> Respectfully submitted,
>
> BRESSLER, AMERY & ROSS, P.C.
> Attorneys for Applicant
>
> By: /s/ David H. Pikus
>     David H. Pikus