| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**David H. Pikus (DP7846)**<br><br>BRESSLER, AMERY & ROSS, P.C.<br>P.O. Box 1980<br>Morristown, NJ 07962<br>325 Columbia Turnpike<br>Florham Park, NJ 07932<br>(973) 514-1200<br>Attorneys for Expeditors International of Washington, Inc. | Case No. 25-16137 (MBK)<br><br>Chapter 11 |
| In Re:<br><br>POWIN, LLC *et al.*<br><br>Debtors. | Judge: Hon. Michael B. Kaplan<br><br>Hearing Date: To Be Set |

**ORDER SHORTENING TIME PERIOD**
**FOR NOTICE AND SETTING HEARING**

Upon consideration of the Application of Expeditors International of Washington, Inc., by and through its attorneys Bressler, Amery & Ross, P.C., and David H. Pikus, Esq., for notice under *Fed. R. Bankr. P.* 9006(c)(1), and for cause shown,

IT IS on this _____ day of _____, 2025

**ORDERED** as follows:

1. The time period required by Local Bankruptcy Rule 9013-1 for notice of hearing on Expeditors International of Washington, Inc.'s Motion for Relief from Stay is hereby shortened as set forth herein.

2. A hearing shall be conducted on the aforesaid motion on _____, 2025 at _____ ___.m. in the United States Bankruptcy Court for the District of New Jersey, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey in the

courtroom of the Honorable Michael B. Kaplan, U.S. Bankruptcy Judge.

    3.    True copies of this Order, the application for it, and the moving papers shall be served upon the attached service list by _____, sent no later than _____ days of the date hereof.

    4.    Any objections to said Application shall all be filed and served so as to be received no later than _____, 2025.

    5.    Court appearances will be required to prosecute said Application and any objections.

Dated:        , 2025

                                        _____
                                        Hon.       , U.S.B.J.