**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Lorraine McGowen, Esq. (admitted *pro hac vice*)
Michael Trentin, Esq.
Jenna MacDonald Busche, Esq. (admitted *pro hac vice*)
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Email:  lmcgowen@orrick.com
           mtrentin@orrick.com
           jmacdonaldbusche@orrick.com

*Counsel to (i) esVolta, LP; (ii) EDF power solutions, Inc.*
*(f/k/a EDF Renewables, Inc.); and (iii) PowerFlex Systems, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| POWIN, LLC, *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

**NOTICE OF STATUS CONFERENCE**

Please be advised that the Court will conduct a status conference in this matter on **Thursday, August 28, 2025 at 3:00 p.m. (ET)** to address concerns regarding an appropriate form of order resolving the Debtors' Rejection Motion [ECF No. 88] and related issues. The hearing will be conducted via Zoom using the "Zoom Link for Judge Kaplan's Remote Hearings" available on Judge Kaplan's page on the Court's website: https://www.njb.uscourts.gov/content/honorable-michael-b-kaplan. Pre-registration is not required.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

| | |
|---|---|
| Dated: New York, NY<br>August 27, 2025 | **ORRICK, HERRINGTON & SUTCLIFFE LLP**<br><br>*/s/ Michael Trentin*<br>Michael Trentin, Esq.<br>Lorraine McGowen, Esq. (admitted *pro hac vice*)<br>Jenna MacDonald Busche, Esq. (admitted *pro hac vice*)<br>51 West 52nd Street<br>New York, New York 10019-6142<br>Telephone: (212) 506-5000<br>Facsimile: (212) 506-5151<br>Email:  mtrentin@orrick.com<br>          lmcgowen@orrick.com<br>          jmacdonaldbusche@orrick.com<br><br>*Counsel to (i) esVolta, LP; (ii) EDF power solutions, Inc. (f/k/a EDF Renewables, Inc.); and (iii) PowerFlex Systems, Inc.* |