| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with DNJ LBR 9004-1(b)<br><br>David H. Pikus<br>Bressler, Amery & Ross, P.C.<br>325 Columbia Turnpike<br>Florham Park, New Jersey 07932<br>(973) 514-1200<br>Email: dpikus@bressler.com<br>*Attorneys for Creditor Expeditors International of Washington, Inc.* | Chapter: 11<br><br>Case No.: 25-16137 (MBK)<br><br>Judge: Hon. Michael B. Kaplan, U.S.B.J. |
| IN RE:<br><br>POWIN, LLC et al.,<br><br>                   **Debtors.** | NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Section 1109(b) of the Bankruptcy Code, 11 U.S.C. § 1109(b), and Federal Rule of Bankruptcy Procedure 2002, Creditor Expeditors International of Washington, Inc. hereby appears by and through counsel Bressler, Amery & Ross, P.C. in the above-captioned case, and requests that copies of all notices given or required to be given and all papers served or required to be served in this case be given to and served upon the following:

> David H. Pikus, Esq.
> Bressler, Amery & Ross, P.C.
> 325 Columbia Turnpike
> Florham Park, NJ 07932
> Phone: (973) 514-1200
> Fax: (973) 514-1660
> E-mail: *dpikus@bressler.com*

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices and papers referred to in Bankruptcy Rule 2002 and also includes, without limitation, any plan of

reorganization and objections thereto, monthly reports, statements, schedules, lists, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answers, reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to this proceeding.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is a limited appearance for notice purposes only. Accordingly, this Notice of Appearance is not to be construed as a waiver of any rights, including, but not limited to, the right to contest jurisdiction or demand trial by jury of any issue.

BRESSLER, AMERY & ROSS, P.C.
*Attorneys for Creditor Expeditors Intl. of Washington, Inc.*

By: /s/ David H. Pikus
DAVID H. PIKUS

DATED: September 2, 2025