# Exhibit A

| From: | Capuzzi, Kevin M. |
|---|---|
| To: | Krause, Jeffrey C. |
| Cc: | Gentile, John |
| Subject: | Mainfreight/BHER |
| Date: | Thursday, July 24, 2025 2:41:42 PM |
| Attachments: | AR INV 03989645 (Terminal Backstack to WV Laydown).pdf |
| | AR INV 03999687 (Additional Terminal Storage).pdf |
| | AR INV 04011659 (August WV Laydown Storage).pdf |
| | AR INV 03998302 (Terminal Storage).pdf |
| | AR INV 03987304 (June WV Laydown Storage).pdf |
| | AR INV 03979086 (Terminal & Port Charges).pdf |
| | AR INV 03993031 (Customs Clearance).pdf |
| | AR INV 04011658 (July WV Laydown Storage).pdf |

Jeff: Per the terms of the adjournment, attached are below are the BHER storage and transportation charges. Looking forward to connecting on the broader resolution. I have not heard anything from the Debtors, unfortunately.

Best,
Kevin

| Invoice No. | Description | Amount |
|---|---|---|
| INV 03979086 | Terminal & Port Charges | USD 197,366.87 |
| INV 03993031 | Customs Clearance | USD 145.00 |
| INV 03998302 | Terminal Backstack Storage | USD 180,900.00 |
| INV 03999687 | Additional Terminal Storage | USD 600.00 |
| INV 03989645 | Transport from Terminal Backstack to West Virginia Laydown | USD 395,946.00 |
| INV 03987304 | JUNE West Virginia Laydown Storage | USD 3,450.00 |
| INV 04011658 | JULY West Virginia Laydown Storage | USD 3,450.00 |
| INV 04011659 | AUGUST West Virginia Laydown Storage | USD 3,450.00 |
| | Total | USD 785,307.87 |



Kevin M. Capuzzi
Partner | Restructuring & Bankruptcy Practice Group
Benesch Friedlander Coplan & Aronoff LLP

t: 302.442.7063 | m: 610.574.6910
KCapuzzi@beneschlaw.com | www.beneschlaw.com
1313 North Market Street, Suite 1201, Wilmington, DE 19801-6101

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice



| Adelaide | 76-82 Gallipoli Drive, Regency Park | PO Box 2236, Regency Park, SA 5010 | 08 8300 5555 | Melbourne | 154 Melrose Drive, Tullamarine | PO Box 146, Tullamarine, VIC 3043 | 03 9330 6000 |
| Brisbane | Level 3, B2 747 Lytton Road, Murarrie | PO Box 581, Cannon Hill, QLD 4170 | 07 3638 3900 | Newcastle | 20 Balbu Close, Beresfield | PO Box 3024, Thornton, NSW 2322 | 02 4014 5152 |
| Fremantle | 40 Logistics Boulevard, Kenwick | PO Box 312, Welshpool, WA 6986 | 08 6254 5301 | Sydney | 1767 Botany Road, Banksmeadow | PO Box 317, Botany, NSW 1455 | 02 9384 7900 |
| Gold Coast | 2 Habana Street, Helensvale | PO Box 581, Cannon Hill, QLD 4170 | 07 5514 5650 | Townsville | 696 Ingham Road, Mount Louisa | PO Box 7686, Garbutt, QLD 4815 | 07 4760 6004 |



# INVOICE 03979086

Page 1 of 1

POWIN LLC
ATTENTION: SHANIQUA WEST
20550 SW 115TH AVE
TUALATIN OR 97062
UNITED STATES

| INVOICE DATE | 29-May-25 |
| CUSTOMER ID | POWINPDX |
| SHIPMENT | S05052650 |
| DUE DATE | 30-Jun-25 |
| TERMS | 30 days from EOM |

