# Exhibit B

| | |
|---|---|
| **From:** | Capuzzi, Kevin M. |
| **To:** | Krause, Jeffrey C. |
| **Subject:** | RE: Powin |
| **Date:** | Tuesday, August 19, 2025 12:37:35 AM |

Hi Jeff: We were expecting to have received payment of the storage and transportation by the 15th as agreed in Court in July. Can you please provide an update ASAP?

Thanks,

Kevin M. Capuzzi
Partner | Restructuring & Bankruptcy Practice Group
Benesch Friedlander Coplan & Aronoff LLP

t: 302.442.7063 | m: 610.574.6910
KCapuzzi@beneschlaw.com | www.beneschlaw.com
1313 North Market Street, Suite 1201, Wilmington, DE 19801-6101

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>
**Sent:** Thursday, August 7, 2025 7:33 PM
**To:** Krause, Jeffrey C. <JKrause@gibsondunn.com>
**Subject:** RE: Powin

SUBJECT TO F.R.E. 408

[redacted]

Thanks,
Kevin

Kevin M. Capuzzi
Partner | Restructuring & Bankruptcy Practice Group
Benesch Friedlander Coplan & Aronoff LLP

t: 302.442.7063 | m: 610.574.6910
KCapuzzi@beneschlaw.com | www.beneschlaw.com
1313 North Market Street, Suite 1201, Wilmington, DE 19801-6101

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Krause, Jeffrey C. <JKrause@gibsondunn.com>
**Sent:** Thursday, August 7, 2025 7:18 PM
**To:** Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>
**Subject:** Powin

Checking in re status

**Jeff Krause**
Partner

T: +1 213.229.7995 | M: +1 213.705.9031
JKrause@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

| | |
|---|---|
| **From:** | Capuzzi, Kevin M. |
| **To:** | Krause, Jeffrey C. |
| **Cc:** | Gentile, John |
| **Subject:** | RE: Powin |
| **Date:** | Wednesday, August 27, 2025 9:21:07 PM |

Jeff:  Just providing a courtesy heads up that we are filing a motion to compel payment of the storage costs and for breach of the agreement we reached on the record.  We plan to seek shortened notice to hear it on 9/3, together with the pending motion regarding the stay.

Thanks,

Kevin M. Capuzzi
Partner | Restructuring & Bankruptcy Practice Group
Benesch Friedlander Coplan & Aronoff LLP

t: 302.442.7063 | m: 610.574.6910
KCapuzzi@beneschlaw.com | www.beneschlaw.com
1313 North Market Street, Suite 1201, Wilmington, DE 19801-6101

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>
**Sent:** Tuesday, August 19, 2025 12:38 AM
**To:** Krause, Jeffrey C. <JKrause@gibsondunn.com>
**Subject:** RE: Powin

Hi Jeff:  We were expecting to have received payment of the storage and transportation by the 15th as agreed in Court in July.  Can you please provide an update ASAP?

Thanks,

Kevin M. Capuzzi
Partner | Restructuring & Bankruptcy Practice Group
Benesch Friedlander Coplan & Aronoff LLP

t: 302.442.7063 | m: 610.574.6910
KCapuzzi@beneschlaw.com | www.beneschlaw.com
1313 North Market Street, Suite 1201, Wilmington, DE 19801-6101

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>
**Sent:** Thursday, August 7, 2025 7:33 PM
**To:** Krause, Jeffrey C. <JKrause@gibsondunn.com>
**Subject:** RE: Powin

SUBJECT TO F.R.E. 408

██████████████████████████████████████████
██████████████████████████████████████████
████████████████████████████

Thanks,
Kevin

Kevin M. Capuzzi
Partner | Restructuring & Bankruptcy Practice Group
Benesch Friedlander Coplan & Aronoff LLP

t: 302.442.7063 | m: 610.574.6910
KCapuzzi@beneschlaw.com | www.beneschlaw.com
1313 North Market Street, Suite 1201, Wilmington, DE 19801-6101

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Krause, Jeffrey C. <JKrause@gibsondunn.com>
**Sent:** Thursday, August 7, 2025 7:18 PM
**To:** Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>
**Subject:** Powin

Checking in re status

**Jeff Krause**
Partner

T: +1 213.229.7995 | M: +1 213.705.9031
JKrause@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.