UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Benesch, Friedlander, Coplan & Aronoff LLP
Kevin M. Capuzzi (NJ No. 173442015)
John C. Gentile
Noelle B. Torrice (NJ No. 79132013)
411 Hackensack Ave., 3rd Floor
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
kcapuzzi@beneschlaw.com
jgentile@beneschlaw.com
ntorrice@beneschlaw.com

In Re:
Powin, LLC, et al.

Case No.: ___25-16137 (MBK)___

Chapter: _____11_____

Judge: ___Michael B. Kaplan___

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

After review of the application of __Mainfreight Inc ("Mainfreight")__ for a reduction of time for a hearing on __Mainfreight's Motion to Compel Payment of Agreed-Upon Storage, Transportation, and Associated Costs and for Sanctions__ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __September 3, 2025__ at __11:30 a.m.__ in the United States Bankruptcy Court, 402 E. State Street, Trenton, NJ 08608 Courtroom No. __8__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: All Parties Pursuant to F.R.B.P. 2002, the Debtors, the UST, & BHER Ravenswood Solar 1, LLC

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

    ❑ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute said motion/application and any objections.

    ❑ Parties may request to appear by phone by contacting Chambers prior to the return date.

9.   ☒ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

    ❑ The hearing will be conducted via a specialized Zoom link. See instructions below:

To present argument remotely, parties must request panelist status by emailing Chambers at chambers_of_mbk@njb.uscourts.gov.

Telephonic information for observation purposes will be posted to Judge Kaplan's page on the Court's website.

*rev.5/19/2025*