**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
       van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
       sarah.schrag@dentons.com

*Counsel for Debtors and
Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: altogut@teamtogut.com
       eblander@teamtogut.com

*Counsel for Debtors and
Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
TO BE HEARD ON SEPTEMBER 3, 2025 AT 11:30 A.M. (ET)**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

| | |
|---|---|
| **Date and Time**: | **September 3, 2025, at 11:30 A.M. (Prevailing Eastern Time)** |
| **Location of Hearing**: | United States Bankruptcy Court<br>District of New Jersey<br>402 East State Street<br>Trenton, NJ 08608<br>Courtroom #8 |

**PLEASE TAKE NOTICE** that the matters below are currently scheduled to be heard on September 3, 2025, at 11:30 a.m. (prevailing Eastern Time), before the Honorable Judge Michael B. Kaplan. The Hearing will be conducted **as a hybrid hearing, either in person or via Zoom for Government**. Parties wishing to present argument **must** be present in the Courtroom. Counsel who do not intend to argue but who wish to observe; or Counsel who do not intend to argue but wish to have speaking capabilities, if necessary, to preserve their rights; or Counsel with unavoidable conflicts or extenuating circumstances, may request to appear remotely by sending an email to Chambers (chambers_of_mbk@njb.uscourts.gov) indicating the name of the person appearing, their e-mail address, their affiliation, and whom they represent/interest in this case. If the request is approved, the participant will receive appropriate credentials and further instruction.

**PLEASE TAKE FURTHER NOTICE** that Telephonic information for observational purposes can be found the page on the Court's website devoted to the Powin, LLC case: https://njb-admin.jdc.ao.dcn/powin.

The matters set for hearing are divided into the following categories for the purposes of this Agenda:

      **I.    UNCONTESTED MATTERS**
      **II.   CONTESTED MATTERS**
      **III.  ADJOURNED MATTERS**

**I.    UNCONTESTED MATTERS**:

1. *Debtors' Motion for Entry of an Order (I) Extending Time within which the Debtors May Remove Civil Actions and (II) Granting Related Relief* [ECF No. 725].

   Response Deadline: August 27, 2025 at 4:00 PM

   Responses/Replies Received:    None.

   Related Documents:

   a. *Notice of Hearing* [ECF No. 725].

   b. *Certificate of Mailing* [ECF No. 764].

   Status: This matter is going forward. The Debtors intend to file a Certificate of No Objection in advance of the Hearing.

**II.    CONTESTED MATTERS:**

2.  *Emergency Motion of Licensees for Entry of an Order (I) Compelling the Debtors to Comply with Section 365(N)(4) of the Bankruptcy Code, (II) Granting Adequate Protection Under Section 363(E) of the Bankruptcy Code, and (III) Granting Other Appropriate Relief Filed by Leah Eisenberg on behalf of DTE Electric Company, Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, Longroad Energy Partners, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC* [ECF No. 117]. **("Licensees Motion")**

    Response Deadline:  July 8, 2025 at 4:00 PM

    Responses/Replies Received:

    a.  *Debtors' Objection to Application for Order Shortening Time for Notice of (A) Emergency Motion of Licensees for Entry of an Order (I) Compelling the Debtors to Comply with Section 365(n)(4) of the Bankruptcy Code, Granting Adequate Protection Under Section 363(e) of of the Bankruptcy Code, and (B) Motion for Entry of an Order Authorizing Licensees to Redact and File Under Seal Confidential Information Contained in the Energy Supply Agreements and Long Term Services Agreements In Connection with Licensees' Motion to Compel* [ECF No. 128].

    b.  *Joinder of Esvolta, LP to Emergency Motion of Licensees for Entry of an Order (I) Compelling the Debtors to Comply with Section 365(n)(4) of the Bankruptcy Code, (II) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code, and (III) Granting Other Appropriate Relief* [ECF No. 273].

    c.  *Joinder of EDF Power Solutions, Inc. to Emergency Motion of Licensees for Entry of an Order (I) Compelling the Debtors to Comply with Section 365(n)(4) of the Bankruptcy Code, (II) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code, and (III) Granting Other Appropriate Relief* [ECF No. 274].

