BRESSLER, AMERY & ROSS, P.C.
325 Columbia Turnpike
Florham Park, New Jersey 07932
P.O. Box 1980
Morristown, New Jersey 07962
(973) 514-1200 (phone)
(973) 514-1660 (facsimile)
*Attorneys for Creditor*
*Expeditors International*
*Of Washington, Inc.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>POWIN, LLC,<br>            Debtor. | Case No. 25-16137 (MBK)<br><br>Hon. Michael B. Kaplan.<br><br>**NOTICE OF MOTION TO ADMIT LISA M. KRESGE *PRO HAC VICE***<br><br>Returnable: September __, 2025 |

TO:  ALL COUNSEL

**COUNSEL:**

**PLEASE TAKE NOTICE** that on September __, 2025, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Creditor, Expeditors International of Washington, Inc. ("Creditor"), in the above-captioned matter shall move before the Court for an Order pursuant to Local Rule 101.1(c) admitting Lisa M. Kresge *pro hac vice* in the above-captioned matter.

5121329_1

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, Creditor will rely upon the enclosed the Certifications of David H. Pikus and Lisa M. Kresge.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

        Respectfully Submitted,

        BRESSLER, AMERY & ROSS, P.C.
        Attorneys for Creditor
        Expeditors International of Washington, Inc.

        By: /s/ David H. Pikus
        David H. Pikus

Dated: September 2, 2025