BRESSLER, AMERY & ROSS, P.C.
325 Columbia Turnpike
Florham Park, New Jersey 07932
P.O. Box 1980
Morristown, New Jersey 07962
(973) 514-1200 (phone)
(973) 514-1660 (facsimile)
*Attorneys for Creditor*
*Expeditors International*
*Of Washington, Inc.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>POWIN, LLC<br>        Debtor. | Case No. 25-16137 (MBK)<br><br>Chapter 11<br><br>**CERTIFICATION OF<br>DAVID H. PIKUS IN SUPPORT OF<br>MOTION TO ADMIT<br>LISA M. KRESGE *PRO HAC VICE*** |

I, David H. Pikus, being of full age, hereby certify as follows:

1. I am an attorney-at-law of the State of New Jersey, and I am admitted to practice in the United States District Court for the District of New Jersey.

2. I am a principal attorney at the law firm of Bressler, Amery & Ross, P.C., attorneys for Creditor Expeditors International of Washington, Inc. ("Creditor") in the above-captioned matter. As such, I have personal knowledge of the facts set forth herein.

3. I respectfully submit this Certification in support of the motion to admit Lisa M. Kresge *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c).

4. For purposes of Ms. Kresge's requested admission, I will serve as local counsel upon which all notices, orders and pleadings may be served. Further, I agree to comply with

the provisions of Local Civil Rule 101.1(c) with respect to the admission of Ms. Kresge *pro hac vice* and in my capacity as local counsel of record for Creditor.

5. I respectfully request that for the reasons stated in the Certification of Lisa M. Kresge submitted herewith that the Court grant the admission of Ms. Kresge *pro hac vice* for purposes of representing Creditor in the above-captioned matter.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

_____
David H. Pikus, Esq.

DATED: September 2, 2025