David H. Pikus
**BRESSLER, AMERY & ROSS**
A Professional Corporation
P.O. Box 1980
Morristown, NJ 07962
325 Columbia Turnpike
Florham Park, NJ 07932
(973) 514-1200
dpikus@bressler.com
Attorneys for Creditor Expeditors International of Washington, Inc.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 25-16137 (MBK) |
| POWIN LLC, | Chapter 11 |
| Debtor. | |

## DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

LISA M. KRESGE declares under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1. I submit this Declaration in support of my motion for admission *pro hac vice* in this matter on behalf of Expeditors International of Washington, Inc., a secured creditor of the Debtor. I am a partner with the law firm of Brennan, Scungio & Kresge LLP, 362 Broadway, Providence, RI 02909. I may be reached by e-mail at lkresge@bskllp.com, by telephone at (401) 453-4300 and by facsimile at (401) 453-2345. Pursuant to the Court Rules, notices, orders and pleadings may be served on David H. Pikus, Esq., Bressler, Amery & Ross, P.C., 325 Columbia Turnpike, Florham Park, NJ 07932, telephone (973) 514-1200, facsimile (973) 514-1660 and e-mail dpikus@bressler.com, a member of the Bar of this Court.

2. I am a member in good standing of the bar of the Commonwealth of Massachusetts, having been admitted to this bar in 1999. The roll of attorneys admitted to practice law in the Commonwealth of Massachusetts is maintained by the Board of Bar Overseers, 1 Beacon Street, 10th Floor, Massachusetts 02108.

3. I am a member in good standing of the bar of the State of Rhode Island, having been admitted to this bar in 2012. The roll of attorneys admitted to practice law in the State of Rhode Island is maintained by the Rhode Island Supreme Court, Providence County Courthouse, 250 Benefit Street, Providence, RI 02903.

3. I am also admitted to practice and am in good standing in the United States District Courts for the Districts of Rhode Island and Massachusetts.

4. I am a member in good standing of each and every bar to which I am admitted. I have never been under suspension or disbarred by any court, state or federal. I am not ineligible for admission to the bar of the United States District Court for the District of New Jersey. No disciplinary proceeding is pending against me in any jurisdiction and no discipline has ever been imposed against me in any jurisdiction.

5. I am familiar with bankruptcy proceedings in general. I have practiced almost exclusively in this field since my admission to the bar.

6. I am familiar with the District of New Jersey Local Bankruptcy Rules and the Local Civil Rules of the United States District Court for the District of New Jersey.

7. I am aware of my obligations pursuant to the Local Civil Rules of the United States District Court for the District of New Jersey as made applicable to this Court by the District of New Jersey Local Bankruptcy Rules. If granted *pro hac vice* admission to this Court I will, to the best of my ability, faithfully comply with all the local rules and customs

2

of this Court, including the payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

8. I respectfully request that I be granted *pro hac vice* admission in these bankruptcy proceedings because my firm and I have served as the client's legal counsel in this, and numerous other matters. The client has asked for my representation in this matter. I am fully familiar with the facts of the instant matter. I believe that my participation in these bankruptcy proceedings will benefit the client and assist in the prompt and efficient resolution of these proceedings as a whole.

I declare under penalty of perjury that the foregoing is true and correct.

_____
LISA M. KRESGE

Dated: September 2, 2025