|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1(a) <br><br> **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** <br> Kevin M. Capuzzi (NJ No. 173442015) <br> John C. Gentile <br> Noelle B. Torrice (NJ No. 79132013) <br> Continental Plaza II <br> 411 Hackensack Ave., 3rd Floor <br> Hackensack, NJ 07601-6323 <br> Telephone: (302) 442-7010 <br> Facsimile: (302) 442-7012 <br> kcapuzzi@beneschlaw.com <br> jgentile@beneschlaw.com <br> ntorrice@beneschlaw.com <br><br> *Counsel to Mainfreight Distribution Pty Ltd* | |
| In re: <br><br> Powin, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 25-16137 (MBK) <br><br> Judge: Michael B. Kaplan <br><br> (Jointly Administered) |

## NOTICE OF HEARING ON MAINFREIGHT'S MOTION TO COMPEL PAYMENT OF AGREED-UPON STORAGE, TRANSPORTATION, AND ASSOCIATED FEES BY BHER RAVENSWOOD SOLAR I, LLC AND FOR SANCTIONS AGAINST BHER RAVENSWOOD SOLAR I, LLC

**PLEASE TAKE NOTICE** that on September 2, 2025, Mainfreight Distribution Pty Ltd (together with its parent, subsidiary, or any other affiliate entities, collectively, "Mainfreight") filed *Mainfreight's Motion to Compel Payment of Agreed-Upon Storage, Transportation, and*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

*Associated Fees by BHER Ravenswood Solar I, LLC and for Sanctions against BHER Ravenswood Solar I, LLC* (D.I. 818, the "Motion") with the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **Thursday, September 25, 2025 at 11:30 a.m. (Eastern Time)**, before the Honorable Michael B. Kaplan in the Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Courtroom No. 8, Trenton, NJ 08608.

| | |
|---|---|
| Dated: September 3, 2025 | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** |

   */s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (NJ No. 173442015)
John C. Gentile
Noelle B. Torrice (NJ No. 79132013)
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: kcapuzzi@beneschlaw.com
       jgentile@beneschlaw.com
       ntorrice@beneschlaw.com

*Counsel to Mainfreight Distribution Pty Ltd*