|   |   |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**FOR THE DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(a)<br><br>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**<br>Kevin M. Capuzzi (NJ No. 173442015)<br>John C. Gentile<br>Noelle B. Torrice (NJ No. 79132013)<br>Continental Plaza II<br>411 Hackensack Ave., 3rd Floor<br>Hackensack, NJ 07601-6323<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com<br>ntorrice@beneschlaw.com<br><br>*Counsel to Mainfreight Distribution Pty Ltd* |   |
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>Judge: Michael B. Kaplan<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 819

**PLEASE TAKE NOTICE** that Mainfreight Distribution Pty Ltd, by and through its undersigned counsel, hereby withdraws its *Application for Order Shortening Time* [Docket No. 819]. The subject thereof will be heard on September 25, 2025.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

Dated: September 3, 2025

Respectfully submitted,

**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**

 */s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (NJ No. 173442015)
John C. Gentile
Noelle B. Torrice (NJ No. 79132013)
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: kcapuzzi@beneschlaw.com
          jgentile@beneschlaw.com
          ntorrice@beneschlaw.com

*Counsel to Mainfreight Distribution Pty Ltd*