| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | |
| **GENOVA BURNS LLC** <br> Daniel M. Stolz, Esq. <br> Donald W. Clarke, Esq. <br> Susan A. Long, Esq. <br> Jaclynn N. McDonnell, Esq. <br> dstolz@genovaburns.com <br> dclarke@genovaburns.com <br> slong@genovaburns.com <br> jmcdonnell@genovaburns.com <br> 110 Allen Road, Suite 304 <br> Basking Ridge, NJ 07920 <br> Tel: (973) 533-0777 <br> Fax: (973) 814-4045 <br><br> *Local Counsel for the Official Committee of Unsecured Creditors* | **BROWN RUDNICK LLP** <br> Robert J. Stark, Esq. <br> Kenneth J. Aulet, Esq. <br> Bennett S. Silverberg, Esq. <br> Jeffrey L. Jonas, Esq. <br> rstark@brownrudnick.com <br> kaulet@brownrudnick.com <br> bsilverberg@brownrudnick.com <br> jjonas@brownrudnick.com <br> Seven Times Square <br> New York, NY 10036 <br> Tel: (212) 209-4800 <br> Fax: (212) 209-4801 <br><br> Eric R. Goodman, Esq. <br> 601 Thirteenth Street NW Suite 600 <br> Washington, DC 20005 <br> Tel: (202) 536-1740 <br> egoodman@brownrudnick.com <br><br> *Counsel for the* <br> *Official Committee of Unsecured Creditors* |
| In re: <br><br> POWIN, LLC, et al.,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No.: 25-16137 (MBK) <br> (Jointly Administered) <br><br> Honorable Michael B. Kaplan |

# CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies as follows:

On July 25, 2025, Brown Rudnick LLP ("Brown Rudnick") filed its *Application for Order Authorizing the Employment and Retention of Brown Rudnick LLP as Co-Counsel for the Official Committee of Unsecured Creditors of Powin, LLC, et al., Nunc Pro Tunc to June 27,* 2025 [Docket

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue, Tualatin, OR 97062.

No. 528], which was granted by this Court on August 14, 2025 [Docket No. 736].  On August 20, 2025, Brown Rudnick filed the *First Monthly Fee Statement for the Period June 27, 2025 Through July 31, 2025* (the "Application") [Docket No. 757].  The deadline to object to the Application was September 3, 2025 at 4:00 p.m. (ET).

The undersigned further certifies that after reviewing the docket in this case, no formal answer, objection or other responsive pleading to the Application has been filed.

Brown Rudnick submits this Certificate of No Objection pursuant to the *Administrative Fee Order Establishing Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* [Docket No. 519], and that it is entitled to receive payment of 80% of its fees ($452,416.40) and 100% of its expenses ($785.04) in accordance therewith.

[*Remainder of page intentionally left blank.*]

Dated: September 4, 2025

**GENOVA BURNS LLC**

/s/ *Donald W. Clarke*
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
Susan A. Long, Esq.
Jaclynn N. McDonnell, Esq.
dstolz@genovaburns.com
dclarke@genovaburns.com
slong@genovaburns.com
jmcdonnell@genovaburns.com
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
Tel: (973) 533-0777
Fax: (973) 814-4045

-and-

**BROWN RUDNICK**

Robert J. Stark, Esq.
Kenneth J. Aulet, Esq.
Bennett S. Silverberg, Esq.
Jeffrey L. Jonas, Esq.
rstark@brownrudnick.com
kaulet@brownrudnick.com
bsilverberg@brownrudnick.com
jjonas@brownrudnick.com
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
Fax: (212) 209-4801

Eric R. Goodman, Esq.
601 Thirteenth Street NW Suite 600
Washington, DC  20005
Tel: (202) 536-1740
egoodman@brownrudnick.com

*Counsel to the Official Committee of Unsecured Creditors*