UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on September 9, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Powin, LLC

| | |
|---|---|
| Case No.: | 25-16137 (MBK) |
| Chapter: | 11 |
| Hearing Date: | August 6, 2025 |
| Judge: | Michael B. Kaplan |

## ORDER GRANTING DEBTORS' MOTION TO REJECT

The relief set forth on the following page(s) is ORDERED.

DATED: September 9, 2025

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter comes before the Court on Debtors' Motion to Reject (ECF No. 88).  The Court has fully considered the pleadings and the arguments raised on the record during the August 6, 2025 hearing.  For reasons discussed, it is hereby

**ORDERED** that Debtors' Motion to Reject (ECF No. 88) is granted subject to the terms and conditions set forth on record at the hearing on August 6 and subject to such additional terms and conditions as will be included in any future order of the Court or as agreed upon by the parties.