**DENTONS US LLP**
Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
  van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
  sarah.schrag@dentons.com

*Counsel for Debtors and
Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**
Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: altogut@teamtogut.com
  eblander@teamtogut.com

*Counsel for Debtors and
Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **In re:** <br> **Powin, LLC, *et al.*,[1]** <br> **Debtors.** | **Chapter 11** <br><br> **Case No. 25-16137 (MBK)** <br><br> **(Jointly Administered)** |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

# CERTIFICATIONS OF PUBLICATION
# OF NOTICE OF DEADLINE REQUIRING FILING OF
# PROOFS OF CLAIM ON OR BEFORE SEPTEMBER 29, 2025

Annexed hereto are the Certifications of Publication evidencing that a copy of the *Notice of Deadline Requiring Filing of Proofs of Claim on or before September 29, 2025*, each appeared on August 27, 2025 in the following publications (i) **USA Today, National Edition**; (ii) **The Oregonian**; and (iii) **The Globe and Mail, City of Toronto, Province of Ontario**, respectively.

Dated: September 9, 2025

TOGUT, SEGAL & SEGAL LLP

/s/ Frank A Oswald
Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: altogut@teamtogut.com
        eblander@teamtogut.com

- and -

**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
            van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
            sarah.schrag@dentons.com



# VERIFICATION OF PUBLICATION

**STATE OF NEW YORK**
**COUNTY OF NEW YORK**

Being duly sworn, Vanessa says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Wednesday, August 27, 2025**, the following legal advertisement – **Powin, LLC** was published in the national edition of **USA TODAY.**

*Vanessa Salvo*
_____
Principal Clerk of USA TODAY
August 27, 2025

# FOR THE RECORD

All times ET

## MLB

### American League
#### East Division
| | W | L | Pct | GB |
|---|---|---|---|---|
| Toronto | 77 | 55 | .583 | – |
| Boston | 72 | 60 | .545 | 5 |
| N.Y. Yankees | 71 | 60 | .542 | 5½ |
| Tampa Bay | 64 | 67 | .489 | 12½ |
| Baltimore | 60 | 71 | .458 | 16½ |

#### Central Division
| | W | L | Pct | GB |
|---|---|---|---|---|
| Detroit | 78 | 55 | .586 | – |
| Kansas City | 67 | 65 | .508 | 10½ |
| Cleveland | 64 | 66 | .492 | 12½ |
| Minnesota | 72 | 72 | .450 | 18 |
| Chi. White Sox | 48 | 83 | .366 | 29 |

#### West Division
| | W | L | Pct | GB |
|---|---|---|---|---|
| Houston | 72 | 59 | .550 | – |
| Seattle | 71 | 61 | .538 | 1½ |
| Texas | 67 | 65 | .496 | 7 |
| L.A. Angels | 62 | 69 | .473 | 10 |
| Athletics | 61 | 72 | .459 | 12 |

### National League
#### East Division
| | W | L | Pct | GB |
|---|---|---|---|---|
| Philadelphia | 76 | 55 | .580 | – |
| N.Y. Mets | 70 | 61 | .534 | 6 |
| Miami | 62 | 69 | .473 | 14 |
| Atlanta | 59 | 72 | .450 | 17 |
| Washington | 53 | 78 | .405 | 23 |

#### Central Division
| | W | L | Pct | GB |
|---|---|---|---|---|
| Milwaukee | 82 | 50 | .621 | – |
| Chicago Cubs | 76 | 55 | .580 | 5½ |
| Cincinnati | 68 | 64 | .515 | 14 |
| St. Louis | 65 | 67 | .492 | 17 |
| Pittsburgh | 57 | 75 | .432 | 25 |

#### West Division
| | W | L | Pct | GB |
|---|---|---|---|---|
| L.A. Dodgers | 75 | 57 | .568 | – |
| San Diego | 74 | 58 | .561 | 1 |
| Arizona | 64 | 68 | .485 | 11 |
| San Francisco | 63 | 68 | .481 | 11½ |
| Colorado | 37 | 94 | .282 | 37½ |

**Tuesday's Games**
Boston at Baltimore
Tampa Bay at Cleveland
Atlanta at Miami
Washington at N.Y. Yankees
Minnesota at Toronto
Philadelphia at N.Y. Mets
Kansas City at Chi. White Sox
Arizona at Milwaukee
Pittsburgh at St. Louis
Colorado at Houston
San Diego at Seattle
Chicago Cubs at San Francisco
Detroit at Athletics
Cincinnati at L.A. Dodgers

**Wednesday's Games**
Washington at N.Y. Yankees, 1:05 p.m.
Tampa Bay at Cleveland, 1:10 p.m.
Atlanta at Miami, 1:10 p.m.
San Diego at Seattle, 4:10 p.m.
Boston at Baltimore, 6:35 p.m.
Minnesota at Toronto, 7:07 p.m.
Philadelphia at N.Y. Mets, 7:10 p.m.
Kansas City at Chi. White Sox, 7:40 p.m.
Arizona at Milwaukee, 7:40 p.m.
Pittsburgh at St. Louis, 7:45 p.m.
L.A. Angels at Texas, 8:05 p.m.
Colorado at Houston, 8:10 p.m.
Cincinnati at L.A. Dodgers, 8:40 p.m.
Chicago Cubs at San Francisco, 9:45 p.m.
Detroit at Athletics, 10:05 p.m.

