**|UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**MONTHLY FEE STATEMENT COVER SHEET FOR THE PERIOD**
**AUGUST 1, 2025 THROUGH AUGUST 31, 2025**

Debtor: <u>Powin, LLC, et al.</u>          Applicant: Genova Burns LLC

Case No.: <u>25-16137 (MBK)</u>          Client: <u>Unsecured Creditors Committee</u>

Chapter: <u>11</u>                        Case Filed: <u>June 10, 2025</u>

### SECTION 1
### FEE SUMMARY

X   Monthly Fee Statement No. <u>2</u>   or   ☐ Final Fee Application

Summary of Amounts Requested for the Period from August 1, 2025 through August 31, 2025 (the "Second Statement Period")

| | |
|---|---|
| Total Fees: | $ 61,382.50 |
| Total Disbursements: | $ 909.53 |
| Minus 20% holdback of Fees: | $ 12,276.50 |
| Amount Sought at this Time: | $ 50,015.53 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1. Daniel M. Stolz, Partner | 1980 | 33.00 | 900.00 | $29,700.00 |
| 2. Daniel M. Stolz, Partner | 1980 | 2.70 | 450.00 | $1,215.00 |
| 3. Donald W. Clarke, Partner | 2008 | 21.90 | 700.00 | $15,330.00 |
| 4. Susan S. Long, Counsel | 2007 | 9.90 | 550.00 | $5,445.00 |
| 5. Jaclynn N. McDonnell | 2018 | 22.40 | 375.00 | $8,400.00 |
| 6. Lorrie Denson | Paralegal | 4.70 | 275.00 | $1,292.50 |

| | |
|---|---|
| Fee Totals: | $ 61,382.50 |
| Disbursements Totals: | $ 909.53 |
| Total Fee Application | $ 62,292.03 |

## SECTION II SUMMARY
## OF SERVICES

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) | **Asset Disposition** Sales, leases, abandonment and related transaction work. | | |
| c) | **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | | |
| d) | **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) | **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 71.20 | 47,705.00 |
| f) | **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | .10 | 55.00 |
| g) | **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) | **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 14.80 | 8,582.50 |
| i) | **Fee/Employment Objections** Review of an objections to the employment and fee applications of others. | | |
| j) | **Financing** Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) | **Litigation** Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | .90 | 630.00 |
| l) | **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | .30 | 210.00 |
| m) | **Plan and Disclosure Statement** Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 3.80 | 2,265.00 |

| | SERVICES RENDERED | HOURS | FEE |
|---|---|---|---|
| n) | **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | | |
| o) | **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) | **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) | **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) | **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) | **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) | **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| u) | **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | .80 | 720.00 |
| v) | **Valuation**<br>Appraise or review appraisals of assets. | | |
| w) | **Travel Time** | 2.70 | 1,215.00 |
| | **SERVICE TOTALS:** | 94.60 | $61,382.50 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) | **Fax**<br>Include per page fee charged. | |
| e) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services**<br>Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services**<br>Including scanning services. | |
| h) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting**<br>Transcripts. | |
| j) | **Travel**<br>Mileage, tolls, airfare, parking. | 33.45 |
| k) | **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| l) | **Postage** | |
| m) | **Other (specify) Professional BMC Group; Meals** | 876.08 |
| **DISBURSEMENTS TOTAL:** | | $909.53 |

I certify under penalty of perjury that the above is true.

Date:  September 10, 2025                                          */s/  Daniel M. Stolz*
                                                                                   DANIEL M. STOLZ

4