# EXHIBIT A

GENOVA BURNS LLC

September 10, 2025
Invoice No.:    538349

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|------:|-----:|-------:|
| 8/01/25 | DMS | B110 | Call with Creditor Committee professionals in preparation. | 1.00 | 900.00 | 900.00 |
| 8/01/25 | DMS | B110 | Emails with Sawyer and DWC regarding WARN issues. | .20 | 900.00 | 180.00 |
| 8/01/25 | DMS | B160 | Emails with US Trustee regarding Creditor Committee retentions. | .20 | 900.00 | 180.00 |
| 8/01/25 | DMS | B110 | Emails with Sawyer regarding WARN language. | .20 | 900.00 | 180.00 |
| 8/01/25 | DMS | B110 | Review more objections to assumption and assignment. | .30 | 900.00 | 270.00 |
| 8/01/25 | DMS | B110 | Review Sawyer workstream chart. | .20 | 900.00 | 180.00 |
| 8/01/25 | DMS | B110 | Review Leeward motion and application to shorten time. | .20 | 900.00 | 180.00 |
| 8/01/25 | DMS | B110 | Review witness list for KERP motion. | .20 | 900.00 | 180.00 |
| 8/01/25 | DWC | B110 | Committee prep call with other professionals to discuss status, process expectation, and next steps | .60 | 700.00 | 420.00 |
| 8/01/25 | DWC | B110 | Research and gather local case examples for WARN class treatment | 1.80 | 700.00 | 1,260.00 |
| 8/01/25 | DWC | B160 | Rvw UST inquiries on application to retain GB and respond accordingly | 1.90 | 700.00 | 1,330.00 |
| 8/01/25 | DWC | B110 | Call from UST re KEIP/KERP and committee position; updated group on call with UST | .70 | 700.00 | 490.00 |
| 8/01/25 | SSL | B410 | Review email from Matthew Sawyer of BR forwarding weekly update to committee listserv. | .10 | 550.00 | 55.00 |
| 8/02/25 | DMS | B110 | Email with DWC and Newman regarding bar date. | .20 | 900.00 | 180.00 |
| 8/02/25 | DMS | B110 | Review draft Sale Order. | .10 | 900.00 | 90.00 |
| 8/02/25 | DMS | B110 | Review Waterfall analysis from Newman. | .20 | 900.00 | 180.00 |

**GENOVA BURNS LLC**

September 10, 2025
Invoice No.:    538349

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/02/25 | DWC | B110 | Update A&M on status of bar motion and chambers expectation | .30 | 700.00 | 210.00 |
| 8/04/25 | DMS | B110 | Review agenda for Creditor Committee meeting. | .20 | 900.00 | 180.00 |
| 8/04/25 | DMS | B110 | Creditor Committee Meeting. | 1.30 | 900.00 | 1,170.00 |
| 8/04/25 | DMS | B110 | Review list of August 6th matters from SSL. | .20 | 900.00 | 180.00 |
| 8/04/25 | DMS | B110 | Call with Debtor professional. | .50 | 900.00 | 450.00 |
| 8/04/25 | DMS | B110 | Review APA and email to Lazarus. | .30 | 900.00 | 270.00 |
| 8/04/25 | DMS | B110 | Email with Kaplan Clerk regarding hearing preparation. | .20 | 900.00 | 180.00 |
| 8/04/25 | DMS | B110 | Review PKS objection. | .20 | 900.00 | 180.00 |
| 8/04/25 | DMS | B110 | Review Leeward and Longroad objections. | .30 | 900.00 | 270.00 |
| 8/04/25 | DWC | B110 | Call with committee and professionals | 1.30 | 700.00 | 910.00 |
| 8/04/25 | DWC | B110 | All hands call with debtors and committee professionals | 1.20 | 700.00 | 840.00 |
| 8/04/25 | SSL | B410 | Review email from Matthew Sawyer of BR to committee listserv with notice of agenda for 8/4 hearings. | .10 | 550.00 | 55.00 |
| 8/04/25 | SSL | B110 | Draft and forward calendar invite to committee listserv regarding Aug 6th hearings and instructions for observing same. | .40 | 550.00 | 220.00 |
| 8/04/25 | SSL | B410 | Conference call with DMS and committee counsel. | .50 | 550.00 | 275.00 |
| 8/04/25 | SSL | B320 | Email from/to DWC regarding Powin Plan. | .10 | 550.00 | 55.00 |
| 8/05/25 | DMS | B110 | Review numerous PHV applications and orders. | .30 | 900.00 | 270.00 |
| 8/05/25 | DMS | B110 | Call with SSL regarding preparation for hearings. | .40 | 900.00 | 360.00 |
| 8/05/25 | DMS | B110 | Review agenda for August 6th. | .20 | 900.00 | 180.00 |
| 8/05/25 | DMS | B110 | Email with Oswald regarding bar date motion. | .20 | 900.00 | 180.00 |
| 8/05/25 | DMS | B110 | Review Debtor's omnibus reply regarding rejection motion. | .20 | 900.00 | 180.00 |

