# **EXHIBIT A**

(Proposed Form of Order)

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

**ORDER EXTENDING EXCLUSIVE PERIOD FOR THE FILING OF A CHAPTER 11 PLAN PURSUANT TO § 1121(D) OF THE BANKRUPTCY CODE**

The relief set forth on the following page numbered three [3] is **ORDERED**.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [15241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

(Page 2)
Debtors: Powin, LLC, *et al*
Case No. 25-16137 (MBK)
Caption of Order: Order Granting Motion of the Debtors for Entry of an Order (I) Authorizing the Rejection of Legacy Customer Contracts and (II) Granting Related Relief

Upon consideration of the Motion[1] of the above captioned debtors and debtors in possession (the "Debtors") in the above-captioned case (the "Case") for entry of an order (this "Order"), pursuant to § 1121(d) of title 11 of the United States Code, §§ 101 *et seq.* (the "Bankruptcy Code"),[2] for entry of an order (a) extending the periods during which the Debtors has the exclusive right to (i) file a chapter 11 plan (the "Exclusive Filing Period"), and (ii) solicit acceptances thereof (the "Exclusive Solicitation Period" and, together with the Exclusive Filing Period, the "Exclusive Periods"), in each case, by 90 days, from October 7, 2025 and December 6, 2025, through and including January 5, 2026 and March 6, 2026, respectively, without prejudice to the Debtors' rights to request further extensions of such periods in accordance with §1121(d), and (b) granting the Debtors such other and further relief as is just; and upon the record in this Case; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being core under 28 U.S.C. § 157(b); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, its creditors, and other parties in interest; and this Court having reviewed the Motion; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and this Court having found that the Debtors' notice of the Motion and opportunity for hearing on the Motion were appropriate under the circumstances and that no other notice be provided; and this Court having determined that the legal and factual bases

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.
[2] All references to "§" or "section" herein are to sections of the Bankruptcy Code.

(Page 3)
Debtors:          Powin, LLC, *et al*
Case No.          25-16137 (MBK)
Caption of Order: Order Granting Motion of the Debtors for Entry of an Order (I) Authorizing the Rejection of Legacy Customer Contracts and (II) Granting Related Relief

set forth in the Motion and at the hearing thereon establish just cause for the relief granted herein; and upon all of the proceedings before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.   The Motion is GRANTED as set forth herein.

2.   Pursuant to § 1121(d), the Debtors' Exclusive Filing Period in which to file a chapter 11 plan is extended from October 7, 2025, through and including January 5, 2026.

3.   Pursuant to § 1121(d), the Debtors' Exclusive Solicitation Period in which to solicit acceptances of its chapter 11 plan is extended from December 6, 2025, through and including March 6, 2026.

4.   The entry of this Order shall be without prejudice to the rights of the Debtors and their estates to seek further extensions of the Exclusive Periods in the Chapter 11 Cases or to seek other appropriate relief.

5.   The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.   The Debtors are authorized to take all steps necessary or appropriate to carry out the relief granted in this Order.

7.   This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.