UNITED STATES BANKRUPTCY COURT
District of New Jersey Trenton

| | |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**PROOF OF SERVICE**

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 09/10/2025, as directed by Genova Burns LLC, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

Docket 848 -Monthly Fee Statement of Genova Burns LLC for the Period August 1, 2025 Through August 31, 2025

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
09/11/2025

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [ 8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062

**Exhibit A - Certificate of Service**
**Powin, LLC 25-16137**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26180 | Ace Engineering & Co., Ltd., Carl Kim, 400 Kelby Street, Suite 1701, Fort Lee, NJ, 07024, carl.kim@aceengineering.com | Electronic |
| 26180 | Ace Engineering & Co., Ltd., Carl Kim, 400 Kelby Street, Suite 1701, Fort Lee, NJ, 07024, chloe@acecontainer.com | Electronic |
| 26180 | AKA Energy Systems, Jason Aspin, jasonaspin@aka-group.com | Electronic |
| 26180 | Akaysha, Paul Curnow, paul.curnow@akayshaenergy.com | Electronic |
| 26180 | Akerman LLP, Mark S. Lichtenstein, 1251 Avenue of the Americas, 37th Floor, New York, NY, 10020, mark.lichtenstein@akerman.com | Electronic |
| 26180 | Allen Overy Shearman Sterling US LLP, Luckey McDowell, Ian Roberts, 2601 Olive Street, 17th Floor, Dallas, TX, 75201, luckey.mcdowell@aoshearman.com | Electronic |
| 26180 | Allen Overy Shearman Sterling US LLP, Luckey McDowell, Ian Roberts, 2601 Olive Street, 17th Floor, Dallas, TX, 75201, ian.roberts@aoshearman.com | Electronic |
| 26180 | Alvarez & Marsal NA, Seth A. Washitz, Rich Newman, 540 W. Madison St., Suite 1800, Chicago, IL, 60661 | First Class |
| 26180 | APEX Clean Energy, Scott Weiss, Scott.Weiss@apexcleanenergy.com | Electronic |
| 26180 | Archer & Greiner, P.C., Natasha M. Songonuga, 1025 Laurel Oak Road, Voorhees, NJ, 08043, nsongonuga@archerlaw.com | Electronic |
| 26180 | Arnold & Porter Kaye Scholer LLP, Benjamin Mintz, Justin Imperato, Gabby Ferreira, 250 West 55th Street, New York, NY, 10019, benjamin.mintz@arnoldporter.com | Electronic |
| 26180 | Arnold & Porter Kaye Scholer LLP, Benjamin Mintz, Justin Imperato, Gabby Ferreira, 250 West 55th Street, New York, NY, 10019, justin.imperato@arnoldporter.com | Electronic |
| 26180 | Arnold & Porter Kaye Scholer LLP, Benjamin Mintz, Justin Imperato, Gabby Ferreira, 250 West 55th Street, New York, NY, 10019, gabby.ferreira@arnoldporter.com | Electronic |
| 26180 | Arnold & Porter Kaye Scholer LLP, Lee M. Cortes, Jr., One Gateway Center, Suite 1025, Newark, NJ, 07102, lee.cortes@arnoldporter.com | Electronic |
| 26180 | Baker Botts LLP, Micheline Deeik, 2001 Ross Avenue, Suite 900, Dallas, TX, 75201-2980, micheline.deeik@bakerbotts.com | Electronic |
| 26180 | Baker Botts LLP, Richard B. Harper, Scott R. Bowling, 30 Rockefeller Plaza, New York, NY, 10112, scott.bowling@bakerbotts.com | Electronic |
| 26180 | Baker Botts LLP, Richard B. Harper, Scott R. Bowling, 30 Rockefeller Plaza, New York, NY, 10112, richard.harper@bakerbotts.com | Electronic |
| 26180 | Benesch, Friedlander, Coplan & Aronoff LLP, Jennifer R. Hoover, Noelle B. Torrice, 1313 N. Market Street, Suite 1201, Wilmington, DE, 19801, jhoover@beneschlaw.com | Electronic |
| 26180 | Benesch, Friedlander, Coplan & Aronoff LLP, Jennifer R. Hoover, Noelle B. Torrice, 1313 N. Market Street, Suite 1201, Wilmington, DE, 19801, ntorrice@beneschlaw.com | Electronic |
| 26180 | Benesch, Friedlander, Coplan & Aronoff LLP, Kevin M. Capuzzi, John C. Gentile, Noelle B. Torrice, 1313 N. Market Street, Suite 1201, Wilmington, DE, 19801, ntorrice@beneschlaw.com | Electronic |
| 26180 | Benesch, Friedlander, Coplan & Aronoff LLP, Kevin M. Capuzzi, John C. Gentile, Noelle B. Torrice, 1313 N. Market Street, Suite 1201, Wilmington, DE, 19801, kcapuzzi@beneschlaw.com | Electronic |
| 26180 | Benesch, Friedlander, Coplan & Aronoff LLP, Kevin M. Capuzzi, John C. Gentile, Noelle B. Torrice, 1313 N. Market Street, Suite 1201, Wilmington, DE, 19801, jgentile@beneschlaw.com | Electronic |
| 26180 | Berkshire Hathaway, Alicia Knapp, Joe Johnson, Alicia.Knapp@bherenewables.com | Electronic |
| 26180 | Berkshire Hathaway, Alicia Knapp, Joe Johnson, Josiah.Johnson@bherenewables.com | Electronic |
| 26180 | Brian Palomino, Jack A. Raisner, Raisner Roupinian LLP, 270 Madison Avenue, Suite 1801, New York, NY, 10016, jar@raisnerroupinian.com | Electronic |
