**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

　　I, Travis R. Buckingham, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

　　On September 9, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class Mail upon the service lists attached hereto as **Exhibit C**, **Exhibit D**, and **Exhibit E**:

- **Order Granting Debtors' Motion to Reject** [Docket No. 843]

Dated: September 15, 2025

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Travis R. Buckingham*
　　　　　　　　　　　　　　　　　　　　　　　　Travis R. Buckingham
　　　　　　　　　　　　　　　　　　　　　　　　Verita
　　　　　　　　　　　　　　　　　　　　　　　　222 N Pacific Coast Highway, Suite 300
　　　　　　　　　　　　　　　　　　　　　　　　El Segundo, CA 90245
　　　　　　　　　　　　　　　　　　　　　　　　Tel. 310.823.9000

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

# Exhibit A

# Exhibit A
## Master Service List
### Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | Ace Engineering & Co., Ltd. | Carl Kim | chloe@acecontainer.com; carl.kim@aceengineering.com |
| Interested Party | AKA Energy Systems | Jason Aspin | jasonaspin@aka-group.com |
| Interested Party | Akaysha | Paul Curnow | paul.curnow@akayshaenergy.com |
| Counsel to Creditor Sonic Systems International, LLC | Akerman LLP | Mark S. Lichtenstein | mark.lichtenstein@akerman.com |
| Counsel to Hitachi Energy Ltd and Hitachi Energy Power Conversion Solutions, S.L.U., f/k/a Experience Knowledge Strategy, S.L. | Allen Overy Shearman Sterling US LLP | Luckey McDowell, Ian Roberts | luckey.mcdowell@aoshearman.com; ian.roberts@aoshearman.com |
| Interested Party | APEX Clean Energy | Scott Weiss | Scott.Weiss@apexcleanenergy.com |
| Co-Counsel for Lu Pacific Properties, LLC | Archer & Greiner, P.C. | Natasha M. Songonuga | nsongonuga@archerlaw.com |
| Counsel for Celestica LLC | Arnold & Porter Kaye Scholer LLP | Benjamin Mintz, Justin Imperato, Gabby Ferreira | benjamin.mintz@arnoldporter.com; justin.imperato@arnoldporter.com; gabby.ferreira@arnoldporter.com |
| Counsel for Celestica LLC | Arnold & Porter Kaye Scholer LLP | Lee M. Cortes, Jr. | lee.cortes@arnoldporter.com |
| Counsel for Idaho Power Company | Baker Botts LLP | Micheline Deeik | micheline.deeik@bakerbotts.com |
| Counsel for Idaho Power Company | Baker Botts LLP | Richard B. Harper, Scott R. Bowling | richard.harper@bakerbotts.com; scott.bowling@bakerbotts.com |
| Counsel to EPC Services Company | Benesch, Friedlander, Coplan & Aronoff LLP | Jennifer R. Hoover, Noelle B. Torrice | jhoover@beneschlaw.com; ntorrice@beneschlaw.com |
| Counsel to Mainfreight Inc., Mesa Logistics Group, LLC d/b/a Trivergix Group, 8Loop Logistics LLC and 8Loop Trans Inc. | Benesch, Friedlander, Coplan & Aronoff LLP | Kevin M. Capuzzi, John C. Gentile, Noelle B. Torrice | kcapuzzi@beneschlaw.com; jgentile@beneschlaw.com; ntorrice@beneschlaw.com |
| Interested Party | Berkshire Hathaway | Alicia Knapp, Joe Johnson | Alicia.Knapp@bherenewables.com; Josiah.Johnson@bherenewables.com |
| Counsel for Creditor Expeditors International of Washington, Inc. | Bressler, Amery & Ross, P.C. | David H. Pikus | dpikus@bressler.com |
| Member of Official Committee of Unsecured Creditors | Brian Palomino | Jack A. Raisner, Raisner Roupinian LLP | jar@raisnerroupinian.com |
| Proposed Counsel to Official Committee of Unsecured Creditors | Brown Rudnick | Bennett S Silverberg, Kenneth J Aulet, Eric R. Goodman | KAulet@brownrudnick.com; BSilverberg@brownrudnick.com; EGoodman@brownrudnick.com |
| Proposed Counsel to Official Committee of Unsecured Creditors | Brown Rudnick | Robert Stark | rstark@brownrudnick.com |
| Counsel for or Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson | schristianson@buchalter.com |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | Celestica LLC | Michael Paul Giallella | mgiallella@celestica.com |
| Interested Party | CleanPeak Energy | Gavin Smith | gavin.smith@cleanpeakenergy.com.au |
| Co-Counsel to BHER Ravenswood Solar 1, LLC | Cole Schotz P.C. | Felice R. Yudkin, Daniel J. Harris | fyudkin@coleschotz.com; dharris@coleschotz.com |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | Contemporary Amperex Technology Co., Limited (CATL) | Micah Siegal | RuanTF@catlbattery.com; micahsiegal@catl.com |
| Interested Party | Convergent | Frank Genova, Miranda Morton | fgenova@convergentep.com; mmorton@convergentep.com |
| Interested Party | Countryside | Cagri Ozmerdiven | cozmerdiven@csenergy.com |
| Counsel for Arevon Energy, Inc. | Cullen and Dykman LLP | Kyriaki Christodoulou | kchristodoulou@cullenllp.com |
| DE AG Office | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Counsel for Control Concepts Corporation d/b/a c3controls | Eckert Seamans Cherin & Mellott, LLC | Nicholas M. Gaunce | ngaunce@eckertseamans.com |
| Interested Party | EDF | Art Del Rio, Blaine Sundwall, Chelsea Turner | art.delrio@edf-re.com; Blaine.Sundwall@edf-re.com; Chelsea.Turner@edf-re.com |
| Interested Party | EnergyRE | Ann Walter, Rocio Mendoza, Greg White, Surya Mohan | Ann.Walter@energyre.com; rocio.mendoza@energyre.com; Greg.White@energyre.com; Surya.Mohan@energyre.com |
| Interested Party | esVolta | Randolph Mann, Justin Johns | randolph.mann@esvolta.com; justin.johns@esvolta.com |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)                                                        Page 1 of 5

