| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>FOX ROTHSCHILD LLP<br>49 Market Street<br>Morristown, NJ 07960<br>Telephone: (973) 992-4800<br>Fax: (973) 992-9125<br>Michael R. Herz, Esq.<br>Agostino A. Zammiello, Esq.<br>Stephanie Slater Ward, Esq.<br>mherz@foxrothschild.com<br>azammiello@foxrothschild.com<br>sward@foxrothschild.com<br>*Attorneys for Zendesk, Inc.* | |
| In re:<br><br>POWIN, LLC, *et al*.<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-16137-MBK<br><br>Judge: Hon. Michael B. Kaplan |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. § 101-1532, et seq. (as amended and applicable to the above-captioned bankruptcy cases, the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Fox Rothschild LLP enters its appearance as counsel to Zendesk Inc. in the above-captioned jointly administered bankruptcy cases (the "Bankruptcy Cases").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

177135296.1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rules 2002, 3017, and 9007, the undersigned requests that copies of all notices, pleadings, and all other papers required to be served in the Bankruptcy Cases be served upon the following persons, and that such persons be added to the mailing matrix in the Bankruptcy Cases:

| | |
|---|---|
| Michael R. Herz, Esq.<br>Fox Rothschild LLP<br>49 Market Street<br>Morristown, NJ 07860-5122<br>Phone: (973) 548-3330; Fax: (973) 992-9125<br>Email: mherz@foxrothschild.com | Agostino A. Zammiello, Esq.<br>Fox Rothschild LLP<br>49 Market Street<br>Morristown, NJ 07860-5122<br>(973) 548-3330; (973) 992-9125 (fax)<br>Email: azammiello@foxrothschild.com |

Stephanie Slater Ward
Fox Rothschild LLP
1201 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 654-7444
Email: sward@foxrothschild.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code sections 342 and 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any orders, notices of any application, complaint, demand, motion, petition, pleading, disclosure statement or plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight, or hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the Bankruptcy Cases and proceedings therein.

*(Signature page follows)*

177135296.1

**FOX ROTHSCHILD LLP**

By: */s/ Michael R. Herz*
    MICHAEL R. HERZ
    AGOSTINO A. ZAMMIELLO.
    49 Market Street
    Morristown, NJ 07860-5122
    Phone: (973) 548-3330
    Fax: (973) 992-9125
    Email: mherz@foxrothschild.com
           azammiello@foxrothschild.com

    - and -

    STEPHANIE SLATER WARD
    1201 N. Market Street, Suite 1200
    Wilmington, DE 19801
    Phone: (302) 654-7444
    Fax: (302) 656-8920
    Email: sward@foxrothschild.com

Dated: September 17, 2025