| |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Natasha M. Songonuga, Esquire<br>**ARCHER & GREINER, P.C.**<br>1025 Laurel Oak Road<br>Voorhees, NJ 08043<br>Telephone: (856) 673-3936<br>Facsimile: (856) 795-0574<br>Email: nsongonuga@archerlaw.com<br><br>*Counsel for Lu Pacific Properties, LLC* | |
| In Re:<br><br>Powin, LLC, *et al.,*[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**NOTICE OF (I) FILING OF MECHANIC'S LIEN AGAINST DEMISED PREMISES AT 20550 SW 115TH AVENUE, TUALATIN, OREGON 97062, (II) DEBTOR POWIN, LLC'S TO CURE THE MECHANIC'S LIEN UNDER THE LEASE, (III) DEBTOR'S DEFAULT UNDER THE LEASE BY FAILING TO CURE THE MECHANICS LIEN, AND (IV) RESERVATION OF RIGHTS**

**PLEASE TAKE NOTICE** that Lu Pacific Properties, LLC (the "Landlord") and Powin LLC, (as assignor to Powin Energy Corporation, "Tenant" or "Debtor") entered into that certain unexpired Commercial Tenant Lease dated December 14, 2020 (the "Lease") concerning real property and improvements located at 20550 SW 115th Avenue, Tualatin, Oregon 97062 (the "Demised Premises").[2]

**PLEASE TAKE FURTHER NOTICE** that Landlord received a Notice of Claim of Construction Lien and Intent to Foreclose ("Notice"), dated August 20, 2025, notifying Landlord that a claim of

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR  97062.

[2] The Lease was entered into by and between Lu Pacific and Powin Energy Corporation (the "Original Tenant").  By Lease Assignment Agreement dated March 12, 2021, the Original Tenant assigned its rights under the Lease to the Debtor Powin, LLC.

construction lien for labor, materials, equipment, and/or services had been filed against the Demised Premises for improvements purportedly made at the Debtor's request to the Demised Premises by Capital Electric Co. Inc. (the "Lien").  The Lien is in the principal amount of $48,960.49.  A copy of the Notice evidencing the Lien is attached hereto as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that on or about July 18, 2025, the Debtor's filed the *Notice of Potentially Assumed Executory Contracts and Unexpired Leases* (Dkt. No. 446, the "Assumption Notice") [D.k. 446] under which the Debtor purported to assume and assign the Lease to FlexGen Power Systems, LL ("FlexGen") under a proposed sale of substantially all of the above-referenced Debtors assets to FlexGen (the "Sale").

**PLEASE TAKE FURTHER NOTICE** that on July 25, 2025, Landlord filed *Lu Pacific Properties, LLC's Notice of Non-Waiver and Reservation of Rights in Response to Debtor's Notice of Potentially Assumed Executory Contracts and Unexpired Leases* (the "Reservation of Rights") [D.K. 523] reserving its rights to, among other things, supplement and/or amend the Reservation of Rights and to assert any objections with respect to the proposed cure amount of the Lease under the Sale.

**PLEASE TAKE FURTHER NOTICE** that, upon information and belief, and notwithstanding the Assumption Notice and the Court's approval of the Sale, FlexGen claims to still be evaluating the contracts to be assumed and assigned, and thus, has not agreed to cure the Lien on the Premises despite the obligation to do so as a condition of assumption.  The Lien constitutes an uncured breach of the Lease that must be cured upon assumption and assignment.  Section 6.2 of the Lease prohibits the tenant from allowing or causing any liens to attach to the Demised Premises, and Section 7.1 grants Landlord an express right to be indemnified, defended, and held harmless from claims such as the Lien.

**PLEASE TAKE FURTHER NOTICE** that the Debtor cannot assume and assign the Lease, pursuant to section 365(b)(1) of the Bankruptcy Code, unless it, among other things, cures the default under the Lease by (i) paying the full amount due under the Lien and (ii) causing the Lien to be discharged of record.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended to, nor shall it be deemed to, waive the Landlord's: (i) right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; (iv) rights, claims, actions, defenses, setoffs or recoupments under the Lease and section 365 of the Bankruptcy Code, or (v) other rights, claims, actions, defenses, setoffs or recoupments to which the Landlords are or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: September 22, 2025

*/s/ Natasha M. Songonuga*
Natasha M. Songonuga, (NJ No. 025472003)
**ARCHER & GREINER, P.C.**
1025 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (856) 673-3936
Facsimile: (856) 795-0574
Email: nsongonuga@archerlaw.com

*Counsel for Lu Pacific Properties, LLC*