# EXHIBIT "1"

## COMBINED NOTICE OF FILING CLAIM OF CONSTRUCTION LIEN
## AND INTENT TO FORECLOSE

August 20, 2025

**Via Certified Mail, Return Receipt Requested**
LU PACIFIC BUILDING #1 LLC
PO BOX 483
TUALATIN, OR 97062

PETER LU
11325 SW TUALATIN-SHERWOOD HWY
TUALATIN, OR 97062

To: LU PACIFIC BUILDING #1 LLC

Pursuant to ORS 87.039, you are hereby notified that on August 7, 2025, Capitol Electric Co. Inc., filed a Claim of Construction Lien in the amount of $48,960.49 for labor, materials, equipment, and/or services used in the construction of the improvement known and described as:

20550 SW 115th Ave also known as 20570 SW 115th Ave, Tualatin, OR 97062

See Claim of Lien for legal description.

Project Name: Fire Alarm System Upgrade; PO # 16885
Customer: Powin Energy

A true and correct copy of the Claim of Lien is attached to this Notice.

You are hereby further notified pursuant to ORS 87.057 that, unless payment in full is received within 10 days after the date of delivery of this notice, Capitol Electric Company Inc. intends to commence suit to foreclose the enclosed lien.

Pursuant to ORS 87.060, we will also be seeking reimbursement for costs and attorney fees. Once we begin foreclosure of the lien, the attorney fees will be significantly higher. In the interest of all parties, please resolve this matter immediately.

Payment in the form of a cashier's check, cash, or certified check should be made payable to Capitol Electric Company Inc. and delivered to Kevin O'Connell at 8555 SW Apple Way Suite 310, Portland, OR 97225.

Very truly yours,

*Joe O'Connell*

Joseph O'Connell



Washington County, Oregon        **2025-034999**
08/07/2025 01:07:06 PM
D-LC          Cnt=1 Stn=30 RECORDS1
$10.00 $10.00 $11.00 $60.00 - Total =$91.00

I, Joe Nelson, Director of Assessment and Taxation and Ex-Officio County Clerk for Washington County, Oregon, do hereby certify that the within instrument of writing was received and recorded in the book of records of said county.

Joe Nelson, Director of Assessment and Taxation, Ex-Officio County Clerk

After Recording Mail to:
Joseph O'Connell
O'Connell and Hval Law LLP
8555 SW Apple Way Suite 310
Portland, OR 97225

Claimant: Kevin O'Connell
Capitol Electric Co., Inc.

## CLAIM OF CONSTRUCTION LIEN
## FOR AN IMPROVEMENT

The undersigned claimant claims a lien created under ORS 87.010 on the real property and improvements described in this document (the property) and further claims perfection of such lien under ORS 87.035 by the filing of this Claim of Lien.

1. The description of the property, situated in Washington County, Oregon, is as follows: the property described in instrument/deed reference no. 2020-010151 recorded in the Washington County official records.

2. The address of the property, if known, is 20550 SW 115TH, TUALATIN, OR 97205 as part of 20570 SW 115TH AVE, TUALATIN, OR 97062.

3. The name of the Owner or Reputed Owner of the property is: LU PACIFIC BUILDING #1 LLC.

4. The name of the person by whom the Claimant was employed or to whom the Claimant furnished labor or materials or rented equipment or by whom contributions are owed is: POWIN ENERGY.

5. The person(s) just named, at all times herein mentioned, had knowledge of the construction. The Claimant provided and furnished all labor, materials and equipment required by the contract and actually used in the construction of the improvement, and fully completed the contract on May 28, 2025, after which Claimant ceased to provide labor, transport or furnish materials and/or transport, furnish or rent equipment for the improvement.

6. The total contract amount and reasonable value of the labor, materials, equipment, and services provided by the Claimant is: $48,960.49. The Claimant acknowledges just credits and offsets of: $0.

7. The true statement of the Claimant's demand after deducting all just credits and offsets is the principal amount of $48,960.49 and recording fees of $91.00. The Claimant claims a lien on the property described above, extending to the improvement and its site, and together

with the land that may be required for the convenient use and occupancy of the improvement as determined by the court at the time of foreclosure of this claim of lien for: $48,960.49.

DATED: August 7, 2025.

/s/ Kevin O'Connell
Capitol Electric Company, Inc., Claimant
By: Kevin O'Connell, assistant secretary

STATE OF OREGON    )
                   )   ss.
County of Washington )

I, Kevin O'Connell, say as follows: that, subject to the penalties for false swearing provided under ORS 162.075, I am the assistant secretary of the Claimant in the foregoing instrument; that I have knowledge of the facts therein set forth; that all statements made in said instrument are true and correct as I verily believe.

Kevin O'Connell

SIGNED AND SWORN TO before me on August 7, 2025, by Kevin O'Connell.

/s/ Sarah Snelling
Notary Public for Oregon
My commission expires: 4/11/28

OFFICIAL STAMP
SARAH K SNELLING
NOTARY PUBLIC - OREGON
COMMISSION NO. 1046861
MY COMMISSION EXPIRES APRIL 11, 2028