UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Natasha M. Songonuga, Esquire
**ARCHER & GREINER, P.C.**
1025 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (856) 673-3936
Facsimile: (856) 795-0574
Email: nsongonuga@archerlaw.com

*Counsel for Lu Pacific Properties, LLC*

| | |
|---|---|
| In Re: | Chapter 11 |
| Powin, LLC, *et al.,*[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF SERVICE

1. I, Amy M. Huber and Bankruptcy Paralegal to Natasha M. Songonuga, who represents creditor, Lu Pacific Properties, LLC, in this matter.

2. On September 22, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

- *Notice of (I) Filing of Mechanic's Lien Against Demised Premises at 20550 SW 115th Avenue, Tualatin, Oregon 97062, (II) Debtor Powin, LLC's to Cure the Mechanic's Lien Under the Lease, (III) Debtor's Default Under the Lease by Failing to Cure the Mechanics Lien, and (IV) Reservation of Rights* [D.I. 866]

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: September 22, 2025

*/s/ Amy M. Huber*
Amy M. Huber, Bankruptcy Paralegal

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

231043098 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee for the District of New Jersey<br>Attn:   Jeffery M. Sponder<br>          Lauren Bielskie<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102<br>jeffrey.m.sponder@usdoj.gov<br>lauren.bielskie@usdoj.gov | U.S. Trustee for the District of New Jersey | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Togut, Segal & Segal LLP<br>Attn:   Albert Togut<br>          Eitan Blander<br>One Penn Plaza, Suite 3335<br>New York, NY 10119<br>altogut@teamtogut.com<br>eblander@teamtogut.com | Counsel to the Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Togut, Segal & Segal LLP<br>Attn:   Frank A. Oswald<br>One Penn Plaza<br>Suite 3335<br>New York, NY 10119<br>frankoswald@teamtogut.com | Counsel to the Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denton US LLP<br>Attn:   John D. Beck<br>          Sarah M. Schrag<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>john.beck@dentons.com<br>sarah.schrag@dentons.com | Counsel to the Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Dentons US LLP<br>Attn:   Tania M. Moyron<br>          Van C. Durrer, II<br>601 S. Figueroa Street #2500<br>Los Angeles, CA 90017<br>tania.moyron@dentons.com<br>van.durrer@dentons.com | Counsel to the Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Latham & Watkins<br>Attn:   David Hammerman<br>          Blake Denton<br>          Andrew Sorkin<br>1271 Avenue of the Americas<br>New York, NY 10020<br>david.hammerman@lw.com<br>blake.denton@lw.com<br>andrew.sorkin@lw.com | Counsel to DIP Lender FlexGen Power Systems | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

231043098 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Latham & Watkins<br>Attn:    Jeffrey Mispagel<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>jeffrey.mispagel@lw.com | Counsel to DIP Lender FlexGen Power Systems | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Latham & Watkins<br>Attn:    Whit Morley<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago, IL 60611<br>whit.morley@lw.com | Counsel to DIP Lender FlexGen Power Systems | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

3

231043098 v1