Order Filed on September 24, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>David H. Pikus<br>BRESSLER, AMERY & ROSS, P.C.<br>P.O. Box 1980<br>Morristown, NJ 07962<br>325 Columbia Turnpike<br>Florham Park, NJ 07932<br>(973) 514-1200<br>Attorneys for Expeditors International of Washington, Inc. | |
| In Re:<br><br>POWIN, LLC *et al.*<br><br>Debtors. | Case No. 25-16137 (MBK)<br><br>Chapter 11<br><br>Judge: Hon. Michael B. Kaplan<br><br>Hearing Date: Sept. 3, 2025 |

## ORDER GRANTING EXPEDITORS INTERNATIONAL OF WASHINGTON, INC RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two and three (2 and 3), is hereby **ORDERED**.

**DATED: September 24, 2025**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

(Page 2)
Debtor:      Powin, LLC
Case No:     25-16137(MBK)
Caption of Order: ORDER GRANTING EXPEDITORS INTERNATIONAL OF WASHINGTON, INC RELIEF FROM THE AUTOMATIC STAY

Upon consideration of movant, Expeditors International of Washington, Inc's application for an order granting it relief from the automatic stay, and the Court having heard argument and set forth its determination on the record on September 3, 2025 and good cause appearing therefor, it is hereby

**ORDERED** as follows:

1. The motion is granted, to be effective September 25, 2025.

2. Expeditors International of Washington, Inc. is hereby granted relief from the automatic stay (11 U.S.C. § 362) to the extent set forth below.

3. Expeditors International of Washington, Inc. may abandon or liquidate certain property, the Petition Date Cargo, as defined in movant's Motion for Relief from Stay and recited on Exhibit A hereto, in order to reduce Movant's claims and the claims against the estate.

4. Expeditors International of Washington, Inc. is authorized to apply the proceeds of any such liquidation to the secured debt owed to Expeditors International of Washington, Inc. in accordance with applicable state law.

5. Expeditors International of Washington, Inc. shall file a report of sale promptly following any liquidation of the Petition Date Cargo. If any excess proceeds exist, Expeditors International of Washington, Inc. shall remit same to the Debtor-in-Possession. Expeditors International of Washington, Inc. is given leave to file an unsecured deficiency claim within sixty (60) days from the date of liquidation, if such claim exists.

(Page 3)
Debtor:     Powin, LLC
Case No:    25-16137(MBK)
Caption of Order: ORDER GRANTING EXPEDITORS INTERNATIONAL OF WASHINGTON, INC RELIEF FROM THE AUTOMATIC STAY

6. Expeditors International of Washington, Inc. shall be permitted to reasonably communicate with Debtors and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law.

7. In the event that Expeditors International of Washington, Inc., the Debtors and the Official Committee of Unsecured Creditors are able to reach an agreement on disposition of the Petition Date Cargo or any portion thereof prior to September 25, 2025, they may submit a proposed order to the Court with service in accordance with Paragraph 9 below.

8. Good cause having been shown, Expeditors International of Washington, Inc. may proceed to abandon or liquidate the Petition Date Cargo, subject to Paragraph 1 of this Order. The 14-day waiting period pursuant to Rule 4001(a)(3) is hereby modified accordingly.

9. Expeditors International of Washington, Inc. shall serve a copy of this Order on counsel for the Debtor and for the Official Committee of Unsecured Creditors, and any other party who entered an appearance on the motion not registered for ECF service.

# EXHIBIT A

| Invoice Date | Invoice Number | Number of Units | Description of Goods |
|---|---|---|---|
| 2/21/2025 | 5241003807 | 480 | Door strap mounting bracket |
| 2/21/2025 | 5241003807 | 480 | Door strap anchor bar weldment |
| 2/26/2025 | 5241003912 | 60 | Stand alone EV diffuser plate |
| 2/28/2025 | 5241003964 | 24 | Energy segment main cover assembly |
| 2/28/2025 | 5241003964 | 32 | Front panel assembly |
| 3/10/2025 | 5241004094 | 8 | EV diffuser plate |
| 3/10/2025 | 5241004094 | 8 | Mid gutter assembly |
| 3/10/2025 | 5241004094 | 8 | Energy segment main cover assembly |
| 3/18/2025 | 5241004230 | 32 | Front panel assembly |
| 3/18/2025 | 5241004230 | 24 | Energy segment main cover assembly |
| 3/18/2025 | 5241004238 | 24 | Energy segment main cover assembly |
| 3/18/2025 | 5241004238 | 32 | Front panel assembly |
| 3/20/2025 | 5241004275 | 32 | Front panel assembly |
| 3/20/2025 | 5241004275 | 24 | Energy segment main cover assembly |
| 3/20/2025 | 5241004276 | 24 | Energy segment main cover assembly |
| 3/20/2025 | 5241004276 | 32 | Front panel assembly |
| 3/21/2025 | 5241004296 | 24 | Energy segment main cover assembly |
| 3/21/2025 | 5241004296 | 32 | Front panel assembly |
| 3/26/2025 | 5241004404 | 4 | Energy segment main cover assembly |
| 3/26/2025 | 5241004404 | 340 | EV diffuser plate |
| 3/26/2025 | 5241004404 | 680 | Tie bracket clamp assembly |
| 3/26/2025 | 5241004407 | 1360 | ISO clamp assembly |
| 3/26/2025 | 5241004407 | 2720 | Hex head bolt 3/8-16 x 1.5" LGTHGRD5, zinc SS |

