---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
Kevin M. Capuzzi (NJ No. 173442015)
John C. Gentile
Noelle B. Torrice (NJ No. 79132013)
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
kcapuzzi@beneschlaw.com
jgentile@beneschlaw.com
ntorrice@beneschlaw.com

Counsel to Mainfreight Distribution Pty Ltd

In Re:

    Powin, LLC *et al.*,

    Debtors

Case No.: 25-16137 (MBK)

Adv. Pro. No.: _____

Chapter: 11

Subchapter V: ☐ Yes ☒ No

Hearing Date: Sept. 25, 2025, 10:00 AM

Judge: The Hon. Michael B. Kaplan

## ADJOURNMENT REQUEST

1. I, __Kevin M. Capuzzi__,

   ☒ am the attorney for: __Mainfreight Distribution Pty Ltd__,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Mainfreight's Motion to Compel and for Sanctions

   Current hearing date and time: September 25, 2025, 10:00 AM

   New date requested: October 23, 2025, 12:30 PM

   Reason for adjournment request: Discussions between the parties on the matter are ongoing and may be resolved without intervention by this Court.

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: September 24, 2025

/s/ Kevin M. Capuzzi
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: October 23, 2025 at 12:30 p.m.    ❏ Peremptory

❏ Granted over objection(s)    New hearing date: _____    ❏ Peremptory

❏ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2