| | |
|---|---|
| **DENTONS US LLP** <br> Tania M. Moyron (admitted *pro hac vice*) <br> Van C. Durrer, II (admitted *pro hac vice*) <br> 601 S. Figueroa Street #2500 <br> Los Angeles, CA 90017 <br> Telephone:  (213) 623-9300 <br> Facsimile:  (213) 623-9924 <br> Email:  tania.moyron@dentons.com <br> van.durrer@dentons.com <br><br> John D. Beck (admitted *pro hac vice*) <br> Sarah M. Schrag (admitted *pro hac vice*) <br> 1221 Avenue of the Americas <br> New York, NY 10020-1089 <br> Telephone:  (212) 768-6700 <br> Facsimile:  (212) 768-6800 <br> Email:  john.beck@dentons.com <br> sarah.schrag@dentons.com <br><br> *Counsel for Debtors and Debtors in Possession* | **TOGUT, SEGAL & SEGAL LLP** <br> Frank A. Oswald (admitted) <br> 550 Broad Street <br> Suite 1508 <br> Newark, NJ 07102 <br> Telephone:  (212) 594-5000 <br> Facsimile:  (212) 967-4258 <br> Email:  frankoswald@teamtogut.com <br><br> Albert Togut (admitted *pro hac vice*) <br> Eitan Blander (admitted *pro hac vice*) <br> One Penn Plaza, Suite 3335 <br> New York, New York 10119 <br> Telephone:  (212) 594-5000 <br> Facsimile:  (212) 967-4258 <br> Email:  altogut@teamtogut.com <br> eblander@teamtogut.com <br><br> *Counsel for Debtors and Debtors in Possession* |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br><br> Powin, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 25-16137 (MBK) <br><br> (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING SECOND MONTHLY FEE
STATEMENT FOR TOGUT, SEGAL & SEGAL AS CO-COUNSEL
TO THE DEBTORS AND DEBTORS IN POSSESSION FOR
THE PERIOD JULY 1, 2025 THROUGH JULY 31, 2025**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [ 8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487] (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

The Court authorized, under D.N.J. LBR 2016-3(a), compensation to professionals on a monthly basis. Under D.N.J. LBR 2016-3(c), objections to the second monthly fee statement of Togut, Segal & Segal LLP [Docket No. 795] (the "Monthly Fee Statement") filed on August 26, 2025, covering the period July 1, 2025 through July 31, 2025, were to be filed and served not later than September 9, 2025.

I, Frank A. Oswald, certify that, as of September 25, 2025, I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Monthly Fee Statement has been filed. Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

*[Concluded on the following page]*

| | |
|---|---|
| Dated: September 25, 2025 | **TOGUT, SEGAL & SEGAL LLP** |

*/s/ Frank A. Oswald*
Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: altogut@teamtogut.com
 eblander@teamtogut.com

- and -

**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
 van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
 sarah.schrag@dentons.com

*Counsel for Debtors and
Debtors in Possession*