# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

### CERTIFICATE OF NO OBJECTION REGARDING SECOND MONTHLY FEE STATEMENT FOR KURZTMAN CARSON CONSULTANTS, LLC DBA VERITA GLOBAL, AS ADMINISTRATIVE AGENT TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD JULY 1, 2025 THROUGH JULY 31, 2025

The Court authorized, under D.N.J. LBR 2016-3(a), compensation to professionals on a monthly basis. Under D.N.J. LBR 2016-3(c), objections to the second monthly fee statement of Kurztman Carson Consultants, LLC dba Verita Global, as Administrative Agent [Docket No. 806] (the "Monthly Fee Statement") filed on August 28, 2025, covering the period July 1, 2025 through July 31, 2025, were to be filed and served not later than September 11, 2025.

I, Sarah Harbruck, certify that, as of September 25, 2025, I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Monthly

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [ 8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487] (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

Fee Statement has been filed. Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Dated: September 25, 2025

**Kurtzman Carson Consultants, LLC dba Verita Global, Administrative Agent to the Debtor and Debtor in Possession**
**By:**

/s/Sarah Harbuck
SARAH HARBUCK
Assistant General Counsel
Kurzman Carson Consultants, LLC
dba Verita Global