| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents
    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____        _____
                                                                                            Signature

| Name and Address of Served Party | Mode of Service |
|---|---|
| Ace Engineering & Co., Ltd., Carl Kim, 400 Kelby Street, Suite 1701, Fort Lee, NJ, 07024, carl.kim@aceengineering.com | Electronic |
| Ace Engineering & Co., Ltd., Carl Kim, 400 Kelby Street, Suite 1701, Fort Lee, NJ, 07024, chloe@acecontainer.com | Electronic |
| AKA Energy Systems, Jason Aspin, jasonaspin@aka-group.com | Electronic |
| Akaysha, Paul Curnow, paul.curnow@akayshaenergy.com | Electronic |
| Akerman LLP, Mark S. Lichtenstein, 1251 Avenue of the Americas, 37th Floor, New York, NY, 10020, mark.lichtenstein@akerman.com | Electronic |
| Allen Overy Shearman Sterling US LLP, Luckey McDowell, Ian Roberts, 2601 Olive Street, 17th Floor, Dallas, TX, 75201, luckey.mcdowell@aoshearman.com | Electronic |
| Allen Overy Shearman Sterling US LLP, Luckey McDowell, Ian Roberts, 2601 Olive Street, 17th Floor, Dallas, TX, 75201, ian.roberts@aoshearman.com | Electronic |
| Alvarez & Marsal NA, Seth A. Washitz, Rich Newman, 540 W. Madison St., Suite 1800, Chicago, IL, 60661 | First Class |
| APEX Clean Energy, Scott Weiss, Scott.Weiss@apexcleanenergy.com | Electronic |
| Archer & Greiner, P.C., Natasha M. Songonuga, 1025 Laurel Oak Road, Voorhees, NJ, 08043, nsongonuga@archerlaw.com | Electronic |
| Arnold & Porter Kaye Scholer LLP, Benjamin Mintz, Justin Imperato, Gabby Ferreira, 250 West 55th Street, New York, NY, 10019, benjamin.mintz@arnoldporter.com | Electronic |
| Arnold & Porter Kaye Scholer LLP, Benjamin Mintz, Justin Imperato, Gabby Ferreira, 250 West 55th Street, New York, NY, 10019, justin.imperato@arnoldporter.com | Electronic |
| Arnold & Porter Kaye Scholer LLP, Benjamin Mintz, Justin Imperato, Gabby Ferreira, 250 West 55th Street, New York, NY, 10019, gabby.ferreira@arnoldporter.com | Electronic |
| Arnold & Porter Kaye Scholer LLP, Lee M. Cortes, Jr., One Gateway Center, Suite 1025, Newark, NJ, 07102, lee.cortes@arnoldporter.com | Electronic |
| Baker Botts LLP, Micheline Deeik, 2001 Ross Avenue, Suite 900, Dallas, TX, 75201-2980, micheline.deeik@bakerbotts.com | Electronic |
| Baker Botts LLP, Richard B. Harper, Scott R. Bowling, 30 Rockefeller Plaza, New York, NY, 10112, scott.bowling@bakerbotts.com | Electronic |
| Baker Botts LLP, Richard B. Harper, Scott R. Bowling, 30 Rockefeller Plaza, New York, NY, 10112, richard.harper@bakerbotts.com | Electronic |
| Benesch, Friedlander, Coplan & Aronoff LLP, Jennifer R. Hoover, Noelle B. Torrice, 1313 N. Market Street, Suite 1201, Wilmington, DE, 19801, jhoover@beneschlaw.com | Electronic |
| Benesch, Friedlander, Coplan & Aronoff LLP, Jennifer R. Hoover, Noelle B. Torrice, 1313 N. Market Street, Suite 1201, Wilmington, DE, 19801, ntorrice@beneschlaw.com | Electronic |
| Benesch, Friedlander, Coplan & Aronoff LLP, Kevin M. Capuzzi, John C. Gentile, Noelle B. Torrice, 1313 N. Market Street, Suite 1201, Wilmington, DE, 19801, ntorrice@beneschlaw.com | Electronic |
| Benesch, Friedlander, Coplan & Aronoff LLP, Kevin M. Capuzzi, John C. Gentile, Noelle B. Torrice, 1313 N. Market Street, Suite 1201, Wilmington, DE, 19801, kcapuzzi@beneschlaw.com | Electronic |
| Benesch, Friedlander, Coplan & Aronoff LLP, Kevin M. Capuzzi, John C. Gentile, Noelle B. Torrice, 1313 N. Market Street, Suite 1201, Wilmington, DE, 19801, jgentile@beneschlaw.com | Electronic |
| Berkshire Hathaway, Alicia Knapp, Joe Johnson, Alicia.Knapp@bherenewables.com | Electronic |
| Berkshire Hathaway, Alicia Knapp, Joe Johnson, Josiah.Johnson@bherenewables.com | Electronic |
| Brian Palomino, Jack A. Raisner, Raisner Roupinian LLP, 270 Madison Avenue, Suite 1801, New York, NY, 10016, jar@raisnerroupinian.com | Electronic |
| Brown Rudnick, Bennett S Silverberg, Kenneth J Aulet, Eric R. Goodman, 7 Times Square, New York, NY, 10036, KAulet@brownrudnick.com | Electronic |
| Brown Rudnick, Bennett S Silverberg, Kenneth J Aulet, Eric R. Goodman, 7 Times Square, New York, NY, 10036, BSilverberg@brownrudnick.com | Electronic |
