# THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF NEW JERSEY
## TRENTON DIVISION

| | |
|---|---|
| IN RE: Powin, LLC, Debtor(s).<br>20550 SW 115th Avenue<br>Tualatin, OR 97062<br><br>XXX-XX- | Case No. 25-16137 MBK<br>Chapter 11 |

## Notice of Appearance and Request for Notice

    Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the TN Dept of Revenue.

Notices should be addressed to:
TN Dept of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

    The TN Dept of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

    Respectfully submitted,
Jonathan Skrmetti
Attorney General and Reporter

*/s/ Gina Baker Hantel*
Gina Baker Hantel
Senior Assistant Attorney General
BPR No. 018019
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY DIVISION
P O BOX 20207
Nashville, TN 37202-0207
Phone: (615) 532-8928    Fax: 615-741-3334
Email: gina.hantel@ag.tn.gov

## CERTIFICATE OF SERVICE

    I certify that on <u>September 30, 2025</u> a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

*/s/ Gina Baker Hantel*
Gina Baker Hantel
Senior Assistant Attorney General

| | |
|---|---|
| Office of the U.S. Trustee<br>One Newark Center<br>Suite 2100<br>Newark, New Jersey 07102 | Lauren M. Macksoud<br>Attorney for the Debtor(s)<br>1221 Avenue of the Americas<br>Ste 25th Floor<br>New York, NY 10020 |