|  |  |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**VINSON & ELKINS LLP**<br><br>Steven M. Abramowitz (No. 043641990)<br>David S. Meyer (admitted *pro hac vice*)<br>Lauren R. Kanzer (admitted *pro hac vice*)<br>The Grace Building<br>1114 Avenue of the Americas, 32nd Floor<br>New York, New York 10036-7708<br>Tel: (212) 237-0000<br>Fax: (212) 237-0100<br>Email: sabramowitz@velaw.com<br>       dmeyer@velaw.com<br>       lkanzer@velaw.com<br><br>-and-<br><br>William L. Wallander (admitted *pro hac vice*)<br>Matthew D. Struble (admitted *pro hac vice*)<br>2001 Ross Avenue, Suite 3900<br>Dallas, Texas 75201<br>Tel: (214) 220-7700<br>Fax: (214) 220-7716<br>Email: bwallander@velaw.com<br>       mstruble@velaw.com<br><br>*Counsel for Ad Hoc Group of Customers of Powin, LLC* |  |
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>          Debtors. | Case No. 25 – 16137 (MBK)<br><br>Chapter 11<br><br>(Jointly Administered) |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin, LLC [0504], (ii) PEOS Holdings, LLC [5476], (iii) Powin Project LLC [1583], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487].  The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

4931-2300-3245

# NOTICE OF WITHDRAWAL
# OF PARTICIPATION OF WEST WARWICK ENERGY
# STORAGE 1 LLC, WEST WARWICK ENERGY STORAGE 2 LLC,
# AND WEST WARWICK ENERGY STORAGE 3 LLC IN DOCKET NOS. 296 AND 297

**PLEASE TAKE NOTICE** that West Warwick Energy Storage 1 LLC, West Warwick Energy Storage 2 LLC, and West Warwick Energy Storage 3 LLC hereby withdraw their participation in (A) the *Emergency Motion of Ad Hoc Customer Group for Entry of an Order (I) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code, and (II) Granting Related Relief* [Docket No. 297] (the "**Adequate Protection Motion**") and (B) the *Limited Objection and Reservation of Rights of Ad Hoc Customer Group to Omnibus Motion of the Debtors for Entry of an Order (I) Authorizing the Rejection of Legacy Customer Contracts and (II) Granting Related Relief* [Docket No. 296] (the "**Rejection Objection**").

**PLEASE TAKE FURTHER NOTICE THAT**, for the avoidance of doubt, Lone Star Solar, LLC and Idaho Power Company continue their participation in the Adequate Protection Motion and the Rejection Objection at this time.

4931-2300-3245

Dated: September 30, 2025
New York, NY

/s/ *Steven M. Abramowitz*
**VINSON & ELKINS LLP**
Steven M. Abramowitz (NJ Bar No. 043641990)
David S. Meyer (admitted *pro hac vice*)
Lauren R. Kanzer (admitted *pro hac vice*)
The Grace Building
1114 Avenue of the Americas, 32nd Floor
New York, New York 10036-7708
Tel: (212) 237-0000
Fax: (212) 237-0100
Email: sabramowitz@velaw.com
　　　　dmeyer@velaw.com
　　　　lkanzer@velaw.com

-and-

William L. Wallander (admitted *pro hac vice*)
Matthew D. Struble (admitted *pro hac vice*)
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Tel: (214) 220-7700
Fax: (214) 220-7716
Email: bwallander@velaw.com
　　　　mstruble@velaw.com

*Counsel for Ad Hoc Group of Customers of Powin, LLC*

## **CERTIFICATE OF SERVICE**

      I certify that on September 30, 2025, I or another attorney of my firm caused a true and correct copy of the foregoing document to be: (i) served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of New Jersey on those parties registered to receive electronic notices, and (ii) served upon (a) the Debtors, (b) the Office of the United States Trustee for the District of New Jersey, (c) counsel to the Committee, and (d) FlexGen.

      */s/ Steven M. Abramowitz*
      Steven M. Abramowitz

4931-2300-3245