**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br>　　　　　Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

　　　　I, Travis R. Buckingham, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

　　　　On September 24, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Sale by Auction and Sale Hearing** [substantially in the form attached as Schedule 1 to Docket No. 413]

- **Notice of Winning Bidders** [Docket No. 591][2]

- **Notice of Revised Order Approving Sale of Shares in EKS Holdco, LLC and Filing of Release and Sale Agreement** [Docket No. 649][3]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

[2] With respect to Docket No. 591, Exhibits A through C were excluded from hard copy service (other than service upon the Master Service List). A slipsheet was included with a QR Code directing recipients to the full version of the document.

[3] With respect to Docket No. 649, Exhibits A through C were excluded from hard copy service (other than service upon the Master Service List). A slipsheet was included with a QR code directing recipients to the full version of the document.

Furthermore, on September 24, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Notice of Potentially Assumed Executory Contracts and Unexpired Leases** [Docket No. 446]

- **Order (I) Authorizing the Debtors to Enter Into and Perform Under the EKS Agreements, and (II) Granting Related Relief** [Docket No. 691]

- **Order (I) Authorizing the Debtors to Enter Into and Perform Under the Mainfreight Distribution Pty Ltd Bill of Sale, (II) Approving the Sale of the Mainfreight Credit Bid Collateral Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (III) Granting Related Relief** [Docket No. 692]

- **Order (I) Authorizing the Debtors to Enter Into and Perform Under the FlexGen Power Systems, LLC Asset Purchase Agreement, (II) Approving the Sale of Purchased Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (III) Authorizing the Assumption and Assignment of the Assumed Contracts to Purchaser and Establishing Cure Amounts Related Thereto in Accordance with the Assumption and Assignment Procedures, and (IV) Granting Related Relief** [Docket No. 751][4]

Furthermore, on September 24, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via First Class Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**:

- **Notice of Proposed Orders Approving Sales** [Docket No. 608][5]

Dated: September 30, 2025

/s/ *Travis R. Buckingham*
Travis R. Buckingham
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

---

[4] With respect to Docket No. 751, the Asset Purchase Agreement attached as Schedule 1 and the related Transaction Documents were excluded from hard copy service (other than service upon the Master Service List). A slipsheet was included with a QR code directing recipients to the full version of the document.

[5] With respect to Docket No. 608, Exhibits A through C were excluded from hard copy service (other than service upon the Master Service List). A slipsheet was included with a QR Code directing recipients to the full version of the document.

2

# Exhibit A

**Exhibit A**
**Supplemental Contract Counterparty Service List**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| West Columbia Storage, LLC | 500 W Madison St, Suite 1210 | Chicago | IL | 60661 |

# Exhibit B

**Exhibit B**
**Supplemental Contract Counterparty Service List**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| Borrego Solar Systems, Inc. | 360 22nd Street, Suite 600 | Oakland | CA | 94612 |