**Order Filed on October 7, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

### ORDER SHORTENING TIME PERIOD FOR NOTICE AND SETTING HEARING

The relief set forth on the following pages, numbered one (1) through six (6), is **ORDERED.**

**DATED: October 7, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(page 2)
Debtors:            Powin, LLC, et al.
Case No.            25-16137 (MBK)
Caption of Order:   Order Shortening Time Period for Notice and Setting Hearing

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| **DENTONS US LLP** | **TOGUT, SEGAL & SEGAL LLP** |
|---|---|
| Tania M. Moyron (admitted *pro hac vice*)<br>Van C. Durrer, II (admitted *pro hac vice*)<br>601 S. Figueroa Street #2500<br>Los Angeles, CA 90017<br>Telephone: (213) 623-9300<br>Facsimile: (213) 623-9924<br>Email: tania.moyron@dentons.com<br>        van.durrer@dentons.com<br><br>John D. Beck (admitted *pro hac vice*)<br>Sarah M. Schrag (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>Telephone: (212) 768-6700<br>Facsimile: (212) 768-6800<br>Email: john.beck@dentons.com<br>        sarah.schrag@dentons.com<br><br>*Counsel for Debtors and*<br>*Debtors in Possession* | Frank A. Oswald (admitted)<br>550 Broad Street<br>Suite 1508<br>Newark, NJ 07102<br>Telephone: (212) 594-5000<br>Facsimile: (212) 967-4258<br>Email: frankoswald@teamtogut.com<br><br>Albert Togut (admitted *pro hac vice*)<br>Eitan Blander (admitted *pro hac vice*)<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>Telephone: (212) 594-5000<br>Facsimile: (212) 967-4258<br>Email: altogut@teamtogut.com<br>        eblander@teamtogut.com<br><br>*Counsel for Debtors and*<br>*Debtors in Possession* |
| **BROWN RUDNICK LLP** | **GENOVA BURNS LLC** |
| Robert J. Stark, Esq.<br>Kenneth J. Aulet, Esq.<br>Bennett S. Silverberg, Esq.<br>Jeffrey L. Jonas, Esq.<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4924<br>Facsimile: (212) 938-2924<br>Email: rstark@brownrudnick.com<br>        kaulet@brownrudnick.com<br>        bsilverberg@brownrudnick.com<br>        jjonas@brownrudnick.com<br><br>*Counsel for the Official Committee of Unsecured*<br>*Creditors* | Daniel M. Stolz (admitted)<br>Donald W. Clarke (admitted)<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Telephone: (973) 533-0777<br>Facsimile: (973) 814-4045<br>Email: dstolz@genovaburns.com<br>        dclark@genovaburns.com<br><br><br><br><br><br>*Counsel for the Official Committee of Unsecured*<br>*Creditors* |

(page 3)
Debtors:          Powin, LLC, et al.
Case No.          25-16137 (MBK)
Caption of Order: Order Shortening Time Period for Notice and Setting Hearing

Upon review of the *Debtors' Application for Entry of an Order Shortening Time for Hearing on Joint Motion of the Plan Proponents for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement on Conditional Basis, (II) the Solicitation and Notice Procedures, (III) the Forms of Ballots and Notices in Connection Therewith, and (iv) Certain Dates with Respect Thereto* (the "<u>Application</u>"), of the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") for entry of an order (this "<u>Order</u>") requesting that the time period for notice of the *Joint Motion of the Plan Proponents for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement on Conditional Basis, (II) the Solicitation and Notice Procedures, (III) the Forms of Ballots and Notices in Connection Therewith, and (iv) Certain Dates with Respect Thereto* (the "<u>Motion</u>"), be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1),

**IT IS HEREBY ORDERED THAT:**

1. A hearing will be conducted on the Motion on <u>October 10</u>, 2025 at <u>1:00 pm</u>, before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Courtroom 8, Trenton, NJ 08608.

2. The Debtors must serve a copy of this Order, and all related documents to all parties in interests by either regular mail or email, as applicable.

3. Service must be made same day as the date of this Order.

4. Notice by telephone is not required.

(page 4)
Debtors:         Powin, LLC, et al.
Case No.         25-16137 (MBK)
Caption of Order:    Order Shortening Time Period for Notice and Setting Hearing

    5.    Any objections to the Motion may be presented orally at the hearing.

    6.    Information to participate in the hearing via zoom can be found at https://www.njb.uscourts.gov/powin.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                          Case No. 25-16137-MBK

Powin, LLC                                                                                                              Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                               User: admin                               Page 1 of 1

Date Rcvd: Oct 07, 2025                    Form ID: pdf903                     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**

+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2025:**

**Recip ID**                **Recipient Name and Address**
db                     + Powin, LLC, 20550 SW 115th Avenue, Tualatin, OR 97062-6857

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2025                          Signature:          /s/Gustava Winters