|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1(a) <br><br> **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** <br> Kevin M. Capuzzi (NJ No. 173442015) <br> John C. Gentile <br> Noelle B. Torrice (NJ No. 79132013) <br> Continental Plaza II <br> 411 Hackensack Ave., 3rd Floor <br> Hackensack, NJ 07601-6323 <br> Telephone: (302) 442-7010 <br> Facsimile: (302) 442-7012 <br> kcapuzzi@beneschlaw.com <br> jgentile@beneschlaw.com <br> ntorrice@beneschlaw.com <br><br> *Counsel to Mainfreight Distribution Pty Ltd* |  |
| In re: <br><br> Powin, LLC, *et al.*,[1] <br><br>   Debtors. | Chapter 11 <br><br> Case No. 25-16137 (MBK) <br><br> Judge: Michael B. Kaplan <br><br> (Jointly Administered) <br><br> **RE: D.I. 818 & 821** |

## NOTICE OF WITHDRAWAL OF DOCKET NOS. 818 AND 821

**PLEASE TAKE NOTICE** that Mainfreight Distribution Pty Ltd, by and through its undersigned counsel, hereby withdraws its *Motion to Compel Payment of Agreed-Upon Storage, Transportation, and Associated Fees by BHER Ravenswood Solar I, LLC and for Sanctions against BHER Ravenswood Solar I, LLC* [Docket No. 818]. Counsel to BHER Ravenswood Solar

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

I, LLC does not oppose this withdrawal and consents to the withdrawal of its *Objection of BHER Ravenswood Solar I, LLC to Mainfreight Inc.'s Motion to Compel Payment of Agreed-Upon Storage, Transportation, and Associated Fees by BHER Ravenswood Solar I, LLC and for Sanctions against BHER Ravenswood Solar I, LLC for Charges Related to Goods Mainfreight, Inc. Refuses to Deliver to BHER Ravenswood, LLC and to Hearing Said Motion on Shortened Notice* [Docket No. 821] as moot.

Dated: October 10, 2025

Respectfully submitted,

**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**

 /s/ *Kevin M. Capuzzi*
Kevin M. Capuzzi (NJ No. 173442015)
John C. Gentile
Noelle B. Torrice (NJ No. 79132013)
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: kcapuzzi@beneschlaw.com
           jgentile@beneschlaw.com
           ntorrice@beneschlaw.com

*Counsel to Mainfreight Distribution Pty Ltd*