**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
      van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
      sarah.schrag@dentons.com

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Amanda C. Glaubach (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: altogut@teamtogut.com
      aglaubach@teamtogut.com
      eblander@teamtogut.com

*Counsel for Debtors and*
*Debtors in Possession*

*Counsel for Debtors and*
*Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br>          Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

### DECLARATION OF PASCAL JIANG (江苗) ON BEHALF OF PROPOSED ORDINARY COURSE PROFESSIONAL BEIJING DACHENG LAW OFFICES, LLP (SHANGHAI)

I, Pascal JIANG (江苗), pursuant to Section 1746 of title 28 of the United States Code, hereby declare that the following is true to the best of my information, knowledge, and belief:

1. I am a partner in the law firm of Beijing Dacheng Law Offices, LLP (Shanghai), located at 9th/24th/25th Floor, Shanghai World Financial Center, No.100 Century Avenue, Shanghai, China ("Beijing Dacheng Law Offices", including our member offices of Beijing Dacheng Law Offices, LLP in China).

2. This declaration (this "Declaration") is submitted in connection with an order of the United States Bankruptcy Court for the District of New Jersey authorizing Powin, LLC and/or its affiliated debtors (collectively, the "Debtors") to retain certain professionals in the ordinary course of business during the pendency of the Debtors' Chapter 11 Cases [Docket No. 0846] (the "Order"). Following the date that the Debtors commenced their chapter 11 cases (the "Petition Date"), the Debtors requested that Beijing Dacheng Law Offices provide professional services (or continue to provide such services) to the Debtors, and Beijing Dacheng Law Offices has consented to provide such services. Accordingly, Beijing Dacheng Law Offices is submitting this Declaration pursuant to the Order.

3. Beijing Dacheng Law Offices, through me, and other members, partners, associates, or employees of Beijing Dacheng Law Offices, has provided, or plans to provide, the following services to the Debtors from and after the Petition Date:

    a. advise Powin, LLC regarding the de-registration, liquidation and bankruptcy matters of Powin China entities and representative office;

    b. advise Powin, LLC on the matters that are relevant to Powin China entities and representative office;

      c.      review for and advise Powin, LLC on the documentation according to local labor law and assist with redundancy matters for Powin's China employees;

      d.      for the benefit of Powin, LLC, represent Powin China entities and representative office in labor disputes, commercial disputes in China per instructions to execute the foregoing strategies;

      e.      advise Powin, LLC on other legal matters as your counsel Dentons US may instruct us on behalf of Powin, LLC from time to time.

Beijing Dacheng Law Offices estimates that it will incur approximately **$40,000** in monthly fees for the services rendered to the Debtors.

4.      Beijing Dacheng Law Offices may have performed services in the past and may perform services in the future, in matters unrelated to these Chapter 11 Cases, for persons that are parties in interest in these cases. As part of its customary practice, Beijing Dacheng Law Offices is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these cases. Beijing Dacheng Law Offices does not perform services for any such person in connection with these cases. In addition, Beijing Dacheng Law Offices does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

5.      Neither I, nor any principal of, or professional employed by Beijing Dacheng Law Offices has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of Beijing Dacheng Law Offices.

6.      Neither I, nor any principal of, or professional employed by Beijing Dacheng Law Offices, insofar as I have been able to discover, holds or represents any interest adverse to

the Debtors or their estates with respect to the matter(s) on which Beijing Dacheng Law Offices is to be employed.

7. The Debtors owe Beijing Dacheng Law Offices $0 on account of services rendered and expenses incurred prior to the Petition Date in connection with Beijing Dacheng Law Offices's employment by the Debtors.

8. As of the Petition Date, which was the date on which the Debtors commenced these Chapter 11 Cases, Beijing Dacheng Law Offices was not party to an agreement for indemnification with the Debtors.

9. At any time during the period of its employment, if Beijing Dacheng Law Offices should discover any facts bearing on the matters described herein, Beijing Dacheng Law Offices will supplement the information contained in this Declaration.

10. I, or a representative of Beijing Dacheng Law Offices, have read and am familiar with the requirements of the *Order Authorizing the Employment and Payment of Professionals Utilized in the Ordinary Course of Business.*

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief. Executed this September 24, 2025 in **Shanghai, China**.

