**|UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**MONTHLY FEE STATEMENT COVER SHEET FOR THE PERIOD**
**SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025**

| | | | |
|---|---|---|---|
| Debtor: | Powin, LLC, et al. | Applicant: | Genova Burns LLC |
| Case No.: | 25-16137 (MBK) | Client: | Unsecured Creditors Committee |
| Chapter: | 11 | Case Filed: | June 10, 2025 |

**SECTION 1**
**FEE SUMMARY**

X   Monthly Fee Statement No. 3          or ☐ Final Fee Application

Summary of Amounts Requested for the Period from September 1, 2025 through September 30, 2025 (the "Second Statement Period")

| | |
|---|---|
| Total Fees: | $ 44,277.50 |
| Total Disbursements: | $ 808.17 |
| Minus 20% holdback of Fees: | $ 8,855.50 |
| Amount Sought at this Time: | $ 36,230.17 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  Daniel M. Stolz, Partner | 1980 | 15.50 | 900.00 | $13,950.00 |
| 2.  Donald W. Clarke, Partner | 2008 | 32.10 | 700.00 | $22,470.00 |
| 3.  Donald W. Clarke, Partner | 2008 | 3.20 | 350.00 | $1,120.00 |
| 4.  Susan S. Long, Counsel | 2007 | 9.80 | 550.00 | $5,390.00 |
| 5.  Jaclynn N. McDonnell | 2018 | 1.10 | 375.00 | $412.50 |
| 6.  Lorrie Denson | Paralegal | 3.40 | 275.00 | $935.00 |

| | |
|---|---|
| Fee Totals: | $  44,277.50 |
| Disbursements Totals: | $  808.17 |
| Total Fee Application | $  45,085.67 |

## SECTION II SUMMARY
## OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a)  **Asset Analysis and Recovery:**<br>Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b)  **Asset Disposition**<br>Sales, leases, abandonment and related transaction work. | | |
| c)  **Avoidance Action Litigation**<br>Preference and fraudulent transfer litigation. | | |
| d)  **Business Operations**<br>Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e)  **Case Administration**<br>Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 28.30 | 20,947.50 |
| f)  **Claims Administration and Objections**<br>Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | .20 | 180.00 |
| g)  **Employee Benefits/Pensions**<br>Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h)  **Fee/Employment Applications**<br>Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 6.00 | 2,500.00 |
| i)  **Fee/Employment Objections**<br>Review of an objections to the employment and fee applications of others. | | |
| j)  **Financing**<br>Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k)  **Litigation**<br>Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| l)  **Meetings of Creditors**<br>Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 1.20 | 840.00 |
| m) **Plan and Disclosure Statement**<br>Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 26.20 | 18,690.00 |

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| n) **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | | |
| o) **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| u) **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) **Valuation**<br>Appraise or review appraisals of assets. | | |
| w) **Travel Time** | 3.20 | 1,120.00 |
| **SERVICE TOTALS:** | 65.10 | $44,277.50 |

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) **Filing Fees**<br>Payable to Clerk of Court. | |
| b) **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | 25.99 |
| c) **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) **Fax**<br>Include per page fee charged. | |
| e) **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) **In-house Reproduction Services**<br>Exclusive of overhead charges. | |
| g) **Outside Reproduction Services**<br>Including scanning services. | |
| h) **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) **Court Reporting**<br>Transcripts. | |
| j) **Travel**<br>Mileage, tolls, airfare, parking. | 102.89 |
| k) **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| l) **Postage** | |
| m) **Other (specify) Professional BMC Group; Meals** | 679.29 |
| **DISBURSEMENTS TOTAL:** | $808.17 |

I certify under penalty of perjury that the above is true.

Date: October 15, 2025

/s/ Daniel M. Stolz
_____
DANIEL M. STOLZ

4