# EXHIBIT A

GENOVA BURNS LLC

October 15, 2025
Invoice No.:    539283

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 9/02/25 | DMS | B110 | Professional pre-call and Creditor Committee call. | .80 | 900.00 | 720.00 |
| 9/02/25 | DMS | B110 | Call with DWC regarding September 3rd hearings, Plan Motion, etc. | .30 | 900.00 | 270.00 |
| 9/02/25 | DMS | B110 | Review Mainfreight Motion and Application to Shorten Time. | .30 | 900.00 | 270.00 |
| 9/02/25 | DMS | B320 | Initial review of draft Plan and Disclosure Statement and email to BR regarding same. | 1.50 | 900.00 | 1,350.00 |
| 9/02/25 | DMS | B110 | Review agenda for September 3rd hearings. | .20 | 900.00 | 180.00 |
| 9/02/25 | DMS | B110 | Review Objections filed. | .30 | 900.00 | 270.00 |
| 9/02/25 | DMS | B110 | Creditor Committee Meeting. | 1.30 | 900.00 | 1,170.00 |
| 9/02/25 | DWC | B110 | Pre committee professional call | .50 | 700.00 | 350.00 |
| 9/02/25 | DWC | B110 | Committee call to address status and concerns | 1.20 | 700.00 | 840.00 |
| 9/02/25 | DWC | B110 | Coordinate draft conditional disclosure approval | .30 | 700.00 | 210.00 |
| 9/02/25 | DWC | B110 | Prep for in person hearings | .30 | 700.00 | 210.00 |
| 9/02/25 | DWC | B110 | Initial review of Plan for detail to include in motion for conditional approval | .40 | 700.00 | 280.00 |
| 9/02/25 | DWC | B110 | Coordinate calendar with professionals and chambers | .40 | 700.00 | 280.00 |
| 9/02/25 | DWC | B320 | Draft motion for conditional approval of disclosure statement | 3.70 | 700.00 | 2,590.00 |
| 9/02/25 | SSL | B320 | Emails from/to DWC regarding status of motion to approve conditional disclosure. | .30 | 550.00 | 165.00 |
| 9/02/25 | SSL | B320 | Draft motion to conditionally approve disclosure. | 2.30 | 550.00 | 1,265.00 |
| 9/02/25 | SSL | B110 | Review email from Matthew Sawyer of BR regarding agenda for committee call. | .10 | 550.00 | 55.00 |

GENOVA BURNS LLC

October 15, 2025
Invoice No.:    539283

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/02/25 | SSL | B110 | Email from Jack Collins of BR regarding agenda for 9.3 hearings. | .10 | 550.00 | 55.00 |
| 9/02/25 | JNM | B110 | Review court docket for hearings on for tomorrow. Update agenda. | 1.10 | 375.00 | 412.50 |
| 9/03/25 | DMS | B110 | Emails with Oswald regarding OCP. | .20 | 900.00 | 180.00 |
| 9/03/25 | DMS | B110 | Emails with Intrieri regarding payments. | .20 | 900.00 | 180.00 |
| 9/03/25 | DMS | B110 | Review Mainfreight pleadings. | .30 | 900.00 | 270.00 |
| 9/03/25 | DWC | B110 | Hearings on Powin in person required in trenton. | 1.70 | 700.00 | 1,190.00 |
| 9/03/25 | DWC | B195 | Travel to and from Trenton for hearings | 3.20 | 350.00 | 1,120.00 |
| 9/03/25 | SSL | B110 | Receipt/review ECF notices granting applications for pro hac vice for Sawyer and Silverberg of BR. | .10 | 550.00 | 55.00 |
| 9/03/25 | SSL | B110 | Review email from Matthew Sawyer to committee listserv regarding plan summary. | .10 | 550.00 | 55.00 |
| 9/04/25 | DMS | B320 | Emails and calls with Aulet and Sawyer regarding Plan, timing, etc. | .40 | 900.00 | 360.00 |
| 9/04/25 | DMS | B110 | Review Motion to compel payment of storage. | .20 | 900.00 | 180.00 |
| 9/04/25 | DMS | B320 | Review drafts of Motion to Cond. approve Disclosure Statement. | .30 | 900.00 | 270.00 |
| 9/04/25 | DWC | B320 | Revise draft motion for conditional approval of disclosure statement with input from recent draft plan from debtor | 4.60 | 700.00 | 3,220.00 |
| 9/04/25 | LD | B160 | File CNO re BR July fee statement. | .30 | 275.00 | 82.50 |
| 9/04/25 | SSL | B320 | Email from DWC regarding edits to motion to approve disclosure. Review of same. | .30 | 550.00 | 165.00 |
| 9/04/25 | SSL | B110 | Review email and thread regarding filing of CNO regarding BR first monthly fee application. | .10 | 550.00 | 55.00 |
| 9/05/25 | DMS | B320 | Review Invitae Opinion and circulate regarding Plan. | .30 | 900.00 | 270.00 |
| 9/05/25 | DMS | B110 | Committee Professionals pre-call. | .60 | 900.00 | 540.00 |

