**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**ROBINSON & COLE LLP**
Evan M. Lazerowitz
666 Third Avenue, 20th floor
New York, NY 10017
Tel. (212) 451-2954
Fax (212) 451-2999
elazerowitz@rc.com

*Attorney for Enel Produzione S.p.A*

In re:

POWIN, LLC, et al.,[1]

                Debtors.

Chapter 11

Case No.: 25-16137 (MBK)
(Jointly Administered)

Judge: Hon. Michael B. Kaplan

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned hereby enters his appearance in the above-captioned chapter 11 case on behalf of Enel Produzione S.p.A and requests that all notices given or required to be given and all papers served in these cases be delivered to and served upon the party identified below at the following address:

Evan M. Lazerowitz
**ROBINSON & COLE LLP**
666 Third Avenue, 20th floor
New York, NY 10017
Tel. (212) 451-2954
Fax (212) 451-2999
elazerowitz@rc.com

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue, Tualatin, OR 97062

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order and notice of any application, motion, petition, pleading, request, complaint, or demand, whether former or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, overnight carrier, facsimile transmission, email, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, claim or suit shall constitute a waiver of (i) the right to contest the subject matter or personal jurisdiction of this Court; (ii) the right to seek abstention or withdraw of any matter arising in this proceeding; (iii) the right to have final orders in non-core matters entered only after de novo review by a District Court Judge; (iv) the right to trial by jury in any proceeding related to, or triable in, this case or any cases, controversy or proceeding related hereto; (v) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (vi) the right to enforce any contractual provisions with respect to arbitration or (vii) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate to which Enel Produzione S.p.A is or may be entitled to under any agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: October 17, 2025                 **ROBINSON & COLE LLP**

*/s/ Evan M. Lazerowitz*
Evan M. Lazerowitz
666 Third Avenue, 20th Floor
New York, NY 10017
Tel. (212) 451-2954
Fax (212) 451-2999
elazerowitz@rc.com

*Counsel to Enel Produzione S.p.A*