**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
         van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
         sarah.schrag@dentons.com

*Counsel for Debtors and
Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  altogut@teamtogut.com
         eblander@teamtogut.com

*Counsel for Debtors and
Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered)<br><br>**Hearing Date: November 13, 2025 at 11:30 a.m.** |

## NOTICE OF FILING OF DEBTORS' APPLICATION IN LIEU OF MOTION IN SUPPORT OF ENTRY OF STIPULATION AND AGREED ORDER AUTHORIZING JPMORGAN CHASE BANK TO APPLY PREPETITION COLLATERAL AGAINST COMMERCIAL CARD OBLIGATIONS

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [15241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

**PLEASE TAKE NOTICE** that on June 9, 2025 and June 10, 2025 (collectively, the "Petition Date"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on October 20, 2025, the Debtors filed an *Application in Lieu of Motion in Support of Entry of Entry of Stipulation and Agreed Order Authorizing JPMorgan Chase Bank to Apply Prepetition Collateral Against Commercial Card Obligations* (the "Application").[2] Only, if objections are filed, a hearing will be held via Zoom to consider approval of the Application on November 13, 2025 at 11:30 a.m. E.T. (the "Hearing"), or as soon thereafter as counsel may be heard. If no objections are filed within 7 days of filing the Application, the Application will be granted without the need for a Hearing.

**PLEASE TAKE FURTHER NOTICE** that written objections, if any, to the relief requested in the Application shall: (a) be in writing; (b) state with particularity the basis of the objection; and (c) be filed with the Clerk of the Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the *General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002* (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served on such parties in accordance with the General Order and the Supplemental Commentary, so as to be actually received no later than seven (7) days after filing of the Application.

**PLEASE TAKE FURTHER NOTICE** if an Objection is filed, any objecting party wishing to appear at the Hearing must register with the Court by submitting an e-mail to Chambers (chambers_of_mbk@njb.uscourts.gov) indicating the name of the person appearing, their e-mail address, their affiliation, and whom they represent/interest in this case. If the request is approved, the participant will receive appropriate credentials and further instruction. Telephonic information for observational purposes can be found on the page on the Court's website devoted to the *Powin, LLC, et al.*, bankruptcy case: https://www.njb.uscourts.gov/powin.

**PLEASE TAKE FURTHER NOTICE THAT YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

---

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Application, and any related filings, can be viewed and/or obtained by: (i) accessing the Bankruptcy Court's Website for a fee, (ii) visiting the website for the Debtors' chapter 11 cases at: https://www.veritaglobal.net/powin or (iii) by contacting the Office of the Clerk of the United States Bankruptcy Court, District of New Jersey.  Please note that a PACER password is required to access documents on the Bankruptcy Court's Website.

[*Concluded on the following page*]

Dated: October 20, 2025

**TOGUT, SEGAL & SEGAL LLP**

*/s/ Frank A. Oswald*
Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  altogut@teamtogut.com
           eblander@teamtogut.com

- and -

**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
           van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
           sarah.schrag@dentons.com

*Counsel for Debtors and*
*Debtors in Possession*

**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
            van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
            sarah.schrag@dentons.com

*Counsel for Debtors and*
*Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  altogut@teamtogut.com
            eblander@teamtogut.com

*Counsel for Debtors and*
*Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**DEBTORS' APPLICATION IN LIEU OF MOTION IN SUPPORT**
**OF ENTRY OF STIPULATION AND AGREED ORDER AUTHORIZING**
**JPMORGAN CHASE BANK TO APPLY PREPETITION**
**COLLATERAL AGAINST COMMERCIAL CARD OBLIGATIONS**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [15241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487] (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

TO THE HONORABLE MICHAEL B. KAPLAN, UNITED STATES BANKRUPTCY JUDGE:

Powin, LLC and the above-referenced affiliated debtors and debtors in possession (each a "Debtor" and, collectively, the "Debtors") in these chapter 11 cases (the "Chapter 11 Cases") hereby submit this Application (this "Application") pursuant to rule 9019-4(b) of the Local Bankruptcy Rules for the District of New Jersey (the "Local Rules"), seeking approval and entry of the proposed *Stipulation and Agreed Order Authorizing JPMorgan Chase Bank to Apply Prepetition Collateral Against Commercial Card Obligations* (the "Stipulation and Order"), a copy of which is attached hereto as **Exhibit A**, and respectfully state as follows:

1.      On June 9, 2025 (the "Petition Date"),  the Debtors each commenced a voluntary case for relief under chapter 11 of the Bankruptcy Code.  The Debtors are authorized to continue operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On June 13, 2025, the Court entered an order [Docket No. 58] authorizing procedural consolidation and joint administration of these Chapter 11 Cases pursuant to Bankruptcy Rule 1015(b).  On June 27, 2025 the United States Trustee for the District of New Jersey appointed an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code [Docket No. 174].  No request for the appointment of a trustee or examiner has been appointed in these Chapter 11 Cases.

