| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>John W. Weiss<br>Leah M. Eisenberg<br>David E. Sklar<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>21 Main Street, Suite 200<br>Hackensack, New Jersey 07601<br>Telephone: (201) 270-5477<br>Email: jweiss@pashmanstein.com<br>       leisenberg@pashmanstein.com<br>       dsklar@pashmanstein.com<br><br>-and-<br><br>Joaquin M. C de Baca (admitted *pro hac vice*)<br>Richard A. Stieglitz (admitted *pro hac vice*)<br>Youmi Kim (admitted *pro hac vice*)<br>**MAYER BROWN LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020-1001<br>Telephone: (212) 506-2500<br>Email: jcdebaca@mayerbrown.com<br>       rstieglitz@mayerbrown.com<br>       ykim@mayerbrown.com<br><br>*Counsel for Poblano Energy Storage, LLC* | |
| In Re:<br><br>POWIN, LLC, *et al.*,[1]<br><br>       Debtors. | Chapter 11<br><br>Case Number: 25-16137 (MBK)<br><br>Jointly Administered |

# NOTICE OF SUBPOENA FOR RULE 2004 EXAMINATION

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

1752927797

**PLEASE TAKE NOTICE** that, pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules BR 2004-1 and 9016-1(a) of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"), Poblano Energy Storage, LLC ("Poblano"), by and through its undersigned counsel, requests USI Insurance Services NW CL1 to produce the documents and electronic information identified in the attached **Exhibit A** (the "Document Request") to Joaquin M. C de Baca, Richard Stieglitz and Youmi Kim at the offices of Mayer Brown LLP, 1221 Avenue of Americas, New York, New York 10020 and Leah M. Eisenberg at the offices of Pashman Stein Walder Hayden P.C., 21 Main Street, Suite 200, Hackensack, New Jersey 07601 or via electronic transmission at jcdebaca@mayerbrown.com, rstieglitz@mayerbrown.com, ykim@mayerbrown.com, and leisenberg@pashmanstein.com no later than **November 3, 2025 at 5:00 p.m. ET**.

**PLEASE TAKE FURTHER NOTICE** that Poblano reserves its rights under title 11 of the United States Code (the "Bankruptcy Code"), the Bankruptcy Rules, the Local Rules, and any applicable law regarding the subject matter of this Notice and to amend, supplement, and/or modify Exhibit A attached hereto in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and other applicable law.

Dated: October 20, 2025                          Respectfully submitted,

                                                            */s/ Leah M. Eisenberg*
                                                            John W. Weiss
                                                            Leah M. Eisenberg
                                                            David E. Sklar
                                                            **PASHMAN STEIN WALDER &**
                                                            **HAYDEN, P.C.**
                                                            21 Main Street, Suite 200
                                                            Hackensack, New Jersey 07601
                                                            Telephone: (201) 270-5477
                                                            Email: jweiss@pashmanstein.com
                                                                           leisenberg@pashmanstein.com

2

1752927797

dsklar@pashmanstein.com

-and-

Joaquin C de Baca (admitted *pro hac vice*)
Richard A. Stieglitz (admitted *pro hac vice*)
Youmi Kim (admitted *pro hac vice*)
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
Email: JCdeBaca@mayerbrown.com
       RStieglitz@mayerbrown.com
       YKim@mayerbrown.com

*Counsel for Poblano Energy Storage, LLC*

## **EXHIBIT A**

## **DEFINITIONS**

The following definitions of terms apply to the Document Request. Unless otherwise defined herein, all words and phrases used herein shall be accorded their usual meaning and shall be interpreted in their common, ordinary sense.

1. "**Affiliate**" or "**Affiliates**" has the meaning given to the term "Affiliate" under 11 U.S.C. § 101(2).

2. "**Chapter 11 Cases**" means the jointly administered chapter 11 cases pending before the United States Bankruptcy Court, District of New Jersey, captioned *Powin, LLC* Case No. 25-16137 (MBK).

3. "**Concerning**" means relating to, referring to, describing, evidencing, or constituting.

4. "**Debtors**" means Powin, LLC and its affiliated debtors and debtors-in-possession identified in the jointly administered Chapter 11 Cases, their predecessors and predecessors-in-interest, their subsidiaries and Affiliates and/or any of their past or present employees, attorneys, officers, directors, managers, members, advisors, agents, representatives, Professionals, and all other persons acting or claiming to act on their behalf, including but not limited to the Debtors' Professionals in these Chapter 11 Cases.

5. "**Document**" is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Fed. R. Civ. P. 34(a)(1)(A), including but not limited to all writings, drawings, graphs, charts, photographs, sound recordings, images, electronically stored information, and other data or data compilations. This includes documents stored in any medium from which information can be obtained either directly or, if

necessary, after translation by the responding party into a reasonably usable form. A draft or non-identical copy is a separate document within the meaning of this term.

6. "**Person**" means any natural person or any legal entity, including, without limitation, any business or governmental entity or association.

7. "**Professional**" means any Person or entity engaged to provide, or involved in providing, professional services of any kind at any time, including, without limitation, any attorneys, consultants, advisors, and testifying or non-testifying experts.

8. "**Time Period**" means the period from April 17, 2023 through the present unless otherwise indicated.

9. "**Project**" means the battery energy storage project located in Rialto, California, commonly referred to as "Poblano" and owned by Poblano Energy Storage, LLC.

10. "**You**" and "**Your**" means USI Insurance Services NW CL1, its subsidiaries and Affiliates, and/or any of their past or present employees, attorneys, officers, directors, managers, members, advisors, agents, representatives, Professionals, and all other persons acting or claiming to act on their behalf.

