| |
|---|
| **UNITED STATES BANKRUTPCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**TOGUT, SEGAL & SEGAL LLP**<br>Frank A. Oswald (admitted)<br>550 Broad Street<br>Suite 1508<br>Newark, NJ 07102<br>Telephone:  (212) 594-5000<br>Facsimile:  (212) 967-4258<br>Email:  frankoswald@teamtogut.com<br><br>Albert Togut (admitted *pro hac vice*)<br>Eitan Blander (admitted *pro hac vice*)<br>Christian Ribeiro (admitted *pro hac vice*)<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>Telephone:  (212) 594-5000<br>Facsimile:  (212) 967-4258<br>Email:   altogut@teamtogut.com<br>            eblander@teamtogut.com<br>            cribeiro@teamtogut.com<br><br>*Counsel for Debtors and*<br>*Debtors in Possession* |

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br><br>                            Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

## CERTIFICATION OF BEVERLY CADE GRADY, ESQ.

**BEVERLY CADE GRADY**, being of full age, hereby certifies that:

1. I am an attorney with the law firm of Togut, Segal & Segal LLP, proposed counsel to the above-captioned debtors and debtors in possession.  My

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

firm's office is located at: (i) 550 Broad Street, Suite 1508, Newark, New Jersey, 07102 and; (ii) One Penn Plaza, Suite 3335, New York, New York 10119.  I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

  2. I am a member of the State Bar of New York, admitted to practice in 2023.  I am also admitted to practice before the United States District Court for the Southern District of New York.

  3. I am a member in good standing of the Bar in each of the jurisdictions in which I am admitted to practice.

  4. No disciplinary proceedings are pending against me in any jurisdiction.  No discipline has previously been imposed on me in any jurisdiction.  I have never been suspended or disbarred from the practice of law.

  5. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules.  I will comply with all court and ethical rules governing the practice of law before this Court.

  6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

*[concludes on following page]*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED:  New York, New York
　　　　October 21, 2025

                                            TOGUT, SEGAL & SEGAL LLP
                                            By:

                                            */s/Beverly Cade Grady*
                                            BEVERLY CADE GRADY
                                            cgrady@teamtogut.com