| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**VINSON & ELKINS LLP**<br><br>Steven M. Abramowitz (No. 043641990)<br>David S. Meyer (admitted *pro hac vice*)<br>Lauren R. Kanzer (admitted *pro hac vice*)<br>The Grace Building<br>1114 Avenue of the Americas, 32nd Floor<br>New York, New York 10036-7708<br>Tel: (212) 237-0000<br>Fax: (212) 237-0100<br>Email: sabramowitz@velaw.com<br>          dmeyer@velaw.com<br>          lkanzer@velaw.com<br><br>-and-<br><br>William L. Wallander (admitted *pro hac vice*)<br>Matthew D. Struble (admitted *pro hac vice*)<br>2001 Ross Avenue, Suite 3900<br>Dallas, Texas 75201<br>Tel: (214) 220-7700<br>Fax: (214) 220-7716<br>Email: bwallander@velaw.com<br>          mstruble@velaw.com<br><br>*Counsel for the Ad Hoc Customer Group* | |
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>                    Debtors. | Case No. 25 – 16137 (MBK)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Hearing Date: November 13, 2025 at 11:30 a.m. ET**<br><br>**Objection Deadline: November 6, 2025 at 4:00 p.m. ET** |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin, LLC [0504], (ii) PEOS Holdings, LLC [5476], (iii) Powin Project LLC [1583], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

4903-8863-7300

**NOTICE OF HEARING ON MOTION OF
AD HOC CUSTOMER GROUP FOR ENTRY
OF AN ORDER (I) COMPELLING THE DEBTORS TO ASSIGN OEM
WARRANTIES AND GUARANTIES AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on October 20, 2025, Lone Star Solar, LLC, Idaho Power Company, West Warwick Energy Storage 1, LLC, West Warwick Energy Storage 2, LLC, and West Warwick Energy Storage 3, LLC (collectively, the "**Ad Hoc Customer Group**"), by and through its undersigned counsel, filed the *Motion of Ad Hoc Customer Group for Entry of an Order (I) Compelling the Debtors to Assign OEM Warranties and Guaranties and (II) Granting Related Relief* [Docket No. 956] (the "**Motion to Compel**") with the United States Bankruptcy Court for the District of New Jersey.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion to Compel (the "*Hearing*") will be held on **Thursday, November 13, 2025 at 11:30 a.m. (Eastern Time)**, before the Honorable Chief Judge Michael B. Kaplan, 402 East State Street, Trenton, New Jersey 08608, Courtroom #8 via Zoom. If you do not attend the Hearing, the Court may decide that you do not oppose the relief sought in the Motion to Compel and may enter an order granting the Motion to Compel.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion to Compel shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court in accordance with D.N.J. LBR 9013-1. If you do not want the Court to enter an order granting the relief requested in the Motion to Compel, or if you want the Court to consider your views on an objection, then you or your attorney must file with the Court a written request for a hearing or response or answer explaining your position **on or before Thursday, November 6, 2025 at 4:00 pm (Eastern Time)**. You must also email a copy of the objection to:

**VINSON & ELKINS LLP**
Steven M. Abramowitz, Esq.
David S. Meyer, Esq. (admitted *pro hac vice*)
Lauren R. Kanzer, Esq. (admitted *pro hac vice*)
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Telephone: (212) 237-0137
sabramowitz@velaw.com
dmeyer@velaw.com
lkanzer@velaw.com

-and-

William L. Wallander (admitted *pro hac vice*)
Matthew D. Struble (admitted *pro hac vice*)
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Telephone: (214) 220-7700
bwallander@velaw.com
mstruble@velaw.com

| | |
|---|---|
| Dated: October 21, 2025<br>New York, New York | Respectfully submitted,<br><br>*/s/ Steven M. Abramowitz*<br>**VINSON & ELKINS LLP**<br>Steven M. Abramowitz, Esq.<br>David S. Meyer (admitted *pro hac vice*)<br>Lauren R. Kanzer (admitted *pro hac vice*)<br>The Grace Building<br>1114 Avenue of the Americas, 32nd Floor<br>New York, New York 10036-7708<br>Tel: (212) 237-0000<br>Fax: (212) 237-0100<br>Email: sabramowitz@velaw.com<br>        dmeyer@velaw.com<br>        lkanzer@velaw.com<br><br>-and-<br><br>William L. Wallander (admitted *pro hac vice*)<br>Matthew D. Struble (admitted *pro hac vice*)<br>2001 Ross Avenue, Suite 3900<br>Dallas, Texas 75201<br>Tel: (214) 220-7700<br>Fax: (214) 220-7716<br>    Email: bwallander@velaw.com<br>        mstruble@velaw.com<br><br>*Counsel for the Ad Hoc Customer Group* |