**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
           van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:   john.beck@dentons.com
           sarah.schrag@dentons.com

*Counsel for Debtors and
Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
Christian Ribeiro (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:   altogut@teamtogut.com
           eblander@teamtogut.com
           cribeiro@teamtogut.com

*Counsel for Debtors and
Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
TO BE HEARD ON OCTOBER 23, 2025 AT 12:30 P.M. (ET)**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR  97062.

| | |
|---|---|
| **Date and Time**: | **October 23, 2025, at 12:30 P.M. (Prevailing Eastern Time)** |
| **Location of Hearing**: | United States Bankruptcy Court<br>District of New Jersey<br>402 East State Street<br>Trenton, NJ 08608<br>Courtroom #8 |

**PLEASE TAKE NOTICE** that the matters below are currently scheduled to be heard on October 23, 2025, at 12:30 p.m. (prevailing Eastern Time), before the Honorable Judge Michael B. Kaplan. The Hearing will be conducted **as a hybrid hearing, either in person or via Zoom for Government**. Parties wishing to present argument **must** be present in the Courtroom. Counsel who do not intend to argue but who wish to observe; or Counsel who do not intend to argue but wish to have speaking capabilities, if necessary, to preserve their rights; or Counsel with unavoidable conflicts or extenuating circumstances, may request to appear remotely by sending an email to Chambers (chambers_of_mbk@njb.uscourts.gov) indicating the name of the person appearing, their e-mail address, their affiliation, and whom they represent/interest in this case. If the request is approved, the participant will receive appropriate credentials and further instruction.

**PLEASE TAKE FURTHER NOTICE** that Telephonic information for observational purposes can be found the page on the Court's website devoted to the Powin, LLC case: https://njb-admin.jdc.ao.dcn/powin.

The matters set for hearing are divided into the following categories for the purposes of this Agenda:

        I.     UNCONTESTED MATTERS
        II.    CONTESTED MATTERS

I.    **UNCONTESTED MATTERS:**

1. *Debtors' Motion for Entry of an Order Authorizing (I) Abandonment or Sale of Remaining Inventory and (II) Granting Related Relief* [Docket No. 909]. **("Abandonment Motion")**

    Response Deadline: October 16, 2025 at 4:00 PM

    Responses/Replies Received: None.

    Related Documents:

    a. *Notice of Hearing on Debtors Motion for Entry of an Order Authorizing (I) Abandonment or Sale of Remaining Inventory and (II) Granting Related Relief* [Docket No.911].

    b. *Certificate of Mailing* [Docket No. 936].

    Status:  This matter is going forward.

2. *Debtors' Motion for Entry of an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 910]. **("Extension Motion")**

    Response Deadline:  October 20, 2025 at 4:00 PM

    Responses/Replies Received:  None.

    Related Documents:

    a. *Notice of Hearing* [Docket No. 910].

    b. *Certificate of Mailing* [Docket No. 937].

    c. *Certificate of No Objection* [Docket No. 960].

    Status:  This matter is going forward.

3. *Debtors' Omnibus Motion for Entry of an Order (i) Authorizing the (A) Rejection of Certain Leases and (B) Abandonment of Personal Property; and (II) Granting Related Relief* [Docket No. 913]. **("Rejection Motion")**

    Response Deadline:  October 16, 2025 at 4:00 PM

    Responses/Replies Received:  None.

    Related Documents:

    a. *Notice of Hearing* [Docket No. 913].

    b. *Certificate of Mailing* [Docket No. 937].

    c. *Certificate of No Objection* [Docket No. 975].

    Status: This matter is going forward.

4. *Debtors' Application In Lieu of Motion in Support of Entry of Joint Stipulation and Agreed Order Authorizing the Termination of that Certain Real Property Lease for Property Located at 16909 Millikan Avenue* [Docket No. 919]. **("Millikan Motion")**

    Response Deadline:  October 21, 2025 at 4:00 PM

    Responses/Replies Received:  None.

    Related Documents:

    d. *Notice of Hearing* [Docket No. 919].

3

    e. *Certificate of Mailing* [Docket No. 938].

Status: This matter is going forward.

**II.**    **CONTESTED MATTERS:**

5.    *Motion for Adequate Protection Filed on behalf of Ad Hoc Customer Group* [ECF No. 297] ("**Ad Hoc Group Motion**")

Response Deadline: July 15, 2025

Responses/Replies Received:

    a. *Supplemental Joinder of Honeywell International Inc.* [ECF No. 347].

Related Documents:

    a. *Application to Shorten Time* [ECF No. 299].

    b. *Order Granting Application to Shorten Time* [ECF No. 306].

    c. *Motion for Entry of an Order Authorizing Ad Hoc Customer Group to Redact and File Under Seal Confidential Information Contained in Exhibits in Connection with Ad Hoc Customer Group's Declarations and Witness and Exhibit List* [ECF No. 339].

    d. *Application to Shorten* [ECF No. 340].

    e. *Declaration of Ann Walter in Support of Emergency Motion of Ad Hoc Customer Group* [ECF No. 343].

    f. *Order Granting Application to Shorten Time* [ECF No. 344].

    g. *Declaration of Tyler Hansen in Support of Emergency Motion of Ad Hoc Customer Group for Entry of an Order (I) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code and (II) Granting Related Relief* [ECF No. 346].

    h. *Declaration of Tim Reaves in Support of Emergency Motion of Ad Hoc Customer Group for Entry of an Order (I) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code and (II) Granting Related Relief* [ECF No. 348].

    i. *[REDACTED] Witness and Exhibit List* [ECF No. 351].

    j. *Certificate of Service* [ECF No. 352].

    k. *Determination of Adjournment* [ECF No. 388].

    l. *Order Authorizing Ad Hoc Customer Group to Redact and File Under Seal Confidential Information Contained in Exhibits in Connection with Ad Hoc Customer Groups Declarations and Witness and Exhibit List* [ECF No. 678].

    m. *Supplement to the Emergency Motion of Ad Hoc Customer Group for Entry of an Order (I) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code and (II) Granting Related Relief* [ECF No. 809].

    n. *Notice of Withdrawal of Participation of West Warwick Energy Storage 1 LLC, West Warwick Energy Storage 2 LLC, and West Warwick Energy Storage 3 LLC* [ECF No. 902]

Status: This matter is going forward.

6. *Emergency Motion of Licensees for Entry of an Order (I) Compelling the Debtors to Comply with Section 365(N)(4) of the Bankruptcy Code, (II) Granting Adequate Protection Under Section 363(E) of the Bankruptcy Code, and (III) Granting Other Appropriate Relief Filed by Leah Eisenberg on behalf of DTE Electric Company, Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, Longroad Energy Partners, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC* [ECF No. 117]. **("Licensees Motion")**

Response Deadline: July 8, 2025 at 4:00 PM

Responses/Replies Received:

    a. *Debtors' Objection to Application for Order Shortening Time for Notice of (A) Emergency Motion of Licensees for Entry of an Order (I) Compelling the Debtors to Comply with Section 365(n)(4) of the Bankruptcy Code, Granting Adequate Protection Under Section 363(e) of of the Bankruptcy Code, and (B) Motion for Entry of an Order Authorizing Licensees to Redact and File Under Seal Confidential Information Contained in the Energy Supply Agreements and Long Term Services Agreements In Connection with Licensees' Motion to Compel* [ECF No. 128].

    b. *Joinder of Esvolta, LP to Emergency Motion of Licensees for Entry of an Order (I) Compelling the Debtors to Comply with Section 365(n)(4) of the Bankruptcy Code, (II) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code, and (III) Granting Other Appropriate Relief* [ECF No. 273].

    c. *Joinder of EDF Power Solutions, Inc. to Emergency Motion of Licensees for Entry of an Order (I) Compelling the Debtors to Comply with Section 365(n)(4) of the Bankruptcy Code, (II) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code, and (III) Granting Other Appropriate Relief* [ECF No. 274].

    d. *Joinder and Reservation of Rights of CS Energy, LLC Regarding the Emergency Motion of Licensees for Entry of an Order (I) Compelling the Debtors to Comply with Section 365(n)(4) of the Bankruptcy Code, (II) Granting Adequate Protection*

5

  *Under Section 363(e) of the Bankruptcy Code, and (III) Granting Other Appropriate Relief on Behalf of CS Energy, LLC* [ECF No. 353].

e. *Debtors' Omnibus (I) Objection to (A) Emergency Motion of Licensees for Entry of an Order (1) Compelling the Debtors to Comply with Section 365(n)(4) of the Bankruptcy Code, (2) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code and (B) Related Joinders and (II) Reply In Support of Omnibus Motion of the Debtors for Entry of an Order (A) Authorizing the Rejection of Legacy Customer Contracts and (B) Granting Related Relief* [ ECF No. 357].

f. *Response on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, Longroad Development Company, LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC* [ECF No. 382].

g. *Response on behalf of EPC Services Company* [ECF No. 573].

Related Documents:

a. *Motion to Seal* [ECF No. 118].

b. *Application to Shorten Time* [ECF No. 119].

c. *Notice of Hearing to Compel* [ECF No. 182]

d. *Notice of Hearing to Seal* [ECF No. 183]

e. *Certificate of Service* [ECF No. 213].

f. *Determination of Adjournment* [ECF No. 373].

g. *Supplemental Declaration of Dustin Wambeke in Support of Emergency Motion* [ECF No. 600].

h. *Declaration of Fred Ihimodu in Supplemental Support of Emergency Motion* [ECF No. 601].

i. *Declaration of Jeremy Law in Supplemental Support of Emergency Motion* [ECF No. 602].

j. *Licensees' Witness and Exhibit List* [ECF No. 604].

k. *Certificate of Service* [ECF No. 607].

l. *Order Authorizing Licensees to Redact and File Under Seal Confidential Information Contained in the Energy Supply Agreements and Long-Term Services Agreements in Connection with Licensees Motion to Compel* [ECF No. 673].

6

    m. *Notice of Withdrawal of Motion by Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, Interested Party Longroad Energy Partners, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC, Interested Party DTE Electric Company) filed by Leah Eisenberg on behalf of DTE Electric Company, Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, Longroad Development Company, LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion* [Docket No. 921/922].

Status:  The Licensees Motion has been withdrawn as to the primary movants to [ECF No. 921], but certain joinders intend to proceed or have not responded concerning whether they will proceed at the time of the filing of this Agenda.

Specifically, the following joinders are going forward: ECF Nos. 273; 274; and 292.

CS Energy, LLC has requested an adjournment of its joinder [ECF No. 353].

 

                              ***[Concluded on the following page]***

Dated: October 21, 2025  **TOGUT, SEGAL & SEGAL LLP**

*/s/ Frank A. Oswald*
Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
Christian Ribeiro (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: altogut@teamtogut.com
 eblander@teamtogut.com
 cribeiro@teamtogut.com

- and -

**DENTONS US LLP**
Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
 van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
 sarah.schrag@dentons.com

*Counsel for Debtors and
Debtors in Possession*

8