| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> **FOLEY & LARDNER LLP** <br> Anne B. Sekel <br> 90 Park Avenue, 35th Floor <br> New York, New York 10016 <br> Telephone: (212) 338-3417 <br> Email: asekel@foley.com <br><br> OF COUNSEL <br> John P. Melko (admitted *pro hac vice*) <br> 1000 Louisiana Street, Suite 2000 <br> Houston, Texas 77002 <br> Telephone: (713) 276-5500 <br> Email: jmelko@foley.com <br><br> *Counsel to AMP Solar US Services LLC, n/k/a PureSky US Services LLC* | |
| In re: <br><br> Powin, LLC, *et al.*, <br><br>         Debtors. | Chapter 11 <br><br> Case No. 25-16137 (MBK) <br><br> Judge: Michael B. Kaplan <br><br> (Jointly Administered) |

**JOINDER OF AMP SOLAR US SERVICES LLC, N/K/A PURESKY US SERVICES LLC TO MOTION OF AD HOC CUSTOMER GROUP FOR ENTRY OF AN ORDER (I) COMPELLING THE DEBTORS TO ASSIGN OEM WARRANTIES AND GUARANTIES AND (II) GRANTING RELATED RELIEF**
**Related To Docket No. 956**

AMP Solar US Services LLC, n/k/a PureSky US Services LLC ("PureSky"), by and through its undersigned counsel, hereby joins in, adopts, and incorporates as if fully set forth herein the *Motion of Ad Hoc Customer Group for Entry of an Order (I) Compelling the Debtors to Assign*

1

*OEM Warranties and Guaranties and (II) Granting Related Relief* of all the legal arguments set forth in the [Dkt. No. 956] (the "Motion") and in support thereof, respectfully submits as follows:

1. PureSky has one executory contract with the Debtor, Powin for the acquisition, installation, and servicing of one battery storage and energy management installation, and eight (8) built out facilities for which it has executory contracts with the Debtor for software and energy system management services.

2. PureSky joins in the Ad Hoc Customer Group's Motion.

3. PureSky reserves all other rights and remedies.

WHEREFORE, PureSky respectfully requests that this Court (a) grant PureSky the relief consistent with this joinder to the Ad Hoc Customer Group's Motion and (b) grant such other and further relief as may be just and proper.

Dated: October 23, 2025

Respectfully submitted,

**FOLEY & LARDNER, LLP**

*/s/ Anne B. Sekel*
Anne B. Sekel
90 Park Avenue
New York, NY 10016-1314
Telephone:    (212) 338-3417
Facsimile:     (212) 687-2329
E-mail: asekel@foley.com

OF COUNSEL
John P. Melko (admitted *pro hac vice*)
State Bar No. 13919600
Email: jmelko@foley.com
1000 Louisiana Street, Suite 2000
Houston, TX 77002
Telephone:  713.276.5500

*Attorneys for AMP Solar US Services LLC, n/k/a PureSky Services US LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on October 23, 2025, a true and correct copy of the foregoing document was served via CM/ECF to all parties authorized to receive electronic notice in this case.

>      */s/ Anne B. Sekel*
>      Anne B. Sekel