|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>　　　　Debtors. | Case No. 25 – 16137<br><br>(MBK) Chapter 11<br><br>(Jointly Administered) |

**Determination of Adjournment Request**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin, LLC [0504], (ii) PEOS Holdings, LLC [5476], (iii) Powin Project LLC [1583], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

**VINSON & ELKINS LLP**

Steven M. Abramowitz (No. 043641990)
David S. Meyer (admitted *pro hac vice*)
Lauren R. Kanzer (admitted *pro hac vice*)
The Grace Building
1114 Avenue of the Americas, 32nd Floor
New York, New York 10036-7708
Tel: (212) 237-0000
Fax: (212) 237-0100
Email: sabramowitz@velaw.com
　　　　dmeyer@velaw.com
　　　　lkanzer@velaw.com

-and-

William L. Wallander (admitted *pro hac vice*)
Matthew D. Struble (admitted *pro hac vice*)
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Tel: (214) 220-7700
Fax: (214) 220-7716
Email: bwallander@velaw.com
　　　　mstruble@velaw.com

*Counsel for the Ad Hoc Customer Group*

## ADJOURNMENT REQUEST

1. I, Lauren R. Kanzer,

   [x] am the attorney for: Lone Star Solar, LLC, Idaho Power Company, West Warwick Energy Storage 1, LLC, West Warwick Energy Storage 2, LLC, and West Warwick Energy Storage 3, LLC (collectively, the "**Ad Hoc Customer Group**")

   [ ] am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matters:

   *Notice of Motion for Emergency Motion of Ad Hoc Customer Group for Entry of an Order (I) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code and (II) Granting Related Relief* [Docket No. 297].

   Current hearing date and time: October 23, 2025 at 12:30 P.M. (ET)

   New date requested: November 13, 2025 at 11:30 A.M. (ET)

   Reason for adjournment request:

   Discussions between the parties on the matter are ongoing and may be resolved without intervention by this court.

2. Consent to adjournment:

   [x] I have the consent of all parties.  [ ] I do not have the consent of all parties (explain below):

   _____

   _____

| | |
|---|---|
| Dated:  October 22, 2025<br>New York, New York | Respectfully submitted,<br><br>*/s/  Lauren R. Kanzer*<br>**VINSON & ELKINS LLP**<br>Steven M. Abramowitz, Esq.<br>David S. Meyer (admitted *pro hac vice*)<br>Lauren R. Kanzer (admitted *pro hac vice*)<br>The Grace Building<br>1114 Avenue of the Americas, 32nd Floor<br>New York, New York 10036-7708<br>Tel: (212) 237-0000<br>Fax: (212) 237-0100<br>Email: sabramowitz@velaw.com<br>            dmeyer@velaw.com<br>            lkanzer@velaw.com<br>-and-<br><br>William L. Wallander (admitted *pro hac vice*)<br>Matthew D. Struble (admitted *pro hac vice*)<br>2001 Ross Avenue, Suite 3900<br>Dallas, Texas 75201<br>Tel: (214) 220-7700<br>Fax: (214) 220-7716<br>    Email: bwallander@velaw.com<br>            mstruble@velaw.com<br><br>*Counsel for the Ad Hoc Customer Group* |

_____

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New Hearing Date  **November 25, 2025 at 11:30am\*\*\***          ☐ Peremptory

☐ Granted over objection(s)     New Hearing Date _____       ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

**\*\*\*As discussed during the hearing on October 23, 2025, the matters calendared for November 13 will be adjourned to the November 25, 2025 Omnibus Date; therefore, this matter will be adjourned to that date as well.**

4913-8414-3989                                                    3