**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
         van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
         sarah.schrag@dentons.com

*Counsel for Debtors and
Debtors in Possession*



Order Filed on October 21, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br><div align="center">Debtors.</div> | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered)<br><br>**Hearing Date: October 23, 2025 at 12:30 p.m. E.T.** |

**NOTICE OF FILING OF DEBTORS' APPLICATION IN LIEU OF MOTION IN
SUPPORT OF ENTRY OF JOINT STIPULATION AND CONSENT ORDER
AUTHORIZING THE REJECTION OF CUSTOMER AGREEMENTS WITH MATRIX
NETWORKS AND GRANTING RELIEF FROM AUTOMATIC STAY**

      **PLEASE TAKE NOTICE** that on June 9, 2025 and June 10, 2025 (collectively, the "Petition Date"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") each

DATED: October 21, 2025

Honorable Michael B. Kaplan
United States Bankruptcy Judge

filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

    **PLEASE TAKE FURTHER NOTICE** that on October 9, 2025, the Debtors filed an *Application in Lieu of Motion in Support of Entry of Joint Stipulation and Consent Order Authorizing the Rejection of Customer Agreements with Matrix Networks and Granting Relief from Automatic Stay* (the "Application").[2] Only, if objections are filed, a hearing will be held via Zoom to consider approval of the Application on October 23, 2025 at 12:30 p.m. E.T. (the "Hearing"), or as soon thereafter as counsel may be heard. If no objections are filed within 7 days of filing the Application, the Application will be granted without the need for a Hearing.

    **PLEASE TAKE FURTHER NOTICE** that written objections, if any, to the relief requested in the Application shall: (a) be in writing; (b) state with particularity the basis of the objection; and (c) be filed with the Clerk of the Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the *General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002* (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served on such parties in accordance with the General Order and the Supplemental Commentary, so as to be actually received no later than seven (7) days after filing of the Application.

    **PLEASE TAKE FURTHER NOTICE** if an Objection is filed, any objecting party wishing to appear at the Hearing must register with the Court by submitting an e-mail to Chambers (chambers_of_mbk@njb.uscourts.gov) indicating the name of the person appearing, their e-mail address, their affiliation, and whom they represent/interest in this case. If the request is approved, the participant will receive appropriate credentials and further instruction. Telephonic information for observational purposes can be found on the page on the Court's website devoted to the *Powin, LLC, et al.*, bankruptcy case: https://www.njb.uscourts.gov/powin.

    **PLEASE TAKE FURTHER NOTICE THAT YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

---

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

    **PLEASE TAKE FURTHER NOTICE** that a copy of the Application, and any related filings, can be viewed and/or obtained by: (i) accessing the Bankruptcy Court's Website for a fee, (ii) visiting the website for the Debtors' chapter 11 cases at: https://www.veritaglobal.net/powin or (iii) by contacting the Office of the Clerk of the United States Bankruptcy Court, District of New Jersey.  Please note that a PACER password is required to access documents on the Bankruptcy Court's Website.

    [*Concluded on the following page*]

Dated: October 8, 2025

**TOGUT, SEGAL & SEGAL LLP**

*/s/ Frank A. Oswald*
Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: altogut@teamtogut.com
         eblander@teamtogut.com

- and -

**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
         van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
         sarah.schrag@dentons.com

*Counsel for Debtors and
Debtors in Possession*

| | |
|---|---|
| **DENTONS US LLP** | **TOGUT, SEGAL & SEGAL LLP** |
| Tania M. Moyron (admitted *pro hac vice*) | Frank A. Oswald (admitted) |
| Van C. Durrer, II (admitted *pro hac vice*) | 550 Broad Street |
| 601 S. Figueroa Street #2500 | Suite 1508 |
| Los Angeles, CA 90017 | Newark, NJ 07102 |
| Telephone: (213) 623-9300 | Telephone: (212) 594-5000 |
| Facsimile: (213) 623-9924 | Facsimile: (212) 967-4258 |
| Email: tania.moyron@dentons.com | Email: frankoswald@teamtogut.com |
| van.durrer@dentons.com | |
| | Albert Togut (admitted *pro hac vice*) |
| John D. Beck (admitted *pro hac vice*) | Eitan Blander (admitted *pro hac vice*) |
| Sarah M. Schrag (admitted *pro hac vice*) | One Penn Plaza, Suite 3335 |
| 1221 Avenue of the Americas | New York, New York 10119 |
| New York, NY 10020-1089 | Telephone: (212) 594-5000 |
| Telephone: (212) 768-6700 | Facsimile: (212) 967-4258 |
| Facsimile: (212) 768-6800 | Email: altogut@teamtogut.com |
| Email: john.beck@dentons.com | eblander@teamtogut.com |
| sarah.schrag@dentons.com | |
| | *Counsel for Debtors and* |
| *Counsel for Debtors and* | *Debtors in Possession* |
| *Debtors in Possession* | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

# DEBTORS' APPLICATION IN LIEU OF MOTION IN SUPPORT OF ENTRY OF JOINT STIPULATION AND CONSENT ORDER AUTHORIZING THE REJECTION OF CUSTOMER AGREEMENTS WITH MATRIX NETWORKS AND GRANTING RELIEF FROM AUTOMATIC STAY

TO THE HONORABLE MICHAEL B. KAPLAN, UNITED STATES CHIEF BANKRUPTCY JUDGE:

Powin, LLC and the above-referenced affiliated debtors and debtors in possession (collectively, the "Debtors") in these chapter 11 cases (the "Chapter 11 Cases") hereby submit this Application (this "Application") pursuant to rule 9019-4(b) of the Local Bankruptcy Rules for the District of New Jersey (the "Local Rules"), seeking approval and entry of the proposed *Joint Stipulation and Agreed Order Authorizing the Rejection of Customer Agreements with Matrix Networks and Granting Relief from Automatic Stay* (the "Stipulation and Agreed Order"), a copy of which is attached hereto as **Exhibit A**, and respectfully state as follows:

1. On June 9, 2025 (the "Petition Date"),[2] the Debtors each commenced a voluntary case for relief under chapter 11 of the Bankruptcy Code. The Debtors are authorized to continue operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On June 13, 2025, the Court entered an order [Docket No. 58] authorizing procedural consolidation and joint administration of these Chapter 11 Cases pursuant to Bankruptcy Rule 1015(b). On June 27, 2025 the United States Trustee for the District of New Jersey (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Committee") [Docket No. 174]. No request for the appointment of a trustee or examiner has been made in these Chapter 11 Cases.

---

[2] Lead Debtor Case No. 25-16137 (MBK) for Debtor Powin Project LLC was filed on June 9, 2025, and the remaining Debtors were filed shortly thereafter on June 10, 2025 and June 22, 2025.

2

2. Additional information regarding the Debtors, including their business and the events leading to the commencement of these Chapter 11 Cases is set forth in the *Declaration of Gerard Uzzi in Support of Emergency First Day Motions of the Debtors* [Docket No. 13] (the "First Day Declaration").

3. This Application is submitted pursuant to Local Rule 9019-4(b) in lieu of a motion in support of the Debtors' request that the Court enter the Stipulation and Agreed Order as presented.

4. Matrix Networks ("Matrix Networks") and Powin LLC ("Powin") are parties to (i) that certain customer agreement dated February 20, 2024 regarding Quote No. 007909: CATO Networks; (ii) that certain customer agreement dated July 30, 2024 regarding Quote No. 008755: 125 SDP Licenses; (iii) that certain customer agreement dated September 20, 2024 regarding Quote No. 008915: Machine Works Upgrade; and (iv) that certain customer agreement dated February 14, 2025 regarding Quote No. 009413: China Add On (items (i) through (iv) collectively, and together with any and all other customer agreements that may exist by and between Matrix Networks and Powin, LLC, the "Customer Agreements").

5. On August 8, 2025, the Court entered the *Order (I) Authorizing the Debtors to Enter Into and Perform Under the Mainfreight Distribution Pty Ltd Bill of Sale, (II) Approving the Sale of the Mainfreight Credit Bid Collateral Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (III) Granting Related Relief* [Docket No. 692] approving the sale of substantially all assets concerning the Debtors' business (the "Sale"). The Customer Agreements were not assumed in connection with the Sale and the Debtors no longer require the provision of the Services.

3

6. The Parties have agreed that the Customer Agreements shall be deemed rejected and terminated, effective September 30, 2025.

7. The Parties agree that the Stipulation and Agreed Order shall be effective immediately upon its entry by the Court.

8. The Parties intend that the Stipulation and Agreed Order will be binding upon their successors, agents, assigns, including bankruptcy trustees and estate representatives, and any parent, subsidiary, or affiliated entity of the Parties.

9. The Debtors submit that the Stipulation and Agreed Order is in the best interests of the Debtors and their estates, and a sound exercise of the Debtors' business judgement because the Debtors no longer require the services provided by Matrix Networks.

10. No prior request for the relief sought in this Application has been made to this Court or any other Court.

11. Notice of the Stipulation and Agreed Order of this Application has been provided to Counsel to the Committee; Counsel to Matrix Networks; Counsel to the United States Trustee and all parties having filed a request for notice in these Cases.

WHEREFORE, the Debtors respectfully request that the Court enter the Stipulation and Agreed Order, in substantially the form submitted herewith, granting the relief requested herein and such other relief as is just and proper under the circumstances.

| | |
|---|---|
| Dated: October 8, 2025 | **TOGUT, SEGAL & SEGAL LLP**<br>*/s/ Frank Oswald*<br>Frank A. Oswald (admitted)<br>550 Broad Street<br>Suite 1508<br>Newark, NJ 07102<br>Telephone: (212) 594-5000<br>Facsimile: (212) 967-4258<br>Email: frankoswald@teamtogut.com<br><br>Albert Togut (admitted *pro hac vice*)<br>Eitan Blander (admitted *pro hac vice*)<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>Telephone: (212) 594-5000<br>Facsimile: (212) 967-4258<br>Email: altogut@teamtogut.com<br>eblander@teamtogut.com<br><br>- and -<br><br>**DENTONS US LLP**<br><br>Tania M. Moyron (admitted *pro hac vice*)<br>Van C. Durrer, II (admitted *pro hac vice*)<br>601 S. Figueroa Street #2500<br>Los Angeles, CA 90017<br>Telephone: (213) 623-9300<br>Facsimile: (213) 623-9924<br>Email: tania.moyron@dentons.com<br>van.durrer@dentons.com<br><br>John D. Beck (admitted *pro hac vice*)<br>Sarah M. Schrag (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>Telephone: (212) 768-6700<br>Facsimile: (212) 768-6800<br>Email: john.beck@dentons.com<br>sarah.schrag@dentons.com<br><br>*Counsel for Debtors and*<br>*Debtors in Possession* |

Case 25-15873-MBK Doc 984 Filed 10/23/25 Entered 10/23/25 20:32:47 Desc Main Document Page 10 of 17

Case 25-15873-MBK Doc 924-c 984 Filed 10/08/25 Entered 10/24/25 00:14:07 Desc Imaged Certificate of Notice Page 10 of 18

# EXHIBIT A

(Proposed Stipulation and Agreed Order)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In re:<br>Powin, LLC, *et al.*,[1]<br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |
|---|---|

**JOINT STIPULATION AND CONSENT ORDER
PURSUANT TO 11 U.S.C. §§ 105, 362, AND 365
AUTHORIZING REJECTION OF CUSTOMER AGREEMENTS WITH
MATRIX NETWORKS AND GRANTING RELIEF FROM AUTOMATIC STAY**

The relief set forth on the following pages, numbered five (2) through eight (5), is **ORDERED.**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| | |
|---|---|
| **DENTONS US LLP** | **TOGUT, SEGAL & SEGAL LLP** |
| Tania M. Moyron (admitted *pro hac vice*) | Frank A. Oswald (admitted) |
| Van C. Durrer, II (admitted *pro hac vice*) | 550 Broad Street |
| 601 S. Figueroa Street #2500 | Suite 1508 |
| Los Angeles, CA 90017 | Newark, NJ 07102 |
| Telephone: (213) 623-9300 | Telephone: (212) 594-5000 |
| Facsimile: (213) 623-9924 | Facsimile: (212) 967-4258 |
| Email: tania.moyron@dentons.com | Email: frankoswald@teamtogut.com |
|         van.durrer@dentons.com | |
| | Albert Togut (admitted *pro hac vice*) |
| John D. Beck (admitted *pro hac vice*) | Eitan Blander (admitted *pro hac vice*) |
| Sarah M. Schrag (admitted *pro hac vice*) | One Penn Plaza, Suite 3335 |
| 1221 Avenue of the Americas | New York, New York 10119 |
| New York, NY 10020-1089 | Telephone: (212) 594-5000 |
| Telephone: (212) 768-6700 | Facsimile: (212) 967-4258 |
| Facsimile: (212) 768-6800 | Email: altogut@teamtogut.com |
| Email: john.beck@dentons.com |         eblander@teamtogut.com |
|         sarah.schrag@dentons.com | |
| | *Counsel for Debtors and* |
| *Counsel for Debtors and* | *Debtors in Possession* |
| *Debtors in Possession* | |

(Page: 3)
Debtor: Powin, LLC, *et al.*
Case No.: 25-16137 (MBK)
Caption: Stipulation and Consent Order Pursuant to 11 U.S.C. 105, 362 and 365 Authorizing Rejection of Customer Agreements with Matrix Networks and Granting Relief from the Automatic Stay

---

This stipulation and consent order (the "Stipulation and Consent Order") is entered into by and between the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned chapter 11 cases and Matrix Networks ("Matrix Networks" and, together with the Debtors, the "Parties"), to authorize the Debtors' rejection of certain customer agreements, to grant relief from the automatic stay to allow for termination of the customer agreements and the services provided thereunder, and to grant related relief.

## RECITALS

**WHEREAS,** on June 9, 2025 (the "Petition Date"),[1] the Debtors each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, thereby initiating the above-captioned chapter 11 cases (the "Chapter 11 Cases");

**WHEREAS,** Matrix Networks and Powin, LLC are parties to (i) that certain customer agreement dated February 20, 2024 regarding Quote No. 007909: CATO Networks; (ii) that certain customer agreement dated July 30, 2024 regarding Quote No. 008755: 125 SDP Licenses; (iii) that certain customer agreement dated September 20, 2024 regarding Quote No. 008915: Machine Works Upgrade; and (iv) that certain customer agreement dated February 14, 2025 regarding Quote No. 009413: China Add On (items (i) through (iv) collectively, and together with any and all other customer agreements that may exist by and between Matrix Networks and Powin, LLC, the "Customer Agreements");

**WHEREAS,** Matrix Networks provides a suite of internet routing and security services to

---

[1] Lead Debtor Case No. 25-16137 (MBK) for Debtor Powin Project LLC was filed on June 9, 2025, and the remaining Debtors were filed shortly thereafter on June 10, 2025.

(Page: 4)
Debtor: Powin, LLC, *et al.*
Case No.: 25-16137 (MBK)
Caption: Stipulation and Consent Order Pursuant to 11 U.S.C. 105, 362 and 365 Authorizing Rejection of Customer Agreements with Matrix Networks and Granting Relief from the Automatic Stay

---

the Debtors pursuant to the Customer Agreements (the "Services");

**WHEREAS**, on August 8, 2025, the Court entered the *Order (I) Authorizing the Debtors to Enter Into and Perform Under the Mainfreight Distribution Pty Ltd Bill of Sale, (II) Approving the Sale of the Mainfreight Credit Bid Collateral Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (III) Granting Related Relief* [Docket No. 692] approving the sale of substantially all assets concerning the Debtors' business (the "Sale");

**WHEREAS**, the Customer Agreements were not assumed in connection with the Sale and the Debtors no longer require the provision of the Services;

**WHEREAS,** the Parties agree to the rejection of the Customer Agreements effective as of September 30, 2025 (the "Rejection Date") and the lifting of the automatic stay under section 362 of the Bankruptcy Code effective upon the entry of this Order to allow for termination of the Customer Agreements and the Services provided thereunder;

## STIPULATION AND CONSENT ORDER

**NOW, THEREFORE**, the Parties hereby stipulate and agree, and the Court hereby **ORDERS**, as follows:

1. The foregoing recitals are hereby incorporated by reference into this Stipulation and Consent Order.

2. Upon approval of this Stipulation and Consent Order by the Court, the Customer Agreements shall be deemed rejected pursuant to section 365 of the Bankruptcy Code, effective as of the Rejection Date.

3. The Parties agree that pursuant to section 362(d) of the Bankruptcy Code, the

(Page: 5)
Debtor: Powin, LLC, *et al.*
Case No.: 25-16137 (MBK)
Caption: Stipulation and Consent Order Pursuant to 11 U.S.C. 105, 362 and 365 Authorizing Rejection of Customer Agreements with Matrix Networks and Granting Relief from the Automatic Stay

---

automatic stay is hereby lifted effective as of the date of entry of the Stipulation and Consent Order as to the Customer Agreements to allow for the termination thereof and the Services provided thereunder.

4. Matrix Networks reserves the right to assert any claims in connection with the Customer Agreements, including but not limited to (i) a claim for rejection damages pursuant to section 502(g)(1) of the Bankruptcy Code; and/or (ii) an administrative expense claim pursuant to section 503 of the Bankruptcy Code.

5. Any claim of Matrix Networks arising solely from the rejection of the Customer Agreements (*i.e.*, a claim under section 502(g)(1)) shall be filed within thirty (30) days from approval of this Stipulation and Consent Order by the Court.

6. Upon approval of the Court, this Stipulation and Consent Order shall be binding upon the Parties and their successors and assigns.

7. The Parties are authorized to take all actions as may be required or necessary to implement the terms of this Stipulation and Consent Order.

8. Nothing in this Stipulation and Consent Order shall be construed or implied to create any benefit, right or remedy in favor of any other person or entity other than the Parties.

9. Each Party hereby warrants, with respect to itself only, that its counsel is authorized and empowered to execute this Stipulation and Consent Order on behalf of such Party. Each Party acknowledges that it has read this Stipulation and Consent Order in its entirety, fully understood its terms, and voluntarily accepted the terms set forth herein. Each Party also acknowledges that it has had an opportunity to consult with legal counsel and any

(Page: 6)
Debtor: Powin, LLC, *et al.*
Case No.: 25-16137 (MBK)
Caption: Stipulation and Consent Order Pursuant to 11 U.S.C. 105, 362 and 365 Authorizing Rejection of Customer Agreements with Matrix Networks and Granting Relief from the Automatic Stay

---

other advisors of its choice with respect to the terms of this Stipulation and Consent Order and that it is signing this Stipulation Consent Order of its own free will.

10. The Parties acknowledge and stipulate that this Stipulation and Consent Order has been drafted through a joint effort of the Parties and, therefore, shall not be construed in favor of or against either of the Parties. The terms of this Stipulation and Consent Order shall be deemed to have been jointly negotiated and drafted by the Parties.

11. This Stipulation and Consent Order may be executed in separate counterparts, each of which shall be deemed to be an original, but all of which together shall constitute one and the same agreement.

12. Notwithstanding Bankruptcy Rules 4001(a)(3), 6004(h), 6006(d), 7062 or 9024 or any other Bankruptcy Rule, or Rule 62(a) of the Federal Rules of Civil Procedure, this Stipulation and Consent Order shall be immediately effective and enforceable upon its entry on the docket, and there shall be no stay of execution or effectiveness of this Stipulation and Consent Order.

13. The Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation and Consent Order.

[*Signature Page Follows*]

(Page: 7)
Debtor: Powin, LLC, *et al.*
Case No.: 25-16137 (MBK)
Caption: Stipulation and Consent Order Pursuant to 11 U.S.C. 105, 362 and 365 Authorizing Rejection of Customer Agreements with Matrix Networks and Granting Relief from the Automatic Stay

---

**SO STIPULATED AND AGREED:**

| **TOGUT, SEGAL & SEGAL LLP** | **LOWENSTEIN SANDLER LLP** |
|---|---|
| By: */s/ Frank A. Oswald* | By: */s/ Jeffrey D. Prol* |
| Frank A. Oswald (admitted) | Jeffrey D. Prol, Esq. |
| 550 Broad Street, Suite 1508 | One Lowenstein Drive |
| Newark, NJ 07102 | Roseland, New Jersey 07068 |
| Telephone: (212) 594-5000 | Telephone: (973) 597-2500 |
| Facsimile: (212) 967-4258 | Facsimile: (973) 597-2400 |
| E-mail: frankoswald@teamtogut.com | E-mail: jprol@lowenstein.com |
| *Counsel to the Debtors and Debtors-in-Possession* | *Counsel to Matrix Networks* |

- and -

**DENTONS US LLP**
Tania M. Moyron (*pro hac vice*)
Van C. Durrer, II (pro hac vice)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
E-mail: tania.moyron@dentons.com
           van.durrer@dentons.com

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-16137-MBK |
| Powin, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 21, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2025:**

**Recip ID          Recipient Name and Address**
db               + Powin, LLC, 20550 SW 115th Avenue, Tualatin, OR 97062-6857

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2025               Signature:      /s/Gustava Winters