|  | Order Filed on October 24, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK) (Jointly Administered) |

**ORDER AUTHORIZING (I) ABANDONMENT OR SALE OF REMAINING INVENTORY AND (II) GRANTING RELATED RELIEF**

The relief set forth on the following pages numbered three [3] through four [4] is **ORDERED**.

DATED: October 24, 2025

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [15241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

| | |
|---|---|
| Debtors: | Powin, LLC, *et al* |
| Case No. | 25-16137 (MBK) |
| Caption of Order: | Order Granting Motion of the Debtors for Entry of an Order Authorizing (I) Abandonment or Sale of Remaining Inventory and (II) Granting Other Relief |

Upon consideration of the Motion[1] of the above captioned debtors and debtors in possession (the "Debtors") in the above-captioned case (the "Case") for entry of an order (this "Order"), pursuant to §§ 554(a) and 363 of title 11 of the United States Code, §§ 101 *et seq.* (the "Bankruptcy Code"),[2] for entry of an order authorizing (a) the abandonment of the Miscellaneous Inventory; (b) the sale of the Miscellaneous Inventory for cash or other consideration, where reasonably practicable, each effective as of the date of this Motion; and (c) granting the Debtors such other and further relief as is just; and upon the record in this Case; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being core under 28 U.S.C. § 157(b); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, its creditors, and other parties in interest; and this Court having reviewed the Motion; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and this Court having found that the Debtors' notice of the Motion and opportunity for hearing on the Motion were appropriate under the circumstances and that no other notice be provided; and this Court having determined that the legal and factual bases set forth in the Motion and at the hearing thereon establish just cause for the relief granted herein; and upon all of the proceedings before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.
[2] All references to "§" or "section" herein are to sections of the Bankruptcy Code.

| | |
|---|---|
| Debtors: | Powin, LLC, *et al* |
| Case No. | 25-16137 (MBK) |
| Caption of Order: | Order Granting Motion of the Debtors for Entry of an Order Authorizing (I) Abandonment or Sale of Remaining Inventory and (II) Granting Other Relief |

1. The Motion is GRANTED as set forth herein.

2. Pursuant to § 554(a), the Debtors' are authorized, but not directed, in consultation with the Committee, to abandon Miscellaneous Inventory.

3. Pursuant to § 363, the Debtors are authorized, but not directed, to accept cash or other consideration in connection with the consensual transfer of Miscellaneous Inventory.

4. If the Debtors negotiate a sale of Miscellaneous Inventory, the Debtors are required to consult with the Committee and provide notice to the U.S. Trustee prior to accepting any offer of cash or other consideration for the Miscellaneous Inventory. The Debtors are further required to solicit at least one alternative transaction for the Miscellaneous Inventory prior to accepting any cash or other consideration for the Miscellaneous Inventory.

5. Any purchaser of Miscellaneous Inventory may rely on the Debtors' certification that it has complied with the requirements of this Order in connection with the disposal of Miscellaneous Inventory.

6. The notice requirements in Bankruptcy Rule 2002 are hereby waived for any sale of the Miscellaneous Inventory, in light of the requirements contained in paragraph four (4) of this Order

7. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. The Debtors are authorized to take all steps necessary or appropriate to carry out the relief granted in this Order.

(Page 4)
Debtors:           Powin, LLC, *et al*
Case No.           25-16137 (MBK)
Caption of Order:  Order Granting Motion of the Debtors for Entry of an Order Authorizing (I) Abandonment or Sale of Remaining Inventory and (II) Granting Other Relief

       9.      This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-16137-MBK |
| Powin, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 24, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

**Recip ID        Recipient Name and Address**
db              + Powin, LLC, 20550 SW 115th Avenue, Tualatin, OR 97062-6857

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 26, 2025                                Signature:        /s/Gustava Winters