|  |  |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>　　　　　　　Debtors. | Order Filed on October 24, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Chapter 11<br><br>Case No. 25-16137 (MBK)  (Jointly Administered) |

**ORDER GRANTING DEBTORS' OMNIBUS MOTION FOR ENTRY OF ORDER
(I) AUTHORIZING THE (A) REJECTION OF CERTAIN LEASES AND
(B) ABANDONMENT OF PERSONAL PROPERTY;
AND (II) GRANTING RELATED RELIEF**

　　The relief set forth on the following pages, numbered three [3] through four [4], is **ORDERED**.

DATED: October 24, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Michael B. Kaplan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [15241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

(Page 2)

Debtors: Powin, LLC, *et al.*
Case No. 25-16137 (MBK)
Caption of Order: Order Granting Motion of the Debtors Omnibus Motionfor Entry of an Order (I) Authorizing the (A) Rejection of Certain Leases and (B) Abandonment of Personal Property; and (II) Granting Related Relief

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| **DENTONS US LLP** | **TOGUT, SEGAL & SEGAL LLP** |
|---|---|
| Tania M. Moyron (admitted *pro hac vice*) | Frank A. Oswald (admitted) |
| Van C. Durrer, II (admitted *pro hac vice*) | 550 Broad Street |
| 601 S. Figueroa Street #2500 | Suite 1508 |
| Los Angeles, CA 90017 | Newark, NJ 07102 |
| Telephone: (213) 623-9300 | Telephone: (212) 594-5000 |
| Facsimile: (213) 623-9924 | Facsimile: (212) 967-4258 |
| Email: tania.moyron@dentons.com | Email: frankoswald@teamtogut.com |
| van.durrer@dentons.com | |
| | Albert Togut (admitted *pro hac vice*) |
| John D. Beck (admitted *pro hac vice*) | Eitan Blander (admitted *pro hac vice*) |
| Sarah M. Schrag (admitted *pro hac vice*) | One Penn Plaza, Suite 3335 |
| 1221 Avenue of the Americas | New York, New York 10119 |
| New York, NY 10020-1089 | Telephone: (212) 594-5000 |
| Telephone: (212) 768-6700 | Facsimile: (212) 967-4258 |
| Facsimile: (212) 768-6800 | Email: altogut@teamtogut.com |
| Email: john.beck@dentons.com | eblander@teamtogut.com |
| sarah.schrag@dentons.com | |
| | *Counsel for Debtors and* |
| | *Debtors in Possession* |
| *Counsel for Debtors and* | |
| *Debtors in Possession* | |

(Page 3)
Debtors: Powin, LLC, *et al.*
Case No. 25-16137 (MBK)
Caption of Order: Order Granting Motion of the Debtors Omnibus Motion for Entry of an Order (I) Authorizing the (A) Rejection of Certain Leases and (B) Abandonment of Personal Property; and (II) Granting Related Relief

Upon consideration of the Motion[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"): (i) authorizing (a) the rejection of certain executory contracts set forth on **Schedule 1** (the "Leases") (b) effective as of the Rejection Date; and (ii) granting related relief, all as more fully set forth in the Motion; and upon the Declaration attached to the Motion and the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of New Jersey dated as of September 18, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for hearing on the Motion were appropriate under the circumstances and that no other notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion and at the hearing thereon establish just cause for the relief granted herein; and upon all of the proceedings before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. The Leases are deemed rejected effective as of the Rejection Date.

3. The Debtors are authorized to abandon any Personal Property located at any leased premises related to the Leases and all such property is deemed abandoned to the landlord as of the Rejection Date. The landlord may utilize or dispose of such Personal Property without liability to

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

(Page 4)
Debtors:         Powin, LLC, *et al.*
Case No.         25-16137 (MBK)
Caption of Order: Order Granting Motion of the Debtors Omnibus Motionfor Entry of an Order (I) Authorizing the (A) Rejection of Certain Leases and (B) Abandonment of Personal Property; and (II) Granting Related Relief

any third parties or the Debtors' estates, and without further notice to any party claiming an interest in such abandoned Personal Property. The automatic stay, to the extent applicable, is modified in favor of the landlord to allow for such utilization or disposition.

4. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Local Rules are satisfied by such notice.

5. Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon entry.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

Case 25-16137-MBK    Doc 994    Filed 10/26/25    Entered 10/27/25 00:16:49    Desc
Imaged Certificate of Notice    Page 5 of 13

**Schedule 1**

Leases

| CN | Debtor Party | Counterparty Name | Address | Contract Type |
|---|---|---|---|---|
| 1 | Powin Energy Operating, LLC | ACRE Management | 80 SW 8th Street, Miami, FL 33130 | Commercial Sublease Agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto |
| 2 | Powin Energy Operating, LLC | Madison OFC Brickell FL LLC | 80 SW 8th Street, Miami, FL 33130 | Office Leases, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto |

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-16137-MBK |
| Powin, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 7 |
| Date Rcvd: Oct 24, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Powin, LLC, 20550 SW 115th Avenue, Tualatin, OR 97062-6857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 26, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan J. Brody | on behalf of Interested Party Stem Inc. brodya@gtlaw.com, alan-brody-2138@ecf.pacerpro.com |
| Anne B. Sekel | on behalf of Creditor AMP Solar US Services LLC n/k/a PureSky US Services LLC asekel@foley.com, jnicholson@foley.com;jlee@foley.com |
| Arthur Abramowitz | on behalf of Creditor Ace Engineering aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com |
| Barbra Rachel Parlin | on behalf of Creditor El Sol Storage Energy LLC barbra.parlin@hklaw.com elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |
| Barbra Rachel Parlin | on behalf of Creditor El Sol Energy Storage LLC barbra.parlin@hklaw.com elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |

| | |
|---|---|
| Barbra Rachel Parlin | on behalf of Creditor Arizona Storage Development LLC barbra.parlin@hklaw.com elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |
| Barbra Rachel Parlin | on behalf of Creditor Invenergy Storage Development LLC barbra.parlin@hklaw.com elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |
| Barbra Rachel Parlin | on behalf of Creditor Invenergy LLC barbra.parlin@hklaw.com, elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |
| Barbra Rachel Parlin | on behalf of Creditor Yuma Solar Energy LLC barbra.parlin@hklaw.com elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |
| Barbra Rachel Parlin | on behalf of Creditor Invenergy Services LLC barbra.parlin@hklaw.com elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |
| Barbra Rachel Parlin | on behalf of Creditor MG HR S de R.L. de C.V. barbra.parlin@hklaw.com elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |
| Blake Denton | on behalf of Creditor FlexGen Power Systems LLC blake.denton@lw.com |
| Boaz Cohen | on behalf of Creditor Hitachi Energy Power Conversion Solutions S.L.U., f/k/a Experience Knowledge Strategy, S.L. bcohen@kramerlevin.com |
| Boaz Cohen | on behalf of Creditor Hitachi Energy Power Conversion Solutions Spain S.L., f/k/a Experience Knowledge Strategy, S.L. bcohen@kramerlevin.com |
| Boaz Cohen | on behalf of Creditor Hitachi Energy Ltd bcohen@kramerlevin.com |
| Brett S. Theisen | on behalf of Creditor GLAS USA LLC btheisen@gibbonslaw.com nmitchell@gibbonslaw.com |
| Brett S. Theisen | on behalf of Interested Party Galp Parques Fotovoltaicos de Alcoutim Lda btheisen@gibbonslaw.com, nmitchell@gibbonslaw.com |
| Cameron Deane | on behalf of Creditor Toyota Industries Commercial Finance Inc. cdeane@weltman.com |
| Courtney Brown | on behalf of Creditor Mitsubishi Electric Power Products Inc. cmbrown@vedderprice.com, ecfnydocket@vedderprice.com,courtney-brown-3667@ecf.pacerpro.com |
| Daniel Harris | on behalf of Interested Party BHER Ravenswood Solar 1 LLC dharris@coleschotz.com, ddelehanty@coleschotz.com |
| Daniel Stolz | on behalf of Attorney Brown Rudnick LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Official Committee of Unsecured Creditors dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Other Prof. Alvarez & Marsal North America LLC dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel C Fleming | on behalf of Creditor ORR Protection Systems Inc. dfleming@wongfleming.com, sshalloo@wongfleming.com |
| David A. Pisciotta | on behalf of Creditor GLAS USA LLC dpisciotta@reedsmith.com david-pisciotta-4680@ecf.pacerpro.com;docketingecfnyc@reedsmith.com |
| David E. Sklar | on behalf of Interested Party Leeward Renewable Energy LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com;aoden@pashmanstein.com |
| David E. Sklar | on behalf of Interested Party DTE Electric Company dsklar@pashmanstein.com |

Case 25-16137-MBK    Doc 994    Filed 10/26/25    Entered 10/27/25 00:16:49    Desc
Imaged Certificate of Notice    Page 9 of 13

| District/off: 0312-3 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Oct 24, 2025 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com;aoden@pashmanstein.com |
| David E. Sklar | on behalf of Interested Party Poblano Energy Storage LLC, Strata Solar Services, LLC, and Strata Storage, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com;aoden@pashmanstein.com |
| David E. Sklar | on behalf of Interested Party Longroad Development Company LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com;aoden@pashmanstein.com |
| David E. Sklar | on behalf of Interested Party Longroad Energy Partners on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com;aoden@pashmanstein.com |
| David E. Sklar | on behalf of Interested Party Poblano Energy Storage LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com;aoden@pashmanstein.com |
| David H. Pikus | on behalf of Creditor Expeditors International of Washington INC dpikus@bressler.com |
| Deanna Boll | on behalf of Creditor Apex Clean Energy Holdings LLC dboll@mwe.com, dnorthrop@mwe.com |
| Donald W Clarke | on behalf of Attorney Brown Rudnick LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Creditor Committee Official Committee of Unsecured Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Other Prof. Alvarez & Marsal North America LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Douglas J. McGill | on behalf of Creditor Bergstrom Inc. dmcgill@webbermcgill.com |
| Evan Lazerowitz | on behalf of Creditor Enel Produzione S.p.A elazerowitz@rc.com efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com |
| Felice R. Yudkin | on behalf of Interested Party BHER Ravenswood Solar 1 LLC fyudkin@coleschotz.com, fpisano@coleschotz.com |
| Frank A. Oswald | on behalf of Defendant Powin Energy Operating Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | on behalf of Debtor Powin Energy Operating LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | on behalf of Defendant Powin LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | on behalf of Debtor Powin Project LLC frankoswald@teamtogut.com seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | on behalf of Debtor Powin Energy Ontario Storage LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | on behalf of Debtor Powin China Holdings 1 LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | on behalf of Debtor Powin Energy Operating Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | on behalf of Debtor Powin LLC frankoswald@teamtogut.com, |

Case 25-16137-MBK    Doc 994    Filed 10/26/25    Entered 10/27/25 00:16:49    Desc
Imaged Certificate of Notice    Page 10 of 13

| District/off: 0312-3 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Oct 24, 2025 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | on behalf of Debtor Powin China Holdings 2 LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | on behalf of Defendant Powin Energy Operating LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | on behalf of Debtor PEOS Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | on behalf of Debtor Charger Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | on behalf of Attorney Togut Segal & Segal LLP frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Franklin Barbosa, Jr | on behalf of Creditor CS Energy LLC fb@spsk.com, clm@spsk.com |
| Gail C. Lin | on behalf of Plaintiff Brian Palomino gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com |
| Gregory S. Toma | on behalf of Interested Party Front Range-Midway Solar Project LLC gtoma@riker.com |
| Jaclynn McDonnell | on behalf of Creditor Committee Official Committee of Unsecured Creditors jmcdonnell@genovaburns.com dmendez@genovaburns.com |
| James N. Lawlor | on behalf of Creditor Munmorah Battery ProjectCo Pty Ltd jlawlor@wmd-law.com |
| James N. Lawlor | on behalf of Creditor Ulinda Park ProjectCo Pty Ltd jlawlor@wmd-law.com |
| Jeffrey A. Cooper | on behalf of Interested Party Honeywell International Inc. jcooper@rltlawfirm.com cooperatty@aol.com;rgaydos@rltlawfirm.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jennifer Hoover | on behalf of Creditor EPC Services Company jhoover@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Jennifer Hoover | on behalf of Creditor GreEnergy Resources LLC jhoover@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Jeremy M. Campana | on behalf of Creditor Ultra Corpotech Inc. jeremy.campana@thompsonhine.com ECFDocket@thompsonhine.com |
| Jeremy M. Campana | on behalf of Creditor Ultra Corpotech Private Limited jeremy.campana@thompsonhine.com ECFDocket@thompsonhine.com |
| Joanna J. Cline | on behalf of Creditor Kupono Solar LLC joanna.cline@troutman.com, monica.molitor@troutman.com;wlbank@troutman.com |
| Joanna J. Cline | on behalf of Interested Party Ameresco Inc. and Kupono Solar, LLC joanna.cline@troutman.com, monica.molitor@troutman.com;wlbank@troutman.com |
| John Pintarelli | on behalf of Creditor Mitsubishi Power Americas Inc. john.pintarelli@pillsburylaw.com |
| John Pintarelli | on behalf of Creditor Prevalon Energy LLC john.pintarelli@pillsburylaw.com |
| John S. Mairo | on behalf of Creditor Certain Funds and Accounts Managed by KKR Credit Advisors (US) LLC jmairo@gibbonslaw.com |

Case 25-16137-MBK    Doc 994    Filed 10/26/25    Entered 10/27/25 00:16:49    Desc
Imaged Certificate of Notice    Page 11 of 13

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 7 |
| Date Rcvd: Oct 24, 2025 | Form ID: pdf903 | Total Noticed: 1 |

|  |  |
|---|---|
|  | emunera@gibbonslaw.com |
| Joseph H. Lemkin | on behalf of Creditor THI Inc jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Spark Power Renewables USA Inc. jlemkin@stark-stark.com |
| Joseph J. DiPasquale | on behalf of Interested Party Specified Technologies Inc. Jdipasquale@foxrothschild.com, aedwards@foxrothschild.com;msteen@foxrothschild.com |
| Joseph L. Schwartz | on behalf of Creditor Solar Carver 1 LLC jschwartz@riker.com |
| Joseph L. Schwartz | on behalf of Interested Party Front Range-Midway Solar Project LLC jschwartz@riker.com |
| Joseph L. Schwartz | on behalf of Creditor Solar Carver 3 LLC jschwartz@riker.com |
| Kevin J. Mangan | on behalf of Interested Party Pennsylvania Insurance Company kevin.mangan@wbd-us.com Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com |
| Kevin J. Mangan | on behalf of Interested Party Applied Surety Underwriters kevin.mangan@wbd-us.com Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com |
| Kevin J. Mangan | on behalf of Interested Party SiriusPoint America Insurance Company kevin.mangan@wbd-us.com Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com |
| Kevin M. Capuzzi | on behalf of Creditor Mesa Logistics Group LLC d/b/a Trivergix Group kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin M. Capuzzi | on behalf of Creditor 8Loop Logistics LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin M. Capuzzi | on behalf of Creditor 8Loop Trans Inc. kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin M. Capuzzi | on behalf of Creditor Mainfreight Inc. kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kyriaki Christodoulou | on behalf of Creditor Arevon Energy Inc. kchristodoulou@cullenllp.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Lauren M. Macksoud | on behalf of Debtor Powin Canada B.C. Ltd. lauren.macksoud@dentons.com docket.general.lit.nyc@dentons.com |
| Lauren M. Macksoud | on behalf of Debtor Powin Energy Ontario Storage II LP lauren.macksoud@dentons.com docket.general.lit.nyc@dentons.com |
| Lauren M. Macksoud | on behalf of Debtor Powin LLC lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com |
| Lauren M. Macksoud | on behalf of Debtor Powin Energy Storage 2 Inc. lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com |
| Lauren M. Macksoud | on behalf of Attorney Dentons US LLP lauren.macksoud@dentons.com docket.general.lit.nyc@dentons.com |
| Leah Eisenberg | on behalf of Interested Party DTE Electric Company leisenberg@pashmanstein.com leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com |
| Leah Eisenberg | on behalf of Interested Party Longroad Development Company LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com |
| Leah Eisenberg | on behalf of Interested Party Poblano Energy Storage LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com |
| Leah Eisenberg | on behalf of Interested Party Longroad Energy Partners on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com |

Case 25-16137-MBK    Doc 994    Filed 10/26/25    Entered 10/27/25 00:16:49    Desc
Imaged Certificate of Notice    Page 12 of 13

| District/off: 0312-3 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Oct 24, 2025 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Leah Eisenberg | on behalf of Interested Party Poblano Energy Storage LLC, Strata Solar Services, LLC, and Strata Storage, LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com |
| Leah Eisenberg | on behalf of Interested Party Leeward Renewable Energy LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com |
| Lee M. Cortes, Jr | on behalf of Interested Party Celestica LLC lee.cortes@arnoldporter.com |
| Lynne B. Xerras | on behalf of Creditor Invenergy Services LLC lynne.xerras@hklaw.com |
| Lynne B. Xerras | on behalf of Creditor El Sol Energy Storage LLC lynne.xerras@hklaw.com |
| Lynne B. Xerras | on behalf of Creditor Invenergy Storage Development LLC lynne.xerras@hklaw.com |
| Lynne B. Xerras | on behalf of Creditor Invenergy LLC lynne.xerras@hklaw.com |
| Lynne B. Xerras | on behalf of Creditor El Sol Storage Energy LLC lynne.xerras@hklaw.com |
| Lynne B. Xerras | on behalf of Creditor Yuma Solar Energy LLC lynne.xerras@hklaw.com |
| Mark Magnozzi | on behalf of Creditor Oracle America Inc., successor in interest to NetSuite, Inc. mmagnozzi@magnozzilaw.com |
| Mark S. Lichtenstein | on behalf of Creditor Sonic Systems International LLC mark.lichtenstein@akerman.com, Reyko.delpino@akerman.com |
| Matthew L. Curro | on behalf of Creditor Contemporary Amperex Technology Co. LTD mcurro@currolaw.com |
| Max DuVal | on behalf of Creditor Mitsubishi Electric Power Products Inc. mduval@vedderprice.com |
| Michael Trentin | on behalf of Creditor EDF Power Solutions Inc. mtrentin@orrick.com, ssallie@coleschotz.com;dcarnie@orrick.com |
| Michael Trentin | on behalf of Creditor PowerFlex Systems Inc. mtrentin@orrick.com, ssallie@coleschotz.com;dcarnie@orrick.com |
| Michael Trentin | on behalf of Creditor EsVolta L.P. mtrentin@orrick.com, ssallie@coleschotz.com;dcarnie@orrick.com |
| Michael P. Pompeo | on behalf of Creditor Keyframe Capital Partners L.P. michael.pompeo@faegredrinker.com, cathy.greer@faegredrinker.com |
| Michael R. Herz | on behalf of Interested Party Zendesk Inc. mherz@foxrothschild.com, cbrown@foxrothschild.com |
| Natasha M. Songonuga | on behalf of Creditor Lu Pacific Properties LLC NSongonuga@archerlaw.com, ahuber@archerlaw.com |
| Nicholas Blaine Vislocky | on behalf of Creditor GLAS USA LLC nvislocky@reedsmith.com |
| Nicholas M. Gaunce | on behalf of Creditor Control Concepts Corporation dba c3controls ngaunce@eckertseamans.com nicholasmgaunce@gmail.com |
| Paul R. DeFilippo | on behalf of Creditor Munmorah Battery ProjectCo Pty Ltd pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Creditor Ulinda Park ProjectCo Pty Ltd pdefilippo@wmd-law.com |
| Richard Solow | on behalf of Creditor GLAS USA LLC rsolow@reedsmith.com rich-solow-3519@ecf.pacerpro.com |
| Richard B Harper | on behalf of Creditor Idaho Power Company richard.harper@bakerbotts.com john.mitchell@bakerbotts.com |
| Rodney Nelson | on behalf of Creditor Expeditors International of Washington INC rodneyknelson9@gmail.com, rahafalrehaili@labayenlaw.com |
| Ross J. Switkes | on behalf of Creditor Ace Engineering rswitkes@shermansilverstein.com |

| | |
|---|---|
| Sameer Alifarag | on behalf of Creditor JMS Wind Energy LLC sameeralifarag@eversheds-sutherland.com |
| Sameer Alifarag | on behalf of Creditor Pulse Clean Energy SPV Watt Limited sameeralifarag@eversheds-sutherland.com |
| Sean J. Kirby | on behalf of Creditor SMA Solar Technology America LLC skirby@sheppardmullin.com |
| Sean M. Beach | on behalf of Interested Party Ormat Nevada Inc. bankfilings@ycst.com dlaskin@ycst.com |
| Steven Abramowitz | on behalf of Creditor Ad Hoc Customer Group sabramowitz@velaw.com mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com |
| Steven Abramowitz | on behalf of Creditor energyRe Services LLC sabramowitz@velaw.com, mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com |
| Steven Abramowitz | on behalf of Creditor Lone Star Solar LLC sabramowitz@velaw.com, mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com |
| Stuart M. Brown | on behalf of Interested Party Qingdao CIMC Container Manufacture Co. Ltd. stuart.brown@dlapiper.com DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com |
| Stuart M. Brown | on behalf of Interested Party China International Marine Containers Group Co. Ltd. stuart.brown@dlapiper.com, DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com |
| Stuart M. Brown | on behalf of Interested Party CIMC Technology Co. Ltd. stuart.brown@dlapiper.com, DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com |
| Susan Long | on behalf of Creditor Committee Official Committee of Unsecured Creditors slong@genovaburns.com |
| Tara T. LeDay | on behalf of Creditor One Source Freight Solutions Tara.LeDay@huschblackwell.com christine.deacon@huschblackwell.com;penny.keller@huschblackwell.com |
| Turner Falk | on behalf of Creditor KCE NY 3 LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Clean Energy Services CES LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email |
| Turner Falk | on behalf of Creditor KCE TX 7 LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email |
| Turner Falk | on behalf of Creditor KCE TX 2 LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email |
| Turner Falk | on behalf of Creditor KCE TX 8 LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Key Capture Energy LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren J. Martin, Jr. | on behalf of Creditor Formosa Electronic Industries Inc. wjmartin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com |

TOTAL: 141