**UNITED STATES BANKRUTPCY COURT
DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
Christian Ribeiro (admitted *pro hac vice*)
Beverly Cade Grady (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: altogut@teamtogut.com
        eblander@teamtogut.com
        cribeiro@teamtogut.com
        cgrady@teamtogut.com

*Counsel for Debtors and
Debtors in Possession*

| | |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>                                    Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

### CERTIFICATION OF PETER FISHKIND, ESQ.

**PETER FISHKIND**, being of full age, hereby certifies that:

      1.    I am an attorney with the law firm of Togut, Segal & Segal LLP,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

proposed counsel to the above-captioned debtors and debtors in possession.  My

firm's office is located at: (i) 550 Broad Street, Suite 1508, Newark, New Jersey, 07102

and; (ii)  One Penn Plaza, Suite 3335, New York, New York 10119.  I make this

Certification in support of my application to appear in this case *pro hac vice* pursuant

to Local Bankruptcy Rule 9010-1.

2.      I am a member of the State Bar of New York, admitted to practice in

2018.

3.      I am a member in good standing of the Bar in which I am admitted to

practice.

4.      No disciplinary proceedings are pending against me in any

jurisdiction.  No discipline has previously been imposed on me in any jurisdiction.

I have never been suspended or disbarred from the practice of law.

5.      I have obtained a copy of the Local Bankruptcy Rules and am

generally familiar with such Rules.  I will comply with all court and ethical rules

governing the practice of law before this Court.

6.      I further agree to pay all fees to the Clerk of the United States District

Court for the District of New Jersey and the Lawyer's Fund for Client Protection as

provided in Rule 101.1 of the Local Rules of the United States District Court for the

District of New Jersey.


*[concludes on following page]*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED:  New York, New York
        October 30, 2025

TOGUT, SEGAL & SEGAL LLP
By:

*/s/Peter Fishkind*
PETER FISHKIND
pfishkind@teamtogut.com