**Order Filed on October 31, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Powin, LLC, *et al.*,[1]

          Debtors.

Chapter 11

Case No. 25-16137 (MBK)

(Jointly Administered)

## STIPULATION AND AGREED ORDER AUTHORIZING JPMORGAN CHASE BANK TO APPLY PREPETITION COLLATERAL AGAINST COMMERCIAL CARD OBLIGATIONS

      The relief set forth on the following pages, numbered two (2) through five (5), is

**ORDERED.**

**DATED: October 31, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [15241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487] (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
           van.durrer@dentons.com


John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
           sarah.schrag@dentons.com

*Counsel for Debtors and
Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  frankoswald@teamtogut.com


Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  altogut@teamtogut.com
           eblander@teamtogut.com

*Counsel for Debtors and
Debtors in Possession*

This stipulation and agreed order (the "Stipulation and Agreed Order") is entered into by and among JPMorgan Chase Bank, N.A. ("Chase") and each of the above-captioned debtors and debtors in possession (collectively, the "Debtors" and together with Chase, the "Parties"), each as signatory hereto. The Parties hereby stipulate to the following:

## RECITALS

**WHEREAS**, on June 9, 2025 (the "Petition Date"),[3] the Debtors each commenced a voluntary case for relief under chapter 11 of the Bankruptcy Code. The Debtors are authorized to continue operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On June 13, 2025, the Court entered an order [Docket No. 58] authorizing procedural consolidation and joint administration of these Chapter 11 Cases pursuant to Bankruptcy Rule 1015(b). On June 27, 2025 the United States Trustee for the District of New Jersey (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Committee") [Docket No. 174]. No request for the appointment of a trustee or examiner has been appointed in these Chapter 11 Cases;

**WHEREAS**, pursuant to section 9.2 of the prepetition Account Terms of the Account, prior to the Petition Date, Powin LLC ("Powin") granted to Chase a lien and security interest in any Accounts of Powin at Chase, in order to secure any and all obligations of Powin to the Bank or its affiliates.

**WHEREAS**, on or about July 22, 2021, Powin LLC ("Powin") entered into the Commercial Card Application & Agreement with Chase, pursuant to which Chase provided commercial card services (the "Commercial Card Program") to Powin.

---

[3] Lead Debtor Case No. 25-16137 (MBK) for Debtor Powin Project LLC was filed on June 9, 2025, and the remaining Debtors were filed shortly thereafter on June 10, 2025.

**WHEREAS**, in accordance with the Account Terms, prior to the Petition Date, Powin maintained a restricted cash account (the "Account") with Chase bearing the account number XXXXXXX5933.

**WHEREAS**, the balance of the Account as of the filing of this Stipulation is approximately $581,541.64.

**WHEREAS**, on September 26, 2025, Chase timely and properly filed proof of claim number 366 in these Chapter 11 Cases on account of the Debtors' obligations owed under the Commercial Card Program (the "Proof of Claim").

**WHEREAS**, Powin has outstanding obligations under the Commercial Card Program in the amount of $551,186.79 (the "Commercial Card Obligations").

**IT IS THEREFORE STIPULATED AND AGREED, AND UPON BANKRUPTCY COURT APPROVAL HEREOF, IT SHALL BE SO ORDERED THAT:**

1.      This Stipulation and Agreed Order is approved as and to the extent set forth herein.

2.      The above recitals are incorporated by reference into this Stipulation and Agreed Order with the same force and effect as if fully set forth hereinafter.

3.      The automatic stay imposed by section 362(a) of the Bankruptcy Code is hereby modified to permit Chase to apply funds from the Account against the Commercial Card Obligations.

4.      After application of such funds against Commercial Card Obligations, (1) any remaining amounts in the Account will be promptly transferred to the Debtors and (2) the Proof of Claim shall be deemed satisfied in full.

5.      Each of the Parties to this Stipulation and Agreed Order represents and warrants that it is duly authorized to enter into and be bound by this Stipulation and Agreed Order.

6.      This Stipulation and Agreed Order may be executed in identical counterparts, including by facsimile and/or electronic mail, each of which shall be deemed an original, but all of which together constitute one and the same instrument.

7.      This Stipulation and Agreed Order represents the entire agreement by and between the Parties with respect to the subject matter hereof, and all prior understandings or agreements, if any, are merged into this Stipulation and Agreed Order.

8.      The Court retains jurisdiction with respect to any disputes arising from or other actions to interpret, administer, or enforce the terms and provisions of this Stipulation and Agreed Order, and the Parties hereby consent to such jurisdiction to resolve any disputes or controversies arising from or related to the implementation of this Stipulation and Agreed Order.

[*Concluded on the Following Page*]

Dated: October 20, 2025

**STIPULATED AND AGREED TO:**

<table>
<tr>
<td>

**TOGUT, SEGAL & SEGAL LLP**
By:

_/s/Frank A. Oswald_
Frank A. Oswald (admitted)
550 Broad Street , Suite 1508
Newark, NJ 07102
Tel:    (212) 594-5000
Fax:    (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted pro hac vice)
Eitan Blander (admitted pro hac vice)
One Penn Plaza, Suite 3335
New York, New York 10119
Tel:    (212) 594-5000
Fax:    (212) 967-4258
Email: altogut@teamtogut.com
         eblander@teamtogut.com

and

**DENTONS US LLP**
Tania M. Moyron (admitted _pro hac vice_)
Van C. Durrer, II (admitted _pro hac vice_)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
         van.durrer@dentons.com

John D. Beck (admitted _pro hac vice_)
Sarah M. Schrag (admitted _pro hac vice_)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
         sarah.schrag@dentons.com

_Counsel to the Debtors and Debtors-in-Possession_

</td>
<td>

**JPMORGAN CHASE BANK, N.A.**

_/s/ Renu Shah_
Renu Shah
10 South Dearborn, 6th Floor
Chicago, IL 60603-2003
Tel:    (312) 732-2715
Email: renu.p.shah@jpmchase.com

_Counsel to JPMorgan Chase Bank, N.A._

</td>
</tr>
</table>