**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(a)

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
Jennifer R. Hoover (NJ No. 026502001)
Noelle B. Torrice (NJ No. 79132013)
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, NJ  07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 42-7012
Email: jhoover@beneschlaw.com
           ntorrice@beneschlaw.com

**UB GREENSFELDER LLP**
Stuart A. Laven, Jr. (admitted p*ro hac vice*)
1660 West 2nd Street- Suite 1100
Cleveland, Ohio 44113
Telephone: (216) 583-7116
Facsimile: (216) 583-7001
Email: salaven@ubglaw.com

*Counsel for EPC Services Company*

| | |
|---|---|
| In re:<br><br>POWIN, LLC, *et al.*<br><br>                          Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>Judge: Michael B. Kaplan<br><br>(Jointly Administered) |

**JOINDER AND RESERVATION OF RIGHTS OF EPC SERVICES COMPANY TO MOTION OF AD HOC CUSTOMER GROUP FOR ENTRY OF AN ORDER (I) COMPELLING THE DEBTORS TO ASSIGN OEM WARRANTIES AND <u>GUARANTIES AND (II) GRANTING RELATED RELIEF</u>**

EPC Services Company ("EPC"), respectfully submits this joinder (the "Joinder") to the *Motion of Ad Hoc Customer Group for Entry of an Order (I) Compelling the Debtors to Assign OEM Warranties and Guarantees and (II) Granting Related Relief* [D.I. 956] (the "Motion") filed by the Ad Hoc Customer Group named in the Motion (the "Ad Hoc Group"). In support of this Joinder, EPC respectfully states as follows:

## BACKGROUND

### The ESSA and IP Licenses

1. EPC is an electrical contractor on a large, industrial-scale lithium-ion battery energy storage system project ("Poblano Project") owned and operated by Poblano Energy Storage, LLC ("Poblano Owner").

2. Poblano Owner and Debtor Powin, LLC ("Powin" or "Debtor") were originally parties to an Energy System Supply Agreement dated as of April 17, 2023 ("ESSA").

3. On November 3, 2023, Poblano Owner assigned the ESSA to EPC pursuant to a Consent and Assignment Agreement of the same date ("Assignment Agreement"). The Debtor consented to the Assignment Agreement.

4. The ESSA was rejected pursuant to the Rejection Order cited in the Motion.

5. In connection with the ESSA and Powin's installation of the BESS on the Poblano Project, various third-party manufacturers of components for the BESS gave Powin factory warranties (the "OEM Warranties"). These OEM Warranties are substantially the same or identical to those extended to the Ad Hoc Group via their respective ESSAs.

### Legal Basis for Joinder

6. EPC is entitled to assignment of the OEM Warranties for the same reasons set forth in the Motion.

## JOINDER

7. EPC hereby joins and incorporates the Motion expressly referenced herein, and all other applicable joinders, and request such other and further relief as is requested herein.

8. Without limiting the foregoing joinder, EPC joins in the Ad Hoc Group's request to compel the Debtor to assign the OEM Warranties to EPC.

## RESERVATION OF RIGHTS

9. EPC reserves its right to supplement this Joinder and make such other and further objections as it deems necessary or appropriate.

10. EPC hereby joins any other joinders filed by the Ad Hoc Group to the extent such joinders are not inconsistent with the relief sought herein.

**WHEREFORE,** EPC respectfully requests that the Court enter an order (i) granting the relief requested in the Motion and compelling Powin to assign the OEM Warranties given to Powin in connection with the Poblano Project BESS and ESSA to EPC, and (ii) granting such other and further relief as this Court deems just and proper.

Dated: October 31, 2025                    **BENESCH, FRIEDLANDER, COPLAN**
                                           **& ARONOFF LLP**

                                                      */s/ Jennifer R. Hoover*
Jennifer R. Hoover (NJ No. 026502001)
Noelle B. Torrice (NJ No. 079132013)
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, NJ  07601-6323
Telephone: (302) 442-7010
Facsimile: (302)442-7012
Email: jhoover@beneschlaw.com
        ntorrice@beneschlaw.com

-and-

Stuart A. Laven, Jr. (admitted p*ro hac vice*)
**UB GREENSFELDER LLP**
1660 West 2nd Street- Suite 1100
Cleveland, Ohio 44113
Telephone: (216) 583-7116
Facsimile: (216) 583-7001
Email: salaven@ubglaw.com

*Counsel to EPC Services Company*

4

**CERTIFICATE OF SERVICE**

I, Jennifer R. Hoover, hereby certify that the *Joinder to Motion of Ad Hoc Customer Group for Entry of an Order (I) Compelling the Debtors to Assign OEM Warranties and Guarantees and (II) Granting Related Relief* was filed and served on October 31, 2025 via CM/ECF on all parties registered to receive notice in this case.

                                               */s/ Jennifer R. Hoover*
                                               Jennifer R. Hoover (NJ No. 026502001)