**DENTONS US LLP**
Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
       van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
       sarah.schrag@dentons.com

*Counsel for Debtors and
Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**
Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
Christian Ribeiro (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: altogut@teamtogut.com
       eblander@teamtogut.com
       cribeiro@teamtogut.com

*Counsel for Debtors and
Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>**Powin, LLC, *et al.*,**[1]<br>       **Debtors.** | **Chapter 11**<br><br>**Case No. 25-16137 (MBK)**<br><br>**(Jointly Administered)** |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

### CERTIFICATIONS OF PUBLICATION OF NOTICE OF (I) COMBINED HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT ON A FINAL BASIS AND PLAN CONFIRMATION AND (II) RELATED VOTING AND OBJECTION DEADLINE

Annexed hereto are the Certifications of Publication evidencing that a copy of the *Notice of (I) Combined Hearing to Consider Approval of Disclosure Statement on a Final Basis and Plan Confirmation and (II) Related Voting and Objection Deadline*, each appeared on October 21, 2025 in the following publications (i) *USA Today, National Edition*; (ii) *The Oregonian*; and (iii) *The Globe and Mail Newspaper, City of Toronto, Province of Ontario*, respectively.

Dated: November 3, 2025                TOGUT, SEGAL & SEGAL LLP

/s/ Frank A. Oswald
Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email:  frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
Christian Ribeiro (admitted *pro hac vice)*
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email:  altogut@teamtogut.com
           eblander@teamtogut.com
           cribeiro@teamtogut.com

- and -

**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email:  tania.moyron@dentons.com
            van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email:  john.beck@dentons.com
            sarah.schrag@dentons.com

3

# Oregonian

**LEGAL AFFIDAVIT**

AD#: 0011038312

State of Oregon,) ss
County of Multnomah)

Stacey Tredici being duly sworn, deposes that he/she is principal clerk of Oregonian Media Group; that Oregonian is a public newspaper published in the city of Portland, with general circulation in Oregon, and this notice is an accurate and true copy of this notice as printed in said newspaper, was printed and published in the regular edition and issue of said newspaper on the following date(s):

**Oregonian 10/21/2025**

*Stacey Tredici*

_____
Principal Clerk of the Publisher

Sworn to and subscribed before me this 23rd day of October 2025

*Kimberlee Wright O'Neill*

_____
Notary Public

Online Notary Public. This notarial act involved the use of online audio/video communication technology. Notarization facilitated by SIGNiX®

---

**Objection Deadline: 11/18/2025 at 4:00 P.M.    Hearing Date: 11/25/2025 at 11:30 A.M.**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**

In re:
Powin, LLC, et al.,[1]
Debtors.

Chapter 11
Case No. 25-16137 (MBK)
(Jointly Administered)

**NOTICE OF (I) COMBINED HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT ON FINAL BASIS AND PLAN CONFIRMATION AND (II) RELATED VOTING AND OBJECTION DEADLINE**

**PLEASE TAKE NOTICE** that on June 9, 2025 and thereafter (the "Petition Date"), Powin, LLC and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the above captioned chapter 11 cases (the "Chapter 11 Cases") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on October 14, 2025, the Bankruptcy Court entered an order [Docket No. 939] (the "Solicitation Procedures Order") (a) conditionally approving the Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors [Docket No. 914] (as may be amended, modified, or supplemented from time to time and including all exhibits and supplements thereto, the "Combined Plan and Disclosure Statement" or the "Plan")[2], solely as it relates to the disclosures contained therein, as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code, pending final approval at the Combined Hearing (as defined below); (b) authorizing the Debtors and the Official Committee of Unsecured Creditors (together, the "Plan Proponents") to solicit acceptances for the Combined Plan and Disclosure Statement; (c) approving the solicitation materials and documents to be included in the solicitation packages (the "Solicitation Packages"); and (d) approving procedures for soliciting, noticing, receiving, and tabulating votes on the Plan and for filing objections to the Plan or final approval of the Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that the hearing at which the Bankruptcy Court will consider final confirmation of the Combined Plan and Disclosure Statement (the "Combined Hearing") will commence on **November 25 at 11:30 a.m. (prevailing Eastern Time)**, or such other time that the Bankruptcy Court determines, before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Courtroom 8, Trenton, NJ 08608.

**PLEASE TAKE FURTHER NOTICE** that the Combined Hearing will be conducted **as a hybrid hearing, either in person or via Zoom for Government**. Parties wishing to present argument **must** be present in the Courtroom. Counsel who do not intend to argue but who wish to observe, or counsel who do not intend to argue but wish to have speaking capabilities, if necessary, to preserve their rights, or counsel with unavoidable conflicts or extenuating circumstances, may request to appear remotely by sending an email to Chambers (chambers_of_mbk@njb.uscourts.gov) indicating the name of the person appearing, their email address, their affiliation, and whom they represent or their interest in these Chapter 11 Cases. If the request is approved, the participant will receive appropriate credentials and further instruction.

**PLEASE TAKE FURTHER NOTICE** that the Combined Hearing may be continued from time to time by the Bankruptcy Court or the Plan Proponents **without further notice** other than by such adjournment being announced in open court or by a notice of adjournment filed with the Bankruptcy Court and served on all parties entitled to notice.

**CRITICAL INFORMATION REGARDING VOTING ON THE PLAN**

**Voting Record Date.** The voting record date is **October 10, 2025** (the "Voting Record Date"), which is the date for determining which certain Holders of Claims are entitled to vote on the Plan.

**Voting Deadline.** The deadline for voting on the Plan is on **November 18, 2025 at 4:00 p.m. (prevailing Eastern Time)** (the "Voting Deadline"). If you received a Solicitation Package, including a Ballot, and intend to vote on the Plan, you **must**: (a) follow the instructions carefully; (b) complete **all** of the required information on the ballot; and (c) execute and return your completed Ballot according to and as set forth in detail in the voting instructions so that it is **actually received** by the Debtors' voting agent Verita Global (the "Voting Agent") on or before the Voting Deadline. A failure to follow such instructions may disqualify your vote.

**Creditors Entitled to Vote.** Only Holders of Allowed Claims in Class 3 (WARN Act Claims), Class 4 (Settled Priority Claims), and Class 5 (General Unsecured Claims) are entitled to vote to accept or reject the Plan. Holders of Claims in Class 1 (Priority Non-Tax Claims) and Class 2 (Other Secured Claims) are unimpaired and are not entitled to vote on the Plan, because such Claims and Interests deemed to accept the Plan on account of such unimpaired status. Holders of Claims and Interests in Class 6 (Intercompany Claims) and Class 7 (Interests) (together, with Holders of Claims in Class 1 and Class 2, the "Non-Voting Classes") are not entitled to vote on the Plan because such Holders are not receiving or retaining any value under the Plan and, thus, are deemed to reject the Plan. Creditors in Non-Voting Classes will not receive a Ballot and are receiving this notice for informational purposes to provide notice of the Combined Hearing, the Combined Objection Deadline, the Third Party Release provided for in Section 15.2(b) of the Plan (which applies to all Holders of Claims, whether or not they are entitled to vote on the Plan), and instructions for how to opt-out of such Third Party Release.

Third Party Release. Each Holder of a Claim or Interest that is a Releasing Party (whether or not entitled to vote on the Plan) who **DO NOT OPT OUT** of the Third Party Release set forth in section 15.2(b) of the Plan **will be releasing certain parties involved in the Chapter 11 Cases. IN ORDER TO OPT OUT:**

- Holders of Claims in Classes 3, 4 and 5 will receive a Ballot containing a section (Item 4) allowing them to opt out of the Third Party Release contained in the Plan. In order to validly opt out of the Third Party Release, Holders of Claims in Classes 3, 4 and 5 **must** complete the opt out election in Item 4 of their Ballot and submit it in accordance with the instructions set forth in the Ballot. **Creditors who vote to reject the Plan or abstain from voting on the Plan and do not complete the opt out election in Item 4 of their Ballot will be considered a Releasing Party in relation to the Third Party Release under the Plan and will be bound by the Third Party Release.**

- Holders of Claims in Non-Voting Classes will receive a Release Opt-Out Election Form allowing them to opt out of the Third Party Release in the Plan. In order to validly opt out of the Third Party Release, Holders of Claims in Non-Voting Classes **must** complete the Release Opt-Out Election Form and submit it in accordance with the instructions set forth in the Release Opt-Out Election Form. **Holders of Claims in Non-Voting Classes who fail to timely submit the Release Opt-Out Election Form will be considered a Releasing Party in relation to the Third Party Release under the Plan and will be bound by the Third Party Release.**

## CRITICAL INFORMATION REGARDING OBJECTING TO THE COMBINED PLAN AND DISCLOSURE STATEMENT

**Objection Deadline.** The deadline for filing objections to the Combined Plan and Disclosure Statement or the adequacy of the disclosures contained therein is **November 18, 2025 at 4:00 p.m. (prevailing Eastern Time)** (the "Confirmation Objection Deadline"). All objections to the relief sought at the Combined Hearing **must**: (a) be in writing; (b) state in particularity the basis of the objection; and (c) be filed with the Clerk of the Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, if not otherwise filed with the Clerk of the Court electronically, via hard copy, and shall be served in accordance with the General Order and the Supplemental Commentary upon the following parties so as to be **actually received** on or before the Combined Objection Deadline:

(a) The Debtors c/o Uzzi & Lall, One Liberty Plaza, 165 Broadway 23rd Floor, New York, NY (Attn: Gerard Uzzi, guzzi@uzzilall.com);
(b) Counsel to the Debtors, Dentons US LLP, 601 S. Figueroa Street, Suite 2500, Los Angeles, CA 90018 (Attn: Tania M. Moyron, tania.moyron@dentons.com, and Van C. Durrer II, van.durrer@dentons.com);
(c) Counsel to the Debtors, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, NY 10119 (Attn: Frank A. Oswald, frankoswald@teamtogut.com);
(d) Counsel for the Official Committee of Unsecured Creditors, Brown Rudnick LLP, Seven Times Square, New York, NY 10036 (Attn: Robert J. Stark, rstark@brownrudnick.com, Kenneth Aulet, kaulet@brownrudnick.com, and Bennett S. Silverberg, bsilverberg@brownrudnick.com);
(e) Counsel for the Official Committee of Unsecured Creditors, Genova Burns LLC, 110 Allen Road, Suite 304, Basking Ridge, NJ 07920 (Attn: Daniel M. Stolz, dstolz@genovaburns.com); and
(f) The Office of the United States Trustee, One Newark Center, 1085 Raymond Boulevard, Suite 2100, Newark, NJ 07102 (Attn: Jeffrey M. Sponder, jeffrey.m.sponder@usdoj.gov).

ONLY THOSE RESPONSES OR OBJECTIONS THAT ARE TIMELY FILED AND RECEIVED WILL BE CONSIDERED BY THE BANKRUPTCY COURT. RESPONSES OR OBJECTIONS NOT TIMELY FILED AND SERVED IN THE MANNER SET FORTH ABOVE WILL NOT BE CONSIDERED AND WILL BE DEEMED OVERRULED.

## ADDITIONAL INFORMATION

**Obtaining Solicitation Materials.** If you should have any questions about the Solicitation Package or if you would like to obtain paper copies or additional copies of the solicitation materials, please contact the Debtors' Voting Agent by: (a) visiting the Debtors' case website at: https://www.veritaglobal.net/powin (where you can obtain electronic copies of all documents filed with the Bankruptcy Court for free); (b) writing to the Voting Agent at Powin Ballot Processing c/o KCC d/b/a Verita Global, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245; (c) calling the Voting Agent at (866) 507-8031 (U.S./Canada) or (781) 575-2122 (International); (d) emailing powininfo@veritaglobal.com (with "In re Powin, LLC – Solicitation Inquiry" in the subject line); or (e) submitting an inquiry to the Voting Agent at: https://www.veritaglobal.net/powin/inquiry. You may also obtain copies of any pleadings filed with the Court by visiting the Bankruptcy Court's website at https://njb.uscourts.gov/ (in accordance with the procedures and fees set forth therein). Please be advised that the Voting Agent is authorized to answer questions about, and provide additional copies of, solicitation materials, but may **not** advise you as to the Plan, the interpretation or meaning of any of the provisions contained therein, or whether you should vote to accept or reject the Plan, and will not provide you with any legal or financial advice in connection with the Plan.

**Filing the Plan Supplement.** The Plan Proponents will file the Plan Supplement (as defined in the Plan) no later than **November 7, 2025** and will serve notice on all Holders of Claims entitled to vote on the Plan, which will: (a) inform parties that the Debtors filed the Plan Supplement; (b) list the information contained in the Plan Supplement; and (c) include a copy of the Plan Supplement.

## BINDING NATURE OF THE PLAN

IF CONFIRMED, THE PLAN SHALL BIND ALL HOLDERS OF CLAIMS AND INTERESTS TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, WHETHER OR NOT SUCH HOLDER RECEIVES OR RETAINS ANY PROPERTY OR INTEREST IN PROPERTY UNDER THE PLAN, HAS FILED A PROOF OF CLAIM IN THESE CHAPTER 11 CASES, FAILED TO VOTE TO ACCEPT OR REJECT THE PLAN, VOTED TO REJECT THE PLAN, OR IS NOT ENTITLED TO VOTE ON THE PLAN.

Dated: 10/21/2025

**DENTONS US LLP**
601 S. Figueroa Street, Suite 2500
Los Angeles, CA 90017
Tel: (213) 623-9300
Fax: (213) 623-9924
Tania M. Moyron (admitted pro hac vice)
Van C. Durrer, II (admitted pro hac vice)
Email: tania.moyron@dentons.com
van.durrer@dentons.com

**TOGUT, SEGAL & SEGAL LLP**
One Penn Plaza, Suite 3335
New York, NY 10119
Tel: (212) 594-5000
Fax: (212) 967-4258
Albert Togut (admitted pro hac vice)
Frank A. Oswald (admitted)
Email: altogut@teamtogut.com
frankoswald@teamtogut.com

Counsel for Debtors and Debtors in Possession

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. Powin, LLC has formally changed its name to BESS RemainCo, LLC. The Debtors intend to file a motion seeking to amend the case caption in these proceedings to reflect such name change.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Combined Plan and Disclosure Statement.

O11038312-01

# MARKETPLACE

ALWAYS ON OREGONLIVE

PLACE YOUR CLASSIFIED ADS Monday-Friday, 8:00am-5:30pm
503-221-8000 • 1-800-221-4488 • OREGONLIVE.COM/PlaceAd

> AUTOMOTIVE
> EMPLOYMENT
> LEGAL NOTICES
> MERCHANDISE
> PETS
> REAL ESTATE & RENTALS

## WONDERWORD
By DAVID OUELLET

HOW TO PLAY: All the words listed below appear in the puzzle — horizontally, vertically, diagonally and even backward. Find them, circle each letter of the word and strike it off the list. The leftover letters spell the WONDERWORD.

MADE FROM BIRCH        Solution: 11 letters

```
E T F T O Y S T E N I B A C S
E S I L K D D U R A B L E H O
R E U M E R U T A N E N A O L
T R D O B H A B O A T M C L I
Y O O A H E S B W E P R S I D
T F E S H A R K R O T I L D S
I U M Y O S N P O U D S I A K
N R A R S A I N A O S N O Y C
A N R U L E W O O D P B T I A I
V I F P C L H A R D E E I W P
E T D E U S D C L O E R E C H
N U E M O I R T O R T O L I R T
E R B A S K E T O A A D B F O
E E N I C I D E M W O R R A O
R O S S E R P E D E U G N O T
```

© 2025 Andrews McMeel Syndication  www.wonderword.com   10/21

Altar, Arches, Arrow, Bark, Basket, Bed Frame, Beer, Boat, Bookshelf, Cabinets, Centerpiece, Door, Dowel, Durable, Fire, Forest, Furniture, Hard, Holiday, House, Lumber, Medicine, Nature, Oils, Paper, Plank, Rustic, Shade, Shampoo, Soap, Solid, Syrup, Table, Timber, Tongue Depressor, Toothpicks, Toys, Tree, Trim, Vanity, Veneer, Window, Wood

Answer: Decorations

### > PUBLIC NOTICES GENERAL

NOTICE IS HEREBY GIVEN that the undersigned intends to sell the personal property described below to enforce a lien imposed on said property pursuant to sections 87.685-87.695 of the ORS known as the Oregon Self-Service Storage Facility Act.

The undersigned will sell at Storageauctions.net by competitive bidding on Tuesday the 18th day of November 2025 at 10:30 A.M., on the premises were said property including: household goods, tools, electronics, and personal effects, have been stored and which are located at Trojan Storage of Portland 2, 8436 NE Marx Dr, Portland, OR 97220 County of Multnomah the following:
**Customer Name - Unit #**
Crystal Cortes - 445
Kevin Lytsell - 1368
Leslie Bond - 171
Mandy Abbott - 245
Sierra Hasselblad - 2038
Caitlin Speakman - 102B
Linda Marcum - 429

Purchases must be paid for at the time of purchase in cash only. All purchased items sold as is, where is and must be removed at the time of sale. Sale subject to cancellation in the event of settlement between owner and obligated party.
Dated this October 21st, 2025 and October 28th, 2025
Andasol Management, Inc.
Bond #: 79183C 310.647.9926

### Self-Storage Public Auction
will take place on:
www.storagetreasures.com
Bidding will close at 1 p.m.
Tuesday, October 28, 2025
For the following units:
**Sentinel Self Storage**
15555 SW Tualatin Sherwood Rd
Sherwood, OR 97140
Bonnie Stephens: Unit 8129

**Storage Auction via Storagetreasures.com**
Sale to be held November 3rd at or after 10:30 am.
Tom Ward unit C40
at Burnham Business & Storage, 8900 SW Burnham, Tigard, OR 97223.

**Storage Auction via Storagetreasures.com**
Sale to be held November 3rd at or after 10:30 am.
Joseph Cooper unit D7
at Burnham Business & Storage, 8900 SW Burnham, Tigard, OR 97223.

---

# SERVICE GUIDE
### Your Local Guide to Professional and Home Services

To place an ad, call 503-221-8000
or email us at FeedBack@Oregonian.com
Speak to a specialist Monday - Friday, 8:00am - 5:30pm

### > LANDSCAPE MAINTENANCE & CLEANUP


**F & S Landscaping, LLC**

FandSLandscapingCo.com
maintenance, clean ups, fences and decks, retaining walls, French drains, pavers, seed & sod, hardscape, tree removal, trimming, blackberries, & much more! Family owned 18 years, A+ Better Business Bureau, Licensed bonded and insured LCB 9758.
**503-547-9087**

### MERCHANDISE FOR SALE

### > CATS

**EXOTIC SHORTHAIR & PERSIAN KITTENS** CFA registered $800-$1400 Pet price Vaccinated & de-wormed
541-892-7147





### > DOGS

**GOLDEN RETRIEVER PUPS** AKC reg. golden retriever pups with championship bloodlines, bred for performance, field trials, hunting and family companionship. copocabanna@gmail.com or
541-927-3511



### RENTALS

### > SHARED HOUSING

**GATEWAY:** 1 person, quiet, W/D, kitchen, no pets, $690 includes utils. MAX/Bus, shops. 503-254-6556

Classifieds work for you. Visit OREGONLIVE.COM/placead

Get your funny fix.
Read the Comics on
**OREGONLIVE.COM/comics**

---

### > LAWN & GARDEN


**Affordable Lawn & Garden**
Clean-ups, pruning, trimming, maintenance, remove blackberry, bark, aerate, thatch, new sod, hauling, free estimates Call: 503-891-5776

**Need Help With Landscaping?**
OREGONLIVE.COM/businesslistings

**MINIATURE AUSSIEDOODLE PUPPIES**
arenavalleyacres.com, health guarantee, delivery options $600 (208) 602-2852



**SCOTTISH TERRIER DOGS, 2Q'S AKC**
7 months old, 5F available ALL black, shots/wormed. Call: 503-632-7626



### > HOBBIES & COLLECTORS

**COMIC Book Collections Wanted**
Local collector - Thecomicbookbuyer.com
503-807-0050

### > MISC WANTED

**BUYING COLLECTIONS, RECORDS & BOOKS**
**503-896-2812**
PAYING TOP DOLLAR for sports card collections -Basketball, Baseball, Football, Poke Mon. Premium paid for vintage, Cory: 541-838-0364

### > BAZAARS & CRAFT SHOWS

**St. Peter Catholic Church Holiday Bazaar**
Saturday-Sunday, November 8 & 9, 10:00 to 4:00, 5905 SE 87th Avenue, Portland, OR 97266. Silent auction, gift basket raffle, Christmas, religious, gently used items, Granny's attic, baked goods and lunch counter. Come join us!

---



**3DAYBLINDS**
YOU'LL LOVE THE TREATMENT

CUSTOM BLINDS, SHADES, SHUTTERS & DRAPERY

**BUY ONE GET ONE 50% OFF**
on Custom Blinds, Shades & Drapery

**CALL TO SCHEDULE**
FREE in-home design consultation with no obligation!
**866-606-9975**

BBB A+  •  OVER 45 YEARS

WE **DESIGN**, WE **MEASURE**, WE **INSTALL**, YOU **RELAX**!®

*Offer valid on 3 Day Blinds brand products only, excluding shutters and special orders. Buy 1 qualifying window covering and receive the 2nd qualifying window covering of equal or lesser value at 50% off! Offer excludes installation, sales tax, shipping and handling. Not valid on previous purchases or with any other offer or discount. Offer Code BGXB. Expires 12/31/25. Images displayed are intended for inspiration only, products may not be available in/with the exact operating system, style, material, pattern, color or options shown. Check with Design Consultant for availability. State Contractor and Home Improvement Licenses: Arizona 321056. California 1005986. Connecticut HIC.0644950. New Jersey 13VH09390200. Oregon 209181. Pennsylvania PA107656. Tennessee 10020. Washington 3DAYBDB842KS. County Licenses: Nassau County, NY H0107310000. Rockland County, NY H-12401-34-00-00. Licensed through Great Windows Services, LLC. Virginia 2705172679. West Virginia WV061038. Various City Licenses Available Upon Request. © 2025 3 Day Blinds LLC.

---

## PUBLIC NOTICES

Objection Deadline: 11/18/2025 at 4:00 P.M.  Hearing Date: 11/25/2025 at 11:30 A.M.
**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**

In re:                                  Chapter 11
Powin, LLC, et al.,[1]                  Case No. 25-16137 (MBK)
        Debtors.                        (Jointly Administered)

**NOTICE OF (I) COMBINED HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT ON FINAL BASIS AND PLAN CONFIRMATION AND (II) RELATED VOTING AND OBJECTION DEADLINE**

**PLEASE TAKE NOTICE** that on June 9, 2025 and thereafter (the "Petition Date"), Powin, LLC and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the above captioned chapter 11 cases (the "Chapter 11 Cases") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on October 14, 2025, the Bankruptcy Court entered an order [Docket No. 939] (the "Solicitation Procedures Order") (a) conditionally approving the Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors [Docket No. 914] (as may be amended, modified, or supplemented from time to time and including all exhibits and supplements thereto, the "Combined Plan and Disclosure Statement" or the "Plan")[2], solely as it relates to the disclosures contained therein, as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code, pending final approval at the Combined Hearing (as defined below); (b) authorizing the Debtors and the Official Committee of Unsecured Creditors (together, the "Plan Proponents") to solicit acceptances for the Combined Plan and Disclosure Statement; (c) approving the solicitation materials and documents to be included in the solicitation packages (the "Solicitation Packages"); and (d) approving procedures for soliciting, voting, receiving, and tabulating votes on the Plan and for filing objections to the Plan or final approval of the Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that the hearing at which the Bankruptcy Court will consider final confirmation of the Combined Plan and Disclosure Statement (the "Combined Hearing") will commence on **November 25 at 11:30 a.m. (prevailing Eastern Time)**, or such other time that the Bankruptcy Court determines, before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Courtroom 8, Trenton, NJ 08608.

**PLEASE TAKE FURTHER NOTICE** that the Combined Hearing will be conducted **as a hybrid hearing, either in person or via Zoom for Government**. Parties wishing to present argument **must** be present in the Courtroom. Counsel who do not intend to argue but who wish to observe, or counsel who do not intend to argue but wish to have speaking capabilities, if necessary, to preserve their rights, or counsel with unavoidable conflicts or extenuating circumstances, may request to appear remotely by sending an email to Chambers (chambers_of_mbk@njb.uscourts.gov) indicating the name of the person appearing, their email address, their affiliation, and whom they represent or their interest in these Chapter 11 Cases. If the request is approved, the participant will receive appropriate credentials and further instruction.

**PLEASE TAKE FURTHER NOTICE** that the Combined Hearing may be continued from time to time by the Bankruptcy Court or the Plan Proponents **without further notice** other than by such adjournment being announced in open court or by a notice of adjournment filed with the Bankruptcy Court and served on all parties entitled to notice.

**CRITICAL INFORMATION REGARDING VOTING ON THE PLAN**
**Voting Record Date.** The voting record date is **October 10, 2025** (the "Voting Record Date"), which is the date for determining which certain Holders of Claims are entitled to vote on the Plan.

**Voting Deadline.** The deadline for voting on the Plan is on **November 18, 2025 at 4:00 p.m. (prevailing Eastern Time)** (the "Voting Deadline"). If you received a Solicitation Package, including a Ballot, and intend to vote on the Plan, you **must**: (a) follow the instructions carefully; (b) complete **all** of the required information on the ballot; and (c) execute and return your completed Ballot according to and as set forth in detail in the voting instructions so that it **actually received** by the Debtors' voting agent Verita Global (the "Voting Agent") on or before the Voting Deadline. **A failure to follow such instructions may disqualify your vote.**

**Creditors Entitled to Vote.** Only Holders of Allowed Claims in Class 3 (WARN Act Claims), Class 4 (Settled Priority Claims), and Class 5 (General Unsecured Claims) are entitled to vote to accept or reject the Plan. Holders of Claims in Class 1 (Priority Non-Tax Claims) and Class 2 (Other Secured Claims) are unimpaired and are not entitled to vote on the Plan, because such Claims and Interests deemed to accept the Plan on account of such unimpaired status. Holders of Claims and Interests in Class 6 (Intercompany Claims) and Class 7 (Interests) (together, with Holders of Claims in Class 1 and Class 2, the "Non-Voting Classes") are not entitled to vote on the Plan because such Holders are not receiving or retaining any value under the Plan and, thus, are deemed to reject the Plan. Creditors in Non-Voting Classes will not receive a Ballot and are receiving this notice for informational purposes to provide notice of the Combined Hearing, the Combined Objection Deadline, the Third Party Release provided for in Section 15.2(b) of the Plan (which applies to all Holders of Claims, whether or not they are entitled to vote on the Plan), and instructions for how to opt-out of such Third Party Release.

**Third Party Release.** Section 15.2 of the Plan provides that all Holders of Claims (whether or not entitled to vote on the Plan) who **DO NOT OPT OUT** of the Third Party Release set forth in section 15.2(b) of the Plan **will be releasing certain parties involved in the Chapter 11 Cases. IN ORDER TO OPT OUT:**

• Holders of Claims in Classes 3, 4 and 5 will receive a Ballot containing a section (item 4) allowing them to opt out of the Third Party Release contained in the Plan. In order to validly opt out of the Third Party Release, Holders of Claims in Classes 3, 4 and 5 **must** complete the opt out election in Item 4 of their Ballot and submit it in accordance with the instructions set forth in the Ballot. **Creditors who vote to reject the Plan or abstain from voting on the Plan and do not complete the opt out election in Item 4 of their Ballot will be considered a Releasing Party in relation to the Third Party Release under the Plan and will be bound by the Third Party Release.**

• Holders of Claims in Non-Voting Classes will receive a Release Opt-Out Election Form allowing them to opt out of the Third Party Release in the Plan. In order to validly opt out of the Third Party Release, Holders of Claims in Non-Voting Classes **must** complete the Release Opt-Out Election Form and submit it in accordance with the instructions set forth in the Release Opt-Out Election Form. **Holders of Claims in Non-Voting Classes who fail to timely submit the Release Opt-Out Election Form will be considered a Releasing Party in relation to the Third Party Release and will be bound by the Third Party Release.**

**CRITICAL INFORMATION REGARDING OBJECTING TO THE COMBINED PLAN AND DISCLOSURE STATEMENT**

**Objection Deadline.** The deadline for filing objections to the Combined Plan and Disclosure Statement or the adequacy of the disclosures contained therein is **November 18, 2025 at 4:00 p.m. (prevailing Eastern Time)** (the "Confirmation Objection Deadline"). All objections to the relief sought at the Combined Hearing **must**: (a) be in writing; (b) state in particularity the basis of the objection; and (c) be filed with the Clerk of the Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, if not otherwise filed with the Clerk of the Court electronically, via hard copy, and shall be served in accordance with the General Order and the Supplemental Commentary upon the following parties so as to be **actually received** on or before the Combined Objection Deadline:
(a) The Debtors c/o Uzzi & Lall, One Liberty Plaza, 165 Broadway 23rd Floor, New York, NY (Attn: Gerard Uzzi, guzzi@uzzilall.com);
(b) Counsel to the Debtors, Dentons US LLP,601 S. Figueroa Street, Suite 2500, Los Angeles, CA 90018 (Attn: Tania M. Moyron, tania.moyron@dentons.com, and Van C. Durrer II, van.durrer@dentons.com);
(c) Counsel to the Debtors, Togut, Segal & Segal LLP,One Penn Plaza, Suite 3335, New York, NY 10119 (Attn: Frank A. Oswald, frankoswald@teamtogut.com);
(d) Counsel for the Official Committee of Unsecured Creditors, Brown Rudnick LLP,Seven Times Square, New York, NY 10036 (Attn: Robert J. Stark, rstark@brownrudnick.com, Kenneth Aulet, kaulet@brownrudnick.com, and Bennett S. Silverberg, bsilverberg@brownrudnick.com);
(e) Counsel for the Official Committee of Unsecured Creditors, Genova Burns LLC, 110 Allen Road, Suite 304, Basking Ridge, NJ 07920 (Attn: Daniel M. Stolz, dstolz@genovaburns.com); and
(f) The Office of the United States Trustee, One Newark Center, 1085 Raymond Boulevard, Suite 2100, Newark, NJ 07102 (Attn: Jeffrey M. Sponder, jeffrey.m.sponder@usdoj.gov).

**ONLY THOSE RESPONSES OR OBJECTIONS THAT ARE TIMELY FILED AND RECEIVED WILL BE CONSIDERED BY THE BANKRUPTCY COURT. RESPONSES OR OBJECTIONS NOT TIMELY FILED AND SERVED IN THE MANNER SET FORTH ABOVE WILL NOT BE CONSIDERED AND WILL BE DEEMED OVERRULED.**

**ADDITIONAL INFORMATION**
**Obtaining Solicitation Materials.** If you should have any questions about the Solicitation Package or if you would like to obtain paper copies or additional copies of the solicitation materials, please contact the Debtors' Voting Agent by: (a) visiting the Debtors' case website at: https://www.veritaglobal.net/powin (where you can obtain electronic copies of all documents filed with the Bankruptcy Court for free); (b) writing to the Voting Agent at Powin Ballot Processing c/o KCC d/b/a Verita Global, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245; (c) calling the Voting Agent at (866) 507-8031 (U.S./Canada) or (781) 575-2122 (international); (d) emailing powinInfo@veritaglobal.com (with "In re Powin, LLC - Solicitation Inquiry" in the subject line); or (e) submitting an inquiry to the Voting Agent at: https://www.veritaglobal.net/powin/Inquiry. You may also obtain copies of any pleadings filed with the Court by visiting the Bankruptcy Court's website at https://njb.uscourts.gov/ (in accordance with the procedures and fees set forth therein). Please be advised that the Voting Agent is authorized to answer questions about, and provide additional copies of, solicitation materials, but may **not** advise you as to the Plan, the interpretation or meaning of any of the provisions contained therein, or whether you should vote to accept or reject the Plan, and will not provide you with any legal or financial advice in connection with the Plan.

**Filing the Plan Supplement.** The Plan Proponents will file the Plan Supplement (as defined in the Plan) no later than **November 7, 2025** and will serve notice on all Holders of Claims entitled to vote on the Plan, which will: (a) inform parties that the Debtors filed the Plan Supplement; (b) list the information contained in the Plan Supplement; and (c) include a copy of the Plan Supplement.

**BINDING NATURE OF THE PLAN**
**IF CONFIRMED, THE PLAN SHALL BIND ALL HOLDERS OF CLAIMS AND INTERESTS TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, WHETHER OR NOT SUCH HOLDER RECEIVES OR RETAINS ANY PROPERTY OR INTEREST IN PROPERTY UNDER THE PLAN, HAS FILED A PROOF OF CLAIM IN THESE CHAPTER 11 CASES, FAILED TO VOTE TO ACCEPT OR REJECT THE PLAN, VOTED TO REJECT THE PLAN, OR IS NOT ENTITLED TO VOTE ON THE PLAN.**

Dated: 10/21/2025

| DENTONS US LLP | TOGUT, SEGAL & SEGAL LLP |
|---|---|
| 601 S. Figueroa Street, Suite 2500 | One Penn Plaza, Suite 3335 |
| Los Angeles, CA 90017 | New York, NY 10119 |
| Tel: (213) 623-9300 | Tel: (212) 594-5000 |
| Fax: (213) 623-9924 | Fax: (212) 967-4258 |
| Tania M. Moyron (admitted pro hac vice) | Albert Togut (admitted pro hac vice) |
| Van C. Durrer, II (admitted pro hac vice) | Frank A. Oswald (admitted) |
| Email: tania.moyron@dentons.com | Email: altogut@teamtogut.com |
| van.durrer@dentons.com | frankoswald@teamtogut.com |
| *Counsel for Debtors and Debtors in Possession* | |

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC (1583); (ii) Powin, LLC (0104); (iii) PUS Holdings, LLC (1476); (iv) Powin China Holdings 1, LLC (5420); (v) Powin China Holdings 2, LLC (9713); (vi) Charger Holdings, LLC (0245); (vii) Powin Energy Ontario Storage, LLC (8048); (viii) Powin Energy Operating Holdings, LLC (0495); (ix) Powin Energy Operating, LLC (6487); (x) Powin Energy Storage, 2, Inc. (9906); (xi) Powin Energy Ontario Storage II (15-7477); and (xii) Powin Canada B.C. Ltd. (2239). Powin, LLC has formally changed its name to 813S RemainCo, LLC. The Debtors intend to file a motion seeking to amend the case caption in these proceedings to reflect such name change.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Combined Plan and Disclosure Statement.

OY1008012-01

---



Job seekers:

Check out

aftercollege.com

for great opportunities

NEED HELP WITH ELECTRICAL WORK?
Find it on OREGONLIVE.
OREGONLIVE.COM/businesslistings

Wheels and Deals. Every day on OREGONLIVE's Autos section
autos.oregonlive.com

## AFFIDAVIT OF PUBLICATION

## UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY

## IN RE: POWIN LLC

I Charlotte Young, of the City of Toronto, in the Province of Ontario, AFFIRM THAT:

1. I am employed by The Globe and Mail Inc. and my current job title is Advertising Service Representative

2. The Globe and Mail is a media organization with its head office in Toronto, Ontario. The Globe and Mail publishes and distributes a print edition newspaper from Monday to Saturday which is simultaneously printed in the cities of Montreal, Toronto, Estevan, Calgary, and Vancouver, and is generally distributed and circulated in the Provinces of Quebec, Ontario, Manitoba, Alberta and British Columbia.

3. The advertisement attached to my affidavit as Exhibit "A" is a true and correct copy and was published in the form attached to my affidavit in print editions of The Globe and Mail newspaper published on the following date(s): Oct 21st, 2025

_____
Charlotte Young

Affirmed before me at the City of Toronto, in the Province of Ontario on Oct 23rd, 2025

_____
Jesse Langdon
Lawyer # 55869H
Ontario

This is Exhibit "A" to the
Affidavit of Charlotte Young, affirmed before me
in the City of Toronto, in the Province of Ontario,
on Oct 23rd, 2025

*[signature]*

Jesse Langdon
Lawyer # 55869H
Ontario

Objection Deadline: 11/18/2025 at 4:00 P.M. Hearing Date: 11/25/2025 at 11:30 A.M.

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, et al.,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

**NOTICE OF (I) COMBINED HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT ON FINAL BASIS AND PLAN CONFIRMATION AND (II) RELATED VOTING AND OBJECTION DEADLINE**

**PLEASE TAKE NOTICE** that on June 9, 2025 and thereafter (the "Petition Date"), Powin, LLC and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the above captioned chapter 11 cases (the "Chapter 11 Cases") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on October 14, 2025, the Bankruptcy Court entered an order [Docket No. 939] (the "Solicitation Procedures Order") (a) conditionally approving the Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors [Docket No. 914] (as may be amended, modified, or supplemented from time to time and including all exhibits and supplements thereto, the "Combined Plan and Disclosure Statement" or the "Plan")[2], solely as it relates to the disclosures contained therein, as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code, pending final approval at the Combined Hearing (as defined below); (b) authorizing the Debtors and the Official Committee of Unsecured Creditors (together, the "Plan Proponents") to solicit acceptances for the Combined Plan and Disclosure Statement; (c) approving the solicitation materials and documents to be included in the solicitation packages (the "Solicitation Packages"); and (d) approving procedures for soliciting, noticing, receiving, and tabulating votes on the Plan and for filing objections to the Plan or final approval of the Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that the hearing at which the Bankruptcy Court will consider final confirmation of the Combined Plan and Disclosure Statement (the "Combined Hearing") will commence on **November 25 at 11:30 a.m. (prevailing Eastern Time)**, or such other time that the Bankruptcy Court determines, before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Courtroom 8, Trenton, NJ 08608.

**PLEASE TAKE FURTHER NOTICE** that the Combined Hearing will be conducted **as a hybrid hearing, either in person or via Zoom for Government**. Parties wishing to present argument **must** be present in the Courtroom. Counsel who do not intend to argue but who wish to observe, or counsel who do not intend to argue but wish to have speaking capabilities, if necessary, to preserve their rights, or counsel with unavoidable conflicts or extenuating circumstances, may request to appear remotely by sending an email to Chambers (chambers_of_mbk@njb.uscourts.gov) indicating the name of the person appearing, their email address, their affiliation, and whom they represent or their interest in these Chapter 11 Cases. If the request is approved, the participant will receive appropriate credentials and further instruction.

**PLEASE TAKE FURTHER NOTICE** that the Combined Hearing may be continued from time to time by the Bankruptcy Court or the Plan Proponents **without further notice** other than by such adjournment being announced in open court or by a notice of adjournment filed with the Bankruptcy Court and served on all parties entitled to notice.

**CRITICAL INFORMATION REGARDING VOTING ON THE PLAN**

**Voting Record Date.** The voting record date is **October 10, 2025** (the "Voting Record Date"), which is the date for determining which certain Holders of Claims are entitled to vote on the Plan.

**Voting Deadline.** The deadline for voting on the Plan is on **November 18, 2025 at 4:00 p.m. (prevailing Eastern Time)** (the "Voting Deadline"). If you received a Solicitation Package, including a Ballot, and intend to vote on the Plan, you **must**: (a) follow the instructions carefully; (b) complete **all** of the required information on the ballot; and (c) execute and return your completed Ballot according to and as set forth in detail in the voting instructions so that it is **actually received** by the Debtors' voting agent Verita Global (the "Voting Agent") on or before the Voting Deadline. **A failure to follow such instructions may disqualify your vote.**

**Creditors Entitled to Vote.** Only Holders of Allowed Claims in Class 3 (WARN Act Claims), Class 4 (Settled Priority Claims), and Class 5 (General Unsecured Claims) are entitled to vote to accept or reject the Plan. Holders of Claims in Class 1 (Priority Non-Tax Claims) and Class 2 (Other Secured Claims) are unimpaired and are not entitled to vote on the Plan, because such Claims and Interests deemed to accept the Plan on account of such unimpaired status. Holders of Claims and Interests in Class 6 (Intercompany Claims) and Class 7 (Interests) (together, with Holders of Claims in Class 1 and Class 2, the "Non-Voting Classes") are not entitled to vote on the Plan because such Holders are not receiving or retaining any value under the Plan and, thus, are deemed to reject the Plan. Creditors in Non-Voting Classes will not receive a Ballot and are receiving this notice for informational purposes to provide notice of the Combined Hearing, the Combined Objection Deadline, the Third Party Release provided for in Section 15.2(b) of the Plan (which applies to **all** Holders of Claims, whether or not they are entitled to vote on the Plan), and instructions for how to opt-out of such Third Party Release.

**Third Party Release.** Section 15.2 of the Plan provides that all Holders of Claims (whether or not entitled to vote on the Plan) who **DO NOT OPT OUT** of the Third Party Release set forth in section 15.2(b) of the Plan **will be releasing certain parties involved in the Chapter 11 Cases.** IN ORDER TO OPT OUT:

- Holders of Claims in Classes 3, 4 and 5 will receive a Ballot containing a section (Item 4) allowing them to opt out of the Third Party Release contained in the Plan. In order to validly opt out of the Third Party Release, Holders of Claims in Classes 3, 4 and 5 **must** complete the opt out election in Item 4 of their Ballot and submit it in accordance with the instructions set forth in the Ballot. **Creditors who vote to reject the Plan or abstain from voting on the Plan and do not complete the opt out election in Item 4 of their Ballot will be considered a Releasing Party in relation to the Third Party Release under the Plan and will be bound by the Third Party Release.**

- Holders of Claims in Non-Voting Classes will receive a Release Opt-Out Election Form allowing them to opt out of the Third Party Release in the Plan. In order to validly opt out of the Third Party Release, Holders of Claims in Non-Voting Classes **must** complete the Release Opt-Out Election Form and submit it in accordance with the instructions set forth in the Release Opt-Out Election Form. **Holders of Claims in Non-Voting Classes who fail to timely submit the Release Opt-Out Election Form will be considered a Releasing Party in relation to the Third Party Release under the Plan and will be bound by the Third Party Release.**

**CRITICAL INFORMATION REGARDING OBJECTING TO THE COMBINED PLAN AND DISCLOSURE STATEMENT**

**Objection Deadline.** The deadline for filing objections to the Combined Plan and Disclosure Statement or the adequacy of the disclosures contained therein is **November 18, 2025 at 4:00 p.m. (prevailing Eastern Time)** (the "Confirmation Objection Deadline"). All objections to the relief sought at the Combined Hearing **must**: (a) be in writing; (b) state in particularity the basis of the objection; and (c) be filed with the Clerk of the Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, if not otherwise filed with the Clerk of the Court electronically, via hard copy, and shall be served in accordance with the General Order and the Supplemental Commentary upon the following parties so as to be **actually received** on or before the Combined Objection Deadline:

(a) The Debtors c/o Uzzi & Lall, One Liberty Plaza, 165 Broadway 23rd Floor, New York, NY (Attn: Gerard Uzzi, guzzi@uzzilall.com);

(b) Counsel to the Debtors, Dentons US LLP, 601 S. Figueroa Street, Suite 2500, Los Angeles, CA 90018 (Attn: Tania M. Moyron, tania.moyron@dentons.com, and Van C. Durrer II, van.durrer@dentons.com);

(c) Counsel to the Debtors, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, NY 10119 (Attn: Frank A. Oswald, frankoswald@teamtogut.com);

(d) Counsel for the Official Committee of Unsecured Creditors, Brown Rudnick LLP Seven Times Square, New York, NY 10036 (Attn: Robert J. Stark, rstark@brownrudnick.com, Kenneth A. Aulet, kaulet@brownrudnick.com, and Bennett S. Silverberg, bsilverberg@brownrudnick.com);

(e) Counsel for the Official Committee of Unsecured Creditors, Genova Burns LLC, 110 Allen Road, Suite 304, Basking Ridge, NJ 07920 (Attn: Daniel M. Stolz, dstolz@genovaburns.com); and

(f) The Office of the United States Trustee, One Newark Center, 1085 Raymond Boulevard, Suite 2100, Newark, NJ 07102 (Attn: Jeffrey M. Sponder, jeffrey.m.sponder@usdoj.gov).

**ONLY THOSE RESPONSES OR OBJECTIONS THAT ARE TIMELY FILED AND RECEIVED WILL BE CONSIDERED BY THE BANKRUPTCY COURT. RESPONSES OR OBJECTIONS NOT TIMELY FILED AND SERVED IN THE MANNER SET FORTH ABOVE WILL NOT BE CONSIDERED AND WILL BE DEEMED OVERRULED.**

**ADDITIONAL INFORMATION**

**Obtaining Solicitation Materials.** If you should have any questions about the Solicitation Package or if you would like to obtain paper copies or additional copies of the solicitation materials, please contact the Debtors' Voting Agent by: (a) visiting the Debtors' case website at: https://www.veritaglobal.net/powin (where you can obtain electronic copies of all documents filed with the Bankruptcy Court for free); (b) writing to the Voting Agent at Powin Ballot Processing c/o KCC d/b/a Verita Global, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245; (c) calling the Voting Agent at (866) 507-8031 (U.S./Canada) or (781) 575-2122 (International); (d) emailing powininfo@veritaglobal.com (with "In re Powin, LLC – Solicitation Inquiry" in the subject line); or (e) submitting an inquiry to the Voting Agent at: https://www.veritaglobal.net/powin/inquiry. You may also obtain copies of any pleadings filed with the Court by visiting the Bankruptcy Court's website at https://njb.uscourts.gov/ (in accordance with the procedures and fees set forth therein). Please be advised that the Voting Agent is authorized to answer questions about, and provide additional copies of, solicitation materials, but may **not** advise you as to the Plan, the interpretation or meaning of any of the provisions contained therein, or whether you should vote to accept or reject the Plan, and will not provide you with any legal or financial advice in connection with the Plan.

**Filing the Plan Supplement.** The Plan Proponents will file the Plan Supplement (as defined in the Plan) no later than **November 7, 2025** and will serve notice on all Holders of Claims entitled to vote on the Plan, which will: (a) inform parties that the Debtors filed the Plan Supplement; (b) list the information contained in the Plan Supplement; and (c) include a copy of the Plan Supplement.

**BINDING NATURE OF THE PLAN**

**IF CONFIRMED, THE PLAN SHALL BIND ALL HOLDERS OF CLAIMS AND INTERESTS TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, WHETHER OR NOT SUCH HOLDER RECEIVES OR RETAINS ANY PROPERTY OR INTEREST IN PROPERTY UNDER THE PLAN, HAS FILED A PROOF OF CLAIM IN THESE CHAPTER 11 CASES, FAILED TO VOTE TO ACCEPT OR REJECT THE PLAN, VOTED TO REJECT THE PLAN, OR IS NOT ENTITLED TO VOTE ON THE PLAN.**

Dated: 10/21/2025

| DENTONS US LLP | TOGUT, SEGAL & SEGAL LLP |
|---|---|
| 601 S. Figueroa Street, Suite 2500 | One Penn Plaza, Suite 3335 |
| Los Angeles, CA 90017 | New York, NY 10119 |
| Tel: (213) 623-9300 | Tel: (212) 594-5000 |
| Fax: (213) 623-9924 | Fax: (212) 967-4258 |
| Tania M. Moyron (admitted pro hac vice) | Albert Togut (admitted pro hac vice) |
| Van C. Durrer, II (admitted pro hac vice) | Frank A. Oswald (admitted) |
| Email:tania.moyron@dentons.com | Email: altogut@teamtogut.com |
| van.durrer@dentons.com | frankoswald@teamtogut.com |

Counsel for Debtors and Debtors in Possession

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. Powin, LLC has formally changed its name to BESS RemainCo, LLC. The Debtors intend to file a motion seeking to amend the case caption in these proceedings to reflect such name change.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Combined Plan and Disclosure Statement.

# Inside former airport site's takeoff into mass development

**Goal for the 30-year project is to turn mostly empty piece of land into vibrant community**

MICHAEL LEWIS

For Northcrest Developments, the challenge of transforming the former Downsview Airport site in Toronto lies in the sheer scope of the undertaking and the decades required to realize its vision.

It's a dilemma other large development projects, such as the city's waterfront revitalization, have faced as they require communities and investors to buy into ambitious plans that repurpose industrial zones and former military bases into modern, urban neighbourhoods.

"They're trying really hard, and I think they have the ingredients," Matti Siemiatycki, director of the Infrastructure Institute at the University of Toronto, says of Northcrest, lead developer of the $30-billion, 30-year project dubbed YZD.

"The challenge in a site that large, which is super unrealistic for real estate, is too much land, rather than not enough. The question is, 'how do you phase it and make it feel lived in and vibrant as you go?'"

Northcrest calls the YZD one of the biggest urban redevelopments in North America, but it is not alone in its ambition. Developers are increasingly converting former industrial areas into mixed-use meccas, complete with housing, retail and office space, driven by support for urban growth and to combat sprawl.

### CREATING A VIBRANT COMMUNITY FOR NEW RESIDENTS

Northcrest CEO Derek Goring was involved in the early days of Toronto's eastern waterfront redevelopment. While building can be done in phases, Mr. Goring says one lesson learned is the importance of making sure the first batch of residents feel part of a community.

"One thing that made [the waterfront project] challenging was it was very incremental," he says. "The first building sat there as a bit of an island for a number of years until the site started to build out."

With 90 per cent of the YZD land empty, Mr. Goring says each construction stage needs to be successful in its own right.

The development includes 28 million square feet of residential space and seven million square feet of retail, office, advanced manufacturing, recreational, cultural and institutional space.

Located near Keele Street and Sheppard Avenue West, the project involves the redevelopment of a site that was the former home of a Canadian Forces base and a Bombardier Aerospace campus. It's a 370-acre frontier of airplane hangars, warehouses and green fields.

Northcrest communications manager Kaleigh Ambrose says more than 5,000 tradespeople will be employed full time for each construction year. Once fully operational, YZD aims to provide permanent employment for more than 23,000.

The property's initial commercial tenants are expected to arrive in 2028, with the first group of residents projected to move in by 2030.

### HANGING IN THE HANGAR DISTRICT

Toronto city council unanimously approved the plan for YZD's initial phase in July. The project's first neighbourhood, to be called the Hangar District, will cover more than 100 acres and retrofit two large hangars for manufacturing, entertainment, recreation and cultural uses.

Some of the existing buildings will be replaced by built-to-suit commercial structures and low-rise, multi-unit housing, with at least 10 per cent of YZD residences defined as affordable, where shelter costs are to be less than 30 per cent of a household's monthly income. Mr. Goring also says the hangars allow for the space to set up modular-housing-parts manufacturers, retail outlets such as craft breweries, live music events, recreational activities and sites for film production.

He notes the district will be split nearly equally between residential and non-residential areas and "lean into" its aviation aesthetic as a unique selling point. Northcrest expects the Hangar District to provide 2,957 homes and generate 7,400 jobs.

To anchor the Hangar District, Mr. Goring says Northcrest is seeking potential tenants that could include a postsecondary institution along with Centennial College's Bombardier Centre for Aerospace and Aviation, which is already located at the site. The hangars and new structures will be linked to YZD's future Wilson District – another phase of the project – by a pedestrian walkway, the redesigned airport runway.

### FUTURE PLANS AND FINANCING

The proposal for Phase 2 of the development – dubbed the Wilson District, around the Wilson subway station at YZD's southernmost point – is scheduled for submission to the city in early 2026. Subsequent phases of the project will "evolve over decades to come," Northcrest says.

Funding for the project will be provided by the Public Sector Pension Investment Board and through yet-to-be finalized contributions from other partners, possibly including the federal government.

Mr. Goring says he's confident the project's amenities, parks, transit orientation, low-carbon materials and sustainable energy sources will appeal to occupants, suggesting YZD will be poised to benefit from a potential real-estate market turnaround in the coming years.

"Developments which bring people together – combining retail with residential, community spaces and attractions – are especially appealing to retailers," says Santo Ligotti, vice-president of marketing and member services at the Retail Council of Canada. "These kinds of projects create vibrant destinations that support both community life and business success."

### CONSULTING THE COMMUNITY

Mr. Goring says meaningful consultation from residents and nearby businesses is crucial when it comes to the project's plans. The YZD consultation is being carried out in conjunction with the city and Third Party Public, a public engagement firm that Northcrest hired at the beginning of the project.

Joe Pantalone, a retired former deputy Toronto mayor and city councillor, and current special adviser to the DUKE Heights BIA, a group of 4,000 businesses in the area north of the Northcrest development, says YZD could have been controversial because of its size.

Instead, he says, it has strong support from area businesses, partly owing to Northcrest's and the city's community engagement efforts, along with the fact the project promises to connect roadways and transit, as well as bring new foot traffic to the area.

Calling YZD a series of neighbourhoods with distinct cultural and commercial attributes, and where daily needs are within walking distance, Mr. Goring says the project presents a strong business case.

"The most important metric is demographics," he says. "With more people moving here, there's going to be demand for real estate. Given the fact that all of these new people are going to be here, I can't imagine where businesses can't see this as a huge opportunity."

*Special to The Globe and Mail*

**COMMERCIAL REAL ESTATE**
TO PLACE AN AD CALL: 1-866-999-9237
EMAIL: ADVERTISING@GLOBEANDMAIL.COM



**JLL — SEE A BRIGHTER WAY**

**Retail Unit For Sale**
2803 Dundas Street West, Toronto, ON (Junction)

- NNN Investment Opportunity – Carefree triple-net investment opportunity, 100% occupied by government-backed tenant LCBO with 7.4 years of term remaining
- Premium Commercial Asset – Stratified freehold ownership of 5,355 SF featuring 17+ FT ceilings and 166 FT of frontage along Dundas Street West
- Strategic Location – Sits in the heart of Toronto's dynamic Junction neighbourhood, an area experiencing rapid intensification and urban growth

Graham Smith* • Jackson Safrata* • Brandon Gorman**
+1 416 830 0514 • +1 416 238 9462 • +1 416 855 0907
Graham.Smith@jll.com • Jackson.Safrata@jll.com • Brandon.Gorman@jll.com

JLL Real Estate Services, Inc., Brokerage   *Broker  **Sales Representative   jll.com

**AltusGroup — RECENT ASSET TRANSACTIONS**

GTA INDUSTRIAL • GVA OFFICE • GMA RETAIL • GCAL INDUSTRIAL

| | | | |
|---|---|---|---|
| 1353 Britannia Road East, Mississauga $4,600,000 $400 per sq. ft. | 15068 84th Avenue, Surrey $13,000,000 $463 per sq. ft. | 1610 Saint-Martin Boulevard East, Laval $15,500,000 $280 per sq. ft. | 3636 7th Street SE, Calgary $5,150,000 $159 per sq. ft. |

**GREATER TORONTO AREA**

| SECTOR | MUNICIPALITY | ADDRESS | PRICE | UNIT PRICE | PARAMETER |
|---|---|---|---|---|---|
| Industrial | Mississauga | 400-450 Matheson Blvd East | $39,700,000 | $345 | per sq. ft. |
| Industrial | Mississauga | 2360 Millrace Court | $22,500,000 | $278 | per sq. ft. |
| Retail | Ajax | 425 Bayly Street West | $14,500,000 | $603 | per sq. ft. |

**GREATER VANCOUVER AREA**

| SECTOR | MUNICIPALITY | ADDRESS | PRICE | UNIT PRICE | PARAMETER |
|---|---|---|---|---|---|
| Apartment | Coquitlam | 1200 Howie Avenue | $19,400,000 | $294,000 | per unit |
| Retail | Abbotsford | 32853 Ventura Avenue | $3,150,000 | $704 | per sq. ft. |
| Industrial | Abbotsford | 2518 Clearbrook Road | $2,763,800 | $401 | per sq. ft. |

**GREATER MONTREAL AREA**

| SECTOR | MUNICIPALITY | ADDRESS | PRICE | UNIT PRICE | PARAMETER |
|---|---|---|---|---|---|
| Apartment | LaSalle | 1400-1600 Anglighon Blvd | $48,500,000 | $197,105 | per unit |
| Apartment | Vieux-Longueuil | 1575 NDG Street | $11,200,000 | $197,746 | per unit |
| Retail | Terrebonne | 706-712 des Seigneurs Blvd | $7,250,000 | $288 | per sq. ft. |

**GREATER CALGARY AREA**

| SECTOR | MUNICIPALITY | ADDRESS | PRICE | UNIT PRICE | PARAMETER |
|---|---|---|---|---|---|
| Industrial | Calgary | 5218 84th Avenue SE & 5251 84th Avenue SE | $9,500,000 | $116 | per sq. ft. |
| Industrial | Okotoks | 1101 & 1103 North Railway St. | $2,575,000 | $277 | per sq. ft. |
| Apartment | Calgary | 438 12th Avenue NE | $1,130,000 | $283,750 | per unit |

Altus Data Solutions Canada (Altus Group, 2025, altusgroup.com)

**LEGALS**

Objection Deadline: 11/18/2025 at 4:00 P.M. Hearing Date: 11/25/2025 at 11:30 A.M.

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**

In re: Powin, LLC, et al.
Chapter 11
Case No. 25-16137 (MBK)
(Jointly Administered)

**NOTICE OF (I) COMBINED HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT ON FINAL BASIS AND PLAN CONFIRMATION AND (II) RELATED VOTING AND OBJECTION DEADLINES**



Dated: 10/21/2025

DENTONS US LLP
601 S. Figueroa Street, Suite 2500
Los Angeles, CA 90017
Tel: (213) 623-9300
Fax: (213) 623-9924
Tania M. Moyron (admitted pro hac vice)
Van C. Durrer, II (admitted pro hac vice)
Email: tania.moyron@dentons.com
van.durrer@dentons.com

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, NY 10119
Tel: (212) 594-5000
Fax: (212) 967-4258
Albert Togut (admitted pro hac vice)
Frank A. Oswald (admitted)
Email: altogut@teamtogut.com
frankoswald@teamtogut.com

Counsel for Debtors and Debtors in Possession

**Dividends** — Computershare

Notice is hereby given that the following dividends have been declared. All amounts shown are in Canadian dollars unless otherwise specified.

| Issuer | Issue | Record Date | Payable Date | Rate |
|---|---|---|---|---|
| Bombardier Inc. | Pref. Series 2 | Oct. 31, 2025 | Nov. 15, 2025 | Floating |
| Northland Power Inc. | Common Shares | Oct. 31, 2025 | Nov. 17, 2025 | $0.10 |

**Stay informed around the clock with The Globe app – free for print subscribers**



Need help getting started?
Visit tgam.ca/globeapp to learn more



### VERIFICATION OF PUBLICATION

**STATE OF NEW YORK**
**COUNTY OF NEW YORK**

Being duly sworn, Teri says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Tuesday, October 21, 2025**, the following legal advertisement – **Powin, LLC** was published in the national edition of **USA TODAY.**

*Teri Nawara*

Principal Clerk of USA TODAY
August 27, 2025

Case 25-16137-MBK    Doc 1015    Filed 11/03/25    Entered 11/03/25 16:06:42    Desc Main Document    Page 12 of 12

# FOR THE RECORD

All times ET

## ODDS

### NBA
**Tuesday**

| FAVORITE | LINE | O/U | UNDERDOG |
|---|---|---|---|
| OKLA CITY | 7.5 | 226.5 | Houston |
| Golden State | 2 | 224.5 | LA LAKERS |

**Wednesday**

| FAVORITE | LINE | O/U | UNDERDOG |
|---|---|---|---|
| NY KNICKS | 3.5 | 229.5 | Cleveland |
| ORLANDO | 8 | 214.5 | Miami |
| CHARLOTTE | 4.5 | 225.5 | Brooklyn |
| ATLANTA | 5.5 | 235 | Toronto |
| BOSTON | 2.5 | 225.5 | Philadelphia |
| Detroit | 2 | 234.5 | CHICAGO |
| MEMPHIS | 3.5 | 236.5 | New Orleans |
| MILWAUKEE | 8.5 | 229 | Washington |
| LA Clippers | 9 | 227 | UTAH |
| DALLAS | 2.5 | 225 | San Antonio |
| Minnesota | 3.5 | 219.5 | PORTLAND |
| PHOENIX | 3.5 | 226.5 | Sacramento |

## MLB

### League Championship Series
(Best-of-7 series)

**American League**
No. 2 Seattle 3, No. 1 Toronto 3
- Game 1: Seattle 3, Toronto 1
- Game 2: Seattle 10, Toronto 3
- Game 3: Toronto 13, Seattle 4
- Game 4: Toronto 8, Seattle 2
- Game 5: Seattle 6, Toronto 2
- Game 6: Toronto 6, Seattle 2
- Game 7: Seattle at Toronto

**National League**
No. 3 L.A. Dodgers 4, No. 1 Milwaukee 0
- Game 1: Los Angeles 2, Milwaukee 1
- Game 2: Los Angeles 5, Milwaukee 1
- Game 3: Los Angeles 3, Milwaukee 1
- Game 4: Los Angeles 5, Milwaukee 1

## NFL

### AMERICAN CONFERENCE
**East**

| | W | L | T | Pct | PF | PA |
|---|---|---|---|---|---|---|
| New England | 5 | 2 | 0 | .714 | 181 | 133 |
| Buffalo | 4 | 2 | 0 | .667 | 167 | 137 |
| Miami | 1 | 6 | 0 | .143 | 140 | 205 |
| N.Y. Jets | 0 | 7 | 0 | .000 | 129 | 183 |

**North**

| | W | L | T | Pct | PF | PA |
|---|---|---|---|---|---|---|
| Pittsburgh | 4 | 2 | 0 | .667 | 150 | 140 |
| Cincinnati | 3 | 4 | 0 | .429 | 136 | 214 |
| Cleveland | 2 | 5 | 0 | .286 | 113 | 152 |
| Baltimore | 1 | 5 | 0 | .167 | 144 | 194 |

**South**

| | W | L | T | Pct | PF | PA |
|---|---|---|---|---|---|---|
| Indianapolis | 6 | 1 | 0 | .857 | 232 | 140 |
| Jacksonville | 4 | 3 | 0 | .571 | 146 | 155 |
| Houston | 2 | 3 | 0 | .400 | 108 | 61 |
| Tennessee | 1 | 6 | 0 | .143 | 96 | 192 |

**West**

| | W | L | T | Pct | PF | PA |
|---|---|---|---|---|---|---|
| Denver | 5 | 2 | 0 | .714 | 163 | 127 |
| L.A. Chargers | 4 | 3 | 0 | .571 | 151 | 163 |
| Kansas City | 4 | 3 | 0 | .571 | 186 | 124 |
| Las Vegas | 2 | 5 | 0 | .286 | 103 | 180 |

### NATIONAL CONFERENCE
**East**

| | W | L | T | Pct | PF | PA |
|---|---|---|---|---|---|---|
| Philadelphia | 5 | 2 | 0 | .714 | 170 | 165 |
| Dallas | 3 | 3 | 1 | .500 | 222 | 206 |
| Washington | 3 | 4 | 0 | .429 | 180 | 170 |
| N.Y. Giants | 2 | 5 | 0 | .286 | 153 | 177 |

**North**

| | W | L | T | Pct | PF | PA |
|---|---|---|---|---|---|---|
| Green Bay | 4 | 1 | 1 | .750 | 158 | 125 |
| Detroit | 4 | 2 | 0 | .667 | 191 | 142 |
| Chicago | 4 | 2 | 0 | .667 | 152 | 155 |
| Minnesota | 3 | 3 | 0 | .500 | 145 | 125 |

**South**

| | W | L | T | Pct | PF | PA |
|---|---|---|---|---|---|---|
| Tampa Bay | 5 | 1 | 0 | .833 | 165 | 151 |
| Carolina | 4 | 3 | 0 | .571 | 145 | 152 |
| Atlanta | 3 | 3 | 0 | .500 | 110 | 120 |
| New Orleans | 1 | 6 | 0 | .143 | 125 | 186 |

**West**

| | W | L | T | Pct | PF | PA |
|---|---|---|---|---|---|---|
| San Francisco | 5 | 2 | 0 | .714 | 145 | 138 |
| L.A. Rams | 5 | 2 | 0 | .714 | 175 | 137 |
| Seattle | 4 | 2 | 0 | .667 | 166 | 117 |
| Arizona | 2 | 5 | 0 | .286 | 163 | 154 |

**Thursday's Score**
Cincinnati 33, Pittsburgh 31

**Sunday's Scores**
- L.A. Rams 35, Jacksonville 7
- Chicago 26, New Orleans 14
- Cleveland 31, Miami 6
- Kansas City 31, Las Vegas 0
- Philadelphia 28, Minnesota 22
- Carolina 13, N.Y. Jets 6
- New England 31, Tennessee 13
- Denver 33, N.Y. Giants 32
- Indianapolis 38, L.A. Chargers 24
- Green Bay 27, Arizona 23
- Dallas 44, Washington 22
- San Francisco 20, Atlanta 10

**Monday's Games**
- Tampa Bay at Detroit
- Houston at Seattle
- BYE: Buffalo, Baltimore

**Thursday's Game**
Minnesota at L.A. Chargers, 8:15 p.m.

**Sunday's Games**
- Miami at Atlanta, 1 p.m.
- Chicago at Baltimore, 1 p.m.
- Buffalo at Carolina, 1 p.m.
- N.Y. Jets at Cincinnati, 1 p.m.
- San Francisco at Houston, 1 p.m.
- Cleveland at New England, 1 p.m.
- N.Y. Giants at Philadelphia, 1 p.m.
- Tampa Bay at New Orleans, 4:05 p.m.
- Dallas at Denver, 4:25 p.m.
- Tennessee at Indianapolis, 4:25 p.m.
- Green Bay at Pittsburgh, 8:20 p.m.

**Monday, Oct. 27**
Washington at Kansas City, 8:15 p.m.
BYE: Detroit, Las Vegas, L.A. Rams, Arizona, Seattle, Jacksonville

## COLLEGE FOOTBALL

**Tuesday's Games**

*Southeast*
Kennesaw State at FIU, 7 p.m.
Western KY at Louisiana Tech, 7:30 p.m.

**Wednesday's Games**

*East*
Middle Tennessee at Delaware, 7:30 p.m.

*West*
Missouri State at New Mexico State, 9 p.m.

## NHL

### EASTERN CONFERENCE
**Atlantic Division**

| | W | L | OT | Pts | GF | GA |
|---|---|---|---|---|---|---|
| Detroit | 5 | 1 | 0 | 10 | 20 | 14 |
| Montreal | 4 | 2 | 0 | 8 | 21 | 15 |
| Toronto | 3 | 3 | 1 | 7 | 22 | 20 |
| Florida | 3 | 4 | 0 | 6 | 15 | 20 |
| Boston | 3 | 4 | 0 | 6 | 15 | 20 |
| Buffalo | 2 | 3 | 0 | 4 | 13 | 16 |
| Ottawa | 2 | 2 | 2 | 6 | 14 | 15 |
| Tampa Bay | 1 | 4 | 1 | 3 | 16 | 21 |

**Metropolitan Division**

| | W | L | OT | Pts | GF | GA |
|---|---|---|---|---|---|---|
| Carolina | 5 | 0 | 0 | 10 | 23 | 11 |
| New Jersey | 4 | 1 | 0 | 8 | 19 | 13 |
| Pittsburgh | 4 | 2 | 0 | 8 | 17 | 12 |
| Washington | 4 | 2 | 0 | 8 | 17 | 15 |
| N.Y. Rangers | 3 | 3 | 1 | 7 | 16 | 13 |
| Philadelphia | 3 | 2 | 2 | 8 | 16 | 15 |
| Columbus | 2 | 3 | 0 | 4 | 14 | 15 |
| N.Y. Islanders | 2 | 3 | 1 | 5 | 14 | 15 |

### WESTERN CONFERENCE
**Central Division**

| | W | L | OT | Pts | GF | GA |
|---|---|---|---|---|---|---|
| Colorado | 5 | 0 | 1 | 11 | 21 | 10 |
| Winnipeg | 4 | 2 | 0 | 8 | 13 | 9 |
| Utah | 4 | 2 | 0 | 8 | 17 | 11 |
| Chicago | 3 | 2 | 2 | 8 | 22 | 18 |
| St. Louis | 3 | 2 | 0 | 6 | 15 | 18 |
| Dallas | 3 | 2 | 0 | 6 | 19 | 18 |
| Nashville | 2 | 2 | 2 | 6 | 15 | 19 |
| Minnesota | 2 | 3 | 2 | 6 | 13 | 19 |

**Pacific Division**

| | W | L | OT | Pts | GF | GA |
|---|---|---|---|---|---|---|
| Vegas | 4 | 0 | 2 | 10 | 26 | 19 |
| Seattle | 3 | 0 | 2 | 8 | 16 | 14 |
| Vancouver | 4 | 2 | 0 | 8 | 20 | 17 |
| Anaheim | 2 | 2 | 1 | 5 | 14 | 18 |
| Edmonton | 2 | 3 | 1 | 5 | 15 | 16 |
| L.A. Kings | 1 | 3 | 2 | 4 | 17 | 24 |
| San Jose | 3 | 0 | 2 | 2 | 13 | 25 |
| Calgary | 1 | 5 | 0 | 2 | 11 | 25 |

NOTE: Two points for a win, one for OT loss.

**Sunday's Scores**
- Vancouver 4, Washington 3
- Edmonton 2, Anaheim 1, OT
- Chicago 2, Anaheim 1, OT
- Utah 3, Boston 2

**Monday's Games**
- Minnesota at N.Y. Rangers
- Seattle at Philadelphia
- Buffalo at Montreal
- Winnipeg at Calgary
- Carolina at Vegas

**Tuesday's Games**
- San Jose at N.Y. Islanders, 7 p.m.
- Vancouver at Pittsburgh, 7 p.m.
- Edmonton at Ottawa, 7 p.m.
- New Jersey at Toronto, 7 p.m.
- Seattle at Washington, 7 p.m.
- Florida at Boston, 7:30 p.m.
- Columbus at Dallas, 8 p.m.
- Chicago at Winnipeg, 8 p.m.
- Utah at St. Louis, 8 p.m.
- Colorado at Utah, 10 p.m.

**Wednesday's Games**
- Minnesota at New Jersey, 7 p.m.
- Detroit at Buffalo, 7:30 p.m.
- Montreal at Calgary, 8:30 p.m.

## SOCCER

### MLS
**EASTERN CONFERENCE**

| | W | L | T | Pts | GF | GA |
|---|---|---|---|---|---|---|
| Philadelphia | 20 | 8 | 6 | 66 | 57 | 35 |
| Cincinnati | 20 | 9 | 5 | 65 | 52 | 40 |
| Inter Miami CF | 19 | 7 | 8 | 65 | 81 | 55 |
| Charlotte FC | 19 | 13 | 2 | 59 | 55 | 46 |
| NY City FC | 17 | 12 | 5 | 56 | 50 | 44 |
| Nashville | 16 | 12 | 6 | 54 | 58 | 45 |
| Columbus | 14 | 8 | 12 | 54 | 55 | 51 |
| Chicago | 15 | 11 | 8 | 53 | 68 | 60 |
| Orlando City | 14 | 9 | 11 | 53 | 63 | 51 |
| NY Red Bulls | 12 | 15 | 7 | 43 | 48 | 47 |
| New England | 9 | 16 | 9 | 36 | 44 | 51 |
| Toronto FC | 6 | 14 | 14 | 32 | 37 | 44 |
| CF Montreal | 6 | 18 | 10 | 28 | 34 | 60 |
| Atlanta | 5 | 16 | 13 | 28 | 40 | 50 |
| D.C. United | 5 | 18 | 11 | 26 | 30 | 66 |

**WESTERN CONFERENCE**

| | W | L | T | Pts | GF | GA |
|---|---|---|---|---|---|---|
| San Diego FC | 19 | 9 | 6 | 63 | 69 | 43 |
| Vancouver | 18 | 7 | 9 | 63 | 66 | 38 |
| Los Angeles FC | 17 | 8 | 9 | 60 | 65 | 40 |
| Minnesota | 16 | 8 | 10 | 58 | 56 | 39 |
| Seattle | 15 | 9 | 10 | 55 | 58 | 45 |
| Austin FC | 13 | 13 | 8 | 47 | 37 | 45 |
| FC Dallas | 11 | 12 | 11 | 44 | 52 | 55 |
| Portland | 11 | 12 | 11 | 44 | 41 | 48 |
| Real Salt Lake | 12 | 17 | 5 | 41 | 46 | 54 |
| San Jose | 11 | 15 | 8 | 41 | 60 | 63 |
| Colorado | 10 | 15 | 8 | 41 | 44 | 56 |
| Houston | 9 | 15 | 10 | 37 | 43 | 56 |
| Saint Louis | 8 | 18 | 8 | 32 | 44 | 58 |
| LA Galaxy | 7 | 18 | 9 | 30 | 46 | 66 |
| Sporting KC | 7 | 20 | 7 | 28 | 46 | 70 |

Note: Three points for win, one point for tie.

**Saturday's Scores**
- New England 2, Chicago 2
- NY City FC 1, Seattle 2
- Toronto FC 4, Orlando City 2
- Nashville 2, Inter Miami CF 5
- Cincinnati 3, CF Montreal 0
- Atlanta 1, D.C. United 1
- Charlotte FC 2, Philadelphia 0
- Columbus 3, NY Red Bulls 1
- LA Galaxy 2, Minnesota 1
- Saint Louis 2, Real Salt Lake 2
- Colorado 2, Los Angeles FC 2
- Sporting KC 0, Houston 0
- Portland 0, San Diego FC 4
- San Jose 2, Austin FC 1
- Vancouver 1, FC Dallas 2

**Wednesday's Games**
Orlando vs Chicago at Bridgeview, 8:30 p.m.
Real Salt Lake at Portland, 10:30 p.m.

**Friday's Game**
Nashville at Inter Miami CF, 8 p.m.

### English Premier League

| | GP | W | D | L | GF | GA | Pts |
|---|---|---|---|---|---|---|---|
| Arsenal | 8 | 6 | 1 | 1 | 15 | 3 | 19 |
| Man City | 8 | 5 | 1 | 2 | 16 | 8 | 16 |
| Liverpool | 8 | 5 | 0 | 3 | 14 | 11 | 15 |
| Bournemouth | 8 | 4 | 3 | 1 | 14 | 11 | 15 |
| Tottenham | 8 | 4 | 2 | 2 | 14 | 7 | 14 |
| Chelsea | 8 | 4 | 2 | 2 | 16 | 9 | 14 |
| Sunderland | 8 | 4 | 2 | 2 | 9 | 6 | 14 |
| Man United | 8 | 4 | 2 | 2 | 9 | 9 | 14 |
| Crystal Palace | 8 | 3 | 4 | 1 | 12 | 8 | 13 |
| Aston Villa | 8 | 3 | 3 | 2 | 8 | 7 | 12 |
| Brighton | 8 | 3 | 3 | 2 | 12 | 11 | 12 |
| Everton | 8 | 3 | 2 | 3 | 9 | 9 | 11 |
| Newcastle | 8 | 2 | 3 | 3 | 8 | 8 | 9 |
| Fulham | 8 | 2 | 2 | 4 | 8 | 12 | 8 |
| Leeds United | 8 | 2 | 2 | 4 | 7 | 13 | 8 |
| Brentford | 8 | 2 | 1 | 4 | 9 | 12 | 7 |
| Burnley | 8 | 2 | 1 | 5 | 9 | 15 | 7 |
| Nottm Forest | 8 | 1 | 2 | 5 | 5 | 15 | 5 |
| West Ham | 8 | 1 | 1 | 6 | 6 | 18 | 4 |
| Wolverhampton | 8 | 0 | 2 | 6 | 6 | 16 | 2 |

Note: Three points for win, one point for tie.

**Saturday's Scores**
- Nottingham Forest 0, Chelsea 3
- Burnley 2, Leeds United 0
- Sunderland 2, Wolverhampton 0
- Crystal Palace 3, AFC Bournemouth 3
- Brighton & Hove Albion 2, Newcastle 1
- Manchester City 2, Everton 0
- Fulham 0, Arsenal 1

**Sunday's Scores**
- Tottenham Hotspur 1, Aston Villa 2
- Liverpool 1, Manchester United 2

**Monday's Game**
Brentford at West Ham United

**Friday's Game**
West Ham United at Leeds United, 3 p.m.

**Saturday's Games**
- Chelsea vs. Sunderland, 10 a.m.
- Newcastle vs. Fulham, 10 a.m.
- Manchester United vs. Brighton, 12:30 p.m.
- Brentford vs. Liverpool, 3 p.m.

**Sunday's Games**
- Bournemouth vs. Nottingham Forest, 10 a.m.
- Arsenal vs. Crystal Palace, 10 a.m.
- Aston Villa vs. Manchester City, 10 a.m.
- Wolverhampton vs. Burnley, 10 a.m.
- Everton vs. Tottenham, 12:30 p.m.

### NWSL

| | W | L | D | Pts | GF | GA |
|---|---|---|---|---|---|---|
| Kansas City | 13 | 3 | 2 | 62 | 47 | 12 |
| Washington | 12 | 5 | 8 | 44 | 42 | 32 |
| Orlando | 11 | 8 | 6 | 39 | 32 | 26 |
| Seattle | 10 | 7 | 8 | 38 | 31 | 28 |
| San Diego | 8 | 7 | 7 | 37 | 40 | 32 |
| Portland | 10 | 8 | 7 | 37 | 24 | 24 |
| Gotham | 9 | 7 | 9 | 36 | 33 | 22 |
| Louisville | 9 | 9 | 7 | 34 | 34 | 38 |
| North Carolina | 9 | 8 | 7 | 34 | 45 | 41 |
| Houston | 8 | 11 | 6 | 30 | 37 | 37 |
| Angel City | 7 | 12 | 6 | 27 | 30 | 39 |
| Utah | 5 | 13 | 7 | 22 | 27 | 42 |
| Bay | 6 | 14 | 5 | 23 | 18 | 49 |
| Chicago | 4 | 13 | 8 | 20 | 20 | 40 |

Note: Three points for win, one point for tie.

**Friday's Scores**
North Carolina 4, Bay 1
Seattle 2, Utah 1

**Saturday's Scores**
Orlando 3, Washington 2
Houston 1, Kansas City 0
San Diego 6, Chicago 1

**Sunday's Scores**
Gotham 2, Louisville 0
Portland 2, Angel City 0

## NBA

**Tuesday's Games**
Houston at Oklahoma City, 7:30 p.m.
Golden State at L.A. Lakers, 10 p.m.

## AUTO RACING

### NASCAR Cup Series
**YellaWood 500**
**Talladega Superspeedway**
**Sunday**

1. (2) Chase Briscoe, Joe Gibbs Racing, 193, 50 points.
2. (27) Todd Gilliland, Front Row Motorsports, 193, 39.
3. (18) Ty Gibbs, Joe Gibbs Racing, 193, 49.
4. (10) Bubba Wallace, 23XI Racing, 193, 39.
5. (12) Cole Custer, Haas Factory Team, 193, 32.
6. (32) Carson Hocevar, Spire Motorsports, 193, 41.
7. (15) Tyler Reddick, 23XI Racing, 193, 39.
8. (7) Christopher Bell, Joe Gibbs Racing, 193, 36.
9. (23) Zane Smith, Front Row Motorsports, 193, 32.
10. (20) Brad Keselowski, RFK Racing, 193, 27.
11. (31) Shane Van Gisbergen, Trackhouse Racing, 193, 26.
12. (26) Daniel Suárez, Trackhouse Racing, 193, 25.
13. (24) Ross Chastain, Trackhouse Racing, 193, 24.
14. (28) John H. Nemechek, Legacy Motor Club, 193, 33.
15. (5) Ryan Preece, RFK Racing, 193, 22.
16. (16) Joey Logano, Team Penske, 193, 26.
17. (1) Michael McDowell, Spire Motorsports, 193, 24.
18. (40) Casey Mears, Garage 66, 193, 19.
19. (3) Kyle Busch, Richard Childress Racing, 193, 18.
20. (29) Ty Dillon, Kaulig Racing, 193, 17.
21. (38) Anthony Alfredo, Beard Motorsports, 193, 0.
22. (33) Austin Hill, Richard Childress Racing, 193, 0.
23. (8) Ryan Blaney, Team Penske, 193, 24.
24. (17) Denny Hamlin, Joe Gibbs Racing, 193, 13.
25. (13) William Byron, Hendrick Motorsports, 193, 19.
26. (19) Kyle Larson, Hendrick Motorsports, 193, 20.
27. (21) Austin Dillon, Richard Childress Racing, 191, 10.
28. (39) BJ McLeod, Live Fast Motorsports, 187, 0.
29. (11) Alex Bowman, Hendrick Motorsports, 187, 9.
30. (14) Chris Buescher, RFK Racing, 186, Accident 7.
31. (35) Cody Ware, Rick Ware Racing, 165, Engine 6.
32. (9) Riley Herbst, 23XI Racing, 141, Engine 5.
33. (6) Josh Berry, Wood Brothers Racing, 133, Drivetrain 4.
34. (4) Austin Cindric, Team Penske, 77, 3.
35. (30) Erik Jones, Legacy Motor Club, 55, Accident 2.
36. (36) Noah Gragson, Front Row Motorsports, 51, Accident 1.
37. (34) AJ Allmendinger, Kaulig Racing, 51, Accident 1.
38. (37) Ricky Stenhouse Jr, HYAK Motorsports, 51, Accident 1.
39. (22) Justin Haley, Spire Motorsports, 51, Accident 1.
40. (25) Chase Elliott, Hendrick Motorsports, 51, Accident 1.

---



# MARKETPLACE TODAY

To view more Classified listings, visit: classifieds.usatoday.com

For advertising information: 1.800.397.0070    www.russelljohns.com/usat

*All classified ads are subject to the applicable rate card, copies of which are available from our Advertising Dept. All ads are subject to approval before publication. USA Today reserves the right to edit, refuse, reject, classify or cancel any ad at any time. Errors must be reported in the first day of publication. USA Today shall not be liable for any loss or expense that results from an error in or omission of an advertisement. No refunds for early cancellation of order.*

## PUBLIC NOTICE

### REQUEST FOR PROPOSALS

Sourcewell, a State of Minnesota local government unit and service cooperative, is requesting proposals for Vehicle Exhaust Removal and Filtering Systems to result in a procurement solution for use by its Participating Entities.

Sourcewell Participating Entities include thousands of governmental, higher education, K-12 education, nonprofit, tribal government, and other public agencies located in the United States and Canada.

A full copy of the Request for Proposals can be found on the Sourcewell Procurement Portal
https://proportal.sourcewell-mn.gov

Only proposals submitted through the Sourcewell Procurement Portal will be considered.

**Proposals are due no later than December 9, 2025 at 4:30 p.m. Central Time, and late proposals will not be considered.**

---

## GET NOTICED!

Advertise in USA TODAY's Marketplace Today

To advertise, call:
**1-800-397-0070**

---

## CAREERS

### Hematologist/Oncologist
**Alabama Oncology Hematology Associates**

Montgomery, Alabama EOE
Seeking a fellowship trained Hematologist/Oncologist physician. Applicant must be BC/BE. Applicant must also be eligible for an Alabama license.

Please send CV to:
Ginger MacLean
Baptist Health
301 Brown Springs Road,
Montgomery AL, 36117

---

## LEGAL NOTICES

**Objection Deadline:** 11/18/2025 at 4:00 PM. Hearing Date: 11/25/2025 at 11:30 A.M.

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**

In re:
Powin, LLC, et al.,[1]
Debtors.

Chapter 11
Case No. 25-16137 (MBK)
(Jointly Administered)

### NOTICE OF (I) COMBINED HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT ON FINAL BASIS AND PLAN CONFIRMATION AND (II) RELATED VOTING AND OBJECTION DEADLINE

**PLEASE TAKE NOTICE** that on June 9, 2025 and thereafter (the "Petition Date"), Powin, LLC and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the above captioned chapter 11 cases (the "Chapter 11 Cases") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on October 14, 2025, the Bankruptcy Court entered an order [Docket No. 939] (the "Solicitation Procedures Order") (a) conditionally approving the Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors [Docket No. 914] (as may be amended, modified, or supplemented from time to time and including all exhibits and supplements thereto, the "Combined Plan and Disclosure Statement" or the "Plan")[2], solely as it relates to the disclosures contained therein, as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code, pending final approval at the Combined Hearing (as defined below); (b) authorizing the Debtors and the Official Committee of Unsecured Creditors (together, the "Plan Proponents") to solicit acceptances for the Combined Plan and Disclosure Statement; (c) approving the solicitation materials and documents to be included in the solicitation packages (the "Solicitation Packages"); and (d) approving procedures for soliciting, noticing, receiving, and tabulating votes on the Plan and for filing objections to the Plan or final approval of the Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that the hearing at which the Bankruptcy Court will consider final confirmation of the Combined Plan and Disclosure Statement (the "Combined Hearing") will commence on **November 25 at 11:30 a.m.** (the "prevailing Eastern Time"), or such other time that the Bankruptcy Court determines, before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Courtroom 8, Trenton, NJ 08608.

**PLEASE TAKE FURTHER NOTICE** that the Combined Hearing will be conducted as a hybrid hearing, either in person or via Zoom for Government. Parties wishing to present argument **must** be present in the Courtroom. Counsel who do not intend to argue but who wish to observe, or counsel who do not intend to argue but wish to have speaking capabilities, if necessary, to preserve their rights, or counsel with unavoidable conflicts or extenuating circumstances, may request to appear remotely by sending an email to Chambers (chambers_of_mbk@njb.uscourts.gov) indicating the name of the person appearing, their email address, their affiliation, and whom they represent or their interest in these Chapter 11 Cases. If the request is approved, the participant will receive appropriate credentials and further instruction.

**PLEASE TAKE FURTHER NOTICE** that the Combined Hearing may be continued from time to time by the Bankruptcy Court or the Plan Proponents **without further notice** other than by such adjournment being announced in open court or by a notice of adjournment filed with the Bankruptcy Court and served on all parties entitled to notice.

### CRITICAL INFORMATION REGARDING VOTING ON THE PLAN

**Voting Record Date.** The voting record date is **October 10, 2025** (the "Voting Record Date"), which is the date for determining which certain Holders of Claims are entitled to vote on the Plan.

**Voting Deadline.** The deadline for voting on the Plan is on **November 18, 2025 at 4:00 p.m. (prevailing Eastern Time)** (the "Voting Deadline"). To properly receive a Solicitation Package, including a Ballot, and intend to vote on the Plan, you **must**: (a) follow the instructions carefully; (b) complete **all** of the required information on the ballot; and (c) execute and return your completed Ballot according to and as set forth in detail in the voting instructions so that it is **actually received** by the Debtors' voting agent Verita Global (the "Voting Agent") on or before the Voting Deadline. A failure to follow such instructions may disqualify your vote.

**Creditors Entitled to Vote.** Only Holders of Allowed Claims in Class 3 (WARN Act Claims), Class 4 (Settled Priority Claims), and Class 5 (General Unsecured Claims) are entitled to vote to accept or reject the Plan. Holders of Claims in Class 1 (Priority Non-Tax Claims) and Class 2 (Other Secured Claims) are unimpaired and are not entitled to vote on the Plan, because such Claims and Interests deemed to accept the Plan on account of such unimpaired status. Holders of Claims and Interests in Class 6 (Intercompany Claims) and Class 7 (Interests) (together, with Holders of Claims in Class 1 and Class 2, the "Non-Voting Classes") are not entitled to vote on the Plan because such Holders are not receiving or retaining any value under the Plan and, thus, are deemed to reject the Plan. Creditors in Non-Voting Classes will not receive a Ballot and are receiving this notice for informational purposes to provide notice of the Combined Hearing, the Combined Objection Deadline, the Third Party Release provided for in Section 15.2(b) of the Plan (which applies to all Holders of Claims, whether or not they are entitled to vote on the Plan), and instructions for how to opt-out of such Third Party Release.

**Third Party Release.** Section 15.2 of the Plan provides that all Holders of Claims (whether or not entitled to vote on the Plan) who **DO NOT OPT OUT** of the Third Party Release set forth in section 15.2(b) of the Plan **will be releasing certain parties involved in the Chapter 11 Cases. IN ORDER TO OPT OUT:**

• Holders of Claims in Classes 3, 4 and 5 will receive a Ballot containing a section (Item 4) allowing them to opt out of the Third Party Release contained in the Plan. In order to validly opt out of the Third Party Release, Holders of Claims in Classes 3, 4 and 5 **must** complete the opt out election in Item 4 of their Ballot and submit it in accordance with the instructions set forth in the Ballot. **Creditors who vote to reject the Plan or abstain from voting on the Plan and do not complete the opt out election in Item 4 of their Ballot will be considered a Releasing Party in relation to the Third Party Release under the Plan and will be bound by the Third Party Release.**

• Holders of Claims in Non-Voting Classes will receive a Release Opt-Out Election Form allowing them to opt out of the Third Party Release in the Plan. In order to validly opt out of the Third Party Release, Holders of Claims in Non-Voting Classes **must** complete the Release Opt-Out Election Form and submit it in accordance with the instructions set forth in the Release Opt-Out Election Form. **Holders of Claims in Non-Voting Classes who fail to timely submit the Release Opt-Out Election Form will be considered a Releasing Party in relation to the Third Party Release under the Plan and will be bound by the Third Party Release.**

### CRITICAL INFORMATION REGARDING OBJECTING TO THE COMBINED PLAN AND DISCLOSURE STATEMENT

**Objection Deadline.** The deadline for filing objections to the Combined Plan and Disclosure Statement or the adequacy of the disclosures contained therein is **November 18, 2025 at 4:00 p.m. (prevailing Eastern Time)** (the "Confirmation Objection Deadline"). All objections to the relief sought at the Combined Hearing **must**: (a) be in writing; (b) state in particularly the basis of the objection; and (c) be filed with the Clerk of the Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website of the Bankruptcy Court) by, and all other parties-in-interest, if not otherwise filed with the Clerk of the Court electronically, via hard copy, and shall be served in accordance with the General Order and the Supplemental Commentary upon the following parties so as to be **actually received** on or before the Combined Objection Deadline:

(a) The Debtors c/o Uzzi & Lall, One Liberty Plaza, 165 Broadway 23rd Floor, New York, NY (Attn: Gerard Uzzi, guzzi@uzzillall.com);

(b) Counsel to the Debtors, Dentons US LLP 601 S. Figueroa Street, Suite 2500, Los Angeles, CA 90018 (Attn: Tania M. Moyron, tania.moyron@dentons.com, and Van C. Durrer II, van.durrer@dentons.com);

(c) Counsel to the Debtors, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, NY 10119 (Attn: Frank A. Oswald, frankoswald@teamtogut.com);

(d) Counsel for the Official Committee of Unsecured Creditors, Brown Rudnick LLP Seven Times Square, New York, NY 10036 (Attn: Robert J. Stark, rstark@brownrudnick.com, Kenneth Aulet, kaulet@brownrudnick.com, and Bennett S. Silverberg, bsilverberg@brownrudnick.com);

(e) Counsel for the Official Committee of Unsecured Creditors, Genova Burns LLC, 110 Allen Road, Suite 304, Basking Ridge, NJ 07920 (Attn: Daniel M. Stolz, dstolz@genovaburns.com); and

(f) The Office of the United States Trustee, One Newark Center, 1085 Raymond Boulevard, Suite 2100, Newark, NJ 07102 (Attn: Jeffrey M. Sponder, jeffrey.m.sponder@usdoj.gov).

**ONLY THOSE RESPONSES OR OBJECTIONS THAT ARE TIMELY FILED AND RECEIVED WILL BE CONSIDERED BY THE BANKRUPTCY COURT. RESPONSES OR OBJECTIONS NOT TIMELY FILED AND SERVED IN THE MANNER SET FORTH ABOVE WILL NOT BE CONSIDERED AND WILL BE DEEMED OVERRULED.**

### ADDITIONAL INFORMATION

**Obtaining Solicitation Materials.** If you should have any questions about the Solicitation Package or if you would like to obtain paper copies or additional copies of the solicitation materials, please contact the Debtors' Voting Agent by: (a) visiting the Debtors' case website at: https://www.veritaglobal.net/powin (where you can obtain electronic copies of all documents filed with the Bankruptcy Court for free); (b) writing to the Voting Agent at Powin Ballot Processing c/o KCC d/b/a Verita Global, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245; (c) calling the Voting Agent at (866) 507-8031 (U.S./Canada) or (781) 575-2122 (International); (d) emailing powininfo@veritaglobal.com with "In re Powin, LLC – Solicitation Inquiry" in the subject line); or (e) submitting an inquiry to the Voting Agent at: https://www.veritaglobal.net/powin/inquiry. You may also obtain copies of any pleadings filed with the Court by visiting the Bankruptcy Court's website at https://njb.uscourts.gov/ (in accordance with the procedures and fees set forth therein). Please be advised that the Voting Agent is authorized to answer questions about, and provide additional copies of, solicitation materials, but may **not** advise you as to whether you should vote to accept or reject the Plan, and will not provide you with any legal or financial advice in connection with the Plan.

**Filing the Plan Supplement.** The Plan Proponents will file the Plan Supplement (as defined in the Plan) no later than **November 7, 2025** and will serve notice on all Holders of Claims entitled to vote on the Plan, which will: (a) inform parties that the Debtors filed the Plan Supplement; (b) list the information contained in the Plan Supplement; and (c) include a copy of the Plan Supplement.

### BINDING NATURE OF THE PLAN

**IF CONFIRMED, THE PLAN SHALL BIND ALL HOLDERS OF CLAIMS AND INTERESTS TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, WHETHER OR NOT SUCH HOLDER RECEIVES OR RETAINS ANY PROPERTY OR INTEREST IN PROPERTY UNDER THE PLAN, HAS FILED A PROOF OF CLAIM IN THESE CHAPTER 11 CASES, FAILED TO VOTE TO ACCEPT OR REJECT THE PLAN, VOTED TO REJECT THE PLAN, OR IS NOT ENTITLED TO VOTE ON THE PLAN.**

Dated: 10/21/2025

**DENTONS US LLP**
601 S. Figueroa Street, Suite 2500
Los Angeles, CA 90017
Tel: (213) 623-9300
Fax: (213) 623-9924
Tania M. Moyron (admitted pro hac vice)
Van C. Durrer, II (admitted pro hac vice)
Email: tania.moyron@dentons.com
van.durrer@dentons.com

**TOGUT, SEGAL & SEGAL LLP**
One Penn Plaza, Suite 3335
New York, NY 10119
Tel: (212) 594-5000
Fax: (212) 967-4258
Albert Togut (admitted pro hac vice)
Frank A. Oswald (admitted)
Email: altogut@teamtogut.com
frankoswald@teamtogut.com

Counsel for Debtors and Debtors in Possession

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: (i) Powin Project LLC (1583); (ii) Powin, LLC (0504); (iii) PEOS Holding, LLC (5476); (iv) Powin China Holdings 1, LLC (1422); (v) Powin China Holdings 2, LLC (9713); (vi) Charger Holdings, LLC (5241); (vii) Powin Energy Ontario Storage, LLC (2029); (viii) Powin Energy Operating Holdings, LLC (4208); (ix) Powin Energy Canada B.C. Ltd. (2129); (x) Powin Energy Storage Solutions Il LP (5787); and (xi) Powin Canada CA LLC (4266). The address of the Debtors' headquarters is 20 Mill Plain Road, Danbury, CT 06811. The list of the Debtors' current intent is to formally change its name to D-B&S Resources, LLC. The Debtors intend to file a motion seeking to formally change the name in these proceedings to reflect such name change.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Combined Plan and Disclosure Statement.

---

## PLACE YOUR AD HERE!
### USA TODAY's Marketplace
To advertise, call: **800-397-0070**