| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| **LOWENSTEIN SANDLER LLP**<br>Jeffrey D. Prol, Esq.<br>Benjamin A. Schoenkin, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br>E-mail: jprol@lowenstein.com<br>E-mail: bschoenkin@lowenstein.com<br><br>*Counsel to Matrix Networks* |

| | |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 25-16137 (MBK)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Lowenstein Sandler LLP hereby appears as counsel for Matrix Networks, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Matrix Networks, by and through its undersigned counsel, hereby requests, pursuant to all applicable Bankruptcy Rules (including but not limited to Bankruptcy Rules 2002, 3017, 9007, and 9010) and the applicable Local Rules, that all notices given or

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

required to be given in the above-captioned chapter 11 cases (including any adversary proceedings associated therewith), and all papers served or required to be served therein, be given to and served upon the following:

**LOWENSTEIN SANDLER LLP**
Jeffrey D. Prol, Esq.
Benjamin A. Schoenkin, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-mail: jprol@lowenstein.com
E-mail: bschoenkin@lowenstein.com

*Counsel to Matrix Networks*

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, or request, whether mailed or filed, in the cases and proceedings referenced herein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading or claim, shall waive any rights to (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; or (4) have the District Court withdraw that reference in any matter subject to mandatory or discretionary withdrawal; or any other rights, claims, actions, setoffs, or recoupments to which Matrix Networks is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

-3-

Dated: November 5, 2025

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

By: /s/ *Jeffrey D. Prol*
Jeffrey D. Prol, Esq.
Benjamin A. Schoenkin, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
E-mail: jprol@lowenstein.com
E-mail: bschoenkin@lowenstein.com

*Counsel to Matrix Networks*