| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>John W. Weiss<br>Leah M. Eisenberg<br>David E. Sklar<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>21 Main Street, Suite 200<br>Hackensack, New Jersey 07601<br>Telephone: (201) 270-5477<br>Email: jweiss@pashmanstein.com<br>         leisenberg@pashmanstein.com<br>         dsklar@pashmanstein.com<br><br>-and-<br><br>Michelle M. McGreal (*pro hac vice* pending)<br>**CLIFFORD CHANCE US LLP**<br>Two Manhattan West<br>375 9th Avenue<br>New York, New York 10001<br>Telephone: (212) 878-8378<br>Email:  michelle.mcgreal@cliffordchance.com<br><br>*Counsel for Mitsubishi Power Americas, Inc. and Prevalon Energy LLC* | |
| In Re:<br><br>POWIN, LLC, *et al*.,[1]<br><br>          Debtors. | Chapter 11<br><br>Case Number: 25-16137 (MBK)<br><br>Jointly Administered |

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

**APPLICATION FOR PRO HAC VICE ADMISSION OF MICHELLE M. MCGREAL**

Leah M. Eisenberg, a member in good standing of the bars of New Jersey and New York (the "Movant"), pursuant to L. Civ. Rule 101.1(c) and D.N.J. LBR 9010-1, respectfully moves this Court, on behalf of attorney Michelle M. McGreal, for an order granting permission for Ms. McGreal to appear pro hac vice on behalf of Mitsubishi Power Americas, Inc. and Prevalon Energy LLC (the "Parties") in the above-captioned Chapter 11 Cases (the "Chapter 11 Cases") and in any related adversary proceeding(s) filed or to be filed in the Chapter 11 Cases. In support of this request, Movant represents as follows:

1. I am a partner of the law firm of Pashman Stein Walder Hayden, P.C., which maintains an office at 21 Main Street, Suite 200, Hackensack, New Jersey 07601. I am admitted to practice in the state of New Jersey and before the United States District Court for the District of New Jersey, and I am familiar with the Local Rules of practice of this Court. There are no disciplinary proceedings which are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

2. As set forth in the certification of Michelle M. McGreal annexed hereto, Ms. McGreal is a partner in the banking and finance practice at the law firm of Clifford Chance US LLP. Upon information and belief, Ms. McGreal is a member in good standing of the bar of the State of New York (admitted in 2008). Further, Ms. McGreal is a member in good standing and is admitted to practice before the United States District Court for the Southern District of New York (admitted in 2011). No disciplinary proceedings are pending against her nor has any discipline been imposed on her in any jurisdiction.

3. If admitted *pro hac vice*, Ms. McGreal has represented that she will adhere to the disciplinary jurisdiction of this Court.

4. I have appeared as counsel of record for the Parties in the Chapter 11 Cases and shall serve as counsel upon whom all notices, orders, and pleadings shall be served.

**WHEREFORE**, Movant respectfully requests entry of the Order submitted herewith granting admission *pro hac vice* of Michelle M. McGreal to represent the Parties in connection with the Chapter 11 Cases and any related adversary proceedings.

Dated: November 5, 2025
Hackensack, NJ

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Leah M. Eisenberg*
John W. Weiss
Leah M. Eisenberg
David E. Sklar
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Telephone: (201) 270-5477
Email: jweiss@pashmanstein.com
    leisenberg@pashmanstein.com
    dsklar@pashmanstein.com

*Counsel for Mitsubishi Power Americas, Inc. and Prevalon Energy LLC*