| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> John W. Weiss <br> Leah M. Eisenberg <br> David E. Sklar <br> **PASHMAN STEIN WALDER HAYDEN, P.C.** <br> 21 Main Street, Suite 200 <br> Hackensack, New Jersey 07601 <br> Telephone: (201) 270-5477 <br> Email: jweiss@pashmanstein.com <br>         leisenberg@pashmanstein.com <br>         dsklar@pashmanstein.com <br><br> -and- <br><br> Michelle M. McGreal (*pro hac vice* pending) <br> **CLIFFORD CHANCE US LLP** <br> Two Manhattan West <br> 375 9th Avenue <br> New York, New York 10001 <br> Telephone: (212) 878-8378 <br> Email: michelle.mcgreal@cliffordchance.com <br><br> *Counsel for Mitsubishi Power Americas, Inc. and Prevalon Energy LLC* | |
| In Re: <br><br> POWIN, LLC, *et al.*,[1] <br><br>         Debtors. | Chapter 11 <br><br> Case Number: 25-16137 (MBK) <br><br> Jointly Administered |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

## CERTIFICATION OF MICHELLE M. MCGREAL IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

I, Michelle M. McGreal, pursuant to 28 U.S.C. § 1746, hereby certify:

1. I am an attorney with the law firm of Clifford Chance US LLP, which maintains an office at Two Manhattan West, 375 9th Avenue New York, New York 10001.

2. I am, and have always been, a member in good standing of the bar of the State of New York (admitted in 2008). I am a member in good standing in, and am admitted to practice before the United States District Court for the Southern District of New York (admitted in 2011). No disciplinary proceedings are pending against me in any jurisdiction and no discipline has been imposed on me in any jurisdiction.

3. Upon being admitted to appear and participate in this case *pro hac vice*, I shall promptly cause payment to be made to the Clerk of Court in the amount of $250.00 pursuant to Rule 101.1(c)(3) of the Local Civil Rules of the United States District Court for the District of New Jersey.

4. Leah M. Eisenberg, a partner of the law firm of Pashman Stein Walder Hayden, P.C, has appeared as counsel of record for Counsel for Mitsubishi Power Americas, Inc. and Prevalon Energy LLC (the "Parties") in the above-captioned Chapter 11 Cases and shall be counsel upon whom all notices, orders, and pleadings shall be served.

5. I am in possession of and have reviewed a copy of the Local Bankruptcy Rules of this Court.

6. I understand and agree that, if admitted *pro hac vice*, I will be bound by the rules of this Court, including all applicable disciplinary rules, and that I will notify this Court immediately of any matter affecting my good standing before the bar of any jurisdiction.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 5, 2025     <u>*/s/ Michelle M. McGreal*</u>
                                                                                   Michelle M. McGreal