| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> John W. Weiss <br> Leah M. Eisenberg <br> David E. Sklar <br> **PASHMAN STEIN WALDER HAYDEN, P.C.** <br> 21 Main Street, Suite 200 <br> Hackensack, New Jersey 07601 <br> Telephone: (201) 270-5477 <br> Email: jweiss@pashmanstein.com <br>          leisenberg@pashmanstein.com <br>          dsklar@pashmanstein.com <br><br> -and- <br><br> Michelle M. McGreal (*pro hac vice* pending) <br> **CLIFFORD CHANCE US LLP** <br> Two Manhattan West <br> 375 9th Avenue <br> New York, New York 10001 <br> Telephone: (212) 878-8378 <br> Email: michelle.mcgreal@cliffordchance.com <br><br> *Counsel for Mitsubishi Power Americas, Inc. and Prevalon Energy LLC* | |
| In Re: <br><br> POWIN, LLC, *et al*.,[1] <br><br>      Debtors. | Chapter 11 <br><br> Case Number: 25-16137 (MBK) <br><br> Jointly Administered <br><br> **Re: D.I. 956** |

**JOINDER AND RESERVATION OF RIGHTS OF MITSUBISHI POWER AMERICAS, INC. AND PREVALON ENERGY LLC TO MOTION OF AD HOC CUSTOMER GROUP FOR ENTRY OF AN ORDER (I) COMPELLING THE DEBTORS TO ASSIGN OEM WARRANTIES AND GUARANTIES AND (II) GRANTING RELATED RELIEF**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

Mitsubishi Power Americas, Inc. (formerly known as Mitsubishi Hitachi Power Systems Americas, Inc., "MPA") and Prevalon Energy LLC ("Prevalon", and together with MPA, the "Mitsubishi Customers"), by and through their undersigned counsel, hereby join in, adopt and incorporate as if fully set forth herein the *Motion of Ad Hoc Customer Group for Entry of an Order (I) Compelling the Debtors to Assign OEM Warranties and Guaranties and (II) Granting Related Relief* of all the legal arguments set forth in the [Dkt. No. 956] (the "Motion")[2] and all other applicable joinders, and in support thereof, respectfully submit as follows:

1. The Mitsubishi Customers were customers of the pre-petition Debtors for the construction, installation and supply of utility scale power storage products and equipment and for the provision of critical infrastructure maintenance and support services.[3] The Mitsubishi Customers and Debtor Powin, LLC were party to certain executory contracts with respect thereto, which included certain warranty obligations. The Debtors rejected such contracts as of the Petition Date.

2. The Mitsubishi Customers join in the Ad Hoc Customer Group's request to compel the Debtors to assign the OEM Warranties to the Mitsubishi Customers.

3. The Mitsubishi Customers reserve all other rights and remedies, including to supplement this Joinder and make such other and further objections as they deem necessary or appropriate.

WHEREFORE, the Mitsubishi Customers respectfully request that this Court (a) grant the Mitsubishi Customers the relief consistent with this joinder to the Ad Hoc Customer Group's

---

[2] Capitalized terms used but not defined herein shall have the meaning given to them in the Motion.

[3] On August 25, 2023, MPA formed Prevalon, as a standalone company, and subsequently assigned and/or subcontracted its rights under its equipment supply service contracts and long-term infrastructure support services contracts with the Debtors to Prevalon.

Motion and (b) grant such other and further relief as may be just and proper.

Dated: November 5, 2025  **PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Leah M. Eisenberg*
John W. Weiss
Leah M. Eisenberg
David E. Sklar
**PASHMAN STEIN WALDER HAYDEN, P.C.**
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Telephone: (201) 270-5477
Email: jweiss@pashmanstein.com
      leisenberg@pashmanstein.com
      dsklar@pashmanstein.com

-and-

Michelle M. McGreal (*pro hac vice* pending)
**CLIFFORD CHANCE US LLP**
Two Manhattan West
375 9th Avenue
New York, New York 10001
Telephone: (212) 878-8378
Email:  michelle.mcgreal@cliffordchance.com

*Counsel for Mitsubishi Power Americas, Inc. and Prevalon Energy LLC*