| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>John W. Weiss<br>Leah M. Eisenberg<br>David E. Sklar<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>21 Main Street, Suite 200<br>Hackensack, New Jersey 07601<br>Telephone: (201) 270-5477<br>Email: jweiss@pashmanstein.com<br>        leisenberg@pashmanstein.com<br>        dsklar@pashmanstein.com<br><br>-and-<br><br>Michelle M. McGreal (*pro hac vice* pending)<br>**CLIFFORD CHANCE US LLP**<br>Two Manhattan West<br>375 9th Avenue<br>New York, New York 10001<br>Telephone: (212) 878-8378<br>Email:  michelle.mcgreal@cliffordchance.com<br><br>*Counsel for Mitsubishi Power Americas, Inc. and Prevalon Energy LLC* | |
| In Re:<br><br>POWIN, LLC, *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case Number: 25-16137 (MBK)<br><br>Jointly Administered |

### CERTIFICATION OF SERVICE

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

   I, David E. Sklar of Pashman Stein Walder Hayden, P.C, Counsel to Mitsubishi Power Americas, Inc. and Prevalon Energy LLC in the above reference proceeding certifies as follows:

On November 5, 2025, I caused to be served the following via CM/ECF on all parties registered to receive notice in the above captioned chapter 11 bankruptcy cases:

- Joinder and Reservation of Rights of Mitsubishi Power Americas, Inc. and Prevalon Energy LLC to Motion of Ad Hoc Customer Group for Entry of an Order (I) Compelling the Debtors to Assign OEM Warranties and Guaranties and (II) Granting Related Relief (D.I. 1022).

Dated: November 5, 2025            /s/ David E. Sklar
                            David E. Sklar