| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>John W. Weiss<br>Leah M. Eisenberg<br>David E. Sklar<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>21 Main Street, Suite 200<br>Hackensack, New Jersey 07601<br>Telephone: (201) 270-5477<br>Email: jweiss@pashmanstein.com<br>　　　　leisenberg@pashmanstein.com<br>　　　　dsklar@pashmanstein.com<br><br>-and-<br><br>Joaquin M. C de Baca (admitted *pro hac vice*)<br>Richard A. Stieglitz (admitted *pro hac vice*)<br>Youmi Kim (admitted *pro hac vice*)<br>**MAYER BROWN LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020-1001<br>Telephone: (212) 506-2500<br>Email: jcdebaca@mayerbrown.com<br>　　　　rstieglitz@mayerbrown.com<br>　　　　ykim@mayerbrown.com<br><br>*Counsel for DTE Electric Company* | |
| In Re:<br><br>POWIN, LLC, *et al.*,[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Case Number: 25-16137 (MBK)<br><br>Jointly Administered |

**JOINDER OF DTE ELECTRIC COMPANY TO MOTION OF AD HOC CUSTOMER GROUP FOR ENTRY OF AN ORDER (I) COMPELLING THE DEBTORS TO ASSIGN OEM WARRANTIES AND GUARANTIES AND (II) GRANTING RELATED RELIEF**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

DTE Electric Company ("DTE"), by and through its undersigned counsel, hereby submits this joinder (this "Joinder") to the *Motion of Ad Hoc Customer Group for Entry of an Order (I) Compelling the Debtors to Assign OEM Warranties and Guarantees and (II) Granting Related Relief* [Dkt. No. 956] (the "Motion") and in support thereof, respectfully states as follows:

1. DTE is the owner and operator of a stand-alone battery project in Michigan, commonly referred to as the Slocum project, which relies on large-scale battery energy storage systems supplied and supported by one of the Debtors, Powin, LLC ("Powin").

2. Prior to the Petition Date, DTE and Powin entered into an energy supply agreement (the "ESA") and a long-term services agreement (together with the ESA, the "Contracts").[2] The Contracts were rejected pursuant to the *Order Granting the Debtors' Motion to Reject* [Dkt. No. 843].

3. Consistent with the provisions identified in the Motion, DTE's Contracts with Powin likewise provide for the assignment of OEM Warranties (as defined in the ESA) in favor of DTE following expiration of the contractual warranty period or termination of the ESA.

4. Accordingly, DTE joins in the Motion and respectfully requests that the Debtors be compelled to assign the OEM Warranties to DTE to the extent permitted by their terms, for the same reasons and on the same legal bases set forth in the Motion.

5. DTE expressly reserves all rights, claims, defenses, and remedies, including, without limitation, all rights to amend, modify, or supplement this Joinder, make additional arguments at any hearing on the Motion or otherwise be heard with respect to the relief requested in the Motion, any related proposed or entered order, and any modification thereof, and seek additional or alternative relief.

---

[2] Copies of the Contracts are not attached to this Joinder as they are voluminous in nature and already in possession of the Debtors and provided to the Court.

WHEREFORE, DTE respectfully requests that this Court (a) grant DTE the relief consistent with this Joinder to the Motion and (b) grant such other and further relief as may be just and proper.

Dated: November 5, 2025

Respectfully submitted,

*/s/ Leah M. Eisenberg*
John W. Weiss
Leah M. Eisenberg
David E. Sklar
**PASHMAN STEIN WALDER HAYDEN, P.C.**
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Telephone: (201) 270-5477
Email: jweiss@pashmanstein.com
leisenberg@pashmanstein.com
dsklar@pashmanstein.com

-and-

Joaquin M. C de Baca (admitted *pro hac vice*)
Richard A. Stieglitz (admitted *pro hac vice*)
Youmi Kim (admitted *pro hac vice*)
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
Email: JCdeBaca@mayerbrown.com
RStieglitz@mayerbrown.com
YKim@mayerbrown.com

*Counsel for DTE Electric Company*