| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>John W. Weiss<br>Leah M. Eisenberg<br>David E. Sklar<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>21 Main Street, Suite 200<br>Hackensack, New Jersey 07601<br>Telephone: (201) 270-5477<br>Email: jweiss@pashmanstein.com<br>　　　　leisenberg@pashmanstein.com<br>　　　　dsklar@pashmanstein.com<br><br>-and-<br><br>Joaquin M. C de Baca (admitted *pro hac vice*)<br>Richard A. Stieglitz (admitted *pro hac vice*)<br>Youmi Kim (admitted *pro hac vice*)<br>**MAYER BROWN LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020-1001<br>Telephone: (212) 506-2500<br>Email: jcdebaca@mayerbrown.com<br>　　　　rstieglitz@mayerbrown.com<br>　　　　ykim@mayerbrown.com<br><br>*Counsel for Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC* | |
| In re:<br><br>POWIN, LLC, *et al.*,[1]<br><br>　　　Debtors. | Chapter 11<br><br>Case Number: 25-16137 (MBK)<br><br>Jointly Administered |

### JOINDER OF THE LEEWARD PARTIES TO MOTION OF AD HOC CUSTOMER GROUP FOR ENTRY OF AN ORDER (I) COMPELLING THE DEBTORS TO ASSIGN OEM WARRANTIES AND GUARANTIES AND (II) GRANTING RELATED RELIEF

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

Leeward Renewable Energy, LLC ("Leeward"), on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC (formerly, AVEP BESS LLC) (collectively, the "Leeward Parties"), by and through its undersigned counsel, hereby submits this joinder (this "Joinder") to the *Motion of Ad Hoc Customer Group for Entry of an Order (I) Compelling the Debtors to Assign OEM Warranties and Guaranties and (II) Granting Related Relief* [Dkt. No. 956] (the "Motion") and in support thereof, respectfully states as follows:

1. The Leeward Parties are the owners and operators of renewable energy projects located in Kern County, California, each of which relies on large-scale battery energy storage systems supplied and supported by one of the Debtors, Powin, LLC ("Powin").

2. Prior to the Petition Date, each of the Leeward Parties and Debtor Powin, LLC ("Powin") entered into an energy supply agreement (collectively, the "ESAs") and a long-term services agreement (together with the ESAs, the "Contracts").[2] The Contracts were rejected pursuant to the *Order Granting the Debtors' Motion to Reject* [Dkt. No. 843].

3. Consistent with the provisions identified in the Motion, the Contracts likewise provide for the assignment of OEM Warranties (as defined in the ESAs) in favor of the Leeward Parties following expiration of the contractual warranty period or termination of the ESAs.

4. Accordingly, the Leeward Parties join in the Motion and respectfully request that the Debtors be compelled to assign the OEM Warranties to the Leeward Parties to the extent permitted by their terms, for the same reasons and on the same legal bases set forth in the Motion.

5. The Leeward Parties expressly reserve all rights, claims, defenses, and remedies, including, without limitation, all rights to amend, modify, or supplement this Joinder, make additional arguments at any hearing on the Motion or otherwise be heard with respect to the relief

---

[2] Copies of the Contracts are not attached to this Joinder as they are voluminous in nature and already in possession of the Debtors and provided to the Court.

requested in the Motion, any related proposed or entered order, and any modification thereof, and seek additional or alternative relief.

WHEREFORE, the Leeward Parties respectfully request that this Court (a) grant the Leeward Parties the relief consistent with this Joinder to the Motion and (b) grant such other and further relief as may be just and proper.

Dated: November 5, 2025

Respectfully submitted,

/s/ Leah M. Eisenberg
John W. Weiss
Leah M. Eisenberg
David E. Sklar
**PASHMAN STEIN WALDER HAYDEN, P.C.**
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Telephone: (201) 270-5477
Email: jweiss@pashmanstein.com
      leisenberg@pashmanstein.com
      dsklar@pashmanstein.com

-and-

Joaquin M. C de Baca (admitted *pro hac vice*)
Richard A. Stieglitz (admitted *pro hac vice*)
Youmi Kim (admitted *pro hac vice*)
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
Email: JCdeBaca@mayerbrown.com
      RStieglitz@mayerbrown.com
      YKim@mayerbrown.com

*Counsel for Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC*