**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Lorraine McGowen, Esq. (admitted *pro hac vice*)
Michael Trentin, Esq.
Jenna MacDonald Busche, Esq. (admitted *pro hac vice*)
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Email: lmcgowen@orrick.com
         mtrentin@orrick.com
         jmacdonaldbusche@orrick.com

*Counsel to EDF power solutions, Inc. (f/k/a EDF Renewables, Inc.)*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| POWIN, LLC, *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

**JOINDER OF EDF POWER SOLUTIONS, INC. TO
MOTION OF AD HOC CUSTOMER GROUP FOR
ENTRY OF AN ORDER (I) COMPELLING THE DEBTORS TO ASSIGN OEM
WARRANTIES AND GUARATNIES AND (II) GRANTING RELATED RELIEF**

EDF power solutions, Inc. (f/k/a EDF Renewables, Inc.) ("EDF"), by and through its undersigned counsel, hereby files this joinder (the "Joinder") to the *Motion of Ad Hoc Customer Group for Entry of an Order (I) Compelling the Debtors to Assign OEM Warranties and*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

1

*Guaranties and (II) Granting Related Relief* [Docket No. 956] (the "Motion to Compel")[2] filed by the Ad Hoc Customer Group. In support of this Joinder, EDF respectfully states as follows:

1. On October 20, 2025, the Ad Hoc Customer Group filed the Motion to Compel. The hearing on the Motion to Compel is scheduled for November 25, 2025.

2. EDF, by and through certain subsidiaries (together with their affiliates and related entities, the "Customers" and each, a "Customer"), develops, owns, and operates certain utility-scale battery energy storage projects located throughout the United States (the "Projects").[3]

3. The Customers entered into various executory contracts with Powin (the "Contracts") to install, maintain, and service the lithium ion battery energy storage systems ("BESS") at the Projects. The Contracts included, among others, certain Battery Energy Storage System Supply and Services Agreements (collectively, the "ESAs") pursuant to which Powin agreed to provide and install the BESS. The Contracts were rejected, effective as of August 6, 2025, pursuant to the Rejection Order. [Docket No. 843].

4. In connection with the installation of the BESS at the Projects, certain third-party manufacturers of component parts of the BESS provided original equipment manufacturer warranties (the "OEM Warranties"). Powin was party to the OEM Warranties and, pursuant to certain of the Contracts, agreed to assign the OEM Warranties, to the extent permissible, to the applicable Customer upon the expiration of the warranty period and termination of the Contract.[4]

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion to Compel.

[3] The Projects include: (i) Arrow Canyon Solar, Clark County, Nevada ("Arrow Canyon"); (ii) BigBeau Solar, Kern County, California; (iii) Desert Quartzite, Riverside County, California ("Desert Quartzite"); and (iv) Maverick Solar 6, Riverside County, California.

[4] For example, the ESA for Arrow Canyon provides: "Upon any termination of this Agreement and upon expiration of the Warranty Period, Buyer shall have the right, at its option, to require Supplier to assign to Buyer the then effective warranties from Subcontractor. If Buyer elects to assume any subcontract as described in this Section 11.7, then Supplier shall, to the extent permissible, execute all assignments or other documents and take all other

5. EDF first requested that Powin assign the OEM Warranties to the Customers, to the extent they are assignable, on July 8, 2025, in its Limited Objection and Reservation of Rights [Docket No. 295] to the Debtors' Rejection Motion and has been attempting to obtain information on and assignment of the OEM Warranties ever since. As the Ad Hoc Customer Group explains in the Motion to Compel, the OEM Warranties are no longer of any value to the Debtors. Despite EDF's good faith efforts to reach a resolution with the Debtors, the Debtors have engaged minimally with EDF on assignment of the warranties and have requested that the Customers pay additional amounts to obtain assignment despite the Customers having already paid for the benefit of the OEM Warranties under the Contracts.

6. For the foregoing reasons, EDF respectfully joins in the Motion to Compel and requests that the Court grant the relief requested therein.

## **RESERVATION OF RIGHTS**

7. EDF expressly reserves all rights under the Contracts and applicable law, including, without limitation, the right to supplement and/or amend this Joinder and assert any further arguments related to assignment of the OEM Warranties.

*[Remainder of Page Intentionally Left Blank]*

---

reasonable steps requested by Buyer which may be required to vest in Buyer all rights, benefits and titles necessary to affect such assumption by Buyer." Arrow Canyon ESA § 11.7.

|  |  |
|---|---|
| Dated: New York, NY<br>November 6, 2025 | **ORRICK, HERRINGTON & SUTCLIFFE LLP**<br><br>*/s/ Michael Trentin*<br>Michael Trentin, Esq.<br>Lorraine McGowen, Esq. (admitted *pro hac vice*)<br>Jenna MacDonald Busche, Esq. (admitted *pro hac vice*)<br>51 West 52nd Street<br>New York, New York 10019-6142<br>Telephone: (212) 506-5000<br>Facsimile: (212) 506-5151<br>Email:   mtrentin@orrick.com<br>            lmcgowen@orrick.com<br>            jmacdonaldbusche@orrick.com<br><br>*Counsel to EDF power solutions, Inc. (f/k/a EDF Renewables, Inc.)* |