**DENTONS US LLP**

Lauren Macsoud (admitted)
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912-7100
Facsimile: (973) 912-7199
Email: lauren.macsoud@dentons.com

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
           van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
           sarah.schrag@dentons.com

*Counsel for Debtors and*
*Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  altogut@teamtogut.com
           eblander@teamtogut.com

*Counsel for Debtors and*
*Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PE-OS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [15241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110].  The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

## NOTICE OF FILING AMENDED ORDER AUTHORIZING (I) ABANDONMENT OR SALE OF REMAINING INVENTORY AND (II) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that, on October 4, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' Motion for Entry of an Order Authorizing (I) Abandonment or Sale of Remaining Inventory and (II) Granting Related Relief* [Docket No. 909] (the "Abandonment and Sale Motion").

**PLEASE TAKE FURTHER NOTICE** that, on October 24, 2025, the Court granted the Abandonment and Sale Motion and entered an *Order Authorizing (I) Abandonment or Sale of Remaining Inventory and (II) Granting Related Relief* [Docket No. 986] (the "Abandonment and Sale Order").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have amended the Abandonment and Sale Order to clarify that the Debtors will provide advance notice prior to the abandonment or sale of Miscellaneous Inventory (as defined in the Abandonment and Sale Motion). A true and correct copy of (i) the amended Abandonment and Sale Order is attached hereto as **Exhibit A**, and (ii) a redline reflecting changes made to the Abandonment and Sale Order is attached hereto as **Exhibit B**.

2

Dated: November 6, 2025

**DENTONS US LLP**

*/s/ Lauren Macksoud*
Lauren Macksoud (admitted)
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912-7100
Facsimile: (973) 912-7199
Email:  lauren.macksoud@dentons.com

Tania M. Moyron (*pro hac vice*)
Van C. Durrer, II (*pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
         van.durrer@dentons.com

John D. Beck (*pro hac vice*)
Sarah M. Schrag (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
         sarah.schrag@dentons.com

- and -

**TOGUT, SEGAL & SEGAL**
Frank A. Oswald (admitted)
550 Broad Street, Suite 1508
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  frankoswald@teamtogut.com

Albert Togut (*pro hac vice*)
Eitan Blander (*pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  altogut@teamtogut.com
         eblander@teamtogut.com

*Counsel for Debtors and
Debtors in Possession*

3

**<u>EXHIBIT A</u>**

**(Amended Order)**

1

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

**AMENDED ORDER AUTHORIZING (I) ABANDONMENT OR SALE OF REMAINING INVENTORY AND (II) GRANTING RELATED RELIEF**

The relief set forth on the following pages numbered three [3] through four [4] is **ORDERED**.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [15241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

(Page 2)

| | |
|---|---|
| Debtors: | Powin, LLC, *et al* |
| Case No. | 25-16137 (MBK) |
| Caption of Order: | Amended Order Granting Motion of the Debtors for Entry of an Order Authorizing (I) Abandonment or Sale of Remaining Inventory and (II) Granting Other Relief |

Upon consideration of the Motion[1] of the above captioned debtors and debtors in possession (the "Debtors") in the above-captioned case (the "Case") for entry of an order (this "Order"), pursuant to §§ 554(a) and 363 of title 11 of the United States Code, §§ 101 *et seq.* (the "Bankruptcy Code"),[2] for entry of an order authorizing (a) the abandonment of the Miscellaneous Inventory; (b) the sale of the Miscellaneous Inventory for cash or other consideration, where reasonably practicable, each effective as of the date of this Motion; and (c) granting the Debtors such other and further relief as is just; and upon the record in this Case; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being core under 28 U.S.C. § 157(b); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, its creditors, and other parties in interest; and this Court having reviewed the Motion; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and this Court having found that the Debtors' notice of the Motion and opportunity for hearing on the Motion were appropriate under the circumstances and that no other notice be provided; and this Court having determined that the legal and factual bases set forth in the Motion and at the hearing thereon establish just cause for the relief granted herein; and upon all of the proceedings before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

[2] All references to "§" or "section" herein are to sections of the Bankruptcy Code.

(Page 3)
Debtors:              Powin, LLC, *et al*
Case No.              25-16137 (MBK)
Caption of Order:     Amended Order Granting Motion of the Debtors for Entry of an Order
                      Authorizing (I) Abandonment or Sale of Remaining Inventory and (II)
                      Granting Other Relief

1.      The Motion is GRANTED as set forth herein.

2.      Pursuant to § 554(a), the Debtors' are authorized, but not directed, in consultation with the Committee, to abandon Miscellaneous Inventory.

3.      Pursuant to § 363, the Debtors are authorized, but not directed, to accept cash or other consideration in connection with the consensual transfer of Miscellaneous Inventory.

4.      If the Debtors negotiate a sale of Miscellaneous Inventory, the Debtors are required to consult with the Committee and provide notice to any party with an interest in the Miscellaneous Inventory and the U.S. Trustee prior to accepting any offer of cash or other consideration for the Miscellaneous Inventory. The Debtors are further required to solicit at least one alternative transaction for the Miscellaneous Inventory prior to accepting any cash or other consideration for the Miscellaneous Inventory. If the Debtors abandon Miscellaneous Inventory, the Debtors are required to consult with the Committee and provide notice to any party with an interest in the Miscellaneous Inventory and the U.S. Trustee prior to the effective date of such abandonment.

5.      Any purchaser of the Miscellaneous Inventory or party with an interest in the Miscellaneous Inventory may rely on the Debtors' certification that it has complied with the requirements of this Order in connection with the disposal of Miscellaneous Inventory.

6.      The notice requirements in Bankruptcy Rule 2002 are hereby waived for any sale of the Miscellaneous Inventory, in light of the requirements contained in paragraph four (4) of this Order

7.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

(Page 4)

Debtors:                    Powin, LLC, *et al*

Case No.                    25-16137 (MBK)

Caption of Order:           Amended Order Granting Motion of the Debtors for Entry of an Order
                            Authorizing (I) Abandonment or Sale of Remaining Inventory and (II)
                            Granting Other Relief

8.      The Debtors are authorized to take all steps necessary or appropriate to carry out

the relief granted in this Order.

9.      This Court retains jurisdiction to hear and determine all matters arising from or

related to the implementation, interpretation, or enforcement of this Order.

## <u>EXHIBIT B</u>

**(Redline of Amended Order)**

US_ACTIVE\131572066\V-1

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

**AMENDED ORDER AUTHORIZING (I) ABANDONMENT OR SALE OF REMAINING INVENTORY AND (II) GRANTING RELATED RELIEF**

The relief set forth on the following pages numbered three [3] through four [4] is **ORDERED**.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [15241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

(Page 2)

| | |
|---|---|
| Debtors: | Powin, LLC, *et al* |
| Case No. | 25-16137 (MBK) |
| Caption of Order: | <u>Amended</u> Order Granting Motion of the Debtors for Entry of an Order Authorizing (I) Abandonment or Sale of Remaining Inventory and (II) Granting Other Relief |

Upon consideration of the Motion[1] of the above captioned debtors and debtors in possession (the "<u>Debtors</u>") in the above-captioned case (the "<u>Case</u>") for entry of an order (this "<u>Order</u>"), pursuant to §§ 554(a) and 363 of title 11 of the United States Code, §§ 101 *et seq.* (the "<u>Bankruptcy Code</u>"),[2] for entry of an order authorizing (a) the abandonment of the Miscellaneous Inventory; (b) the sale of the Miscellaneous Inventory for cash or other consideration, where reasonably practicable, each effective as of the date of this Motion; and (c) granting the Debtors such other and further relief as is just; and upon the record in this Case; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being core under 28 U.S.C. § 157(b); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, its creditors, and other parties in interest; and this Court having reviewed the Motion; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and this Court having found that the Debtors' notice of the Motion and opportunity for hearing on the Motion were appropriate under the circumstances and that no other notice be provided; and this Court having determined that the legal and factual bases set forth in the Motion and at the hearing thereon establish just cause for the relief granted

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

[2] All references to "§" or "section" herein are to sections of the Bankruptcy Code.

(Page 3)

| | |
|---|---|
| Debtors: | Powin, LLC, *et al* |
| Case No. | 25-16137 (MBK) |
| Caption of Order: | Amended Order Granting Motion of the Debtors for Entry of an Order Authorizing (I) Abandonment or Sale of Remaining Inventory and (II) Granting Other Relief |

herein; and upon all of the proceedings before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      Pursuant to § 554(a), the Debtors' are authorized, but not directed, in consultation with the Committee, to abandon Miscellaneous Inventory.

3.      Pursuant to § 363, the Debtors are authorized, but not directed, to accept cash or other consideration in connection with the consensual transfer of Miscellaneous Inventory.

4.      If the Debtors negotiate a sale of Miscellaneous Inventory, the Debtors are required to consult with the Committee and provide notice to any party with an interest in the Miscellaneous Inventory and the U.S. Trustee prior to accepting any offer of cash or other consideration for the Miscellaneous Inventory. The Debtors are further required to solicit at least one alternative transaction for the Miscellaneous Inventory prior to accepting any cash or other consideration for the Miscellaneous Inventory. If the Debtors abandon Miscellaneous Inventory, the Debtors are required to consult with the Committee and provide notice to any party with an interest in the Miscellaneous Inventory and the U.S. Trustee prior to the effective date of such abandonment.

5.      Any purchaser of the Miscellaneous Inventory or party with an interest in the Miscellaneous Inventory may rely on the Debtors' certification that it has complied with the requirements of this Order in connection with the disposal of Miscellaneous Inventory.

(Page 4)

| | |
|---|---|
| Debtors: | Powin, LLC, *et al* |
| Case No. | 25-16137 (MBK) |
| Caption of Order: | <u>Amended</u> Order Granting Motion of the Debtors for Entry of an Order Authorizing (I) Abandonment or Sale of Remaining Inventory and (II) Granting Other Relief |

6.      The notice requirements in Bankruptcy Rule 2002 are hereby waived for any sale of the Miscellaneous Inventory, in light of the requirements contained in paragraph four (4) of this Order

7.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8.      The Debtors are authorized to take all steps necessary or appropriate to carry out the relief granted in this Order.

9.      This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

| Summary report: Litera Compare for Word 11.4.0.111 Document comparison done on 10/31/2025 9:41:37 AM | |
|---|---|
| **Style name:** Underline Strikethrough | |
| **Intelligent Table Comparison:** Active | |
| **Original DMS:** iw://worksite.us.dentons.com/US_ACTIVE/131570364/1 | |
| **Modified DMS:** iw://worksite.us.dentons.com/US_ACTIVE/131570364/5 | |
| **Changes:** | |
| Add | 6 |
| Delete | 0 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 6 |