# EXHIBIT A

(Schedule of Assumed Executory Contracts and Unexpired Leases)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**ASSUMED EXECUTORY CONTRACT AND UNEXPIRED LEASE LIST[2]**

| Debtor Party | Counterparty Name | Contract Type |
|---|---|---|
| Powin, LLC | activpayroll Ltd. | Master Services Agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto |
| Powin, LLC | CT Corporation System | Order Form - Term and Fees (Quote No. Q-07587) and all other outstanding sales quotes, proposals or purchase orders, including all other service and ancillary agreements related thereto |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110] . The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

[2] Neither the exclusion nor inclusion of any Executory Contract on this Assumed Executory Contract and Unexpired Lease List, nor anything contained in the *Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors* [D.I. 914] (the "Plan"), shall constitute an admission by the Debtors or the Liquidating Trust, as applicable, that any contract is in fact an Executory Contract subject to assumption or rejection pursuant to section 365(a) of the Bankruptcy Code, or that any of the Debtors or the Liquidating Trust, as applicable, has any liability thereunder. The Debtors reserve all rights to amend and/or supplement this Assumed Executory Contract and Unexpired Lease List. Each Executory Contract on this list shall include any amendment, modification, or supplement thereto.