## EXHIBIT E

(Service Provider Payments Schedule)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>     Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

## PAYMENTS TO SERVICE PROVIDERS

The Debtors have identified nine (9) current service providers listed below (the "Service Providers") which are eligible to receive compensation ("Payments") to incentivize such Service Providers to provide services to the Debtors throughout the wind-down period and to assist in the orderly implementation and effectuation of the *Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors* [D.I. 914] (the "Plan"),[2] which compensation shall be subject to approval by the Committee.   The Debtors' pre-existing incentive plans were designed to consummate the sale of substantially all of the Debtors' assets through August 19.  Especially in light of the fact that the buyer of those assets hired a number of the Debtors' employees, the Debtors determined that additional incentive compensation was necessary to consummate the Plan.

The Service Providers were previously employed by the Debtors, so the Debtors developed the Payments to correspond to a percentage of the Service Providers' historical base salary with the Debtors.   As long as each of the Service Providers continue to provide services to the Debtors through the Effective Date of the Plan, such Service Providers are eligible to receive Payments which will not exceed 15% of each Service Provider's historical base salary while employed by the Debtors.  The total aggregate amount of Payments are estimated to be $262,006 (which amount is exclusive of the Severance Payments (as defined below)).

Eligible Service Providers are the following:

- Mary K. Kahl

- Chad Paulson

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [15241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110].  The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

[2] Capitalized terms not otherwise defined herein shall have the meaning afforded in the Plan.

US_ACTIVE\131617652\V-11

- Arielle D. Pacheco

- Colin Hutchinson

- Angela Sprecher

- Antonya Johnston

- Moriah Milan

- Christopher Boscawen

- William G. McDonnell

In addition to the Payments described above, Mary K. Kahl and Christopher Boscawen will also receive contractual severance payments (the "Severance Payments") of $147,533 and $33,837, respectively, in accordance with the terms of their employment agreements with the Debtors. To be eligible to receive such Severance Payments, Mary K. Kahl and Christopher Boscawen must be available to provide up to five hours of services to be compensated on a hourly basis for a period of two months after confirmation of the Plan.