# **EXHIBIT F**

(Initial Trust Budget)

# Ch 11 Liquidation Plan: 8-Quarter Budget

| (Amounts in $'000s) | 2026 | | | | 2027 | | | | 8 Quarter |
|---|---|---|---|---|---|---|---|---|---|
| Quarter | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Total |
| **Overhead** | | | | | | | | | |
| Payroll & Benefits | (43) | (43) | - | - | - | - | - | - | **(85)** |
| Software & IT | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | **(41)** |
| Insurance | (75) | (75) | (75) | (75) | (75) | (75) | (75) | (75) | **(600)** |
| **Overhead - Total** | **(123)** | **(123)** | **(80)** | **(80)** | **(80)** | **(80)** | **(80)** | **(80)** | **(726)** |
| | | | | | | | | | |
| **Professional Fees** | | | | | | | | | |
| Liquidity Trustee Fixed Fee [1] | (90) | (90) | (90) | (90) | (90) | (90) | (90) | (90) | **(720)** |
| Counsel Fees | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (150) | **(1,200)** |
| Other Professionals | (75) | (75) | (75) | (75) | (75) | (75) | (75) | (75) | **(600)** |
| **Professional Fees - Total** | **(315)** | **(315)** | **(315)** | **(315)** | **(315)** | **(315)** | **(315)** | **(315)** | **(2,520)** |
| | | | | | | | | | |
| **Total Expenses** | **(438)** | **(438)** | **(395)** | **(395)** | **(395)** | **(395)** | **(395)** | **(395)** | **(3,246)** |

22