**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Travis R. Buckingham, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On November 4, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Certificate of No Objection Regarding Third Monthly Fee Statement for Togut, Segal & Segal as Co-Counsel to the Debtors and Debtors in Possession for the Period August 1, 2025 Through August 31, 2025** [Docket No. 1016]

- **Notice of Debtors' Motion for Entry of an Order (I) Estimating the Claims of New York Marine & General Insurance Company and Avalon Risk Management Insurance Agency, LLC at $0; (II) Directing the Turnover and Use of Excess Cash Collateral to be Distributed Pursuant to the Plan; (III) Approving a Procedure for Consensually Resolving Surety Claims and (IV) Related Relief** [Docket No. 1018]

Furthermore, on November 4, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Certificate of No Objection Regarding Third Monthly Fee Statement for Togut, Segal & Segal as Co-Counsel to the Debtors and Debtors in Possession for the Period August 1, 2025 Through August 31, 2025** [Docket No. 1016]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; (xii) Powin Canada B.C. Ltd. [2239] and Powin EKS SellCo, LLC [9110]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

Furthermore, on November 4, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit C**; and, on November 5, 2025, via First Class Mail upon the service lists attached hereto as **Exhibit B** and **Exhibit D**:

- **Notice of Debtors' Motion for Entry of an Order (I) Estimating the Claims of New York Marine & General Insurance Company and Avalon Risk Management Insurance Agency, LLC at $0; (II) Directing the Turnover and Use of Excess Cash Collateral to be Distributed Pursuant to the Plan; (III) Approving a Procedure for Consensually Resolving Surety Claims and (IV) Related Relief** [Docket No. 1018]

Dated: November 7, 2025

/s/ *Travis R. Buckingham*
Travis R. Buckingham
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

# Exhibit A

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | Ace Engineering & Co., Ltd. | Carl Kim | chloe@acecontainer.com; carl.kim@aceengineering.com |
| Interested Party | AKA Energy Systems | Jason Aspin | jasonaspin@aka-group.com |
| Interested Party | Akaysha | Paul Curnow | paul.curnow@akayshaenergy.com |
| Counsel to Creditor Sonic Systems International, LLC | Akerman LLP | Mark S. Lichtenstein | mark.lichtenstein@akerman.com |
| Counsel to Hitachi Energy Ltd and Hitachi  Energy Power Conversion Solutions, S.L.U.,  f/k/a Experience Knowledge Strategy, S.L. | Allen Overy Shearman Sterling US LLP | Luckey McDowell, Ian Roberts | luckey.mcdowell@aoshearman.com; ian.roberts@aoshearman.com |
| Interested Party | APEX Clean Energy | Scott Weiss | Scott.Weiss@apexcleanenergy.com |
| Co-Counsel for Lu Pacific Properties, LLC | Archer & Greiner, P.C. | Natasha M. Songonuga | nsongonuga@archerlaw.com |
| Counsel for Celestica LLC | Arnold & Porter Kaye Scholer LLP | Benjamin Mintz, Justin Imperato, Gabby Ferreira | benjamin.mintz@arnoldporter.com; justin.imperato@arnoldporter.com; gabby.ferreira@arnoldporter.com |
| Counsel for Celestica LLC | Arnold & Porter Kaye Scholer LLP | Lee M. Cortes, Jr. | lee.cortes@arnoldporter.com |
| Counsel for Idaho Power Company | Baker Botts LLP | Micheline Deeik | micheline.deeik@bakerbotts.com |
| Counsel for Idaho Power Company | Baker Botts LLP | Richard B. Harper, Scott R. Bowling | richard.harper@bakerbotts.com; scott.bowling@bakerbotts.com |
| Counsel to EPC Services Company | Benesch, Friedlander, Coplan & Aronoff LLP | Jennifer R. Hoover, Noelle B. Torrice | jhoover@beneschlaw.com; ntorrice@beneschlaw.com |
| Counsel to Mainfreight Inc., Mesa Logistics Group, LLC d/b/a Trivergix Group, 8Loop Logistics LLC and 8Loop Trans Inc. | Benesch, Friedlander, Coplan & Aronoff LLP | Kevin M. Capuzzi, John C. Gentile, Noelle B. Torrice | kcapuzzi@beneschlaw.com; jgentile@beneschlaw.com; ntorrice@beneschlaw.com |
| Interested Party | Berkshire Hathaway | Alicia Knapp, Joe Johnson | Alicia.Knapp@bherenewables.com; Josiah.Johnson@bherenewables.com |
| Counsel for Creditor Expeditors International of Washington, Inc. | Bressler, Amery & Ross, P.C. | David H. Pikus | dpikus@bressler.com |
| Member of Official Committee of Unsecured Creditors | Brian Palomino | Jack A. Raisner, Raisner Roupinian LLP | jar@raisnerroupinian.com |
| Counsel to Official Committee of Unsecured Creditors | Brown Rudnick LLP | Bennett S Silverberg, Kenneth J Aulet, Eric R. Goodman | KAulet@brownrudnick.com; BSilverberg@brownrudnick.com; EGoodman@brownrudnick.com |
| Counsel to Official Committee of Unsecured Creditors | Brown Rudnick LLP | Robert Stark | rstark@brownrudnick.com |
| Counsel for or Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson | schristianson@buchalter.com |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | Celestica LLC | Michael Paul Giallella | mgiallella@celestica.com |
| Interested Party | CleanPeak Energy | Gavin Smith | gavin.smith@cleanpeakenergy.com.au |
| Co-Counsel to BHER Ravenswood Solar 1, LLC | Cole Schotz P.C. | Felice R. Yudkin, Daniel J. Harris | fyudkin@coleschotz.com; dharris@coleschotz.com |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | Contemporary Amperex Technology Co., Limited (CATL) | Micah Siegal | RuanTF@catlbattery.com; micahsiegal@catl.com |
| Interested Party | Convergent | Frank Genova, Miranda Morton | fgenova@convergentep.com; mmorton@convergentep.com |
| Interested Party | Countryside | Cagri Ozmerdiven | cozmerdiven@csenergy.com |
| Counsel for Arevon Energy, Inc. | Cullen and Dykman LLP | Kyriaki Christodoulou | kchristodoulou@cullenllp.com |
| DE AG Office | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Counsel for Control Concepts Corporation d/b/a c3controls | Eckert Seamans Cherin & Mellott, LLC | Nicholas M. Gaunce | ngaunce@eckertseamans.com |
| Interested Party | EDF | Art Del Rio, Blaine Sundwall , Chelsea Turner | art.delrio@edf-re.com; Blaine.Sundwall@edf-re.com; Chelsea.Turner@edf-re.com |
| Interested Party | EnergyRE | Ann Walter, Rocio Mendoza, Greg White, Surya Mohan | Ann.Walter@energyre.com; rocio.mendoza@energyre.com; Greg.White@energyre.com; Surya.Mohan@energyre.com |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 1 of 5

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Interested Party | esVolta | Randolph Mann, Justin Johns | randolph.mann@esvolta.com; justin.johns@esvolta.com |
| Counsel to Pulse Clean Energy SPV Watt Limited | Eversheds Sutherland (US) LLP | David A. Wender | davidwender@eversheds-sutherland.com |
| Counsel to JMS Wind Energy, LLC | Eversheds Sutherland (US) LLP | Todd C. Meyers | toddmeyers@eversheds-sutherland.com |
| Counsel to JMS Wind Energy, LLC and Pulse Clean Energy SPV Watt Limited | Eversheds Sutherland (US) LLP | Todd C. Meyers, Sameer M. Alifarag | toddmeyers@eversheds-sutherland.com; sameeralifarag@eversheds-sutherland.com |
| Counsel to the Cash Flow DIP Lender and Keyframe Capital Partners, L.P | Faegre Drinker Biddle & Reath LLP | James H. Millar, Kyle R. Kistinger | james.millar@faegredrinker.com; kyle.kistinger@faegredrinker.com |
| Counsel to Keyframe Capital Partners, L.P | Faegre Drinker Biddle & Reath LLP | Michael P. Pompeo | michael.pompeo@faegredrinker.com |
| Co-Counsel to Front Range–Midway Solar Project, LLC | Farella Braun and Martel LLP | Gary M. Kaplan | gkaplan@fbm.com |
| Counsel to AMP Solar US Services LLC, n/k/a PureSky US Services LLC | Foley & Lardner LLP | Anne B. Sekel | asekel@foley.com |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | Formosa Electronic Industries Inc. | Vodka Lee | kelvin.chen@feii.com.tw; flora.zhang@feii.com.tw; vodka.lee@feii.com.tw |
| Counsel for Specified Technologies, Inc. and Zendesk, Inc. | Fox Rothschild, LLP | Agostino A. Zammiello | azammiello@foxrothschild.com |
| Counsel for Specified Technologies, Inc. | Fox Rothschild, LLP | Joseph J. DiPasquale | jdipasquale@foxrothschild.com |
| Counsel for Zendesk, Inc. | Fox Rothschild, LLP | Michael R. Herz | mherz@foxrothschild.com |
| Counsel for Zendesk, Inc. | Fox Rothschild, LLP | Stephanie Slater Ward | sward@foxrothschild.com |
| Counsel to Official Committee of Unsecured Creditors | Genova Burns LLC | Daniel Stolz | dstolz@genovaburns.com |
| Counsel to Official Committee of Unsecured Creditors | Genova Burns LLC | Donald Clarke, Jaclynn N. McDonnell,  Susan A. Long | DClarke@genovaburns.com; jmcdonnell@genovaburns.com; slong@genovaburns.com |
| Counsel for GLAS USA LLC and Galp Parques Fotovoltaicos de Alcoutim, Lda | Gibbons P.C. | Brett S. Theisen | btheisen@gibbonslaw.com |
| Co-counsel for certain funds and accounts managed by KKR Credit Advisors (US) LLC | Gibbons P.C. | John S. Mairo | jmairo@gibbonslaw.com |
| Counsel to Galp Parques Fotovoltaicos de Alcoutim, Lda and Co-counsel for certain funds and accounts managed by KKR Credit Advisors (US) LLC | Gibbons P.C. | Kyle P. McEvilly | kmcevilly@gibbonslaw.com |
| Co-Counsel to BHER Ravenswood Solar 1, LLC | Gibson, Dunn & Crutcher LLP | Jeffrey C. Krause | jkrause@gibsondunn.com |
| Co-Counsel to BHER Ravenswood Solar 1, LLC | Gibson, Dunn & Crutcher LLP | Michael J. Cohen | mcohen@gibsondunn.com |
| Agent for the Prepetition Lenders and Top 50 Creditor | GLAS USA LLC | | clientservices.americas@glas.agency |
| Interested Party | Glidepath | Mark Breen | mbreen@glidepath.net |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | GreEnergy Resources LLC | Adam Fenner | adam.fenner@greenergyresources.com |
| Interested Party | Hecate | Nick Peri | nperi@fullmarkenergy.com |
| Counsel to Hitachi Energy Ltd and Hitachi  Energy Power Conversion Solutions, S.L.U.,  f/k/a Experience Knowledge Strategy, S.L. | Herbert Smith Freehills Kramer (US) LLP | Boaz I. Cohen, Kyle J. Ortiz | boaz.cohen@hsfkramer.com; kyle.ortiz@hsfkramer.com |
| Counsel for Invenergy, LLC, Yuma Solar Energy LLC, Invenergy Services LLC, Invenergy Storage Development LLC, El Sol Energy Storage LLC, and El Sol Storage Energy LLC | Holland & Knight LLP | Barbra R. Parlin | barbra.parlin@hklaw.com |

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Invenergy, LLC, Yuma Solar Energy LLC, Invenergy Services LLC, Invenergy Storage Development LLC, El Sol Energy Storage LLC, and El Sol Storage Energy LLC | Holland & Knight LLP | John Monaghan, Lynne B. Xerras, Kathleen M. St. John | bos-bankruptcy@hklaw.com; Lynne.Xerras@hklaw.com; Kathleen.StJohn@hklaw.com |
| Interested Party | Honeywell | Thomas Craig | Thomas.Craig2@Honeywell.com |
| Interested Party | Hunt Energy Solutions | Hunter Hunt | hhunt@huntconsolidated |
| Counsel for One Source Freight Solutions | Husch Blackwell LLP | Tara T. LeDay | Tara.Leday@huschblackwell.com |
| Interested Party | Idaho Power | Adam Richins | ARichins@idahopower.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Interested Party | Invenergy | Derek Price, David Azari | dprice@invenergy.com; DAzari@invenergy.com |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | JMS Wind Energy, LLC | Will Douglas | julie@jmswindenergy.com; will.douglas@jmsenergy.net |
| Interested Party | Jupiter Power | David Hernandez | david.hernandez@jupiterpower.io |
| Interested Party | KCE | Brian Hayes, Colin Tareila | brian.hayes@keycaptureenergy.com; Colin.Tareila@keycaptureenergy.com |
| Co-Counsel for Lu Pacific Properties, LLC | Kell, Alterman & Runstein, L.L.P. | Mathew W. Lauritsen | mlauritsen@kelrun.com |
| Interested Party | Kia Energy | Stream Energy Team | elugo@streamenergy.mx; acampos@streamenergy.mx; jalvarez@streamenergy.mx |
| Interested Party | KMC (project Brandywine Onward Energy) | Paul Wasssil | paul.wassil@onwardenergy.com |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | Kupono Solar, LLC | c/o Ameresco, Inc., Rebecca McIntyre | mchiplock@ameresco.com; rmcintyre@ameresco.com |
| Counsel to DIP Lender FlexGen Power Systems | Latham & Watkins | David Hammerman, Blake Denton, Andrew Sorkin | david.hammerman@lw.com; blake.denton@lw.com; andrew.sorkin@lw.com |
| Counsel to DIP Lender FlexGen Power Systems | Latham & Watkins | Jeffrey Mispagel | jeffrey.mispagel@lw.com |
| Counsel to DIP Lender FlexGen Power Systems | Latham & Watkins | Whit Morley | whit.morley@lw.com |
| Interested Party | Leader | Phil | phil@ysolar.com.tw |
| Interested Party | Leeward | Jason Allen, Theodore Matula | Jason.Allen@LeewardEnergy.com; Theodore.Matula@LeewardEnergy.com |
| Interested Party | Longroad | Michael Alvarez, Paul Gaynor | michael.alvarez@longroadenergy.com; paul.gaynor@longroadenergy.com |
| Counsel for AmTrust North America, Inc. on behalf of Wesco Insurance Company | Maurice Wutscher LLP | Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| Co-Counsel for Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, Longroad Energy Partners, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, Sun Streams Expansion, LLC, DTE Electric Company, and Poblano Energy Storage, LLC | Mayer Brown LLP | Joaquin M. C de Baca, Richard A. Stieglitz, Youmi Kim | jcdebaca@mayerbrown.com; rstieglitz@mayerbrown.com; ykim@mayerbrown.com |
| Interested Party | MHPS | Michael Leonard | michael.leonard@amer.mhps.com |
| NJ AG Office | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| New Jersey Division of Taxation | New Jersey Division of Taxation | Compliance and Enforcement - Bankruptcy Unit | NJTax.BNCnoticeonly@treas.nj.gov |
| Interested Party | Nidec | Damien Iwanski | damien.iwanski@nidec-asi.com |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Jeffery M. Sponder, Lauren Bielskie | Lauren.Bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov |
| Interested Party | OPALCO | Foster Hildreth | fhildreth@opalco.com |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 3 of 5

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Interested Party | Orange & Rockland | David A. Brooks, Christina Deleveaux | BROOKSDA@coned.com; DELEVEAUXC@coned.com |
| OR AG Office | Oregon Attorney General | Attn Bankruptcy Department | AttorneyGeneral@doj.state.or.us |
| Interested Party | Ormat | Elad Zalkin | ezalkin@ormat.com |
| Counsel to esVolta, LP, EDF Power Solutions, Inc. (f/k/a EDFRenewables, Inc.) and PowerFlex Systems, Inc. | Orrick, Herrington & Sutcliffe LLP | Lorraine McGowen, Michael Trentin, Jenna MacDonald Busche | lmcgowen@orrick.com; mtrentin@orrick.com; jmacdonaldbusche@orrick.com |
| Co-Counsel for Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, Longroad Energy Partners, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, Sun Streams Expansion, LLC, DTE Electric Company, and Poblano Energy Storage, LLC | Pashman Stein Walder & Hayden, P.C. | John W. Weiss, Leah M. Eisenberg, David E. Sklar | jweiss@pashmanstein.com; leisenberg@pashmanstein.com; dsklar@pashmanstein.com |
| Counsel for Prevalon Energy LLC and Mitsubishi Power Americas, Inc. | Pillsbury Winthrop Shaw Pittman LLP | John A. Pintarelli, Patrick E. Fitzmaurice | john.pintarelli@pillsburylaw.com; patrick.fitzmaurice@pillsburylaw.com |
| Interested Party | PNM | PNM Team | Christian.Reeves@txnmenergy.com; Christopher.Pecoraro@txnmenergy.com; christopher.pecoraro@pnmresources.com; Sean.LEcluse@txnmenergy.com; Doreilly@mstlaw.com; Christopher.Atencio@txnmenergy.com |
| Counsel to Key Capture Energy, LLC | Porter Hedges LLP | Eric M. English, James A. Keefe | eenglish@porterhedges.com; jkeefe@porterhedges.com |
| Interested Party | Portland General Electric | Kevin Whitener | kevin.whitener@pgn.com |
| Interested Party | Powerflex | Bryan Towe | bryan.towe@powerflex.com |
| Interested Party | PowerSecure | Eric Dupont | edupont@powersecure.com |
| Interested Party | Prevalon (Mitsubishi Power) | Tom Cornell, Michael McManus | thomas.cornell@prevalonenergy.com; Michael.McManus@prevalonenergy.com |
| Interested Party | Pulse Clean Energy | Trevor Wills | trevor.wills@pulsecleanenergy.com |
| Interested Party | Pure Power Solutions | Rody Jonas | rody@purepowersolutions.com |
| Interested Party | PureSky | PureSky Team | Muhammed.Johar@pureskyenergy.com; taylor.dunn@pureskyenergy.com |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | R.H. Shipping & Chartering S De RL De CV | Rudolf Hess | cobranza@rh-shipping.com; rudolf@rh-shipping.com |
| Counsel to Honeywell International Inc. | Rabinowitz, Lubetkin & Tully, LLC | Jeffrey A. Cooper | jcooper@rltlawfirm.com |
| Counsel to GLAS USA LLC, agent for the Prepetition Lenders | Reed Smith LLP | Nicholas B. Vislocky, Andy Buck, David A. Pisciotta, Richard C. Solow | NVislocky@reedsmith.com; ABuck@reedsmith.com; dpisciotta@reedsmith.com; rsolow@reedsmith.com |
| Co-Counsel to Front Range–Midway Solar Project, LLC and Counsel to Solar Carver 1, LLC and Solar Carver 3, LLC, as assignee of Pine Gate ECP, LLC | Riker Danzig LLP | Joseph L. Schwartz, Gregory S. Toma | jschwartz@riker.com; gtoma@riker.com |
| Counsel to Solar Carver 1, LLC and Solar Carver 3, LLC, as assignee of Pine Gate ECP, LLC | Riker Danzig LLP | Tara J. Schellhorn | tschellhorn@riker.com |
| Counsel to Enel Produzione S.p.A | Robinson & Cole LLP | Evan M. Lazerowitz | elazerowitz@rc.com |
| Top 50 Creditor | Rubicon Professional Services, LLC | | accounting@rubiconps.com; bpirrone@rubiconps.com; moriordan@rubiconps.com; hgessler@rubiconps.com |
| Counsel to Key Capture Energy, LLC | Saul Ewing LLP | Lucian B. Murley | luke.murley@saul.com |
| Counsel to Key Capture Energy, LLC | Saul Ewing LLP | Turner N. Falk | turner.falk@saul.com |
| Counsel to CS Energy, LLC | Schenck, Price, Smith & King, LLP | Franklin Barbosa, Jr. | fb@spsk.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to SMA Solar Technology America LLC | Sheppard, Mullin, Richter & Hampton LLP | Ori Katz, Jeannie Kim | okatz@sheppardmullin.com; jekim@sheppardmullin.com |
| Counsel to SMA Solar Technology America LLC | Sheppard, Mullin, Richter & Hampton LLP | Sean Kirby | skirby@sheppardmullin.com |
| Co-Counsel to Ace Engineering | Sherman, Silverstein, Kohl, Rose & Podolsky, P.A. | Arthur J. Abramowitz, Ross J. Switkes | aabramowitz@shermansilverstein.com; rswitkes@shermansilverstein.com |
| Interested Party | Sol Systems | Yuri Horwitz, Richard Romero | yuri.horwitz@solsystems.com; richard.romero@solsystems.com |
| Interested Party | Solvida | Stephen Smith | stephen@solvidaenergy.com |
| Interested Party | Southern Company | Jay McFarland, Alison, John | JDMcFarl@southernco.com; apbrown@southernco.com; jdkilcoy@southernco.com |
| Interested Party | Stem | Ilya Kramarevsky | Ilya.Kramarevsky@stem.com |
| Interested Party | Strata | Bob Schaffeld | bob.schaffeld@stratacleanenergy.com |
| Interested Party | Sungrid | Jake Wang | jake.wang@sungridsolutions.com |
| TX AG Office | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Counsel for Ultra Corpotech Private Limited | Thompson Hine LLP | Jeremy M. Campana, Alexander J. Andrews | Jeremy.Campana@ThompsonHine.com; Alexander.Andrews@ThompsonHine.com |
| Tennessee Attorney General | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | gina.hantel@ag.tn.gov |
| Interested Party | TPE Energy | Pedro Huang | pedro.huang@tpeenergy.com.tw |
| Counsel to Ameresco, Inc. and Kupono Solar, LLC | Troutman Pepper Locke LLP | David M. Fournier, Joanna J. Cline, Tori L. Remington | david.fournier@troutman.com; joanna.cline@troutman.com; tori.remington@troutman.com |
| Counsel to EPC Services Company | UB Greensfelder LLP | Stuart A. Laven, Jr. | salaven@ubglaw.com |
| Counsel to Mitsubishi Electric Power Products, Inc. | Vedder Price P.C. | Courtney M. Brown, Joshua A. Dunn, Michael Schein, Max DuVal | cmbrown@vedderprice.com; jdunn@vedderprice.com; mschein@vedderprice.com; mduval@vedderprice.com |
| Counsel for the Ad Hoc Customer Group | Vinson & Elkins LLP | Steven M. Abramowitz, David S. Meyer, Lauren R. Kanzer | sabramowitz@velaw.com; dmeyer@velaw.com; lkanzer@velaw.com |
| Counsel for the Ad Hoc Customer Group | Vinson & Elkins LLP | William L. Wallander, Matthew D. Struble | mstruble@velaw.com; bwallander@velaw.com |
| Counsel for or Bergstrom Inc. | Webber McGill LLC | Douglas J. McGill | dmcgill@webbermcgill.com |
| Agent for Toyota Industries Commercial Finance Inc. | Weltman, Weinberg & Reis Co. LPA | Scott D. Fink | bronationalecf@weltman.com |
| Co-counsel for certain funds and accounts managed by KKR Credit Advisors (US) LLC | White & Case LLP | Andrew  Zatz, Shana Vantusko, Emilio Grandio, Nadav Klugman, David Ridley, Andrea Amulic, Adam Swingle | azatz@whitecase.com; shana.white@whitecase.com; emilio.grandio@whitecase.com; nadav.klugman@whitecase.com; David.Ridley@whitecase.com; andrea.amulic@whitecase.com; adam.swingle@whitecase.com |
| Co-counsel for certain funds and accounts managed by KKR Credit Advisors (US) LLC | White & Case LLP | Erin Rosenberg, Adam Swingle | erin.rosenberg@whitecase.com; adam.swingle@whitecase.com |
| Co-Counsel for Munmorah Battery ProjectCo Pty Ltd and Ulinda Park ProjectCo Pty Ltd | Wollmuth Maher & Deutsch LLP | Paul R. DeFilippo, James N. Lawlor | pdefilippo@wmd-law.com; jlawlor@wmd-law.com |
| Counsel for Applied Surety Underwriters, SiriusPoint America Insurance Company, and Pennsylvania Insurance Company | Womble Bond Dickinson (US) LLP | Kevin J. Mangan, Lisa Bittle Tancredi | kevin.mangan@wbd-us.com; lisa.tancredi@wbd-us.com |
| Counsel for Ormat Nevada Inc. | Young Conaway Stargatt & Taylor, LLP | Sean M. Beach, Kara Hammond Coyle | sbeach@ycst.com; kcoyle@ycst.com; bankfilings@ycst.com |

# Exhibit B

**Exhibit B**
**Master Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| New Jersey Attorney General Office | New Jersey Attorney General Office | Division of Law | Richard J. Hughes Justice Complex | 25 Market St | PO Box 112 | Trenton | NJ | 08625-0112 |
| US Attorney for District of New Jersey | US Attorney for District of New Jersey | Alina Habba | 970 Broad Street, 7th Floor | | | Newark | NJ | 07102 |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 1 of 1

# Exhibit C

**Exhibit C**
**Affected Parties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Applied Surety Underwriters, Pennsylvania Insurance Company and SiriusPoint America Insurance Company | Shannon Reilly Walls, Senior Surety Counsel | srwalls@auw.com |
| Applied Surety Underwriters, SiriusPoint America Insurance Company and Pennsylvania Insurance Company | Womble Bond Dickinson (US) LLP | lisa.tancredi@wbd-us.com |
| The Insurance Company of the State of Pennsylvania | Michael Bierbaum | michael.bierbaum@aig.com |
| U.S. Customs and Border Protection | | billinginquiry@cbp.dhs.gov |

# Exhibit D

**Exhibit D**
**Affected Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Applied Surety Underwriters, Pennsylvania Insurance Company and SiriusPoint America Insurance Company | Shannon Reilly Walls, Senior Surety Counsel | 10805 Old Mill Road | | Omaha | NE | 68154 |
| Applied Surety Underwriters, SiriusPoint America Insurance Company and Pennsylvania Insurance Company | Womble Bond Dickinson (US) LLP | Lisa Bittle Tancredi | 100 Light Street, 26th Floor | Baltimore | MD | 21208 |
| Avalon Risk Management Insurance Agency LLC | | 200 N. Martingale Rd., Suite 700 | | Schaumburg | IL | 60173 |
| Insurance Company Of the State of Pennsylvania | AIG | 1271 Ave of the Americas, Fl 37 | | New York | NY | 10020-1304 |
| New York Marine and General Insurance Company | | 412 Mt. Kemble Avenue, Suite 300 C | | Morristown | NJ | 07960 |
| The Insurance Company of the State of Pennsylvania | Michael Bierbaum | 11250 Corporate Ave | Suite 210 | Lenexa | KS | 66219 |
| U.S. Customs and Border Protection | | P.O. Box 979126 | | St. Louis | MO | 63197 |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)