| | |
|---|---|
| **DENTONS US LLP** | **TOGUT, SEGAL & SEGAL LLP** |
| Tania M. Moyron (admitted *pro hac vice*) | Frank A. Oswald (admitted) |
| Van C. Durrer, II (admitted *pro hac vice*) | 550 Broad Street |
| 601 S. Figueroa Street | Suite 1508 |
| Suite 2500 | Newark, NJ 07102 |
| Los Angeles, CA 90017 | Telephone:  (212) 594-5000 |
| Telephone:  (213) 623-9300 | Facsimile:  (212) 967-4258 |
| Facsimile:  (213) 623-9924 | Email:  frankoswald@teamtogut.com |
| Email:  tania.moyron@dentons.com | |
|          van.durrer@dentons.com | Albert Togut (admitted *pro hac vice*) |
| | Eitan Blander (admitted *pro hac vice*) |
| John D. Beck (admitted *pro hac vice*) | One Penn Plaza, Suite 3335 |
| Sarah M. Schrag (admitted *pro hac vice*) | New York, New York 10119 |
| 1221 Avenue of the Americas | Telephone:  (212) 594-5000 |
| New York, NY 10020-1089 | Facsimile:  (212) 967-4258 |
| Telephone:  (212) 768-6700 | Email:  altogut@teamtogut.com |
| Facsimile:  (212) 768-6800 |          eblander@teamtogut.com |
| Email:  john.beck@dentons.com | |
|          sarah.schrag@dentons.com | |
| | |
| *Counsel for Debtors and* | *Counsel for Debtors and* |
| *Debtors in Possession* | *Debtors in Possession* |
| | |
| **BROWN RUDNICK LLP** | **GENOVA BURNS LLC** |
| Robert J. Stark, Esq. | Daniel M. Stolz (admitted) |
| Kenneth J. Aulet, Esq. | Donald W. Clarke (admitted) |
| Bennett S. Silverberg, Esq. | 110 Allen Road, Suite 304 |
| Jeffrey L. Jonas, Esq. | Basking Ridge, NJ 07920 |
| Seven Times Square | Telephone:  (973) 533-0777 |
| New York, NY 10036 | Facsimile:  (973) 814-4045 |
| Telephone:  (212) 209-4924 | Email:  dstolz@genovaburns.com |
| Facsimile:  (212) 938-2924 |          dclarke@genovaburns.com |
| Email:  rstark@brownrudnick.com | |
|          kaulet@brownrudnick.com | |
|          bsilverberg@brownrudnick.com | |
|          jjonas@brownrudnick.com | |
| | |
| *Counsel for the Official Committee of Unsecured Creditors* | *Counsel for the Official Committee of Unsecured Creditors* |

US_ACTIVE\131596552\V-3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING OF AMENDED PLAN SUPPLEMENT**

      **PLEASE TAKE NOTICE** that on June 9, 2025 and thereafter (the "Petition Date"), Powin, LLC and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the above captioned chapter 11 cases (the "Chapter 11 Cases") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

      **PLEASE TAKE FURTHER NOTICE** that on October 14, 2025, the Bankruptcy Court entered an order [Docket No. 939] (the "Solicitation Procedures Order") (a) conditionally approving the *Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors* [Docket No. 914] (as may be amended, modified, or supplemented from time to time and including all exhibits and supplements thereto, the "Combined Plan and Disclosure Statement" or the "Plan"),[2] solely as it relates to the disclosures contained therein, as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code, pending final approval at the Combined Hearing (as defined below); (b) authorizing the Debtors and the Official Committee of Unsecured Creditors (together, the "Plan Proponents") to solicit acceptances for the Combined Plan and Disclosure Statement; (c) approving the solicitation materials and documents to be included in the solicitation packages (the "Solicitation Packages"); and (d) approving procedures for soliciting, noticing, receiving, and tabulating votes on the Plan and for filing objections to the Plan or final approval of the Disclosure Statement.

      **PLEASE TAKE FURTHER NOTICE THAT**, on November 7, 2025, the Debtors filed the Notice of Filing Plan Supplement [Docket No. 1036] (the "Initial Plan Supplement") in support of the Plan.

      **PLEASE TAKE FURTHER NOTICE** that as contemplated by the Plan and the Solicitation Procedures Order, the Debtors hereby file this first amendment to the Plan Supplement (the "Amended Plan

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [15241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Combined Plan and Disclosure Statement.

2

Supplement") with the Bankruptcy Court, which amends and supersedes the Initial Plan Supplement. The Amended Plan Supplement contains the following documents:

- **EXHIBIT A**: Schedule of Assumed Executory Contracts and Unexpired Leases
- **EXHIBIT B**: Schedule of Retained Causes of Action
- **EXHIBIT C**: Liquidating Trust Agreement
- **EXHIBIT D**: Direct Claims Trust Agreement
- **EXHIBIT E**: Service Provider Payments Schedule
- **EXHIBIT F**: Initial Trust Budget
- **EXHIBIT G**: Liquidation Analysis
- **EXHIBIT H**: Notice of Settled Priority Claim
- **EXHIBIT I**: Notice of Settlement of WARN Claims

**PLEASE TAKE FURTHER NOTICE** that the hearing at which the Bankruptcy Court will consider final confirmation of the Combined Plan and Disclosure Statement (the "Combined Hearing") will commence on **November 25, 2025 at 11:30 a.m. (prevailing Eastern Time)**, or such other time that the Bankruptcy Court determines, before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Courtroom 8, Trenton, NJ 08608.

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing objections to the Combined Plan and Disclosure Statement or the adequacy of the disclosures contained therein is **November 18, 2025 at 4:00 p.m. (prevailing Eastern Time)** (the "Confirmation Objection Deadline"). All objections to the relief sought at the Combined Hearing **must**: (a) be in writing; (b) state in particularity the basis of the objection; and (c) be filed with the Clerk of the Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the *General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents* dated March 27, 2002 (the "General Order") and the *Commentary Supplementing Administrative Procedures* dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, if not otherwise filed with the Clerk of the Court electronically, via hard copy, and shall be served in accordance with the General Order and the Supplemental Commentary upon the following parties so as to be **actually received** on or before the Combined Objection Deadline:

(a) The Debtors c/o Uzzi & Lall, One Liberty Plaza, 115 Broadway, 5th Floor, New York, NY 10006 (Attn: Gerard Uzzi, guzzi@uzzilall.com);

(b) Counsel to the Debtors, Dentons US LLP, 601 S. Figueroa Street, Suite 2500, Los Angeles, CA 90018 (Attn: Tania M. Moyron, tania.moyron@dentons.com, and Van C. Durrer II, van.durrer@dentons.com);

(c) Counsel to the Debtors, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, NY 10119 (Attn: Frank A. Oswald, frankoswald@teamtogut.com);

(d) Counsel for the Official Committee of Unsecured Creditors, Brown Rudnick LLP, Seven Times Square, New York, NY 10036 (Attn: Robert J. Stark, rstark@brownrudnick.com, Kenneth Aulet, kaulet@brownrudnick.com, and Bennett S. Silverberg, bsilverberg@brownrudnick.com);

(e) Counsel for the Official Committee of Unsecured Creditors, Genova Burns LLC, 110 Allen Road, Suite 304, Basking Ridge, NJ 07920 (Attn: Daniel M. Stolz, dstolz@genovaburns.com); and

(f) The Office of the United States Trustee, One Newark Center, 1085 Raymond Boulevard, Suite 2100, Newark, NJ 07102 (Attn: Jeffrey M. Sponder, jeffrey.m.sponder@usdoj.gov).

**ONLY THOSE RESPONSES OR OBJECTIONS THAT ARE TIMELY FILED AND RECEIVED WILL BE CONSIDERED BY THE BANKRUPTCY COURT. RESPONSES OR OBJECTIONS NOT TIMELY FILED AND SERVED IN THE MANNER SET FORTH ABOVE WILL NOT BE CONSIDERED AND WILL BE DEEMED OVERRULED.**

**PLEASE TAKE FURTHER NOTICE** that if you should have any questions about the Amended Plan Supplement, the Solicitation Package or if you would like to obtain paper copies or additional copies of the Plan, the Amended Plan Supplement or any other solicitation materials, please contact the Debtors' voting agent, Verita Global (the "Voting Agent") by: (a) visiting the Debtors' case website at: https://www.veritaglobal.net/powin (where you can obtain electronic copies of all documents filed with the Bankruptcy Court for free); (b) writing to the Voting Agent at Powin Ballot Processing c/o KCC d/b/a Verita Global, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245; (c) calling the Voting Agent at (866) 507-8031 (U.S./Canada) or (781) 575-2122 (International); (d) emailing powininfo@veritaglobal.com (with "In re Powin, LLC – Solicitation Inquiry" in the subject line); or (e) submitting an inquiry to the Voting Agent at: https://www.veritaglobal.net/powin/inquiry. You may also obtain copies of any pleadings filed with the Court by visiting the Bankruptcy Court's website at https://njb.uscourts.gov/ (in accordance with the procedures and fees set forth therein). Please be advised that the Voting Agent is authorized to answer questions about, and provide additional copies of, solicitation materials, but may **not** advise you as to the Plan, the interpretation or meaning of any of the provisions contained therein, or whether you should vote to accept or reject the Plan, and will not provide you with any legal or financial advice in connection with the Plan.

---

**SECTION 15.2 OF THE PLAN CONTAINS RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AND SECTION 15.2(b) CONTAINS A THIRD-PARTY RELEASE.**

**YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN
CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED.**

**THIS NOTICE IS BEING SET TO YOU FOR INFORMATIONAL PURPOSES ONLY.**

---

**BINDING NATURE OF THE PLAN**

**IF CONFIRMED, THE PLAN SHALL BIND ALL HOLDERS OF CLAIMS AND INTERESTS TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, WHETHER OR NOT SUCH HOLDER RECEIVES OR RETAINS ANY PROPERTY OR INTEREST IN PROPERTY UNDER THE PLAN, HAS FILED A PROOF OF CLAIM IN THESE CHAPTER 11 CASES, FAILED TO VOTE TO ACCEPT OR REJECT THE PLAN, VOTED TO REJECT THE PLAN, OR IS NOT ENTITLED TO VOTE ON THE PLAN.**

US_ACTIVE\131596552\V-3

Dated:    November 8, 2025

          POWIN, LLC, *et al.*
          *Debtors and Debtors in Possession*
          *By their Counsel*

          DENTONS US LLP,

          */s/   Tania M. Moyron*
          Tania M. Moyron (admitted *pro hac vice*)
          Van C. Durrer, II (admitted *pro hac vice*)
          601 S. Figueroa Street #2500
          Los Angeles, CA 90017
          Telephone: (213) 623-9300
          Facsimile: (213) 623-9924
          Email:  tania.moyron@dentons.com
                  van.durrer@dentons.com

          John D. Beck (admitted *pro hac vice*)
          Sarah M. Schrag (admitted *pro hac vice*)
          1221 Avenue of the America
          New York, NY 10020
          Telephone: (212) 768-6700
          Facsimile: (212) 768-6800
          Email:  john.beck@dentons.com
                  sarah.schrag@dentons.com

          - and -

          TOGUT, SEGAL & SEGAL
          Frank A. Oswald
          550 Broad Street
          Suite 1507
          Newark, NJ 07102
          Telephone: (212) 594-5000
          Facsimile: (212) 967-4258
          Email:  frankoswald@teamtogut.com

          Albert Togut (admitted *pro hac vice*)
          Eitan Blander (admitted *pro hac vice*)
          One Penn Plaza, Suite 3335
          New York, NY 10119
          Telephone: (212) 594-5000
          Facsimile: (212) 967-4258
          Email:  altogut@teamtogut.com
                  eblander@teamtogut.com