# **EXHIBIT F**

(Initial Trust Budget)

# Chapter 11 Liquidation Plan: 8-Quarter Budget

## 8-Quarter Budget through 2027 [1]

| (Amounts in $'000s) | 2026 | | | | 2027 | | | | 8 Quarter |
|---|---|---|---|---|---|---|---|---|---|
| Quarter | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Total |
| **Overhead** | | | | | | | | | |
| Payroll | (43) | (43) | - | - | - | - | - | - | **(85)** |
| Software & IT | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | **(31)** |
| Insurance | (75) | (75) | (75) | (75) | (75) | (75) | (75) | (75) | **(600)** |
| Miscellaneous | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | **(800)** |
| **Overhead - Total** | **(221)** | **(221)** | **(179)** | **(179)** | **(179)** | **(179)** | **(179)** | **(179)** | **(1,516)** |
| **Professional Fees** | | | | | | | | | |
| Chapter 11 Liquidating Trustee Fee | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (150) | **(1,200)** |
| Counsel Fees | (225) | (225) | (225) | (225) | (225) | (225) | (225) | (225) | **(1,800)** |
| Other Professionals | (150) | (150) | (75) | (75) | (75) | (75) | (75) | (75) | **(750)** |
| **Professional Fees - Total** | **(525)** | **(525)** | **(450)** | **(450)** | **(450)** | **(450)** | **(450)** | **(450)** | **(3,750)** |
| **Total Expenses** | **(746)** | **(746)** | **(629)** | **(629)** | **(629)** | **(629)** | **(629)** | **(629)** | **(5,266)** |

[1] The figures presented in this budget are preliminary estimates provided for planning purposes only. Final amounts may vary based on updated information or subsequent revisions.