# **EXHIBIT H**

(Notice of Settled Priority Claim)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SETTLED PRIORITY CLAIM**

The Debtors[2] submit this *Notice of Settled Priority Claim* regarding the following claims and causes of action:

**I.      ACE Engineering & Co., Ltd.**

ACE Engineering & Co., Ltd.'s ("ACE") has asserted an Administrative Claim in an amount of $13,520,599.26 pursuant to Section 503(b)(9) of the Bankruptcy Code for goods and services provided to the Debtors within twenty (20) days prior to the Petition Date (the "ACE Administrative Claim"). The Debtors have agreed to resolve the ACE Administrative Claim, subject to Bankruptcy Court approval, as follows:

- ACE shall irrevocably contribute all of its Direct Claims (to the extent of any) to the Direct Claims Trust;

- Selection of the Liquidating Trustee and the forms of the Liquidating Trust Agreement and Direct Claims Trust Agreement shall be in a form acceptable to

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [15241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors* [Docket No. 914] (the "Plan").

US_ACTIVE\131623012

ACE, and it being agreed the documents attached to the Plan Supplement and the Liquidating Trustee identified in the Plan Supplement are acceptable to ACE;

- ACE shall receive an Allowed Administrative Claim of $5,000,000.00 (the "Allowed ACE Administrative Claim");

- ACE shall receive an allowed unsecured claim in the amount of $105,228,644.71;

- ACE shall receive $1,000,000.00 in cash on account of the Allowed ACE Administrative Claim on the Plan Effective Date; and

- The remaining $4,000,000.00 (the "Liquidating Trust Amount") of the Allowed ACE Administrative Claim shall be recoverable against the Liquidating Trust; and

- Distributions from the Liquidating Trust on account of the Liquidating Trust Amount shall be distributed as follows:

    o ACE shall receive 60% of each distribution from the Liquidating Trust until ACE is paid the full Liquidating Trust Amount; and

    o The remaining 40% of each distribution from the Liquidating Trust shall be shared by Allowed General Unsecured Claims and Allowed Priority Claims at the Trustee's discretion.