**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br>Debtors. | Chapter 11<br>Case No. 25-16137 (MBK)<br>(Jointly Administered) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Jonathan J. Thomson, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On October 29, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Sale by Auction and Sale Hearing** [substantially in the form attached as Schedule 1 to Docket No. 413]

Furthermore, on October 29, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via First Class Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**:

- **Notice of Potentially Assumed Executory Contracts and Unexpired Leases** [Docket No. 446]

- **Notice of Proposed Orders Approving Sales** [Docket No. 608][2]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; (xii) Powin Canada B.C. Ltd. [2239] and Powin EKS SellCo, LLC [9110]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

[2] With respect to Docket No. 608, Exhibits A through C were excluded from hard copy service (other than service upon the Master Service List). A slipsheet was included with a QR Code directing recipients to the full version of the document.

Furthermore, on October 29, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via First Class Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit C**:

- **Notice of Winning Bidders** [Docket No. 591][3]

Furthermore, on October 29, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via First Class Mail upon the service lists attached hereto as **Exhibit A**, **Exhibit B** and **Exhibit C**:

- **Notice of Revised Order Approving Sale of Shares in EKS Holdco, LLC and Filing of Release and Sale Agreement** [Docket No. 649][4]

Furthermore, on October 29, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via First Class Mail upon the service lists attached hereto as **Exhibit B**, **Exhibit C** and **Exhibit D**:

- **Order (I) Authorizing the Debtors to Enter Into and Perform Under the EKS Agreements, and (II) Granting Related Relief** [Docket No. 691]

- **Order (I) Authorizing the Debtors to Enter Into and Perform Under the Mainfreight Distribution Pty Ltd Bill of Sale, (II) Approving the Sale of the Mainfreight Credit Bid Collateral Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (III) Granting Related Relief** [Docket No. 692]

Furthermore, on October 29, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via First Class Mail upon the service list attached hereto as **Exhibit E**:

- **Supplemental Notice of Potentially Assumed Executory Contracts and Unexpired Leases** [Docket No. 722]

Furthermore, on October 29, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via First Class Mail upon the service lists attached hereto as **Exhibit A**, **Exhibit B**, **Exhibit C** and **Exhibit F**:

- **Order (I) Authorizing the Debtors to Enter Into and Perform Under the FlexGen Power Systems, LLC Asset Purchase Agreement, (II) Approving the Sale of**

---

[3] With respect to Docket No. 591, Exhibits A through C were excluded from hard copy service (other than service upon the Master Service List). A slipsheet was included with a QR Code directing recipients to the full version of the document.

[4] With respect to Docket No. 649, Exhibits A though C were excluded from hard copy service (other than service upon the Master Service List). A slipsheet was included with a QR code directing recipients to the full version of the document.

**Purchased Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (III) Authorizing the Assumption and Assignment of the Assumed Contracts to Purchaser and Establishing Cure Amounts Related Thereto in Accordance with the Assumption and Assignment Procedures, and (IV) Granting Related Relief** [Docket No. 751][5]

Furthermore, on October 29, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via First Class Mail upon the service list attached hereto as **Exhibit G**:

- **Certificate of No Objection with Respect to Debtors' Motion for Entry of an Order (I) Extending the Time Within Which the Debtors May Remove Civil Actions and (II) Granting Related Relief** [Docket No. 823]

- **Order (I) Extending the Time Within Which the Debtors May Remove Civil Actions and (II) Granting Related Relief** [Docket No. 834]

Furthermore, on October 29, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via First Class Mail upon the service list attached hereto as **Exhibit H**:

- **Order Granting Debtors' Motion to Reject** [Docket No. 843]

Dated: November 10, 2025

/s/ *Jonathan J. Thomson*
Jonathan J. Thomson
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

---

[5] With respect to Docket No. 751, the Asset Purchase Agreement attached as Schedule 1 and the related Transaction Documents were excluded from hard copy service (other than service upon the Master Service List). A slipsheet was included with a QR code directing recipients to the full version of the document.

3

# Exhibit A

**Exhibit A**
**Supplemental Contract Counterparty Service List**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| Northern Reliability, Inc. | 5 Pilgrim Park Rd | Waterbury | VT | 05676 |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 1 of 1

# Exhibit B

**Exhibit B**
**Supplemental Contract Counterparty Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Arcadian Projects | Todd Lorentz | 212 Bergey Ct | New Hamburg | ON | N3A 2J5 | Canada |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 1 of 1

# Exhibit C

**Exhibit C**
**Supplemental Contract Counterparty Service List**
**Served via First Class Mail**

| CreditorName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| SGS North America Inc. | 400 Broadacres Drive | Suite 200, 2nd Floor | Bloomfield | NJ | 07003 |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

PAge 1 of 1

# Exhibit D

**Exhibit D**
**Supplemental Contract Counterparty Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Pacific Coast Commercial | Attn Tom Hennessy | 10721 Treena Street, Suite 200 | San Diego | CA | 92131 |

# Exhibit E

**Exhibit E**
**Supplemental Counterparty Service List**
**Served via First Class Mail**

| CreditorName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| ZONE & COMPANY SOFTWARE CONSULTING, LLC | 6 Liberty Square | PMB 6040 | Boston | MA | 02109 |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 1 of 1

# Exhibit F

**Exhibit F**
**Supplemental Contract Counterparties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Acre Management, LLC | Michael Van Der Poel | 80 SW 8th St, Suite 2600 | Miami | FL | 33130 |
| AIR Commercial Real Estate Association | | 800 W. 6th Street, Suite 1000 | Los Angeles | CA | 90017 |
| Prisma Energy Solutions LLC | Kim Driscoll, General Counsel | 4545 Post Oak Place, Suite 302 | Houston | TX | 77027 |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 1 of 1

# Exhibit G

**Exhibit G**
**Supplemental Litigation Party Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Five Engineering and Plumbing, Inc. | Jeffrey Taylor | 31569 Canyon Estates Dr Ste 121 | Lake Elsinore | CA | 92532 |

# Exhibit H

**Exhibit H**
**Supplemental Contract Counterparties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Northstar Energy Management, LLC | Attn Jessica Bennett | 3133 W. Frye Road, Suite 500 | Chandler | AZ | 85226 |
| Prisma Energy Solutions LLC | David Roylance, Co-Founder & Principal | 4545 Post Oak Place, Suite 302 | Houston | TX | 77027 |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 1 of 1