| | |
|---|---|
| **DENTONS US LLP** | **TOGUT, SEGAL & SEGAL LLP** |
| Lauren Macksoud (admitted) | Frank A. Oswald (admitted) |
| 101 JFK Parkway | 550 Broad Street |
| Short Hills, NJ 07078 | Suite 1508 |
| Telephone: (973) 912-7100 | Newark, NJ 07102 |
| Facsimile: (973) 912-7199 | Telephone: (212) 594-5000 |
| Email:lauren.macksoud@dentons.com | Facsimile: (212) 967-4258 |
| | Email: frankoswald@teamtogut.com |
| Tania M. Moyron (admitted *pro hac vice*) | Albert Togut (admitted *pro hac vice*) |
| Van C. Durrer, II (admitted *pro hac vice*) | Amanda C. Glaubach (admitted *pro hac vice*) |
| 601 S. Figueroa Street #2500 | Eitan Blander (admitted *pro hac vice*) |
| Los Angeles, CA 90017 | One Penn Plaza, Suite 3335 |
| Telephone: (213) 623-9300 | New York, New York 10119 |
| Facsimile: (213) 623-9924 | Telephone: (212) 594-5000 |
| Email: tania.moyron@dentons.com | Facsimile: (212) 967-4258 |
| van.durrer@dentons.com | Email: altogut@teamtogut.com |
| | aglaubach@teamtogut.com |
| | eblander@teamtogut.com |
| *Counsel for Debtors and* | |
| *Debtors in Possession* | *Counsel for Debtors and* |
| | *Debtors in Possession* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,<br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**NOTICE OF ADJOURNMENT OF MATTERS PREVIOUSLY SCHEDULED FOR NOVEMBER 13, 2025 TO NOVEMBER 25, 2025**

**PLEASE TAKE NOTICE** that, at the request of Powin, LLC and its affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") had scheduled an omnibus hearing date on November 13, 2025 (the "November 13th Omnibus Hearing Date").

**PLEASE TAKE FURTHER NOTICE** that all matters that were previously scheduled on the November 13th Omnibus Hearing Date have been adjourned to November 25, 2025 at 11:30 a.m. (Eastern Standard Time), at the request of the Bankruptcy Court.

1

Dated: November 11, 2025

**DENTONS US LLP**

*/s/ Lauren Macksoud*
Lauren Macksoud (admitted)
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912-7100
Facsimile: (973) 912-7199
Email: lauren.macksoud@dentons.com

Tania M. Moyron (admitted pro hac vice)
Van C. Durrer, II (admitted pro hac vice)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
        van.durrer@dentons.com

John D. Beck (pro hac vice pending)
Sarah M. Schrag (pro hac vice pending)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
        sarah.schrag@dentons.com

- and -

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street, Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted pro hac vice)
Eitan Blander (admitted pro hac vice)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: altogut@teamtogut.com

aglaubach@teamtogut.com
eblander@teamtogut.com

*Counsel for Debtors and Debtors in Possession*

3

US_ACTIVE\131662807\V-1