# EXHIBIT A

GENOVA BURNS LLC

October 31, 2025
Invoice No.: 539767

## PROFESSIONAL SERVICES RENDERED

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/01/25 | DMS | B110 | Review investigation report. | .50 | 900.00 | 450.00 |
| 10/01/25 | DMS | B110 | Creditor Committee call. | 1.70 | 900.00 | 1,530.00 |
| 10/01/25 | DMS | B110 | Review 90 day and one year transfers. | .70 | 900.00 | 630.00 |
| 10/01/25 | DMS | B110 | Review slide deck regarding investigation. | .20 | 900.00 | 180.00 |
| 10/01/25 | DWC | B110 | Committee conference call with all professionals | 1.70 | 700.00 | 1,190.00 |
| 10/01/25 | SSL | B110 | Emails from/to DMS regarding 90 day payments. Review and forward of same. | .30 | 550.00 | 165.00 |
| 10/01/25 | SSL | B110 | Review email from Ken Aulet of BR to committee listserv forwarding slide deck regarding investigation. | .10 | 550.00 | 55.00 |
| 10/03/25 | DMS | B110 | Creditor Committee pre-call with creditor committee professionals. | .40 | 900.00 | 360.00 |
| 10/03/25 | DMS | B110 | Research 503 reclamation claim and send to Aulet. | .50 | 900.00 | 450.00 |
| 10/03/25 | DMS | B160 | Process CNO's for BR and A&M. | .30 | 900.00 | 270.00 |
| 10/03/25 | DMS | B320 | Emails with DWC and SSL regarding plan procedure motion and solicitation documents. | .30 | 900.00 | 270.00 |
| 10/03/25 | DMS | B110 | Email regarding removal ext. motion. | .30 | 900.00 | 270.00 |
| 10/03/25 | DMS | B320 | Emails with DWC regarding Plan motion. | .30 | 900.00 | 270.00 |
| 10/03/25 | DMS | B110 | Review Court Order regarding shutdown. | .20 | 900.00 | 180.00 |
| 10/03/25 | DMS | B320 | Emails regarding liquidity and Plan funding. | .30 | 900.00 | 270.00 |
| 10/03/25 | DMS | B110 | Review Motion to compel abandonment. | .20 | 900.00 | 180.00 |
| 10/03/25 | DWC | B110 | Committee precall with professionals | .50 | 700.00 | 350.00 |
| 10/03/25 | DWC | B160 | Coordinate filing on CNO for fee statement by A&M | .20 | 700.00 | 140.00 |
| 10/03/25 | DWC | B110 | Update DMS on status of plan and related doc prep | .20 | 700.00 | 140.00 |

GENOVA BURNS LLC

October 31, 2025
Invoice No.:    539767

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/03/25 | DWC | B110 | Coordinate participation in weekend call with debtor to update committee on waterfall analysis | .20 | 700.00 | 140.00 |
| 10/03/25 | LD | B160 | Prepare and file CNO re A&M August fee statement. | .50 | 275.00 | 137.50 |
| 10/03/25 | SSL | B320 | Review emails between DMS and DWC regarding status of plan. | .20 | 550.00 | 110.00 |
| 10/04/25 | DMS | B110 | Review Motion to extend time on leases. | .20 | 900.00 | 180.00 |
| 10/04/25 | DWC | B110 | Liquidity call with committee and debtor professionals | .80 | 700.00 | 560.00 |
| 10/06/25 | DMS | B320 | Review revised Plan and emails with Aulet regarding same. | .70 | 900.00 | 630.00 |
| 10/06/25 | DMS | B110 | Creditor Committee call. | .60 | 900.00 | 540.00 |
| 10/06/25 | DMS | B110 | Research regarding new value and emails regarding same. | .70 | 900.00 | 630.00 |
| 10/06/25 | DMS | B320 | Review Plan and solicit package and emails with DWC regarding same. | .80 | 900.00 | 720.00 |
| 10/06/25 | DMS | B320 | Emails with Aulet and Creditor Committee regarding Plan process. | .50 | 900.00 | 450.00 |
| 10/06/25 | DMS | B110 | Email with A&M regarding fee estimate. | .20 | 900.00 | 180.00 |
| 10/06/25 | DMS | B110 | Review draft Order regarding confidential information and comments. | .30 | 900.00 | 270.00 |
| 10/06/25 | DMS | B110 | Email with Aulet regarding liquidating trustee. | .20 | 900.00 | 180.00 |
| 10/06/25 | SSR | B110 | Met with DMS regarding research on new value defense and paid new value determined as of petition date and doesn't account for post petition payment. | .20 | 700.00 | 140.00 |
| 10/06/25 | SSR | B110 | Research regarding the above. | 1.50 | 700.00 | 1,050.00 |
| 10/06/25 | DWC | B110 | Discuss plan and disclosure formatting re release language; prep A&M fee statement filing | .40 | 700.00 | 280.00 |
| 10/06/25 | DWC | B110 | Review solicitation materials and draft motion for protective order; provide comment and edits | 2.10 | 700.00 | 1,470.00 |

**GENOVA BURNS LLC**

October 31, 2025
Invoice No.:  539767

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/06/25 | LD | B160 | File and arrange for service of A&M September fee statement. | .50 | 275.00 | 137.50 |
| 10/06/25 | LD | B110 | Revise and reformat draft order for entry of protective order. | .30 | 275.00 | 82.50 |
| 10/06/25 | LD | B110 | Call with SL re monthly statements procedures. | .20 | 275.00 | 55.00 |
| 10/06/25 | SSL | B320 | Email from Ken Aulet of BR forwarding combined DS and Plan draft to committee listserv for review. | .20 | 550.00 | 110.00 |
| 10/06/25 | SSL | B110 | Review email from Matthew Sawyer of BR to committee listserv forwarding agenda for call. | .10 | 550.00 | 55.00 |
| 10/06/25 | SSL | B160 | Emails from Bijal Desai and DWC regarding monthly fee statement. Review of same. Receipt/review ECF confirmation of filing. | .50 | 550.00 | 275.00 |
| 10/06/25 | SSL | B110 | Review email from Ken Aulet of BR to committee listserv regarding plan filing. | .10 | 550.00 | 55.00 |
| 10/06/25 | SSL | B320 | Receipt/review ECF notice plan and joint disclosure statement have been filed. | .10 | 550.00 | 55.00 |
| 10/07/25 | DMS | B110 | Review Notice of Hearing and emails regarding same. | .30 | 900.00 | 270.00 |
| 10/07/25 | DMS | B110 | Emails with Aulet and DWC regarding October 10th hearing. | .30 | 900.00 | 270.00 |
| 10/07/25 | DMS | B110 | Emails regarding October 8th creditor committee meeting. | .30 | 900.00 | 270.00 |
| 10/07/25 | DMS | B110 | Review Motion to reject. | .20 | 900.00 | 180.00 |
| 10/07/25 | DMS | B110 | Emails to Greg B. et al regarding landlord and timeline. | .30 | 900.00 | 270.00 |
| 10/07/25 | DMS | B110 | Email with LD regarding information for petition. | .20 | 900.00 | 180.00 |
| 10/07/25 | DMS | B110 | Review Greg B update. | .20 | 900.00 | 180.00 |
| 10/07/25 | DMS | B110 | Review Joint Stipulation regarding rejections. | .20 | 900.00 | 180.00 |

GENOVA BURNS LLC

October 31, 2025
Invoice No.:    539767

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 10/07/25 | DWC | B110 | Coordinate appearance for conditional approval of disclosure statement | .30 | 700.00 | 210.00 |
| 10/07/25 | LD | B160 | File CNO for BR August fee statement. | .30 | 275.00 | 82.50 |
| 10/07/25 | SSL | B110 | Receipt/review ECF notice of no objection to BR monthly fee statement. | .10 | 550.00 | 55.00 |
| 10/07/25 | SSL | B110 | Review emails from Timothy Walsh and Ken Aulet regarding committee meeting. | .10 | 550.00 | 55.00 |
| 10/08/25 | DMS | B320 | Email regarding Plan and Ace. | .30 | 900.00 | 270.00 |
| 10/08/25 | DMS | B320 | Emails with Stark and DWC regarding Creditor Committee meeting and Plan. | .30 | 900.00 | 270.00 |
| 10/08/25 | DMS | B110 | Emails with Turner regarding Motion revisions. | .20 | 900.00 | 180.00 |
| 10/08/25 | DMS | B110 | Review Application to reject customer contracts. | .20 | 900.00 | 180.00 |
| 10/08/25 | LD | B110 | Edit captions of motions for protective order. | .20 | 275.00 | 55.00 |
| 10/09/25 | DMS | B110 | Committee Call and follow up calls and emails. | 1.50 | 900.00 | 1,350.00 |
| 10/09/25 | DMS | B110 | Call with DWC regarding preparation for hearings. | .30 | 900.00 | 270.00 |
| 10/09/25 | DMS | B110 | Email with Meyers regarding World Imports decision. | .20 | 900.00 | 180.00 |
| 10/09/25 | DMS | B110 | Emails with BR regarding Liquidating Trustee. | .20 | 900.00 | 180.00 |
| 10/09/25 | DWC | B110 | Committee meeting | 1.00 | 700.00 | 700.00 |
| 10/09/25 | LD | B160 | Review timesheets and prepare GB September monthly fee statement. | 1.00 | 275.00 | 275.00 |
| 10/09/25 | SSL | B110 | Emails from/to Ken Aulet of BR and Chambers of Judge Kaplan regarding appearances on disclosure statement hearing. | .30 | 550.00 | 165.00 |
| 10/10/25 | DMS | B160 | Review Arent retention. | .20 | 900.00 | 180.00 |
| 10/10/25 | DMS | B110 | Email with Aulet regarding status. | .20 | 900.00 | 180.00 |
| 10/10/25 | DMS | B320 | Review and discuss US Trustee objection to cond. approval of Disclosure Statement. | .50 | 900.00 | 450.00 |

GENOVA BURNS LLC

October 31, 2025
Invoice No.:    539767

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/10/25 | DMS | B110 | Review and course professional declarations. | .20 | 900.00 | 180.00 |
| 10/10/25 | DMS | B110 | Calls with Aulet and Stark and Creditor Committee professionals call. | .80 | 900.00 | 720.00 |
| 10/10/25 | DWC | B110 | Committee professionals call | .50 | 700.00 | 350.00 |
| 10/10/25 | DWC | B110 | Appear at Powin conditional disclosure hearing | 1.50 | 700.00 | 1,050.00 |
| 10/10/25 | DWC | B195 | Appear in Trenton hearing on conditional disclosure hearing | 3.00 | 350.00 | 1,050.00 |
| 10/10/25 | LD | B160 | File COS re A&M September fee statement. | .30 | 275.00 | 82.50 |
| 10/10/25 | SSL | B320 | Receipt/review UST's objection to disclosure statement. | .20 | 550.00 | 110.00 |
| 10/11/25 | DMS | B110 | Emails with Moyron et al regarding scheduling. | .20 | 900.00 | 180.00 |
| 10/11/25 | DMS | B320 | Review draft Disclosure Statement Order, Confirmation Hearing notice and voting package. | .50 | 900.00 | 450.00 |
| 10/11/25 | DMS | B110 | Emails regarding Creditor Committee meeting. | .20 | 900.00 | 180.00 |
| 10/11/25 | DMS | B110 | Email with DWC regarding call with Debtor counsel. | .20 | 900.00 | 180.00 |
| 10/11/25 | DMS | B110 | Email with Uzzi regarding waterfall. | .20 | 900.00 | 180.00 |
| 10/11/25 | DWC | B110 | Coordinate appearance in trenton | .20 | 700.00 | 140.00 |
| 10/13/25 | DMS | B110 | Emails with Aulet regarding status of Ace agreement. | .30 | 900.00 | 270.00 |
| 10/13/25 | DMS | B110 | Review revised waterfall from Dentors and email with DWC. | .30 | 900.00 | 270.00 |
| 10/13/25 | DMS | B110 | Emails regarding fee estimates. | .20 | 900.00 | 180.00 |
| 10/13/25 | DMS | B320 | Emails with Togut et al regarding proposed Disclosure Statement Order and review drafts. | .40 | 900.00 | 360.00 |
| 10/13/25 | DWC | B110 | Update DMS on waterfall from debtor professionals | .30 | 700.00 | 210.00 |
| 10/14/25 | DMS | B110 | Creditor Committee meeting. | 1.20 | 900.00 | 1,080.00 |

GENOVA BURNS LLC

October 31, 2025
Invoice No.:    539767

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/14/25 | DMS | B320 | Review and circulate Plan provisions regarding Trustee and oversight committee. | .50 | 900.00 | 450.00 |
| 10/14/25 | DMS | B320 | Review revised Plan and solicitation documents and Order scheduling confirmation. | 1.10 | 900.00 | 990.00 |
| 10/14/25 | DMS | B320 | Review signed Disclosure Statement Order and emails regarding same. | .30 | 900.00 | 270.00 |
| 10/14/25 | DMS | B320 | Emails with BR and Dentons on cover letter and Plan redrafts. | .60 | 900.00 | 540.00 |
| 10/14/25 | DWC | B110 | Committee meeting to discuss open issues | 1.00 | 700.00 | 700.00 |
| 10/14/25 | SSL | B320 | Receipt/review ECF notice of entry of order approving disclosure statement. | .10 | 550.00 | 55.00 |
| 10/15/25 | DMS | B160 | Review and file monthly fee statement. | .20 | 900.00 | 180.00 |
| 10/15/25 | DMS | B320 | Review solicitation version of combined Plan and Disclosure Statement. | .70 | 900.00 | 630.00 |
| 10/15/25 | DMS | B110 | Review Aulet memo regarding TOC powers and emails with Creditor Committee regarding same. | .50 | 900.00 | 450.00 |
| 10/15/25 | DMS | B110 | Review Uzzi email regarding voting. | .10 | 900.00 | 90.00 |
| 10/15/25 | DMS | B320 | Review voting spreadsheets and emails regarding same. | .40 | 900.00 | 360.00 |
| 10/15/25 | DMS | B110 | Review Aulet report on Ace negotiation and Creditor Committee emails. | .30 | 900.00 | 270.00 |
| 10/15/25 | DMS | B320 | Emails regarding voting. | .30 | 900.00 | 270.00 |
| 10/15/25 | DWC | B110 | Conference call to discuss APA issues with Ballyshannon | 1.00 | 700.00 | 700.00 |
| 10/15/25 | DWC | B110 | Coordinate response to A&M re questions on protocol and dealine for fee statements | .20 | 700.00 | 140.00 |
| 10/15/25 | LD | B160 | Finalize, file and arrange for service of GB's September monthly fee statement. | .50 | 275.00 | 137.50 |

GENOVA BURNS LLC

October 31, 2025
Invoice No.:    539767

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/15/25 | SSL | B160 | Email from Bijal Desai of A&M regarding upcoming fee application and confirmation of deadlines. Review order on same and email with DWC. Email to Desai target date for review. | .40 | 550.00 | 220.00 |
| 10/15/25 | SSL | B110 | Receipt/forward Verita invoice to Ken Aulet of BR. | .10 | 550.00 | 55.00 |
| 10/15/25 | SSL | B160 | Receipt/review BR monthly fee statement. | .20 | 550.00 | 110.00 |
| 10/16/25 | DMS | B320 | Review Plan filings. | .50 | 900.00 | 450.00 |
| 10/16/25 | DMS | B160 | Review and file BR monthly fee statement. | .30 | 900.00 | 270.00 |
| 10/16/25 | DMS | B110 | Emails with Aulet regarding trust, oversight committee, etc. | .30 | 900.00 | 270.00 |
| 10/16/25 | DMS | B110 | Email with Sawyer regarding fees. | .20 | 900.00 | 180.00 |
| 10/16/25 | DMS | B110 | Emails with Aulet et al regarding composition of TOC. | .40 | 900.00 | 360.00 |
| 10/16/25 | LD | B160 | File BR September fee statement and arrange for service. | .50 | 275.00 | 137.50 |
| 10/16/25 | SSL | B160 | Emails from Matthew Sawyer of BR and LD regarding filing of BR interim fee application. Receipt/review ECF notice confirming filing of same. | .30 | 550.00 | 165.00 |
| 10/16/25 | SSL | B160 | Email to Bijal Desai of A&M regarding submit date for fee application to allow for review. | .20 | 550.00 | 110.00 |
| 10/17/25 | DMS | B110 | Creditor Committee professionals precall. | .40 | 900.00 | 360.00 |
| 10/17/25 | DMS | B110 | Emails with Creditor Committee members. | .30 | 900.00 | 270.00 |
| 10/17/25 | DMS | B110 | Email regarding composition of TOC and powers. | .70 | 900.00 | 630.00 |
| 10/17/25 | DMS | B320 | Review final solicitation letter and Court letter. | .20 | 900.00 | 180.00 |
| 10/17/25 | DWC | B110 | Professionals call in prep for committee call | .50 | 700.00 | 350.00 |
| 10/17/25 | LD | B160 | File COS re GB September fee statement. | .30 | 275.00 | 82.50 |
| 10/19/25 | DMS | B110 | Emails regarding creditor committee voting on TOC issues. | .20 | 900.00 | 180.00 |

GENOVA BURNS LLC

October 31, 2025
Invoice No.:   539767

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/20/25 | DMS | B110 | Emails regarding oversight committee and creditor committee call. | .30 | 900.00 | 270.00 |
| 10/20/25 | DMS | B160 | Emails with Creditor Committee professionals regarding fee applications. | .30 | 900.00 | 270.00 |
| 10/20/25 | DMS | B110 | More emails regarding oversight committee. | .40 | 900.00 | 360.00 |
| 10/20/25 | DMS | B110 | Emails with A&M regarding CNO and payment. | .20 | 900.00 | 180.00 |
| 10/20/25 | DMS | B110 | Review Chase setoff motion. | .20 | 900.00 | 180.00 |
| 10/20/25 | DMS | B110 | Review Ad Hoc Committee motion to compel. | .20 | 900.00 | 180.00 |
| 10/20/25 | LD | B160 | File COS re BR September fee statement. | .30 | 275.00 | 82.50 |
| 10/20/25 | SSL | B160 | Emails from/to Bijal Desai of A&M regarding deadline for fee applications submission. | .20 | 550.00 | 110.00 |
| 10/20/25 | SSL | B160 | Receipt/review ECF notice of COS on BR monthly fee statement. | .10 | 550.00 | 55.00 |
| 10/21/25 | DMS | B110 | Review Aulet emails and reply regarding LT. | .30 | 900.00 | 270.00 |
| 10/21/25 | DMS | B110 | Review Ad Hoc motion to compel. | .20 | 900.00 | 180.00 |
| 10/21/25 | DMS | B110 | Wrote to Creditors Committee regarding expense reimbursement. | .20 | 900.00 | 180.00 |
| 10/21/25 | DMS | B110 | Research Creditor Committee expenses. | .30 | 900.00 | 270.00 |
| 10/21/25 | DMS | B110 | Review agenda for October 23rd and email with DWC regarding coverage. | .30 | 900.00 | 270.00 |
| 10/21/25 | DMS | B110 | Review rejection orders. | .20 | 900.00 | 180.00 |
| 10/21/25 | DWC | B110 | Discuss and coordinate coverage for hearing on motion to compel filed by interested parties | .20 | 700.00 | 140.00 |
| 10/22/25 | DMS | B110 | Review Motion for Protective Order and emails with DWC and BR regarding same. | .70 | 900.00 | 630.00 |
| 10/22/25 | DMS | B110 | Review US Trustee objection and reservation of rights. | .20 | 900.00 | 180.00 |

GENOVA BURNS LLC

October 31, 2025
Invoice No.: 539767

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/22/25 | DWC | B110 | Rvw and revise draft motion for protective order; counsel client on hearing timing and available dates and request input | 1.70 | 700.00 | 1,190.00 |
| 10/22/25 | DWC | B110 | Confirm access with chambers | .20 | 700.00 | 140.00 |
| 10/22/25 | SSL | B110 | Emails from/to Ken Aulet of BR, DMS, and Chambers of Judge Kaplan regarding appearances at hearing. | .30 | 550.00 | 165.00 |
| 10/22/25 | SSL | B110 | Review emails between DWC and client regarding motion for protective order. | .20 | 550.00 | 110.00 |
| 10/22/25 | SSL | B110 | Emails from/to DWC regarding appearance at hearing. Email to Chambers of Judge Kaplan requesting presenter status for DWC. | .20 | 550.00 | 110.00 |
| 10/23/25 | DMS | B110 | More emails with BR and DWC regarding Motion for Protective Order. | .30 | 900.00 | 270.00 |
| 10/23/25 | DMS | B110 | Review Amp joinder. | .20 | 900.00 | 180.00 |
| 10/23/25 | DMS | B110 | Emails regarding Protective Order procedure. | .40 | 900.00 | 360.00 |
| 10/23/25 | DMS | B110 | Research powers of Post Confirmation Committee. | .30 | 900.00 | 270.00 |
| 10/23/25 | DWC | B110 | Discuss revision of motion to application in lieu and potential hearing dates | .20 | 700.00 | 140.00 |
| 10/23/25 | SSL | B110 | Emails from/to DWC and Chambers of Judge Kaplan regarding appearance by DWC. | .10 | 550.00 | 55.00 |
| 10/23/25 | SSL | B110 | Emails from/to BR team, DWC, and DMS regarding motion for protective order. Call with Chambers of Judge Kaplan regarding motion with shortened time versus application with 7 day deadline. | .80 | 550.00 | 440.00 |
| 10/24/25 | DMS | B110 | More emails regarding Motion for Protective Order. | .30 | 900.00 | 270.00 |
| 10/24/25 | DMS | B110 | Review draft trust agreements and comment. | .60 | 900.00 | 540.00 |
| 10/24/25 | DMS | B110 | Creditor Committee call to interview Gleason, etc. | 1.00 | 900.00 | 900.00 |
| 10/24/25 | DMS | B110 | Review Ribero email regarding retainer to KBF. | .20 | 900.00 | 180.00 |

GENOVA BURNS LLC

October 31, 2025
Invoice No.:    539767

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 10/24/25 | DMS | B110 | Review revised Protective Order pleadings. | .20 | 900.00 | 180.00 |
| 10/24/25 | DWC | B110 | Coordinate with cocounsel on revisions to motion for a protective order | .70 | 700.00 | 490.00 |
| 10/24/25 | SSL | B110 | Emails from/to Daniel Sachs of BR regarding status of application on protective order. | .10 | 550.00 | 55.00 |
| 10/24/25 | SSL | B110 | Review emails from Ken Aulet of BR to committee listserv regarding draft liquidating trust. | .10 | 550.00 | 55.00 |
| 10/24/25 | SSL | B110 | Calls with DWC regard application to enter protective order. Convert motion to application. Multiple emails to/from BR team for review. Review DWC comments to team. Edits to same. | 1.40 | 550.00 | 770.00 |
| 10/24/25 | SSL | B110 | Reformat of protective order and exhibit to confirm to local rules and form. | 1.60 | 550.00 | 880.00 |
| 10/24/25 | SSL | B110 | File and arrange service of application for entry of protective order. Email Chambers of Judge Kaplan courtesy copy. | .50 | 550.00 | 275.00 |
| 10/27/25 | DMS | B110 | Emails regarding KBF retainer. | .20 | 900.00 | 180.00 |
| 10/27/25 | DMS | B110 | Emails regarding Clyde and Company. | .20 | 900.00 | 180.00 |
| 10/27/25 | DMS | B110 | Review Flexgen letter demand and email regarding same. | .40 | 900.00 | 360.00 |
| 10/27/25 | DMS | B110 | Emails regarding OCP payments. | .20 | 900.00 | 180.00 |
| 10/27/25 | DMS | B110 | Review Latham letter regarding Flexgen claims and email regarding same. | .30 | 900.00 | 270.00 |
| 10/27/25 | DMS | B160 | Review Togut fee statement. | .20 | 900.00 | 180.00 |
| 10/27/25 | SSL | B110 | Confirmation email from Chambers of Judge Kaplan acknowledging receipt of application for protective order and 7 day rule. | .10 | 550.00 | 55.00 |
| 10/28/25 | DMS | B110 | Emails with Aulet regarding Plan and trust issues. | .30 | 900.00 | 270.00 |
| 10/29/25 | DMS | B160 | Emails re CNOs for BR, etc. | .30 | 900.00 | 270.00 |

GENOVA BURNS LLC

October 31, 2025
Invoice No.:    539767

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/29/25 | DWC | B110 | Coordinate CNO filing for fee statements | .20 | 700.00 | 140.00 |
| 10/29/25 | LD | B110 | File COS re application for protective order [dkt #990]. | .30 | 275.00 | 82.50 |
| 10/30/25 | DMS | B110 | Call with cred committee professionals. | .30 | 900.00 | 270.00 |
| 10/31/25 | LD | B160 | Prepare and file CNO re BR September fee statement. | .50 | 275.00 | 137.50 |
| 10/31/25 | SSL | B160 | Receipt/review ECF notice of filing of CNO on BR monthly fee statement. | .10 | 550.00 | 55.00 |
| 10/31/25 | SSL | B110 | Receipt/review ECF notice of entry of protective order. Forward same to BR team. | .20 | 550.00 | 110.00 |

**TOTAL PROFESSIONAL SERVICES**          $ 55,517.50

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Daniel M Stolz | Partner | 39.30 | 900.00 | 35,370.00 |
| Scott S Rever | Partner | 1.70 | 700.00 | 1,190.00 |
| Donald W. Clarke | Partner | 3.00 | 350.00 | 1,050.00 |
| Donald W. Clarke | Partner | 15.80 | 700.00 | 11,060.00 |
| Lorrie Denson | Paralegal | 5.70 | 275.00 | 1,567.50 |
| Susan S. Long | Counsel | 9.60 | 550.00 | 5,280.00 |
| **TOTALS** | | **75.10** | | **$ 55,517.50** |

# EXHIBIT B

**GENOVA BURNS LLC**

October 31, 2025
Invoice No.:    539767

**DISBURSEMENTS**

| | Description | Amount |
|---|---|---:|
| 8/01/25 | PACER SERVICE - PACER SERVICE, U.S. Courts: PACER 2552798-Q32025 | 3.00 |
| 8/01/25 | PACER SERVICE - PACER SERVICE, U.S. Courts: PACER 5252288-Q32025 | 5.60 |
| 8/12/25 | PACER SERVICE - PACER SERVICE, U.S. Courts: PACER 5252288-Q32025 | 3.40 |
| 9/04/25 | Parking - Trenton Parking  for appearance at Hearing - Amex Period Ending 9-30-DWC | 7.75 |
| 9/30/25 | Lexis-Nexis Research - Lexis-Nexis Research, RELX Inc. DBA LexisNexis, 3096020335 | 9.09 |
| 10/06/25 | Other Professional, BMC Group, Inc., 429-20251006-1 -  Fee for Professional Services - Amex Period Ending 10-31-DMS | 213.00 |
| 10/16/25 | Other Professional, BMC Group, Inc., 429-20251016-1 - Professional Service for Dkt #944 - Amex Period Ending 10-31-DMS | 221.37 |
| 10/17/25 | Other Professional, BMC Group, Inc., 429-20251015-1 - for Professional Services Rendered - Amex Period Ending 10-31-DMS | 192.94 |
| 10/24/25 | Other Professional, BMC Group, Inc., 429-20251024-1 - Fee for Professional Services Rendered - Amex Period Ending 10-31-DMS | 201.06 |
| | **TOTAL DISBURSEMENTS** | **$ 857.21** |