| **DENTONS US LLP** | **TOGUT, SEGAL & SEGAL LLP** |
|---|---|
| Tania M. Moyron (admitted *pro hac vice*) | Frank A. Oswald (admitted) |
| Van C. Durrer, II (admitted *pro hac vice*) | 550 Broad Street |
| 601 S. Figueroa Street | Suite 1508 |
| Suite 2500 | Newark, NJ 07102 |
| Los Angeles, CA 90017 | Telephone: (212) 594-5000 |
| Telephone: (213) 623-9300 | Facsimile: (212) 967-4258 |
| Facsimile: (213) 623-9924 | Email: frankoswald@teamtogut.com |
| Email: tania.moyron@dentons.com | |
| van.durrer@dentons.com | Albert Togut (admitted *pro hac vice*) |
| | Eitan Blander (admitted *pro hac vice*) |
| John D. Beck (admitted *pro hac vice*) | One Penn Plaza, Suite 3335 |
| Sarah M. Schrag (admitted *pro hac vice*) | New York, New York 10119 |
| 1221 Avenue of the Americas | Telephone: (212) 594-5000 |
| New York, NY 10020-1089 | Facsimile: (212) 967-4258 |
| Telephone: (212) 768-6700 | Email: altogut@teamtogut.com |
| Facsimile: (212) 768-6800 | eblander@teamtogut.com |
| Email: john.beck@dentons.com | |
| sarah.schrag@dentons.com | |
| *Counsel for Debtors and* | *Counsel for Debtors and* |
| *Debtors in Possession* | *Debtors in Possession* |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING THIRD MONTHLY FEE STATEMENT
FOR DENTONS US LLP AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION
FOR THE PERIOD AUGUST 1, 2025 THROUGH AUGUST 31, 2025**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [15241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

The Court authorized, under D.N.J. LBR 2016-3(a), compensation to professionals on a monthly basis. Under D.N.J. LBR 2016-3(c), objections to the third monthly fee statement of Dentons US LLP [Docket No. 989] (the "Monthly Fee Statement") filed on October 24, 2025, covering the period August 1, 2025 through August 31, 2025, were to be filed and served not later than November 7, 2025.

I, Tania M. Moyron, certify that, as of November 11, 2025, I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Monthly Fee Statement has been filed. Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Dated:    November 12, 2025

POWIN, LLC, *et al.*
*Debtors and Debtors in Possession*
*By their Counsel*

DENTONS US LLP,

*/s/  Tania M. Moyron*
Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
            van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the America
New York, NY 10020
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
            sarah.schrag@dentons.com

- and -

TOGUT, SEGAL & SEGAL

US_ACTIVE\131661225\V-1

Frank A. Oswald
550 Broad Street
Suite 1507
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, NY 10119
Telephone: (212) 594-5000
Facsimile:  (212) 967-4258
Email:  altogut@teamtogut.com
          eblander@teamtogut.com