**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

John W. Weiss
Leah M. Eisenberg
David E. Sklar
**PASHMAN STEIN WALDER HAYDEN, P.C.**
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Telephone: (201) 270-5477
Email: jweiss@pashmanstein.com
      leisenberg@pashmanstein.com
      dsklar@pashmanstein.com

-and-

Michelle M. McGreal (*pro hac vice* pending)
**CLIFFORD CHANCE US LLP**
Two Manhattan West
375 9th Avenue
New York, New York 10001
Telephone: (212) 878-8378
Email: michelle.mcgreal@cliffordchance.com

*Counsel for Mitsubishi Power Americas, Inc. and Prevalon Energy LLC*

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, *et al.*, | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notify the Court that Pashman Stein Walder Hayden, P.C. and Clifford Chance US LLP, will be substituted as attorney of record for *Mitsubishi Power Americas, Inc. and Prevalon Energy LLC*, Creditors in the above referenced cases.

                                **PASHMAN STEIN WALDER HAYDEN, P.C**

                                *Substituted Attorneys for Mitsubishi Power Americas, Inc. and Prevalon Energy LLC*

Date: November 13, 2025        By:*/s/ John W. Weiss*
                                             John W. Weiss

                                **PILLSBURY WINTHROP SHAW PITTMAN LLP**

                                *Former Attorneys for Mitsubishi Power Americas, Inc. and Prevalon Energy LLC*

Date: November 12, 2025        By:*/s/ John A. Pintarelli*
                                             John A. Pintarelli

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> John W. Weiss <br> Leah M. Eisenberg <br> David E. Sklar <br> **PASHMAN STEIN WALDER HAYDEN, P.C.** <br> 21 Main Street, Suite 200 <br> Hackensack, New Jersey 07601 <br> Telephone: (201) 270-5477 <br> Email: jweiss@pashmanstein.com <br>       leisenberg@pashmanstein.com <br>       dsklar@pashmanstein.com <br><br> -and- <br><br> Michelle M. McGreal (*pro hac vice* pending) <br> **CLIFFORD CHANCE US LLP** <br> Two Manhattan West <br> 375 9th Avenue <br> New York, New York 10001 <br> Telephone: (212) 878-8378 <br> Email: michelle.mcgreal@cliffordchance.com <br><br> *Counsel for Mitsubishi Power Americas, Inc. and Prevalon Energy LLC* | |
| In re: <br><br> Powin, LLC, *et al.*, <br><br>                        Debtors. | Chapter 11 <br><br> Case No. 25-16137 (MBK) <br><br> (Jointly Administered) |

## CERTIFICATION OF SERVICE

I, John W. Weiss of Pashman Stein Walder Hayden, P.C, Counsel for Mitsubishi Power Americas, Inc. and Prevalon Energy LLC in the above reference proceeding certifies as follows:

On November 13, 2025, I caused to be served the Notice of Substitution of Attorney via CM/ECF on all parties registered to receive notice in the above captioned chapter 11 bankruptcy cases:

Dated: November 13, 2025                           */s/ John W. Weiss*
                                                                     John W. Weiss