UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Kenneth J. Aulet, Esq.
Ben Silverberg, Esq.
Jeffrey L. Jonas
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4924
Fax: (212) 938-2924
Email: rstark@brownrudnick.com
        kaulet@brownrudnick.com
        bsilverberg@brownrudnick.com
        jjonas@brownrudnick.com
*Counsel for the Official Committee of
Unsecured Creditors*
-and-
**GENOVA BURNS LLC**
Daniel M. Stolz, Esq.
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 533-0777
Fax: (973) 814-4045
Email: dstolz@genovaburns.com
*Local Counsel for the Official Committee of
Unsecured Creditors*

In re:

POWIN, LLC., *et al.*,[1]

                    Debtors.

Chapter 11

Case No: 25-16137 (MBK)

(Jointly Administered)

**Objection Deadline: November 28, 2025**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

**FOURTH MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL NORTH
AMERICA, LLC, FOR PAYMENT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM OCTOBER 1, 2025 THROUGH OCTOBER 31, 2025**

Alvarez & Marsal North America, LLC ("A&M"), financial advisor to the Official
Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned jointly
administered chapter 11 cases of Powin, LLC., *et al.* (the "Debtors"), hereby submits its fourth
monthly fee statement (the "Statement") pursuant to sections 330 and 331 of Title 11 of the United
States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, D.N.J. LBR 2016-1, and
the *Administrative Fee Order Establishing Procedures for Allowance and Payment of Interim
Compensation and Reimbursement of Expenses of Professionals Retained by Order of This Court*
entered on July 25, 2025 [Dkt. No. 519] (the "Administrative Fee Order").  Pursuant to the
Administrative Fee Order, responses to this Statement, if any, are due by **November 28, 2025.**

Dated: November 14, 2025

**ALVAREZ & MARSAL NORTH
AMERICA, LLC**

By: */s/ Richard Newman*
Richard Newman
540 W. Madison St., Suite 1800
Chicago, IL, 60661
Telephone: 312.288.4056
rnewman@alvarezandmarsal.com

*Financial Advisor to the Official Committee of
Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

## FEE STATEMENT COVER SHEET

| | |
|---|---|
| Debtor: Powin, LLC., *et al.*[1] | Applicant: Alvarez & Marsal North America, LLC ("A&M") |
| Case No: 25-16137 (MBK) | Client: Official Committee of Unsecured Creditors |
| Chapter: 11 | Case Filed: June 9, 2025, June 10, 2025, and June 22, 2025 |

## SECTION I
## FEE SUMMARY

Summary of the Amounts Requested for the Period from
October 1, 2025 through October 31, 2025 (the "Fee Period")

| | |
|---|---|
| Fee Total: | $210,597.50 |
| Less: 20% Holdback | (42,119.50) |
| Plus: 100% Expenses | 8,744.68 |
| Total Sought at this Time | $177,222.68 |

### Summary of Amounts Requested for Previous Periods

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fees Requested: | $2,282,843.00 | $703.98 |
| Total Fees Allowed To Date: | $1,826,274.40 | $703.98 |
| Total Retainer (If Applicable): | N/A | N/A |
| Total Holdback: | $456,586.60 | $0.00 |
| Total Received By Applicant: | $1,826,274.40 | $703.98 |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

**SECTION I (CONTINUED)**
**FEE SUMMARY**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Newman, Rich | Managing Director | $    1,375 | 23.9 | $      32,862.50 |
| Gonzalez, Andrea | Managing Director | 1,250 | 8.3 | 10,375.00 |
| Waschitz, Seth | Senior Director | 1,050 | 69.2 | 72,660.00 |
| Ragan, Conrad | Director | 900 | 26.7 | 24,030.00 |
| Sinclair, Gibbons | Senior Associate | 775 | 0.3 | 232.50 |
| Tapia, Josue | Manager | 725 | 2.3 | 1,667.50 |
| Desai, Bijal | Associate | 650 | 43.8 | 28,470.00 |
| Gomerez, Ana | Associate | 585 | 6.0 | 3,510.00 |
| Luna, Manuel | Analyst | 575 | 48.4 | 27,830.00 |
| Crump, Skye | Analyst | 550 | 15.2 | 8,360.00 |
| Grussing, Bernice | Operations Manager | 375 | 1.6 | 600.00 |
| **Total** | | | **245.7** | $      **210,597.50** |

## SECTION  II
## SUMMARY OF SERVICES

| Project Category | Hours | Fees |
|---|---|---|
| Asset Sales | 6.0 | $    5,897.50 |
| Cash Budget | 37.7 | 33,175.00 |
| Claims / Liabilities Subject to Compromise | 57.9 | 53,932.50 |
| Court Attendance / Participation | 0.6 | 630.00 |
| Fee Application | 24.6 | 14,792.50 |
| Financial & Operational Matters | 14.8 | 10,912.50 |
| General Correspondence with Debtor & Debtors' Professionals | 0.5 | 525.00 |
| General Correspondence with UCC & UCC Counsel | 12.0 | 14,725.00 |
| Plan of Reorganization / Disclosure Statement | 20.1 | 20,475.00 |
| Potential Avoidance Actions / Litigation Matters | 71.5 | 55,532.50 |
| **Total** | **245.7** | **$    210,597.50** |

## SECTION  III
## SUMMARY OF DISBURSEMENTS

| Expense Type | Amount |
|---|---|
| Miscellaneous | $    8,744.68 |
| **Total** | **$    8,744.68** |

**SECTION IV
CASE HISTORY**

(1)    Date cases filed:                            June 9, 2025, June 10, 2025, and June 22, 2025

(2)    Chapter under which cases commenced:    Chapter 11

(3)    Date of Retention:                  July 1, 2025

(4)    Summarize in brief the benefits to the estate and attach supplements as needed:

      (a)    A&M continued to analyze the Debtors' cash flow budgets, weekly budget-to-actual cash budget variance reports and wind-down budget to understand the Debtors' cash position at emergence

      (b)    A&M updated its draft waterfall analysis to assess potential recoveries for unsecured creditors under certain scenarios and updated its presentation for the Committee

      (c)    A&M continued its comprehensive review of documents posted to the Relativity platform, including the review of management correspondence / presentations, internal financial models, board materials, and other corporate records. A&M continued to prepare its investigation presentation for the Committee with a focus on the Company's corporate governance / accounting practices, and Debtors' decision-making processes, among others

      (d)    A&M began a review of the filed claims register to evaluate the population of claims by category

      (e)    A&M prepared an analysis comparing a potential Chapter 7 Plan versus to the Chapter 11 Plan to assist in Plan and settlement negotiations

      (f)    A&M regularly participated in calls with the Committee, Committee counsel, and the Debtors' professionals

      (g)    To the extent not addressed by the foregoing descriptions, A&M performed other services on behalf of the Committee that were necessary and appropriate during these chapter 11 cases

In support of this Statement, the following exhibits are annexed hereto:

      Exhibit A – Retention Order
      Exhibit B – A&M's itemized daily time records
      Exhibit C – A&M's itemized daily expense records

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 14, 2025               */s/ Richard Newman*
                                          Richard Newman

**EXHIBIT A**
ALVAREZ & MARSAL NORTH AMERICA, LLC
REVISED RETENTION ORDER

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Kenneth J. Aulet, Esq.
Ben Silverberg, Esq.
Jeffrey L. Jonas, Esq.
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4924
Fax: (212) 938-2924
rstark@brownrudnick.com
kaulet@brownrudnick.com
bsilverberg@brownrudnick.com
jjonas@brownrudnick.com

*Counsel for the Official Committee of Unsecured
Creditors*



**Order Filed on August 18, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

## REVISED ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTORS, POWIN, LLC, *ET AL.*, EFFECTIVE JULY 1, 2025

The relief set forth on the following pages 2 (two) through 6 (six) is hereby **ORDERED.**

DATED: August 18, 2025

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors:          POWIN LLC, et al.
Case No.:         25-16137 (MBK)
Caption of Order: REVISED ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
                  ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR TO
                  THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTORS,
                  POWIN, LLC, ET AL., EFECTIVE JULY 1, 2025

---

Upon the application (the "Application") [2] of the Official Committee of Unsecured Creditors (the "Committee") appointed in the Chapter 11 Cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order pursuant to sections 328, and 1103 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing the employment and retention of Alvarez & Marsal North America, LLC (together with employees of its affiliates (all of which are wholly-owned by its parent company and employees), its wholly owned subsidiaries, and independent contractors (collectively, "A&M"), as financial advisor to the Committee, effective as of July 1, 2025; and upon the Newman Declaration; and due and adequate notice of the Application having been given; and it appearing that no other notice need be given; and it appearing that A&M does not represent any adverse interest in connection with these cases; and it appearing that there is due cause; it is hereby

ORDERED that:

1.      The Application is approved as set forth herein.

2.      In accordance with Bankruptcy Code sections 328 and 1103, the Committee shall employ and retain A&M effective as of July 1, 2025, as its financial advisor on the terms set forth in the Application, without the need for any further action on the part of A&M or the Committee to document such retention.

3.      The terms of A&M's engagement, as set forth in the Application, including, without limitation, the compensation provisions and the indemnification provisions, are reasonable terms

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

Debtors:           POWIN LLC, et al.
Case No.:          25-16137 (MBK)
Caption of Order:  REVISED ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
                   ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR TO
                   THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTORS,
                   POWIN, LLC, ET AL., EFECTIVE JULY 1, 2025

_____

and conditions of employment and are hereby approved.  However, any of the Debtors' obligations

to indemnify A&M pursuant to the indemnification provisions included in the Application are

subject to the following:

   (a) A&M shall not be entitled indemnification, contribution, or reimbursement,

   unless such services and the indemnification, contribution, or reimbursement

   therefore are approved by the Court.

   (b) in no event shall A&M be indemnified for any claim or expense to the extent

   that either (i) a court determines by final order (which final order is no longer

   subject to appeal) that such claim arose out of A&M's own bad faith, self-dealing,

   breach of fiduciary duty (if any), gross negligence or willful misconduct; (ii) is for

   a contractual dispute in which it is alleged by the Debtors that A&M breached its

   obligations pursuant to the engagement, unless the Court determines that

   indemnification, contribution or reimbursement would be permissible pursuant to

   *In re United Artists Theater Co.,* 315 F.3d 217 (3d Cir. 2003); or (iii) the claim is

   settled prior to a judicial determination as to the exclusions in sub-clauses (i) and

   (ii) above, but is determined by this Court, after notice and a hearing pursuant to

   subparagraph (c) below to be a claim or expense for which A&M is not entitled to

   receive indemnity under the terms of the Application and this Order.

   (c) If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in

   these cases (that order having become a final order no longer subject to appeal); or

   (ii) the entry of an order closing these Chapter 11 Cases, A&M believes that they

   are entitled to payment of any amounts by the Debtors on account of

Debtors:          POWIN LLC, et al.
Case No.:        25-16137 (MBK)
Caption of Order: REVISED ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
                 ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR TO
                 THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTORS,
                 POWIN, LLC, ET AL., EFECTIVE JULY 1, 2025

---

indemnification, contribution and/or reimbursement obligations under the

Application (as modified by this Order), including, without limitation, the

advancement of defense costs, A&M must file an application with the Court, and

the Debtors may not pay any such amounts to A&M before the entry of an order by

the Court approving the payment. This subparagraph (c) is intended only to specify

the period of time under which the Court shall have jurisdiction over any requests

for fees and expenses by A&M for indemnification, contribution and/or

reimbursement, and is not a provision limiting the duration of the Debtors'

obligation to indemnify, or make contributions or reimbursements to, A&M. All

parties in interest shall retain the right to object to any demand by A&M for

indemnification, contribution and/or reimbursement.

(d) In the event that, during the pendency of these chapter 11 cases, A&M requests

reimbursement from the Debtors for any attorneys' fees and/or expenses, the

invoices and supporting time records from such attorneys shall be billed in one-

tenth hour increments and shall be included in A&M's fee applications, both

interim and final, and such invoices and time records shall be in compliance with

Local Rules, the U.S. Trustee Guidelines, and the standards of section 330 and 331

of the Bankruptcy Code, without regard to whether such attorney has been retained

under sections 327 and 1103 of the Bankruptcy Code and without regard to whether

such attorneys' services satisfy section 330(a)(3)(C) of the Bankruptcy Code.

Notwithstanding the foregoing, A&M shall not seek reimbursement of any fees

incurred defending any of A&M's fee applications in these cases.

Debtors:            POWIN LLC, et al.
Case No.:           25-16137 (MBK)
Caption of Order:   REVISED ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
                    ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR TO
                    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTORS,
                    POWIN, LLC, ET AL., EFECTIVE JULY 1, 2025

---

4.      A&M shall file applications for interim and final allowance of compensation and

reimbursement of expenses pursuant to the procedures set forth in Bankruptcy Code sections 330

and 331, such Bankruptcy Rules as may then be applicable, the Local Bankruptcy Rules, the

Guidelines, and the Court's Interim Compensation Order and any amendments or modifications

thereto A&M will also provide any and all fees and expenses included in monthly fee statements,

interim fee applications, and final fee applications in "LEDES", or similar agreed upon Excel

format, to the United States Trustee.

5.      At least ten (10) days before implementing any increases from the rates listed in its

Engagement Letter and Application for its professionals in these cases, A&M shall provide written

notice of any rate increases to the Committee, the United States Trustee, and the Debtors, and will

file a Supplemental Declaration with the Court.  The United States Trustee, retains all rights to

object to any rate increase on all grounds including, but not limited to, the reasonableness standard

provided for in section 330 of the Bankruptcy Code, and the Court retains the right to review any

rate increase pursuant to section 330 of the Bankruptcy Code. Any material change to the scope of

services being provided by A&M, as outlined in the Application, shall require further Court

approval.

6.      The Committee will coordinate with A&M and its other retained professionals to

minimize unnecessary duplication of the services provided by any of its retained professionals.

7.      To the extent that there may be any inconsistency between the terms of the

Application and this Order, the terms of this Order shall govern.

8.      The Committee and A&M are authorized to take all actions it deems necessary to

effectuate the relief granted pursuant to this Order in accordance with the Application.

Page 6
Debtors:          POWIN LLC, et al.
Case No.:         25-16137 (MBK)
Caption of Order: REVISED ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
                  ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR TO
                  THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTORS,
                  POWIN, LLC, ET AL., EFECTIVE JULY 1, 2025

_____

9.      This Order shall be immediately effective and enforceable upon its entry.

10.     Notice of the Application as provided therein is deemed to be good and sufficient

notice of such Application, and the requirements of the Bankruptcy Rules and the Local

Bankruptcy Rules are satisfied by the Application.

11.     This Court shall retain jurisdiction with respect to all matters arising or related to

the implementation of this Order or A&M's services for the Committee.

**EXHIBIT B**
ITEMIZED DAILY TIME RECORDS
FOR THE FEE PERIOD

*Exhibit B*

***Powin, LLC, et al.***
***Time Detail by Project Category***
***October 1, 2025 through October 31, 2025***

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| **Asset Sales** | | | |
| Waschitz, Seth | 10/13/2025 | 0.4 | Participate on call with A&M team (Newman, Waschitz) and U&L re: potential-JV sale negotiations |
| Newman, Rich | 10/13/2025 | 0.4 | Participate on call with A&M team (Newman, Waschitz) and U&L re: potential-JV sale negotiations |
| Newman, Rich | 10/23/2025 | 0.2 | Review potential settlement re: inventory |
| Waschitz, Seth | 10/26/2025 | 0.3 | Correspond with Debtors re: FF&E sales |
| Waschitz, Seth | 10/26/2025 | 0.5 | Review diligence re: FF&E sales |
| Waschitz, Seth | 10/28/2025 | 0.4 | Participate on internal call (Waschitz, Desai) to discuss draft proposal re: sale of FF&E |
| Desai, Bijal | 10/28/2025 | 0.4 | Participate on internal call (Waschitz, Desai) to discuss draft proposal re: sale of FF&E |
| Desai, Bijal | 10/28/2025 | 0.4 | Analyze proposed sale of FF&E |
| Waschitz, Seth | 10/28/2025 | 0.3 | Correspond with Debtors re: FF&E sales |
| Desai, Bijal | 10/28/2025 | 1.1 | Prepare sale proceed scenarios re: sale of FF&E |
| Waschitz, Seth | 10/28/2025 | 0.2 | Review Hilco proposal re: FF&E sales |
| Newman, Rich | 10/28/2025 | 0.5 | Review proposed miscellaneous asset transaction |
| Waschitz, Seth | 10/29/2025 | 0.5 | Correspond with Debtors re: FF&E sales |
| Waschitz, Seth | 10/29/2025 | 0.1 | Participate on call with UCC counsel re: FF&E sales |
| Waschitz, Seth | 10/29/2025 | 0.3 | Review updated Hilco proposal re: FF&E sales |
| **Subtotal** | | **6.0** | |
| **Cash Budget** | | | |
| Desai, Bijal | 10/1/2025 | 0.8 | Analyze Debtors' updated cash budget |
| Waschitz, Seth | 10/1/2025 | 1.5 | Review updated cash budget |
| Waschitz, Seth | 10/3/2025 | 0.6 | Participate on call with A&M team (Newman, Waschitz, Desai) to discuss updated cash budget / sources of cash |
| Newman, Rich | 10/3/2025 | 0.6 | Participate on call with A&M team (Newman, Waschitz, Desai) to discuss updated cash budget / sources of cash |
| Desai, Bijal | 10/3/2025 | 0.6 | Participate on call with A&M team (Newman, Waschitz, Desai) to discuss updated cash budget / sources of cash |
| Waschitz, Seth | 10/3/2025 | 1.1 | Participate on call with Debtors and A&M team (Newman, Waschitz, Desai) to discuss updated cash budget / sources of cash |
| Desai, Bijal | 10/3/2025 | 1.1 | Participate on call with Debtors and A&M team (Newman, Waschitz, Desai) to discuss updated cash budget / sources of cash |
| Newman, Rich | 10/3/2025 | 0.6 | Participate on call with Debtors and A&M team (Newman, Waschitz, Desai) to discuss updated cash budget / sources of cash (partial) |
| Desai, Bijal | 10/3/2025 | 0.8 | Analyze latest cash budget re: additional sources of cash |
| Desai, Bijal | 10/3/2025 | 1.3 | Analyze latest cash budget re: liquidity runway / reserve paydowns |

*Exhibit B*

**Powin, LLC, et al.**
*Time Detail by Project Category*
*October 1, 2025 through October 31, 2025*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Desai, Bijal | 10/3/2025 | 0.2 | Analyze sales tax assessment re: sources and uses of cash |
| Waschitz, Seth | 10/3/2025 | 0.3 | Correspond with A&M team re: cash budget sensitivity |
| Waschitz, Seth | 10/3/2025 | 0.2 | Correspond with UCC counsel re: professional fee estimate |
| Newman, Rich | 10/4/2025 | 0.6 | Participate on call with Debtors, UCC counsel, and A&M team (Newman, Gonzalez, Waschitz) re: liquidity |
| Gonzalez, Andrea | 10/4/2025 | 0.6 | Participate on call with Debtors, UCC counsel, and A&M team (Newman, Gonzalez, Waschitz) re: liquidity |
| Waschitz, Seth | 10/4/2025 | 0.6 | Participate on call with Debtors, UCC counsel, and A&M team (Newman, Gonzalez, Waschitz) re: liquidity |
| Desai, Bijal | 10/4/2025 | 0.5 | Analyze Debtors' latest 10-week cash budget |
| Desai, Bijal | 10/6/2025 | 0.3 | Analyze adjusted professional fee escrow for updated cash budget |
| Waschitz, Seth | 10/7/2025 | 0.2 | Correspond with UCC re: cash budget opex burn |
| Desai, Bijal | 10/7/2025 | 1.2 | Prepare summary of professional fees / operating expenses |
| Desai, Bijal | 10/7/2025 | 0.9 | Prepare weekly professional fee estimate |
| Waschitz, Seth | 10/9/2025 | 0.3 | Participate on call with Debtors and A&M team (Waschitz, Desai) re: liquidity update |
| Desai, Bijal | 10/9/2025 | 0.3 | Participate on call with Debtors and A&M team (Waschitz, Desai) re: liquidity update |
| Desai, Bijal | 10/9/2025 | 0.4 | Analyze Debtors' cash budget variance report |
| Newman, Rich | 10/9/2025 | 0.1 | Analyze Debtors' cash budget variance report |
| Luna, Manuel | 10/13/2025 | 1.2 | Prepare weekly fee estimate |
| Desai, Bijal | 10/14/2025 | 0.8 | Prepare weekly professional fee estimate |
| Desai, Bijal | 10/16/2025 | 0.4 | Participate on call with Debtors and A&M team (Waschitz, Desai) to discuss cash budget variance report / sources of cash |
| Waschitz, Seth | 10/16/2025 | 0.4 | Participate on call with Debtors and A&M team (Waschitz, Desai) to discuss cash budget variance report / sources of cash |
| Desai, Bijal | 10/16/2025 | 0.4 | Analyze Debtors' cash budget variance report |
| Waschitz, Seth | 10/16/2025 | 0.2 | Correspond with Debtors re: updated cash budget |
| Newman, Rich | 10/16/2025 | 0.1 | Review cash budget variance report |
| Waschitz, Seth | 10/16/2025 | 0.3 | Review cash budget variance report |
| Waschitz, Seth | 10/16/2025 | 0.2 | Review professional fee escrow funding report |
| Newman, Rich | 10/16/2025 | 0.1 | Review professional fee summary |
| Waschitz, Seth | 10/20/2025 | 0.5 | Participate on call with A&M team (Waschitz, Desai) and Debtors re: updated cash budget |
| Desai, Bijal | 10/20/2025 | 0.5 | Participate on call with A&M team (Waschitz, Desai) and Debtors re: updated cash budget |
| Desai, Bijal | 10/20/2025 | 1.6 | Analyze Debtors' latest 7-week cash budget |

*Exhibit B*

*Powin, LLC, et al.*
*Time Detail by Project Category*
*October 1, 2025 through October 31, 2025*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Waschitz, Seth | 10/20/2025 | 0.3 | Correspond with Debtors re: updated cash budget assumptions |
| Waschitz, Seth | 10/20/2025 | 1.8 | Review updated cash budget |
| Waschitz, Seth | 10/20/2025 | 0.9 | Sensitize updated cash budget |
| Newman, Rich | 10/20/2025 | 0.1 | Correspond with A&M team re: revised cash budget |
| Desai, Bijal | 10/21/2025 | 1.2 | Analyze Debtors' adjusted sources and uses of cash |
| Luna, Manuel | 10/21/2025 | 0.9 | Prepare weekly professional fee estimate |
| Waschitz, Seth | 10/21/2025 | 0.3 | Update cash budget sensitivity for sources and uses of cash updates |
| Newman, Rich | 10/21/2025 | 0.2 | Correspond with A&M team re: sale tax and outstanding liquidity issues |
| Waschitz, Seth | 10/22/2025 | 0.2 | Review professional fees escrow funding report |
| Newman, Rich | 10/22/2025 | 0.3 | Review adjusted sources and uses of cash |
| Desai, Bijal | 10/27/2025 | 0.3 | Participate on call with Debtors and A&M team (Waschitz, Desai) to discuss cash budget variance report |
| Waschitz, Seth | 10/27/2025 | 0.3 | Participate on call with Debtors and A&M team (Waschitz, Desai) to discuss cash budget variance report |
| Desai, Bijal | 10/27/2025 | 0.3 | Analyze Debtors' cash budget variance report |
| Waschitz, Seth | 10/27/2025 | 0.3 | Review cash budget variance report |
| Newman, Rich | 10/27/2025 | 0.2 | Review cash budget variance report |
| Newman, Rich | 10/27/2025 | 0.1 | Correspond with A&M team re: receipts |
| Desai, Bijal | 10/28/2025 | 0.7 | Prepare weekly professional fee estimate |
| Waschitz, Seth | 10/30/2025 | 0.2 | Correspond with Debtors re: sources and uses of cash analysis |
| Newman, Rich | 10/30/2025 | 0.1 | Correspond with A&M team re: sources and uses of cash |
| Waschitz, Seth | 10/31/2025 | 0.4 | Attend call with Uzzi and Lall and A&M (Newman, Waschitz) to discuss sources and uses of cash |
| Newman, Rich | 10/31/2025 | 0.4 | Attend call with Uzzi & Lall and A&M (Newman, Waschitz) to discuss sources and uses of cash |
| Waschitz, Seth | 10/31/2025 | 0.3 | Participate on call with A&M team (Waschitz, Desai) re: sources and uses of cash |
| Waschitz, Seth | 10/31/2025 | 0.3 | Participate on call with A&M team (Waschitz, Desai) re: sources and uses of cash |
| Desai, Bijal | 10/31/2025 | 1.3 | Analyze Debtors' latest 4-week cash budget |
| Desai, Bijal | 10/31/2025 | 1.1 | Prepare question list re: Debtors' latest cash budget |
| Waschitz, Seth | 10/31/2025 | 0.3 | Review cash budget variance report |
| Waschitz, Seth | 10/31/2025 | 0.4 | Review updated cash budget |
| Waschitz, Seth | 10/31/2025 | 0.3 | Review updated sources and uses of cash analysis |

**Exhibit B**

*Powin, LLC, et al.*
*Time Detail by Project Category*
*October 1, 2025 through October 31, 2025*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Waschitz, Seth | 10/31/2025 | 1.4 | Update sources and uses of cash analysis for UCC |
| Newman, Rich | 10/31/2025 | 0.1 | Correspond with A&M team re: sources and uses of cash |
| Newman, Rich | 10/31/2025 | 0.3 | Review updated sources and uses of cash |
| **Subtotal** | | **37.7** | |

| Claims / Liabilities Subject to Compromise | | | |
|---|---|---|---|
| Desai, Bijal | 10/1/2025 | 0.1 | Correspond with Debtors re: filed / scheduled claims register |
| Newman, Rich | 10/1/2025 | 0.1 | Review email re: proof of claims |
| Waschitz, Seth | 10/1/2025 | 0.4 | Review filed administrative proof of claims |
| Waschitz, Seth | 10/1/2025 | 2.3 | Review updated proof of claims report |
| Waschitz, Seth | 10/2/2025 | 0.6 | Discuss waterfall analysis with A&M team (Newman, Waschitz, Desai) |
| Newman, Rich | 10/2/2025 | 0.6 | Discuss waterfall analysis with A&M team (Newman, Waschitz, Desai) |
| Desai, Bijal | 10/2/2025 | 0.6 | Discuss waterfall analysis with A&M team (Newman, Waschitz, Desai) |
| Waschitz, Seth | 10/2/2025 | 0.4 | Participate on call with A&M team (Waschitz, Desai) re: waterfall analysis |
| Desai, Bijal | 10/2/2025 | 0.4 | Participate on call with A&M team (Waschitz, Desai) re: waterfall analysis |
| Desai, Bijal | 10/2/2025 | 1.7 | Analyze filed / scheduled claims by category |
| Desai, Bijal | 10/2/2025 | 1.3 | Analyze unsecured claims for proofs of claim summary |
| Desai, Bijal | 10/2/2025 | 0.6 | Prepare initial question list re: filed / scheduled claims |
| Desai, Bijal | 10/2/2025 | 1.6 | Reconcile scheduled claims to filed SOALs |
| Waschitz, Seth | 10/2/2025 | 0.8 | Review filed proof of claims |
| Newman, Rich | 10/2/2025 | 1.5 | Review potential administrative claims for waterfall analysis |
| Desai, Bijal | 10/2/2025 | 2.2 | Update proofs of claim summary re: filed / scheduled claims |
| Desai, Bijal | 10/3/2025 | 0.7 | Update draft waterfall analysis for Debtors' revised operating assumptions |
| Desai, Bijal | 10/3/2025 | 1.7 | Update draft waterfall analysis for latest wind-down budget |
| Desai, Bijal | 10/3/2025 | 1.7 | Update proofs of claim register re: duplicate secured claims |
| Desai, Bijal | 10/3/2025 | 1.1 | Update proofs of claim summary re: reconciled claims |
| Waschitz, Seth | 10/4/2025 | 0.7 | Participate on call with A&M team (Waschitz, Desai) re: waterfall analysis report for UCC |
| Desai, Bijal | 10/4/2025 | 0.7 | Participate on call with A&M team (Waschitz, Desai) re: waterfall analysis report for UCC |
| Newman, Rich | 10/4/2025 | 0.2 | Prepare correspondence re: waterfall analysis report for UCC |

*Exhibit B*

*Powin, LLC, et al.*
*Time Detail by Project Category*
*October 1, 2025 through October 31, 2025*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Waschitz, Seth | 10/4/2025 | 2.4 | Review and edit waterfall analysis report for UCC |
| Desai, Bijal | 10/4/2025 | 2.4 | Update waterfall analysis report for UCC |
| Desai, Bijal | 10/4/2025 | 1.5 | Update draft waterfall analysis report for UCC re: key assumptions / commentary |
| Desai, Bijal | 10/4/2025 | 1.3 | Update draft waterfall analysis report for UCC re: sources of value |
| Newman, Rich | 10/5/2025 | 0.2 | Discuss waterfall analysis report for UCC with UCC counsel |
| Newman, Rich | 10/5/2025 | 2.3 | Prepare waterfall analysis report for UCC |
| Waschitz, Seth | 10/5/2025 | 0.4 | Correspond with UCC counsel re: waterfall analysis report for UCC |
| Waschitz, Seth | 10/5/2025 | 2.2 | Review and edit waterfall analysis report for UCC |
| Desai, Bijal | 10/5/2025 | 0.8 | Update draft waterfall analysis report for UCC based upon UCC counsel's comments |
| Newman, Rich | 10/6/2025 | 0.1 | Correspond with A&M team re: waterfall analysis |
| Desai, Bijal | 10/6/2025 | 0.6 | Correspond with UCC counsel re: filed / scheduled administrative claims |
| Waschitz, Seth | 10/6/2025 | 0.4 | Review and edit waterfall analysis report for UCC |
| Newman, Rich | 10/8/2025 | 0.2 | Correspond with A&M team re: administrative claims |
| Waschitz, Seth | 10/8/2025 | 0.2 | Participate on call with UCC counsel re: claims update |
| Waschitz, Seth | 10/8/2025 | 0.3 | Review proofs of claim re: Expeditors |
| Newman, Rich | 10/9/2025 | 0.4 | Analyze path forward for payment of administrative claims |
| Newman, Rich | 10/9/2025 | 0.8 | Participate on call with UCC counsel re: administrative / priority claim payment analysis |
| Waschitz, Seth | 10/9/2025 | 0.5 | Analyze ACE's reclamation claim |
| Waschitz, Seth | 10/9/2025 | 0.2 | Correspond with Debtors re: ACE's reclamation claim |
| Waschitz, Seth | 10/9/2025 | 0.3 | Participate on call with Debtors re: administrative claims |
| Desai, Bijal | 10/9/2025 | 0.9 | Prepare reconciliation of 503(b)(9) claims for draft waterfall analysis |
| Desai, Bijal | 10/9/2025 | 0.8 | Prepare summary of filed / scheduled 503(b)(9) claims |
| Waschitz, Seth | 10/9/2025 | 1.1 | Review and edit updated waterfall analysis |
| Waschitz, Seth | 10/9/2025 | 1.3 | Research 503(b)(9) claims |
| Newman, Rich | 10/12/2025 | 0.6 | Participate on call with UCC counsel, A&M team (Newman, Waschitz) and Debtors re: waterfall analysis |
| Waschitz, Seth | 10/12/2025 | 0.6 | Participate on call with UCC counsel, A&M team (Newman, Waschitz) and Debtors re: waterfall analysis |
| Newman, Rich | 10/12/2025 | 0.2 | Review Debtors' waterfall |
| Desai, Bijal | 10/12/2025 | 1.4 | Analyze Debtors' draft waterfall report |

*Exhibit B*

*Powin, LLC, et al.*
*Time Detail by Project Category*
*October 1, 2025 through October 31, 2025*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Waschitz, Seth | 10/12/2025 | 0.4 | Review Debtors' waterfall analysis |
| Newman, Rich | 10/13/2025 | 0.3 | Correspond with A&M team re: waterfall analysis |
| Waschitz, Seth | 10/13/2025 | 0.8 | Participate in working session with A&M team re: waterfall analysis |
| Waschitz, Seth | 10/13/2025 | 0.9 | Review and edit waterfall analysis report for UCC |
| Newman, Rich | 10/16/2025 | 0.1 | Correspond with A&M team re: Canadian claim |
| Waschitz, Seth | 10/16/2025 | 0.3 | Participate on call with Debtors re: decommissioning liability |
| Waschitz, Seth | 10/20/2025 | 2.9 | Update waterfall analysis re: updated cash budget |
| Sinclair, Gibbons | 10/20/2025 | 0.3 | Update waterfall analysis for latest budget |
| Waschitz, Seth | 10/21/2025 | 0.3 | Update waterfall analysis re: reimbursements |
| Waschitz, Seth | 10/28/2025 | 0.2 | Correspond with A&M team re: insurance claim |
| Waschitz, Seth | 10/28/2025 | 0.2 | Correspond with Debtors re: insurance claim |
| Waschitz, Seth | 10/31/2025 | 1.0 | Attend call with UCC counsel and A&M  (Newman, Waschitz) to discuss administrative claims |
| Newman, Rich | 10/31/2025 | 1.0 | Attend call with UCC counsel and A&M  (Newman, Waschitz) to discuss administrative claims |
| Newman, Rich | 10/31/2025 | 0.2 | Discuss administrative claim payment scenarios with A&M team (Newman, Waschitz) |
| Waschitz, Seth | 10/31/2025 | 0.2 | Discuss administrative claim payment scenarios with A&M team (Newman, Waschitz) |
| Waschitz, Seth | 10/31/2025 | 2.4 | Update waterfall analysis re: Plan supplement |
| **Subtotal** | | **57.9** | |

| Court Attendance / Participation | | | |
|---|---|---|---|
| Waschitz, Seth | 10/10/2025 | 0.3 | Attend disclosure statement hearing (telephonically) |
| Waschitz, Seth | 10/23/2025 | 0.3 | Attend court hearing re: adjourned motions (telephonically) |
| **Subtotal** | | **0.6** | |

*Exhibit B*

*Powin, LLC, et al.*
*Time Detail by Project Category*
*October 1, 2025 through October 31, 2025*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| **Fee Application** | | | |
| Luna, Manuel | 10/1/2025 | 2.4 | Prepare September fee application cover pages |
| Luna, Manuel | 10/2/2025 | 1.4 | Prepare September fee application |
| Waschitz, Seth | 10/3/2025 | 0.9 | Review and edit September fee statement |
| Luna, Manuel | 10/3/2025 | 2.2 | Update September fee application |
| Newman, Rich | 10/6/2025 | 0.2 | Review September fee application |
| Luna, Manuel | 10/6/2025 | 1.8 | Update September fee application |
| Grussing, Bernice | 10/8/2025 | 1.6 | Process September fee application |
| Luna, Manuel | 10/15/2025 | 2.1 | Prepare first interim fee application |
| Luna, Manuel | 10/20/2025 | 2.0 | Prepare first interim fee application |
| Luna, Manuel | 10/21/2025 | 2.3 | Prepare first interim fee application |
| Luna, Manuel | 10/22/2025 | 1.8 | Prepare first interim fee application |
| Waschitz, Seth | 10/22/2025 | 0.8 | Review and edit first interim fee application |
| Luna, Manuel | 10/23/2025 | 1.4 | Update first interim fee application |
| Luna, Manuel | 10/24/2025 | 1.9 | Update first interim fee application narratives |
| Luna, Manuel | 10/25/2025 | 1.8 | Update first interim fee application |
| **Subtotal** | | **24.6** | |

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| **Financial & Operational Matters** | | | |
| Waschitz, Seth | 10/2/2025 | 0.2 | Correspond with UCC counsel re: WARN analysis |
| Newman, Rich | 10/2/2025 | 0.1 | Correspond with UCC counsel re: WARN |
| Newman, Rich | 10/2/2025 | 0.1 | Review emails re: SOFA / SOALS |
| Waschitz, Seth | 10/3/2025 | 0.2 | Correspond with UCC counsel re: WARN analysis |
| Desai, Bijal | 10/3/2025 | 0.1 | Correspond with UCC counsel re: Debtors' ownership chart |
| Waschitz, Seth | 10/3/2025 | 0.2 | Review tax advisor analysis re: sales tax |
| Newman, Rich | 10/10/2025 | 0.1 | Correspond with UCC counsel re: creditors |
| Waschitz, Seth | 10/10/2025 | 0.2 | Review UST's objection re: disclosure statement |
| Waschitz, Seth | 10/14/2025 | 0.2 | Participate on call with Debtors re: severance / retention payments |
| Waschitz, Seth | 10/14/2025 | 0.9 | Review severance / retention payments |

*Exhibit B*

*Powin, LLC, et al.*
*Time Detail by Project Category*
*October 1, 2025 through October 31, 2025*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Luna, Manuel | 10/14/2025 | 2.9 | Prepare summary CIMC |
| Luna, Manuel | 10/14/2025 | 2.2 | Analyze relativity contents re: CIMC joint venture research |
| Luna, Manuel | 10/14/2025 | 2.6 | Conduct research re: CIMC |
| Newman, Rich | 10/14/2025 | 0.1 | Analyze Debtors' request to pay retention payments |
| Waschitz, Seth | 10/14/2025 | 0.3 | Review summary CIMC |
| Luna, Manuel | 10/15/2025 | 2.3 | Update summary CIMC |
| Newman, Rich | 10/16/2025 | 0.1 | Correspond with A&M team re: proposed retention payments |
| Waschitz, Seth | 10/16/2025 | 0.2 | Correspond with UCC counsel re: Stratford term sheet |
| Waschitz, Seth | 10/16/2025 | 0.2 | Review Stratford term sheet |
| Waschitz, Seth | 10/17/2025 | 0.3 | Correspond with Debtors re: retention / severance payments |
| Waschitz, Seth | 10/19/2025 | 0.3 | Review summary of CEVA proposal |
| Waschitz, Seth | 10/21/2025 | 0.2 | Correspond with A&M team re: Stratford term sheet |
| Waschitz, Seth | 10/21/2025 | 0.2 | Review motion compelling the Debtors to assign OEM warranties |
| Waschitz, Seth | 10/21/2025 | 0.2 | Review motion re: rejection of Matrix Networks agreement |
| Waschitz, Seth | 10/22/2025 | 0.1 | Review agenda re: omnibus hearing |
| Waschitz, Seth | 10/28/2025 | 0.3 | Review summary of insurance claim |
| **Subtotal** | | **14.8** | |

| **General Correspondence with Debtor & Debtors' Professionals** | | | |
|---|---|---|---|
| Waschitz, Seth | 10/11/2025 | 0.2 | Correspond with Debtors re: case updates |
| Waschitz, Seth | 10/28/2025 | 0.3 | Participate on call with Debtors re: insurance claim / FF&E sale |
| **Subtotal** | | **0.5** | |

| **General Correspondence with UCC & UCC Counsel** | | | |
|---|---|---|---|
| Newman, Rich | 10/1/2025 | 1.5 | Participate on call with UCC, UCC counsel and A&M team (Newman, Gonzalez, Waschitz) re: case updates |
| Gonzalez, Andrea | 10/1/2025 | 1.5 | Participate on call with UCC, UCC counsel and A&M team (Newman, Gonzalez, Waschitz) re: case updates |
| Waschitz, Seth | 10/1/2025 | 1.5 | Participate on call with UCC, UCC counsel and A&M team (Newman, Gonzalez, Waschitz) re: case updates |
| Newman, Rich | 10/3/2025 | 0.3 | Participate on call with UCC counsel and A&M team (Newman, Gonzalez, Waschitz) re: case updates |
| Waschitz, Seth | 10/3/2025 | 0.3 | Participate on call with UCC counsel and A&M team (Newman, Gonzalez, Waschitz) re: case updates |

**Exhibit B**

*Powin, LLC, et al.*
*Time Detail by Project Category*
*October 1, 2025 through October 31, 2025*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Gonzalez, Andrea | 10/3/2025 | 0.3 | Participate on call with UCC counsel and A&M team (Newman, Gonzalez, Waschitz) re: case updates |
| Newman, Rich | 10/6/2025 | 0.4 | Prepare for committee call |
| Waschitz, Seth | 10/6/2025 | 0.5 | Participate on call with UCC, UCC counsel and A&M team (Newman, Gonzalez, Waschitz) re: case updates |
| Newman, Rich | 10/6/2025 | 0.5 | Participate on call with UCC, UCC counsel, and A&M team (Newman, Gonzalez, Waschitz) re: case updates |
| Gonzalez, Andrea | 10/6/2025 | 0.5 | Participate on call with UCC, UCC counsel, and A&M team (Newman, Gonzalez, Waschitz) re: case updates |
| Newman, Rich | 10/9/2025 | 1.1 | Participate on call with UCC, UCC counsel, and A&M team (Newman, Gonzalez, Waschitz) re: case updates |
| Gonzalez, Andrea | 10/9/2025 | 1.1 | Participate on call with UCC, UCC counsel, and A&M team (Newman, Gonzalez, Waschitz) re: case updates |
| Waschitz, Seth | 10/9/2025 | 1.1 | Participate on call with UCC, UCC counsel, and A&M team (Newman, Gonzalez, Waschitz) re: case updates |
| Newman, Rich | 10/14/2025 | 0.2 | Prepare for committee call |
| Gonzalez, Andrea | 10/17/2025 | 0.2 | Attend call with committee counsel and A&M team to discuss case issues (Newman, Gonzalez, Waschitz) |
| Waschitz, Seth | 10/17/2025 | 0.2 | Attend call with committee counsel and A&M team to discuss case issues (Newman, Gonzalez, Waschitz) |
| Newman, Rich | 10/17/2025 | 0.2 | Attend call with committee counsel and A&M team to discuss case issues (Newman, Gonzalez, Waschitz) |
| Waschitz, Seth | 10/23/2025 | 0.2 | Correspond with UCC counsel re: case updates |
| Gonzalez, Andrea | 10/31/2025 | 0.2 | Participate on call with A&M team (Gonzalez, Waschitz) and UCC counsel re: case updates |
| Waschitz, Seth | 10/31/2025 | 0.2 | Participate on call with A&M team (Gonzalez, Waschitz) and UCC counsel re: case updates |
| **Subtotal** | | **12.0** | |

| Plan of Reorganization / Disclosure Statement | | | |
|---|---|---|---|
| Gonzalez, Andrea | 10/6/2025 | 0.1 | Review correspondence from UCC counsel re: Plan |
| Waschitz, Seth | 10/7/2025 | 0.2 | Correspond with UCC re: Plan filing update |
| Newman, Rich | 10/8/2025 | 0.7 | Participate on call with A&M team (Newman, Waschitz), UCC counsel and Debtors re: exit Plan |
| Waschitz, Seth | 10/8/2025 | 0.7 | Participate on call with A&M team (Newman, Waschitz), UCC counsel and Debtors re: exit Plan |
| Waschitz, Seth | 10/8/2025 | 0.5 | Review redline of filed Plan of liquidation |
| Gonzalez, Andrea | 10/10/2025 | 0.2 | Participate on call with UCC counsel and A&M team (Gonzalez, Waschitz) re: Plan negotiations |
| Waschitz, Seth | 10/10/2025 | 0.2 | Participate on call with UCC counsel and A&M team (Gonzalez, Waschitz) re: Plan negotiations |
| Waschitz, Seth | 10/10/2025 | 1.8 | Prepare chapter 7 vs. chapter 11 analysis |
| Newman, Rich | 10/13/2025 | 0.3 | Analyze chapter 11 vs. chapter 7 analysis |
| Waschitz, Seth | 10/13/2025 | 0.3 | Discuss chapter 11 vs. chapter 7 analysis with A&M team |
| Newman, Rich | 10/13/2025 | 0.4 | Continue review of chapter 7 vs. chapter 11 analysis |

**Exhibit B**

**Powin, LLC, et al.**
**Time Detail by Project Category**
**October 1, 2025 through October 31, 2025**

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Waschitz, Seth | 10/13/2025 | 2.6 | Update Chapter 7 vs. Chapter 11 analysis |
| Gonzalez, Andrea | 10/14/2025 | 1.1 | Participate on call with A&M team (Newman, Gonzalez, Waschitz), UCC counsel, and UCC re: Plan settlements |
| Waschitz, Seth | 10/14/2025 | 1.1 | Participate on call with A&M team (Newman, Gonzalez, Waschitz), UCC counsel, and UCC re: Plan settlements |
| Newman, Rich | 10/14/2025 | 1.1 | Participate on call with A&M team (Newman, Gonzalez, Waschitz), UCC counsel, and UCC re: Plan settlements |
| Luna, Manuel | 10/14/2025 | 1.7 | Analyze draft disclosure statement |
| Waschitz, Seth | 10/14/2025 | 0.3 | Review disclosure statement order |
| Newman, Rich | 10/15/2025 | 0.1 | Review proposed settlement constructs |
| Waschitz, Seth | 10/15/2025 | 0.3 | Correspond with UCC re: Trust oversight committee |
| Waschitz, Seth | 10/16/2025 | 0.2 | Correspond with UCC re: Trust oversight committee |
| Waschitz, Seth | 10/17/2025 | 0.2 | Correspond with UCC re: Trust oversight committee |
| Waschitz, Seth | 10/19/2025 | 0.1 | Correspond with UCC re: Trust oversight committee |
| Waschitz, Seth | 10/21/2025 | 0.4 | Review adjustments to sources and uses of cash analysis |
| Waschitz, Seth | 10/21/2025 | 1.7 | Update chapter 11 v. chapter 7 analysis |
| Waschitz, Seth | 10/21/2025 | 0.2 | Correspond with UCC re: trustee interviews |
| Newman, Rich | 10/23/2025 | 0.1 | Correspond with A&M team re: trustee interview |
| Waschitz, Seth | 10/24/2025 | 1.1 | Participate on call with UCC, UCC Counsel, and A&M team (Waschitz, Crump) re: Interview of trustee for litigation trust |
| Crump, Skye | 10/24/2025 | 1.1 | Participate on call with UCC, UCC Counsel, and A&M team (Waschitz, Crump) re: Interview of trustee for litigation trust |
| Waschitz, Seth | 10/24/2025 | 0.2 | Correspond with A&M team re: trustee interviews |
| Waschitz, Seth | 10/24/2025 | 0.1 | Review summary of litigation trustee interview |
| Crump, Skye | 10/24/2025 | 0.9 | Correspond with A&M team re: Interview of trustee for litigation trust |
| Gonzalez, Andrea | 10/24/2025 | 0.1 | Review correspondence from A&M team re: Plan |
| **Subtotal** | | **20.1** | |

**Potential Avoidance Actions / Litigation Matters**

| | | | |
|---|---|---|---|
| Newman, Rich | 10/1/2025 | 0.1 | Correspond with A&M team re: remaining litigation work |
| Newman, Rich | 10/1/2025 | 0.8 | Review litigation presentation |
| Crump, Skye | 10/1/2025 | 1.0 | Analyze management presentation re: 2021 audit completion |
| Luna, Manuel | 10/1/2025 | 2.3 | Analyze relativity contents re: 2021 audit reports |
| Luna, Manuel | 10/1/2025 | 2.7 | Analyze relativity contents re: 2021 financial model |

*Exhibit B*

*Powin, LLC, et al.*
*Time Detail by Project Category*
*October 1, 2025 through October 31, 2025*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Luna, Manuel | 10/1/2025 | 1.9 | Analyze relativity contents re: 2021 financial statements |
| Ragan, Conrad | 10/1/2025 | 1.7 | Analyze relativity contents re: accounting memos |
| Ragan, Conrad | 10/1/2025 | 1.3 | Analyze relativity contents re: accounting spreadsheets |
| Ragan, Conrad | 10/1/2025 | 0.9 | Analyze relativity contents re: accounting treatment |
| Ragan, Conrad | 10/1/2025 | 1.8 | Analyze relativity contents re: auditor communications |
| Ragan, Conrad | 10/1/2025 | 1.1 | Analyze relativity contents re: going concern |
| Ragan, Conrad | 10/1/2025 | 1.9 | Analyze relativity contents re: misstated financials |
| Ragan, Conrad | 10/1/2025 | 1.2 | Analyze relativity contents re: restatement financials |
| Gonzalez, Andrea | 10/1/2025 | 1.3 | Prepare for UCC presentation re: investigation |
| Tapia, Josue | 10/1/2025 | 0.6 | Prepare forensic data validation re: data contents |
| Tapia, Josue | 10/1/2025 | 0.5 | Prepare forensic image backup received from US team |
| Gonzalez, Andrea | 10/2/2025 | 0.7 | Participate on call with A&M team (Gonzalez, Crump) re: investigative work plan |
| Crump, Skye | 10/2/2025 | 0.7 | Participate on call with A&M team (Gonzalez, Crump) re: investigative work plan |
| Waschitz, Seth | 10/2/2025 | 0.4 | Participate on call with A&M team (Waschitz, Crump) re: investigation workplan |
| Crump, Skye | 10/2/2025 | 0.4 | Participate on call with A&M team (Waschitz, Crump) re: investigation workplan |
| Crump, Skye | 10/2/2025 | 0.8 | Analyze accounting data for operating losses |
| Desai, Bijal | 10/2/2025 | 0.5 | Analyze Debtors' top customer listing for preference analysis |
| Luna, Manuel | 10/2/2025 | 2.2 | Analyze relativity contents re: 2022 audit reports |
| Luna, Manuel | 10/2/2025 | 2.1 | Analyze relativity contents re: 2022 financial model |
| Luna, Manuel | 10/2/2025 | 2.3 | Analyze relativity contents re: 2022 financial statements |
| Crump, Skye | 10/2/2025 | 2.2 | Analyze Relativity contents re: accounting data |
| Ragan, Conrad | 10/2/2025 | 1.5 | Analyze relativity contents re: board reporting |
| Ragan, Conrad | 10/2/2025 | 1.8 | Analyze relativity contents re: financial forecasts |
| Ragan, Conrad | 10/2/2025 | 1.6 | Analyze relativity contents re: going concern language |
| Crump, Skye | 10/2/2025 | 1.2 | Analyze Relativity contents re: going concern memo |
| Crump, Skye | 10/2/2025 | 2.1 | Analyze Relativity contents re: management communications |
| Crump, Skye | 10/2/2025 | 1.3 | Analyze Relativity contents re: May 2025 cash flow forecasts |
| Ragan, Conrad | 10/2/2025 | 1.2 | Analyze relativity contents re: payables aging reports |

*Exhibit B*

*Powin, LLC, et al.*
*Time Detail by Project Category*
*October 1, 2025 through October 31, 2025*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Ragan, Conrad | 10/2/2025 | 1.3 | Analyze relativity contents re: restatement financials |
| Ragan, Conrad | 10/2/2025 | 1.7 | Analyze relativity contents re: revenue recognition |
| Ragan, Conrad | 10/2/2025 | 0.6 | Analyze relativity contents re: SharePoint production |
| Crump, Skye | 10/2/2025 | 0.3 | Correspond with A&M team re: Relativity contents analysis |
| Gonzalez, Andrea | 10/2/2025 | 0.1 | Correspond with A&M team re: status of SharePoint review |
| Desai, Bijal | 10/2/2025 | 0.2 | Correspond with Debtors re: top customers for preference analysis |
| Tapia, Josue | 10/2/2025 | 0.7 | Run forensic processes to confirm data visibility within forensic platform |
| Waschitz, Seth | 10/3/2025 | 0.3 | Participate on call with A&M team (Waschitz, Crump) re: Relativity review update |
| Crump, Skye | 10/3/2025 | 0.3 | Participate on call with A&M team (Waschitz, Crump) re: Relativity review update |
| Ragan, Conrad | 10/3/2025 | 0.7 | Analyze relativity contents re: accounting documents |
| Ragan, Conrad | 10/3/2025 | 0.9 | Analyze relativity contents re: internal communications |
| Ragan, Conrad | 10/3/2025 | 1.3 | Analyze relativity contents re: internal emails |
| Crump, Skye | 10/3/2025 | 1.7 | Analyze Relativity contents re: management communications |
| Ragan, Conrad | 10/3/2025 | 1.2 | Analyze relativity contents re: misstatements |
| Ragan, Conrad | 10/3/2025 | 1.6 | Analyze relativity contents re: restatements |
| Ragan, Conrad | 10/3/2025 | 1.4 | Analyze relativity contents re: revenue recognition |
| Crump, Skye | 10/3/2025 | 1.2 | Analyze Relativity contents re: SharePoint data |
| Gonzalez, Andrea | 10/3/2025 | 0.2 | Review correspondence from A&M team re: document review |
| Gonzalez, Andrea | 10/3/2025 | 0.1 | Review summary of 2023 / 2024 audit committee minutes |
| Tapia, Josue | 10/3/2025 | 0.5 | Review user-provided screenshots of Desktop and OneDrive folders |
| Gomerez, Ana | 10/7/2025 | 0.3 | Review correspondence from A&M forensic team |
| Gomerez, Ana | 10/8/2025 | 2.8 | Analyze data for software processing |
| Newman, Rich | 10/9/2025 | 0.5 | Investigate payments within 20 days |
| Gomerez, Ana | 10/13/2025 | 2.9 | Convert data for software ingestion |
| Newman, Rich | 10/15/2025 | 0.1 | Correspond with creditor re: preferences |
| Newman, Rich | 10/16/2025 | 0.1 | Coordinate with A&M team re: preference analysis |
| Newman, Rich | 10/16/2025 | 0.3 | Review preference presentation before sending to creditor |
| Newman, Rich | 10/16/2025 | 0.2 | Correspond with creditor re: preferences |

*Exhibit B*

*Powin, LLC, et al.*
*Time Detail by Project Category*
*October 1, 2025 through October 31, 2025*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Waschitz, Seth | 10/16/2025 | 0.3 | Correspond with Debtors re: preference analysis diligence |
| Waschitz, Seth | 10/16/2025 | 0.9 | Update preference analysis re: ACE |
| Waschitz, Seth | 10/22/2025 | 0.2 | Correspond with Debtors re: preference analysis diligence |
| Waschitz, Seth | 10/22/2025 | 0.3 | Review preference analysis diligence |
| Newman, Rich | 10/23/2025 | 0.2 | Correspond with team re: preference data |
| Newman, Rich | 10/23/2025 | 0.2 | Review preference data sent by company |
| Waschitz, Seth | 10/23/2025 | 1.8 | Prepare preference analysis |
| **Subtotal** | | **71.5** | |
| **Grand Total** | | **245.7** | |

**EXHIBIT C**
ITEMIZED EXPENSE DETAIL
FOR THE FEE PERIOD

*Exhibit C*

*Powin, LLC, et al.*
*Expense Detail by Category*
*October 1, 2025 through October 31, 2025*

| Category / Professional | Date | Expenses ($) | Description |
|---|---|---|---|
| **Expenses** | | | |
| Baker, Kevin | 10/1/2025 | $  3,810.00 | Relativity Server Fee – August 2025 |
| Baker, Kevin | 10/1/2025 | 4,480.00 | Relativity Server Fee – September 2025 |
| Gonzalez, Andrea | 10/1/2025 | 9.81 | Wireless usage charges |
| Baker, Kevin | 10/1/2025 | 37.99 | FedEx shipment charges re: remote data collections from custodians |
| Baker, Kevin | 10/1/2025 | 220.16 | FedEx shipment charges re: remote data collections from custodians |
| Baker, Kevin | 10/1/2025 | 78.40 | FedEx shipment charges re: remote data collections from custodians |
| Baker, Kevin | 10/1/2025 | 74.59 | FedEx shipment charges re: remote data collections from custodians |
| Baker, Kevin | 10/1/2025 | 24.83 | FedEx shipment charges re: remote data collections from custodians |
| Newman, Rich | 10/11/2025 | 8.90 | Wireless usage charges |
| **Grand Total** | | $   8,744.68 | |