| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE |
|---|---|---|
| In re:<br>Powin, LLC | Chapter 11<br><br>Case Number:  25-16137 | |

NOTE: This form should not be used for an unsecured claim arising prior to the commencement of the case. In such instances, a proof of claim should be filed.

| Name of Creditor: FlexGen Power Systems, LLC<br>(The person or other entity to whom the debtor owed money or property.)<br><br>Name and Addresses Where Notices Should Be Sent:<br>FlexGen Power Systems, LLC<br>280 S. Mangum Street, Suite 150<br>Durham, NC 27701<br>Attn: Kelcy Pegler, Chief Executive Officer<br>Attn: Aruna Chandra, EVP and General Counsel | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here if this request:<br>☐ replaces a previously filed request, dated:<br>☐ amends a previously filed request, dated: |
|---|---|

1. BASIS FOR CLAIM

   ☒  Goods Sold
   ☐  Services performed
   ☐  Money loaned
   ☐  Personal injury/wrongful death
   ☐  Taxes
   ☐  Other (Describe briefly)

   ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
   ☐ Wages, salaries and compensations (Fill out below)

   Provide last four digits of your social security number _____

2. DATE DEBT WAS INCURRED: August 26, 2025

3. TOTAL AMOUNT OF REQUEST AS OF ABOVE DATE:  16,988,633.20 _____

☐ Check this box if the request includes interest or other charges in addition to the principal amount of the request. Attach itemized statement of all interest or additional charges.

4. Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:

   ☐ Real Estate      ☐ Motor Vehicle
   ☐ Other (Describe briefly) _____

   Value of Collateral: $_____

☐ Check this box if there is no collateral or lien securing your claim.

5. **Credits**: The amount of all payments have been credited and deducted for the purposes of making this request for payment of administrative expenses.

6. **Supporting Documents**: *Attach copies of supporting documents*, such as purchase orders, invoices, itemized statements of running accounts, contracts as well as any evidence of perfection of a lien.

   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

7. **Date-Stamped Copy**: To receive an acknowledgment of the filing of your request, enclose a self-addressed envelope and copy of this request.

THIS SPACE IS FOR COURT USE ONLY

| Date:<br><br>11/17/2025 | Sign and print below the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any).<br><br>*/s/ Blake Denton*<br>Attorney for FlexGen Power Systems |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NOTE: The filing of this request will not result in the scheduling of a hearing to consider payment of your administrative claim but will result in the registry of your administrative claim with the Bankruptcy Court. If you wish to have a hearing scheduled on your claim, you must file a motion in accordance with D.N.J. LBR 3001-1(b).                                                                                                                                     *rev.8/1/15*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| POWIN, LLC, *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

**ATTACHMENT TO REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE
OF FLEXGEN POWER SYSTEMS, LLC**

1.  FlexGen Power Systems, LLC ("FlexGen") hereby submits this Request for Payment of Administrative Expense (the "Request") for failure to deliver goods sold to FlexGen under the Asset Purchase Agreement (the "APA"), pursuant to the Court's order [Docket No. 751] (the "Sale Order") approving the sale of certain of the Debtors' assets to FlexGen.

2.  Reference is made to that certain Sale Order between FlexGen and the Debtors, entered by the Court on August 18, 2025, pursuant to which the Debtors entered into the APA with FlexGen and were to provide purchased assets free and clear of all liens, claims, encumbrances, and interests to FlexGen.

3.  Under the APA, the Debtors were to use the proceeds acquired from FlexGen to "satisfy any debt or other Liability associated with the Purchased Inventory or required to satisfy any Liens associated with Purchased Inventory within five (5) Business Days of the Closing." APA § 2.7(d). The Parties agreed in the APA: "Time is of the essence of this Agreement." APA § 9.22.

4.  The APA also required the Debtors to "hold and maintain all Purchased Assets

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

located at the Inventory Premises in its current condition and location for" FlexGen and "provide [FlexGen] with reasonable access to the Inventory Premises" and "not relocate, sell, or otherwise dispose of any Purchased Assets without the prior written consent of [FlexGen]." APA § 6.11.

5. Closing occurred on August 19, 2025, and thus all Liens were required to be satisfied by August 26, 2025.

6. However, the Debtors failed to resolve the outstanding Liens associated with the RH shipping storage location ("RH Warehouse") by August 26, 2025 (or even at any time promptly thereafter) and failed to deliver the purchased assets within the RH Warehouse, as listed on pages 55-64 of Schedule 2.1(a) of the APA (the "RH Inventory"), in violation of the APA.

7. FlexGen paid $2,998,000 in Lien cure costs to the Debtors in connection with the RH Inventory, but the Debtors failed to resolve such Liens and timely (or, ever, for that matter) deliver the product. According to the Debtors' records, the undelivered RH Inventory has a book value of $8,131,784.54, which is the only value that the Debtors have provided to FlexGen for such inventory.[2] Accordingly, FlexGen is entitled to a refund from the Debtors of $11,129,798.54 for the undelivered RH Inventory and associated Lien cure costs paid by FlexGen.

8. Moreover, the Debtors also failed to deliver the bulk of the purchased assets at the Welldex Distribution SA de CV storage location, as listed on page 71 of Schedule 2.1(a) of the APA (the "Welldex Inventory"), in violation of the APA.

9. FlexGen paid $417,916 in pro-rata Lien cure costs to the Debtors in connection with the Welldex Inventory, but the Debtors failed to timely (or, ever, for that matter) deliver the product. According to the Debtors' records, the undelivered Welldex Inventory has a book value

---

[2] All book values discussed herein were provided by Debtors, and were the only value data points provided to FlexGen, pre-closing.

Non-Public

of $5,220,681.32, which is the only value that the Debtors have provided to FlexGen for such inventory. Accordingly, FlexGen is entitled to a refund from the Debtors of $5,858,834.66 for the undelivered Welldex Inventory and associated Lien cure costs paid by FlexGen.

10. FlexGen is entitled to a total refund from the Debtors of $16,988,633.20 for the undelivered RH Inventory and associated Lien cure costs and the undelivered Welldex Inventory and associated Lien cure costs. The inventory statement in support of the Request is attached hereto.[3]

11. FlexGen and the Debtors have engaged in settlement discussions to satisfy the issues discussed in this Request, but have not come to a mutual agreement.

## RESERVATION OF RIGHTS

12. FlexGen reserves the right to (a) amend and/or supplement the Request at any time, including after the applicable bar date, and in any manner, and (b) file additional requests for any additional claim(s) against the Debtor or any other party that may be based on the same or additional documents or grounds of liability. The Request is not, and shall not be deemed to be, a waiver of any claim by FlexGen and all claims are hereby asserted and preserved.

13. The filing of the Request is not and shall not be deemed or construed as (a) a waiver or release by FlexGen of any rights against any person, entity, or property; (b) a waiver of the right to seek withdrawal of the reference, or to otherwise challenge the jurisdiction of this Court, with respect to the subject matter of the claims or interests asserted herein, any objection or other proceeding commenced with respect thereto, or any other action or proceeding commenced in these chapter 11 cases against or otherwise involving FlexGen; (c) an admission that any matter is

---

[3] The invoice in support of the Attachment to Request for Payment of Administrative Expense of FlexGen Power Systems, LLC is attached hereto. The Asset Purchase Agreement is not attached hereto because it is voluminous, and because the Debtors possess a copy. A copy of the Asset Purchase Agreement can be provided upon request.

Non-Public

a core matter for purposes of 28 U.S.C. § 157(b) or is a matter as to which this Court can enter a final order or judgment consistent with Article III of the United States Constitution; (d) a waiver or release of FlexGen's right, or FlexGen's consent, to trial by jury in the Court or any other court in any proceeding, whether or not the same be designated legal or private rights or in any case, controversy or proceeding related thereto, notwithstanding the designation or not of such matters as core proceedings pursuant to 28 U.S.C. § 157 or otherwise; (e) a waiver or release of FlexGen's right to have, or to assert that, any and all final orders in any and all matters or proceedings be entered only after *de novo* review by a judge of the United States District Court; (f) a consent to the entry by this Court of a final order or judgment with respect to the claims or interests asserted herein or any other matter; (g) a waiver or release of the claims or rights of FlexGen against any other entity or person that may be liable for all or any part of the claims or any matters related to the claims asserted herein; (h) a waiver of any rights and remedies FlexGen has or may have under the APA, or any other contract, whether mentioned in this Request or not, including a waiver of any past, present or future defaults in respect thereof; (i) an election of remedies or choice of law; (j) a waiver or release of, or any limitation on FlexGen's right to assert that any portion of the claims asserted herein are entitled to treatment as priority claims or as administrative claims, including pursuant to §§ 503(b) and 507(a) of the Bankruptcy Code; or (k) a waiver of any rights, claims, actions or defenses, setoffs, recoupments, or other matters to which FlexGen is entitled under any agreements, at law, in equity, or otherwise.

14.     This Request is filed to preserve any and all rights and entitlements that FlexGen may have against the Debtors or their estates, and nothing set forth herein should be construed as an admission or waiver by FlexGen.

Non-Public

15. To the extent any of the claims set forth herein, in whole or in part, or any component thereof, arise or relate in any manner to the period on or after the applicable Debtor's petition date, FlexGen asserts that such claims (or any portions thereof) are entitled to priority pursuant to sections 503 and 507 of the Bankruptcy Code. FlexGen reserves the right to file one or more requests for payment of administrative expenses pursuant to section 503(a) of the Bankruptcy Code, with respect to any administrative expense claim that FlexGen may now have or hereafter have, hold, or acquire against the Debtors or their estates.

Non-Public

[Attached Invoices]

Non-Public

| Physical Address of Stock Ledger Location | Location Parent | Location | Location Type | Item | Item Description | Sum of Quantity | Sum of Amount | Item Rate | Title/Ownership | Items Counted | Remaining Items | Remaining Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Welldex Distribution S.A. de C.V. RFC WDI140429V95 San Luis Mexico 78426 | CEVA | Welldex Distribution SA de CV | 3rd Party Logistics/Storage - 3PL | A10400-00005-750 | FGA BATTERY CABINET ASSEMBLY | 219.00 | $ 1,241,784.59 | $ 5,670.25 | Powin | 0 | 219.00 | 1,241,784.59 |
| Welldex Distribution S.A. de C.V. RFC WDI140429V95 San Luis Mexico 78426 | CEVA | Welldex Distribution SA de CV | 3rd Party Logistics/Storage - 3PL | A10400-00005-758 | CENTIPEDE-UPPER BATTERY SEGMENT ENCLOSURE ASSEMBLY | 112.00 | $ 624,711.36 | $ 5,577.78 | Powin | 0 | 112.00 | 624,711.36 |
| Welldex Distribution S.A. de C.V. RFC WDI140429V95 San Luis Mexico 78426 | CEVA | Welldex Distribution SA de CV | 3rd Party Logistics/Storage - 3PL | E40101-10806-022 | CELL BATTERY, MODULE B, .3P, 280K, 2 HR, EVE | 1,169.00 | $ 940,325.65 | $ 804.38 | Powin | 376 | 793.00 | 637,877.02 |
| Welldex Distribution S.A. de C.V. RFC WDI140429V95 San Luis Mexico 78426 | CEVA | Welldex Distribution SA de CV | 3rd Party Logistics/Storage - 3PL | E40101-10806-042 | CELL BATTERY, MODULE B, .67P, 280Ah, 2 & 3+ HR, REPT | 90.00 | $ 97,462.66 | $ 1,082.92 | Powin | 310 | (220.00) | (238,242.06) |
| Welldex Distribution S.A. de C.V. RFC WDI140429V95 San Luis Mexico 78426 | CEVA | Welldex Distribution SA de CV | 3rd Party Logistics/Storage - 3PL | Itemized Detail Unavilable | Energy Segment Components | | $ 1,988,620.00 | | TBD | 0 | - | 1,988,620.00 |
| Welldex Distribution S.A. de C.V. RFC WDI140429V95 San Luis Mexico 78426 | CEVA | Welldex Distribution SA de CV | 3rd Party Logistics/Storage - 3PL | Itemized Detail Unavilable | Energy Segment Components | | $ 466,200.00 | | TBD | 0 | - | 466,200.00 |
| Welldex Distribution S.A. de C.V. RFC WDI140429V95 San Luis Mexico 78426 | CEVA | Welldex Distribution SA de CV | 3rd Party Logistics/Storage - 3PL | M00106-02002-003 | BERGSTROM A05GD-C02 HVAC UNIT, 220V / 50Hz Heat Pump, 1003278245 | 384.00 | $ 341,452.80 | $ 889.20 | Powin | 0 | 384.00 | 341,452.80 |
| Welldex Distribution S.A. de C.V. RFC WDI140429V95 San Luis Mexico 78426 | CEVA | Welldex Distribution SA de CV | 3rd Party Logistics/Storage - 3PL | M00106-02002-003 | BERGSTROM A05GD-C02 HVAC UNIT, 220V / 50Hz Heat Pump, 1003278245 | 178.00 | $ 158,277.60 | $ 889.20 | Powin | 0 | 178.00 | 158,277.60 |
| | | | | | | | $ 5,858,834.66 | | | | | 5,220,681.32 |
| | | | | | | | | | | | Cure Cost | 469,000 |
| | | | | | | | | | | | Pro rata Cure Cost | 417,916 |

Non-Public

| Location Parent | Location | Item | Sum of Quantity | Sum of Amount | Item Rate | Original Customer Name | Title/Ownership |
|---|---|---|---|---|---|---|---|
| RH Shipping | RH Shipping : RH Shipping : Alpamed | A10200-04010-049 | 24.00 | $ 11,992.56 | $ 499.69 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | A10400-00011-836B TDN-000257 | 160.00 | $ 717,009.60 | $ 4,481.31 | DTE Energy (Main) | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | A10400-00011-836B TDN-000257 | 56.00 | $ 250,953.36 | $ 4,481.31 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | A-M-00080F | 645.00 | $ 399,804.32 | $ 619.85 | DTE Energy (Main) | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | A-M-00487A TDN-000257 | 290.00 | $ 2,549,192.80 | $ 8,790.32 | DTE Energy (Main) | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | A-M-00487A TDN-000257 | 160.00 | $ 1,406,451.20 | $ 8,790.32 | DTE Energy (Main) | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-140 | 390.00 | $ 17,694.30 | $ 45.37 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-144 | 63.00 | $ 127.26 | $ 2.02 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-145 | 80.00 | $ 164.00 | $ 2.05 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-147 | 222.00 | $ 492.84 | $ 2.22 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-148 | 73.00 | $ 154.03 | $ 2.11 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-164 | 649.00 | $ 1,291.51 | $ 1.99 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-167 | 320.00 | $ 812.80 | $ 2.54 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-241 | 2,003.00 | $ 93,159.53 | $ 46.51 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-296 | 587.00 | $ 35,918.53 | $ 61.19 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-297 | 587.00 | $ 35,900.92 | $ 61.16 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-298 | 588.00 | $ 36,109.08 | $ 61.41 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-299 | 587.00 | $ 35,918.53 | $ 61.19 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-316 | 453.00 | $ 2,011.32 | $ 4.44 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-317 | 395.00 | $ 1,481.25 | $ 3.75 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-550 | 565.00 | $ 4,237.50 | $ 7.50 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-556 | 449.00 | $ 821.67 | $ 1.83 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-557 | 489.00 | $ 1,334.97 | $ 2.73 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-558 | 457.00 | $ 228.50 | $ 0.50 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-559 | 10.00 | $ 9.60 | $ 0.96 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-560 | 600.00 | $ 432.00 | $ 0.72 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-561 | 618.00 | $ 605.64 | $ 0.98 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00031-403 | 3,800.00 | $ 180,652.00 | $ 47.54 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00033-001 | 501.00 | $ 275.55 | $ 0.55 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00033-002 | 493.00 | $ 428.91 | $ 0.87 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00033-003 | 270.00 | $ 148.50 | $ 0.55 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00033-004 | 295.00 | $ 351.05 | $ 1.19 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00035-017 | 469.00 | $ 1,660.26 | $ 3.54 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00035-021 | 1,152.00 | $ 11,013.12 | $ 9.56 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00035-023 | 685.00 | $ 4,774.45 | $ 6.97 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00035-024 | 500.00 | $ 2,875.00 | $ 5.75 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00130-500 | 118.00 | $ 790.60 | $ 6.70 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00130-501 | 107.00 | $ 716.90 | $ 6.70 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00130-502 | 95.00 | $ 652.65 | $ 6.87 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00130-503 | 152.00 | $ 1,044.24 | $ 6.87 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00130-504 | 209.00 | $ 618.64 | $ 2.96 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E31703-00003-001 | 1,542.00 | $ 82,851.66 | $ 53.73 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E31703-00003-002 | 125.00 | $ 11,437.50 | $ 91.50 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E31703-00003-003 | 670.00 | $ 61,305.00 | $ 91.50 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E31703-00003-004 | 171.00 | $ 14,210.10 | $ 83.10 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E31703-00003-005 | 1,371.00 | $ 55,484.37 | $ 40.47 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E31703-00003-006 | 44.00 | $ 5,168.68 | $ 117.47 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E31703-00003-009 | 1,130.00 | $ 52,477.20 | $ 46.44 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E40101-10806-022 | 300.00 | $ 212,221.88 | $ 707.41 | Southern Current LLC (Mai | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | ES30-102-111-100-0000000 | 2.00 | $ 229,602.37 | $ 114,801.19 | PureSky Energy Inc. (Main) | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | ES30-302-121-100-0000000 | 2.00 | $ 217,760.36 | $ 108,880.18 | Apex Clean Energy (Main) | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | ES35-404-112-100-0000000 | 11.00 | $ 335,500.00 | $ 30,500.00 | Longroad BESS Procureme | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | GASKET, BULK, PORON AQUAPRO 4701-41-15250-04, ADHESIVE: 3M 9495-200MP, 20mm WIDE STRIP | ######## | $ 134,736.84 | $ 0.38 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M00108-00004-007 | 2,950.00 | $ 29.50 | $ 0.01 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M20103-04001-008 | 3,924.00 | $ 93,548.16 | $ 23.84 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M20106-06044-064 | 50.00 | $ 15.50 | $ 0.31 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M30101-00006-005 | 270.00 | $ 10,035.90 | $ 37.17 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M30102-20420-009 | 635.00 | $ 29,140.15 | $ 45.89 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M30102-20420-017 | 993.00 | $ 45,568.77 | $ 45.89 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M30117-10001-004 | 2,275.00 | $ 13,650.00 | $ 6.00 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M30117-10001-005 | 4,006.00 | $ 19,589.34 | $ 4.89 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M30117-10001-006 | 2,822.00 | $ 6,067.30 | $ 2.15 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M30117-10001-007 | 1,916.00 | $ 2,069.28 | $ 1.08 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M30117-10001-010 | 277.00 | $ 1,152.32 | $ 4.16 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M60102-10306-014 | 5,845.00 | $ 642.95 | $ 0.11 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M60102-10310-020 | 1,837.00 | $ 569.47 | $ 0.31 | General Inventory | Powin |

Non-Public

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M60102-10503-010 | 160.00 | $ | 6.40 | $ | 0.04 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M60102-10504-060 | 6,710.00 | $ | 536.80 | $ | 0.08 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M60102-30505-008 | 560.00 | $ | 11.21 | $ | 0.02 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M60102-30505-012 | 1,920.00 | $ | 441.60 | $ | 0.23 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M60103-10210-000 | 7,706.00 | $ | 1,001.78 | $ | 0.13 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M60103-10308-104 | 2,455.00 | $ | 49.10 | $ | 0.02 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70101-01016-000 | 606.67 | $ | 2,123.36 | $ | 3.50 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70101-02004-000 | 1,384.00 | $ | 4,844.00 | $ | 3.50 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70104-00010-102 | 236.00 | $ | 460.20 | $ | 1.95 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70104-00010-118 | 101.00 | $ | 117.16 | $ | 1.16 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70104-00010-133 | 602.00 | $ | 2,323.72 | $ | 3.86 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70107-00004-012 | 78.00 | $ | 129.48 | $ | 1.66 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70107-00012-290 | 968.00 | $ | 1,810.16 | $ | 1.87 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70112-00000-075 | 31.00 | $ | 160.89 | $ | 5.19 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70112-00000-076 | 2,231.00 | $ | 2,030.21 | $ | 0.91 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70112-00000-080 | 56.00 | $ | 323.68 | $ | 5.78 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70112-00000-261 | 188.00 | $ | 1,009.56 | $ | 5.37 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70112-00000-264 | 60.00 | $ | 172.80 | $ | 2.88 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70112-00000-303 | 1,415.00 | $ | 35,898.55 | $ | 25.37 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70112-00000-304 | 1,955.00 | $ | 49,422.40 | $ | 25.28 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70112-00000-305 | 885.00 | $ | 26,957.10 | $ | 30.46 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70112-00000-306 | 2,138.00 | $ | 54,048.64 | $ | 25.28 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70112-00000-758 | 1,830.00 | $ | 6,789.30 | $ | 3.71 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P00100-01001-018 | 780.00 | $ | 374.40 | $ | 0.48 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P10900-07000-204 | 7,592.00 | $ | 296,216.25 | $ | 39.02 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P10900-07000-204 | 2,652.00 | $ | 103,348.44 | $ | 38.97 | Apex Clean Energy (Main) | TBD |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P10900-07000-210 | 10,874.00 | $ | 21,313.04 | $ | 1.96 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P10900-07000-394 | 100.00 | $ | 134.00 | $ | 1.34 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P10900-07001-282 | 160.00 | $ | 1,984.00 | $ | 12.40 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P10900-07001-283 | 2,486.00 | $ | 26,774.22 | $ | 10.77 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P10900-07001-334 | 4,674.00 | $ | 467.40 | $ | 0.10 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P10900-07001-432 | 1,535.00 | $ | 61.40 | $ | 0.04 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P10900-07200-021 | 4,854.00 | $ | 242.70 | $ | 0.05 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P10900-07500-136 | 4,102.00 | $ | 6,563.20 | $ | 1.60 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P10900-07500-137 | 271.00 | $ | 433.60 | $ | 1.60 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P10900-07500-139 | 395.00 | $ | 5,158.70 | $ | 13.06 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P10900-07500-140 | 135.00 | $ | 5,265.00 | $ | 39.00 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P10900-07500-141 | 256.00 | $ | 27,648.00 | $ | 108.00 | General Inventory | Powin |

Total Amount          $ 8,131,798.54
Cure Cost                 2,998,000