**UNITED STATES BANKRUTPCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**LATHAM & WATKINS LLP**
Blake T. Denton
David A. Hammerman (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email:  blake.denton@lw.com
          david.hammerman@lw.com

Jeffrey T. Mispagel (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA  90071-1560
Telephone: (213) 485-1234
Email:  jeffrey.mispagel@lw.com

Whit Morley (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:   whit.morley@lw.com

*Counsel for FlexGen Power Systems, LLC*

| | |
|---|---|
| In re:<br>Powin, LLC, et al.[1]<br><div align="center">Debtors.</div> | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**APPLICATION FOR ADMISSION**
***PRO HAC VICE* OF JASON PETROPOULOS**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

Pursuant to Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of Bankruptcy Procedure for the District of New Jersey (the "Local Bankruptcy Rules"), the undersigned counsel hereby seeks entry of an order granting the admission *pro hac vice* of Jason Petropoulos, of the law firm Latham & Watkins LLP, to represent Flex Gen Power Systems, LLC, the DIP Lender, before this Court in connection with the above-captioned chapter 11 cases.  In support of this Application, the undersigned counsel submits the attached Certification of Jason Petropoulos, and requests that the proposed form of order submitted herewith be entered.  Counsel certifies that he is admitted, practicing, and a member in good standing with the Bar of the State of New York.

Dated:    November 17, 2025                  */s/Blake T. Denton*
                                             Blake T. Denton
                                             **LATHAM & WATKINS LLP**
                                             1271 Avenue of the Americas
                                             New York, NY 10020
                                             Telephone: (212) 906-1200
                                             Blake.Denton@lw.com

                                             *Counsel for FlexGen Power Systems, LLC*