## EXHIBIT A

**Certification of Jason Petropoulos**

**UNITED STATES BANKRUTPCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**LATHAM & WATKINS LLP**
Blake T. Denton
David A. Hammerman (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email:  blake.denton@lw.com
               david.hammerman@lw.com

Jeffrey T. Mispagel (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA  90071-1560
Telephone: (213) 485-1234
Email:  jeffrey.mispagel@lw.com

Whit Morley (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  whit.morley@lw.com

*Counsel for FlexGen Power Systems, LLC*

|  |  |
|---|---|
| In re:<br>Powin, LLC, et al. [1]<br><div align="center">Debtors.</div> | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

<div align="center">

**CERTIFICATION OF JASON PETROPOULOS**

</div>

Jason Petropoulos, being of full age, hereby certifies that:

1.        I am an attorney with the law firm of Latham & Watkins LLP, proposed counsel to

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

FlexGen Power Systems, LLC, the DIP Lender, with my office located at 1271 Avenue of the Americas, New York, NY 10020. I make this Certification in support of my application to appear in this case *pro hac vice*.

2.     I have been a member in good standing of the Bar of the State of New York since 2023 and I am admitted to practice in the United States Court of Appeals for the Tenth Circuit.

3.     I am a member in good standing of the Bar of the jurisdiction in which I am admitted to practice.

4.     No disciplinary actions are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction.  I have never been suspended or disbarred from the practice of law.

5.     I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6.     I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

7.     I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.


Date: November 17, 2025                    */s/ Jason Petropoulos*
                                            Jason Petropoulos