**DENTONS US LLP**

Lauren Macksoud (admitted)
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912-7100
Facsimile: (973) 912-7199
Email: lauren.macksoud@dentons.com

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
       van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
       sarah.schrag@dentons.com

*Counsel for Debtors and*
*Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: altogut@teamtogut.com
       eblander@teamtogut.com

*Counsel for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario

**DEBTORS' APPLICATION FOR ENTRY OF AN ORDER SHORTENING TIME FOR HEARING ON EXPEDITED MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER (I) AUTHORIZING AND APPROVING SETTLEMENT AGREEMENT; AND (II) GRANTING RELATED RELIEF**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Powin, LLC ("Powin") and the above-referenced affiliated debtors and debtors in possession (collectively, the "Debtors") in these chapter 11 cases (the "Chapter 11 Cases"), by and through their undersigned counsel, request that the time period to notice a hearing on the *Expedited Motion of the Debtors for Entry of an Order (I) Authorizing And Approving Settlement Agreement; And (II) Granting Related Relief* (the "ACE Settlement Motion"),[2] as required by Rule 2002 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules") be shortened pursuant to Bankruptcy Rule 9006(c)(1), and respectfully submit:

1. A shortened-time hearing is warranted. As set forth in the ACE Settlement Motion, ACE is the Debtors' largest unsecured and administrative priority creditor, and approval of the Settlement Agreement is a critical predicate to confirmation of the Debtors' Plan scheduled for November 24, 2025. Further, the Settlement Agreement requires the Debtors to obtain Court approval of the ACE Settlement Motion before confirmation of their Plan, and ACE's agreement to vote in favor of the Plan is expressly conditioned on that approval. Given the central role of the Settlement Agreement in clearing the way for Plan confirmation, expedited consideration is both necessary and appropriate.

---

Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. Powin, LLC has formally changed its name to BESS RemainCo, LLC.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the ACE Settlement Motion.

2. Shortened notice will also not prejudice any party and is supported by the Debtors' key stakeholders. The ACE Settlement Motion and Settlement Agreement are the result of extensive, arms-length negotiations with the Debtors, Committee and ACE, underscoring the broad consensus of this compromise and its significance to these Chapter 11 Cases. Moreover, the principal terms of the Settlement Agreement were already disclosed to parties in interest in the Plan Supplement filed on November 7, 2025 (Docket No. 1036, Ex. H), and the executed Settlement Agreement does not materially deviate from those previously noticed terms. Under these circumstances, reducing the notice period promotes efficiency, conserves estate resources, and facilitates a value-maximizing resolution without imposing any unfair prejudice on any party in interest..

3. A hearing is requested on or before 11:30 am (prevailing E.T.) on November 24, 2025.

4. Reduction of the time period is not prohibited under Bankruptcy Rule 9006(c)(2).

5. The Debtors request entry of the proposed order shortening time.

Dated: November 17, 2025  　　　　　　　**DENTONS US LLP**

　　　　　　　　　　　　　　　　　　　*/s/ Lauren Macksoud*
　　　　　　　　　　　　　　　　　　　Lauren Macksoud (admitted)
　　　　　　　　　　　　　　　　　　　101 JFK Parkway
　　　　　　　　　　　　　　　　　　　Short Hills, NJ 07078
　　　　　　　　　　　　　　　　　　　Telephone: (973) 912-7100
　　　　　　　　　　　　　　　　　　　Facsimile: (973) 912-7199
　　　　　　　　　　　　　　　　　　　Email: lauren.macksoud@dentons.com

　　　　　　　　　　　　　　　　　　　Tania M. Moyron (admitted pro hac vice)
　　　　　　　　　　　　　　　　　　　Van C. Durrer, II (admitted pro hac vice)
　　　　　　　　　　　　　　　　　　　601 S. Figueroa Street #2500
　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90017
　　　　　　　　　　　　　　　　　　　Telephone:  (213) 623-9300
　　　　　　　　　　　　　　　　　　　Facsimile:  (213) 623-9924
　　　　　　　　　　　　　　　　　　　Email: tania.moyron@dentons.com
　　　　　　　　　　　　　　　　　　　　　　　van.durrer@dentons.com

John D. Beck (admitted pro hac vice)
Sarah M. Schrag (admitted pro hac vice)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
   sarah.schrag@dentons.com

- and -

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street, Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted pro hac vice)
Eitan Blander (admitted pro hac vice)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: altogut@teamtogut.com
   aglaubach@teamtogut.com
   eblander@teamtogut.com

*Counsel for Debtors and Debtors in Possession*

# EXHIBIT A

(Proposed Form of Order)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

**ORDER SHORTENING TIME PERIOD FOR NOTICE AND SETTING HEARING**

The relief set forth on the following pages, numbered one (1) through three (3), is **ORDERED.**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. Powin, LLC has formally changed its name to BESS RemainCo, LLC.

(page 2)
Debtors:  Powin, LLC, et al.
Case No.  25-16137 (MBK)
Caption of Order:  Order Shortening Time Period for Notice and Setting Hearing

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**DENTONS US LLP**

Lauren Macksoud (admitted)
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912-7100
Facsimile: (973) 912-7199
Email: lauren.macksoud@dentons.com

**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
       van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
       sarah.schrag@dentons.com

*Counsel for Debtors and
Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: altogut@teamtogut.com
       eblander@teamtogut.com

*Counsel for Debtors and
Debtors in Possession*

Upon review of the *Debtors' Application for Entry of an Order Shortening Time for Hearing on Expedited Motion of the Debtors for Entry of an Order (I) Authorizing And Approving Settlement Agreement; And (II) Granting Related Relief* (the "Application"), of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order (this "Order") requesting that the time period for notice of the *Expedited Motion of the Debtors for*

2

(page 3)
Debtors: Powin, LLC, et al.
Case No. 25-16137 (MBK)
Caption of Order: Order Shortening Time Period for Notice and Setting Hearing

*Entry of an Order (I) Authorizing And Approving Settlement Agreement; And (II) Granting Related Relief* (the "ACE Settlement Motion"), be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1),

**IT IS HEREBY ORDERED THAT:**

1. A hearing will be conducted on the ACE Settlement Motion on November __, 2025 at _____, before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Courtroom 8, Trenton, NJ 08608.

2. The Debtors must serve a copy of this Order, and all related documents to all parties in interests by either regular mail or email, as applicable.

3. Service must be made within ____ days of the date of this Order.

4. Notice by telephone is not required.

5. Any objection to the ACE Settlement Motion shall be filed by _____, 2025 at _____. Any objections to the ACE Settlement Motion may be presented orally at the hearing.

6. Information to participate in the hearing via zoom can be found at https://www.njb.uscourts.gov/powin.

3