**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br>           Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

1.    I, Darlene S. Calderon, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita") the claims and noticing agent for the Debtors in the above-captioned case. I submit this Certificate in connection with the service of solicitation materials for the *Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors* (Docket Nos. 914, 942) (the "Combined Plan and Disclosure Statement"). I am over the age of 18 and not a party to this action. Except as otherwise noted, I could and would testify to the following based upon my personal knowledge.

2.    On June 13, 2025, the Court entered the *Order Authorizing the Appointment of Kurtzman Carson Consultants, LLC dba Verita Global as Claims and Noticing Agent Effective as of the Petition Date* (Docket No. 66).

3.    On July 24, 2025, the Court entered the *Order Authorizing the Employment and Retention of Kurtzman Carson Consultants, LLC dba Verita Global as Administrative Advisor Effective as of June 17, 2025* (Docket No. 500).

4.    Consistent with its retention as claims and noticing agent, Verita is charged with, among other things, printing and distributing Solicitation Packages[2] to creditors and other interested parties pursuant to the solicitation and voting procedures within the *Order Approving (I) the Adequacy of the Disclosure Statement on Conditional Basis, (II) the Solicitation and Notice Procedures, (III) the Forms of Ballots and Notices in Connection Therewith, and (IV) Certain*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; (xii) Powin Canada B.C. Ltd. [2239] and Powin EKS SellCo, LLC [9110]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

[2] Terms not otherwise defined herein shall have the same meanings ascribed to them in the Solicitation Procedures Order.

*Dates with Respect Thereto* (Docket No. 939) (the "Solicitation Procedures Order") entered on October 14, 2025.

5. The Solicitation Package consists of the following materials:

   a. USB Flash Drive (the "USB") containing the following documents:

      i. Combined Plan and Disclosure Statement; and

      ii. the Solicitation Procedures Order (without exhibits);

   b. Notice of (I) Combined Hearing to Consider Approval of Disclosure Statement on Final Basis and Plan Confirmation and (II) Related Voting and Objection Deadline (the "Confirmation Hearing Notice") (substantially in the form attached as Exhibit 2 to the Solicitation Procedures Order);

   c. Solicitation and Voting Procedures (the "Solicitation and Voting Procedures") (substantially in the form attached as Exhibit 3 to the Solicitation Procedures Order);

   d. a copy of the appropriate Ballot and voting instructions for the voting class in which the creditor is entitled to vote:

      i. Class 3 Ballot (WARN Act Claims) ("Class 3 Ballot") (substantially in the form attached as Exhibit 4A to the Solicitation Procedures Order);

      ii. Class 4 Ballot (Settled Priority Claims) ("Class 4 Ballot") (substantially in the form attached as Exhibit 4B to the Solicitation Procedures Order);

      iii. Class 5 Ballot (General Unsecured Claims) ("Class 5 Ballot") (substantially in the form attached as Exhibit 4C to the Solicitation Procedures Order);

   e. the Cover Letter, which describes the contents of the Solicitation Package and urges Holders of Claims in the Voting Classes to vote to accept the Plan (the "Cover Letter") (substantially in the form attached as Exhibit 5 to the Solicitation Procedures Order);

   f. an Instruction Letter, detailing how Holders of Claims in the Voting Classes may access electronic versions or request hard copies of any documents in the Solicitation Package (the "Instruction Letter") (substantially in the form attached as Exhibit 6 to the Solicitation Procedures Order); and

   g. A pre-addressed, postage pre-paid return envelope (the "Return Envelope").

6. The Non-Voting Package consists of the following documents:

  a. Notice of Non-Voting Status to (I) Holders of Unimpaired Claims Conclusively Presumed to Accept the Plan and (II) Holders of Impaired Claims or Interests Conclusively Presumed to Reject the Plan (including the Release Opt-Out Election Form as <u>Exhibit A</u>) (the "<u>Non-Voting Status Notice</u>") (substantially in the form attached as <u>Exhibit 7</u> to the Solicitation Procedures Order);

  b. USB;

  c. Confirmation Hearing Notice;

  d. Solicitation and Voting Procedures; and

  e. a Return Envelope.

7. On October 17, 2025, links to the following documents were made available on the public access website of www.veritaglobal.net/powin:

  a. Combined Plan and Disclosure Statement;

  b. Solicitation Procedures Order (without exhibits);

  c. Cover Letter;

  d. Instruction Letter;

  e. Solicitation and Voting Procedures; and

  f. Confirmation Hearing Notice.

8. On October 21, 2025, at my direction and under my supervision, employees of Verita caused the Solicitation Package, including a Class 4 Ballot, Combined Plan and Disclosure Statement, Solicitation Procedures Order (without exhibits), Solicitation and Voting Procedures, Cover Letter, Instruction Letter and Confirmation Hearing Notice to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**.

9. On October 21, 2025, at my direction and under my supervision, employees of Verita caused the Solicitation Package, including a Class 5 Ballot, Combined Plan and Disclosure Statement, Solicitation Procedures Order (without exhibits), Solicitation and Voting Procedures, Cover Letter, Instruction Letter and Confirmation Hearing Notice to be served via Electronic Mail upon the service list attached hereto as **Exhibit B**.

10. On October 21, 2025, at my direction and under my supervision, employees of Verita caused the Solicitation Package, including a Class 5 Ballot, USB, Solicitation and Voting Procedures, Cover Letter, Instruction Letter, Confirmation Hearing Notice, and Return Envelope to be served via First Class Mail upon the service list attached hereto as **Exhibit C**.

3

11. On October 21, 2025, at my direction and under my supervision, employees of Verita caused the Notice of Non-Voting Status (with Release Opt-Out Election Form), USB, Solicitation and Voting Procedures, Confirmation Hearing Notice, and Return Envelope to be served via First Class Mail upon the service list attached hereto as **Exhibit D**.

12. On November 6, 2025, at my direction and under my supervision, employees of Verita caused the Notice of Non-Voting Status (with Release Opt-Out Election Form), USB, Solicitation and Voting Procedures, Confirmation Hearing Notice, and Return Envelope to be served via First Class Mail upon the service list attached hereto as **Exhibit E**.

13. On November 6, 2025, at my direction and under my supervision, employees of Verita caused the Solicitation Package, including a Class 5 Ballot, USB, Solicitation and Voting Procedures, Cover Letter, Instruction Letter, Confirmation Hearing Notice, and Return Envelope to be served via First Class Mail upon the service list attached hereto as **Exhibit F**.

Dated: November 17, 2025

*/s/ Darlene S. Calderon*
Darlene S. Calderon
Verita
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Class 4 Voting Parties**
**Served via Electronic Mail**

| CreditorName | Email |
|---|---|
| Resilience360 Inc., d/b/a Everstream Analytics | lydia.davis@everstream.ai |

# Exhibit B

**Exhibit B**
**Class 5 Voting Parties**
**Served via Electronic Mail**

| CreditorName | Email |
|---|---|
| Alliant Systems, LLC | r.mcnannay@alliant-systems.com |
| Corrs Chambers Westgarth | dianne.allison@corrs.com.au; michelle.makeham@corrs.com.au |
| Functional Devices Inc. | sales@functionaldevices.com |
| Hub @ 202 Ownco, LLC | tereth@lpc.com |
| Muza Metal Products, LLC | KAWenzel@muzametal.com |
| R.S. Hughes Co., Inc. | credit@rshughes.com |

# Exhibit C

**Exhibit C**
**Class 5 Voting Parties**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Altium Inc. | | 4225 Executive Square, Suite 800 | | | La Jolla | CA | 92037 | |
| Canusa Logistics Inc. | | 893 Helena Street | | | Fort Erie | ON | L2A 4K2 | Canada |
| CIMC Energy Storage Technology Co., Ltd. | | Chiwan Headquarters Building | 9th Floor, No. 8 Chiwan 6th Road, Shekou | | Nanshan District | Shenzhen | 518000 | China |
| Concur Technologies, Inc. | | 601 108th Avenue NE, Suite 1000 | | | Bellevue | WA | 98004 | |
| Deep Sky Studios, LLC | | 1022 NW Marshall Street | Unit 480 | | Portland | OR | 97209 | |
| Delta Dental Plan of Oregon | | 601 SW 2nd Avenue | | | Portland | OR | 97204 | |
| FLEXOO GmbH | | Speyerer Str. 4 | | | Heidelberg | | 69115 | Germany |
| HSBC Bank USA, National Association | | 452 5th Avenue | | | New York | NY | 10018 | |
| Huizhou Topband Electrical Technology Co., LTD | | No. 113 Dongxin AVE, | Dongxin Block Dongjiang Hi-Tech Industrial Park | Zhongkai District | Huizhou | | 516006 | China |
| Kirkland & Ellis LLP | | 609 Main Street | | | Houston | TX | 77002 | |
| Mobile Mini, Inc. | | 4646 E. Van Buren St. | STE 400 | | Phoenix | AZ | 85008 | |
| New York State Dept. of Tax and Finance | Bankruptcy Section | PO Box 5300 | | | Albany | NY | 12205 | |
| Uline | | 12575 Uline Dr | | | Pleasant Prairie | WI | 53158 | |

# Exhibit D

**Exhibit D**
**Non-Voting Opt-Out Parties**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| New York State Dept. of Tax and Finance | Bankruptcy Section | PO Box 5300 | Albany | NY | 12205 |
| Saeteurn, Jackson | | Address on File | | | |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 1 of 1

# Exhibit E

**Exhibit E**
**Non-Voting Opt-Out Parties**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| 3U Millikan LLC | Logan Zhu | 12 Carmel Woods | Laguna Niguel | CA | 92677 |
| esVolta, LP | Attn General Counsel | 100 Bayview Circle, Suite 340 | Newport Beach | CA | 92660 |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 1 of 1

# Exhibit F

**Exhibit F**
**Class 5 Voting Parties**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| KBF CPAs LLP | 5825 Meadows Rd, Suite 420 | Lake Oswego | OR | 97035 |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 1 of 1