**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

From October 31, 2025 through November 12, 2025, as indicated on the exhibit, at my direction and under my supervision, employees of Verita caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of (I) Combined Hearing to Consider Approval of Disclosure Statement on Final Basis and Plan Confirmation and (II) Related Voting and Objection Deadline** [substantially in the form attached as Exhibit 2 to Docket No. 939]

Dated: November 17, 2025

　　　　　　　　　　　　　　　　　　　　　　/s/ *Heather Fellows*
　　　　　　　　　　　　　　　　　　　　　　Heather Fellows
　　　　　　　　　　　　　　　　　　　　　　Verita
　　　　　　　　　　　　　　　　　　　　　　222 N Pacific Coast Highway, Suite 300
　　　　　　　　　　　　　　　　　　　　　　El Segundo, CA 90245
　　　　　　　　　　　　　　　　　　　　　　Tel. 310.823.9000

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; (xii) Powin Canada B.C. Ltd. [2239] and Powin EKS SellCo, LLC [9110]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

# Exhibit A

**Exhibit A**
**Supplemental Creditor Matrix**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip | Service Date |
|---|---|---|---|---|---|---|
| Black & McDonald | | 6900 Executive Dr | Kansas City | MO | 64120-2111 | 11/5/2025 |
| Bluewater Battery Logistics, LLC | Bluewater Battery Logistics. LLC | 205 E Carrillo St Ste 200 | Santa Barbara | CA | 93101-7181 | 11/3/2025 |
| Luminate, LLC | | 1099 18th St Ste 2210 | Denver | CO | 80202-3193 | 10/31/2025 |
| Thomson Reuters Tax & Accounting Inc. | | 6160 Warren Pkwy Ste 600 | Frisco | TX | 75034-9746 | 11/12/2025 |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 1 of 1