**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>         Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Travis R. Buckingham, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On November 12, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Proposed Orders Approving Sales** [Docket No. 608][2]

- **Notice of Revised Order Approving Sale of Shares in EKS Holdco, LLC and Filing of Release and Sale Agreement** [Docket No. 649][3]

Dated: November 18, 2025

/s/ *Travis R. Buckingham*
Travis R. Buckingham
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; (xii) Powin Canada B.C. Ltd. [2239] and Powin EKS SellCo, LLC [9110]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

[2] With respect to Docket No. 608, Exhibits A through C were excluded from hard copy service. A slipsheet was included with a QR code directing recipients to the full version of the document.

[3] With respect to Docket No. 649, Exhibits A through C were excluded from hard copy service. A slipsheet was included with a QR code directing recipients to the full version of the document.

# Exhibit A

**Exhibit A**

**Supplemental Contract Counterparty Service List**

**Served via First Class Mail**

| CreditorName | Address1 | Address2 | City | Zip | Country |
|---|---|---|---|---|---|
| IBASE Gaming Inc. | 24F No. 93 Sec 1 Xintai 5th Rd | Xizhi Dist | New Taipei City | 221416 | Taiwan |

In re Powin, LLC, et al.

Case No. 25-16137 (MBK)