UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Franklin Barbosa, Jr., Esq.
SCHENCK, PRICE, SMITH & KING, LLP
220 Park Avenue
P.O. Box 991
Florham Park, New Jersey 07932-0991
(973) 539-1000
fb@spsk.com
Counsel for CS Energy, LLC

In Re:

POWIN LLC, et. al.

Debtors.

Case No.: 25-15137 (MBK)

Chapter: 11

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, __Cheryl L. Miller__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Franklin Barbosa, Jr., Esq.__, who represents __CS Energy, LLC__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __November 18, 2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Objection of CS Energy, LLC to Confirmation of the Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Offiicial Committee of Unsecured Creditors

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __11/18/2025__

/s/ Cheryl L. Miller
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Powin, LLC<br>c/o Gerard Uzzi and Chad Poulson<br>20550 SW 115th Avenue<br>Tualatin, OR 97062 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All Other parties on the attached spreadsheet received electronic notification of the referenced Objection | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

**Exhibit A**
**Master Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | Ace Engineering & Co., Ltd. | Carl Kim | 400 Kelby Street, Suite 1701 | | | Fort Lee | NJ | 07024 | | 949-333-9088 | | chloe@aceccontainer.com; carl.kim@aceengineering.com |
| Interested Party | AKA Energy Systems | Jason Aspin | | | | | | | | | | jasonaspin@aka-group.com |
| Interested Party | Akayshta | Raul Currey | | | | | | | | | | paul.currey@akayshtaenergy.com |
| Counsel to Creditor Sonic Systems International, LLC | Akerman LLP | Mark S. Lichtenstein | 1251 Avenue of the Americas, 37th Floor | | | New York | NY | 10020 | | 212-880-3800 | 212-880-8965 | mark.lichtenstein@akerman.com |
| Counsel to Hitachi Energy Ltd and Hitachi Energy Power Conversion Solutions, S.L.U. f/k/a Experience Knowledge Strategy, S.L. | Allen Overy Shearman Sterling US LLP | Luckey McDowell, Ian Roberts | 2601 Olive Street, 17th Floor | | | Dallas | TX | 75201 | | 214-271-5777 | | luckey.mcdowell@aoshearman.com; ian.roberts@aoshearman.com |
| Financial Advisor to the Committee | Alvarez & Marsal NA | Seth A. Waschitz, Rich Newman | 540 W. Madison St., Suite 1800 | | | Chicago | IL | 60661 | | | | rnewman@alvarezandmarsal.com; swaschitz@alvarezandmarsal.com |
| Interested Party | APEX Clean Energy | Scott Weiss | | | | | | | | | | Scott.Weiss@apexcleanenergy.com |
| Co-Counsel to Lu Pacific Properties, LLC | Archer & Greiner, P.C. | Natalie Wass Songonuga | 1025 Laurel Oak Road | | | Voorhees | NJ | 08043 | | 866-673-3936 | 866-755-0574 | nsongonuga@archerlaw.com |
| Counsel to Celestica LLC | Arnold & Porter Kaye Scholer LLP | Benjamin Mintz, Justin Imperato | 250 West 55th Street | | | New York | NY | 10019 | | 212-836-8000 | | benjamin.mintz@arnoldporter.com; justin.imperato@arnoldporter.com |
| Counsel for Celestica LLC | Arnold & Porter Kaye Scholer LLP | Gabby Ferreira | One Gateway Center | Suite 1025 | | Newark | NJ | 07102 | | 973-776-1900 | | gabby.ferreira@arnoldporter.com |
| Counsel for Lu Pacific Properties, LLC | Baker Botts LLP | Lev M. Cortes, Jr. | 2001 Ross Avenue | Suite 900 | | Dallas | TX | 75201-2980 | | 214-953-6500 | 214-953-6503 | lee.cortes@bakerbotts.com |
| Counsel for Idaho Power Company | Baker Botts LLP | Micheline Deeik | | | | | | | | | | micheline.deeik@bakerbotts.com |
| Counsel for Idaho Power Company | Baker Botts LLP | Richard B. Harper, Scott R. Bowling, Jennifer R. Hoover, Noelle B. | 30 Rockefeller Plaza | | | New York | NY | 10112 | | 212-408-2500 | 212-259-2501 | richard.harper@bakerbotts.com; scott.bowling@bakerbotts.com |
| Counsel to EPC Services Company | Beneseh, Friedlander, Coplan & Aronoff LLP | Torrice | 1313 N. Market Street, Suite 1201 | | | Wilmington | DE | 19801 | | 302-442-7010 | 302-442-7012 | jhoover@beneschlaw.com; ntorrice@beneschlaw.com; |
| Counsel for Mainstream RH, Mesa Logistics Group, LLC d/b/a Trivergix Group, &Loop Logistics LLC and 8Loop Trans Inc. | Beneseh, Friedlander, Coplan & Aronoff LLP | Kevin M. Capuzzi, John C. Gentile, Noelle B. Torrice | 1313 N. Market Street, Suite 1201 | | | Wilmington | DE | 19801 | | 302-442-7010 | 302-442-7012 | kcapuzzi@beneschlaw.com; jgentile@beneschlaw.com; ntorrice@beneschlaw.com |
| Interested Party | Berkshire Hathaway | Alicia Knapp, Joe Johnson | | | | | | | | | | Alicia.Knapp@berenewables.com; Josiah.Johnson@berenewables.com |
| Counsel for Creditor Expeditors International of Washington, Inc. | Bressler, Amery & Ross, P.C. | David H. Pikus | 325 Columbia Turnpike | | | Florham Park | NJ | 07932 | | 973-514-1200 | 973-514-1660 | dpikus@bressler.com |
| Member of Official Committee of Unsecured Creditors | Brian Palomino | Jack A. Raisner, Rainer Roupinian | 270 Madison Avenue, Suite 1801 | | | New York | NY | 10016 | | 212-221-1747 | | jar@raisnerroupinian.com; rroupinian@raisnerroupinian.com |
| Counsel to Official Committee of Unsecured Creditors | Brown Rudnick LLP | Bernard S Silverberg, Kenneth J Aulet, Eric R. Goodman | 7 Times Square | | | New York | NY | 10036 | | | | BAulet@brownrudnick.com, BSilverberg@brownrudnick.com; EGoodman@brownrudnick.com |
| Creditors | Brown Rudnick LLP | Robert Stark | 7 Times Square | | | New York | NY | 10036 | | 415-227-0600 | | rstark@brownrudnick.com |
| Counsel for Oracle America, Inc. | Buchaler, A Professional Corporation | Shawn M. Christianson | 425 Market Street, Suite 2600 | | | San Francisco | CA | 94105-3493 | | | | schristianson@buchalter.com |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | Celestica LLC | Michael Paul Gialella | 11 Continental Blvd | | | Merrimack | NH | 03054 | | 508-243-2928 | | mgialella@celestica.com |
| Interested Party | CleanPeak Energy | Gavin Smith | | | | | | | | | | gavin.smith@cleanpeakenergy.com.au |
| Counsel for Mitsubishi Power Americas, Inc. and Power Electronics USA, Inc. | Clifford Chance US LLP | Michelle M. McGreal | Two Manhattan West | 375 9th Avenue | | New York | NY | 10001 | | 212-878-8378 | | michelle.mcgreal@cliffordchance.com |
| Co-Counsel to BHER Ravenswood Solar 1, LLC | Cole Schotz P.C. | Felice R. Yudkin, Daniel J. Harris | Court Plaza North, 25 Main Street | | | Hackensack | NJ | 07601 | | 201-525-6261 | | fyudkin@coleschotz.com; dharris@coleschotz.com |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | Contemporary Amperex Technology Co., Limited (CATL) | Micah Siegel | No. 2 Xingang Road Zhangwan Town | Jiaocheng District | | Ningde City | | 352100 | China | 937-469-1442 | | mcahsiegel@catl.com |
| Interested Party | Convergent | Frank Genova, Miranda Morton | | | | | | | | | | fgenova@convergentep.com; mmorton@convergentep.com |
| Interested Party | Countryside | Cagri Ozmerdivan | | | | | | | | | | cozmerdivan@cseenergy.com |
| Counsel for Arevon Energy, Inc. | Cullen and Dykman LLP | Kyriaki Christodoulou | One Battery Park Plaza, 34th Floor | | | New York | NY | 10004 | | 212-701-4170 | 212-742-1219 | kchristodoulou@cullenllp.com |
| DE AG Office | Delaware Attorney General | MN Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 | | 302-577-8338 | | attorney.general@delaware.gov |
| Counsel for the Debtors and Debtors in Possession | Dentons US LLP | John D. Beck, Sarah M. Schrag | 1221 Avenue of the Americas | | | New York | NY | 10020-1089 | | 212-768-6700 | 212-768-6800 | john.beck@dentons.com; sarah.schrag@dentons.com |
| Counsel for the Debtors and Debtors in Possession | Dentons US LLP | Tania M. Moyron, Van C. Durrer | 601 S. Figueroa Street #2500 | | | Los Angeles | CA | 90017 | | 213-623-9300 | 213-623-9924 | tania.moyron@dentons.com; van.durrer@dentons.com |
| Counsel for Control Concepts Corporation d/b/a c3controls | Eckert Seamans Cherin & Mellott, LLC | Nicholas M. Gaunce | P.O. Box 5404 | | | Princeton | NJ | 08543 | | 609-989-5058 | 609-392-7956 | ngaunce@eckertseamans.com |
| Interested Party | EDF | Pat Del Rio, Blaine Sundvall | | | | | | | | | | pat.delrio@edf-re.com; Blaine.Sundvall@edf-re.com; Chelsea.Turner@edf-re.com |
| Interested Party | EnergyRE | Chelsea Turner | | | | | | | | | | |
| Interested Party | EnVolta | Ann Walter, Rocio Mendoza, Greg White, Surya Mohan | | | | | | | | | | Ann.Walter@enervgyre.com; rocio.mendoza@enervgyre.com; GregWhite@enervgyre.com; Surya.Mohan@enervgyre.com |
| Counsel to Pulse Clean Energy SPV Watt Limited | Everseh's Sutherland (US) LLP | Randolph Mann, Justin Johns | | | | | | | | | | randolph.mann@eversheds-sutherland.com; justin.johns@eversheds-sutherland.com |
| Counsel to JMS Wind Energy, LLC | Everseh's Sutherland (US) LLP | David A. Wender | 999 Peachtree Street NE, Suite 2300 | | | Atlanta | GA | 30309 | | 404-853-8175 | 404-853-8806 | davidwender@eversheds-sutherland.com |
| Counsel to JMS Wind Energy, LLC and Pulse Clean Energy SPV Watt Limited | Everseh's Sutherland (US) LLP | Todd C. Meyers | 999 Peachtree Street NE, Suite 2300 | | | Atlanta | GA | 30309 | | 404-853-8000 | | toddmeyer@eversheds-sutherland.com; sameerafarag@eversheds-sutherland.com |
| Counsel to the Cash Flow DIP Lender and Keyframe Capital Partners, LP | Everseh's Sutherland (US) LLP | Todd C. Meyers, Sameer M. Alifarag | The Grace Building, 40th Floor | 1114 Avenue of the Americas | | New York | NY | 10036 | | 212-389-5000 | | |
| Counsel to Keyframe Capital Partners, LP | Faegre Drinker Biddle & Reath LLP | James H. Millar, Kyle R. Kistinger | 1177 Avenue of the Americas, 41st Floor | | | New York | NY | 10013 | | 212-248-3140 | 212-248-3141 | james.millar@faegredrinker.com; kyle.kistinger@faegredrinker.com |
| Co-Counsel to Front Range-Midway Solar Project, LLC | Faegre Drinker Biddle & Reath LLP | Michael P. Pompeo | 600 Campus Drive | | | Florham Park | NJ | 07932 | | 973-549-7000 | 973-360-9831 | michael.pompeo@faegredrinker.com |
| Counsel to AMP Solar US Services LLC, nVia PureSky US Services LLC | Farella Braun and Martel LLP | Gary M. Kaplan | One Bush Street, Suite 900 | | | San Francisco | CA | 94104 | | 415-954-4940 | 415-954-4480 | gkaplan@fbm.com |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | Foley & Lardner LLP | Anne B. Sekel | 90 Park Ave, 37th Floor | | | New York | NY | 10016 | | 212-338-3417 | | asekel@foley.com |
| Counsel to Specified Technologies, Inc. and Zendesk, Inc. | Formosa Electronic Industries Inc. | Vodka Lee | 5F., No.8, Ln.130, Minquan Rd. | Xindian Dist | | New Taipei City | | 23141 | Taiwan | 886.2 2218 8888 | | kelvin.chen@feii.com.tw; flora.zhang@feii.com.tw; vodka.lee@feii.com.tw |
| Counsel to Specified Technologies, Inc. | Fox Rothschild, LLP | Azzelino A. Zammitelli | 49 Market Street | | | Morristown | NJ | 07960 | | 973-992-4800; 973-548-3330 | 973-992-3125; 973-992-9125 | azammitelli@foxrothschild.com |
| Counsel for Zendesk, Inc. | Fox Rothschild, LLP | Joseph J. DiPasquale | 49 Market Street | | | Morristown | NJ | 07960 | | 973-992-4800 | 973-992-3725 | jdipasquale@foxrothschild.com |
| Counsel to the Official Committee of Unsecured Creditors | Fox Rothschild, LLP | Michael R. Herz | 49 Market Street | | | Morristown | NJ | 07960 | | 973-548-3330 | 973-992-9125 | mherz@foxrothschild.com |
| Counsel for Zendesk, Inc. | Fox Rothschild, LLP | Stephanie Slater Ward | 1201 N. Market Street, Suite 1200 | | | Wilmington | DE | 19801 | | 302-654-7444 | | sward@foxrothschild.com |
| Creditors | Genova Burns LLC | Daniel Stolz | 1110 Allen Road, Suite 304 | | | Basking Ridge | NJ | 07920 | | 973-230-2095 | 973-814-4045 | dstolz@genovaburns.com |
| Counsel to Official Committee of Unsecured Creditors | Genova Burns LLC | Donald Clarke, Jaclynn N. McDonnell, Susan A. Long | 494 Broad St | | | Newark | NJ | 07102 | | 973-367-7804; 973-535-7119; 973-546-3283 | 973-814-4045 | DClarke@genovaburns.com; jmcdonnell@genovaburns.com; slong@genovaburns.com |
| Counsel for GLAS USA LLC and Galp Parques Fotovoltaicos de Alcoutim, Lda | Gibbons P.C. | Brett S. Theisen | One Gateway Center | | | Newark | NJ | 07102 | | 973-596-4500 | | btheisen@gibbonslaw.com |
| Co-counsel for certain funds and accounts managed by KKR Credit Advisors (US) LLC | Gibbons P.C. | John S. Mairo | One Gateway Center | | | Newark | NJ | 07102 | | 973-596-4500 | | jmairo@gibbonslaw.com |
| Counsel to Galp Parques Fotovoltaicos de Alcoutim, Lda and Co-counsel for certain funds and accounts managed by KKR Credit Advisors (US) LLC | Gibbons P.C. | Kyle P. McEvilly | One Gateway Center | | | Newark | NJ | 07102 | | 973-596-4500 | | kmcevilly@gibbonslaw.com |
| Co-Counsel to BHER Ravenswood Solar 1, LLC | Gibson, Dunn & Crutcher LLP | Jeffrey C. Krause | 333 South Grand Avenue | | | Los Angeles | CA | 90071-3197 | | 213-229-7000 | | jkrause@gibsondunn.com |
| Co-Counsel to BHER Ravenswood Solar 1, LLC | Gibson, Dunn & Crutcher LLP | Michael J. Cohen | 200 Park Avenue | | | New York | NY | 10166-0193 | | 212-351-4000 | | mcohen@gibsondunn.com |
| Agent for the Prepetition Lenders and Top 50 Creditor | GLAS USA LLC | | 3 Second Street | Suite 206 | | Jersey City | NJ | 07311 | | 212-808-3050 | | clientservices.americas@glas.agency |

**Exhibit A**
**Master Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Interested Party | Glidepath | Mark Breen | | | | | | | | | | mbreen@glidepath.net |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | GreEnergy Resources LLC | Adam Fenner | 1405 4th Avenue NW, #312 | | | Ardmore | OK | 73401 | | 580-768-9634 | | adam.fenner@greenergyresources.com; nperin@fullmakeenergy.com |
| Interested Party | Hecate | Nick Pell | | | | | | | | | | |
| Counsel to Hitachi Energy Ltd and Hitachi Energy Power Conversion Solutions, S.L.U., f/k/a Experience Knowledge Strategy, S.L. | Herbert Smith Freehills Kramer (US) LLP | Boaz I. Cohen, Kyle J. Ortiz | 1177 Avenue of the Americas | | | New York | NY | 10036 | | 212-715-9100 | | boaz.cohen@hsfkramer.com; kyle.ortiz@hsfkramer.com |
| Counsel for Invenergy LLC, Yuma Solar Energy LLC, Invenergy Services LLC, Invenergy Storage Development LLC, El Sol Energy Storage LLC, and El Sol Storage Energy LLC | Holland & Knight LLP | Barbra R. Parlin | 787 Seventh Avenue | | | New York | NY | 10019 | | 212-513-3200 | 212-385-9010 | barbra.parlin@hklaw.com |
| Counsel for Invenergy LLC, Yuma Solar Energy LLC, Invenergy Services LLC, Invenergy Storage Development LLC, El Sol Energy Storage LLC, and El Sol Storage | Holland & Knight LLP | John Monaghan, Lynne B. Xerras, Kathleen M. St. John | 10 St. James Avenue | | | Boston | MA | 02116 | | 617-573-5834 | | bos-bankruptcy@hklaw.com; Lynne.Xerras@hklaw.com; Kathleen.StJohn@hklaw.com |
| Interested Party | Honeywell | Thomas Craig | | | | | | | | | | Thomas.Craig@honeywell.com |
| Interested Party | Hunt Energy Solutions | Hunter Hunt | | | | | | | | | | hhunt@huntconsolidated.com |
| Counsel for One Source Freight Solutions | Husch Blackwell LLP | Tara T. LeDay | 111 Congress Avenue, Suite 1400 | | | Austin | TX | 78701 | | 512-479-1141 | 512-479-1101 | Tara.Leday@huschblackwell.com |
| Interested Party | Idaho Power | Jason Richins | | | | | | | | | | jrichins@idahopower.com; SSBE.insolvency.bid@irs.gov |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 31 Hopkins Rd Rm1750 | | | Baltimore | MD | 21201 | | 800-913-6050 | 855-302-4141 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | | | 855-235-6787 | |
| Interested Party | Invenergy | Derek Price, David Acari | | | | | | | | | | dprice@invenergy.com; DAcari@invenergy.com |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | JMS Wind Energy, LLC | Will Douglas | 8022 S Rainbow Blvd Ste 406 | | | Las Vegas | NV | 89139 | | 541-483-0920 | | jules@jmswindenergy.com; will.douglas@jmsenergy.net |
| Interested Party | Jupiter Power | David Hernandez | | | | | | | | | | David.Hernandez@jupiterpower.io |
| Interested Party | KCE | Brian Hayes, Colin Tarella | | | | | | | | | | brian.hayes@keycaptureenergy.com; Colin.Tarella@keycaptureenergy.com |
| Co-Counsel for LL Pacific Properties, LLC | Kelley Alerman & Rurstein, LLP | Matthew W.I. Lederman | 5201 SW Yamhill Street, Suite 600 | | | Portland | OR | 97204 | | 503-225-3331 | 503-227-2980 | mlederman@kelrun.com; astampa@streamenergy.mx; |
| Interested Party | Kla Energy | Stream Energy Team | | | | | | | | | | jalvarez@streamenergy.mx; paul.wassil@onwardenergy.com |
| Interested Party | KMC (project Brandywine Onward Energy) | Paul Wassil | | | | | | | | | | |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | Kupono Solar, LLC | c/o Ameresco, Inc.; Rebecca McIntyre | 111 Speen Street, #410 | | | Framingham | MA | 01701 | | 508-661-2241 | | rmcintyre@ameresco.com; rmcintyre@ameresco.com |
| Counsel to DIP Lender FlexGen Power | Latham & Watkins | David Hammerman, Blake Denton, Andrew Sorkin | 1271 Avenue of the Americas | | | New York | NY | 10020 | | 212-906-1200 | | david.hammerman@lw.com; blake.denton@lw.com; andrew.sorkin@lw.com |
| Systems Counsel to DIP Lender FlexGen Power | Latham & Watkins | Jeffrey Mispagel | 355 South Grand Avenue, Suite 100 | | | Los Angeles | CA | 90071 | | 213-485-1234 | | jeffrey.mispagel@lw.com |
| Systems Counsel to DIP Lender FlexGen Power | Latham & Watkins | Whit Morley | 330 North Wabash Avenue | Suite 2800 | | Chicago | IL | 60611 | | | | whit.morley@lw.com |
| Interested Party | Leader | Phil | | | | | | | | | | phil@solar.com.tw |
| Interested Party | Leeward | Jason Allen, Theodore Matula | | | | | | | | | | Jason.Allen@LeewardEnergy.com; Theodore.Matula@LeewardEnergy.com |
| Interested Party | Longroad | Michael Alvarez, Paul Gaynor, Jeffrey D. Prol, Benjamin A. Schoenkin | One Lowenstein Drive | | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | michael.alvarez@longroadenergy.com; paul.gaynor@longroadenergy.com; jprol@lowenstein.com; bschoenkin@lowenstein.com |
| Counsel to Matrix Networks Counsel for AmTrust North America Inc. on behalf of Wesco Insurance Company | Maurice Wutscher LLP | Alan C. Hochheiser | 23611 Chagrin Blvd, Suite 207 | | | Beachwood | OH | 44122 | | 215-220-1129 | | ahochheiser@mauricewutscher.com |
| Co-Counsel for Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, Longroad Energy Partners, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, Sun Streams Expansion, LLC, DTE Electric Company, and Poblano Energy Storage, LLC, | Mayer Brown LLP | Joaquin M. C de Baca, Richard A. Stieglitz, Yoarni Kim, Michael Leonard | 1221 Avenue of the Americas | | | New York | NY | 10020-1001 | | 212-506-2500 | | jcdebaca@mayerbrown.com; rstieglitz@mayerbrown.com; ykim@mayerbrown.com; michael.leonard@amer.mhps.com |
| Interested Party | MHPS | | | | | | | | | | | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| NJ AG Office | New Jersey Attorney General | Atm Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 | | 609-292-8740 | 609-292-3508 | |
| New Jersey Attorney General Office | New Jersey Attorney General Office | Division of Law - Compliance and Enforcement - Bankruptcy Unit | Richard J. Hughes Justice Complex | 25 Market St | PO Box 112 | Trenton | NJ | 08625-0112 | | | | |
| New Jersey Division of Taxation | New Jersey Division of Taxation | Damien Iwanski | 3 John Fitch Way, 5th Fl | | PO Box 245 | Trenton | NJ | 08695-0245 | | | | NJ.Tax.BNCnoticeonly@treas.nj.gov; damien.iwanski@nidoe-asi.com |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Jeffrey M. Sponder, Lauren Bielskie | One Newark Center | Suite 2100 | | Newark | NJ | 07102 | | 973-645-3014 | | Lauren.Bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov; fhildreth@ofalco.com |
| Interested Party | OFALCO | Fraser Hildreth | | | | | | | | | | |
| Interested Party | Orange & Rockland | David A. Brooks, Christina Deleveaux | 1162 Court St. NE | | | Salem | OR | 97301-4096 | | 503-378-4400 | 503-378-4017 | BROOKSDA@coned.com; DELEVEAUXC@coned.com; AttorneyGeneral@doj.state.or.us |
| OR AG Office | Oregon Attorney General | Atm Bankruptcy Department | | | | | | | | | | |
| Interested Party | Ormat | Elad Zafkin | | | | | | | | | | ezafkin@ormat.com |
| Counsel to resVolta, LP, EDF Power Solutions, Inc. f/k/a EDFRenewables, Inc.) and PowerFlex Systems, Inc. | Orrick, Herrington & Sutcliffe LLP | Lorraine McGowen, Michael Trentin, Jenna MacDowell Busche | 51 West 52nd Street | | | New York | NY | 10019-6142 | | 212-506-5000 | 212-506-5151 | lmcgowen@orrick.com; mtrentin@orrick.com; jmacdowellbusche@orrick.com |
| Interested Party | PNM | PNM Team | | | | | | | | | | |
| Counsel to Key Capture Energy, LLC | Porter Hedges LLP | Eric M. English, James A. Keefe, Kevin Whitener, Bryan Towe, Eric Dupont | 1000 Main St., 36th Floor | | | Houston | TX | 77002 | | 713-226-6000 | 713-226-6248 | eenglish@porterhedges.com; jkeefe@porterhedges.com; kevin.whitener@pgn.com; btowe@porterhedges.com; edupont@porterhedges.com |
| Interested Party | Portland General Electric | | | | | | | | | | | |
| Interested Party | Powerflex | | | | | | | | | | | |
| Interested Party | PowerSecure | | 21 Main Street, Suite 200 | | | Hackensack | NJ | 07601 | | 201-270-5477 | | jweiss@pashmanstein.com; leisenberg@pashmanstein.com; dsklar@pashmanstein.com; Christian.Reaves@pnmenergy.com; Christopher.Pecoraro@pnmresources.com; Sean.LEduse@pnmenergy.com; Dsreilly@msllaw.com; Christopher.Atencio@pnmenergy.com |
| Interested Party | Pashman Stein Walder & Hayden, P.C. | John W. Weiss, Leah M. Eisenberg, David E. Sklar | | | | | | | | | | |
| Previon Energy LLC | | | | | | | | | | | | |

**Exhibit A**
**Master Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Debtor | Powin, LLC. | Chad Paulson, Gerard Uzzi | 20550 SW 115th Avenue | | | Tualatin | OR | 97062 | | | | chad.paulson@powin.com; guzzi@uzzital.com; thomas.cornell@prevalonenergy.com; |
| Interested Party | Prevalon (Mitsubishi Power) | Tom Cornell, Michael McManus | | | | | | | | | | Michael.McManus@prevalonenergy.com; |
| Interested Party | Pulse Clean Energy | Trevor Wills | | | | | | | | | | trevor.wills@pulsecleanenergy.com |
| Interested Party | Pure Power Solutions | Ricky Jones | | | | | | | | | | rjones@purepowersolutions.com |
| Interested Party | PureSky | PureSky Team | | | | | | | | | | Muhammed.johar@pureskyenergy.com; taylor.dunn@pureskyenergy.com; |
| Top 50 Creditor and Member of Official Committee of Unsecured Creditors | R.H. Shipping & Chartering S.De.RL.De.CV. | Rudolf Hess | Av. Paseo De La Reforma No. 222, Piso 15 | Col. Juarez, Cuauhtemoc | | Ciudad De Mexico | | CX06600 | Mexico | 832-431-8121 | | cotranza@rh-shipping.com; rudolf@rh-shipping.com |
| Counsel to Honeywell International Inc. | Rabinowitz, Lubetkin & Tully, LLC | Jeffrey A. Cooper | 293 Eisenhower Parkway, Suite 100 | | | Livingston | NJ | 07039 | | 973-597-9100 | 973-597-9119 | jcooper@rltlawfirm.com |
| Interested Party | Reed Smith LLP | Nicholas B. Vislocky, Andy Buck, David A. Pisciotta, Richard C. Szpak | 599 Lexington Avenue | 22nd Floor | | New York | NY | 10022 | | 212-549-0347; 212-549-4743 | | NVislocky@reedsmith.com; ABuck@reedsmith.com; dpisciotta@reedsmith.com; rszpak@reedsmith.com |
| Top 50 Creditor and Member for the Prepetition Lenders; Co-Counsel to GLAS USA LLC, agent for the Prepetition Lenders; Co-Counsel to Front Range-Midway Solar Project, LLC and Counsel to Solar Carver 1, LLC and Solar Carver 3, LLC as assignee of Pine Gate ECP, LLC | Riker Danzig LLP | Joseph L. Schwartz, Gregory S. Toma | 7 Giralda Farms, Suite 250 | | | Madison | NJ | 07940-1051 | | 973-538-0800 | 973-538-1984 | jschwartz@riker.com; gtoma@riker.com |
| Counsel to Solar Carver 1, LLC and Solar Carver 3, LLC, as assignee of Pine Gate ECP, LLC | Riker Danzig LLP | Tara J. Schellhorn | 7 Giralda Farms, Suite 250 | | | Madison | NJ | 07940-1051 | | 973-538-0800 | 973-538-1984 | tschellhorn@riker.com |
| Counsel to Enel Produzione S.p.A | Robinson & Cole LLP | Evan M. Lazerowitz | 666 Third Avenue, 20th Fl | | | New York | NY | 10017 | | 212-451-2954 | 212-451-2999 | elazerowitz@rc.com |
| Top 50 Creditor | Rubicon Professional Services, LLC | | 3370 Chastain Gardens Drive | Suite 220 | | Kennesaw | GA | 30144 | | 770-726-8975 | | accounting@rubiconps.com; tjpirrone@rubiconps.com; hgessler@rubiconps.com |
| Counsel to Key Capture Energy, LLC | Saul Ewing LLP | Lucian B. Murley | 1201 N. Market Street, Suite 2300 | | | Wilmington | DE | 19801 | | 302-421-6860 | 302-421-5864 | luke.murley@saul.com |
| Counsel to Key Capture Energy, LLC | Saul Ewing LLP | Turner N. Falk | 1500 Market Street, 38th Floor | | | Philadelphia | PA | 19102 | | 215-972-7777 | | turner.falk@saul.com |
| Counsel to CS Energy, LLC | Schenck, Price, Smith & King, LLP | Franklin Barbosa, Jr. | 220 Park Avenue | P.O. Box 991 | | Florham Park | NJ | 07932-0991 | | 973-539-1000 | 973-540-7300 | fb@spsk.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | | 100 Pearl St. Suite 20-100 | | New York | NY | 10004-2616 | | 212-336-1100 | 212-336-1320 | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | | 215-597-3100 | 215-597-3194 | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | | 202-942-8088 | 202-772-9317; 202-772-9318 | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to SMA Solar Technology America LLC | Sheppard, Mullin, Richter & Hampton LLP | Ori Katz, Jeannie Kim | Four Embarcadero Center, 17th Floor | | | San Francisco | CA | 94115 | | 415-434-9100 | 415-434-3947 | okatz@sheppardmullin.com; jskim@sheppardmullin.com |
| Counsel to SMA Solar Technology America LLC | Sheppard, Mullin, Richter & Hampton LLP | Sean Kirby | 30 Rockefeller Plaza, 39th Floor | | | New York | NY | 10112 | | 212-653-8700 | 212-653-8701 | skirby@sheppardmullin.com |
| Co-Counsel to Ace Engineering | Sherman, Silverstein, Kohl, Rose & Podolsky, P.A. | Arthur J. Abramowitz, Ross J. Switkes | 308 Harper Drive, Suite 200 | | | Moorestown | NJ | 08057 | | 856-662-0700 | | aabramowitz@shermansilverstein.com; rswitkes@shermansilverstein.com |
| Interested Party | Sol Systems | Yuri Horwitz; Richard Romero | | | | | | | | | | yuri.horwitz@solsystems.com; richard.romero@solsystems.com |
| Interested Party | Solvida | Stephen Smith | | | | | | | | | | stephen@solvidaenergy.com |
| Interested Party | Southern Company | | | | | | | | | | | JDMcFarl@southernco.com; ajbrown@southernco.com |
| Interested Party | Stein | Jay McFarland, Alison, John | | | | | | | | | | jdstory@southernco.com |
| Interested Party | Strata | Ilya Kronanevskiy | | | | | | | | | | Ilya.Kronanevskiy@stem.com |
| Interested Party | Sungrid | Bob Schafield | | | | | | | | | | bob.schafield@stratacleanenergy.com |
| TX AG Office | Texas Attorney General | Jake Wang | | | | | | | | | | jake.wang@sungridsolutions.com |
| | | Attn Bankruptcy Department | | | | | | | | | | Bankruptcy@oag.texas.gov; communications@oag.texas.gov; Jeremy.Campana@ThompsonHine.com |
| Counsel to Ultra Corpotech Private Limited | Thompson Hine LLP | Jeremy M. Campana, Alexander J. Andrews | 300 Madison Avenue, 27th Floor | | | New York | NY | 10017 | | | 512-475-2994 | Alexander.Andrews@ThompsonHine.com |
| Tennessee Attorney General | TN Attorney General's Office, Bankruptcy Division | | PO Box 20207 | | | Nashville | TN | 37202-0207 | | 615-532-8928 | 615-741-3334 | gina.hantel@ag.tn.gov |
| Co-Counsel for the Debtors and Debtors in Possession | Togut, Segal & Segal LLP | Albert Togut, Ellen Blender | One Penn Plaza, Suite 3335 | | | New York | NY | 10119 | | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com; eblender@teamtogut.com |
| Co-Counsel for the Debtors and Debtors in Possession | Togut, Segal & Segal LLP | Frank A. Oswald | 550 Broad Street, Suite 1508 | | | Newark | NJ | 07102 | | 212-594-5000 | 212-967-4258 | frankoswald@teamtogut.com |
| Interested Party | The Energy | Pedro Huang | | | | | | | | | | pedro.huang@theenergy.com.tw |
| Counsel to Ameresco, Inc. and Kupono Solar LLC | Troutman Pepper Locke LLP | David M. Fournier, Joanna J. Cline, Tori L. Remington | Hercules Plaza, Suite 1000 | 1313 N. Market Street, P.O. Box 1709 | | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | david.fournier@troutman.com; joanna.cline@troutman.com; tori.remington@troutman.com |
| Counsel to EPC Services Company | UB Greensfelder LLP | Stuart A. Laven, Jr. | 1660 West 2nd Street | Suite 1100 | | Cleveland | OH | 44113-1406 | | 302-645-2700 | 973-645-2702 | slaven@ubglaw.com |
| US Attorney for District of New Jersey | US Attorney for District of New Jersey | Alina Habba | 970 Broad Street, 7th Floor | | | Newark | NJ | 07102 | | | | |
| Counsel to Mitsubishi Electric Power Products, Inc. | Vedder Price P.C. | Courtney M. Brown, Joshua A. Dunn, Michael Schein, Max Duval | 1633 Broadway, 31st Floor | | | New York | NY | 10019 | | 212-407-7700 | 212-407-7799 | cmbrown@vedderprice.com; jdunn@vedderprice.com; mschein@vedderprice.com; mduval@vedderprice.com |
| Claims Agent | Verita | Danielle S. Calderon | 2222 N Pacific Coast Highway, Suite 300 | | | El Segundo | CA | 90245 | | 866-507-8631; 781-575-2122 | | PowinInfo@veritaglobal.com |
| Counsel for the Ad Hoc Customer Group | Vinson & Elkins LLP | Steven M. Abramowitz, David S. Meyer, Lauren R. Kanzer | 1114 Avenue of the Americas, 32nd Floor | | | New York | NY | 10036 | | 212-237-0137 | 212-237-0100 | sabramowitz@velaw.com; dmeyer@velaw.com; lkanzer@velaw.com |
| Counsel for the Ad Hoc Customer Group | Vinson & Elkins LLP | William I. Wallander, Matthew D. Struble | 2001 Ross Avenue, Suite 3900 | | | Dallas | TX | 75201 | | 214-220-7700 | 214-220-7716 | mstruble@velaw.com; bwallander@velaw.com |
| Counsel for or Bergstrom Inc. | Webber McGill LLC | Douglas J. McGill | 100 E. Hanover Avenue, Suite 401 | | | Cedar Knolls | NJ | 07927 | | 973-739-9559 | | dmcgill@webbermcgill.com |
| Agent for Toyoda Industries Commercial Finance Inc. | Weltman, Weinberg & Reis Co. LPA | Scott D. Fink | 5990 West Creek Rd Suite 200 | | | Independence | OH | 44131 | | 877-339-9484 | | ronationalecf@weltman.com |
| Counsel for certain funds and accounts managed by KKR Credit Advisors (US) LLC | White & Case LLP | Andrew Zatz, Shana Vanlusko, Emilio Grandio, Nadav Klugman, David Ridley, Andrea Amulic, Adam Swingle | 1221 Avenue of the Americas | | | New York | NY | 10020-1095 | | 212-819-8200 | 212-354-8113 | azatz@whitecase.com; shana.white@whitecase.com; emilio.grandio@whitecase.com; nadav.klugman@whitecase.com; David.Ridley@whitecase.com; andrea.amulic@whitecase.com; adam.swingle@whitecase.com |
| Counsel for certain funds and accounts managed by KKR Credit Advisors (US) LLC | White & Case LLP | Erin Rosenberg, Adam Swingle | 111 South Wacker Drive, Suite 5100 | | | Chicago | IL | 60606 | | 312-881-5400 | | erin.rosenberg@whitecase.com; adam.swingle@whitecase.com |
| Co-Counsel for Munnomah Battery ProjectCo Pty Ltd and Ulinda Park ProjectCo Pty Ltd; Counsel for Applied Surety Underwriters, SiriusPoint America Insurance Company, and Pennsylvania Insurance Company | Wollmuth Maher & Deutsch LLP | Paul R. DeFilippo, James N. Lawlor | 500 Fifth Avenue | | | New York | NY | 10110 | | 212-382-3300 | 212-382-0050 | pdefilippo@wmd-law.com; jlawlor@wmd-law.com |
| Counsel for Ormat Nevada Inc. | Womble Bond Dickinson (US) LLP | Kevin J. Mangan, Lisa Bittle Tancredi | 1313 North Market Street, Suite 1200 | | | Wilmington | DE | 19801 | | 302-252-4337 | 302-252-4330 | kevin.mangan@wbd-us.com; lisa.tancredi@wbd-us.com |
| Counsel for Ormat Nevada Inc. | Young Conaway Stargatt & Taylor, LLP | Sean M. Beach, Kara Hammond Coyle | 1000 North King Street | | | Wilmington | DE | 19801 | | 302-571-6600 | 302-571-1253 | sbeach@ycst.com; kcoyle@ycst.com; bankfilings@ycst.com |