# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Travis R. Buckingham, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On November 13, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Notice of Filing of Plan Supplement** [Docket No. 1036]

- **Notice of Filing of Amended Plan Supplement** [Docket No. 1038]

- **Notice of Filing of Amended Exhibits to Amended Plan Supplement** [Docket No. 1055]

Dated: November 19, 2025

　　　　　　　　　　　　　　　　　　　　　　/s/ *Travis R. Buckingham*
　　　　　　　　　　　　　　　　　　　　　　Travis R. Buckingham
　　　　　　　　　　　　　　　　　　　　　　Verita
　　　　　　　　　　　　　　　　　　　　　　222 N Pacific Coast Highway, Suite 300
　　　　　　　　　　　　　　　　　　　　　　El Segundo, CA 90245
　　　　　　　　　　　　　　　　　　　　　　Tel. 310.823.9000

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; (xii) Powin Canada B.C. Ltd. [2239] and Powin EKS SellCo, LLC [9110]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

# Exhibit A

**Exhibit A**
**Filed and Scheduled Claimants**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| AMEX TRS Co., Inc. | c/o Becket and Lee LLP | proofofclaim@becket-lee.com; payments@becket-lee.com; kkleppinger@becket-lee.com |
| BNSF Logistics, LLC | David Ivan | David.Ivan@bnsflogistics.com; dave.a.ivan@gmail.com |
| Delta Dental Plan of Oregon | | caressa.lowe@modahealth.com; legalservice@modahealth.com |
| Kirkland & Ellis LLP | | raquel.runnels@kirkland.com; mac.bank@kirkland.com |
| Sonic Systems International LLC | c/o R. Adam Swick, Akerman LLP | adam.swick@akerman.com; ndeleo@boynecapital.com |
| Wilson Fire Equipment and Service Co., Inc. | Julia Bobbitt | jbobbitt@grayreed.com; vsalazar@grayreed.com |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 1 of 1

# Exhibit B

**Exhibit B**
**Filed and Scheduled Claimants**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Altium Inc. | | 4225 Executive Square, Suite 800 | | | La Jolla | CA | 92037 | |
| Anderson, Bjorn | | Address on File | | | | | | |
| Andrew D Spencer | Pam Spencer | Address on File | | | | | | |
| Canusa Logistics Inc. | | 893 Helena Street | | | Fort Erie | ON | L2A 4K2 | Canada |
| CIMC Energy Storage Technology Co., Ltd. | | Chiwan Headquarters Building | 9th Floor, No. 8 Chiwan 6th Road, Shekou | | Nanshan District | Shenzhen | 518000 | China |
| Concur Technologies, Inc. | | 601 108th Avenue NE, Suite 1000 | | | Bellevue | WA | 98004 | |
| Deep Sky Studios, LLC | | 1022 NW Marshall Street | Unit 480 | | Portland | OR | 97209 | |
| DNV Energy USA, Inc. | | 4377 County Line Road | | | Chalfont | PA | 18914 | |
| FTI Consulting Inc. | | PO Box 418178 | | | Boston | MA | 02241-8178 | |
| Gotion, Inc. | | 48660 Kato Rd | | | Fremont | CA | 94538 | |
| HSBC Bank USA, National Association | | 452 5th Avenue | | | New York | NY | 10018 | |
| Huizhou Topband Electrical Technology Co., LTD | | No. 113 Dongxin AVE, | Dongxin Block Dongjiang Hi-Tech Industrial Park | Zhongkai District | Huizhou | | 516006 | China |
| LandCare USA L.L.C | | 5295 Westview Dr, Ste 100 | | | Frederick | MD | 21703 | |
| Mobile Mini, Inc. | | 4646 E. Van Buren St. | STE 400 | | Phoenix | AZ | 85008 | |
| Morano, Alexander | | Address on File | | | | | | |
| New York State Dept. of Tax and Finance | Bankruptcy Section | PO Box 5300 | | | Albany | NY | 12205 | |
| Paligo AB | | Vretenvagen 2 | | | Solna | | 17154 | Sweden |
| Resilience360 Inc., d/b/a Everstream Analytics | | 251 North City Drive Ste. 128F | | | San Marcos | CA | 92078 | |
| Reyes, Jason | | Address on File | | | | | | |
| Saeteurn, Jackson | | Address on File | | | | | | |
| SourceOne Transportation | | 610 S Industrial Blvd. | Suite 250 | | Euless | TX | 76040 | |
| Specified Technologies Inc. | Ian Ellias | 210 Evans Way | | | Somerville | NJ | 08876 | |
| West Columbia Storage LLC Wholly Owned Subsidiary of GlidePath Power Solutions LLC | Pamela Gros | 500 W. Madison Suite 1210 | | | Chicago | IL | 60661 | |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 1 of 1