| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**VINSON & ELKINS LLP**<br><br>Steven M. Abramowitz (No. 043641990)<br>David S. Meyer (admitted *pro hac vice*)<br>Lauren R. Kanzer (admitted *pro hac vice*)<br>The Grace Building<br>1114 Avenue of the Americas, 32nd Floor<br>New York, New York 10036-7708<br>Tel: (212) 237-0000<br>Fax: (212) 237-0100<br>Email: sabramowitz@velaw.com<br>         dmeyer@velaw.com<br>         lkanzer@velaw.com<br><br>-and-<br><br>William L. Wallander (admitted *pro hac vice*)<br>Matthew D. Struble (admitted *pro hac vice*)<br>2001 Ross Avenue, Suite 3900<br>Dallas, Texas 75201<br>Tel: (214) 220-7700<br>Fax: (214) 220-7716<br>Email: bwallander@velaw.com<br>         mstruble@velaw.com<br><br>*Counsel for Ad Hoc Group of Customers of Powin, LLC* | |
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>                    Debtors. | Case No. 25 – 16137 (MBK)<br><br>Chapter 11<br><br>(Jointly Administered) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin, LLC [0504], (ii) PEOS Holdings, LLC [5476], (iii) Powin Project LLC [1583], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

4936-5598-9588

**AD HOC CUSTOMER GROUP
WITNESS AND EXHIBIT LIST FOR HEARING
SCHEDULED FOR NOVEMBER 25, 2025 AT 11:30 A.M. (ET)**

Lone Star Solar, LLC,[2] Idaho Power Company, West Warwick Energy Storage 1, LLC, West Warwick Energy Storage 2, LLC, and West Warwick Energy Storage 3, LLC[3] (each a "*Customer*," and collectively, the "*Ad Hoc Customer Group*"), file this Witness and Exhibit List regarding the hearing scheduled for November 25, 2025 at 11:30 a.m. (ET) (the "*Hearing*").

## WITNESS

The Ad Hoc Customer Group may call any of the following witnesses at the Hearing:

1. Any witness called or listed by an other party; and
2. Any rebuttal witnesses.

The Ad Hoc Customer Group reserves the right to supplement or amend this witness list and to identify additional witnesses prior to the conclusion of the Hearing.

## EXHIBITS[4]

The Ad Hoc Customer Group may offer into evidence any one or more of the following exhibits:

---

[2] Lone Star Solar, LLC is a subsidiary of energyRe, LLC.

[3] West Warwick Energy Storage 1, LLC, West Warwick Energy Storage 2, LLC, and West Warwick Energy Storage 3, LLC are direct subsidiaries of Convergent West Warwick, LLC and indirect subsidiaries of Convergent Energy and Power LP.

[4] The Ad Hoc Customer Group, after consultation with the Debtors and the Court, has determined to omit the filing of the exhibits at this time. The Ad Hoc Customer Group reserves the right to file copies of the exhibits on the docket prior to the Hearing.

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION |
|---|---|---|---|---|---|---|
| 1. | Emergency Motion of Ad Hoc Customer Group for Entry of an Order (I) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 297] | | | | | |
| 2. | Motion of Ad Hoc Customer Group for Entry of an Order (I) Compelling the Debtors to Assign OEM Warranties and Guaranties and (II) Granting Related Relief [Docket No. 956] | | | | | |
| 3. | Amended and Restated Energy Supply Agreement between Lone Star Solar, LLC and Powin LLC dated as of September 15, 2023 | | | | | |
| 4. | Long Term Services Agreement between Lone Star Solar, LLC and Powin, LLC dated as of May 1, 2024 | | | | | |
| 5. | Battery Energy Supply Agreement between Idaho Power Company and Powin, LLC (Black Mesa Project) dated as of February 28, 2022 | | | | | |
| 6. | Battery Energy Supply Agreement between Idaho Power Company and Powin, LLC (Elmore Project) dated as of December 28, 2021 | | | | | |
| 7. | Battery Energy Supply Agreement between Idaho Power Company and Powin, LLC (Filer Project) dated as of December 28, 2021 | | | | | |
| 8. | Battery Energy Supply Agreement between Idaho Power Company and Powin, LLC (Hemingway Project) dated as of February 28, 2022 | | | | | |
| 9. | Battery Energy Supply Agreement between Idaho Power Company and Powin, LLC (Melba Project) dated as of December 28, 2021 | | | | | |
| 10. | Battery Energy Supply Agreement between Idaho Power Company and Powin, LLC (Weiser Project) dated December 28, 2021 | | | | | |
| 11. | Energy Supply Agreement between Idaho Power Company and Powin, LLC dated as of June 8, 2023 | | | | | |

4936-5598-9588

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION |
|---|---|---|---|---|---|---|
| 12. | Long Term Services Agreement between Idaho Power Company and Powin, LLC dated as of August 21, 2023 | | | | | |
| 13. | Change Order between Idaho Power Company and Powin, LLC dated as of June 13, 2022 | | | | | |
| 14. | Change Order between Idaho Power Company and Powin, LLC dated as of September 14, 2023 | | | | | |
| 15. | Omnibus Change Order between Idaho Power Company and Powin, LLC dated as of May 2, 2023 | | | | | |
| 16. | Second Omnibus Change Order between Idaho Power Company and Powin, LLC dated as of March 11, 2025 | | | | | |
| 17. | Battery Energy Supply Agreement between West Warwick Energy Storage 1 LLC and Powin, LLC dated as of February 16, 2022 | | | | | |
| 18. | Battery Energy Supply Agreement between West Warwick Energy Storage 2 LLC and Powin, LLC dated as of February 16, 2022 | | | | | |
| 19. | Battery Energy Supply Agreement between West Warwick Energy Storage 3 LLC and Powin, LLC dated as of February 16, 2022 | | | | | |
| 20. | Long Term Services Agreement between West Warwick Energy Storage 1 LLC and Powin, LLC dated as of July 12, 2024 | | | | | |
| 21. | Long Term Services Agreement between West Warwick Energy Storage 2 LLC and Powin, LLC dated as of September 26, 2024 | | | | | |
| 22. | Long Term Services Agreement between West Warwick Energy Storage 3 LLC and Powin, LLC dated as of September 26, 2024 | | | | | |
| 23. | Change Order #001 between West Warwick Energy Storage 2 LLC and Powin, LLC dated as of September 25, 2023 | | | | | |
| 24. | Change Order #002 between West Warwick Energy Storage 2 LLC and Powin, LLC dated as of May 17, 2024 | | | | | |

4

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION |
|---|---|---|---|---|---|---|
| 25. | Change Order #001 between West Warwick Energy Storage 3 LLC and Powin, LLC dated as of January 19, 2024 | | | | | |
| 26. | Change Order #002 between West Warwick Energy Storage 3 LLC and Powin, LLC dated as of May 17, 2024 | | | | | |
| 27. | Side Letter Agreement between West Warwick Energy Storage 1 LLC, West Warwick Energy Storage 2 LLC, and West Warwick Energy Storage 3 LLC dated as of February 12, 2025 | | | | | |
| 28. | Warranty Agreement between Powin, LLC and Contemporary Amperex Technology Co., Limited dated December 20, 2019 | | | | | |
| 29. | Exhibit B Warranty Agreement between Powin Energy Corporation and Contemporary Amperex Technology Co., Limited dated February 27, 2019 | | | | | |
| 30. | Warranty Agreement between Powin Energy LLC and EVE Asia Co. Limited dated December 16, 2020 | | | | | |
| 31. | Material Supply Agreement between Powin, LLC and Specified Technology Inc. dated April 1, 2024 | | | | | |
| 32. | Manufacturing Services Agreement between Powin, LLC and China J-TECH Precision Machinery Group Limited dated December 30, 2022 | | | | | |
| 33. | CATL 280h Performance Guarantee Agreement between Powin Energy LLC and Contemporary Amperex Technology Co., Limited dated April 29, 2021 | | | | | |
| 34. | EVE LF280L Performance Guarantee Agreement between Powin Energy LLC and EVE Asia Co. Limited dated December 22, 2020 | | | | | |
| 35. | CATL 280Ah Performance Guarantee Agreement between Powin Energy LLC and Contemporary Amperex Technology Co., Limited dated Dec. 20, 2019 | | | | | |
| 36. | Agreement for Manufacture between Powin LLC and Celestica LLC dated April 26, 2023 | | | | | |

4936-5598-9588

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION |
|---|---|---|---|---|---|---|
| 37. | Purchase Framework Agreement between Powin, LLC and Shenzen ACE Battery Co., Ltd., dated March 14, 2023 | | | | | |
| 38. | Purchase Framework Agreement between Powin, LLC and Xuzhou G Battery International Trade Co., Ltd., dated April 24, 2023 | | | | | |
| 39. | Purchase Framework Agreement between Powin, LLC and iBase Solution Co., Ltd., dated May 5, 2023 | | | | | |
| 40. | Purchase Framework Agreement between Powin, LLC and Formosa Electronic Industries, Inc., dated March 9, 2023 | | | | | |
| 41. | Purchase Framework Agreement between Powin, LLC and Huizhou Desay Battery Co., Ltd., dated March 15, 2023 | | | | | |
| | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | | |
| | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | | |
| | Any exhibit listed or offered by any other party | | | | | |

The Ad Hoc Customer Group reserves its right to amend or supplement this Witness and Exhibit List at any time prior to the Hearing. The Ad Hoc Customer Group also reserves the right to use testimony and/or documents offered into evidence by other parties. The Ad Hoc Customer Group reserves the right to offer into evidence any other exhibit designated by any other party in connection with the hearing on these matters. The Ad Hoc Customer Group further reserves the right to offer into evidence such additional testimony and documents as may be appropriate for rebuttal or impeachment purposes.

[*Remainder of page intentionally left blank.*]

4936-5598-9588

Dated: November 20, 2025

New York, NY

*/s/ Steven M. Abramowitz*
**VINSON & ELKINS LLP**
Steven M. Abramowitz (NJ Bar No. 043641990)
David S. Meyer (admitted *pro hac vice*)
Lauren R. Kanzer (admitted *pro hac vice*)
The Grace Building
1114 Avenue of the Americas, 32nd Floor
New York, New York 10036-7708
Tel: (212) 237-0000
Fax: (212) 237-0100
Email: sabramowitz@velaw.com
   dmeyer@velaw.com
   lkanzer@velaw.com

-and-

William L. Wallander (admitted *pro hac vice*)
Matthew D. Struble (admitted *pro hac vice*)
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Tel: (214) 220-7700
Fax: (214) 220-7716
Email: bwallander@velaw.com
   mstruble@velaw.com

*Counsel for Ad Hoc Group of
Customers of Powin, LLC*

## **CERTIFICATE OF SERVICE**

      I, Steven M. Abramowitz, hereby certify that on the 20th day of November, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of New Jersey on those parties registered to receive electronic notices.

                                                */s/ Steven M. Abramowitz*
                                                Steven M. Abramowitz