|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**LATHAM & WATKINS LLP**<br>Blake T. Denton<br>David A. Hammerman (admitted *pro hac vice*)<br>Jason D. Petropoulos (*pro hac vice* pending)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Email:  blake.denton@lw.com<br>         david.hammerman@lw.com<br>         jason.petropoulos@lw.com<br><br><br>Jeffrey T. Mispagel (admitted *pro hac vice*)<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA  90071-1560<br>Telephone: (213) 485-1234<br>Email:  jeffrey.mispagel@lw.com<br><br>*Counsel for FlexGen Power Systems, LLC* |

| | |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>     Debtors. | Case No. 25 – 16137 (MBK)<br><br>Chapter 11<br><br>(Jointly Administered) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin, LLC [0504], (ii) PEOS Holdings, LLC [5476], (iii) Powin Project LLC [1583], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487].  The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

**FLEXGEN POWER SYSTEMS, LLC'S
WITNESS AND EXHIBIT LIST FOR HEARING
SCHEDULED FOR NOVEMBER 25, 2025 AT 11:30 A.M. (ET)**

FlexGen Power Systems, LLC ("FlexGen"), files this Witness and Exhibit List regarding the hearing in the above-captioned matter scheduled for November 25, 2025 at 11:30 A.M. (ET) (the "Hearing").

## WITNESS

FlexGen may call any of the following witnesses at the Hearing:

1. Any witness called or listed by any other party; and

2. Any rebuttal witnesses.

## EXHIBITS

FlexGen may offer into evidence any one or more of the following exhibits:

1. Asset Purchase Agreement, dated July 6, 2025, as authorized by the Court in that certain Sale Order [Docket No. 751];

2. Request for Payment of Administrative Expenses [Docket No. 1062];

3. Any documents filed on the public docket in these bankruptcy cases; and

4. Any exhibits offered or listed by any other party, or necessary to rebut arguments or exhibits offered by any other party.

[*Remainder of Page Intentionally Left Blank*]

FlexGen reserves the right to supplement or amend this Witness and Exhibit List for Hearing to identify additional witnesses or exhibits prior to the conclusion of the Hearing.

Dated: November 20, 2025
New York, New York

Respectfully Submitted,

/s/ *Blake Denton*
**LATHAM & WATKINS, LLP**
Blake T. Denton
David A. Hammerman (admitted *pro hac vice*)
Jason D. Petropoulos (*pro hac vice* pending)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: blake.denton@lw.com
david.hammerman@lw.com
jason.petropoulos@lw.com

 -and-

**LATHAM & WATKINS, LLP**
Jeffrey T. Mispagel (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA  90071-1560
Telephone: (213) 485-1234
Email: jeffrey.mispagel@lw.com

*Counsel for FlexGen Power Systems, LLC*

## CERTIFICATE OF SERVICE

      I, Blake T. Denton, certify that on November 20, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of New Jersey on those parties registered to receive electronic notices.

                                        */s/ Blake Denton*
                                        Blake T. Denton