|  | Order Filed on November 18, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK) (Jointly Administered) |

### ORDER SHORTENING TIME PERIOD FOR NOTICE AND SETTING HEARING

The relief set forth on the following pages, numbered one (1) through three (3), is **ORDERED.**

DATED: November 18, 2025

Honorable Michael B. Kaplan
United States Bankruptcy Judge

[1]

(page 2)
Debtors:            Powin, LLC, et al.
Case No.            25-16137 (MBK)
Caption of Order:   Order Shortening Time Period for Notice and Setting Hearing

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| | |
|---|---|
| **DENTONS US LLP** | **TOGUT, SEGAL & SEGAL LLP** |
| Lauren Macksoud (admitted)<br>101 JFK Parkway<br>Short Hills, NJ 07078<br>Telephone: (973) 912-7100<br>Facsimile: (973) 912-7199<br>Email: lauren.macksoud@dentons.com | Frank A. Oswald (admitted)<br>550 Broad Street<br>Suite 1508<br>Newark, NJ 07102<br>Telephone: (212) 594-5000<br>Facsimile: (212) 967-4258<br>Email: frankoswald@teamtogut.com |
| **DENTONS US LLP**<br>Tania M. Moyron (admitted *pro hac vice*)<br>Van C. Durrer, II (admitted *pro hac vice*)<br>601 S. Figueroa Street #2500<br>Los Angeles, CA 90017<br>Telephone: (213) 623-9300<br>Facsimile: (213) 623-9924<br>Email: tania.moyron@dentons.com<br>van.durrer@dentons.com | Albert Togut (admitted *pro hac vice*)<br>Eitan Blander (admitted *pro hac vice*)<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>Telephone: (212) 594-5000<br>Facsimile: (212) 967-4258<br>Email: altogut@teamtogut.com<br>eblander@teamtogut.com<br><br>*Counsel for Debtors and*<br>*Debtors in Possession* |
| John D. Beck (admitted *pro hac vice*)<br>Sarah M. Schrag (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>Telephone: (212) 768-6700<br>Facsimile: (212) 768-6800<br>Email: john.beck@dentons.com<br>sarah.schrag@dentons.com | |
| *Counsel for Debtors and*<br>*Debtors in Possession* | |

Upon review of the *Debtors' Application for Entry of an Order Shortening Time for Hearing on Expedited Motion of the Debtors for Entry of an Order (I) Authorizing And Approving Settlement Agreement; And (II) Granting Related Relief* (the "Application"), of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order (this "Order") requesting that the time period for notice of the *Expedited Motion of the Debtors for*

(page 3)
Debtors:             Powin, LLC, et al.
Case No.             25-16137 (MBK)
Caption of Order:    Order Shortening Time Period for Notice and Setting Hearing

*Entry of an Order (I) Authorizing And Approving Settlement Agreement; And (II) Granting Related Relief* (the "ACE Settlement Motion"), be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1),

**IT IS HEREBY ORDERED THAT:**

1. A hearing will be conducted on the ACE Settlement Motion on November 25, 2025 at 11:30 am, before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Courtroom 8, Trenton, NJ 08608.

2. The Debtors must serve a copy of this Order, and all related documents to all parties in interests by either regular mail or email, as applicable.

3. Service must be made within 1 days of the date of this Order.

4. Notice by telephone is not required.

5. Any objection to the ACE Settlement Motion shall be filed by November 24, 2025 at 4:00 pm. Any objections to the ACE Settlement Motion may be presented orally at the hearing.

6. Information to participate in the hearing via zoom can be found at https://www.njb.uscourts.gov/powin.

3

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-16137-MBK |
| Powin, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 8 |
| Date Rcvd: Nov 18, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Powin, LLC, 20550 SW 115th Avenue, Tualatin, OR 97062-6857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2025            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan J. Brody | on behalf of Interested Party Stem Inc. brodya@gtlaw.com, alan-brody-2138@ecf.pacerpro.com |
| Anne B. Sekel | on behalf of Creditor AMP Solar US Services LLC  n/k/a PureSky US Services LLC asekel@foley.com, jnicholson@foley.com;jlee@foley.com |
| Arthur Abramowitz | on behalf of Creditor Ace Engineering aabramowitz@shermansilverstein.com  jbaugh@shermansilverstein.com |
| Barbra Rachel Parlin | on behalf of Creditor El Sol Storage Energy LLC barbra.parlin@hklaw.com elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |
| Barbra Rachel Parlin | on behalf of Creditor El Sol Energy Storage LLC barbra.parlin@hklaw.com elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |

Case 25-16137-MBK    Doc 1093    Filed 11/20/25    Entered 11/21/25 00:13:23    Desc
Imaged Certificate of Notice    Page 5 of 11

| District/off: 0312-3 | User: admin | Page 2 of 8 |
|---|---|---|
| Date Rcvd: Nov 18, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Barbra Rachel Parlin
    on behalf of Creditor Arizona Storage Development LLC barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barbra Rachel Parlin
    on behalf of Creditor Invenergy Storage Development LLC barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barbra Rachel Parlin
    on behalf of Creditor Invenergy  LLC barbra.parlin@hklaw.com,
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barbra Rachel Parlin
    on behalf of Creditor Yuma Solar Energy LLC barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barbra Rachel Parlin
    on behalf of Creditor Invenergy Services LLC barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barbra Rachel Parlin
    on behalf of Creditor MG HR S de R.L. de C.V. barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Blake Denton
    on behalf of Creditor FlexGen Power Systems  LLC blake.denton@lw.com

Boaz Cohen
    on behalf of Creditor Hitachi Energy Power Conversion Solutions Spain  S.L., f/k/a Experience Knowledge Strategy, S.L.
    bcohen@kramerlevin.com

Boaz Cohen
    on behalf of Creditor Hitachi Energy Ltd bcohen@kramerlevin.com

Boaz Cohen
    on behalf of Creditor Hitachi Energy Power Conversion Solutions  S.L.U., f/k/a Experience Knowledge Strategy, S.L.
    bcohen@kramerlevin.com

Brett S. Theisen
    on behalf of Creditor GLAS USA LLC btheisen@gibbonslaw.com nmitchell@gibbonslaw.com

Brett S. Theisen
    on behalf of Interested Party Galp Parques Fotovoltaicos de Alcoutim  Lda btheisen@gibbonslaw.com,
    nmitchell@gibbonslaw.com

Cameron Deane
    on behalf of Creditor Toyota Industries Commercial Finance  Inc. cdeane@weltman.com

Courtney Brown
    on behalf of Creditor Mitsubishi Electric Power Products  Inc. cmbrown@vedderprice.com,
    ecfnydocket@vedderprice.com,courtney-brown-3667@ecf.pacerpro.com

Daniel Harris
    on behalf of Interested Party BHER Ravenswood Solar 1  LLC dharris@coleschotz.com, ddelehanty@coleschotz.com

Daniel Stolz
    on behalf of Attorney Brown Rudnick LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Creditor Committee Official Committee of Unsecured Creditors dstolz@genovaburns.com
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Other Prof. Alvarez & Marsal North America  LLC dstolz@genovaburns.com,
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel C Fleming
    on behalf of Creditor ORR Protection Systems  Inc. dfleming@wongfleming.com, sshalloo@wongfleming.com

David A. Pisciotta
    on behalf of Creditor GLAS USA LLC dpisciotta@reedsmith.com
    david-pisciotta-4680@ecf.pacerpro.com;docketingecfnyc@reedsmith.com

David E. Sklar
    on behalf of Interested Party Leeward Renewable Energy  LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC,
    and Antelope Valley BESS, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David E. Sklar
    on behalf of Interested Party DTE Electric Company dsklar@pashmanstein.com
    lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

Case 25-16137-MBK    Doc 1093    Filed 11/20/25    Entered 11/21/25 00:13:23    Desc
Imaged Certificate of Notice    Page 6 of 11

| District/off: 0312-3 | User: admin | Page 3 of 8 |
|---|---|---|
| Date Rcvd: Nov 18, 2025 | Form ID: pdf903 | Total Noticed: 1 |

David E. Sklar
    on behalf of Interested Party Poblano Energy Storage LLC, Strata Solar Services, LLC, and Strata Storage, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David E. Sklar
    on behalf of Creditor Mitsubishi Power Americas Inc. dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David E. Sklar
    on behalf of Interested Party Longroad Development Company LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David E. Sklar
    on behalf of Creditor Prevalon Energy LLC dsklar@pashmanstein.com lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David E. Sklar
    on behalf of Interested Party Longroad Energy Partners on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David E. Sklar
    on behalf of Interested Party Poblano Energy Storage LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David H. Pikus
    on behalf of Creditor Expeditors International of Washington INC dpikus@bressler.com

Deanna Boll
    on behalf of Creditor Apex Clean Energy Holdings LLC dboll@mwe.com, dnorthrop@mwe.com

Donald W Clarke
    on behalf of Attorney Brown Rudnick LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
    on behalf of Creditor Committee Official Committee of Unsecured Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
    on behalf of Other Prof. Alvarez & Marsal North America LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Douglas J. McGill
    on behalf of Creditor Bergstrom Inc. dmcgill@webbermcgill.com

Evan Lazerowitz
    on behalf of Creditor Enel Produzione S.p.A elazerowitz@rc.com

Felice R. Yudkin
    on behalf of Interested Party BHER Ravenswood Solar 1 LLC fyudkin@coleschotz.com, fpisano@coleschotz.com

Frank A. Oswald
    on behalf of Debtor Charger Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Frank A. Oswald
    on behalf of Attorney Togut Segal & Segal LLP frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Frank A. Oswald
    on behalf of Defendant Powin Energy Operating Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Frank A. Oswald
    on behalf of Debtor Powin Energy Operating LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Frank A. Oswald
    on behalf of Defendant Powin LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Frank A. Oswald
    on behalf of Debtor Powin Project LLC frankoswald@teamtogut.com seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Frank A. Oswald
    on behalf of Debtor Powin Energy Ontario Storage LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgr

Case 25-16137-MBK    Doc 1093    Filed 11/20/25    Entered 11/21/25 00:13:23    Desc
Imaged Certificate of Notice    Page 7 of 11

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 8 |
| Date Rcvd: Nov 18, 2025 | Form ID: pdf903 | Total Noticed: 1 |

ady@teamtogut.com

Frank A. Oswald
on behalf of Debtor Powin China Holdings 1 LLC frankoswald@teamtogut.com,
seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Frank A. Oswald
on behalf of Debtor Powin Energy Operating Holdings LLC frankoswald@teamtogut.com,
seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Frank A. Oswald
on behalf of Debtor Powin LLC frankoswald@teamtogut.com,
seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Frank A. Oswald
on behalf of Debtor Powin China Holdings 2 LLC frankoswald@teamtogut.com,
seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Frank A. Oswald
on behalf of Defendant Powin Energy Operating LLC frankoswald@teamtogut.com,
seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Frank A. Oswald
on behalf of Debtor PEOS Holdings LLC frankoswald@teamtogut.com,
seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Franklin Barbosa, Jr
on behalf of Creditor CS Energy LLC fb@spsk.com, clm@spsk.com

Gail C. Lin
on behalf of Plaintiff Brian Palomino gcl@raisnerroupinian.com
rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com

Gregory S. Toma
on behalf of Interested Party Front Range-Midway Solar Project LLC gtoma@riker.com

Jaclynn McDonnell
on behalf of Creditor Committee Official Committee of Unsecured Creditors jmcdonnell@genovaburns.com
dmendez@genovaburns.com

James N. Lawlor
on behalf of Creditor Munmorah Battery ProjectCo Pty Ltd jlawlor@wmd-law.com

James N. Lawlor
on behalf of Creditor Ulinda Park ProjectCo Pty Ltd jlawlor@wmd-law.com

Jeffrey A. Cooper
on behalf of Interested Party Honeywell International Inc. jcooper@rltlawfirm.com
cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey D. Prol
on behalf of Interested Party Matrix Networks jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;courtmail@lowenstein.com;bnathan@lowenstein.com

Jeffrey M. Sponder
on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Jennifer Hoover
on behalf of Creditor EPC Services Company jhoover@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jennifer Hoover
on behalf of Creditor GreEnergy Resources LLC jhoover@beneschlaw.com,
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jeremy M. Campana
on behalf of Creditor Ultra Corpotech Inc. jeremy.campana@thompsonhine.com ECFDocket@thompsonhine.com

Jeremy M. Campana
on behalf of Creditor Ultra Corpotech Private Limited jeremy.campana@thompsonhine.com ECFDocket@thompsonhine.com

Joanna J. Cline
on behalf of Interested Party Ameresco Inc. and Kupono Solar, LLC joanna.cline@troutman.com,
monica.molitor@troutman.com;wlbank@troutman.com

Joanna J. Cline
on behalf of Creditor Kupono Solar LLC joanna.cline@troutman.com, monica.molitor@troutman.com;wlbank@troutman.com

Case 25-16137-MBK    Doc 1093    Filed 11/20/25    Entered 11/21/25 00:13:23    Desc
Imaged Certificate of Notice    Page 8 of 11

| District/off: 0312-3 | User: admin | Page 5 of 8 |
|---|---|---|
| Date Rcvd: Nov 18, 2025 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| John S. Mairo | on behalf of Creditor Certain Funds and Accounts Managed by KKR Credit Advisors (US) LLC jmairo@gibbonslaw.com emunera@gibbonslaw.com |
| John W. Weiss | on behalf of Creditor Prevalon Energy LLC jweiss@pashmanstein.com gkarnick@pashmanstein.com |
| John W. Weiss | on behalf of Creditor Mitsubishi Power Americas Inc. jweiss@pashmanstein.com, gkarnick@pashmanstein.com |
| Joseph H. Lemkin | on behalf of Creditor THI Inc jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Spark Power Renewables USA Inc. jlemkin@stark-stark.com |
| Joseph J. DiPasquale | on behalf of Interested Party Specified Technologies Inc. Jdipasquale@foxrothschild.com, aedwards@foxrothschild.com;msteen@foxrothschild.com |
| Joseph L. Schwartz | on behalf of Creditor Solar Carver 1 LLC jschwartz@riker.com |
| Joseph L. Schwartz | on behalf of Interested Party Front Range-Midway Solar Project LLC jschwartz@riker.com |
| Joseph L. Schwartz | on behalf of Creditor Solar Carver 3 LLC jschwartz@riker.com |
| Kevin J. Mangan | on behalf of Interested Party Pennsylvania Insurance Company kevin.mangan@wbd-us.com Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com |
| Kevin J. Mangan | on behalf of Interested Party Applied Surety Underwriters kevin.mangan@wbd-us.com Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com |
| Kevin J. Mangan | on behalf of Interested Party SiriusPoint America Insurance Company kevin.mangan@wbd-us.com Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com |
| Kevin M. Capuzzi | on behalf of Creditor Mesa Logistics Group LLC d/b/a Trivergix Group kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin M. Capuzzi | on behalf of Creditor 8Loop Logistics LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin M. Capuzzi | on behalf of Creditor 8Loop Trans Inc. kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin M. Capuzzi | on behalf of Creditor Mainfreight Inc. kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kyriaki Christodoulou | on behalf of Creditor Arevon Energy Inc. kchristodoulou@cullenllp.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Lauren M. Macksoud | on behalf of Debtor Powin Canada B.C. Ltd. lauren.macksoud@dentons.com docket.general.lit.nyc@dentons.com |
| Lauren M. Macksoud | on behalf of Debtor Powin Energy Ontario Storage II LP lauren.macksoud@dentons.com docket.general.lit.nyc@dentons.com |
| Lauren M. Macksoud | on behalf of Debtor Powin LLC lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com |
| Lauren M. Macksoud | on behalf of Debtor Powin Energy Storage 2 Inc. lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com |
| Lauren M. Macksoud | on behalf of Attorney Dentons US LLP lauren.macksoud@dentons.com docket.general.lit.nyc@dentons.com |
| Leah Eisenberg | on behalf of Interested Party DTE Electric Company leisenberg@pashmanstein.com leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com |
| Leah Eisenberg | on behalf of Creditor Prevalon Energy LLC leisenberg@pashmanstein.com leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com |

Case 25-16137-MBK    Doc 1093    Filed 11/20/25    Entered 11/21/25 00:13:23    Desc
Imaged Certificate of Notice    Page 9 of 11

| District/off: 0312-3 | User: admin | Page 6 of 8 |
|---|---|---|
| Date Rcvd: Nov 18, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Leah Eisenberg
    on behalf of Interested Party Longroad Development Company LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Leah Eisenberg
    on behalf of Interested Party Longroad Energy Partners on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Leah Eisenberg
    on behalf of Interested Party Poblano Energy Storage LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Leah Eisenberg
    on behalf of Creditor Mitsubishi Power Americas Inc. leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Leah Eisenberg
    on behalf of Interested Party Poblano Energy Storage LLC, Strata Solar Services, LLC, and Strata Storage, LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Leah Eisenberg
    on behalf of Interested Party Leeward Renewable Energy LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Lee M. Cortes, Jr
    on behalf of Interested Party Celestica LLC lee.cortes@arnoldporter.com

Lynne B. Xerras
    on behalf of Creditor Invenergy Services LLC lynne.xerras@hklaw.com

Lynne B. Xerras
    on behalf of Creditor El Sol Energy Storage LLC lynne.xerras@hklaw.com

Lynne B. Xerras
    on behalf of Creditor Invenergy Storage Development LLC lynne.xerras@hklaw.com

Lynne B. Xerras
    on behalf of Creditor Invenergy LLC lynne.xerras@hklaw.com

Lynne B. Xerras
    on behalf of Creditor El Sol Storage Energy LLC lynne.xerras@hklaw.com

Lynne B. Xerras
    on behalf of Creditor Yuma Solar Energy LLC lynne.xerras@hklaw.com

Mark Magnozzi
    on behalf of Creditor Oracle America Inc., successor in interest to NetSuite, Inc. mmagnozzi@magnozzilaw.com

Mark S. Lichtenstein
    on behalf of Creditor Sonic Systems International LLC mark.lichtenstein@akerman.com, Reyko.delpino@akerman.com

Matthew L. Curro
    on behalf of Creditor Contemporary Amperex Technology Co. LTD mcurro@currolaw.com

Max DuVal
    on behalf of Creditor Mitsubishi Electric Power Products Inc. mduval@vedderprice.com

Michael Trentin
    on behalf of Creditor EDF Power Solutions Inc. mtrentin@orrick.com, ssallie@coleschotz.com;dcarnie@orrick.com

Michael Trentin
    on behalf of Creditor PowerFlex Systems Inc. mtrentin@orrick.com, ssallie@coleschotz.com;dcarnie@orrick.com

Michael Trentin
    on behalf of Creditor EsVolta L.P. mtrentin@orrick.com, ssallie@coleschotz.com;dcarnie@orrick.com

Michael P. Pompeo
    on behalf of Creditor Keyframe Capital Partners L.P. michael.pompeo@faegredrinker.com, cathy.greer@faegredrinker.com

Michael R. Herz
    on behalf of Interested Party Zendesk Inc. mherz@foxrothschild.com, cbrown@foxrothschild.com

Natasha M. Songonuga
    on behalf of Creditor Lu Pacific Properties LLC NSongonuga@archerlaw.com, ahuber@archerlaw.com

Nicholas Blaine Vislocky
    on behalf of Creditor GLAS USA LLC nvislocky@reedsmith.com

Nicholas M. Gaunce
    on behalf of Creditor Control Concepts Corporation dba c3controls ngaunce@eckertseamans.com nicholasmgaunce@gmail.com

| District/off: 0312-3 | User: admin | Page 7 of 8 |
|---|---|---|
| Date Rcvd: Nov 18, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Paul R. DeFilippo
    on behalf of Creditor Munmorah Battery ProjectCo Pty Ltd pdefilippo@wmd-law.com

Paul R. DeFilippo
    on behalf of Creditor Ulinda Park ProjectCo Pty Ltd pdefilippo@wmd-law.com

Richard Solow
    on behalf of Creditor GLAS USA LLC rsolow@reedsmith.com rich-solow-3519@ecf.pacerpro.com

Richard B Harper
    on behalf of Creditor Idaho Power Company richard.harper@bakerbotts.com john.mitchell@bakerbotts.com

Rodney Nelson
    on behalf of Creditor Expeditors International of Washington INC rodneyknelson9@gmail.com, rahafalrehaili@labayenlaw.com

Ross J. Switkes
    on behalf of Creditor Ace Engineering rswitkes@shermansilverstein.com

Sameer Alifarag
    on behalf of Creditor JMS Wind Energy LLC sameeralifarag@eversheds-sutherland.com

Sameer Alifarag
    on behalf of Creditor Pulse Clean Energy SPV Watt Limited sameeralifarag@eversheds-sutherland.com

Sean J. Kirby
    on behalf of Creditor SMA Solar Technology America LLC skirby@sheppardmullin.com

Sean M. Beach
    on behalf of Interested Party Ormat Nevada Inc. bankfilings@ycst.com dlaskin@ycst.com

Steven Abramowitz
    on behalf of Creditor Ad Hoc Customer Group sabramowitz@velaw.com
    mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com

Steven Abramowitz
    on behalf of Creditor energyRe Services LLC sabramowitz@velaw.com,
    mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com

Steven Abramowitz
    on behalf of Creditor Lone Star Solar LLC sabramowitz@velaw.com,
    mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com

Stuart M. Brown
    on behalf of Interested Party Qingdao CIMC Container Manufacture Co. Ltd. stuart.brown@dlapiper.com
    DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

Stuart M. Brown
    on behalf of Interested Party China International Marine Containers Group Co. Ltd. stuart.brown@dlapiper.com,
    DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

Stuart M. Brown
    on behalf of Interested Party CIMC Technology Co. Ltd. stuart.brown@dlapiper.com,
    DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

Susan Long
    on behalf of Creditor Committee Official Committee of Unsecured Creditors slong@genovaburns.com

Tara T. LeDay
    on behalf of Creditor One Source Freight Solutions Tara.LeDay@huschblackwell.com
    christine.deacon@huschblackwell.com;penny.keller@huschblackwell.com

Turner Falk
    on behalf of Creditor KCE NY 3 LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
    on behalf of Creditor Clean Energy Services CES LLC turner.falk@saul.com,
    catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
    on behalf of Creditor KCE TX 7 LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
    on behalf of Creditor KCE TX 2 LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
    on behalf of Creditor KCE TX 8 LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
    on behalf of Creditor Key Capture Energy LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-3 User: admin Page 8 of 8
Date Rcvd: Nov 18, 2025 Form ID: pdf903 Total Noticed: 1

Warren J. Martin, Jr.
    on behalf of Creditor Formosa Electronic Industries Inc. wjmartin@pbnlaw.com
    mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com

TOTAL: 146