|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(a)**<br><br>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**<br>Kevin M. Capuzzi (NJ No. 173442015)<br>John C. Gentile, Esq.<br>Continental Plaza II<br>411 Hackensack Ave., 3rd Floor<br>Hackensack, NJ 07601-6323<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com<br><br>*Counsel to RH Shipping (USA), L.L.C. and R.H. Shipping & Chartering, S. de R.L. de C.V.* |  |
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>                                Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>Judge: Michael B. Kaplan<br><br>(Jointly Administered) |

## RH SHIPPING'S RESERVATION OF RIGHTS REGARDING PLAN CONFIRMATION

RH Shipping (USA), L.L.C. ("RH USA") and R.H. Shipping & Chartering, S. de R.L. de C.V. ("RH Mexico" and together with RH USA, "RH Shipping"), by and through their undersigned counsel, hereby file this reservation of rights (the "Reservation of Rights") in connection with the *Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors* [Docket

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

No. 914] (as may be amended, modified, or supplemented from time to time and including all exhibits and supplements thereto, the "Plan"). In support of this Reservation of Rights, RH Shipping respectfully states as follows:

## GENERAL BACKGROUND

1. RH Shipping is an international freight forwarding and logistics company.

2. Prior to the commencement of the Debtors' bankruptcy cases on June 10, 2025 (the "Petition Date"), RH Shipping had ongoing business relationships with certain of the Debtors, whereby RH Shipping arranged for the shipment of goods from overseas to North America and provided services ancillary to shipment, including, but not limited to, unloading, drayage, customs clearance, and storage (collectively, the "Services"). These Services continued up to and past the Petition Date, and they continue to the present.

3. As such, RH Shipping has asserted a significant administrative claim for the post-Petition Date Services, which remains largely unpaid. The unpaid amounts total $1,521,909.00, with $1,444,525.00 attributed to RH Mexico, and $77,384.00 attributed to RH USA (collectively, the "Administrative Claim"). The Services performed on and after the Petition Date were proper and necessary to preserve the value of the Debtors' goods.

4. On or about September 24, 2025, RH USA and RH Mexico each submitted proofs of claim. No objection has been filed as to either of the claims, including with respect to the Administrative Claim portion thereof. True and correct copies of the proofs of claim are attached hereto as **Exhibits A & B** and are incorporated herein by reference.

5. Over the past several weeks, RH Shipping and the Debtors have negotiated a resolution of the Administrative Claim (the "RH Claim Settlement"). While RH Shipping and the

Debtors have reached an agreement in principle, the RH Claim Settlement has not been formally documented and may require the approval of this Court.

6. On November 25, 2025, this Court will hold a hearing to consider confirmation of the Plan.

7. Critically, the Debtors rely on the RH Claim Settlement to support their liquidation analysis and to establish the statutory showings needed for confirmation. The Debtors state in their liquidation analysis as follows:

> Class 4 – Settled Priority Claims – Represents the Settled Administrative Claims with Ace Engineering, **RH Shipping and Chartering** and Mainfreight. The Liquidation Analysis assumes that Settled Priority Claims would receive 100% recovery on account of such claims. Each holder of a settled priority claim has agreed to reduce the amount of its asserted administrative claim; to defer recovery or account of such claim until additional liquidity proceeds are available under the Plan. As noted above, there can be no guarantee that these settlements would be available to a chapter 7 trustee.

*See* Docket No. 1038-7, at no. 19 (emphasis added). As the RH Claim Settlement remains subject to documentation and possible Court approval, RH Shipping files this Reservation of Rights out of an abundance of caution to preserve its Administrative Claim.

## RESERVATION OF RIGHTS

8. While RH Shipping does not anticipate any issues with the RH Claim Settlement, it files this Reservation of Rights out of an abundance of caution to preserve its Administrative Claim pending confirmation of the Plan.

9. RH Shipping's support of the Plan is expressly premised upon approval and consummation of the RH Claim Settlement.

10. This Reservation of Rights is submitted without prejudice and with a full reservation of rights as to RH Shipping's claims, including the Administrative Claim, and all other rights and remedies.

Dated: November 21, 2025

Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

 /s/ *Kevin M. Capuzzi*
Kevin M. Capuzzi (NJ No. 173442015)
John C. Gentile, Esq.
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: kcapuzzi@beneschlaw.com
         jgentile@beneschlaw.com

*Counsel to RH Shipping (USA), L.L.C. and R.H. Shipping & Chartering, S. de R.L. de C.V.*