# EXHIBIT B

**Fill in this information to identify the case:**

Debtor __Powin, LLC__

United States Bankruptcy Court for the: _____ District of __New Jersey__
(State)

Case number __25-16137__

---

# Modified Official Form 410
# Proof of Claim

04/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies or any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

---

**Part 1: Identify the Claim**

**1. Who is the current creditor?**
RH Shipping and Chartering USA, L.L.C.
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**
RH Shipping and Chartering USA, L.L.C.
c/o Kevin M. Capuzzi, Esq.
1313 N. Market Street
Suite 1201
Wilmington, DE 19801, USA

Contact phone  302-442-7010
Contact email  kcapuzzi@beneschlaw.com

**Where should payments to the creditor be sent?** (if different)
RH Shipping USA
Attn: Rudolf Hess
400 N. Sam Houston Parkway East
Suite 1010
Houston, TX 77060, USA

Contact phone  281-809-5622
Contact email  rudolf@rh-shipping.com

Uniform claim identifier (if you use one):
__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☒ No
☐ Yes.  Claim number on court claims registry (if known) _____    Filed on ___ / ___ / ___
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

---

Official Form 410                                      **Proof of Claim**

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

6. **Do you have any number you use to identify the debtor?**

   ☒ No

   ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. **How much is the claim?** $ 621784.48 . **Does this amount include interest or other charges?**

   ☒ No

   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

   Limit disclosing information that is entitled to privacy, such as health care information.

   Shipping and storage of goods

9. **Is all or part of the claim secured?**

   ☐ No

   ☒ Yes.   The claim is secured by a lien on property.

   **Nature or property:**

   ☐ Real estate: If the claim is secured by the debtor's principle residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

   ☐ Motor vehicle

   ☒ Other. Describe:    Movable goods shipped by and in possession of clai

   **Basis for perfection:**    Maritime lien, perfected by possession

   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:** $ _____

   **Amount of the claim that is secured:** $ 621784.48

   **Amount of the claim that is unsecured:** $ 0    (The sum of the secured and unsecured amount should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:** $ 544400.48

   **Annual Interest Rate** (when case was filed) _____ %

   ☐ Fixed

   ☐ Variable

10. **Is this claim based on a lease?**

    ☒ No

    ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

11. **Is this claim subject to a right of setoff?**

    ☒ No

    ☐ Yes. Identify the property: _____

Official Form 410    **Proof of Claim**

2516137250924000000000007

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☑ **Yes.** Check all that apply: | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☑ Other. Specify subsection of 11 U.S.C. § 507(a)(_2_) that applies. | $ 77384.00 |
| | * Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment. | |
| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☑ No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.<br><br>$_____ | |

---

**Part 3:    Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgement that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   09/24/2025
                   MM / DD / YYYY

/s/Rudolf Hess
Signature

**Print the name of the person who is completing and signing this claim:**

Name    Rudolf Hess
        First name        Middle name        Last name

Title   President and CEO

Company RH Shipping and Chartering USA, L.L.C.
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address

Contact phone _____    Email _____

# Verita (KCC) ePOC Electronic Claim Filing Summary

For phone assistance: Domestic (866) 507-8031 | International 001-310-823-9000

| | |
|---|---|
| **Debtor:** <br> 25-16137 - Powin, LLC <br> **District:** <br> District of New Jersey, Trenton Division | |
| **Creditor:** <br> RH Shipping and Chartering USA, L.L.C. <br> c/o Kevin M. Capuzzi, Esq. <br> 1313 N. Market Street <br> Suite 1201 <br><br> Wilmington, DE, 19801 <br> USA <br> **Phone:** <br> 302-442-7010 <br> **Phone 2:** <br><br> **Fax:** <br><br> **Email:** <br> kcapuzzi@beneschlaw.com | **Has Supporting Documentation:** <br> Yes, supporting documentation successfully uploaded <br> **Related Document Statement:** <br><br> **Has Related Claim:** <br> No <br> **Related Claim Filed By:** <br><br> **Filing Party:** <br> Creditor |
| **Disbursement/Notice Parties:** <br> RH Shipping USA <br> Attn: Rudolf Hess <br> 400 N. Sam Houston Parkway East <br> Suite 1010 <br><br> Houston, TX, 77060 <br> USA <br> **Phone:** <br> 281-809-5622 <br> **Phone 2:** <br><br> **Fax:** <br><br> **E-mail:** <br> rudolf@rh-shipping.com <br> **DISBURSEMENT ADDRESS** | |
| **Other Names Used with Debtor:** | **Amends Claim:** <br> No <br> **Acquired Claim:** <br> No |
| **Basis of Claim:** <br> Shipping and storage of goods | **Last 4 Digits:** <br> No | **Uniform Claim Identifier:** |
| **Total Amount of Claim:** <br> 621784.48 | **Includes Interest or Charges:** <br> No |
| **Has Priority Claim:** <br> Yes | **Priority Under:** <br> 11 U.S.C. §507(a)(2): 77384.00 |
| **Has Secured Claim:** <br> Yes: 621784.48 <br> **Amount of 503(b)(9):** <br> No <br> **Based on Lease:** <br> No <br> **Subject to Right of Setoff:** <br> No | **Nature of Secured Amount:** <br> Other <br> Describe: Movable goods shipped by and in possession of clai <br> **Value of Property:** <br> **Annual Interest Rate:** <br> **Arrearage Amount:** <br> 544400.48 <br> **Basis for Perfection:** <br> Maritime lien, perfected by possession <br> **Amount Unsecured:** <br> 0 |

VN: B2CBC8AD905BA00B033608369EFCDD29

**Submitted By:**
Rudolf Hess on 24-Sep-2025 12:25:14 p.m. Pacific Time
**Title:**
President and CEO
**Company:**
RH Shipping and Chartering USA, L.L.C.

VN: B2CBC8AD905BA00B033608369EFCDD29

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-1(a)** <br><br> **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** <br> Kevin M. Capuzzi (NJ No. 173442015) <br> Continental Plaza II <br> 411 Hackensack Ave., 3rd Floor <br> Hackensack, NJ 07601-6323 <br> Telephone: (302) 442-7010 <br> Facsimile: (302) 442-7012 <br> kcapuzzi@beneschlaw.com <br><br> *Counsel to RH Shipping & Chartering (USA), L.L.C.* | |
| In re: <br><br> Powin, LLC, *et al.*,[1] <br><br>            Debtors. | Chapter 11 <br><br> Case No. 25-16137 (MBK) <br><br> Judge: Michael B. Kaplan <br><br> (Jointly Administered) |

### ADDENDUM TO PROOF OF CLAIM OF
### RH SHIPPING & CHARTERING (USA), L.L.C.

RH Shipping & Chartering (USA), L.L.C. (the "<u>Claimant</u>"), hereby submits this addendum to its proof of claim, and respectfully states as follows:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

**I.     Basis for Claim**

1. Claimant is a shipping and logistics company, which provided services to Powin LLC ("Powin"), a debtor in the above-captioned jointly-administered Chapter 11 case (the "Chapter 11 Case").

2. Prior to the commencement of the Chapter 11 Case on June 10, 2025 (the "Petition Date"), Claimant and Powin had an ongoing business relationship wherein Claimant arranged for the shipment of goods (the "Goods") from Powin's suppliers in Asia to Powin or Powin's customers in the ordinary course of business, pursuant to requests made by representatives of Powin, on an as-needed basis.[2] Claimant also provided services ancillary to shipment of the Goods, including but not limited to storage, customs clearance, and demurrage (collectively, the "Services"). Delivery of the Goods to Powin or Powin's customers continued up to the Petition Date.

3. As of this date, Claimant holds a portion of the shipped Goods in its possession and control (the "Stored Goods") at Claimant's storage facilities in South Carolina.

4. As the coordinator for shipment of the Goods, Claimant holds maritime liens on the Goods. Additionally, because Claimant has the Stored Goods in its possession and control, Claimant holds warehouse liens on the Stored Goods by operation of South Carolina law. S.C. Code § 36-7-209(a). Claimant's liens on the Goods are perfected by Claimant's possession and control of the Stored Goods. The exact value of the Stored Goods is not known to Claimant, but it exceeds the value of all claims asserted by Claimant.

5. Prior to the Petition Date, Powin incurred not less than $544,400.48 in costs and fees for Services performed by Claimant for Powin (the "Pre-Petition Claim").

---

[2] Records evidencing the Claimant's and Powin's ongoing business relationship are voluminous and therefore not attached hereto. They are available upon request.

-2-

6. On and after the Petition Date, Powin incurred not less than $77,384.00 in costs and fees for Services performed by Claimant for Powin (the "Administrative Claim"). The Services performed on and after the Petition Date were proper and necessary to preserve the value of the Stored Goods. Claimant asserts the entirety of the Administrative Claim as an administrative claim under 11 U.S.C. § 503(b)(1)(A).

7. Claimant hereby asserts a total claim against Debtor Powin of no less than $621,784.48 (the "Claim"). The entire Claim is fully secured by the Stored Goods.

**II.    Notices**

8. All notices concerning this Claim and/or any objections to this Claim should be served on the following:

> Kevin M. Capuzzi
> Benesch, Friedlander, Coplan & Aronoff LLP
> 1313 North Market Street, Suite 1201
> Wilmington, DE 19801-6101
> Phone: (302) 442-7010
> Email: kcapuzzi@beneschlaw.com

9. This constitutes a request by Claimant pursuant to Fed. R. Bankr. P. 2002(g) to have notices delivered to the foregoing addresses.

**III.    Reservation of Rights**

10. Claimant reserves the right to amend, supplement, or modify this proof of claim in any way for any reason as Claimant deems necessary or appropriate, including, without limitation, to increase the amounts described above or to include amounts not stated above, including, without limitation, on account of any costs, expenses, attorneys' fees, and other charges or amounts due, as may be appropriate under applicable bankruptcy and non-bankruptcy law or in equity.

11. Nothing herein is intended, or shall be deemed or construed, as any of the following: (a) a consent to the jurisdiction of the bankruptcy court for any purpose other than with

respect to the adjudication of the claims specifically asserted in this proof of claim; (b) a consent to the jurisdiction of the bankruptcy court with respect to the adjudication of any claim or cause of action constituting a "Stern" claim that Claimant has the right to have adjudicated by a court established pursuant to Article III of the United States Constitution, regardless of whether such claim or cause of action is designated as a core proceedings or non-core proceeding in respect of this bankruptcy case; (c) a waiver of the right to have any and all final orders in non-core matters or proceedings, and any and all core matters or proceedings constituting "Stern" claims, entered only after *de novo* review by the United States District Court for this district; (d) a waiver or release of the right to a trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (e) a waiver or release of the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (f) an election of remedies; (g) an admission of personal jurisdiction; (h) a waiver or release of any applicable privilege; and (i) a waiver or release of any other right, claim, remedy, action, defense, setoff, or recoupment to which Claimant is or may be entitled under any agreements, in law, or in equity, all of which are expressly reserved.



## STATEMENT OF ACCOUNT
### R.H. SHIPPING HOUSTON

9/18/2025

| Company | Customer ID | Customer name | Invoice | Job# | HBL | MBL | Demurrages | Currency | Invoice date | PRE- bankruptcy Charges | POST-Bankruptcy Charges | Total Invoice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RH USA | POWINLLC0001 | POWIN LLC | 005026 | OITXH250101391 | GLLIN0012120 | MEDUVW365211 | NO | USD | 1/31/2025 | $ 15,501.00 | | $ 15,501.00 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000026 | OITXH250101397 | GLLIN0012287 | ONEYMUMEE7729400 | NO | USD | 2/19/2025 | $ 5,553.52 | | $ 5,553.52 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000027 | OITXH250101392 | GLLIN0012210 | MEDUVW408219 | NO | USD | 2/20/2025 | $ 7,860.50 | | $ 7,860.50 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000028 | OITXH250101393 | GLLIN0012356 | MEDUVW628584 | NO | USD | 2/20/2025 | $ 7,539.00 | | $ 7,539.00 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000029 | OITXH250101394 | GLLIN0012389 | HDMUBOMM07092000 | NO | USD | 2/20/2025 | $ 4,507.50 | | $ 4,507.50 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000030 | OITXH250101395 | GLLIN0012396 | HDMUBOMM70118800 | NO | USD | 2/20/2025 | $ 4,507.50 | | $ 4,507.50 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000048 | OITXH250101404 | ZIMTSNH7229004 | ZIMUSNH7229004 | NO | USD | 2/28/2025 | $ 139,600.00 | | $ 139,600.00 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000064 | OITXH250101404 | ZIMTSNH7229004 | ZIMUSNH7229004 | NO | USD | 3/6/2025 | $ 287.00 | | $ 287.00 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000063 | OITXH250101409 | ZQSE25013961 | OOLU2753888380 | NO | USD | 3/13/2025 | $ 52,328.00 | | $ 52,328.00 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000079 | OITXH250101396 | GLLIN0012548 | HLCUBO12412BRMN0 | NO | USD | 3/19/2025 | $ 6,885.00 | | $ 6,885.00 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000080 | OITXH2500275 | GLLIN0012579 | BOM250110378 | NO | USD | 3/19/2025 | $ 4,572.10 | | $ 4,572.10 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000102 | OITXH2500299 | SLQD250100333A | EGLV140403986385 | NO | USD | 4/3/2025 | $ 51,710.00 | | $ 51,710.00 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000101 | OITXH2500300 | SLQD250100334 | 140403986482 | NO | USD | 4/3/2025 | $ 45,260.00 | | $ 45,260.00 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000103 | OITXH2500297 | GLLIN0012701 | MEDUVO084846 | NO | USD | 4/3/2025 | $ 14,740.00 | | $ 14,740.00 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000100 | OITXH2500290 | GLLIN0012682 | HLCUBO1250181023 | NO | USD | 4/3/2025 | $ 6,466.00 | | $ 6,466.00 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000105 | OITXH2500293 | GLLIN0012819 | NAV/LAX/12155 | NO | USD | 4/3/2025 | $ 5,413.89 | | $ 5,413.89 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000104 | OITXH250101408 | GLLIN0012621 | BOMM47008300 | NO | USD | 4/3/2025 | $ 4,987.50 | | $ 4,987.50 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000107 | AITXH2500305 | CCGAE2503060 | 205-31584615 | NO | USD | 4/3/2025 | $ 927.16 | | $ 927.16 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000106 | OITXH2500291 | GLLIN0012813 | MEDUVO114452 | NO | USD | 4/4/2025 | $ 14,388.00 | | $ 14,388.00 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000153 | BOM2500307 | BOM2500364 | 160-93547204 | NO | USD | 5/5/2025 | $ 44,027.74 | | $ 44,027.74 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000156 | AITXH2500306 | CCEAE2503072 | 205-31583160 | YES | USD | 5/5/2025 | $ 16,249.50 | | $ 16,249.50 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000154 | OITXH2500292 | GLLIN0012845 | MEDUVO109536 | NO | USD | 5/5/2025 | $ 7,540.00 | | $ 7,540.00 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000155 | OITXH2500298 | GLLIN0012935 | MEDUVO399012 | NO | USD | 5/5/2025 | $ 7,540.00 | | $ 7,540.00 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000157 | AITXH2500310 | CCGAE2504019 | 784-31757784 | NO | USD | 5/5/2025 | $ 1,190.00 | | $ 1,190.00 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000161 | AITXH2500317 | CTAELAX240033 | 272-74337712 | YES | USD | 5/5/2025 | $ 980.00 | | $ 980.00 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000160 | AITXH2500314 | BTC25040102 | 112-19791774 | YES | USD | 6/3/2025 | $ 38,020.60 | | $ 38,020.60 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000158 | AITXH2500313 | BTC25040132 | 112-19791811 | YES | USD | 6/3/2025 | $ 14,043.80 | | $ 14,043.80 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000209 | OITXH2500323 | GLLIN0013536 | HDMUBOMM41390400 | NO | USD | 6/6/2025 | $ 6,396.50 | $ 6,870.00 | $ 13,266.50 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000210 | OITXH2500324 | GLLIN0013629 | OOLU2758223250 | NO | USD | 6/6/2025 | $ 8,941.00 | | $ 8,941.00 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000228 | TITXH2500001 | TITXH2500001 | TITXH2500001 | NO | USD | 6/25/2025 | $ 1,472.00 | | $ 1,472.00 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000230 | OITXH2500323 | GLLIN0013536 | HDMUBOMM41390400 | YES | USD | 6/25/2025 | | $ 42,990.00 | $ 42,990.00 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000229 | OITXH2500324 | GLLIN0013629 | OOLU2758223250 | YES | USD | 6/25/2025 | | $ 11,960.00 | $ 11,960.00 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000239 | AITXH2500305 | CCGAE2503060 | 205-31584615 | NO | USD | 7/2/2025 | $ 4,965.67 | | $ 4,965.67 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000343 | OITXH2500323 | GLLIN0013536 | HDMUBOMM41390400 | NO | USD | 9/11/2025 | | $ 4,866.00 | $ 4,866.00 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000344 | OITXH2500323 | GLLIN0013536 | HDMUBOMM41390400 | NO | USD | 9/11/2025 | | $ 1,500.00 | $ 1,500.00 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000345 | OITXH2500323 | GLLIN0013536 | HDMUBOMM41390400 | NO | USD | 9/11/2025 | | $ 1,500.00 | $ 1,500.00 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000346 | OITXH2500323 | GLLIN0013536 | HDMUBOMM41390400 | NO | USD | 9/11/2025 | | $ 1,500.00 | $ 1,500.00 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000347 | OITXH2500324 | GLLIN0013629 | OOLU2758223250 | NO | USD | 9/11/2025 | | $ 3,198.00 | $ 3,198.00 |

| RH USA | POWINLLC0001 | POWIN LLC | HOU000348 | OITXH2500324 | GLLIN0013629 | OOLU2758223250 | NO | USD | 9/11/2025 | | $ 1,000.00 | $ 1,000.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RH USA | POWINLLC0001 | POWIN LLC | HOU000349 | OITXH2500324 | GLLIN0013629 | OOLU2758223250 | NO | USD | 9/11/2025 | | $ 1,000.00 | $ 1,000.00 |
| RH USA | POWINLLC0001 | POWIN LLC | HOU000350 | OITXH2500324 | GLLIN0013629 | OOLU2758223250 | NO | USD | 9/11/2025 | | $ 1,000.00 | $ 1,000.00 |
| | | | | | | | | | | $ 544,400.48 | $ 77,384.00 | $ 621,784.48 |