## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

In re:

Powin, LLC, *et al.*,[1]

        Debtors.

Chapter 11

Case No. 25-16137 (MBK)

(Jointly Administered)

### DECLARATION OF DARLENE S. CALDERON WITH RESPECT TO THE TABULATION OF VOTES ON THE JOINT COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION OF POWIN, LLC AND AFFILIATES THEREOF AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

I, Darlene S. Calderon, depose and say under the penalty of perjury:

1.     I am a Director of Corporate Restructuring employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), whose main business address is 222 N. Pacific Coast Highway, 3rd Floor, El Segundo, California 90245.

2.     I submit this declaration (this "Declaration") regarding the solicitation and tabulation of Ballots cast on the *Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors* [Docket No. 942] (the "Plan"),[2] except as otherwise noted, all facts set forth herein are based on my personal knowledge, knowledge that I acquired from individuals under my supervision, and my review of

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; (xii) Powin Canada B.C. Ltd. [2239] and Powin EKS SellCo, LLC [9110]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

[2]   Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Plan, or if not defined therein, in the Solicitation Procedures Order (as defined below).

relevant documents.  I am authorized to submit this Declaration on behalf of Verita.  If I were called to testify, I could and would testify competently as to the facts set forth herein.

3.      The Court authorized Verita's retention (a) as claims and noticing agent to the Debtors on June 13, 2025 pursuant to the *Order Authorizing the Appointment of Kurtzman Carson Consultants, LLC dba Verita Global as Claims and Noticing Agent Effective as of the Petition Date* [Docket No. 66], and (b) as administrative advisor to the Debtors on July 24, 2025 pursuant to the *Order Authorizing the Employment and Retention of Kurtzman Carson Consultants, LLC dba Verita Global as Administrative Advisor Effective as of June 17, 2025* [Docket No. 500] (together, the "Retention Orders").  The Retention Orders authorize Verita to assist the Debtors with, among other things, the service of solicitation materials and tabulation of votes cast to accept or reject the Plan.  Verita and its employees have considerable experience in soliciting and tabulating votes to accept or reject chapter 11 plans.

4.      On October 14, 2025, the Court entered the *Order Approving (I) the Adequacy of the Disclosure Statement on Conditional Basis, (II) the Solicitation and Notice Procedures, (III) the Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto* [Docket No. 939] (the "Solicitation Procedures Order"), establishing, among other things, the Solicitation Procedures.  Verita adhered to the procedures outlined in the Solicitation Procedures Order and caused the Ballots to be distributed to parties entitled to vote on the Plan.  I supervised the solicitation and tabulation performed by Verita's employees.

5.      The procedures for the solicitation and tabulation of votes on the Plan are outlined in the Solicitation Procedures Order. Verita relied on the Debtors' Schedules of Assets and Liabilities and the register of filed proofs of claim, to identify and solicit Holders of Claims and Interests in the Voting and Non-Voting Classes. In addition, Verita consulted with the Plan Proponents, as appropriate, to ensure compliance with the Solicitation Procedures Order.

2

**A.      Service and Transmittal of Solicitation Packages and Related Information**.

6.      Pursuant to the Solicitation Procedures Order, on October 20, 2025, Verita caused the Solicitation Packages to be served on all known holders of Claims in Class 3 (WARN Act Claims), Class 4 (Settled Priority Claims), and Class 5 (General Unsecured Claims) (collectively, the "Voting Classes").   In lieu of a Solicitation Package, all known holders of Claims or Interest in Class 1 (Priority Non-Tax Claims) and Class 2 (Other Secured Claims) (collectively, the "Non-Voting Classes") and all Holders of Claims or Interests not entitled to Vote on the Plan received the Notice of Non-Voting Status (including the Release Opt-Out Election Form as Exhibit A), Plan, Solicitation Procedures Order (without exhibits), Solicitation and Voting Procedures, and Confirmation Hearing Notice. Furthermore, Verita caused the Confirmation Hearing Notice to be served on the creditor matrix and all other parties required to receive such notice pursuant to the Solicitation Procedures Order. A certificate of service evidencing the foregoing was filed with the Court on October 29, 2025 [Docket No. 1003].

7.      On October 17, 2025, Verita posted links to the electronic versions of the Plan, Solicitation Procedures Order (without exhibits), Cover Letter, Instruction Letter, Solicitation and Voting Procedures, and Confirmation Hearing Notice on the public access website at https://www.veritaglobal.net/powin.

8.      Verita also forwarded Solicitation Packages and Confirmation Hearing Notices to voting and creditor matrix parties, as applicable, whose packages were returned with a forwarding address or if an alternate address was available. The supplemental certificates of service evidencing the foregoing were filed with the Court on November 17, 2025 [Docket Nos. 1067, 1068] (together with the certificates of service filed on October 29, 2025 and November 17, 2025 collectively, the "Solicitation Certificates").

**B.      The Tabulation Process.**

3

9.      The Solicitation Procedures Order established October 10, 2025 as the Voting Record Date to determine which holders of Claims and Interests were entitled to receive the Solicitation Package, Notice of Non-Voting Status (including the Release Opt-Out Election Form), or the Confirmation Hearing Notice, as applicable.  Pursuant to the Solicitation Procedures Order, holders of Claims in Class 3 (WARN Act Claims), Class 4 (Settled Priority Claims), and Class 5 (General Unsecured Claims) were entitled to vote to accept or reject the Plan.  No other Classes were entitled to vote on the Plan.

10.     In accordance with the Solicitation Procedures, Verita worked closely with the Plan Proponents to identify the holders of Claims in the Voting Classes entitled to vote as of the Voting Record Date, and to coordinate the distribution of Solicitation Packages to such holders.  A detailed description of Verita's distribution of Solicitation Packages is set forth in the Solicitation Certificates.

11.     In accordance with the Solicitation Procedures, Verita received, reviewed, determined the validity of, and tabulated the Ballots submitted to vote on the Plan.  Each Ballot submitted to Verita was date-stamped, scanned, assigned a Ballot number, entered into Verita's voting database, and processed.  To be included in the tabulation results as valid, a Ballot must have been (a) properly completed pursuant to the Solicitation Procedures, (b) executed by the relevant holder entitled to vote on the Plan (or such holder's representative), (c) returned to Verita via an approved method of delivery set forth in the Solicitation Procedures unless the delivery method requirement was waived by the Debtors, and (d) received by Verita on or before the Voting Deadline (*i.e.*, 4:00 p.m. (prevailing Eastern Time) on November 18, 2025), which was established by the Solicitation Procedures Order.

12.     All validly executed Ballots cast by holders of Claims entitled to vote in the Voting

Classes received by Verita on or before the Voting Deadline were tabulated in accordance with the

Solicitation Procedures.

13.     The final tabulation of votes cast by timely and properly completed Ballots received

by Verita is attached hereto as **Exhibit A**. The detailed Ballot reports for the Class 3 (WARN Act

Claims), Class 4 (Settled Priority Claims), and Class 5 (General Unsecured Claims) Ballots are

attached hereto as **Exhibit A-1**, **Exhibit A-2**, and **Exhibit A-3** respectively.

**C.      Ballots That Were Not Counted.**

14.     A report of any Ballots from parties in the Voting Classes excluded from the final

tabulation, and the reasons for exclusion of such Ballots, is attached hereto as **Exhibit B**.  All such

Ballots were not counted because they did not satisfy the requirements for a valid Ballot set forth in

the Solicitation Procedures Order.

**D.      Opt-Out Election.**

15.     Verita also reviewed and documented elections submitted on (i) Ballots from holders

of Claims in the Voting Classes that checked the box on such Ballot to opt out of the Third Party

Release, and if applicable, opt out of the Direct Claims Trust, and on (ii) the Notice of Non-Voting

Status (with Opt-Out Election Form).  A report of all parties who opted out of the Third Party

Release and/or the Direct Claims Trust by checking the related opt-out box is attached hereto

as **Exhibit C**. For the avoidance of doubt, this Declaration does not certify the validity or

enforceability of any opt-out elections received, including those reported on **Exhibit C**, but rather

is providing these opt-out election results for reporting and informational purposes only.

**E.      Conclusion.**

16.     To the best of my knowledge, information and belief, the foregoing information

concerning the distribution, submission, and tabulation of Ballots in connection with the Plan is true

and correct. The Ballots received by Verita are stored at Verita's office and are available for inspection by or submission to this Court.

Dated:  November 21, 2025

/s/ Darlene S. Calderon
Darlene S. Calderon
Verita
222 N Pacific Highway, 3rd Floor
El Segundo, CA 90245

# Exhibit A

**Exhibit A**
**Ballot Tabulation Summary**

| Class | Class Description | Ballots Not Tabulated | Members Voted | Members Accepted | Members Rejected | % Members Accepted | % Members Rejected | Total $ Voted | $ Accepted | $ Rejected | % $ Accepted | % $ Rejected | Voting Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | WARN Act Claims | 1 | 60 | 59 | 1 | 98.33% | 1.67% | $1,545,070.79 | $1,527,920.79 | $17,150.00 | 98.89% | 1.11% | **Accept** |
| 4 | Settled Priority Claims | 0 | 6 | 6 | 0 | 100.00% | 0.00% | $16,037,421.80 | $16,037,421.80 | $0.00 | 100.00% | 0.00% | **Accept** |
| 5 | General Unsecured Claims | 11 | 137 | 123 | 14 | 89.78% | 10.22% | $798,123,530.91 | $578,108,577.35 | $220,014,953.56 | 72.43% | 27.57% | **Accept** |

# Exhibit A-1

**Exhibit A-1**
**Class 3 Ballot Detail**
**WARN Act Claims**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| Anastasia Kornilova | 10/20/2025 | 9 | $20,731.20 | Accept |
| Baldwin, Evon | 10/26/2025 | 21 | $26,430.13 | Accept |
| Belvin, Madeline | 10/20/2025 | 1 | $1,212.25 | Accept |
| Boman, Jeffrey | 11/18/2025 | 237 | $3,027.34 | Accept |
| Brian Cutler | 10/20/2025 | 5 | $9,280.00 | Accept |
| Brian L Henderson | 10/29/2025 | 81 | $17,150.00 | Reject |
| Bryan Bates | 10/25/2025 | 22 | $21,000.00 | Accept |
| Carrie Mantel | 11/04/2025 | 97 | $54,230.76 | Accept |
| Cody Hohenshelt | 10/21/2025 | 13 | $9,350.00 | Accept |
| Daniel Brent Barnes | 11/18/2025 | 234 | $30,769.23 | Accept |
| Darren Yaoshun Ting | 10/20/2025 | 3 | $22,153.85 | Accept |
| Diop, Alexander | 10/20/2025 | 4 | $14,638.40 | Accept |
| Douglas Blake Frye | 11/01/2025 | 88 | $43,200.00 | Accept |
| Fencl, Ramsay A. | 11/02/2025 | 91 | $13,860.00 | Accept |
| Garay, Ana | 11/14/2025 | 155 | $17,820.00 | Accept |
| Green, Lauren N. | 10/21/2025 | 8 | $27,500.00 | Accept |
| Hicks, Leesa | 10/28/2025 | 78 | $34,615.38 | Accept |
| Huntoon, Sam | 11/17/2025 | 157 | $20,096.15 | Accept |
| Ismario G. Gonzalez | 11/08/2025 | 111 | $43,684.44 | Accept |
| James Viebrock | 11/11/2025 | 123 | $16,858.96 | Accept |
| Jedrzejewski, John T. | 11/13/2025 | 141 | $31,259.52 | Accept |
| Jeffrey Boman | 11/18/2025 | 238 | $42,851.12 | Accept |
| Jones, Kathy | 10/21/2025 | 15 | $20,912.64 | Accept |
| Joseph, Kendra | 11/12/2025 | 132 | $22,089.75 | Accept |
| Joshua Little | 11/12/2025 | 134 | $17,150.00 | Accept |
| Kajiya, Mayling | 10/21/2025 | 11 | $21,198.00 | Accept |
| Kelsi G Jordan | 11/12/2025 | 137 | $12,000.00 | Accept |
| Kevin Bushway | 11/01/2025 | 87 | $17,150.00 | Accept |
| Kristine Ann Weaver | 10/21/2025 | 14 | $35,959.68 | Accept |
| Lanzone, Joseph | 10/21/2025 | 10 | $15,961.60 | Accept |
| LaTray, Jeffrey | 11/11/2025 | 125 | $29,706.13 | Accept |
| Lease, Scott | 11/14/2025 | 152 | $9,280.00 | Accept |
| Littlehales, Bethany | 11/10/2025 | 122 | $65,025.00 | Accept |
| Luis Santiago | 10/21/2025 | 18 | $34,300.00 | Accept |
| Madden, Gordon E. | 10/20/2025 | 7 | $16,923.08 | Accept |
| Mark Jebb | 11/10/2025 | 112 | $26,395.92 | Accept |
| McClendon, Lisa | 11/10/2025 | 116 | $30,669.83 | Accept |
| McGuckin, Daniel | 10/21/2025 | 16 | $45,000.00 | Accept |
| Mercedes Ferris | 11/12/2025 | 133 | $12,435.90 | Accept |
| Michael Ferrigno | 11/06/2025 | 104 | $19,053.44 | Accept |
| Michael Robert Coyne | 10/28/2025 | 77 | $39,998.40 | Accept |
| Michael Swanson | 11/11/2025 | 130 | $53,297.64 | Accept |
| Michelle Meyer | 11/11/2025 | 124 | $34,200.00 | Accept |
| Mohammednur, Mohammed | 11/02/2025 | 93 | $25,133.33 | Accept |
| Mussett, Samuel | 11/12/2025 | 131 | $31,232.87 | Accept |
| Nathan Joel Moes | 10/20/2025 | 2 | $15,692.32 | Accept |
| Peter Brody-Moore | 11/08/2025 | 110 | $15,461.54 | Accept |
| Powell, Joseph | 11/08/2025 | 109 | $30,580.00 | Accept |

**Exhibit A-1**
**Class 3 Ballot Detail**
**WARN Act Claims**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| Ramirez, Gilberto | 11/18/2025 | 236 | $16,809.92 | Accept |
| Remo Dinverno | 10/28/2025 | 69 | $16,095.20 | Accept |
| Richard Fencl | 10/30/2025 | 84 | $34,250.00 | Accept |
| Roelle, Tyler D. | 10/20/2025 | 6 | $18,177.60 | Accept |
| Rose, Anthony | 10/24/2025 | 20 | $21,151.65 | Accept |
| Rossi, Greggory | 11/04/2025 | 96 | $116,480.00 | Accept |
| Saitov, Artem | 10/28/2025 | 68 | $16,775.19 | Accept |
| Sara Spring | 11/03/2025 | 95 | $19,820.00 | Accept |
| Stellhorn, Ryan A. | 10/24/2025 | 17 | $22,500.00 | Accept |
| Tanya Jackson | 10/21/2025 | 12 | $18,361.53 | Accept |
| Torres Guerra, Juan C. | 10/21/2025 | 19 | $2,170.65 | Accept |
| Trombley, Robert | 11/07/2025 | 108 | $23,953.25 | Accept |
| | TOTAL: | Accept | $1,527,920.79 | 59 |
| | | Reject | $17,150.00 | 1 |

# Exhibit A-2

**Exhibit A-2**
**Class 4 Ballot Detail**
**Settled Priority Claims**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| ACE Engineering and Co. Ltd. | 11/18/2025 | 239 | $13,520,599.26 | Accept |
| Allied High Tech Products, Inc | 10/21/2025 | 24 | $872.00 | Accept |
| Euler Hermes Agent for Clean Energy Services CES LLC | 10/21/2025 | 25 | $2,446,706.54 | Accept |
| Gary D. Sieg | 11/12/2025 | 138 | $25,521.60 | Accept |
| Georgian Bay Fire & Safety Ltd. | 10/24/2025 | 43 | $1,382.04 | Accept |
| Resilience360 Inc., d/b/a Everstream Analytics | 10/24/2025 | 45 | $42,340.36 | Accept |
| | **TOTAL:** | **Accept** | **$16,037,421.80** | **6** |
| | | **Reject** | **$0.00** | **0** |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)                    Page 1 of 1

# Exhibit A-3

**Exhibit A-3**
**Class 5 Ballot Detail**
**General Unsecured Claims**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| 2325016 ONTARIO INC. | 11/18/2025 | 227 | $152,818.80 | Accept |
| Accurate Employment Screening, LLC | 10/23/2025 | 50 | $1,699.81 | Accept |
| ACE Engineering and Co. Ltd. | 11/18/2025 | 256 | $96,817,044.22 | Accept |
| AMEX TRS Co., Inc. | 11/12/2025 | 126 | $1,539.38 | Accept |
| Angelo Storage, LLC | 11/17/2025 | 195 | $10,280,025.00 | Accept |
| ARAMARK Refreshments Services, LLC | 10/27/2025 | 56 | $57,540.87 | Reject |
| ArentFox Schiff LLP | 11/18/2025 | 244 | $122,873.50 | Accept |
| Arrow Canyon Solar, LLC | 11/13/2025 | 142 | $58,861,889.74 | Accept |
| ASD Wallum MA Solar LLC | 11/18/2025 | 251 | $16,244.00 | Accept |
| Ashbaugh Energy Consulting | 11/18/2025 | 229 | $1,492,526.89 | Accept |
| Babcock, Mark | 11/17/2025 | 187 | $163,498.03 | Accept |
| Bender Electronics Inc. | 10/23/2025 | 47 | $2,095.00 | Accept |
| BHER Ravenswood Solar 1, LLC | 11/18/2025 | 219 | $103,094,805.42 | Reject |
| BigBeau Solar, LLC | 11/13/2025 | 146 | $34,865,270.02 | Accept |
| BNSF Logistics, LLC | 11/12/2025 | 136 | $675.00 | Accept |
| Campeau, Zachary L. | 11/17/2025 | 185 | $23,745.74 | Accept |
| Cardinal Utility Construction, Inc | 11/17/2025 | 196 | $1,918.68 | Accept |
| Celestica LLC | 11/14/2025 | 156 | $37,849,513.57 | Accept |
| Cepas Odriozola, Oscar | 11/17/2025 | 181 | $155,074.11 | Accept |
| City Wide Facility Solutions | 11/17/2025 | 202 | $11,755.29 | Accept |
| Clean Energy Services CES LLC | 11/10/2025 | 118 | $10,434,245.41 | Accept |
| ConductorOne, Inc. | 11/18/2025 | 255 | $27,000.00 | Accept |
| Contemporary Amperex Technology Co., Limited | 11/18/2025 | 220 | $35,280,167.37 | Accept |
| Contemporary Nebula Technology Energy Co., Ltd. | 11/16/2025 | 161 | $4,252,505.17 | Accept |
| Cornerstone Web Studio LLC. | 10/24/2025 | 54 | $800.00 | Accept |
| CS Energy, LLC | 11/18/2025 | 242 | $3,330,000.00 | Reject |
| CT Corporation | 10/20/2025 | 26 | $2,833.69 | Accept |
| David H Schroeder | 10/21/2025 | 40 | $8,820.00 | Accept |
| Delta Dental Plan of Oregon | 11/13/2025 | 140 | $30,001.56 | Accept |
| Dennis, Marcus E. | 11/18/2025 | 246 | $5,896.40 | Accept |
| Desert Quartzite, LLC | 11/13/2025 | 143 | $72,414,245.57 | Accept |
| Dinesh Mahtani Chandiramani | 11/17/2025 | 190 | $43,631.94 | Accept |
| DNV Energy USA Inc. | 11/12/2025 | 127 | $385,393.31 | Accept |
| DNV Maritime and Energy S.L.U. | 11/12/2025 | 128 | $21,130.01 | Accept |
| DTE Electric Company | 11/17/2025 | 214 | $21,412,229.37 | Reject |
| E.ON Interactive Design, Inc. | 10/21/2025 | 31 | $3,630.00 | Accept |
| Ellis Creek LLC dba Ellis Creek Photography | 10/21/2025 | 28 | $1,600.00 | Accept |
| Elmbrook Solar, LLC | 11/18/2025 | 249 | $23,898.00 | Accept |
| Enel Produzione S.p.A | 11/17/2025 | 193 | $9,714,918.05 | Reject |
| Energy Security Agency | 11/01/2025 | 94 | $504,955.13 | Accept |
| Energy Storage Response Group LLC | 10/28/2025 | 72 | $106,585.28 | Accept |
| Eric D. Stone | 11/02/2025 | 90 | $6,346.16 | Accept |
| ET Global | 11/06/2025 | 105 | $143,658.58 | Accept |
| Euler Hermes Agent for Clean Energy Services CES LLC | 10/21/2025 | 37 | $6,986,341.56 | Accept |
| Euler Hermes Agent for ONLOGIC, INC. | 10/21/2025 | 36 | $16,605.00 | Accept |
| Eurogility SL | 10/21/2025 | 27 | $6,542.50 | Accept |
| Export Internet Trade Systems, Inc. | 10/27/2025 | 58 | $14,500.00 | Accept |

**Exhibit A-3**
**Class 5 Ballot Detail**
**General Unsecured Claims**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| Expresso Building Services LLC | 11/02/2025 | 92 | $3,160.00 | Accept |
| Festival Hydro Inc. | 10/21/2025 | 32 | $61,005.37 | Accept |
| FLEXOO GmbH | 10/30/2025 | 82 | $31,279.69 | Accept |
| Formosa Electronic Industries, Inc. | 11/18/2025 | 240 | $6,748,001.72 | Accept |
| Fort River Solar 2, LLC | 11/18/2025 | 245 | $742,277.00 | Accept |
| Francisco de Paula Guerrero de Leste | 11/17/2025 | 198 | $44,577.31 | Accept |
| Front Range-Midway Solar Project, LLC | 11/16/2025 | 160 | $2,883,134.51 | Accept |
| Gayton, Jason | 10/27/2025 | 70 | $23,234.65 | Accept |
| GIC New York Inc. | 11/18/2025 | 248 | $2,547.23 | Accept |
| GilbertS2 LLC | 10/21/2025 | 39 | $15,474.74 | Accept |
| GISI Marketing Group | 10/21/2025 | 38 | $1,349.73 | Accept |
| GoEngineer, LLC | 10/22/2025 | 46 | $12,262.00 | Accept |
| Goriachek, Tetiana | 11/17/2025 | 233 | $12,215.47 | Accept |
| Great Kiskadee Storage, LLC | 11/17/2025 | 197 | $10,568,251.20 | Accept |
| GreEnergy Resources, LLC | 10/27/2025 | 55 | $4,217,972.17 | Accept |
| GTI Energy, LLC | 10/24/2025 | 53 | $147,652.38 | Accept |
| GTI Fabrication | 10/24/2025 | 52 | $51,584.45 | Accept |
| Hub @ 202 Ownco, LLC | 11/18/2025 | 223 | $4,967.90 | Accept |
| Industrial Fans Direct | 10/23/2025 | 49 | $3,394.62 | Accept |
| IOActive Inc | 10/28/2025 | 76 | $41,472.00 | Accept |
| Jouve Alonso, Ignacio | 11/17/2025 | 182 | $18,808.45 | Accept |
| KCE TX 2, LLC | 11/18/2025 | 218 | $2,756,624.95 | Accept |
| KCE TX 7, LLC | 11/18/2025 | 215 | $1,865,826.68 | Accept |
| KCE TX 8, LLC | 11/18/2025 | 224 | $1,831,956.88 | Accept |
| Klarquist Sparkman, LLP | 11/18/2025 | 241 | $90,404.94 | Accept |
| LandCare USA LLC | 11/05/2025 | 101 | $5,794.75 | Accept |
| Lateralworks | 10/21/2025 | 35 | $163,681.28 | Accept |
| Leeward Renewable Energy, LLC | 11/18/2025 | 225 | $23,962,662.07 | Reject |
| Lerno, Jeffrey | 11/18/2025 | 252 | $7,465.40 | Accept |
| Longroad Development Company, LLC | 11/18/2025 | 226 | $41,342,192.58 | Reject |
| Mackenzie Engineering Inc. | 10/21/2025 | 33 | $40,337.21 | Accept |
| Mainz Brady Group, Inc. | 11/07/2025 | 107 | $516,948.16 | Accept |
| Maria Del Carmen Martinez Lamela | 11/16/2025 | 158 | $9,521.44 | Accept |
| Martin Gurrea, Eduardo | 11/16/2025 | 159 | $8,558.90 | Accept |
| Matrix Networks | 11/10/2025 | 117 | $445,152.06 | Accept |
| Maverick Solar 6, LLC | 11/13/2025 | 147 | $38,787,975.52 | Accept |
| MECOP Inc. | 10/21/2025 | 41 | $4,800.00 | Accept |
| Michael A McHargue | 11/17/2025 | 192 | $28,879.10 | Accept |
| Michael J. Wietecki | 10/31/2025 | 86 | $36,000.00 | Accept |
| MMI-Machineworks LLC | 11/13/2025 | 149 | $625,620.58 | Accept |
| Moxa Americas Inc. | 10/31/2025 | 85 | $174,342.94 | Accept |
| Nicholas John Hyner | 11/17/2025 | 188 | $25,334.85 | Accept |
| Northstar Energy Management, LLC | 11/17/2025 | 217 | $303,903.00 | Accept |
| Oak Hill Solar 1 LLC | 11/18/2025 | 250 | $108,203.00 | Accept |
| Oak Hill Solar 2 LLC | 11/18/2025 | 243 | $22,832.00 | Accept |
| ORR Protection Systems, Inc. | 11/17/2025 | 191 | $789,591.24 | Accept |
| Pablo Herrero Montalar | 11/17/2025 | 184 | $31,880.45 | Accept |
| Paligo AB | 11/04/2025 | 98 | $1,683.95 | Accept |

**Exhibit A-3**
**Class 5 Ballot Detail**
**General Unsecured Claims**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| Pearce Services, LLC | 11/17/2025 | 200 | $3,782,389.86 | Accept |
| PEP Printing dba Premier Press | 10/23/2025 | 51 | $925.00 | Accept |
| Pilar Aleu Armendariz | 11/17/2025 | 183 | $1,730.84 | Accept |
| Pioneer Packaging | 10/21/2025 | 34 | $9,421.12 | Accept |
| Poblano Energy Storage, LLC | 11/18/2025 | 232 | $11,533,709.16 | Reject |
| PuYuan Green Energy Inc. | 11/09/2025 | 114 | $727,434.97 | Accept |
| PV Trade Media LLC | 10/22/2025 | 44 | $2,500.00 | Accept |
| Qingdao CIMC-POWIN New Energy Technology Co., Ltd. | 11/16/2025 | 153 | $87,139,480.85 | Accept |
| Raindrop Supply Inc. | 11/02/2025 | 89 | $4,400.45 | Accept |
| ReliaStar Life Insurance Company d/b/a Voya Financial | 11/17/2025 | 201 | $197,389.26 | Reject |
| Renewable Northwest Project | 10/28/2025 | 73 | $9,000.00 | Accept |
| RES Energy Global Services, S.L.U. | 11/07/2025 | 106 | $50,761.51 | Accept |
| Ressler, Kristian | 10/22/2025 | 48 | $32,762.80 | Accept |
| Royal Refresh | 10/21/2025 | 42 | $1,750.63 | Accept |
| Rubicon Professional Services, LLC | 11/17/2025 | 216 | $1,752,614.00 | Reject |
| Ryan Brady | 11/05/2025 | 102 | $72,460.00 | Accept |
| Saiz Jimenez, German | 11/17/2025 | 189 | $7,909.44 | Accept |
| Schefter, William | 11/07/2025 | 113 | $7,707.20 | Accept |
| Sentek Dynamics Inc. | 10/28/2025 | 75 | $18,300.00 | Accept |
| SIBA LLC | 10/30/2025 | 83 | $415,187.52 | Accept |
| Slalom, Inc. | 11/17/2025 | 205 | $175,000.00 | Accept |
| Solar Star 3, LLC | 11/18/2025 | 212 | $1,821,799.78 | Reject |
| Solar Star 4, LLC | 11/18/2025 | 209 | $1,660,215.83 | Reject |
| Spark Power Renewables USA Inc. | 11/17/2025 | 194 | $2,509,791.50 | Accept |
| Specified Technologies Inc. | 11/18/2025 | 213 | $1,087,403.71 | Accept |
| Sungrid Corp | 10/28/2025 | 71 | $905,548.12 | Accept |
| Swaim, Brian | 11/10/2025 | 115 | $9,773.08 | Accept |
| Sylvester, Kathleen | 11/12/2025 | 135 | $3,029.60 | Accept |
| Tarek Kanso dba Poler Werks LLC dba PolarX | 11/17/2025 | 211 | $75,000.00 | Accept |
| Tariq Sheikh | 11/17/2025 | 204 | $4,090.28 | Reject |
| Taylor Stewart | 10/29/2025 | 79 | $1,000.00 | Accept |
| Tech Heads, Inc. | 11/13/2025 | 150 | $188,009.48 | Accept |
| The Sleeper Group, LLC | 10/21/2025 | 30 | $5,273.26 | Accept |
| Turner, Ryan | 11/05/2025 | 100 | $36,923.08 | Accept |
| Uline | 11/17/2025 | 199 | $49,986.16 | Accept |
| Ultra Corpotech Private Limited | 11/18/2025 | 228 | $8,405,817.78 | Accept |
| VESI 12 LLC | 11/13/2025 | 145 | $20,000,000.00 | Accept |
| Vicente Aguilar Camps | 11/17/2025 | 186 | $29,769.38 | Accept |
| Ware Palmer Road Solar LLC | 11/18/2025 | 247 | $5,277.00 | Accept |
| Weifang Genius Electronics Co., Ltd. | 11/17/2025 | 162 | $1,239,871.72 | Accept |
| West Columbia Storage LLC Wholly Owned Subsidiary of GlidePath Power Solutions LLC | 11/18/2025 | 235 | $5,237,500.00 | Accept |
| Wilson Fire Equipment and Service Co., Inc. | 11/13/2025 | 148 | $130,786.89 | Reject |
| **TOTAL:** | | **Accept** | **$578,108,577.35** | **123** |
| | | **Reject** | **$220,014,953.56** | **14** |

# Exhibit B

**Exhibit B**
**Ballots Excluded from Tabulation**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote | Class | Reason Not Tabulated |
|---|---|---|---|---|---|---|
| Control Fire Systems | 10/21/2025 | 29 | $16,020.76 | Abstain | 5 General Unsecured Claims | Abstained |
| Experience Knowledge Strategy, S.L. | 11/11/2025 | 121 | $6,458,728.69 | Abstain | 5 General Unsecured Claims | Abstained |
| Idaho Power Company | 11/13/2025 | 144 | $31,462,279.00 | Abstain | 5 General Unsecured Claims | Abstained |
| Kirkland & Ellis LLP | 11/13/2025 | 139 | $143,571.25 | Abstain | 5 General Unsecured Claims | Abstained |
| Lone Star Solar, LLC | 11/18/2025 | 208 | $13,178,900.06 | Abstain | 5 General Unsecured Claims | Abstained |
| Mitsubishi Power Americas, Inc. | 11/18/2025 | 222 | $29,056,419.78 | Abstain | 5 General Unsecured Claims | Abstained |
| Oracle America, Inc., Successor in Interest to NetSuite, Inc. | 11/17/2025 | 203 | $209,374.34 | Abstain | 5 General Unsecured Claims | Abstained |
| Prevalon Energy LLC | 11/18/2025 | 210 | $29,056,419.78 | Abstain | 5 General Unsecured Claims | Abstained |
| Rotundo, Michael | 10/27/2025 | 23 | $35,592.78 | Abstain | 3 WARN Act Claims | Abstained |
| West Warwick Energy Storage 1 LLC | 11/18/2025 | 230 | $594,048.87 | Abstain | 5 General Unsecured Claims | Abstained |
| West Warwick Energy Storage 2 LLC | 11/18/2025 | 221 | $594,048.87 | Abstain | 5 General Unsecured Claims | Abstained |
| West Warwick Energy Storage 3 LLC | 11/18/2025 | 231 | $594,048.87 | Abstain | 5 General Unsecured Claims | Abstained |

# Exhibit C

**Exhibit C**
**Opt-Out Summary**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote | Class | Opt Out of Third Party Release | Opt Out of Direct Claims Trust |
|---|---|---|---|---|---|---|---|
| Allen, Michelle Z. | 10/23/2025 | 64 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| AMEX TRS Co., Inc. | 11/12/2025 | 126 | $1,539.38 | Accept | 5 General Unsecured Claims | Yes | Yes |
| Anastasia Kornilova | 10/20/2025 | 9 | $20,731.20 | Accept | 3 WARN Act Claims | Yes | |
| Angelo Storage, LLC | 11/17/2025 | 195 | $10,280,025.00 | Accept | 5 General Unsecured Claims | Yes | |
| ARAMARK Refreshments Services, LLC | 10/27/2025 | 56 | $57,540.87 | Reject | 5 General Unsecured Claims | Yes | Yes |
| Arrow Canyon Solar, LLC | 11/13/2025 | 142 | $58,861,889.74 | Accept | 5 General Unsecured Claims | | Yes |
| Babcock, Mark | 11/17/2025 | 171 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Babcock, Mark | 11/17/2025 | 187 | $163,498.03 | Accept | 5 General Unsecured Claims | Yes | |
| BHER Ravenswood Solar 1, LLC | 11/18/2025 | 219 | $103,094,805.42 | Reject | 5 General Unsecured Claims | Yes | Yes |
| BigBeau Solar, LLC | 11/13/2025 | 146 | $34,865,270.02 | Accept | 5 General Unsecured Claims | | Yes |
| Brian L Henderson | 10/29/2025 | 81 | $17,150.00 | Reject | 3 WARN Act Claims | Yes | Yes |
| Campeau, Zachary L. | 11/17/2025 | 169 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Campeau, Zachary L. | 11/17/2025 | 185 | $23,745.74 | Accept | 5 General Unsecured Claims | Yes | |
| Celestica LLC | 11/14/2025 | 156 | $37,849,513.57 | Accept | 5 General Unsecured Claims | Yes | |
| Cepas Odriozola, Oscar | 11/17/2025 | 179 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Cepas Odriozola, Oscar | 11/17/2025 | 181 | $155,074.11 | Accept | 5 General Unsecured Claims | Yes | |
| Christian Osiris Villapando | 11/11/2025 | 119 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Contemporary Amperex Technology Co., Limited | 11/18/2025 | 207 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Contemporary Amperex Technology Co., Limited | 11/18/2025 | 220 | $35,280,167.37 | Accept | 5 General Unsecured Claims | Yes | |
| Contemporary Nebula Technology Energy Co., Ltd. | 11/16/2025 | 161 | $4,252,505.17 | Accept | 5 General Unsecured Claims | Yes | |
| Crowley, Kevin | 10/26/2025 | 66 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| CS Energy, LLC | 11/18/2025 | 242 | $3,330,000.00 | Reject | 5 General Unsecured Claims | Yes | Yes |
| Darren Yaoshun Ting | 10/20/2025 | 3 | $22,153.85 | Accept | 3 WARN Act Claims | Yes | |
| Davinson, Frederick W. | 11/05/2025 | 61 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Dennis, Marcus E. | 11/18/2025 | 254 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Dennis, Marcus E. | 11/18/2025 | 246 | $5,896.40 | Accept | 5 General Unsecured Claims | Yes | |
| Desert Quartzite, LLC | 11/13/2025 | 143 | $72,414,245.57 | Accept | 5 General Unsecured Claims | | Yes |
| Dinesh Mahtani Chandiramani | 11/17/2025 | 170 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Dinesh Mahtani Chandiramani | 11/17/2025 | 190 | $43,631.94 | Accept | 5 General Unsecured Claims | Yes | |
| DNV Maritime and Energy S.L.U. | 11/12/2025 | 128 | $21,130.01 | Accept | 5 General Unsecured Claims | | Yes |
| DTE Electric Company | 11/17/2025 | 214 | $21,412,229.37 | Reject | 5 General Unsecured Claims | Yes | Yes |
| Emery Ingham | 11/16/2025 | 164 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Enel Produzione S.p.A | 11/17/2025 | 193 | $9,714,918.05 | Reject | 5 General Unsecured Claims | Yes | |
| Energy Security Agency | 11/01/2025 | 94 | $504,955.13 | Accept | 5 General Unsecured Claims | Yes | Yes |
| Energy Storage Response Group LLC | 10/28/2025 | 72 | $106,585.28 | Accept | 5 General Unsecured Claims | Yes | Yes |
| Eric D. Stone | 11/02/2025 | 90 | $6,346.16 | Accept | 5 General Unsecured Claims | Yes | |

**Exhibit C**

**Opt-Out Summary**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote | Class | Opt Out of Third Party Release | Opt Out of Direct Claims Trust |
|---|---|---|---|---|---|---|---|
| Experience Knowledge Strategy S.L. (EKS)/Hitachi Energy | 11/11/2025 | 120 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Experience Knowledge Strategy, S.L. | 11/11/2025 | 121 | $6,458,728.69 | Abstain | 5 General Unsecured Claims | Yes | Yes |
| Formosa Electronic Industries, Inc. | 11/18/2025 | 253 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Formosa Electronic Industries, Inc. | 11/18/2025 | 240 | $6,748,001.72 | Accept | 5 General Unsecured Claims | Yes | |
| Francisco de Paula Guerrero de Leste | 11/17/2025 | 178 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Francisco de Paula Guerrero de Leste | 11/17/2025 | 198 | $44,577.31 | Accept | 5 General Unsecured Claims | Yes | |
| Front Range-Midway Solar Project, LLC | 11/16/2025 | 160 | $2,883,134.51 | Accept | 5 General Unsecured Claims | Yes | |
| Garay, Ana | 11/14/2025 | 155 | $17,820.00 | Accept | 3 WARN Act Claims | Yes | |
| Gayton, Jason | 10/27/2025 | 70 | $23,234.65 | Accept | 5 General Unsecured Claims | Yes | Yes |
| Gayton, Jason | 10/27/2025 | 74 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Georgian Bay Fire & Safety Ltd. | 10/24/2025 | 43 | $1,382.04 | Accept | 4 Settled Priority Claims | Yes | |
| GIC New York Inc. | 11/18/2025 | 248 | $2,547.23 | Accept | 5 General Unsecured Claims | Yes | Yes |
| GLAS USA LLC, AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT | 11/17/2025 | 177 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Goriachek, Tetiana | 11/17/2025 | 166 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Goriachek, Tetiana | 11/17/2025 | 233 | $12,215.47 | Accept | 5 General Unsecured Claims | Yes | |
| Great Kiskadee Storage, LLC | 11/17/2025 | 197 | $10,568,251.20 | Accept | 5 General Unsecured Claims | Yes | |
| Hub @ 202 Ownco, LLC | 11/18/2025 | 223 | $4,967.90 | Accept | 5 General Unsecured Claims | Yes | Yes |
| Huntoon, Sam | 11/17/2025 | 157 | $20,096.15 | Accept | 3 WARN Act Claims | Yes | Yes |
| Idaho Power Company | 11/13/2025 | 144 | $31,462,279.00 | Abstain | 5 General Unsecured Claims | Yes | Yes |
| James Viebrock | 11/11/2025 | 123 | $16,858.96 | Accept | 3 WARN Act Claims | Yes | Yes |
| Jared Kalani Empron | 11/13/2025 | 154 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Jedrzejewski, John T. | 11/13/2025 | 141 | $31,259.52 | Accept | 3 WARN Act Claims | Yes | |
| Joseph, Kendra | 11/12/2025 | 132 | $22,089.75 | Accept | 3 WARN Act Claims | Yes | |
| Jouve Alonso, Ignacio | 11/17/2025 | 180 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Jouve Alonso, Ignacio | 11/17/2025 | 182 | $18,808.45 | Accept | 5 General Unsecured Claims | Yes | |
| KCE TX 2, LLC | 11/18/2025 | 218 | $2,756,624.95 | Accept | 5 General Unsecured Claims | Yes | |
| KCE TX 7, LLC | 11/18/2025 | 215 | $1,865,826.68 | Accept | 5 General Unsecured Claims | Yes | |
| KCE TX 8, LLC | 11/18/2025 | 224 | $1,831,956.88 | Accept | 5 General Unsecured Claims | Yes | |
| Kelsi G Jordan | 11/12/2025 | 137 | $12,000.00 | Accept | 3 WARN Act Claims | Yes | Yes |
| Kerr, Thomas E. | 11/17/2025 | 206 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| King, Kelleah | 10/20/2025 | 57 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Kirkland & Ellis LLP | 11/13/2025 | 139 | $143,571.25 | Abstain | 5 General Unsecured Claims | Yes | Yes |
| Klarquist Sparkman, LLP | 11/18/2025 | 241 | $90,404.94 | Accept | 5 General Unsecured Claims | Yes | |
| Kristine Ann Weaver | 10/21/2025 | 14 | $35,959.68 | Accept | 3 WARN Act Claims | Yes | Yes |
| Kurkas, Valerie J. | 10/22/2025 | 60 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| LandCare USA LLC | 11/05/2025 | 101 | $5,794.75 | Accept | 5 General Unsecured Claims | Yes | |
| Leeward Renewable Energy, LLC | 11/18/2025 | 225 | $23,962,662.07 | Reject | 5 General Unsecured Claims | Yes | Yes |

**Exhibit C**
**Opt-Out Summary**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote | Class | Opt Out of Third Party Release | Opt Out of Direct Claims Trust |
|---|---|---|---|---|---|---|---|
| Littlehales, Bethany | 11/10/2025 | 122 | $65,025.00 | Accept | 3 WARN Act Claims | Yes | Yes |
| Lone Star Solar, LLC | 11/18/2025 | 208 | $13,178,900.06 | Abstain | 5 General Unsecured Claims | Yes | Yes |
| Longroad Development Company, LLC | 11/18/2025 | 226 | $41,342,192.58 | Reject | 5 General Unsecured Claims | Yes | Yes |
| Luis Santiago | 10/21/2025 | 18 | $34,300.00 | Accept | 3 WARN Act Claims | Yes | Yes |
| Marcus Pierre Moore | 10/20/2025 | 59 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Maria Antonia Lopez Vazquez | 11/17/2025 | 174 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Maria Del Carmen Martinez Lamela | 11/16/2025 | 163 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Maria Del Carmen Martinez Lamela | 11/16/2025 | 158 | $9,521.44 | Accept | 5 General Unsecured Claims | Yes | |
| Mark Jebb | 11/10/2025 | 112 | $26,395.92 | Accept | 3 WARN Act Claims | Yes | Yes |
| Martin Gurrea, Eduardo | 11/16/2025 | 159 | $8,558.90 | Accept | 5 General Unsecured Claims | Yes | Yes |
| Martin Gurrea, Eduardo | 11/17/2025 | 165 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Maverick Solar 6, LLC | 11/13/2025 | 147 | $38,787,975.52 | Accept | 5 General Unsecured Claims | | Yes |
| McClendon, Lisa | 11/10/2025 | 116 | $30,669.83 | Accept | 3 WARN Act Claims | Yes | Yes |
| Mercedes Ferris | 11/12/2025 | 133 | $12,435.90 | Accept | 3 WARN Act Claims | Yes | |
| Michael Robert Coyne | 10/28/2025 | 77 | $39,998.40 | Accept | 3 WARN Act Claims | Yes | |
| Mitsubishi Power Americas, Inc. | 11/18/2025 | 222 | $29,056,419.78 | Abstain | 5 General Unsecured Claims | Yes | Yes |
| Moffet, Gayle | 10/21/2025 | 67 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Mussett, Samuel | 11/12/2025 | 131 | $31,232.87 | Accept | 3 WARN Act Claims | Yes | Yes |
| Nathan Joel Moes | 10/20/2025 | 2 | $15,692.32 | Accept | 3 WARN Act Claims | Yes | |
| New Hampshire Department of Revenue Administration | 10/23/2025 | 63 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Nicholas John Hyner | 11/17/2025 | 168 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Northstar Energy Management, LLC | 11/17/2025 | 217 | $303,903.00 | Accept | 5 General Unsecured Claims | Yes | Yes |
| Oracle America, Inc., Successor in Interest to NetSuite, Inc. | 11/17/2025 | 203 | $209,374.34 | Abstain | 5 General Unsecured Claims | Yes | Yes |
| ORR Protection Systems, Inc. | 11/17/2025 | 191 | $789,591.24 | Accept | 5 General Unsecured Claims | Yes | |
| Pablo Herrero Montalar | 11/17/2025 | 172 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Pablo Herrero Montalar | 11/17/2025 | 184 | $31,880.45 | Accept | 5 General Unsecured Claims | Yes | |
| Paligo AB | 11/04/2025 | 98 | $1,683.95 | Accept | 5 General Unsecured Claims | Yes | Yes |
| Pearce Services, LLC | 11/17/2025 | 200 | $3,782,389.86 | Accept | 5 General Unsecured Claims | Yes | Yes |
| PEP Printing dba Premier Press | 10/23/2025 | 51 | $925.00 | Accept | 5 General Unsecured Claims | Yes | Yes |
| Phillips, Kimberly A. | 10/23/2025 | 65 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Pilar Aleu Armendariz | 11/17/2025 | 173 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Pilar Aleu Armendariz | 11/17/2025 | 183 | $1,730.84 | Accept | 5 General Unsecured Claims | Yes | |
| Pioneer Packaging | 10/21/2025 | 34 | $9,421.12 | Accept | 5 General Unsecured Claims | Yes | Yes |
| Poblano Energy Storage, LLC | 11/18/2025 | 232 | $11,533,709.16 | Reject | 5 General Unsecured Claims | Yes | Yes |
| Prevalon Energy LLC | 11/18/2025 | 210 | $29,056,419.78 | Abstain | 5 General Unsecured Claims | Yes | Yes |
| PuYuan Green Energy Inc. | 11/09/2025 | 114 | $727,434.97 | Accept | 5 General Unsecured Claims | Yes | Yes |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 3 of 4

**Exhibit C**

**Opt-Out Summary**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote | Class | Opt Out of Third Party Release | Opt Out of Direct Claims Trust |
|---|---|---|---|---|---|---|---|
| Qingdao CIMC-POWIN New Energy Technology Co., Ltd. | 11/16/2025 | 153 | $87,139,480.85 | Accept | 5 General Unsecured Claims | Yes | Yes |
| Ramirez, Gilberto | 11/18/2025 | 236 | $16,809.92 | Accept | 3 WARN Act Claims | Yes | Yes |
| ReliaStar Life Insurance Company d/b/a Voya Financial | 11/17/2025 | 201 | $197,389.26 | Reject | 5 General Unsecured Claims | Yes | Yes |
| Renewable Northwest Project | 10/28/2025 | 73 | $9,000.00 | Accept | 5 General Unsecured Claims | Yes | Yes |
| Roelle, Tyler D. | 10/20/2025 | 6 | $18,177.60 | Accept | 3 WARN Act Claims | Yes | |
| Rubicon Professional Services, LLC | 11/04/2025 | 99 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Rubicon Professional Services, LLC | 11/17/2025 | 216 | $1,752,614.00 | Reject | 5 General Unsecured Claims | Yes | |
| Saiz Jimenez, German | 11/17/2025 | 176 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Saiz Jimenez, German | 11/17/2025 | 189 | $7,909.44 | Accept | 5 General Unsecured Claims | Yes | |
| SIBA LLC | 10/30/2025 | 83 | $415,187.52 | Accept | 5 General Unsecured Claims | Yes | |
| Solar Star 3, LLC | 11/18/2025 | 212 | $1,821,799.78 | Reject | 5 General Unsecured Claims | Yes | Yes |
| Solar Star 4, LLC | 11/18/2025 | 209 | $1,660,215.83 | Reject | 5 General Unsecured Claims | Yes | Yes |
| Sonic Systems International LLC | 11/11/2025 | 129 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Spark Power Renewables USA Inc. | 11/17/2025 | 194 | $2,509,791.50 | Accept | 5 General Unsecured Claims | Yes | Yes |
| Stellhorn, Ryan A. | 10/24/2025 | 17 | $22,500.00 | Accept | 3 WARN Act Claims | Yes | Yes |
| Tarek Kanso dba Poler Werks LLC dba PolarX | 11/17/2025 | 211 | $75,000.00 | Accept | 5 General Unsecured Claims | Yes | Yes |
| Tariq Sheikh | 11/17/2025 | 204 | $4,090.28 | Reject | 5 General Unsecured Claims | Yes | Yes |
| The Sleeper Group, LLC | 10/21/2025 | 30 | $5,273.26 | Accept | 5 General Unsecured Claims | Yes | |
| Turner, Ryan | 11/05/2025 | 100 | $36,923.08 | Accept | 5 General Unsecured Claims | Yes | Yes |
| Uline | 11/17/2025 | 199 | $49,986.16 | Accept | 5 General Unsecured Claims | Yes | Yes |
| Ultra Corpotech Private Limited | 11/18/2025 | 228 | $8,405,817.78 | Accept | 5 General Unsecured Claims | Yes | Yes |
| VESI 12 LLC | 11/13/2025 | 145 | $20,000,000.00 | Accept | 5 General Unsecured Claims | Yes | Yes |
| Vicente Aguilar Camps | 11/17/2025 | 175 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Vicente Aguilar Camps | 11/17/2025 | 186 | $29,769.38 | Accept | 5 General Unsecured Claims | Yes | |
| Weifang Genius Electronics Co., Ltd | 11/17/2025 | 167 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| Weifang Genius Electronics Co., Ltd. | 11/17/2025 | 162 | $1,239,871.72 | Accept | 5 General Unsecured Claims | Yes | |
| Wen Wu | 10/29/2025 | 80 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |
| West Columbia Storage LLC Wholly Owned Subsidiary of GlidePath Power Solutions LLC | 11/18/2025 | 235 | $5,237,500.00 | Accept | 5 General Unsecured Claims | Yes | |
| West Warwick Energy Storage 1 LLC | 11/18/2025 | 230 | $594,048.87 | Abstain | 5 General Unsecured Claims | Yes | |
| West Warwick Energy Storage 2 LLC | 11/18/2025 | 221 | $594,048.87 | Abstain | 5 General Unsecured Claims | Yes | |
| West Warwick Energy Storage 3 LLC | 11/18/2025 | 231 | $594,048.87 | Abstain | 5 General Unsecured Claims | Yes | |
| Wilson Fire Equipment and Service Co., Inc. | 11/13/2025 | 148 | $130,786.89 | Reject | 5 General Unsecured Claims | Yes | Yes |
| Yu, Peiwen | 10/23/2025 | 62 | N/A | N/A | Non-Voting Opt-Out Form (Opt-Out Only) | Yes | |