**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey 07039
(973) 597-9100
Jeffrey A. Cooper
*Counsel for Honeywell International Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| POWIN, LLC, *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

**JOINDER OF HONEYWELL INTERNATIONAL INC. TO
MOTION OF AD HOC CUSTOMER GROUP FOR ENTRY OF AN ORDER (I)
COMPELLING THE DEBTORS TO ASSIGN OEM WARRANTIES AND
GUARANTIES AND (II) GRANTING RELATED RELIEF**

Honeywell International Inc. ("Honeywell"), by and through its undersigned counsel, hereby files this joinder (the "Joinder") to the *Motion of Ad Hoc Customer Group for Entry of an Order (I) Compelling the Debtors to Assign OEM Warranties and Guaranties and (II) Granting Further Relief* [Docket No. 956] (the "Motion to Compel")[2]. In support of this Joinder, Honeywell respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion to Compel.

1. Honeywell, by and through certain subsidiaries (together with their affiliates and related entities), develops, owns, and operates certain battery energy storage projects located throughout the United States and Canada (the "Projects").[3]

2. Honeywell entered into a Long Term Services Agreement and a Professional Services and Supply Subcontract Agreement (collectively, the "Agreements") with Powin, as well as related contracts and purchase orders.

3. Under the Agreements, Powin granted Honeywell a license to use, inter alia, any of Powin's intellectual property in and to the technology for certain energy storage system equipment.[3]

4. Consistent with the provisions identified in the Motion to Compel, Honeywell's Agreements with Powin likewise provide for the assignment of OEM Warranties and Guaranties in favor of Honeywell.

5. Accordingly, Honeywell joins in the Motion to Compel and respectfully requests that the Debtors be compelled to assign the OEM Warranties and Guaranties to Honeywell to the extent permitted by their terms, for the same reasons and on the same legal bases set forth in the Motion to Compel.

6. Honeywell also hereby adopts and incorporates by reference to the extent applicable the legal arguments contained in any Motion to Compel or associated Joinders thereto.

*[Remainder of Page Intentionally Left Blank]*

---

[3] The Agreements and related contracts, by their own terms, are confidential. If necessary, Honeywell can provide the Court and Powin with the Contracts for in camera inspection or via an order to seal.

Respectfully submitted,

**RABINOWITZ, LUBETKIN & TULLY, LLC**
*Counsel for Honeywell International Inc.*


By: */s/ Jeffrey A. Cooper*
      JEFFREY A. COOPER

Dated: November 21, 2025


Respectfully submitted,

**ADAMS & REESE, LLP**
*Counsel for Honeywell International Inc.*
*(Pro Hac Vice)*


By: */s/ Scott Cheatham*
      SCOTT CHEATHAM

Dated: November 21, 2025