|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>John W. Weiss<br>Leah M. Eisenberg<br>David E. Sklar<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>21 Main Street, Suite 200<br>Hackensack, New Jersey 07601<br>Telephone: (201) 270-5477<br>Email: jweiss@pashmanstein.com<br>          leisenberg@pashmanstein.com<br>          dsklar@pashmanstein.com<br><br>-and-<br><br>Joaquin M. C de Baca (admitted *pro hac vice*)<br>Richard A. Stieglitz (admitted *pro hac vice*)<br>Youmi Kim (admitted *pro hac vice*)<br>**MAYER BROWN LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020-1001<br>Telephone: (212) 506-2500<br>Email: jcdebaca@mayerbrown.com<br>          rstieglitz@mayerbrown.com<br>          ykim@mayerbrown.com<br><br>*Counsel for (1) Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, (2) Longroad Development Company, LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC, and (3) DTE Electric Company* | Chapter 11<br><br>Case Number: 25-16137 (MBK)<br><br>Jointly Administered |
| In Re:<br><br>POWIN, LLC, *et al.*,[1]<br><br>          Debtors. | Hearing Date: November 25, 2025 at 11:30 am<br><br>**Re: D.I. 942, 956, 1024, 1025, 1026, 1038, 1055, 1073, 1075, 1081** |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787];

### LEEWARD RENEWABLE ENERGY, LLC, LONGROAD DEVELOPMENT COMPANY, LLC, AND DTE ELECTRIC COMPANY'S WITNESS LIST FOR THE NOVEMBER 25, 2025 HEARING

Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC (collectively, the "Leeward Parties"), Longroad Development Company, LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC (collectively, the "Longroad Parties"), and DTE Electric Company ("DTE" and together with the Leeward Parties and the Longroad Parties, the "Objectors"),[2] by and through their undersigned counsel, respectfully submits their witness list (the "Witness List") for the hearing scheduled for November 25, 2025, at 11:30 a.m. (Eastern time) (the "Hearing"), as follows:

### WITNESSES

1. Any person who is listed by any other party on its witness list or called by any other party at the Hearing.

2. Any witness necessary to authenticate or establish the admissibility of any document.

3. Any witness necessary for impeachment or rebuttal.

The Objectors expressly reserve the right to call or cross-examine any witness called by any other party, or to call any other witnesses as needed to respond to arguments made by any other party if the Objectors have not resolved their pending objections in advance of the Hearing.

---

(xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110].  The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

[2]  The Objectors filed the *Verified Statement Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure* filed on July 3, 2025 [Docket No. 250].

Additionally, the Objectors expressly reserve the right to add, remove, or otherwise amend the Witness List at any time prior to the conclusion of the Hearing.

Dated: November 21, 2025

Respectfully submitted,

/s/ Leah M. Eisenberg
John W. Weiss
Leah M. Eisenberg
David E. Sklar
**PASHMAN STEIN WALDER HAYDEN, P.C.**
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Telephone: (201) 270-5477
Email: jweiss@pashmanstein.com
leisenberg@pashmanstein.com
dsklar@pashmanstein.com

-and-

Joaquin C de Baca (*pro hac vice* pending)
Richard A. Stieglitz (*pro hac vice* pending)
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
Email: JCdeBaca@mayerbrown.com
Email: RStieglitz@mayerbrown.com

*Counsel for (1) Leeward Renewable Energy, LLC on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, Antelope Valley BESS, LLC, (2) Longroad Development Company, LLC on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, Sun Streams Expansion, LLC, and (3) DTE Electric Company*