UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**LATHAM & WATKINS LLP**
Blake T. Denton
David A. Hammerman (admitted *pro hac vice*)
Jason D. Petropoulos (*pro hac vice* pending)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email:  blake.denton@lw.com
            david.hammerman@lw.com
            jason.petropoulos@lw.com

-and-

Jeffrey T. Mispagel (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA  90071-1560
Telephone: (213) 485-1234
Email:  jeffrey.mispagel@lw.com

*Counsel for FlexGen Power Systems, LLC*

---

In re:

Powin, LLC, *et al.*,[1]

        Debtors.

Case No. 25 – 16137 (MBK)

Chapter 11

(Jointly Administered)

# LIMITED OBJECTION OF FLEXGEN POWER SYSTEMS, LLC TO CHAPTER 11 PLAN OF POWIN, LLC AND ITS AFFILIATES

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin, LLC [0504], (ii) PEOS Holdings, LLC [5476], (iii) Powin Project LLC [1583], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487].  The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

FlexGen Power Systems, LLC ("FlexGen"), by and through its counsel, Latham & Watkins LLP, submits this limited objection (this "Objection") to the *Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors* (the "Plan"),[1] filed by the above-captioned debtors and its affiliates (collectively, the "Debtors"), and respectfully request as follows:

## PRELIMINARY STATEMENT

1. FlexGen has funded these Chapter 11 Cases, first through the DIP Facility and then through the purchase price under the APA (as such terms are defined below). However, FlexGen has not received the assets that it paid for under the APA and as a result FlexGen has a significant claim against the Debtors' estates that is entitled to administrative expense priority. If FlexGen's claim, along with all other allowed administrative expense claims, cannot be paid in full, as required by the Bankruptcy Code, then the Plan cannot be confirmed.

2. The Debtors have not met their burden of demonstrating that they will be able to pay all allowed administrative claims in full, and, in discussions with FlexGen, the Debtors have thus far not agreed to reserve sufficient funds for FlexGen's asserted claim. Yet the Debtors propose, in the Plan, to begin distributing funds immediately to other allowed administrative *and unsecured claims*, without ensuring adequate funds to pay FlexGen's claim. Absent modification, the Debtors have not met their burden to demonstrate the Plan can be confirmed in accordance with the Bankruptcy Code.

## BACKGROUND

3. On June 9, 2025, the Debtors filed voluntary petitions for relief pursuant to Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy

---

[1] Docket No. 942.

Code") in the United States Bankruptcy Court for the District of New Jersey (the "Court").

4. On July 28, 2025, the Parties entered into a debtor-in-possession credit facility, pursuant to which FlexGen provided a secured super-priority debtor-in-possession loan facility to the Debtors pursuant to the DIP Order (as defined in the APA) and the DIP Loan Documents (as defined in the APA) (such credit facility, the "DIP Facility").

5. On August 18, 2025, the Court entered that certain Sale Order (the "Sale Order"),[2] pursuant to which the Court authorized the Debtors to enter into, with FlexGen, an Asset Purchase Agreement, dated July 6, 2025 (the "APA"), under which FlexGen purchased certain assets from the Debtors. Schedule 2.1(a) of the APA lists the "Purchased Inventory," which includes inventory from a variety of warehouses and third-party locations, including the RH shipping storage location (the "RH Warehouse") and Welldex Distribution SA de CV storage location (the "Welldex Warehouse").

6. Under the APA, the Debtors were to use the proceeds acquired from FlexGen to satisfy any Liens associated with Purchased Inventory within five business days of the Closing (as defined in the APA). APA § 2.7(d). Further, the Debtors were to provide FlexGen with reasonable access to the storage locations, including the RH Warehouse and Welldex Warehouse, to access the Purchased Inventory. APA § 6.11. The Parties agreed in the APA: "Time is of the essence of this Agreement." APA § 9.22.

7. The Debtors failed to satisfy their obligations to satisfy all Liens and deliver to FlexGen that certain subset of Purchased Inventory (as defined in the APA) associated with the RH Warehouse and Welldex Warehouse in accordance with the terms and conditions of the APA, despite receiving payment in full from FlexGen for the same at the Closing (as defined in

---

[2] Docket No. 751.

the APA).

8. On November 17, 2025, FlexGen timely filed a *Request for Payment of Administrative Expenses* (the "Request")[3] related to Debtors' failure to deliver goods sold to FlexGen. As explained in the Request, FlexGen is entitled to a refund from the Debtors for the undelivered Purchased Inventory and Lien cure costs paid by FlexGen associated with the undelivered Purchased Inventory in the RH Warehouse and Welldex Warehouse. According to the documentation provided by the Debtors to FlexGen, the Debtors value the undelivered Purchased Inventory and related Lien cure costs at $16,988,633.20.[4]

9. As of the date hereof, FlexGen's Request has not been resolved. While FlexGen is hopeful that these issues will be consensually resolved by the parties, if they are not, FlexGen may be required to commence litigation for a refund of the funds it paid to the Debtors, but for which it did not receive the contracted goods. FlexGen files this Objection, in accordance with the extension granted by the Debtors, in order to preserve its rights pending the conclusion of these proceedings, and reserves all rights.

## OBJECTION

10. This Plan is only confirmable if it meets all elements of Bankruptcy Code section 1129, and Debtors bear the burden to establish the Plan's compliance with all elements of 1129. 11 U.S.C. § 1129; *See In re Greate Bay Hotel & Casino, Inc.*, 251 B.R. 213, 220-221 (Bankr. D. N.J. (2000)).

11. The Bankruptcy Code requires that all administrative claims be paid in full. 11 U.S.C. § 1129(a)(9)(A).

---

[3] Docket No. 1062.

[4] Exhibit 1, Inventory Statement (all book values discussed therein were provided by Debtors, and were the only value data points provided to FlexGen pre-closing).

4

12. The Debtors have not paid all administrative claims in full, nor have they demonstrated that they have the ability to pay all administrative claims in full, and thus have failed to meet their burden to show that the Plan meets the confirmation requirements of section 1129. *See, e.g., In re S B Bldg. Assocs. Ltd. P'ship,* 621 B.R. 353-354 (Bankr. D.N.J. 2020) (holding that debtors met the requirements of 1129(a)(9) only after proving they had the ability to pay all administrative claims).

13. FlexGen has filed an administrative claim in the amount of $16,988,633.20, which, if allowed, must be paid in full. This amount was calculated from the Debtors' own schedules of values attributable to these goods.

14. The Liquidation Analysis filed by the Debtors with the Plan Supplement[5] assumes, in a liquidation scenario, that the amount available to pay claims will be $13.6 million on the low end and $30.9 million on the high end. However, the Liquidation Analysis only appears to assume $1.8 million in "Administrative Claims," which clearly does not account for FlexGen's claim and does not even account for administrative claims that the Debtors have sought to allow pursuant to settlements.[6] Moreover, the "cash and cash equivalents" is estimated at $11.5 million, which is less than FlexGen's asserted claim. Accordingly, the Debtors have not shown that they will be able to pay all allowed administrative claims in full, in cash.

15. The Plan cannot be confirmed unless amended to make clear that sufficient cash will be reserved to cover all filed and expected administrative expense claims in full before any distributions are made to other creditors. Instead, the Plan shows that the Debtors have agreed

---

[5] Docket No. 1038.

[6] *See Expedited Motion of the Debtors for Entry of an Order (I) Authorizing and Approving Settlement Agreement; and (II) Granting Related Relief* [Docket No. 1065] (seeking approval of a settlement that would result in a $5 million Allowed Administrative Claim).

to settlements with creditors under which payments will be made on the Effective Date to lower priority claims,[7] in violation of the absolute priority rule, without first ensuring adequate funds to satisfy FlexGen's administrative claim in full.  Moreover, the Debtors have sought approval of a settlement pursuant to which an allowed administrative claim will be paid periodically along with general unsecured claims.[8]

16.     The Plan cannot be confirmed unless amended to make clear that Debtors will not prioritize certain administrative claims (or any other distributions)[9] over FlexGen's administrative claims.  The Plan must also make clear that all filed and expected administrative expense claims will be paid in full before any distributions are made to any other creditors, even in the case of effective date payments that may have been agreed to in the Debtors' settlement agreements with other creditors.

17.     For these same reasons, the Debtors have not met their burden to show that confirmation of the Plan is not likely to be followed by liquidation. 11 U.S.C. § 1129(a)(11).  If the Debtors do not have enough cash to pay all allowed administrative claims in full, then they do not have a confirmable plan of reorganization under the Bankruptcy Code and, accordingly, will have no choice but to liquidate.

18.     To the extent that the Court determines that the Plan should be confirmed,

---

[7]   *See Notice of Filing of Amended Exhibits to Amended Plan Supplements, Ex. B* [Docket No. 1055] (seeking approval of a settlement that would result in a $500,000 deposit into the WARN Act Claim Reserve on the effective date, "which shall be distributed to the WARN Act Claim Representative").

[8]   *See Notice of Filing of Amended Plan Supplements, Ex. H* [Docket No. 1038] ("Distributions from the Liquidating Trust on account of the Liquidating Trust Amount shall be distributed as follows: ACE shall receive 60% of each distribution from the Liquidating Trust until ACE is paid the full Liquidating Trust Amount; and The remaining 40% of each distribution from the Liquidating Trust shall be shared by Allowed General Unsecured Claims and Allowed Priority Claims at the Trustee's discretion.")

[9]   *See, e.g.*, *Plan*, § 13.3(j) (providing for payment "[o]n or as soon after the Effective Date as is reasonably practical" of "distributions to holders of Allowed Administrative Claims, *Priority Tax Claims, and Priority Non-Tax Claims*") (emphasis added).

FlexGen requests that the following language be included in the Plan and Confirmation Order to ensure that allowed administrative claims will receive payment in full, as required by section 1129(a)(9) of the Bankruptcy Code:

> Notwithstanding the foregoing, or anything to the contrary in the Plan, the Plan Supplement, any settlement between the Debtors and any claimant, or the Confirmation Order, no distributions (or deposits into reserve accounts) shall be made on account of any Claims other than Allowed Administrative Claims unless the Debtors and/or the Liquidating Trustee, as applicable, have reserved sufficient Cash to pay in full (if Allowed): (i) all Administrative Claims that have been asserted and have not been paid in full in Cash, settled by agreement of the claimant, or disallowed by a Final Order; *provided*, that if, following a noticed and litigated estimation proceeding before the Court, the Court enters an order estimating an asserted Administrative Claim under section 502(c) of the Bankruptcy Code then the Debtors may reserve for such Administrative Claim in the amount estimated by the Court, and (ii) prior to the Administrative Expense Bar Date, all Administrative Claims that the Debtors or the Liquidating Trustee, as applicable, reasonably expect to be asserted.

## **RESERVATION OF RIGHTS**

19. FlexGen is continuing to work with Debtors in an effort to resolve its issues. FlexGen files this Objection, in accordance with the extension granted by the Debtors, to protect its rights pending final confirmation.

20. FlexGen reserves all rights to amend, modify, or supplement this Objection in any manner, at any time, and for any purpose. FlexGen expressly reserves its right to further address the Plan, including any further changes or modifications to the Plan, the proposed confirmation order, and any other ancillary issues either by further submission to this Court, at oral argument or testimony to be presented at the hearing. FlexGen further notes that that Debtors have indicated an intent to offer a further amended Plan Supplement, and FlexGen reserves all rights in that regard.

21. FlexGen further reserves its rights to any and all additional claims of whatever kind or nature that it may have, which may be based on the respective rights and obligations

arising under the agreements discussed herein or the same events and circumstances described in this Objection.

## CONCLUSION

**WHEREFORE**, FlexGen respectfully requests that the Court amend the proposed Plan and Confirmation Order to require the Debtors to reserve sufficient cash to pay all filed or expected administrative claims in full before any distributions are made to any creditors or, alternatively, to deny confirmation of the Debtors' proposed Plan.

Dated: November 21, 2025
       New York, New York

                                                    Respectfully Submitted,

                                                    */s/  Blake T. Denton*
                                                    **LATHAM & WATKINS, LLP**
                                                    Blake T. Denton
                                                    David A. Hammerman (admitted *pro hac vice*)
                                                    Jason D. Petropoulos (*pro hac vice* pending)
                                                    1271 Avenue of the Americas
                                                    New York, NY 10020
                                                    Telephone: (212) 906-1200
                                                    Email:  blake.denton@lw.com
                                                              david.hammerman@lw.com
                                                              jason.petropoulos@lw.com

                                                    -and-

                                                    **LATHAM & WATKINS, LLP**
                                                    Jeffrey T. Mispagel (admitted *pro hac vice*)
                                                    355 South Grand Avenue, Suite 100
                                                    Los Angeles, CA  90071-1560
                                                    Telephone: (213) 485-1234
                                                    Email: jeffrey.mispagel@lw.com

                                                    *Counsel for FlexGen Power Systems, LLC*

## CERTIFICATE OF SERVICE

      I, Blake T. Denton, certify that on November 21, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of New Jersey on those parties registered to receive electronic notices.

                                                        */s/ Blake T. Denton*
                                                         Blake T. Denton

**Exhibit 1**

| Physical Address of Stock Ledger Location | Location Parent | Location | Location Type | Item | Item Description | Sum of Quantity | Sum of Amount | Item Rate | Title/Ownership | Items Counted | Remaining Items | Remaining Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Welldex Distribution S.A. de C.V. RFC WDI140429V95 San Luis Mexico 78426 | CEVA | Welldex Distribution SA de CV | 3rd Party Logistics/Storage - 3PL | A10400-00005-750 | FGA BATTERY CABINET ASSEMBLY | 219.00 | $ 1,241,784.59 | $ 5,670.25 | Powin | 0 | 219.00 | 1,241,784.59 |
| Welldex Distribution S.A. de C.V. RFC WDI140429V95 San Luis Mexico 78426 | CEVA | Welldex Distribution SA de CV | 3rd Party Logistics/Storage - 3PL | A10400-00005-758 | CENTIPEDE-UPPER BATTERY SEGMENT ENCLOSURE ASSEMBLY | 112.00 | $ 624,711.36 | $ 5,577.78 | Powin | 0 | 112.00 | 624,711.36 |
| Welldex Distribution S.A. de C.V. RFC WDI140429V95 San Luis Mexico 78426 | CEVA | Welldex Distribution SA de CV | 3rd Party Logistics/Storage - 3PL | E40101-10806-022 | CELL BATTERY, MODULE B, .3P, 280K, 2 HR, EVE | 1,169.00 | $ 940,325.65 | $ 804.38 | Powin | 376 | 793.00 | 637,877.02 |
| Welldex Distribution S.A. de C.V. RFC WDI140429V95 San Luis Mexico 78426 | CEVA | Welldex Distribution SA de CV | 3rd Party Logistics/Storage - 3PL | E40101-10806-042 | CELL BATTERY, MODULE B, .67P, 280Ah, 2 & 3+ HR, REPT | 90.00 | $ 97,462.66 | $ 1,082.92 | Powin | 310 | (220.00) | (238,242.06) |
| Welldex Distribution S.A. de C.V. RFC WDI140429V95 San Luis Mexico 78426 | CEVA | Welldex Distribution SA de CV | 3rd Party Logistics/Storage - 3PL | Itemized Detail Unavilable | Energy Segment Components | | $ 1,988,620.00 | | TBD | 0 | - | 1,988,620.00 |
| Welldex Distribution S.A. de C.V. RFC WDI140429V95 San Luis Mexico 78426 | CEVA | Welldex Distribution SA de CV | 3rd Party Logistics/Storage - 3PL | Itemized Detail Unavilable | Energy Segment Components | | $ 466,200.00 | | TBD | 0 | - | 466,200.00 |
| Welldex Distribution S.A. de C.V. RFC WDI140429V95 San Luis Mexico 78426 | CEVA | Welldex Distribution SA de CV | 3rd Party Logistics/Storage - 3PL | M00106-02002-003 | BERGSTROM A05GD-C02 HVAC UNIT, 220V / 50Hz Heat Pump, 1003278245 | 384.00 | $ 341,452.80 | $ 889.20 | Powin | 0 | 384.00 | 341,452.80 |
| Welldex Distribution S.A. de C.V. RFC WDI140429V95 San Luis Mexico 78426 | CEVA | Welldex Distribution SA de CV | 3rd Party Logistics/Storage - 3PL | M00106-02002-003 | BERGSTROM A05GD-C02 HVAC UNIT, 220V / 50Hz Heat Pump, 1003278245 | 178.00 | $ 158,277.60 | $ 889.20 | Powin | 0 | 178.00 | 158,277.60 |
| | | | | | | | $ 5,858,834.66 | | | | | 5,220,681.32 |
| | | | | | | | | | | | Cure Cost | 469,000 |
| | | | | | | | | | | | Pro rata Cure Cost | 417,916 |

Non-Public

| Location Parent | Location | Item | Sum of Quantity | Sum of Amount | Item Rate | Original Customer Name | Title/Ownership |
|---|---|---|---|---|---|---|---|
| RH Shipping | RH Shipping : RH Shipping : Alpamed | A10200-04010-049 | 24.00 | $ 11,992.56 | $ 499.69 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | A10400-00011-836B TDN-000257 | 160.00 | $ 717,009.60 | $ 4,481.31 | DTE Energy (Main) | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | A10400-00011-836B TDN-000257 | 56.00 | $ 250,953.36 | $ 4,481.31 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | A-M-00080F | 645.00 | $ 399,804.32 | $ 619.85 | DTE Energy (Main) | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | A-M-00487A TDN-000257 | 290.00 | $ 2,549,192.80 | $ 8,790.32 | DTE Energy (Main) | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | A-M-00487A TDN-000257 | 160.00 | $ 1,406,451.20 | $ 8,790.32 | DTE Energy (Main) | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-140 | 390.00 | $ 17,694.30 | $ 45.37 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-144 | 63.00 | $ 127.26 | $ 2.02 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-145 | 80.00 | $ 164.00 | $ 2.05 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-147 | 222.00 | $ 492.84 | $ 2.22 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-148 | 73.00 | $ 154.03 | $ 2.11 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-164 | 649.00 | $ 1,291.51 | $ 1.99 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-167 | 320.00 | $ 812.80 | $ 2.54 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-241 | 2,003.00 | $ 93,159.53 | $ 46.51 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-296 | 587.00 | $ 35,918.53 | $ 61.19 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-297 | 587.00 | $ 35,900.92 | $ 61.16 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-298 | 588.00 | $ 36,109.08 | $ 61.41 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-299 | 587.00 | $ 35,918.53 | $ 61.19 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-316 | 453.00 | $ 2,011.32 | $ 4.44 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-317 | 395.00 | $ 1,481.25 | $ 3.75 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-550 | 565.00 | $ 4,237.50 | $ 7.50 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-556 | 449.00 | $ 821.67 | $ 1.83 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-557 | 489.00 | $ 1,334.97 | $ 2.73 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-558 | 457.00 | $ 228.50 | $ 0.50 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-559 | 10.00 | $ 9.60 | $ 0.96 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-560 | 600.00 | $ 432.00 | $ 0.72 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00030-561 | 618.00 | $ 605.64 | $ 0.98 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00031-403 | 3,800.00 | $ 180,652.00 | $ 47.54 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00033-001 | 501.00 | $ 275.55 | $ 0.55 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00033-002 | 493.00 | $ 428.91 | $ 0.87 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00033-003 | 270.00 | $ 148.50 | $ 0.55 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00033-004 | 295.00 | $ 351.05 | $ 1.19 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00035-017 | 469.00 | $ 1,660.26 | $ 3.54 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00035-021 | 1,152.00 | $ 11,013.12 | $ 9.56 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00035-023 | 685.00 | $ 4,774.45 | $ 6.97 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00035-024 | 500.00 | $ 2,875.00 | $ 5.75 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00130-500 | 118.00 | $ 790.60 | $ 6.70 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00130-501 | 107.00 | $ 716.90 | $ 6.70 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00130-502 | 95.00 | $ 652.65 | $ 6.87 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00130-503 | 152.00 | $ 1,044.24 | $ 6.87 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E21703-00130-504 | 209.00 | $ 618.64 | $ 2.96 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E31703-00003-001 | 1,542.00 | $ 82,851.66 | $ 53.73 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E31703-00003-002 | 125.00 | $ 11,437.50 | $ 91.50 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E31703-00003-003 | 670.00 | $ 61,305.00 | $ 91.50 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E31703-00003-004 | 171.00 | $ 14,210.10 | $ 83.10 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E31703-00003-005 | 1,371.00 | $ 55,484.37 | $ 40.47 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E31703-00003-006 | 44.00 | $ 5,168.68 | $ 117.47 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E31703-00003-009 | 1,130.00 | $ 52,477.20 | $ 46.44 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | E40101-10806-022 | 300.00 | $ 212,221.88 | $ 707.41 | Southern Current LLC (Mai | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | ES30-102-111-100-0000000 | 2.00 | $ 229,602.37 | $ 114,801.19 | PureSky Energy Inc. (Main) | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | ES30-302-121-100-0000000 | 2.00 | $ 217,760.36 | $ 108,880.18 | Apex Clean Energy (Main) | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | ES35-404-112-100-0000000 | 11.00 | $ 335,500.00 | $ 30,500.00 | Longroad BESS Procureme | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | GASKET, BULK, PORON AQUAPRO 4701-41-15250-04, ADHESIVE: 3M 9495-200MP, 20mm WIDE STRIP | ######## | $ 134,736.84 | $ 0.38 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M00108-00004-007 | 2,950.00 | $ 29.50 | $ 0.01 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M20103-04001-008 | 3,924.00 | $ 93,548.16 | $ 23.84 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M20106-06044-064 | 50.00 | $ 15.50 | $ 0.31 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M30101-00006-005 | 270.00 | $ 10,035.90 | $ 37.17 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M30102-20420-009 | 635.00 | $ 29,140.15 | $ 45.89 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M30102-20420-017 | 993.00 | $ 45,568.77 | $ 45.89 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M30117-10001-004 | 2,275.00 | $ 13,650.00 | $ 6.00 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M30117-10001-005 | 4,006.00 | $ 19,589.34 | $ 4.89 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M30117-10001-006 | 2,822.00 | $ 6,067.30 | $ 2.15 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M30117-10001-007 | 1,916.00 | $ 2,069.28 | $ 1.08 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M30117-10001-010 | 277.00 | $ 1,152.32 | $ 4.16 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M60102-10306-014 | 5,845.00 | $ 642.95 | $ 0.11 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M60102-10310-020 | 1,837.00 | $ 569.47 | $ 0.31 | General Inventory | Powin |

Non-Public

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M60102-10503-010 | 160.00 | $ | 6.40 | $ | 0.04 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M60102-10504-060 | 6,710.00 | $ | 536.80 | $ | 0.08 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M60102-30505-008 | 560.00 | $ | 11.21 | $ | 0.02 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M60102-30505-012 | 1,920.00 | $ | 441.60 | $ | 0.23 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M60103-10210-000 | 7,706.00 | $ | 1,001.78 | $ | 0.13 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M60103-10308-104 | 2,455.00 | $ | 49.10 | $ | 0.02 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70101-01016-000 | 606.67 | $ | 2,123.36 | $ | 3.50 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70101-02004-000 | 1,384.00 | $ | 4,844.00 | $ | 3.50 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70104-00010-102 | 236.00 | $ | 460.20 | $ | 1.95 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70104-00010-118 | 101.00 | $ | 117.16 | $ | 1.16 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70104-00010-133 | 602.00 | $ | 2,323.72 | $ | 3.86 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70107-00004-012 | 78.00 | $ | 129.48 | $ | 1.66 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70107-00012-290 | 968.00 | $ | 1,810.16 | $ | 1.87 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70112-00000-075 | 31.00 | $ | 160.89 | $ | 5.19 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70112-00000-076 | 2,231.00 | $ | 2,030.21 | $ | 0.91 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70112-00000-080 | 56.00 | $ | 323.68 | $ | 5.78 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70112-00000-261 | 188.00 | $ | 1,009.56 | $ | 5.37 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70112-00000-264 | 60.00 | $ | 172.80 | $ | 2.88 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70112-00000-303 | 1,415.00 | $ | 35,898.55 | $ | 25.37 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70112-00000-304 | 1,955.00 | $ | 49,422.40 | $ | 25.28 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70112-00000-305 | 885.00 | $ | 26,957.10 | $ | 30.46 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70112-00000-306 | 2,138.00 | $ | 54,048.64 | $ | 25.28 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | M70112-00000-758 | 1,830.00 | $ | 6,789.30 | $ | 3.71 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P00100-01001-018 | 780.00 | $ | 374.40 | $ | 0.48 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P10900-07000-204 | 7,592.00 | $ | 296,216.25 | $ | 39.02 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P10900-07000-204 | 2,652.00 | $ | 103,348.44 | $ | 38.97 | Apex Clean Energy (Main) | TBD |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P10900-07000-210 | 10,874.00 | $ | 21,313.04 | $ | 1.96 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P10900-07000-394 | 100.00 | $ | 134.00 | $ | 1.34 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P10900-07001-282 | 160.00 | $ | 1,984.00 | $ | 12.40 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P10900-07001-283 | 2,486.00 | $ | 26,774.22 | $ | 10.77 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P10900-07001-334 | 4,674.00 | $ | 467.40 | $ | 0.10 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P10900-07001-432 | 1,535.00 | $ | 61.40 | $ | 0.04 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P10900-07200-021 | 4,854.00 | $ | 242.70 | $ | 0.05 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P10900-07500-136 | 4,102.00 | $ | 6,563.20 | $ | 1.60 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P10900-07500-137 | 271.00 | $ | 433.60 | $ | 1.60 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P10900-07500-139 | 395.00 | $ | 5,158.70 | $ | 13.06 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P10900-07500-140 | 135.00 | $ | 5,265.00 | $ | 39.00 | General Inventory | Powin |
| RH Shipping | RH Shipping : RH Shipping : Alpamed | P10900-07500-141 | 256.00 | $ | 27,648.00 | $ | 108.00 | General Inventory | Powin |

Total Amount         $ 8,131,798.54
Cure Cost            2,998,000