**DENTONS US LLP**

Lauren Macksoud (admitted)
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912-7100
Facsimile: (973) 912-7199
Email: lauren.macksoud@dentons.com

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
       van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
       sarah.schrag@dentons.com

*Counsel for Debtors and*
*Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Amanda C. Glaubach (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: altogut@teamtogut.com
       aglaubach@teamtogut.com
       eblander@teamtogut.com

*Counsel for Debtors and*
*Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br>　　　　　Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [15241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487] (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

1

**DEBTORS' WITNESS AND EXHIBIT LIST FOR CONFIRMATION HEARING FOR JOINT COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION OF POWIN, LLC AND AFFILIATES THEREOF AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Powin, LLC and the affiliated debtors and debtors in possession (collectively, the "Debtors"), in the above-captioned chapter 11 cases, hereby file their witness and exhibit list for the hearing (the "Hearing"), scheduled on November 25, 2025, at 11:30 a.m. (prevailing Eastern Time), on confirmation of the *Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors* (the "Plan") [Docket No. 942].

## WITNESSES

The Debtors may call the following witnesses at the Hearing:

1. Brian Kane;
2. Gerard Uzzi;
3. Any witnesses called or listed by any other party; and
4. Any impeachment or rebuttal witnesses.

## EXHIBIT LIST

The Debtors may offer into evidence any one or more of the following exhibits:

| Exhibit | Description | Off. | Obj. | Adm. | Docket No. |
|---|---|---|---|---|---|
| 1. | *Declaration of Gerard Uzzi in Support of Emergency First Day Motions of the Debtors* | | | | 13 |
| 2. | *Order (I) Authorizing the Debtors to Enter Into and Perform Under the FlexGen Power* | | | | 751 |

2

| Exhibit | Description | Off. | Obj. | Adm. | Docket No. |
|---|---|---|---|---|---|
|  | *Systems, LLC Asset Purchase Agreement, (II) Approving the Sale of Purchased Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (III) Authorizing the Assumption and Assignment of the Assumed Contracts to Purchaser and Establishing Cure Amounts Related Thereto in Accordance with the Assumption and Assignment Procedures, and (IV) Granting Related Relief* |  |  |  |  |
| 3. | *Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors* |  |  |  | 942 |
| 4. | *Notice of Filing of Solicitation Version of Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors* |  |  |  | 943 |
| 5. | *Certifications of Publication of Notice of (I) Combined Hearing to Consider Approval of Disclosure Statement on a Final Basis and Plan Confirmation and (II) Related Voting and Objection Deadline* |  |  |  | 1015 |
| 6. | *Notice of Filing of Amended Plan Supplement* |  |  |  | 1038 |
| 7. | Schedule of Assumed Executory Contracts and Unexpired Leases |  |  |  | 1038, Exh. A |
| 8. | Schedule of Retained Causes of Action |  |  |  | 1038, Exh. B |
| 9. | Liquidating Trust Agreement |  |  |  | 1038, Exh. C |
| 10. | Direct Claims Trust Agreement |  |  |  | 1038, Exh. D |
| 11. | Service Provider Payments Schedule |  |  |  | 1038, Exh. E |
| 12. | Initial Trust Budget |  |  |  | 1038, Exh. F |
| 13. | Liquidation Analysis |  |  |  | 1038, Exh. G |
| 14. | Notice of Settled Priority Claim |  |  |  | 1038, Exh. H |
| 15. | Notice of Settlement of WARN Claims |  |  |  | 1038, Exh. I |
| 16. | *Notice of Filing of Amended Exhibits to Amended Plan Supplement* |  |  |  | 1055 |

| Exhibit | Description | Off. | Obj. | Adm. | Docket No. |
|---|---|---|---|---|---|
| 17. | Revised Version of Liquidation Trust Agreement | | | | 1055, Exh. A |
| 18. | Revised Version of the Notice of Settlement of WARN Claims | | | | 1055, Exh. B |
| 19. | Redline of Liquidation Trust Agreement | | | | 1055, Exh. C |
| 20. | Redline of Notice of Settlement of WARN Claims | | | | 1055, Exh. D |
| 21. | *Expedited Motion of the Debtors for Entry of an Order (I) Authorizing And Approving Settlement Agreement; And (II) Granting Related Relief* and ACE Settlement Agreement | | | | 1065 |
| 22. | *Declaration of Darlene S. Calderon with Respect to the Tabulation of Votes on the Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates thereof and the Official Committee of Unsecured Creditors* | | | | 1095 |
| 23. | *Declaration of Gerald Uzzi in Support of Confirmation of Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors* | | | | 1102 |
| 24. | *Emergency Motion Of The Debtors And The Committee For Entry Of An Order Disallowing And Expunging The Administrative Claim Filed By FlexGen or, in the Alternative, Estimating That Claim At $0 For All Purposes* | | | | 1103 |
| 25. | Any document or pleading filed in the above-captioned chapter 11 case including transcripts of proceedings | | | | |
| 26. | Any exhibit listed by any other party | | | | |
| 27. | Rebuttal exhibits as necessary | | | | |

## RESERVATION OF RIGHTS

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to amend or supplement this Witness and Exhibit List at any time prior to the Hearing. Designation of any exhibit above does not waive any objections the Debtors may have to any exhibit listed on any other party's exhibit list.

4

| | |
|---|---|
| Dated: November 21, 2025 | **DENTONS US LLP** |

*/s/ Lauren Macksoud*
Lauren Macksoud (admitted)
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912-7100
Facsimile: (973) 912-7199
Email: lauren.macksoud@dentons.com

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
        van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
        sarah.schrag@dentons.com

-and-

**TOGUT, SEGAL & SEGAL LLP**
Frank A. Oswald (admitted)
550 Broad Street, Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: altogut@teamtogut.com
        eblander@teamtogut.com

5

*Counsel for Debtors and*
*Debtors in Possession*