# Exhibit 8

(Schedule of Retained Causes of Action - Exh. B)

# EXHIBIT B

(Schedule of Retained Causes of Action)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br>Debtors. | Chapter 11<br>Case No. 25-16137 (MBK)<br>(Jointly Administered) |

## SCHEDULE OF RETAINED CAUSES OF ACTION

The Debtors reserve all rights to amend, revise, or supplement this Exhibit B to the Plan Supplement, and any of the documents and designations contained herein, at any time before the Effective Date of the *Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors* [D.I. 914] (the "Plan"),[2] or any such other date as may be provided for by the Plan or by order of the Bankruptcy Court.

**Except as otherwise expressly provided in the Plan, including, without limitation, with respect to the Released Parties, all rights to commence and pursue any and all Causes of Action against any Entity, including, without limitation, Causes of Action that are not expressly identified in this Schedule of Retained Causes of Action, are reserved. Neither confirmation of the Plan nor the occurrence of the Effective Date shall in any way affect such rights.**

Without in any way limiting the foregoing or the provisions of Section 15.5 of the Plan, from and after the Effective Date, the Liquidating Trustee shall have all rights to enforce, commence, and pursue, as appropriate, any and all Causes of Action, whether arising before or after the Petition Date, including any actions specifically enumerated in this Schedule of Retained Causes of Action, including, without limitation the right to commence, prosecute, or settle such Causes of Action, which shall be preserved notwithstanding the occurrence of the Effective Date. For the avoidance of doubt, such Causes of Action shall include, without limitation, the following:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110] . The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

[2] Capitalized terms not otherwise defined herein shall have the meaning afforded in the Plan.

1

| Item No. | Description | Nature of Action |
|---|---|---|
| 1. | Any and all Avoidance Actions, and all other claims in avoidance, recovery, and/or subordination. | To be determined |
| 2. | Any and all tort claims, including but not limited to breach of fiduciary duty claims, alter ego claims, aiding and abetting claims, against any party other than one released under the Plan. | To be determined |
| 3. | Claim regarding CBP's HTS Code classification and country of origin ruling. | Customs Designation |
| 4. | Claim by Powin regarding payments withheld under Texas 11, 12, and 23 Supply Agreements and the Big Beau project. | Dispute over Liquidated Damages |
| 5. | All claims arising in connection with *Ameresco, Inc. and Kupono Solar, LLC v. Powin, LLC*, Case No. N24C-04-012 VLM (Del. C.P.). | Dispute over payments under certain contracts |
| 6. | All claims arising from arbitration with C3 Controls (Case No. 1-25-0001-9527) (AAA). | Contract Dispute |
| 7. | All claims arising from arbitration with *Contemporary Amperex Technology Co., Ltd v. Powin, LLC,* Case No. 25-cv-00442 (District Court Arbitration). | Contract Dispute |
| 8. | All claims arising in connection with *Contemporary Amperex Technology Co., Ltd v. Powin, LLC* Case No. 24-cv-59255 (Wash. Cnty. Cir. Ct.). | Contract Dispute |
| 9. | All claims arising from arbitration with *Contemporary Amperex Technology Co., Ltd v. Powin, LLC,* Case No. HKIAC/PA24206 (Hong Kong International Arbitration). | Contract Dispute |
| 10. | All claims arising in connection with action against Enel Produzione S.p.A, Case No. 35416/2022 (Court of Rome). | Breach of Supply and Services Contract |
| 11. | All claims arising from arbitration with Honeywell/Saturn Power (Case No. 01-23-0004-3145) (AAA). | Dispute over insurance and property damage |

| 12. | All claims arising in connection with *Jan Jacobson v. Powin, LLC, Powin Energy Corporation*, Case No. 24CV22016 (Or. Cir. Ct.). | Breach of Contract |
|---|---|---|
| 13. | All claims arising in connection with *Powin Energy Corporation v. United States,* Case No. 23-00092 (Ct. Int'l Trade). | Customs Designation/ Import Designation/ Tariff Refunds |
| 14. | All claims arising in connection with *Powin LLC v. United States,* Case No. 25-00020 (Ct. Int'l Trade). | Customs Designation/ Import Designation/ Tariff Refunds |
| 15. | All claims arising from arbitration with *Prevalon/Hecate Energy Johanna Facility/Mistubishi v. Powin*, Case No. 01-24-0008-1077 (AAA). | Breach of LTSA |
| 16. | All claims arising from arbitration with STEM, Case No. 1-25-0001-0138 (AAA). | Breach of Various Agreements |
| 17. | All claims against The Sleeper Group. | Breach of Contract |
| 18. | All claims against UQI Storage. | Claim for Demurrage Charges |
| 19. | All claims against Wilson Fire Equipment & Service Co., Inc. | Breach of Contract Unpaid Invoices |
| 20. | All claims against CIMC Energy Storage Technology Co., Ltd., CIMC Technology Co., Ltd., Qingdao CIMC Container Manufacture Co. Ltd., China International Marine Containers (Group) Co., Ltd., and any other affiliate entities. | To be determined |
| 21. | All claims against any parties not released in the Plan, as set forth in the definitions therein. | To be determined |
| 22. | All claims and causes of action arising in connection with recoveries on account of all unpaid accounts receivable. | To be determined |
| 23. | All Direct Claims, as defined in the Plan, against Non-Debtor parties who are not Released Parties related to or in connection with these Chapter 11 Cases including those which may be asserted against the Debtors' Prepetition Lenders and their affiliates, or the former directors, officers, shareholders or insiders of the Debtors, or the prepetition advisors or professionals retained by the Debtors in each case to the extent they are not otherwise Released Parties. | To be determined |

| | | |
|---|---|---|
| 24. | All claims in connection with turnover of cash collateral accounts securing bonds, credit card programs, and other financing obligations. | To be determined |
| 25. | All claims arising in connection with the Energy Equipment Supply Agreement or escrow agreement with Pulse Clean Energy SPV Watt Limited. | To be determined |
| 26. | All claims arising in connection with the Energy Equipment Supply Agreement or escrow agreement with DTE Energy. | To be determined |

4