## **Exhibit 16**

(Notice of Filing of Amended Exhibits to Amended Plan Supplement)

**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street
Suite 2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
　　　　van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
　　　　sarah.schrag@dentons.com

*Counsel for Debtors and
Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: altogut@teamtogut.com
　　　　eblander@teamtogut.com

*Counsel for Debtors and
Debtors in Possession*

**BROWN RUDNICK LLP**

Robert J. Stark, Esq.
Kenneth J. Aulet, Esq.
Bennett S. Silverberg, Esq.
Jeffrey L. Jonas, Esq.
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4924
Facsimile: (212) 938-2924
Email: rstark@brownrudnick.com
　　　　kaulet@brownrudnick.com
　　　　bsilverberg@brownrudnick.com
　　　　jjonas@brownrudnick.com

*Counsel for the Official Committee of Unsecured Creditors*

**GENOVA BURNS LLC**

Daniel M. Stolz (admitted)
Donald W. Clarke (admitted)
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 533-0777
Facsimile: (973) 814-4045
Email: dstolz@genovaburns.com
　　　　dclarke@genovaburns.com

*Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING OF AMENDED EXHIBITS TO AMENDED PLAN SUPPLEMENT**

      **PLEASE TAKE NOTICE THAT** on November 7, 2025, the Debtors filed the *Notice of Filing Plan Supplement* [Docket No. 1036] (the "Initial Plan Supplement") in support of the Plan.

      **PLEASE TAKE FURTHER NOTICE THAT** on November 8, 2025, the Debtors filed the *Notice of Filing of Amended Plan Supplement* [Docket No. 1038] (the "Amended Plan Supplement"), which amends and supersedes the Initial Plan Supplement.

      **PLEASE TAKE FURTHER NOTICE THAT** the Debtors filed that certain Liquidation Trust Agreement attached as Exhibit C to the Amended Plan Supplement and that certain Notice of Settlement of WARN Claims attached as Exhibit I to the Amended Plan Supplement.

      **PLEASE TAKE FURTHER NOTICE THAT** to correctly describe the settlement of WARN claims, the Debtors hereby file a revised version of the Liquidation Trust Agreement, attached hereto as **Exhibit A**, and a revised version of the Notice of Settlement of WARN Claims, attached hereto as **Exhibit B**.

      **PLEASE TAKE FURTHER NOTICE THAT** a redline of the version of the Liquidation Trust Agreement attached hereto as **Exhibit A** marked against the version appended to the Amended Plan Supplement as Exhibit C is attached hereto as **Exhibit C**.

      **PLEASE TAKE FURTHER NOTICE THAT** a redline of the version of the Notice of Settlement of WARN Claims attached hereto as **Exhibit B** marked against the version appended to the Amended Plan Supplement as Exhibit I is attached hereto as **Exhibit D**.

      **PLEASE TAKE FURTHER NOTICE** that if you should have any questions about the Amended Plan Supplement, the Solicitation Package or if you would like to obtain paper copies or additional copies of the Plan, the Amended Plan Supplement or any other solicitation materials, please contact the Debtors' voting agent, Verita Global (the "Voting Agent") by: (a) visiting the Debtors' case website at: https://www.veritaglobal.net/powin (where you can obtain electronic copies of all documents filed with the

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [15241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

Bankruptcy Court for free); (b) writing to the Voting Agent at Powin Ballot Processing c/o KCC d/b/a Verita Global, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245; (c) calling the Voting Agent at (866) 507-8031 (U.S./Canada) or (781) 575-2122 (International); (d) emailing powininfo@veritaglobal.com (with "In re Powin, LLC – Solicitation Inquiry" in the subject line); or (e) submitting an inquiry to the Voting Agent at: https://www.veritaglobal.net/powin/inquiry. You may also obtain copies of any pleadings filed with the Court by visiting the Bankruptcy Court's website at https://njb.uscourts.gov/ (in accordance with the procedures and fees set forth therein). Please be advised that the Voting Agent is authorized to answer questions about, and provide additional copies of, solicitation materials, but may **not** advise you as to the Plan, the interpretation or meaning of any of the provisions contained therein, or whether you should vote to accept or reject the Plan, and will not provide you with any legal or financial advice in connection with the Plan.

[*Remainder of page left intentionally blank*]

Dated:    November 13, 2025

    POWIN, LLC, *et al.*
*Debtors and Debtors in Possession*
*By their Counsel*

DENTONS US LLP,

*/s/  Tania M. Moyron*
Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
       van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the America
New York, NY 10020
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
       sarah.schrag@dentons.com

- and -

TOGUT, SEGAL & SEGAL
Frank A. Oswald
550 Broad Street
Suite 1507
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, NY 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email:  altogut@teamtogut.com
       eblander@teamtogut.com