# **Exhibit 18**

(Revised Version of the Notice of Settlement of WARN Claims - Exh. B)

## Exhibit B

**(Revised Notice of Settlement of WARN Claims)**

US_ACTIVE\131641403\V-2

Case 25-16137-MBK    Doc 1054-18    Filed 11/21/25    Entered 11/21/25 22:50:50    Desc
Exhibit 18 - Revised Version of the Notice of Settlement of WARN Claims    Page 3 of 4

Case 25-16137-MBK    Doc 1054-18    Filed 11/21/25    Entered 11/21/25 22:50:50    Desc Main
Document    Page 81 of 89

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**NOTICE OF SETTLEMENT OF WARN CLAIMS**

The Debtors[2] submit this *Notice of Settlement of WARN Claims* regarding the following claims and causes of action:

**I.    WARN Claims.**

As described in the Plan, the Debtors face potential liability related to asserted violations of the WARN Act. The Plan contemplates a settlement of the WARN Act Claims to be memorialized in the Plan Supplement. The Debtors and the putative WARN Act class representative[3] have agreed to settle the WARN Act Claims, subject to Bankruptcy Court approval, as follows:

- Brian Palomino shall serve as the designated class representative of the Allowed WARN Act Claims (the "WARN Act Class Representative");

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [15241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors* [Docket No. 914] (the "Plan").

[3]    *See* Adv. No. 25-01249 and related Claim No. 1, Luis Santiago on Behalf of Himself and All Others.

- The Trustee shall deposit into the WARN Act Claim Reserve an aggregate amount of $500,000.00 on the Effective Date, which shall be distributed to the WARN Act Class Representative for the benefit of members of the class; and

- Following the transfer of the Liquidating Trust Assets to the Liquidating Trust, the WARN Act Class Representative shall be entitled to recover against the Liquidating Trust, for the benefit of members of the class, $3,000,000.00 in net recoveries subject to the distribution procedures set forth in the Plan, Plan Supplement, and the settlement agreement resolving the WARN Action, as applicable.