| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Susan A. Long, Esq.<br>Jaclynn N. McDonnell, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>slong@genovaburns.com<br>jmcdonnell@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 533-0777<br>Fax: (973) 814-4045<br><br>*Local Counsel for the*<br>*Official Committee of Unsecured Creditors* | **BROWN RUDNICK LLP**<br>Robert J. Stark, Esq.<br>Kenneth J. Aulet, Esq.<br>Bennett S. Silverberg, Esq.<br>Jeffrey L. Jonas, Esq.<br>rstark@brownrudnick.com<br>kaulet@brownrudnick.com<br>bsilverberg@brownrudnick.com<br>jjonas@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>*Counsel for the*<br>*Official Committee of Unsecured Creditors* |
| In re:<br><br>POWIN, LLC, *et al.,*[1]<br><br>                           Debtor. | Chapter 11<br><br>Case No.: 25-16137 (MBK)<br>(Jointly Administered)<br><br>Honorable Michael B. Kaplan |

# THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' WITNESS AND EXHIBIT LIST FOR THE HEARING SCHEDULED FOR NOVEMBER 25, 2025 AT 11:30 AM

The Official Committee of Unsecured Creditors (the "Committee") respectfully submits its Witness and Exhibit List for the hearing scheduled for November 25, 2025, at 11:30 a.m. ET (the "Hearing"), as follows:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue, Tualatin, OR 97062.

## Witnesses

The Committee may call any of the following witnesses at the Hearing:

1. Any witness called or listed by another party;

2. Any witnesses necessary to authenticate or establish admissibility of any document;

3. Any witnesses necessary to respond to arguments made by any other party; and

4. Any witnesses necessary for impeachment or rebuttal.

## Exhibits

The Committee may offer into evidence any of the following exhibits:

1. Any documents filed on the public docket in these bankruptcy cases; and

2. Any exhibits offered or listed by any other party, or necessary to rebut arguments or exhibits offered by any other party.

## Reservation of Rights

The Committee expressly reserves the right to supplement or amend this Witness or Exhibit List to identify additional witnesses or exhibits prior to the conclusion of the Hearing. The Committee further reserves the right to offer into evidence any testimony offered into evidence by other parties. Additionally, designation of any exhibit by any other party does not waive any objections the Committee may have to any exhibit offered by any other party's exhibit list.

[*Signature page to follow.*]

Dated: November 22, 2025

Respectfully submitted,

**BROWN RUDNICK LLP**

/s/ *Robert J. Stark*
Robert J. Stark, Esq.
Kenneth J. Aulet, Esq. (admitted *pro hac vice*)
Bennett S. Silverberg, Esq. (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
(212) 209-4800

*Counsel for the Official*
*Committee of Unsecured Creditors*

- and -

**GENOVA BURNS LLC**

/s/ *Susan A. Long*
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
Susan A. Long, Esq.
Jaclynn N. McDonnell
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
(973) 230-2095

*Local Counsel for the Official*
*Committee of Unsecured Creditors*