## Exhibit A

(Preliminary Order Approving the Settlement)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |
| BRIAN PALOMINO, on behalf of himself and all others similarly situated, | Adv. Proc. No. 25-01249 (MBK) |
| Plaintiff, | |
| v. | |
| POWIN, LLC, POWIN ENERGY OPERATING HOLDINGS, LLC, and POWIN ENERGY OPERATING, LLC, | |
| Defendants. | |

**ORDER PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 7023 AND 9019 (I) PRELIMINARILY APPROVING THE SETTLEMENT, (II) APPROVING THE FORM AND MANNER OF NOTICE TO CLASS MEMBERS OF THE SETTLEMENT, (III) SCHEDULING A FAIRNESS HEARING TO CONSIDER FINAL APPROVAL OF THE SETTLEMENT, <u>AND (IV) GRANTING RELATED RELIEF</u>**

The relief set forth on the following pages, numbered three [3] through four [4], is

**ORDERED.**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110].

(Page 2)

Debtors: Powin, LLC, *et al.*
Case No. 25-16137 (MBK)

Caption of Order: Order Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 7023 and 9019 (I) Preliminarily Approving the Settlement, (II) Approving the Form and Manner of Notice to Class Members of the Settlement, (III) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement, and (IV) Granting Related Relief

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
  van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
  sarah.schrag@dentons.com

*Counsel for Debtors and Debtors in Possession*

**TOGUT, SEGAL & SEGAL LLP**

Frank A. Oswald (admitted)
550 Broad Street, Suite 1508
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: altogut@teamtogut.com
  eblander@teamtogut.com

*Counsel for Debtors and Debtors in Possession*

**RAISNER ROUPINIAN LLP**

Gail C. Lin, Esquire (Bar No. 036752001)
Jack A. Raisner
René S. Roupinian
270 Madison Avenue, Suite 1801
New York, New York 10016
Telephone: (212) 221-1747
Facsimile: (212) 221-1747
Email: rsr@raisnerroupinian.com
Email: jar@raisnerroupinian.com

**LANKENAU & MILLER, LLP**

Johnathan Miller (NJ Bar #: 263592019)
Stuart J. Miller (SJM 4276)
100 Church Street, 8th FL
New York, NY 10007
P: (212) 581-5005
F: (212) 581-2122
Email: stuart@lankmill.com

*Attorneys for Settlement Class Representatives and the Settlement Class*

**THE GARDNER FIRM, PC**

Mary E. Olsen (OLSEM4818)
M. Vance McCrary (MCCRM4402)
182 St. Francis Street, Suite 103
Mobile, Alabama 36602
P: (251) 433-8100
F: (251) 433-8181
Email: molsen@thegardnerfirm.com

*Attorneys for Settlement Class Representatives and the Settlement Class*

(Page 3)

Debtors: Powin, LLC, *et al.*
Case No. 25-16137 (MBK)
Caption of Order: Order Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 7023 and 9019 (I) Preliminarily Approving the Settlement, (II) Approving the Form and Manner of Notice to Class Members of the Settlement, (III) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement, and (IV) Granting Related Relief

Upon consideration of the Joint Motion[2] of the Parties for entry of an order: (i) preliminarily approving the Settlement, (ii) approving the form and manner of notice to Class Members of the Settlement, (iii) scheduling a fairness hearing to consider final approval of the Settlement, and (iv) granting related relief, all as more fully set forth in the Joint Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of New Jersey dated as of September 18, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Joint Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the preliminary relief requested in the Joint Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having determined that the legal and factual bases set forth in the Joint Motion establish just cause for the preliminary relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1. The Settlement is preliminarily approved, subject to final approval at the Fairness Hearing.

2. The Class Notice attached to the Joint Motion is hereby approved.

3. Notice to the Settlement Class Members identified in Schedule 1 attached to the Settlement by first class mail; postage prepaid, at their last known address is reasonable and the

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Joint Motion.

(Page 4)

Debtors: Powin, LLC, *et al.*

Case No.    25-16137 (MBK)

Caption of Order: Order Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 7023 and 9019 (I) Preliminarily Approving the Settlement, (II) Approving the Form and Manner of Notice to Class Members of the Settlement, (III) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement, and (IV) Granting Related Relief

best notice practicable under the circumstances and constitutes due and sufficient notice to all potential Settlement Class Members in full compliance with the notice requirements of Civil Rule 23 and such mailing shall be made by Class Counsel, or their designee, within ten (10) business days following entry of this Order.

4. Settlement Class Members who wish to opt out of the Settlement must send and file any such completed opt-out form according to the instructions set forth in the Class Notice, such that it is received by Class Counsel no later than the opt-out deadline set forth in the Class Notice, which shall be set at thirty-five (35) days from the date of mailing.

5. Settlement Class Members who wish to object to the Settlement must send and file any such completed objection, according to the instructions set forth in the Class Notice, such that it is received by the Parties and the Bankruptcy Court no later than the objection deadline set forth in the Class Notice, which shall be set at thirty-five (35) days from the date of mailing.

6. The final Fairness Hearing regarding the Settlement is scheduled to be held on _____, 2025 at ____ a.m./p.m. The final Fairness Hearing may be continued from time to time by the Court or adjourned without further notice other than the announcement of the continued date(s) or adjournment on the docket.

7. The Court shall retain jurisdiction over all matters arising pursuant to or related to the relief granted by this Order.

8. This Order is effective immediately upon entry, and the fourteen-day stay otherwise imposed by Bankruptcy Rule 6004(h) is hereby waived.