**<u>Exhibit C</u>**

(Notice of Dismissal)

| | |
|---|---|
| **RAISNER ROUPINIAN LLP** | **THE GARDNER FIRM, PC** |
| Gail C. Lin, Esquire (Bar No. 036752001)<br>Jack A. Raisner<br>René S. Roupinian<br>270 Madison Avenue, Suite 1801<br>New York, New York 10016<br>Telephone: (212) 221-1747<br>Facsimile: (212) 221-1747<br>Email: rsr@raisnerroupinian.com<br>Email: jar@raisnerroupinian.com | Mary E. Olsen (OLSEM4818)<br>M. Vance McCrary (MCCRM4402)<br>182 St. Francis Street<br>Suite 103<br>Mobile, Alabama 36602<br>P: (251) 433-8100<br>F: (251) 433-8181<br>Email:  molsen@thegardnerfirm.com |
| **LANKENAU & MILLER, LLP** | *Attorneys for Settlement Class Representatives and the Settlement Class* |
| Johnathan Miller (New Jersey Bar #: 263592019)<br>Stuart J. Miller (SJM 4276)<br>100 Church Street, 8th FL<br>New York, NY 10007<br>P: (212) 581-5005<br>F: (212) 581-2122<br>Email:  stuart@lankmill.com | |

*Attorneys for Settlement Class Representatives and the Settlement Class*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>     Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |
| BRIAN PALOMINO, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>POWIN, LLC, POWIN ENERGY OPERATING HOLDINGS, LLC, and POWIN ENERGY OPERATING, LLC,<br><br>     Defendants. | Adv. Proc. No. 25-01249 (MBK) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110].

US_ACTIVE\131755745\V-2

## NOTICE OF VOLUNTARILY DISMISSAL, WITH PREJUDICE

Brian Palomino and Luis Santiago (together, the "Settlement Class Representatives"), on behalf of themselves and the Settlement Class, hereby provide notice of the dismissal of the complaint and all claims against Debtors in the above styled adversary proceeding, with prejudice. The dismissal of these claims is made pursuant to the *Settlement and Release Agreement* (the "Settlement")[2] between the Parties, which was approved by this Court by Final Order dated _____. Dismissal of the WARN Claims as to the Debtors shall not abate or limit the effectiveness of the Settlement.

DATED: _____, 2025

/s/ _____

**RAISNER ROUPINIAN LLP**
Gail C. Lin, Esquire (Bar No. 036752001)
Jack A. Raisner
René S. Roupinian
270 Madison Avenue, Suite 1801
New York, New York 10016
Telephone: (212) 221-1747
Facsimile: (212) 221-1747
Email: rsr@raisnerroupinian.com
Email: jar@raisnerroupinian.com

**THE GARDNER FIRM, PC**
Mary E. Olsen (OLSEM4818)
M. Vance McCrary (MCCRM4402)
182 St. Francis Street
Suite 103
Mobile, Alabama 36602
P: (251) 433-8100
F: (251) 433-8181
Email: molsen@thegardnerfirm.com

**LANKENAU & MILLER, LLP**

---

[2] A copy of the Settlement is attached to the Joint Motion as Exhibit 1. Unless otherwise defined herein, capitalized terms have the meanings provided in the Settlement.

2

US_ACTIVE\131755745\V-2

Johnathan Miller (New Jersey Bar #: 263592019)
Stuart J. Miller (SJM 4276)
100 Church Street, 8th FL
New York, NY 10007
P: (212) 581-5005
F: (212) 581-2122
Email: stuart@lankmill.com

*Attorneys for Settlement Class Representatives and the Settlement Class*

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November \_\_, 2025, I caused a true and correct copy of the foregoing to be served on the parties receiving notice through the Court's ECF System.

                                    */s/*_____

4