| | |
|---|---|
| **DENTONS US LLP** | **TOGUT, SEGAL & SEGAL LLP** |
| Lauren Macksoud (admitted) | Frank A. Oswald (admitted) |
| 101 JFK Parkway | 550 Broad Street |
| Short Hills, NJ 07078 | Suite 1508 |
| Telephone: (973) 912-7100 | Newark, NJ 07102 |
| Facsimile: (973) 912-7199 | Telephone: (212) 594-5000 |
| Email: lauren.macksoud@dentons.com | Facsimile: (212) 967-4258 |
| | Email: frankoswald@teamtogut.com |
| Tania M. Moyron (admitted *pro hac vice*) | Albert Togut (admitted *pro hac vice*) |
| Van C. Durrer, II (admitted *pro hac vice*) | Eitan Blander (admitted *pro hac vice*) |
| 601 S. Figueroa Street | One Penn Plaza, Suite 3335 |
| Suite 2500 | New York, New York 10119 |
| Los Angeles, CA 90017 | Telephone: (212) 594-5000 |
| Telephone: (213) 623-9300 | Facsimile: (212) 967-4258 |
| Facsimile: (213) 623-9924 | Email: altogut@teamtogut.com |
| Email: tania.moyron@dentons.com | eblander@teamtogut.com |
| van.durrer@dentons.com | |
| John D. Beck (admitted *pro hac vice*) | |
| Sarah M. Schrag (admitted *pro hac vice*) | *Counsel for Debtors and* |
| 1221 Avenue of the Americas | *Debtors in Possession* |
| New York, NY 10020-1089 | |
| Telephone: (212) 768-6700 | |
| Facsimile: (212) 768-6800 | |
| Email: john.beck@dentons.com | |
| sarah.schrag@dentons.com | |

*Counsel for Debtors and*
*Debtors in Possession*

| | |
|---|---|
| **BROWN RUDNICK LLP** | **GENOVA BURNS LLC** |
| Robert J. Stark, Esq. | Daniel M. Stolz (admitted) |
| Kenneth J. Aulet, Esq. | Donald W. Clarke (admitted) |
| Bennett S. Silverberg, Esq. | 110 Allen Road, Suite 304 |
| Jeffrey L. Jonas, Esq. | Basking Ridge, NJ 07920 |
| Seven Times Square | Telephone: (973) 533-0777 |
| New York, NY 10036 | Facsimile: (973) 814-4045 |
| Telephone: (212) 209-4924 | Email: dstolz@genovaburns.com |
| Facsimile: (212) 938-2924 | dclarke@genovaburns.com |
| Email: rstark@brownrudnick.com | |
| kaulet@brownrudnick.com | |
| bsilverberg@brownrudnick.com | |
| jjonas@brownrudnick.com | |

*Counsel for the Official Committee of Unsecured Creditors*    *Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING OF AMENDED EXHIBIT TO AMENDED PLAN SUPPLEMENT**

**PLEASE TAKE NOTICE** that Powin, LLC and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases hereby file a revised version of the Initial Trust Budget, attached hereto as **Exhibit "A"**, which incorporates changes to the Initial Trust Budget filed as Exhibit "F" to the Amended Plan Supplement [Docket No. 1038, Exhibit "F".]  The changes to the prior Initial Trust Budget are reflected in the column titled "Variance."

**PLEASE TAKE FURTHER NOTICE** that if you should have any questions about the Amended Plan Supplement, the Solicitation Package or if you would like to obtain paper copies or additional copies of the Plan, the Amended Plan Supplement or any other solicitation materials, please contact the Debtors' voting agent, Verita Global (the "Voting Agent") by: (a) visiting the Debtors' case website at: https://www.veritaglobal.net/powin (where you can obtain electronic copies of all documents filed with the Bankruptcy Court for free); (b) writing to the Voting Agent at Powin Ballot Processing c/o KCC d/b/a Verita Global, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245; (c) calling the Voting Agent at (866) 507-8031 (U.S./Canada) or (781) 575-2122 (International); (d) emailing powininfo@veritaglobal.com (with "In re Powin, LLC – Solicitation Inquiry" in the subject line); or (e) submitting an inquiry to the Voting Agent at: https://www.veritaglobal.net/powin/inquiry.  You may also obtain copies of any pleadings filed with the Court by visiting the Bankruptcy Court's website at https://njb.uscourts.gov/ (in accordance with the procedures and fees set forth therein).

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [15241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110].  The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

Dated: November 23, 2025

**DENTONS US LLP,**

*/s/ Lauren Macksoud*
Lauren Macksoud (admitted)
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912-7100
Facsimile: (973) 912-7199
Email: lauren.macksoud@dentons.com

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
         van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the America
New York, NY 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
         sarah.schrag@dentons.com

- and -

TOGUT, SEGAL & SEGAL
Frank A. Oswald
550 Broad Street
Suite 1507
Newark, NJ 07102
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, NY 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: altogut@teamtogut.com
         eblander@teamtogut.com

*Counsel for Debtors and Debtors-in-Possession*

# Exhibit A

**(Revised Initial Trust Budget)**

# Chapter 11 Liquidating Trust Budget



## 8-Quarter Budget through 2027 [1]

| (Amounts in $'000s) Quarter | 2026 Q1 [2] | Q2 | Q3 | Q4 | 2027 Q1 | Q2 | Q3 | Q4 | 8 Quarter Total | 8 Quarter Filing | 8 Quarter Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Expenses** | | | | | | | | | | | |
| Contractor Payments | (57) | (43) | - | - | - | - | - | - | (99) | (85) | (14) |
| Software & IT | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (31) | (31) | - |
| Insurance | (645) | (75) | (75) | (75) | (75) | (75) | (75) | (75) | (1,170) | (600) | (570) |
| Miscellaneous | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (800) | (800) | - |
| US Trustee Fee [3] | (139) | (11) | (3) | (3) | (3) | (3) | (3) | (3) | (165) | - | (165) |
| **Operating Expenses - Total** | **(945)** | **(232)** | **(182)** | **(181)** | **(181)** | **(181)** | **(181)** | **(181)** | **(2,265)** | **(1,516)** | **(749)** |
| **Professional Fees** | | | | | | | | | | | |
| Chapter 11 Liquidating Trustee Fee | (185) | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (1,235) | (1,200) | (35) |
| Counsel Fees | (277) | (225) | (225) | (225) | (225) | (225) | (225) | (225) | (1,852) | (1,800) | (52) |
| Other Professionals | (185) | (150) | (75) | (75) | (75) | (75) | (75) | (75) | (785) | (750) | (35) |
| **Professional Fees - Total** | **(646)** | **(525)** | **(450)** | **(450)** | **(450)** | **(450)** | **(450)** | **(450)** | **(3,871)** | **(3,750)** | **(121)** |
| **Total Expenses** | **(1,591)** | **(757)** | **(632)** | **(631)** | **(631)** | **(631)** | **(631)** | **(631)** | **(6,136)** | **(5,266)** | **(870)** |

[1] The figures presented in this budget are preliminary estimates provided for planning purposes only. Final amounts may vary based on updated information or subsequent revisions.

[2] The stub period from effective date 12/5/25 to year-end 12/31/25 is included in the Q1 budget.

[3] US Trustee fee for Q4 2025 assumes that all effective date reserves are paid in Q4.