# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

Order Filed on November 24, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Powin, LLC, *et al.*,[1]

Debtors.

Chapter 11

Case No. 25-16137 (MBK)

(Jointly Administered)

### ORDER SHORTENING TIME PERIOD FOR NOTICE AND SETTING HEARING

The relief set forth on the following pages, numbered one (1) through four (4), is **ORDERED.**

**DATED: November 24, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; ... China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9715]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. Powin, LLC has formally changed its name to BESS RemainCo, LLC. The Debtors intend to file a motion seeking to amend the case caption in these proceedings to reflect such name change.

US_ACTIVE\131682243\V-1

(page 2)
Debtors:          Powin, LLC, et al.
Case No.          25-16137 (MBK)
Caption of Order: Order Shortening Time Period for Notice and Setting Hearing

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| | |
|---|---|
| **DENTONS US LLP** | **TOGUT, SEGAL & SEGAL LLP** |
| Tania M. Moyron (admitted *pro hac vice*) | Frank A. Oswald (admitted) |
| Van C. Durrer, II (admitted *pro hac vice*) | 550 Broad Street |
| 601 S. Figueroa Street #2500 | Suite 1508 |
| Los Angeles, CA 90017 | Newark, NJ 07102 |
| Telephone: (213) 623-9300 | Telephone: (212) 594-5000 |
| Facsimile: (213) 623-9924 | Facsimile: (212) 967-4258 |
| Email: tania.moyron@dentons.com | Email: frankoswald@teamtogut.com |
| van.durrer@dentons.com | |
| | Albert Togut (admitted *pro hac vice*) |
| John D. Beck (admitted *pro hac vice*) | Eitan Blander (admitted *pro hac vice*) |
| Sarah M. Schrag (admitted *pro hac vice*) | One Penn Plaza, Suite 3335 |
| 1221 Avenue of the Americas | New York, New York 10119 |
| New York, NY 10020-1089 | Telephone: (212) 594-5000 |
| Telephone: (212) 768-6700 | Facsimile: (212) 967-4258 |
| Facsimile: (212) 768-6800 | Email: altogut@teamtogut.com |
| Email: john.beck@dentons.com | eblander@teamtogut.com |
| sarah.schrag@dentons.com | |
| | *Counsel for Debtors and* |
| *Counsel for Debtors and* | *Debtors in Possession* |
| *Debtors in Possession* | |

Upon review of the *Debtors' Application for Entry of an Order Shortening Time for Hearing on Joint Motion Pursuant to 11 U.S.C. § and Fed. R. Bankr. P. 7023 and 9019 to (I) Approve the Settlement Pursuant to Fed. R. Bankr. P. 9019, (II) Preliminarily Approve the Settlement Pursuant to Fed. R. Bankr. P. 7023, (III) Approve the Form and Manner of Notice to the Settlement Class Members of the Settlement, (IV) Schedule a Fairness Hearing to Consider Final Approval of the Settlement, (V) Finally Approve the Settlement Pursuant to Fed. R. Bankr. P. 7023 After the Fairness Hearing, and (VI) Grant Related Relief* (the "Application"), of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order (this "Order") requesting that the time period for notice of the *Joint Motion Pursuant to 11*

(page 3)

| | |
|---|---|
| Debtors: | Powin, LLC, et al. |
| Case No. | 25-16137 (MBK) |
| Caption of Order: | Order Shortening Time Period for Notice and Setting Hearing |

*U.S.C. § and Fed. R. Bankr. P. 7023 and 9019 to (I) Approve the Settlement Pursuant to Fed. R. Bankr. P. 9019, (II) Preliminarily Approve the Settlement Pursuant to Fed. R. Bankr. P. 7023, (III) Approve the Form and Manner of Notice to the Settlement Class Members of the Settlement, (IV) Schedule a Fairness Hearing to Consider Final Approval of the Settlement, (V) Finally Approve the Settlement Pursuant to Fed. R. Bankr. P. 7023 After the Fairness Hearing, and (VI) Grant Related Relief* (the "WARN Settlement Motion"), be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1),

**IT IS HEREBY ORDERED THAT:**

1. A hearing will be conducted on the WARN Settlement Motion on November 25, 2025 at __11:30 am__, before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Courtroom 8, Trenton, NJ 08608.

2. The Debtors must serve a copy of this Order, and all related documents to all parties in interests by either regular mail or email, as applicable.

3. Service must be made the date of this Order.

4. Notice by telephone is not required.

5. Any objections to the WARN Settlement Motion may be presented orally at the hearing.

(page 4)
| | |
|---|---|
| Debtors: | Powin, LLC, et al. |
| Case No. | 25-16137 (MBK) |
| Caption of Order: | Order Shortening Time Period for Notice and Setting Hearing |

6. Information to participate in the hearing via zoom can be found at https://www.njb.uscourts.gov/powin.