# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

Order Filed on November 24, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER SHORTENING TIME PERIOD FOR NOTICE AND SETTING HEARING

The relief set forth on the following pages, numbered one (1) through six (6), is **ORDERED.**

**DATED: November 24, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [9470]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; (xii) Powin Canada B.C. Ltd. [2239], and (xiii) Powin EKS SellCo, LLC [9110]. Powin, LLC has formally changed its name to BESS RemainCo, LLC.

(page 2)
Debtors:         Powin, LLC, et al.
Case No.         25-16137 (MBK)
Caption of Order: Order Shortening Time Period for Notice and Setting Hearing

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| **DENTONS US LLP** | **TOGUT, SEGAL & SEGAL LLP** |
|---|---|
| Tania M. Moyron (admitted *pro hac vice*)<br>Van C. Durrer, II (admitted *pro hac vice*)<br>601 S. Figueroa Street #2500<br>Los Angeles, CA 90017<br>Telephone:  (213) 623-9300<br>Facsimile:  (213) 623-9924<br>Email:  tania.moyron@dentons.com<br>         van.durrer@dentons.com<br><br>John D. Beck (admitted *pro hac vice*)<br>Sarah M. Schrag (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>Telephone:  (212) 768-6700<br>Facsimile:  (212) 768-6800<br>Email:  john.beck@dentons.com<br>         sarah.schrag@dentons.com<br><br>*Counsel for Debtors and Debtors in Possession* | Frank A. Oswald (admitted)<br>550 Broad Street<br>Suite 1508<br>Newark, NJ 07102<br>Telephone:  (212) 594-5000<br>Facsimile:  (212) 967-4258<br>Email:  frankoswald@teamtogut.com<br><br>Albert Togut (admitted *pro hac vice*)<br>Eitan Blander (admitted *pro hac vice*)<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>Telephone:  (212) 594-5000<br>Facsimile:  (212) 967-4258<br>Email:  altogut@teamtogut.com<br>         eblander@teamtogut.com<br><br>*Counsel for Debtors and Debtors in Possession* |
| **BROWN RUDNICK LLP** | **GENOVA BURNS LLC** |
| Robert J. Stark, Esq.<br>Kenneth J. Aulet, Esq.<br>Bennett S. Silverberg, Esq.<br>Jeffrey L. Jonas, Esq.<br>Seven Times Square<br>New York, NY 10036<br>Telephone:  (212) 209-4924<br>Facsimile:  (212) 938-2924<br>Email:  rstark@brownrudnick.com<br>         kaulet@brownrudnick.com<br>         bsilverberg@brownrudnick.com<br>         jjonas@brownrudnick.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* | Daniel M. Stolz (admitted)<br>Donald W. Clarke (admitted)<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Telephone:  (973) 533-0777<br>Facsimile:  (973) 814-4045<br>Email:  dstolz@genovaburns.com<br>         dclark@genovaburns.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* |

(page 3)
Debtors:           Powin, LLC, et al.
Case No.           25-16137 (MBK)
Caption of Order:  Order Shortening Time Period for Notice and Setting Hearing

---

Upon review of the *Plan Proponents' Application for Entry of an Order Shortening Time for Hearing on Emergency Motion of the Debtors and the Committee for Entry of an Order Disallowing and Expunging the Administrative Claim filed by FlexGen or, in the Alternative, Estimating that Claim at $0 for All Purposes* (the "Application"), of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") and the Committee of Unsecured Creditors (the "Committee" and together with the Debtors, the "Plan Proponents") for entry of an order (this "Order") requesting that the time period for notice of the *Emergency Motion of the Debtors and the Committee for Entry of an Order Disallowing and Expunging the Administrative Claim filed by FlexGen or, in the Alternative, Estimating that Claim at $0 for All Purposes* (the "Motion"), be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1),

**IT IS HEREBY ORDERED THAT:**

1. A hearing will be conducted on the Motion on November 25, 2025 at 11:30 a.m. (ET) before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Courtroom 8, Trenton, NJ 08608.

2. The Debtors must serve a copy of this Order, and all related documents to all parties in interests by either regular mail or email, as applicable.

3. Service must be made the date of this Order.

4. Notice by telephone is not required.

5. Any objections to the Motion may be presented orally at the hearing.

(page 4)
Debtors:            Powin, LLC, et al.
Case No.            25-16137 (MBK)
Caption of Order:   Order Shortening Time Period for Notice and Setting Hearing

6. Information to participate in the hearing via zoom can be found at https://www.njb.uscourts.gov/powin.