UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**VINSON & ELKINS LLP**

Steven M. Abramowitz (No. 043641990)
David S. Meyer (admitted *pro hac vice*)
Lauren R. Kanzer (admitted *pro hac vice*)
The Grace Building
1114 Avenue of the Americas, 32nd Floor
New York, New York 10036-7708
Tel: (212) 237-0000
Fax: (212) 237-0100
Email: sabramowitz@velaw.com
         dmeyer@velaw.com
         lkanzer@velaw.com

-and-

William L. Wallander (admitted *pro hac vice*)
Matthew D. Struble (admitted *pro hac vice*)
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Tel: (214) 220-7700
Fax: (214) 220-7716
Email: bwallander@velaw.com
         mstruble@velaw.com

*Counsel for Ad Hoc Group of Customers of Powin, LLC*

| | |
|---|---|
| In re: | Case No. 25 – 16137 (MBK) |
| Powin, LLC, *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin, LLC [0504], (ii) PEOS Holdings, LLC [5476], (iii) Powin Project LLC [1583], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

4931-0625-7523

# NOTICE OF WITHDRAWAL
## OF PARTICIPATION OF LONE STAR SOLAR, LLC IN DOCKET NOS. 296 AND 297

**PLEASE TAKE NOTICE** that Lone Star Solar, LLC hereby withdraws its participation in (A) the *Emergency Motion of Ad Hoc Customer Group for Entry of an Order (I) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code, and (II) Granting Related Relief* [Docket No. 297] (the "**Adequate Protection Motion**") and (B) the *Limited Objection and Reservation of Rights of Ad Hoc Customer Group to Omnibus Motion of the Debtors for Entry of an Order (I) Authorizing the Rejection of Legacy Customer Contracts and (II) Granting Related Relief* [Docket No. 296] (the "**Rejection Objection**"), but only with respect to the claims and remedies related to section 365(n) of the Bankruptcy Code or any other claims or remedies that may be asserted (directly or indirectly) against FlexGen Power Systems, LLC.

**PLEASE TAKE FURTHER NOTICE THAT**, for the avoidance of doubt, Idaho Power Company continues its participation in the Adequate Protection Motion and the Rejection Objection at this time, and Lone Star Solar, LLC continues its participation in the Adequate Protection Motion and the Rejection Objection with respect to the claims and remedies not related to section 365(n) of the Bankruptcy Code or and that may not be asserted (directly or indirectly) against FlexGen Power Systems, LLC.

4931-0625-7523

Dated: November 24, 2025
New York, NY

*/s/ Steven M. Abramowitz*
**VINSON & ELKINS LLP**
Steven M. Abramowitz (NJ Bar No. 043641990)
David S. Meyer (admitted *pro hac vice*)
Lauren R. Kanzer (admitted *pro hac vice*)
The Grace Building
1114 Avenue of the Americas, 32nd Floor
New York, New York 10036-7708
Tel: (212) 237-0000
Fax: (212) 237-0100
Email: sabramowitz@velaw.com
          dmeyer@velaw.com
          lkanzer@velaw.com

-and-

William L. Wallander (admitted *pro hac vice*)
Matthew D. Struble (admitted *pro hac vice*)
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Tel: (214) 220-7700
Fax: (214) 220-7716
Email: bwallander@velaw.com
          mstruble@velaw.com

*Counsel for Ad Hoc Group of*
*Customers of Powin, LLC*

4931-0625-7523

## **CERTIFICATE OF SERVICE**

      I certify that on November 24, 2025, I or another attorney of my firm caused a true and correct copy of the foregoing document to be: (i) served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of New Jersey on those parties registered to receive electronic notices, and (ii) served upon (a) the Debtors, (b) the Office of the United States Trustee for the District of New Jersey, (c) counsel to the Committee, and (d) FlexGen.

                                                   */s/ Steven M. Abramowitz*
                                                   Steven M. Abramowitz

4931-0625-7523