UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**EVERSHEDS SUTHERLAND (US) LLP**

Sameer M. Alifarag (NJ No. 353692021)
sameeralifarag@eversheds-sutherland.com
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 389-5000

David A. Wender (admitted *pro hac vice*)
davidwender@eversheds-sutherland.com
999 Peachtree Street NE, Suite 2300
Atlanta, Georgia 30309
Tel: (404) 853-8175
Fax: (404) 853-8806

*Counsel to Pulse Clean Energy SPV Watt Limited*

| | |
|---|---|
| In re:<br><br>POWIN, LLC, *et al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br>(Jointly Administered)<br><br>Honorable Michael B. Kaplan<br><br>**Hearing Date: December 17, 2025, at 2:00 p.m. (ET)**<br><br>**Objection Deadline: December 10, 2025, at 4:00 p.m. (ET)** |

# NOTICE OF (I) MOTION OF PULSE CLEAN ENERGY SPV WATT LIMITED FOR RELIEF FROM THE AUTOMATIC STAY AND AUTHORIZING ACTIONS

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue, Tualatin, OR 97062.

**CONSISTENT THEREWITH AND FOR RELIEF FROM FED. R. BANKR. P. 4001(A)(4); AND (II) RELATED MOTION TO SEAL**

**PLEASE TAKE NOTICE** that on November 24, 2025, Pulse Clean Energy SPV Watt Limited ("Pulse"), by and through its undersigned counsel, Eversheds Sutherland (US) LLP, filed the (1) *Motion of Pulse Clean Energy SPV Watt Limited for Relief from the Automatic Stay and Authorizing Actions Consistent Therewith* [Docket No. 1127] (the "Stay Relief Motion") and (2) *Motion of Pulse Clean Energy SPV Watt Limited (I) to File Under Seal Exhibits B and C to Motion of Pulse Clean Energy SPV Watt Limited for Relief from the Automatic Stay and Authorizing Actions Consistent Therewith and (II) Granting Related Relief* [Docket No. 1128] (the "Motion to Seal" and, together with the Stay Relief Motion, the "Motions"), with Bankruptcy Court for the District of New Jersey (the "Court") in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motions (the "Hearing") will be held on **Wednesday, December 17, 2025, at 2:00 p.m. (Eastern Time)**, before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey 08608, Courtroom # 8.  If you do not attend the Hearing, the Court may decide that you do not oppose the relief sought in the Motions and may enter orders granting the Motions.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the relief requested in the Motions must: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court in accordance with Rule 9013-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey and served upon the undersigned counsel, Eversheds Sutherland (US) LLP, The Grace Building, 40th Floor, 1114 Avenue of the Americas, New York, New York 10036 (Attn: Sameer M. Alifarag (sameeralifarag@eversheds-sutherland.com)) and 999 Peachtree Street NE, Suite

2300, Atlanta, Georgia 30309 (Attn: David A. Wender (davidwender@eversheds-sutherland.com)), by no later than **December 10, 2025, at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no objections are filed with the Court and served upon the undersigned counsel by the Objection Deadline, the Motions may be deemed uncontested and the Court may grant the Motions without further notice or a hearing.

Dated: November 24, 2025
       New York, New York

                                    */s/ Sameer M. Alifarag*
**EVERSHEDS SUTHERLAND (US) LLP**
Sameer M. Alifarag (NJ No. 353692021)
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 389-5000
sameeralifarag@eversheds-sutherland.com

David A. Wender (admitted *pro hac vice*)
999 Peachtree Street NE, Suite 2300
Atlanta, Georgia 30309
Tel: (404) 853-8175
Fax: (404) 853-8806
davidwender@eversheds-sutherland.com

*Counsel to Pulse Clean Energy SPV Watt Limited*