|  |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |

Caption in Compliance with D.N.J. LBR 9004-1(a)

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
Jennifer R. Hoover (NJ No. 026502001)
Noelle B. Torrice (NJ No. 79132013)
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 42-7012
Email: jhoover@beneschlaw.com
ntorrice@beneschlaw.com

**UB GREENSFELDER LLP**
Stuart A. Laven, Jr. (admitted p*ro hac vice*)
1660 West 2nd Street- Suite 1100
Cleveland, Ohio 44113
Telephone: (216) 583-7116
Facsimile: (216) 583-7001
Email: salaven@ubglaw.com

*Counsel for EPC Services Company*

| | |
|---|---|
| In re: | Chapter 11 |
| POWIN, LLC, *et al.*[1] | Case No. 25-16137 (MBK) |
| Debtors. | Judge: Michael B. Kaplan |
| | (Jointly Administered) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin, LLC [0504], (ii) PEOS Holdings, LLC [5476], (iii) Powin Project LLC [1583], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

27917445

**JOINDER AND RESERVATION OF RIGHTS OF EPC SERVICES COMPANY TO OBJECTION OF CS ENERGY, LLC TO CONFIRMATION OF THE JOINT COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION OF POWIN, LLC AND AFFILIATES THEREOF AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

EPC Services Company ("EPC"), respectfully submits this joinder (the "Joinder") to the *Objection of CS Energy, LLC to Confirmation of the Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors* [D.I. 1072] (the "Objection") filed by CS Energy, LLC ("CSE"). In support of this Joinder, EPC respectfully states as follows:

## BACKGROUND

### The ESSA and IP Licenses

1. EPC is an electrical contractor on a large, industrial-scale lithium ion battery energy storage system project ("Poblano Project") owned and operated by Poblano Energy Storage, LLC ("Poblano Owner").

2. Poblano Owner and Debtor Powin, LLC ("Debtor" or "Powin") were originally parties to an Energy System Supply Agreement dated as of April 17, 2023 ("ESSA").

3. On November 3, 2023, Poblano Owner assigned the ESSA to EPC pursuant to a Consent and Assignment Agreement of the same date ("Assignment Agreement"). The Debtor consented to the Assignment Agreement.

4. The ESSA was rejected pursuant to the Rejection Order cited in the Motion.

5. Powin's design and installation work at the Poblano Project resulted in myriad defects that may be covered by one or more of Powin's CGL and Professional liability insurance policies.

6. EPC subpoenaed Powin for applicable policies pursuant to Bankruptcy Rule 2004 but Powin was substantively nonresponsive and did not produce any of the subpoenaed policies.

## JOINDER

7.  EPC hereby joins and incorporates the Objection expressly referenced herein, and all other applicable joinders, and requests such other and further relief as is requested herein.

8.  Without limiting the foregoing joinder, EPC joins in CSE's request to modify the injunction in Section 15.3 of the Plan to permit EPC to name the Debtors as nominal defendants for the limited and sole purpose of establishing liability and proceeding against applicable insurance coverage.

## RESERVATION OF RIGHTS

9.  EPC reserves its right to supplement this Joinder and make such other and further objections as it deems necessary or appropriate.

**WHEREFORE,** EPC respectfully requests that the Court enter an order (i) granting the relief requested in the Objection and modifying the Plan injunction to permit litigation against Powin's insurance policies in the manner as set forth in the Objection.

Dated: November 24, 2025             **BENESCH, FRIEDLANDER, COPLAN
                                       & ARONOFF LLP**

*/s/ Noelle B. Torrice*
Jennifer R. Hoover (NJ No. 026502001)
Noelle B. Torrice (NJ No. 079132013)
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, NJ  07601-6323
Telephone: (302) 442-7010
Facsimile: (302)442-7012
Email: jhoover@beneschlaw.com
             ntorrice@beneschlaw.com

-and-

Stuart A. Laven, Jr. (admitted p*ro hac vice*)
**UB GREENSFELDER LLP**
1660 West 2nd Street- Suite 1100
Cleveland, Ohio 44113
Telephone: (216) 583-7116
Facsimile: (216) 583-7001
Email: salaven@ubglaw.com

*Counsel to EPC Services Company*

4

## CERTIFICATE OF SERVICE

I, Noelle B. Torrice, hereby certify that the *Joinder to Objection of CS Energy, LLC to Confirmation of the Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors* was filed and served on November 24, 2025 via CM/ECF on all parties registered to receive notice in this case.

                                               */s/ Noelle B. Torrice*
                                               Noelle B. Torrice (NJ No. 079132013)