| | |
|---|---|
| **DENTONS US LLP** | **TOGUT, SEGAL & SEGAL LLP** |
| Tania M. Moyron (admitted *pro hac vice*) | Frank A. Oswald (admitted) |
| Van C. Durrer, II (admitted *pro hac vice*) | 550 Broad Street |
| 601 S. Figueroa Street #2500 | Suite 1508 |
| Los Angeles, CA 90017 | Newark, NJ 07102 |
| Telephone: (213) 623-9300 | Telephone: (212) 594-5000 |
| Facsimile: (213) 623-9924 | Facsimile: (212) 967-4258 |
| Email: tania.moyron@dentons.com | Email: frankoswald@teamtogut.com |
|        van.durrer@dentons.com | |
| | |
| John D. Beck (admitted *pro hac vice*) | Albert Togut (admitted *pro hac vice*) |
| Sarah M. Schrag (admitted *pro hac vice*) | Eitan Blander (admitted *pro hac vice*) |
| 1221 Avenue of the Americas | Christian Ribeiro (admitted *pro hac vice*) |
| New York, NY 10020-1089 | One Penn Plaza, Suite 3335 |
| Telephone: (212) 768-6700 | New York, New York 10119 |
| Facsimile: (212) 768-6800 | Telephone: (212) 594-5000 |
| Email: john.beck@dentons.com | Facsimile: (212) 967-4258 |
|        sarah.schrag@dentons.com | Email: altogut@teamtogut.com |
| | eblander@teamtogut.com |
| | cribeiro@teamtogut.com |
| *Counsel for Debtors and Debtors in Possession* | *Counsel for Debtors and Debtors in Possession* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED**
**TO BE HEARD ON NOVEMBER 25, 2025 AT 11:30 A.M. (ET)**

---

[1] The name of Debtor Powin, LLC has changed to BESS RemainCo. The Debtors intend to file a motion to amend the caption in these chapter 11 cases. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [15241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

US_ACTIVE\131757196\V-2

| | |
|---|---|
| **Date and Time**: | **November 25, 2025, at 11:30 A.M. (Prevailing Eastern Time)** |
| **Location of Hearing**: | United States Bankruptcy Court<br>District of New Jersey<br>402 East State Street<br>Trenton, NJ 08608<br>Courtroom #8 |

**PLEASE TAKE NOTICE** that the matters below are currently scheduled to be heard on November 25, 2025, at 11:30 a.m. (prevailing Eastern Time), before the Honorable Judge Michael B. Kaplan. The Hearing will be conducted **as a hybrid hearing, either in person or via Zoom for Government**. Parties wishing to present argument **must** be present in the Courtroom. Counsel who do not intend to argue but who wish to observe; or Counsel who do not intend to argue but wish to have speaking capabilities, if necessary, to preserve their rights; or Counsel with unavoidable conflicts or extenuating circumstances, may request to appear remotely by sending an email to Chambers (chambers_of_mbk@njb.uscourts.gov) indicating the name of the person appearing, their e-mail address, their affiliation, and whom they represent/interest in this case. If the request is approved, the participant will receive appropriate credentials and further instruction.

**PLEASE TAKE FURTHER NOTICE** that Telephonic information for observational purposes can be found the page on the Court's website devoted to the Powin, LLC case: https://www.njb.uscourts.gov/powin.

The matters set for hearing are divided into the following categories for the purposes of this Agenda: This Amended Agenda modifies the prior Agenda filed at ECF Docket No. 1118; and for ease the modified items are reflected in Red below.

      **I.    UNCONTESTED MATTERS**
      **II.   CONTESTED MATTERS**
      **III.  CONFIRMATION MATTERS**

**I.    UNCONTESTED MATTERS:**

1. *Debtors' Motion and Debtors' Motion for Entry of an Order (I) Estimating the Claims of New York Marine & General Insurance Company and Avalon Risk Management Insurance Agency, LLC at $0; (II) Directing the Turnover and Use of Excess Cash Collateral to be Distributed Pursuant to the Plan; (III) Approving a Procedure for Consensually Resolving Surety Claims and (IV) Related Relief* [ECF No. 1018] **("NY Marine & General Insurance Motion")**

   Response Deadline: November 18, 2025

   Responses/Replies Received: None.

   Related Documents:

   a. *Notice of Hearing* [ECF No. 1018].

    b.  *Certificate of Mailing* [ECF No. 1037].

    c.  *Supplemental Certificate of Mailing* [ECF No. 1060].

    d.  *Debtors Witness and Exhibit List for Hearing on Motion for Entry of an Order (I) Estimating the Claims of New York Marine & General Insurance Company and Avalon Risk Management Insurance Agency, LLC at $0; (II) Directing the Turnover and Use of Excess Cash Collateral to be Distributed Pursuant to the Plan; (III) Approving a Procedure for Consensually Resolving Surety Claims and (IV) Related Relief* [ECF No. 1091].

    e.  *Notice of Revised Proposed Order Granting Debtors' Motion for Entry of an Order (I) Estimating the Claims of New York Marine & General Insurance Company and Avalon Risk Management Insurance Agency, LLC at $0; (II) Directing the Turnover and Use of Excess Cash Collateral to be Distributed Pursuant to the Plan; (III) Approving a Procedure for Consensually Resolving Surety Claims and (IV) Related Relief* [ECF No. 1133].

Status:  This matter is going forward. The Debtors have filed a revised form of order.

2. *Expedited Motion of the Debtors for Entry of an Order (I) Authorizing and Approving Settlement Agreement; and (II) Granting Related Relief* [ECF No. 1065] **("ACE 9019 Motion")**.

Response Deadline:

Responses/Replies Received:

Related Documents:

    a.  *Motion to Shorten* [ECF No. 1066].

    b.  *Order Granting Application to Shorten Time* [ECF No. 1069].

    c.  *Certificate of Mailing* [ECF No. 1101].

Status:  This matter is going forward.

3. **WARN ADV. PROC. NO. 25-1249**

*Joint Motion Of Debtors And Class Representatives, Pursuant To Section 105 Of The Bankruptcy Code And Bankruptcy Rules 9019 And 7023 To: (I) Approve The Settlement Pursuant To Bankruptcy Rule 9019, (Ii) Preliminarily Approve The Settlement Pursuant To Bankruptcy Rule 7023, (Iii) Approve The Form And Manner Of Notice To Class Members Of The Settlement, (Iv) Schedule A Fairness Hearing To Consider Final Approval Of The Settlement, (V) Finally Approve The Settlement Following The Fairness Hearing, And (Vi) Grant Related Relief* [ECF No. 20] [ECF No. 1119 Lead Case].

Responses/Replies Received: None.

Related Documents:

a. *Declaration of Gerard Uzzi in Support* [ECF No. 21] and [ECF No. 1120 Lead Case].

b. *Application to Shorten Time* [ECF No. 22] and [ECF No. 1121 Lead Case].

c. *Order Granting Application to Shorten Time* [ECF No. 22] and [ECF No. 1123 Leas Case].

d. *Declaration of Ren S. Roupinan in Support* [ECF No. 24] and [ECF No. 1129 Lead Case].

e. *Declaration of Brian Palomino in Support* [ECF No. 25] and ECF No. 1130 Lead Case].

Status: This matter is going forward.

## II. CONTESTED MATTERS:

4. *Emergency Motion of Licensees for Entry of an Order (I) Compelling the Debtors to Comply with Section 365(N)(4) of the Bankruptcy Code, (II) Granting Adequate Protection Under Section 363(E) of the Bankruptcy Code, and (III) Granting Other Appropriate Relief Filed by Leah Eisenberg on behalf of DTE Electric Company, Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, Longroad Energy Partners, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC* [ECF No. 117] **("Licensees Motion")**.

Response Deadline: July 8, 2025, at 4:00 PM

Responses/Replies Received:

a. *Debtors' Objection to Application for Order Shortening Time for Notice of (A) Emergency Motion of Licensees for Entry of an Order (I) Compelling the Debtors to Comply with Section 365(n)(4) of the Bankruptcy Code, Granting Adequate Protection Under Section 363(e) of of the Bankruptcy Code, and (B) Motion for Entry of an Order Authorizing Licensees to Redact and File Under Seal Confidential Information Contained in the Energy Supply Agreements and Long Term Services Agreements In Connection with Licensees' Motion to Compel* [ECF No. 128].

b. *Joinder of Esvolta, LP to Emergency Motion of Licensees for Entry of an Order (I) Compelling the Debtors to Comply with Section 365(n)(4) of the Bankruptcy Code, (II) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code, and (III) Granting Other Appropriate Relief* [ECF No. 273].

   c.  *Joinder of EDF Power Solutions, Inc. to Emergency Motion of Licensees for Entry of an Order (I) Compelling the Debtors to Comply with Section 365(n)(4) of the Bankruptcy Code, (II) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code, and (III) Granting Other Appropriate Relief* [ECF No. 274].

   d.  *Joinder and Reservation of Rights of CS Energy, LLC Regarding the Emergency Motion of Licensees for Entry of an Order (I) Compelling the Debtors to Comply with Section 365(n)(4) of the Bankruptcy Code, (II) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code, and (III) Granting Other Appropriate Relief on Behalf of CS Energy, LLC* [ECF No. 353].

   e.  *Debtors' Omnibus (I) Objection to (A) Emergency Motion of Licensees for Entry of an Order (1) Compelling the Debtors to Comply with Section 365(n)(4) of the Bankruptcy Code, (2) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code and (B) Related Joinders and (II) Reply In Support of Omnibus Motion of the Debtors for Entry of an Order (A) Authorizing the Rejection of Legacy Customer Contracts and (B) Granting Related Relief* [ ECF No. 357].

   f.  *Response on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, Longroad Development Company, LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC* [ECF No. 382].

   g.  *Response on behalf of EPC Services Company* [ECF No. 573].

Related Documents:

   a.  *Motion to Seal* [ECF No. 118].

   b.  *Application to Shorten Time* [ECF No. 119].

   c.  *Notice of Hearing to Compel* [ECF No. 182]

   d.  *Notice of Hearing to Seal* [ECF No. 183]

   e.  *Certificate of Service* [ECF No. 213].

   f.  *Determination of Adjournment* [ECF No. 373].

   g.  *Supplemental Declaration of Dustin Wambeke in Support of Emergency Motion* [ECF No. 600].

   h.  *Declaration of Fred Ihimodu in Supplemental Support of Emergency Motion* [ECF No. 601].

   i.  *Declaration of Jeremy Law in Supplemental Support of Emergency Motion* [ECF No. 602].

    j. *Licensees' Witness and Exhibit List* [ECF No. 604].

    k. *Certificate of Service* [ECF No. 607].

    l. *Order Authorizing Licensees to Redact and File Under Seal Confidential Information Contained in the Energy Supply Agreements and Long-Term Services Agreements in Connection with Licensees Motion to Compel* [ECF No. 673].

    m. *Notice of Withdrawal of Motion by Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, Interested Party Longroad Energy Partners, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC, Interested Party DTE Electric Company) filed by Leah Eisenberg on behalf of DTE Electric Company, Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, Longroad Development Company, LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion* [ECF No. 921/922].

    Status:  The Licensees Motion has been withdrawn as to the primary movants to [ECF No. 921], but the Debtors have not received responses from all joining parties concerning the status of their joinders at the time of the filing of this Agenda.

5. *Motion for Adequate Protection Filed on behalf of Ad Hoc Customer Group* [ECF No. 297] ("**Ad Hoc Group Motion**")

    Response Deadline:  July 15, 2025

    Responses/Replies Received:

    a. *Supplemental Joinder of Honeywell International Inc.* [ECF No. 347].

    Related Documents:

    a. *Application to Shorten Time* [ECF No. 299].

    b. *Order Granting Application to Shorten Time* [ECF No. 306].

    c. *Motion for Entry of an Order Authorizing Ad Hoc Customer Group to Redact and File Under Seal Confidential Information Contained in Exhibits in Connection with Ad Hoc Customer Group's Declarations and Witness and Exhibit List* [ECF No. 339].

    d. *Application to Shorten* [ECF No. 340].

    e. *Declaration of Ann Walter in Support of Emergency Motion of Ad Hoc Customer Group* [ECF No. 343].

    f. *Order Granting Application to Shorten Time* [ECF No. 344].

    g. *Declaration of Tyler Hansen in Support of Emergency Motion of Ad Hoc Customer Group for Entry of an Order (I) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code and (II) Granting Related Relief* [ECF No. 346].

    h. *Declaration of Tim Reaves in Support of Emergency Motion of Ad Hoc Customer Group for Entry of an Order (I) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code and (II) Granting Related Relief* [ECF No. 348].

    i. *[REDACTED] Witness and Exhibit List* [ECF No. 351].

    j. *Certificate of Service* [ECF No. 352].

    k. *Determination of Adjournment* [ECF No. 388].

    l. *Order Authorizing Ad Hoc Customer Group to Redact and File Under Seal Confidential Information Contained in Exhibits in Connection with Ad Hoc Customer Groups Declarations and Witness and Exhibit List* [ECF No. 678].

    m. *Supplement to the Emergency Motion of Ad Hoc Customer Group for Entry of an Order (I) Granting Adequate Protection Under Section 363(e) of the Bankruptcy Code and (II) Granting Related Relief* [ECF No. 809].

    n. *Notice of Withdrawal of Participation of West Warwick Energy Storage 1 LLC, West Warwick Energy Storage 2 LLC, and West Warwick Energy Storage 3 LLC* [ECF No. 902].

    o. *Determination of Adjournment of Hearing* [ECF No. 983].

    p. *Ad Hoc Customer Group Witness and Exhibit List* [ECF No. 1089].

    q. *Notice of Withdrawal of Participation of Lone Star Solar, LLC in Docket Nos. 296 and 297* [ECF No. 1126].

Status: This matter is going forward. The Debtors believe that resolution of the Warranty Motion (defined *infra*) will substantially or completely resolve this motion.

6. *Motion of Ad Hoc Customer Group for Entry of an Order (I) Compelling the Debtors to Assign OEM Warranties and Guaranties and (II) Granting Related Relief* [ECF No. 956] (the "Warranty Motion").

Response Deadline: November 18, 2025.

Responses/Replies Received:

    a. *Joinder of AMP Solar US Services LLC, n/k/a PureSky US Services LLC to Motion of Ad Hoc Customer Group for Entry of an Order (I) Compelling the Debtors to Assign OEM Warranties and Guaranties and (II) Granting Related Relief* [ECF No. 980].

b. *Joinder and Reservation of Rights of EPC Services Company to Motion of Ad Hoc Customer Group for Entry of an Order (I) Compelling the Debtors to Assign OEM Warranties and Guaranties and (II) Granting Related Relief* [ECF No. 1010].

c. *Joinder and Reservation of Rights of Mitsubishi Power Americas, Inc. and Prevalon Energy LLC to Motion of Ad Hoc Customer Group for Entry of an Order (I) Compelling the Debtors to Assign OEM Warranties and Guaranties and (II) Granting Related Relief* [ECF No. 1022].

d. *Joinder of DTE Electric Company to Motion of AD Hoc Customer Group for Entry of an Order (I) Compelling the Debtors to Assign OEM Warranties and Guaranties and (II) Granting Related Relief* [ECF No. 1024].

e. *Joinder of the Leeward Parties to Motion of Ad Hoc Customer Group for Entry of an Order (I) Compelling the Debtors to Assign OEM Warranties and Guaranties and (II) Granting Related Relief* [ECF No. 1025].

f. *Joinder of the Longroad Parties to Motion of Ad Hoc Customer Group for Entry of an Order (I) Compelling the Debtors to Assign OEM Warranties and Guaranties and (II) Granting Related Relief* [ECF No. 1026].

g. *Joinder of EDF Power Solutions, Inc. to the Motion of Ad Hoc Customer Group for Entry of an Order (I) Compelling the Debtors to Assign OEM Warranties and Guaranties and (II) Granting Related Relief on behalf of EDF Power Solutions, Inc.* [ECF No. 1028].

h. *Joinder of esVolta, LP to the Motion of Ad Hoc Customer Group for Entry of an Order (I) Compelling the Debtors to Assign OEM Warranties and Guaranties and (II) Granting Related Relief on behalf of EsVolta, L.P.* [ECF No. 1029].

i. *Limited Objection to Motion to Compel Assignment on behalf of Spark Power Renewables USA Inc.* [ECF No. 1030].

j. *Joinder of Galp Parques Fotovoltaicos de Alcoutim, Lda to Motion of Ad Hoc Customer Group for Entry of an Order (I) Compelling the Debtors to Assign OEM Warranties and Guaranties and (II) Granting Related Relief* [ECF No. 1035].

k. *Debtors' Response to the Motion of Ad Hoc Customer Group for Entry of an Order (I) Compelling the Debtors to Assign OEM Warranties and Guaranties and (II) Granting Related Relief and Joinders Thereto* [ECF No. 1081].

l. *Joinder of Honeywell International Inc. to Motion of Ad Hoc Customer Group for Entry of an Order (I) Compelling the Debtors to Assign OEM Warranties and Guaranties and (II) Granting Related Relief* [ECF No. 1096].

Related Documents:

a. *Notice of Hearing* [ECF No. 965].

    b.  *Certificate of Service* [ECF No. 979].

    c.  *Certificate of Service* [ECF No. 1027].

    d.  *Notice of Adjournment/Rescheduling* [ECF No. 1047].

    e.  *Debtors' Witness and Exhibit List for Hearing on Motion of Ad Hoc Customer Group for Entry of an Order (I) Compelling the Debtors to Assign OEM Warranties and Guarantees and (II) Granting Related Relief* [ECF No. 1090].

    f.  *Ad Hoc Customer Group Witness and Exhibit List* [ECF No. 1089].

    g.  *Leeward Renewable Energy, LLC, Longroad Development Company, LLC, and DTE Electric Companys Witness List* [ECF No. 1098].

Status:  The matter is going forward.  The Debtors have sent quitclaim assignment forms to the moving and joining customers and are optimistic that they will reach resolution with the customers on resolving or substantially narrowing this matter.

### III. **CONFIRMATION HEARING:**

7.  *Order Approving (I) The Adequacy of the Disclosure Statement on Conditional Basis, (II) the Solicitation and Notice Procedures, (III) the Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect thereto* [ECF No. 939].

Response Deadline:  November 18, 2025, at 4:00 PM

Responses/Replies Received:

    a.  *United States Trustee's Objection to the Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditor* [ECF No. 1070].

    b.  *Objection of CS Energy, LLC to Confirmation of the Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditor* [ECF No. 1072].

    c.  *Objection of DTE Electric Company LLC to Confirmation of the Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditor* [ECF No. 1073].

    d.  *Limited Objection of Longroad Development Company, LLC and Leeward Renewable Energy, LLC to Confirmation of the Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditor* [ECF No. 1075].

    e.  *Reservation of Rights of Trilantic Capital Management L.P. and Greenbelt Capital Management, L.P to Confirmation of the Joint Combined Disclosure Statement and*

    *Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditor* [ECF No. 1078].

f. *Limited Objection of Applied Surety Underwriters, Siriuspoint America Insurance Company, and Pennsylvania Insurance Company to Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditor* [ECF No. 1082].

g. *RH Shipping's Reservation of Rights Regarding Plan Confirmation* [ECF No. 1094].

h. *Plan Proponents Joint (I) Memorandum of Law in Support of (A) Final Approval of the Disclosures Made in the Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and The Official Committee of Unsecured Creditors; (B) Confirmation of Chapter 11 Plan; and (II) Omnibus Reply to Objections Thereto* [ECF No. 1097].

i. *Limited Objection of Flexgen Power Systems, LLC to Chapter 11 Plan of Powin, LLC and Affiliates* [ECF No. 1100].

j. <span style="color:red">*Joinder and Reservation of Rights of EPC Services Company to Objection of CS Energy, LLC to Confirmation of the Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates thereof and the Official Committee of Unsecured Creditors*</span> [ECF No. 1134].

<u>Related Documents</u>:

a. *Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates thereof and the Official Committee of Unsecured Creditors* [ECF No. 914].

b. *Notice of Confirmation Hearing* [ECF No. 939].

c. **[Solicitation Version]** *Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates thereof and the Official Committee of Unsecured Creditors* [ECF No. 942].

d. *Notice of Filing of Solicitation Version of Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates thereof and the Official Committee of Unsecured Creditors* [ECF No. 943].

e. *Certificate of Mailing Re: Solicitation Package* [ECF No. 1003].

f. *Certifications of Publication of Notice of (I) Combined Hearing to Consider Approval of Disclosure Statement on a Final Basis and Plan Confirmation and (II) Related Voting and Objection Deadline (Published in ((i) USA Today, National Edition; (ii) The Oregonian; and (iii) The Globe and Mail Newspaper, City of Toronto, Province of Ontario)* [ECF No. 1015].

g. *Notice of Filing of Plan Supplement* [ECF No. 1036].

h. *Notice of Filing of Amended Plan Supplement* [ECF No. 1038].

i. *Notice of Filing of Amended Exhibits to Amended Plan Supplement* [ECF No. 1055].

j. *Notice of Qualified Vote in Favor of Confirming the Chapter 11 Plan and Preservation of Rights filed by Ace Engineering & Co., Ltd.* [ECF No. 1077].

k. *Certificate of Service* [ECF No. 1083].

l. *Declaration of Darlene S. Calderon with Respect to the Tabulation of Votes on the Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates thereof and the Official Committee of Unsecured Creditors* [ECF No. 1095].

m. *Declaration of Gerard Uzzi in Support of Confirmation of Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC And Affiliates Thereof and The Official Committee of Unsecured Creditors* [ECF No. 1102].

n. *Debtors Witness and Exhibit List for Confirmation Hearing for Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors* [ECF No. 1104].

o. *Official Committee of Unsecured Creditors' Witness and Exhibit List* [ECF No. 1117].

p. *Notice of Filing of Amended Exhibit to Amended Plan Supplement* [ECF No. 1122].

q. *Stipulation Between Powin, LLC and R.H. Shipping and Chartering, S. de R.L. de C.V. and RH Shipping and Chartering USA, L.L.C., re: Claim Nos. 311 and 312* [ECF No. 1132].

r. *Notice of Filing of Proposed Form of Confirmation Order* [ECF No. 1135].

s. *Notice of Filing Settlement Agreement with Applied Surety Underwriters, Siriuspoint America Insurance Company and Pennsylvania Insurance Company* [ECF No. 1137].

Status:  This matter is going forward.

8. *Emergency Motion of The Debtors and The Committee for Entry of an Order Disallowing and Expunging the Administrative Claim Filed by Flexgen or, in the Alternative, Estimating that Claim at $0 For All Purposes* [ECF No. 1103].

Response Deadline:  November 25, 2025

Related Documents:

a. *Request for Payment of Administrative Expense filed by Blake Denton on behalf of FlexGen Power Systems, LLC* [Docket No. 1062].

b. *FlexGen Power Systems, LLC's Witness and Exhibit List* [ECF No. 1092].

c. *Application to Shorten Time* [ECF No. 1124].

d. *Order Granting Application to Shorten* Time [ECF No. 1125].

e. *Notice of Filing Settlement Agreement with FlexGen Power Systems, LLC Resolving the Welldex Dispute* [ECF No. 1136].

Status: This matter is going forward. The Debtors and FlexGen have resolved their disputes by way of the Welldex Settlement and an agreement set forth in the Confirmation Order.

***[Concluded on the following page].***

| | |
|---|---|
| Dated: November 25, 2025 | **TOGUT, SEGAL & SEGAL LLP** |
| | */s/ Frank A. Oswald* |
| | Frank A. Oswald (admitted) |
| | 550 Broad Street |
| | Suite 1508 |
| | Newark, NJ 07102 |
| | Telephone: (212) 594-5000 |
| | Facsimile: (212) 967-4258 |
| | Email: frankoswald@teamtogut.com |
| | |
| | Albert Togut (admitted *pro hac vice*) |
| | Eitan Blander (admitted *pro hac vice*) |
| | Christian Ribeiro (admitted *pro hac vice*) |
| | One Penn Plaza, Suite 3335 |
| | New York, New York 10119 |
| | Telephone: (212) 594-5000 |
| | Facsimile: (212) 967-4258 |
| | Email: altogut@teamtogut.com |
| | eblander@teamtogut.com |
| | cribeiro@teamtogut.com |
| | |
| | - and - |
| | |
| | **DENTONS US LLP** |
| | Tania M. Moyron (admitted *pro hac vice*) |
| | Van C. Durrer, II (admitted *pro hac vice*) |
| | 601 S. Figueroa Street #2500 |
| | Los Angeles, CA 90017 |
| | Telephone: (213) 623-9300 |
| | Facsimile: (213) 623-9924 |
| | Email: tania.moyron@dentons.com |
| | van.durrer@dentons.com |
| | |
| | John D. Beck (admitted *pro hac vice*) |
| | Sarah M. Schrag (admitted *pro hac vice*) |
| | 1221 Avenue of the Americas |
| | New York, NY 10020-1089 |
| | Telephone: (212) 768-6700 |
| | Facsimile: (212) 768-6800 |
| | Email: john.beck@dentons.com |
| | sarah.schrag@dentons.com |
| | |
| | *Counsel for Debtors and Debtors in Possession* |