## **Exhibit B**

First-Class Mailing List

| Party Name | Party Notice Name | Address | Email | Description |
|---|---|---|---|---|
| Dentons US LLP | John D. Beck, Sarah M. Schrag | 1221 Avenue of the Americas New York, NY 10020-1089 | john.beck@dentons.com sarah.schrag@dentons.com | Counsel for the Debtors and Debtors in Possession |
| Dentons US LLP | Tania M. Moyron, Van C. Durrer | 601 S. Figueroa Street #2500 Los Angeles, CA 90017 | tania.moyron@dentons.com van.durrer@dentons.com | Counsel for the Debtors and Debtors in Possession |
| Togut, Segal & Segal LLP | Albert Togut, Eitan Blander | One Penn Plaza, Suite 3335 New York, NY 10119 | altogut@teamtogut.com eblander@teamtogut.com | Counsel for the Debtors and Debtors in Possession |
| Togut, Segal & Segal LLP | Frank A. Oswald | 550 Broad Street, Suite 1508 Newark, NJ 07102 | frankoswald@teamtogut.com | Counsel for the Debtors and Debtors in Possession |
| Brown Rudnick LLP | Bennett S Silverberg, Kenneth J Aulet, Eric R. Goodman | 7 Times Square New York, NY 10036 | KAulet@brownrudnick.com BSilverberg@brownrudnick.com EGoodman@brownrudnick.com | Counsel to Official Committee of Unsecured Creditors |
| Brown Rudnick LLP | Robert Stark | 7 Times Square New York, NY 10036 | rstark@brownrudnick.com | Counsel to Official Committee of Unsecured Creditors |
| Genova Burns LLC | Daniel Stolz | 110 Allen Road, Suite 304 Basking Ridge, NJ 07920 | dstolz@genovaburns.com | Counsel to Official Committee of Unsecured Creditors |
| Genova Burns LLC | Donald Clarke, Jaclynn N. McDonnell, Susan A. Long | 494 Broad St Newark NJ, 07102 | DClarke@genovaburns.com jmcdonnell@genovaburns.com slong@genovaburns.com | Counsel to Official Committee of Unsecured Creditors |
| Office of the United States Trustee for the District of New Jersey | Jeffery M. Sponder, Lauren Bielskie | One Newark Center, Suite 2100 Newark, NJ 07102 | Lauren.Bielskie@usdoj.gov jeffrey.m.sponder@usdoj.gov | U.S. Trustee for the District of New Jersey |
| HSBC BANK USA, NATIONAL ASSOCIATION | Kevin Glatting | 452 Fifth Avenue New York, NY 10018 Attn: Issuer Services | ctlanydealmanagement@us.hsbc.com | Escrow Agent |