**EXHIBIT B**
ITEMIZED EXPENSE RECORDS
FOR THE PERIOD OF JULY 1, 2025 THROUGH SEPTEMBER 30, 2025

*Exhibit B*

*Powin, LLC, et al.*
*Expense Detail by Category*
*July 1, 2025 through September 30, 2025*

| Category / Professional | Date | Expenses ($) | Description |
|---|---|---|---|
| **Expenses** | | | |
| Newman, Rich | 7/12/2025 | $ 13.11 | Wireless usage charges |
| Gonzalez, Andrea | 8/10/2025 | 26.81 | Wireless usage charges |
| Newman, Rich | 8/10/2025 | 19.08 | Wireless usage charges |
| Waschitz, Seth | 9/1/2025 | 39.66 | Printing usage charges |
| Baker, Kevin | 9/1/2025 | 330.00 | Hard Drives - ePlus 1210 |
| Baker, Kevin | 9/1/2025 | 250.00 | Hard Drives - Amazon DH39 |
| Gonzalez, Andrea | 9/1/2025 | 10.11 | Wireless usage charges |
| Newman, Rich | 9/12/2025 | 15.21 | Wireless usage charges |
| **Grand Total** | | **$ 703.98** | |