**EXHIBIT C**
CERTIFICATION OF RICHARD NEWMAN

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Kenneth J. Aulet, Esq.
Ben Silverberg, Esq.
Jeffrey L. Jonas
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4924
Fax: (212) 938-2924
Email: rstark@brownrudnick.com
       kaulet@brownrudnick.com
       bsilverberg@brownrudnick.com
       jjonas@brownrudnick.com
*Counsel for the Official Committee of Unsecured Creditors*
-and-
**GENOVA BURNS LLC**
Daniel M. Stolz, Esq.
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 533-0777
Fax: (973) 814-4045
Email: dstolz@genovaburns.com
*Local Counsel for the Official Committee of Unsecured Creditors*

| | |
|---|---|
| In re: | Chapter 11 |
| POWIN, LLC, *et al.*[1], | Case No: 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062

**CERTIFICATION OF RICHARD NEWMAN**

I, Richard Newman, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a Managing Director with Alvarez and Marsal North America, LLC ("A&M"), financial advisor to the Official Committee of Unsecured Creditors in the Chapter 11 proceedings of Powin, LLC, *et al.*, and respectfully submit this certification in support of the first interim application for compensation and reimbursement of expenses of A&M, during the period of July 1, 2025 through September 30, 2025.

2. In accordance with 18 U.SC. § 155 and the Rules of this Court, neither I nor any member or associate of this firm has entered into any agreement, either written or oral, express or implied, with the Official Committee of Unsecured Creditors or any other party in interest, or any attorney of such person, for the purpose of fixing the amount of any fees or other compensation to be allowed out of or paid from the assets of the Debtors or its estate.

3. In accordance with Section 504 of the Bankruptcy Code, no agreement or understanding exists between me, this firm, or any member or associate thereof, on the one hand, and any other person, on the other hand, for a division of such compensation as this firm may receive from the Court herein. No division of fees, as prohibited by Section 504 of the Bankruptcy Code, will be made by me or any member or associate of this firm.

I certify, under penalty of perjury, that the foregoing statements made by me are true and correct, to the best of my knowledge, information, and belief.

Dated: November 19, 2025

**ALVAREZ & MARSAL NORTH AMERICA, LLC**

By: */s/ Richard Newman*
Richard Newman
540 W. Madison, Suite 1800
Chicago, IL 60661
Telephone: 469.231.6720
rnewman@alvarezandmarsal.com

*Financial Advisor to the Official Committee of Unsecured Creditors*