**EXHIBIT D**
PROPOSED ORDER

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **GENOVA BURNS LLC** <br> Daniel M. Stolz, Esq. <br> Donald W. Clarke, Esq. <br> Susan A. Long, Esq. <br> Jaclynn N. McDonnell, Esq. <br> dstolz@genovaburns.com <br> dclarke@genovaburns.com <br> slong@genovaburns.com <br> jmcdonnell@genovaburns.com <br> 110 Allen Road, Suite 304 <br> Basking Ridge, NJ 07920 <br> Tel: (973) 533-0777 <br> Fax: (973) 814-4045 <br> <br> *Local Counsel for the Official Committee of Unsecured Creditors* | **BROWN RUDNICK LLP** <br> Robert J. Stark, Esq. <br> Kenneth J. Aulet, Esq. <br> Bennett S. Silverberg, Esq. <br> Jeffrey L. Jonas, Esq. <br> rstark@brownrudnick.com <br> kaulet@brownrudnick.com <br> bsilverberg@brownrudnick.com <br> jjonas@brownrudnick.com <br> Seven Times Square <br> New York, NY 10036 <br> Tel: (212) 209-4800 <br> Fax: (212) 209-4801 <br> <br> *Counsel for the Official Committee of Unsecured Creditors* |
| In re: <br> <br> POWIN, LLC, *et al.*,[1] <br> <br> Debtor. | Chapter 11 <br> <br> Case No.: 25-16137 (MBK) <br> (Jointly Administered) <br> <br> Honorable Michael B. Kaplan |

### ORDER GRANTING THE FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES OF ALVAREZ AND MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF JULY 1, 2025 THROUGH AND <u>INCLUDING SEPTEMBER 30, 2025</u>

The relief requested on the following pages is hereby GRANTED.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue, Tualatin, OR 97062.

Upon consideration of the *First Interim Application for Allowance of Fees and Reimbursement of Expenses of Alvarez and Marsal North America, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors for Services Rendered and Reimbursement of Expenses Incurred for the Period of July 1, 2025 Through and Including September 30, 2025* (the "Application")[2]; and this Court having previously authorized the retention and employment of Alvarez and Marsal North America, LLC to serve as Financial Advisor to the Committee in the above-captioned Chapter 11 Cases;[3] and it appearing that all of the requirements of sections 327, 328, 330, and 331 of the Bankruptcy Code, as well as Rule 2016 of the Bankruptcy Rules and the Local Rules of this Court have been satisfied; and it further appearing that the fees and expenses incurred were reasonable and necessary; and proper and adequate notice of the Application has been given and that no other or further notice is necessary; and no objections or other responses having been filed with regard to the Application,

**IT IS HEREBY ORDERED THAT:**

1. The Application is hereby approved.

2. Alvarez and Marsal North America, LLC is hereby granted allowance of compensation for professional services provided in the amount of $2,282,843.00 and reimbursement of actual and necessary expenses in the amount of $703.98.

3. The Debtors are hereby authorized and directed to remit to Alvarez and Marsal North America, LLC the full amount of the fees and expenses set forth in paragraph 2 of this Order less any and all amounts previously paid on account of such fees and expenses.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

[3] *See Revised Order Authorizing Retention of Alvarez and Marsal North America, LLC for the Official Committee of Unsecured Creditors of Powin, Inc., et al* [Docket No. 750].

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.