**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

## FEE APPLICATION COVER SHEET FOR THE PERIOD
## OCTOBER 1, 2025 THROUGH OCTOBER 31, 2025

| | | | |
|---|---|---|---|
| Debtor: | Powin LLC, *et al.*[1] | Applicant: | Brown Rudnick LLP |
| Case No.: | 25-16137 (MBK) | Client: | Official Committee of Unsecured Creditors |
| Chapter: | 11 | Case Filed: | June 9, 2025 |

## SECTION I
## FEE SUMMARY

☒ Monthly Fee Application No. _4_ or ☐ Interim Fee Application No.___ or ☐ Final Fee Application

Summary of Amounts Requested for the Period from October 1, 2025, through October 31, 2025:

| | |
|---|---|
| Total Fees: | $231,286.50[2] [3] |
| Total Disbursements: | $3,159.90[4] |
| Minus 20% holdback of Fees: | $46,257.30 |
| **Total Amount Sought To Be Paid at this Time:** | **$188,189.10** |

| NAME OF PROFESSIONAL | TITLE & YEAR ADMITTED (Applicable to Attorneys) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  Robert J. Stark | Partner 1995 | 6.0 | $2,450 | $14,700.00 |
| 2.  Bennett S. Silverberg | Partner 2001 | 12.7 | $1,980 | $25,146.00 |
| 3.  Steven A. Tyrrell | Partner 1984 | 15.2 | $1,905 | $28,956.00 |
| 4.  Kenneth J. Aulet | Partner 2012 | 22.1 | $1,725 | $38,122.50 |
| 5.  Nicole M. Bouchard | Partner 2009 | 12.3 | $1,500 | $18,450.00 |

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

[2]    Detail concerning Brown Rudnick's requested fees for this period are set forth in Exhibit A attached hereto.

[3]    During the period from October 1, 2025 through October 31, 2025, Brown Rudnick reduced its requested fees by $9,437.50.  The deduction pertains to, among other things, voluntary reductions for transient timekeepers and certain other fee application preparation time that is non-compensable under the guidelines promulgated by the Office of the United States Trustee.

[4]    Detail concerning the costs that Brown Rudnick incurred for this period are set forth in Exhibit B attached hereto.

| NAME OF PROFESSIONAL | TITLE & YEAR ADMITTED (Applicable to Attorneys) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 6.   Kevin A. Brown | Partner 2008 | 8.1 | $1,500 | $12,150.00 |
| 7.   Daniel L. Sachs | Counsel 2013 | 16.0 | $1,285 | $20,560.00 |
| 8.   Nancy H. Turner | Associate 2016 | 14.4 | $1,000 | $14,400.00 |
| 9.   Matthew A. Sawyer | Associate 2019 | 24.3 | $985 | $23,935.50 |
| 10.  Isabelle R. Jacobs | Associate 2020 | 17.3 | $965 | $16,694.50 |
| 11.  Caroline Henschel | Associate 2024 | 17.8 | $740 | $13,172.00 |
| 12.  Jack Collins | Paralegal | 12.5 | $400 | $5,000.00 |
| **TOTALS** | | **178.7** | | **$231,286.50** |

Fee Totals:                                $231,286.50

Disbursements Totals:                  $3,159.90

Total Fee Application              $234,446.40

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) **Case Administration**<br>Coordination and compliance activities; general administration. | 6.5 | $2,600.00 |
| b) **Meetings and Communications with UCC**<br>Preparing for and conducting meetings with the creditors' committee. | 23.5 | $34,726.50 |
| c) **Fee/Employment Applications**<br>Preparations of employment and fee applications for Brown Rudnick. | 6.9 | $3,286.50 |
| d) **Plan and Disclosure Statement**<br>Work relating to the drafting and analysis of a plan and disclosure statement. | 72.2 | $100,474.00 |
| e) **Committee Investigation (Non-Lenders)**<br>Investigation and analysis of prepetition transactions and activities of the Debtor and related entities and third-parties. | 56.0 | $67,159.50 |
| f) **Claims Administration and Objections**<br>Specific claim inquiries; bar application. | 4.1 | $8,118.00 |
| g) **Hearings**<br>Preparation for and attendance at hearings. | .8 | $1,584.00 |
| h) **Employee Matters**<br>Analysis of issues including severance, retention, 401K coverage and continuance of pension plan. | 8.7 | $13,338.00 |
| **SERVICE TOTALS:** | **178.7** | **$231,286.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. Westlaw and LEXIS at vendor cost. | $2,992.76 |
| c) **PACER**<br>PACER system fees. | $94.80 |
| d) **In-house Reproduction Services**<br>Exclusive of overhead charges. | $48.00 |
| g) **Meals**<br>Meals while traveling. | $24.34 |
| **DISBURSEMENTS TOTAL:** | **$3,159.90** |

I certify under penalty of perjury that the above is true.

Date: November 26, 2025                          _/s/  Bennett S. Silverberg___

BROWN RUDNICK LLP ("Brown Rudnick") submits this Fourth Monthly Fee Statement of Brown Rudnick LLP for the allowance of compensation for services rendered and reimbursement of expenses incurred as counsel for the Official Committee of Unsecured Creditors for the period October 1, 2025 through October 31, 2025, pursuant to the *Administrative Fee Order Establishing Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of This Court* entered on July 25, 2025 [Docket No. 519] (the "Interim Compensation Order").

WHEREFORE, Brown Rudnick respectfully requests payment of fees of $185,029.20 and expenses of $3,159.90 pursuant to this Fourth Monthly Fee Statement, for a total requested payment of $188,189.10, in accordance with the terms of the Interim Compensation Order.

Dated: November 26, 2025

**BROWN RUDNICK LLP**
*Counsel to Official Committee of Unsecured Creditors*

By: /s/ Bennett S. Silverberg
    BENNETT S. SILVERBERG

**<u>Exhibit A</u>**
(<u>Brown Rudnick's Fees</u>)

# brown**rudnick**

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
20550 SW 115TH AVENUE
TUALATIN, OR 97062

| | |
|---|---|
| Invoice | 7005267 |
| Date | Nov 18, 2025 |
| Client | 041594 |

RE: POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through October 31, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 041594.0002 | CASE ADMINISTRATION | 2,600.00 | 0.00 | 2,600.00 |
| 041594.0003 | MEETINGS AND COMMUNICATIONS WITH UCC | 34,726.50 | 0.00 | 34,726.50 |
| 041594.0004 | EMPLOYMENT AND FEE APPLICATIONS | 3,286.50 | 0.00 | 3,286.50 |
| 041594.0006 | PLAN AND DISCLOSURE STATEMENT | 100,474.00 | 0.00 | 100,474.00 |
| 041594.0011 | COMMITTEE INVESTIGATION (NON-LENDERS) | 67,159.50 | 0.00 | 67,159.50 |
| 041594.0012 | CLAIMS ADMINISTRATION AND OBJECTIONS | 8,118.00 | 0.00 | 8,118.00 |
| 041594.0014 | HEARINGS | 1,584.00 | 0.00 | 1,584.00 |
| 041594.0022 | EMPLOYEE MATTERS | 13,338.00 | 0.00 | 13,338.00 |
| | **Total** | **231,286.50** | **0.00** | **231,286.50** |

| | |
|---|---:|
| Total Current Fees | $231,286.50 |
| 20% Holdback Amount | (46,257.30) |
| 80% CURRENT BALANCE DUE | $185,029.20 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$185,029.20** |

**brown**rudnick

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
20550 SW 115TH AVENUE
TUALATIN, OR 97062

| | |
|---|---|
| Invoice | 7005267 |
| Date | Nov 18, 2025 |
| Client | 041594 |

RE: CASE ADMINISTRATION

## INVOICE

For professional services rendered in connection with the above captioned matter
through October 31, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 041594.0002 | CASE ADMINISTRATION | 2,600.00 | 0.00 | 2,600.00 |
| | **Total** | **2,600.00** | **0.00** | **2,600.00** |

| | |
|---|---|
| **Total Current Fees** | **$2,600.00** |
| **Total Current Costs** | **$0.00** |
| **Total Invoice** | **$2,600.00** |



POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
November 18, 2025

Invoice 7005267
Page 3

RE: CASE ADMINISTRATION

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 10/03/25 | COLLINS | ANALYSIS OF PERTINENT DATE AND DEADLINES | 0.30 | 120.00 |
| 10/06/25 | COLLINS | REVIEW DOCKET AND CIRCULATE PERTINENT FILINGS (.2); ANALYSIS OF PERTINENT DATES AND DEADLINES (.2); UPDATE DATABASE (.2) | 0.60 | 240.00 |
| 10/09/25 | COLLINS | REVIEW DOCKET AND CIRCULATE RELEVANT FILINGS (.2); ANALYSIS OF PERTINENT DATES AND DEADLINES (.2); UPDATE DATABASE (.1); REGISTER ATTORNEYS FOR HEARING (.2) | 0.70 | 280.00 |
| 10/10/25 | COLLINS | REVIEW DOCKET AND CIRCULATE RELEVANT PLEADINGS (.2); ANALYSIS OF PERTINENT DATES AND DEADLINES (.2); UPDATE DATABASE (.1) | 0.50 | 200.00 |
| 10/14/25 | COLLINS | REVIEW DOCKET AND CIRCULATE RELEVANT FILINGS (.2); ANALYSIS OF PERTINENT DATES AND DEADLINES (.1); UPDATE DATABASE (.2) | 0.50 | 200.00 |
| 10/15/25 | COLLINS | REVIEW DOCKET AND CIRCULATE RELEVANT FILINGS (.2); ANALYSIS OF PERTINENT DATES AND DEADLINES (.2) | 0.40 | 160.00 |
| 10/16/25 | COLLINS | ANALYSIS OF PERTINENT DATES AND DEADLINES (.3); REVIEW DOCKET AND CIRCULATE RELEVANT PLEADINGS (.3); UPDATE DATABASE (.2) | 0.80 | 320.00 |
| 10/21/25 | COLLINS | REVIEW DOCKET AND CIRCULATE PLEADINGS (.2); ANALYSIS OF PERTINENT DATES AND DEADLINES (.2) | 0.40 | 160.00 |
| 10/22/25 | COLLINS | REVIEW DOCKET AND CIRCULATE RELEVANT FILINGS (.3); ANALYSIS OF PERTINENT DATE DATES AND DEADLINES (.2); UPDATE DATABASE (.1); PREPARE HEARING BINDER (.6); COMMUNICATION WITH BR TEAM RE: HEARING AND BINDERS (.2); COMMUNICATION WITH J. ROSNER RE: HEARING BINDER (.3) | 1.70 | 680.00 |
| 10/24/25 | COLLINS | REVIEW DOCKET AND CIRCULATE RELEVANT PLEADINGS (.2); ANALYSIS OF PERTINENT DATES AND DEADLINES (.2) | 0.40 | 160.00 |
| 10/31/25 | COLLINS | ANALYSIS OF PERTINENT DATES AND DEADLINES | 0.20 | 80.00 |
| | **Total Hours and Fees** | | 6.50 | 2,600.00 |

**BR**

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
November 18, 2025

Invoice 7005267
Page 4

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| JACK COLLINS | 6.50 | hours at | 400.00 | 2,600.00 |
| **Total Fees** | | | | **2,600.00** |

# brownrudnick

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
20550 SW 115TH AVENUE
TUALATIN, OR 97062

| | |
|---|---|
| Invoice | 7005267 |
| Date | Nov 18, 2025 |
| Client | 041594 |

RE: MEETINGS AND COMMUNICATIONS WITH UCC

## INVOICE

For professional services rendered in connection with the above captioned matter
through October 31, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 041594.0003 | MEETINGS AND COMMUNICATIONS WITH UCC | 34,726.50 | 0.00 | 34,726.50 |
| | **Total** | **34,726.50** | **0.00** | **34,726.50** |

| | |
|---|---|
| Total Current Fees | $34,726.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$34,726.50** |



POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
November 18, 2025

Invoice 7005267
Page 6

RE: MEETINGS AND COMMUNICATIONS WITH UCC

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 10/01/25 | SILVERBERG | ATTEND COMMITTEE CALL REGARDING ESTATE/DIRECT CLAIMS | 1.60 | 3,168.00 |
| 10/01/25 | TURNER | PREPARE FOR AND ATTEND UCC PRESENTATION MEETING | 2.30 | 2,300.00 |
| 10/01/25 | SAWYER | REVIEW INVESTIGATION PRESENTATION FOR COMMITTEE MEETING (.6); COMMITTEE MEETING RE SAME (1.5) | 2.10 | 2,068.50 |
| 10/01/25 | TYRRELL | MEETING WITH UCC TO PRESENT PRELIMINARY FINDINGS OF INVESTIGATION (1.5); REVIEW AND ANALYZE MISC. MATERIALS IN PREPARATION FOR MEETING (1.3) | 2.80 | 5,334.00 |
| 10/01/25 | SACHS | REVIEW AND FINALIZE PPT PRESENTATION (.6); ATTEND UCC MEETING TO PRESENT INVESTIGATION PRESENTATION | 1.60 | 2,056.00 |
| 10/04/25 | SAWYER | DRAFT AGENDA FOR MONDAY COMMITTEE MEETING | 0.20 | 197.00 |
| 10/06/25 | SILVERBERG | ATTEND WEEKLY COMMITTEE MEETING | 0.50 | 990.00 |
| 10/06/25 | SAWYER | COMMITTEE MEETING RE PLAN UPDATE AND NEXT STEPS | 0.50 | 492.50 |
| 10/06/25 | TYRRELL | CONFERENCE WITH UCC TO DISCUSS STATUS OF MATTER AND NEXT STEPS | 0.50 | 952.50 |
| 10/06/25 | SACHS | PREPARE FOR AND ATTEND COMMITTEE MEETING AND DISCUSSION REGARDING ADMINISTRATIVE CLAIMS | 0.70 | 899.50 |
| 10/06/25 | AULET | PREPARING FOR (.6) AND MEETING WITH COMMITTEE (.5) | 1.10 | 1,897.50 |
| 10/06/25 | TURNER | PREPARE FOR AND ATTEND UCC MEETING | 0.60 | 600.00 |
| 10/09/25 | SAWYER | COMMITTEE MEETING RE PLAN DISCUSSION | 1.10 | 1,083.50 |
| 10/09/25 | SILVERBERG | ATTEND AND PARTICIPATE ON COMMITTEE CALL | 1.10 | 2,178.00 |
| 10/10/25 | SAWYER | PREPARE WEEKLY MEETING AGENDA INCLUDING CONFIRMATION TIMELINE (.4); CALL WITH K. AULET RE SAME (.1) | 0.50 | 492.50 |
| 10/14/25 | SILVERBERG | ATTEND AND PARTICIPATE ON COMMITTEE CALL | 1.10 | 2,178.00 |
| 10/14/25 | SAWYER | MEET WITH COMMITTEE RE PLAN DISCUSSIONS | 1.10 | 1,083.50 |
| 10/14/25 | SACHS | ATTEND COMMITTEE MEETING (1.0); CONFER WITH N. TURNER AND S. TYRRELL REGARDING NEXT STEPS (.4) | 1.40 | 1,799.00 |



POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
November 18, 2025

Invoice 7005267
Page 7

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 10/24/25 | SAWYER | INTERVIEW POTENTIAL LIQUIDATION TRUSTEE CANDIDATE AND DELIBERATE WITH COMMITTEE | 1.10 | 1,083.50 |
| 10/24/25 | STARK | PREPARE FOR AND CONDUCT OCC CALL | 1.50 | 3,675.00 |
| 10/30/25 | SILVERBERG | CONFERENCE S. CARROLL REGARDING PLAN, DIRECT CLAIMS MECHANICS | 0.10 | 198.00 |
| | **Total Hours and Fees** | | **23.50** | **34,726.50** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| ROBERT J. STARK | 1.50 | hours at | 2,450.00 | 3,675.00 |
| BENNETT S. SILVERBERG | 4.40 | hours at | 1,980.00 | 8,712.00 |
| KENNETH J. AULET | 1.10 | hours at | 1,725.00 | 1,897.50 |
| MATTHEW A. SAWYER | 6.60 | hours at | 985.00 | 6,501.00 |
| DANIEL L. SACHS | 3.70 | hours at | 1,285.00 | 4,754.50 |
| STEVEN A. TYRRELL | 3.30 | hours at | 1,905.00 | 6,286.50 |
| NANCY H. TURNER | 2.90 | hours at | 1,000.00 | 2,900.00 |
| **Total Fees** | | | | **34,726.50** |

**brown**rudnick

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
20550 SW 115TH AVENUE
TUALATIN, OR 97062

| | |
|---|---|
| Invoice | 7005267 |
| Date | Nov 18, 2025 |
| Client | 041594 |

RE: EMPLOYMENT AND FEE APPLICATIONS

<div style="background:black;color:white;text-align:center;">I N V O I C E</div>

For professional services rendered in connection with the above captioned matter
through October 31, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 041594.0004 | EMPLOYMENT AND FEE APPLICATIONS | 3,286.50 | 0.00 | 3,286.50 |
| | **Total** | **3,286.50** | **0.00** | **3,286.50** |

| | |
|---|---|
| Total Current Fees | $3,286.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$3,286.50** |



POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
November 18, 2025

Invoice 7005267
Page 9

RE: EMPLOYMENT AND FEE APPLICATIONS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 10/06/25 | COLLINS | PREPARE CNO FOR FIRST MONTHLY FEE APPLICATION (.7); COMMUNICATION WITH M. SAWYER AND B. SILVERBERG RE: SAME (.3) | 1.00 | 400.00 |
| 10/07/25 | COLLINS | COMMUNICATION WITH B. SILVERBERG RE: FIRST MONTHLY CNO (.2); COMMUNICATION WITH CO-COUNSEL RE: SAME (.2) | 0.40 | 160.00 |
| 10/13/25 | COLLINS | PREPARE POWIN THIRD MONTHLY FEE STATEMENT DRAFT (1.6); COMMUNICATE RE: SAME WITH BR TEAM (.3) | 1.90 | 760.00 |
| 10/14/25 | COLLINS | PREPARE SEPTEMEBER FEE STATEMENT (.9); COMMUNICATION WITH BR TEAM RE: SAME (.3) | 1.20 | 480.00 |
| 10/15/25 | COLLINS | REVISE SEPTEMBER MONTHLY FEE STATEMENT (.8); COMMUNICATION WITH M. SAWYER RE: SAME (.3); PROVIDE SEPTEMBER MONTHLY TO CO-COUNSEL RE: FILING OF MONTHLY (.2); PROVIDE LEDES FILES TO UST (.2) | 1.50 | 600.00 |
| 10/16/25 | SAWYER | REVIEW AND REVISE SEPT. FEE STATEMENT | 0.90 | 886.50 |
| | **Total Hours and Fees** | | **6.90** | **3,286.50** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| MATTHEW A. SAWYER | 0.90 | hours at | 985.00 | 886.50 |
| JACK COLLINS | 6.00 | hours at | 400.00 | 2,400.00 |
| **Total Fees** | | | | **3,286.50** |

# brown rudnick

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
20550 SW 115TH AVENUE
TUALATIN, OR 97062

| | |
|---|---|
| Invoice | 7005267 |
| Date | Nov 18, 2025 |
| Client | 041594 |

RE: PLAN AND DISCLOSURE STATEMENT

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through October 31, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 041594.0006 | PLAN AND DISCLOSURE STATEMENT | 100,474.00 | 0.00 | 100,474.00 |
| | **Total** | **100,474.00** | **0.00** | **100,474.00** |

| | |
|---|---|
| **Total Current Fees** | **$100,474.00** |
| **Total Current Costs** | **$0.00** |
| **Total Invoice** | **$100,474.00** |

RE: PLAN AND DISCLOSURE STATEMENT

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 10/03/25 | SAWYER | REVIEW CASE LAW RE 503(B)(9) | 0.80 | 788.00 |
| 10/03/25 | AULET | DISCUSSION WITH TEAM ON NEXT STEPS (.5); DISCUSSION OF LIQUIDITY ISSUES (.5) | 1.00 | 1,725.00 |
| 10/03/25 | BOUCHARD | REVIEW AND ANALYSIS OF REVISED PLAN | 1.00 | 1,500.00 |
| 10/04/25 | SAWYER | REVIEW COMMENTS TO PLAN FROM DENTONS | 1.10 | 1,083.50 |
| 10/04/25 | AULET | LIQUIDITY DISCUSSIONS WITH DEBTORS AND TEAM | 0.80 | 1,380.00 |
| 10/06/25 | SILVERBERG | CONFER R. STARK REGARDING PLAN FEASIBILITY ISSUES (.3); CONFERENCES N. BOUCHARD REGARDING IMPLEMENTATION OF REVISIONS TO WARN TREATMENT DISCUSSIONS (.5) | 0.80 | 1,584.00 |
| 10/06/25 | SAWYER | EMAILS WITH DENTONS RE FINALIZING PLAN DOCUMENTS (.5); REVIEW SEVERAL TURNS OF SOLICITATION MATERALS AND COMMENTS TO CONDITIONAL APPROVAL MOTION AND REVISIONS TO PLAN (2.4) | 2.90 | 2,856.50 |
| 10/07/25 | SAWYER | EMAILS WITH DENTONS RE PLAN ISSUES | 0.30 | 295.50 |
| 10/07/25 | STARK | PLAN SETTLEMENT NEGOTIATIONS | 1.00 | 2,450.00 |
| 10/07/25 | AULET | NEGOTIATIONS ON PLAN ISSUES WITH CONSTITUENTS AND DEBTORS | 2.60 | 4,485.00 |
| 10/08/25 | STARK | PLAN SETTLEMENT NEGOTIATIONS WITH ACE AND OTHERS | 1.50 | 3,675.00 |
| 10/08/25 | AULET | PLAN NEGOTIATIONS | 1.80 | 3,105.00 |
| 10/09/25 | STARK | CONTINUED PLAN NEGOTIATIONS | 1.00 | 2,450.00 |
| 10/09/25 | SAWYER | REVIEW PLAN CONFIRMATION TIMELINE | 0.20 | 197.00 |
| 10/09/25 | AULET | NEGOTIATIONS ON SETTLEMENTS (.4); PREPARING FOR (.5) AND MEETING WITH COMMITTEE ON PLAN (1.0); CALL WITH DEBTORS TO DISCUSS PLAN (.5) | 2.40 | 4,140.00 |
| 10/10/25 | SAWYER | ANALYZE UST OBJECTION/ROR TO DS/PLAN (.5); ATTEND HEARING RE SAME (.3) | 0.80 | 788.00 |
| 10/10/25 | STARK | CONTINUED PLAN NEGOTIATIONS | 1.00 | 2,450.00 |
| 10/10/25 | AULET | PREPARING FOR AND ATTENDING DISCLOSURE STATEMENT HEARING (1.0); WORK ON CLIMB SETTLEMENTS (1.1) | 2.10 | 3,622.50 |
| 10/14/25 | AULET | SETTLEMENT ISSUES (.9); DISCUSSIONS WITH COMMITTEE RE: PLAN (.9) | 1.80 | 3,105.00 |
| 10/15/25 | SILVERBERG | CORRESPONDENCE REGARDING LIQUIDATING TRUST TAB GOVERNANCE ISSUES | 0.20 | 396.00 |



| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 10/15/25 | AULET | SETTLEMENT NEGOTIATIONS | 0.50 | 862.50 |
| 10/16/25 | BOUCHARD | REVIEW OF TRUST PROVISIONS IN PLAN IN CONNECTION WITH DRAFTING SAME | 0.60 | 900.00 |
| 10/17/25 | AULET | REVIEW SETTLEMENT ISSUES | 0.30 | 517.50 |
| 10/17/25 | JACOBS | PREPARE LIQUIDATING TRUST AGREEMENT | 5.60 | 5,404.00 |
| 10/20/25 | JACOBS | PREPARE LIQUIDATING TRUST AGREEMENT | 5.40 | 5,211.00 |
| 10/20/25 | BOUCHARD | REVIEW AND REVISE DRAFT LIQUIDATING TRUST AGREEMENT | 1.30 | 1,950.00 |
| 10/21/25 | AULET | FINALIZING SETTLEMENT ISSUES (.4); DISCUSSIONS WITH DEBTORS ON SETTLEMENT ISSUES WITH FLEXGEN (.4); REVIEWING PROPOSED SETTLEMENT WITH PULSE (.5) | 1.30 | 2,242.50 |
| 10/21/25 | BOUCHARD | REVIEW AND REVISE DRAFT LIQUIDATING TRUST AGREEMENT | 2.60 | 3,900.00 |
| 10/21/25 | JACOBS | DRAFT LIQUIDATING TRUST AGREEMENT | 2.80 | 2,702.00 |
| 10/22/25 | SAWYER | REVIEW DRAFT POWIN LIQUIDATING TRUST AGREEMENT (2.2); MEET WITH K. AULET, N. BOUCHARD RE SAME (.5); FOLLOW UP EMAILS RE SAME (.2) | 2.90 | 2,856.50 |
| 10/22/25 | JACOBS | PREPARE DRAFT LIQUIDATING TRUST AGREEMENT | 2.80 | 2,702.00 |
| 10/22/25 | AULET | DISCUSSIONS ON LIQUIDATING TRUST AGREEMENTS; DISCUSSIONS ON PLAN ISSUES | 1.00 | 1,725.00 |
| 10/22/25 | SILVERBERG | ATTENTION TO SOLICITATION ISSUES IN CONNECTION WITH WARN ACT CLAIMANTS | 0.50 | 990.00 |
| 10/22/25 | BOUCHARD | REVIEW AND REVISE TRUST AGREEMENT (2.4); CONFERENCE WITH K. AULET, M. SAWYER, I. JACOBS RE: SAME (.8) | 3.20 | 4,800.00 |
| 10/23/25 | JACOBS | REVISE TRUST AGREEMENT | 0.70 | 675.50 |
| 10/23/25 | BOUCHARD | REVIEW AND REVISE DRAFT LIQUIDATING TRUST AGREEMENT | 1.10 | 1,650.00 |
| 10/24/25 | SAWYER | REVIEW PLAN/DRAFT LIQUIDATION TRUST AGREEMENT AND BEGIN CREATE TRUST EXHIBIT RE DISTRIBUTIONS | 0.60 | 591.00 |
| 10/24/25 | AULET | PREPARING FOR AND MEETING WITH TRUSTEE CANDIDATE (1.3); FOLLOWUP DISCUSSIONS (.5) | 1.80 | 3,105.00 |
| 10/24/25 | SACHS | ATTEND COMMITTEE MEETING FOR INTERVIEW OF TRUSTEE CANDIDATE | 1.00 | 1,285.00 |
| 10/27/25 | BOUCHARD | REVIEW AND REVISE DRAFT TRUST AGREEMENTS | 1.30 | 1,950.00 |
| 10/28/25 | AULET | DISCUSSION WITH DEBTORS RE: FLEXGEN ISSUES | 0.60 | 1,035.00 |
| 10/29/25 | SAWYER | REVISE LIQUIDATING TRUST AGREEMENT | 3.00 | 2,955.00 |



POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
November 18, 2025

Invoice 7005267
Page 13

| Date | Professional | Description | Hours | Value |
|------|------------|-------------|-------|-------|
| 10/31/25 | SILVERBERG | ANALYSIS OF ISSUES REGARDING LIQUIDATING TRUST WATERFALL, IMPLEMENTATION OF SETTLEMENTS | 1.30 | 2,574.00 |
| 10/31/25 | SAWYER | REVIEW COMMENTS TO LIQUIDATING TRUST AGREEMENT FROM COMMITTEE MEMBER COUNSEL AND FURTHER REVISE SAME (.7); MEET WITH K. AULET AND COMMITTEE COUNSEL RE SAME (.3); FOLLOW UP CALL WITH K. AULET RE SAME (.2); MEET WITH K. AULET AND V. DURER RE PLAN WORKSTREAM CHECKLIST (.3); CALLS AND EMAILS WITH B. SILVERBERG AND K. AULET RE PLAN SUPPLEMENT (.4); MEET WITH A&M AND B. SILVERBERG RE SAME (1.0); FOLLOW UP CALL IWTH N. BOUCHARD RE TRUSTS (.3) | 3.20 | 3,152.00 |
| 10/31/25 | AULET | DISCUSSION WITH DEBTORS RE: SURETY AND PLAN ISSUES | 0.50 | 862.50 |
| 10/31/25 | BOUCHARD | REVIEW AND REVISE DRAFT TRUST AGREEMENTS | 1.20 | 1,800.00 |
| | **Total Hours and Fees** | | **72.20** | **100,474.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|------------|-------|-----|------|-------|
| ROBERT J. STARK | 4.50 | hours at | 2,450.00 | 11,025.00 |
| NICOLE M. BOUCHARD | 12.30 | hours at | 1,500.00 | 18,450.00 |
| BENNETT S. SILVERBERG | 2.80 | hours at | 1,980.00 | 5,544.00 |
| KENNETH J. AULET | 18.50 | hours at | 1,725.00 | 31,912.50 |
| MATTHEW A. SAWYER | 15.80 | hours at | 985.00 | 15,563.00 |
| ISABELLE R. JACOBS | 17.30 | hours at | 965.00 | 16,694.50 |
| DANIEL L. SACHS | 1.00 | hours at | 1,285.00 | 1,285.00 |
| **Total Fees** | | | | **100,474.00** |

**brown**rudnick

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
20550 SW 115TH AVENUE
TUALATIN, OR 97062

| | |
|---|---|
| Invoice | 7005267 |
| Date | Nov 18, 2025 |
| Client | 041594 |

RE: COMMITTEE INVESTIGATION (NON-LENDERS)

| I N V O I C E |
|---|

For professional services rendered in connection with the above captioned matter
through October 31, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 041594.0011 | COMMITTEE INVESTIGATION (NON-LENDERS) | 67,159.50 | 0.00 | 67,159.50 |
| | **Total** | **67,159.50** | **0.00** | **67,159.50** |

| | |
|---|---|
| Total Current Fees | $67,159.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$67,159.50** |



POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
November 18, 2025

Invoice 7005267
Page 15

RE: COMMITTEE INVESTIGATION (NON-LENDERS)

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 10/01/25 | TYRRELL | MISC. COMMUNICATIONS, INCLUDING WITH COUNSEL FOR RECEIPIENTS OF 2004 REQUESTS, REGARDING DRAFT PROTECTIVE ORDER | 0.30 | 571.50 |
| 10/01/25 | SACHS | CONFER WITH S. TYRRELL, N. TURNER, K. AULET AND M. SAWYER REGARDING NEXT STEPS FOR INVESTIGATION | 1.10 | 1,413.50 |
| 10/01/25 | HENSCHEL | REVIEW AND ANALYZE DOCUMENTS PROVIDED IN CONNECTION WITH INVESTIGATION | 6.30 | 4,662.00 |
| 10/01/25 | AULET | PREPARING FOR (.8) AND MEETING WITH COMMITTEE TO DISCUSS INVESTIGATION (1.2); FOLLOW UP DISCUSSIONS (.5) | 2.50 | 4,312.50 |
| 10/02/25 | SACHS | CORRESPONDENCE REGARDING PROTECTIVE ORDER | 0.20 | 257.00 |
| 10/02/25 | HENSCHEL | REVIEW AND ANALYZE DOCUMENTS PROVIDED IN CONNECTION WITH INVESTIGATION | 7.00 | 5,180.00 |
| 10/02/25 | TURNER | PROVIDE OVERSIGHT AND GUIDANCE TO REVIEWERS (1.0); ANALYZE LOCAL RULES (1.0); DRAFT, REVIEW, AND REVISE NOTICE AND MOTION FOR CONFIDENTIALITY ORDER (3.1); CONDUCT RELATED RESEARCH (2.0) | 7.10 | 7,100.00 |
| 10/03/25 | HENSCHEL | ANALYZE DOCUMENTS PROVIDED IN CONNECTION WITH INVESTIGATION | 4.00 | 2,960.00 |
| 10/03/25 | TURNER | ATTEND STANDING STRATEGY CALL | 0.50 | 500.00 |
| 10/03/25 | SACHS | CONFER WITH S. TYRRELL, K. AULET AND N. TURNER REGARDING SUBPOENAS TO PE SPONSORS AND NEXT STEPS FOR INVESTIGATION | 0.80 | 1,028.00 |
| 10/03/25 | TYRRELL | MISC. COMMUNCATIONS, INCLUDING WITH ALVAREZ & MARSAL, REGARDING STATUS AND NEXT STEPS IN MATTER, OUTSTANDING 2004 REQUESTS, DRAFT PROTECTIVE ORDER, AND RELATED MATTERS | 0.70 | 1,333.50 |
| 10/06/25 | TURNER | ANALYZE AND REVISE MOTION (.5); ANALYZE AND SUMMARIZE KEY DOCUMENTS FOR CHRONOLOGY OF EVENTS AND ISSUES (1.2) | 1.70 | 1,700.00 |
| 10/06/25 | TYRRELL | MISC. COMMUNICATIONS REGARDING MOTION FOR PROTECTIVE ORDER AND OUTSTANDING 2004 REQUESTS | 0.40 | 762.00 |



POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
November 18, 2025

Invoice 7005267
Page 16

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 10/07/25 | TYRRELL | MISC. COMMUNICATIONS REGARDING REQUEST FOR INFORMATION AND DOCUMENTS FROM Z. SAVAS AND HIS COUNSEL | 0.20 | 381.00 |
| 10/07/25 | TYRRELL | MISC. COMMUNICATIONS REGARDING STATUS OF OUTSTANDING 2004 REQUESTS AND DRAFT MOTION FOR PROTECTIVE ORDER | 0.40 | 762.00 |
| 10/07/25 | TURNER | ANALYZE, REVIEW, AND REVISE MOTION FOR ENTRY OF PROTECTIVE ORDER | 0.50 | 500.00 |
| 10/08/25 | SACHS | CONFER WITH S. TYRRELL AND N. TURNER REGARDING STATUS OF DISCOVERY (.3); ANALYSIS OF MOTION FOR PROTECTIVE ORDER (.2) | 0.50 | 642.50 |
| 10/10/25 | SACHS | ATTEND COMMITTEE PRE-CALL WITH K. AULET AND A&M | 0.20 | 257.00 |
| 10/13/25 | TURNER | REVIEW AND REVISE NOTICE OF MOTION AND MOTION (.5); CIRCULATE NOTICE OF MOTION AND MOTION TO DEBTORS FOR APPROVAL (.3) | 0.80 | 800.00 |
| 10/13/25 | SAWYER | REVIEW AND COMMENT RE MOTION/ORDER FOR PROTECTIVE ORDER | 0.40 | 394.00 |
| 10/14/25 | TURNER | DISCUSS STATUS OF MATTER | 0.30 | 300.00 |
| 10/15/25 | TURNER | REVIEW AND REVISE PROTECTIVE ORDER | 0.60 | 600.00 |
| 10/20/25 | SACHS | CORRESPONDENCE REGARDING MOTION FOR PROTECTIVE ORDER | 0.20 | 257.00 |
| 10/20/25 | TYRRELL | MISC. COMMUNICATIONS, INCLUDING WITH DEBTORS' COUNSEL, REGARDING STATUS OF REVIEW OF DRAFT PROTECTIVE ORDER AND RELATED MATTERS | 0.30 | 571.50 |
| 10/21/25 | SACHS | CORRESPONDENCE REGARDING RELEASES AND MOTION FOR PROTECTIVE ORDER | 0.30 | 385.50 |
| 10/21/25 | TYRRELL | MISC. COMMUNICATIONS, INCLUDING WITH DEBTORS' COUNSEL, REGARDING STATUS OF REVIEW OF DRAFT PROTECTIVE ORDER AND RELATED MATTERS | 0.40 | 762.00 |
| 10/21/25 | TYRRELL | VIDEO CONFERENCE WITH DEBTORS' COUNSEL REGARDING OUTSTANDING DISCOVERY REQUESTS (.6); MISC. COMMUNICATIONS, INCLUDING VIDEO CONFERENCE WITH BROWN RUDNICK TEAM, TO DISCUSS WEIL GOTSHAL PROPOSAL OF COMMON INTEREST AGREEMENT, STATUS OF INVESTIGATION, STRATEGY, NEXT STEPS, AND COORDINATION (1.6); REVIEW AND ANALYZE MISC. BACKGROUND MATERIALS (2.5) | 4.70 | 8,953.50 |
| 10/22/25 | SACHS | FINALIZE MOTION FOR PROTECTIVE ORDER | 1.10 | 1,413.50 |



| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 10/22/25 | TYRRELL | MISC. COMMUNICATIONS, INCLUDING WITH DEBTORS' COUNSEL AND BROWN RUDNICK TEAM, TO PROPOSED COMMON INTEREST AGREEMENT, STATUS OF INVESTIGATION, STRATEGY, NEXT STEPS, AND COORDINATION (1.4); REVIEW AND ANALYZE MISC. BACKGROUND MATERIALS (.8) | 2.20 | 4,191.00 |
| 10/23/25 | SACHS | ANALYSIS AND REVISIONS FOR MOTION FOR PROTECTIVE ORDER | 0.90 | 1,156.50 |
| 10/23/25 | SAWYER | REVIEW DRAFT APPLICATION FOR PROTECTIVE ORDER | 0.60 | 591.00 |
| 10/24/25 | SACHS | REVISE AND FINALIZE MOTION FOR PROTECTIVE ORDER | 1.20 | 1,542.00 |
| 10/24/25 | TYRRELL | MISC. COMMUNICATIONS REGARDING FINALIZING AND FILING APPLICATION FOR PROTECTIVE ORDER | 0.40 | 762.00 |
| 10/27/25 | SACHS | CORRESPONDENCE WITH PE SPONSORS' COUNSEL REGARDING DOCUMENT PRODUCTION AND CONFER WITH S. TYRRELL REGARDING THE SAME | 0.90 | 1,156.50 |
| 10/28/25 | SACHS | CORRESPONDENCE WITH PE SPONSORS REGARDING DOCUMENT PRODUCTION | 0.20 | 257.00 |
| 10/28/25 | TYRRELL | MISC. COMMUNICATIONS REGARDING RESPONSES TO 2004 REQUESTS TO PE SPONSORS | 0.40 | 762.00 |
| 10/29/25 | SACHS | CORRESPONDENCE WITH PE SPONSORS REGARDING DOCUMENT PRODUCTION | 0.30 | 385.50 |
| 10/29/25 | TYRRELL | MISC. COMMUNICATIONS, INCLUDING WITH COUNSEL FOR PE SPONSORS, REGARDING RESPONSES TO 2004 REQUESTS | 0.30 | 571.50 |
| 10/30/25 | SACHS | PREPARE FOR AND ATTEND MEET/CONFER CALL WITH COUNSEL FOR EIP (.5); SUMMARIZE AND ANALYZE DOCUMENT PRODUCTION STATUS FOR K. AULET AND S. TYRRELL (.3); ANALYSIS AND REVISION TO PROPOSED SEARCH TERMS (.5) | 1.30 | 1,670.50 |
| 10/30/25 | TYRRELL | MISC. COMMUNICATIONS, INCLUDING WITH COUNSEL FOR PE SPONSORS, REGARDING RESPONSES TO 2004 REQUESTS (.3); REVIEW AND ANALYZE HIT REPORT FOR SEARCHES RUN BY COUNSEL FOR EIP TO IDENTIFY DOCUMENTS RESPONSIVE TO 2004 REQUEST (.2) | 0.50 | 952.50 |
| 10/31/25 | HENSCHEL | ATTENTION TO EMAIL FROM N. TURNER RE: OUTSTANDING ITEMS FROM CHAD PAULSON (.1); REVIEW NOTES FROM CHAD PAULSON INTERVIEW RE SAME (.4) | 0.50 | 370.00 |



POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
November 18, 2025

Invoice 7005267
Page 18

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 10/31/25 | SACHS | DRAFT AND REVISE SEARCH TERMS FOR EIP PRODUCTION AND SHARE WITH EIP'S COUNSEL (1.1); ANALYZE FILED PROTECTIVE ORDER AND SHARE WITH PE SPONSORS (.4); ANALYSIS OF BRIAN KANE INTERVIEW FOR PURPOSES OF RELEASE (.6) | 2.10 | 2,698.50 |
| 10/31/25 | TYRRELL | MISC. COMMUNICATIONS, INCLUDING WITH DEBTORS' COUNSEL, REGARDING REQUEST FOR RELEASES FOR C. PAULSON AND B. KANE AND RELATED FOLLOW-UP REQUESTS FOR DOCUMENTS (.4); MISC. COMMUNICATIONS WITH COUNSEL FOR PE SPONSORS REGARDING COMPLIANCE WITH 2004 REQUESTS (.3) | 0.70 | 1,333.50 |
| | **Total Hours and Fees** | | 56.00 | 67,159.50 |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|--|------|-------|
| KENNETH J. AULET | 2.50 | hours at | 1,725.00 | 4,312.50 |
| MATTHEW A. SAWYER | 1.00 | hours at | 985.00 | 985.00 |
| CAROLINE HENSCHEL | 17.80 | hours at | 740.00 | 13,172.00 |
| DANIEL L. SACHS | 11.30 | hours at | 1,285.00 | 14,520.00 |
| STEVEN A. TYRRELL | 11.90 | hours at | 1,905.00 | 22,669.50 |
| NANCY H. TURNER | 11.50 | hours at | 1,000.00 | 11,500.00 |
| **Total Fees** | | | | 67,159.50 |

**brown**rudnick

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
20550 SW 115TH AVENUE
TUALATIN, OR 97062

| | |
|---|---|
| Invoice | 7005267 |
| Date | Nov 18, 2025 |
| Client | 041594 |

RE: CLAIMS ADMINISTRATION AND OBJECTIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through October 31, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 041594.0012 | CLAIMS ADMINISTRATION AND OBJECTIONS | 8,118.00 | 0.00 | 8,118.00 |
| | **Total** | **8,118.00** | **0.00** | **8,118.00** |

| | |
|---|---|
| **Total Current Fees** | **$8,118.00** |
| **Total Current Costs** | **$0.00** |
| **Total Invoice** | **$8,118.00** |



POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
November 18, 2025

Invoice 7005267
Page 20

RE: CLAIMS ADMINISTRATION AND OBJECTIONS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 10/07/25 | SILVERBERG | ANALYSIS OF ADMINISTRATIVE, PRIORITY CLAIMS | 1.00 | 1,980.00 |
| 10/08/25 | SILVERBERG | CONFERENCE V. DURRER REGARDING ACE WARN CLAIMS PLAN TREATMENT (.3); ANALYSIS OF ACE RECLAMATION DEMAND IN CONNECTION WITH PLAN FEASIBILITY (.4); CONFERENCE DENTONS TEAM, G. UZZI, K. AULET REGARDING ADMINISTRATIVE CLAIMS RESOLUTION (.4) | 1.10 | 2,178.00 |
| 10/09/25 | SILVERBERG | ATTENTION TO RESOLUTION OF WARN CLAIMS (.4); ATTENTION TO RESOLUTION OF ACE CLAIM (.4) | 0.80 | 1,584.00 |
| 10/20/25 | SILVERBERG | REVIEW MOTION TO COMPEL RE ASSIGNMENT OF WARRANTIES (.4); REVIEW SUBPOENAS FROM CARRIER (.1) | 0.50 | 990.00 |
| 10/21/25 | SILVERBERG | REVIEW/ANALYSIS OF PULSE DAMAGES CLAIM, PROPOSED RESOLUTION | 0.50 | 990.00 |
| 10/28/25 | SILVERBERG | CONFERENCE V. DURRER, K. AULET REGARDING FLEXGEN TRANSACTION, CLAIMS | 0.20 | 396.00 |
| **Total Hours and Fees** | | | **4.10** | **8,118.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| BENNETT S. SILVERBERG | 4.10 | hours at | 1,980.00 | 8,118.00 |
| **Total Fees** | | | | **8,118.00** |

# **brown**rudnick

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
20550 SW 115TH AVENUE
TUALATIN, OR 97062

| | |
|---|---|
| Invoice | 7005267 |
| Date | Nov 18, 2025 |
| Client | 041594 |

RE: HEARINGS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through October 31, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 041594.0014 | HEARINGS | 1,584.00 | 0.00 | 1,584.00 |
| | **Total** | **1,584.00** | **0.00** | **1,584.00** |

| | |
|---|---|
| **Total Current Fees** | $1,584.00 |
| **Total Current Costs** | $0.00 |
| **Total Invoice** | **$1,584.00** |

**BR**

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
November 18, 2025

Invoice 7005267
Page 22

RE: HEARINGS

| TIME DETAIL |
| --- |

| Date | Professional | Description | Hours | Value |
| --- | --- | --- | --- | --- |
| 10/29/25 | SILVERBERG | VIRTUAL ATTENDANCE OF CASH COLLATERAL HEARING | 0.80 | 1,584.00 |
| | **Total Hours and Fees** | | **0.80** | **1,584.00** |

| TIME SUMMARY |
| --- |

| Professional | Hours | | Rate | Value |
| --- | --- | --- | --- | --- |
| BENNETT S. SILVERBERG | 0.80 | hours at | 1,980.00 | 1,584.00 |
| **Total Fees** | | | | **1,584.00** |

# **brown**rudnick

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
20550 SW 115TH AVENUE
TUALATIN, OR 97062

| | |
|---|---|
| Invoice | 7005267 |
| Date | Nov 18, 2025 |
| Client | 041594 |

RE: EMPLOYEE MATTERS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through October 31, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 041594.0022 | EMPLOYEE MATTERS | 13,338.00 | 0.00 | 13,338.00 |
| | **Total** | **13,338.00** | **0.00** | **13,338.00** |

| | |
|---|---|
| **Total Current Fees** | **$13,338.00** |
| **Total Current Costs** | **$0.00** |
| **Total Invoice** | **$13,338.00** |



POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
November 18, 2025

Invoice 7005267
Page 24

RE: EMPLOYEE MATTERS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 10/01/25 | BROWN | CONSIDERATION REGARDING WARN'S APPLICABLE TO REMOTE WORKERS IN POST-COVID ERA AND REGARDING ADDITIONAL INFORMATION NEEDED FROM DEBTORS TO FINALIZE ANALYSIS AND POSITION REGARDING WARN | 0.60 | 900.00 |
| 10/03/25 | BROWN | FURTHER CONSIDERATION OF WARN LIABILITY MATTERS | 0.50 | 750.00 |
| 10/05/25 | SILVERBERG | CONFERENCE DENTONS TEAM, J. RAISNER, R. ROUPINIAN REGARDING WARN CLAIM TREATMENT | 0.40 | 792.00 |
| 10/05/25 | BROWN | CONSIDERATION OF QUALIFIED SETTLEMENT ADMINISTRATOR AND PAYROLL TAX ISSUES, IN RELATION TO POTENTIAL WARN SETTLEMENT | 0.80 | 1,200.00 |
| 10/06/25 | BROWN | REVIEW OF LIST OF INQUIRIES RELATIVE TO REMOTE WORKERS, CONFER WITH DOV FISKUS REGARDING WARN ANALYSIS | 1.00 | 1,500.00 |
| 10/06/25 | BROWN | REVIEW OF DRAFT PLAN RELATIVE TO ANY POTENTIAL WARN SETTLEMENT, CONFER WITH NICOLE BOUCHARD RE THE SAME | 1.00 | 1,500.00 |
| 10/07/25 | BROWN | FURTHER REVIEW OF WARN MATTERS, PREPARING LIST OF FOLLOW-UP QUESTIONS FOR DEBTOR | 1.10 | 1,650.00 |
| 10/08/25 | BROWN | CONFER WITH DEBTORS COUNSEL RE WARN MATTERS, CONSIDERATION OF ADDITIONAL INFORMATION NEEDED FROM DEBTOR TO CONSIDER WARN LIABILITY | 0.90 | 1,350.00 |
| 10/08/25 | BROWN | FURTHER CONSIDERATION OF WARN LIABILITY AND PROCESS OF DEALING WITH SETTLEMENT IN LIGHT OF TIMING OF EFFECTIVENESS OF PLAN | 0.70 | 1,050.00 |
| 10/09/25 | SILVERBERG | CONFERENCE K. BROWN REGARDING WARN CLAIM DISTRIBUTION MECHANICS | 0.20 | 396.00 |
| 10/09/25 | BROWN | CONF WITH BEN SILVERBERG RE WARN MATTERS, INCLUDING PROCESS FOR POTENTIAL SETTLEMENT, FURTHER CONSIDERATION RE THE SAME | 0.50 | 750.00 |
| 10/10/25 | BROWN | CONFERENCE CALL WITH DEBTOR COUNSEL, WARN CLASS COUNSEL AND BEN SILVERBERG REGARDING WARN SETTLEMENT MATTERS | 0.40 | 600.00 |
| 10/13/25 | BROWN | FURTHER CONSIDERATION RE WARN MATTERS IN VIEW OF IMPENDING SETTLEMENT | 0.60 | 900.00 |
| | **Total Hours and Fees** | | **8.70** | **13,338.00** |

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
November 18, 2025

Invoice 7005267
Page 25

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| BENNETT S. SILVERBERG | 0.60 | hours at | 1,980.00 | 1,188.00 |
| KEVIN A. BROWN | 8.10 | hours at | 1,500.00 | 12,150.00 |
| **Total Fees** | | | | **13,338.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
20550 SW 115TH AVENUE
TUALATIN, OR 97062

| | |
|---|---|
| Invoice | 7005267 |
| Date | Nov 18, 2025 |
| Client | 041594 |

RE: POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS



Remittance

**Balance Due: $185,029.20**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:
SWIFT Code:

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:

**<u>Exhibit B</u>**

(<u>Brown Rudnick's Costs</u>)

**brown**rudnick

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
20550 SW 115TH AVENUE
TUALATIN, OR 97062

| | |
|---|---|
| Invoice | 7005268 |
| Date | Nov 18, 2025 |
| Client | 041594 |

RE: COSTS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through October 31, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 041594.0001 | COSTS | 0.00 | 3,159.90 | 3,159.90 |
| | **Total** | **0.00** | **3,159.90** | **3,159.90** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $3,159.90 |
| **Total Invoice** | **$3,159.90** |



POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
RE: COSTS
November 18, 2025

Invoice 7005268
Page 2

## C O S T   D E T A I L

| Date | Description | Value |
|------|-------------|------:|
| 09/16/25 | PACER | 1.30 |
| 09/30/25 | PACER | 5.20 |
| 10/01/25 | COPIES | 7.50 |
| 10/02/25 | PACER | 67.80 |
| 10/02/25 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 10/02/25 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 170.00 |
| 10/02/25 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 1,188.00 |
| 10/05/25 | COPIES | 0.10 |
| 10/06/25 | COPIES | 1.40 |
| 10/06/25 | COPIES | 0.80 |
| 10/06/25 | COPIES | 0.10 |
| 10/06/25 | COPIES | 0.80 |
| 10/06/25 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 712.00 |
| 10/06/25 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 297.00 |
| 10/06/25 | COPIES | 0.20 |
| 10/06/25 | COPIES | 2.20 |
| 10/07/25 | MEALS - VENDOR: DINERS CLUB INVOICE#: 5348JK-101425 DATE: 10/14/2025<br><br>R STARK LUNCH 10/07/2025 | 24.34 |
| 10/07/25 | COPIES | 0.70 |
| 10/07/25 | COPIES | 0.50 |
| 10/08/25 | COPIES | 8.40 |
| 10/08/25 | COPIES | 0.20 |
| 10/08/25 | COPIES | 5.10 |
| 10/09/25 | COPIES | 0.70 |
| 10/10/25 | COPIES | 0.80 |
| 10/10/25 | COPIES | 8.60 |
| 10/10/25 | PACER | 0.80 |
| 10/13/25 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 118.00 |
| 10/13/25 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 198.00 |
| 10/15/25 | PACER | 19.70 |
| 10/20/25 | COPIES | 0.10 |
| 10/20/25 | COPIES | 2.00 |
| 10/20/25 | COPIES | 0.20 |
| 10/20/25 | COPIES | 2.00 |



POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
RE: COSTS
November 18, 2025

Invoice 7005268
Page 3

| Date | Description | Value |
|------|-------------|------:|
| 10/21/25 | COPIES | 2.10 |
| 10/22/25 | COPIES | 2.30 |
| 10/22/25 | COPIES | 1.20 |
| 10/24/25 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 10/24/25 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 25.00 |
| 10/24/25 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 10/24/25 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 77.38 |
| 10/24/25 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 20.00 |
| 10/27/25 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 10/27/25 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 77.38 |
| | **Total Costs** | **3,159.90** |

## COST SUMMARY

| Description | Value |
|-------------|------:|
| MEALS | 24.34 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2,992.76 |
| PACER | 94.80 |
| COPIES | 48.00 |
| **Total Costs** | **3,159.90** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
20550 SW 115TH AVENUE
TUALATIN, OR 97062

| | |
|---|---|
| Invoice | 7005268 |
| Date | Nov 18, 2025 |
| Client | 041594 |

RE: COSTS



Remittance

**Balance Due: $3,159.90**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number: █████
██████████████

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: ████████