# **<u>EXHIBIT A</u>**

<u>(Silverberg Declaration)</u>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>POWIN LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**DECLARATION OF BENNETT S. SILVERBERG
IN SUPPORT OF THE FIRST INTERIM FEE APPLICATION
OF BROWN RUDNICK LLP AS CO-COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF POWIN, LLC, ET AL., FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE
PERIOD FROM JUNE 27, 2025 THROUGH AND INCLUDING SEPTEMBER 30, 2025**

I, Bennett S. Silverberg, declare under penalty of perjury:

1.      I am a partner in the law firm of Brown Rudnick LLP ("Brown Rudnick"), a law firm which maintains an office for the practice of law at Seven Times Square, New York, New York 10036.

2.      I have read the *First Interim Fee Application of Brown Rudnick LLP as Co-Counsel to the Official Committee of Unsecured Creditors of Powin LLC, et al., for Compensation for Services Rendered and Reimbursement of Expenses Incurred During the Period from June 27, 2025 Through and Including September 30, 2025* (the "Application") filed contemporaneously herewith.[2] To the best of my knowledge, information, and belief, formed after reasonable inquiry,

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

[2]     Capitalized terms used but not defined herein shall have the meanings assigned to them in the Application.

the statements contained in the Application are true and correct.  In addition, I believe that the

Application is in conformity with the applicable provisions of the Bankruptcy Code, Federal Rules,

Local Rules, the Interim Compensation Order, and the U.S. Trustee Guidelines.

      3.     In connection therewith, I hereby certify that:

      a.     The fees and disbursements sought in the Application are billed at rates customarily employed by Brown Rudnick and generally accepted by Brown Rudnick's clients.  In addition, none of the professionals seeking compensation varied their hourly rates based on the geographic location of the Debtor's cases;

      b.     In providing a reimbursable expense, Brown Rudnick does not make a profit on that expense, whether the service is performed by Brown Rudnick in-house or through a third party;

      c.     In accordance with Federal Rule 2016(a) and Bankruptcy Code section 504, no agreement or understanding exists between Brown Rudnick and any other person for the sharing of compensation to be received in connection with these chapter 11 cases except as authorized pursuant to the Bankruptcy Code, the Federal Rules, and the Local Rules; and

      d.     All services for which compensation is sought were professional services on behalf of the Committee and not on behalf of any other person.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge and belief.

Dated: November 26, 2025
New York, New York

         By:    */s/ Bennett S. Silverberg*
              Bennett S. Silverberg