# EXHIBIT B

(Proposed Order)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>POWIN LLC,. *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**ORDER GRANTING**
**FIRST INTERIM FEE APPLICATION**
**OF BROWN RUDNICK LLP AS CO-COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF**
**POWIN LLC, ET AL., FOR COMPENSATION FOR SERVICES RENDERED**
**AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD**
**FROM JUNE 27, 2025 THROUGH AND INCLUDING SEPTEMBER 30, 2025**

The relief requested on the following pages is hereby GRANTED.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

The Court has considered the *First Interim Fee Application of Brown Rudnick LLP as Co-Counsel to the Official Committee of Unsecured Creditors of Powin LLC, et al., for Compensation for Services Rendered and Reimbursement of Expenses Incurred During the Period from June 27, 2025 Through and Including September 30, 2025* (the "Application"), filed by Brown Rudnick LLP (the "Applicant").  The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $2,279,331.15 for the period set forth in the Application.

2. The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on an interim basis.

3. The Debtor, as applicable, is hereby authorized and directed to disburse the unpaid amount of compensation and expenses sought under this Application totalling $453,022.34 as allowed by Paragraph 1 of this Order.