# **EXHIBIT C**

(Summary of Hours Expended and Fees Incurred by Matter Category)

# COMPENSATION BY PROJECT CATEGORY

## For the Period from June 27, 2025 through September 30, 2025

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 99.7 | $61,796.50 |
| Meetings and Communications with UCC | 111.3 | $179,440.00 |
| Employment and Fee Applications | 60.9 | $44,887.50 |
| Plan and Disclosure Statement | 77.2 | $106,025.50 |
| Stay Relief/Injunction Litigation | 1.3 | $1,280.50 |
| Creditors Committee Governance Matters | 5.9 | $5,701.50 |
| Non-Working Travel (Billed at 50%) | 4.4 | $3,797.20 |
| Committee Investigation (Non - Lenders) | 1,548.1 | $1,525,682.50 |
| Claims Administration and Objections | 3.7 | $3,843.50 |
| Hearings | 18.7 | $22,327.50 |
| Asset Sales and Disposition | 81.4 | $115,127.00 |
| DIP Financing/Cash Collateral | 46.9 | $68,859.50 |
| Business Operations | 65.9 | $65,180.50 |
| Employee Matters | 46.2 | $61,162.50 |
| **TOTAL** | **2,171.6** | **$2,265,111.70** |