# **EXHIBIT D**

(Summary of Hours Expended and Fees Incurred by Professionals)

**SUMMARY OF TIME AND COMPENSATION**

| TIME AND COMPENSATION BREAKDOWN – PARTNERS | | | | |
|---|---|---|---|---|
| **Name of Professional Person** | **Position; Admission Date; Specialty** | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Robert J. Stark | Partner; Admitted to New Jersey Bar in 1995; New York Bar in 1996; Bankruptcy & Corporate Restructuring | $2,450 | 18.7 | $45,815.00 |
| Jeffrey L. Jonas | Partner; Admitted to Massachusetts Bar in 1988; New York Bar in 2021; Litigation and Dispute Resolution | $2,450 | 6.0 | $14,700.00 |
| Bennett S. Silverberg | Partner; Admitted to New York Bar in 2001; Bankruptcy & Corporate Restructuring | $1,980 | 39.2 | $77,616.00 |
| Steven A. Tyrrell | Partner; Admitted to New York Bar in 1984; D.C. in 2011; White Collar Defense, Investigation and Compliance | $1,905 | 166.2 | $316,611.00 |

| | **TIME AND COMPENSATION BREAKDOWN – PARTNERS** | | | |
|---|---|---|---|---|
| **Name of Professional Person** | **Position; Admission Date; Specialty** | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Eric R. Goodman | Partner; Admitted to Ohio Bar in 2003; New York in 2018; Illinois in 2020; D.C. in 2021; Massachusetts in 2021; Bankruptcy & Corporate Restructuring | $1,800 | 1.5 | $2,700.00 |
| Kenneth Aulet[1] | Partner; Admitted to New York Bar in 2012 Bankruptcy & Corporate Restructuring | $1,725 | 128.5 | $221,662.50 |
| | | $863 | 4.4 | $3,797.20 |
| Shari I. Dwoskin | Partner; Admitted to Massachusetts Bar in 2014; New York Bar in 2023; Bankruptcy & Corporate Restructuring | $1,650 | 4.2 | $6,930.00 |
| Steven B. Levine | Partner; Admitted to Massachusetts Bar in 1981; New York Bar in 2003; Finance | $1,645 | 14.0 | $23,030.00 |
| Kevin A. Brown | Partner; Admitted to New Jersey Bar in 2006; New York Bar in 2008; Tax | $1,500 | 20.3 | $30,450.00 |

---

[1]    Fees for Kenneth Aulet are separated to indicate non-working travel time billed at 50% as set forth in the Retention Order.

| TIME AND COMPENSATION BREAKDOWN – PARTNERS | | | | |
|---|---|---|---|---|
| **Name of Professional Person** | **Position; Admission Date; Specialty** | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Nicole M. Bouchard | Partner; Admitted to New York Bar in 2009; Tax | $1,500 | 14.6 | $21,900.00 |
| Cameron D. Moxley | Partner; Admitted to New York Bar in 2005, Connecticut in 2022; Bankruptcy and Corporate Restructuring | $1,400 | 1.8 | $2,520.00 |
| Daniel J. Healy | Partner; Admitted to Massachusetts Bar in 1999; New York Bar in 1999; D.C. Bar in 2002; Maryland in 2005; Litigation and Dispute Resolution | $1,300 | 10.0 | $13,000.00 |
| Dylan P. Kletter | Partner; Admitted to Connecticut Bar in 2008; New York in 2022; Mergers and Acquisitions and Private Equity Litigation | $1,225 | 2.0 | $2,450.00 |
| Jennifer I. Charles | Partner; Admitted to Massachusetts Bar in 2009; D.C. Bar in 2013; Transactions | $1,100 | 12.8 | $14,080.00 |
| **TOTAL** | | | **444.2** | **$797,261.70** |
| **PARTNER BLENDED RATE** | | **$1,794.83** | | |

| **TIME AND COMPENSATION BREAKDOWN – ASSOCIATES AND OTHER COUNSEL** | | | | |
|---|---|---|---|---|
| **Name of Professional Person** | **Position; Admission Date; Specialty** | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Daniel L. Sachs | Counsel; Admitted to California Bar in 2013; D.C. Bar in 2017; New York Bar in 2020; White Collar Defense, Investigations & Compliance | $1,285 | 173.6 | $223,076.00 |
| Nancy H. Turner | Associate; Admitted to Virginia Bar in 2016; D.C. Bar in 2021; White Collar Defense, Investigations & Compliance | $1,000 | 354.5 | $354,500.00 |
| Shlomo D. Katz | Counsel; Admitted to Maryland Bar in 1990; D.C. Bar in 1993; Litigation and Dispute Resolution | $990 | 3.2 | $3,168.00 |
| Matthew A. Sawyer | Associate; Admitted to Massachusetts Bar in 2019; Bankruptcy & Corporate Restructuring | $985 | 171.1 | $168,533.50 |
| Dov Fiskus | Associate; Admitted to New York Bar in 2014; Tax | $965 | 9.3 | $8,974.50 |

| TIME AND COMPENSATION BREAKDOWN – ASSOCIATES AND OTHER COUNSEL | | | | |
|---|---|---|---|---|
| **Name of Professional Person** | **Position; Admission Date; Specialty** | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Maria DeOliveira | Associate; Admitted to New Jersey Bar in 2019; New York in 2022; Bankruptcy and Corporate Restructuring | $825 | 54.0 | $44,550.00 |
| Vanessa Toro-Plaza | Associate; Admitted to New York Bar in 2023; White Collar Defense, Investigations & Compliance | $825 | 143.1 | $118,057.50 |
| Caroline Henschel | Associate; Admitted to D.C. Bar in 2024; White Collar Defense, Investigations & Compliance | $740 | 307.90 | $227,846.00 |
| Jase Panebianco | Associate; Admitted to Virginia Bar in 2022; D.C. Bar in 2025; Litigation and Dispute Resolution | $740 | 105.4 | $77,996.00 |
| Jessica Y. Liong | Associate; Admitted to Massachusetts Bar in 2024; Bankruptcy & Corporate Restructuring | $685 | 9.8 | $6,713.00 |

| TIME AND COMPENSATION BREAKDOWN – ASSOCIATES AND OTHER COUNSEL | | | | |
|---|---|---|---|---|
| **Name of Professional Person** | **Position; Admission Date; Specialty** | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Roshni Parikh | Associate; Admitted to New York Bar in 2025; Litigation and Dispute Resolution | $685 | 6.0 | $4,110.00 |
| Samuel B. Kahn | Associate; Admitted to New York Bar in 2025; Bankruptcy & Corporate Restructuring | $685 | 100.7 | $68,979.50 |
| Darion M. Alexander | Associate; Admitted to D.C. Bar in 2025; Litigation and Dispute Resolution | $685 | 154.0 | $105,490.00 |
| **TOTAL** | | | **1,592.6** | **$1,411,994.00** |
| **ASSOCIATE & OTHER COUNSEL BLENDED RATE** | | **$886.60** | | |

| TIME AND COMPENSATION BREAKDOWN - PARAPROFESSIONALS | | | | |
|---|---|---|---|---|
| **Name of Professional Person** | **Position; Numbers of Years** | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Madelyn A. Soliman | Paralegal; Bankruptcy and Corporate Restructuring; over 5 years | $510 | 17.6 | $8,976.00 |
| Jack H. Collins | Paralegal; Bankruptcy & Corporate Restructuring; over 2 years | $400 | 86.4 | $34,560.00 |
| Jacob M. Rosner | Project Assistant; Over 1 year | $400 | 30.8 | $12,320.00 |
| **TOTAL** | | | 134.8 | $55,856.00 |
| **PARAPROFESSIONALS BLENDED RATE** | | $414.36 | | |
| **GRAND TOTAL** | | | | $2,265,111.70 |
| **BLENDED RATE FOR ALL BROWN RUDNICK TIMEKEEPERS** | | $1,043.06 | | |