# **EXHIBIT E**

(Summary of Expenses)

## SUMMARY OF DISBURSEMENTS

The following is a breakdown of disbursements for the period from June 27, 2025 through September 30, 2025:

| Service | Cost |
|---|---|
| Copies (In-House @ 10 cents per page Color and B&W) | $270.40 |
| Outside Copies | $211.60 |
| Overnight Delivery | $120.00 |
| PACER | $9.20 |
| Filing Fees | $1,034.00 |
| Travel Expenses | $1,841.35 |
| Westlaw Online / Lexis Transactional Searches | $10,732.90 |
| **TOTAL** | **$14,219.45** |