## EXHIBIT A

**Durrer Fee Declaration**

| **DENTONS US LLP** | **TOGUT, SEGAL & SEGAL LLP** |
|---|---|
| Tania M. Moyron (admitted *pro hac vice*) <br> Van C. Durrer, II (admitted *pro hac vice*) <br> 601 S. Figueroa Street #2500 <br> Los Angeles, CA 90017 <br> Telephone:  (213) 623-9300 <br> Facsimile:  (213) 623-9924 <br> Email:  tania.moyron@dentons.com <br>             van.durrer@dentons.com | Frank A. Oswald (admitted) <br> 550 Broad Street <br> Suite 1508 <br> Newark, NJ 07102 <br> Telephone:  (212) 594-5000 <br> Facsimile:  (212) 967-4258 <br> Email:  frankoswald@teamtogut.com |
| John D. Beck (admitted *pro hac vice*) <br> Sarah M. Schrag (admitted *pro hac vice*) <br> 1221 Avenue of the Americas <br> New York, NY 10020-1089 <br> Telephone:  (212) 768-6700 <br> Facsimile:  (212) 768-6800 <br> Email:  john.beck@dentons.com <br>             sarah.schrag@dentons.com | Albert Togut (admitted *pro hac vice*) <br> Eitan Blander (admitted *pro hac vice*) <br> One Penn Plaza, Suite 3335 <br> New York, New York 10119 <br> Telephone:  (212) 594-5000 <br> Facsimile:  (212) 967-4258 <br> Email:  altogut@teamtogut.com <br>             eblander@teamtogut.com |
| *Counsel for Debtors and* <br> *Debtors in Possession* | *Counsel for Debtors and* <br> *Debtors in Possession* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br> Powin, LLC, *et al.*,[1] <br>             Debtors. | Chapter 11 <br> Case No. 25-16137 (MBK) <br> (Jointly Administered) |

**DECLARATION OF VAN C. DURRER, II IN SUPPORT OF THE FIRST INTERIM APPLICATION OF DENTONS US LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM JUNE 9, 2025 THROUGH SEPTEMBER 30, 2025**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110].

I, Van Durrer II, being duly sworn, state the following under penalty of perjury:

1. I am a partner in the law firm of Dentons US LLP ("Dentons"), located at 601 S. Figueroa Street Suite 2500 Los Angeles, CA 90017, and have been duly admitted to practice law in Maryland, Delaware, California, New York, and the District of Columbia. I am one of the lead attorneys from Dentons working on the above-captioned chapter 11 cases. There are no disciplinary proceedings pending against me.

2. I have read the foregoing interim fee application of Dentons, attorneys for the Debtors, for the Fee Period (the "Fee Application"). To the best of my knowledge, information and belief, the statements contained in the Fee Application are true and correct. In addition, I believe the Fee Application complies with Local Rules 2016-1 and 2016-3.

[*Remainder of Page Intentionally Left Blank*]

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 26, 2025

Respectfully submitted,

*/s/ Van C. Durrer, II*
Van C. Durrer, II
Dentons US LLP