# EXHIBIT D

**Customary and Comparable Compensation Disclosures**

# EXHIBIT D

## Customary and Comparable Compensation Disclosures with Fee Application

| Category of Timekeeper | Blended Hourly Rates | |
|---|---|---|
| | **Billed to Non-Debtors** | **Billed to Debtors** |
| Partners | $1,485.00 | $1,400.25 |
| Counsel | $1,325.00 | $1,087.61 |
| Associates | $960.00 | $1,017.36 |
| Paralegals | $575.00 | $522.49 |
| **Total Blended Rate** | **$1,086.25** | **$1,190.44** |