# **EXHIBIT E**

**Budget**

# EXHIBIT E

## Budget

| Task Code | Estimated Hours | Estimated Fees | Actual Hours | Actual Fees | % Variance |
|---|---|---|---|---|---|
| B100 – Administration | 0 | $0.00 | 0.6 | $447.00 | N/A |
| B110 – Case Administration | 145.83 | $175,000.00 | 202.1 | $201,184.00 | 14.96% |
| B120 - Asset Analysis and Recovery | 333.33 | $400,000.00 | 311.1 | $387,563.50 | -3.11% |
| B130 - Asset Disposition | 1,000.00 | $1,200,000.00 | 906 | $1,105,650.00 | -7.86% |
| B140 - Stay Relief/Adequate Protection | 125.00 | $150,000.00 | 83.4 | $103,633.50 | -30.91% |
| B150 - UCC Issues/Meetings | 104.17 | $125,000.00 | 100.4 | $115,039.50 | -7.97% |
| B160 - Fee/Employment Applications | 166.67 | $200,000.00 | 140.2 | $159,953.50 | -20.02% |
| B185 – Assumption/Rejection of Contracts | 83.33 | $100,000.00 | 125.6 | $136,418.50 | 36.42% |
| B190 – Other Contested Matters | 0.00 | $0.00 | 1.4 | $2,163.00 | N/A |
| B195 - Non-Working Travel | 166.67 | $200,000.00 | 207.1 | $156,221.25 | -21.89% |
| B200 - Utilities | 25.00 | $30,000.00 | 42.4 | $41,578.00 | 38.59% |
| B220 - Employee Benefits/Pension | 0.00 | $0.00 | 1.8 | $2,381.50 | N/A |
| B230 - DIP Financing/Cash Collateral | 375.00 | $450,000.00 | 470.8 | $586,066.50 | 30.24% |
| B240 - Tax Issues | 20.83 | $25,000.00 | 18.1 | $24,450.00 | -2.20% |
| B250 - Real Estate Leases | 8.33 | $10,000.00 | 6.1 | $9,242.00 | -7.58% |
| B260 - Independent Manager Matters | 54.17 | $65,000.00 | 54.3 | $80,126.00 | 23.27% |
| B310 - Claims Administration and Objections | 29.17 | $35,000.00 | 32 | $33,557.50 | -4.12% |
| B320 – Plan and Disclosure Statement (incl. Business Plan) | 166.67 | $200,000.00 | 231.5 | $292,407.00 | 46.20% |
| CUST - Customer Issues | 416.67 | $500,000.00 | 361.4 | $467,973.50 | -6.41% |
| EMP - Employee Matters | 333.33 | $400,000.00 | 291 | $375,227.00 | -6.19% |
| INS – Insurance | 0.00 | $0.00 | 6.7 | $9,050.00 | N/A |
| REP - Reporting/Schedules | 166.67 | $200,000.00 | 191.7 | $212,082.00 | 6.04% |
| WARNACT – WARN Act Issues | 25.00 | $30,000.00 | 24.7 | $33,639.50 | 12.13% |