**EXHIBIT G**

**Proposed Order**

| | |
|---|---|
| **DENTONS US LLP** | **TOGUT, SEGAL & SEGAL LLP** |
| Tania M. Moyron (admitted *pro hac vice*) | Frank A. Oswald (admitted) |
| Van C. Durrer, II (admitted *pro hac vice*) | 550 Broad Street |
| 601 S. Figueroa Street #2500 | Suite 1508 |
| Los Angeles, CA 90017 | Newark, NJ 07102 |
| Telephone: (213) 623-9300 | Telephone: (212) 594-5000 |
| Facsimile: (213) 623-9924 | Facsimile: (212) 967-4258 |
| Email: tania.moyron@dentons.com | Email: frankoswald@teamtogut.com |
| van.durrer@dentons.com | |
| | Albert Togut (admitted *pro hac vice*) |
| John D. Beck (admitted *pro hac vice*) | Eitan Blander (admitted *pro hac vice*) |
| Sarah M. Schrag (admitted *pro hac vice*) | One Penn Plaza, Suite 3335 |
| 1221 Avenue of the Americas | New York, New York 10119 |
| New York, NY 10020-1089 | Telephone: (212) 594-5000 |
| Telephone: (212) 768-6700 | Facsimile: (212) 967-4258 |
| Facsimile: (212) 768-6800 | Email: altogut@teamtogut.com |
| Email: john.beck@dentons.com | eblander@teamtogut.com |
| sarah.schrag@dentons.com | |
| *Counsel for Debtors and* | *Counsel for Debtors and* |
| *Debtors in Possession* | *Debtors in Possession* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**ORDER GRANTING FIRST INTERIM APPLICATION OF DENTONS US LLP FOR
ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS
CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION
FOR THE PERIOD FROM JUNE 9, 2025 THROUGH SEPTEMBER 30, 2025**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110].

2

The relief set forth herein is hereby **ORDERED**.

The Court having found that Dentons US LLP (the "Applicant") filed an application for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is hereby **ORDERED** that:

1. Compensation in the cumulative amount of $4,583,696.22 is allowed.

2. The Debtors in the above-captioned cases are hereby authorized and directed to immediately pay to Applicant the sum above, less any amounts previously paid to Applicant on account of Applicant's June 2025 through September 2025 monthly fee statements.