**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

Order Filed on November 24, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER SHORTENING TIME PERIOD FOR NOTICE AND SETTING HEARING**

The relief set forth on the following pages, numbered one (1) through six (6), is **ORDERED.**

**DATED: November 24, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 Cases, along with the last four ⟨digits of each Debtor's federal tax identification⟩ number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [9470]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; (xii) Powin Canada B.C. Ltd. [2239], and (xiii) Powin EKS SellCo, LLC [9110]. Powin, LLC has formally changed its name to BESS RemainCo, LLC.

(page 2)
Debtors: Powin, LLC, et al.
Case No.: 25-16137 (MBK)
Caption of Order: Order Shortening Time Period for Notice and Setting Hearing

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| **DENTONS US LLP** | **TOGUT, SEGAL & SEGAL LLP** |
|---|---|
| Tania M. Moyron (admitted *pro hac vice*)<br>Van C. Durrer, II (admitted *pro hac vice*)<br>601 S. Figueroa Street #2500<br>Los Angeles, CA 90017<br>Telephone: (213) 623-9300<br>Facsimile: (213) 623-9924<br>Email: tania.moyron@dentons.com<br>van.durrer@dentons.com<br><br>John D. Beck (admitted *pro hac vice*)<br>Sarah M. Schrag (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>Telephone: (212) 768-6700<br>Facsimile: (212) 768-6800<br>Email: john.beck@dentons.com<br>sarah.schrag@dentons.com<br><br>*Counsel for Debtors and Debtors in Possession* | Frank A. Oswald (admitted)<br>550 Broad Street<br>Suite 1508<br>Newark, NJ 07102<br>Telephone: (212) 594-5000<br>Facsimile: (212) 967-4258<br>Email: frankoswald@teamtogut.com<br><br>Albert Togut (admitted *pro hac vice*)<br>Eitan Blander (admitted *pro hac vice*)<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>Telephone: (212) 594-5000<br>Facsimile: (212) 967-4258<br>Email: altogut@teamtogut.com<br>eblander@teamtogut.com<br><br>*Counsel for Debtors and Debtors in Possession* |
| **BROWN RUDNICK LLP** | **GENOVA BURNS LLC** |
| Robert J. Stark, Esq.<br>Kenneth J. Aulet, Esq.<br>Bennett S. Silverberg, Esq.<br>Jeffrey L. Jonas, Esq.<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4924<br>Facsimile: (212) 938-2924<br>Email: rstark@brownrudnick.com<br>kaulet@brownrudnick.com<br>bsilverberg@brownrudnick.com<br>jjonas@brownrudnick.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* | Daniel M. Stolz (admitted)<br>Donald W. Clarke (admitted)<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Telephone: (973) 533-0777<br>Facsimile: (973) 814-4045<br>Email: dstolz@genovaburns.com<br>dclark@genovaburns.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* |

(page 3)
Debtors:         Powin, LLC, et al.
Case No.         25-16137 (MBK)
Caption of Order: Order Shortening Time Period for Notice and Setting Hearing

Upon review of the *Plan Proponents' Application for Entry of an Order Shortening Time for Hearing on Emergency Motion of the Debtors and the Committee for Entry of an Order Disallowing and Expunging the Administrative Claim filed by FlexGen or, in the Alternative, Estimating that Claim at $0 for All Purposes* (the "Application"), of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") and the Committee of Unsecured Creditors (the "Committee" and together with the Debtors, the "Plan Proponents") for entry of an order (this "Order") requesting that the time period for notice of the *Emergency Motion of the Debtors and the Committee for Entry of an Order Disallowing and Expunging the Administrative Claim filed by FlexGen or, in the Alternative, Estimating that Claim at $0 for All Purposes* (the "Motion"), be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1),

**IT IS HEREBY ORDERED THAT:**

1. A hearing will be conducted on the Motion on November 25, 2025 at 11:30 a.m. (ET) before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Courtroom 8, Trenton, NJ 08608.

2. The Debtors must serve a copy of this Order, and all related documents to all parties in interests by either regular mail or email, as applicable.

3. Service must be made the date of this Order.

4. Notice by telephone is not required.

5. Any objections to the Motion may be presented orally at the hearing.

(page 4)
Debtors:        Powin, LLC, et al.
Case No.        25-16137 (MBK)
Caption of Order:   Order Shortening Time Period for Notice and Setting Hearing

      6.    Information to participate in the hearing via zoom can be found at https://www.njb.uscourts.gov/powin.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-16137-MBK |
| Powin, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 8 |
| Date Rcvd: Nov 24, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Powin, LLC, 20550 SW 115th Avenue, Tualatin, OR 97062-6857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 26, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan J. Brody | on behalf of Interested Party Stem Inc. brodya@gtlaw.com, alan-brody-2138@ecf.pacerpro.com |
| Anne B. Sekel | on behalf of Creditor AMP Solar US Services LLC n/k/a PureSky US Services LLC asekel@foley.com, jnicholson@foley.com;jlee@foley.com |
| Arthur Abramowitz | on behalf of Creditor Ace Engineering aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com |
| Barbra Rachel Parlin | on behalf of Creditor El Sol Storage Energy LLC barbra.parlin@hklaw.com elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |
| Barbra Rachel Parlin | on behalf of Creditor El Sol Energy Storage LLC barbra.parlin@hklaw.com elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |

Case 25-16137-MBK    Doc 1161    Filed 11/26/25    Entered 11/27/25 00:18:36    Desc
Imaged Certificate of Notice    Page 6 of 12

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 8 |
| Date Rcvd: Nov 24, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Barbra Rachel Parlin
    on behalf of Creditor Arizona Storage Development LLC barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barbra Rachel Parlin
    on behalf of Creditor Invenergy Storage Development LLC barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barbra Rachel Parlin
    on behalf of Creditor Invenergy  LLC barbra.parlin@hklaw.com,
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barbra Rachel Parlin
    on behalf of Creditor Yuma Solar Energy LLC barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barbra Rachel Parlin
    on behalf of Creditor MG HR S de R.L. de C.V. barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barbra Rachel Parlin
    on behalf of Creditor Invenergy Services LLC barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Blake Denton
    on behalf of Creditor FlexGen Power Systems  LLC blake.denton@lw.com

Boaz Cohen
    on behalf of Creditor Hitachi Energy Power Conversion Solutions  S.L.U., f/k/a Experience Knowledge Strategy, S.L.
    bcohen@kramerlevin.com

Boaz Cohen
    on behalf of Creditor Hitachi Energy Power Conversion Solutions Spain  S.L., f/k/a Experience Knowledge Strategy, S.L.
    bcohen@kramerlevin.com

Boaz Cohen
    on behalf of Creditor Hitachi Energy Ltd bcohen@kramerlevin.com

Brett S. Theisen
    on behalf of Creditor GLAS USA LLC btheisen@gibbonslaw.com  nmitchell@gibbonslaw.com

Brett S. Theisen
    on behalf of Interested Party Galp Parques Fotovoltaicos de Alcoutim  Lda btheisen@gibbonslaw.com,
    nmitchell@gibbonslaw.com

Cameron Deane
    on behalf of Creditor Toyota Industries Commercial Finance  Inc. cdeane@weltman.com

Courtney Brown
    on behalf of Creditor Mitsubishi Electric Power Products  Inc. cmbrown@vedderprice.com,
    ecfnydocket@vedderprice.com,courtney-brown-3667@ecf.pacerpro.com

Daniel Harris
    on behalf of Interested Party Greenbelt Capital Management  L.P. dharris@coleschotz.com, ddelehanty@coleschotz.com

Daniel Harris
    on behalf of Interested Party Trilantic Capital Management L.P. dharris@coleschotz.com  ddelehanty@coleschotz.com

Daniel Harris
    on behalf of Interested Party BHER Ravenswood Solar 1  LLC dharris@coleschotz.com, ddelehanty@coleschotz.com

Daniel Stolz
    on behalf of Attorney Brown Rudnick LLP dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Creditor Committee Official Committee of Unsecured Creditors dstolz@genovaburns.com
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Other Prof. Alvarez & Marsal North America  LLC dstolz@genovaburns.com,
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel C Fleming
    on behalf of Creditor ORR Protection Systems  Inc. dfleming@wongfleming.com, sshalloo@wongfleming.com

David A. Pisciotta
    on behalf of Creditor GLAS USA LLC dpisciotta@reedsmith.com
    david-pisciotta-4680@ecf.pacerpro.com;docketingecfnyc@reedsmith.com

David E. Sklar

Case 25-16137-MBK    Doc 1161    Filed 11/26/25    Entered 11/27/25 00:18:36    Desc
Imaged Certificate of Notice    Page 7 of 12

| District/off: 0312-3 | User: admin | Page 3 of 8 |
|---|---|---|
| Date Rcvd: Nov 24, 2025 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Poblano Energy Storage  LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| David E. Sklar | |
| | on behalf of Interested Party Leeward Renewable Energy  LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| David E. Sklar | |
| | on behalf of Interested Party DTE Electric Company dsklar@pashmanstein.com lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| David E. Sklar | |
| | on behalf of Interested Party Poblano Energy Storage  LLC, Strata Solar Services, LLC, and Strata Storage, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| David E. Sklar | |
| | on behalf of Creditor Mitsubishi Power Americas  Inc. dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| David E. Sklar | |
| | on behalf of Interested Party Longroad Development Company  LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| David E. Sklar | |
| | on behalf of Creditor Prevalon Energy LLC dsklar@pashmanstein.com lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| David E. Sklar | |
| | on behalf of Interested Party Longroad Energy Partners  on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| David H. Pikus | |
| | on behalf of Creditor Expeditors International of Washington  INC dpikus@bressler.com |
| Deanna Boll | |
| | on behalf of Creditor Apex Clean Energy Holdings  LLC dboll@mwe.com, dnorthrop@mwe.com |
| Donald W Clarke | |
| | on behalf of Other Prof. Alvarez & Marsal North America  LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Attorney Brown Rudnick LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Douglas J. McGill | |
| | on behalf of Creditor Bergstrom Inc. dmcgill@webbermcgill.com |
| Evan Lazerowitz | |
| | on behalf of Creditor Enel Produzione S.p.A elazerowitz@rc.com |
| Felice R. Yudkin | |
| | on behalf of Interested Party BHER Ravenswood Solar 1  LLC fyudkin@coleschotz.com, fpisano@coleschotz.com |
| Frank A. Oswald | |
| | on behalf of Debtor PEOS Holdings  LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | |
| | on behalf of Debtor Charger Holdings  LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | |
| | on behalf of Attorney Togut  Segal & Segal LLP frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | |
| | on behalf of Defendant Powin Energy Operating Holdings  LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | |
| | on behalf of Debtor Powin Energy Operating  LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | |

Case 25-16137-MBK    Doc 1161    Filed 11/26/25    Entered 11/27/25 00:18:36    Desc
Imaged Certificate of Notice    Page 8 of 12

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 8 |
| Date Rcvd: Nov 24, 2025 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant Powin LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | |
| | on behalf of Debtor Powin Project LLC frankoswald@teamtogut.com seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | |
| | on behalf of Debtor Powin Energy Ontario Storage LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | |
| | on behalf of Debtor Powin China Holdings 1 LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | |
| | on behalf of Debtor Powin Energy Operating Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | |
| | on behalf of Debtor Powin LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | |
| | on behalf of Debtor Powin China Holdings 2 LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | |
| | on behalf of Defendant Powin Energy Operating LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Franklin Barbosa, Jr | |
| | on behalf of Creditor CS Energy LLC fb@spsk.com, clm@spsk.com |
| Gail C. Lin | |
| | on behalf of Plaintiff Brian Palomino gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com |
| Gregory S. Toma | |
| | on behalf of Interested Party Front Range-Midway Solar Project LLC gtoma@riker.com |
| Jaclynn McDonnell | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors jmcdonnell@genovaburns.com dmendez@genovaburns.com |
| James N. Lawlor | |
| | on behalf of Creditor Munmorah Battery ProjectCo Pty Ltd jlawlor@wmd-law.com |
| James N. Lawlor | |
| | on behalf of Creditor Ulinda Park ProjectCo Pty Ltd jlawlor@wmd-law.com |
| Jeffrey A. Cooper | |
| | on behalf of Interested Party Honeywell International Inc. jcooper@rltlawfirm.com cooperatty@aol.com;rgaydos@rltlawfirm.com |
| Jeffrey D. Prol | |
| | on behalf of Interested Party Matrix Networks jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;courtmail@lowenstein.com;bnathan@lowenstein.com |
| Jeffrey M. Sponder | |
| | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jennifer Hoover | |
| | on behalf of Creditor EPC Services Company jhoover@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Jennifer Hoover | |
| | on behalf of Creditor GreEnergy Resources LLC jhoover@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Jeremy M. Campana | |
| | on behalf of Creditor Ultra Corpotech Inc. jeremy.campana@thompsonhine.com ECFDocket@thompsonhine.com |
| Jeremy M. Campana | |
| | on behalf of Creditor Ultra Corpotech Private Limited jeremy.campana@thompsonhine.com ECFDocket@thompsonhine.com |

Case 25-16137-MBK    Doc 1161    Filed 11/26/25    Entered 11/27/25 00:18:36    Desc
Imaged Certificate of Notice    Page 9 of 12

| District/off: 0312-3 | User: admin | Page 5 of 8 |
|---|---|---|
| Date Rcvd: Nov 24, 2025 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Joanna J. Cline | on behalf of Interested Party Ameresco Inc. and Kupono Solar, LLC joanna.cline@troutman.com, monica.molitor@troutman.com;wlbank@troutman.com |
| Joanna J. Cline | on behalf of Creditor Kupono Solar LLC joanna.cline@troutman.com, monica.molitor@troutman.com;wlbank@troutman.com |
| John S. Mairo | on behalf of Creditor Certain Funds and Accounts Managed by KKR Credit Advisors (US) LLC jmairo@gibbonslaw.com emunera@gibbonslaw.com |
| John W. Weiss | on behalf of Creditor Prevalon Energy LLC jweiss@pashmanstein.com gkarnick@pashmanstein.com |
| John W. Weiss | on behalf of Creditor Mitsubishi Power Americas Inc. jweiss@pashmanstein.com, gkarnick@pashmanstein.com |
| Joseph H. Lemkin | on behalf of Creditor THI Inc jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Spark Power Renewables USA Inc. jlemkin@stark-stark.com |
| Joseph J. DiPasquale | on behalf of Interested Party Specified Technologies Inc. jdipasquale@foxrothschild.com, aedwards@foxrothschild.com;msteen@foxrothschild.com |
| Joseph L. Schwartz | on behalf of Creditor Solar Carver 1 LLC jschwartz@riker.com |
| Joseph L. Schwartz | on behalf of Interested Party Front Range-Midway Solar Project LLC jschwartz@riker.com |
| Joseph L. Schwartz | on behalf of Creditor Solar Carver 3 LLC jschwartz@riker.com |
| Kevin J. Mangan | on behalf of Interested Party Pennsylvania Insurance Company kevin.mangan@wbd-us.com Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com |
| Kevin J. Mangan | on behalf of Interested Party Applied Surety Underwriters kevin.mangan@wbd-us.com Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com |
| Kevin J. Mangan | on behalf of Interested Party SiriusPoint America Insurance Company kevin.mangan@wbd-us.com Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com |
| Kevin M. Capuzzi | on behalf of Creditor Mesa Logistics Group LLC d/b/a Trivergix Group kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin M. Capuzzi | on behalf of Creditor 8Loop Logistics LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin M. Capuzzi | on behalf of Creditor 8Loop Trans Inc. kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin M. Capuzzi | on behalf of Creditor RH Shipping (USA) L.L.C. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin M. Capuzzi | on behalf of Creditor Mainfreight Inc. kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin M. Capuzzi | on behalf of Creditor R.H. Shipping & Chartering S. de R.L. de C.V. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kyriaki Christodoulou | on behalf of Creditor Arevon Energy Inc. kchristodoulou@cullenllp.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Lauren M. Macksoud | on behalf of Debtor Powin Canada B.C. Ltd. lauren.macksoud@dentons.com docket.general.lit.nyc@dentons.com |
| Lauren M. Macksoud | on behalf of Defendant Powin Energy Operating Holdings LLC lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com |
| Lauren M. Macksoud | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 6 of 8 |
| Date Rcvd: Nov 24, 2025 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Lauren M. Macksoud | on behalf of Debtor Powin Energy Ontario Storage II LP lauren.macksoud@dentons.com  docket.general.lit.nyc@dentons.com |
| Lauren M. Macksoud | on behalf of Debtor Powin  LLC lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com |
| Lauren M. Macksoud | on behalf of Defendant Powin  LLC lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com |
| Lauren M. Macksoud | on behalf of Debtor Powin Energy Storage 2  Inc. lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com |
| Lauren M. Macksoud | on behalf of Attorney Dentons US LLP lauren.macksoud@dentons.com  docket.general.lit.nyc@dentons.com |
| Lauren M. Macksoud | on behalf of Defendant Powin Energy Operating  LLC lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com |
| Leah Eisenberg | on behalf of Interested Party DTE Electric Company leisenberg@pashmanstein.com leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com |
| Leah Eisenberg | on behalf of Creditor Prevalon Energy LLC leisenberg@pashmanstein.com leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com |
| Leah Eisenberg | on behalf of Interested Party Longroad Development Company  LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com |
| Leah Eisenberg | on behalf of Interested Party Poblano Energy Storage  LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com |
| Leah Eisenberg | on behalf of Interested Party Longroad Energy Partners  on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com |
| Leah Eisenberg | on behalf of Creditor Mitsubishi Power Americas  Inc. leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com |
| Leah Eisenberg | on behalf of Interested Party Poblano Energy Storage  LLC, Strata Solar Services, LLC, and Strata Storage, LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com |
| Leah Eisenberg | on behalf of Interested Party Leeward Renewable Energy  LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com |
| Lee M. Cortes, Jr | on behalf of Interested Party Celestica LLC lee.cortes@arnoldporter.com |
| Lynne B. Xerras | on behalf of Creditor Invenergy Services LLC lynne.xerras@hklaw.com |
| Lynne B. Xerras | on behalf of Creditor El Sol Energy Storage LLC lynne.xerras@hklaw.com |
| Lynne B. Xerras | on behalf of Creditor Invenergy Storage Development LLC lynne.xerras@hklaw.com |
| Lynne B. Xerras | on behalf of Creditor Invenergy  LLC lynne.xerras@hklaw.com |
| Lynne B. Xerras | on behalf of Creditor El Sol Storage Energy LLC lynne.xerras@hklaw.com |
| Lynne B. Xerras | on behalf of Creditor Yuma Solar Energy LLC lynne.xerras@hklaw.com |
| Mark Magnozzi | on behalf of Creditor Oracle America  Inc., successor in interest to NetSuite, Inc. mmagnozzi@magnozzilaw.com |
| Mark S. Lichtenstein | on behalf of Creditor Sonic Systems International  LLC mark.lichtenstein@akerman.com, Reyko.delpino@akerman.com |
| Matthew L. Curro | on behalf of Creditor Contemporary Amperex Technology Co.  LTD mcurro@currolaw.com |
| Max DuVal | on behalf of Creditor Mitsubishi Electric Power Products  Inc. mduval@vedderprice.com |

Case 25-16137-MBK    Doc 1161    Filed 11/26/25    Entered 11/27/25 00:18:36    Desc
Imaged Certificate of Notice    Page 11 of 12

| District/off: 0312-3 | User: admin | Page 7 of 8 |
|---|---|---|
| Date Rcvd: Nov 24, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Michael Trentin
on behalf of Creditor EDF Power Solutions Inc. mtrentin@orrick.com, ssallie@coleschotz.com;dcarnie@orrick.com

Michael Trentin
on behalf of Creditor PowerFlex Systems Inc. mtrentin@orrick.com, ssallie@coleschotz.com;dcarnie@orrick.com

Michael Trentin
on behalf of Creditor EsVolta L.P. mtrentin@orrick.com, ssallie@coleschotz.com;dcarnie@orrick.com

Michael P. Pompeo
on behalf of Creditor Keyframe Capital Partners L.P. michael.pompeo@faegredrinker.com, cathy.greer@faegredrinker.com

Michael R. Herz
on behalf of Interested Party Zendesk Inc. mherz@foxrothschild.com, cbrown@foxrothschild.com

Natasha M. Songonuga
on behalf of Creditor Lu Pacific Properties LLC NSongonuga@archerlaw.com, ahuber@archerlaw.com

Nicholas Blaine Vislocky
on behalf of Creditor GLAS USA LLC nvislocky@reedsmith.com

Nicholas M. Gaunce
on behalf of Creditor Control Concepts Corporation dba c3controls ngaunce@eckertseamans.com nicholasmgaunce@gmail.com

Paul R. DeFilippo
on behalf of Creditor Munmorah Battery ProjectCo Pty Ltd pdefilippo@wmd-law.com

Paul R. DeFilippo
on behalf of Creditor Ulinda Park ProjectCo Pty Ltd pdefilippo@wmd-law.com

Richard Solow
on behalf of Creditor GLAS USA LLC rsolow@reedsmith.com rich-solow-3519@ecf.pacerpro.com

Richard B Harper
on behalf of Creditor Idaho Power Company richard.harper@bakerbotts.com john.mitchell@bakerbotts.com

Rodney Nelson
on behalf of Creditor Expeditors International of Washington INC rodneyknelson9@gmail.com, rahafalrehaili@labayenlaw.com

Ross J. Switkes
on behalf of Creditor Ace Engineering rswitkes@shermansilverstein.com

Sameer Alifarag
on behalf of Creditor JMS Wind Energy LLC sameeralifarag@eversheds-sutherland.com

Sameer Alifarag
on behalf of Creditor Pulse Clean Energy SPV Watt Limited sameeralifarag@eversheds-sutherland.com

Sean J. Kirby
on behalf of Creditor SMA Solar Technology America LLC skirby@sheppardmullin.com

Sean M. Beach
on behalf of Interested Party Ormat Nevada Inc. bankfilings@ycst.com dlaskin@ycst.com

Steven Abramowitz
on behalf of Creditor Ad Hoc Customer Group sabramowitz@velaw.com
mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com

Steven Abramowitz
on behalf of Creditor energyRe Services LLC sabramowitz@velaw.com,
mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com

Steven Abramowitz
on behalf of Creditor Lone Star Solar LLC sabramowitz@velaw.com,
mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com

Stuart M. Brown
on behalf of Interested Party Qingdao CIMC Container Manufacture Co. Ltd. stuart.brown@dlapiper.com
DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

Stuart M. Brown
on behalf of Interested Party China International Marine Containers Group Co. Ltd. stuart.brown@dlapiper.com,
DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

Stuart M. Brown
on behalf of Interested Party CIMC Technology Co. Ltd. stuart.brown@dlapiper.com,
DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

Susan Long
on behalf of Creditor Committee Official Committee of Unsecured Creditors slong@genovaburns.com

Tara T. LeDay
on behalf of Creditor One Source Freight Solutions Tara.LeDay@huschblackwell.com

| | |
|---|---|
| | christine.deacon@huschblackwell.com;penny.keller@huschblackwell.com |
| Turner Falk | on behalf of Creditor KCE NY 3 LLC turner.falk@saul.com, tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Clean Energy Services CES LLC turner.falk@saul.com, tnfalk@recap.email |
| Turner Falk | on behalf of Creditor KCE TX 7 LLC turner.falk@saul.com, tnfalk@recap.email |
| Turner Falk | on behalf of Creditor KCE TX 2 LLC turner.falk@saul.com, tnfalk@recap.email |
| Turner Falk | on behalf of Creditor KCE TX 8 LLC turner.falk@saul.com, tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Key Capture Energy LLC turner.falk@saul.com, tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren J. Martin, Jr. | on behalf of Creditor Formosa Electronic Industries Inc. wjmartin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com |

TOTAL: 153