Form 147 − ntccnfpln

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−16137−MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Powin, LLC
   20550 SW 115th Avenue
   Tualatin, OR 97062

Social Security No.:

Employer's Tax I.D. No.:
   86−2270504

## NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 11 plan was entered on December 1, 2025.

   IT IS FURTHER NOTICED,

   1. The clerk shall close the case 180 days after entry of the order confirming plan. Local Rule 3022−1(a).

   2. On motion of a party in interest filed and served within the time period set forth above, the court may for cause extend the time for closing the case. Local Rule 3022−1(c).

   3. All applications for allowance of fees and expenses shall be filed within 90 days after entry of a final order confirming plan, or such fees and expenses shall be deemed to be waived. Local Rule 2016−4.

Dated: December 1, 2025
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-16137-MBK |
| Powin, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 9 |
| Date Rcvd: Dec 01, 2025 | Form ID: 147 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Powin, LLC, 20550 SW 115th Avenue, Tualatin, OR 97062-6857 |
| aty | + | Andrew Sorkin, LATHAM & WATKINS, LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| aty | + | David A Hammerman, LATHAM & WATKINS, LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| aty | + | David M Fournier, TROUTMAN PEPPER LOCKE LLP, Hercules Plaza, Suite 1000, 1313 N. Market St., PO Box 1709 Wilmington, DE 19899-1709 |
| aty | + | David Wirt, HOLLAND & KNIGHT LLP, 150 N. Riverside Plaza, Chicago, IL 60606-1598 |
| aty | + | Gary M Kaplan, FARELLA BRAUN + MARTEL LLP, One Bush Street, Suite 900, San Francisco, CA 94104-4415 |
| aty | + | Jeannie Kim, SHEPPARD, MULLIN, RICHTER & HAMPTON LLP, Four Embarcadero Center, 17th Floor, San Francisco, CA 94111-4158 |
| aty | | Jeffrey C krause, GIBSON, DUNN & CRUTCHER LLP, 333 South Grand Avenue, Los Angeles, CA 90071-3197 |
| aty | + | Jeffrey T Mispagel, LATHAM & WATKINS, LLP, 355 South Grand Avenue, Suite 100, Los Angeles, CA 90071-3104 |
| aty | | Jenna MacDonald Busche, ORRICK, HERRINGTON & SUTCLIFFE LLP, 51 West 52nd Street, New York, NY 10019-6142 |
| aty | + | John Monaghan, HOLLAND & KNIGHT LLP, 10 St. James Avenue, Boston, MA 02116-3889 |
| aty | + | Joshua A Dunn, VEDDER PRICE P.C., 1633 Broadway, 31st Floor, New York, NY 10019-7587 |
| aty | + | Kathleen M St. John, HOLLAND & KNIGHT LLP, 10 St. James Avenue, Boston, MA 02116-3889 |
| aty | | Lorraine McGowen, ORRICK, HERRINGTON & SUTCLIFFE LLP, 51 West 52nd Street, New York, NY 10019-6142 |
| aty | + | Mathew W Lauritsen, KELL, ALTERMAN & RUNSTEIN, L.L.P., 520 SW Yamhill Street, Suite 600, Portland, OR 97204-1329 |
| aty | + | Michael J Cohen, GIBSON, DUNN & CRUTCHER LLP, 200 Park Ave, New York, NY 10166-4700 |
| aty | + | Michael Schein, VEDDER PRICE P.C., 1633 Broadway, 31st Floor, New York, NY 10019-7587 |
| aty | + | Ori Katz, SHEPPARD, MULLIN, RICHTER & HAMPTON LLP, Four Embarcadero Center, 17th Floor, San Francisco, CA 94111-4158 |
| aty | + | Tori L Remington, TROUTMAN PEPPER LOCKE LLP, Hercules Plaza, Suite 1000, 1313 N. Market Street, P.O. Box 1709, Wilmington, DE 19899-1709 |
| cr | + | CS Energy, LLC, 2045 Lincoln Highway, Edison, NJ 08817-3334 |
| cr | + | Control Concepts Corporation dba c3controls, 664 State Avenue, Beaver, PA 15009-9501 |
| cr | + | Enel Produzione S.p.A, c/o Evan M. Lazerowitz, ROBINSON & COLE LLP, 666 Third Avenue, 20th floor, New York, NY 10017-4132 |
| cr | + | Expeditors International of Washington, INC, 1015 Third Avenue, 1015 Third Avenue, 12th Floor, Seattle, WA 98104 UNITED STATES 98104-1184 |
| cr | | Formosa Electronic Industries Inc., 5th Floor, No. 8, Lane 130, Minquan Road, Xindian District, New Taipei City,Taiwan 231, NEW TAIPEI CITY,TAIWAN 231 |
| intp | + | Front Range-Midway Solar Project, LLC, Riker Danzig LLP, 7 Giralda Farms, Suite 250, Madison, NJ 07940 UNITED STATES 07940-1051 |
| op | + | Huron Transaction Advisory, LLC, 1166 Avenue of the Americas, 3rd Floor, New York, NY 10036-2738 |
| cr | + | JMS Wind Energy, LLC, 8022 S. Rainbow Blvd., Suite 406, Las Vegas, NV 89139, UNITED STATES 89139-6477 |
| cr | + | Oracle America, Inc., successor in interest to Net, The Magnozzi Law Firm PC, 23 Green Street Suite 302, Huntington, NY 11743, UNITED STATES 11743-3336 |
| cr | | Pulse Clean Energy SPV Watt Limited, 97 Kensington High Street, London, W8 6BA, ENGLAND |
| intp | + | Specified Technologies, Inc., 49 Market St., Morristown, NJ 07960-5122 |
| intp | + | Stem, Inc., c/o Alan J. Brody, Greenberg Traurig, LLP, 500 Campus Drive, Florham Park, NJ 07932-1024 |
| op | + | Uzzi & Lall, One Liberty Plaza, 165 Broadway, 23rd Floor, New York, NY 10006-1452 |
| 520684425 | + | Luis Santiago on behalf of himself and all others, PO Box 3103, Mobile, AL 36652, AL 36652-3103 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: whit.morley@lw.com | Dec 01 2025 23:21:00 | Whit Morley, LATHAM & WATKINS, LLP, 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611 |

| | | | | |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 01 2025 23:21:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 01 2025 23:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 01 2025 23:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| intp | + | Email/Text: rgaydos@rltlawfirm.com | Dec 01 2025 23:21:00 | Honeywell International Inc., c/o Rabinowitz, Lubetkin & Tully, LLC, 293 Eisenhower Parkway, Suite 100, Livingston, NJ 07039-1711 |
| 520754328 | + | Email/Text: ahochheiser@mauricewutscher.com | Dec 01 2025 23:21:00 | AmTrust North America, Inc. on behalf of, Wesco Insurance Company, c/o Maurice Wutscher LLP, 23611 Chagrin Blvd. Suite 207, Beachwood, OH 44122-5540 |
| 520749978 | + | Email/Text: schristianson@buchalter.com | Dec 01 2025 23:20:00 | Oracle America, Inc., c/o Shawn M. Christianson, Esq., Buchalter PC, 425 Market St., Suite 2900, San Francisco, CA 94105-2491 |
| 520684424 | | Email/Text: molsen@thegardnerfirm.com | Dec 01 2025 23:20:00 | Mary E. Olsen, PO Box 3103, Mobile, AL 36652, AL 36652 |
| 520830084 | + | Email/Text: AGBankRevenue@ag.tn.gov | Dec 01 2025 23:21:00 | TN Dept of Revenue, c/o TN Atty. General's Office, Bk. Div., POB 20207, Nashville, TN 37202-4015 |
| 520722593 | + | Email/Text: BKRMailOps@weltman.com | Dec 01 2025 23:22:00 | Toyota Industries Commercial Finance Inc., c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd., Ste. 200, Independence, OH 44131-2191 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| op | | Kurztman Carson Consultants, LLC dba Verita Global |
| na | | Kurztman Carson Consultants, LLC dba Verita Global |
| na | | Verita |
| 520795790 | * | Internal Revenue service, P.O.BOX 7346, Philadelphia PA 19101-7346 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2025   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2025 at the address(es) listed**

Case 25-16137-MBK    Doc 1178    Filed 12/03/25    Entered 12/04/25 00:20:29    Desc
Imaged Certificate of Notice    Page 4 of 10

| District/off: 0312-3 | User: admin | Page 3 of 9 |
|---|---|---|
| Date Rcvd: Dec 01, 2025 | Form ID: 147 | Total Noticed: 43 |

**below:**

| Name | Email Address |
|---|---|
| Alan J. Brody | on behalf of Interested Party Stem Inc. brodya@gtlaw.com, alan-brody-2138@ecf.pacerpro.com |
| Anne B. Sekel | on behalf of Creditor AMP Solar US Services LLC n/k/a PureSky US Services LLC asekel@foley.com, jnicholson@foley.com;jlee@foley.com |
| Arthur Abramowitz | on behalf of Creditor Ace Engineering aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com |
| Barbra Rachel Parlin | on behalf of Creditor Invenergy LLC barbra.parlin@hklaw.com, elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |
| Barbra Rachel Parlin | on behalf of Creditor Yuma Solar Energy LLC barbra.parlin@hklaw.com elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |
| Barbra Rachel Parlin | on behalf of Creditor Invenergy Services LLC barbra.parlin@hklaw.com elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |
| Barbra Rachel Parlin | on behalf of Creditor El Sol Storage Energy LLC barbra.parlin@hklaw.com elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |
| Barbra Rachel Parlin | on behalf of Creditor El Sol Energy Storage LLC barbra.parlin@hklaw.com elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |
| Barbra Rachel Parlin | on behalf of Creditor Arizona Storage Development LLC barbra.parlin@hklaw.com elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |
| Barbra Rachel Parlin | on behalf of Creditor MG HR S de R.L. de C.V. barbra.parlin@hklaw.com elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |
| Barbra Rachel Parlin | on behalf of Creditor Invenergy Storage Development LLC barbra.parlin@hklaw.com elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |
| Blake Denton | on behalf of Creditor FlexGen Power Systems LLC blake.denton@lw.com |
| Boaz Cohen | on behalf of Creditor Hitachi Energy Ltd bcohen@kramerlevin.com |
| Boaz Cohen | on behalf of Creditor Hitachi Energy Power Conversion Solutions S.L.U., f/k/a Experience Knowledge Strategy, S.L. bcohen@kramerlevin.com |
| Boaz Cohen | on behalf of Creditor Hitachi Energy Power Conversion Solutions Spain S.L., f/k/a Experience Knowledge Strategy, S.L. bcohen@kramerlevin.com |
| Brett S. Theisen | on behalf of Creditor GLAS USA LLC btheisen@gibbonslaw.com nmitchell@gibbonslaw.com |
| Brett S. Theisen | on behalf of Interested Party Galp Parques Fotovoltaicos de Alcoutim Lda btheisen@gibbonslaw.com, nmitchell@gibbonslaw.com |
| Cameron Deane | on behalf of Creditor Toyota Industries Commercial Finance Inc. cdeane@weltman.com |
| Courtney Brown | on behalf of Creditor Mitsubishi Electric Power Products Inc. cmbrown@vedderprice.com, ecfnydocket@vedderprice.com,courtney-brown-3667@ecf.pacerpro.com |
| Daniel Harris | on behalf of Interested Party Trilantic Capital Management L.P. dharris@coleschotz.com ddelehanty@coleschotz.com |
| Daniel Harris | on behalf of Interested Party BHER Ravenswood Solar 1 LLC dharris@coleschotz.com, ddelehanty@coleschotz.com |
| Daniel Harris | on behalf of Interested Party Greenbelt Capital Management L.P. dharris@coleschotz.com, ddelehanty@coleschotz.com |
| Daniel Stolz | |

Case 25-16137-MBK    Doc 1178    Filed 12/03/25    Entered 12/04/25 00:20:29    Desc
Imaged Certificate of Notice    Page 5 of 10

| District/off: 0312-3 | User: admin | Page 4 of 9 |
|---|---|---|
| Date Rcvd: Dec 01, 2025 | Form ID: 147 | Total Noticed: 43 |

| | |
|---|---|
| | on behalf of Attorney Brown Rudnick LLP dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | |
| | on behalf of Other Prof. Alvarez & Marsal North America  LLC dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | |
| | on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel C Fleming | |
| | on behalf of Creditor ORR Protection Systems  Inc. dfleming@wongfleming.com, sshalloo@wongfleming.com |
| David A. Pisciotta | |
| | on behalf of Creditor GLAS USA LLC dpisciotta@reedsmith.com david-pisciotta-4680@ecf.pacerpro.com;docketingecfnyc@reedsmith.com |
| David E. Sklar | |
| | on behalf of Interested Party Longroad Energy Partners  on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| David E. Sklar | |
| | on behalf of Interested Party Poblano Energy Storage  LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| David E. Sklar | |
| | on behalf of Interested Party Leeward Renewable Energy  LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| David E. Sklar | |
| | on behalf of Interested Party DTE Electric Company dsklar@pashmanstein.com lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| David E. Sklar | |
| | on behalf of Interested Party Poblano Energy Storage  LLC, Strata Solar Services, LLC, and Strata Storage, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| David E. Sklar | |
| | on behalf of Creditor Mitsubishi Power Americas  Inc. dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| David E. Sklar | |
| | on behalf of Interested Party Longroad Development Company  LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| David E. Sklar | |
| | on behalf of Creditor Prevalon Energy LLC dsklar@pashmanstein.com lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| David H. Pikus | |
| | on behalf of Creditor Expeditors International of Washington  INC dpikus@bressler.com |
| Deanna Boll | |
| | on behalf of Creditor Apex Clean Energy Holdings  LLC dboll@mwe.com, dnorthrop@mwe.com |
| Donald W Clarke | |
| | on behalf of Other Prof. Alvarez & Marsal North America  LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Attorney Brown Rudnick LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Douglas J. McGill | |
| | on behalf of Creditor Bergstrom Inc. dmcgill@webbermcgill.com |
| Evan Lazerowitz | |
| | on behalf of Creditor Enel Produzione S.p.A elazerowitz@rc.com |
| Felice R. Yudkin | |
| | on behalf of Interested Party BHER Ravenswood Solar 1  LLC fyudkin@coleschotz.com, fpisano@coleschotz.com |
| Frank A. Oswald | |
| | on behalf of Debtor Powin Energy Ontario Storage  LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 9 |
| Date Rcvd: Dec 01, 2025 | Form ID: 147 | Total Noticed: 43 |

Frank A. Oswald
    on behalf of Debtor Powin China Holdings 1 LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Frank A. Oswald
    on behalf of Debtor Powin Energy Operating Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Frank A. Oswald
    on behalf of Debtor Powin LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Frank A. Oswald
    on behalf of Debtor Powin China Holdings 2 LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Frank A. Oswald
    on behalf of Defendant Powin Energy Operating LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Frank A. Oswald
    on behalf of Debtor PEOS Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Frank A. Oswald
    on behalf of Debtor Charger Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Frank A. Oswald
    on behalf of Attorney Togut Segal & Segal LLP frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Frank A. Oswald
    on behalf of Defendant Powin Energy Operating Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Frank A. Oswald
    on behalf of Debtor Powin Energy Operating LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Frank A. Oswald
    on behalf of Defendant Powin LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Frank A. Oswald
    on behalf of Debtor Powin Project LLC frankoswald@teamtogut.com seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Franklin Barbosa, Jr
    on behalf of Creditor CS Energy LLC fb@spsk.com, clm@spsk.com

Gail C. Lin
    on behalf of Plaintiff Brian Palomino gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com

Gail C. Lin
    on behalf of Creditor Brian Palomino gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com

Gregory S. Toma
    on behalf of Interested Party Front Range-Midway Solar Project LLC gtoma@riker.com

Jaclynn McDonnell
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jmcdonnell@genovaburns.com dmendez@genovaburns.com

James N. Lawlor
    on behalf of Creditor Munmorah Battery ProjectCo Pty Ltd jlawlor@wmd-law.com

James N. Lawlor
    on behalf of Creditor Ulinda Park ProjectCo Pty Ltd jlawlor@wmd-law.com

Case 25-16137-MBK    Doc 1178    Filed 12/03/25    Entered 12/04/25 00:20:29    Desc
Imaged Certificate of Notice    Page 7 of 10

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 6 of 9 |
| Date Rcvd: Dec 01, 2025 | Form ID: 147 | Total Noticed: 43 |

**Jeffrey A. Cooper**
on behalf of Interested Party Honeywell International Inc. jcooper@rltlawfirm.com cooperatty@aol.com;rgaydos@rltlawfirm.com

**Jeffrey D. Prol**
on behalf of Interested Party Matrix Networks jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;courtmail@lowenstein.com;bnathan@lowenstein.com

**Jeffrey M. Sponder**
on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

**Jennifer Hoover**
on behalf of Creditor EPC Services Company jhoover@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

**Jennifer Hoover**
on behalf of Creditor GreEnergy Resources  LLC jhoover@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

**Jeremy M. Campana**
on behalf of Creditor Ultra Corpotech Private Limited jeremy.campana@thompsonhine.com  ECFDocket@thompsonhine.com

**Jeremy M. Campana**
on behalf of Creditor Ultra Corpotech Inc. jeremy.campana@thompsonhine.com  ECFDocket@thompsonhine.com

**Joanna J. Cline**
on behalf of Creditor Kupono Solar  LLC joanna.cline@troutman.com, monica.molitor@troutman.com;wlbank@troutman.com

**Joanna J. Cline**
on behalf of Interested Party Ameresco  Inc. and Kupono Solar, LLC joanna.cline@troutman.com, monica.molitor@troutman.com;wlbank@troutman.com

**John S. Mairo**
on behalf of Creditor Certain Funds and Accounts Managed by KKR Credit Advisors (US) LLC jmairo@gibbonslaw.com emunera@gibbonslaw.com

**John W. Weiss**
on behalf of Creditor Mitsubishi Power Americas  Inc. jweiss@pashmanstein.com, gkarnick@pashmanstein.com

**John W. Weiss**
on behalf of Creditor Prevalon Energy LLC jweiss@pashmanstein.com  gkarnick@pashmanstein.com

**Joseph H. Lemkin**
on behalf of Creditor Spark Power Renewables USA Inc. jlemkin@stark-stark.com

**Joseph H. Lemkin**
on behalf of Creditor THI Inc jlemkin@stark-stark.com

**Joseph J. DiPasquale**
on behalf of Interested Party Specified Technologies  Inc. jdipasquale@foxrothschild.com, aedwards@foxrothschild.com;msteen@foxrothschild.com

**Joseph L. Schwartz**
on behalf of Interested Party Front Range-Midway Solar Project  LLC jschwartz@riker.com

**Joseph L. Schwartz**
on behalf of Creditor Solar Carver 3  LLC jschwartz@riker.com

**Joseph L. Schwartz**
on behalf of Creditor Solar Carver 1  LLC jschwartz@riker.com

**Kevin J. Mangan**
on behalf of Interested Party SiriusPoint America Insurance Company kevin.mangan@wbd-us.com Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

**Kevin J. Mangan**
on behalf of Interested Party Pennsylvania Insurance Company kevin.mangan@wbd-us.com Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

**Kevin J. Mangan**
on behalf of Interested Party Applied Surety Underwriters kevin.mangan@wbd-us.com Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

**Kevin M. Capuzzi**
on behalf of Creditor Mainfreight Inc. kcapuzzi@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

**Kevin M. Capuzzi**
on behalf of Creditor R.H. Shipping & Chartering  S. de R.L. de C.V. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

**Kevin M. Capuzzi**
on behalf of Creditor Mesa Logistics Group  LLC d/b/a Trivergix Group kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Case 25-16137-MBK    Doc 1178    Filed 12/03/25    Entered 12/04/25 00:20:29    Desc
Imaged Certificate of Notice    Page 8 of 10

| District/off: 0312-3 | User: admin | Page 7 of 9 |
|---|---|---|
| Date Rcvd: Dec 01, 2025 | Form ID: 147 | Total Noticed: 43 |

Kevin M. Capuzzi
    on behalf of Creditor 8Loop Logistics LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
    on behalf of Creditor 8Loop Trans Inc. kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
    on behalf of Creditor RH Shipping (USA) L.L.C. kcapuzzi@beneschlaw.com,
    docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kyriaki Christodoulou
    on behalf of Creditor Arevon Energy Inc. kchristodoulou@cullenllp.com

Lauren Bielskie
    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Lauren M. Macksoud
    on behalf of Defendant Powin LLC lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com

Lauren M. Macksoud
    on behalf of Debtor Powin Energy Storage 2 Inc. lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com

Lauren M. Macksoud
    on behalf of Attorney Dentons US LLP lauren.macksoud@dentons.com docket.general.lit.nyc@dentons.com

Lauren M. Macksoud
    on behalf of Debtor Powin Canada B.C. Ltd. lauren.macksoud@dentons.com docket.general.lit.nyc@dentons.com

Lauren M. Macksoud
    on behalf of Defendant Powin Energy Operating Holdings LLC lauren.macksoud@dentons.com,
    docket.general.lit.nyc@dentons.com

Lauren M. Macksoud
    on behalf of Defendant Powin Energy Operating LLC lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com

Lauren M. Macksoud
    on behalf of Debtor Powin Energy Ontario Storage II LP lauren.macksoud@dentons.com docket.general.lit.nyc@dentons.com

Lauren M. Macksoud
    on behalf of Debtor Powin LLC lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com

Leah Eisenberg
    on behalf of Interested Party Poblano Energy Storage LLC, Strata Solar Services, LLC, and Strata Storage, LLC
    leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Leah Eisenberg
    on behalf of Interested Party Leeward Renewable Energy LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC,
    and Antelope Valley BESS, LLC leisenberg@pashmanstein.com,
    leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Leah Eisenberg
    on behalf of Interested Party DTE Electric Company leisenberg@pashmanstein.com
    leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Leah Eisenberg
    on behalf of Creditor Prevalon Energy LLC leisenberg@pashmanstein.com
    leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Leah Eisenberg
    on behalf of Interested Party Longroad Development Company LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC,
    and Sun Streams Expansion, LLC leisenberg@pashmanstein.com,
    leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Leah Eisenberg
    on behalf of Interested Party Poblano Energy Storage LLC leisenberg@pashmanstein.com,
    leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Leah Eisenberg
    on behalf of Interested Party Longroad Energy Partners on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun
    Streams Expansion, LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Leah Eisenberg
    on behalf of Creditor Mitsubishi Power Americas Inc. leisenberg@pashmanstein.com,
    leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Lee M. Cortes, Jr
    on behalf of Interested Party Celestica LLC lee.cortes@arnoldporter.com

Lynne B. Xerras
    on behalf of Creditor Yuma Solar Energy LLC lynne.xerras@hklaw.com

Lynne B. Xerras
    on behalf of Creditor Invenergy Services LLC lynne.xerras@hklaw.com

Case 25-16137-MBK    Doc 1178    Filed 12/03/25    Entered 12/04/25 00:20:29    Desc
Imaged Certificate of Notice    Page 9 of 10

| District/off: 0312-3 | User: admin | Page 8 of 9 |
|---|---|---|
| Date Rcvd: Dec 01, 2025 | Form ID: 147 | Total Noticed: 43 |

| | |
|---|---|
| Lynne B. Xerras | on behalf of Creditor El Sol Energy Storage LLC lynne.xerras@hklaw.com |
| Lynne B. Xerras | on behalf of Creditor Invenergy Storage Development LLC lynne.xerras@hklaw.com |
| Lynne B. Xerras | on behalf of Creditor Invenergy  LLC lynne.xerras@hklaw.com |
| Lynne B. Xerras | on behalf of Creditor El Sol Storage Energy LLC lynne.xerras@hklaw.com |
| Mark Magnozzi | on behalf of Creditor Oracle America Inc., successor in interest to NetSuite, Inc. mmagnozzi@magnozzilaw.com |
| Mark S. Lichtenstein | on behalf of Creditor Sonic Systems International LLC mark.lichtenstein@akerman.com, Reyko.delpino@akerman.com |
| Matthew L. Curro | on behalf of Creditor Contemporary Amperex Technology Co. LTD mcurro@currolaw.com |
| Max DuVal | on behalf of Creditor Mitsubishi Electric Power Products Inc. mduval@vedderprice.com |
| Michael Trentin | on behalf of Creditor EsVolta L.P. mtrentin@orrick.com, ssallie@coleschotz.com;dcarnie@orrick.com |
| Michael Trentin | on behalf of Creditor EDF Power Solutions Inc. mtrentin@orrick.com, ssallie@coleschotz.com;dcarnie@orrick.com |
| Michael Trentin | on behalf of Creditor PowerFlex Systems Inc. mtrentin@orrick.com, ssallie@coleschotz.com;dcarnie@orrick.com |
| Michael P. Pompeo | on behalf of Creditor Keyframe Capital Partners L.P. michael.pompeo@faegredrinker.com, cathy.greer@faegredrinker.com |
| Michael R. Herz | on behalf of Interested Party Zendesk Inc. mherz@foxrothschild.com, cbrown@foxrothschild.com |
| Natasha M. Songonuga | on behalf of Creditor Lu Pacific Properties LLC NSongonuga@archerlaw.com, ahuber@archerlaw.com |
| Nicholas Blaine Vislocky | on behalf of Creditor GLAS USA LLC nvislocky@reedsmith.com |
| Nicholas M. Gaunce | on behalf of Creditor Control Concepts Corporation dba c3controls ngaunce@eckertseamans.com nicholasmgaunce@gmail.com |
| Noelle Torrice | on behalf of Creditor EPC Services Company ntorrice@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Paul R. DeFilippo | on behalf of Creditor Ulinda Park ProjectCo Pty Ltd pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Creditor Munmorah Battery ProjectCo Pty Ltd pdefilippo@wmd-law.com |
| Richard Solow | on behalf of Creditor GLAS USA LLC rsolow@reedsmith.com rich-solow-3519@ecf.pacerpro.com |
| Richard B Harper | on behalf of Creditor Idaho Power Company richard.harper@bakerbotts.com john.mitchell@bakerbotts.com |
| Rodney Nelson | on behalf of Creditor Expeditors International of Washington INC rodneyknelson9@gmail.com, rahafalrehaili@labayenlaw.com |
| Ross J. Switkes | on behalf of Creditor Ace Engineering rswitkes@shermansilverstein.com |
| Sameer Alifarag | on behalf of Creditor Pulse Clean Energy SPV Watt Limited sameeralifarag@eversheds-sutherland.com |
| Sameer Alifarag | on behalf of Creditor JMS Wind Energy LLC sameeralifarag@eversheds-sutherland.com |
| Sean J. Kirby | on behalf of Creditor SMA Solar Technology America LLC skirby@sheppardmullin.com |
| Sean M. Beach | on behalf of Interested Party Ormat Nevada Inc. bankfilings@ycst.com dlaskin@ycst.com |
| Steven Abramowitz | on behalf of Creditor energyRe Services LLC sabramowitz@velaw.com, |

Case 25-16137-MBK    Doc 1178    Filed 12/03/25    Entered 12/04/25 00:20:29    Desc
Imaged Certificate of Notice    Page 10 of 10

| District/off: 0312-3 | User: admin | Page 9 of 9 |
|---|---|---|
| Date Rcvd: Dec 01, 2025 | Form ID: 147 | Total Noticed: 43 |

mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com

Steven Abramowitz

on behalf of Creditor Lone Star Solar LLC sabramowitz@velaw.com,
mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com

Steven Abramowitz

on behalf of Creditor Ad Hoc Customer Group sabramowitz@velaw.com
mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com

Stuart M. Brown

on behalf of Interested Party China International Marine Containers Group Co. Ltd. stuart.brown@dlapiper.com,
DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

Stuart M. Brown

on behalf of Interested Party CIMC Technology Co. Ltd. stuart.brown@dlapiper.com,
DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

Stuart M. Brown

on behalf of Interested Party Qingdao CIMC Container Manufacture Co. Ltd. stuart.brown@dlapiper.com
DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

Susan Long

on behalf of Creditor Committee Official Committee of Unsecured Creditors slong@genovaburns.com

Tara T. LeDay

on behalf of Creditor One Source Freight Solutions Tara.LeDay@huschblackwell.com
christine.deacon@huschblackwell.com;penny.keller@huschblackwell.com

Turner Falk

on behalf of Creditor KCE TX 8 LLC turner.falk@saul.com, tnfalk@recap.email

Turner Falk

on behalf of Creditor Key Capture Energy LLC turner.falk@saul.com, tnfalk@recap.email

Turner Falk

on behalf of Creditor KCE NY 3 LLC turner.falk@saul.com, tnfalk@recap.email

Turner Falk

on behalf of Creditor Clean Energy Services CES LLC turner.falk@saul.com, tnfalk@recap.email

Turner Falk

on behalf of Creditor KCE TX 7 LLC turner.falk@saul.com, tnfalk@recap.email

Turner Falk

on behalf of Creditor KCE TX 2 LLC turner.falk@saul.com, tnfalk@recap.email

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Warren J. Martin, Jr.

on behalf of Creditor Formosa Electronic Industries Inc. wjmartin@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com

TOTAL: 155