**|UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**MONTHLY FEE STATEMENT COVER SHEET FOR THE PERIOD**
**NOVEMBER 1, 2025 THROUGH NOVEMBER 30, 2025**

| | | | |
|---|---|---|---|
| Debtor: | Powin, LLC, et al. | Applicant: | Genova Burns LLC |
| Case No.: | 25-16137 (MBK) | Client: | Unsecured Creditors Committee |
| Chapter: | 11 | Case Filed: | June 10, 2025 |

## SECTION 1
## FEE SUMMARY

X   Monthly Fee Statement No. 5       or  ☐ Final Fee Application

Summary of Amounts Requested for the Period from November 1, 2025 through November 30, 2025 (the "Fourth Statement Period")

| | |
|---|---|
| Total Fees: | $  44,013.75 |
| Total Disbursements: | $       423.39 |
| Minus 20% holdback of Fees: | $    8,802.75 |
| Amount Sought at this Time: | $  35,634.39 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  Daniel M. Stolz, Partner | 1980 | 37.60 | 900.00 | $33,840.00 |
| 2.  Daniel M. Stolz, Partner | 1980 | 3.00 | 450.00 | $1,350.00 |
| 3.  Donald W. Clarke, Partner | 2008 | .20 | 700.00 | $140.00 |
| 4.  Susan S. Long, Counsel | 2007 | 9.50 | 550.00 | $5,225.00 |
| 5.  R. Edward Stone, Jr. Associate | 2025 | 3.00 | 325.00 | $975.00 |
| 6.  R. Edward Stone, Jr. Associates | 2025 | 3.10 | 162.50 | $503.75 |
| 7.  Lorrie Denson | Paralegal | 7.20 | 275.00 | $1,970.00 |

Fee Totals:              $  44,013.75
Disbursements Totals:    $       423.39
Total Fee Application    $  44,437.14

## SECTION II SUMMARY
## OF SERVICES

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) | **Asset Disposition** Sales, leases, abandonment and related transaction work. | | |
| c) | **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | | |
| d) | **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) | **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 34.10 | 27,560.00 |
| f) | **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | .70 | 630.00 |
| g) | **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) | **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 10.80 | 5,220.00 |
| i) | **Fee/Employment Objections** Review of an objections to the employment and fee applications of others. | | |
| j) | **Financing** Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) | **Litigation** Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | .10 | 55.00 |
| l) | **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | | |
| m) | **Plan and Disclosure Statement** Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 11.60 | 8,515.00 |

2

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| n) | **Relief from Stay Proceedings** <br> Matters relating to termination or continuation of automatic stay under 362. | | |
| o) | **Accounting/Auditing** <br> Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) | **Business Analysis** <br> Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) | **Corporate Finance** <br> Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) | **Data Analysis** <br> Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) | **Litigation Consulting** <br> Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) | **Reconstruction Accounting** <br> Reconstructing books and records from past transactions and brining accounting current. | | |
| u) | **Tax Issues** <br> Analysis of tax issues and preparation of state and federal tax returns. | .20 | 180.00 |
| v) | **Valuation** <br> Appraise or review appraisals of assets. | | |
| w) | **Travel Time** | 6.10 | 1,853.75 |
| **SERVICE TOTALS:** | | 63.60 | $44,013.75 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| | DISBURSEMENTS | AMOUNT |
|---|---|---|
| a) | **Filing Fees** <br> Payable to Clerk of Court. | |
| b) | **Computer Assisted Legal Research** <br> Westlaw, Lexis and a description of manner calculated. | 41.10 |
| c) | **Pacer Fees** <br> Payable to the Pacer Service Center for search and/or print. | |
| d) | **Fax** <br> Include per page fee charged. | |
| e) | **Case Specific Telephone/Conference Call Charges** <br> Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services** <br> Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services** <br> Including scanning services. | |
| h) | **Other Research** <br> Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting** <br> Transcripts. | |
| j) | **Travel** <br> Mileage, tolls, airfare, parking. | |
| k) | **Courier & Express Carriers** <br> Overnight and personal delivery. | |
| l) | **Postage** | |
| m) | **Other (specify) Professional** | 382.29 |
| | **DISBURSEMENTS TOTAL:** | $423.39 |

I certify under penalty of perjury that the above is true.

Date: December 9, 2025

/s/ *Daniel M. Stolz*
DANIEL M. STOLZ

4