# EXHIBIT A

GENOVA BURNS LLC

November 30, 2025
Invoice No.:    540649

## PROFESSIONAL SERVICES RENDERED

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/02/25 | DMS | B110 | Emails with Sawyer and Creditors Committee regarding Trust Agreements and meeting. | .20 | 900.00 | 180.00 |
| 11/02/25 | SSL | B110 | Review email from Matthew Sawyer of BR to committee listserv regarding trust agreements and rescheduling of committee meeting. | .10 | 550.00 | 55.00 |
| 11/03/25 | DMS | B110 | Emails with Aulet regarding preparation for hearing. | .20 | 900.00 | 180.00 |
| 11/03/25 | SSL | B110 | Emails from/to Ken Aulet and DMS regarding registration for hearing. Email to Chambers of Judge Kaplan requesting status. Calls to/from Chambers regarding adjournment of hearing. | .40 | 550.00 | 220.00 |
| 11/04/25 | DMS | B110 | Email with A&M regarding fee estimate. | .20 | 900.00 | 180.00 |
| 11/04/25 | DMS | B110 | Review redlined trust agreements. | .30 | 900.00 | 270.00 |
| 11/04/25 | DMS | B110 | Edit trust agreements and emails with BR regarding same. | .50 | 900.00 | 450.00 |
| 11/04/25 | DMS | B110 | Review motion to estimate claims. | .20 | 900.00 | 180.00 |
| 11/04/25 | SSL | B110 | Review emails from Matthew Sawyer and Ken Aulet of BR, Timothy Walsh and DMS to committee listserv regarding Liquidating Trust Agreement. | .20 | 550.00 | 110.00 |
| 11/05/25 | DMS | B110 | Prepare for Creditor Committee meeting and review documents. | .30 | 900.00 | 270.00 |
| 11/05/25 | DMS | B110 | Creditor Committee meeting. | 1.00 | 900.00 | 900.00 |
| 11/05/25 | DMS | B110 | Review LS notice of appearance. | .10 | 900.00 | 90.00 |
| 11/05/25 | DMS | B110 | Emails with Aulet and Raisner regarding QSF. | .30 | 900.00 | 270.00 |
| 11/05/25 | DMS | B110 | Review Mitsui joinder. | .20 | 900.00 | 180.00 |
| 11/05/25 | DMS | B110 | Review DTE joinder. | .20 | 900.00 | 180.00 |

**GENOVA BURNS LLC**

November 30, 2025
Invoice No.:    540649

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/06/25 | DMS | B110 | Email with Aulet regarding authority for TOC to retain counsel. | .30 | 900.00 | 270.00 |
| 11/06/25 | DMS | B110 | Emails with Aulet and WARN counsel. | .30 | 900.00 | 270.00 |
| 11/06/25 | DMS | B110 | Review ad hoc pleading. | .20 | 900.00 | 180.00 |
| 11/06/25 | DMS | B110 | Emails with Moyron regarding ACE voting etc. | .30 | 900.00 | 270.00 |
| 11/06/25 | DMS | B110 | Review amended abandonment Order. | .10 | 900.00 | 90.00 |
| 11/07/25 | DMS | B110 | Call with Creditor Committee Professionals. | .60 | 900.00 | 540.00 |
| 11/07/25 | DMS | B110 | Review Plan supplement and list of assumed executory contracts. | .20 | 900.00 | 180.00 |
| 11/07/25 | DMS | B320 | Emails regarding Plan supplement. | .20 | 900.00 | 180.00 |
| 11/07/25 | DMS | B110 | Emails with Sawyer regarding revised trust agreement. | .30 | 900.00 | 270.00 |
| 11/07/25 | DWC | B110 | Coordinate review and finalization of Trust Agreement | .20 | 700.00 | 140.00 |
| 11/07/25 | SSL | B110 | Email from Matthew Sawyer of BR to committee listserv regarding trust agreements. Emails from/to DWC regarding same. Emails to/from Sawyer regarding filing of documents. | .30 | 550.00 | 165.00 |
| 11/08/25 | DMS | B320 | Review filed Plan supplement. | .20 | 900.00 | 180.00 |
| 11/08/25 | DMS | B320 | Review Sawyer update with Plan Supplement and Surety Motion. | .30 | 900.00 | 270.00 |
| 11/08/25 | SSL | B110 | Review email from Matthew Sawyer of BR to committee listserv regarding plan supplement, surety motion, and upcoming confirmation hearing. | .20 | 550.00 | 110.00 |
| 11/10/25 | DMS | B320 | Review Plan supplement and attachments with special focus on TOC. | .80 | 900.00 | 720.00 |
| 11/10/25 | DMS | B310 | Review notice of settled ACE priority claim. | .20 | 900.00 | 180.00 |
| 11/10/25 | DMS | B310 | Notice of settlement of WARN claims. | .20 | 900.00 | 180.00 |
| 11/10/25 | DMS | B110 | Review Surety estimation motion and Sawyer email regarding same. | .30 | 900.00 | 270.00 |

GENOVA BURNS LLC

November 30, 2025
Invoice No.:    540649

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 11/10/25 | DMS | B110 | Email to Aulet and Sawyer regarding 2 trust finances, etc. | .30 | 900.00 | 270.00 |
| 11/11/25 | DMS | B110 | Email with A&M regarding fees. | .20 | 900.00 | 180.00 |
| 11/11/25 | LD | B160 | Review timesheets and prepare GB draft October fee statement. | 1.00 | 275.00 | 275.00 |
| 11/12/25 | DMS | B110 | Review voting summary. | .20 | 900.00 | 180.00 |
| 11/12/25 | DMS | B110 | Review LEDES file. | .20 | 900.00 | 180.00 |
| 11/12/25 | DMS | B160 | Emails regarding Fee Application deadlines. | .30 | 900.00 | 270.00 |
| 11/12/25 | LD | B160 | Finalize and file GB October fee statement and arrange for service. | .50 | 275.00 | 137.50 |
| 11/12/25 | LD | B160 | Prepare first interim fee application for GB. | 2.50 | 275.00 | 687.50 |
| 11/12/25 | SSL | B110 | Receipt/review ECF notice of filing of GB monthly fee statement. | .10 | 550.00 | 55.00 |
| 11/13/25 | DMS | B110 | Review special counsel Order. | .10 | 900.00 | 90.00 |
| 11/13/25 | DMS | B110 | Review Sawyer email and Mainfreight agreements. | .30 | 900.00 | 270.00 |
| 11/13/25 | DMS | B320 | Review Plan exhibits. | .30 | 900.00 | 270.00 |
| 11/13/25 | LD | B160 | Call with A&M re filing of first fee application. | .20 | 275.00 | 55.00 |
| 11/13/25 | SSL | B110 | Review email from Matthew Sawyer of BR to committee listserv regarding settlement with Mainfreight. | .10 | 550.00 | 55.00 |
| 11/14/25 | DMS | B110 | Emails regarding Creditor Committee meeting. | .20 | 900.00 | 180.00 |
| 11/14/25 | DMS | B110 | Emails with Tax Department and A&M regarding returns. | .30 | 900.00 | 270.00 |
| 11/14/25 | DMS | B110 | Emails regarding cancelling creditor committee calls. | .20 | 900.00 | 180.00 |
| 11/14/25 | DMS | B160 | Emails with various professionals regarding fee application process and schedule. | .30 | 900.00 | 270.00 |
| 11/14/25 | DMS | B240 | Review emails regarding tax returns. | .20 | 900.00 | 180.00 |

GENOVA BURNS LLC

November 30, 2025
Invoice No.:    540649

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 11/15/25 | DMS | B160 | Emails with Oswald and Moyron regarding fee applications. | .20 | 900.00 | 180.00 |
| 11/17/25 | DMS | B160 | Numerous emails with D counsel and Creditor Committee professionals regarding fee application procedure. | .50 | 900.00 | 450.00 |
| 11/17/25 | DMS | B160 | Emails with Court and Creditor Committee professionals regarding fee applications. | .40 | 900.00 | 360.00 |
| 11/17/25 | DMS | B110 | Email with Sawyer and Creditors Committee regarding meetings. | .20 | 900.00 | 180.00 |
| 11/17/25 | DMS | B160 | Email with A&M regarding fee applications. | .20 | 900.00 | 180.00 |
| 11/17/25 | DMS | B160 | Emails with Court regarding fee application scheduling. | .20 | 900.00 | 180.00 |
| 11/17/25 | DMS | B160 | Review and edit First Fee Application. | .30 | 900.00 | 270.00 |
| 11/17/25 | DMS | B160 | Emails with Sawyer regarding fee applications. | .20 | 900.00 | 180.00 |
| 11/17/25 | DMS | B310 | Review FlexGen request for Administrative Claim. | .30 | 900.00 | 270.00 |
| 11/17/25 | DMS | B110 | Review Sawyer email regarding FlexGen. | .20 | 900.00 | 180.00 |
| 11/17/25 | DMS | B110 | Review Calderon email regarding voting issues. | .20 | 900.00 | 180.00 |
| 11/17/25 | DMS | B110 | Review Mainfreight Stipulation. | .20 | 900.00 | 180.00 |
| 11/17/25 | DMS | B110 | Review ACE settlement motion and documents. | .30 | 900.00 | 270.00 |
| 11/17/25 | LD | B160 | Revisions to first interim fee application for GB and prepare proposed order. | .70 | 275.00 | 192.50 |
| 11/17/25 | SSL | B110 | Review email from Matthew Sawyer to committee listserv regarding conclusion of workstream and cancellation of weekly meetings. | .10 | 550.00 | 55.00 |
| 11/18/25 | DMS | B320 | Emails with Debtor and BR regarding Plan voting. | .50 | 900.00 | 450.00 |
| 11/18/25 | DMS | B110 | Review Order shortening time regarding FlexGen. | .20 | 900.00 | 180.00 |
| 11/18/25 | DMS | B110 | Review detailed voting results and emails regarding same. | .50 | 900.00 | 450.00 |

GENOVA BURNS LLC

November 30, 2025
Invoice No.:   540649

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/18/25 | DMS | B110 | Review debtor response to ad hoc. | .20 | 900.00 | 180.00 |
| 11/18/25 | DMS | B110 | Email with BR regarding ACE voting. | .20 | 900.00 | 180.00 |
| 11/18/25 | DMS | B110 | Review US Trustee and DTE objections to conf. | .30 | 900.00 | 270.00 |
| 11/18/25 | DMS | B110 | Review CCS conf. objection. | .20 | 900.00 | 180.00 |
| 11/18/25 | DMS | B110 | Review FlexGen Notice of Administrative Claim and email regarding same. | .30 | 900.00 | 270.00 |
| 11/18/25 | DMS | B110 | Review ACE filing regarding vote. | .20 | 900.00 | 180.00 |
| 11/18/25 | DMS | B110 | Review updated voting summary from Calderon. | .20 | 900.00 | 180.00 |
| 11/18/25 | DMS | B110 | Review Debtor response to ad hoc motion. | .20 | 900.00 | 180.00 |
| 11/18/25 | SSL | B110 | Receipt and forward Verita invoice to Ken Aulet of BR and DMS. | .10 | 550.00 | 55.00 |
| 11/19/25 | DMS | B110 | Emails with Court and co-counsel regarding December 20th hearing. | .50 | 900.00 | 450.00 |
| 11/19/25 | DMS | B110 | Review Surety Notice of withdrawal. | .20 | 900.00 | 180.00 |
| 11/19/25 | DMS | B110 | Emails with Aulet and Creditors Committee regarding FlexGen negotiation. | .30 | 900.00 | 270.00 |
| 11/19/25 | DMS | B110 | Review filed conf. objections. | .50 | 900.00 | 450.00 |
| 11/19/25 | SSL | B110 | Review emails between Chambers and parties regarding pre-confirmation conference | .20 | 550.00 | 110.00 |
| 11/20/25 | DMS | B110 | Emails with BR regarding by laws. | .30 | 900.00 | 270.00 |
| 11/20/25 | DMS | B110 | Conference with Judge and follow up with Aulet. | .40 | 900.00 | 360.00 |
| 11/20/25 | DMS | B110 | Review Oversight Committee draft by laws. | .30 | 900.00 | 270.00 |
| 11/20/25 | DMS | B110 | Email with Aulet regarding goods destroyed. | .20 | 900.00 | 180.00 |
| 11/20/25 | DMS | B110 | Email with Aulet regarding FlexGen. | .20 | 900.00 | 180.00 |
| 11/20/25 | DMS | B110 | Email with Aulet regarding claim estimation. | .20 | 900.00 | 180.00 |

GENOVA BURNS LLC

November 30, 2025
Invoice No.:    540649

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/20/25 | DMS | B110 | Review Ad Hoc witness list. | .20 | 900.00 | 180.00 |
| 11/20/25 | DMS | B110 | Review Debtor's witness and exhibit list. | .30 | 900.00 | 270.00 |
| 11/20/25 | DMS | B110 | Review FlexGen witness and exhibit list. | .20 | 900.00 | 180.00 |
| 11/20/25 | LD | B160 | File COS re A&M October monthly statement. | .30 | 275.00 | 82.50 |
| 11/21/25 | DMS | B110 | Emails regarding preparation for November 25th hearing. | .70 | 900.00 | 630.00 |
| 11/21/25 | DMS | B110 | Emails with BR and Creditors Committee regarding FlexGen. | .40 | 900.00 | 360.00 |
| 11/21/25 | DMS | B110 | Emails with Creditors Committee regarding conf hearing. | .30 | 900.00 | 270.00 |
| 11/21/25 | DMS | B110 | Review draft estimation motion. | .20 | 900.00 | 180.00 |
| 11/21/25 | DMS | B110 | Review RH Plan response. | .20 | 900.00 | 180.00 |
| 11/21/25 | DMS | B110 | Review emails regarding possible FlexGen resolution. | .20 | 900.00 | 180.00 |
| 11/21/25 | DMS | B110 | Review filed vote tabulation. | .30 | 900.00 | 270.00 |
| 11/21/25 | DMS | B110 | Review Honeywell joinder. | .20 | 900.00 | 180.00 |
| 11/21/25 | DMS | B110 | Emails with Aulet and Creditors Committee regarding FlexGen. | .30 | 900.00 | 270.00 |
| 11/21/25 | SSL | B110 | Review emails from Matthew Sawyer and Ken Aulet of BR regarding motion to estimate FlexGen claim. Email from Sawyer confirming debtor to file motion. Receipt/review ECF notice of filing of same. Emails to/from DMS regarding application on shortened time. | .40 | 550.00 | 220.00 |
| 11/21/25 | SSL | B320 | Review multiple ECF notices regarding filing of objections, declarations, and joinder. | .20 | 550.00 | 110.00 |
| 11/21/25 | SSL | B320 | Emails from/to DMS and committee member regarding requesting panelist status for November 25 hearing. | .20 | 550.00 | 110.00 |

GENOVA BURNS LLC

November 30, 2025
Invoice No.:    540649

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 11/21/25 | SSL | B320 | Emails from/to Matthew Sawyer of BR, DWC, and JNM regarding drafting and filing of witness and exhibit list. | .20 | 550.00 | 110.00 |
| 11/22/25 | DMS | B110 | Numerous emails regarding status of FlexGen negotiation and preparation of pleadings. | 1.10 | 900.00 | 990.00 |
| 11/22/25 | DMS | B110 | Review WARN settlement and application shortening time. | .20 | 900.00 | 180.00 |
| 11/22/25 | DMS | B110 | Review and approve witness list and emails regarding same. | .40 | 900.00 | 360.00 |
| 11/22/25 | DMS | B110 | Review Notice of agenda. | .20 | 900.00 | 180.00 |
| 11/22/25 | DMS | B110 | Review draft estimation motion and emails regarding service. | .50 | 900.00 | 450.00 |
| 11/22/25 | SSL | B320 | Emails from/to Matthew Sawyer and Ken Aulet of BR, DWC, and JNM regarding witness and exhibit list. | .60 | 550.00 | 330.00 |
| 11/22/25 | SSL | B320 | Review and cross-reference docketed witness and exhibit lists for November 25 hearings. Draft committee list. Forward to co-counsel for review and authorization to file. Filing of same. | 1.80 | 550.00 | 990.00 |
| 11/22/25 | SSL | B110 | Receipt/review ECF notice of Notice of Agenda for November 25 hearings filed by debtor. Review of same. | .20 | 550.00 | 110.00 |
| 11/23/25 | DMS | B110 | Review Motion etc to approve WARN settlement. | .30 | 900.00 | 270.00 |
| 11/23/25 | DMS | B110 | Review Uzzi Declaration. | .20 | 900.00 | 180.00 |
| 11/23/25 | DMS | B110 | Emails with Aulet and debtor's counsel regarding FlexGen. | .30 | 900.00 | 270.00 |
| 11/23/25 | DMS | B320 | Review amended exhibit to Plan supplement. | .20 | 900.00 | 180.00 |
| 11/23/25 | SSL | B110 | Receipt/review multiple ECF notices regarding pre-confirmation settlement motion. | .10 | 550.00 | 55.00 |
| 11/24/25 | DMS | B110 | Emails regarding attempts to settle open issues. | .30 | 900.00 | 270.00 |

GENOVA BURNS LLC

November 30, 2025
Invoice No.:    540649

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/24/25 | DMS | B110 | Review Orders Shortening Time. | .30 | 900.00 | 270.00 |
| 11/24/25 | DMS | B110 | Review Application to Shorten Time regarding FlexGen expungement. | .20 | 900.00 | 180.00 |
| 11/24/25 | DMS | B110 | Review Oswald email regarding Avalon resolution. | .20 | 900.00 | 180.00 |
| 11/24/25 | DMS | B110 | Review Order Shortening Time. | .20 | 900.00 | 180.00 |
| 11/24/25 | DMS | B110 | Emails with Aulet and Walsh regarding preparation for hearings. | .30 | 900.00 | 270.00 |
| 11/24/25 | DMS | B110 | Emails with Creditors Committee regarding November 25th hearings. | .60 | 900.00 | 540.00 |
| 11/24/25 | DMS | B110 | Emails regarding FlexGen settlement. | .40 | 900.00 | 360.00 |
| 11/24/25 | DMS | B110 | Review RH settlement. | .30 | 900.00 | 270.00 |
| 11/24/25 | DMS | B110 | Review Oswald status letter. | .10 | 900.00 | 90.00 |
| 11/24/25 | DMS | B110 | Review revised Avalon Order. | .20 | 900.00 | 180.00 |
| 11/24/25 | DMS | B110 | Review EPC objection to conf. | .20 | 900.00 | 180.00 |
| 11/24/25 | SSL | B110 | Emails to/from committee members and Chambers of Judge Kaplan regarding registering members for panelist status for November 25 hearings. | .60 | 550.00 | 330.00 |
| 11/24/25 | SSL | B320 | Review multiple ECF notices regarding settlements, responses to objections, revised confirmation order. | .20 | 550.00 | 110.00 |
| 11/25/25 | DMS | B320 | Review draft confirmation order. | .20 | 900.00 | 180.00 |
| 11/25/25 | DMS | B110 | Review FlexGen settlement agreement. | .20 | 900.00 | 180.00 |
| 11/25/25 | DMS | B195 | Travel to and from Trenton/Basking Ridge. | 3.00 | 450.00 | 1,350.00 |
| 11/25/25 | DMS | B320 | Meeting with Aulet and Confirmation Hearings. | 3.00 | 900.00 | 2,700.00 |
| 11/25/25 | DMS | B110 | Emails with BR regarding transition. | .30 | 900.00 | 270.00 |
| 11/25/25 | DMS | B110 | Emails regarding Transcript. | .20 | 900.00 | 180.00 |
| 11/25/25 | DMS | B160 | Emails with Dentons et al regarding Fee Applications. | .30 | 900.00 | 270.00 |

GENOVA BURNS LLC

November 30, 2025
Invoice No.:    540649

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/25/25 | DMS | B110 | Review SOFA on EKS. | .20 | 900.00 | 180.00 |
| 11/25/25 | DMS | B110 | Review Aulet email to Creditors Committee. | .10 | 900.00 | 90.00 |
| 11/25/25 | DMS | B110 | Email with Sawyer regarding oversight committee. | .20 | 900.00 | 180.00 |
| 11/25/25 | DMS | B110 | Email with BR regarding Transcript. | .20 | 900.00 | 180.00 |
| 11/25/25 | RES | B195 | Travel from home office to Court. Stop in route to purchase refreshments and food for committee. | 1.80 | 162.50 | 292.50 |
| 11/25/25 | RES | B110 | Attend hearing. | 3.00 | 325.00 | 975.00 |
| 11/25/25 | RES | B195 | Travel from courthouse to home office. | 1.30 | 162.50 | 211.25 |
| 11/25/25 | SSL | B320 | Observe hearing on confirmation. | 2.10 | 550.00 | 1,155.00 |
| 11/25/25 | SSL | B110 | Emails from/to DMS regarding hearing dial-in information. Emails from/to committee members regarding issues with hearing observation. Emails to/from Chambers of Judge Kaplan regarding same. | .40 | 550.00 | 220.00 |
| 11/25/25 | SSL | B110 | Receipt/review multiple ECF notices regarding settlement agreements, statements, schedules, and fee statements. | .20 | 550.00 | 110.00 |
| 11/25/25 | SSL | B320 | Emails from/to Carlene Mercier of BR regarding request for transcript of confirmation hearing. Email to DMS regarding same. | .20 | 550.00 | 110.00 |
| 11/25/25 | SSL | B190 | Review emails from Chambers of Judge Gravelle to parties regarding case status for PTC in Stier v. Berkowitz. | .10 | 550.00 | 55.00 |
| 11/26/25 | DMS | B110 | Review revised Orders submitted. | .30 | 900.00 | 270.00 |
| 11/26/25 | DMS | B160 | Coordinate Fee Application filing. | .30 | 900.00 | 270.00 |
| 11/26/25 | DMS | B160 | Emails with LD and Professionals regarding filing Fee Applications. | .40 | 900.00 | 360.00 |
| 11/26/25 | DMS | B320 | Review Amended Confirmation Order. | .20 | 900.00 | 180.00 |
| 11/26/25 | DMS | B110 | Review revised Surety Order. | .10 | 900.00 | 90.00 |

GENOVA BURNS LLC

November 30, 2025
Invoice No.:    540649

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 11/26/25 | DMS | B110 | Review and file BR monthly. | .20 | 900.00 | 180.00 |
| 11/26/25 | DMS | B320 | Review revised Confirmation Order. | .20 | 900.00 | 180.00 |
| 11/26/25 | LD | B160 | Finalize GB first fee application. | .30 | 275.00 | 82.50 |
| 11/26/25 | LD | B160 | Review and file BR October fee statement. | .30 | 275.00 | 82.50 |
| 11/26/25 | LD | B160 | Finalize and file First Interim Fee Applications for GB, A&M and BR. | 1.40 | 275.00 | 385.00 |
| 11/26/25 | SSL | B110 | Receipt/review ECF notices of interim fee applications by GB, BR, and AM and notice of hearing on same. Receipt/review ECF notice of revised confirmation order. | .20 | 550.00 | 110.00 |

**TOTAL PROFESSIONAL SERVICES**              **$ 44,013.75**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---:|---:|---:|
| Daniel M Stolz | Partner | 3.00 | 450.00 | 1,350.00 |
| Daniel M Stolz | Partner | 37.60 | 900.00 | 33,840.00 |
| Donald W. Clarke | Partner | .20 | 700.00 | 140.00 |
| Lorrie Denson | Paralegal | 7.20 | 275.00 | 1,980.00 |
| R. Edward Stone | Junior Associate | 3.10 | 162.50 | 503.75 |
| R. Edward Stone | Junior Associate | 3.00 | 325.00 | 975.00 |
| Susan S. Long | Counsel | 9.50 | 550.00 | 5,225.00 |
| **TOTALS** | | **63.60** | | **$ 44,013.75** |

# EXHIBIT B

GENOVA BURNS LLC

November 30, 2025
Invoice No.:    540649

**DISBURSEMENTS**

| | **Description** | **Amount** |
|---|---|---|
| 10/31/25 | Lexis-Nexis Research - Lexis-Nexis Research, RELX Inc. DBA LexisNexis, 3096079337 | 41.10 |
| 11/12/25 | Other Professional, BMC Group, Inc., 429-20251112-1 - Job #27043, Professional Services - Amex Period Ending 11-30-DMS | 186.47 |
| 11/14/25 | Other Professional, BMC Group, Inc., 429-20251114-2 - Job #27089, Professional Services - Amex Period Ending 11-30-DMS | 195.82 |
| | **TOTAL DISBURSEMENTS** | **$ 423.39** |