**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE PERIOD**
**NOVEMBER 1, 2025 THROUGH NOVEMBER 30, 2025**

| | | | |
|---|---|---|---|
| Debtor: | Powin LLC, *et al.*[1] | Applicant: | Brown Rudnick LLP |
| Case No.: | 25-16137 (MBK) | Client: | Official Committee of Unsecured Creditors |
| Chapter: | 11 | Case Filed: | June 9, 2025 |

**SECTION I**
**FEE SUMMARY**

☒ Monthly Fee Application No. 5 or ☐ Interim Fee Application No.___ or ☐ Final Fee Application

Summary of Amounts Requested for the Period from November 1, 2025, through November 30, 2025:

| | |
|---|---|
| Total Fees: | $220,203.00[2] [3] |
| Total Disbursements: | $65.00[4] |
| Minus 20% holdback of Fees: | $44,040.60 |
| **Total Amount Sought To Be Paid at this Time:** | **$176,227.40** |

| NAME OF PROFESSIONAL | TITLE & YEAR ADMITTED (Applicable to Attorneys) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  Bennett S. Silverberg | Partner 2001 | 9.2 | $1,980 | $18,216.00 |
| 2.  Steven A. Tyrrell | Partner 1984 | 7.4 | $1,905 | $14,097.00 |

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

[2]  Detail concerning Brown Rudnick's requested fees for this period are set forth in Exhibit A attached hereto.

[3]  During the period from November 1, 2025 through November 30, 2025, Brown Rudnick reduced its requested fees by $6,243.00. The deduction pertains to, among other things, voluntary reductions for transient timekeepers and certain other fee application preparation time that is non-compensable under the guidelines promulgated by the Office of the United States Trustee.

[4]  Detail concerning the costs that Brown Rudnick incurred for this period are set forth in Exhibit B attached hereto.

| NAME OF PROFESSIONAL | TITLE & YEAR ADMITTED (Applicable to Attorneys) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 3.   Kenneth J. Aulet | Partner 2012 | 34.9 | $1,725 | $60,202.50 |
|  |  | 3.0[5] | $863 | $2,589.00 |
| 4.   Nicole M. Bouchard | Partner 2009 | 15.1 | $1,500 | $22,650.00 |
| 5.   Daniel J. Healy | Partner 1999 | .6 | $1,300 | $780.00 |
| 6.   Daniel L. Sachs | Counsel 2013 | 7.1 | $1,285 | $9,123.50 |
| 7.   Nancy H. Turner | Associate 2016 | 5.7 | $1,000 | $5,700.00 |
| 8.   Matthew A. Sawyer | Associate 2019 | 51.2 | $985 | $50,432.00 |
| 9.   Isabelle R. Jacobs | Associate 2020 | 27.4 | $965 | $26,441.00 |
| 10. Jessica Y. Liong | Associate 2024 | 7.2 | $685 | $4,932.00 |
| 11. Jack Collins | Paralegal | 12.6 | $400 | $5,040.00 |
| **TOTALS** |  | **181.4** |  | **$220,203.00** |

Fee Totals:                              $220,203.00

Disbursements Totals:                 $65.00

Total Fee Application              $220,268.00

---
[5]   Non-working travel time billed at 50% of standard rates.

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) **Business Operations** <br> Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant, or other similar issues. | 1.0 | $985.00 |
| b) **Case Administration** <br> Coordination and compliance activities; general administration. | 1.8 | $720.00 |
| c) **Claims Administration and Objections** <br> Specific claim inquiries; bar application. | 37.8 | $49,787.00 |
| d) **Committee Investigation (Non-Lenders)** <br> Investigation and analysis of prepetition transactions and activities of the Debtors and related entities and third parties. | 20.2 | $28,848.50 |
| e) **Employee Matters** <br> Analysis of issues including severance, retention, 401K coverage and continuance of pension plan. | .8 | $788.00 |
| f) **Fee/Employment Applications** <br> Preparations of employment and fee applications for Brown Rudnick. | 22.3 | $13,487.50 |
| g) **Insurance** <br> Evaluation of insurance-related issues. | .6 | 780.00 |
| h) **Meetings and Communications with UCC** <br> Preparing for and conducting meetings with the creditors' committee. | 4.9 | $7,565.00 |
| i) **Non-Working Travel Billed at 50%** | 3.0 | $2,589.00 |
| j) **Plan and Disclosure Statement** <br> Work relating to the drafting and analysis of a plan and disclosure statement. | 89.0 | $114,653.00 |
| **SERVICE TOTALS:** | **181.4** | **$220,203.00** |

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

| DISBURSEMENTS | AMOUNT |
|---|---|
| a)  **In-house Reproduction Services**<br>Exclusive of overhead charges. | $65.00 |
| **DISBURSEMENTS TOTAL:** | **$65.00** |

I certify under penalty of perjury that the above is true.

Date:  December 9, 2025                                    /s/ *Bennett S. Silverberg*

BROWN RUDNICK LLP ("Brown Rudnick") submits this Fifth Monthly Fee Statement of Brown Rudnick LLP for the allowance of compensation for services rendered and reimbursement of expenses incurred as counsel for the Official Committee of Unsecured Creditors for the period November 1, 2025 through November 30, 2025, pursuant to the *Administrative Fee Order Establishing Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of This Court* entered on July 25, 2025 [Docket No. 519] (the "Interim Compensation Order").

WHEREFORE, Brown Rudnick respectfully requests payment of fees of $176,162.40 and expenses of $65.00 pursuant to this Fifth Monthly Fee Statement, for a total requested payment of $176,227.40, in accordance with the terms of the Interim Compensation Order.

Dated:  December 9, 2025

**BROWN RUDNICK LLP**
*Counsel to Official Committee of Unsecured Creditors*


By: /s/ *Bennett S. Silverberg*
    BENNETT S. SILVERBERG

**<u>Exhibit A</u>**
(<u>Brown Rudnick's Fees</u>)

**brown**rudnick

| | | |
|---|---|---|
| POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice | 7006244 |
| 20550 SW 115TH AVENUE | Date | Dec 5, 2025 |
| TUALATIN, OR 97062 | Client | 041594 |

RE: POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through November 30, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 041594.0002 | CASE ADMINISTRATION | 720.00 | 0.00 | 720.00 |
| 041594.0003 | MEETINGS AND COMMUNICATIONS WITH UCC | 7,565.00 | 0.00 | 7,565.00 |
| 041594.0004 | EMPLOYMENT AND FEE APPLICATIONS | 13,487.50 | 0.00 | 13,487.50 |
| 041594.0006 | PLAN AND DISCLOSURE STATEMENT | 114,653.00 | 0.00 | 114,653.00 |
| 041594.0009 | NON-WORKING TRAVEL BILLED AT 50% | 2,589.00 | 0.00 | 2,589.00 |
| 041594.0011 | COMMITTEE INVESTIGATION (NON-LENDERS) | 28,848.50 | 0.00 | 28,848.50 |
| 041594.0012 | CLAIMS ADMINISTRATION AND OBJECTIONS | 49,787.00 | 0.00 | 49,787.00 |
| 041594.0020 | BUSINESS OPERATIONS | 985.00 | 0.00 | 985.00 |
| 041594.0021 | INSURANCE | 780.00 | 0.00 | 780.00 |
| 041594.0022 | EMPLOYEE MATTERS | 788.00 | 0.00 | 788.00 |
| | **Total** | **220,203.00** | **0.00** | **220,203.00** |

| | |
|---|---|
| Total Current Fees | $220,203.00 |
| 20% Holdback Amount | (44,040.60) |
| 80% CURRENT BALANCE DUE | $176,162.40 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$176,162.40** |

# **brown**rudnick

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
20550 SW 115TH AVENUE
TUALATIN, OR 97062

| Invoice | 7006244 |
| Date | Dec 5, 2025 |
| Client | 041594 |

RE: CASE ADMINISTRATION

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through November 30, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 041594.0002 | CASE ADMINISTRATION | 720.00 | 0.00 | 720.00 |
| | **Total** | **720.00** | **0.00** | **720.00** |

| | | |
|---|---|---|
| **Total Current Fees** | | $720.00 |
| **Total Current Costs** | | $0.00 |
| **Total Invoice** | | $720.00 |



POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
December 5, 2025

Invoice 7006244
Page 3

RE: CASE ADMINISTRATION

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/03/25 | COLLINS | ANALYSIS OF PERTINENT DATES AND DEADLINES | 0.20 | 80.00 |
| 11/04/25 | COLLINS | REVIEW DOCKET AND CIRCULATE RELEVANT PLEADINGS (.2); ANALYSIS OF PERTINENT DATES AND DEADLINES (.3); UPDATE DATABASE (.1) | 0.60 | 240.00 |
| 11/06/25 | COLLINS | ANALYSIS OF PERTINENT DATES AND DEADLINES | 0.20 | 80.00 |
| 11/07/25 | COLLINS | ANALYSIS OF PERTINENT DATES AND DEADLINES | 0.10 | 40.00 |
| 11/12/25 | COLLINS | REVIEW DOCKET AND CIRCULATE RELEVANT PLEADINGS (.2); ANALYSIS OF PERTINENT DATES AND DEADLINES (.1); UPDATE DATABASE (.1) | 0.40 | 160.00 |
| 11/13/25 | COLLINS | REVIEW DOCKET AND CIRCULATE RELEVANT PLEADINGS (.1); ANALYSIS OF PERTINENT DATES AND DEADLINES (.1); UPDATE DATABASE (.1) | 0.30 | 120.00 |
| **Total Hours and Fees** | | | **1.80** | **720.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| JACK COLLINS | 1.80 | hours at | 400.00 | 720.00 |
| **Total Fees** | | | | **720.00** |

# **brown**rudnick

| | | |
|---|---|---|
| POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice | 7006244 |
| 20550 SW 115TH AVENUE | Date | Dec 5, 2025 |
| TUALATIN, OR 97062 | Client | 041594 |

RE: MEETINGS AND COMMUNICATIONS WITH UCC

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through November 30, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 041594.0003 | MEETINGS AND COMMUNICATIONS WITH UCC | 7,565.00 | 0.00 | 7,565.00 |
| | **Total** | **7,565.00** | **0.00** | **7,565.00** |

| | |
|---|---|
| Total Current Fees | $7,565.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$7,565.00** |

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
December 5, 2025

Invoice 7006244
Page 5

RE: MEETINGS AND COMMUNICATIONS WITH UCC

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/04/25 | AULET | DISCUSSIONS WITH COMMITTEE MEMBERS (.8); OUTLINING ISSUES FOR CALL (.5). | 1.30 | 2,242.50 |
| 11/05/25 | SILVERBERG | PARTIAL ATTENDANCE OF COMMITTEE MEETING | 0.30 | 594.00 |
| 11/05/25 | SAWYER | MEET WITH UCC RE PLAN AND PLAN SUPPLEMENT UPDATES AND DICSUSSION | 0.60 | 591.00 |
| 11/05/25 | TYRRELL | ATTEND CONFERENCE WITH COMMITTEE (0.4) | 0.40 | 762.00 |
| 11/05/25 | AULET | PREPARING FOR AND MEETING WITH COMMITTEE (1.0) | 1.00 | 1,725.00 |
| 11/18/25 | AULET | OUTLINING FLEXGEN ISSUES TO COMMITTEE (.5) | 0.50 | 862.50 |
| 11/20/25 | SAWYER | CALL WITH CREDITOR RE PLAN UPDATES (.4); AND COMMUNICATIONS WITH K. AULET, B. SILVERBERG, AND S. WASCHITZ RE SAME (.4) | 0.80 | 788.00 |
| **Total Hours and Fees** | | | 4.90 | 7,565.00 |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|--|------|-------|
| BENNETT S. SILVERBERG | 0.30 | hours at | 1,980.00 | 594.00 |
| KENNETH J. AULET | 2.80 | hours at | 1,725.00 | 4,830.00 |
| MATTHEW A. SAWYER | 1.40 | hours at | 985.00 | 1,379.00 |
| STEVEN A. TYRRELL | 0.40 | hours at | 1,905.00 | 762.00 |
| **Total Fees** | | | | 7,565.00 |

**brown**rudnick

| | | |
|---|---|---|
| POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED | Invoice | 7006244 |
| CREDITORS | Date | Dec 5, 2025 |
| 20550 SW 115TH AVENUE | Client | 041594 |
| TUALATIN, OR 97062 | | |

RE: EMPLOYMENT AND FEE APPLICATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through November 30, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 041594.0004 | EMPLOYMENT AND FEE APPLICATIONS | 13,487.50 | 0.00 | 13,487.50 |
| | **Total** | **13,487.50** | **0.00** | **13,487.50** |

| | |
|---|---:|
| Total Current Fees | $13,487.50 |
| Total Current Costs | $0.00 |
| Total Invoice | **$13,487.50** |

**BR**

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
December 5, 2025

Invoice 7006244
Page 7

RE: EMPLOYMENT AND FEE APPLICATIONS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 11/18/25 | COLLINS | PREPARE POWIN FOURTH MONTHLY FEE STATEMENT (2.3); COMMUNICATION WITH M. SAWYER RE: SAME (.2) | 2.50 | 1,000.00 |
| 11/19/25 | COLLINS | PREPARE FIRST INTERIM FEE APPLICATION (5.4); COMMUNICATION WITH J. LIONG RE: SAME (.4); PREPARE FOURTH MONTHLY FEE APPLICATION (2.0); COMMUNICATION WITH J. LIONG RE: SAME (.3); COMMUNICATION WITH M.SAWYER RE: SAME (.2) | 8.30 | 3,320.00 |
| 11/20/25 | LIONG | PREPARE FIRST INTERIM FEE APPLICATION (5.8); PREPARE FOURTH MONTHLY FEE STATEMENT (.6) | 6.40 | 4,384.00 |
| 11/22/25 | SAWYER | REVIEW AND REVISE OCTOBER MONTHLY FEE APPLICATION (1.0); REVEIW AND REVISE FIRST INTERIM FEE APPLICATION (2.9) | 3.90 | 3,841.50 |
| 11/24/25 | LIONG | REVISE FIRST INTERIM AND FOURTH MONTHLY | 0.80 | 548.00 |
| 11/26/25 | SAWYER | FACILITATE EXECUTION OF OCTOBER FEE STATEMENT AND FIRST INTERIM FEE APPLICATION | 0.40 | 394.00 |
| **Total Hours and Fees** | | | **22.30** | **13,487.50** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| MATTHEW A. SAWYER | 4.30 | hours at | 985.00 | 4,235.50 |
| JESSICA Y. LIONG | 7.20 | hours at | 685.00 | 4,932.00 |
| JACK COLLINS | 10.80 | hours at | 400.00 | 4,320.00 |
| **Total Fees** | | | | **13,487.50** |

**brown**rudnick

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
20550 SW 115TH AVENUE
TUALATIN, OR 97062

| | |
|---|---|
| Invoice | 7006244 |
| Date | Dec 5, 2025 |
| Client | 041594 |

RE: PLAN AND DISCLOSURE STATEMENT

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through November 30, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 041594.0006 | PLAN AND DISCLOSURE STATEMENT | 114,653.00 | 0.00 | 114,653.00 |
| | **Total** | **114,653.00** | **0.00** | **114,653.00** |

| | |
|---|---|
| **Total Current Fees** | **$114,653.00** |
| **Total Current Costs** | **$0.00** |
| **Total Invoice** | **$114,653.00** |



POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
December 5, 2025

Invoice 7006244
Page 9

RE: PLAN AND DISCLOSURE STATEMENT

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/01/25 | SAWYER | REVIEW CURRENT CLAIMS POOL/WATERFALL ANALYSIS FROM A&M AND COMMUNICATIONS RE SAME (.7); CREATE PLAN SUPPLEMENT RE SETTLEMENT NOTICE (1.7); FOLLOW UP COMMUNICATIONS WITH B. SILVERBERG AND K. AULET RE SAME (.5) | 2.90 | 2,856.50 |
| 11/02/25 | SAWYER | FURTHER REVISE SETTLEMENT PLAN SUPPLEMENT (.7); REVIEW COMMENTS TO LIQUIDATING TRUST AGREEMENT FROM COMMITTEE MEMBER AND FURTHER REVISE SAME (.9) | 1.60 | 1,576.00 |
| 11/03/25 | SAWYER | ADDITIONAL WORK ON PLAN SUPPLEMENT AND RELATED COMMUNICATIONS WITH K. AULET AND DENTONS | 0.50 | 492.50 |
| 11/03/25 | AULET | RESOLVING MISC ISSUES (.3); REVIEWING AND COMMENTING ON TRUST DOCUMENTS (1.0) | 1.30 | 2,242.50 |
| 11/03/25 | BOUCHARD | DRAFT REVISIONS TO LIQUIDATING TRUST AGREEMENT AND DIRECT CLAIMS TRUST AGREEMENT | 3.30 | 4,950.00 |
| 11/03/25 | JACOBS | PREPARE DIRECT CLAIMS TRUST AGREEMENT | 9.00 | 8,685.00 |
| 11/03/25 | SILVERBERG | ATTENTION TO DOCUMENTATION OF PLAN SETTLEMENTS | 0.40 | 792.00 |
| 11/04/25 | BOUCHARD | REVIEW AND REVISE LIQUIDATING TRUST AGREEMENT AND DIRECT CLAIMS TRUST AGREEMENT (1.2); CONFERENCE WITH K. AULET, M. SAWYER, I. JACOBS RE: SAME (.5) | 1.70 | 2,550.00 |
| 11/04/25 | SAWYER | WORK ON DIRECT CLAIMS TRUST AGREEMENT AND REVISE PLAN SUPPLEMENT (2.3); MEET WITH N. BOUCHARD, K. AULET, I. JACOBS RE SAME (.7) | 3.00 | 2,955.00 |
| 11/04/25 | AULET | REVIEWING AND REVISING TRUSTS (1.4) | 1.40 | 2,415.00 |
| 11/04/25 | JACOBS | REVISE DIRECT CLAIMS AND LIQUIDATING TRUST AGREEMENTS | 7.50 | 7,237.50 |
| 11/05/25 | AULET | DISCUSSIONS WITH DEBTORS (.5); WORK ON TRUST DOCS (1.4). | 1.90 | 3,277.50 |
| 11/05/25 | JACOBS | REVISE DIRECT CLAIMS AND LIQUIDATING TRUST AGREEMENTS | 4.10 | 3,956.50 |
| 11/05/25 | SAWYER | CONTINUE WORK ON POWIN PLAN SUPPLEMENT MATERIALS AND RELATED EMAILS WITH COMMITTEE MEMBER COUNSELS AND K. AULET | 0.70 | 689.50 |



POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
December 5, 2025

Invoice 7006244
Page 10

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 11/05/25 | BOUCHARD | REVIEW AND REVISE LIQUIDATING TRUST AGREEMENT AND DIRECT CLAIMS TRUST AGREEMENT (1.3); REVIEW AND REVISE LANGUAGE FROM WARN CLASS COUNSEL RELATED TO SAME (.6) | 1.90 | 2,850.00 |
| 11/05/25 | BOUCHARD | LEGAL ANALYSIS RE: SETTLEMENT STRUCTURE AND TAX IMPLICATIONS OF SAME | 1.30 | 1,950.00 |
| 11/06/25 | SAWYER | FURTHER COMMENTS/DISCUSSIONS WITH K. AULET, N. BOUCHARD RE PLAN SUPPLEMENT DOCS | 0.80 | 788.00 |
| 11/06/25 | JACOBS | REVISE TRUST AGREEMENT | 2.30 | 2,219.50 |
| 11/06/25 | AULET | RESOLVING PLAN ISSUES | 0.60 | 1,035.00 |
| 11/06/25 | BOUCHARD | REVIEW AND REVISE LIQUIDATING TRUST AGREEMENT AND DIRECT CLAIMS TRUST AGREEMENT (1.8); CONFERENCE WITH RESTRUCTURING TEAM RE: SAME (.2) | 2.00 | 3,000.00 |
| 11/06/25 | BOUCHARD | LEGAL ANALYSIS RE: SETTLEMENT STRUCTURE AND TAX IMPLICATIONS OF SAME | 1.60 | 2,400.00 |
| 11/07/25 | SILVERBERG | CONFERENCE DENTONS TEAM, K. AULET, M. SAWYER REGARDING PLAN SUPPLEMENT | 0.30 | 594.00 |
| 11/07/25 | SAWYER | ANALYZE UPDATED WIND DOWN BUDGET | 0.40 | 394.00 |
| 11/07/25 | SAWYER | MEET WITH K. AULET, N. BOUCHARD, I. JACOBS RE FINALIZE PLAN SUPPLEMENT DOCUMENTS (.2); MEET WITH DENTONS RE SAME (.3); WORK ON AND PREPARE SAME FOR FILING (2.1); MEET WITH PROPOSED DELAWARE TRUSTEE (.2) | 2.80 | 2,758.00 |
| 11/07/25 | BOUCHARD | REVIEW AND REVISE LIQUIDATING TRUST AGREEMENT AND DIRECT CLAIMS TRUST AGREEMENT (1.4); CONFERENCE WITH RESTRUCTURING TEAM RE: SAME (.4); CONFERENCE WITH DE STATUTORY TRUSTEE RE: SAME (.4) | 2.20 | 3,300.00 |
| 11/07/25 | AULET | DISCUSSIONS ON PLAN SUPPLEMENT WITH TEAM (.3); DEBTORS (.6); FINALIZING PLAN SUPPLEMENT DOCUMENTS (2.9) | 3.80 | 6,555.00 |
| 11/07/25 | JACOBS | REVISE LIQUIDATING AND DIRECT CLAIMS TRUST AGREEMENTS | 4.50 | 4,342.50 |
| 11/08/25 | SILVERBERG | REVIEW PROPOSED PLAN SUPPLEMENT FILING | 0.20 | 396.00 |
| 11/11/25 | SAWYER | REVIEW DISCREPANCY BETWEEN TRUST AGREEMENT AND SETTLEMENT NOTICE AND RESOLVE SAME | 0.40 | 394.00 |
| 11/12/25 | SAWYER | COMMUNICATIONS WITH COMMITTEE MEMBER COUNSEL RE TRUST AGREEMENTS (.2); ADDITIONAL MODIFICATIONS TO PLAN SUPPLEMENT (.2) | 0.40 | 394.00 |



POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
December 5, 2025

Invoice 7006244
Page 11

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/13/25 | SAWYER | SUMMARIZE MAINFREIGHT STIPULATION FOR COMMITTEE (.4); CALL WITH G. MILLER (DENTONS) RE SAME (.3); REVIEW COMMENTS FROM DEBTORS RE WARN SETTLEMENT AGREEMENT (.5) | 1.20 | 1,182.00 |
| 11/14/25 | SILVERBERG | CORRESPONDENCE REGARDING MODIFICATION TO LIQUIDATING TRUST AGREEMENT | 0.20 | 396.00 |
| 11/17/25 | SAWYER | REVIEW AND COMMENT RE WARN SETTLEMENT AGREEMENT PLAN SUPPLEMENT DOCUMENT (.5); REVIEW PROPOSED CHANGE TO MAINFREIGHT STIPULATION (.2) | 0.70 | 689.50 |
| 11/17/25 | AULET | CALLS ON PLAN SETTLEMENT ISSUES WITH DEBTORS (1.0); RESOLVING PLAN ISSUES (.4) | 1.40 | 2,415.00 |
| 11/17/25 | SILVERBERG | ATTENTION TO TABULATION ISSUES | 0.40 | 792.00 |
| 11/18/25 | SILVERBERG | REVIEW PLAN CONFIRMATION RELATED FILING, POTENTIAL RESOLUTIONS (.5); REVIEW TABULATION RESULTS, RELATED CORRESPONDENCE (.2) | 0.70 | 1,386.00 |
| 11/19/25 | SILVERBERG | CONFERENCES V. DURRER, T. MOYRON, K. AULET REGARDING PLAN CONFIRMATION OBJECTIONS, ADMIN EXPENSE REQUEST (.9); REVIEW PROPOSED BRIEFING INSERTS (.2); REVIEW PROPOSED RESOLUTIONS TO CONFIRMATION OBJECTIONS (.6) | 1.70 | 3,366.00 |
| 11/19/25 | SAWYER | REVIEW DTE INSERT RE PLAN OBJECTION RESPONSE | 0.40 | 394.00 |
| 11/20/25 | SAWYER | REVIEW PROPOSED PLAN COMMENTS FROM FLEXGEN AND RELATED EMAILS WITH K. AULET AND DENTONS (.4); REVIEW DRAFT CONFIRMATION ORDER (1.3); CHAMBERS CONFERENCE RE CONFIRMATION HEARING (.3) | 2.00 | 1,970.00 |
| 11/20/25 | SILVERBERG | CHAMBERS CONFERENCE REGARDING PLAN CONFIRMATION, DISCOVERY ISSUES (.3); CONFER K. AULET, DENTONS TEAM REGARDING POTENTIAL RESOLUTIONS TO CONFIRMATION OBJECTIONS (1.0), CONFERENCE V. DURRER REGARDING FLEXGEN LANGUAGE (.2) | 1.50 | 2,970.00 |
| 11/21/25 | SAWYER | REVIEW DRAFT CONFIRMATION BRIEF | 1.40 | 1,379.00 |
| 11/21/25 | BOUCHARD | LEGAL ANALYSIS RE: DE STATUTORY TRUST PROCEDURAL MATTERS | 0.80 | 1,200.00 |
| 11/22/25 | AULET | DISCUSSIONS ON PLAN WITH DEBTORS | 0.30 | 517.50 |
| 11/22/25 | SILVERBERG | FINALIZATION OF MOTION TO APPROVE WARN SETTLEMENT IN CONJUNCTION WITH PLAN CONFIRMATION (.5); REVIEW ISSUES RELATED TO PLAN INJUNCTION LANGUAGE (.1) | 0.60 | 1,188.00 |



POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
December 5, 2025

Invoice 7006244
Page 12

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/23/25 | AULET | NEGOTIATIONS OVER PLAN ISSUES WITH DEBTORS AND OBJECTORS | 2.10 | 3,622.50 |
| 11/23/25 | SILVERBERG | REVIEW REVISED PROPOSED CONFIRMATION ORDER | 0.10 | 198.00 |
| 11/24/25 | SAWYER | REVIEW REVISED PROPOSED CONFIRMATION ORDER | 0.30 | 295.50 |
| 11/24/25 | AULET | DISCUSSING AND RESOLVING REMAINING PLAN ISSUES AND OBJECTIONS | 3.20 | 5,520.00 |
| 11/25/25 | AULET | PREPARING FOR (1.0) AND ATTENDING CONFIRMATION HEARING (1.5) | 2.50 | 4,312.50 |
| 11/25/25 | SAWYER | PREPARE FOR (.7) AND ATTEND CONFIRMATION HEARING (1.7) | 2.40 | 2,364.00 |
| 11/25/25 | BOUCHARD | MULTIPLE COMMUNICATIONS WITH RESTRUCTURING TEAM RE: TRUST FORMATION MECHANICS | 0.30 | 450.00 |
| | **Total Hours and Fees** | | 89.00 | 114,653.00 |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|--|------|-------|
| NICOLE M. BOUCHARD | 15.10 | hours at | 1,500.00 | 22,650.00 |
| BENNETT S. SILVERBERG | 6.10 | hours at | 1,980.00 | 12,078.00 |
| KENNETH J. AULET | 18.50 | hours at | 1,725.00 | 31,912.50 |
| MATTHEW A. SAWYER | 21.90 | hours at | 985.00 | 21,571.50 |
| ISABELLE R. JACOBS | 27.40 | hours at | 965.00 | 26,441.00 |
| **Total Fees** | | | | **114,653.00** |

**brown**rudnick

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
20550 SW 115TH AVENUE
TUALATIN, OR 97062

| | |
|---|---|
| Invoice | 7006244 |
| Date | Dec 5, 2025 |
| Client | 041594 |

RE: NON-WORKING TRAVEL BILLED AT 50%

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through November 30, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 041594.0009 | NON-WORKING TRAVEL BILLED AT 50% | 2,589.00 | 0.00 | 2,589.00 |
| | **Total** | **2,589.00** | **0.00** | **2,589.00** |

| | |
|---|---:|
| Total Current Fees | $2,589.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$2,589.00** |



POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
December 5, 2025

Invoice 7006244
Page 14

RE: NON-WORKING TRAVEL BILLED AT 50%

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/25/25 | AULET | TRAVEL TO/FROM CONFIRMATION HEARING. | 3.00 | 2,589.00 |
| | **Total Hours and Fees** | | **3.00** | **2,589.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|------|-------|---|------|-------|
| KENNETH J. AULET | 3.00 | hours at | 863.00 | 2,589.00 |
| **Total Fees** | | | | **2,589.00** |

# brown rudnick

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
20550 SW 115TH AVENUE
TUALATIN, OR 97062

| | |
|---|---|
| Invoice | 7006244 |
| Date | Dec 5, 2025 |
| Client | 041594 |

RE: COMMITTEE INVESTIGATION (NON-LENDERS)

## INVOICE

For professional services rendered in connection with the above captioned matter
through November 30, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 041594.0011 | COMMITTEE INVESTIGATION (NON-LENDERS) | 28,848.50 | 0.00 | 28,848.50 |
| | **Total** | **28,848.50** | **0.00** | **28,848.50** |

| | |
|---|---|
| Total Current Fees | $28,848.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$28,848.50** |



POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice 7006244
December 5, 2025                                                                                        Page 16

RE: COMMITTEE INVESTIGATION (NON-LENDERS)

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/03/25 | SACHS | ANALYSIS OF HIT REPORT AND CORRESPONDENCE REGARDING EIP DOCUMENT PRODUCTION | 0.40 | 514.00 |
| 11/03/25 | TURNER | ANALYZE FOLLOW-UP REQUESTS TO DEBTOR INTERVIEWEES | 0.40 | 400.00 |
| 11/04/25 | SACHS | DRAFT SETTLEMENT AND RELEASE AGREEMENT (2.9); CORRESPONDENCE REGARDING PE SPONSORS' DOCUMENT PRODUCTION (0.2) | 3.10 | 3,983.50 |
| 11/05/25 | SACHS | ATTEND COMMITTEE CALL CONCERNING PROPOSED PLAN AND NEXT STEPS | 0.90 | 1,156.50 |
| 11/05/25 | TYRRELL | MISC. COMMUNICATIONS, INCLUDING WITH COUNSEL FOR DEBTORS, REGARDING RELEASES FOR FORMER EMPLOYEES, REQUESTS FOR VARIOUS DOCUMENTS AND RELATED MATTERS (0.5); MISC. COMMUNICATIONS, INCLUDING WITH COUNSEL FOR RECIPIENTS FO 2004 REQUESTS, REGARDING STATUS OF DOCUMENT PRODUCTION AND RELATED MATTERS (0.4); MISC. COMMUNICATIONS, INCLUDING WITH ALVAREZ & MARSAL, REGARDING NEXT STEPS IN INVESTIGATION (0.3) | 1.20 | 2,286.00 |
| 11/05/25 | TURNER | STRATEGIZE WITH TEAM MEMBERS REGARDING REVIEW OF FORTHCOMING THIRD-PARTY PRODUCTIONS | 0.60 | 600.00 |
| 11/06/25 | TYRRELL | MISC. COMMUNICATIONS WITH COUNSEL FOR DEBTORS REGARDING FOLLOW-UP REQUESTS FOR DOCUMENTS FROM C. PAULSON AND B. KANE (0.3); REVIEW AND ANLYZE MATERIALS PROVIDED BY DEBTORS' COUNSEL (0.5); MISC. COMMUNICATIONS WITH COUNSEL FOR PE SPONSORS REGARDING RESPONSES TO 2004 REQUESTS (0.4) | 1.20 | 2,286.00 |
| 11/06/25 | TURNER | CORRESPOND WITH DEBTORS' COUNSEL AND FORENSIC ACCOUNTING TEAM | 0.40 | 400.00 |
| 11/07/25 | TURNER | STRATEGIZE REGARDING THIRD-PARTY DOCUMENT COLLECTION | 0.30 | 300.00 |
| 11/07/25 | SACHS | CORRESPONDENCE REGARDING DOCUMENT PRODUCTION (0.4) ; CALL WITH DENTON'S REGARDING RELEASES AND SETTLEMENT AGREEMENT (0.2) | 0.60 | 771.00 |



POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
December 5, 2025

Invoice 7006244
Page 17

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/07/25 | TYRRELL | VIDEO CONFERENCE AND EMAILS WITH COUNSEL FOR DEBTORS REGARDING FOLLOW-UP REQUESTS FOR DOCUMENTS FROM C. PAULSON AND B. KANE AND RELATED REQUESTS FOR RELEASES (0.7); MISC. COMMUNICATIONS WITH COUNSEL FOR PE SPONSORS REGARDING RESPONSES TO 2004 REQUESTS (0.5) | 1.20 | 2,286.00 |
| 11/10/25 | SACHS | CORRESPONDENCE REGARDING DOCUMENT PRODUCTION FROM PE SPONSORS | 0.20 | 257.00 |
| 11/10/25 | TURNER | REVIEW AND ANALYZE THIRD-PARTY DOCUMENTS IN CONNECTION WITH INVESTIGATION PROCESS | 0.80 | 800.00 |
| 11/11/25 | SACHS | CORRESPONDENCE REGARDING DOCUMENT REVIEW AND COLLECTION | 0.20 | 257.00 |
| 11/11/25 | TYRRELL | MISC. COMMUNICATIONS WITH COUNSEL FOR PE SPONSORS REGARDING RESPONSES TO 2004 REQUESTS | 0.30 | 571.50 |
| 11/12/25 | SACHS | CORRESPONDENCE REGARDING DOCUMENT PRODUCTION FROM PE SPONSORS | 0.10 | 128.50 |
| 11/13/25 | SACHS | CORRESPONDENCE WITH PE SPONSORS; ANALYSIS OF DOCUMENTS PRODUCED AND CONFER WITH S. TYRRELL AND N. TURNER REGARDING THE SAME | 0.40 | 514.00 |
| 11/13/25 | TURNER | PREPARE FOR AND ATTEND DATA PRESERVATION MEETING (.7); STRATEGIZE WITH TEAM REGARDING THIRD-PARTY DOCUMENT REVIEW AND ANALYSIS (.3); DRAFT SUMMARY OF DATA PRESERVATION MEETING (.3) | 1.30 | 1,300.00 |
| 11/13/25 | TYRRELL | MISC. COMMUNICATIONS WITH COUNSEL FOR PE SPONSORS, BROWN RUDNICK TEAM AND ALVAREZ & MARSAL REGARDING RESPONSES TO 2004 REQUESTS, RECIPET AND PROCESSING OF RESPONSIVE DATA, AND STRATEGY FOR REVIEW OF SAME | 0.80 | 1,524.00 |
| 11/14/25 | TURNER | ANALYZE DOCUMENTS PROVIDED BY THIRD PARTIES | 0.80 | 800.00 |
| 11/14/25 | TYRRELL | MISC. COMMUNICATIONS, INCLUDING WITH COUNSEL FOR PE SPONSORS, REGARDING DOCUMENTS PROVIDED I RESPONSE TO 2004 REQUESTS | 0.20 | 381.00 |
| 11/18/25 | SACHS | REVISIONS AND CORRESPONDENCE REGARDING COOPERATION AGREEMENT | 0.40 | 514.00 |



POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
December 5, 2025

Invoice 7006244
Page 18

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/18/25 | TYRRELL | REVIEW AND REVISE DRAFT RELEASES FOR C. PAULSON AND B. KANE (0.5); MISC. COMMUNICATIONS WITH BROWN RUDNICK TEAM REGARDING SAME (0.2); MISC. COMMUNICATIONS, INCLUDING WITH DEBTORS' COUNSEL, REGARDING REQUEST TO PRESERVE DOCUMENTS AND DATA (0.2) | 0.90 | 1,714.50 |
| 11/18/25 | AULET | REVIEWING COOPERATION AGREEMENT | 0.40 | 690.00 |
| 11/19/25 | TYRRELL | MISC. EMAILS, INCLUDING WITH DEBTORS' COUNSEL, REGARDING DRAFT RELEASES FOR C. PAULSON AND B. KANE | 0.20 | 381.00 |
| 11/20/25 | SACHS | CONFER WITH N. TURNER REGARDING DOCUMENT COLLECTION AND REVIEW | 0.20 | 257.00 |
| 11/20/25 | TURNER | ANALYZE THIRD-PARTY PRODUCED DOCUMENTS | 1.10 | 1,100.00 |
| 11/21/25 | SACHS | CONFER WITH M. SAWYER AND ANALYSIS FOR DOCUMENT REVIEW | 0.20 | 257.00 |
| 11/24/25 | SACHS | CORRESPONDENCE WITH PE SPONSORS' COUNSEL AND N. TURNER REGARDING DOCUMENT REVIEW | 0.20 | 257.00 |
| 11/24/25 | TYRRELL | MISC. EMAILS REGARDING PE STATUS OF PE SPONSORS' RESPONSES TO 2004 REQUESTS AND PREPARATION FOR UPCOMING CONFIRMATION HEARDING | 0.40 | 762.00 |
| 11/25/25 | TYRRELL | MISC. COMMUNICATIONS REGARDING STATUS AND OUTCOME OF PLAN CONFIRMATION HEARING AND TRANSITION OF DOCUMENTS AND DATA TO LITIGATION TRUST FOR PURSUIT OF POTENTIAL CLAIMS | 0.30 | 571.50 |
| 11/26/25 | TYRRELL | MISC. COMMUNICATIONS, INCLUDNG WITH COUNSEL FOR PE SPONSORS, REGARDING PRODUCTION OF DOCUMENTS IN RESPONSE TO 2004 REQUESTS | 0.30 | 571.50 |
| 11/26/25 | SACHS | RECEIPT AND COLLECTION OF DOCUMENTS FROM PE SPONSORS | 0.20 | 257.00 |
| | **Total Hours and Fees** | | 20.20 | 28,848.50 |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| KENNETH J. AULET | 0.40 | hours at | 1,725.00 | 690.00 |
| DANIEL L. SACHS | 7.10 | hours at | 1,285.00 | 9,123.50 |
| STEVEN A. TYRRELL | 7.00 | hours at | 1,905.00 | 13,335.00 |
| NANCY H. TURNER | 5.70 | hours at | 1,000.00 | 5,700.00 |
| **Total Fees** | | | | 28,848.50 |

**brown**rudnick

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
20550 SW 115TH AVENUE
TUALATIN, OR 97062

| | |
|---|---|
| Invoice | 7006244 |
| Date | Dec 5, 2025 |
| Client | 041594 |

RE: CLAIMS ADMINISTRATION AND OBJECTIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through November 30, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 041594.0012 | CLAIMS ADMINISTRATION AND OBJECTIONS | 49,787.00 | 0.00 | 49,787.00 |
| | **Total** | **49,787.00** | **0.00** | **49,787.00** |

| | |
|---|---|
| **Total Current Fees** | **$49,787.00** |
| **Total Current Costs** | **$0.00** |
| **Total Invoice** | **$49,787.00** |

RE: CLAIMS ADMINISTRATION AND OBJECTIONS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/08/25 | SAWYER | ANALYZE AND SUMMARIZE SURETY BOND MOTION FOR COMMITTEE | 1.20 | 1,182.00 |
| 11/08/25 | SILVERBERG | CONTINUED CORRESPONDENCE RELATED TO ACE SETTLEMENT | 0.20 | 396.00 |
| 11/11/25 | SAWYER | REVIEW MAINFREIGHT STIPULATION AND BILL OF SALE | 0.70 | 689.50 |
| 11/11/25 | SILVERBERG | CONFERENCE M. SAWYER REGARDING PLAN SUPPLEMENT, PLAN REVISIONS TO INCORPORATE ACE/WARN SETTLEMENTS (.2); REVIEW PROPOSED PLAN SUPPLEMENT/PLAN MODIFICATIONS (.4) | 0.60 | 1,188.00 |
| 11/14/25 | SILVERBERG | REVIEW DRAFT 9019 MOTION, CORRESPONDENCE RELATED TO ACE SETTLEMENT TO FACILITATE PLAN CONFIRMATION | 0.40 | 792.00 |
| 11/15/25 | SILVERBERG | REVIEW REVISIONS TO ACE SETTLEMENT AGREEMENT AND RELATED SOLICITATION ISSUES | 1.00 | 1,980.00 |
| 11/16/25 | SILVERBERG | CONTINUED REVIEW/ANALYSIS OF ACE SETTLEMENT MATERIALS | 0.60 | 1,188.00 |
| 11/17/25 | SAWYER | ANALYZE FLEXGEN ADMIN CLAIM AND SUMMARIZE SAME FOR COMMITTEE (.7); CALL WITH DENTONS RE SAME AND FOLLOW UP EMAILS (.4) | 1.10 | 1,083.50 |
| 11/18/25 | SAWYER | MEET WITH DENTONS AND LATHAM RE RESOLUTION OF FLEXGEN ADMIN CLAIM (.8); FOLLOW UP WITH K. AULET RE SAME (.1); REVIEW WELLDEX SETTLEMENT AGREEMENT AND SUMMARY FOR COMMITTEE RE MEETING AND RESOLUTION (.8); CALL WITH S. WASCHITZ RE SAME (.3) | 2.00 | 1,970.00 |
| 11/18/25 | AULET | PLANNING OUT RESPONSE TO FLEXGEN ISSUES (.8) | 0.80 | 1,380.00 |
| 11/18/25 | SAWYER | REVIEW DISCOVERY REQUESTS BY FLEXGEN | 0.30 | 295.50 |
| 11/19/25 | SAWYER | DRAFT MOTION TO ADJUDICATE OR ESTIMATE FLEXGEN ADMIN CLAIM (5.0); MEET WITH DENTONS RE STRATEGIZE CALL WITH FLEXGEN COUNSEL (.7); MEET WITH FLEXGEN COUNSEL RE ADMIN CLAIM RESOLUTION (.6); FOLLOW UP WITH BR AND DENTONS RE SAME (.3) | 6.60 | 6,501.00 |



POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
December 5, 2025

Invoice 7006244
Page 22

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/19/25 | AULET | OUTLINING FLEXGEN OBJECTION (.9); DISCUSSIONS RE FLEXGEN WITH DEBTORS (1.0); WITH FLEXGEN (.8); DRAFTING PLAN REPLY INSERT (1.1); REVIEWING OBJECTIONS (1.2); DISCUSSION WITH OBJECTOR (.3) | 5.30 | 9,142.50 |
| 11/20/25 | SAWYER | CONTINUE WORK ON FLEXGEN CLAIM OBJECTION/ESTIMATION | 4.70 | 4,629.50 |
| 11/20/25 | AULET | PREPARING FOR (.3) AND ATTENDING STATUS CONFERENCE (.4); OUTLINING OBJECTION TO FLEXGEN CLAIM (1.8). | 2.50 | 4,312.50 |
| 11/21/25 | SAWYER | SEVERAL ROUNDS OF REVISIONS OF FLEXGENS ADMIN CLAIM OBJECTION AND PREPARE FOR FILING (2.2); COMMUNICATIONS WITH DENTONS AND K. AULET RE SAME (.6) | 2.80 | 2,758.00 |
| 11/21/25 | AULET | REVISING FLEXGEN EMERGENCY OBJECTION (2.6); DISCUSSIONS ON SETTLEMENT ISSUES WITH DEBTORS (1.4); REVIEWING PROPOSED FILINGS (.6) | 4.60 | 7,935.00 |
| 11/22/25 | SAWYER | MEET WITH DENTONS RE FLEXGEN SETTLEMENT UPDATES (.3); ANALYZE PROPOSED SETTLEMENTS WITH FLEXGEN AND RH SHIPPING (.4); EMAIL TO COMMITTEE RE SAME (.3) | 1.00 | 985.00 |
| 11/23/25 | SAWYER | REVIEW AND COMMENT RE DRAFT FLEXGEN SETTLEMENT AGREEMENT | 0.40 | 394.00 |
| 11/24/25 | SAWYER | SEVERAL ROUNDS OF REVISIONS TO AND MULTIPLE EMAILS RE FLEXGEN SETTLEMENT AGREEMENT | 1.00 | 985.00 |
| | **Total Hours and Fees** | | 37.80 | 49,787.00 |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| BENNETT S. SILVERBERG | 2.80 | hours at | 1,980.00 | 5,544.00 |
| KENNETH J. AULET | 13.20 | hours at | 1,725.00 | 22,770.00 |
| MATTHEW A. SAWYER | 21.80 | hours at | 985.00 | 21,473.00 |
| **Total Fees** | | | | 49,787.00 |

**brown**rudnick

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
20550 SW 115TH AVENUE
TUALATIN, OR 97062

| Invoice | 7006244 |
|---|---|
| Date | Dec 5, 2025 |
| Client | 041594 |

RE: BUSINESS OPERATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through November 30, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 041594.0020 | BUSINESS OPERATIONS | 985.00 | 0.00 | 985.00 |
| | **Total** | **985.00** | **0.00** | **985.00** |

| | |
|---|---|
| **Total Current Fees** | **$985.00** |
| **Total Current Costs** | **$0.00** |
| **Total Invoice** | **$985.00** |



POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
December 5, 2025

Invoice 7006244
Page 24

RE: BUSINESS OPERATIONS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/21/25 | SAWYER | REVIEW CUSTOMER WARRANTY ASSIGNMENT MOTION AND DEBTORS' RESPONSE (.5); DRAFT JOINDER TO DEBTORS' RESPONSE (.5) | 1.00 | 985.00 |
| | **Total Hours and Fees** | | **1.00** | **985.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| MATTHEW A. SAWYER | 1.00 | hours at | 985.00 | 985.00 |
| **Total Fees** | | | | **985.00** |

# brownrudnick

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
20550 SW 115TH AVENUE
TUALATIN, OR 97062

| | | |
|---|---|---|
| Invoice | | 7006244 |
| Date | | Dec 5, 2025 |
| Client | | 041594 |

RE: INSURANCE

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through November 30, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 041594.0021 | INSURANCE | 780.00 | 0.00 | 780.00 |
| | **Total** | **780.00** | **0.00** | **780.00** |

| | | |
|---|---|---|
| Total Current Fees | | $780.00 |
| Total Current Costs | | $0.00 |
| Total Invoice | | $780.00 |



POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
December 5, 2025

Invoice 7006244
Page 26

RE: INSURANCE

| **T I M E   D E T A I L** |
|---|

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 11/21/25 | HEALY | ANALYSIS OF PROPOSED RESOLUTION OF INSURANCE ISSUES RE APPLICATION OF EXCLUSIONS | 0.60 | 780.00 |
| | **Total Hours and Fees** | | **0.60** | **780.00** |

| **T I M E   S U M M A R Y** |
|---|

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| DANIEL J. HEALY | 0.60 | hours at | 1,300.00 | 780.00 |
| **Total Fees** | | | | **780.00** |

**brown**rudnick

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
20550 SW 115TH AVENUE
TUALATIN, OR 97062

| | |
|---|---|
| Invoice | 7006244 |
| Date | Dec 5, 2025 |
| Client | 041594 |

RE: EMPLOYEE MATTERS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through November 30, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 041594.0022 | EMPLOYEE MATTERS | 788.00 | 0.00 | 788.00 |
| | **Total** | **788.00** | **0.00** | **788.00** |

| | |
|---|---|
| **Total Current Fees** | **$788.00** |
| **Total Current Costs** | **$0.00** |
| **Total Invoice** | **$788.00** |

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
December 5, 2025

Invoice 7006244
Page 28

RE: EMPLOYEE MATTERS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/21/25 | SAWYER | REVIEW 9019 SETLEMENT DOCS WITH WARN CLAIMANTS | 0.80 | 788.00 |
| | **Total Hours and Fees** | | **0.80** | **788.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| MATTHEW A. SAWYER | 0.80 | hours at | 985.00 | 788.00 |
| **Total Fees** | | | | **788.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

| | | |
|---|---|---|
| POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS 20550 SW 115TH AVENUE TUALATIN, OR 97062 | Invoice Date Client | 7006244 Dec 5, 2025 041594 |

RE: POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS



Remittance

**Balance Due: $176,162.40**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number: ███████

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: ███████

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**<u>Exhibit B</u>**

(<u>Brown Rudnick's Costs</u>)

**brown**rudnick

| | | | |
|---|---|---|---|
| POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice | 7006245 |
| 20550 SW 115TH AVENUE | | Date | Dec 4, 2025 |
| TUALATIN, OR 97062 | | Client | 041594 |

RE: COSTS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through November 30, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 041594.0001 | COSTS | 0.00 | 65.00 | 65.00 |
| | **Total** | **0.00** | **65.00** | **65.00** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $65.00 |
| **Total Invoice** | **$65.00** |



POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
RE: COSTS
December 4, 2025

Invoice 7006245
Page 2

## C O S T   D E T A I L

| Date | Description | Value |
|------|-------------|------:|
| 10/10/25 | PACER | 0.80 |
| 10/10/25 | PACER | (0.80) |
| 11/03/25 | COPIES | 2.00 |
| 11/03/25 | COPIES | 1.80 |
| 11/03/25 | COPIES | 2.00 |
| 11/04/25 | COPIES | 2.00 |
| 11/04/25 | COPIES | 1.00 |
| 11/04/25 | COPIES | 1.00 |
| 11/04/25 | COPIES | 1.10 |
| 11/04/25 | COPIES | 0.20 |
| 11/04/25 | COPIES | 1.10 |
| 11/04/25 | COPIES | 0.20 |
| 11/06/25 | COPIES | 2.00 |
| 11/06/25 | COPIES | 0.20 |
| 11/06/25 | COPIES | 3.80 |
| 11/06/25 | COPIES | 0.50 |
| 11/20/25 | COPIES | 3.90 |
| 11/20/25 | COPIES | 5.70 |
| 11/20/25 | COPIES | 5.50 |
| 11/20/25 | COPIES | 6.60 |
| 11/20/25 | COPIES | 10.10 |
| 11/20/25 | COPIES | 0.50 |
| 11/20/25 | COPIES | 0.20 |
| 11/20/25 | COPIES | 2.60 |
| 11/21/25 | COPIES | 10.60 |
| 11/25/25 | COPIES | 0.40 |
| | **Total Costs** | **65.00** |

## C O S T   S U M M A R Y

| Description | Value |
|-------------|------:|
| PACER | 0.00 |
| COPIES | 65.00 |
| **Total Costs** | **65.00** |

**brown**rudnick

| | | |
|---|---|---|
| POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice | 7006245 |
| 20550 SW 115TH AVENUE | Date | Dec 4, 2025 |
| TUALATIN, OR 97062 | Client | 041594 |

RE: COSTS



Remittance

███████████████████████████████████████████

**Balance Due:  $65.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number: ████████
████████████████████

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: ██████████