# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Powin, LLC

Case No.: 25-16137

Chapter: 11

Judge: Michael B. Kaplan

## Notice of Adjournment/Rescheduling by the Court

By way of this Notice, the Court advises the parties that the matter referenced below will be adjourned or rescheduled.

**Matter**: Motion of Pulse Clean Energy SPV Watt Limited for Relief from Stay [Dkt. 1127]

**Current date and time**: Wednesday, December 15, 2025 at 2:00 p.m.

**New date and time**: **Thursday, January 22, 2026 at 11:30 a.m.**

**Additional Notes**: The Court has been advised that the parties seek to consensually adjourn to allow the Powin Liquidating Trust more time to fully assume its role in these proceedings.

**Location of Hearing:** Hearings may be conducted by Zoom, telephone, or in person.

- If by **Zoom**, please see the Judge's page on the Court's website for the Zoom link:
  http://www.njb.uscourts.gov/content/honorable-michael-b-kaplan
- If by **Telephone**, please sign up through Court-Solutions
  (visit www.court-solutions.com or the Court's website, www.njb.uscourts.gov, for more information)
- If **In-Person**, at the following address: Courtroom No.___

**Court Appearances**:
- (●) Required by Zoom
- ( ) Required by Telephone
- ( ) Required In-Person
- ( ) Are NOT Required
- ( ) May be either In-Person or remotely via Telephone