UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.:        _____

Chapter:        _____

Judge:        _____

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Zurich American Insurance Company.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

DOCUMENTS:

☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☐  All documents and pleadings of any nature.

Date: _____        _____
                                        Signature

*new.8/1/15*