UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(b)**

BIELLI & KLAUDER, LLC
Angela L. Mastrangelo, Esq. (No. 239652019)
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8271
Email: mastrangelo@bk-legal.com

*Counsel to Zurich American Insurance Company and its affiliates*

| | |
|---|---|
| In re: | Case No.: <u>25-16137</u> |
| POWIN, LLC, *et al.*, | Judge: <u>MBK</u> |
| Debtor. | Chapter: <u>11</u> |

## APPLICATION FOR ADMISSION
### *PRO HAC VICE* OF KENNETH M. THOMAS, ESQUIRE

Pursuant to Federal Rule of Bankruptcy Procedure 9010, Local Bankruptcy Rule for the District of New Jersey 2090-1, and the attached certification, counsel applies for the admission *pro hac vice* of Kenneth M. Thomas, Esquire, of Fox, Swibel, Levin & Carroll LLP on behalf of Zurich American Insurance Company and its affiliates in this matter.  In reliance thereon, counsel relies on the attached *Certification by Counsel to be Admitted* Pro Hac Vice.

Dated: December 10, 2025

**BIELLI & KLAUDER, LLC**

*/s/ Angela L. Mastrangelo*
Angela L. Mastrangelo, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8271
Email: mastrangelo@bk-legal.com

*Counsel to Zurich American Insurance Company and its affiliates*