## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Federal Rule of Bankruptcy Procedure 9010, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois since 2016. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that, upon admission *pro hac vice*, I shall pay to the Clerk of the District Court the required fee within the time directed by this Court.

Dated: December 10, 2025

**FOX, SWIBEL, LEVIN & CARROLL LLP**

*/s/ Kenneth M. Thomas*
Kenneth M. Thomas, Esquire
200 W. Madison, Suite 3000
Chicago, IL 60606
Telephone: (312) 224-1241
Email: kthomas@foxswibel.com

*Counsel to Zurich American Insurance Company and its affiliates*