| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(b)**<br>BIELLI & KLAUDER, LLC<br>Angela L. Mastrangelo, Esq. (No. 239652019)<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>Telephone: (215) 642-8271<br>Email: mastrangelo@bk-legal.com<br><br>*Counsel to Zurich American Insurance Company and its affiliates* | |
| In re:<br><br>POWIN, LLC, *et al.*,<br><br>                    Debtor. | Case No.:    25-16137<br><br>Judge:         MBK<br><br>Chapter:           11 |

# NOTICE OF MOTION OF CREDITOR ZURICH AMERICAN INSURANCE COMPANY TO DEEM TIMELY CERTAIN LATE-FILED PROOF OF CLAIM PURSUANT TO BANKRUPTCY RULE 3002(C)

Bielli & Klauder, LLC ("BK") counsel to Zurich American Insurance Company ("Zurich"), has filed the *Motion of Creditor Zurich American Insurance Company to Deem Timely Certain Late-Filed Proof of Claim Pursuant to Bankruptcy Rule 3002(C)*.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, there on or before 7 days before the hearing date, you or your attorney must:

File with the court a written response explaining your position at:

United States Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also send a copy to:

Angela L. Mastrangelo, Esquire
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8271
Email: mastrangelo@bk-legal.com

Attend the hearing scheduled to be held on **January 8, 2026 at 10:00 a.m. (Eastern Time)** (the "Hearing") and will be conducted via *Zoom for Government*, before the Honorable Michael K. Kaplan, United States Bankruptcy Judge for the District of New Jersey.

Register for the Hearing by submitting an e-mail to Chambers (chambers_of_mbk@njb.uscourts.gov), by no later than one business day before the hearing, by indicating the name of the person appearing, their e-mail address, their affiliation, and whom they represent/interest in this case. If the request is approved, the participant will receive appropriate credentials and further instruction. Telephonic information for observational purposes can be found on the page on the Court's website devoted to the *Powin, LLC, et al.*, bankruptcy case: www.njb.uscourts.gov/powin.

Dated: December 10, 2025

*/s/ Angela L. Mastrangelo*
Angela L. Mastrangelo, Esquire
BIELLI & KLAUDER, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8271
mastrangelo@bk-legal.com

*Counsel to Zurich American Insurance Company*