| | |
|---|---|
| **UNITED STATES BANKRUTPCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**LATHAM & WATKINS LLP**<br>Blake T. Denton<br>David A. Hammerman (admitted *pro hac vice*)<br>Jason D. Petropoulos (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Email:  blake.denton@lw.com<br>          david.hammerman@lw.com<br>          jason.petropoulos@lw.com<br><br><br>Jeffrey T. Mispagel (admitted *pro hac vice*)<br>10250 Constellation Blvd. Suite 1100<br>Los Angeles, CA 90067<br>Telephone: (213) 485-1234<br>Email:  jeffrey.mispagel@lw.com<br><br>*Counsel for FlexGen Power Systems, LLC* | |
| In re:<br>Powin, LLC, et al.[1]<br>                              Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**APPLICATION FOR ENTRY OF JOINT STIPULATION AND AGREED ORDER EXTENDING THE DEADLINE TO RESPOND TO *THE EMERGENCY MOTION OF THE DEBTORS AND THE COMMITTEE FOR ENTRY OF AN ORDER DISALLOWING AND EXPUNGING THE ADMINISTRATIVE CLAIM FILED BY FLEXGEN, OR, IN THE ALTERNATVE, ESTIMATING THE CLAIM AT $0 FOR ALL PURPOSES***

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

TO THE HONORABLE MICHAEL B. KAPLAN
UNITED STATES BANKRUPTCY JUDGE:

FlexGen Power Systems, LLC ("FlexGen"), by and through its counsel, Latham & Watkins LLP, submits this application (the "Application"), pursuant to Local Rule 9019-4(a) of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"), seeking approval and entry of the *Joint Stipulation and Agreed Order Extending the Deadline to Respond to the Emergency Motion of the Debtors and the Committee for Entry of an Order Disallowing and Expunging the Administrative Claim filed by FlexGen or, in the Alternative, Estimating the Claim at $0 for All Purposes* (the "Stipulation and Agreed Order"), a copy of which is attached hereto as Exhibit A, and respectfully states as follows:

1. On June 9, 2025, the above-captioned Debtors filed voluntary petitions for relief pursuant to Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey (the "Court").

2. On August 18, 2025, the Court entered that certain *Sale Order* [Docket No. 751] (the "Sale Order"), pursuant to which the Court authorized the Debtors to enter into, with FlexGen, an Asset Purchase Agreement, dated July 6, 2025 (the "APA"), under which FlexGen purchased certain assets from the Debtors. Schedule 2.1(a) of the APA lists the "Purchased Inventory," which includes inventory from a variety of warehouses and third-party locations, including the RH shipping storage location (the "RH Inventory").

3. On November 17, 2025, FlexGen filed a *Request for Payment of Administrative Expenses* [Docket No. 1062] (the "Administrative Claim"), which, among other things, asserted an administrative claim for undelivered RH Inventory.

4. On November 21, 2025, the Debtors and the Official Committee of Unsecured

2

Creditors filed the *Emergency Motion of the Debtors and the Committee for Entry of an Order Disallowing and Expunging the Administrative Claim Filed by FlexGen or, in the Alternative, Estimating that Claim at $0 for All Purposes* [Docket No. 1103] (the "FlexGen Administrative Claim Disallowance Motion") challenging the Administrative Claim, including the portion related to the RH Inventory.

5. On December 1, 2025, the Court entered its *Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors* [Docket No. 1165] (the "Confirmation Order").

6. In the Confirmation Order, the FlexGen Administrative Claim Disallowance Motion was "set for hearing on December 17, 2025 at 2:00p.m. Eastern Time, with any responses to the FlexGen Administrative Claim Disallowance Motion shall be filed on or before December 10, 2025, and any reply due on or before December 15, 2025." Confirmation Order at ¶ 50.

7. FlexGen and the Trustee for the Powin Liquidating Trust have been engaged in good faith negotiations regarding a potential resolution of FlexGen's Administrative Claim and the FlexGen Administrative Claim Disallowance Motion, and have reached an agreement in principle to resolve such disputes, which the parties are in the process of memorializing in a settlement agreement.

8. The parties have agreed to the terms of the attached Stipulation and Agreed Order in order to allow the parties sufficient opportunity to finalize their settlement without the distraction and expense of briefing, discovery, and litigation.

3

9. This Application is submitted pursuant to Local Rule 9019-4(a)—in lieu of a motion—in support of the parties' request that the Court enter the Stipulation and Agreed Order as presented.

10. No previous application for the relief sought herein has been made to this or any other Court.

11. The Trustee for the Powin Liquidating Trust agrees that the Stipulation and Agreed Order is in the best interest of the Powin Liquidating Trust and their stakeholders.

[*Remainder of Page Intentionally Left Blank*]

Dated: December 10, 2025

Respectfully Submitted,

*/s/ Blake T. Denton*
Blake T. Denton
David A. Hammerman
Jason D. Petropoulos
LATHAM & WATKINS, LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email:  blake.denton@lw.com
         david.hammerman@lw.com
         jason.petropoulos@lw.com

  -and-

Jeffrey T. Mispagel
LATHAM & WATKINS, LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA  90071-1560
Telephone: (213) 485-1234
Email:  jeffrey.mispagel@lw.com

*Counsel for FlexGen Power Systems, LLC*

5

## **CERTIFICATE OF SERVICE**

     I certify that on December 10, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of New Jersey on those parties registered to receive electronic notices.

                                        */s/ Blake T. Denton*
                                        Blake T. Denton