# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

    I, Travis R. Buckingham, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

    On December 9, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Monthly Fee Statement of Togut, Segal & Segal LLP for the Period of October 1, 2025 Through October 31, 2025** [Docket No. 1191]

- **Monthly Fee Statement of Dentons US LLP for the Period of October 1, 2025 Through October 31, 2025** [Docket No. 1192]

Dated: December 11, 2025

                                                         /s/ *Travis R. Buckingham*
                                                         Travis R. Buckingham
                                                         Verita
                                                          222 N Pacific Coast Highway, Suite 300
                                                          El Segundo, CA 90245
                                                          Tel. 310.823.9000

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; (xii) Powin Canada B.C. Ltd. [2239] and Powin EKS SellCo, LLC [9110]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

# Exhibit A

**Exhibit A**
**Fee Application Notice Parties**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Creditor Sonic Systems International, LLC | Akerman LLP | Mark S. Lichtenstein | mark.lichtenstein@akerman.com |
| Counsel to Hitachi Energy Ltd and Hitachi Energy Power Conversion Solutions, S.L.U., f/k/a Experience Knowledge Strategy, S.L. | Allen Overy Shearman Sterling US LLP | Luckey McDowell, Ian Roberts | luckey.mcdowell@aoshearman.com; ian.roberts@aoshearman.com |
| Financial Advisor to the Committee | Alvarez & Marsal NA | Seth A. Waschitz, Rich Newman | rnewman@alvarezandmarsal.com; swaschitz@alvarezandmarsal.com |
| Co-Counsel for Lu Pacific Properties, LLC | Archer & Greiner, P.C. | Natasha M. Songonuga | nsongonuga@archerlaw.com |
| Counsel for Celestica LLC | Arnold & Porter Kaye Scholer LLP | Benjamin Mintz, Justin Imperato, Gabby Ferreira | benjamin.mintz@arnoldporter.com; justin.imperato@arnoldporter.com; gabby.ferreira@arnoldporter.com |
| Counsel for Celestica LLC | Arnold & Porter Kaye Scholer LLP | Lee M. Cortes, Jr. | lee.cortes@arnoldporter.com |
| Counsel for Idaho Power Company | Baker Botts LLP | Micheline Deeik | micheline.deeik@bakerbotts.com |
| Counsel for Idaho Power Company | Baker Botts LLP | Richard B. Harper, Scott R. Bowling | richard.harper@bakerbotts.com; scott.bowling@bakerbotts.com |
| Counsel to EPC Services Company | Benesch, Friedlander, Coplan & Aronoff LLP | Jennifer R. Hoover, Noelle B. Torrice | jhoover@beneschlaw.com; ntorrice@beneschlaw.com |
| Counsel to Mainfreight Inc., Mesa Logistics Group, LLC d/b/a Trivergix Group, 8Loop Logistics LLC and 8Loop Trans Inc. | Benesch, Friedlander, Coplan & Aronoff LLP | Kevin M. Capuzzi, John C. Gentile, Noelle B. Torrice | kcapuzzi@beneschlaw.com; jgentile@beneschlaw.com; ntorrice@beneschlaw.com |
| Counsel for Creditor Expeditors International of Washington, Inc. | Bressler, Amery & Ross, P.C. | David H. Pikus | dpikus@bressler.com |
| Counsel to Official Committee of Unsecured Creditors | Brown Rudnick LLP | Bennett S Silverberg, Kenneth J Aulet, Eric R. Goodman | KAulet@brownrudnick.com; BSilverberg@brownrudnick.com; EGoodman@brownrudnick.com |
| Counsel to Official Committee of Unsecured Creditors | Brown Rudnick LLP | Robert Stark | rstark@brownrudnick.com |
| Counsel for or Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson | schristianson@buchalter.com |
| Counsel for Mitsubishi Power Americas, Inc. and Prevalon Energy LLC | Clifford Chance US LLP | Michelle M. McGreal | michelle.mcgreal@cliffordchance.com |
| Co-Counsel to BHER Ravenswood Solar 1, LLC | Cole Schotz P.C. | Felice R. Yudkin, Daniel J. Harris | fyudkin@coleschotz.com; dharris@coleschotz.com |
| Counsel for Arevon Energy, Inc. | Cullen and Dykman LLP | Kyriaki Christodoulou | kchristodoulou@cullenllp.com |
| Counsel for the Debtors and Debtors in Possession | Dentons US LLP | Tania M. Moyron, Van C. Durrer | tania.moyron@dentons.com; van.durrer@dentons.com |
| Counsel for Control Concepts Corporation d/b/a c3controls | Eckert Seamans Cherin & Mellott, LLC | Nicholas M. Gaunce | ngaunce@eckertseamans |
| Counsel to Pulse Clean Energy SPV Watt Limited | Eversheds Sutherland (US) LLP | David A. Wender | davidwender@eversheds-sutherland.com |
| Counsel to JMS Wind Energy, LLC | Eversheds Sutherland (US) LLP | Todd C. Meyers | toddmeyers@eversheds-sutherland.com |
| Counsel to JMS Wind Energy, LLC and Pulse Clean Energy SPV Watt Limited | Eversheds Sutherland (US) LLP | Todd C. Meyers, Sameer M. Alifarag | toddmeyers@eversheds-sutherland.com; sameeralifarag@eversheds-sutherland.com |
| Counsel to the Cash Flow DIP Lender and Keyframe Capital Partners, L.P | Faegre Drinker Biddle & Reath LLP | James H. Millar, Kyle R. Kistinger | james.millar@faegredrinker.com; kyle.kistinger@faegredrinker.com |
| Counsel to Keyframe Capital Partners, L.P | Faegre Drinker Biddle & Reath LLP | Michael P. Pompeo | michael.pompeo@faegredrinker.com |
| Co-Counsel to Front Range–Midway Solar Project, LLC | Farella Braun and Martel LLP | Gary M. Kaplan | gkaplan@fbm.com |
| Counsel to AMP Solar US Services LLC, n/k/a PureSky US Services LLC | Foley & Lardner LLP | Anne B. Sekel | asekel@foley.com |
| Counsel for Specified Technologies, Inc. and Zendesk, Inc. | Fox Rothschild, LLP | Agostino A. Zammiello | azammiello@foxrothschild.com |
| Counsel for Specified Technologies, Inc. | Fox Rothschild, LLP | Joseph J. DiPasquale | jdipasquale@foxrothschild.com |
| Counsel for Zendesk, Inc. | Fox Rothschild, LLP | Michael R. Herz | mherz@foxrothschild.com |
| Counsel for Zendesk, Inc. | Fox Rothschild, LLP | Stephanie Slater Ward | sward@foxrothschild.com |
| Counsel to Official Committee of Unsecured Creditors | Genova Burns LLC | Daniel Stolz | dstolz@genovaburns.com |
| Counsel to Official Committee of Unsecured Creditors | Genova Burns LLC | Donald Clarke, Jaclynn N. McDonnell, Susan A. Long | DClarke@genovaburns.com; jmcdonnell@genovaburns.com; slong@genovaburns.com |
| Counsel for GLAS USA LLC and Galp Parques Fotovoltaicos de Alcoutim, Lda | Gibbons P.C. | Brett S. Theisen | btheisen@gibbonslaw.com |
| Co-counsel for certain funds and accounts managed by KKR Credit Advisors (US) LLC | Gibbons P.C. | John S. Mairo | jmairo@gibbonslaw.com |

Exhibit A
Fee Application Notice Parties
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Galp Parques Fotovoltaicos de Alcoutim, Lda and Co-counsel for certain funds and accounts managed by KKR Credit Advisors (US) LLC | Gibbons P.C. | Kyle P. McEvilly | kmcevilly@gibbonslaw.com |
| Co-Counsel to BHER Ravenswood Solar 1, LLC | Gibson, Dunn & Crutcher LLP | Jeffrey C. Krause | jkrause@gibsondunn.com |
| Co-Counsel to BHER Ravenswood Solar 1, LLC | Gibson, Dunn & Crutcher LLP | Michael J. Cohen | mcohen@gibsondunn.com |
| Agent for the Prepetition Lenders and Top 50 Creditor | GLAS USA LLC | | clientservices.americas@glas.agency |
| Counsel to Hitachi Energy Ltd and Hitachi Energy Power Conversion Solutions, S.L.U., f/k/a Experience Knowledge Strategy, S.L. | Herbert Smith Freehills Kramer (US) LLP | Boaz I. Cohen, Kyle J. Ortiz | boaz.cohen@hsfkramer.com; kyle.ortiz@hsfkramer.com |
| Counsel for Invenergy, LLC, Yuma Solar Energy LLC, Invenergy Services LLC, Invenergy Storage Development LLC, El Sol Energy Storage LLC, and El Sol Storage Energy LLC | Holland & Knight LLP | Barbra R. Parlin | barbra.parlin@hklaw.com |
| Counsel for Invenergy, LLC, Yuma Solar Energy LLC, Invenergy Services LLC, Invenergy Storage Development LLC, El Sol Energy Storage LLC, and El Sol Storage Energy LLC | Holland & Knight LLP | John Monaghan, Lynne B. Xerras, Kathleen M. St. John | bos-bankruptcy@hklaw.com; Lynne.Xerras@hklaw.com; Kathleen.StJohn@hklaw.com |
| Counsel for One Source Freight Solutions | Husch Blackwell LLP | Tara T. LeDay | Tara.Leday@huschblackwell.com |
| Co-Counsel for Lu Pacific Properties, LLC | Kell, Alterman & Runstein, L.L.P. | Mathew W. Lauritsen | mlauritsen@kelrun.com |
| Counsel to DIP Lender FlexGen Power Systems | Latham & Watkins | David Hammerman, Blake Denton, Andrew Sorkin | david.hammerman@lw.com; blake.denton@lw.com; andrew.sorkin@lw.com |
| Counsel to DIP Lender FlexGen Power Systems | Latham & Watkins | Jeffrey Mispagel | jeffrey.mispagel@lw.com |
| Counsel to DIP Lender FlexGen Power Systems | Latham & Watkins | Whit Morley | whit.morley@lw.com |
| Counsel to Matrix Networks | Lowenstein Sandler LLP | Jeffrey D. Prol, Benjamin A. Schoenkin | jprol@lowenstein.com; bschoenkin@lowenstein.com |
| Counsel for AmTrust North America, Inc. on behalf of Wesco Insurance Company | Maurice Wutscher LLP | Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| Co-Counsel for Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, Longroad Energy Partners, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, Sun Streams Expansion, LLC, DTE Electric Company, and Poblano Energy Storage, LLC | Mayer Brown LLP | Joaquin M. C de Baca, Richard A. Stieglitz, Youmi Kim | jcdebaca@mayerbrown.com; rstieglitz@mayerbrown.com; ykim@mayerbrown.com |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Jeffery M. Sponder, Lauren Bielskie | Lauren.Bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov |
| Counsel to esVolta, LP, EDF Power Solutions, Inc. (f/k/a EDFRenewables, Inc.) and PowerFlex Systems, Inc. | Orrick, Herrington & Sutcliffe LLP | Lorraine McGowen, Michael Trentin, Jenna MacDonald Busche | lmcgowen@orrick.com; mtrentin@orrick.com; jmacdonaldbusche@orrick.com |
| Co-Counsel for Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, Longroad Energy Partners, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, Sun Streams Expansion, LLC, DTE Electric Company, Poblano Energy Storage, LLC, Mitsubishi Power Americas, Inc. and Prevalon Energy LLC | Pashman Stein Walder & Hayden, P.C. | John W. Weiss, Leah M. Eisenberg, David E. Sklar | jweiss@pashmanstein.com; leisenberg@pashmanstein.com; dsklar@pashmanstein.com |
| Counsel to Key Capture Energy, LLC | Porter Hedges LLP | Eric M. English, James A. Keefe | eenglish@porterhedges.com; jkeefe@porterhedges.com |
| Debtor | Powin, LLC | Chad Paulson, Gerard Uzzi | chad.paulson@powin.com; guzzi@uzzilall.com |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 2 of 3

Exhibit A
Fee Application Notice Parties
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Honeywell International Inc. | Rabinowitz, Lubetkin & Tully, LLC | Jeffrey A. Cooper | jcooper@rltlawfirm.com |
| Counsel to GLAS USA LLC, agent for the Prepetition Lenders | Reed Smith LLP | Nicholas B. Vislocky, Andy Buck, David A. Pisciotta, Richard C. Solow | NVislocky@reedsmith.com; ABuck@reedsmith.com; dpisciotta@reedsmith.com; rsolow@reedsmith.com |
| Co-Counsel to Front Range–Midway Solar Project, LLC and Counsel to Solar Carver 1, LLC and Solar Carver 3, LLC, as assignee of Pine Gate ECP, LLC | Riker Danzig LLP | Joseph L. Schwartz, Gregory S. Toma | jschwartz@riker.com; gtoma@riker.com |
| Counsel to Solar Carver 1, LLC and Solar Carver 3, LLC, as assignee of Pine Gate ECP, LLC | Riker Danzig LLP | Tara J. Schellhorn | tschellhorn@riker.com |
| Counsel to Enel Produzione S.p.A | Robinson & Cole LLP | Evan M. Lazerowitz | elazerowitz@rc.com |
| Counsel to Key Capture Energy, LLC | Saul Ewing LLP | Lucian B. Murley | luke.murley@saul.com |
| Counsel to Key Capture Energy, LLC | Saul Ewing LLP | Turner N. Falk | turner.falk@saul.com |
| Counsel to CS Energy, LLC | Schenck, Price, Smith & King, LLP | Franklin Barbosa, Jr. | fb@spsk.com |
| Counsel to SMA Solar Technology America LLC | Sheppard, Mullin, Richter & Hampton LLP | Ori Katz, Jeannie Kim | okatz@sheppardmullin.com; jekim@sheppardmullin.com |
| Counsel to SMA Solar Technology America LLC | Sheppard, Mullin, Richter & Hampton LLP | Sean Kirby | skirby@sheppardmullin.com |
| Co-Counsel to Ace Engineering | Sherman, Silverstein, Kohl, Rose & Podolsky, P.A. | Arthur J. Abramowitz, Ross J. Switkes | aabramowitz@shermansilverstein.com; rswitkes@shermansilverstein.com |
| Counsel for Ultra Corpotech Private Limited | Thompson Hine LLP | Jeremy M. Campana, Alexander J. Andrews | Jeremy.Campana@ThompsonHine.com; Alexander.Andrews@ThompsonHine.com |
| Tennessee Attorney General | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | gina.hantel@ag.tn.gov |
| Co-Counsel for the Debtors and Debtors in Possession | Togut, Segal & Segal LLP | Albert Togut, Eitan Blander | altogut@teamtogut.com; eblander@teamtogut.com |
| Co-Counsel for the Debtors and Debtors in Possession | Togut, Segal & Segal LLP | Frank A. Oswald | frankoswald@teamtogut.com |
| Counsel to Ameresco, Inc. and Kupono Solar, LLC | Troutman Pepper Locke LLP | David M. Fournier, Joanna J. Cline, Tori L. Remington | david.fournier@troutman.com; joanna.cline@troutman.com; tori.remington@troutman.com |
| Counsel to EPC Services Company | UB Greensfelder LLP | Stuart A. Laven, Jr. | salaven@ubglaw.com |
| Counsel to Mitsubishi Electric Power Products, Inc. | Vedder Price P.C. | Courtney M. Brown, Joshua A. Dunn, Michael Schein, Max DuVal | cmbrown@vedderprice.com; jdunn@vedderprice.com; mschein@vedderprice.com; mduval@vedderprice.com |
| Counsel for the Ad Hoc Customer Group | Vinson & Elkins LLP | Steven M. Abramowitz, David S. Meyer, Lauren R. Kanzer | sabramowitz@velaw.com; dmeyer@velaw.com; lkanzer@velaw.com |
| Counsel for the Ad Hoc Customer Group | Vinson & Elkins LLP | William L. Wallander, Matthew D. Struble | mstruble@velaw.com; bwallander@velaw.com |
| Counsel for or Bergstrom Inc. | Webber McGill LLC | Douglas J. McGill | dmcgill@webbermcgill.com |
| Agent for Toyota Industries Commercial Finance Inc. | Weltman, Weinberg & Reis Co. LPA | Scott D. Fink | bronationalecf@weltman.com |
| Co-counsel for certain funds and accounts managed by KKR Credit Advisors (US) LLC | White & Case LLP | Andrew Zatz, Shana Vantusko, Emilio Grandio, Nadav Klugman, David Ridley, Andrea Amulic, Adam Swingle | azatz@whitecase.com; shana.white@whitecase.com; emilio.grandio@whitecase.com; nadav.klugman@whitecase.com; David.Ridley@whitecase.com; andrea.amulic@whitecase.com; adam.swingle@whitecase.com |
| Co-counsel for certain funds and accounts managed by KKR Credit Advisors (US) LLC | White & Case LLP | Erin Rosenberg, Adam Swingle | erin.rosenberg@whitecase.com; adam.swingle@whitecase.com |
| Co-Counsel for Munmorah Battery ProjectCo Pty Ltd and Ulinda Park ProjectCo Pty Ltd | Wollmuth Maher & Deutsch LLP | Paul R. DeFilippo, James N. Lawlor | pdefilippo@wmd-law.com; jlawlor@wmd-law.com |
| Counsel for Applied Surety Underwriters, SiriusPoint America Insurance Company, and Pennsylvania Insurance Company | Womble Bond Dickinson (US) LLP | Kevin J. Mangan, Lisa Bittle Tancredi | kevin.mangan@wbd-us.com; lisa.tancredi@wbd-us.com |
| Counsel for Ormat Nevada Inc. | Young Conaway Stargatt & Taylor, LLP | Sean M. Beach, Kara Hammond Coyle | sbeach@ycst.com; kcoyle@ycst.com; bankfilings@ycst.com |