UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**EVERSHEDS SUTHERLAND (US) LLP**

Sameer M. Alifarag (NJ No. 353692021)
sameeralifarag@eversheds-sutherland.com
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 389-5000

David A. Wender (admitted *pro hac vice*)
davidwender@eversheds-sutherland.com
999 Peachtree Street NE, Suite 2300
Atlanta, Georgia 30309
Tel: (404) 853-8175
Fax: (404) 853-8806

*Counsel to Pulse Clean Energy SPV Watt Limited*

| | |
|---|---|
| In re: | Chapter 11 |
| POWIN, LLC, *et al.*,[1] | Case No. 25-16137 (MBK)<br>(Jointly Administered) |
| Debtors. | Honorable Michael B. Kaplan |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO MOTION OF PULSE CLEAN ENERGY SPV WATT LIMITED (I) TO FILE UNDER SEAL EXHIBITS B AND C TO MOTION OF PULSE CLEAN ENERGY SPV WATT LIMITED FOR RELIEF FROM THE AUTOMATIC STAY AND AUTHORIZING ACTIONS CONSISTENT THEREWITH AND (II) GRANTING RELATED RELIEF**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue, Tualatin, OR 97062.

**PLEASE TAKE NOTICE** that on November 24, 2025, Pulse Clean Energy SPV Watt Limited ("Pulse") filed the *Motion of SPV Watt Limited (I) to File Under Seal Exhibits B and C to Motion of Pulse Clean Energy SPV Watt Limited for Relief from the Automatic Stay and Authorizing Actions Consistent Therewith and (II) Granting Related Relief* [Docket No. 1128] (the "Motion to Seal").

**PLEASE TAKE FURTHER NOTICE** that the deadline for parties to file objections to approval of the Motion to Seal was December 10, 2025, at 4:00 p.m. (ET) (the "Objection Deadline").  No objections or responses to the Motion to Seal were filed on the docket on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that the proposed order approving the relief requested in the Motion to Seal (the "Proposed Order") is attached hereto as **Exhibit A**.  Pulse respectfully requests that the Court enter the Proposed Order.

[*Signature Page Follows*]

Dated: December 11, 2025
New York, New York

/s/ Sameer M. Alifarag

**EVERSHEDS SUTHERLAND (US) LLP**

Sameer M. Alifarag (NJ No. 353692021)
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 389-5000
sameeralifarag@eversheds-sutherland.com

David A. Wender (admitted *pro hac vice*)
999 Peachtree Street NE, Suite 2300
Atlanta, Georgia 30309
Tel: (404) 853-8175
Fax: (404) 853-8806
davidwender@eversheds-sutherland.com

*Counsel to Pulse Clean Energy SPV Watt Limited*