# EXHIBIT A

**Proposed Order**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| POWIN, LLC, *et al.*,[1] | Case No. 25-16137 (MBK)<br>(Jointly Administered) |
| Debtors. | Honorable Michael B. Kaplan |

**ORDER AUTHORIZING PULSE CLEAN ENERGY SPV WATT LIMITED TO FILE
<u>CONFIDENTIAL EXHIBITS UNDER SEAL</u>**

The relief set forth on the following pages, numbered one (1) through six (6), is **ORDERED**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue, Tualatin, OR 97062.

1

Page:      <u>2</u>
Debtor:    Powin, LLC, *et al*.
Case No.:  Case No. 25-16137 (MBK)
Caption:   Order Authorizing Pulse Clean Energy SPV Watt Limited to File Confidential Exhibits Under Seal

---

**EVERSHEDS SUTHERLAND (US) LLP**

Sameer M. Alifarag (NJ No. 353692021)
sameeralifarag@eversheds-sutherland.com
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 389-5000

David A. Wender (admitted *pro hac vice*)
davidwender@eversheds-sutherland.com
999 Peachtree Street NE, Suite 2300
Atlanta, Georgia 30309
Tel: (404) 853-8175
Fax: (404) 853-8806

*Counsel to Pulse Clean Energy SPV Watt Limited*

---

This matter comes before the Court in connection with the *Motion of Pulse Clean Energy SPV Watt Limited (I) to File Under Seal Exhibits B and C to Motion of Pulse Clean Energy SPV Watt Limited for Relief from the Automatic Stay and Authorizing Actions Consistent Therewith and (II) Granting Related Relief* [Docket No. 1128] (the "<u>Motion to Seal</u>")[1] filed by Pulse Clean Energy SPV Watt Limited ("<u>Pulse</u>") seeking entry of an order (a) authorizing Pulse to file the Confidential Exhibits under seal; (b) directing that the Confidential Exhibits shall remain under seal and not be required to be made available to anyone, except to (i) the Court, (ii) the U.S. Trustee, (iii) the parties to the ESA and Escrow Agreement, (iv) on a confidential, professionals'

---

[1] Capitalized terms used but not defined herein shall have the respective meanings ascribed to them in the Motion to Seal.

| | |
|---|---|
| Page: | <u>3</u> |
| Debtor: | Powin, LLC, *et al*. |
| Case No.: | Case No. 25-16137 (MBK) |
| Caption: | Order Authorizing Pulse Clean Energy SPV Watt Limited to File Confidential Exhibits Under Seal |

eyes only basis, the professionals retained by the Committee, and (v) any other party as may be ordered by the Court or agreed to by the parties to the ESA and the Escrow Agreement; and (c) granting related relief, all as more fully set forth in the Motion to Seal; and the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of New Jersey dated as of September 18, 2012; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary or required; and upon all proceedings had before the Court; and the Court having determined that the legal and factual bases set forth in the Motion to Seal establish just cause for the relief granted herein; and upon all proceedings had before the Court and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Seal is **GRANTED** as set forth herein.

2. The Court finds that the information contained in the Confidential Exhibits is "commercial information" as set forth in Section 107(b)(1) of the Bankruptcy Code.

3. Pursuant to Section 107(b) of the Bankruptcy Code, Pulse is hereby authorized to file the Confidential Exhibits under seal.

4. Except as otherwise ordered by the Court, the Confidential Exhibits shall remain under seal and not be required to be made available to anyone, except to (i) the Court, (ii) the U.S. Trustee, (iii) the parties to the ESA and the Escrow Agreement, (iv) on a confidential,

| | |
|---|---|
| Page: | <u>4</u> |
| Debtor: | Powin, LLC, *et al*. |
| Case No.: | Case No. 25-16137 (MBK) |
| Caption: | Order Authorizing Pulse Clean Energy SPV Watt Limited to File Confidential Exhibits Under Seal |

professionals' eyes only basis, the professionals retained by the Committee, and (v) any other party as may be ordered by the Court or agreed to by the parties to the ESA and the Escrow Agreement, according to their terms.

5.  Pulse is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion to Seal.

6.  This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.