UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Kenneth J. Aulet, Esq.
Ben Silverberg, Esq.
Jeffrey L. Jonas
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4924
Fax: (212) 938-2924
Email: rstark@brownrudnick.com
        kaulet@brownrudnick.com
        bsilverberg@brownrudnick.com
        jjonas@brownrudnick.com
*Counsel for the Official Committee of*
*Unsecured Creditors*
-and-
**GENOVA BURNS LLC**
Daniel M. Stolz, Esq.
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 533-0777
Fax: (973) 814-4045
Email: dstolz@genovaburns.com
*Local Counsel for the Official Committee of*
*Unsecured Creditors*

| | |
|---|---|
| In re: | Chapter 11 |
| POWIN, LLC., *et al.*,[1] | Case No: 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: December 29, 2025** |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

**FIFTH MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL NORTH AMERICA, LLC, FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 1, 2025 THROUGH NOVEMBER 30, 2025**

Alvarez & Marsal North America, LLC ("A&M"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned jointly administered chapter 11 cases of Powin, LLC., *et al.* (the "Debtors"), hereby submits its fifth monthly fee statement (the "Statement") pursuant to sections 330 and 331 of Title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, D.N.J. LBR 2016-1, and the *Administrative Fee Order Establishing Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of This Court* entered on July 25, 2025 [Dkt. No. 519] (the "Administrative Fee Order").  Pursuant to the Administrative Fee Order, responses to this Statement, if any, are due by **December 29, 2025.**

Dated: December 15, 2025

**ALVAREZ & MARSAL NORTH AMERICA, LLC**

By: */s/ Richard Newman*
Richard Newman
540 W. Madison St., Suite 1800
Chicago, IL, 60661
Telephone: 312.288.4056
rnewman@alvarezandmarsal.com

*Financial Advisor to the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

## FEE STATEMENT COVER SHEET

| | |
|---|---|
| Debtor: Powin, LLC., *et al.*[1] | Applicant: Alvarez & Marsal North America, LLC ("A&M") |
| Case No: 25-16137 (MBK) | Client: Official Committee of Unsecured Creditors |
| Chapter: 11 | Case Filed: June 9, 2025, June 10, 2025, and June 22, 2025 |

## SECTION I
## FEE SUMMARY

Summary of the Amounts Requested for the Period from
November 1, 2025 through November 30, 2025 (the "Fee Period")

| | |
|---|---:|
| Fee Total: | $134,271.00 |
| Less: 20% Holdback | (26,854.20) |
| Plus: 100% Expenses | 3,814.31 |
| Total Sought at this Time | $111,231.11 |

### Summary of Amounts Requested for Previous Periods

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fees Requested: | $2,493,440.50 | $9,448.66 |
| Total Fees Allowed To Date: | $1,994,752.40 | $9,448.66 |
| Total Retainer (If Applicable): | N/A | N/A |
| Total Holdback: | $498,688.10 | $0.00 |
| Total Received By Applicant: | $1,994,752.40 | $9,448.66 |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

**SECTION I (CONTINUED)**
**FEE SUMMARY**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Newman, Rich | Managing Director | $ 1,375 | 6.4 | $ 8,800.00 |
| Gonzalez, Andrea | Managing Director | 1,250 | 3.4 | 4,250.00 |
| Negangard, Kevin | Managing Director | 1,195 | 6.9 | 8,245.50 |
| Waschitz, Seth | Senior Director | 1,050 | 65.7 | 68,985.00 |
| Baker, Kevin | Senior Director | 1,000 | 1.2 | 1,200.00 |
| Quatinetz, Hilary | Director | 835 | 7.4 | 6,179.00 |
| Guo, Zhangbo | Manager | 725 | 0.8 | 580.00 |
| House, Lydia | Manager | 725 | 1.3 | 942.50 |
| Champion, Leigh | Senior Associate | 640 | 1.1 | 704.00 |
| Desai, Bijal | Associate | 650 | 31.0 | 20,150.00 |
| Luna, Manuel | Analyst | 575 | 21.8 | 12,535.00 |
| Crump, Skye | Analyst | 550 | 2.0 | 1,100.00 |
| Grussing, Bernice | Operations Manager | 375 | 1.6 | 600.00 |
| **Total** | | | **150.6** | $ **134,271.00** |

### SECTION II
### SUMMARY OF SERVICES

| Project Category | Hours | Fees |
|---|---|---|
| Asset Sales | 1.5 | $     1,575.00 |
| Cash Budget | 19.5 | 16,832.50 |
| Claims / Liabilities Subject to Compromise | 40.9 | 34,892.50 |
| Court Attendance / Participation | 1.7 | 1,785.00 |
| Fee Application | 21.2 | 13,207.50 |
| Financial & Operational Matters | 6.0 | 6,295.00 |
| General Correspondence with UCC & UCC Counsel | 1.5 | 1,715.00 |
| Insurance Matters | 2.4 | 2,585.00 |
| Miscellaneous Motions | 4.8 | 5,040.00 |
| Plan of Reorganization / Disclosure Statement | 18.2 | 19,402.50 |
| Potential Avoidance Actions / Litigation Matters | 29.6 | 27,716.00 |
| SOFAs & SOALs | 1.4 | 1,230.00 |
| Tax Matters | 1.9 | 1,995.00 |
| **Total** | **150.6** | **$     134,271.00** |

### SECTION III
### SUMMARY OF DISBURSEMENTS

| Expense Type | | Amount |
|---|---|---|
| Miscellaneous | $ | 3,814.31 |
| **Total** | **$** | **3,814.31** |

| **SECTION  IV** |
| :---: |
| **CASE HISTORY** |

(1)   Date cases filed:                                  June 9, 2025, June 10, 2025, and June 22, 2025

(2)   Chapter under which cases commenced:    Chapter 11

(3)   Date of Retention:                               July 1, 2025

(4)   Summarize in brief the benefits to the estate and attach supplements as needed:

    (a)   A&M continued to analyze the Debtors' cash flow budgets, weekly budget-to-actual cash budget variance reports and wind-down budget to understand the Debtors' cash position at emergence

    (b)   A&M updated its draft waterfall analysis to assess potential recoveries for unsecured creditors under certain scenarios and updated its presentation for the Committee. Additionally, A&M analyzed the Debtors' sources and uses of cash and incorporated their weekly updates into the waterfall analysis to monitor the impact on potential recoveries

    (c)   A&M continued its review of documents posted to the Relativity platform, including the review of board materials

    (d)   A&M continued its process to preserve and extract the Company's electronic books and records, including data collections from relevant custodians

    (e)   A&M continued to review the filed claims register to evaluate the population of claims by category. Additionally, A&M analyzed proposed claims settlements

    (f)   A&M analyzed the Plan supplement and reviewed objections to the Plan to ensure that the Plan was confirmed

    (g)   A&M regularly participated in calls with the Committee, Committee counsel, and the Debtors' professionals

    (h)   To the extent not addressed by the foregoing descriptions, A&M performed other services on behalf of the Committee that were necessary and appropriate during these chapter 11 cases

In support of this Statement, the following exhibits are annexed hereto:

    Exhibit A – Retention Order
    Exhibit B – A&M's itemized daily time records
    Exhibit C – A&M's itemized daily expense records

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  December 15, 2025                    _/s/ Richard Newman_
                                          Richard Newman

**EXHIBIT A**
ALVAREZ & MARSAL NORTH AMERICA, LLC
REVISED RETENTION ORDER

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Kenneth J. Aulet, Esq.
Ben Silverberg, Esq.
Jeffrey L. Jonas, Esq.
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4924
Fax: (212) 938-2924
rstark@brownrudnick.com
kaulet@brownrudnick.com
bsilverberg@brownrudnick.com
jjonas@brownrudnick.com

*Counsel for the Official Committee of Unsecured
Creditors*

Order Filed on August 18, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

## REVISED ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTORS, POWIN, LLC, *ET AL.*, EFFECTIVE JULY 1, 2025

The relief set forth on the following pages 2 (two) through 6 (six) is hereby **ORDERED.**

**DATED: August 18, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors:          POWIN LLC, et al.
Case No.:         25-16137 (MBK)
Caption of Order: REVISED ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
                  ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR TO
                  THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTORS,
                  POWIN, LLC, ET AL., EFECTIVE JULY 1, 2025

---

Upon the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") appointed in the Chapter 11 Cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order pursuant to sections 328, and 1103 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing the employment and retention of Alvarez & Marsal North America, LLC (together with employees of its affiliates (all of which are wholly-owned by its parent company and employees), its wholly owned subsidiaries, and independent contractors (collectively, "A&M"), as financial advisor to the Committee, effective as of July 1, 2025; and upon the Newman Declaration; and due and adequate notice of the Application having been given; and it appearing that no other notice need be given; and it appearing that A&M does not represent any adverse interest in connection with these cases; and it appearing that there is due cause; it is hereby

ORDERED that:

1.      The Application is approved as set forth herein.

2.      In accordance with Bankruptcy Code sections 328 and 1103, the Committee shall employ and retain A&M effective as of July 1, 2025, as its financial advisor on the terms set forth in the Application, without the need for any further action on the part of A&M or the Committee to document such retention.

3.      The terms of A&M's engagement, as set forth in the Application, including, without limitation, the compensation provisions and the indemnification provisions, are reasonable terms

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

Page 3
Debtors:        POWIN LLC, et al.
Case No.:       25-16137 (MBK)
Caption of Order: REVISED ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
                ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR TO
                THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTORS,
                POWIN, LLC, ET AL., EFECTIVE JULY 1, 2025

_____

and conditions of employment and are hereby approved.  However, any of the Debtors' obligations

to indemnify A&M pursuant to the indemnification provisions included in the Application are

subject to the following:

(a) A&M shall not be entitled indemnification, contribution, or reimbursement,

unless such services and the indemnification, contribution, or reimbursement

therefore are approved by the Court.

(b) in no event shall A&M be indemnified for any claim or expense to the extent

that either (i) a court determines by final order (which final order is no longer

subject to appeal) that such claim arose out of A&M's own bad faith, self-dealing,

breach of fiduciary duty (if any), gross negligence or willful misconduct; (ii) is for

a contractual dispute in which it is alleged by the Debtors that A&M breached its

obligations pursuant to the engagement, unless the Court determines that

indemnification, contribution or reimbursement would be permissible pursuant to

*In re United Artists Theater Co.,* 315 F.3d 217 (3d Cir. 2003); or (iii) the claim is

settled prior to a judicial determination as to the exclusions in sub-clauses (i) and

(ii) above, but is determined by this Court, after notice and a hearing pursuant to

subparagraph (c) below to be a claim or expense for which A&M is not entitled to

receive indemnity under the terms of the Application and this Order.

(c) If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in

these cases (that order having become a final order no longer subject to appeal); or

(ii) the entry of an order closing these Chapter 11 Cases, A&M believes that they

are entitled to payment of any amounts by the Debtors on account of

Page 4
Debtors:           POWIN LLC, et al.
Case No.:          25-16137 (MBK)
Caption of Order:  REVISED ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
                   ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR TO
                   THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTORS,
                   POWIN, LLC, ET AL., EFECTIVE JULY 1, 2025

---

indemnification, contribution and/or reimbursement obligations under the

Application (as modified by this Order), including, without limitation, the

advancement of defense costs, A&M must file an application with the Court, and

the Debtors may not pay any such amounts to A&M before the entry of an order by

the Court approving the payment.  This subparagraph (c) is intended only to specify

the period of time under which the Court shall have jurisdiction over any requests

for fees and expenses by A&M for indemnification, contribution and/or

reimbursement, and is not a provision limiting the duration of the Debtors'

obligation to indemnify, or make contributions or reimbursements to, A&M.  All

parties in interest shall retain the right to object to any demand by A&M for

indemnification, contribution and/or reimbursement.

(d) In the event that, during the pendency of these chapter 11 cases, A&M requests

reimbursement from the Debtors for any attorneys' fees and/or expenses, the

invoices and supporting time records from such attorneys shall be billed in one-

tenth hour increments and shall be included in A&M's fee applications, both

interim and final, and such invoices and time records shall be in compliance with

Local Rules, the U.S. Trustee Guidelines, and the standards of section 330 and 331

of the Bankruptcy Code, without regard to whether such attorney has been retained

under sections 327 and 1103 of the Bankruptcy Code and without regard to whether

such attorneys' services satisfy section 330(a)(3)(C) of the Bankruptcy Code.

Notwithstanding the foregoing, A&M shall not seek reimbursement of any fees

incurred defending any of A&M's fee applications in these cases.

Page 5
Debtors:        POWIN LLC, et al.
Case No.:       25-16137 (MBK)
Caption of Order: REVISED ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
                ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR TO
                THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTORS,
                POWIN, LLC, ET AL., EFECTIVE JULY 1, 2025

---

4.      A&M shall file applications for interim and final allowance of compensation and

reimbursement of expenses pursuant to the procedures set forth in Bankruptcy Code sections 330

and 331, such Bankruptcy Rules as may then be applicable, the Local Bankruptcy Rules, the

Guidelines, and the Court's Interim Compensation Order and any amendments or modifications

thereto A&M will also provide any and all fees and expenses included in monthly fee statements,

interim fee applications, and final fee applications in "LEDES", or similar agreed upon Excel

format, to the United States Trustee.

5.      At least ten (10) days before implementing any increases from the rates listed in its

Engagement Letter and Application for its professionals in these cases, A&M shall provide written

notice of any rate increases to the Committee, the United States Trustee, and the Debtors, and will

file a Supplemental Declaration with the Court.  The United States Trustee, retains all rights to

object to any rate increase on all grounds including, but not limited to, the reasonableness standard

provided for in section 330 of the Bankruptcy Code, and the Court retains the right to review any

rate increase pursuant to section 330 of the Bankruptcy Code. Any material change to the scope of

services being provided by A&M, as outlined in the Application, shall require further Court

approval.

6.      The Committee will coordinate with A&M and its other retained professionals to

minimize unnecessary duplication of the services provided by any of its retained professionals.

7.      To the extent that there may be any inconsistency between the terms of the

Application and this Order, the terms of this Order shall govern.

8.      The Committee and A&M are authorized to take all actions it deems necessary to

effectuate the relief granted pursuant to this Order in accordance with the Application.

Page 6
Debtors:              POWIN LLC, et al.
Case No.:             25-16137 (MBK)
Caption of Order: REVISED ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
                   ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR TO
                   THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTORS,
                   POWIN, LLC, ET AL., EFECTIVE JULY 1, 2025

---

9.    This Order shall be immediately effective and enforceable upon its entry.

10.    Notice of the Application as provided therein is deemed to be good and sufficient notice of such Application, and the requirements of the Bankruptcy Rules and the Local Bankruptcy Rules are satisfied by the Application.

11.    This Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this Order or A&M's services for the Committee.

**EXHIBIT B**
ITEMIZED DAILY TIME RECORDS
FOR THE FEE PERIOD

*Exhibit B*

**Powin, LLC, et al.**
*Time Detail by Project Category*
*November 1, 2025 through November 30, 2025*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| **Asset Sales** | | | |
| Waschitz, Seth | 11/10/2025 | 0.2 | Correspond with A&M team re: inventory auction |
| Waschitz, Seth | 11/10/2025 | 0.2 | Correspond with Debtors re: inventory auction |
| Waschitz, Seth | 11/10/2025 | 0.3 | Review inventory auction detail |
| Waschitz, Seth | 11/11/2025 | 0.2 | Correspond with Debtors re: inventory auction |
| Waschitz, Seth | 11/11/2025 | 0.2 | Correspond with UCC counsel re: inventory auction |
| Waschitz, Seth | 11/21/2025 | 0.4 | Review APA re: acquired storage contract |
| **Subtotal** | | **1.5** | |
| **Cash Budget** | | | |
| Desai, Bijal | 11/1/2025 | 0.1 | Correspond with Debtors re: latest cash budget / sources and uses of cash |
| Waschitz, Seth | 11/2/2025 | 0.2 | Review updated cash budget |
| Waschitz, Seth | 11/2/2025 | 0.2 | Review updated sources and uses of cash analysis |
| Desai, Bijal | 11/3/2025 | 1.1 | Analyze updated cash budget re: weekly changes / ending cash |
| Waschitz, Seth | 11/3/2025 | 0.8 | Review updated cash budget |
| Desai, Bijal | 11/4/2025 | 0.7 | Prepare weekly professional fee estimate |
| Waschitz, Seth | 11/6/2025 | 0.2 | Correspond with Debtors re: sources and uses of cash updates |
| Desai, Bijal | 11/7/2025 | 0.5 | Analyze Debtors' updated sources and uses of cash |
| Waschitz, Seth | 11/7/2025 | 0.5 | Correspond with Debtors re: Liquidating Trust budget revisions |
| Waschitz, Seth | 11/7/2025 | 0.5 | Correspond with UCC counsel re: Liquidating Trust budget |
| Waschitz, Seth | 11/7/2025 | 0.4 | Participate on call with Debtors and A&M team (Waschitz, Desai) to discuss cash budget variance report / updated sources and uses of cash |
| Desai, Bijal | 11/7/2025 | 0.4 | Participate on call with Debtors and A&M team (Waschitz, Desai) to discuss cash budget variance report / updated sources and uses of cash |
| Waschitz, Seth | 11/7/2025 | 0.3 | Review chapter 11 wind-down budget re: Plan supplement |
| Waschitz, Seth | 11/7/2025 | 0.2 | Review updated sources and uses of cash |
| Waschitz, Seth | 11/7/2025 | 0.2 | Update post-exit sources of value analysis |
| Waschitz, Seth | 11/10/2025 | 0.3 | Review revised sources and uses of cash |
| Waschitz, Seth | 11/11/2025 | 0.2 | Prepare professional fee estimate |
| Desai, Bijal | 11/11/2025 | 0.8 | Prepare weekly professional fee estimate |
| Waschitz, Seth | 11/12/2025 | 0.2 | Review professional fees escrow funding report |

*Exhibit B*

*Powin, LLC, et al.*
*Time Detail by Project Category*
*November 1, 2025 through November 30, 2025*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Desai, Bijal | 11/13/2025 | 0.8 | Analyze Debtors' updated sources and uses of cash |
| Desai, Bijal | 11/13/2025 | 0.3 | Correspond with A&M team re: cash budget update |
| Waschitz, Seth | 11/13/2025 | 0.3 | Participate on call with Debtors and A&M team (Waschitz, Desai) to discuss cash budget variance report |
| Desai, Bijal | 11/13/2025 | 0.3 | Participate on call with Debtors and A&M team (Waschitz, Desai) to discuss cash budget variance report |
| Newman, Rich | 11/13/2025 | 0.4 | Review updated sources and uses of cash |
| Waschitz, Seth | 11/13/2025 | 0.3 | Review updated sources and uses of cash |
| Desai, Bijal | 11/13/2025 | 2.3 | Update waterfall analysis re: updated sources and uses of cash |
| Newman, Rich | 11/13/2025 | 0.1 | Correspond with A&M team re: liquidity |
| Waschitz, Seth | 11/17/2025 | 0.5 | Direct A&M team member to update post-exit sources of value analysis |
| Waschitz, Seth | 11/18/2025 | 0.4 | Participate on call with A&M team (Waschitz, Desai) re: updated sources and uses of cash |
| Desai, Bijal | 11/18/2025 | 0.4 | Participate on call with A&M team (Waschitz, Desai) re: updated sources and uses of cash |
| Desai, Bijal | 11/18/2025 | 0.6 | Prepare weekly professional fee estimate |
| Waschitz, Seth | 11/18/2025 | 0.5 | Review and edit updated sources and uses of cash |
| Desai, Bijal | 11/20/2025 | 0.6 | Analyze updated sources and uses of cash |
| Waschitz, Seth | 11/20/2025 | 0.3 | Participate on call with Debtors and A&M team (Newman, SW, Desai) to discuss cash budget variance report / updated sources and uses of cash |
| Newman, Rich | 11/20/2025 | 0.3 | Participate on call with Debtors and A&M team (Newman, SW, Desai) to discuss cash budget variance report / updated sources and uses of cash |
| Desai, Bijal | 11/20/2025 | 0.3 | Participate on call with Debtors and A&M team (Newman, SW, Desai) to discuss cash budget variance report / updated sources and uses of cash |
| Waschitz, Seth | 11/20/2025 | 0.4 | Participate on call with Debtors re: updated sources and uses of cash |
| Waschitz, Seth | 11/20/2025 | 0.2 | Review professional fees escrow funding report |
| Waschitz, Seth | 11/20/2025 | 0.3 | Review updated sources and uses of cash |
| Newman, Rich | 11/20/2025 | 0.2 | Review updated sources and uses of cash |
| Waschitz, Seth | 11/23/2025 | 0.2 | Correspond with A&M team re: updated sources and uses of cash |
| Waschitz, Seth | 11/23/2025 | 0.2 | Review updated liquidation budget |
| Waschitz, Seth | 11/24/2025 | 0.4 | Review updated 2-week budget / sources and uses of cash |
| Newman, Rich | 11/24/2025 | 0.1 | Review revised Liquidating Trust budget |
| Desai, Bijal | 11/25/2025 | 0.8 | Prepare weekly professional fee estimate |

*Exhibit B*

*Powin, LLC, et al.*
*Time Detail by Project Category*
*November 1, 2025 through November 30, 2025*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Waschitz, Seth | 11/26/2025 | 0.2 | Review professional fees escrow funding report |
| **Subtotal** | | **19.5** | |

| **Claims / Liabilities Subject to Compromise** | | | |
|---|---|---|---|
| Waschitz, Seth | 11/1/2025 | 0.3 | Correspond with UCC counsel re: administrative claims |
| Waschitz, Seth | 11/1/2025 | 0.3 | Participate on call with A&M team (Newman, Waschitz) re: administrative claims |
| Newman, Rich | 11/1/2025 | 0.3 | Participate on call with A&M team (Newman, Waschitz) re: administrative claims |
| Newman, Rich | 11/1/2025 | 0.2 | Review administrative / priority payment scenarios |
| Waschitz, Seth | 11/1/2025 | 1.3 | Update waterfall analysis re: Plan supplement |
| Newman, Rich | 11/2/2025 | 0.1 | Review UCC counsel summary of waterfall recovery |
| Desai, Bijal | 11/2/2025 | 0.5 | Update preliminary waterfall report to UCC re: updated sources and uses of cash |
| Waschitz, Seth | 11/3/2025 | 0.2 | Correspond with UCC counsel re: scheduled claims |
| Waschitz, Seth | 11/3/2025 | 0.3 | Direct A&M team member to prepare updated claims analysis |
| Desai, Bijal | 11/3/2025 | 2.6 | Update filed / scheduled claims summary re: latest claims register |
| Waschitz, Seth | 11/4/2025 | 2.4 | Analyze updated claims register |
| Waschitz, Seth | 11/4/2025 | 0.2 | Correspond with A&M team member re: updated claims analysis |
| Waschitz, Seth | 11/4/2025 | 0.3 | Participate in working session with A&M team (Waschitz, Desai) re: updated claims analysis |
| Desai, Bijal | 11/4/2025 | 0.3 | Participate in working session with A&M team (Waschitz, Desai) re: updated claims analysis |
| Waschitz, Seth | 11/4/2025 | 0.3 | Prepare talking points for UCC call re: updated waterfall analysis |
| Desai, Bijal | 11/4/2025 | 2.2 | Update waterfall analysis re: updated claims summary |
| Waschitz, Seth | 11/5/2025 | 0.2 | Participate on call with A&M team (Waschitz, Desai) re: updated claims analysis |
| Desai, Bijal | 11/5/2025 | 0.2 | Participate on call with A&M team (Waschitz, Desai) re: updated claims analysis |
| Desai, Bijal | 11/5/2025 | 2.1 | Prepare initial claims reconciliation analysis by category |
| Waschitz, Seth | 11/5/2025 | 2.1 | Review and edit updated claims analysis |
| Waschitz, Seth | 11/6/2025 | 0.3 | Participate in working session with A&M team re: updated claims analysis |
| Waschitz, Seth | 11/6/2025 | 2.4 | Review and edit updated claims analysis |
| Waschitz, Seth | 11/6/2025 | 2.3 | Review proofs of claims re: secured claims |
| Waschitz, Seth | 11/7/2025 | 0.2 | Participate in working session with A&M team re: updated claims analysis |
| Desai, Bijal | 11/7/2025 | 2.2 | Update waterfall analysis re: unsecured claims analysis |

*Exhibit B*

*Powin, LLC, et al.*
*Time Detail by Project Category*
*November 1, 2025 through November 30, 2025*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Waschitz, Seth | 11/7/2025 | 0.1 | Review final settlement re: ACE claims |
| Waschitz, Seth | 11/7/2025 | 0.1 | Review final settlement re: WARN claims |
| Waschitz, Seth | 11/13/2025 | 0.5 | Direct A&M team member to update waterfall analysis |
| Waschitz, Seth | 11/13/2025 | 0.6 | Review and edit updated waterfall analysis |
| Desai, Bijal | 11/13/2025 | 1.0 | Update waterfall model re: updated sources and uses of cash |
| Waschitz, Seth | 11/14/2025 | 0.3 | Revise updated waterfall analysis |
| Waschitz, Seth | 11/17/2025 | 0.2 | Correspond with A&M team re: Canadian lease decommissioning liability |
| Waschitz, Seth | 11/17/2025 | 0.3 | Correspond with Debtors re: FlexGen administrative claim |
| Waschitz, Seth | 11/17/2025 | 0.2 | Correspond with UCC re: FlexGen administrative claim |
| Waschitz, Seth | 11/17/2025 | 0.4 | Participate on call with Debtors re: FlexGen administrative claim |
| Gonzalez, Andrea | 11/17/2025 | 0.1 | Review FlexGen administrative claim |
| Waschitz, Seth | 11/17/2025 | 0.4 | Review FlexGen administrative claim |
| Waschitz, Seth | 11/18/2025 | 0.2 | Correspond with UCC counsel re: FlexGen administrative claim |
| Waschitz, Seth | 11/18/2025 | 0.2 | Correspond with UCC re: FlexGen administrative claim |
| Waschitz, Seth | 11/18/2025 | 0.4 | Participate on call with UCC counsel re: FlexGen administrative claim |
| Desai, Bijal | 11/18/2025 | 1.3 | Update waterfall report for UCC |
| Desai, Bijal | 11/18/2025 | 0.5 | Update waterfall report for UCC re: deferred / priority claims |
| Desai, Bijal | 11/18/2025 | 0.8 | Update waterfall report for UCC re: post-emergence sources of value |
| Newman, Rich | 11/19/2025 | 0.4 | Review counsel's summary of FlexGen admin claim issue |
| Waschitz, Seth | 11/19/2025 | 0.2 | Correspond with A&M team re: FlexGen administrative claim |
| Waschitz, Seth | 11/19/2025 | 0.2 | Correspond with UCC re: FlexGen administrative claim |
| Desai, Bijal | 11/20/2025 | 1.1 | Analyze Debtors' claims summary |
| Luna, Manuel | 11/20/2025 | 2.1 | Analyze Debtors' revised claims register |
| Waschitz, Seth | 11/20/2025 | 0.4 | Review claims summary |
| Waschitz, Seth | 11/21/2025 | 0.3 | Correspond with UCC re: FlexGen administrative claim |
| Desai, Bijal | 11/21/2025 | 2.1 | Prepare updated claims summary for waterfall analysis |
| Desai, Bijal | 11/21/2025 | 1.6 | Reconcile Debtors' claim summary to latest claims register |
| Waschitz, Seth | 11/21/2025 | 0.5 | Review joint motion to disallow FlexGen claim |

*Exhibit B*

***Powin, LLC, et al.***
***Time Detail by Project Category***
***November 1, 2025 through November 30, 2025***

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Waschitz, Seth | 11/23/2025 | 0.2 | Correspond with UCC re: FlexGen administrative claim update |
| Waschitz, Seth | 11/24/2025 | 0.2 | Correspond with Debtors re: FlexGen administrative claim |
| Waschitz, Seth | 11/24/2025 | 0.2 | Correspond with UCC re: FlexGen administrative claim update |
| **Subtotal** | | **40.9** | |

| **Court Attendance / Participation** | | | |
|---|---|---|---|
| Waschitz, Seth | 11/25/2025 | 1.7 | Attend Plan confirmation hearing |
| **Subtotal** | | **1.7** | |

| **Fee Application** | | | |
|---|---|---|---|
| Luna, Manuel | 11/3/2025 | 2.9 | Prepare October fee statement |
| Luna, Manuel | 11/4/2025 | 2.4 | Prepare October fee statement |
| Luna, Manuel | 11/10/2025 | 2.7 | Update interim fee application |
| Luna, Manuel | 11/11/2025 | 2.9 | Update interim fee application |
| Waschitz, Seth | 11/12/2025 | 0.9 | Review and edit October fee statement |
| Luna, Manuel | 11/12/2025 | 1.8 | Update interim fee application |
| Luna, Manuel | 11/13/2025 | 1.8 | Revise October fee statement |
| Newman, Rich | 11/14/2025 | 0.4 | Review and comment upon interim fee application |
| Waschitz, Seth | 11/14/2025 | 0.4 | Review and edit interim fee application |
| Newman, Rich | 11/14/2025 | 0.5 | Review October fee statement |
| Grussing, Bernice | 11/14/2025 | 1.6 | Process October fee statement |
| Luna, Manuel | 11/15/2025 | 1.7 | Update interim fee application |
| Luna, Manuel | 11/21/2025 | 1.2 | Revise interim fee application |
| **Subtotal** | | **21.2** | |

| **Financial & Operational Matters** | | | |
|---|---|---|---|
| Waschitz, Seth | 11/6/2025 | 1.6 | Review remaining inventory action plan |
| Waschitz, Seth | 11/7/2025 | 0.2 | Discuss CIMC proposal with A&M team |
| Waschitz, Seth | 11/7/2025 | 0.2 | Participate on call with A&M team (Newman, Waschitz) re: case updates |
| Newman, Rich | 11/7/2025 | 0.2 | Participate on call with A&M team (Newman, Waschitz) re: case updates |

*Exhibit B*

*Powin, LLC, et al.*
*Time Detail by Project Category*
*November 1, 2025 through November 30, 2025*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Waschitz, Seth | 11/7/2025 | 0.5 | Participate on call with Debtors and A&M team (Waschitz, Desai) re: inventory action plan |
| Desai, Bijal | 11/7/2025 | 0.5 | Participate on call with Debtors and A&M team (Waschitz, Desai) re: inventory action plan |
| Newman, Rich | 11/11/2025 | 0.1 | Correspond with A&M team re: inventory purchase |
| Waschitz, Seth | 11/17/2025 | 0.2 | Correspond with Debtors re: Liquidating Trust transition presentation |
| Newman, Rich | 11/17/2025 | 0.1 | Review administrative fee notice from buyer |
| Waschitz, Seth | 11/17/2025 | 0.6 | Review Liquidating Trust transition presentation |
| Waschitz, Seth | 11/19/2025 | 0.3 | Correspond with Debtors re: inventory abandonment |
| Waschitz, Seth | 11/20/2025 | 0.3 | Correspond with A&M team re: inventory question |
| Waschitz, Seth | 11/20/2025 | 0.3 | Correspond with UCC counsel re: inventory question |
| Waschitz, Seth | 11/20/2025 | 0.2 | Participate on call with Debtors re: inventory question |
| Newman, Rich | 11/20/2025 | 0.1 | Review warehouse email from UCC counsel |
| Waschitz, Seth | 11/21/2025 | 0.3 | Correspond with Debtors re: inventory question |
| Waschitz, Seth | 11/21/2025 | 0.2 | Correspond with UCC counsel re: inventory question |
| Newman, Rich | 11/21/2025 | 0.1 | Review FlexGen email |
| **Subtotal** | | **6.0** | |

| General Correspondence with UCC & UCC Counsel | | | |
|---|---|---|---|
| Waschitz, Seth | 11/2/2025 | 0.1 | Correspond with UCC re: Liquidating Trust Agreement updates |
| Waschitz, Seth | 11/5/2025 | 0.6 | Participate on call with UCC, UCC counsel, and A&M team (Gonzalez, Waschitz) re: case updates |
| Gonzalez, Andrea | 11/5/2025 | 0.6 | Participate on call with UCC, UCC counsel, and A&M team (Gonzalez, Waschitz) re: case updates |
| Gonzalez, Andrea | 11/7/2025 | 0.1 | Participate on call with UCC counsel and A&M team (Gonzalez, Waschitz) re: case updates |
| Waschitz, Seth | 11/7/2025 | 0.1 | Participate on call with UCC counsel and A&M team (Gonzalez, Waschitz) re: case updates |
| **Subtotal** | | **1.5** | |

| Insurance Matters | | | |
|---|---|---|---|
| Newman, Rich | 11/21/2025 | 0.2 | Review insurance presentation |
| Waschitz, Seth | 11/21/2025 | 0.2 | Correspond with Debtors re: insurance policies cancellation plan |
| Waschitz, Seth | 11/21/2025 | 0.2 | Correspond with UCC counsel re: insurance policies cancellation plan |
| Waschitz, Seth | 11/21/2025 | 0.8 | Review insurance policies cancellation plan |

*Exhibit B*

*Powin, LLC, et al.*
*Time Detail by Project Category*
*November 1, 2025 through November 30, 2025*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Waschitz, Seth | 11/25/2025 | 0.2 | Correspond with Debtors re: insurance policy cancellation |
| Waschitz, Seth | 11/25/2025 | 0.2 | Correspond with Trustee re: insurance policy cancellation |
| Waschitz, Seth | 11/25/2025 | 0.2 | Correspond with UCC counsel re: insurance policy cancellation |
| Waschitz, Seth | 11/28/2025 | 0.2 | Correspond with Debtors re: insurance policy cancellation |
| Waschitz, Seth | 11/28/2025 | 0.2 | Correspond with Trustee re: insurance policy cancellation |
| **Subtotal** | | **2.4** | |

| **Miscellaneous Motions** | | | |
|---|---|---|---|
| Waschitz, Seth | 11/5/2025 | 0.4 | Review motion seeking estimation of surety claims |
| Waschitz, Seth | 11/7/2025 | 0.2 | Review amendment to inventory abandonment order |
| Waschitz, Seth | 11/13/2025 | 0.3 | Review Mainfreight stipulation |
| Waschitz, Seth | 11/18/2025 | 0.4 | Review ACE settlement agreement |
| Waschitz, Seth | 11/18/2025 | 0.3 | Review Mainfreight Stipulation |
| Waschitz, Seth | 11/19/2025 | 0.2 | Review limited objection of surety underwriters to the Plan |
| Waschitz, Seth | 11/21/2025 | 0.3 | Review declaration of Brian Kane re: in support of surety bond motion |
| Waschitz, Seth | 11/21/2025 | 0.1 | Review joinder of Honeywell re: OEM warranties |
| Waschitz, Seth | 11/21/2025 | 0.2 | Review RH Shipping reservation of rights re: Plan confirmation |
| Waschitz, Seth | 11/23/2025 | 0.2 | Review Uzzi declaration in support of WARN 9019 settlement motion |
| Waschitz, Seth | 11/23/2025 | 0.3 | Review WARN 9019 settlement motion |
| Waschitz, Seth | 11/24/2025 | 0.1 | Review declaration of Brian Palomino in support of WARN settlement |
| Waschitz, Seth | 11/24/2025 | 0.3 | Review declaration of Ren Roupinian in support of WARN settlement |
| Waschitz, Seth | 11/24/2025 | 0.3 | Review motion for relief from stay re: Pulse Clean Energy SPV |
| Waschitz, Seth | 11/24/2025 | 0.2 | Review revised proposed order estimating claims of surety bonds |
| Waschitz, Seth | 11/24/2025 | 0.3 | Review stipulation between Debtors and RH Shipping |
| Waschitz, Seth | 11/25/2025 | 0.1 | Review Applied Surety Underwriters settlement |
| Waschitz, Seth | 11/25/2025 | 0.4 | Review FlexGen settlement agreement |
| Waschitz, Seth | 11/26/2025 | 0.2 | Review order estimating claims of New York Marine & General Insurance Company |
| **Subtotal** | | **4.8** | |

*Exhibit B*

*Powin, LLC, et al.*
*Time Detail by Project Category*
*November 1, 2025 through November 30, 2025*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| **Plan of Reorganization / Disclosure Statement** | | | |
| Waschitz, Seth | 11/4/2025 | 0.1 | Correspond with Debtors re: Liquidating Trustee |
| Waschitz, Seth | 11/4/2025 | 0.7 | Review Liquidating Trust Agreement |
| Waschitz, Seth | 11/4/2025 | 0.3 | Review Plan supplement settlement notice |
| Waschitz, Seth | 11/4/2025 | 0.5 | Update analysis re: settlement mechanics |
| Gonzalez, Andrea | 11/5/2025 | 0.1 | Correspond with A&M team re: Liquidating Trust funding |
| Newman, Rich | 11/7/2025 | 1.1 | Review direct claims re: Liquidating Trust Agreement |
| Waschitz, Seth | 11/7/2025 | 0.2 | Correspond with Debtors re: liquidation analysis |
| Waschitz, Seth | 11/7/2025 | 0.2 | Correspond with UCC counsel re: retained causes of action re: Plan supplement |
| Waschitz, Seth | 11/7/2025 | 0.1 | Review assumed executory contracts re: Plan supplement |
| Waschitz, Seth | 11/7/2025 | 0.2 | Review Plan supplement notice |
| Waschitz, Seth | 11/7/2025 | 0.4 | Review redlines of Liquidating Trust Agreements |
| Waschitz, Seth | 11/7/2025 | 0.3 | Review schedule of retained causes of action re: Plan supplement |
| Waschitz, Seth | 11/8/2025 | 2.3 | Analyze liquidation analysis |
| Waschitz, Seth | 11/8/2025 | 0.3 | Correspond with Debtors re: liquidation analysis |
| Waschitz, Seth | 11/8/2025 | 0.5 | Review amended Plan supplement |
| Desai, Bijal | 11/8/2025 | 0.6 | Review Plan supplement |
| Gonzalez, Andrea | 11/8/2025 | 0.1 | Review Plan supplement |
| Newman, Rich | 11/9/2025 | 0.5 | Review and comment upon Debtor's liquidation analysis |
| Desai, Bijal | 11/10/2025 | 0.8 | Review Debtors' claim estimates re: liquidation analysis |
| Waschitz, Seth | 11/13/2025 | 0.4 | Review redline to amended Plan supplement exhibits |
| Waschitz, Seth | 11/14/2025 | 0.4 | Correspond with Debtors re: liquidation analysis |
| Waschitz, Seth | 11/15/2025 | 2.7 | Review 1129(a)(7) liquidation analysis and claims summary |
| Newman, Rich | 11/18/2025 | 0.1 | Correspond with A&M team re: objections to Plan |
| Waschitz, Seth | 11/18/2025 | 0.1 | Review ACE's notice of qualified vote in favor of the Plan |
| Waschitz, Seth | 11/18/2025 | 0.2 | Review CSE's objection to the Plan |
| Waschitz, Seth | 11/18/2025 | 0.3 | Review Longroad / Leeward's objection to the Plan |
| Waschitz, Seth | 11/18/2025 | 0.1 | Review reservation of rights of Triantic and Greenbelt re: Plan |

*Exhibit B*

*Powin, LLC, et al.*
*Time Detail by Project Category*
*November 1, 2025 through November 30, 2025*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Waschitz, Seth | 11/18/2025 | 0.6 | Review UST's objection to the Plan |
| Newman, Rich | 11/19/2025 | 0.2 | Coordinate with A&M team re: objection to Plan progress |
| Newman, Rich | 11/19/2025 | 0.4 | Review UST objection to the Plan |
| Waschitz, Seth | 11/21/2025 | 0.4 | Review tabulation of votes declaration |
| Waschitz, Seth | 11/22/2025 | 0.5 | Review declaration of Gerard Uzzi in support of Plan confirmation |
| Waschitz, Seth | 11/22/2025 | 0.3 | Review FlexGen limited objection to the Plan |
| Waschitz, Seth | 11/22/2025 | 0.8 | Review Plan Proponents Memorandum of Law |
| Waschitz, Seth | 11/22/2025 | 0.1 | Review UCC Plan confirmation witness list |
| Waschitz, Seth | 11/22/2025 | 0.3 | Review updated sources & uses of cash analysis re: Plan confirmation |
| Newman, Rich | 11/24/2025 | 0.2 | Review declaration of Gerard Uzzi in support of Plan confirmation |
| Waschitz, Seth | 11/24/2025 | 0.1 | Review joinder and reservation of rights by EPC re: objection to Plan confirmation |
| Waschitz, Seth | 11/24/2025 | 0.5 | Review proposed form of Plan confirmation order |
| Waschitz, Seth | 11/25/2025 | 0.2 | Correspond with UCC re: Plan confirmation |
| **Subtotal** | | **18.2** | |

| Potential Avoidance Actions / Litigation Matters | | | |
|---|---|---|---|
| Gonzalez, Andrea | 11/5/2025 | 0.1 | Participate on call with UCC counsel and A&M team (Gonzalez, Waschitz) re: insider document production |
| Waschitz, Seth | 11/5/2025 | 0.1 | Participate on call with UCC counsel and A&M team (Gonzalez, Waschitz) re: insider document production |
| Gonzalez, Andrea | 11/5/2025 | 0.1 | Participate on call with UCC counsel re: insider document production |
| Gonzalez, Andrea | 11/6/2025 | 0.1 | Correspond with A&M team re: insider document production |
| Negangard, Kevin | 11/6/2025 | 0.6 | Correspond with UCC counsel re: production analysis initiatives |
| Negangard, Kevin | 11/6/2025 | 0.6 | Correspond with UCC counsel re: review the production analysis / revised discovery initiatives |
| Negangard, Kevin | 11/6/2025 | 0.5 | Correspond with UCC regarding the production analysis / review initiatives |
| Waschitz, Seth | 11/7/2025 | 0.2 | Correspond with A&M team re: document production meeting |
| Gonzalez, Andrea | 11/7/2025 | 0.3 | Correspond with A&M team re: call with Dentons |
| Gonzalez, Andrea | 11/7/2025 | 0.2 | Correspond with A&M team re: data collection |
| Waschitz, Seth | 11/7/2025 | 0.2 | Correspond with A&M team re: Relativity database uploads |
| Waschitz, Seth | 11/7/2025 | 0.2 | Correspond with UCC counsel re: document production |
| Negangard, Kevin | 11/7/2025 | 0.7 | Correspond with UCC counsel re: supplemental document production transfer / review initiatives |

*Exhibit B*

*Powin, LLC, et al.*
*Time Detail by Project Category*
*November 1, 2025 through November 30, 2025*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Negangard, Kevin | 11/7/2025 | 0.4 | Prepare response to UCC counsel request re: confirm the transfer / validation of the supplemental production |
| Negangard, Kevin | 11/7/2025 | 0.4 | Prepare summary for UCC counsel re: the document production analysis initiatives |
| Gonzalez, Andrea | 11/7/2025 | 0.3 | Review correspondence from UCC counsel re: data production |
| Waschitz, Seth | 11/7/2025 | 0.1 | Review GIC production letter |
| Gonzalez, Andrea | 11/7/2025 | 0.1 | Reviewed interview notes re: insider |
| Gonzalez, Andrea | 11/8/2025 | 0.1 | Correspond with A&M team re: data collection |
| Negangard, Kevin | 11/8/2025 | 0.6 | Correspond with UCC and  UCC counsel to confirm the production review initiatives |
| Waschitz, Seth | 11/9/2025 | 0.2 | Correspond with A&M team re: retained causes of action |
| Quatinetz, Hilary | 11/9/2025 | 2.5 | Assess incoming production data |
| Gonzalez, Andrea | 11/10/2025 | 0.1 | Correspond with A&M team re: data collection |
| Gonzalez, Andrea | 11/11/2025 | 0.3 | Correspond with A&M team re: data collection of insiders |
| Waschitz, Seth | 11/11/2025 | 0.3 | Correspond with A&M team re: document production |
| Negangard, Kevin | 11/11/2025 | 0.6 | Correspond with UCC counsel re: data source identification / preservation initiatives |
| Gonzalez, Andrea | 11/11/2025 | 0.2 | Review correspondence from A&M team re: insider data collection |
| Negangard, Kevin | 11/12/2025 | 0.4 | Prepare summary of the historical data source analysis initiatives in preparation for meeting with UCC counsel |
| Gonzalez, Andrea | 11/12/2025 | 0.1 | Review correspondence from A&M team re: insider data collection |
| House, Lydia | 11/12/2025 | 0.2 | Coordinate with internal case team on strategy for renewal of collection effort |
| Negangard, Kevin | 11/13/2025 | 0.4 | Participate on call with UCC and counsel re: review additional data preservation initiatives |
| Crump, Skye | 11/13/2025 | 0.1 | Correspond with A&M team re: data preservation |
| Waschitz, Seth | 11/13/2025 | 0.3 | Correspond with A&M team re: document production |
| Waschitz, Seth | 11/13/2025 | 0.2 | Correspond with UCC counsel re: Triantic & Greenbelt 2004 request responses |
| Quatinetz, Hilary | 11/13/2025 | 2.4 | Review incoming data preservation |
| Baker, Kevin | 11/13/2025 | 0.4 | Participate on call with UCC counsel and UCC to coordinate data transfer |
| Gonzalez, Andrea | 11/13/2025 | 0.1 | Review correspondence from A&M team re: insider data collection |
| Waschitz, Seth | 11/13/2025 | 0.4 | Review Triantic & Greenbelt 2004 requests responses |
| House, Lydia | 11/13/2025 | 0.4 | Participate on teleconference with UCC counsel and UCC to coordinate data transfer |
| House, Lydia | 11/13/2025 | 0.3 | Prepare for processing of data received |
| Newman, Rich | 11/14/2025 | 0.1 | Correspond with A&M team re: litigation |

*Exhibit B*

*Powin, LLC, et al.*
*Time Detail by Project Category*
*November 1, 2025 through November 30, 2025*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Crump, Skye | 11/14/2025 | 1.7 | Analyze Debtor produced documents re: board materials |
| Waschitz, Seth | 11/14/2025 | 0.2 | Correspond with A&M team re: document production |
| Guo, Zhangbo | 11/14/2025 | 0.8 | Review incoming data preservation |
| Waschitz, Seth | 11/14/2025 | 1.1 | Review document production |
| Baker, Kevin | 11/17/2025 | 0.5 | Analyze communications regarding new documents loaded to Relativity |
| Waschitz, Seth | 11/17/2025 | 0.2 | Correspond with A&M team re: document production |
| Gonzalez, Andrea | 11/17/2025 | 0.1 | Correspond with A&M team re: status of insider data collection |
| Gonzalez, Andrea | 11/17/2025 | 0.2 | Participate on call with A&M team (Gonzalez, Waschitz, Crump) re: Powin's historical board minutes |
| Waschitz, Seth | 11/17/2025 | 0.2 | Participate on call with A&M team (Gonzalez, Waschitz, Crump) re: Powin's historical board minutes |
| Crump, Skye | 11/17/2025 | 0.2 | Participate on call with A&M team (Gonzalez, Waschitz, Crump) re: Powin's historical board minutes |
| Champion, Leigh | 11/17/2025 | 1.1 | Prepare comprehensive metadata extraction of data files received |
| House, Lydia | 11/17/2025 | 0.4 | Prepare for processing of data received |
| Baker, Kevin | 11/18/2025 | 0.3 | Analyze communications regarding new documents loaded to Relativity |
| Negangard, Kevin | 11/18/2025 | 0.6 | Correspond with UCC counsel to confirm the expanded document search / review initiatives |
| Quatinetz, Hilary | 11/18/2025 | 1.6 | Prepare search indices per UCC counsel |
| Negangard, Kevin | 11/26/2025 | 0.5 | Confirm production materials for  UCC counsel review |
| Waschitz, Seth | 11/26/2025 | 0.1 | Correspond with UCC counsel re: document production |
| Negangard, Kevin | 11/26/2025 | 0.6 | Prepare response to UCC counsel re: external production materials requested |
| Luna, Manuel | 11/28/2025 | 2.3 | Analyze Relativity contents re: board minutes |
| Quatinetz, Hilary | 11/28/2025 | 0.4 | Analyze incoming data preservation |
| Waschitz, Seth | 11/30/2025 | 0.1 | Correspond with A&M team re: document production |
| Quatinetz, Hilary | 11/30/2025 | 0.5 | Update search indices per UCC counsel |
| **Subtotal** | | **29.6** | |

| SOFAs & SOALs | | | |
|---|---|---|---|
| Desai, Bijal | 11/6/2025 | 0.6 | Analyze Debtors' proposed amendments to SOFA/SOALs |
| Waschitz, Seth | 11/6/2025 | 0.6 | Review amendments to SOFA/SOALs |
| Waschitz, Seth | 11/25/2025 | 0.2 | Review SOFA/SOAL re: EKS SellCo |
| **Subtotal** | | **1.4** | |

*Exhibit B*

*Powin, LLC, et al.*
*Time Detail by Project Category*
*November 1, 2025 through November 30, 2025*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| **Tax Matters** | | | |
| Waschitz, Seth | 11/20/2025 | 1.9 | Review sales tax analysis |
| **Subtotal** | | **1.9** | |
| **Grand Total** | | **150.6** | |

**EXHIBIT C**
ITEMIZED EXPENSE DETAIL
FOR THE FEE PERIOD

*Exhibit C*

*Powin, LLC, et al.*
*Expense Detail by Category*
*November 1, 2025 through November 30, 2025*

| Category / Professional | Date | Expenses ($) | Description |
|---|---|---|---|
| **Expenses** | | | |
| Baker, Kevin | 11/1/2025 | $ 3,800.00 | Relativity Data Fee – October 2025 |
| Gonzalez, Andrea | 11/1/2025 | 11.42 | Wireless usage charges |
| Newman, Rich | 11/11/2025 | 2.89 | Wireless usage charges |
| **Grand Total** | | $ **3,814.31** | |