| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>LATHAM & WATKINS LLP<br>Blake T. Denton<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Email:  blake.denton@lw.com<br><br>Counsel for FlexGen Power Systems, LLC | |
| In Re:<br><br>Powin, LLC | Case No.:  25-16137<br>Adv. Pro. No.:  _____<br>Chapter:  11<br>Subchapter V:  ❏ Yes  ☒ No<br>Hearing Date:  12/17/25<br>Judge:  Kaplan |

## ADJOURNMENT REQUEST

1. I, _____Blake T. Denton_____,

   ☒ am the attorney for: _____FlexGen Power Systems, LLC_____,

   ❏ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: FlexGen Administrative Claim Disallowance Motion

   Current hearing date and time: December 17, 2025

   New date requested: December 23, 2025

   Reason for adjournment request: The parties are negotiating a settlement agreement to resolve the motion that is the subject of the hearing.

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ❏ I do not have the consent of all parties (explain below):

   The Parties also consent to FlexGen's response deadline extension to 12/19/25 and Trustee's reply deadline extension to 12/22/25

I certify under penalty of perjury that the foregoing is true.

Date: 12/15/2025                                              Blake T. Denton
                                                              Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted             New hearing date: 12/23/2025 at 10:00 am        ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____        ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*