# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Powin, LLC,

Debtor

Case No.: 25-16137

Hearing Date: December 23, 2025

Chapter: 11

Judge: Michael B. Kaplan

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Michael B. Kaplan, in the United States Bankruptcy Court, District of New Jersey.

**Reason for Hearing:** **This Court will conduct a Status Conference via Zoom on Tuesday, December 23, 2025 at 10:00 am to address issues presented in the Letter Correspondence dated December 15, 2025, served by counsel for Honeywell International, Inc. [ECF No. 1212].**

**Location of Hearing:** Hearings may be conducted by Zoom, telephone, or in person.

- If by **Zoom**, please see the Judge's page on the Court's website and/or contact Chambers for the Zoom link:
  https://www.njb.uscourts.gov/judges-info

- If by **Telephone**, please sign up through Court-Solutions
  (visit www.court-solutions.com or the Court's website, www.njb.uscourts.gov, for more information)

- If **In-Person**, at the following address:    Courtroom No. ____
  Clarkson S. Fisher US Courthouse, 402 E. State St., Trenton, NJ 08608

**Date/Time of Hearing:** December 23, 2025 at 10:00 a.m., or as soon thereafter as counsel may be heard.

**Court Appearances:**
- ☐ Required In-Person
- ☐ Required by Telephone
- ☐ Are NOT Required
- ☐ Required By Zoom – Use Standard Zoom Link on Judge's Website (No pre-registration necessary)
- ☉ Required By Zoom – Parties Must Register to Appear by Emailing Chambers

DATE: December 16, 2025

JEANNE A. NAUGHTON, Clerk
By: Wendy Quiles, Deputy Clerk

---

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on December 16, 2025 this notice was served on the following:

Debtor, Debtor's Attorney and US Trustee.

*** All interested parties who wish to appear may request panelist status by emailing Chambers at Chambers_of_mbk@njb.uscourts.gov. Please indicate your name, affiliation and who you represent in the Case. The Court will add approved requests to the Webinar ***

JEANNE A. NAUGHTON, Clerk
By: Wendy Quiles, Deputy Clerk

*rev. 12/16/2025*