| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | |
| **GENOVA BURNS LLC** <br> Daniel M. Stolz, Esq. <br> Donald W. Clarke, Esq. <br> Susan A. Long, Esq. <br> Jaclynn N. McDonnell, Esq. <br> dstolz@genovaburns.com <br> dclarke@genovaburns.com <br> slong@genovaburns.com <br> jmcdonnell@genovaburns.com <br> 110 Allen Road, Suite 304 <br> Basking Ridge, NJ 07920 <br> Tel: (973) 533-0777 <br> Fax: (973) 814-4045 <br><br> *Local Counsel for the Official* <br> *Committee of Unsecured Creditors* | **BROWN RUDNICK LLP** <br> Robert J. Stark, Esq. <br> Kenneth J. Aulet, Esq. <br> Bennett S. Silverberg, Esq. <br> Jeffrey L. Jonas, Esq. <br> rstark@brownrudnick.com <br> kaulet@brownrudnick.com <br> bsilverberg@brownrudnick.com <br> jjonas@brownrudnick.com <br> Seven Times Square <br> New York, NY 10036 <br> Tel: (212) 209-4800 <br> Fax: (212) 209-4801 <br><br> *Counsel for the* <br> *Official Committee of Unsecured Creditors* |
| In re: <br><br> POWIN, LLC, *et al.,*[1] <br><br>                    Debtor. | Chapter 11 <br><br> Case No.: 25-16137 (MBK) <br> (Jointly Administered) <br><br> Honorable Michael B. Kaplan |

**CERTIFICATION OF NO OBJECTION FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES TO GENOVA BURNS LLC AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JUNE 27, 2025 THROUGH SEPTEMBER 30, 2025**
**DOCUMENT NO. 1151**

The court authorized, under D.N.J. LBR 2016-3(a), the *Administrative Fee Order Establishing Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* [dkt. #519] (the "Interim Compensation Order"), and *Notice of Hearing of Retained Professionals First Interim Applications for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred* [dkt. #1159], objections to Interim Fee Applications were to be

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue, Tualatin, OR 97062.

filed and served not later than December 10, 2025.  I, Daniel M. Stolz, certify that, as of December 16, 2025, I have reviewed the Court's docket in the case and no answer, objection, or other responsive pleading to the above Interim Fee Application has been filed.

Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification and final hearing on December 17, 2025.

Date:  December 16, 2025                              /s/  Daniel M. Stolz
                                                                                         DANIEL M. STOLZ