| | |
|---|---|
| **DENTONS US LLP** | **TOGUT, SEGAL & SEGAL LLP** |
| Tania M. Moyron (admitted *pro hac vice*) | Frank A. Oswald (admitted) |
| Van C. Durrer, II (admitted *pro hac vice*) | 550 Broad Street |
| 601 S. Figueroa Street | Suite 1508 |
| Suite 2500 | Newark, NJ 07102 |
| Los Angeles, CA 90017 | Telephone: (212) 594-5000 |
| Telephone: (213) 623-9300 | Facsimile: (212) 967-4258 |
| Facsimile: (213) 623-9924 | Email: frankoswald@teamtogut.com |
| Email: tania.moyron@dentons.com | |
| van.durrer@dentons.com | Albert Togut (admitted *pro hac vice*) |
| | Eitan Blander (admitted *pro hac vice*) |
| John D. Beck (admitted *pro hac vice*) | One Penn Plaza, Suite 3335 |
| Sarah M. Schrag (admitted *pro hac vice*) | New York, New York 10119 |
| 1221 Avenue of the Americas | Telephone: (212) 594-5000 |
| New York, NY 10020-1089 | Facsimile: (212) 967-4258 |
| Telephone: (212) 768-6700 | Email: altogut@teamtogut.com |
| Facsimile: (212) 768-6800 | eblander@teamtogut.com |
| Email: john.beck@dentons.com | |
| sarah.schrag@dentons.com | |
| | |
| *Counsel for Debtors and* | *Counsel for Debtors and* |
| *Debtors in Possession* | *Debtors in Possession* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING**
**FIRST INTERIM APPLICATION OF DENTONS US LLP FOR ALLOWANCE OF**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION**
**FOR THE PERIOD FROM JUNE 9, 2025 THROUGH SEPTEMBER 30, 2025**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [15241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the *First Interim Application of Dentons US LLP For Allowance of Compensation For Services Rendered and Reimbursement of Expenses as Co-Counsel To The Debtors and Debtors In Possession For The Period From June 9, 2025 Through September 30, 2025* [ECF No. 1158] (the "<u>Application</u>") filed on November 26, 2025. Objections to the Application were to be filed and served no later than December 10, 2025.

I, Tania M. Moyron, certify that, as of December 17, 2025, I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application has been filed.

Dated:   December 17, 2025

        POWIN, LLC, *et al.*

        *Debtors and Debtors in Possession*
        *By their Counsel*

        DENTONS US LLP,

        <u>/s/  Tania M. Moyron</u>
        Tania M. Moyron (admitted *pro hac vice*)
        Van C. Durrer, II (admitted *pro hac vice*)
        601 S. Figueroa Street #2500
        Los Angeles, CA 90017
        Telephone:  (213) 623-9300
        Facsimile:  (213) 623-9924
        Email:  tania.moyron@dentons.com
                van.durrer@dentons.com

        John D. Beck (admitted *pro hac vice*)
        Sarah M. Schrag (admitted *pro hac vice*)
        1221 Avenue of the America
        New York, NY 10020
        Telephone:  (212) 768-6700
        Facsimile:  (212) 768-6800
        Email:  john.beck@dentons.com
                sarah.schrag@dentons.com

        - and -

        TOGUT, SEGAL & SEGAL
        Frank A. Oswald
        550 Broad Street

US_ACTIVE\131927364\V-1

Suite 1507
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, NY 10119
Telephone: (212) 594-5000
Facsimile:  (212) 967-4258
Email:  altogut@teamtogut.com
            eblander@teamtogut.com

US_ACTIVE\131927364\V-1