**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br>　　　　　Debtors. | Chapter 11<br>Case No. 25-16137 (MBK)<br>(Jointly Administered) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

　　　　I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

　　　　On December 9, 2025, at my direction and under my supervision, employees of Verita caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of (I) Confirmation and Effective Date of the Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors and (II) Deadlines Under the Plan and Confirmation Order to File Administrative Claims, Professional Fee Claims, and Rejection Claims** [Docket No. 1187]

Dated: December 17, 2025

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Heather Fellows*
　　　　　　　　　　　　　　　　　　　　　　　　Heather Fellows
　　　　　　　　　　　　　　　　　　　　　　　　Verita
　　　　　　　　　　　　　　　　　　　　　　　　222 N Pacific Coast Highway, Suite 300
　　　　　　　　　　　　　　　　　　　　　　　　El Segundo, CA 90245
　　　　　　　　　　　　　　　　　　　　　　　　Tel. 310.823.9000

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [15241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

# Exhibit A

**Exhibit A**
**Supplemental Creditor Matrix**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Bates, Bryan P. | | Address on File | | | |
| Bryan Bates | | Address on File | | | |
| Fredrikson & Byron, P.A. | Georgann Wenisch | 60 S 6th St Ste 1500 | Minneapolis | MN | 55402-1425 |
| Fredrikson & Byron, P.A. | Kelly Hall | 60 S 6th St Ste 1500 | Minneapolis | MN | 55402-1425 |
| Gultekin, Goktan G. | | Address on File | | | |
| Integrity Electrical Services Company, LLC | | 1711 W 17th St | Tempe | AZ | 85281-6229 |
| Sonic Systems International, LLC | | 5518 Clara Rd | Houston | TX | 77041-7204 |
| Wayne, Dakota | | Address on File | | | |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 1 of 1