Order Filed on December 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>POWIN, LLC, *et al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br>(Jointly Administered)<br><br>Honorable Michael B. Kaplan |

**ORDER AUTHORIZING PULSE CLEAN ENERGY SPV WATT LIMITED TO FILE CONFIDENTIAL EXHIBITS UNDER SEAL**

The relief set forth on the following pages, numbered one (1) through six (6), is **ORDERED**.

DATED: December 15, 2025

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

Page:        2
Debtor:      Powin, LLC, *et al.*
Case No.:    Case No. 25-16137 (MBK)
Caption:     Order Authorizing Pulse Clean Energy SPV Watt Limited to File Confidential Exhibits Under Seal

**EVERSHEDS SUTHERLAND (US) LLP**

Sameer M. Alifarag (NJ No. 353692021)
sameeralifarag@eversheds-sutherland.com
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 389-5000

David A. Wender (admitted *pro hac vice*)
davidwender@eversheds-sutherland.com
999 Peachtree Street NE, Suite 2300
Atlanta, Georgia 30309
Tel: (404) 853-8175
Fax: (404) 853-8806

*Counsel to Pulse Clean Energy SPV Watt Limited*

This matter comes before the Court in connection with the *Motion of Pulse Clean Energy SPV Watt Limited (I) to File Under Seal Exhibits B and C to Motion of Pulse Clean Energy SPV Watt Limited for Relief from the Automatic Stay and Authorizing Actions Consistent Therewith and (II) Granting Related Relief* [Docket No. 1128] (the "Motion to Seal")[1] filed by Pulse Clean Energy SPV Watt Limited ("Pulse") seeking entry of an order (a) authorizing Pulse to file the Confidential Exhibits under seal; (b) directing that the Confidential Exhibits shall remain under seal and not be required to be made available to anyone, except to (i) the Court, (ii) the U.S. Trustee, (iii) the parties to the ESA and Escrow Agreement, (iv) on a confidential, professionals'

---

[1] Capitalized terms used but not defined herein shall have the respective meanings ascribed to them in the Motion to Seal.

| | |
|---|---|
| Page: | <u>3</u> |
| Debtor: | Powin, LLC, *et al*. |
| Case No.: | Case No. 25-16137 (MBK) |
| Caption: | Order Authorizing Pulse Clean Energy SPV Watt Limited to File Confidential Exhibits Under Seal |

---

eyes only basis, the professionals retained by the Committee, and (v) any other party as may be ordered by the Court or agreed to by the parties to the ESA and the Escrow Agreement; and (c) granting related relief, all as more fully set forth in the Motion to Seal; and the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of New Jersey dated as of September 18, 2012; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary or required; and upon all proceedings had before the Court; and the Court having determined that the legal and factual bases set forth in the Motion to Seal establish just cause for the relief granted herein; and upon all proceedings had before the Court and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Seal is **GRANTED** as set forth herein.

2. The Court finds that the information contained in the Confidential Exhibits is "commercial information" as set forth in Section 107(b)(1) of the Bankruptcy Code.

3. Pursuant to Section 107(b) of the Bankruptcy Code, Pulse is hereby authorized to file the Confidential Exhibits under seal.

4. Except as otherwise ordered by the Court, the Confidential Exhibits shall remain under seal and not be required to be made available to anyone, except to (i) the Court, (ii) the U.S. Trustee, (iii) the parties to the ESA and the Escrow Agreement, (iv) on a confidential,

Page:       4
Debtor:     Powin, LLC, *et al.*
Case No.:   Case No. 25-16137 (MBK)
Caption:    Order Authorizing Pulse Clean Energy SPV Watt Limited to File Confidential Exhibits Under Seal

---

professionals' eyes only basis, the professionals retained by the Committee, and (v) any other party as may be ordered by the Court or agreed to by the parties to the ESA and the Escrow Agreement, according to their terms.

5. Pulse is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion to Seal.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-16137-MBK |
| Powin, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 15, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2025:**

**Recip ID           Recipient Name and Address**
db           +  Powin, LLC, 20550 SW 115th Avenue, Tualatin, OR 97062-6857

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 17, 2025                Signature:       /s/Gustava Winters