# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:

Powin, LLC,

Debtor

Case No.: 25-16137

Hearing Date: December 23, 2025

Chapter: 11

Judge: Michael B. Kaplan

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Michael B. Kaplan, in the United States Bankruptcy Court, District of New Jersey.

**Reason for Hearing:** **This Court will conduct a Status Conference via Zoom on Tuesday, December 23, 2025 at 10:00 am to address issues presented in the Letter Correspondence dated December 15, 2025, served by counsel for Honeywell International, Inc. [ECF No. 1212].**

**Location of Hearing:** Hearings may be conducted by Zoom, telephone, or in person.

- If by **Zoom**, please see the Judge's page on the Court's website and/or contact Chambers for the Zoom link:
    https://www.njb.uscourts.gov/judges-info

- If by **Telephone**, please sign up through Court-Solutions
    (visit www.court-solutions.com or the Court's website, www.njb.uscourts.gov, for more information)

- If **In-Person**, at the following address:    Courtroom No. ____

    Clarkson S. Fisher US Courthouse, 402 E. State St., Trenton, NJ 08608

**Date/Time of Hearing:** December 23, 2025 at 10:00 a.m., or as soon thereafter as counsel may be heard.

**Court Appearances:**
- ( ) Required In-Person
- ( ) Required by Telephone
- ( ) Are NOT Required
- ( ) Required By Zoom – Use Standard Zoom Link on Judge's Website (No pre-registration necessary)
- (●) Required By Zoom – Parties Must Register to Appear by Emailing Chambers

DATE: December 16, 2025

JEANNE A. NAUGHTON, Clerk

By: Wendy Quiles, Deputy Clerk

---

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on December 16, 2025 this notice was served on the following:

Debtor, Debtor's Attorney and US Trustee.

*** All interested parties who wish to appear may request panelist status by emailing Chambers at Chambers_of_mbk@njb.uscourts.gov. Please indicate your name, affiliation and who you represent in the Case. The Court will add approved requests to the Webinar ***

JEANNE A. NAUGHTON, Clerk

By: Wendy Quiles, Deputy Clerk

*rev. 12/16/2025*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-16137-MBK |
| Powin, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 9 |
| Date Rcvd: Dec 16, 2025 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Powin, LLC, 20550 SW 115th Avenue, Tualatin, OR 97062-6857 |
| aty | + | Andrew Sorkin, LATHAM & WATKINS, LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| aty | + | David A Hammerman, LATHAM & WATKINS, LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| aty | + | David M Fournier, TROUTMAN PEPPER LOCKE LLP, Hercules Plaza, Suite 1000, 1313 N. Market St., PO Box 1709 Wilmington, DE 19899-1709 |
| aty | + | David Wirt, HOLLAND & KNIGHT LLP, 150 N. Riverside Plaza, Chicago, IL 60606-1598 |
| aty | + | Gary M Kaplan, FARELLA BRAUN + MARTEL LLP, One Bush Street, Suite 900, San Francisco, CA 94104-4415 |
| aty | + | Jeannie Kim, SHEPPARD, MULLIN, RICHTER & HAMPTON LLP, Four Embarcadero Center, 17th Floor, San Francisco, CA 94111-4158 |
| aty | | Jeffrey C krause, GIBSON, DUNN & CRUTCHER LLP, 333 South Grand Avenue, Los Angeles, CA 90071-3197 |
| aty | + | Jeffrey T Mispagel, LATHAM & WATKINS, LLP, 355 South Grand Avenue, Suite 100, Los Angeles, CA 90071-3104 |
| aty | | Jenna MacDonald Busche, ORRICK, HERRINGTON & SUTCLIFFE LLP, 51 West 52nd Street, New York, NY 10019-6142 |
| aty | + | John Monaghan, HOLLAND & KNIGHT LLP, 10 St. James Avenue, Boston, MA 02116-3889 |
| aty | + | Joshua A Dunn, VEDDER PRICE P.C., 1633 Broadway, 31st Floor, New York, NY 10019-7587 |
| aty | + | Kathleen M St. John, HOLLAND & KNIGHT LLP, 10 St. James Avenue, Boston, MA 02116-3889 |
| aty | | Lorraine McGowen, ORRICK, HERRINGTON & SUTCLIFFE LLP, 51 West 52nd Street, New York, NY 10019-6142 |
| aty | + | Mathew W Lauritsen, KELL, ALTERMAN & RUNSTEIN, L.L.P., 520 SW Yamhill Street, Suite 600, Portland, OR 97204-1329 |
| aty | + | Michael J Cohen, GIBSON, DUNN & CRUTCHER LLP, 200 Park Ave, New York, NY 10166-4700 |
| aty | + | Michael Schein, VEDDER PRICE P.C., 1633 Broadway, 31st Floor, New York, NY 10019-7587 |
| aty | + | Ori Katz, SHEPPARD, MULLIN, RICHTER & HAMPTON LLP, Four Embarcadero Center, 17th Floor, San Francisco, CA 94111-4158 |
| aty | + | Tori L Remington, TROUTMAN PEPPER LOCKE LLP, Hercules Plaza, Suite 1000, 1313 N. Market Street, P.O. Box 1709, Wilmington, DE 19899-1709 |
| cr | + | CS Energy, LLC, 2045 Lincoln Highway, Edison, NJ 08817-3334 |
| cr | + | Control Concepts Corporation dba c3controls, 664 State Avenue, Beaver, PA 15009-9501 |
| cr | + | Enel Produzione S.p.A, c/o Evan M. Lazerowitz, ROBINSON & COLE LLP, 666 Third Avenue, 20th floor, New York, NY 10017-4132 |
| cr | + | Expeditors International of Washington, INC, 1015 Third Avenue, 1015 Third Avenue, 12th Floor, Seattle, WA 98104 UNITED STATES 98104-1184 |
| cr | | Formosa Electronic Industries Inc., 5th Floor, No. 8, Lane 130, Minquan Road, Xindian District, New Taipei City,Taiwan 231, NEW TAIPEI CITY,TAIWAN 231 |
| intp | + | Front Range-Midway Solar Project, LLC, Riker Danzig LLP, 7 Giralda Farms, Suite 250, Madison, NJ 07940 UNITED STATES 07940-1051 |
| op | + | Huron Transaction Advisory, LLC, 1166 Avenue of the Americas, 3rd Floor, New York, NY 10036-2738 |
| cr | + | JMS Wind Energy, LLC, 8022 S. Rainbow Blvd., Suite 406, Las Vegas, NV 89139, UNITED STATES 89139-6477 |
| cr | + | Oracle America, Inc., successor in interest to Net, The Magnozzi Law Firm PC, 23 Green Street Suite 302, Huntington, NY 11743, UNITED STATES 11743-3336 |
| cr | | Pulse Clean Energy SPV Watt Limited, 97 Kensington High Street, London, W8 6BA, ENGLAND |
| intp | + | Specified Technologies, Inc., 49 Market St., Morristown, NJ 07960-5122 |
| intp | + | Stem, Inc., c/o Alan J. Brody, Greenberg Traurig, LLP, 500 Campus Drive, Florham Park, NJ 07932-1024 |
| op | + | Uzzi & Lall, One Liberty Plaza, 165 Broadway, 23rd Floor, New York, NY 10006-1452 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: whit.morley@lw.com | Dec 16 2025 21:02:00 | Whit Morley, LATHAM & WATKINS, LLP, 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611 |
| intp | + | Email/Text: rgaydos@rltlawfirm.com | | |

Dec 16 2025 21:02:00  Honeywell International Inc., c/o Rabinowitz, Lubetkin & Tully, LLC, 293 Eisenhower Parkway, Suite 100, Livingston, NJ 07039-1711

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| op | | Kurztman Carson Consultants, LLC dba Verita Global |
| na | | Kurztman Carson Consultants, LLC dba Verita Global |
| na | | Verita |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan J. Brody | on behalf of Interested Party Stem Inc. brodya@gtlaw.com, alan-brody-2138@ecf.pacerpro.com |
| Angela L Mastrangelo | on behalf of Interested Party Zurich American Insurance Company mastrangelo@bk-legal.com  bhoffmann@bk-legal.com |
| Anne B. Sekel | on behalf of Creditor AMP Solar US Services LLC  n/k/a PureSky US Services LLC asekel@foley.com, jnicholson@foley.com;jlee@foley.com |
| Arthur Abramowitz | on behalf of Creditor Ace Engineering aabramowitz@shermansilverstein.com  jbaugh@shermansilverstein.com |
| Arthur Abramowitz | on behalf of Unknown Role Type Powin Liquidating Trust aabramowitz@shermansilverstein.com  jbaugh@shermansilverstein.com |
| Barbra Rachel Parlin | on behalf of Creditor Invenergy  LLC barbra.parlin@hklaw.com, elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |
| Barbra Rachel Parlin | on behalf of Creditor Yuma Solar Energy LLC barbra.parlin@hklaw.com elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |
| Barbra Rachel Parlin | on behalf of Creditor Invenergy Services LLC barbra.parlin@hklaw.com elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |
| Barbra Rachel Parlin | on behalf of Creditor El Sol Storage Energy LLC barbra.parlin@hklaw.com elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 9 |
| Date Rcvd: Dec 16, 2025 | Form ID: pdf900 | Total Noticed: 34 |

Barbra Rachel Parlin
    on behalf of Creditor El Sol Energy Storage LLC barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barbra Rachel Parlin
    on behalf of Creditor Arizona Storage Development LLC barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barbra Rachel Parlin
    on behalf of Creditor MG HR S de R.L. de C.V. barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barbra Rachel Parlin
    on behalf of Creditor Invenergy Storage Development LLC barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Blake Denton
    on behalf of Creditor FlexGen Power Systems  LLC blake.denton@lw.com

Boaz Cohen
    on behalf of Creditor Hitachi Energy Ltd bcohen@kramerlevin.com

Boaz Cohen
    on behalf of Creditor Hitachi Energy Power Conversion Solutions  S.L.U., f/k/a Experience Knowledge Strategy, S.L.
    bcohen@kramerlevin.com

Boaz Cohen
    on behalf of Creditor Hitachi Energy Power Conversion Solutions Spain  S.L., f/k/a Experience Knowledge Strategy, S.L.
    bcohen@kramerlevin.com

Brett S. Theisen
    on behalf of Creditor GLAS USA LLC btheisen@gibbonslaw.com  nmitchell@gibbonslaw.com

Brett S. Theisen
    on behalf of Interested Party Galp Parques Fotovoltaicos de Alcoutim  Lda btheisen@gibbonslaw.com,
    nmitchell@gibbonslaw.com

Cameron Deane
    on behalf of Creditor Toyota Industries Commercial Finance  Inc. cdeane@weltman.com

Courtney Brown
    on behalf of Creditor Mitsubishi Electric Power Products  Inc. cmbrown@vedderprice.com,
    ecfnydocket@vedderprice.com,courtney-brown-3667@ecf.pacerpro.com

Daniel Harris
    on behalf of Interested Party Trilantic Capital Management L.P. dharris@coleschotz.com  ddelehanty@coleschotz.com

Daniel Harris
    on behalf of Interested Party BHER Ravenswood Solar 1  LLC dharris@coleschotz.com, ddelehanty@coleschotz.com

Daniel Harris
    on behalf of Interested Party Greenbelt Capital Management  L.P. dharris@coleschotz.com, ddelehanty@coleschotz.com

Daniel Stolz
    on behalf of Attorney Brown Rudnick LLP dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Creditor Committee Official Committee of Unsecured Creditors dstolz@genovaburns.com
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Other Prof. Alvarez & Marsal North America  LLC dstolz@genovaburns.com,
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel C Fleming
    on behalf of Creditor ORR Protection Systems  Inc. dfleming@wongfleming.com, sshalloo@wongfleming.com

David A. Pisciotta
    on behalf of Creditor GLAS USA LLC dpisciotta@reedsmith.com
    david-pisciotta-4680@ecf.pacerpro.com;docketingecfnyc@reedsmith.com

David E. Sklar
    on behalf of Interested Party Longroad Energy Partners  on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun
    Streams Expansion, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David E. Sklar
    on behalf of Interested Party Poblano Energy Storage  LLC dsklar@pashmanstein.com,
    lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David E. Sklar

Case 25-16137-MBK    Doc 1227    Filed 12/18/25    Entered 12/19/25 00:13:45    Desc
Imaged Certificate of Notice    Page 5 of 10

| District/off: 0312-3 | User: admin | Page 4 of 9 |
|---|---|---|
| Date Rcvd: Dec 16, 2025 | Form ID: pdf900 | Total Noticed: 34 |

| | |
|---|---|
| | on behalf of Interested Party Leeward Renewable Energy LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| David E. Sklar | |
| | on behalf of Interested Party DTE Electric Company dsklar@pashmanstein.com lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| David E. Sklar | |
| | on behalf of Interested Party Poblano Energy Storage LLC, Strata Solar Services, LLC, and Strata Storage, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| David E. Sklar | |
| | on behalf of Creditor Mitsubishi Power Americas Inc. dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| David E. Sklar | |
| | on behalf of Interested Party Longroad Development Company LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| David E. Sklar | |
| | on behalf of Creditor Prevalon Energy LLC dsklar@pashmanstein.com lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com |
| David H. Pikus | |
| | on behalf of Creditor Expeditors International of Washington INC dpikus@bressler.com |
| Deanna Boll | |
| | on behalf of Creditor Apex Clean Energy Holdings LLC dboll@mwe.com, dnorthrop@mwe.com |
| Donald W Clarke | |
| | on behalf of Other Prof. Alvarez & Marsal North America LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Attorney Brown Rudnick LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Douglas J. McGill | |
| | on behalf of Creditor Bergstrom Inc. dmcgill@webbermcgill.com |
| Evan Lazerowitz | |
| | on behalf of Creditor Enel Produzione S.p.A elazerowitz@rc.com |
| Felice R. Yudkin | |
| | on behalf of Interested Party BHER Ravenswood Solar 1 LLC fyudkin@coleschotz.com, fpisano@coleschotz.com |
| Frank A. Oswald | |
| | on behalf of Debtor Powin China Holdings 1 LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | |
| | on behalf of Debtor Powin Energy Operating Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | |
| | on behalf of Debtor Powin LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | |
| | on behalf of Debtor Powin China Holdings 2 LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | |
| | on behalf of Defendant Powin Energy Operating LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | |
| | on behalf of Debtor PEOS Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |
| Frank A. Oswald | |
| | on behalf of Debtor Charger Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com |

Case 25-16137-MBK    Doc 1227    Filed 12/18/25    Entered 12/19/25 00:13:45    Desc
Imaged Certificate of Notice    Page 6 of 10

| District/off: 0312-3 | User: admin | Page 5 of 9 |
|---|---|---|
| Date Rcvd: Dec 16, 2025 | Form ID: pdf900 | Total Noticed: 34 |

Frank A. Oswald
    on behalf of Attorney Togut Segal & Segal LLP frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Frank A. Oswald
    on behalf of Defendant Powin Energy Operating Holdings LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Frank A. Oswald
    on behalf of Debtor Powin Energy Operating LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Frank A. Oswald
    on behalf of Defendant Powin LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Frank A. Oswald
    on behalf of Debtor Powin Project LLC frankoswald@teamtogut.com seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Frank A. Oswald
    on behalf of Debtor Powin Energy Ontario Storage LLC frankoswald@teamtogut.com, seratner@teamtogut.com;dperson@teamtogut.com;altogut@teamtogut.com;jcohen@teamtogut.com;eblander@teamtogut.com;cgrady@teamtogut.com

Franklin Barbosa, Jr
    on behalf of Creditor CS Energy LLC fb@spsk.com, clm@spsk.com

Gail C. Lin
    on behalf of Plaintiff Brian Palomino gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com

Gail C. Lin
    on behalf of Creditor Brian Palomino gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com

Gregory S. Toma
    on behalf of Interested Party Front Range-Midway Solar Project LLC gtoma@riker.com

Jaclynn McDonnell
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jmcdonnell@genovaburns.com dmendez@genovaburns.com

James N. Lawlor
    on behalf of Creditor Munmorah Battery ProjectCo Pty Ltd jlawlor@wmd-law.com

James N. Lawlor
    on behalf of Creditor Ulinda Park ProjectCo Pty Ltd jlawlor@wmd-law.com

Jeffrey A. Cooper
    on behalf of Interested Party Honeywell International Inc. jcooper@rltlawfirm.com cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey D. Prol
    on behalf of Interested Party Matrix Networks jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;courtmail@lowenstein.com;bnathan@lowenstein.com

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Jennifer Hoover
    on behalf of Creditor EPC Services Company jhoover@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jennifer Hoover
    on behalf of Creditor GreEnergy Resources LLC jhoover@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jeremy M. Campana
    on behalf of Creditor Ultra Corpotech Private Limited jeremy.campana@thompsonhine.com ECFDocket@thompsonhine.com

Jeremy M. Campana
    on behalf of Creditor Ultra Corpotech Inc. jeremy.campana@thompsonhine.com ECFDocket@thompsonhine.com

Joanna J. Cline
    on behalf of Creditor Kupono Solar LLC joanna.cline@troutman.com, monica.molitor@troutman.com;wlbank@troutman.com

Joanna J. Cline
    on behalf of Interested Party Amersco Inc. and Kupono Solar, LLC joanna.cline@troutman.com,

| | |
|---|---|
| | monica.molitor@troutman.com;wlbank@troutman.com |
| John S. Mairo | |
| | on behalf of Creditor Certain Funds and Accounts Managed by KKR Credit Advisors (US) LLC jmairo@gibbonslaw.com emunera@gibbonslaw.com |
| John W. Weiss | |
| | on behalf of Creditor Mitsubishi Power Americas Inc. jweiss@pashmanstein.com, gkarnick@pashmanstein.com |
| John W. Weiss | |
| | on behalf of Creditor Prevalon Energy LLC jweiss@pashmanstein.com gkarnick@pashmanstein.com |
| Joseph H. Lemkin | |
| | on behalf of Creditor Spark Power Renewables USA Inc. jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Creditor THI Inc jlemkin@stark-stark.com |
| Joseph J. DiPasquale | |
| | on behalf of Interested Party Specified Technologies Inc. jdipasquale@foxrothschild.com, aedwards@foxrothschild.com;msteen@foxrothschild.com |
| Joseph L. Schwartz | |
| | on behalf of Interested Party Front Range-Midway Solar Project LLC jschwartz@riker.com |
| Joseph L. Schwartz | |
| | on behalf of Creditor Solar Carver 3 LLC jschwartz@riker.com |
| Joseph L. Schwartz | |
| | on behalf of Creditor Solar Carver 1 LLC jschwartz@riker.com |
| Kevin J. Mangan | |
| | on behalf of Interested Party SiriusPoint America Insurance Company kevin.mangan@wbd-us.com Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com |
| Kevin J. Mangan | |
| | on behalf of Interested Party Pennsylvania Insurance Company kevin.mangan@wbd-us.com Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com |
| Kevin J. Mangan | |
| | on behalf of Interested Party Applied Surety Underwriters kevin.mangan@wbd-us.com Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com |
| Kevin M. Capuzzi | |
| | on behalf of Creditor R.H. Shipping & Chartering S. de R.L. de C.V. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin M. Capuzzi | |
| | on behalf of Creditor Mesa Logistics Group LLC d/b/a Trivergix Group kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin M. Capuzzi | |
| | on behalf of Creditor 8Loop Logistics LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin M. Capuzzi | |
| | on behalf of Creditor 8Loop Trans Inc. kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin M. Capuzzi | |
| | on behalf of Creditor RH Shipping (USA) L.L.C. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin M. Capuzzi | |
| | on behalf of Creditor Mainfreight Inc. kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kyriaki Christodoulou | |
| | on behalf of Creditor Arevon Energy Inc. kchristodoulou@cullenllp.com |
| Lauren Bielskie | |
| | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Lauren M. Macksoud | |
| | on behalf of Attorney Dentons US LLP lauren.macksoud@dentons.com docket.general.lit.nyc@dentons.com |
| Lauren M. Macksoud | |
| | on behalf of Debtor Powin Canada B.C. Ltd. lauren.macksoud@dentons.com docket.general.lit.nyc@dentons.com |
| Lauren M. Macksoud | |
| | on behalf of Defendant Powin Energy Operating Holdings LLC lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com |
| Lauren M. Macksoud | |
| | on behalf of Defendant Powin Energy Operating LLC lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com |

Case 25-16137-MBK    Doc 1227    Filed 12/18/25    Entered 12/19/25 00:13:45    Desc
Imaged Certificate of Notice    Page 8 of 10

| District/off: 0312-3 | User: admin | Page 7 of 9 |
|---|---|---|
| Date Rcvd: Dec 16, 2025 | Form ID: pdf900 | Total Noticed: 34 |

Lauren M. Macksoud
    on behalf of Debtor Powin Energy Ontario Storage II LP lauren.macksoud@dentons.com docket.general.lit.nyc@dentons.com

Lauren M. Macksoud
    on behalf of Debtor Powin LLC lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com

Lauren M. Macksoud
    on behalf of Defendant Powin LLC lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com

Lauren M. Macksoud
    on behalf of Debtor Powin Energy Storage 2 Inc. lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com

Leah Eisenberg
    on behalf of Interested Party Poblano Energy Storage LLC, Strata Solar Services, LLC, and Strata Storage, LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Leah Eisenberg
    on behalf of Interested Party Leeward Renewable Energy LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Leah Eisenberg
    on behalf of Interested Party DTE Electric Company leisenberg@pashmanstein.com leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Leah Eisenberg
    on behalf of Creditor Prevalon Energy LLC leisenberg@pashmanstein.com leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Leah Eisenberg
    on behalf of Interested Party Longroad Development Company LLC, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Leah Eisenberg
    on behalf of Interested Party Poblano Energy Storage LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Leah Eisenberg
    on behalf of Interested Party Longroad Energy Partners on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, and Sun Streams Expansion, LLC leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Leah Eisenberg
    on behalf of Creditor Mitsubishi Power Americas Inc. leisenberg@pashmanstein.com, leah-eisenberg-0344@ecf.pacerpro.com;gkarnick@pashmanstein.com

Lee M. Cortes, Jr
    on behalf of Interested Party Celestica LLC lee.cortes@arnoldporter.com

Lynne B. Xerras
    on behalf of Creditor Yuma Solar Energy LLC lynne.xerras@hklaw.com

Lynne B. Xerras
    on behalf of Creditor Invenergy Services LLC lynne.xerras@hklaw.com

Lynne B. Xerras
    on behalf of Creditor El Sol Energy Storage LLC lynne.xerras@hklaw.com

Lynne B. Xerras
    on behalf of Creditor Invenergy Storage Development LLC lynne.xerras@hklaw.com

Lynne B. Xerras
    on behalf of Creditor Invenergy LLC lynne.xerras@hklaw.com

Lynne B. Xerras
    on behalf of Creditor El Sol Storage Energy LLC lynne.xerras@hklaw.com

Mark Magnozzi
    on behalf of Creditor Oracle America Inc., successor in interest to NetSuite, Inc. mmagnozzi@magnozzilaw.com

Mark S. Lichtenstein
    on behalf of Creditor Sonic Systems International LLC mark.lichtenstein@akerman.com, Reyko.delpino@akerman.com

Matthew L. Curro
    on behalf of Creditor Contemporary Amperex Technology Co. LTD mcurro@currolaw.com

Max DuVal
    on behalf of Creditor Mitsubishi Electric Power Products Inc. mduval@vedderprice.com

Michael Trentin
    on behalf of Creditor EsVolta L.P. mtrentin@orrick.com, ssallie@coleschotz.com;dcarnie@orrick.com

Michael Trentin

Case 25-16137-MBK    Doc 1227    Filed 12/18/25    Entered 12/19/25 00:13:45    Desc
Imaged Certificate of Notice    Page 9 of 10

| District/off: 0312-3 | User: admin | Page 8 of 9 |
|---|---|---|
| Date Rcvd: Dec 16, 2025 | Form ID: pdf900 | Total Noticed: 34 |

| | |
|---|---|
| Michael Trentin | on behalf of Creditor EDF Power Solutions Inc. mtrentin@orrick.com, ssallie@coleschotz.com;dcarnie@orrick.com |
| | on behalf of Creditor PowerFlex Systems Inc. mtrentin@orrick.com, ssallie@coleschotz.com;dcarnie@orrick.com |
| Michael P. Pompeo | on behalf of Creditor Keyframe Capital Partners L.P. michael.pompeo@faegredrinker.com, cathy.greer@faegredrinker.com |
| Michael R. Herz | on behalf of Interested Party Zendesk Inc. mherz@foxrothschild.com, cbrown@foxrothschild.com |
| Natasha M. Songonuga | on behalf of Creditor Lu Pacific Properties LLC NSongonuga@archerlaw.com, ahuber@archerlaw.com |
| Nicholas Blaine Vislocky | on behalf of Creditor GLAS USA LLC nvislocky@reedsmith.com |
| Nicholas M. Gaunce | on behalf of Creditor Control Concepts Corporation dba c3controls ngaunce@eckertseamans.com nicholasmgaunce@gmail.com |
| Noelle Torrice | on behalf of Creditor EPC Services Company ntorrice@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Paul R. DeFilippo | on behalf of Creditor Ulinda Park ProjectCo Pty Ltd pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Creditor Munmorah Battery ProjectCo Pty Ltd pdefilippo@wmd-law.com |
| Richard Solow | on behalf of Creditor GLAS USA LLC rsolow@reedsmith.com rich-solow-3519@ecf.pacerpro.com |
| Richard B Harper | on behalf of Creditor Idaho Power Company richard.harper@bakerbotts.com john.mitchell@bakerbotts.com |
| Rodney Nelson | on behalf of Creditor Expeditors International of Washington INC rodneyknelson9@gmail.com, rahafalrehaili@labayenlaw.com |
| Ross J. Switkes | on behalf of Creditor Ace Engineering rswitkes@shermansilverstein.com |
| Sameer Alifarag | on behalf of Creditor Pulse Clean Energy SPV Watt Limited sameeralifarag@eversheds-sutherland.com |
| Sameer Alifarag | on behalf of Creditor JMS Wind Energy LLC sameeralifarag@eversheds-sutherland.com |
| Sean J. Kirby | on behalf of Creditor SMA Solar Technology America LLC skirby@sheppardmullin.com |
| Sean M. Beach | on behalf of Interested Party Ormat Nevada Inc. bankfilings@ycst.com dlaskin@ycst.com |
| Steven Abramowitz | on behalf of Creditor energyRe Services LLC sabramowitz@velaw.com, mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com |
| Steven Abramowitz | on behalf of Creditor Lone Star Solar LLC sabramowitz@velaw.com, mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com |
| Steven Abramowitz | on behalf of Creditor Ad Hoc Customer Group sabramowitz@velaw.com mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com |
| Stuart M. Brown | on behalf of Interested Party China International Marine Containers Group Co. Ltd. stuart.brown@dlapiper.com, DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com |
| Stuart M. Brown | on behalf of Interested Party CIMC Technology Co. Ltd. stuart.brown@dlapiper.com, DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com |
| Stuart M. Brown | on behalf of Interested Party Qingdao CIMC Container Manufacture Co. Ltd. stuart.brown@dlapiper.com DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com |
| Susan Long | on behalf of Creditor Committee Official Committee of Unsecured Creditors slong@genovaburns.com |
| Tara T. LeDay | on behalf of Creditor One Source Freight Solutions Tara.LeDay@huschblackwell.com christine.deacon@huschblackwell.com;penny.keller@huschblackwell.com |

Case 25-16137-MBK    Doc 1227    Filed 12/18/25    Entered 12/19/25 00:13:45    Desc
Imaged Certificate of Notice    Page 10 of 10

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 9 of 9 |
| Date Rcvd: Dec 16, 2025 | Form ID: pdf900 | Total Noticed: 34 |

| | |
|---|---|
| Turner Falk | on behalf of Creditor KCE TX 8 LLC turner.falk@saul.com, tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Key Capture Energy LLC turner.falk@saul.com, tnfalk@recap.email |
| Turner Falk | on behalf of Creditor KCE NY 3 LLC turner.falk@saul.com, tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Clean Energy Services CES LLC turner.falk@saul.com, tnfalk@recap.email |
| Turner Falk | on behalf of Creditor KCE TX 7 LLC turner.falk@saul.com, tnfalk@recap.email |
| Turner Falk | on behalf of Creditor KCE TX 2 LLC turner.falk@saul.com, tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren J. Martin, Jr. | on behalf of Creditor Formosa Electronic Industries Inc. wjmartin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com |

TOTAL: 157