Order Filed on December 19, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

POWIN LLC,. *et al.*[1]

Debtors.

Chapter 11

Case No. 25-16137 (MBK)

# ORDER GRANTING
# FIRST INTERIM FEE APPLICATION
# OF BROWN RUDNICK LLP AS CO-COUNSEL
# TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
# POWIN LLC, ET AL., FOR COMPENSATION FOR SERVICES RENDERED
# AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD
# FROM JUNE 27, 2025 THROUGH AND INCLUDING SEPTEMBER 30, 2025

The relief requested on the following pages is hereby GRANTED.

**DATED: December 19, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court has considered the *First Interim Fee Application of Brown Rudnick LLP as Co-Counsel to the Official Committee of Unsecured Creditors of Powin LLC, et al., for Compensation for Services Rendered and Reimbursement of Expenses Incurred During the Period from June 27, 2025 Through and Including September 30, 2025* (the "Application"), filed by Brown Rudnick LLP (the "Applicant").  The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $2,279,331.15 for the period set forth in the Application.

2. The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on an interim basis.

3. The Debtor, as applicable, is hereby authorized and directed to disburse the unpaid amount of compensation and expenses sought under this Application totalling $453,022.34 as allowed by Paragraph 1 of this Order.