**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
       van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
       sarah.schrag@dentons.com

*Counsel for Debtors and
Debtors in Possession*

Order Filed on December 19, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br>Debtors. | Chapter 11<br>Case No. 25-16137 (MBK)<br>(Jointly Administered) |

**ORDER GRANTING FIRST INTERIM APPLICATION OF DENTONS US LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM JUNE 9, 2025 THROUGH SEPTEMBER 30, 2025**

**DATED: December 19, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

2

The relief set forth herein is hereby **ORDERED**.

The Court having found that Dentons US LLP (the "<u>Applicant</u>") filed an application for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is hereby **ORDERED** that:

1. Compensation in the cumulative amount of $4,583,696.22 is allowed.

2. The Debtors in the above-captioned cases are hereby authorized and directed to immediately pay to Applicant the sum above, less any amounts previously paid to Applicant on account of Applicant's June 2025 through September 2025 monthly fee statements.