**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| POWIN LLC, *et al.*[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

**NOTICE OF RATE INCREASE BY BROWN RUDNICK LLP**

On August 14, 2025, the Court entered the *Order Authorizing and Approving the Employment and Retention of Brown Rudnick LLP as Co-Counsel for the Official Committee of Unsecured Creditors of Powin, LLC, et al., Nunc Pro Tunc to June 27, 2025* (the "Retention Order") [Docket No. 736].

Pursuant to paragraph 5 of the Retention Order, Brown Rudnick LLP ("Brown Rudnick") is required to file a notice with the Court in advance of implementing any rate increases. Effective as of January 1, 2026, Brown Rudnick's billing rates for lawyers and paraprofessionals who may work on matters related to the above-captioned cases will be as follows:

| Billing Category | Range |
|---|---|
| Partners | $1,000 – $2,600 |
| Counsel and Other Non-Associate Attorneys | $300 – $1,995 |
| Associates | $755 – $1,030 |
| Paraprofessionals | $415 – $575 |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

Dated: December 19, 2025

        Respectfully submitted,

        /s/ *Daniel M. Stolz*
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
Susan A. Long, Esq.
Jaclynn N. McDonnell, Esq.
**GENOVA BURNS LLC**
dstolz@genovaburns.com
dclarke@genovaburns.com
slong@genovaburns.com
jmcdonnell@genovaburns.com
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
Tel: (973) 533-0777
Fax: (973) 814-4045

-and-

Robert J. Stark, Esq.
Kenneth J. Aulet, Esq.
Bennett S. Silverberg, Esq.
Jeffrey L. Jonas, Esq.
**BROWN RUDNICK LLP**
rstark@brownrudnick.com
kaulet@brownrudnick.com
bsilverberg@brownrudnick.com
jjonas@brownrudnick.com
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
Fax: (212) 209-4801

Eric R. Goodman, Esq.
**BROWN RUDNICK LLP**
601 Thirteenth Street NW Suite 600
Washington, DC  20005
Tel: (202) 536-1740
egoodman@brownrudnick.com

*Counsel to the Official Committee of Unsecured Creditors*

2

# CERTIFICATE OF SERVICE

      I certify that on December 19, 2025, I caused a copy of the foregoing document to be filed in the Electronic Case Filing System for the United States Bankruptcy Court for the District of New Jersey.

                                                      /s/ Daniel M. Stolz
                                                      Daniel M. Stolz