Order Filed on December 19, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

POWIN LLC,. *et al.*[1]

Debtors.

Chapter 11

Case No. 25-16137 (MBK)

# ORDER GRANTING
# FIRST INTERIM FEE APPLICATION
# OF BROWN RUDNICK LLP AS CO-COUNSEL
# TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
# POWIN LLC, ET AL., FOR COMPENSATION FOR SERVICES RENDERED
# AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD
# FROM JUNE 27, 2025 THROUGH AND INCLUDING SEPTEMBER 30, 2025

The relief requested on the following pages is hereby GRANTED.

**DATED: December 19, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court has considered the *First Interim Fee Application of Brown Rudnick LLP as Co-Counsel to the Official Committee of Unsecured Creditors of Powin LLC, et al., for Compensation for Services Rendered and Reimbursement of Expenses Incurred During the Period from June 27, 2025 Through and Including September 30, 2025* (the "Application"), filed by Brown Rudnick LLP (the "Applicant"). The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $2,279,331.15 for the period set forth in the Application.

2. The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on an interim basis.

3. The Debtor, as applicable, is hereby authorized and directed to disburse the unpaid amount of compensation and expenses sought under this Application totalling $453,022.34 as allowed by Paragraph 1 of this Order.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-16137-MBK |
| Powin, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 19, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2025:**

**Recip ID         Recipient Name and Address**
db              + Powin, LLC, 20550 SW 115th Avenue, Tualatin, OR 97062-6857

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 21, 2025                    Signature:      /s/Gustava Winters