Caption in Compliance with D.N.J. LBR 9004-1(b)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

Order Filed on December 19, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Powin, LLC, *et al.*,[1]

                Debtors.

Chapter 11

Case No. 25-16137 (MBK)

(Jointly Administered)

**OMNIBUS ORDER APPROVING FIRST INTERIM APPLICATIONS FOR (I) TOGUT, SEGAL & SEGAL LLP AS CO-COUNSEL FOR THE DEBTORS; AND (II) KURTZMAN, CARSON CONSULTANTS, LLC DBA VERITA GLOBAL, AS ADMINISTRATIVE ADVISOR FOR THE DEBTORS FOR AN ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**

The relief set forth on the following pages, numbered three (3) through five (5) is hereby **ORDERED.**

**DATED: December 19, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

[Page 2]

| | |
|---|---|
| Debtors: | Powin, LLC, *et al.* |
| Case No. | 25-16137 (MBK) |
| Caption of Order: | Order Approving First Interim Applications for Certain Retained Professionals for an Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred. |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| **DENTONS US LLP** | **TOGUT, SEGAL & SEGAL LLP** |
|---|---|
| Tania M. Moyron (admitted *pro hac vice*) | Frank A. Oswald (admitted) |
| Van C. Durrer, II (admitted *pro hac vice*) | 550 Broad Street |
| 601 S. Figueroa Street #2500 | Suite 1508 |
| Los Angeles, CA 90017 | Newark, NJ 07102 |
| Telephone: (213) 623-9300 | Telephone: (212) 594-5000 |
| Facsimile: (213) 623-9924 | Facsimile: (212) 967-4258 |
| Email: tania.moyron@dentons.com | Email: frankoswald@teamtogut.com |
|         van.durrer@dentons.com | |
| | Albert Togut (admitted *pro hac vice*) |
| John D. Beck (admitted *pro hac vice*) | Eitan Blander (admitted *pro hac vice*) |
| Sarah M. Schrag (admitted *pro hac vice*) | Christian Ribeiro (admitted *pro hac vice*) |
| 1221 Avenue of the Americas | One Penn Plaza, Suite 3335 |
| New York, NY 10020-1089 | New York, New York 10119 |
| Telephone: (212) 768-6700 | Telephone: (212) 594-5000 |
| Facsimile: (212) 768-6800 | Facsimile: (212) 967-4258 |
| Email: john.beck@dentons.com | Email: altogut@teamtogut.com |
|         sarah.schrag@dentons.com |         eblander@teamtogut.com |
| |         cribeiro@teamtogut.com |
| *Counsel for Debtors and Debtors in Possession* | *Co-Counsel for Debtors and Debtors in Possession* |

2

[Page 3]

| | |
|---|---|
| Debtors: | Powin, LLC, *et al.* |
| Case No. | 25-16137 (MBK) |
| Caption of Order: | Order Approving First Interim Applications for Certain Retained Professionals for an Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred. |

Upon consideration of the interim fee applications for (i) Togut, Segal & Segal LLP, as Co-Counsel for the Debtors [Docket No. 1149]; and (ii) Kurtzman Carson Consultants LLC dba Verita, as Administrative Advisor for the Debtors [Docket No. 1156] (collectively, the "Interim Fee Applications") for the period covering June 9, 2025 through and including September 30, 2025, in the above-captioned debtors and debtors in possession (collectively, the "Debtors") chapter 11 cases and listed on **Exhibit A** hereto filed in accordance with the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* [Docket No. 519] (the "Interim Compensation Order"); and the Court having reviewed the Interim Fee Applications; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334; (b) notice of the Interim Fee Applications and the hearing thereon was adequate under the circumstances; (c) all parties with notice of the Interim Fee Applications have been afforded the opportunity to be heard on the Interim Fee Applications; and (d) all of the requirements of 11 U.S.C. §§ 327, 328, 330, and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rules 2016-1 and 2016-3 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey, have been satisfied; and after due deliberation and sufficient and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Interim Fee Applications are APPROVED in the amounts set forth in **Exhibit A**.

[Page 4]

| | |
|---|---|
| Debtors: | Powin, LLC, *et al.* |
| Case No. | 25-16137 (MBK) |
| Caption of Order: | Order Approving First Interim Applications for Certain Retained Professionals for an Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred. |

2. The Retained Professionals are granted interim allowance of compensation and reimbursement of expenses in the amounts set forth in **Exhibit A**, attached hereto.

3. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are authorized and directed to remit payment to each Retained Professional in the amount set forth in **Exhibit A,** less all amounts previously paid on account of such fees and expenses.

4. This Order shall constitute a separate order for each Retained Professional and the appeal of this Order with respect to any Retained Professional shall have no effect on the authorized fees and expenses of the other Retained Professionals.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# EXHIBIT A

| Name of Professional/Role/ ECF Docket No. | Fee Period | First Interim Fees Sought | First Interim Expenses Sought | Total Interim Allowed Fees and Expenses |
|---|---|---|---|---|
| **Togut, Segal & Segal LLP** *Co-Counsel for the Debtors* **ECF No. 1149** | First Interim 6/10/2025 through 9/30/2025 | $958,256.00 | $3,116.82 | $961,372.82 |
| **Kurtzman Carson Consultants LLC d/b/a Verita Global** *Administrative Advisor to the Debtor* **ECF No. 1156** | First Interim 6/9/2025 through 9/30/2025 | $48,154.50 | $0.00 | $48,154.50 |

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-16137-MBK |
| Powin, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 19, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2025:**

**Recip ID**     **Recipient Name and Address**
db     + Powin, LLC, 20550 SW 115th Avenue, Tualatin, OR 97062-6857

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 21, 2025      Signature:      /s/Gustava Winters