**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re:<br><br>POWIN LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered)<br><br>Hearing Date: TBD<br>Hearing Time: TBD |

**SUMMARY COVER SHEET TO THE**
**FINAL FEE APPLICATION OF BROWN RUDNICK LLP**
**AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS OF POWIN LLC, ET AL.,**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED DURING THE PERIOD FROM**
**JUNE 27, 2025 THROUGH AND INCLUDING DECEMBER 5, 2025**

| | |
|---|---|
| Name of Applicant: | Brown Rudnick LLP ("Brown Rudnick") |
| Applicant's Role in Case: | Co-Counsel to the Official Committee of Unsecured Creditors (the "Committee") |
| Date Order of Employment Signed: | August 14, 2025, effective *Nunc Pro Tunc* as of June 27, 2025 [Docket No. 736] |
| Interim Application   ()<br>Final Application     (X) | Final Fee Application |
| Time period covered by this Application: | 6/27/2025 – 12/5/2025 (the "Application Period") |

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

| Compensation Breakdown for the Application Period Covered by the Final Fee Application | |
|---|---|
| Total fees requested in this Application: | $2,795,958.20[2][3] |
| Total fees requested in this Application paid to date: | $2,450,140.90 |
| Total fees requested in this Application not yet paid: | $345,817.30 |
| Total expenses sought in this Application: | $18,156.89[4] |
| Total expenses sought in this Application paid to date: | $17,379.35 |
| Total expenses sought in this Application not yet paid: | $777.54 |
| **Total fees and expenses requested in this Application:** | **$2,814,115.09** |
| Total fees and expenses requested in this Application paid to date: | $2,467,520.25 |
| **Total fees and expenses requested in the Application not yet paid:** | **$346,594.84** |
| Total professional hours covered by this Application: | 2,561.30 |
| Blended hourly rate in this Application: | $1,074.05 |

---

[2]  During the Application Period, Brown Rudnick reduced its requested fees by $46,438.00. The deduction pertains to, among other things, voluntary reductions for transient timekeepers and certain other fee application preparation time that is non-compensable under the guidelines promulgated by the Office of the United States Trustee.

[3]  Includes $45,000 in estimated post-Effective Date fees and disbursements related to the preparation of monthly fee applications and this Application.

[4]  During the Application Period, Brown Rudnick reduced its requested disbursements by $2,835.08.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>POWIN LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered)<br><br>Hearing Date: TBD<br>Hearing Time: TBD |

**FINAL FEE APPLICATION OF BROWN RUDNICK LLP AS
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF POWIN LLC, ET AL., FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE
PERIOD FROM JUNE 27, 2025 THROUGH AND INCLUDING DECEMBER 5, 2025**

TO:    THE HONORABLE MICHAEL B. KAPLAN
       UNITED STATES BANKRUPTCY JUDGE

Brown Rudnick LLP ("Brown Rudnick"), as Co-Counsel to the Official Committee of

Unsecured Creditors (the "Committee") appointed in the above-captioned matter, hereby files this

final fee application (the "Application") for allowance of compensation for professional services

rendered in the amount of $2,795,958.20[2] and expenses incurred in the amount of $18,156.89 for

the period of June 27, 2025 through December 5, 2025 (the "Application Period") pursuant to

section 330(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2016-1 and 2016-3 of the

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification
       number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin
       China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241],
       (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix)
       Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario
       Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th
       Avenue Tualatin, OR 97062.

[2]    Includes an estimate of $45,000 for the post-Effective Date fees incurred in connection with the preparation and
       prosecution of monthly fee applications and this Application.

Local Rules of Bankruptcy Procedure for the District of New Jersey (the "Local Rules"), the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors* (the "Confirmation Order") [Docket No. 1165] confirming the *Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors* (the "Plan") [Docket No. 942], and the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases,* effective as of November 1, 2013 (the "U.S. Trustee Guidelines").   In support of this Application, Brown Rudnick submits the Declaration of Bennett S. Silverberg (the "Silverberg Declaration") attached hereto as **Exhibit A** and a proposed order granting the Application attached hereto as **Exhibit B**.  In further support of this Application, Brown Rudnick respectfully states as follows:

## JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the District of New Jersey (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory predicates for the relief sought herein are section 330 of the Bankruptcy Code, Rule 2016 of the Federal Rules, Local Rules 2016-1 and 2016-3, the Confirmation Order, and the U.S. Trustee Guidelines.

## BACKGROUND

3.      On June 9, 2025 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").

4.      On June 27, 2025, the Office of the United States Trustee (the "U.S. Trustee") appointed nine eligible unsecured creditors to the Committee.  *See Notice of Appointment of Official Committee of Unsecured Creditors* [Docket No. 174].

5.      On June 27, 2025, the Committee selected Brown Rudnick to serve as its co-counsel in these cases.  On August 14, 2025, the Court entered the order approving the retention of Brown Rudnick (the "Retention Order") [Docket No. 736].

6.      On December 5, 2025, the Debtors filed the *Notice of (I) Confirmation and Effective Date of the Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors and (II) Deadlines Under the Plan and Confirmation Order to File Administrative Claims, Professional Fee Claims, and Rejection Claims* (the "Effective Date Notice") [Docket No. 1187].  As set forth in the Effective Date Notice, the Plan went effective on December 5, 2025 (the "Effective Date").

### SUMMARY OF PROFESSIONAL COMPENSATION
### AND REIMBURSEMENT OF EXPENSES REQUESTED

7.      Pursuant to this Application, Brown Rudnick seeks final allowance of $2,795,958.20 in fees calculated at the hourly billing rates of Brown Rudnick's personnel who worked on this case, and $18,156.89 in expenses actually and necessarily incurred by Brown Rudnick while providing services to the Committee during the Application Period.  During the Application Period, Brown Rudnick attorneys and paraprofessionals expended a total of 2,561.30 hours for which compensation is requested.

8.      The fees charged by Brown Rudnick in this case are billed in accordance with Brown Rudnick's existing billing rates and procedures in effect during the Application Period. The rates Brown Rudnick charges for the services rendered by its professionals and paraprofessionals in these chapter 11 cases generally are the same rates Brown Rudnick charges

3

for professional and paraprofessional services rendered in comparable bankruptcy and non-bankruptcy-related matters.  Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable bankruptcy and similar complex non-bankruptcy cases.

9.      Attached hereto as **Exhibit C** is a schedule of the total amount of fees incurred under each of Brown Rudnick's internal task codes during the Application Period.

10.     Attached hereto as **Exhibit D** is a summary breakdown of hours and amounts billed by timekeeper.  The summary lists those Brown Rudnick professionals, paraprofessionals, and other non-legal staff who have performed services for the Committee during the Application Period, the capacities in which each individual is employed by Brown Rudnick, the department in which each individual practices, the hourly billing rate charged by Brown Rudnick for services performed by such individual, the year in which each attorney was first licensed to practice law, where applicable, and the aggregate number of hours expended in this matter and fees billed therefor.

11.     Attached hereto as **Exhibit E** is a summary for the Application Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which Brown Rudnick is seeking reimbursement.

12.     Attached hereto as **Exhibit F** are the detailed time entries and disbursements incurred by Brown Rudnick through and including the Effective Date not previously included on a monthly fee application.

13.     Brown Rudnick maintains computerized records of the time spent by all Brown Rudnick attorneys and paraprofessionals in connection with these chapter 11 cases.  Copies of these computerized records were served with the Monthly Fee Applications.

4

14.     Brown Rudnick reserves the right to request additional compensation for the Application Period to the extent that it is later determined that time or disbursement charges for services rendered or disbursements incurred during such time period have not yet been submitted.

## SUMMARY OF SERVICES RENDERED

15.     The services rendered by Brown Rudnick during these cases can be grouped into the categories set forth below.  Brown Rudnick attempted to place the services provided in the category that best related to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. The following provides narrative description of project categories to which attorneys and paraprofessionals of Brown Rudnick dedicated the most significant time (*i.e.*, time charges in excess of $50,000 in the aggregate) during the Application Period.

**A.      Committee Investigation (Non-Lenders): Fees: $1,627,490.50; Total Hours: 1,630.1.**

Brown Rudnick, in coordination with other Committee professionals, undertook a comprehensive investigation into potential claims and causes of action held by the Debtors' estates and their creditors against former insiders and affiliated entities.  This investigation required the review and analysis of a substantial volume of documents produced by the Debtors, as well as the development of legal theories concerning potential estate and direct claims.  Brown Rudnick synthesized its findings, which were provided to the Liquidating Trustee.  The product of the investigation serves as a critical resource for the prosecution of Causes of Action and Direct Claims Trust Assets, ensuring that the Committee's efforts translate into an opportunity for meaningful recoveries for creditors.

**B.      Plan and Disclosure Statement: Fees: $348,917.50; Total Hours: 261.8.**

Brown Rudnick played a central role in negotiating and finalizing the *Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [Docket No. 942].  Brown Rudnick

5

worked extensively with the Debtors and key stakeholders to achieve a consensual Plan that maximizes the opportunity for recoveries by unsecured creditors. A critical component of this effort was the design and implementation of a two-trust structure: (i) a Liquidating Trust to hold remaining estate assets, including Causes of Action, and (ii) a Direct Claims Trust enabling individual creditors to contribute their claims against certain third parties for collective prosecution. Brown Rudnick's prior investigative work informed the structure and scope of these trusts. The firm also prepared and negotiated plan-related documents (including retained action schedules and the trust documentation), addressed objections, and worked extensively to incorporate settlements into the terms of the Plan. On December 1, 2025, the Court entered the Confirmation Order, and the Plan became effective on December 5, 2025.

C.    **Meetings and Communications with UCC: Fees: $221,731.50; Total Hours: 139.7.**

These fees include time related to preparing for and conducting meetings and communications with the members of the Committee. Due to the size and complexity of this case, it was necessary for Brown Rudnick to maintain regular communications with the Committee to keep them informed on case developments and strategic decisions and to respond to any questions or concerns from the Committee. To this end, Brown Rudnick and other Committee professionals conducted standing weekly meetings with the Committee, and also engaged in additional meetings and communications as needed. Brown Rudnick also prepared supplemental materials for these weekly meetings, including presentations and weekly updates, for the Committee to utilize and refer to in staying apprised of case developments and workstreams.

D.    **Asset Sales and Disposition: Fees: $115,127.00; Total Hours: 81.4.**

These fees include all services rendered by Brown Rudnick relating to Powin's asset sale and auction process. Brown Rudnick carefully reviewed the proposed bidding procedures motion and asset purchase agreement and identified and worked to resolve issues, including those related

to bidding procedures.  Brown Rudnick was also involved in the auction process, and following such process, worked to resolve documentation issues and claims by the purchaser for the Debtors' purported failure to deliver certain acquired assets.

**E.     Employee Matters: Fees: $75,288.50; Total Hours: 55.7.**

These fees pertain to the work performed by Brown Rudnick in relation to the Worker Adjustment and Retraining Notification Act (WARN Act) adversary proceeding.  Brown Rudnick's work included considerable coordination and negotiation with the lead WARN class action plaintiff as well as the Debtors, and ultimately resulted in a resolution of these claims through a settlement incorporated into the Plan.  Brown Rudnick also evaluated the key employee retention program proposed by the Debtors pursuant to the *Motion of Debtors for Entry of Order (I) Approving Key Employee Retention Plan and Key Employee Incentive Plan and (II) Granting Related Relief* [Docket No. 493].

**F.     DIP Financing/Cash Collateral: Fees: $68,859.50; Total Hours: 46.9.**

These fees pertain to services rendered by Brown Rudnick concerning the Debtors' request for post-Petition Date debtor-in-possession financing.  After extensive negotiation by the Committee with the Debtors and the proposed DIP lender, the terms of this financing were ultimately memorialized in the *Final Order (I) Authorizing the Debtors to Obtain Postpetition Operational Cash Flow Financing; (II) Granting Liens and Providing Superpriority Administrative Expense Claims; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief* [Docket No. 520].

**G.     Business Operations: Fees: $66,165.50; Total Hours: 66.9.**

These fees pertain primarily to Brown Rudnick's work analyzing "second day" relief immediately following its retention by the Committee.  Brown Rudnick's work included drafting

a memorandum summarizing the relief requested and proposed modifications thereto for the benefit of the Committee, as well as working with the Debtors on such modifications.

**H.**  **Case Administration: Fees: $65,116.50; Total Hours: 108.0.**

These fees include all services rendered by Brown Rudnick relating to general administration of the case and may also include specific matters that are not readily classifiable into other more specific matters. This category includes time expended by Brown Rudnick monitoring the case docket and circulating pertinent filings, coordinating internally to optimize workstreams, preparing materials ahead of upcoming hearings, drafting *pro hac* applications and coordinating with local counsel to ensure compliance with local procedures and practices, and calendaring of pertinent dates and deadlines established during the course of these cases.

**I.**  **Employment and Fee Applications: Fees: $62,453.50; Total Hours: 90.5.**

These fees relate to time spent by Brown Rudnick preparing and prosecuting its Retention Application and fee applications in accordance with the *Administrative Fee Order Establishing Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* [Docket No. 519].

**J.**  **Claims Administration and Objections: Fees: $61,748.50; Total Hours: 45.6.**

These fees include time spent by Brown Rudnick analyzing and resolving the schedules of assets and liability and claims docketed by the Debtors' claims and noticing agent.

## SUMMARY OF ACTUAL AND NECESSARY EXPENSES

16.      Brown Rudnick incurred $18,156.89 as actual and necessary expenses in providing professional services during the Application Period. None of these expenses exceeds the maximum rate set by the UST Guidelines. These charges are intended to cover Brown Rudnick's direct costs, which costs are not incorporated into the Brown Rudnick hourly fees. Only clients

who use services of the types for which reimbursement is sought are separately charged for such service.

17.     Brown Rudnick asserts that the foregoing services were necessary to the administration of the cases and were beneficial to the Committee at the time which the services were rendered.  All services were performed within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed.  A summary of Brown Rudnick's expenses incurred during the Application Period is provided in **Exhibit E**.

## **SUPPORTING DOCUMENTATION**

18.     As noted above, Brown Rudnick was retained to serve in the capacity of co-counsel to the Committee by Order of this Court dated August 14, 2025, which retention was effective *nunc pro tunc* as of June 27, 2025.

19.     This Application represents Brown Rudnick's final fee application as co-counsel to the Committee and covers the period from June 27, 2025, through and including December 5, 2025.

20.     The computerized time sheets included with the Monthly Fee Applications are incorporated herein by reference or, in the case of December, attached hereto as **Exhibit F**, and detail the services rendered by the members and associates of Brown Rudnick, the hourly rate charged by each timekeeper, and the actual time expended in the performance of such services. The aforementioned time sheets reflect that Brown Rudnick has expended 2,561.30 hours in performing services for the Committee, resulting in charges of $2,795,958.20.  The blended hourly rate charged herein is $1,074.05, which Brown Rudnick believes is fair and reasonable in light of the nature of the services rendered and the expertise of the professionals rendering such services.

21.     The Monthly Fee Applications also include a detailed breakdown of all out-of-pocket disbursements incurred by Brown Rudnick in the performance of its duties as co-counsel to the Committee, which total $18,156.89.  In the normal course of Brown Rudnick's practice, expenses are only charged after the expenses are actually incurred by Brown Rudnick.

22.     The following Monthly Fee Applications which comprise this Application are set forth below:

| Date Filed | Filing Period | Total Fees (at 100%) | Expenses Requested (at 100%) |
|---|---|---|---|
| (First) 08/20/2025 [Dkt No. 757] | June 27, 2025 – July 31, 2025 | $565,520.50 | $785.04 |
| (Second) 09/17/2025 [Dkt No. 860] | August 1, 2025 – August 31, 2025 | $674,345.20 | $295.70 |
| (Third) 10/16/2025 [Dkt No. 944] | September 1, 2025 – September 30, 2025 | $1,025,246.00 | $13,138.71 |
| (Fourth) 11/26/25 [Dkt No. 1153] | October 1, 2025 – October 31, 2025 | $231,286.50 | $3,159.90 |
| (Fifth) 12/9/2025 [Dkt No. 1190] | November 1, 2025 – November 30, 2025 | $220,203.00 | $65.00 |
| Exhibit F | December 1, 2025 – December 5, 2025 | $34,357.00 | $712.54 |
| **TOTAL** | | **$2,750,958.20** | **$18,156.89** |

## THE REQUESTED COMPENSATION SHOULD BE ALLOWED

23.     Bankruptcy Code Section 330 sets forth the criteria for the award of such compensation and reimbursement:

In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, extent, and the value of such services, taking into account all relevant factors, including:

    a.    the time spent on such services;

    b.    the rates charged for such services;

    c.    whether the services were necessary to the administration of or beneficial at the time at which the service was rendered toward the completion of a case under this title;

    d.    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

    e.    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

    f.    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

24.    Brown Rudnick respectfully submits that it has satisfied the requirements of section 330 of the Bankruptcy Code. The services for which it seeks compensation in this Application were necessary for and beneficial to the Committee. Brown Rudnick's request for compensation is reflective of a reasonable and appropriate amount of time expended in performing such services commensurate with the complexity, importance and nature of the problem, issue, or task involved. These services were performed without unnecessary duplication of effort by professionals employed by Brown Rudnick. The compensation sought by Brown Rudnick is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under the Bankruptcy Code. Indeed, Brown Rudnick's monthly fees are comparable with

other similarly qualified legal advisors appearing in this and other Chapter 11 cases. For all of the

foregoing reasons, Brown Rudnick respectfully requests that the Court grant this Application.

## **SUPPLEMENTAL DISCLOSURE REQUIRED BY UST GUIDELINES**

25.     Pursuant to Section C.3 of the UST Guidelines, Brown Rudnick's hourly rates for

bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by

comparably skilled bankruptcy attorneys. In addition, Brown Rudnick's hourly rates for

bankruptcy services are comparable to the rates charged by the firm, and by comparably skilled

practitioners in other firms, for complex corporate and litigation matters, whether in court or

otherwise, regardless of whether a fee application is required.

26.     The following statements address the information pursuant to Section C.5 of the

UST Guidelines:

a.      **Question**: Did you agree to any variations from, or alternatives to, your standard
or customary billing rates, fees or terms for services pertaining to this engagement
that were provided during the application period? If so, please explain.

**Answer**: No.

b.      **Question**: If the fees sought in this fee application as compared to the fees budgeted
for the time period covered by this fee application are higher by 10% or more, did
you discuss the reasons for the variation with the client?

**Answer**: The fees sought in this Application are not more than 10% higher as
compared to the budget provided in **Exhibit G**.

c.      **Question**: Have any of the professionals included in this fee application varied their
hourly rate based on geographic location of the bankruptcy case?

**Answer**: No.

d.      **Question**: Does the fee application include time or fees related to reviewing or
revising time records or preparing, reviewing, or revising invoices? (This is limited
to work involved in preparing and editing billing records that would not be
compensable outside of bankruptcy and does not include reasonable fees for
preparing a fee application.). If so, please quantify by hours and fees.

**Answer**: No.

12

e.      **Question**: Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

        **Answer**: No.

f.      **Question**: If the fee application includes any rate increases in retention: (i) did your client review and approve those rate increases in advance? and (ii) Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

        **Answer**: The Application does not include any additional rate increases.

**WHEREFORE**, Brown Rudnick respectfully requests that this Court (i) ratify the prior payments made to Brown Rudnick on account of its Monthly Fee Applications and First Interim Application, (ii) approve and ratify final allowance of compensation and reimbursement of expenses in the amounts of $2,795,958.20 and $18,156.89, respectively, for the Application Period, and (iii) grant such other relief as may be just and proper.

*[remainder of page left intentionally blank]*

Dated: December 26, 2025

**GENOVA BURNS LLC**

/s/ *Susan A. Long*
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
Susan A. Long, Esq.
Jaclynn N. McDonnell, Esq.
dstolz@genovaburns.com
dclarke@genovaburns.com
slong@genovaburns.com
jmcdonnell@genovaburns.com
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
Tel: (973) 533-0777
Fax: (973) 814-4045

-and-

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Kenneth J. Aulet, Esq.
Bennett S. Silverberg, Esq.
Jeffrey L. Jonas, Esq.
rstark@brownrudnick.com
kaulet@brownrudnick.com
bsilverberg@brownrudnick.com
jjonas@brownrudnick.com
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
Fax: (212) 209-4801

Eric R. Goodman, Esq.
601 Thirteenth Street NW Suite 600
Washington, DC  20005
Tel: (202) 536-1740
egoodman@brownrudnick.com

*Counsel to the Official Committee of
Unsecured Creditors*

14

## **EXHIBIT A**

(Silverberg Declaration)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>POWIN LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br><br>(Jointly Administered) |

**DECLARATION OF BENNETT S. SILVERBERG**
**IN SUPPORT OF THE FINAL FEE APPLICATION**
**OF BROWN RUDNICK LLP AS CO-COUNSEL TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**OF POWIN, LLC, ET AL., FOR COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE**
**PERIOD FROM JUNE 27, 2025 THROUGH AND INCLUDING DECEMBER 5, 2025**

I, Bennett S. Silverberg, declare under penalty of perjury:

1.      I am a partner in the law firm of Brown Rudnick LLP ("Brown Rudnick"), a law

firm which maintains an office for the practice of law at Seven Times Square, New York, New

York 10036.

2.      I have read the *Final Fee Application of Brown Rudnick LLP as Co-Counsel to the*

*Official Committee of Unsecured Creditors of Powin LLC, et al., for Compensation for Services*

*Rendered and Reimbursement of Expenses Incurred During the Period from June 27, 2025*

*Through and Including December 5, 2025* (the "Application") filed contemporaneously herewith.[2]

To the best of my knowledge, information, and belief, formed after reasonable inquiry, the

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification
number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin
China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241],
(vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix)
Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario
Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th
Avenue Tualatin, OR 97062.

[2]     Capitalized terms used but not defined herein shall have the meanings assigned to them in the Application.

statements contained in the Application are true and correct.   In addition, I believe that the

Application is in conformity with the applicable provisions of the Bankruptcy Code, Federal Rules,

Local Rules, the Confirmation Order, and the U.S. Trustee Guidelines.

3.      In connection therewith, I hereby certify that:

a.      The fees and disbursements sought in the Application are billed at rates customarily employed by Brown Rudnick and generally accepted by Brown Rudnick's clients.  In addition, none of the professionals seeking compensation varied their hourly rates based on the geographic location of the Debtor's cases;

b.      In providing a reimbursable expense, Brown Rudnick does not make a profit on that expense, whether the service is performed by Brown Rudnick in-house or through a third party;

c.      In accordance with Federal Rule 2016(a) and Bankruptcy Code section 504, no agreement or understanding exists between Brown Rudnick and any other person for the sharing of compensation to be received in connection with these chapter 11 cases except as authorized pursuant to the Bankruptcy Code, the Federal Rules, and the Local Rules; and

d.      All services for which compensation is sought were professional services on behalf of the Committee and not on behalf of any other person.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge and belief.

Dated: December 26, 2025                    By:    */s/ Bennett S. Silverberg*
New York, New York                                 Bennett S. Silverberg

**<u>EXHIBIT B</u>**

(<u>Proposed Order</u>)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>POWIN LLC,. *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**ORDER GRANTING FINAL FEE APPLICATION**
**OF BROWN RUDNICK LLP AS CO-COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF**
**POWIN LLC, ET AL., FOR COMPENSATION FOR SERVICES RENDERED**
**AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD**
**FROM JUNE 27, 2025 THROUGH AND INCLUDING DECEMBER 5, 2025**

The Court has considered the *Final Fee Application of Brown Rudnick LLP as Co-Counsel to the Official Committee of Unsecured Creditors of Powin LLC, et al., for Compensation for Services Rendered and Reimbursement of Expenses Incurred During the Period from June 27, 2025 Through and Including December 5, 2025* (the "Application"), filed by Brown Rudnick LLP (the "Applicant"). The Court orders:

1.      The Applicant is allowed final compensation and reimbursement of expenses in the amount of **$2,814,115.09** for the period set forth in the Application, which includes $45,000 of post-Effective Date fees and disbursements not previously billed related to preparation and prosecution of fee applications.

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

2.      The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

3.      The Debtor or the Liquidating Trustee, as applicable, is hereby authorized and directed to disburse the unpaid amount of compensation and expenses sought under this Application.

Dated: _____, 2026

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**<u>EXHIBIT C</u>**

**<u>COMPENSATION BY PROJECT CATEGORY</u>**

**For the Period from June 27, 2025 through December 5, 2025**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Sales and Disposition | 81.4 | $115,127.00 |
| Business Operations | 66.9 | $66,165.50 |
| Case Administration | 108.0 | $65,116.50 |
| Claims Administration and Objections | 45.6 | $61,748.50 |
| Committee Investigation (Non - Lenders) | 1,630.1 | $1,627,490.50 |
| Creditors Committee Governance Matters | 5.9 | $5,701.50 |
| DIP Financing/Cash Collateral | 46.9 | $68,859.50 |
| Employee Matters | 55.7 | $75,288.50 |
| Employment and Fee Applications | 90.5 | $62,453.50 |
| Hearings | 19.5 | $23,911.50 |
| Insurance | 0.6 | $780.00 |
| Meetings and Communications with UCC | 139.7 | $221,731.50 |
| Non-Working Travel (Billed at 50%) | 7.4 | $6,386.20 |
| Plan and Disclosure Statement | 261.8 | $348,917.50 |
| Stay Relief/Injunction Litigation | 1.3 | $1,280.50 |
| **TOTAL** | **2,561.30** | **$2,750,958.20** |

## EXHIBIT D

## SUMMARY OF TIME AND COMPENSATION

**For the Period from June 27, 2025 through December 5, 2025**

| TIME AND COMPENSATION BREAKDOWN – PARTNERS | | | | |
|---|---|---|---|---|
| **Name of Professional Person** | **Position; Admission Date; Specialty** | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Robert J. Stark | Partner; Admitted to New Jersey Bar in 1995; New York Bar in 1996; Bankruptcy & Corporate Restructuring | $2,450 | 24.70 | $60,515.00 |
| Jeffrey L. Jonas | Partner; Admitted to Massachusetts Bar in 1988; New York Bar in 2021; Litigation and Dispute Resolution | $2,450 | 6.0 | $14,700.00 |
| Bennett S. Silverberg | Partner; Admitted to New York Bar in 2001; Bankruptcy & Corporate Restructuring | $1,980 | 61.5 | $121,770.00 |
| Steven A. Tyrrell | Partner; Admitted to New York Bar in 1984; D.C. Bar in 2011; White Collar Defense, Investigation and Compliance | $1,905 | 188.8 | $359,664.00 |

| TIME AND COMPENSATION BREAKDOWN – PARTNERS | | | | |
|---|---|---|---|---|
| **Name of Professional Person** | **Position; Admission Date; Specialty** | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Eric R. Goodman | Partner; Admitted to Ohio Bar in 2003; New York Bar in 2018; Illinois Bar in 2020; D.C. Bar in 2021; Massachusetts Bar in 2021; Bankruptcy & Corporate Restructuring | $1,800 | 1.5 | $2,700.00 |
| Kenneth Aulet[1] | Partner; Admitted to New York Bar in 2012; Bankruptcy & Corporate Restructuring | $1,725 | 188.7 | $325,507.50 |
| | | $863 | 7.4 | $6,386.20 |
| Shari I. Dwoskin | Partner; Admitted to Massachusetts Bar in 2014; New York Bar in 2023; Bankruptcy & Corporate Restructuring | $1,650 | 4.2 | $6,930.00 |
| Steven B. Levine | Partner; Admitted to Massachusetts Bar in 1981; New York Bar in 2003; Finance | $1,645 | 14.0 | $23,030.00 |
| Kevin A. Brown | Partner; Admitted to New Jersey Bar in 2006; New York Bar in 2008; Tax | $1,500 | 28.4 | $42,600.00 |

---

[1]     Fees for Kenneth Aulet are separated to indicate non-working travel time billed at 50% as set forth in the Retention Order.

| TIME AND COMPENSATION BREAKDOWN – PARTNERS | | | | |
|---|---|---|---|---|
| **Name of Professional Person** | **Position; Admission Date; Specialty** | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Nicole M. Bouchard | Partner; Admitted to New York Bar in 2009; Tax | $1,500 | 49.1 | $73,650.00 |
| Cameron D. Moxley | Partner; Admitted to New York Bar in 2005; Connecticut Bar in 2022; Litigation and Dispute Resolution | $1,400 | 1.8 | $2,520.00 |
| Daniel J. Healy | Partner; Admitted to Massachusetts Bar in 1999; New York Bar in 1999; D.C. Bar in 2002; Maryland Bar in 2005; Litigation and Dispute Resolution | $1,300 | 10.6 | $13,780.00 |
| Dylan P. Kletter | Partner; Admitted to Connecticut Bar in 2008; New York Bar in 2022; Mergers and Acquisitions and Private Equity Litigation | $1,225 | 2.0 | $2,450.00 |
| Jennifer I. Charles | Partner; Admitted to Massachusetts Bar in 2009; D.C. Bar in 2013; Transactions | $1,100 | 12.8 | $14,080.00 |
| **TOTAL** | | | **601.1** | **$1,069,592.70** |
| **PARTNER BLENDED RATE** | | **$1,779.39** | | |

3

| TIME AND COMPENSATION BREAKDOWN – ASSOCIATES AND OTHER COUNSEL | | | | |
|---|---|---|---|---|
| **Name of Professional Person** | **Position; Admission Date; Specialty** | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Daniel L. Sachs | Counsel; Admitted to California Bar in 2013; D.C. Bar in 2017; New York Bar in 2020; White Collar Defense, Investigations & Compliance | $1,285 | 196.7 | $252,759.50 |
| Nancy H. Turner | Associate; Admitted to Virginia Bar in 2016; D.C. Bar in 2021; White Collar Defense, Investigations & Compliance | $1,000 | 380.4 | $380,400.00 |
| Shlomo D. Katz | Counsel; Admitted to Maryland Bar in 1990; D.C. Bar in 1993; Litigation and Dispute Resolution | $990 | 3.2 | $3,168.00 |
| Matthew A. Sawyer | Associate; Admitted to Massachusetts Bar in 2019; Bankruptcy & Corporate Restructuring | $985 | 246.6 | $242,901.00 |
| Isabelle R. Jacobs | Associate; Admitted to New Jersey Bar in 2018; New York Bar in 2020; Tax | $965 | 44.7 | $43,135.50 |

4

| TIME AND COMPENSATION BREAKDOWN – ASSOCIATES AND OTHER COUNSEL | | | | |
|---|---|---|---|---|
| **Name of Professional Person** | **Position; Admission Date; Specialty** | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Dov Fiskus | Associate; Admitted to New York Bar in 2014; Tax | $965 | 9.3 | $8,974.50 |
| Jane W. Motter | Associate; Admitted to Massachusetts Bar in 2021; Real Estate | $910 | 13.5 | $12,285.00 |
| Maria DeOliveira | Associate; Admitted to New Jersey Bar in 2019; New York in 2022; Bankruptcy and Corporate Restructuring | $825 | 54.0 | $44,550.00 |
| Vanessa Toro-Plaza | Associate; Admitted to New York Bar in 2023; White Collar Defense, Investigations & Compliance | $825 | 143.1 | $118,057.50 |
| Caroline Henschel | Associate; Admitted to D.C. Bar in 2024; White Collar Defense, Investigations & Compliance | $740 | 325.7 | $241,018.00 |
| Jase Panebianco | Associate; Admitted to Virginia Bar in 2022; D.C. Bar in 2025; Litigation and Dispute Resolution | $740 | 105.4 | $77,996.00 |
| Jessica Y. Liong | Associate; Admitted to Massachusetts Bar in 2024; Bankruptcy | $685 | 17.0 | $11,645.00 |

| TIME AND COMPENSATION BREAKDOWN – ASSOCIATES AND OTHER COUNSEL | | | | |
|---|---|---|---|---|
| Name of Professional Person | Position; Admission Date; Specialty | Hourly Billing Rate | Total Hours Billed | Total Compensation |
| | & Corporate Restructuring | | | |
| Roshni Parikh | Associate; Admitted to New York Bar in 2025; Litigation and Dispute Resolution | $685 | 6.0 | $4,110.00 |
| Samuel B. Kahn | Associate; Admitted to New York Bar in 2025; Bankruptcy & Corporate Restructuring | $685 | 100.7 | $68,979.50 |
| Darion M. Alexander | Associate; Admitted to D.C. Bar in 2025; Litigation and Dispute Resolution | $685 | 154.0 | $105,490.00 |
| **TOTAL** | | | **1,800.3** | **$1,615,469.50** |
| **ASSOCIATE & OTHER COUNSEL BLENDED RATE** | | **$897.33** | | |

| TIME AND COMPENSATION BREAKDOWN - PARAPROFESSIONALS | | | | |
|---|---|---|---|---|
| **Name of Professional Person** | **Position; Number of Years** | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Madelyn A. Soliman | Paralegal; Bankruptcy and Corporate Restructuring; over 5 years | $510 | 17.6 | $8,976.00 |
| Jack H. Collins | Paralegal; Bankruptcy & Corporate Restructuring; over 2 years | $400 | 111.5 | $44,600.00 |
| Jacob M. Rosner | Project Assistant; Over 1 year | $400 | 30.8 | $12,320.00 |
| **TOTAL** | | | **159.9** | **$65,896.00** |
| **PARAPROFESSIONALS BLENDED RATE** | | **$412.11** | | |
| **GRAND TOTAL** | | | | **$2,750,958.20** |
| **BLENDED RATE FOR ALL BROWN RUDNICK TIMEKEEPERS** | | **$1,074.05** | | |

7

## EXHIBIT E

## SUMMARY OF DISBURSEMENTS

**For the Period from June 27, 2025 through December 5, 2025**

| Service | Cost |
|---|---|
| Copies (In-House @ 10 cents per page Color and B&W) | $396.90 |
| Filing Fees | $1,034.00 |
| Meals | $24.34 |
| Outside Copies | $211.60 |
| Overnight Delivery | $120.00 |
| PACER | $104.00 |
| Travel Expenses | $2,540.39 |
| Westlaw Online / Lexis Transactional Searches | $13,725.66 |
| **TOTAL** | **$18,156.89** |

**EXHIBIT F**

(Time and Disbursement Detail for December 1, 2025 – December 5, 2025)

**brown**rudnick

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
20550 SW 115TH AVENUE
TUALATIN, OR 97062

| | |
|---|---|
| Invoice | 7006790 |
| Date | Dec 15, 2025 |
| Client | 041594 |

RE: POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through December 5, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 041594.0004 | EMPLOYMENT AND FEE APPLICATIONS | 792.00 | 0.00 | 792.00 |
| 041594.0006 | PLAN AND DISCLOSURE STATEMENT | 27,765.00 | 0.00 | 27,765.00 |
| 041594.0011 | COMMITTEE INVESTIGATION (NON-LENDERS) | 5,800.00 | 0.00 | 5,800.00 |
| | **Total** | **34,357.00** | **0.00** | **34,357.00** |

| | |
|---|---:|
| Total Current Fees | $34,357.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$34,357.00** |

# brown rudnick

| | | |
|---|---|---|
| POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice | 7006790 |
| 20550 SW 115TH AVENUE | Date | Dec 15, 2025 |
| TUALATIN, OR 97062 | Client | 041594 |

RE: EMPLOYMENT AND FEE APPLICATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through December 5, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 041594.0004 | EMPLOYMENT AND FEE APPLICATIONS | 792.00 | 0.00 | 792.00 |
| | **Total** | **792.00** | **0.00** | **792.00** |

| | |
|---|---|
| Total Current Fees | $792.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$792.00** |



POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice 7006790
December 15, 2025                                                                                      Page 3

RE: EMPLOYMENT AND FEE APPLICATIONS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/03/25 | SILVERBERG | PREPARE NOVEMBER MONTHLY FEE STATEMENT | 0.40 | 792.00 |
| | **Total Hours and Fees** | | **0.40** | **792.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|--------------|-------|------|------|-------|
| BENNETT S. SILVERBERG | 0.40 | hours at | 1,980.00 | 792.00 |
| **Total Fees** | | | | **792.00** |

# brown rudnick

| | | |
|---|---|---|
| POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice | 7006790 |
| 20550 SW 115TH AVENUE | Date | Dec 15, 2025 |
| TUALATIN, OR 97062 | Client | 041594 |

RE: PLAN AND DISCLOSURE STATEMENT

## I N V O I C E

For professional services rendered in connection with the above captioned matter through December 5, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 041594.0006 | PLAN AND DISCLOSURE STATEMENT | 27,765.00 | 0.00 | 27,765.00 |
| | **Total** | **27,765.00** | **0.00** | **27,765.00** |

| | |
|---|---|
| Total Current Fees | $27,765.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$27,765.00** |

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200



POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
December 15, 2025

Invoice 7006790
Page 5

RE: PLAN AND DISCLOSURE STATEMENT

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/01/25 | AULET | TRANSITION WORK. | 1.00 | 1,725.00 |
| 12/02/25 | BOUCHARD | PREPARE TRUST FORMATION DOCUMENTATION (.7); MULTIPLE COMMUNICATIONS WITH PROPOSED DE TRUSTEE AND COUNSEL RE: SAME (.6) | 1.30 | 1,950.00 |
| 12/03/25 | MOTTER | PREPARE TRUSTS FOR EFFECTIVE DATE INCLUDING COORDINATION AMONG DE TRUSTEE, TOC MEMBERS AND TRUSTEE | 3.30 | 3,003.00 |
| 12/03/25 | BOUCHARD | REVIEW AND RESPOND TO MULTIPLE EMAILS WITH PROPOSED TRUSTEE, PROPOSED DE STATUTORY TRUSTEE, AND RESPECTIVE COUNSEL RE: TRUST FORMATION (1.2); ANALYSIS OF TRUST AGREEMENTS IN CONNECTION WITH SAME (.7) | 1.90 | 2,850.00 |
| 12/04/25 | MOTTER | REVISE/FINALIZE LIQUIDATING TRUST AGREEMENTS (2.6); REVISE/FINALIZE DIRECT CLAIMS TRUST AGREEMENT (2.8); DRAFT TRUST CLOSING DOCUMENTS (.8); COORDINATE WITH DE LOCAL COUNSEL ON TRUST FORMATION ISSUES (1.2) | 7.40 | 6,734.00 |
| 12/04/25 | AULET | TRANSITION WORK. | 0.80 | 1,380.00 |
| 12/04/25 | BOUCHARD | REVIEW AND RESPOND TO MULTIPLE EMAILS WITH PROPOSED TRUSTEE, PROPOSED DE STATUTORY TRUSTEE, AND RESPECTIVE COUNSEL RE: TRUST FORMATION (1.1); REVIEW OF TRUST AGREEMENTS IN RELATION TO SAME (.7) | 1.80 | 2,700.00 |
| 12/05/25 | BOUCHARD | REVIEW AND RESPOND TO MULTIPLE EMAILS AND PHONE CALLS WITH PROPOSED TRUSTEE, PROPOSED DE STATUTORY TRUSTEE, AND RESPECTIVE COUNSEL RE: TRUST FORMATION (1.6); REVIEW OF TRUST AGREEMENTS IN RELATION TO SAME (.5) | 2.10 | 3,150.00 |
| 12/05/25 | MOTTER | RESOLVE ISSUES RELATED TO FILING CERTIFICATES OF TRUST IN DELAWARE (1.2); CONFERENCE WITH WSFS RE ACCOUNT OPENING AND BANKING MATTERS FOR TRUSTS (1.2); REVIEW/ANALYZE ASSOCIATED OPENING CONTRACTS (.4) | 2.80 | 2,548.00 |
| 12/05/25 | AULET | RESOLVING FINAL ISSUES TO GO EFFECTIVE. | 1.00 | 1,725.00 |
| | **Total Hours and Fees** | | **23.40** | **27,765.00** |

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice 7006790
December 15, 2025                                                                                   Page 6

## T I M E  S U M M A R Y

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| NICOLE M. BOUCHARD | 7.10 | hours at | 1,500.00 | 10,650.00 |
| KENNETH J. AULET | 2.80 | hours at | 1,725.00 | 4,830.00 |
| JANE W. MOTTER | 13.50 | hours at | 910.00 | 12,285.00 |
| **Total Fees** | | | | **27,765.00** |

**brown**rudnick

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
20550 SW 115TH AVENUE
TUALATIN, OR 97062

| | |
|---|---|
| Invoice | 7006790 |
| Date | Dec 15, 2025 |
| Client | 041594 |

RE: COMMITTEE INVESTIGATION (NON-LENDERS)

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through December 5, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 041594.0011 | COMMITTEE INVESTIGATION (NON-LENDERS) | 5,800.00 | 0.00 | 5,800.00 |
| | **Total** | **5,800.00** | **0.00** | **5,800.00** |

| | |
|---|---|
| Total Current Fees | $5,800.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$5,800.00** |



POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
December 15, 2025

Invoice 7006790
Page 8

RE: COMMITTEE INVESTIGATION (NON-LENDERS)

| T I M E   D E T A I L | | | | |
|---|---|---|---|---|
| Date | Professional | Description | Hours | Value |
| 12/02/25 | TURNER | ANALYZE THIRD-PARTY DOCUMENT PRODUCTION | 3.20 | 3,200.00 |
| 12/04/25 | TURNER | ANALYZE THIRD-PARTY DOCUMENT PRODUCTION | 2.60 | 2,600.00 |
| | **Total Hours and Fees** | | **5.80** | **5,800.00** |

| T I M E   S U M M A R Y | | | |
|---|---|---|---|
| Professional | Hours | Rate | Value |
| NANCY H. TURNER | 5.80   hours at | 1,000.00 | 5,800.00 |
| **Total Fees** | | | **5,800.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
20550 SW 115TH AVENUE
TUALATIN, OR 97062

| | |
|---|---|
| Invoice | 7006790 |
| Date | Dec 15, 2025 |
| Client | 041594 |

RE: POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS



Remittance

---

**Balance Due: $34,357.00**

---

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:  021000021
SWIFT Code:  CHASUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  760367067

**brown**rudnick

| | |
|---|---|
| POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice     7006791 |
| 20550 SW 115TH AVENUE | Date     Dec 15, 2025 |
| TUALATIN, OR 97062 | Client     041594 |

RE: COSTS

<div style="background:black;color:white;text-align:center">I N V O I C E</div>

For professional services rendered in connection with the above captioned matter through December 5, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 041594.0001 | COSTS | 0.00 | 712.54 | 712.54 |
| | **Total** | **0.00** | **712.54** | **712.54** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $712.54 |
| **Total Invoice** | **$712.54** |

**BR**

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Invoice 7006791

RE: COSTS

Page 2

December 15, 2025

## C O S T   D E T A I L

| Date | Description | Value |
|------|-------------|-------|
| 11/28/25 | TAXI - 11/25/25; VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2005937; DATE: 11/28/2025 | 685.68 |
| 12/04/25 | COPIES | 6.10 |
| 12/04/25 | COPIES | 0.20 |
| 12/04/25 | COPIES | 7.00 |
| 12/04/25 | COPIES | 0.20 |
| 12/05/25 | TAXI - VENDOR: JANE W. MOTTER INVOICE#: 010048896143 DATE: 12/5/2025 UBER FOR CLIENT MEETING. | 13.36 |
| | **Total Costs** | **712.54** |

## C O S T   S U M M A R Y

| Description | Value |
|-------------|-------|
| TAXI | 699.04 |
| COPIES | 13.50 |
| **Total Costs** | **712.54** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
20550 SW 115TH AVENUE
TUALATIN, OR 97062

| | |
|---|---|
| Invoice | 7006791 |
| Date | Dec 15, 2025 |
| Client | 041594 |

RE: COSTS



Remittance

**Balance Due:  $712.54**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:  021000021
SWIFT Code:  CHASUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  760367067

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**EXHIBIT G**

(Budget)

| Project Category | Estimated Hours | Estimated Fees |
|---|---|---|
| Asset Sales and Disposition | 70-90 | $100,000-$130,000 |
| Business Operations | 60-80 | $60,000-$80,000 |
| Case Administration | 100-120 | $60,000-$80,000 |
| Claims Administration and Objections | 40-50 | $50,000-$70,000 |
| Committee Investigation (Non - Lenders) | 1,500-2,000 | $1,500,000-$2,000,000 |
| Creditors Committee Governance Matters | 0-10 | $0-10,000 |
| DIP Financing/Cash Collateral | 40-70 | $50,000-80,000 |
| Employee Matters | 45-70 | $55,000-$80,000 |
| Employment and Fee Applications | 75-100 | $60,000-$80,000 |
| Hearings | 15-25 | $20,000-$30,000 |
| Insurance | 0-10 | $0-$15,000 |
| Meetings and Communications with UCC | 125-175 | $180,000-$250,000 |
| Non-Working Travel (Billed at 50%) | 0-10 | $0-$10,000 |
| Plan and Disclosure Statement | 250-300 | $300,000-$400,000 |
| Stay Relief/Injunction Litigation | 0-10 | $0-$10,000 |
| **TOTAL** | **2,320 – 3,120** | **$2,435,000 – $3,325,000** |