# Exhibit A

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(b)**<br>BIELLI & KLAUDER, LLC<br>Angela L. Mastrangelo, Esq. (No. 239652019)<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>Telephone: (215) 642-8271<br>Email: mastrangelo@bk-legal.com<br><br>*Counsel to Zurich American Insurance Company and its affiliates* | |
| In re:<br><br>POWIN, LLC, *et al.*,<br><br>Debtor. | Case No.:  25-16137<br><br>Judge:  MBK<br><br>Chapter:  11 |

## ORDER GRANTING MOTION OF CREDITOR ZURICH AMERICAN INSURANCE COMPANY TO DEEM TIMELY CERTAIN LATE-FILED PROOF OF CLAIM PURSUANT TO BANKRUPTCY RULE 3002(C)

The relief set forth on the following pages, numbered two (2) through two (2) is **ORDERED**.

Upon consideration of the Motion of Creditor Zurich American Insurance Company to Deem Timely Certain Late-Filed Proof of Claim Pursuant to Bankruptcy Rule 3002(C) (the "Motion"), and due and proper notice of the Motion having been provided and it appearing that no other or further notice is necessary; and upon consideration of the Motion and the relief requested; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby:

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED**, that Zurich American Insurance Company and its affiliates Claims are deemed timely-filed; and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.