**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| POWIN LLC, *et al.*[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

### SUPPLEMENTAL NOTICE OF RATE INCREASE BY BROWN RUDNICK LLP

On December 19, 2025, Brown Rudnick filed the *Notice of Rate Increase of Brown Rudnick LLP* (the "Rate Increase Notice") [Docket No. 1237] in accordance with the Retention Order,[2] providing notice of customary rate increases by category of timekeeper (*e.g.*, partner, associate, etc.) effective January 1, 2026.  Following filing of the Rate Increase Notice, the Office of the Unites States Trustee (the "UST") requested that Brown Rudnick file a supplemental notice including the prior and new rates of specific attorneys, rather than categorically.

In response to the UST's request, Brown Rudnick submits this Supplemental Notice for the following attorneys, who Brown Rudnick anticipates will be the primary attorneys working on these cases from and after January 1, 2026:[3]

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Rate Increase Notice.

[3] Brown Rudnick anticipates that most, if not all, of the work on these cases from and after January 1, 2026 will be handled by the attorneys identified herein.  However, circumstances may warrant work by additional Brown Rudnick attorneys not so identified, in which case Brown Rudnick reserves all rights including for such attorneys to work on these cases and for Brown Rudnick to be compensated for such work without the need to further supplement its Rate Increase Notice.

| Attorney | 2025 Rate | 2026 Rate |
|---|---|---|
| Bennett S. Silverberg | $1980 | $2175 |
| Kenneth J. Aulet | $1725 | $1900 |
| Matthew A. Sawyer | $985 | $1030 |
| Jessica Y. Liong | $685 | $755 |

Dated: January 5, 2026

Respectfully submitted,

/s/ Daniel M. Stolz
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
Susan A. Long, Esq.
Jaclynn N. McDonnell, Esq.
**GENOVA BURNS LLC**
dstolz@genovaburns.com
dclarke@genovaburns.com
slong@genovaburns.com
jmcdonnell@genovaburns.com
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
Tel: (973) 533-0777
Fax: (973) 814-4045

-and-

Robert J. Stark, Esq.
Kenneth J. Aulet, Esq.
Bennett S. Silverberg, Esq.
Jeffrey L. Jonas, Esq.
**BROWN RUDNICK LLP**
rstark@brownrudnick.com
kaulet@brownrudnick.com
bsilverberg@brownrudnick.com
jjonas@brownrudnick.com
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
Fax: (212) 209-4801

Eric R. Goodman, Esq.
**BROWN RUDNICK LLP**
601 Thirteenth Street NW Suite 600
Washington, DC  20005
Tel: (202) 536-1740
egoodman@brownrudnick.com

*Counsel to the Official Committee of Unsecured Creditors*

## **CERTIFICATE OF SERVICE**

      I certify that on January 5, 2026, I caused a copy of the foregoing document to be filed in the Electronic Case Filing System for the United States Bankruptcy Court for the District of New Jersey.

                                                        */s/ Daniel M. Stolz*
                                                        Daniel M. Stolz