UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

SHERMAN, SILVERSTEIN, KOHL, ROSE &
PODOLSKY, P.A.
Ross J. Switkes
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Tel: (856) 662-0700
Email: rswitkes@shermansilverstein.com
Co-Counsel for the Powin Liquidating Trust

In Re:

Powin, LLC, et al.,

Case No.: 25-16137 (MBK

Adv. Pro. No.: _____

Chapter: 11

Subchapter V:  ☐ Yes  ☒ No

Hearing Date: 1/8/2026

Judge: Kaplan

## ADJOURNMENT REQUEST

1. I, __Ross J. Switkes__,

    ☒ am the attorney for: __The Powin Liquidating Trust__,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Motion to Deem Timely Certain Late-Filed Proof of Claim (Docket No. 1198)

    Current hearing date and time: January 8, 2026 at 10:00 am ET

    New date requested: January 22, 2026

    Reason for adjournment request: See next page

2. Consent to adjournment:

    ☐ I have the consent of all parties.   ☒ I do not have the consent of all parties (explain below):

    After extensive negotiation, the Movant advised the Trust that it would not agree to a consensual adjournment.

According to the certificate of service attached to the related Motion [Dkt. 1198], the Powin Liquidating Trust was not served notice of the Motion.

Upon becoming aware of the Motion, the Trust's counsel reached out to the Movant's counsel to adjourn the hearing. After extensive negotiation, the Movant advised the Trust that it would not agree to a consensual adjournment.

The Trust requires additional time to assess the Motion and confer with the TOC and the Debtors' professionals.

I certify under penalty of perjury that the foregoing is true.

Date: 1/7/2026                                          /s/ Ross J. Switkes
                                                        Signature

**COURT USE ONLY:**

The request for adjournment is:                January 22, 2026 at 10:00 am

☒ Granted                 New hearing date: _____    ❏ Peremptory

❏ Granted over objection(s)    New hearing date: _____    ❏ Peremptory

❏ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2