| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Susan A. Long, Esq.<br>Jaclynn N. McDonnell, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>slong@genovaburns.com<br>jmcdonnell@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 533-0777<br>Fax: (973) 814-4045<br><br>*Local Counsel for the Official Committee of Unsecured Creditors* | **BROWN RUDNICK LLP**<br>Robert J. Stark, Esq.<br>Kenneth J. Aulet, Esq.<br>Bennett S. Silverberg, Esq.<br>Jeffrey L. Jonas, Esq.<br>rstark@brownrudnick.com<br>kaulet@brownrudnick.com<br>bsilverberg@brownrudnick.com<br>jjonas@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>*Counsel for the Official Committee of Unsecured Creditors* |
| In re:<br><br>POWIN, LLC, *et al.*,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 25-16137 (MBK)<br>(Jointly Administered)<br><br>Honorable Michael B. Kaplan |

## SECOND AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES TO GENOVA BURNS LLC

TO:     THE HONORABLE MICHAEL B. KAPLAN
         UNITED STATES BANKRUPTCY JUDGE

The Application of Genova Burns LLC ("Applicant" or "Genova"), Local Counsel to the Official Committee of Unsecured Creditors (the "Committee"), respectfully states to the Court as follows:

1. The members and associates of Genova are all attorneys at law of the State of New Jersey and are duly admitted to practice before this Court.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue, Tualatin, OR 97062.

2. On June 10, 2025, the Debtor filed a Chapter 11 Petition in the United States Bankruptcy Court for the District of New Jersey [dkt #1].

3. On June 27, 2025, a Notice of Appointment of Official Committee of Unsecured Creditors was entered by the Court [dkt #174].

4. On July 25, 2025, the Court entered an Order Granting Debtors' Motion for Entry of an Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of This Court [dkt #519].

5. Genova was retained to serve in the capacity of Local Counsel to the Official Committee of Unsecured Creditors by Order of this Court dated August 12, 2025 [dkt #724], which retention was effective June 27, 2025.  A copy of such retention Order is annexed hereto as **Exhibit "A"**.

6. The within Application represents Genova's Second and Final Fee Application as Local Counsel to the Committee and covers the period June 27, 2025 through January 8, 2026 (the "Second and Final Application Period").

7. Genova's computerized time sheets, previously filed with the Monthly Fee Statements covering the Second and Final Application Period (as referenced below), detail the services rendered by the members and associates of Genova, the hourly rate charged by each member, associate or paralegal, and the actual time expended in the performance of such services.  Said time sheets reflect that Genova has expended 162.40 hours in performing services for the Committee, resulting in charges of $112,203.75.  The blended hourly rate charged herein is $690.91, which your applicant believes is fair and reasonable in light of the nature of the services rendered and the expertise of the

professionals rendering such services, together with all out of pocket disbursements incurred by Genova in the performance of its duties as Local Counsel to the Committee, which total $2,015.15.

8.  Monthly Fee Statements for the months of October and November 2025, covering the Second and Final Application Period were prepared and served pursuant to the Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court entered on July 25, 2025. The following table identifies Genova's prior Monthly Fee Statements covering the Second and Final Application Period.

| Docket # | Filed Date (Covered Period) | Fees | Less 20% | Fee Payment Requested | Expense Reimbursement (100%) | Fee and Expense Payment Received |
|---|---|---|---|---|---|---|
| 1046 | 11/12/25 (10/1/25-10/31/25) | $55,517.50 | ($11,103.50) | $44,414.00 | $857.21 | $45,271.21 |
| 1189 | 12/9/25 (11/1/25-11/30/25) | $44,013.75 | ($8,802.75) | $35,211.00 | $423.39 | $35,634.39 |
| 12/1/25 through 1/8/226 (not submitted by monthly) | | $12,672.50 | ($0.00) | $12,672.50 | $734.55 (not paid) | $0.00 |

The above-listed Monthly Fee Statements, and the statements of services and statements of expenses annexed as Exhibits thereto, are incorporated herein by reference.

9.  Annexed hereto and made part hereof as **Exhibit "B"** are computerized time sheets not previously submitted with the above monthly fee statements, and covers the period December 1, 2025 through January 8, 2026.

3

10. Annexed hereto and made part hereof as **Exhibit "C"** is the Affidavit of Daniel M. Stolz, Esq., submitted in accordance with the provisions of Section 504 of the Bankruptcy Code.

11. All services that are the subject of this fee application were rendered for the Committee at the request and/or consent of the Committee in conjunction with Applicant's co-counsel.

12. In summary, Applicant has performed an extraordinary amount of varied services in this Chapter 11 case, for the benefit of the creditors in this Chapter 11 case.

13. Applicant respectfully submits that the services rendered by your Applicant during the Second and Final Application Period covered by this Fee Application were reasonable, enabled and/or assisted the Committee in fulfilling its fiduciary obligations to similarly situated creditors, and were of significant benefit to creditors of the within bankruptcy case.

14. Applicant respectfully submits that all services were essential and necessary and the complexity of this Chapter 11 case required such services.

15. In addition to the foregoing, Applicant respectfully directs the Court's attention to the detailed time records submitted with the above-listed Monthly Fee Statements covering the Second and Final Application Period, which set forth the specific services rendered.

16. In summary, Applicant has performed extensive services, which have benefited the Committee and enabled and/or assisted the Committee in fulfilling its fiduciary obligations to the constituent creditors it represents.

**WHEREFORE,** Genova Burns LLC respectfully requests the entry of the annexed Order, granting a second and final allowance of compensation in the amount of $32,578.75, together with reimbursement of actual out-of-pocket disbursements in the amount of $734.55, for a total award of $33,313.30, and granting such other relief as the Court deems just and appropriate.

Respectfully submitted,

By: /s/ Daniel M. Stolz
     DANIEL M. STOLZ

Dated: January 8, 2026