# EXHIBIT B

GENOVA BURNS LLC

January 8, 2026
Invoice No.:    541945

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 12/01/25 | DMS | B110 | Emails with Stark and Aulet regarding post effective issues. | .50 | 900.00 | 450.00 |
| 12/01/25 | DMS | B320 | Review and circulate Order Confirming Plan. | .30 | 900.00 | 270.00 |
| 12/01/25 | DMS | B160 | Review notice regarding Dentons Fee Application. | .10 | 900.00 | 90.00 |
| 12/01/25 | DMS | B110 | Review RH Stipulation and Order. | .20 | 900.00 | 180.00 |
| 12/01/25 | DMS | B110 | Review and circulate November 25th transcript. | .30 | 900.00 | 270.00 |
| 12/01/25 | DMS | B110 | Review OCP invoices. | .20 | 900.00 | 180.00 |
| 12/01/25 | LD | B160 | Prepare and file CNO re A&M October fee statement. | .50 | 275.00 | 137.50 |
| 12/01/25 | SSL | B160 | Receipt/review CNO on monthly fee statement of A&M. | .10 | 550.00 | 55.00 |
| 12/02/25 | DMS | B110 | Review entered Orders. | .30 | 900.00 | 270.00 |
| 12/02/25 | DMS | B110 | Emails regarding fee estimates. | .20 | 900.00 | 180.00 |
| 12/02/25 | DMS | B110 | Review Order approving settlement. | .10 | 900.00 | 90.00 |
| 12/02/25 | DMS | B110 | Review WARN Order and Notice. | .20 | 900.00 | 180.00 |
| 12/02/25 | DMS | B110 | Review Mainfreight Order. | .10 | 900.00 | 90.00 |
| 12/02/25 | DMS | B110 | Review RH Order. | .10 | 900.00 | 90.00 |
| 12/02/25 | SSL | B110 | Emails from/to Carlene Mercier and transcriber regarding transcript of 11/25 hearing. Calls and emails with LD. Forward of same. | .30 | 550.00 | 165.00 |
| 12/04/25 | DMS | B110 | Email with Auth regarding fee estimates. | .20 | 900.00 | 180.00 |
| 12/04/25 | DMS | B110 | Email with Walsh regarding post effective date transition. | .20 | 900.00 | 180.00 |
| 12/04/25 | DMS | B160 | Email with A&M regarding fees. | .20 | 900.00 | 180.00 |
| 12/05/25 | DMS | B110 | Finalize November bill. | .20 | 900.00 | 180.00 |

GENOVA BURNS LLC

January 8, 2026
Invoice No.:    541945

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 12/05/25 | DMS | B110 | Emails to Aulet and Dentons regarding effective date. | .30 | 900.00 | 270.00 |
| 12/05/25 | DMS | B110 | Review Order regarding Effective Date and send to creditors committee. | .30 | 900.00 | 270.00 |
| 12/05/25 | DMS | B160 | Review and edit November fee statement. | .20 | 900.00 | 180.00 |
| 12/05/25 | DMS | B110 | Review and circulate Notice of Effective Date. | .20 | 900.00 | 180.00 |
| 12/05/25 | DMS | B110 | Emails with Aulet and creditors committee regarding effective date. | .30 | 900.00 | 270.00 |
| 12/05/25 | LD | B160 | Review timesheets and prepare draft GB November fee statement. | 1.00 | 275.00 | 275.00 |
| 12/05/25 | SSL | B110 | Receipt/review notice of confirmation of plan and effective date. Review Ken Aulet's email to committee listserv and responses to same. | .20 | 550.00 | 110.00 |
| 12/09/25 | LD | B160 | File November fee statements for GB and BR and arrange for service. | .60 | 275.00 | 165.00 |
| 12/09/25 | SSL | B160 | Receipt of BR monthly fee statement for filing. Review and forward to LD. | .20 | 550.00 | 110.00 |
| 12/09/25 | SSL | B160 | Review ECF notices of filing of GB and BR monthly fee statements. Review email from LD to Jessica Liong of BR confirming filing of same. | .20 | 550.00 | 110.00 |
| 12/10/25 | LD | B160 | File COS re GB and BR November fee statements. | .40 | 275.00 | 110.00 |
| 12/12/25 | LD | B160 | Prepare and file CNOs re GB and BR October fee statements and email. | 1.00 | 275.00 | 275.00 |
| 12/12/25 | SSL | B160 | Receipt/review ECF notices of CNOs on GB and BR monthly fee statements. | .10 | 550.00 | 55.00 |
| 12/15/25 | LD | B160 | File A&M November fee statement. | .40 | 275.00 | 110.00 |
| 12/15/25 | SSL | B110 | Receipt and forward Verita Invoice to Ken Aulet of BR and DMS. | .10 | 550.00 | 55.00 |
| 12/15/25 | SSL | B160 | Receipt/review ECF notice of filing of A&M's monthly fee statement. | .10 | 550.00 | 55.00 |

GENOVA BURNS LLC

January 8, 2026
Invoice No.:    541945

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 12/16/25 | DWC | B110 | Address inquiry about hearing on fee statement | .20 | 700.00 | 140.00 |
| 12/16/25 | LD | B160 | Prepare draft CNO re first interim fee application of GB. | .50 | 275.00 | 137.50 |
| 12/16/25 | LD | B160 | File CNO re GB first interim fee application. | .40 | 275.00 | 110.00 |
| 12/16/25 | LD | B160 | Email to BR and AM re CNO for first interim fee application. | .10 | 275.00 | 27.50 |
| 12/17/25 | DMS | B160 | Emails with Court and counsel regarding fee hearings. | .30 | 900.00 | 270.00 |
| 12/17/25 | LD | B160 | Prepare and file CNO re AM first interim fee application. | .50 | 275.00 | 137.50 |
| 12/17/25 | SSL | B160 | Receipt/review ECF notice of rescheduling of hearing on GB fee application and granting of same. | .10 | 550.00 | 55.00 |
| 12/18/25 | DMS | B110 | Email with Court regarding December 23rd hearings. | .20 | 900.00 | 180.00 |
| 12/18/25 | DWC | B110 | Coordinate resolution of co counsel fee app questions | .20 | 700.00 | 140.00 |
| 12/19/25 | DMS | B160 | Assist Creditor Committee professionals with CNO and discuss final fee applications. | .50 | 900.00 | 450.00 |
| 12/19/25 | LD | B160 | Prepare and file CNO re BR first interim fee application. | .50 | 275.00 | 137.50 |
| 12/19/25 | LD | B110 | Finalize and file BR Notice of Rate Increase; email to parties. | 1.00 | 275.00 | 275.00 |
| 12/19/25 | SSL | B160 | Receipt/review ECF notice of CNO on BR fee application. | .10 | 550.00 | 55.00 |
| 12/19/25 | SSL | B160 | Receipt/review ECF notices of entry of orders on fee applications for BR and A&M. | .10 | 550.00 | 55.00 |
| 12/19/25 | SSL | B160 | Emails from/to and calls from/to Lizzy Castano and Matthew Sawyer of BR, LD, and DMS regarding filing of Notice of Rate Increase. Receipt/review ECF notice of filing and email service by LD on debtor, and OUST. | 1.10 | 550.00 | 605.00 |

GENOVA BURNS LLC

January 8, 2026
Invoice No.:    541945

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|-------------------------------|-------|------|--------|
| 12/21/25 | SSL | B110 | Emails from/to Matthew Sawyer of BR regarding notice of rate increase service. Review email from Sawyer to committee listserv regarding same. | .20 | 550.00 | 110.00 |
| 12/24/25 | LD | B110 | Prepare and file CNOs for GB and BR November fee statements. | .80 | 275.00 | 220.00 |
| 12/24/25 | SSL | B160 | Receipt/review ECF notices of CNOs on BR and GB monthly fee statements. | .10 | 550.00 | 55.00 |
| 12/26/25 | DMS | B160 | Emails with BR regarding final Fee Application. | .20 | 900.00 | 180.00 |
| 12/26/25 | DMS | B160 | Emails with Toget and Court regarding final fee application timing. | .40 | 900.00 | 360.00 |
| 12/26/25 | DMS | B110 | Emails with SSL and BR regarding filing BR final and hearing date. | .30 | 900.00 | 270.00 |
| 12/26/25 | SSL | B160 | Call with Matthew Sawyer of BR regarding filing of BR final fee application. | .10 | 550.00 | 55.00 |
| 12/26/25 | SSL | B160 | Emails from/to Matt Sawyer and Ben Silverbreg of BR and DMS regarding filing of BR final application. Call to and emails to/from Chambers of Judge Kaplan regarding potential hearing dates. Edits to exhibit and application. Email to committee listserv advising of and forwarding application. Filing of same and confirmation with BR team. | 1.60 | 550.00 | 880.00 |
| 12/27/25 | DMS | B160 | Email with BR and Oswald regarding final Fee Applications. | .40 | 900.00 | 360.00 |
| 12/27/25 | DMS | B110 | Emails with US Trustee and BR regarding rate increase. | .20 | 900.00 | 180.00 |
| 12/29/25 | SSL | B160 | Receipt/review ECF notice of scheduled hearing on BR final fee application. | .10 | 550.00 | 55.00 |
| 12/29/25 | SSL | B160 | Review emails between Chambers of Judge Kaplan, DMS, and Ben Silverberg of BR regarding scheduled hearing date on BR final fee application. | .10 | 550.00 | 55.00 |
| 12/30/25 | SSL | B110 | Receipt/review ECF notice of CNO on A&M monthly fee statement. | .10 | 550.00 | 55.00 |

GENOVA BURNS LLC

January 8, 2026
Invoice No.:    541945

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|------:|-----:|-------:|
| 1/01/26 | SSL | B160 | Emails to/from and call with Matthew Sawyer of BR regarding hearing date on and service of BR fee application. | .30 | 550.00 | 165.00 |
| 1/01/26 | SSL | B160 | Email to committee listserv advising if hearing date in BR final fee application. | .10 | 550.00 | 55.00 |
| 1/08/26 | LD | B160 | Preparation and filing of second and final fee application for GB. | 3.00 | 275.00 | 825.00 |

**TOTAL PROFESSIONAL SERVICES**            **$ 12,672.50**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|------|-------------|------:|-----:|------:|
| Daniel M Stolz | Partner | 7.20 | 900.00 | 6,480.00 |
| Donald W. Clarke | Partner | .40 | 700.00 | 280.00 |
| Lorrie Denson | Paralegal | 10.70 | 275.00 | 2,942.50 |
| Susan S. Long | Counsel | 5.40 | 550.00 | 2,970.00 |
| **TOTALS** | | **23.70** | | **$ 12,672.50** |

GENOVA BURNS LLC

January 8, 2026
Invoice No.:    541945

## DISBURSEMENTS

| | Description | Amount |
|---|---|---|
| 9/25/25 | PACER Service | 9.10 |
| 11/25/25 | Mileage (H) Travel from 71 Claire Ave Woodbridge, NJ to 402 East State Street Trenton, NJ. | 31.50 |
| 11/25/25 | Mileage (H) Travel from 402 East State Street Trenton, NJ to 71 Claire Ave Woodbridge, NJ. | 31.50 |
| 11/25/25 | Parking Parking. | 11.75 |
| 11/25/25 | Meals Donuts and coffee. | 45.59 |
| 11/25/25 | Meals Sandwiches. | 93.54 |
| 11/26/25 | Other Professional, BMC Group, Inc., 429-20251126-1 - or Professional Services - Amex Period Ending 12-31-DMS | 207.11 |
| 11/30/25 | Parking - Trenton Parking Authority - Amex Period Ending 11-30-DMS | 12.00 |
| 12/02/25 | Court Reporter, J&J Court Transcribers, Inc., 2025-01928 - Court Reporter Services, Federal Court Expedited on 11/25/25, U.S. Bankruptcy Court , Trenton NJ (25-16137) | 74.80 |
| 12/09/25 | Other Professional, BMC Group, Inc., 429-20251209-1 - Fee for Professional Services - Amex Period Ending 12-31-DMS | 217.66 |

**TOTAL DISBURSEMENTS**                    **$ 734.55**