| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SHERMAN, SILVERSTEIN,<br>KOHL, ROSE & PODOLSKY, P.A.<br>Ross J. Switkes : rswitkes@shermansilvertein.com<br>308 Harper Drive, Suite 200<br>Moorestown, NJ 08057<br>Tel: (856) 662-0700<br>Co-Counsel for the Powin Liquidating Trust | |
| In Re:<br>Powin, LLC, et al., | Case No.: 25-16137<br>Chapter: 11<br>Hearing Date: 12/29/26<br>Judge: Kaplan |

## CERTIFICATION CONCERNING PROPOSED ORDER

I, Ross J. Switkes, certify that with respect to the proposed order submitted to the court, the following is true and correct to the best of my knowledge.

For the matter titled Emergency Motion re FlexGen Claim (Docket No. 1103) filed on November 21, 2025:

### Orders to be Submitted

1.) ☐ A hearing was held and the matter was marked "Order to be submitted." All parties to the matter have reviewed the proposed order and agree that the proposed order comports with the Court's ruling and may be entered without being held for 7 days under D.N.J. LBR 9013-4(d).

OR

2.) ☐ A pending matter has been resolved. All parties to the matter have reviewed the proposed order and agree it may be entered without being held for 7 days under D.N.J. LBR 9013-4(d).

### Consent Orders

3.) ☒ A proposed consent order relating to a pending matter has been submitted. All parties to the matter have reviewed the proposed consent order and agree it may be entered under D.N.J. LBR 9019-4(a).

OR

4.) ☐ An application and proposed consent order not relating to a pending matter has been filed under D.N.J. LBR 9019-4(b). All parties to the matter have reviewed the proposed consent order and agree it may be entered without being held for 7 days under D.N.J. LBR 9019-4(b).

Final paragraph options:

5.) ❑ If submitting the consent order and this certification to the Court conventionally, I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011.

OR

6.) ❑ If submitting or filing the consent order and this certification to the Court electronically, I will simultaneously electronically file this certification, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

A copy of the proposed order has been provided to:

| NAME | RELATIONSHIP TO CASE |
|---|---|
|  | ❑ Trustee |
| Jeffrey Sponder, Esq.* | ☒ U.S. Trustee |
| Blake T. Denton, Esq. | Counsel to FlexGen |
|  |  |
|  |  |

*Mr. Sponder was copied on the e-mail to chambers submitting the consent order. The Office of the U.S. Trustee is not a signatory to the consent order, did not take a position on the motion, and the plan has been confirmed.

I certify under penalty of perjury that the foregoing is true.

Date: 1/12/26                                    /s/ Ross J. Switkes
                                                 Signature

*new.8/1/2024*