| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.<br>Ross J. Switkes<br>308 Harper Drive, Suite 200<br>Moorestown, NJ 08057<br>Tel: (856) 662-0700<br>Email: rswitkes@shermansilverstein.com<br>Co-Counsel for the Powin Liquidating Trust | |
| In Re:<br><br>Powin, LLC, et al., | Case No.: 25-16137 (MBK<br>Adv. Pro. No.: _____<br>Chapter: 11<br>Subchapter V: ☐ Yes ☒ No<br>Hearing Date: 1/22/26<br>Judge: Kaplan |

## ADJOURNMENT REQUEST

1. I, **Ross J. Switkes**,

   ☒ am the attorney for: **The Powin Liquidating Trust**,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for Relief from Stay (Docket No. 1127)

   Current hearing date and time: January 22, 2026 at 11:30 am

   New date requested: February 5, 2026 at 10:00 a.m.

   Reason for adjournment request: Settlement negotiations ongoing

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 1/14/2026

/s/ Ross J. Switkes
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: February 5, 2026 at 10:00 am    ❏ Peremptory

❏ Granted over objection(s)    New hearing date: _____    ❏ Peremptory

❏ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*