| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(b)**<br><br>BIELLI & KLAUDER, LLC<br>Angela L. Mastrangelo, Esquire (239652019)<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>Telephone: (215) 642-8271<br>Email: mastrangelo@bk-legal.com<br><br>*Counsel to Zurich American Insurance Company and its Affiliates* | |
| In Re:<br><br>POWIN, LLC, *et al.*,<br><br>            Debtor. | Case No.:   25-16137<br><br>Judge:       MBK<br><br>Chapter:    11 |

## CERTIFICATION OF NO OBJECTION OF MOTION OF CREDITOR ZURICH AMERICAN INSURANCE COMPANY TO DEEM TIMELY CERTAIN LATE-FILED PROOF OF CLAIMS PURSUANT TO BANKRUPTCY RULE 3002(C)

I, Angela L. Mastrangelo, counsel to Zurich American Insurance Company ("Zurich") hereby certify that on December 10, 2025, Zurich filed the *Motion of Creditor Zurich American Insurance Company to Deem Timely Certain Late-Filed Proof of Claims Pursuant to Bankruptcy Rule 3002(C)* [Docket No. 1198] (the "Motion"). No objections, responses or comments have been received. The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive leading to the Motion appears thereon. Objections to the Motion were to be filed and served no later than January 15, 2026.

It is hereby respectfully requested that the revised form of order attached hereto as Exhibit A be entered at the earliest convenience of the Court.

                                                               Respectfully submitted,

                                                               **BIELLI & KLAUDER, LLC**

Date: January 16, 2026              By:    */s/ Angela L. Mastrangelo*
                                                                Angela L. Mastrangelo, Esquire (#239652019)
                                                                1905 Spruce Street
                                                                Philadelphia, PA 19103
                                                                Telephone: (215) 642-8271
                                                                mastrangelo@bk-legal.com

                                                                -and-

                                                                **FOX SWIBEL LEVIN & CARROLL LLP**

                                                                Kenneth M. Thomas (*pro hac vice*)
                                                                200 W. Madison Street, Suite 3000
                                                                Chicago, Illinois 60606
                                                                Telephone: (312) 224-1200
                                                                kthomas@foxswibel.com

                                                                *Counsel to Zurich American Insurance Company and its Affiliates*