| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (TRENTON) | |
| **Caption in Compliance with D.N.J. 9004-1(b)**<br>Gail C. Lin (Bar No. 036752001)<br>**RAISNER ROUPINIAN LLP**<br>270 Madison Avenue, Suite 1801<br>New York, NY 10016<br>Telephone: (212) 221-1747<br>Fax: (212) 221-1747<br>Email: gcl@raisnerroupinian.com<br><br>*Attorneys for Plaintiff and all others similarly situated* | |
| In Re:<br><br>POWIN, LLC, et al.[1]<br><br>　　　　　　　　　Debtors. | Bankr. Case No.: 25-16137 (MBK)<br><br>Jointly Administered<br><br>Adv. Pro. No.: 25-01249 (MBK)<br><br>Chapter: 11<br><br>Judge: Michael B. Kaplan |
| BRIAN PALOMINO, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>POWIN, LLC, POWIN ENERGY OPERATING HOLDINGS, LLC, and POWIN ENERGY OPERATING, LLC,<br><br>　　　　　　　　　Defendants. | |

## CLASS COUNSEL'S DECLARATION OF NO OPT-OUTS OR OBJECTIONS

René S. Roupinian declares the truth of the following under penalty of perjury:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

1. I am an attorney at Raisner Roupinian LLP and Class Counsel in the above-referenced case.

2. On December 2, 2025, the Court entered an Order Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 7023 and 9019 (i) Preliminarily Approving the Settlement, (ii) Approving The Form And Manner Of Notice To Class Members of the Settlement, (iii) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement, and (iv) Granting Related Relief in this matter. [Adv. D.I. 26] (the "Preliminary Approval Order").

3. Pursuant to the Preliminary Approval Order, Class Counsel caused to be mailed, on December 12, 2025, the *Notice of Settlement* (the "Notice") to all 280 individuals who were eligible to receive the Notice. [Adv. D.I. 28].

4. As provided in the Notice, anyone electing to opt-out of the Class had to mail a completed Opt-Out Form so that it was received by Class Counsel by January 16, 2026. [Adv. D.I. 28, Exh. A]. Anyone wishing to object to the proposed settlement had to mail a written statement with the basis of the objection to, inter alia, Class Counsel so that it was received by January 16, 2026. [Adv. D.I. 28, Exh. A].

5. No one elected to opt-out of the Class.

6. Class Counsel has received no objection to the proposed settlement.

DATED: January 16, 2026

By:  /s/ René S. Roupinian
RENÉ S. ROUPINIAN