## SHIPMENT DETAILS

PRINTED BY: Dwayne D'Souza

| CONSIGNOR | CONSIGNEE |
| --- | --- |
| SEOJIN VIETNAM CO.,LTD | POWIN LLC |

| ORDER NUMBERS / OWNER'S REFERENCE |
| --- |
| RAVENSWOOD |

| GOODS DESCRIPTION |
| --- |
| Energy Segment Full (P/2-UL-4HR)     (Class 9 UN 3536)   HTS: 85076090    PROJECT - Ravenswood ES |

| IMPORT CUSTOMS BROKER | WEIGHT | VOLUME | CHARGEABLE | PACKAGES |
| --- | --- | --- | --- | --- |
| EXPEDITORS INTERNATIONAL OF | 1608.096 T | 2103.308 M3 | 2103.308 M3 | 168 PKG |

| VESSEL / VOYAGE / IMO(LLOYDS) | OCEAN BILL OF LADING | HOUSE BILL OF LADING |
| --- | --- | --- |
| 21 PANDA / 4 / 9477608 | DMNA21PAND000401 | VNORF5052650 |

| ORIGIN | ETD | DESTINATION | ETA |
| --- | --- | --- | --- |
| VNHPH = Haiphong, Viet Nam | 12-Apr-25 | USORF = Norfolk, United States | 30-May-25 |

| CO2 EMISSIONS | This Shipment is emitting co2 emissions from Port to Port of 221.91 kgs. The value is estimated based on clean cargo and EN16258 methodologies. |

## CHARGES

| DESCRIPTION | CHARGES IN USD |
| --- | --- |
| Destination Handling / Documentation / Admin | 115.00 |
| Port & Wharfage Charges | 27,343.01 |
| Terminal Handling Charge | 11,988.86 |
| Transfer Fee to Backstack Laydown | 141,120.00 |
| Terminal Backstack Clerking/Supervision | 16,800.00 |

| TOTAL CHARGES | | |
| --- | --- | --- |
| Please contact us within 7 days should there be any discrepancies. All transactions are subject to the company's standard trading conditions ( copies available on request ). | SUBTOTAL | 197,366.87 |
| To prevent cybercrime don't act on any email requests to change our bank account. Phone us to advise of any requests. We are not responsible for any loss arising from cyber crimes. | TOTAL USD | 197,366.87 |

| CUSTOMER ID  POWINPDX | Invoiced | USD 197,366.87 | BALANCE DUE | USD 197,366.87 |
| | | | DUE DATE | 30-Jun-25 |

| Transfer Funds To: | | Address: |
| --- | --- | --- |
| Bank | SWIFT | MAINFREIGHT AIR & OCEAN |
| Account | | PO BOX 312 |
| | | WELSHPOOL WA 6986 |
| | | AUSTRALIA |
| Pay Ref | | |



| Adelaide | 76-82 Gallipoli Drive, Regency Park | PO Box 2236, Regency Park, SA 5010 | 08 8300 5555 | Melbourne | 154 Melrose Drive, Tullamarine | PO Box 146, Tullamarine, VIC 3043 | 03 9330 6000 |
| Brisbane | Level 3, B2 747 Lytton Road, Murarrie | PO Box 581, Cannon Hill, QLD 4170 | 07 3638 3900 | Newcastle | 20 Balbu Close, Beresfield | PO Box 3024, Thornton, NSW 2322 | 02 4014 5152 |
| Fremantle | 40 Logistics Boulevard, Kenwick | PO Box 312, Welshpool, WA 6986 | 08 6254 5301 | Sydney | 1767 Botany Road, Banksmeadow | PO Box 317, Botany, NSW 1455 | 02 9384 7900 |
| Gold Coast | 2 Habana Street, Helensvale | PO Box 581, Cannon Hill, QLD 4170 | 07 5514 5650 | Townsville | 696 Ingham Road, Mount Louisa | PO Box 7686, Garbutt, QLD 4815 | 07 4760 6004 |

# INVOICE 03987304   Page 1 of 1

POWIN LLC
ATTENTION: SHANIQUA WEST
2035 NW FRONT AVE STE 600
PORTLAND OR 97209
UNITED STATES

| | |
|---|---|
| INVOICE DATE | 12-Jun-25 |
| CUSTOMER ID | POWINPDX |
| SHIPMENT | S05119686 |
| DUE DATE | 12-Jun-25 |
| TERMS | Cash on Delivery |

## SHIPMENT DETAILS
PRINTED BY: Dwayne D'Souza

| CONSIGNOR | CONSIGNEE |
|---|---|
| POWIN LLC | POWIN LLC |

**ORDER NUMBERS / OWNER'S REFERENCE**
RAVENSWOOD, LAYDOWN

**GOODS DESCRIPTION**
Ravenswood Laydown (168xES)

| IMPORT CUSTOMS BROKER | WEIGHT | VOLUME | CHARGEABLE | PACKAGES |
|---|---|---|---|---|
| | 1608.096 T | 2103.308 M3 | 2103.308 KG | 168 PKG |

| | MASTER BILL | HOUSE BILL |
|---|---|---|
| | | FRORF5119686 |

| ORIGIN | ETD | DESTINATION | ETA |
|---|---|---|---|
| USORF = Norfolk, United States | | USORF = Norfolk, United States | |

## CHARGES

| DESCRIPTION | CHARGES IN USD |
|---|---|
| Ravenswood Laydown Storage JUN 2025 | 3,450.00 |

**TOTAL CHARGES**

Please contact us within 7 days should there be any discrepancies. All transactions are subject to the company's standard trading conditions ( copies available on request ).

To prevent cybercrime don't act on any email requests to change our bank account. Phone us to advise of any requests. We are not responsible for any loss arising from cyber crimes.

| | |
|---|---|
| SUBTOTAL | 3,450.00 |
| TOTAL USD | 3,450.00 |

| CUSTOMER ID | POWINPDX | Invoiced | USD 3,450.00 | BALANCE DUE | USD 3,450.00 |
| | | | | DUE DATE | 12-Jun-25 |

**Transfer Funds To:**

| Bank | | SWIFT | |
| Account | | | |

**Address:**
MAINFREIGHT AIR & OCEAN
PO BOX 312
WELSHPOOL WA 6986
AUSTRALIA

Pay Ref

# MAINFREIGHT

Mainfreight Air & Ocean Pty Ltd  ABN: 65 007 252 333

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Adelaide | 76-82 Gallipoli Drive, Regency Park | PO Box 2236, Regency Park, SA 5010 | 08 8300 5555 | Melbourne | 154 Melrose Drive, Tullamarine | PO Box 146, Tullamarine, VIC 3043 | 03 9330 6000 |
| Brisbane | Level 3, B2 747 Lytton Road, Murarrie | PO Box 581, Cannon Hill, QLD 4170 | 07 3638 3900 | Newcastle | 20 Balbu Close, Beresfield | PO Box 3024, Thornton, NSW 2322 | 02 4014 5152 |
| Fremantle | 40 Logistics Boulevard, Kenwick | PO Box 312, Welshpool, WA 6986 | 08 6254 5301 | Sydney | 1767 Botany Road, Banksmeadow | PO Box 317, Botany, NSW 1455 | 02 9384 7900 |
| Gold Coast | 2 Habana Street, Helensvale | PO Box 581, Cannon Hill, QLD 4170 | 07 5514 5650 | Townsville | 696 Ingham Road, Mount Louisa | PO Box 7686, Garbutt, QLD 4815 | 07 4760 6004 |

## INVOICE 03989645

Page 1 of 1

POWIN LLC
ATTENTION: SHANIQUA WEST
20550 SW 115TH AVE
TUALATIN OR 97062
UNITED STATES

| | |
|---|---|
| INVOICE DATE | 16-Jun-25 |
| CUSTOMER ID | POWINPDX |
| SHIPMENT | S05052650 |
| DUE DATE | 16-Jun-25 |
| TERMS | Cash on Delivery |

### SHIPMENT DETAILS

PRINTED BY: Dwayne D'Souza

| CONSIGNOR | CONSIGNEE |
|---|---|
| SEOJIN VIETNAM CO.,LTD | POWIN LLC |

| ORDER NUMBERS / OWNER'S REFERENCE |
|---|
| RAVENSWOOD |

| GOODS DESCRIPTION |
|---|
| Energy Segment Full (P/2-UL-4HR)    (Class 9 UN 3536)   HTS: 85076090   PROJECT - Ravenswood ES |

| IMPORT CUSTOMS BROKER | WEIGHT | VOLUME | CHARGEABLE | PACKAGES |
|---|---|---|---|---|
| EXPEDITORS INTERNATIONAL OF | 1608.096 T | 2103.308 M3 | 2103.308 M3 | 168 PKG |

| VESSEL / VOYAGE / IMO(LLOYDS) | OCEAN BILL OF LADING | HOUSE BILL OF LADING |
|---|---|---|
| 21 PANDA / 4 / 9477608 | DMNA21PAND000401 | VNORF5052650 |

| ORIGIN | ETD | DESTINATION | ETA |
|---|---|---|---|
| VNHPH = Haiphong, Viet Nam | 12-Apr-25 | USORF = Norfolk, United States | 30-May-25 |

| CO2 EMISSIONS | This Shipment is emitting co2 emissions from Port to Port of 221.91 kgs. The value is estimated based on clean cargo and EN16258 methodologies. |
|---|---|

### CHARGES

| DESCRIPTION | CHARGES IN USD |
|---|---|
| Lift on @ Terminal - Crane, operator, fuel, rigger  (standard hours) (based on 10 x trailers a day - estimating 9 working days required) | 65,688.00 |
| Transport Ex Terminal Back Stack to Local Laydown yard per Low Loader truck | 260,820.00 |
| Laydown Receivals - Lift off (per trailer load) | 65,688.00 |
| Additionals - TONU / Stand-down charges due to PAYMENT HOLD for 10 trucks scheduled  to collect from Terminal to transfer to West Virginia Laydown | 3,750.00 |

| TOTAL CHARGES | | |
|---|---|---|
| Please contact us within 7 days should there be any discrepancies. All transactions are subject to the company's standard trading conditions ( copies available on request ). | SUBTOTAL | 395,946.00 |
| To prevent cybercrime don't act on any email requests to change our bank account. Phone us to advise of any requests. We are not responsible for any loss arising from cyber crimes. | TOTAL USD | 395,946.00 |

| CUSTOMER ID  POWINPDX | Invoiced | USD 395,946.00 | BALANCE DUE | USD 395,946.00 |
|---|---|---|---|---|
| | | | DUE DATE | 16-Jun-25 |

**Transfer Funds To:**

| Bank | | SWIFT | |
|---|---|---|---|
| Account | | | |

Pay Ref

**Address:**
MAINFREIGHT AIR & OCEAN
PO BOX 312
WELSHPOOL WA 6986
AUSTRALIA

# MAINFREIGHT

Mainfreight Air & Ocean Pty Ltd  ABN: 65 007 252 333

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Adelaide | 76-82 Gallipoli Drive, Regency Park | PO Box 2236, Regency Park, SA 5010 | 08 8300 5555 | Melbourne | 154 Melrose Drive, Tullamarine | PO Box 146, Tullamarine, VIC 3043 | 03 9330 6000 |
| Brisbane | Level 3, B2 747 Lytton Road, Murarrie | PO Box 581, Cannon Hill, QLD 4170 | 07 3638 3900 | Newcastle | 20 Balbu Close, Beresfield | PO Box 3024, Thornton, NSW 2322 | 02 4014 5152 |
| Fremantle | 40 Logistics Boulevard, Kenwick | PO Box 312, Welshpool, WA 6986 | 08 6254 5301 | Sydney | 1767 Botany Road, Banksmeadow | PO Box 317, Botany, NSW 1455 | 02 9384 7900 |
| Gold Coast | 2 Habana Street, Helensvale | PO Box 581, Cannon Hill, QLD 4170 | 07 5514 5650 | Townsville | 696 Ingham Road, Mount Louisa | PO Box 7686, Garbutt, QLD 4815 | 07 4760 6004 |

## INVOICE 03993031

Page 1 of 1

POWIN LLC
ATTENTION: KIMBERLEY PHILLIPS
20550 SW 115TH AVE
TUALATIN OR 97062
UNITED STATES

| | |
|---|---|
| INVOICE DATE | 20-Jun-25 |
| CUSTOMER ID | POWINPDX |
| SHIPMENT | S05052650 |
| DUE DATE | 20-Jun-25 |
| TERMS | Cash on Delivery |

PRINTED BY: Dwayne D'Souza

### SHIPMENT DETAILS

| CONSIGNOR | CONSIGNEE |
|---|---|
| SEOJIN VIETNAM CO.,LTD | POWIN LLC |

| ORDER NUMBERS / OWNER'S REFERENCE |
|---|
| RAVENSWOOD |

| GOODS DESCRIPTION |
|---|
| Energy Segment Full (P/2-UL-4HR)   (Class 9 UN 3536)   HTS: 85076090   PROJECT - Ravenswood ES |

| IMPORT CUSTOMS BROKER | WEIGHT | VOLUME | CHARGEABLE | PACKAGES |
|---|---|---|---|---|
| EXPEDITORS INTERNATIONAL OF | 1608.096 T | 2103.308 M3 | 2103.308 M3 | 168 PKG |

| VESSEL / VOYAGE / IMO(LLOYDS) | OCEAN BILL OF LADING | HOUSE BILL OF LADING | |
|---|---|---|---|
| 21 PANDA / 4 / 9477608 | DMNA21PAND000401 | VNORF5052650 | |

| ORIGIN | ETD | DESTINATION | ETA |
|---|---|---|---|
| VNHPH = Haiphong, Viet Nam | 12-Apr-25 | USORF = Norfolk, United States | 30-May-25 |

| CO2 EMISSIONS | This Shipment is emitting co2 emissions from Port to Port of 221.91 kgs. The value is estimated based on clean cargo and EN16258 methodologies. |
|---|---|

### CHARGES

| DESCRIPTION | CHARGES IN USD |
|---|---|
| CUSTOMS CLEARANCE | 145.00 |

### TOTAL CHARGES

Please contact us within 7 days should there be any discrepancies. All transactions are subject to the company's standard trading conditions ( copies available on request ).

To prevent cybercrime don't act on any email requests to change our bank account. Phone us to advise of any requests. We are not responsible for any loss arising from cyber crimes.

| | |
|---|---|
| SUBTOTAL | 145.00 |
| TOTAL USD | 145.00 |

| CUSTOMER ID | POWINPDX | Invoiced | USD 145.00 | BALANCE DUE | USD 145.00 |
|---|---|---|---|---|---|
| | | | | DUE DATE | 20-Jun-25 |

| Transfer Funds To: | | Address: |
|---|---|---|
| Bank | SWIFT | MAINFREIGHT AIR & OCEAN |
| Account | | PO BOX 312 |
| | | WELSHPOOL WA 6986 |
| Pay Ref | | AUSTRALIA |

# MAINFREIGHT

Mainfreight Air & Ocean Pty Ltd  ABN: 65 007 252 333

| | | | | | | |
|---|---|---|---|---|---|---|
| Adelaide | 76-82 Gallipoli Drive, Regency Park | PO Box 2236, Regency Park, SA 5010 | 08 8300 5555 | Melbourne | 154 Melrose Drive, Tullamarine | PO Box 146, Tullamarine, VIC 3043 | 03 9330 6000 |
| Brisbane | Level 3, B2 747 Lytton Road, Murarrie | PO Box 581, Cannon Hill, QLD 4170 | 07 3638 3900 | Newcastle | 20 Balbu Close, Beresfield | PO Box 3024, Thornton, NSW 2322 | 02 4014 5152 |
| Fremantle | 40 Logistics Boulevard, Kenwick | PO Box 312, Welshpool, WA 6986 | 08 6254 5301 | Sydney | 1767 Botany Road, Banksmeadow | PO Box 317, Botany, NSW 1455 | 02 9384 7900 |
| Gold Coast | 2 Habana Street, Helensvale | PO Box 581, Cannon Hill, QLD 4170 | 07 5514 5650 | Townsville | 696 Ingham Road, Mount Louisa | PO Box 7686, Garbutt, QLD 4815 | 07 4760 6004 |

# INVOICE 03998302

Page 1 of 1

POWIN LLC
ATTENTION: KIMBERLEY PHILLIPS
20550 SW 115TH AVE
TUALATIN OR 97062
UNITED STATES

| | |
|---|---|
| INVOICE DATE | 27-Jun-25 |
| CUSTOMER ID | POWINPDX |
| SHIPMENT | S05052650 |
| DUE DATE | 27-Jun-25 |
| TERMS | Cash on Delivery |

## SHIPMENT DETAILS

PRINTED BY: Dwayne D'Souza

| CONSIGNOR | CONSIGNEE |
|---|---|
| SEOJIN VIETNAM CO.,LTD | POWIN LLC |

| ORDER NUMBERS / OWNER'S REFERENCE |
|---|
| RAVENSWOOD |

| GOODS DESCRIPTION |
|---|
| Energy Segment Full (P/2-UL-4HR)    (Class 9 UN 3536)    HTS: 85076090    PROJECT - Ravenswood ES |

| IMPORT CUSTOMS BROKER | WEIGHT | VOLUME | CHARGEABLE | PACKAGES |
|---|---|---|---|---|
| EXPEDITORS INTERNATIONAL OF | 1608.096 T | 2103.308 M3 | 2103.308 M3 | 168 PKG |

| VESSEL / VOYAGE / IMO(LLOYDS) | OCEAN BILL OF LADING | HOUSE BILL OF LADING |
|---|---|---|
| 21 PANDA / 4 / 9477608 | DMNA21PAND000401 | VNORF5052650 |

| ORIGIN | ETD | DESTINATION | ETA |
|---|---|---|---|
| VNHPH = Haiphong, Viet Nam | 12-Apr-25 | USORF = Norfolk, United States | 30-May-25 |

| CO2 EMISSIONS | This Shipment is emitting co2 emissions from Port to Port of 221.91 kgs. The value is estimated based on clean cargo and EN16258 methodologies. |
|---|---|

## CHARGES

| DESCRIPTION | CHARGES IN USD |
|---|---|
| Terminal Backstack Storage after (7 free days) ($95 per unit per day for first 5 days, thereafter $150 per unit per day) | 180,900.00 |

| TOTAL CHARGES | | |
|---|---|---|
| Please contact us within 7 days should there be any discrepancies. All transactions are subject to the company's standard trading conditions ( copies available on request ). | SUBTOTAL | 180,900.00 |
| To prevent cybercrime don't act on any email requests to change our bank account. Phone us to advise of any requests. We are not responsible for any loss arising from cyber crimes. | TOTAL USD | 180,900.00 |

| CUSTOMER ID  POWINPDX | Invoiced | USD 180,900.00 | BALANCE DUE | USD 180,900.00 |
|---|---|---|---|---|
| | | | DUE DATE | 27-Jun-25 |

| Transfer Funds To: | Address: |
|---|---|
| Bank: ███    SWIFT: ███ | MAINFREIGHT AIR & OCEAN |
| Account: ███ | PO BOX 312 |
| ███ | WELSHPOOL WA 6986 |
| | AUSTRALIA |
| Pay Ref: ███ | |

# MAINFREIGHT

Mainfreight Air & Ocean Pty Ltd   ABN: 65 007 252 333

| Adelaide | 76-82 Gallipoli Drive, Regency Park | PO Box 2236, Regency Park, SA 5010 | 08 8300 5555 | Melbourne | 154 Melrose Drive, Tullamarine | PO Box 146, Tullamarine, VIC 3043 | 03 9330 6000 |
| Brisbane | Level 3, B2 747 Lytton Road, Murarrie | PO Box 581, Cannon Hill, QLD 4170 | 07 3638 3900 | Newcastle | 20 Balbu Close, Beresfield | PO Box 3024, Thornton, NSW 2322 | 02 4014 5152 |
| Fremantle | 40 Logistics Boulevard, Kenwick | PO Box 312, Welshpool, WA 6986 | 08 6254 5301 | Sydney | 1767 Botany Road, Banksmeadow | PO Box 317, Botany, NSW 1455 | 02 9384 7900 |
| Gold Coast | 2 Habana Street, Helensvale | PO Box 581, Cannon Hill, QLD 4170 | 07 5514 5650 | Townsville | 696 Ingham Road, Mount Louisa | PO Box 7686, Garbutt, QLD 4815 | 07 4760 6004 |

# INVOICE 03999687

Page 1 of 1

POWIN LLC
ATTENTION: SHANIQUA WEST
20550 SW 115TH AVE
TUALATIN OR 97062
UNITED STATES

| | |
|---|---|
| INVOICE DATE | 01-Jul-25 |
| CUSTOMER ID | POWINPDX |
| SHIPMENT | S05052650 |
| DUE DATE | 01-Jul-25 |
| TERMS | Cash on Delivery |

## SHIPMENT DETAILS

PRINTED BY: Dwayne D'Souza

| CONSIGNOR | CONSIGNEE |
|---|---|
| SEOJIN VIETNAM CO.,LTD | POWIN LLC |

**ORDER NUMBERS / OWNER'S REFERENCE**
RAVENSWOOD

**GOODS DESCRIPTION**
Energy Segment Full (P/2-UL-4HR)    (Class 9 UN 3536)    HTS: 85076090    PROJECT - Ravenswood ES

| IMPORT CUSTOMS BROKER | WEIGHT | VOLUME | CHARGEABLE | PACKAGES |
|---|---|---|---|---|
| EXPEDITORS INTERNATIONAL OF | 1608.096 T | 2103.308 M3 | 2103.308 M3 | 168 PKG |

| VESSEL / VOYAGE / IMO(LLOYDS) | OCEAN BILL OF LADING | HOUSE BILL OF LADING |
|---|---|---|
| 21 PANDA / 4 / 9477608 | DMNA21PAND000401 | VNORF5052650 |

| ORIGIN | ETD | DESTINATION | ETA |
|---|---|---|---|
| VNHPH = Haiphong, Viet Nam | 12-Apr-25 | USORF = Norfolk, United States | 30-May-25 |

| CO2 EMISSIONS | This Shipment is emitting co2 emissions from Port to Port of 221.91 kgs. The value is estimated based on clean cargo and EN16258 methodologies. |
|---|---|

## CHARGES

| DESCRIPTION | CHARGES IN USD |
|---|---|
| Terminal Backstack Storage after (7 free days) ($95 per unit per day for first 5 days, thereafter $150 per unit per day) - UNDER INVOICED $600 | 600.00 |

| TOTAL CHARGES | | |
|---|---|---|
| Please contact us within 7 days should there be any discrepancies. All transactions are subject to the company's standard trading conditions ( copies available on request ). | SUBTOTAL | 600.00 |
| To prevent cybercrime don't act on any email requests to change our bank account. Phone us to advise of any requests. We are not responsible for any loss arising from cyber crimes. | TOTAL USD | 600.00 |

| CUSTOMER ID  POWINPDX | Invoiced | USD 600.00 | BALANCE DUE | USD 600.00 |
|---|---|---|---|---|
| | | | DUE DATE | 01-Jul-25 |

**Transfer Funds To:**

Bank: ▓▓▓
SWIFT: ▓▓▓
Account: ▓▓▓
Pay Ref: ▓▓▓

**Address:**
MAINFREIGHT AIR & OCEAN
PO BOX 312
WELSHPOOL WA 6986
AUSTRALIA



## INVOICE 04011658

Page 1 of 1

POWIN LLC
ATTENTION: MARK WALTERS
2035 NW FRONT AVE STE 600
PORTLAND OR 97209
UNITED STATES

| | |
|---|---|
| INVOICE DATE | 18-Jul-25 |
| CUSTOMER ID | POWINPDX |
| SHIPMENT | S05119686 |
| DUE DATE | 18-Jul-25 |
| TERMS | Cash on Delivery |

### SHIPMENT DETAILS

PRINTED BY: Dwayne D'Souza

| CONSIGNOR | CONSIGNEE |
|---|---|
| POWIN LLC | POWIN LLC |

**ORDER NUMBERS / OWNER'S REFERENCE**
RAVENSWOOD, LAYDOWN

**GOODS DESCRIPTION**
Ravenswood Laydown (168xES)

| IMPORT CUSTOMS BROKER | WEIGHT | VOLUME | CHARGEABLE | PACKAGES |
|---|---|---|---|---|
| | 1608.096 T | 2103.308 M3 | 2103.308 KG | 168 PKG |

| | MASTER BILL | HOUSE BILL |
|---|---|---|
| | | FRORF5119686 |

| ORIGIN | ETD | DESTINATION | ETA |
|---|---|---|---|
| USORF = Norfolk, United States | | USORF = Norfolk, United States | |

### CHARGES

| DESCRIPTION | CHARGES IN USD |
|---|---|
| Ravenswood Laydown Storage JULY 2025 | 3,450.00 |

**TOTAL CHARGES**

Please contact us within 7 days should there be any discrepancies. All transactions are subject to the company's standard trading conditions ( copies available on request ).

To prevent cybercrime don't act on any email requests to change our bank account. Phone us to advise of any requests. We are not responsible for any loss arising from cyber crimes.

| | |
|---|---|
| SUBTOTAL | 3,450.00 |
| TOTAL USD | 3,450.00 |

| CUSTOMER ID POWINPDX | Invoiced | USD 3,450.00 | BALANCE DUE | USD 3,450.00 |
|---|---|---|---|---|
| | | | DUE DATE | 18-Jul-25 |





# INVOICE 04011659

Page 1 of 1

POWIN LLC
ATTENTION: MARK WALTERS
2035 NW FRONT AVE STE 600
PORTLAND OR 97209
UNITED STATES

| | |
|---|---|
| INVOICE DATE | 18-Jul-25 |
| CUSTOMER ID | POWINPDX |
| SHIPMENT | S05119686 |
| DUE DATE | 18-Jul-25 |
| TERMS | Cash on Delivery |

## SHIPMENT DETAILS

PRINTED BY: Dwayne D'Souza

| CONSIGNOR | CONSIGNEE |
|---|---|
| POWIN LLC | POWIN LLC |

**ORDER NUMBERS / OWNER'S REFERENCE**
RAVENSWOOD, LAYDOWN

**GOODS DESCRIPTION**
Ravenswood Laydown (168xES)

| IMPORT CUSTOMS BROKER | WEIGHT | VOLUME | CHARGEABLE | PACKAGES |
|---|---|---|---|---|
| | 1608.096 T | 2103.308 M3 | 2103.308 KG | 168 PKG |

| | MASTER BILL | HOUSE BILL |
|---|---|---|
| | | FRORF5119686 |

| ORIGIN | ETD | DESTINATION | ETA |
|---|---|---|---|
| USORF = Norfolk, United States | | USORF = Norfolk, United States | |

## CHARGES

| DESCRIPTION | CHARGES IN USD |
|---|---|
| Ravenswood Laydown Storage AUG 2025 | 3,450.00 |

### TOTAL CHARGES

Please contact us within 7 days should there be any discrepancies. All transactions are subject to the company's standard trading conditions ( copies available on request ).

To prevent cybercrime don't act on any email requests to change our bank account. Phone us to advise of any requests. We are not responsible for any loss arising from cyber crimes.

| | |
|---|---|
| SUBTOTAL | 3,450.00 |
| TOTAL USD | 3,450.00 |

| CUSTOMER ID | POWINPDX | Invoiced | USD 3,450.00 | BALANCE DUE | USD 3,450.00 |
|---|---|---|---|---|---|
| | | | | DUE DATE | 18-Jul-25 |

**Transfer Funds To:**

Bank
SWIFT
Account

Pay Ref

**Address:**
MAINFREIGHT AIR & OCEAN
PO BOX 312
WELSHPOOL WA 6986
AUSTRALIA