    d.  *Joinder and Reservation of Rights of CS Energy, LLC Regarding the Emergency Motion of Licensees for Entry of an Order (I) Compelling the Debtors to Comply with Section 365(n)(4) of the Bankruptcy Code, (II) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code, and (III) Granting Other Appropriate Relief on Behalf of CS Energy, LLC* [ECF No. 353].

    e.  *Debtors' Omnibus (I) Objection to (A) Emergency Motion of Licensees for Entry of an Order (1) Compelling the Debtors to Comply with Section 365(n)(4) of the Bankruptcy Code, (2) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code and (B) Related Joinders and (II) Reply In Support of Omnibus Motion of the Debtors for Entry of an Order (A) Authorizing the Rejection of Legacy Customer Contracts and (B) Granting Related Relief* [ ECF No. 357].

    f.  *Response on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, Longroad Development Company, LLC, on behalf of*

    *Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC* [ECF No. 382].

   g.  *Response on behalf of EPC Services Company* [ECF No. 573].

Related Documents:

   a.  *Motion to Seal* [ECF No. 118].

   b.  *Application to Shorten Time* [ECF No. 119].

   c.  *Notice of Hearing to Compel* [ECF No. 182]

   d.  *Notice of Hearing to Seal* [ECF No. 183]

   e.  *Certificate of Service* [ECF No. 213].

   f.  *Determination of Adjournment* [ECF No. 373].

   g.  *Supplemental Declaration of Dustin Wambeke in Support of Emergency Motion* [ECF No. 600].

   h.  *Declaration of Fred Ihimodu in Supplemental Support of Emergency Motion* [ECF No. 601].

   i.  *Declaration of Jeremy Law in Supplemental Support of Emergency Motion* [ECF No. 602].

   j.  *Licensees' Witness and Exhibit List* [ECF No. 604].

   k.  *Certificate of Service* [ECF No. 607].

   l.  *Order Authorizing Licensees to Redact and File Under Seal Confidential Information Contained in the Energy Supply Agreements and Long-Term Services Agreements in Connection with Licensees Motion to Compel* [ECF No. 673].

Status: This matter is going forward.

3.  *Motion for Adequate Protection Filed on behalf of Ad Hoc Customer Group* [ECF No. 297]. **("Ad Hoc Group Motion")**

Response Deadline: July 15, 2025

Responses/Replies Received:

   a.  *Supplemental Joinder of Honeywell International Inc.* [ECF No. 347].

Related Documents:

    a. *Application to Shorten Time* [ECF No. 299].

    b. *Order Granting Application to Shorten Time* [ECF No. 306].

    c. *Motion for Entry of an Order Authorizing Ad Hoc Customer Group to Redact and File Under Seal Confidential Information Contained in Exhibits in Connection with Ad Hoc Customer Group's Declarations and Witness and Exhibit List* [ECF No. 339].

    d. *Application to Shorten* [ECF No. 340].

    e. *Declaration of Ann Walter in Support of Emergency Motion of Ad Hoc Customer Group* [ECF No. 343].

    f. *Order Granting Application to Shorten Time* [ECF No. 344].

    g. *Declaration of Tyler Hansen in Support of Emergency Motion of Ad Hoc Customer Group for Entry of an Order (I) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code and (II) Granting Related Relief* [ECF No. 346].

    h. *Declaration of Tim Reaves in Support of Emergency Motion of Ad Hoc Customer Group for Entry of an Order (I) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code and (II) Granting Related Relief* [ECF No. 348].

    i. *[REDACTED] Witness and Exhibit List* [ECF No. 351].

    j. *Certificate of Service* [ECF No. 352].

    k. *Determination of Adjournment* [ECF No. 388].

    l. *Order Authorizing Ad Hoc Customer Group to Redact and File Under Seal Confidential Information Contained in Exhibits in Connection with Ad Hoc Customer Groups Declarations and Witness and Exhibit List* [ECF No. 678].

    m. *Supplement to the Emergency Motion of Ad Hoc Customer Group for Entry of an Order (I) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code and (II) Granting Related Relief* [ECF No. 809].

Status: This matter is going forward.

4. *Motion for an Order Confirming Automatic Stay is Not in Effect Filed on behalf of Mainfreight Inc*. [ECF No. 180] ("**Mainfreight Motion**").

Response Deadline: July 8, 2025 at 4:00 PM

Responses/Replies Received:

    a. *Limited Objection on behalf of Ace Engineering* [ECF No. 282].

    b. *Objection of BHER Ravenswood Solar 1, LLC* [ECF No. 286].

    c. *Objection to Mainfreight Inc.'s Motion on behalf of Powin, LLC*. [ECF No. 294].

    d. *Response on behalf of Mainfreight Inc.* [ECF No. 341].

    e. *Joinder of the Official Committee of Unsecured Creditors of Powin LLC, et al. to the Debtors' Objection to Mainfreight Inc.'s Motion* [ECF No. 379].

    f. *Brief in Opposition to Motion for Determination that Stay does not Apply to Effort to Collect Prepetition Debt of the Debtors Scheduled Hearing on August 6, 2025 filed by* BHER Ravenswood Solar 1, LLC [ECF No. 621].

    g. *Letter Brief of Mainfreight Inc. In Support of Motion to Confirm that the Automatic Stay Pursuant to 11 U.S.C. § 362(a) Does Not Apply to Certain Goods in Its Possession filed on behalf of Mainfreight Inc* [ECF No. 816].

Related Documents:

    a. *Application to Shorten Time* [ECF No. 181].

    a. *Order Granting Application to Shorten Time* [ECF No. 205].

    b. *Notice of Hearing on Mainfreight, Inc's Motion* [ECF No. 212].

    c. *Mainfreight Inc's Witness and Exhibit List* [ECF No. 328].

    d. *Amended Witness and Exhibit List* [ECF No. 349].

    e. *Determination of Adjournment* [ECF No. 643].

    f. *Mainfreight Inc's Witness and Exhibit List* [ECF No. 817].

Status:  This matter is going forward.

5. *Motion to Compel Payment of Agreed-Upon Storage, Transportation, and Associated Fees by BHER Ravenswood Solar I, LLC and for Sanctions Against BHER Ravenswood Solar I, LLC Filed by Kevin M. Capuzzi on behalf of Mainfreight Inc* [ECF No. 818].

Related Documents:

    a. *Application to Shorten Time* [ECF NO. 819].

Status:  This matter is going forward pending the Court's approval of the Motion to Shorten Time.

6. *Motion for Relief from Stay Filed on behalf of Expeditors International of Washington, Inc*. **("Expeditors Int'l of Washington Motion")** [ECF No. 797].

   Response Deadline:  May be presented at the Hearing.

   Responses/Replies Received:

   a. *Debtors' Objection to Motion of Expeditors International of Washington, Inc. For Entry of an Order, Pursuant To § 362(d)(1) of the Bankruptcy Code Modifying the Automatic Stay to Permit Abandonment and Liquidation of Collateral* [ECF No. 814].

   Related Documents:

   a. *Application to Shorten Time* [ECF No. 798].

   b. *Order Granting Application to Shorten Time* [ECF No. 799].

   Status:  This matter is going forward.

**III.    ADJOURNED MATTERS**:

7. *Debtors' Motion for Entry of an Order Authorizing the Employment and Payment of Professionals Utilized in the Ordinary Course of Business* [ECF No. 492].

   Response Deadline:  August 27, 2025 at 4:00 PM

   Responses/Replies Received:    Informal Response from US Trustee.

   Related Documents:

   a. *Notice of Hearing* [ECF No. 492].

   b. *Certificate of Mailing* [ECF No. 587].

   Status: This matter has been adjourned to September 25, 2025.

***[Concluded on the following page].***

Dated: September 2, 2025

**TOGUT, SEGAL & SEGAL LLP**

*/s/ Frank A. Oswald*
Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  altogut@teamtogut.com
         eblander@teamtogut.com

- and -

**DENTONS US LLP**
Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
         van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
         sarah.schrag@dentons.com

*Counsel for Debtors and
Debtors in Possession*