## WNBA

### Eastern Conference
| | W | L | Pct | GB |
|---|---|---|---|---|
| Atlanta | 24 | 13 | .649 | – |
| N.Y. Liberty | 23 | 15 | .605 | 1½ |
| Indiana | 19 | 18 | .514 | 5 |
| Washington | 16 | 22 | .421 | 8½ |
| Connecticut | 9 | 28 | .243 | 15 |
| Chicago Sky | 9 | 28 | .243 | 15 |

### Western Conference
| | W | L | Pct | GB |
|---|---|---|---|---|
| Minnesota | 30 | 7 | .811 | – |
| Las Vegas | 25 | 14 | .641 | 6 |
| Phoenix | 22 | 14 | .611 | 7½ |
| Seattle | 20 | 18 | .526 | 10½ |
| Golden State | 19 | 18 | .514 | 11 |
| L.A. Sparks | 17 | 18 | .486 | 12 |
| Dallas | 9 | 29 | .237 | 21½ |

**Tuesday's Games**
Seattle at Indiana
Phoenix at L.A. Sparks

**Wednesday's Games**
Las Vegas at Atlanta, 7:30 p.m.
Connecticut at Dallas, 8 p.m.

## SOCCER

### EPL
| | GP | W | D | L | GF | GA | Pts |
|---|---|---|---|---|---|---|---|
| Arsenal | 2 | 2 | 0 | 0 | 6 | 0 | 6 |
| Tottenham | 2 | 2 | 0 | 0 | 5 | 0 | 6 |
| Chelsea | 2 | 1 | 1 | 0 | 5 | 1 | 4 |
| Nott'm Forest | 2 | 1 | 1 | 0 | 4 | 2 | 4 |
| Liverpool | 2 | 1 | 1 | 0 | 4 | 2 | 4 |
| Everton | 2 | 1 | 0 | 1 | 2 | 1 | 3 |
| Man City | 2 | 1 | 0 | 1 | 4 | 2 | 3 |
| Leeds United | 2 | 1 | 0 | 1 | 1 | 5 | 3 |
| Sunderland | 2 | 1 | 0 | 1 | 3 | 2 | 3 |
| Burnley | 2 | 1 | 0 | 1 | 2 | 3 | 3 |
| Bournemouth | 2 | 1 | 0 | 1 | 3 | 4 | 3 |
| Brentford | 2 | 1 | 0 | 1 | 2 | 3 | 3 |
| Fulham | 2 | 0 | 2 | 0 | 2 | 2 | 2 |
| Crystal Palace | 2 | 0 | 2 | 0 | 1 | 1 | 2 |
| Newcastle | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Aston Villa | 2 | 0 | 1 | 1 | 0 | 1 | 1 |
| Man United | 2 | 0 | 1 | 1 | 2 | 4 | 1 |
| Brighton | 2 | 0 | 1 | 1 | 1 | 3 | 1 |
| West Ham | 2 | 0 | 0 | 2 | 1 | 8 | 0 |
| Wolverhampton | 2 | 0 | 0 | 2 | 0 | 5 | 0 |

Note: Three points for win, one point for tie.

## DEALS

### FOOTBALL
**National Football League**
ARIZONA CARDINALS – CB Darren Hall cut. ATLANTA FALCONS – CB Cobee Bryant cut. QB Easton Stick cut. LB Bronnie Harrison cut. K Lenny Krieg cut. RB Jashaun Corbin cut. RB Carlos Washington Jr. cut.
BUFFALO BILLS – CB Rasul Douglas signed/unrestricted free agent to Miami Dolphins One-year contract (through 2025). G Dan Feeney cut. T Travis Clayton cut. T Mike Edwards cut. CB Daequan Hardy cut. C Jacob Bayer cut. CB Dane Jackson cut. T Richard Gouraige cut. WR Laviska Shenault Jr. cut.
CAROLINA PANTHERS – LB Krys Barnes cut. DT Sam Roberts cut. WR Ja'seem Reed cut. LB Boogie Basham cut. RB Raheem Blackshear cut. T Michael Tarquin cut. S Trevian Thomas cut. CB Michael Reid cut.
CHICAGO BEARS – C Ricky Stromberg cut.
CINCINNATI BENGALS – QB Desmond Ridder cut. S Daijahn Anthony Placed on IR hamstring.
CLEVELAND BROWNS – QB Kenny Pickett traded to Las Vegas Raiders for 2026 fifth-round draft pick. WR Diontae Johnson cut. G KT Leveston Jr. traded for 2028 seventh-round draft pick.
DENVER BRONCOS – RB Blake Watson cut. RB Audric Estime cut. S Delarrin Turner-Yell cut. WR Courtney Jackson cut. WR Michael Bandy cut. C Joe Michalski cut. T Will Sherman cut. S Sam Franklin Jr. cut.
DETROIT LIONS – LB DaRon Gilbert cut. CB Nick Whiteside cut. DT Brodric Martin cut. DE Myles Adams cut. RB Deon Jackson cut. S Erick Hallett II cut. DE Mitchell Agude cut. DE Nate Lynn cut. GREEN BAY PACKERS – G Lecitus Smith cut. WR Mecole Hardman cut. QB Taylor Elgersma cut. LB Isaiah Simmons cut. TE Johnny Lumpkin cut. G J.J. Lippe cut.
HOUSTON TEXANS – S Jalen Mills cut. LB Nick Niemann cut. CB Arthur Maulet cut. T Trent Brown cut. RB Joe Mixon reserve/non-football-injury foot.
INDIANAPOLIS COLTS – TE Jelani Woods cut. CB Mekhi Blackmon traded for 2026 sixth-round draft pick.
JACKSONVILLE JAGUARS – RB Ja'Quinden Jackson cut. LB Chad Muma cut. S Daniel Thomas cut.
KANSAS CITY CHIEFS – DT Marlon Tuipulotu cut. S Mike Edwards cut.
LOS ANGELES RAMS – G KT Leveston Jr. traded to Cleveland Browns for 2028 seventh-round draft pick.
MIAMI DOLPHINS – WR Erik Ezukanma cut. S Patrick McMorris cut. LB Derrick McLendon cut. WR Theo Wease Jr. cut. LB Quinton Bell cut. CB Rasul Douglas signed/unrestricted free agent One-year contract (through 2025).
MINNESOTA VIKINGS – CB Mekhi Blackmon traded to Indianapolis Colts for 2026 sixth-round draft pick. G Michael Gonzalez cut. RB Xazavian Valladay cut.
NEW ENGLAND PATRIOTS – S Marcus Epps cut. TE CJ Dippre cut. CB Brandon Crossley cut. K John Parker Romo cut. T Demontrey Jacobs cut.
NEW ORLEANS SAINTS – CB Rico Payton cut. LB D'Marco Jackson cut. CB Dalys Beanum cut. QB Jake Haener cut. RB Marcus Yarns cut. WR Kevin Austin Jr. cut. TE Treyton Welch cut. DE Isaiah Foskey cut. T Landon Young Placed on IR ankle. DT John Ridgeway III Placed on IR pectoral.
NEW YORK GIANTS – WR Lil'Jordan Humphrey cut. TE Greg Dulcich cut. QB Tommy DeVito cut.
NEW YORK JETS – S Dean Clark cut. WR Malachi Corley cut. CB Jordan Clark cut. WR Brandon Smith cut. T Carter Warren cut. DE Eric Watts cut. CB Jarrick Bernard-Converse cut.
PITTSBURGH STEELERS – LB Eku Leota cut. T Dylan Cook cut. DE DeMarvin Leal cut.
TAMPA BAY BUCCANEERS – QB Kyle Trask cut. WR Trey Palmer cut.
TENNESSEE TITANS – RB Tyjae Spears Placed on IR high ankle sprain.
WASHINGTON COMMANDERS – WR Chris Moore cut. T Foster Sarell cut. WR K.J. Osborn cut. CB Bobby Price cut. LB Duke Riley cut.

---

## Sports Weekly



On newsstands: Our college football preview edition looks at seven bold scenarios for the season and has outlooks for every team in our preseason top 25. Anticipation of Arch Manning starting at QB for Texas has the Longhorns at No. 1. Are we sure he is ready? Blake Toppmeyer also looks at how quarterback Ty Simpson can take Alabama to national title without being Mac Jones. Plus, what are the other best Week 1 games to watch and for betting purposes? In the NFL, time is running out for these three QBs. How much longer can they last in the league? Also, MLB power rankings, stats and box scores and NFL preseason box scores included. You can order the edition at onlinestore.usatoday.com and subscribe to the magazine by going to mysportsweekly.com or by calling 800-872-1415.

---

# MARKETPLACE TODAY

For advertising information: 1.800.397.0070 www.russelljohns.com/usat

To view more Classified listings, visit: classifieds.usatoday.com

All classified ads are subject to the applicable rate card, copies of which are available from our Advertising Dept. All ads are subject to approval before publication. USA Today reserves the right to edit, refuse, reject, classify or cancel any ad at any time. Errors must be reported in the first day of publication. USA Today shall not be liable for any loss or expense that results from an error in or omission of an advertisement. No refunds for early cancellation of order.

## NOTICES — PUBLIC NOTICE

### REQUEST FOR PROPOSALS

Sourcewell, a State of Minnesota local government unit and service cooperative, is requesting proposals for **Used Fire Apparatus, Rescue, and Emergency Service Vehicle Solutions** to result in a procurement solution for use by its Participating Entities.

Sourcewell Participating Entities include thousands of governmental, higher education, K-12 education, nonprofit, tribal government, and other public agencies located in the United States and Canada.

A full copy of the Request for Proposals can be found on the Sourcewell Procurement Portal
https://proportal.sourcewell-mn.gov

Only proposals submitted through the Sourcewell Procurement Portal will be considered.

**Proposals are due no later October 15, 2025, at 4:30 p.m. Central Time, and late proposals will not be considered.**

## NOTICES — PUBLIC NOTICE



Do you have a business, real estate, or travel opportunity to market?

Do you have a product to sell or service to offer?

### USA TODAY's Marketplace Is The Answer!

We offer a variety of sizes and frequency rates to fit your budget!

**For more information, contact us at:**
1-800-397-0070
sales@russelljohns.com

## NOTICES — LEGAL NOTICES

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

In re: Powin, LLC, et al.,[1] Debtors.

Chapter 11
Case No. 25-16137 (MBK)
(Jointly Administered)

**NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE SEPTEMBER 29, 2025**

**TO: ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST POWIN, LLC AND IT'S AFFILIATED DEBTORS (THE "DEBTORS")**

The United States Bankruptcy Court for the District of New Jersey has entered an Order (the "Bar Date Order") establishing **September 29, 2025 at 5:00 p.m.**, (Prevailing Eastern Time) (the "General Claims Bar Date"), as the last date for each person or entity (excluding "Governmental Units" as defined in section 101(27) of the Bankruptcy Code) to file a proof of claim (each a "Proofs of Claim"), including for any entity asserting a claim[2] under 503(b)(9) of the Bankruptcy Code against Powin, LLC (the "Debtors"). Except for those holders of the Claims listed below that are specifically excluded from the General Claims Bar submission requirement, the Bar Dates and the procedures set forth below for submitting Proofs of Claim apply to all Claims (defined below) against the Debtors that arose prior to **June 9, 2025** (the "Petition Date"), the date on which the Debtors commenced cases under chapter 11 of the United States Bankruptcy Code, **including parties asserting Claims pursuant to section 503(b)(9) of the Bankruptcy Code (each, a "503(b)(9) Claim")**. In addition, governmental units have until **5:00 p.m. prevailing Eastern Time on December 8, 2025** (the date that is 180 days after the Petition Date) (the "Governmental Bar Date"), to submit Proofs of Claim. A copy of the Bar Date Order, and any exhibits thereto are available (i) at the Debtors' expense upon request to Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the noticing and claims agent retained in these chapter 11 cases), by calling (866) 507-8031 for callers in the United States or by calling (781) 575-2122 for callers outside the United States, (ii) for no charge by visiting the Debtors' case website at https://www.veritaglobal.net/powin, or (iii) for a fee via PACER by visiting http://ecf.njb.uscourts.gov. The Bar Date Order requires that all entities (collectively, the "Claimants") holding or wishing to assert a Claim that arose or is deemed to have arisen prior to the Petition Date against the Debtors ("Claims") to submit a Proof of Claim so as to be actually received by Verita on or before the applicable bar date (collectively, the "Bar Dates") as set forth below. The Debtors, together with their respective case numbers are as follows: **Powin Project, LLC (25-16136); Powin, LLC (25-16137); PEOS Holdings, LLC (25-16144); Powin China Holdings 1, LLC (25-16138); Powin China Holdings 2, LLC (25-16139); Charger Holdings, LLC (25-16140); Powin Energy Ontario Storage, LLC (25-16141); Powin Energy Operating Holdings, LLC (25-16142); Powin Energy Operating, LLC (25-16143); Powin Energy Storage 2, Inc., (25-16558); Powin Energy Ontario Storage II LP (25-16559); and Powin Canada B.C. Ltd (25-16560).**

**THE BAR DATES**

The Bar Date Order establishes the following bar dates for filing proofs of Claim in these cases (collectively, the "Bar Dates"):

(a) **The General Claims Bar Date.** Pursuant to the Bar Date Order, except as described below, any holder of a claim against the Debtors that arose or is deemed to have arisen prior to the commencement of these cases is required to file proofs of claim by the General Claims Bar Date (i.e., by **September 29, 2025 at 5:00 p.m., (Prevailing Eastern Time)**. The General Claims Bar Date applies to all types of claims against the Debtors that arose prior to the Petition Date, including secured claims, unsecured priority claims (including, without limitation, claims entitled to priority under sections 507(a)(4), 507(a)(5), and 503(b)(9) of the Bankruptcy Code) and unsecured nonpriority claims.

(b) **The Rejection Claims Bar Date.** Pursuant to the Bar Date Order, any person or entity that holds a claim arising from or relating to the rejection of an executory contract or unexpired lease, in accordance with section 365 of the Bankruptcy Code or any order of the Court (including any order confirming a chapter 11 plan) authorizing the rejection of an executory contract or unexpired lease (any such order, a "Rejection Order"), or claims otherwise related to such rejected agreements (the "Rejection Damage Claims"), is required to file proofs of claim by the **the later of (a) the General Bar Date, (b) the date that is thirty (30) days after entry of the applicable Rejection Order, or (c) the date that is thirty (30) days after the effective date of the rejection of an executory contract or unexpired lease as set forth in the applicable Rejection Order** (the later of clauses (a) through (c) to occur, the "Rejection Claims Bar Date").

(c) **The Amended Schedules Bar Date.** Pursuant to the Bar Date Order, if subsequent to the date of this Notice, a Debtor amends or supplements its Schedules, the affected claimant is required to file a proof of claim or amend any previously filed proof of claim in respect of the amended scheduled claim on or before **the later of (i) the General Claims Bar Date or (ii) 5:00 p.m., (Prevailing Eastern Time), on the date that is thirty (30) calendar days after the date that notice of the applicable amendment or supplement to the Schedules is served on the claimant** (the "Amended Schedules Bar Date").

(d) **The Governmental Bar Date.** Pursuant to the Bar Date Order, all governmental units holding claims against the Debtors that arose or are deemed to have arisen prior to the Petition Date (including secured claims, unsecured priority claims and unsecured nonpriority claims) are required to file proofs of claim by **December 8, 2025 at 5:00 p.m., (Prevailing Eastern Time)** (the "Governmental Bar Date").

**WHEN AND WHERE TO SUBMIT**

Each Proof of Claim, including supporting documentation, must be submitted so that Verita **actually receives** the Proof of Claim on or before the applicable Bar Date by: (i) electronically using the interface available on Verita's website at https://www.veritaglobal.net/powin, (ii) first-class U.S. Mail, which Proof of Claim must include an original signature, at the following address: Powin LLC., et al. Claims Processing Center c/o KCC dba Verita Global 222 N Pacific Coast Highway, Suite 300 El Segundo, CA 90245, or (iii) overnight mail, or other hand-delivery system, which Proof of Claim must include an original signature, at the following address: Powin LLC., et al. Claims Processing Center c/o KCC dba Verita Global 222 N Pacific Coast Highway, Suite 300 El Segundo, CA 90245, or (iii) hand delivery service to the United States Bankruptcy Court, District of New Jersey, 402 East State Street, Trenton, NJ 08608.

**PROOFS OF CLAIM SUBMITTED BY FAX OR EMAIL WILL NOT BE ACCEPTED AND WILL NOT BE DEEMED TIMELY SUBMITTED.**

**Contents of Proofs of Claim.** Each Proof of Claim must: (i) be written in English; (ii) be denominated in United States dollars; (iii) conform substantially with the Proof of Claim Form provided by the Debtors or Official Form 410; and (iv) be signed or electronically transmitted through the interface available on Verita's website at https://www.veritaglobal.net/powin by the Claimant or by an authorized agent or legal representative of the Claimant. **Please note** that each Proof of Claim must specify by name and case number the Debtor against which the Claim is submitted by selecting the applicable Debtor at the top of the proposed Proof of Claim Form. If asserting a claim against more than one Debtor, a separate proof of claim form must be filed with respect to each Debtor, provided however, that a Claim that indicates it is filed against each Debtor by selecting the applicable Debtors at the top of the Proof of Claim Form, shall be deemed to have been filed against each selected Debtor without the need to file additional Claims. A Proof of Claim submitted under Case No. 25-16137 (MBK) or that does not identify a Debtor will be deemed as submitted only against Powin, LLC. A Proof of Claim that names a subsidiary Debtor but is submitted under Case No. 25-16137 (MBK) will be treated as having been submitted against the subsidiary Debtor with a notation that a discrepancy in the submission exists. **Section 503(b)(9) Claims.** Vendors and suppliers of goods may be entitled to request an administrative priority Claim under section 503(b)(9) of the Bankruptcy Code to the extent they delivered, and the Debtor received, goods within the twenty-day period prior to the Petition Date. The Court has deemed the submission of a Proof of Claim as satisfying the procedural requirements for asserting such a Claim under section 503(b)(9) of the Bankruptcy Code. In addition to the other requirements listed above, any Proof of Claim asserting a 503(b)(9) Claim must (i) include the value of the goods delivered to and received by the Debtors in the twenty days prior to the Petition Date; (ii) attach documentation of the dates on which the goods were delivered to and received by the Debtors; (iii) attach any documentation identifying the particular invoices for which the 503(b)(9) Claim is being asserted; (iv) attach documentation of any reclamation demand made against the Debtors under section 546(c) of the Bankruptcy Code (if applicable); and (v) set forth whether any portion of the 503(b)(9) Claim was satisfied by payments made by the Debtors. **Consequences of Failing to Timely Submit Your Proof of Claim.** Any Claimant who is required, but fails, to submit a Proof of Claim in accordance with the Bar Date Order on or before the applicable Bar Date shall be forever barred, estopped, and enjoined from asserting such Claim against the Debtors (or submitting a Proof of Claim with respect thereto), unless otherwise ordered by the Court. In such event, the Debtors' property shall be forever discharged from any and all indebtedness or liability with respect to such Claim, and such holder shall not be permitted to vote to accept or reject any plan of reorganization filed in these chapter 11 cases or participate in any distribution on account of such Claim or receive further notices regarding such Claim. **Reservation of Rights.** Nothing contained in this notice is intended to or should be construed as a waiver of the Debtors' right to: (a) dispute, or assert offsets or defenses against, any submitted Proof of Claim or any Claim listed or reflected in the Schedules as to the nature, amount, liability, or classification of such Claims; (b) subsequently designate any scheduled Claim as disputed, contingent, or unliquidated; and (c) otherwise amend or supplement the Schedules. **Additional Information.** If you have any questions regarding the claims process and/or if you wish to obtain a copy of the Bar Date Order (which contains a more detailed description of the requirements for submitting Proofs of Claim), a Proof of Claim form, or related documents, you may do so by visiting the Debtors' restructuring website at https://www.veritaglobal.net/powin or contacting Verita by calling (866) 507-8031 for callers in the United States or by calling (781) 575-2122 for callers outside the United States and/or writing to the following address: **Powin LLC., et al. Claims Processing Center** c/o KCC dba Verita Global 222 N Pacific Coast Highway, Suite 300 El Segundo, CA 90245.

**DENTONS US LLP**
601 S. Figueroa Street #2500, Los Angeles, CA 90017
Tel: (213) 623-9300 • Fax: (213) 623-9924
Tania M. Moyron (admitted pro hac vice) • Van C. Durrer, II (admitted pro hac vice)
Email: tania.moyron@dentons.com • van.durrer@dentons.com

**TOGUT, SEGAL & SEGAL LLP**
One Penn Plaza, Suite 3335, New York, NY 10119
Tel: (212) 594-5000 • Fax: (212) 967-4258
Albert Togut (admitted pro hac vice) • Frank A. Oswald (admitted)
Email: altogut@teamtogut.com • frankoswald@teamtogut.com

_Counsel for Debtors and Debtors in Possession_

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC (1583); (ii) Powin, LLC (0504); (iii) PEOS Holdings, LLC (5476); (iv) Powin China Holdings 1, LLC (1422); (v) Powin China Holdings 2, LLC (9713); (vi) Charger Holdings, LLC (5241); (vii) Powin Energy Ontario Storage, LLC (8348); (viii) Powin Energy Operating Holdings, LLC (2495); (ix) Powin Energy Operating, LLC (6487); (x) Powin Energy Storage 2, Inc., (9926); (xi) Powin Energy Ontario Storage II LP (5787); and (xii) Powin Canada B.C. Ltd. (2239). The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

[2] As used in this Notice , the term "claim" means, as to or against any of the Debtors and in accordance with section 101(5) of the Bankruptcy Code: (a) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

## BUSINESS & SERVICES — BUSINESS OPPORTUNITIES

### "FREE Report Reveals The ONLY Way Left For The Little Guy To Get Rich!"

For the first time ever...reclusive million dollar serial entrepreneur is giving away his jealously guarded secrets for quickly making 6-figures (or more!) per year...only working part-time...and living the lifestyle of your dreams. Call NOW!

FREE 24-hour recorded message:
**1-877-634-4326** ext. 01

---



Do you have a business, real estate, or travel opportunity to market?

Do you have a product to sell or service to offer?

### USA TODAY's Marketplace is the answer!

We offer a variety of sizes and frequency rates to fit your budget!

**For more information, contact us at:**
1-800-397-0070
sales@russelljohns.com

---

SEND YOUR SALES THROUGH THE ROOF WITH AN AD IN USA TODAY'S MARKETPLACE!

**ASK US... WE CAN HELP!**

We offer a variety of sizes and frequency rates to fit your budget!

**To advertise, call:**
800-397-0070
or email us at:
sales@russelljohns.com

**The Oregonian** OREGONLIVE.COM
OREGONIAN MEDIA GROUP

**Oregonian**

**LEGAL AFFIDAVIT**

AD#: 0011023032

State of Oregon,) ss
County of Multnomah)

Stacey Tredici being duly sworn, deposes that he/she is principal clerk of Oregonian Media Group; that Oregonian is a public newspaper published in the city of Portland, with general circulation in Oregon, and this notice is an accurate and true copy of this notice as printed in said newspaper, was printed and published in the regular edition and issue of said newspaper on the following date(s):

**Oregonian 08/27/2025**

Stacey Tredici [DIGITALLY SIGNED]

_____
Principal Clerk of the Publisher

Sworn to and subscribed before me this 27th day of August 2025

Kimberlee Wright O'Neill [DIGITALLY SIGNED]

_____
Notary Public



KIMBERLEE WRIGHT O'NEILL
NOTARY PUBLIC - OREGON
COMMISSION NO. 1026818
MY COMMISSION EXPIRES 08/15/2026

Online Notary Public. This notarial act involved the use of online audio/video communication technology. Notarization facilitated by SIGNiX®

LEGAL NOTICE – Powin LLC

I Michael Anderson, of the City of Toronto, in the Province of Ontario, AFFIRM THAT:

1. I am employed by The Globe and Mail Inc. and my current job title is Advertising Service Representative

2. The Globe and Mail is a media organization with its head office in Toronto, Ontario.  The Globe and Mail publishes and distributes a print edition newspaper from Monday to Saturday which is simultaneously printed in the cities of Montreal, Toronto, Estevan, Calgary, and Vancouver, and is generally distributed and circulated in the Provinces of Quebec, Ontario, Manitoba, Alberta and British Columbia.

3. The advertisement attached to my affidavit as Exhibit "A" is a true and correct copy and was published in the form attached to my affidavit in print editions of The Globe and Mail newspaper published on the following date: August 27, 2025.

*Michael Anderson*
_____
Michael Anderson

Affirmed before me at the City of Toronto, in the Province of Ontario on

*Fatima B. Wilson*
_____
Fatima Brito Wilson,
A Commissioner, etc., Province of Ontario
For The Globe and Mail Newspaper
Expires October 5, 2025.

This is Exhibit "A" to the
Affidavit of Michael Anderson, affirmed before me
in the City of Toronto, in the Province of Ontario,
on

*Fatima B. Wilson*
_____
Fatima Brito Wilson,
a Commissioner, etc., Province of Ontario
For The Globe and Mail Newspaper
Expires October 5, 2025.

# LEGALS

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

In re:  
Powin, LLC, et al.,[1]  
Debtors.

Chapter 11  
Case No. 25-16137 (MBK)  
(Jointly Administered)

### NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE SEPTEMBER 29, 2025

TO: ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST POWIN, LLC AND IT'S AFFILIATED DEBTORS (THE "DEBTORS")

The United States Bankruptcy Court for the District of New Jersey has entered an Order (the "Bar Date Order") establishing **September 29, 2025 at 5:00 p.m.**, (Prevailing Eastern Time) (the "General Claims Bar Date"), as the last date for each person or entity (excluding "Governmental Units" as defined in section 101(27) of the Bankruptcy Code) to file a proof of claim (each a "Proof of Claim"), including for any entity asserting a claim under 503(b)(9) of the Bankruptcy Code against Powin, LLC (the "Debtors"). Except for those holders of Claims listed below that are specifically excluded from the General Claims Bar Date submission requirement, the Bar Dates and the procedures set forth below for submitting Proofs of Claim apply to all Claims (defined below) against the Debtors that arose prior to **June 9, 2025** (the "Petition Date"), the date on which the Debtors commenced cases under chapter 11 of the United States Bankruptcy Code, **including parties asserting Claims pursuant to section 503(b)(9) of the Bankruptcy Code (each, a "503(b)(9) Claim")**. In addition, governmental units have until 5:00 p.m. prevailing Eastern Time on **December 8, 2025** (the date that is 180 days after the Petition Date) (the "Governmental Bar Date"), to submit Proofs of Claim. A copy of the Bar Date Order, and any exhibits thereto are available (i) at the Debtors' expense upon request to Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), (the noticing and claims agent retained in these chapter 11 cases), by calling (866) 507-8031 for callers in the United States or by calling (781) 575-2122 for callers outside the United States, (ii) for no charge by visiting the Debtors' case website at https://www.veritaglobal.net/powin, or (iii) for a fee via PACER by visiting http://ecf.njb.uscourts.gov. The Bar Date Order requires that all entities (collectively, the "Claimants") holding or wishing to assert a Claim that arose or is deemed to have arisen prior to the Petition Date against the Debtors ("Claims") to submit a Proof of Claim so as to be actually received by Verita on or before the applicable bar date (collectively, the "Bar Dates") as set forth below. The Debtors, together with their respective case numbers are as follows: Powin Project, LLC (25-16136); Powin, LLC (25-16137); PEOS Holdings, LLC (25-16144); Powin China Holdings 1, LLC (25-16138); Powin China Holdings 2, LLC (25-16139); Charger Holdings, LLC (25-16140); Powin Energy Ontario Storage, LLC (25-16141); Powin Energy Operating Holdings, LLC (25-16142); Powin Energy Operating, LLC (25-16143); Powin Energy Storage 2, Inc., (25-16558); Powin Energy Ontario Storage II LP (25-16559); and Powin Canada B.C. Ltd (25-16560).

### THE BAR DATES

The Bar Date Order establishes the following bar dates for filing proofs of Claim in these cases (collectively, the "Bar Dates"):

(a) **The General Claims Bar Date**. Pursuant to the Bar Date Order, except as described below, any holder of a claim against the Debtors that arose or is deemed to have arisen prior to the commencement of these cases is required to file proofs of claim by the General Claims Bar Date (i.e., by **September 29, 2025 at 5:00 p.m. (Prevailing Eastern Time)**. The General Claims Bar Date applies to all types of claims against the Debtors that arose prior to the Petition Date, including secured claims, unsecured priority claims (including, without limitation, claims entitled to priority under sections 507(a)(4), 507(a)(5), and 503(b)(9) of the Bankruptcy Code) and unsecured nonpriority claims.

(b) **The Rejection Claims Bar Date**. Pursuant to the Bar Date Order, any person or entity that holds a claim arising from or relating to the rejection of an executory contract or unexpired lease, in accordance with section 365 of the Bankruptcy Code or any order of the Court (including any order confirming a chapter 11 plan) authorizing the rejection of an executory contract or unexpired lease (any such order, a "Rejection Order"), or claims otherwise related to such rejected agreements (the "Rejection Damage Claims"), is required to file proofs of claim by the **the later of (a) the General Bar Date, (b) the date that is thirty (30) days after entry of the applicable Rejection Order, or (c) the date that is thirty (30) days after the effective date of the rejection of an executory contract or unexpired lease as set forth in the applicable Rejection Order** (the later of clauses (a) through (c) to occur, the "Rejection Claims Bar Date").

(c) **The Amended Schedules Bar Date**. Pursuant to the Bar Date Order, if subsequent to the date of this Notice, a Debtor amends or supplements its Schedules, the affected claimant is required to file a proof of claim or amend any previously filed proof of claim in respect of the amended scheduled claim on or before **the later of (i) the General Claims Bar Date or (ii) 5:00 p.m. (Prevailing Eastern Time), on the date that is thirty (30) calendar days after the date that notice of the applicable amendment or supplement to the Schedules is served on the claimant** (the "Amended Schedules Bar Date").

(d) **The Governmental Bar Date**. Pursuant to the Bar Date Order, all governmental units holding claims against the Debtors that arose or are deemed to have arisen prior to the Petition Date (including secured claims, unsecured priority claims and unsecured nonpriority claims) are required to file proofs of claim by **December 8, 2025 at 5:00 p.m. (Prevailing Eastern Time)** (the "Governmental Bar Date").

### WHEN AND WHERE TO SUBMIT

Each Proof of Claim, including supporting documentation, must be submitted so that Verita **actually receives** the Proof of Claim on or before the applicable Bar Date by: (i) electronically using the interface available on Verita's website at https://www.veritaglobal.net/powin, (ii) first-class U.S. Mail, which Proof of Claim must include an original signature, at the following address: Powin LLC., et al. Claims Processing Center c/o KCC dba Verita Global 222 N Pacific Coast Highway, Suite 300 El Segundo, CA 90245, or (iii) overnight mail, or other hand delivery system, which Proof of Claim must include an original signature, at the following address: Powin LLC., et al. Claims Processing Center c/o KCC dba Verita Global 222 N Pacific Coast Highway, Suite 300 El Segundo, CA 90245, or (iii) hand delivery service to the United States Bankruptcy Court, District of New Jersey, 402 East State Street, Trenton, NJ 08608.

### PROOFS OF CLAIM SUBMITTED BY FAX OR EMAIL WILL NOT BE ACCEPTED AND WILL NOT BE DEEMED TIMELY SUBMITTED.

**Contents of Proofs of Claim.** Each Proof of Claim must: (i) be written in English; (ii) be denominated in United States dollars; (iii) conform substantially with the Proof of Claim Form provided by the Debtors or Official Form 410; and (iv) be signed or electronically transmitted through the interface available on Verita's website at https://www.veritaglobal.net/powin by the Claimant or by an authorized agent or legal representative of the Claimant. **Please note** that each Proof of Claim must specify by name and case number the Debtor against which the Claim is submitted by selecting the applicable Debtor at the top of the proposed Proof of Claim Form. If asserting a claim against more than one Debtor, a separate proof of claim form must be filed with respect to each Debtor, provided however, that a Claim that indicates it is filed against each Debtor by selecting the applicable Debtors at the top of the Proof of Claim Form, shall be deemed to have been filed against each selected Debtor without the need to file additional Claims. A Proof of Claim submitted under Case No. 25-16137 (MBK) or that does not identify a Debtor will be deemed as submitted only against Powin, LLC. A Proof of Claim that names a subsidiary Debtor but is submitted under Case No. 25-16137 (MBK) will be treated as having been submitted against the subsidiary Debtor with a notation that a discrepancy in the submission exists. **Section 503(b)(9) Claims.** Vendors and suppliers of goods may be entitled to request an administrative priority Claim under section 503(b)(9) of the Bankruptcy Code to the extent they delivered, and the Debtor received, goods within the twenty day period prior to the Petition Date. The Court has deemed the submission of a Proof of Claim as satisfying the procedural requirements for asserting such a Claim under section 503(b)(9) of the Bankruptcy Code. In addition to the other requirements listed above, any Proof of Claim asserting a 503(b)(9) Claim must (i) include the value of the goods delivered to and received by the Debtors in the twenty days prior to the Petition Date; (ii) attach documentation of the date on which the goods were delivered to and received by the Debtors; (iii) attach any documentation identifying the particular invoices for which the 503(b)(9) Claim is being asserted; (iv) attach documentation of any reclamation demand made against the Debtors under section 546(c) of the Bankruptcy Code (if applicable); and (v) set forth whether any portion of the 503(b)(9) Claim was satisfied by payments made by the Debtors. **Consequences of Failing to Timely Submit Your Proof of Claim.** Any Claimant who is required, but fails, to submit a Proof of Claim in accordance with the Bar Date Order on or before the applicable Bar Date shall be forever barred, estopped, and enjoined from asserting such Claim against the Debtors (or submitting a Proof of Claim with respect thereto), unless otherwise ordered by the Court. In such event, the Debtors' property shall be forever discharged from any and all indebtedness or liability with respect to such Claim, and such holder shall not be permitted to vote to accept or reject any plan of reorganization filed in these chapter 11 cases or participate in any distribution on account of such Claim or receive further notices regarding such Claim. **Reservation of Rights.** Nothing contained in this notice is intended to or should be construed as a waiver of the Debtors' right to: (a) dispute, or assert offsets or defenses against, any submitted Proof of Claim or any Claim listed or reflected in the Schedules as to the nature, amount, liability, or classification of such Claims; (b) subsequently designate any scheduled Claim as disputed, contingent, or unliquidated; and (c) otherwise amend or supplement the Schedules. **Additional Information.** If you have any questions regarding the Claims process and /or if you wish to obtain a copy of the Bar Date Order (which contains a more detailed description of the requirements for submitting Proofs of Claim), a Proof of Claim form, or related documents, you may do so by visiting the Debtors' restructuring website at https://www.veritaglobal.net/powin or contacting Verita by calling (866) 507-8031 for callers in the United States or by calling (781) 575-2122 for callers outside the United States and/or writing to the following address: Powin LLC., et al. Claims Processing Center c/o KCC dba Verita Global 222 N Pacific Coast Highway, Suite 300 El Segundo, CA 90245.

| DENTONS US LLP | TOGUT, SEGAL & SEGAL LLP |
|---|---|
| 601 S. Figueroa Street #2500, Los Angeles, CA 90017 | One Penn Plaza, Suite 3335, New York, NY 10119 |
| Tel: (213) 623-9300 · Fax: (213) 623-9924 | Tel: (212) 594-5000 · Fax: (212) 967-4258 |
| Tania M. Moyron (admitted pro hac vice) | Albert Togut (admitted pro hac vice) |
| Van C. Durrer, II (admitted pro hac vice) | Frank A. Oswald (admitted) |
| Email: tania.moyron@dentons.com · van.durrer@dentons.com | Email: altogut@teamtogut.com · frankoswald@teamtogut.com |

Counsel for Debtors and Debtors in Possession

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (Powin Project, LLC) (1063); (Powin, LLC) (3014); (PEOS Holdings, LLC) (9475); (Powin China Holdings 1, LLC) (1412); (Powin China Holdings 2, LLC) (9713); (Charger Holdings, LLC) (5342); (Powin Energy Ontario Storage, LLC) (8348); (Powin Energy Operating Holdings, LLC) (2408); (Powin Energy Operating, LLC) (9487); (Powin Energy Storage 2, Inc.) (3903); (Powin Energy Ontario Storage II LP) (5767); and (Powin Canada B.C. Ltd) (3316). The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

[2] As used in this Notice, the term "claim" means, as to or against any of the Debtors and in accordance with section 101(5) of the Bankruptcy Code, (a) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured, or (b) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.