**GENOVA BURNS LLC**

September 10, 2025
Invoice No.:    538349

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 8/05/25 | DMS | B110 | Review Honeywell joinder. | .20 | 900.00 | 180.00 |
| 8/05/25 | DMS | B110 | Review revised draft sale order and related documents. | .30 | 900.00 | 270.00 |
| 8/05/25 | SSL | B410 | Calls with and emails to/from Maddie Soliman of BR and DMS regarding notice of agenda for 8/6 hearings. | .30 | 550.00 | 165.00 |
| 8/06/25 | DMS | B110 | Prepare for hearings. | .70 | 900.00 | 630.00 |
| 8/06/25 | DMS | B195 | Travel to/from Basking Ridge/United States Bankruptcy Court, Trenton, NJ | 2.70 | 450.00 | 1,215.00 |
| 8/06/25 | DMS | B110 | Hearings at United States Bankruptcy Court, Trenton, NJ. | 7.50 | 900.00 | 6,750.00 |
| 8/06/25 | DMS | B110 | Review bar date motion. | .30 | 900.00 | 270.00 |
| 8/06/25 | DWC | B110 | Coordinate in person appearance for local | .30 | 700.00 | 210.00 |
| 8/06/25 | SSL | B410 | Emails from Matthew Sawyer of BR, Seth Waschit, and committee regarding incorrect hearing link. Follow up with Court. Update to calendar invite with corrections. | .30 | 550.00 | 165.00 |
| 8/06/25 | SSL | B320 | Emails from/to DWC regarding plan. | .30 | 550.00 | 165.00 |
| 8/06/25 | SSL | B410 | Review email from Ken Aulet of BR to committee listserv  regarding status and result of hearings. | .10 | 550.00 | 55.00 |
| 8/07/25 | DMS | B320 | Review Plan term sheet and emails regarding same. | .50 | 900.00 | 450.00 |
| 8/07/25 | DMS | B110 | Call from Abramowitz and email to BR regarding discovery. | .30 | 900.00 | 270.00 |
| 8/07/25 | DMS | B110 | Review Schwartz and Dentons emails regarding sale order. | .20 | 900.00 | 180.00 |
| 8/07/25 | DMS | B110 | Review bar date Motion and emails regarding same. | .50 | 900.00 | 450.00 |
| 8/07/25 | DMS | B110 | Review BR edits to bar date Motion. | .20 | 900.00 | 180.00 |
| 8/07/25 | DMS | B110 | Review docket entries regarding August 6th hearings. | .20 | 900.00 | 180.00 |
| 8/07/25 | DMS | B110 | Review Schwartz letter regarding objections to Order. | .20 | 900.00 | 180.00 |

GENOVA BURNS LLC

September 10, 2025
Invoice No.:   538349

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 8/07/25 | DMS | B110 | Call with Abramowitz and email with Aulet regarding info sharing. | .40 | 900.00 | 360.00 |
| 8/07/25 | DMS | B110 | Review more letters to Court regarding Order. | .20 | 900.00 | 180.00 |
| 8/07/25 | DWC | B110 | Coordinate response to UST re adjournment request | .40 | 700.00 | 280.00 |
| 8/07/25 | DWC | B160 | Recirculate and summarize status of GB and AM retention issues for Lauren B of the UST | .60 | 700.00 | 420.00 |
| 8/07/25 | DWC | B110 | Discuss potential friction among committee | .70 | 700.00 | 490.00 |
| 8/07/25 | SSL | B320 | Email from DWC and call with Lorrie Denson regarding drafting of plan. | .20 | 550.00 | 110.00 |
| 8/07/25 | SSL | B110 | Receipt/review ECF notice of order authorizing employment of A&M. | .10 | 550.00 | 55.00 |
| 8/08/25 | DMS | B160 | Email with A&M regarding US Trustee retention issues. | .20 | 900.00 | 180.00 |
| 8/08/25 | DMS | B110 | Creditor Committee pre-call. | .40 | 900.00 | 360.00 |
| 8/08/25 | DMS | B240 | Memo to JM on research on tax losses. | .20 | 900.00 | 180.00 |
| 8/08/25 | DMS | B160 | Email with Bielskie regarding A&M retention. | .20 | 900.00 | 180.00 |
| 8/08/25 | DWC | B110 | Committee professionals prep call | .60 | 700.00 | 420.00 |
| 8/08/25 | DWC | B160 | Follow up on UST input on GB and A&M applications | .80 | 700.00 | 560.00 |
| 8/08/25 | LD | B160 | Prepare draft GB first interim monthly fee statement for July 2025. | .80 | 275.00 | 220.00 |
| 8/08/25 | LD | B160 | File and arrange service of GB first interim monthly fee statement for July 2025. | .40 | 275.00 | 110.00 |
| 8/08/25 | SSL | B320 | Emails from/to DWC regarding plan. | .10 | 550.00 | 55.00 |
| 8/08/25 | SSL | B160 | Emails from/to DMS, Seth Waschitz, and DWC regarding A&M retention application. | .20 | 550.00 | 110.00 |
| 8/08/25 | SSL | B110 | Review emails between DWC and Lauren Bielskie of OUST regarding declaration in support of GB retention. Review of same. | .30 | 550.00 | 165.00 |

**GENOVA BURNS LLC**

September 10, 2025
Invoice No.:    538349

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 8/08/25 | JNM | B110 | Tax benefits recoverable under 548 | 3.30 | 375.00 | 1,237.50 |
| 8/09/25 | SSL | B410 | Review email from Matthew Sawyer to committee listserv forwarding weekly update. | .10 | 550.00 | 55.00 |
| 8/11/25 | DMS | B110 | Emails regarding preparation for Creditor Committee meeting. | .50 | 900.00 | 450.00 |
| 8/11/25 | DMS | B160 | Review revised retention application. | .20 | 900.00 | 180.00 |
| 8/11/25 | DMS | B110 | Creditor Committee Meeting. | .90 | 900.00 | 810.00 |
| 8/11/25 | DMS | B110 | Review A&M responses to US Trustee. | .20 | 900.00 | 180.00 |
| 8/11/25 | DMS | B160 | Email with Sawyer regarding BR retention status. | .20 | 900.00 | 180.00 |
| 8/11/25 | DWC | B110 | Committee call to discuss status and next steps | 1.20 | 700.00 | 840.00 |
| 8/11/25 | DWC | B160 | Finalize retention docs with UST input and request and circulate draft to committee for final approval with input | .80 | 700.00 | 560.00 |
| 8/11/25 | DWC | B110 | Discuss potential for committee interest divergence | .30 | 700.00 | 210.00 |
| 8/11/25 | LD | B160 | Amend proposed GB retention order with UST changes. | .50 | 275.00 | 137.50 |
| 8/11/25 | SSL | B160 | Review email from DWC to committee listserv forwarding declaration and GB proposed retention order for review. | .10 | 550.00 | 55.00 |
| 8/11/25 | SSL | B410 | Review agenda for committee call and investigation update from Matthew Sawyer of BR. Review of investigation update. | .30 | 550.00 | 165.00 |
| 8/11/25 | SSL | B160 | Review email from Matthew Sawyer of BR and DMS forwarding revised order and supplemental declaration for BR application. | .10 | 550.00 | 55.00 |
| 8/12/25 | DWC | B110 | Prompt committee execution of approved changes to retention app | .20 | 700.00 | 140.00 |
| 8/12/25 | DWC | B160 | Rvw retention application for A&M | .40 | 700.00 | 280.00 |
| 8/12/25 | LD | B160 | File Declaration and report, and email filed documents and proposed Order to Chambers and cc's. | .60 | 275.00 | 165.00 |

**GENOVA BURNS LLC**

September 10, 2025
Invoice No.:    538349

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 8/12/25 | SSL | B320 | Review emails between DWC and Lorrie Denson regarding plan. | .10 | 550.00 | 55.00 |
| 8/12/25 | SSL | B160 | Receipt/review ECF notice of entry of order approving employment and retention of GB. | .10 | 550.00 | 55.00 |
| 8/12/25 | SSL | B160 | Emails from/to Michael Sawyer of BR, DMS, and Jeffrey Sponder of OUST regarding retention application for BR. | .30 | 550.00 | 165.00 |
| 8/13/25 | DMS | B160 | Emails with  US Trustee and A&M regarding retentions. | .20 | 900.00 | 180.00 |
| 8/13/25 | DMS | B160 | Emails with US Trustee and A&M regarding retention issues. | .20 | 900.00 | 180.00 |
| 8/13/25 | DMS | B240 | Review tax loss research. | .30 | 900.00 | 270.00 |
| 8/13/25 | LD | B160 | File COS re GB first monthly fee statement. | .30 | 275.00 | 82.50 |
| 8/13/25 | JNM | B110 | Continue research on indirect benefits to insiders and 548. | 3.40 | 375.00 | 1,275.00 |
| 8/13/25 | JNM | B110 | Draft internal memo with research findings. | 2.30 | 375.00 | 862.50 |
| 8/14/25 | DMS | B240 | Review JNM memo regarding tax loss and email with A&M regarding same. | .30 | 900.00 | 270.00 |
| 8/14/25 | DMS | B160 | Emails with A&M, US Trustee and Court regarding retention application. | .30 | 900.00 | 270.00 |
| 8/14/25 | DMS | B160 | Finalize BR Supplemental Declaration and write to Court with retention Order. | .30 | 900.00 | 270.00 |
| 8/14/25 | DMS | B110 | Call with A&M regarding possible claims against insiders. | .30 | 900.00 | 270.00 |
| 8/14/25 | DMS | B110 | Review Aulet sale update and email regarding same. | .20 | 900.00 | 180.00 |
| 8/14/25 | DWC | B110 | Respond to non-committee creditor request to move bar date | .20 | 700.00 | 140.00 |
| 8/14/25 | LD | B160 | File Supplemental Declaration of B. Silverberg re BR retention. | .30 | 275.00 | 82.50 |

**GENOVA BURNS LLC**

September 10, 2025
Invoice No.:    538349

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|------:|-----:|-------:|
| 8/14/25 | LD | B160 | Format and email letter, declaration and proposed Order re BR retention to Chambers and cc's. | .50 | 275.00 | 137.50 |
| 8/14/25 | SSL | B160 | Receipt/review email from Matthew Sawyer of BR forwarding supplemental declaration and revised order on BR retention application for filing. Review of same. Emails to/from DMS and Lorrie Denson regarding same. | .20 | 550.00 | 110.00 |
| 8/14/25 | SSL | B110 | Review committee listserv emails. | .10 | 550.00 | 55.00 |
| 8/14/25 | JNM | B110 | Phone conference to discuss recovery. | .20 | 375.00 | 75.00 |
| 8/14/25 | JNM | B110 | Research avoidance of indirect benefits | 3.90 | 375.00 | 1,462.50 |
| 8/15/25 | DMS | B110 | Call with Creditor Committee professionals. | .50 | 900.00 | 450.00 |
| 8/15/25 | DMS | B110 | Research Oregon WARN Act and notice provided by Powin and emails with BR and A&M regarding same. | .70 | 900.00 | 630.00 |
| 8/15/25 | DMS | B160 | More emails with retention issues. | .30 | 900.00 | 270.00 |
| 8/15/25 | DMS | B160 | Emails with US Trustee and A&M regarding retention issues. | .20 | 900.00 | 180.00 |
| 8/15/25 | DMS | B160 | Email with Court et al regarding A&M retention Order. | .20 | 900.00 | 180.00 |
| 8/15/25 | DMS | B110 | Review and file supplemental A&M Declaration. | .20 | 900.00 | 180.00 |
| 8/15/25 | LD | B160 | File Supplemental Declaration re A&M retention. | .30 | 275.00 | 82.50 |
| 8/15/25 | SSL | B160 | Emails to/from DMS, Seth Waschitz, and Jeffrey Sponder of OUST regarding supplemental declaration and revised order on retention application. Emails to/from Lorrie Denson regarding same. | .30 | 550.00 | 165.00 |
| 8/15/25 | SSL | B160 | Confirmation of filing of supplemental declaration by Lorrie Denson. Draft/forward email to Chambers of Judge Kaplan with revised A&M retention order. | .30 | 550.00 | 165.00 |
| 8/16/25 | DMS | B110 | Review Sawyer workstream update. | .10 | 900.00 | 90.00 |
| 8/16/25 | SSL | B410 | Review email from Matthew Sawyer to committee listserv with weekly update. | .10 | 550.00 | 55.00 |

**GENOVA BURNS LLC**

September 10, 2025
Invoice No.:    538349

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 8/18/25 | DMS | B110 | Review agenda for Creditor Committee call. | .10 | 900.00 | 90.00 |
| 8/18/25 | DMS | B110 | Creditor Committee Meeting. | 1.10 | 900.00 | 990.00 |
| 8/18/25 | DMS | B110 | Review and send to Creditor Committee sale Order. | .20 | 900.00 | 180.00 |
| 8/18/25 | DWC | B110 | Committee call with all professionals | .90 | 700.00 | 630.00 |
| 8/18/25 | DWC | B110 | Catch up call with DMS | .30 | 700.00 | 210.00 |
| 8/18/25 | DWC | B110 | Discuss status of plan drafting and motion for joint disclosure statement (conditional approval) | .30 | 700.00 | 210.00 |
| 8/18/25 | DWC | B110 | Respond to debtor counsel re assistance in plan process | .20 | 700.00 | 140.00 |
| 8/18/25 | SSL | B110 | Review email from Matthew Sawyer to committee listserv with 8/18 meeting agenda. | .10 | 550.00 | 55.00 |
| 8/18/25 | SSL | B110 | Receipt/review Verita invoice. Forward of same to DMS and DWC. | .20 | 550.00 | 110.00 |
| 8/19/25 | DMS | B110 | Email regarding Flexgen sale completed. | .20 | 900.00 | 180.00 |
| 8/19/25 | DMS | B110 | Review entered Denton's Order. | .10 | 900.00 | 90.00 |
| 8/19/25 | LD | B160 | Prepare certification of no objection re GB first monthly fee statement. | .50 | 275.00 | 137.50 |
| 8/19/25 | SSL | B110 | Review email from Ken Aulet of BR to committee listserv advising sale to Flexgen was closed. | .10 | 550.00 | 55.00 |
| 8/19/25 | JNM | B110 | Continue research in avoidance of tax benefits. | 3.20 | 375.00 | 1,200.00 |
| 8/20/25 | LD | B160 | File and arrange for service of BR first interim monthly fee statement. | .40 | 275.00 | 110.00 |
| 8/20/25 | SSL | B160 | Review emails from Maddie Soliman and Michael Sawyer of BR regarding filing of BR first monthly fee application. Confirm filing of same. | .30 | 550.00 | 165.00 |
| 8/20/25 | SSL | B110 | Review email from counsel for Rubicon requesting claim number. | .10 | 550.00 | 55.00 |
| 8/20/25 | SSL | B310 | Review email from DMS to committee listserv advising of claim bar date. | .10 | 550.00 | 55.00 |

**GENOVA BURNS LLC**

September 10, 2025
Invoice No.:   538349

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|------:|-----:|-------:|
| 8/20/25 | JNM | B110 | Research on recovery of indirect tax benefits by corp. insiders. Code sections 548, 550. Pass thru entity. | 2.90 | 375.00 | 1,087.50 |
| 8/20/25 | JNM | B110 | Draft memorandum with findings on recovery of tax benefits from insiders. | 3.20 | 375.00 | 1,200.00 |
| 8/21/25 | DMS | B110 | Review Oracle objection. | .20 | 900.00 | 180.00 |
| 8/21/25 | DWC | B150 | Inquiry from non-committee creditor (Morris O'Riordan; RPS) | .30 | 700.00 | 210.00 |
| 8/21/25 | DWC | B160 | Rvw A&M fee statement | .30 | 700.00 | 210.00 |
| 8/21/25 | SSL | B160 | Review email from Seth Waschitz forwarding July A&M fee statement for filing and follow up emails with DWC regarding filing and service of same. | .30 | 550.00 | 165.00 |
| 8/22/25 | DMS | B110 | Read story regarding further layoffs and circulate. | .20 | 900.00 | 180.00 |
| 8/22/25 | DMS | B110 | Creditor Committee professionals call. | .50 | 900.00 | 450.00 |
| 8/22/25 | DMS | B110 | Review letter to Creditors Committee regarding August 25th meeting. | .20 | 900.00 | 180.00 |
| 8/22/25 | DMS | B110 | Review Aulet update. | .10 | 900.00 | 90.00 |
| 8/22/25 | SSL | B110 | Review emails from DMS and Ken Aulet of BR to committee listserv. | .30 | 550.00 | 165.00 |
| 8/22/25 | SSL | B160 | Emails from/to Denise Mendez regarding filing of A&M monthly fee statement. Review service of same. | .20 | 550.00 | 110.00 |
| 8/25/25 | DMS | B110 | Memo regarding recapture of tax loss benefit. | .70 | 900.00 | 630.00 |
| 8/25/25 | DMS | B160 | Review Huron retention order. | .20 | 900.00 | 180.00 |
| 8/25/25 | DMS | B110 | Review Zendesk objection. | .20 | 900.00 | 180.00 |
| 8/25/25 | DMS | B110 | Review and process PHV application. | .20 | 900.00 | 180.00 |
| 8/25/25 | DWC | B110 | Coordinate PHV filing | .20 | 700.00 | 140.00 |

GENOVA BURNS LLC

September 10, 2025
Invoice No.:    538349

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 8/25/25 | SSL | B110 | Review email from Matthew Sawyer of BR to DWC regarding filing of pro hac vice applications and email to Denise Meendez regarding same. Confirm filing and service of same. | .30 | 550.00 | 165.00 |
| 8/26/25 | DMS | B110 | Meeting with DWC and SSL regarding motion to cond. approve. | .30 | 900.00 | 270.00 |
| 8/26/25 | DMS | B110 | Emails regarding fee estimates. | .20 | 900.00 | 180.00 |
| 8/26/25 | DWC | B110 | Draft motion for conditional approval of the disclosure statement | 3.30 | 700.00 | 2,310.00 |
| 8/26/25 | SSL | B320 | Emails from/to DWC, DMS, Teresita Orgueira and Silas Lam regarding reformatting of motion for approval of disclosure. Review of motion. | .50 | 550.00 | 275.00 |
| 8/26/25 | SSL | B320 | Edits to motion to approve disclosure statement. | 1.10 | 550.00 | 605.00 |
| 8/27/25 | DMS | B110 | Review stay motion and Order shortening time. | .30 | 900.00 | 270.00 |
| 8/27/25 | DMS | B110 | Email with Oswald regarding fee payment. | .20 | 900.00 | 180.00 |
| 8/27/25 | DMS | B110 | Review Notice of Status Conference. | .20 | 900.00 | 180.00 |
| 8/27/25 | DMS | B110 | Emails regarding rescheduling of pre-call and Creditor Committee meeting. | .20 | 900.00 | 180.00 |
| 8/27/25 | LD | B160 | Email filed CNO re payment of GB 1st interim monthly fee statement. | .10 | 275.00 | 27.50 |
| 8/28/25 | DMS | B110 | Email with DWC and BR regarding status conference. | .20 | 900.00 | 180.00 |
| 8/28/25 | DMS | B110 | Email with DWC regarding preparation for hearing etc. | .30 | 900.00 | 270.00 |
| 8/28/25 | DWC | B110 | Status conference on draft order concerning powerflex | .90 | 700.00 | 630.00 |
| 8/28/25 | DWC | B190 | Address powerflex concerns regarding an appropriate form of order resolving the Debtors' Rejection Motion [ECF No. 88] and related issues | .90 | 700.00 | 630.00 |
| 8/28/25 | SSL | B320 | Continue motion to approve disclosure statement. | .90 | 550.00 | 495.00 |
| 8/29/25 | DMS | B110 | Review Ad Hoc group motion for adequate protection. | .20 | 900.00 | 180.00 |

GENOVA BURNS LLC

September 10, 2025
Invoice No.:   538349

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 8/29/25 | DMS | B110 | Review expeditors stay motion. | .20 | 900.00 | 180.00 |
| 8/29/25 | SSL | B410 | Emails from/to Jack Collin's of BR regarding upcoming 9/3 hearings. | .20 | 550.00 | 110.00 |

**TOTAL PROFESSIONAL SERVICES**                       **$ 61,382.50**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|------|-------------|-------|------|-------|
| Daniel M Stolz | Partner | 2.70 | 450.00 | 1,215.00 |
| Daniel M Stolz | Partner | 33.00 | 900.00 | 29,700.00 |
| Donald W. Clarke | Partner | 21.90 | 700.00 | 15,330.00 |
| Lorrie Denson | Paralegal | 4.70 | 275.00 | 1,292.50 |
| Susan S. Long | Counsel | 9.90 | 550.00 | 5,445.00 |
| Jaclynn N. McDonnell | Senior Associate | 22.40 | 375.00 | 8,400.00 |
| **TOTALS** | | **94.60** | | **$ 61,382.50** |

# EXHIBIT B

GENOVA BURNS LLC

September 10, 2025
Invoice No.:   538349

**DISBURSEMENTS**

| | Description | Amount |
|---|---|---|
| 7/15/25 | Parking - Station Plaza Parking, Trenton, NJ - Parking for court appearance in Trenton - Amex Period Ending 7-31-DWC | 11.75 |
| 7/16/25 | Meals- Tommys Tavern, Princeton, NJ, Lunch for professionals during court appearance in Trenton - Amex Period Ending 7-31-DWC | 38.99 |
| 7/29/25 | Travel Expense - NJ Transit ticket to NYC for Powin Auction at Dentons - Amex Period Ending 7-31-DWC | 15.90 |
| 7/30/25 | Travel Expense - NYCT (NJ Transit) - NYC subway tickets for travel to Dentons for Powin Auction - Amex Period Ending 7-31-DWC | 5.80 |
| 8/08/25 | Other Professional, BMC Group, Inc., 429-20250808-1 - Professional Services - Amex Period Ending 8-31-DMS | 210.74 |
| 8/12/25 | Other Professional, BMC Group, Inc., 429-20250812-1 - Professional Service fee. - Amex Period Ending 8-31-DMS | 186.51 |
| 8/20/25 | Other Professional, BMC Group, Inc., 429-20250820-1 - Fee for Professional Services Rendered, Job #25743- Amex Period Ending 8-31-DMS | 217.65 |
| 8/22/25 | Other Professional, BMC Group, Inc., 429-20250822-1 - Fee for Professional Services Rendered, Job #25778 - Amex Period Ending 8-31-DMS | 222.19 |

**TOTAL DISBURSEMENTS**          **$ 909.53**