| 26180 | Brown Rudnick, Bennett S Silverberg, Kenneth J Aulet, Eric R. Goodman, 7 Times Square, New York, NY, 10036, KAulet@brownrudnick.com | Electronic |
| 26180 | Brown Rudnick, Bennett S Silverberg, Kenneth J Aulet, Eric R. Goodman, 7 Times Square, New York, NY, 10036, BSilverberg@brownrudnick.com | Electronic |
| 26180 | Brown Rudnick, Bennett S Silverberg, Kenneth J Aulet, Eric R. Goodman, 7 Times Square, New York, NY, 10036, EGoodman@brownrudnick.com | Electronic |
| 26180 | Brown Rudnick, Robert Stark, 7 Times Square, New York, NY, 10036, rstark@brownrudnick.com | Electronic |
| 26180 | Buchalter, A Professional Corporation, Shawn M. Christianson, 425 Market Street, Suite 2900, San Francisco, CA, 94105-3493, schristianson@buchalter.com | Electronic |
| 26180 | Celestica LLC, Michael Paul Giallella, 11 Continental Blvd, BLD 300, Suite 103, Merrimack, NH, 03054, mgiallella@celestica.com | Electronic |
| 26180 | CleanPeak Energy, Gavin Smith, gavin.smith@cleanpeakenergy.com.au | Electronic |
| 26180 | Cole Schotz P.C., Felice R. Yudkin, Daniel J. Harris, Court Plaza North, 25 Main Street, Hackensack, NJ, 07601, fyudkin@coleschotz.com | Electronic |
| 26180 | Cole Schotz P.C., Felice R. Yudkin, Daniel J. Harris, Court Plaza North, 25 Main Street, Hackensack, NJ, 07601, | Electronic |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| | dharris@coleschotz.com | |
| 26180 | Contemporary Amperex Tech Co., Limited (CATL), Micah Siegal, No.2 Xingang Road Zhangwan Town, Jiaocheng District, Fujian, Ningde City, 352100, China, RuanTF@catlbattery.com | Electronic |
| 26180 | Contemporary Amperex Tech Co., Limited (CATL), Micah Siegal, No.2 Xingang Road Zhangwan Town, Jiaocheng District, Fujian, Ningde City, 352100, China, micahsiegal@catl.com | Electronic |
| 26180 | Convergent, Frank Genova, Miranda Morton, fgenova@convergentep.com | Electronic |
| 26180 | Convergent, Frank Genova, Miranda Morton, mmorton@convergentep.com | Electronic |
| 26180 | Countryside, Cagri Ozmerdiven, cozmerdiven@csenergy.com | Electronic |
| 26180 | Cullen and Dykman LLP, Kyriaki Christodoulou, One Battery Park Plaza, 34th Floor, New York, NY, 10004, kchristodoulou@cullenllp.com | Electronic |
| 26180 | Delaware Attorney General, Attn Bankruptcy Department, Carvel State Office Bldg., 820 N. French St., Wilmington, DE, 19801, attorney.general@state.de.us | Electronic |
| 26180 | Dentons US LLP, John D. Beck, Sarah M. Schrag, 1221 Avenue of the Americas, New York, NY, 10020-1089, john.beck@dentons.com | Electronic |
| 26180 | Dentons US LLP, John D. Beck, Sarah M. Schrag, 1221 Avenue of the Americas, New York, NY, 10020-1089, sarah.schrag@dentons.com | Electronic |
| 26180 | Dentons US LLP, Tania M. Moyron, Van C. Durrer, 601 S. Figueroa Street #2500, Los Angeles, CA, 90017, van.durrer@dentons.com | Electronic |
| 26180 | Dentons US LLP, Tania M. Moyron, Van C. Durrer, 601 S. Figueroa Street #2500, Los Angeles, CA, 90017, tania.moyron@dentons.com | Electronic |
| 26180 | Eckert Seamans Cherin & Mellott, LLC, Nicholas M. Gaunce, P.O. Box 5404, Princeton, NJ, 08543, ngaunce@eckertseamans.com | Electronic |
| 26180 | EDF, Art Del Rio, Blaine Sundwall , Chelsea Turner, art.delrio@edf-re.com | Electronic |
| 26180 | EDF, Art Del Rio, Blaine Sundwall , Chelsea Turner, Blaine.Sundwall@edf-re.com | Electronic |
| 26180 | EDF, Art Del Rio, Blaine Sundwall , Chelsea Turner, Chelsea.Turner@edf-re.com | Electronic |
| 26180 | EnergyRE, Ann Walter, Rocio Mendoza, Greg White, Surya Mohan, Surya.Mohan@energyre.com | Electronic |
| 26180 | EnergyRE, Ann Walter, Rocio Mendoza, Greg White, Surya Mohan, Ann.Walter@energyre.com | Electronic |
| 26180 | EnergyRE, Ann Walter, Rocio Mendoza, Greg White, Surya Mohan, rocio.mendoza@energyre.com | Electronic |
| 26180 | EnergyRE, Ann Walter, Rocio Mendoza, Greg White, Surya Mohan, Greg.White@energyre.com | Electronic |
| 26180 | esVolta, Randolph Mann, Justin Johns, randolph.mann@esvolta.com | Electronic |
| 26180 | esVolta, Randolph Mann, Justin Johns, justin.johns@esvolta.com | Electronic |
| 26180 | Eversheds Sutherland (US) LLP, David A. Wender, 999 Peachtree Street NE, Suite 2300, Atlanta, GA, 30309, davidwender@eversheds-sutherland.com | Electronic |
| 26180 | Eversheds Sutherland (US) LLP, Todd C. Meyers, 999 Peachtree Street NE, Suite 2300, Atlanta, GA, 30309, toddmeyers@eversheds-sutherland.com | Electronic |
| 26180 | Eversheds Sutherland (US) LLP, Todd C. Meyers, Sameer M. Alifarag, The Grace Building, 40th Floor, 1114 Avenue of the Americas, New York, NY, 10036, toddmeyers@eversheds-sutherland.com | Electronic |
| 26180 | Eversheds Sutherland (US) LLP, Todd C. Meyers, Sameer M. Alifarag, The Grace Building, 40th Floor, 1114 Avenue of the Americas, New York, NY, 10036, sameeralifarag@eversheds-sutherland.com | Electronic |
| 26180 | Faegre Drinker Biddle & Reath LLP, Drew Magee, 300 N. Meridian Street, Suite 2500, Indianapolis, IN, 46204, drew.magee@faegredrinker.com | Electronic |
| 26180 | Faegre Drinker Biddle & Reath LLP, James H. Millar, Kyle R. Kistinger, 1177 Avenue of the Americas, 41st Floor, New York, NY, 10013, kyle.kistinger@faegredrinker.com | Electronic |
| 26180 | Faegre Drinker Biddle & Reath LLP, James H. Millar, Kyle R. Kistinger, 1177 Avenue of the Americas, 41st Floor, New York, NY, 10013, james.millar@faegredrinker.com | Electronic |
| 26180 | Faegre Drinker Biddle & Reath LLP, Michael P. Pompeo, 600 Campus Drive, Florham Park, NJ, 07932, michael.pompeo@faegredrinker.com | Electronic |
| 26180 | Farella Braun and Martel LLP, Gary M. Kaplan, One Bush Street, Suite 900, San Francisco, CA, 94104, gkaplan@fbm.com | Electronic |
| 26180 | Foley & Lardner LLP, Anne B. Sekel, 90 Park Ave, 37th Floor, New York, NY, 10016, asekel@foley.com | Electronic |
| 26180 | Formosa Electronic Industries Inc., Vodka Lee, 5F., No.8, Ln.130, Minquan Rd., Xindian Dist, New Taipei City, 23141, Taiwan, kelvin.chen@feii.com.tw | Electronic |
| 26180 | Formosa Electronic Industries Inc., Vodka Lee, 5F., No.8, Ln.130, Minquan Rd., Xindian Dist, New Taipei City, 23141, Taiwan, flora.zhang@feii.com.tw | Electronic |
| 26180 | Formosa Electronic Industries Inc., Vodka Lee, 5F., No.8, Ln.130, Minquan Rd., Xindian Dist, New Taipei City, 23141, Taiwan, vodka.lee@feii.com.tw | Electronic |
| 26180 | Fox Rothschild, LLP, Joseph J. DiPasquale, Agostino A. Zammiello, 49 Market Street, Morristown, NJ, 07960, jdipasquale@foxrothschild.com | Electronic |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26180 | Fox Rothschild, LLP, Joseph J. DiPasquale, Agostino A. Zammiello, 49 Market Street, Morristown, NJ, 07960, azammiello@foxrothschild.com | Electronic |
| 26180 | Genova Burns LLC, Daniel Stolz, 110 Allen Road, Suite 304, Basking Ridge, NJ, 07920, dstolz@genovaburns.com | Electronic |
| 26180 | Genova Burns LLC, Donald Clarke, Jaclynn N. McDonnell, Susan A Long, 494 Broad St, Newark, NJ, 07102, DClarke@genovaburns.com | Electronic |
| 26180 | Genova Burns LLC, Donald Clarke, Jaclynn N. McDonnell, Susan A Long, 494 Broad St, Newark, NJ, 07102, jmcdonnell@genovaburns.com | Electronic |
| 26180 | Genova Burns LLC, Donald Clarke, Jaclynn N. McDonnell, Susan A Long, 494 Broad St, Newark, NJ, 07102, slong@genovaburns.com | Electronic |
| 26180 | Gibbons P.C., Brett S. Theisen, One Gateway Center, Newark, NJ, 07102, btheisen@gibbonslaw.com | Electronic |
| 26180 | Gibbons P.C., John S. Mairo, Kyle P. McEvilly, One Gateway Center, Newark, NJ, 07102, jmairo@gibbonslaw.com | Electronic |
| 26180 | Gibbons P.C., John S. Mairo, Kyle P. McEvilly, One Gateway Center, Newark, NJ, 07102, kmcevilly@gibbonslaw.com | Electronic |
| 26180 | Gibson, Dunn & Crutcher LLP, Jeffrey C. Krause, 333 South Grand Avenue, Los Angeles, CA, 90071-3197, jkrause@gibsondunn.com | Electronic |
| 26180 | Gibson, Dunn & Crutcher LLP, Michael J. Cohen, 200 Park Avenue, New York, NY, 10166-0193, mcohen@gibsondunn.com | Electronic |
| 26180 | GLAS USA LLC, 3 Second Street, Suite 206, Jersey City, NJ, 07311, clientservices.americas@glas.agency | Electronic |
| 26180 | Glidepath, Mark Breen, mbreen@glidepath.net | Electronic |
| 26180 | GreEnergy Resources LLC, Adam Fenner, 1405 4th Avenue NW, #312, Ardmore, OK, 73401, adam.fenner@greenergyresources.com | Electronic |
| 26180 | Hecate, Nick Peri, nperi@fullmarkenergy.com | Electronic |
| 26180 | Herbert Smith Freehills Kramer (US) LLP, Boaz I. Cohen, Kyle J. Ortiz, 1177 Avenue of the Americas, New York, NY, 10036, boaz.cohen@hsfkramer.com | Electronic |
| 26180 | Herbert Smith Freehills Kramer (US) LLP, Boaz I. Cohen, Kyle J. Ortiz, 1177 Avenue of the Americas, New York, NY, 10036, kyle.ortiz@hsfkramer.com | Electronic |
| 26180 | Holland & Knight LLP, Barbra R. Parlin, 787 Seventh Avenue, New York, NY, 10019, barbra.parlin@hklaw.com | Electronic |
| 26180 | Holland & Knight LLP, John Monaghan, Lynne B. Xerras, Kathleen M. St. John, 10 St. James Avenue, Boston, MA, 02116, bos-bankruptcy@hklaw.com | Electronic |
| 26180 | Holland & Knight LLP, John Monaghan, Lynne B. Xerras, Kathleen M. St. John, 10 St. James Avenue, Boston, MA, 02116, Lynne.Xerras@hklaw.com | Electronic |
| 26180 | Holland & Knight LLP, John Monaghan, Lynne B. Xerras, Kathleen M. St. John, 10 St. James Avenue, Boston, MA, 02116, Kathleen.StJohn@hklaw.com | Electronic |
| 26180 | Honeywell, Thomas Craig, Thomas.Craig2@Honeywell.com | Electronic |
| 26180 | Hunt Energy Solutions, Hunter Hunt, hhunt@huntconsolidated.com | Electronic |
| 26180 | Husch Blackwell LLP, Tara T. LeDay, 111 Congress Avenue, Suite 1400, Austin, TX, 78701, Tara.Leday@huschblackwell.com | Electronic |
| 26180 | Idaho Power, Adam Richins, ARichins@idahopower.com | Electronic |
| 26180 | Internal Revenue Service, Attn Susanne Larson, 31 Hopkins Plz Rm 1150, Baltimore, MD, 21201, SBSE.Insolvency.Balt@irs.gov | Electronic |
| 26180 | Internal Revenue Service, Centralized Insolvency Operation, 2970 Market St, Philadelphia, PA, 19104 | First Class |
| 26180 | Invenergy, Derek Price, David Azari, dprice@invenergy.com | Electronic |
| 26180 | Invenergy, Derek Price, David Azari, DAzari@invenergy.com | Electronic |
| 26180 | JMS Wind Energy, LLC, Will Douglas, 8022 S Rainbow Blvd Ste 406, Las Vegas, NV, 89139, julie@jmswindenergy.com | Electronic |
| 26180 | JMS Wind Energy, LLC, Will Douglas, 8022 S Rainbow Blvd Ste 406, Las Vegas, NV, 89139, will.douglas@jmsenergy.net | Electronic |
| 26180 | Jupiter Power, David Hernandez, david.hernandez@jupiterpower.io | Electronic |
| 26180 | KCE, Brian Hayes, Colin Tareila, brian.hayes@keycaptureenergy.com | Electronic |
| 26180 | KCE, Brian Hayes, Colin Tareila, Colin.Tareila@keycaptureenergy.com | Electronic |
| 26180 | Kell, Alterman & Runstein, L.L.P., Mathew W. Lauritsen, 520 SW Yamhill Street, Suite 600, Portland, OR, 97204, mlauritsen@kelrun.com | Electronic |
| 26180 | Kia Energy, Stream Energy Team, acampos@streamenergy.mx | Electronic |
| 26180 | Kia Energy, Stream Energy Team, jalvarez@streamenergy.mx | Electronic |
| 26180 | Kia Energy, Stream Energy Team, elugo@streamenergy.mx | Electronic |
| 26180 | KMC (project Brandywine Onward Energy), Paul Wasssil, paul.wassil@onwardenergy.com | Electronic |
| 26180 | Kupono Solar, LLC, c/o Ameresco, Inc., Rebecca McIntyre, 111 Speen Street, #410, Framingham, MA, 01701, mchiplock@ameresco.com | Electronic |
| 26180 | Kupono Solar, LLC, c/o Ameresco, Inc., Rebecca McIntyre, 111 Speen Street, #410, Framingham, MA, 01701, rmcintyre@ameresco.com | Electronic |
| 26180 | Latham & Watkins, David Hammerman, Blake Denton, Andrew Sorkin, 1271 Avenue of the Americas, New York, NY, 10020, david.hammerman@lw.com | Electronic |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26180 | Latham & Watkins, David Hammerman, Blake Denton, Andrew Sorkin, 1271 Avenue of the Americas, New York, NY, 10020, blake.denton@lw.com | Electronic |
| 26180 | Latham & Watkins, David Hammerman, Blake Denton, Andrew Sorkin, 1271 Avenue of the Americas, New York, NY, 10020, andrew.sorkin@lw.com | Electronic |
| 26180 | Latham & Watkins, Jeffrey Mispagel, 355 South Grand Avenue, Suite 100, Los Angeles, CA, 90071, jeffrey.mispagel@lw.com | Electronic |
| 26180 | Latham & Watkins, Whit Morley, 330 North Wabash Avenue, Suite 2800, Chicago, IL, 60611, whit.morley@lw.com | Electronic |
| 26180 | Leader, Phil, phil@ysolar.com.tw | Electronic |
| 26180 | Leeward, Jason Allen, Theodore Matula, Jason.Allen@LeewardEnergy.com | Electronic |
| 26180 | Leeward, Jason Allen, Theodore Matula, Theodore.Matula@LeewardEnergy.com | Electronic |
| 26180 | Longroad, Michael Alvarez, Paul Gaynor, michael.alvarez@longroadenergy.com | Electronic |
| 26180 | Longroad, Michael Alvarez, Paul Gaynor, paul.gaynor@longroadenergy.com | Electronic |
| 26180 | Maurice Wutscher LLP, Alan C. Hochheiser, 23611 Chagrin Blvd. Suite 207, Beachwood, OH, 44122, ahochheiser@mauricewutscher.com | Electronic |
| 26180 | Mayer Brown LLP, Joaquin M. C de Baca, Richard A. Stieglitz, Youmi Kim, 1221 Avenue of the Americas, New York, NY, 10020-1001, rstieglitz@mayerbrown.com | Electronic |
| 26180 | Mayer Brown LLP, Joaquin M. C de Baca, Richard A. Stieglitz, Youmi Kim, 1221 Avenue of the Americas, New York, NY, 10020-1001, ykim@mayerbrown.com | Electronic |
| 26180 | Mayer Brown LLP, Joaquin M. C de Baca, Richard A. Stieglitz, Youmi Kim, 1221 Avenue of the Americas, New York, NY, 10020-1001, jcdebaca@mayerbrown.com | Electronic |
| 26180 | MHPS, Michael Leonard, michael.leonard@amer.mhps.com | Electronic |
| 26180 | New Jersey Attorney General Office, Division of Law, Richard J. Hughes Justice Complex, 25 Market St, PO Box 112, Trenton, NJ, 08625-0112 | First Class |
| 26180 | New Jersey Attorney General, Attn Bankruptcy Department, Richard J. Hughes Justice Complex, 25 Market St, PO Box 080, Trenton, NJ, 08625-0080, Heather.Anderson@law.njoag.gov | Electronic |
| 26180 | New Jersey Attorney General, Attn Bankruptcy Department, Richard J. Hughes Justice Complex, 25 Market St, PO Box 080, Trenton, NJ, 08625-0080, NJAG.ElectronicService.CivilMatters@law.njoag.gov | Electronic |
| 26180 | New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy Unit, 3 John Fitch Way, 5th Fl, PO Box 245, Trenton, NJ, 08695-0245, NJTax.BNCnoticeonly@treas.nj.gov | Electronic |
| 26180 | Nidec, Damien Iwanski, damien.iwanski@nidec-asi.com | Electronic |
| 26180 | Office of the UST for the District of NJ, Jeffery M. Sponder, Lauren Bielskie, One Newark Center, Suite 2100, Newark, NJ, 07102, Lauren.Bielskie@usdoj.gov | Electronic |
| 26180 | Office of the UST for the District of NJ, Jeffery M. Sponder, Lauren Bielskie, One Newark Center, Suite 2100, Newark, NJ, 07102, jeffrey.m.sponder@usdoj.gov | Electronic |
| 26180 | OPALCO, Foster Hildreth, fhildreth@opalco.com | Electronic |
| 26180 | Orange & Rockland, David A. Brooks, Christina Deleveaux, DELEVEAUXC@coned.com | Electronic |
| 26180 | Orange & Rockland, David A. Brooks, Christina Deleveaux, BROOKSDA@coned.com | Electronic |
| 26180 | Oregon Attorney General, Attn Bankruptcy Department, 1162 Court St. NE, Salem, OR, 97301-4096, AttorneyGeneral@doj.state.or.us | Electronic |
| 26180 | Oregon Attorney General, Attn Bankruptcy Department, 1162 Court St. NE, Salem, OR, 97301-4096, Lisa.Udland@doj.state.or.us | Electronic |
| 26180 | Ormat, Elad Zalkin, ezalkin@ormat.com | Electronic |
| 26180 | Orrick, Herrington & Sutcliffe LLP, Lorraine McGowen, Michael Trentin, Jenna MacDonald Busche, 51 West 52nd Street, New York, NY, 10019-6142, lmcgowen@orrick.com | Electronic |
| 26180 | Orrick, Herrington & Sutcliffe LLP, Lorraine McGowen, Michael Trentin, Jenna MacDonald Busche, 51 West 52nd Street, New York, NY, 10019-6142, mtrentin@orrick.com | Electronic |
| 26180 | Orrick, Herrington & Sutcliffe LLP, Lorraine McGowen, Michael Trentin, Jenna MacDonald Busche, 51 West 52nd Street, New York, NY, 10019-6142, jmacdonaldbusche@orrick.com | Electronic |
| 26180 | Pashman Stein Walder & Hayden, P.C., John W. Weiss, Leah M. Eisenberg, David E. Sklar, 21 Main Street, Suite 200, Hackensack, NJ, 07601, jweiss@pashmanstein.com | Electronic |
| 26180 | Pashman Stein Walder & Hayden, P.C., John W. Weiss, Leah M. Eisenberg, David E. Sklar, 21 Main Street, Suite 200, Hackensack, NJ, 07601, leisenberg@pashmanstein.com | Electronic |
| 26180 | Pashman Stein Walder & Hayden, P.C., John W. Weiss, Leah M. Eisenberg, David E. Sklar, 21 Main Street, Suite 200, Hackensack, NJ, 07601, dsklar@pashmanstein.com | Electronic |
| 26180 | Pillsbury Winthrop Shaw Pittman LLP, John A. Pintarelli, Patrick E. Fitzmaurice, 31 W. 52nd Street, New York, NY, 10019, john.pintarelli@pillsburylaw.com | Electronic |
| 26180 | Pillsbury Winthrop Shaw Pittman LLP, John A. Pintarelli, Patrick E. Fitzmaurice, 31 W. 52nd Street, New York, NY, 10019, patrick.fitzmaurice@pillsburylaw.com | Electronic |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26180 | PNM, PNM Team, Sean.LEcluse@txnmenergy.com | Electronic |
| 26180 | PNM, PNM Team, Doreilly@mstlaw.com | Electronic |
| 26180 | PNM, PNM Team, Christopher.Atencio@txnmenergy.com | Electronic |
| 26180 | PNM, PNM Team, Christopher.Pecoraro@txnmenergy.com | Electronic |
| 26180 | PNM, PNM Team, Christian.Reeves@txnmenergy.com | Electronic |
| 26180 | PNM, PNM Team, christopher.pecoraro@pnmresources.com | Electronic |
| 26180 | Porter Hedges LLP, Eric M. English, James A. Keefe, 1000 Main St., 36th Floor, Houston, TX, 77002, eenglish@porterhedges.com | Electronic |
| 26180 | Porter Hedges LLP, Eric M. English, James A. Keefe, 1000 Main St., 36th Floor, Houston, TX, 77002, jkeefe@porterhedges.com | Electronic |
| 26180 | Portland General Electric, Kevin Whitener, kevin.whitener@pgn.com | Electronic |
| 26180 | Powerflex, Bryan Towe, bryan.towe@powerflex.com | Electronic |
| 26180 | PowerSecure, Eric Dupont, edupont@powersecure.com | Electronic |
| 26180 | Powin, LLC, Chad Paulson, Gerard Uzzi, 20550 SW 115th Avenue, Tualatin, OR, 97062, chad.paulson@powin.com | Electronic |
| 26180 | Powin, LLC, Chad Paulson, Gerard Uzzi, 20550 SW 115th Avenue, Tualatin, OR, 97062, guzzi@uzzilall.com | Electronic |
| 26180 | Prevalon (Mitsubishi Power), Tom Cornell, Michael McManus, thomas.cornell@prevalonenergy.com | Electronic |
| 26180 | Prevalon (Mitsubishi Power), Tom Cornell, Michael McManus, Michael.McManus@prevalonenergy.com | Electronic |
| 26180 | Pulse Clean Energy, Trevor Wills, trevor.wills@pulsecleanenergy.com | Electronic |
| 26180 | Pure Power Solutions, Rody Jonas, rody@purepowersolutions.com | Electronic |
| 26180 | PureSky, PureSky Team, taylor.dunn@pureskyenergy.com | Electronic |
| 26180 | PureSky, PureSky Team, Muhammed.Johar@pureskyenergy.com | Electronic |
| 26180 | R.H. Shipping & Chartering S De RL De CV, Rudolf Hess, Av. Paseo De La Reforma No. 222 Piso 15, Col. Juarez Cuauhtemoc, Ciudad De Mexico, CX06600, Mexico, rudolf@rh-shipping.com | Electronic |
| 26180 | R.H. Shipping & Chartering S De RL De CV, Rudolf Hess, Av. Paseo De La Reforma No. 222 Piso 15, Col. Juarez Cuauhtemoc, Ciudad De Mexico, CX06600, Mexico, cobranza@rh-shipping.com | Electronic |
| 26180 | Rabinowitz, Lubetkin & Tully, LLC, Jeffrey A. Cooper, 293 Eisenhower Parkway, Suite 100, Livingston, NJ, 07039, jcooper@rltlawfirm.com | Electronic |
| 26180 | Reed Smith LLP, Nicholas B. Vislocky, Andy Buck, David A. Pisciotta, Richard C. Solow, 599 Lexington Avenue, 22nd Floor, New York, NY, 10022, NVislocky@reedsmith.com | Electronic |
| 26180 | Reed Smith LLP, Nicholas B. Vislocky, Andy Buck, David A. Pisciotta, Richard C. Solow, 599 Lexington Avenue, 22nd Floor, New York, NY, 10022, ABuck@reedsmith.com | Electronic |
| 26180 | Reed Smith LLP, Nicholas B. Vislocky, Andy Buck, David A. Pisciotta, Richard C. Solow, 599 Lexington Avenue, 22nd Floor, New York, NY, 10022, dpisciotta@reedsmith.com | Electronic |
| 26180 | Reed Smith LLP, Nicholas B. Vislocky, Andy Buck, David A. Pisciotta, Richard C. Solow, 599 Lexington Avenue, 22nd Floor, New York, NY, 10022, rsolow@reedsmith.com | Electronic |
| 26180 | Riker Danzig LLP, Joseph L. Schwartz, Gregory S. Toma, 7 Giralda Farms, Suite 250, Madison, NJ, 07940-1051, jschwartz@riker.com | Electronic |
| 26180 | Riker Danzig LLP, Joseph L. Schwartz, Gregory S. Toma, 7 Giralda Farms, Suite 250, Madison, NJ, 07940-1051, gtoma@riker.com | Electronic |
| 26180 | Riker Danzig LLP, Tara J. Schellhorn, 7 Giralda Farms, Suite 250, Madison, NJ, 07940-1051, tschellhorn@riker.com | Electronic |
| 26180 | Rubicon Professional Services, LLC, 3370 Chastain Gardens Drive, Suite 220, Kennesaw, GA, 30144, accounting@rubiconps.com | Electronic |
| 26180 | Rubicon Professional Services, LLC, 3370 Chastain Gardens Drive, Suite 220, Kennesaw, GA, 30144, bpirrone@rubiconps.com | Electronic |
| 26180 | Rubicon Professional Services, LLC, 3370 Chastain Gardens Drive, Suite 220, Kennesaw, GA, 30144, moriordan@rubiconps.com | Electronic |
| 26180 | Rubicon Professional Services, LLC, 3370 Chastain Gardens Drive, Suite 220, Kennesaw, GA, 30144, hgessler@rubiconps.com | Electronic |
| 26180 | Saul Ewing LLP, Lucian B. Murley, 1201 N. Market Street, Suite 2300, Wilmington, DE, 19801, luke.murley@saul.com | Electronic |
| 26180 | Saul Ewing LLP, Turner N. Falk, 1500 Market Street, 38th Floor, Philadelphia, PA, 19102, turner.falk@saul.com | Electronic |
| 26180 | Schenck, Price, Smith & King, LLP, Franklin Barbosa, Jr., 220 Park Avenue, P.O. Box 991, Florham Park, NJ, 07932-0991, fb@spsk.com | Electronic |
| 26180 | Securities & Exchange Commission, NY Regional Office, Regional Director, 100 Pearl St., Suite 20-100, New York, NY, 10004-2616, bankruptcynoticeschr@sec.gov | Electronic |
| 26180 | Securities & Exchange Commission, NY Regional Office, Regional Director, 100 Pearl St., Suite 20-100, New York, NY, 10004-2616, nyrobankruptcy@sec.gov | Electronic |
| 26180 | Securities & Exchange Commission, PA Regional Office, Regional Director, One Penn Center, 1617 JFK Boulevard Ste 520, | Electronic |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| | Philadelphia, PA, 19103, philadelphia@sec.gov | |
| 26180 | Securities & Exchange Commission, Secretary of the Treasury, 100 F St NE, Washington, DC, 20549, SECBankruptcy-OGC-ADO@SEC.GOV | Electronic |
| 26180 | Securities & Exchange Commission, Secretary of the Treasury, 100 F St NE, Washington, DC, 20549, secbankruptcy@sec.gov | Electronic |
| 26180 | Sheppard, Mullin, Richter & Hampton LLP, Ori Katz, Jeannie Kim, Four Embarcadero Center, 17th Floor, San Francisco, CA, 94115, okatz@sheppardmullin.com | Electronic |
| 26180 | Sheppard, Mullin, Richter & Hampton LLP, Ori Katz, Jeannie Kim, Four Embarcadero Center, 17th Floor, San Francisco, CA, 94115, jekim@sheppardmullin.com | Electronic |
| 26180 | Sheppard, Mullin, Richter & Hampton LLP, Sean Kirby, 30 Rockefeller Plaza, 39th Floor, New York, NY, 10112, skirby@sheppardmullin.com | Electronic |
| 26180 | Sherman, Silverstein, Kohl, Rose & Podolsky, P.A., Arthur J. Abramowitz, Ross J. Switkes, 308 Harper Drive, Suite 200, Moorestown, NJ, 08057, aabramowitz@shermansilverstein.com | Electronic |
| 26180 | Sherman, Silverstein, Kohl, Rose & Podolsky, P.A., Arthur J. Abramowitz, Ross J. Switkes, 308 Harper Drive, Suite 200, Moorestown, NJ, 08057, rswitkes@shermansilverstein.com | Electronic |
| 26180 | Sol Systems, Yuri Horwitz, Richard Romero, yuri.horwitz@solsystems.com | Electronic |
| 26180 | Sol Systems, Yuri Horwitz, Richard Romero, richard.romero@solsystems.com | Electronic |
| 26180 | Solvida, Stephen Smith, stephen@solvidaenergy.com | Electronic |
| 26180 | Southern Company, Jay McFarland, Alison, John, JDMcFarl@southernco.com | Electronic |
| 26180 | Southern Company, Jay McFarland, Alison, John, apbrown@southernco.com | Electronic |
| 26180 | Southern Company, Jay McFarland, Alison, John, jdkilcoy@southernco.com | Electronic |
| 26180 | Stem, Ilya Kramarevsky, Ilya.Kramarevsky@stem.com | Electronic |
| 26180 | Strata, Bob Schaffeld, bob.schaffeld@stratacleanenergy.com | Electronic |
| 26180 | Sungrid, Jake Wang, jake.wang@sungridsolutions.com | Electronic |
| 26180 | Texas Attorney General, Attn Bankruptcy Department, 300 W. 15th St, Austin, TX, 78701, bankruptcytax@oag.texas.gov | Electronic |
| 26180 | Texas Attorney General, Attn Bankruptcy Department, 300 W. 15th St, Austin, TX, 78701, communications@oag.texas.gov | Electronic |
| 26180 | Thompson Hine LLP, Jeremy M. Campana, Alexander J. Andrews, 300 Madison Avenue, 27th Floor, New York, NY, 10017, Jeremy.Campana@ThompsonHine.com | Electronic |
| 26180 | Thompson Hine LLP, Jeremy M. Campana, Alexander J. Andrews, 300 Madison Avenue, 27th Floor, New York, NY, 10017, Alexander.Andrews@ThompsonHine.com | Electronic |
| 26180 | Togut, Segal & Segal LLP, Albert Togut, Amanda C. Glaubach, Eitan Blander, One Penn Plaza, Suite 3335, New York, NY, 10119, altogut@teamtogut.com | Electronic |
| 26180 | Togut, Segal & Segal LLP, Albert Togut, Amanda C. Glaubach, Eitan Blander, One Penn Plaza, Suite 3335, New York, NY, 10119, aglaubach@teamtogut.com | Electronic |
| 26180 | Togut, Segal & Segal LLP, Albert Togut, Amanda C. Glaubach, Eitan Blander, One Penn Plaza, Suite 3335, New York, NY, 10119, eblander@teamtogut.com | Electronic |
| 26180 | Togut, Segal & Segal LLP, Frank A. Oswald, 550 Broad Street, Suite 1508, Newark, NJ, 07102, frankoswald@teamtogut.com | Electronic |
| 26180 | TPE Energy, Pedro Huang, pedro.huang@tpeenergy.com.tw | Electronic |
| 26180 | Troutman Pepper Locke LLP, David M. Fournier, Joanna J. Cline, Tori L. Remington, Hercules Plaza, Suite 1000, 1313 N. Market Street, P.O. Box 1709, Wilmington, DE, 19899-1709, david.fournier@troutman.com | Electronic |
| 26180 | Troutman Pepper Locke LLP, David M. Fournier, Joanna J. Cline, Tori L. Remington, Hercules Plaza, Suite 1000, 1313 N. Market Street, P.O. Box 1709, Wilmington, DE, 19899-1709, tori.remington@troutman.com | Electronic |
| 26180 | Troutman Pepper Locke LLP, David M. Fournier, Joanna J. Cline, Tori L. Remington, Hercules Plaza, Suite 1000, 1313 N. Market Street, P.O. Box 1709, Wilmington, DE, 19899-1709, joanna.cline@troutman.com | Electronic |
| 26180 | UB Greensfelder LLP, Stuart A. Laven, Jr., 1660 West 2nd Street, Suite 1100, Cleveland, OH, 44113-1406, salaven@ubglaw.com | Electronic |
| 26180 | US Attorney for District of New Jersey, Alina Habba, 970 Broad Street, 7th Floor, Newark, NJ, 07102 | First Class |
| 26180 | Vedder Price P.C., Courtney M. Brown, Joshua A. Dunn, Michael Schein, Max DuVal, 1633 Broadway, 31st Floor, New York, NY, 10019, cmbrown@vedderprice.com | Electronic |
| 26180 | Vedder Price P.C., Courtney M. Brown, Joshua A. Dunn, Michael Schein, Max DuVal, 1633 Broadway, 31st Floor, New York, NY, 10019, jdunn@vedderprice.com | Electronic |
| 26180 | Vedder Price P.C., Courtney M. Brown, Joshua A. Dunn, Michael Schein, Max DuVal, 1633 Broadway, 31st Floor, New York, NY, 10019, mschein@vedderprice.com | Electronic |
| 26180 | Vedder Price P.C., Courtney M. Brown, Joshua A. Dunn, Michael Schein, Max DuVal, 1633 Broadway, 31st Floor, New York, NY, 10019, mduval@vedderprice.com | Electronic |
| 26180 | Verita, Darlene S. Calderon, 222 N Pacific Coast Highway, Suite 300, El Segundo, CA, 90245, Powininfo@veritaglobal.com | Electronic |
| 26180 | Vinson & Elkins LLP, Steven M. Abramowitz, David S. Meyer, Lauren R. Kanzer, 1114 Avenue of the Americas, 32nd Floor, New York, NY, 10036, sabramowitz@velaw.com | Electronic |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26180 | Vinson & Elkins LLP, Steven M. Abramowitz, David S. Meyer, Lauren R. Kanzer, 1114 Avenue of the Americas, 32nd Floor, New York, NY, 10036, dmeyer@velaw.com | Electronic |
| 26180 | Vinson & Elkins LLP, Steven M. Abramowitz, David S. Meyer, Lauren R. Kanzer, 1114 Avenue of the Americas, 32nd Floor, New York, NY, 10036, lkanzer@velaw.com | Electronic |
| 26180 | Vinson & Elkins LLP, William L. Wallander, Matthew D. Struble, 2001 Ross Avenue, Suite 3900, Dallas, TX, 75201, mstruble@velaw.com | Electronic |
| 26180 | Vinson & Elkins LLP, William L. Wallander, Matthew D. Struble, 2001 Ross Avenue, Suite 3900, Dallas, TX, 75201, bwallander@velaw.com | Electronic |
| 26180 | Webber McGill LLC, Douglas J. McGill, 100 E. Hanover Avenue, Suite 401, Cedar Knolls, NJ, 07927, dmcgill@webbermcgill.com | Electronic |
| 26180 | Weltman, Weinberg & Reis Co. LPA, Scott D. Fink, 5990 West Creek Rd Suite 200, Independence, OH, 44131, bronationalecf@weltman.com | Electronic |
| 26180 | White & Case LLP, Andrew Zatz, Shana Vantusko, Emilio Grandio, Nadav Klugman, David Ridley, Andrea Amulic, Adam Swingle, 1221 Avenue of the Americas, New York, NY, 10020-1095, adam.swingle@whitecase.com | Electronic |
| 26180 | White & Case LLP, Andrew Zatz, Shana Vantusko, Emilio Grandio, Nadav Klugman, David Ridley, Andrea Amulic, Adam Swingle, 1221 Avenue of the Americas, New York, NY, 10020-1095, azatz@whitecase.com | Electronic |
| 26180 | White & Case LLP, Andrew Zatz, Shana Vantusko, Emilio Grandio, Nadav Klugman, David Ridley, Andrea Amulic, Adam Swingle, 1221 Avenue of the Americas, New York, NY, 10020-1095, andrea.amulic@whitecase.com | Electronic |
| 26180 | White & Case LLP, Andrew Zatz, Shana Vantusko, Emilio Grandio, Nadav Klugman, David Ridley, Andrea Amulic, Adam Swingle, 1221 Avenue of the Americas, New York, NY, 10020-1095, David.Ridley@whitecase.com | Electronic |
| 26180 | White & Case LLP, Andrew Zatz, Shana Vantusko, Emilio Grandio, Nadav Klugman, David Ridley, Andrea Amulic, Adam Swingle, 1221 Avenue of the Americas, New York, NY, 10020-1095, nadav.klugman@whitecase.com | Electronic |
| 26180 | White & Case LLP, Andrew Zatz, Shana Vantusko, Emilio Grandio, Nadav Klugman, David Ridley, Andrea Amulic, Adam Swingle, 1221 Avenue of the Americas, New York, NY, 10020-1095, emilio.grandio@whitecase.com | Electronic |
| 26180 | White & Case LLP, Andrew Zatz, Shana Vantusko, Emilio Grandio, Nadav Klugman, David Ridley, Andrea Amulic, Adam Swingle, 1221 Avenue of the Americas, New York, NY, 10020-1095, shana.white@whitecase.com | Electronic |
| 26180 | White & Case LLP, Erin Rosenberg, Adam Swingle, 111 South Wacker Drive, Suite 5100, Chicago, IL, 60606, erin.rosenberg@whitecase.com | Electronic |
| 26180 | White & Case LLP, Erin Rosenberg, Adam Swingle, 111 South Wacker Drive, Suite 5100, Chicago, IL, 60606, adam.swingle@whitecase.com | Electronic |
| 26180 | Wollmuth Maher & Deutsch LLP, Paul R. DeFilippo, James N. Lawlor, 500 Fifth Avenue, New York, NY, 10110, pdefilippo@wmd-law.com | Electronic |
| 26180 | Wollmuth Maher & Deutsch LLP, Paul R. DeFilippo, James N. Lawlor, 500 Fifth Avenue, New York, NY, 10110, jlawlor@wmd-law.com | Electronic |
| 26180 | Womble Bond Dickinson (US) LLP, Kevin J. Mangan, Lisa Bittle Tancredi, 1313 North Market Street, Suite 1200, Wilmington, DE, 19801, kevin.mangan@wbd-us.com | Electronic |
| 26180 | Womble Bond Dickinson (US) LLP, Kevin J. Mangan, Lisa Bittle Tancredi, 1313 North Market Street, Suite 1200, Wilmington, DE, 19801, lisa.tancredi@wbd-us.com | Electronic |
| 26180 | Young Conaway Stargatt & Taylor, LLP, Sean M. Beach, Kara Hammond Coyle, 1000 North King Street, Wilmington, DE, 19801, kcoyle@ycst.com | Electronic |
| 26180 | Young Conaway Stargatt & Taylor, LLP, Sean M. Beach, Kara Hammond Coyle, 1000 North King Street, Wilmington, DE, 19801, sbeach@ycst.com | Electronic |