**Exhibit A**
**Master Service List**
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Pulse Clean Energy SPV Watt Limited | Eversheds Sutherland (US) LLP | David A. Wender | davidwender@eversheds-sutherland.com |
| Counsel to JMS Wind Energy, LLC | Eversheds Sutherland (US) LLP | Todd C. Meyers | toddmeyers@eversheds-sutherland.com |
| Counsel to JMS Wind Energy, LLC and Pulse Clean Energy SPV Watt Limited | Eversheds Sutherland (US) LLP | Todd C. Meyers, Sameer M. Alifarag | toddmeyers@eversheds-sutherland.com; sameeralifarag@eversheds-sutherland.com |
| Counsel to the Cash Flow DIP Lender and Keyframe Capital Partners, L.P | Faegre Drinker Biddle & Reath LLP | James H. Millar, Kyle R. Kistinger | james.millar@faegredrinker.com; kyle.kistinger@faegredrinker.com |
| Counsel to Keyframe Capital Partners, L.P | Faegre Drinker Biddle & Reath LLP | Michael P. Pompeo | michael.pompeo@faegredrinker.com |
| Co-Counsel to Front Range–Midway Solar Project, LLC | Farella Braun and Martel LLP | Gary M. Kaplan | gkaplan@fbm.com |
| Counsel to AMP Solar US Services LLC, n/k/a PureSky US Services LLC | Foley & Lardner LLP | Anne B. Sekel | asekel@foley.com |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | Formosa Electronic Industries Inc. | Vodka Lee | kelvin.chen@feii.com.tw; flora.zhang@feii.com.tw; vodka.lee@feii.com.tw |
| Counsel for Specified Technologies, Inc. | Fox Rothschild, LLP | Joseph J. DiPasquale, Agostino A. Zammiello | jdipasquale@foxrothschild.com; azammiello@foxrothschild.com |
| Proposed Counsel to Official Committee of Unsecured Creditors | Genova Burns LLC | Daniel Stolz | dstolz@genovaburns.com |
| Proposed Counsel to Official Committee of Unsecured Creditors | Genova Burns LLC | Donald Clarke, Jaclynn N. McDonnell, Susan A. Long | DClarke@genovaburns.com; jmcdonnell@genovaburns.com; slong@genovaburns.com |
| Counsel for GLAS USA LLC | Gibbons P.C. | Brett S. Theisen | btheisen@gibbonslaw.com |
| Co-counsel for certain funds and accounts managed by KKR Credit Advisors (US) LLC | Gibbons P.C. | John S. Mairo, Kyle P. McEvilly | jmairo@gibbonslaw.com; kmcevilly@gibbonslaw.com |
| Co-Counsel to BHER Ravenswood Solar 1, LLC | Gibson, Dunn & Crutcher LLP | Jeffrey C. Krause | jkrause@gibsondunn.com |
| Co-Counsel to BHER Ravenswood Solar 1, LLC | Gibson, Dunn & Crutcher LLP | Michael J. Cohen | mcohen@gibsondunn.com |
| Agent for the Prepetition Lenders and Top 50 Creditor | GLAS USA LLC | | clientservices.americas@glas.agency |
| Interested Party | Glidepath | Mark Breen | mbreen@glidepath.net |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | GreEnergy Resources LLC | Adam Fenner | adam.fenner@greenergyresources.com |
| Interested Party | Hecate | Nick Peri | nperi@fullmarkenergy.com |
| Counsel to Hitachi Energy Ltd and Hitachi Energy Power Conversion Solutions, S.L.U., f/k/a Experience Knowledge Strategy, S.L. | Herbert Smith Freehills Kramer (US) LLP | Boaz I. Cohen, Kyle J. Ortiz | boaz.cohen@hsfkramer.com; kyle.ortiz@hsfkramer.com |
| Counsel for Invenergy, LLC, Yuma Solar Energy LLC, Invenergy Services LLC, Invenergy Storage Development LLC, El Sol Energy Storage LLC, and El Sol Storage Energy LLC | Holland & Knight LLP | Barbra R. Parlin | barbra.parlin@hklaw.com |
| Counsel for Invenergy, LLC, Yuma Solar Energy LLC, Invenergy Services LLC, Invenergy Storage Development LLC, El Sol Energy Storage LLC, and El Sol Storage Energy LLC | Holland & Knight LLP | John Monaghan, Lynne B. Xerras, Kathleen M. St. John | bos-bankruptcy@hklaw.com; Lynne.Xerras@hklaw.com; Kathleen.StJohn@hklaw.com |
| Interested Party | Honeywell | Thomas Craig | Thomas.Craig2@Honeywell.com |
| Interested Party | Hunt Energy Solutions | Hunter Hunt | hhunt@huntconsolidated.com |
| Counsel for One Source Freight Solutions | Husch Blackwell LLP | Tara T. LeDay | Tara.Leday@huschblackwell.com |
| Interested Party | Idaho Power | Adam Richins | ARichins@idahopower.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Interested Party | Invenergy | Derek Price, David Azari | dprice@invenergy.com; DAzari@invenergy.com |

**Exhibit A**
**Master Service List**
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | JMS Wind Energy, LLC | Will Douglas | julie@jmswindenergy.com; will.douglas@jmsenergy.net |
| Interested Party | Jupiter Power | David Hernandez | david.hernandez@jupiterpower.io |
| Interested Party | KCE | Brian Hayes, Colin Tareila | brian.hayes@keycaptureenergy.com; Colin.Tareila@keycaptureenergy.com |
| Co-Counsel for Lu Pacific Properties, LLC | Kell, Alterman & Runstein, L.L.P. | Mathew W. Lauritsen | mlauritsen@kelrun.com |
| Interested Party | Kia Energy | Stream Energy Team | elugo@streamenergy.mx; acampos@streamenergy.mx; jalvarez@streamenergy.mx |
| Interested Party | KMC (project Brandywine Onward Energy) | Paul Wasssil | paul.wassil@onwardenergy.com |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | Kupono Solar, LLC | c/o Ameresco, Inc., Rebecca McIntyre | mchiplock@ameresco.com; rmcintyre@ameresco.com |
| Counsel to DIP Lender FlexGen Power Systems | Latham & Watkins | David Hammerman, Blake Denton, Andrew Sorkin | david.hammerman@lw.com; blake.denton@lw.com; andrew.sorkin@lw.com |
| Counsel to DIP Lender FlexGen Power Systems | Latham & Watkins | Jeffrey Mispagel | jeffrey.mispagel@lw.com |
| Counsel to DIP Lender FlexGen Power Systems | Latham & Watkins | Whit Morley | whit.morley@lw.com |
| Interested Party | Leader | Phil | phil@ysolar.com.tw |
| Interested Party | Leeward | Jason Allen, Theodore Matula | Jason.Allen@LeewardEnergy.com; Theodore.Matula@LeewardEnergy.com |
| Interested Party | Longroad | Michael Alvarez, Paul Gaynor | michael.alvarez@longroadenergy.com; paul.gaynor@longroadenergy.com |
| Counsel for AmTrust North America, Inc. on behalf of Wesco Insurance Company | Maurice Wutscher LLP | Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| Co-Counsel for Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, Longroad Energy Partners, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, Sun Streams Expansion, LLC, DTE Electric Company, and Poblano Energy Storage, LLC | Mayer Brown LLP | Joaquin M. C de Baca, Richard A. Stieglitz, Youmi Kim | jcdebaca@mayerbrown.com; rstieglitz@mayerbrown.com; ykim@mayerbrown.com |
| Interested Party | MHPS | Michael Leonard | michael.leonard@amer.mhps.com |
| NJ AG Office | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| New Jersey Division of Taxation | New Jersey Division of Taxation | Compliance and Enforcement - Bankruptcy Unit | NJTax.BNCnoticeonly@treas.nj.gov |
| Interested Party | Nidec | Damien Iwanski | damien.iwanski@nidec-asi.com |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Jeffery M. Sponder, Lauren Bielskie | Lauren.Bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov |
| Interested Party | OPALCO | Foster Hildreth | fhildreth@opalco.com |
| Interested Party | Orange & Rockland | David A. Brooks, Christina Deleveaux | BROOKSDA@coned.com; DELEVEAUXC@coned.com |
| OR AG Office | Oregon Attorney General | Attn Bankruptcy Department | AttorneyGeneral@doj.state.or.us |
| Interested Party | Ormat | Elad Zalkin | ezalkin@ormat.com |
| Counsel to esVolta, LP, EDF Power Solutions, Inc. (f/k/a EDFRenewables, Inc.) and PowerFlex Systems, Inc. | Orrick, Herrington & Sutcliffe LLP | Lorraine McGowen, Michael Trentin, Jenna MacDonald Busche | lmcgowen@orrick.com; mtrentin@orrick.com; jmacdonaldbusche@orrick.com |

**Exhibit A**
**Master Service List**
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Co-Counsel for Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, Longroad Energy Partners, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, Sun Streams Expansion, LLC, DTE Electric Company, and Poblano Energy Storage, LLC | Pashman Stein Walder & Hayden, P.C. | John W. Weiss, Leah M. Eisenberg, David E. Sklar | jweiss@pashmanstein.com; leisenberg@pashmanstein.com; dsklar@pashmanstein.com |
| Counsel for Prevalon Energy LLC and Mitsubishi Power Americas, Inc. | Pillsbury Winthrop Shaw Pittman LLP | John A. Pintarelli, Patrick E. Fitzmaurice | john.pintarelli@pillsburylaw.com; patrick.fitzmaurice@pillsburylaw.com |
| Interested Party | PNM | PNM Team | Christian.Reeves@txnmenergy.com; Christopher.Pecoraro@txnmenergy.com; christopher.pecoraro@pnmresources.com; Sean.LEcluse@txnmenergy.com; Doreilly@mstlaw.com; Christopher.Atencio@txnmenergy.com |
| Counsel to Key Capture Energy, LLC | Porter Hedges LLP | Eric M. English, James A. Keefe | eenglish@porterhedges.com; jkeefe@porterhedges.com |
| Interested Party | Portland General Electric | Kevin Whitener | kevin.whitener@pgn.com |
| Interested Party | Powerflex | Bryan Towe | bryan.towe@powerflex.com |
| Interested Party | PowerSecure | Eric Dupont | edupont@powersecure.com |
| Interested Party | Prevalon (Mitsubishi Power) | Tom Cornell, Michael McManus | thomas.cornell@prevalonenergy.com; Michael.McManus@prevalonenergy.com |
| Interested Party | Pulse Clean Energy | Trevor Wills | trevor.wills@pulsecleanenergy.com |
| Interested Party | Pure Power Solutions | Rody Jonas | rody@purepowersolutions.com |
| Interested Party | PureSky | PureSky Team | Muhammed.Johar@pureskyenergy.com; taylor.dunn@pureskyenergy.com |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | R.H. Shipping & Chartering S De RL De CV | Rudolf Hess | cobranza@rh-shipping.com; rudolf@rh-shipping.com |
| Counsel to Honeywell International Inc. | Rabinowitz, Lubetkin & Tully, LLC | Jeffrey A. Cooper | jcooper@rltlawfirm.com |
| Counsel to GLAS USA LLC, agent for the Prepetition Lenders | Reed Smith LLP | Nicholas B. Vislocky, Andy Buck, David A. Pisciotta, Richard C. Solow | NVislocky@reedsmith.com; ABuck@reedsmith.com; dpisciotta@reedsmith.com; rsolow@reedsmith.com |
| Co-Counsel to Front Range–Midway Solar Project, LLC and Counsel to Solar Carver 1, LLC and Solar Carver 3, LLC, as assignee of Pine Gate ECP, LLC | Riker Danzig LLP | Joseph L. Schwartz, Gregory S. Toma | jschwartz@riker.com; gtoma@riker.com |
| Counsel to Solar Carver 1, LLC and Solar Carver 3, LLC, as assignee of Pine Gate ECP, LLC | Riker Danzig LLP | Tara J. Schellhorn | tschellhorn@riker.com |
| Top 50 Creditor | Rubicon Professional Services, LLC | | accounting@rubiconps.com; bpirrone@rubiconps.com; moriordan@rubiconps.com; hgessler@rubiconps.com |
| Counsel to Key Capture Energy, LLC | Saul Ewing LLP | Lucian B. Murley | luke.murley@saul.com |
| Counsel to Key Capture Energy, LLC | Saul Ewing LLP | Turner N. Falk | turner.falk@saul.com |
| Counsel to CS Energy, LLC | Schenck, Price, Smith & King, LLP | Franklin Barbosa, Jr. | fb@spsk.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to SMA Solar Technology America LLC | Sheppard, Mullin, Richter & Hampton LLP | Ori Katz, Jeannie Kim | okatz@sheppardmullin.com; jekim@sheppardmullin.com |

**Exhibit A**
**Master Service List**
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to SMA Solar Technology America LLC | Sheppard, Mullin, Richter & Hampton LLP | Sean Kirby | skirby@sheppardmullin.com |
| Co-Counsel to Ace Engineering | Sherman, Silverstein, Kohl, Rose & Podolsky, P.A. | Arthur J. Abramowitz, Ross J. Switkes | aabramowitz@shermansilverstein.com; rswitkes@shermansilverstein.com |
| Interested Party | Sol Systems | Yuri Horwitz, Richard Romero | yuri.horwitz@solsystems.com; richard.romero@solsystems.com |
| Interested Party | Solvida | Stephen Smith | stephen@solvidaenergy.com |
| Interested Party | Southern Company | Jay McFarland, Alison, John | JDMcFarl@southernco.com; apbrown@southernco.com; jdkilcoy@southernco.com |
| Interested Party | Stem | Ilya Kramarevsky | Ilya.Kramarevsky@stem.com |
| Interested Party | Strata | Bob Schaffeld | bob.schaffeld@stratacleanenergy.com |
| Interested Party | Sungrid | Jake Wang | jake.wang@sungridsolutions.com |
| TX AG Office | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Counsel for Ultra Corpotech Private Limited | Thompson Hine LLP | Jeremy M. Campana, Alexander J. Andrews | Jeremy.Campana@ThompsonHine.com; Alexander.Andrews@ThompsonHine.com |
| Interested Party | TPE Energy | Pedro Huang | pedro.huang@tpeenergy.com.tw |
| Counsel to Ameresco, Inc. and Kupono Solar, LLC | Troutman Pepper Locke LLP | David M. Fournier, Joanna J. Cline, Tori L. Remington | david.fournier@troutman.com; joanna.cline@troutman.com; tori.remington@troutman.com |
| Counsel to EPC Services Company | UB Greensfelder LLP | Stuart A. Laven, Jr. | salaven@ubglaw.com |
| Counsel to Mitsubishi Electric Power Products, Inc. | Vedder Price P.C. | Courtney M. Brown, Joshua A. Dunn, Michael Schein, Max DuVal | cmbrown@vedderprice.com; jdunn@vedderprice.com; mschein@vedderprice.com; mduval@vedderprice.com |
| Counsel for the Ad Hoc Customer Group | Vinson & Elkins LLP | Steven M. Abramowitz, David S. Meyer, Lauren R. Kanzer | sabramowitz@velaw.com; dmeyer@velaw.com; lkanzer@velaw.com |
| Counsel for the Ad Hoc Customer Group | Vinson & Elkins LLP | William L. Wallander, Matthew D. Struble | mstruble@velaw.com; bwallander@velaw.com |
| Counsel for or Bergstrom Inc. | Webber McGill LLC | Douglas J. McGill | dmcgill@webbermcgill.com |
| Agent for Toyota Industries Commercial Finance Inc. | Weltman, Weinberg & Reis Co. LPA | Scott D. Fink | bronationalecf@weltman.com |
| Co-counsel for certain funds and accounts managed by KKR Credit Advisors (US) LLC | White & Case LLP | Andrew Zatz, Shana Vantusko, Emilio Grandio, Nadav Klugman, David Ridley, Andrea Amulic, Adam Swingle | azatz@whitecase.com; shana.white@whitecase.com; emilio.grandio@whitecase.com; nadav.klugman@whitecase.com; David.Ridley@whitecase.com; andrea.amulic@whitecase.com; adam.swingle@whitecase.com |
| Co-counsel for certain funds and accounts managed by KKR Credit Advisors (US) LLC | White & Case LLP | Erin Rosenberg, Adam Swingle | erin.rosenberg@whitecase.com; adam.swingle@whitecase.com |
| Co-Counsel for Munmorah Battery ProjectCo Pty Ltd and Ulinda Park ProjectCo Pty Ltd | Wollmuth Maher & Deutsch LLP | Paul R. DeFilippo, James N. Lawlor | pdefilippo@wmd-law.com; jlawlor@wmd-law.com |
| Counsel for Applied Surety Underwriters, SiriusPoint America Insurance Company, and Pennsylvania Insurance Company | Womble Bond Dickinson (US) LLP | Kevin J. Mangan, Lisa Bittle Tancredi | kevin.mangan@wbd-us.com; lisa.tancredi@wbd-us.com |
| Counsel for Ormat Nevada Inc. | Young Conaway Stargatt & Taylor, LLP | Sean M. Beach, Kara Hammond Coyle | sbeach@ycst.com; kcoyle@ycst.com; bankfilings@ycst.com |

# Exhibit B

**Exhibit B**
**Objection Parties**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Stem, Inc. | Greenberg Traurig, LLP | Alan J. Brody | brodya@gtlaw.com |
| Counsel to Apex Clean Energy Holdings, LLC | McDermott Will & Emery LLP | Darren Azman, Deanna D. Boll | dazman@mwe.com; dboll@mwe.com |
| Counsel for Prevalon Energy LLC and Mitsubishi Power Americas, Inc. | Pillsbury Winthrop Shaw Pittman LLP | John A. Pintarelli, Patrick E. Fitzmaurice | john.pintarelli@pillsburylaw.com; patrick.fitzmaurice@pillsburylaw.com |
| Counsel to Key Capture Energy, LLC | Porter Hedges LLP | Eric M. English, James A. Keefe | eenglish@porterhedges.com; jkeefe@porterhedges.com |
| Counsel to Key Capture Energy, LLC | Saul Ewing LLP | Lucian B. Murley | luke.murley@saul.com |
| Counsel to Key Capture Energy, LLC | Saul Ewing LLP | Turner N. Falk | turner.falk@saul.com |
| Counsel to CS Energy, LLC | Schenck, Price, Smith & King, LLP | Franklin Barbosa, Jr. | fb@spsk.com |
| Counsel for for Arevon Energy, Inc | Snell & Wilmer LLP | Kyriaki Christodoulou, Michelle McMahon | mmcmahon@cullenllp.com; kchristodoulou@cullenllp.com |
| Counsel for for Arevon Energy, Inc | Snell & Wilmer LLP | Molly J. Kjartanson, Hannah-Kaye Fleming | hkfleming@swlaw.com; mkjartanson@swlaw.com |
| Counsel for Spark Power Renewables USA Inc. and Tech Heads, Inc. | Stark & Stark, PC | Joseph H. Lemkin | jlemkin@stark-stark.com |
| Counsel for Spark Power Renewables USA Inc. | Stark & Stark, PC | Timothy P. Duggan | tduggan@stark-stark.com |

# Exhibit C

**Master Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| New Jersey Attorney General Office | New Jersey Attorney General Office | Division of Law | Richard J. Hughes Justice Complex | 25 Market St | PO Box 112 | Trenton | NJ | 08625-0112 |
| US Attorney for District of New Jersey | US Attorney for District of New Jersey | Alina Habba | 970 Broad Street, 7th Floor | | | Newark | NJ | 07102 |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 1 of 1

# Exhibit D

**Exhibit D**
**Objection Parties**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel to Stem, Inc. | Greenberg Traurig, LLP | Alan J. Brody | 500 Campus Drive, Suite 400 | Florham Park | NJ | 07932 |
| Counsel to Apex Clean Energy Holdings, LLC | McDermott Will & Emery LLP | Darren Azman, Deanna D. Boll | One Vanderbilt Avenue | New York | NY | 10017-3852 |
| Counsel for for Arevon Energy, Inc | Snell & Wilmer LLP | Kyriaki Christodoulou, Michelle McMahon | One Battery Park Plaza, 34th Fl. | New York | NY | 10004 |
| Counsel for for Arevon Energy, Inc | Snell & Wilmer LLP | Molly J. Kjartanson, Hannah-Kaye Fleming | One East Washington Street, Suite 2700 | Phoenix | AZ | 85004-2556 |
| Counsel for Spark Power Renewables USA Inc. and Tech Heads, Inc. | Stark & Stark, PC | Joseph H. Lemkin | 100 American Metro Blvd. | Hamilton | NJ | 08619 |
| Counsel for Spark Power Renewables USA Inc. | Stark & Stark, PC | Timothy P. Duggan | 100 American Metro Blvd. | Hamilton | NJ | 08619 |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 1 of 1

# Exhibit E

**Exhibit E**
**Contract Counterparties**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Ctiy | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Acorn I Energy Storage LLC | | 65 Enterprise, 3rd Floor | | Aliso Viejo | CA | 92656 | |
| Adon Renewables | | 1164 Bishop Street, Ste 1001 | | Honolulu | HI | 96813 | |
| AKA Group | Aspin Kemp & Associates Inc | 23 Brook Street | PO Box 577 | Montague | PE | C0A 1R0 | Canada |
| Akaysha Energy Pty Ltd | Akaysha Energy | 10-20 Gwynne st | | Cremorne | VIC | 3121 | Australia |
| Ameresco Inc | | 11 Speen Street, #410 | | Framingham | MA | 1701 | |
| Amp Solar US Services LLC | PureSky Energy Inc. (Main) | 518 17th St Suite 950 | | Denver | CO | 80202 | |
| Amp Solar US Services LP | PureSky Energy Inc. (Main) | 518 17th St Suite 950 | | Denver | CO | 80202 | |
| Angelo Storage LLC | Apex Clean Energy | 120 Garrett Street, Suite 700 | | Charlottesville | VA | 22902 | |
| Arizona Storage Development LLC | | 1 S. Wacker Drive Suite 1800 | | Chicago | IL | 60606 | |
| Arrow Canyon Solar, LLC | EDF Renewables, Inc. | 15445 Innovation Drive | | San Diego | CA | 92128 | |
| ASD COTUIT MA SOLAR LLC | ASD Cotuit Solar LLC | 120 Cotuit Road | | Sandwich | MA | 2563 | |
| ASD THREE RIVERS MA SOLAR LLC | PureSky Energy Inc. (Main) | 518 17th St Suite 95 | | Denver | CO | 80202 | |
| Aspin Kemp & Associates Inc | Aspin Kemp & Associates Inc | 23 Brook Street PO Box 577 | | Montague | PE | C0A 1R0 | Canada |
| Auto-Chen Ltd | Auto Chen Ltd | 18 Hamasger st | | Tel Aviv | | | Israel |
| AVEP BESS, LLC | | 6688 N. Central Expressway, Suite 500 | | Dallas | TX | 75206 | |
| BHE Ravenswood Solar 1, LLC | BHE Ravenswood Solar 1 LLC | 4124 NW Urbandale Dr | | Urbandale | IA | 50322 | |
| BigBeau Solar, LLC | | 15445 Innovation Drive | | San Diego | CA | 92128 | |
| Cameron Wind 1, LLC | | P.O. Box 20902 | | Indianapolis | IN | 46220 | |
| Chaparral Springs, LLC | | 6688 N. Central Expressway, Suite 500 | | Dallas | TX | 75206 | |
| Clean Peak Energy (CPE) | | Level 12, 201 Miller St | | North Sydney | NSW | 2060 | Australia |
| Convergent Energy and Power LP | | 7 Times Square, Suite 3504 | | New York | NY | 10036 | |
| CS Energy, LLC | CS Energy LLC (Main) | 2045 Lincoln Highway | | Edison | NJ | 8817 | |
| Desert Quartzite | EDF Renewables Development, Inc. | P O BOX 504080 | | San Diego | CA | 92150 | |
| Desert Quartzite, LLC | EDF Renewables Development, Inc. | P O BOX 504080 | | San Diego | CA | 92150 | |
| DTE Electric Company | | One Energy Plaza | | Detroit | MI | 48226 | |
| East Brookfield Adams Road Solar LLC | PureSky Energy Inc. | 518 17th St Suite 950 | | Denver | CO | 80202 | |
| EDF Renewables | EDF Renewables, Inc. | 15445 Innovation Drive | | San Diego | CA | 92128 | |
| EDF Renewables Development, Inc. | | P O BOX 504080 | | San Diego | CA | 92150 | |
| El Sol Energy Storage LLC | Invenergy Storage Development LLC, Arizona Storage Development LLC | 1 S. Wacker Drive Suite 1800 | | Chicago | IL | 60606 | |
| ESI Inc. | EST, Inc. of Tennessee | 1250 Roberts Blvd | | Kennesaw | GA | 30144 | |
| Flower Valley, LLC | Jupiter Power, LLC (Main) | 212 W 33rd St | | Austin | TX | 78705 | |
| FORT RIVER SOLAR 2 LLC | Borrego Solar Systems, Inc. (Main) | 5005 Texas Street, #400 | | San Diego | CA | 92108 | |
| Front Range-Midway Solar Project, LLC | Naturgy Renewables USA Corp dba Front Range Midway Solar Project, LLC | 450 Sansome Street, Suite 1101 | | San Francisco | CA | 94111 | |
| Galp Parques Fotovoltaicos de Alcoutim, LDA | | Avenida da Índia, 8 | Lisboa | Lisboa | | 1349-065 | Portugal |
| Go Electric, Inc | Customer Account : Go Electric Honeywell Canada (GOE0060) | 1920 Purdue Parkway | | Anderson | IN | 46016 | |

Exhibit E
Contract Counterparties
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Ctiy | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Great Kiskadee Storage, LLC | Apex Clean Energy, LLC D/B/A Great Kiskadee Storage, LLC | 120 Garrett Street, Suite 700 | | Charlottesville | VA | 22902 | |
| Gridspan Energy | Gridspan Energy (Main) | 244 Brighton Ave. | | Allston | MA | 2134 | |
| Hampden Landfill Solar LLC | Ameresco, Inc. | 111 Speen Street, Suite 400 | | Framingham | MA | 1701 | |
| Hecate Energy Ontario Storage VII, LP | Hecate Energy LLC | 621 W Randolph St. | | Chicago | IL | 60661 | |
| Honeywell International | | 855 South Mint Street | | Charlotte, | NC | 28202 | |
| Honeywell International Inc. / Honeywell Process Solutions | | 855 South Mint Street | | Charlotte, | NC | 28202 | |
| Honeywell Limited - HPS CA | Honeywell Limited | 85 Enterprise Blvd, Suite 100 | | Markham | ON | L6G 0B5 | Canada |
| Hummingbird Energy Storage, LLC | | 100 Bayview Circle, Suite 100 | | Newport Beach | CA | 92660 | |
| Hunt Energy Solutions | Hunt Energy Solutions (Main) | 1900 North Akard Street | | Dallas | TX | 75201 | |
| Idaho Power Company | Idaho Power Company (Main) | 1221 W Idaho St | | Boise | ID | 83702 | |
| II Battery Storage US LLC (CAMERON WIND I, LLC) | Cameron Wind 1, LLC | P.O. Box 20902 | | Indianapolis | IN | 46220 | |
| Invenergy Services LLC | | 1 S. Wacker Drive Suite 1800 | | Chicago | IL | 60606 | |
| Invenergy Storage Development LLC | Arizona Storage Development LLC | 1 S. Wacker Drive Suite 1800 | | Chicago | IL | 60606 | |
| Jema Energy S.A | Jema Energy S.A. | Paseo Del Circuito 10 0 | | Lasarte-Oria | | 20160 | Spain |
| KCE TX 2, LLC | Key Capture Energy | 418 Broadway, 3rd Floor | | Albany | NY | 12207 | |
| KCE TX 7, LLC | Key Capture Energy | 418 Broadway, 3rd Floor | | Albany | NY | 12207 | |
| KCE TX 8, LLC | Key Capture Energy | 418 Broadway, 3rd Floor | | Albany | NY | 12207 | |
| Key Capture Energy, LLC (KCE) | Key Capture Energy | 418 Broadway, 3rd Floor | | Albany | NY | 12207 | |
| KMC Thermo, LLC | | 16400 Mattawoman Dr | | Brandywine | MD | 20613 | |
| La Grange, an Incorporated North Carolina Town | Strata Solar, LLC | 800 Taylor Street, Suite 200 | | Durham | NC | 27701 | |
| Leader Energy Storage Technology Co., Ltd | Leader Energy Storage Technology Co., Ltd. | 25F.-1, No. 238, Shizheng N. 2nd Rd., | Xitun Dist., | Taichung City | | 407607 | Taiwan |
| Lone Star Solar, LLC | Southern Current, LLC | 1519 King Street Ext | | North Charleston | SC | 29405 | |
| Longroad BESS Procurement LLC | Longroad BESS Procurement, LLC | 330 Congress Street, 6th Floor | | Boston | MA | 2210 | |
| Maverick Solar 6, LLC | EDF Renewables, Inc. | 15445 Innovation Drive | | San Diego | CA | 92128 | |
| Mesa Technical Associates, Inc. | Mesa Technical Associates, Inc. (Main) | PO Box 745 | | Cobleskill | NY | 12043 | |
| MG HR S de R.L de C.V. | MG HR, S. de R.L. de C.V. | Torre Esmeralda II, Blvd. Manuel A. Camacho 36, Oficina 2301 | Lomas de Chapultepec | Ciudad de Mexico | CP | 11000 | Mexico |
| Mitsubishi Electric Power Products, Inc (MEPPI) | Mitsubishi Electric Power Products, Inc.. Mitsubishi Electric Power Products, Inc. (Main) | 530 Keystone Drive | | Warrendale | PA | 15086 | |
| Mitsubishi Hitachi Power Systems Americas, Inc. (MHPS) | Mitsubishi Electric Power Products, Inc., Mitsubishi Electric Power Products, Inc. (Main) | 530 Keystone Drive | | Warrendale | PA | 15086 | |
| Mitsubishi Power Americas, Inc. (MPA) | Mitsubishi Electric Power Products, Inc., Mitsubishi Electric Power Products, Inc. (Main) | 530 Keystone Drive | | Warrendale | PA | 15086 | |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 2 of 4

Exhibit E
Contract Counterparties
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Ctiy | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Munmorah Battery ProjectCo Pty Ltd | Akaysha Energy | 10-20 Gwynne St | | Cremorne | VIC | 3121 | Australia |
| Nidec ASI S.p.A. | Nidec ASI S.p.A. (Main) | Via Fratelli Gracchi 39 | | Cinisello Balsamo | | 20092 | Italy |
| Northstar Energy Management, LLC | Novasource Power Opco. Inc. | 9430 Research Blvd. Bldg IV, Suite 250 | | Phoenix | TX | 78759 | |
| Oak Hill Solar 1 LLC | PureSky Energy Inc. | 518 17th St Suite 950 | | Denver | CO | 80202 | |
| Oak Hill Solar 2 LLC | PureSky Energy Inc. | 518 17th St Suite 950 | | Denver | CO | 80202 | |
| Orangeville Energy Storage LLC | | 1 S. Wacker Drive Suite 1800 | | Chicago | IL | 60606 | |
| Orcas Power & Light Cooperative (OPALCO) | Orcas Power & Light Cooperative, OPALCO (Orcas Power & Light Cooperative) | 183 Mount Baker Road | | Eastsound | WA | 98245-9413 | |
| Ormat Nevada Inc | Ormat Nevada Inc. | 6140 Plumas St | | Reno | NV | 89519 | |
| Pacificorp | PacifiCorp (Main) | 825 NE Multnomah | | Portland | OR | 97232 | |
| Pine Gate Renewables, LLC | Pine Gate Renewables, LLC (Main) | 130 Roberts Street | | Asheville | NC | 28801 | |
| Poblano Energy Storage, LLC | | 800 Taylor Street, Suite 200 | | Durham | NC | 27701 | |
| Portland General Electric (PGE) | Portland General Electric Company | 1WTC0511 | | Portland | OR | 97204 | |
| PowerFlex Solar, LLC | Powerflex Systems, Inc. | 392 First St | | Los Altos | CA | 94022 | |
| Powerflex Systems, Inc. | | 392 First St | | Los Altos | CA | 94022 | |
| PowerFlex Systems, LLC | Powerflex Systems, Inc. | 392 First St | | Los Altos | CA | 94022 | |
| Powin Energy Ontario Storage, LLC | | 20550 SW 115th Ave | | Tualatin | OR | 97062 | |
| PPA Grand Johanna LLC | PPA Grand Johana, LLC | 65 Enterprise, 3rd Floor | | Aliso Viejo | CA | 92656 | |
| Prisma Energy Solutions LLC | David Roylance, Co-Founder & Principal | 9821 Katy Freeway, Suite 600 | | Houston, | TX | 77024 | |
| Public Service Company of New Mexico | Public Service Company of New Mexico (PNM) | 414 Silver Ave. SW, MS 1055 | | Albuquerque | NM | 87102 | |
| Pulse | Pulse Clean Energy SPV Watt Ltd | 197 Kensington High street | | London | | W8 6BA | United Kingdom |
| PULSE CLEAN ENERGY SPV WATT LIMITED | Pulse Clean Energy SPV Watt Ltd | 197 Kensington High street | | London | | W8 6BA | United Kingdom |
| Pure Power Solutions, Inc. | | 1083 Vine St, #279 | | Healdsburg | CA | 95448 | |
| Pure Power Solutions, Inc. | | 1 Front Street | | Healdsburg, | CA | 95448 | |
| Putah Creek Solar Farms, LLC | Putah Creek Solar Farms LLC | PO Box 605 | | Winters | CA | 95694 | |
| Putah Creek Solar Farms, LLC | Solvida Energy Group Inc. Solvida Energy Group Inc. (Main) | 1400 Shattuck Avenue, Suite 3 | | Berkeley | CA | 94709 | |
| PuYuan Green Energy Inc. | PuYuan Green Energy Inc | Rm. 4D09 No. 5, Sec. 5 XinYi Rd. XinYi Dist. | | Taipei | | 11011 | Taiwan |
| PuYuan Green Energy Inc. | | 8F-1, No.259, Sec.1, Fuxing S. Road | Da-An District | Taipei City | | 106466 | Taiwan |
| QPO Energy, LLC | QPO Energy LLC | 11325 SW Tualatin-Sherwood Hwy | | Tualatin | OR | 97062 | |
| Rabbitbrush Solar  LLC | | 6688 N. Central Expressway Ste 500 | | Dallas | TX | 75206 | |
| Rabbitbrush Solar, LLC | Leeward Energy | 6688 N. Central Expressway Ste 500 | | Dallas | TX | 75206 | |
| Santa Paula Energy Storage, LLC | | 100 Bayview Circle, Suite 340 | | Newport Beach | CA | 92660 | |
| Saturn Battery I LP | Saturn Battery 1 LP | 140 Foundry Street, Unit A | | Baden | ON | N3A2P7 | Canada |
| Saturn Power Inc. | | 140 Foundry Street, Unit A | | Baden | ON | N3A2P7 | Canada |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 3 of 4

**Exhibit F**
**Contract Counterparties**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Ctiy | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| SCS Van Wyck 012823 Croton On Hudson, LLC | Sol Customer Solutions | 1101 Connecticut Ave, Fl2 | | Washington | DC | 20001 | |
| Serrano Solar, LLC | Longroad BESS Procurement, LLC | 330 Congress Street, 6th Floor | | Boston | MA | 2210 | |
| Solar Star 3, LLC | Solar Star 3 LLC | 4124 NW Urbandale Dr | | Urbandale | IA | 50322 | |
| Solar Star 4, LLC | Solar Star 4 LLC | 4124 NW Urbandale Dr | | Urbandale | IA | 50322 | |
| Southern California Edison Company | Southern California Edison | P.O. Box 300 | | Rosemead | CA | 91772-0001 | |
| Southern Power Company (SPC) | Southern Power Company | 30 Ivan Allen Jr. Blvd NW | | Atlanta | GA | 30308 | |
| STEM / Mohave Power LLC | Stem, Inc. | 4 Embarcadero Center, Suite 710 | | San Francisco | CA | 94111 | |
| Stem Inc. | Stem, Inc. | 4 Embarcadero Center, Suite 710 | | San Francisco | CA | 94111 | |
| Stillwater Energy Storage, LLC | Stillwater Energy Storage, LLC (Main) | 353 North Clark Street, 30th Floor | | Chicago | IL | 60654 | |
| Strata Solar Services, LLC | | 800 Taylor Street, Suite 200 | | Durham | NC | 27701 | |
| Strata Solar, LLC | Strata Solar, LLC (Main) | 800 Taylor Street, Suite 200 | | Durham | NC | 27701 | |
| Sun Streams Expansion, LLC | Longroad BESS Procurement, LLC | 330 Congress Street, 6th Floor | | Boston | MA | 2210 | |
| Sun Streams PVS, LLC | | 330 Congress Street, 6th Floor | | Boston | MA | 2210 | |
| SunGrid Solutions Inc. | | 135 George Street North. Unit 204 | | Cambridge | ON | N1S2M6 | CANADA |
| Swoose, LLC | Jupiter Power, LLC Jupiter Power, LLC (Main) | 212 W 33rd St | | Austin | TX | 78705 | |
| TPE Energy, Inc. | Customer Account : TPE PO-T200306001 (TPE0010) | 24-8F, No.93, Sec.1, Xintai 5th Rd., Xizhi Dist. | | New Taipei City | | 221416 | Taiwan |
| Triple Butte, LLC | Triple Butte LLC | 1108 Lavaca St, Suite110-349 | | Austin | TX | 78701 | |
| Ulinda Park Project Co Pty Ltd | ACN 659 144 484 | Suite 1.01, 11-13 Pearson st | | Cremorne | VIC | 3121 | Australia |
| Ware Palmer Road Solar, LLC | PureSky Energy Inc. | 518 17th St Suite 950 | | Denver | CO | 80202 | |
| WEG Electric Corp | WEG Electric Corp. (Main) | 6655 Sugarloaf Pkwy | | Duluth | GA | 30097 | |
| West Columbia Storage, LLC | West Columbia Storage LLC | 500 W Madison St, Suite 1210 | | Chicago | IL | 60661 | |
| West Warwick Energy Storage 1 LLC | | 7 Times Square, Suite 3504 | | New York | NY | 10036 | |
| West Warwick Energy Storage 2 LLC | | 7 Times Square, Suite 3504 | | New York | NY | 10036 | |
| West Warwick Energy Storage 3 LLC | | 7 Times Square, Suite 3504 | | New York | NY | 10036 | |
| Wildcat I Energy Storage, LLC | Wildcat I Energy Storage LLC | 65 Enterprise, 3rd Floor | | Aliso Viejo | CA | 92656 | |
| Yuma Solar energy LLC | Invenergy Storage Development LLC (Main) | 1 S. Wacker Drive Suite 1800 | | Chicago | IL | 60606 | |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 4 of 4