| | | | |
|---|---|---|---|
| 3/26/2025 | 5241004407 | 2720 | Flat washer 3/8 x 1" OD, zinc flake steel |
| 3/26/2025 | 5241004407 | 1360 | Hex nut 3/8-16 flange serrated SS |
| 3/26/2025 | 5241004407 | 2720 | Lock washer medium split 3/8" zinc flake SS |
| 3/26/2025 | 5241004407 | 680 | Retention strap L assembly |
| 3/30/2025 | QCPE250405 | 15 | Bracket connection assembly, lower top cap door |
| 4/18/2025 | 20250418 | 38 | Fuse 125A 1.5kVDC |
| 4/18/2025 | 20250418 | 122 | Fuse 225A 1kVDC SQB-DC101 |
| 4/18/2025 | 20250418 | 34 | Fuse 350A 1kVDC SQB-DC101 |
| 4/18/2025 | 20250418 | 148 | Fuse 160A 1.5k VDC SQB1 |
| 4/28/2025 | 5251000343 | 32 | Front panel assembly |
| 4/28/2025 | 5251000344 | 24 | Energy segment main cover assembly |
| 4/28/2025 | 5251000344 | 32 | Front panel assembly |
| 4/28/2025 | 5251000345 | 24 | Energy segment main cover assembly |
| 4/28/2025 | 5251000345 | 32 | Front panel assembly |
| 4/28/2025 | 5251000346 | 24 | Energy segment main cover assembly |
| 4/28/2025 | 5251000346 | 32 | Front panel assembly |
| 4/28/2025 | 5251000347 | 24 | Energy segment main cover assembly |
| 4/28/2025 | 5251000347 | 32 | Front panel assembly |
| 4/28/2025 | 5251000348 | 24 | Energy segment main cover assembly |
| 4/28/2025 | 5251000348 | 32 | Front panel assembly |
| 4/28/2025 | 5251000349 | 24 | Energy segment main cover assembly |
| 4/28/2025 | 5251000349 | 32 | Front panel assembly |
| 4/30/2025 | 5251000408 | 32 | Front panel assembly |
| 4/30/2025 | 5251000408 | 24 | Energy segment main cover assembly |

| | | | |
|---|---|---|---|
| 4/30/2025 | 5251000409 | 24 | Energy segment main cover assembly |
| 4/30/2025 | 5251000409 | 32 | Front panel assembly |
| 4/30/2025 | 5251000410 | 32 | Front panel assembly |
| 4/30/2025 | 5251000410 | 24 | Energy segment main cover assembly |
| 4/30/2025 | 5251000411 | 2912 | Flat washer 3/8 x 1" OD, zinc flake steel |
| 4/30/2025 | 5251000411 | 1456 | Hex nut 3/8-16 flange serrated SS |
| 4/30/2025 | 5251000411 | 26 | End cover |
| 4/30/2025 | 5251000411 | 2912 | Hex head bolt 3/8-16 x 1.5" LGTHGRD5, zinc SS |
| 4/30/2025 | 5251000411 | 1456 | ISO clamp assembly |
| 4/30/2025 | 5251000411 | 2912 | Lock washer medium split 3/8" zinc flake SS |
| 4/30/2025 | LOG-2025-0602 | 1 | TC-1 box UL |
| 4/30/2025 | LOG-2025-0602 | 1 | Fire panel |
| 4/30/2025 | LOG-2025-0602 | 2 | 8 pin green block |
| 4/30/2025 | LOG-2025-0602 | 1 | ALN-EN |
| 4/30/2025 | LOG-2025-0602 | 1 | 220VAC transformer |
| 4/30/2025 | LOG-2025-0602 | 6 | Analogue photoelectric smoke sensor |
| 4/30/2025 | LOG-2025-0602 | 1 | Cable |
| 4/30/2025 | LOG-2025-0602 | 1 | Power supply |

| 4/30/2025 | LOG-2025-0602 | 1 | Electronic conventional sound beacon |
| --- | --- | --- | --- |
| 4/30/2025 | LOG-2025-0602 | 1 | HE series selectable Candela evacuation signal |