| Brown Rudnick, Bennett S Silverberg, Kenneth J Aulet, Eric R. Goodman, 7 Times Square, New York, NY, 10036, EGoodman@brownrudnick.com | Electronic |
| Brown Rudnick, Robert Stark, 7 Times Square, New York, NY, 10036, rstark@brownrudnick.com | Electronic |
| Buchalter, A Professional Corporation, Shawn M. Christianson, 425 Market Street, Suite 2900, San Francisco, CA, 94105-3493, schristianson@buchalter.com | Electronic |
| Celestica LLC, Michael Paul Giallella, 11 Continental Blvd, BLD 300, Suite 103, Merrimack, NH, 03054, mgiallella@celestica.com | Electronic |
| CleanPeak Energy, Gavin Smith, gavin.smith@cleanpeakenergy.com.au | Electronic |
| Cole Schotz P.C., Felice R. Yudkin, Daniel J. Harris, Court Plaza North, 25 Main Street, Hackensack, NJ, 07601, fyudkin@coleschotz.com | Electronic |
| Cole Schotz P.C., Felice R. Yudkin, Daniel J. Harris, Court Plaza North, 25 Main Street, Hackensack, NJ, 07601, | Electronic |

| Name and Address of Served Party | Mode of Service |
|---|---|
| dharris@coleschotz.com | |
| Contemporary Amperex Tech Co., Limited (CATL), Micah Siegal, No.2 Xingang Road Zhangwan Town, Jiaocheng District, Fujian, Ningde City, 352100, China, RuanTF@catlbattery.com | Electronic |
| Contemporary Amperex Tech Co., Limited (CATL), Micah Siegal, No.2 Xingang Road Zhangwan Town, Jiaocheng District, Fujian, Ningde City, 352100, China, micahsiegal@catl.com | Electronic |
| Convergent, Frank Genova, Miranda Morton, fgenova@convergentep.com | Electronic |
| Convergent, Frank Genova, Miranda Morton, mmorton@convergentep.com | Electronic |
| Countryside, Cagri Ozmerdiven, cozmerdiven@csenergy.com | Electronic |
| Cullen and Dykman LLP, Kyriaki Christodoulou, One Battery Park Plaza, 34th Floor, New York, NY, 10004, kchristodoulou@cullenllp.com | Electronic |
| Delaware Attorney General, Attn Bankruptcy Department, Carvel State Office Bldg., 820 N. French St., Wilmington, DE, 19801, attorney.general@state.de.us | Electronic |
| Dentons US LLP, John D. Beck, Sarah M. Schrag, 1221 Avenue of the Americas, New York, NY, 10020-1089, john.beck@dentons.com | Electronic |
| Dentons US LLP, John D. Beck, Sarah M. Schrag, 1221 Avenue of the Americas, New York, NY, 10020-1089, sarah.schrag@dentons.com | Electronic |
| Dentons US LLP, Tania M. Moyron, Van C. Durrer, 601 S. Figueroa Street #2500, Los Angeles, CA, 90017, van.durrer@dentons.com | Electronic |
| Dentons US LLP, Tania M. Moyron, Van C. Durrer, 601 S. Figueroa Street #2500, Los Angeles, CA, 90017, tania.moyron@dentons.com | Electronic |
| Eckert Seamans Cherin & Mellott, LLC, Nicholas M. Gaunce, P.O. Box 5404, Princeton, NJ, 08543, ngaunce@eckertseamans.com | Electronic |
| EDF, Art Del Rio, Blaine Sundwall , Chelsea Turner, art.delrio@edf-re.com | Electronic |
| EDF, Art Del Rio, Blaine Sundwall , Chelsea Turner, Blaine.Sundwall@edf-re.com | Electronic |
| EDF, Art Del Rio, Blaine Sundwall , Chelsea Turner, Chelsea.Turner@edf-re.com | Electronic |
| EnergyRE, Ann Walter, Rocio Mendoza, Greg White, Surya Mohan, Surya.Mohan@energyre.com | Electronic |
| EnergyRE, Ann Walter, Rocio Mendoza, Greg White, Surya Mohan, Ann.Walter@energyre.com | Electronic |
| EnergyRE, Ann Walter, Rocio Mendoza, Greg White, Surya Mohan, rocio.mendoza@energyre.com | Electronic |
| EnergyRE, Ann Walter, Rocio Mendoza, Greg White, Surya Mohan, Greg.White@energyre.com | Electronic |
| esVolta, Randolph Mann, Justin Johns, randolph.mann@esvolta.com | Electronic |
| esVolta, Randolph Mann, Justin Johns, justin.johns@esvolta.com | Electronic |
| Eversheds Sutherland (US) LLP, David A. Wender, 999 Peachtree Street NE, Suite 2300, Atlanta, GA, 30309, davidwender@eversheds-sutherland.com | Electronic |
| Eversheds Sutherland (US) LLP, Todd C. Meyers, 999 Peachtree Street NE, Suite 2300, Atlanta, GA, 30309, toddmeyers@eversheds-sutherland.com | Electronic |
| Eversheds Sutherland (US) LLP, Todd C. Meyers, Sameer M. Alifarag, The Grace Building, 40th Floor, 1114 Avenue of the Americas, New York, NY, 10036, toddmeyers@eversheds-sutherland.com | Electronic |
| Eversheds Sutherland (US) LLP, Todd C. Meyers, Sameer M. Alifarag, The Grace Building, 40th Floor, 1114 Avenue of the Americas, New York, NY, 10036, sameeralifarag@eversheds-sutherland.com | Electronic |
| Faegre Drinker Biddle & Reath LLP, Drew Magee, 300 N. Meridian Street, Suite 2500, Indianapolis, IN, 46204, drew.magee@faegredrinker.com | Electronic |
| Faegre Drinker Biddle & Reath LLP, James H. Millar, Kyle R. Kistinger, 1177 Avenue of the Americas, 41st Floor, New York, NY, 10013, kyle.kistinger@faegredrinker.com | Electronic |
| Faegre Drinker Biddle & Reath LLP, James H. Millar, Kyle R. Kistinger, 1177 Avenue of the Americas, 41st Floor, New York, NY, 10013, james.millar@faegredrinker.com | Electronic |
| Faegre Drinker Biddle & Reath LLP, Michael P. Pompeo, 600 Campus Drive, Florham Park, NJ, 07932, michael.pompeo@faegredrinker.com | Electronic |
| Farella Braun and Martel LLP, Gary M. Kaplan, One Bush Street, Suite 900, San Francisco, CA, 94104, gkaplan@fbm.com | Electronic |
| Foley & Lardner LLP, Anne B. Sekel, 90 Park Ave, 37th Floor, New York, NY, 10016, asekel@foley.com | Electronic |
| Formosa Electronic Industries Inc., Vodka Lee, 5F., No.8, Ln.130, Minquan Rd., Xindian Dist, New Taipei City, 23141, Taiwan, kelvin.chen@feii.com.tw | Electronic |
| Formosa Electronic Industries Inc., Vodka Lee, 5F., No.8, Ln.130, Minquan Rd., Xindian Dist, New Taipei City, 23141, Taiwan, flora.zhang@feii.com.tw | Electronic |
| Formosa Electronic Industries Inc., Vodka Lee, 5F., No.8, Ln.130, Minquan Rd., Xindian Dist, New Taipei City, 23141, Taiwan, vodka.lee@feii.com.tw | Electronic |
| Fox Rothschild, LLP, Joseph J. DiPasquale, Agostino A. Zammiello, 49 Market Street, Morristown, NJ, 07960, jdipasquale@foxrothschild.com | Electronic |

| Name and Address of Served Party | Mode of Service |
|---|---|
| Fox Rothschild, LLP, Joseph J. DiPasquale, Agostino A. Zammiello, 49 Market Street, Morristown, NJ, 07960, azammiello@foxrothschild.com | **Electronic** |
| Genova Burns LLC, Daniel Stolz, 110 Allen Road, Suite 304, Basking Ridge, NJ, 07920, dstolz@genovaburns.com | **Electronic** |
| Genova Burns LLC, Donald Clarke, Jaclynn N. McDonnell, Susan A Long, 494 Broad St, Newark, NJ, 07102, DClarke@genovaburns.com | **Electronic** |
| Genova Burns LLC, Donald Clarke, Jaclynn N. McDonnell, Susan A Long, 494 Broad St, Newark, NJ, 07102, jmcdonnell@genovaburns.com | **Electronic** |
| Genova Burns LLC, Donald Clarke, Jaclynn N. McDonnell, Susan A Long, 494 Broad St, Newark, NJ, 07102, slong@genovaburns.com | **Electronic** |
| Gibbons P.C., Brett S. Theisen, One Gateway Center, Newark, NJ, 07102, btheisen@gibbonslaw.com | **Electronic** |
| Gibbons P.C., John S. Mairo, Kyle P. McEvilly, One Gateway Center, Newark, NJ, 07102, jmairo@gibbonslaw.com | **Electronic** |
| Gibbons P.C., John S. Mairo, Kyle P. McEvilly, One Gateway Center, Newark, NJ, 07102, kmcevilly@gibbonslaw.com | **Electronic** |
| Gibson, Dunn & Crutcher LLP, Jeffrey C. Krause, 333 South Grand Avenue, Los Angeles, CA, 90071-3197, jkrause@gibsondunn.com | **Electronic** |
| Gibson, Dunn & Crutcher LLP, Michael J. Cohen, 200 Park Avenue, New York, NY, 10166-0193, mcohen@gibsondunn.com | **Electronic** |
| GLAS USA LLC, 3 Second Street, Suite 206, Jersey City, NJ, 07311, clientservices.americas@glas.agency | **Electronic** |
| Glidepath, Mark Breen, mbreen@glidepath.net | **Electronic** |
| GreEnergy Resources LLC, Adam Fenner, 1405 4th Avenue NW, #312, Ardmore, OK, 73401, adam.fenner@greenergyresources.com | **Electronic** |
| Hecate, Nick Peri, nperi@fullmarkenergy.com | **Electronic** |
| Herbert Smith Freehills Kramer (US) LLP, Boaz I. Cohen, Kyle J. Ortiz, 1177 Avenue of the Americas, New York, NY, 10036, boaz.cohen@hsfkramer.com | **Electronic** |
| Herbert Smith Freehills Kramer (US) LLP, Boaz I. Cohen, Kyle J. Ortiz, 1177 Avenue of the Americas, New York, NY, 10036, kyle.ortiz@hsfkramer.com | **Electronic** |
| Holland & Knight LLP, Barbra R. Parlin, 787 Seventh Avenue, New York, NY, 10019, barbra.parlin@hklaw.com | **Electronic** |
| Holland & Knight LLP, John Monaghan, Lynne B. Xerras, Kathleen M. St. John, 10 St. James Avenue, Boston, MA, 02116, bos-bankruptcy@hklaw.com | **Electronic** |
| Holland & Knight LLP, John Monaghan, Lynne B. Xerras, Kathleen M. St. John, 10 St. James Avenue, Boston, MA, 02116, Lynne.Xerras@hklaw.com | **Electronic** |
| Holland & Knight LLP, John Monaghan, Lynne B. Xerras, Kathleen M. St. John, 10 St. James Avenue, Boston, MA, 02116, Kathleen.StJohn@hklaw.com | **Electronic** |
| Honeywell, Thomas Craig, Thomas.Craig2@Honeywell.com | **Electronic** |
| Hunt Energy Solutions, Hunter Hunt, hhunt@huntconsolidated.com | **Electronic** |
| Husch Blackwell LLP, Tara T. LeDay, 111 Congress Avenue, Suite 1400, Austin, TX, 78701, Tara.Leday@huschblackwell.com | **Electronic** |
| Idaho Power, Adam Richins, ARichins@idahopower.com | **Electronic** |
| Internal Revenue Service, Attn Susanne Larson, 31 Hopkins Plz Rm 1150, Baltimore, MD, 21201, SBSE.Insolvency.Balt@irs.gov | **Electronic** |
| Internal Revenue Service, Centralized Insolvency Operation, 2970 Market St, Philadelphia, PA, 19104 | **First Class** |
| Invenergy, Derek Price, David Azari, dprice@invenergy.com | **Electronic** |
| Invenergy, Derek Price, David Azari, DAzari@invenergy.com | **Electronic** |
| JMS Wind Energy, LLC, Will Douglas, 8022 S Rainbow Blvd Ste 406, Las Vegas, NV, 89139, julie@jmswindenergy.com | **Electronic** |
| JMS Wind Energy, LLC, Will Douglas, 8022 S Rainbow Blvd Ste 406, Las Vegas, NV, 89139, will.douglas@jmsenergy.net | **Electronic** |
| Jupiter Power, David Hernandez, david.hernandez@jupiterpower.io | **Electronic** |
| KCE, Brian Hayes, Colin Tareila, brian.hayes@keycaptureenergy.com | **Electronic** |
| KCE, Brian Hayes, Colin Tareila, Colin.Tareila@keycaptureenergy.com | **Electronic** |
| Kell, Alterman & Runstein, L.L.P., Mathew W. Lauritsen, 520 SW Yamhill Street, Suite 600, Portland, OR, 97204, mlauritsen@kelrun.com | **Electronic** |
| Kia Energy, Stream Energy Team, acampos@streamenergy.mx | **Electronic** |
| Kia Energy, Stream Energy Team, jalvarez@streamenergy.mx | **Electronic** |
| Kia Energy, Stream Energy Team, elugo@streamenergy.mx | **Electronic** |
| KMC (project Brandywine Onward Energy), Paul Wasssil, paul.wassil@onwardenergy.com | **Electronic** |
| Kupono Solar, LLC, c/o Ameresco, Inc., Rebecca McIntyre, 111 Speen Street, #410, Framingham, MA, 01701, mchiplock@ameresco.com | **Electronic** |
| Kupono Solar, LLC, c/o Ameresco, Inc., Rebecca McIntyre, 111 Speen Street, #410, Framingham, MA, 01701, rmcintyre@ameresco.com | **Electronic** |
| Latham & Watkins, David Hammerman, Blake Denton, Andrew Sorkin, 1271 Avenue of the Americas, New York, NY, 10020, david.hammerman@lw.com | **Electronic** |

| Name and Address of Served Party | Mode of Service |
|---|---|
| Latham & Watkins, David Hammerman, Blake Denton, Andrew Sorkin, 1271 Avenue of the Americas, New York, NY, 10020, blake.denton@lw.com | Electronic |
| Latham & Watkins, David Hammerman, Blake Denton, Andrew Sorkin, 1271 Avenue of the Americas, New York, NY, 10020, andrew.sorkin@lw.com | Electronic |
| Latham & Watkins, Jeffrey Mispagel, 355 South Grand Avenue, Suite 100, Los Angeles, CA, 90071, jeffrey.mispagel@lw.com | Electronic |
| Latham & Watkins, Whit Morley, 330 North Wabash Avenue, Suite 2800, Chicago, IL, 60611, whit.morley@lw.com | Electronic |
| Leader, Phil, phil@ysolar.com.tw | Electronic |
| Leeward, Jason Allen, Theodore Matula, Jason.Allen@LeewardEnergy.com | Electronic |
| Leeward, Jason Allen, Theodore Matula, Theodore.Matula@LeewardEnergy.com | Electronic |
| Longroad, Michael Alvarez, Paul Gaynor, michael.alvarez@longroadenergy.com | Electronic |
| Longroad, Michael Alvarez, Paul Gaynor, paul.gaynor@longroadenergy.com | Electronic |
| Maurice Wutscher LLP, Alan C. Hochheiser, 23611 Chagrin Blvd. Suite 207, Beachwood, OH, 44122, ahochheiser@mauricewutscher.com | Electronic |
| Mayer Brown LLP, Joaquin M. C de Baca, Richard A. Stieglitz, Youmi Kim, 1221 Avenue of the Americas, New York, NY, 10020-1001, rstieglitz@mayerbrown.com | Electronic |
| Mayer Brown LLP, Joaquin M. C de Baca, Richard A. Stieglitz, Youmi Kim, 1221 Avenue of the Americas, New York, NY, 10020-1001, ykim@mayerbrown.com | Electronic |
| Mayer Brown LLP, Joaquin M. C de Baca, Richard A. Stieglitz, Youmi Kim, 1221 Avenue of the Americas, New York, NY, 10020-1001, jcdebaca@mayerbrown.com | Electronic |
| MHPS, Michael Leonard, michael.leonard@amer.mhps.com | Electronic |
| New Jersey Attorney General Office, Division of Law, Richard J. Hughes Justice Complex, 25 Market St, PO Box 112, Trenton, NJ, 08625-0112 | First Class |
| New Jersey Attorney General, Attn Bankruptcy Department, Richard J. Hughes Justice Complex, 25 Market St, PO Box 080, Trenton, NJ, 08625-0080, Heather.Anderson@law.njoag.gov | Electronic |
| New Jersey Attorney General, Attn Bankruptcy Department, Richard J. Hughes Justice Complex, 25 Market St, PO Box 080, Trenton, NJ, 08625-0080, NJAG.ElectronicService.CivilMatters@law.njoag.gov | Electronic |
| New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy Unit, 3 John Fitch Way, 5th Fl, PO Box 245, Trenton, NJ, 08695-0245, NJTax.BNCnoticeonly@treas.nj.gov | Electronic |
| Nidec, Damien Iwanski, damien.iwanski@nidec-asi.com | Electronic |
| Office of the UST for the District of NJ, Jeffery M. Sponder, Lauren Bielskie, One Newark Center, Suite 2100, Newark, NJ, 07102, Lauren.Bielskie@usdoj.gov | Electronic |
| Office of the UST for the District of NJ, Jeffery M. Sponder, Lauren Bielskie, One Newark Center, Suite 2100, Newark, NJ, 07102, jeffrey.m.sponder@usdoj.gov | Electronic |
| OPALCO, Foster Hildreth, fhildreth@opalco.com | Electronic |
| Orange & Rockland, David A. Brooks, Christina Deleveaux, DELEVEAUXC@coned.com | Electronic |
| Orange & Rockland, David A. Brooks, Christina Deleveaux, BROOKSDA@coned.com | Electronic |
| Oregon Attorney General, Attn Bankruptcy Department, 1162 Court St. NE, Salem, OR, 97301-4096, AttorneyGeneral@doj.state.or.us | Electronic |
| Oregon Attorney General, Attn Bankruptcy Department, 1162 Court St. NE, Salem, OR, 97301-4096, Lisa.Udland@doj.state.or.us | Electronic |
| Ormat, Elad Zalkin, ezalkin@ormat.com | Electronic |
| Orrick, Herrington & Sutcliffe LLP, Lorraine McGowen, Michael Trentin, Jenna MacDonald Busche, 51 West 52nd Street, New York, NY, 10019-6142, lmcgowen@orrick.com | Electronic |
| Orrick, Herrington & Sutcliffe LLP, Lorraine McGowen, Michael Trentin, Jenna MacDonald Busche, 51 West 52nd Street, New York, NY, 10019-6142, mtrentin@orrick.com | Electronic |
| Orrick, Herrington & Sutcliffe LLP, Lorraine McGowen, Michael Trentin, Jenna MacDonald Busche, 51 West 52nd Street, New York, NY, 10019-6142, jmacdonaldbusche@orrick.com | Electronic |
| Pashman Stein Walder & Hayden, P.C., John W. Weiss, Leah M. Eisenberg, David E. Sklar, 21 Main Street, Suite 200, Hackensack, NJ, 07601, jweiss@pashmanstein.com | Electronic |
| Pashman Stein Walder & Hayden, P.C., John W. Weiss, Leah M. Eisenberg, David E. Sklar, 21 Main Street, Suite 200, Hackensack, NJ, 07601, leisenberg@pashmanstein.com | Electronic |
| Pashman Stein Walder & Hayden, P.C., John W. Weiss, Leah M. Eisenberg, David E. Sklar, 21 Main Street, Suite 200, Hackensack, NJ, 07601, dsklar@pashmanstein.com | Electronic |
| Pillsbury Winthrop Shaw Pittman LLP, John A. Pintarelli, Patrick E. Fitzmaurice, 31 W. 52nd Street, New York, NY, 10019, john.pintarelli@pillsburylaw.com | Electronic |
| Pillsbury Winthrop Shaw Pittman LLP, John A. Pintarelli, Patrick E. Fitzmaurice, 31 W. 52nd Street, New York, NY, 10019, patrick.fitzmaurice@pillsburylaw.com | Electronic |

| Name and Address of Served Party | Mode of Service |
|---|---|
| PNM, PNM Team, Sean.LEcluse@txnmenergy.com | **Electronic** |
| PNM, PNM Team, Doreilly@mstlaw.com | **Electronic** |
| PNM, PNM Team, Christopher.Atencio@txnmenergy.com | **Electronic** |
| PNM, PNM Team, Christopher.Pecoraro@txnmenergy.com | **Electronic** |
| PNM, PNM Team, Christian.Reeves@txnmenergy.com | **Electronic** |
| PNM, PNM Team, christopher.pecoraro@pnmresources.com | **Electronic** |
| Porter Hedges LLP, Eric M. English, James A. Keefe, 1000 Main St., 36th Floor, Houston, TX, 77002, eenglish@porterhedges.com | **Electronic** |
| Porter Hedges LLP, Eric M. English, James A. Keefe, 1000 Main St., 36th Floor, Houston, TX, 77002, jkeefe@porterhedges.com | **Electronic** |
| Portland General Electric, Kevin Whitener, kevin.whitener@pgn.com | **Electronic** |
| Powerflex, Bryan Towe, bryan.towe@powerflex.com | **Electronic** |
| PowerSecure, Eric Dupont, edupont@powersecure.com | **Electronic** |
| Powin, LLC, Chad Paulson, Gerard Uzzi, 20550 SW 115th Avenue, Tualatin, OR, 97062, chad.paulson@powin.com | **Electronic** |
| Powin, LLC, Chad Paulson, Gerard Uzzi, 20550 SW 115th Avenue, Tualatin, OR, 97062, guzzi@uzzilall.com | **Electronic** |
| Prevalon (Mitsubishi Power), Tom Cornell, Michael McManus, thomas.cornell@prevalonenergy.com | **Electronic** |
| Prevalon (Mitsubishi Power), Tom Cornell, Michael McManus, Michael.McManus@prevalonenergy.com | **Electronic** |
| Pulse Clean Energy, Trevor Wills, trevor.wills@pulsecleanenergy.com | **Electronic** |
| Pure Power Solutions, Rody Jonas, rody@purepowersolutions.com | **Electronic** |
| PureSky, PureSky Team, taylor.dunn@pureskyenergy.com | **Electronic** |
| PureSky, PureSky Team, Muhammed.Johar@pureskyenergy.com | **Electronic** |
| R.H. Shipping & Chartering S De RL De CV, Rudolf Hess, Av. Paseo De La Reforma No. 222 Piso 15, Col. Juarez Cuauhtemoc, Ciudad De Mexico, CX06600, Mexico, rudolf@rh-shipping.com | **Electronic** |
| R.H. Shipping & Chartering S De RL De CV, Rudolf Hess, Av. Paseo De La Reforma No. 222 Piso 15, Col. Juarez Cuauhtemoc, Ciudad De Mexico, CX06600, Mexico, cobranza@rh-shipping.com | **Electronic** |
| Rabinowitz, Lubetkin & Tully, LLC, Jeffrey A. Cooper, 293 Eisenhower Parkway, Suite 100, Livingston, NJ, 07039, jcooper@rltlawfirm.com | **Electronic** |
| Reed Smith LLP, Nicholas B. Vislocky, Andy Buck, David A. Pisciotta, Richard C. Solow, 599 Lexington Avenue, 22nd Floor, New York, NY, 10022, NVislocky@reedsmith.com | **Electronic** |
| Reed Smith LLP, Nicholas B. Vislocky, Andy Buck, David A. Pisciotta, Richard C. Solow, 599 Lexington Avenue, 22nd Floor, New York, NY, 10022, ABuck@reedsmith.com | **Electronic** |
| Reed Smith LLP, Nicholas B. Vislocky, Andy Buck, David A. Pisciotta, Richard C. Solow, 599 Lexington Avenue, 22nd Floor, New York, NY, 10022, dpisciotta@reedsmith.com | **Electronic** |
| Reed Smith LLP, Nicholas B. Vislocky, Andy Buck, David A. Pisciotta, Richard C. Solow, 599 Lexington Avenue, 22nd Floor, New York, NY, 10022, rsolow@reedsmith.com | **Electronic** |
| Riker Danzig LLP, Joseph L. Schwartz, Gregory S. Toma, 7 Giralda Farms, Suite 250, Madison, NJ, 07940-1051, jschwartz@riker.com | **Electronic** |
| Riker Danzig LLP, Joseph L. Schwartz, Gregory S. Toma, 7 Giralda Farms, Suite 250, Madison, NJ, 07940-1051, gtoma@riker.com | **Electronic** |
| Riker Danzig LLP, Tara J. Schellhorn, 7 Giralda Farms, Suite 250, Madison, NJ, 07940-1051, tschellhorn@riker.com | **Electronic** |
| Rubicon Professional Services, LLC, 3370 Chastain Gardens Drive, Suite 220, Kennesaw, GA, 30144, accounting@rubiconps.com | **Electronic** |
| Rubicon Professional Services, LLC, 3370 Chastain Gardens Drive, Suite 220, Kennesaw, GA, 30144, bpirrone@rubiconps.com | **Electronic** |
| Rubicon Professional Services, LLC, 3370 Chastain Gardens Drive, Suite 220, Kennesaw, GA, 30144, moriordan@rubiconps.com | **Electronic** |
| Rubicon Professional Services, LLC, 3370 Chastain Gardens Drive, Suite 220, Kennesaw, GA, 30144, hgessler@rubiconps.com | **Electronic** |
| Saul Ewing LLP, Lucian B. Murley, 1201 N. Market Street, Suite 2300, Wilmington, DE, 19801, luke.murley@saul.com | **Electronic** |
| Saul Ewing LLP, Turner N. Falk, 1500 Market Street, 38th Floor, Philadelphia, PA, 19102, turner.falk@saul.com | **Electronic** |
| Schenck, Price, Smith & King, LLP, Franklin Barbosa, Jr., 220 Park Avenue, P.O. Box 991, Florham Park, NJ, 07932-0991, fb@spsk.com | **Electronic** |
| Securities & Exchange Commission, NY Regional Office, Regional Director, 100 Pearl St., Suite 20-100, New York, NY, 10004-2616, bankruptcynoticeschr@sec.gov | **Electronic** |
| Securities & Exchange Commission, NY Regional Office, Regional Director, 100 Pearl St., Suite 20-100, New York, NY, 10004-2616, nyrobankruptcy@sec.gov | **Electronic** |
| Securities & Exchange Commission, PA Regional Office, Regional Director, One Penn Center, 1617 JFK Boulevard Ste 520, | **Electronic** |

| Name and Address of Served Party | Mode of Service |
|---|---|
| Philadelphia, PA, 19103, philadelphia@sec.gov | |
| Securities & Exchange Commission, Secretary of the Treasury, 100 F St NE, Washington, DC, 20549, SECBankruptcy-OGC-ADO@SEC.GOV | Electronic |
| Securities & Exchange Commission, Secretary of the Treasury, 100 F St NE, Washington, DC, 20549, secbankruptcy@sec.gov | Electronic |
| Sheppard, Mullin, Richter & Hampton LLP, Ori Katz, Jeannie Kim, Four Embarcadero Center, 17th Floor, San Francisco, CA, 94115, okatz@sheppardmullin.com | Electronic |
| Sheppard, Mullin, Richter & Hampton LLP, Ori Katz, Jeannie Kim, Four Embarcadero Center, 17th Floor, San Francisco, CA, 94115, jekim@sheppardmullin.com | Electronic |
| Sheppard, Mullin, Richter & Hampton LLP, Sean Kirby, 30 Rockefeller Plaza, 39th Floor, New York, NY, 10112, skirby@sheppardmullin.com | Electronic |
| Sherman, Silverstein, Kohl, Rose & Podolsky, P.A., Arthur J. Abramowitz, Ross J. Switkes, 308 Harper Drive, Suite 200, Moorestown, NJ, 08057, aabramowitz@shermansilverstein.com | Electronic |
| Sherman, Silverstein, Kohl, Rose & Podolsky, P.A., Arthur J. Abramowitz, Ross J. Switkes, 308 Harper Drive, Suite 200, Moorestown, NJ, 08057, rswitkes@shermansilverstein.com | Electronic |
| Sol Systems, Yuri Horwitz, Richard Romero, yuri.horwitz@solsystems.com | Electronic |
| Sol Systems, Yuri Horwitz, Richard Romero, richard.romero@solsystems.com | Electronic |
| Solvida, Stephen Smith, stephen@solvidaenergy.com | Electronic |
| Southern Company, Jay McFarland, Alison, John, JDMcFarl@southernco.com | Electronic |
| Southern Company, Jay McFarland, Alison, John, apbrown@southernco.com | Electronic |
| Southern Company, Jay McFarland, Alison, John, jdkilcoy@southernco.com | Electronic |
| Stem, Ilya Kramarevsky, Ilya.Kramarevsky@stem.com | Electronic |
| Strata, Bob Schaffeld, bob.schaffeld@stratacleanenergy.com | Electronic |
| Sungrid, Jake Wang, jake.wang@sungridsolutions.com | Electronic |
| Texas Attorney General, Attn Bankruptcy Department, 300 W. 15th St, Austin, TX, 78701, bankruptcytax@oag.texas.gov | Electronic |
| Texas Attorney General, Attn Bankruptcy Department, 300 W. 15th St, Austin, TX, 78701, communications@oag.texas.gov | Electronic |
| Thompson Hine LLP, Jeremy M. Campana, Alexander J. Andrews, 300 Madison Avenue, 27th Floor, New York, NY, 10017, Jeremy.Campana@ThompsonHine.com | Electronic |
| Thompson Hine LLP, Jeremy M. Campana, Alexander J. Andrews, 300 Madison Avenue, 27th Floor, New York, NY, 10017, Alexander.Andrews@ThompsonHine.com | Electronic |
| Togut, Segal & Segal LLP, Albert Togut, Amanda C. Glaubach, Eitan Blander, One Penn Plaza, Suite 3335, New York, NY, 10119, altogut@teamtogut.com | Electronic |
| Togut, Segal & Segal LLP, Albert Togut, Amanda C. Glaubach, Eitan Blander, One Penn Plaza, Suite 3335, New York, NY, 10119, aglaubach@teamtogut.com | Electronic |
| Togut, Segal & Segal LLP, Albert Togut, Amanda C. Glaubach, Eitan Blander, One Penn Plaza, Suite 3335, New York, NY, 10119, eblander@teamtogut.com | Electronic |
| Togut, Segal & Segal LLP, Frank A. Oswald, 550 Broad Street, Suite 1508, Newark, NJ, 07102, frankoswald@teamtogut.com | Electronic |
| TPE Energy, Pedro Huang, pedro.huang@tpeenergy.com.tw | Electronic |
| Troutman Pepper Locke LLP, David M. Fournier, Joanna J. Cline, Tori L. Remington, Hercules Plaza, Suite 1000, 1313 N. Market Street, P.O. Box 1709, Wilmington, DE, 19899-1709, david.fournier@troutman.com | Electronic |
| Troutman Pepper Locke LLP, David M. Fournier, Joanna J. Cline, Tori L. Remington, Hercules Plaza, Suite 1000, 1313 N. Market Street, P.O. Box 1709, Wilmington, DE, 19899-1709, tori.remington@troutman.com | Electronic |
| Troutman Pepper Locke LLP, David M. Fournier, Joanna J. Cline, Tori L. Remington, Hercules Plaza, Suite 1000, 1313 N. Market Street, P.O. Box 1709, Wilmington, DE, 19899-1709, joanna.cline@troutman.com | Electronic |
| UB Greensfelder LLP, Stuart A. Laven, Jr., 1660 West 2nd Street, Suite 1100, Cleveland, OH, 44113-1406, salaven@ubglaw.com | Electronic |
| US Attorney for District of New Jersey, Alina Habba, 970 Broad Street, 7th Floor, Newark, NJ, 07102 | First Class |
| Vedder Price P.C., Courtney M. Brown, Joshua A. Dunn, Michael Schein, Max DuVal, 1633 Broadway, 31st Floor, New York, NY, 10019, cmbrown@vedderprice.com | Electronic |
| Vedder Price P.C., Courtney M. Brown, Joshua A. Dunn, Michael Schein, Max DuVal, 1633 Broadway, 31st Floor, New York, NY, 10019, jdunn@vedderprice.com | Electronic |
| Vedder Price P.C., Courtney M. Brown, Joshua A. Dunn, Michael Schein, Max DuVal, 1633 Broadway, 31st Floor, New York, NY, 10019, mschein@vedderprice.com | Electronic |
| Vedder Price P.C., Courtney M. Brown, Joshua A. Dunn, Michael Schein, Max DuVal, 1633 Broadway, 31st Floor, New York, NY, 10019, mduval@vedderprice.com | Electronic |
| Verita, Darlene S. Calderon, 222 N Pacific Coast Highway, Suite 300, El Segundo, CA, 90245, Powininfo@veritaglobal.com | Electronic |
| Vinson & Elkins LLP, Steven M. Abramowitz, David S. Meyer, Lauren R. Kanzer, 1114 Avenue of the Americas, 32nd Floor, New York, NY, 10036, sabramowitz@velaw.com | Electronic |

| Name and Address of Served Party | Mode of Service |
|---|---|
| Vinson & Elkins LLP, Steven M. Abramowitz, David S. Meyer, Lauren R. Kanzer, 1114 Avenue of the Americas, 32nd Floor, New York, NY, 10036, dmeyer@velaw.com | **Electronic** |
| Vinson & Elkins LLP, Steven M. Abramowitz, David S. Meyer, Lauren R. Kanzer, 1114 Avenue of the Americas, 32nd Floor, New York, NY, 10036, lkanzer@velaw.com | **Electronic** |
| Vinson & Elkins LLP, William L. Wallander, Matthew D. Struble, 2001 Ross Avenue, Suite 3900, Dallas, TX, 75201, mstruble@velaw.com | **Electronic** |
| Vinson & Elkins LLP, William L. Wallander, Matthew D. Struble, 2001 Ross Avenue, Suite 3900, Dallas, TX, 75201, bwallander@velaw.com | **Electronic** |
| Webber McGill LLC, Douglas J. McGill, 100 E. Hanover Avenue, Suite 401, Cedar Knolls, NJ, 07927, dmcgill@webbermcgill.com | **Electronic** |
| Weltman, Weinberg & Reis Co. LPA, Scott D. Fink, 5990 West Creek Rd Suite 200, Independence, OH, 44131, bronationalecf@weltman.com | **Electronic** |
| White & Case LLP, Andrew Zatz, Shana Vantusko, Emilio Grandio, Nadav Klugman, David Ridley, Andrea Amulic, Adam Swingle, 1221 Avenue of the Americas, New York, NY, 10020-1095, adam.swingle@whitecase.com | **Electronic** |
| White & Case LLP, Andrew Zatz, Shana Vantusko, Emilio Grandio, Nadav Klugman, David Ridley, Andrea Amulic, Adam Swingle, 1221 Avenue of the Americas, New York, NY, 10020-1095, azatz@whitecase.com | **Electronic** |
| White & Case LLP, Andrew Zatz, Shana Vantusko, Emilio Grandio, Nadav Klugman, David Ridley, Andrea Amulic, Adam Swingle, 1221 Avenue of the Americas, New York, NY, 10020-1095, andrea.amulic@whitecase.com | **Electronic** |
| White & Case LLP, Andrew Zatz, Shana Vantusko, Emilio Grandio, Nadav Klugman, David Ridley, Andrea Amulic, Adam Swingle, 1221 Avenue of the Americas, New York, NY, 10020-1095, David.Ridley@whitecase.com | **Electronic** |
| White & Case LLP, Andrew Zatz, Shana Vantusko, Emilio Grandio, Nadav Klugman, David Ridley, Andrea Amulic, Adam Swingle, 1221 Avenue of the Americas, New York, NY, 10020-1095, nadav.klugman@whitecase.com | **Electronic** |
| White & Case LLP, Andrew Zatz, Shana Vantusko, Emilio Grandio, Nadav Klugman, David Ridley, Andrea Amulic, Adam Swingle, 1221 Avenue of the Americas, New York, NY, 10020-1095, emilio.grandio@whitecase.com | **Electronic** |
| White & Case LLP, Andrew Zatz, Shana Vantusko, Emilio Grandio, Nadav Klugman, David Ridley, Andrea Amulic, Adam Swingle, 1221 Avenue of the Americas, New York, NY, 10020-1095, shana.white@whitecase.com | **Electronic** |
| White & Case LLP, Erin Rosenberg, Adam Swingle, 111 South Wacker Drive, Suite 5100, Chicago, IL, 60606, erin.rosenberg@whitecase.com | **Electronic** |
| White & Case LLP, Erin Rosenberg, Adam Swingle, 111 South Wacker Drive, Suite 5100, Chicago, IL, 60606, adam.swingle@whitecase.com | **Electronic** |
| Wollmuth Maher & Deutsch LLP, Paul R. DeFilippo, James N. Lawlor, 500 Fifth Avenue, New York, NY, 10110, pdefilippo@wmd-law.com | **Electronic** |
| Wollmuth Maher & Deutsch LLP, Paul R. DeFilippo, James N. Lawlor, 500 Fifth Avenue, New York, NY, 10110, jlawlor@wmd-law.com | **Electronic** |
| Womble Bond Dickinson (US) LLP, Kevin J. Mangan, Lisa Bittle Tancredi, 1313 North Market Street, Suite 1200, Wilmington, DE, 19801, kevin.mangan@wbd-us.com | **Electronic** |
| Womble Bond Dickinson (US) LLP, Kevin J. Mangan, Lisa Bittle Tancredi, 1313 North Market Street, Suite 1200, Wilmington, DE, 19801, lisa.tancredi@wbd-us.com | **Electronic** |
| Young Conaway Stargatt & Taylor, LLP, Sean M. Beach, Kara Hammond Coyle, 1000 North King Street, Wilmington, DE, 19801, kcoyle@ycst.com | **Electronic** |
| Young Conaway Stargatt & Taylor, LLP, Sean M. Beach, Kara Hammond Coyle, 1000 North King Street, Wilmington, DE, 19801, sbeach@ycst.com | **Electronic** |