_____
Pascal JIANG (江苗)
Partner of Beijing Dacheng Law Offices, LLP (Shanghai)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br>           Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**RETENTION QUESTIONNAIRE**

**TO BE COMPLETED BY EACH ORDINARY COURSE PROFESSIONAL
EMPLOYED BY THE DEBTORS**

**This Questionnaire must be filed with the Court and should be sent to:**

| **DENTONS US LLP** | **TOGUT, SEGAL & SEGAL LLP** |
|---|---|
| Tania M. Moyron (admitted *pro hac vice*)<br>Van C. Durrer, II (admitted *pro hac vice*)<br>601 S. Figueroa Street #2500<br>Los Angeles, CA 90017<br>Telephone: (213) 623-9300<br>Facsimile: (213) 623-9924<br>Email: tania.moyron@dentons.com<br>        van.durrer@dentons.com | Frank A. Oswald (admitted)<br>550 Broad Street<br>Suite 1508<br>Newark, NJ 07102<br>Telephone: (212) 594-5000<br>Facsimile: (212) 967-4258<br>Email: frankoswald@teamtogut.com |
| John D. Beck (admitted *pro hac vice*)<br>Sarah M. Schrag (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>Telephone: (212) 768-6700<br>Facsimile: (212) 768-6800<br>Email: john.beck@dentons.com<br>        sarah.schrag@dentons.com | Albert Togut (admitted *pro hac vice*)<br>Amanda C. Glaubach (admitted *pro hac vice*)<br>Eitan Blander (admitted *pro hac vice*)<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>Telephone: (212) 594-5000<br>Facsimile: (212) 967-4258<br>Email: altogut@teamtogut.com<br>        aglaubach@teamtogut.com<br>        eblander@teamtogut.com |
| *Counsel for Debtors and*<br>*Debtors in Possession* | *Counsel for Debtors and*<br>*Debtors in Possession* |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

**Beijing Dacheng Law Offices, LLP (Shanghai)**, located at 9th/24th/25th Floor, Shanghai World Financial Center, No.100 Century Avenue, Shanghai, China ("**Beijing Dacheng Law Offices**", including our member offices of Beijing Dacheng Law Offices, LLP in China)

2. Date of retention:

June 10, 2025

3. Type of services provided (accounting, legal, etc.):

Legal - Chinese Law

4. Brief description of services to be provided:

a) advise Powin, LLC regarding the de-registration, liquidation and bankruptcy matters of Powin China entities and representative office; b) advise Powin, LLC on the matters that are relevant to Powin China entities and representative office; c) review for and advise Powin, LLC on the documentation according to local labor law and assist with redundancy matters for Powin's China employees; d) for the benefit of Powin, LLC, represent Powin China entities and representative office in labor disputes, commercial disputes in China per instructions to execute the foregoing strategies; e) advise Powin, LLC on other legal matters as your counsel Dentons US may instruct us on behalf of Powin, LLC from time to time.

5. Arrangements for compensation (hourly, contingent, etc.):

Hourly charges (senior partner – US$720/hour; partner – US$650/hour; senior associate – US$400/hour; associate – US$350/hour)

6. Prepetition claims against the Debtors held by the firm (if any):

None

(a) Average hourly rate (if applicable):

(b) Estimated average monthly compensation:

No more than US$ 40,000

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

None

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to its estate with respect to the matters on which the above-named firm is to be employed:

Neither I, nor any principal of, or professional employed by Beijing Dacheng Law Offices, insofar as I have been able to discover, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) on which Beijing Dacheng Law Offices is to be

employed.  At any time during the period of its employment, if  Beijing Dacheng Law Offices should discover any facts bearing on the matters described herein,  Beijing Dacheng Law Offices will supplement the information contained in this Questionnaire

_____

9. Name and title of individual completing this Retention Questionnaire:

   Pascal JIANG (江苗) , partner of Beijing Dacheng Law Offices, LLP (Shanghai)

_____

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Dated: September 24, 2025

                                              Pascal JIANG (江苗)
                                              Partner
                                              Beijing Dacheng Law Offices, LLP (Shanghai)