GENOVA BURNS LLC

October 15, 2025
Invoice No.: 539283

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/05/25 | DMS | B110 | Research deepening insolvency. | .50 | 900.00 | 450.00 |
| 9/05/25 | DMS | B320 | Review draft Plan proc. motion and comment. | .40 | 900.00 | 360.00 |
| 9/05/25 | DMS | B110 | Emails regarding hearing date. | .20 | 900.00 | 180.00 |
| 9/05/25 | DMS | B110 | Review motion to extend time to remove actions. | .20 | 900.00 | 180.00 |
| 9/05/25 | DMS | B320 | Emails with Aulet and DWC regarding Plan timeline. | .30 | 900.00 | 270.00 |
| 9/05/25 | DMS | B110 | Research on deepening insolvency and send to A&M. | .50 | 900.00 | 450.00 |
| 9/05/25 | DWC | B110 | Committee precall to discuss status | .60 | 700.00 | 420.00 |
| 9/05/25 | DWC | B110 | Rvw CNO for BR monthly fee app | .20 | 700.00 | 140.00 |
| 9/05/25 | DWC | B320 | Revisions to motion for conditional approval of disclosure | 2.80 | 700.00 | 1,960.00 |
| 9/05/25 | DWC | B320 | Final revisions and circulate draft motion for conditional approval of disclosure statement to BrownRudnick (KA, BS, RS) | 2.10 | 700.00 | 1,470.00 |
| 9/05/25 | DWC | B320 | Discuss timing of motion with DMS | .30 | 700.00 | 210.00 |
| 9/05/25 | SSL | B160 | Emails from/to DWC and Lorrie Denson about filing of CNO regarding BR's first monthly fee application. | .20 | 550.00 | 110.00 |
| 9/05/25 | SSL | B320 | Edits to motion to approve disclosure. | 2.10 | 550.00 | 1,155.00 |
| 9/05/25 | SSL | B320 | Review emails between DWC and DMS regarding motion to approve disclosure and email to BR team for review. | .30 | 550.00 | 165.00 |
| 9/07/25 | SSL | B110 | Review email from Matthew Sawyer to committee listserv with proposed agenda for meeting. | .10 | 550.00 | 55.00 |
| 9/08/25 | DMS | B110 | Emails regarding A&M CNO. | .20 | 900.00 | 180.00 |
| 9/08/25 | DMS | B110 | Review agenda for Creditor Committee meeting. | .20 | 900.00 | 180.00 |
| 9/08/25 | DMS | B110 | Creditor Committee call. | .60 | 900.00 | 540.00 |
| 9/08/25 | DMS | B110 | Review and circulate September 3rd Transcript. | .30 | 900.00 | 270.00 |

GENOVA BURNS LLC

October 15, 2025
Invoice No.:    539283

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 9/08/25 | DWC | B110 | Committee meeting to discuss status, strategy, process and law. | 1.00 | 700.00 | 700.00 |
| 9/08/25 | DWC | B160 | Coordinate prep and filing of Cert of No Objection for A&M | .30 | 700.00 | 210.00 |
| 9/09/25 | DMS | B320 | Emails with Oswald regarding Plan timing. | .30 | 900.00 | 270.00 |
| 9/09/25 | DMS | B110 | Email with BR and Court regarding 11th calendar. | .20 | 900.00 | 180.00 |
| 9/09/25 | DWC | B110 | Coordinate appearance on 9/25 for motion for stay relief | .30 | 700.00 | 210.00 |
| 9/09/25 | DWC | B320 | Update Togut on draft motion for conditional approval sitting with BR cocounsel; provided example orders for purposes of scheduling | .80 | 700.00 | 560.00 |
| 9/09/25 | SSL | B110 | Review emails between Jack Collins of BR and DMS regarding September 25th hearings. | .10 | 550.00 | 55.00 |
| 9/10/25 | DMS | B110 | Review OCP Order. | .10 | 900.00 | 90.00 |
| 9/10/25 | DMS | B320 | Review Plan with BR markups. | .50 | 900.00 | 450.00 |
| 9/10/25 | DMS | B320 | Email with Togut regarding Plan timeline. | .30 | 900.00 | 270.00 |
| 9/10/25 | DMS | B320 | Email with Aulet and Mayron regarding Plan timing. | .30 | 900.00 | 270.00 |
| 9/10/25 | DMS | B320 | Review exclusivity motion and Aulet email. | .20 | 900.00 | 180.00 |
| 9/10/25 | DMS | B110 | Email from Earl regarding dates. | .10 | 900.00 | 90.00 |
| 9/10/25 | LD | B160 | Review timesheets and prepare draft August fee statement. | 1.00 | 275.00 | 275.00 |
| 9/10/25 | LD | B160 | Finalize and file GB August fee statement and arrange for service. | .50 | 275.00 | 137.50 |
| 9/10/25 | SSL | B320 | Review email from Ken Aulet to committee listserv regarding disclosure and plan draft for review and comment. | .10 | 550.00 | 55.00 |
| 9/10/25 | SSL | B320 | Review email from Ken Aulet of BR to committee listserv regarding motion to extend exclusivity. | .10 | 550.00 | 55.00 |
| 9/11/25 | DMS | B320 | Review Motion to Extend Exclusivity. | .20 | 900.00 | 180.00 |

GENOVA BURNS LLC

October 15, 2025
Invoice No.: 539283

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/12/25 | DMS | B110 | Call with Creditor Committee professionals. | .40 | 900.00 | 360.00 |
| 9/12/25 | DMS | B110 | Review proposed Stay Order. | .20 | 900.00 | 180.00 |
| 9/15/25 | DWC | B150 | Committee meeting to discuss open issues | 1.20 | 700.00 | 840.00 |
| 9/15/25 | DWC | B110 | Coordinate weekly budget figures | .40 | 700.00 | 280.00 |
| 9/16/25 | SSL | B110 | Receipt/forward Verita invoice to Ken Aulet of BR. | .10 | 550.00 | 55.00 |
| 9/16/25 | SSL | B110 | Review email from Matthew Sawyer of BR to committee listserv forwarding further revised plan. | .10 | 550.00 | 55.00 |
| 9/17/25 | DWC | B110 | Rvw draft plan and disclosure statement | 2.60 | 700.00 | 1,820.00 |
| 9/17/25 | DWC | B160 | Rvw BR fee statement | .30 | 700.00 | 210.00 |
| 9/17/25 | DWC | B160 | Rvw A&M fee statement | .30 | 700.00 | 210.00 |
| 9/17/25 | DWC | B110 | Rvw status and recirculate motion to authorize conditional disclosure | .40 | 700.00 | 280.00 |
| 9/17/25 | DWC | B110 | Discuss draft motion for conditional approval with cocounsel at BR | .60 | 700.00 | 420.00 |
| 9/17/25 | LD | B160 | Finalize, file and arrange for service of BR second monthly fee statement. | .50 | 275.00 | 137.50 |
| 9/17/25 | SSL | B160 | Review email from Jack Collins of BR regarding second monthly fee application. | .10 | 550.00 | 55.00 |
| 9/17/25 | SSL | B160 | Review email from Bennett Silverberg of BR regarding ledes file to UST. | .10 | 550.00 | 55.00 |
| 9/17/25 | SSL | B160 | Receipt/review ECF notice of second monthly fee application by BR filed. Email from Lorrie Denson confirming same. | .10 | 550.00 | 55.00 |
| 9/17/25 | SSL | B320 | Review email from Ken Aulet of BR to committee listserv forwarding updated draft plan. | .10 | 550.00 | 55.00 |
| 9/17/25 | SSL | B160 | Review emails between Bijal Desai of A&M and DWC regarding filing of August fee statement. | .20 | 550.00 | 110.00 |

GENOVA BURNS LLC

October 15, 2025
Invoice No.: 539283

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/17/25 | SSL | B160 | Email to DWC and Lorrie Denson regarding BR ledes file. | .10 | 550.00 | 55.00 |
| 9/18/25 | DWC | B110 | Discuss status of Plan Admin selection | .30 | 700.00 | 210.00 |
| 9/18/25 | SSL | B160 | Emails from Bijal Desai and to/from DWC regarding filing of A&M monthly fee statement. Filing of same. Arrange for service with BMC. Email confirmation of filing to A&M team. | .80 | 550.00 | 440.00 |
| 9/19/25 | DWC | B110 | Committee professionals meeting | .50 | 700.00 | 350.00 |
| 9/19/25 | DWC | B110 | Discuss sending conditional approval motion to debtors | .30 | 700.00 | 210.00 |
| 9/19/25 | LD | B160 | File COS re BR August fee statement. | .30 | 275.00 | 82.50 |
| 9/19/25 | SSL | B160 | Emails from/to Lorrie Denson regarding service of BR and A&M fee statements. | .10 | 550.00 | 55.00 |
| 9/19/25 | SSL | B320 | Review emails between Matthew Sawyer of BR, DWC, and DMS regarding motion to conditionally approve disclosure. | .20 | 550.00 | 110.00 |
| 9/19/25 | SSL | B110 | Review emails from/to Ken Aulet to committee listserv regarding cancellation of 9/22 meeting. | .20 | 550.00 | 110.00 |
| 9/23/25 | DWC | B110 | Discuss weekly budget | .20 | 700.00 | 140.00 |
| 9/23/25 | LD | B160 | File COS re A&M August fee statement. | .30 | 275.00 | 82.50 |
| 9/23/25 | SSL | B110 | Emails from/to Lorrie Denson regarding COS for A&M August fee statement. Review docket, emails, and emails between Lorrie Denson and BMC. | .30 | 550.00 | 165.00 |
| 9/24/25 | DWC | B110 | Discuss scope of materials provided and still necessary for motion for conditional approval | .70 | 700.00 | 490.00 |
| 9/24/25 | DWC | B110 | Coordinate appearance authorization for Powin Hearings | .40 | 700.00 | 280.00 |
| 9/24/25 | SSL | B110 | Review email from Ken Aulet of BR to committee listserv regarding edits to the Plan by Debtors. | .10 | 550.00 | 55.00 |

GENOVA BURNS LLC

October 15, 2025
Invoice No.:    539283

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/24/25 | SSL | B110 | Emails from/to Ken Aulet of BR and DWC regarding presenter status at 9/25 hearing. Email to Chambers of Judge Kaplan regarding same. Email from Matthew Sawyer of BR regarding potential coverage for Aulet. | .40 | 550.00 | 220.00 |
| 9/25/25 | DWC | B110 | Hearings on all matters: Motion for Entry of an Order Authorizing the Employment and Payment of Professionals Utilized in the Ordinary Course of Business; Motion to Compel /Emergency Motion of Licensees for Entry of an Order (I) Compelling the Debtors to Comply with Section 365(N)(4) of the Bankruptcy Code; Motion for Adequate Protection ;Motion to Compel Payment of Agreed-Upon Storage | 1.90 | 700.00 | 1,330.00 |
| 9/25/25 | LD | B160 | Prepare and file CNO re GB August fee statement and email to parties. | .50 | 275.00 | 137.50 |
| 9/25/25 | SSL | B110 | Email from committee listserv member regarding rescheduling of meeting. | .10 | 550.00 | 55.00 |
| 9/25/25 | SSL | B110 | Emails from/to Ken Aulet and Matthew Sawyer of BR and DWC regarding access to Zoom hearing. Emails to/from Chambers of Judge Kaplan regarding same. | .30 | 550.00 | 165.00 |
| 9/26/25 | DMS | B110 | Call with Committee professionals. | .60 | 900.00 | 540.00 |
| 9/26/25 | DMS | B320 | Calls with Aulet, Stark and DWC regarding Plan issues. | .80 | 900.00 | 720.00 |
| 9/26/25 | DMS | B320 | Call with Abramowitz regarding Plan issues. | .30 | 900.00 | 270.00 |
| 9/26/25 | DWC | B110 | Powin professionals discussion | .50 | 700.00 | 350.00 |
| 9/29/25 | DMS | B310 | Email with DWC regarding Plan Motion. | .20 | 900.00 | 180.00 |
| 9/30/25 | DMS | B110 | Review Clyde and Co. Declaration. | .20 | 900.00 | 180.00 |

**TOTAL PROFESSIONAL SERVICES**                                                                                         **$ 44,277.50**

GENOVA BURNS LLC

October 15, 2025
Invoice No.:    539283

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Daniel M Stolz | Partner | 15.50 | 900.00 | 13,950.00 |
| Donald W. Clarke | Partner | 3.20 | 350.00 | 1,120.00 |
| Donald W. Clarke | Partner | 32.10 | 700.00 | 22,470.00 |
| Lorrie Denson | Paralegal | 3.40 | 275.00 | 935.00 |
| Susan S. Long | Counsel | 9.80 | 550.00 | 5,390.00 |
| Jaclynn N. McDonnell | Senior Associate | 1.10 | 375.00 | 412.50 |
| **TOTALS** | | **65.10** | | **$ 44,277.50** |

# EXHIBIT B

GENOVA BURNS LLC

October 15, 2025
Invoice No.:    539283

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---:|
| 7/15/25 | Mileage (H) Travel from Wilson Avenue, Woodland Park NJ to Clarkson S. Fisher Federal Building, 402 East State Street, Trenton, NJ. (62 Miles going and 62 Miles returning). | 86.80 |
| 7/15/25 | Parking Parking lot near the court: Station Plaza Parking Trenton NJ. | 11.75 |
| 7/15/25 | Meals Dunkin Donuts coffee, bagels, and donuts for pre-hearing meeting with co counsel. | 46.13 |
| 7/15/25 | Travel Expense Garden State Parkway Tolls | 4.34 |
| 8/31/25 | Lexis-Nexis Research, RELX Inc. DBA LexisNexis, 3095966358 | 25.99 |
| 9/10/25 | Other Professional, BMC Group, Inc., 429-20250910-1 - Fee for professional services - Amex Period Ending 9-30-DMS | 199.00 |
| 9/17/25 | Other Professional, BMC Group, Inc., 429-20250917-1 - Fee for professional services - Amex Period Ending 9-30-DMS | 215.68 |
| 9/19/25 | Other Professional, BMC Group, Inc., 429-20250919-1 - Fee for professional services - Amex Period Ending 9-30-DMS | 218.48 |
| | **TOTAL DISBURSEMENTS** | **$ 808.17** |