2.      Additional information regarding the Debtors, including their business and the events leading to the commencement of these Chapter 11 Cases is set forth in the Declaration of Gerard Uzzi in Support of Emergency First Day Motions of the Debtors [Docket No. 13].

3.      This Application is submitted pursuant to Local Rule 9019-4(b) in lieu of a motion in support of the Debtors' request that the Court enter the Stipulation and Agreed Order as presented.

4.      Pursuant to section 9.2 of the prepetition Account Terms of the Account, prior to the Petition Date, Powin, LLC ("<u>Powin</u>") granted to JPMorgan Chase Bank, N.A. ("<u>Chase</u>") a lien and security interest in any Accounts of Powin at Chase, in order to secure any and all obligations of Powin to the Bank or its affiliates.

5.      On or about July 22, 2021, Powin entered into the Commercial Card Application & Agreement with Chase, pursuant to which Chase provided commercial card services (the "<u>Commercial Card Program</u>") to Powin.

6.      Prior to the Petition Date, the Debtors maintained a restricted cash account (the "<u>Account</u>") with Chase bearing the account number XXXXXXX5933.  Section 9.2 of the Account terms grants Chase a lien and security interest in any accounts of Powin at Chase in order to secure any and all obligations of Powin to Chase or its affiliates.  The balance of the Account as of the filing of this Application is approximately $581,541.64.

7.      On September 26, 2025, Chase filed proof of claim number 366 in the Chapter 11 Cases on account of the Debtors' obligations owed under the Commercial Card Program (the "<u>Proof of Claim</u>").

8.      Powin has outstanding obligations under the Commercial Card Program in the aggregate amount of $551,186.79, consisting of (1) 547,990.99 of the outstanding balance on the commercial cards and (2) $3,195.80 in outside counsel fees and expenses incurred in connection with the preparation and filing of the Proof of Claim (the "<u>Commercial Card Obligations</u>").

9.      The Debtors and Chase have mutually agreed that the automatic stay under Section 362(a) of chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") which applies to the Debtors' estates shall be lifted to allow Chase to apply the funds from the Account against

the Commercial Card Obligations.  After application of such funds against the Commercial Card

Obligations, any remaining amounts in the Account will be promptly transferred to the Debtors.

10.     The Debtors and Chase have agreed that the Stipulation and Order shall be binding

on the Parties thereto and any of their successors, representatives and/or assigns.

11.     Each of the Parties has represented and warranted that it is duly authorized to enter

into and be bound by the Stipulation and Order.

12.     Notwithstanding any applicability of any of the Bankruptcy Rules, the terms and

conditions of the Stipulation and Order shall be immediately effective and enforceable upon its

entry.

*[Signatures on Next Page]*

Dated: October 20, 2025

.

**TOGUT, SEGAL & SEGAL LLP**

*/s/Frank A. Oswald*

Frank A. Oswald (admitted)
550 Broad Street , Suite 1508
Newark, NJ 07102
Tel:    (212) 594-5000
Fax:    (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*) One Penn Plaza, Suite 3335
New York, New York 10119
Tel:    (212) 594-5000
Fax:    (212) 967-4258
Email: altogut@teamtogut.com
          eblander@teamtogut.com

-and-

**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Tel:    (213) 623-9300
Fax:    (213) 623-9924
Email: tania.moyron@dentons.com
          van.durrer@dentons.com

John D. Beck (admitted pro hac vice)
Sarah M. Schrag (admitted pro hac vice)
1221 Avenue of the Americas
New York, NY 10020-1089
Tel:    (212) 768-6700
Fax:    (212) 768-6800
Email: john.beck@dentons.com
          sarah.schrag@dentons.com

*Counsel for Debtors and Debtors in
Possession*

## **EXHIBIT A**

(Proposed Stipulation and Agreed Order)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**STIPULATION AND AGREED ORDER AUTHORIZING**
**JPMORGAN CHASE BANK TO APPLY PREPETITION COLLATERAL AGAINST**
**COMMERCIAL CARD OBLIGATIONS**

The relief set forth on the following pages, numbered two (2) through five (5), is

**ORDERED.**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [15241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487] (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
         van.durrer@dentons.com


John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
         sarah.schrag@dentons.com


*Counsel for Debtors and
Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  frankoswald@teamtogut.com


Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  altogut@teamtogut.com
         eblander@teamtogut.com


*Counsel for Debtors and
Debtors in Possession*

This stipulation and agreed order (the "Stipulation and Agreed Order") is entered into by and among JPMorgan Chase Bank, N.A. ("Chase") and each of the above-captioned debtors and debtors in possession (collectively, the "Debtors" and together with Chase, the "Parties"), each as signatory hereto.  The Parties hereby stipulate to the following:

**RECITALS**

**WHEREAS**, on June 9, 2025 (the "Petition Date"),[3] the Debtors each commenced a voluntary case for relief under chapter 11 of the Bankruptcy Code.  The Debtors are authorized to continue operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On June 13, 2025, the Court entered an order [Docket No. 58] authorizing procedural consolidation and joint administration of these Chapter 11 Cases pursuant to Bankruptcy Rule 1015(b).  On June 27, 2025 the United States Trustee for the District of New Jersey (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Committee") [Docket No. 174].  No request for the appointment of a trustee or examiner has been appointed in these Chapter 11 Cases;

**WHEREAS**, pursuant to section 9.2 of the prepetition Account Terms of the Account, prior to the Petition Date, Powin LLC ("Powin") granted to Chase a lien and security interest in any Accounts of Powin at Chase, in order to secure any and all obligations of Powin to the Bank or its affiliates.

**WHEREAS**, on or about July 22, 2021, Powin LLC ("Powin") entered into the Commercial Card Application & Agreement with Chase, pursuant to which Chase provided commercial card services (the "Commercial Card Program") to Powin.

---

[3] Lead Debtor Case No. 25-16137 (MBK) for Debtor Powin Project LLC was filed on June 9, 2025, and the remaining Debtors were filed shortly thereafter on June 10, 2025.

**WHEREAS**, in accordance with the Account Terms, prior to the Petition Date, Powin maintained a restricted cash account (the "Account") with Chase bearing the account number XXXXXXX5933.

**WHEREAS**, the balance of the Account as of the filing of this Stipulation is approximately $581,541.64.

**WHEREAS**, on September 26, 2025, Chase timely and properly filed proof of claim number 366 in these Chapter 11 Cases on account of the Debtors' obligations owed under the Commercial Card Program (the "Proof of Claim").

**WHEREAS**, Powin has outstanding obligations under the Commercial Card Program in the amount of $551,186.79 (the "Commercial Card Obligations").

**IT IS THEREFORE STIPULATED AND AGREED, AND UPON BANKRUPTCY COURT APPROVAL HEREOF, IT SHALL BE SO ORDERED THAT:**

1.      This Stipulation and Agreed Order is approved as and to the extent set forth herein.

2.      The above recitals are incorporated by reference into this Stipulation and Agreed Order with the same force and effect as if fully set forth hereinafter.

3.      The automatic stay imposed by section 362(a) of the Bankruptcy Code is hereby modified to permit Chase to apply funds from the Account against the Commercial Card Obligations.

4.      After application of such funds against Commercial Card Obligations, (1) any remaining amounts in the Account will be promptly transferred to the Debtors and (2) the Proof of Claim shall be deemed satisfied in full.

5.      Each of the Parties to this Stipulation and Agreed Order represents and warrants that it is duly authorized to enter into and be bound by this Stipulation and Agreed Order.

6.      This Stipulation and Agreed Order may be executed in identical counterparts, including by facsimile and/or electronic mail, each of which shall be deemed an original, but all of which together constitute one and the same instrument.

7.      This Stipulation and Agreed Order represents the entire agreement by and between the Parties with respect to the subject matter hereof, and all prior understandings or agreements, if any, are merged into this Stipulation and Agreed Order.

8.      The Court retains exclusive jurisdiction with respect to any disputes arising from or other actions to interpret, administer, or enforce the terms and provisions of this Stipulation and Agreed Order, and the Parties hereby consent to such jurisdiction to resolve any disputes or controversies arising from or related to the implementation of this Stipulation and Agreed Order.

[*Concluded on the Following Page*]

Dated: October 20, 2025

**STIPULATED AND AGREED TO:**

**TOGUT, SEGAL & SEGAL LLP**
By:

*/s/Frank A. Oswald*
Frank A. Oswald (admitted)
550 Broad Street , Suite 1508
Newark, NJ 07102
Tel:     (212) 594-5000
Fax:     (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted pro hac vice)
Eitan Blander (admitted pro hac vice)
One Penn Plaza, Suite 3335
New York, New York 10119
Tel:     (212) 594-5000
Fax:     (212) 967-4258
Email: altogut@teamtogut.com
          eblander@teamtogut.com

and

**DENTONS US LLP**
Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
          van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
          sarah.schrag@dentons.com

*Counsel to the Debtors and Debtors-in-Possession*

**JPMORGAN CHASE BANK, N.A.**

*/s/ Renu Shah*
Renu Shah
10 South Dearborn, 6th Floor
Chicago, IL 60603-2003
Tel:     (312) 732-2715
Email: renu.p.shah@jpmchase.com

*Counsel to JPMorgan Chase Bank, N.A.*