11. The use of the present tense includes the past tense, the use of the past tense shall include the present tense, and the use of any verb in any tense shall be construed as including the use of that verb in all other tenses.

12. Words and phrases not defined shall have their ordinary and plain meaning within the context of the Federal Rules of Civil Procedure and in accordance with the generally accepted meaning accorded such words and phrases in everyday use in the English language.

1752927797

**INSTRUCTIONS**

1. The preceding definitions apply to these instructions and the Document Request.

2. Documents covered by the Document Request include all documents in Your possession, custody, or control from the Time Period, unless otherwise indicated.

3. The Document Request shall be deemed to be continuing in nature. If at any time additional Documents responsive to the Document Request come into Your possession, custody, or control or are brought to Your attention, prompt supplementation of Your response to the Document Request is required.

4. If, in responding to the Document Request, You believe there are ambiguities in a request or definition, the response shall set forth the matter deemed ambiguous and the construction used in responding.

5. You shall produce all Documents in the manner in which they are maintained in the ordinary course of Your business, and/or You shall organize and label the Documents to correspond with the categories in this request. A request for a Document shall be deemed to include a request for any and all file folders within which the Document was contained, transmittal sheets, cover letters, exhibits, enclosures, or attachments to the document in addition to the Document itself.

6. Documents attached to each other should not be separated.

7. All Documents shall be produced in native file format or PDF format. All Documents shall be produced with metadata, including but not limited to the date created/sent, author, recipients, cc-copies, and bcc-blind copies.

8. If any Document within the scope of this request has been destroyed, that Document shall be identified including identification of (i) its author(s); (ii) intended or unintended recipient(s); (iii) addressee(s); (iv) intended or unintended recipients of blind copies; (v) date; and

1752927797

(vi) subject matter. The circumstances of such destruction shall be set forth, and any Documents relating to such destruction shall be produced.

9. In producing Documents and other materials, You are requested to furnish all Documents or things in Your possession, custody or control, regardless of whether such Documents or materials are possessed by You directly.

10. If You object to any part of any request, You shall state fully the nature of the objection. Notwithstanding any objections, You shall nonetheless comply fully with the other parts of the request not objected to.

1752927797

**DOCUMENT REQUEST**

1. Complete copies of all insurance policies Concerning the Project, including but not limited to, all commercial general liability, umbrella or excess liability, professional liability, and all other policies that provide, or provided, insurance coverage to the Debtors.

2. Complete copies of the following insurance policies:

    a. Commercial General Liability policy number EG65208303, insured by AIG Specialty Insurance Company

    b. Excess Liability policy number EGU65209614

    c. Excess Liability policy number SPE394205023

    d. Excess Liability policy number EX010WJ24

    e. Excess Liability policy number EX010WJ25

    f. Excess Liability policy number G47466702002

    g. Professional Liability policy number B0621PPOWI001024

    h. Professional Liability policy number B0621PPOWI001025

    i. Professional Liability policy number B0621PPOWI00825

    j. Professional Liability policy number B0621PPOWI000925

3. All Documents Concerning the renewal, cancellation, or termination of the above-listed insurance policies.

4. Complete copies of all other policies referenced in the Energy System Supply Agreement between Poblano Energy Storage, LLC, as Buyer and Powin, LLC, as Supplier, dated April 17, 2023.

5. Documents sufficient to show any claims made on any of the Debtors' insurance policies Concerning the Project.

6. Complete copies of all warranty policies Concerning the Project.

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (12/15)

# UNITED STATES BANKRUPTCY COURT

_____        District of __New Jersey_____

In re __Powin, LLC_____        Case No. __25-16137_____
                             _Debtor_

                                                                              Chapter __11_____

## SUBPOENA FOR RULE 2004 EXAMINATION

To: __USI Insurance Services NW CL1_____
                                           _(Name of person to whom the subpoena is directed)_

☐ _Testimony:_ **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure. A copy of the court order authorizing the examination is attached.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The examination will be recorded by this method: _____

☑ _Production:_ You, or your representatives, must also bring with you to the examination the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

See attached.

      The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: __10/20/25_____

            CLERK OF COURT

                                         OR

_____       __/s/ Leah M. Eisenberg_____
_Signature of Clerk or Deputy Clerk_              _Attorney's signature_

The name, address, email address, and telephone number of the attorney representing _(name of party)_ __Poblano Energy Storage, LLC_____, who issues or requests this subpoena, are:

Leah M. Eisenberg, Pashman Stein Walder Hayden, P.C., 21 Main Street, Suite 200, Hackensack, NJ 07601, leisenberg@pashmanstein.com, (201) 270-5477

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)**

I received this subpoena for *(name of individual and title, if any)*: _____
on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: Eric Kikalo, USI Insurance Services NW CL1,
825 NE Multnomah, Suite 1500, Portland, OR 97232.  I caused to be served the Notice and Subpoena via email (eric.kikalo@usi.com) and overnight mail.
_____ on *(date)* October 20, 2025 ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of  $ _____ .

 My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true and correct.

Date: 10/20/2025

/s/ Leah M. Eisenberg
*Server's signature*

/s/ Leah M Eisenberg - Partner
*Printed name and title*

Pashman Stein Walder Hayden, P.C
21 Main Street, Suite 200
Hackensack, NJ 07601
Email:leisenberg@pashmanstein.com    Tel: (201) 270-5477
*Server's address*

Additional information concerning attempted service, etc.: