# UNITED STATES BANKRUPTCY COURT

DISTRICT OF   NEW JERSEY

| | | |
|---|---|---|
| In Re. Powin Energy Storage 2, Inc | § | Case No.   25-16558 |
| | § | |
| | § | Lead Case No.   25-16137 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2025          Petition Date: 06/22/2025

Months Pending: 5          Industry Classification: | 3 | 3 | 5 | 9 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Mary Kahl
_____
Signature of Responsible Party

01/21/2026
_____
Date

Mary Kahl
_____
Printed Name of Responsible Party

20550 SW 115th Ave, Tualatin, OR 97062
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Powin Energy Storage 2, Inc                          Case No.  25-16558

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $0 | |
| b.  Total receipts (net of transfers between accounts) | $0 | $0 |
| c.  Total disbursements (net of transfers between accounts) | $0 | $0 |
| d.  Cash balance end of month (a+b-c) | $0 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $0 | $0 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $0 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c.  Inventory  (Book ○  Market ○  Other ⦿  (attach explanation)) | $0 |
| d  Total current assets | $0 |
| e.  Total assets | $0 |
| f.  Postpetition payables (excluding taxes) | $0 |
| g.  Postpetition payables past due (excluding taxes) | $0 |
| h.  Postpetition taxes payable | $0 |
| i.  Postpetition taxes past due | $0 |
| j.  Total postpetition debt (f+h) | $0 |
| k.  Prepetition secured debt | $0 |
| l.  Prepetition priority debt | $0 |
| m.  Prepetition unsecured debt | $0 |
| n.  Total liabilities (debt) (j+k+l+m) | $0 |
| o.  Ending equity/net worth (e-n) | $0 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.  Gross profit (a-b) | $0 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $0 | |
| f.  Other expenses | $0 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name Powin Energy Storage 2, Inc                                Case No.  25-16558

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)                                3

Debtor's Name  Powin Energy Storage 2, Inc                              Case No.  25-16558

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

UST Form 11-MOR (12/01/2021)                                    4

Debtor's Name  Powin Energy Storage 2, Inc                                    Case No.  25-16558

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | | | | | |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |

Debtor's Name  Powin Energy Storage 2, Inc                              Case No.  25-16558

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                    6

Debtor's Name Powin Energy Storage 2, Inc                          Case No.  25-16558

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Powin Energy Storage 2, Inc          Case No.  25-16558

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ○  No ● |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ● |
| i. | Do you have:     Worker's compensation insurance? | Yes ●  No ○ |
| |      If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
| |     Casualty/property insurance? | Yes ●  No ○ |
| |      If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
| |     General liability insurance? | Yes ●  No ○ |
| |      If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ●  No ○ |
| k. | Has a disclosure statement been filed with the court? | Yes ●  No ○ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ●  No ○ |

Debtor's Name  Powin Energy Storage 2, Inc                                    Case No.  25-16558

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ Mary Kahl
_____
Signature of Responsible Party

VP Head of Accounting
_____
Title

Mary Kahl
_____
Printed Name of Responsible Party

01/21/2026
_____
Date

Debtor's Name  Powin Energy Storage 2, Inc                    Case No.  25-16558



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name Powin Energy Storage 2, Inc                                    Case No.  25-16558



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Powin Energy Storage 2, Inc                              Case No.  25-16558



PageThree



PageFour

**Part 1 - Cash Receipts & Disbursements**

| Bank Transactions | Powin LLC | Powin Project LLC | Powin China Holdings 1, LLC | Powin China Holdings 2, LLC | Charger Holdings, LLC | Powin Energy Ontario Storage, LLC | Powin Energy Operating Holdings, LLC | Powin Energy Operating, LLC | PEOS Holdings, LLC | Powin Energy Storage 2, Inc | Powin Energy Ontario Storage II LP | Powin Canada B.C. Ltd | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | 20,851,745 | - | - | 660 | - | - | - | - | - | - | 66,497 | - | 20,918,902 |
| Receipts | 446,643 | - | - | - | - | - | - | - | - | - | 9 | - | 446,652 |
| Disbursements | (2,591,588) | - | - | (35) | - | - | - | - | - | - | (9) | - | (2,591,632) |
| Intercompany Receipts | 206,893 | - | - | - | | | | | | | - | | 206,893 |
| Intercompany Disbursements | (206,933) | - | - | - | - | - | - | - | - | - | - | - | (206,933) |
| Ending Cash Balance | 18,706,759 | - | - | 625 | - | - | - | - | - | - | 66,497 | - | 18,773,881 |

**Cash Transactions -November 2025**

| Legal Entity | Account Name | Account Number (last four digits) | Date | Transaction Description | Amount |
|---|---|---|---|---|---|
| Powin LLC | Powin LLC - AP2 | 0816 | 11/28/2025 | OUTGOING MONEY TRANSFER 57SEND FED CUSTOMERS BANK*BNF:CUSTOMERS BANK*BBI:/DAS/REF:5 | (541,923) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/26/2025 | BOOK TRANSFER DEBIT 45BOOK DEBIT POWIN LLC*BNF:FESTIVAL HYDRO INC.,CANADA,STRATFORD, ON | (723) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/26/2025 | FOREIGN REMITTANCE DEBIT 37SEND CHIP JPMORGAN CHASE BANK*BNF:QUADAL ADVISORS, LLC,UNIT | (30,000) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/26/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 44477BC009L7 338030816 0001091582444 | (10,916) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/26/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 64137BC00AUQ 338030816 0001119582641 | (11,196) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/26/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 53917BC00A8M 338030816 0000360492536 | (3,605) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/26/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 47447BC019G6 338030816 0000364660474 | (3,647) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/26/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 07147BC00AIZ 338030816 00004681650714 | (4,682) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/26/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 56997BC0094C 338030816 0000729468569 | (7,295) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/26/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 40397BC00BI0 338030816 0000188000403S | (1,880) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/26/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 84517BC00B5E 338030816 0000264660845 | (2,647) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/26/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 19117BC008lI 338030816 00003573081911 | (3,573) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/26/2025 | BOOK TRANSFER DEBIT 46BOOK DEBIT POWIN LLC*BBK:BANK OF COMMUNICATIONS,QINGDAO,NO. 6, Z | (4,332) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/26/2025 | BOOK TRANSFER DEBIT 46BOOK DEBIT POWIN LLC*BBK:BANK OF COMMUNICATIONS,QINGDAO,NO. 6, Z | (9,302) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/25/2025 | MERCHANT CREDIT CREDIT RECEIVED ON 1124 AT LUX REWARDS CASHBACK EASYSAVINGS NY | 10 |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/24/2025 | ACH PAYMENT ACH PAYMENT TO PORTLAND GENERAL-BILLPAY PORTLAND BILLPAY PORTLAND GENERA | (454) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/24/2025 | MERCHANT PURCHASE PURCHASE ON 1121 AT REGU S MANAGEMENT GROU ADDISO N TX | (115) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/24/2025 | BOOK TRANSFER DEBIT 47BOOK DEBIT POWIN LLC*IBK:TORONTO-DOMINION BANK, THE,TORONTO,222 I | (3,226) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/20/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 45927B60080O 338030816 0000144000450 | (1,440) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/20/2025 | ACH PAYMENT ACH PAYMENT TO ROCKY MTN RES OP-PAYMENT ROCKY MTN PAYMENT 4762 | (214) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/20/2025 | FOREIGN REMITTANCE DEBIT 37SEND CHIP BANK OF AMERICA N.A.*BNF:RELIASTAR LIFE INSURANCE CO | (20,748) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/20/2025 | BOOK TRANSFER CREDIT 41BOOK CREDIT POWIN LLC*ORG:POWIN LLC,TUALATIN OR/US, 20550 SW 115† | 9,597 |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/20/2025 | OUTGOING MONEY TRANSFER 57SEND FED CUSTOMERS BANK*BNF:CUSTOMERS BANK*OBI:PERIOD 11. | (541,740) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/20/2025 | BOOK TRANSFER DEBIT 45BOOK DEBIT POWIN LLC*BNF:CLYDE AND CO,HONG KONG,18 HARBOUR ROAI | (5,094) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/19/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 09747B500YX7 338030816 00 | (286) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/19/2025 | FOREIGN REMITTANCE DEBIT 37SEND CHIP BANK OF AMERICA N.A.*BNF:RELIASTAR LIFE INSURANCE CO | (1,600) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/19/2025 | ACH PAYMENT ACH PAYMENT TO CITY OF MESA-CHECKPYMT CITY OF M CHECKPYMT 1137641342110 | (718) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/18/2025 | ACH PAYMENT ACH PAYMENT TO PORTLAND GENERAL-BILLPAY PORTLAND BILLPAY PORTLAND GENERA | (3,243) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/18/2025 | MONTHLY CHARGE Bank Charges for the per 01OCT2025 TO 31OCT2025 Invoice No 2253543 | (104) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/17/2025 | INCOMING MONEY TRANSFER 53RECD FED BMO HARRIS BANK NA*ORG:GREENERGY RESOURCES LLC,A | 7,000 |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/14/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 23227AZ009W2 338030816 0000188000232 | (1,880) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/14/2025 | ACH PAYMENT ACH PAYMENT TO SRP-ECHXPWR-S1 SRP ECHXPWR-S1 891939001 | (45) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/14/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 51887AZ008QN 338030816 0000200000518 | (2,000) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/14/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 41347B000JXE 338030816 0001009624134 | (1,010) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/14/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 07717AZ00MIV 338030816 00002020000771 | (2,020) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/14/2025 | OUTGOING MONEY TRANSFER 57SEND FED FIRST HORIZON BANK*BNF:PROLIFT RIGGING,UNITED STATES | (1,094) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/14/2025 | BOOK TRANSFER DEBIT 45BOOK DEBIT POWIN LLC*BNF:ACTIVPAYROLL LTD,GREAT BRITIAN,BLENHEI M F | (81) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/14/2025 | ACH CREDIT ACH DEPOSIT FROM GREAT AMERICAN-DEPOSIT 9750241920 Great Ame Deposit 32c7bfe0-0 | 49,329 |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/14/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 64307AY01TSK 338030816 0000912000643C | (9,120) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/14/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 30377AZ001OB 338030816 0000884000303 | (8,840) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/14/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 75007AZ01SIC 338030816 00006080007500 | (6,080) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/14/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 89337AY00QHB 338030816 0000344000893 | (3,440) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/14/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 56817AZ00T6N 338030816 0000244000568† | (2,440) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/14/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 15407AZ01ETZ 338030816 0000144000154C | (1,440) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/13/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 65967AY00EXN 338030816 00( | (30,585) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/13/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 53737AY01I0C 338030816 000 | (278) |

**Cash Transactions -November 2025**

| Legal Entity | Account Name | Account Number (last four digits) | Date | Transaction Description | Amount |
|---|---|---|---|---|---|
| Powin LLC | Powin LLC - AP2 | 0816 | 11/13/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 19387AY01OFM 338030816 00 | (465) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/13/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 46567AY00GGH 338030816 00 | (7,365) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/13/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 89517AY01DCR 338030816 00 | (10,696) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/13/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 76637AY00ONC 338030816 00 | (91) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/13/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 73317AY004MB 338030816 00 | (1,960) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/13/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 55657AY01N8H 338030816 00 | (351) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/13/2025 | OUTGOING MONEY TRANSFER 57SEND FED BMO HARRIS BANK NA*BNF:THOMSON REUTERS - WEST*OBI | (4,744) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/13/2025 | FOREIGN REMITTANCE DEBIT 38SEND CHIP JPMORGAN CHASE BANK*BBK:NORDEA BANK ABP, FILIAL I S\ | (12,081) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/13/2025 | OUTGOING MONEY TRANSFER 57SEND FED CUSTOMERS BANK*BNF:CUSTOMERS BANK*BBI:/DAS/REF:8 | (403,070) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/13/2025 | ACH PAYMENT ACH PAYMENT TO PORTLAND GENERAL-BILLPAY PORTLAND BILLPAY PORTLAND GENERA | (3,402) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/12/2025 | BOOK TRANSFER DEBIT 46BOOK DEBIT POWIN LLC*BBK:CANADIAN IMPERIAL BANK OF COMMERCE,TOR+ | (570) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/12/2025 | OUTGOING MONEY TRANSFER 57SEND FED TRUIST BANK*BNF:AFCO,UNITED STATES,CHARLOTTE, NC 28 | (189,892) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/12/2025 | BOOK TRANSFER DEBIT 46BOOK DEBIT POWIN LLC*BBK:BANK OF COMMUNICATIONS,QINGDAO,NO. 6, Z | (4,332) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/12/2025 | BOOK TRANSFER DEBIT 46BOOK DEBIT POWIN LLC*BBK:BANK OF COMMUNICATIONS,QINGDAO,NO. 6, Z | (9,302) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/12/2025 | BOOK TRANSFER CREDIT 41BOOK CREDIT POWIN LLC*ORG:POWIN LLC,TUALATIN OR/US, 20550 SW 115T | 197,296 |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/10/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 53847AT0133Y 338030816 00000884000538∢ | (8,840) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/10/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 53987AW0120T 338030816 00001682705391 | (1,683) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/10/2025 | MERCHANT PURCHASE PURCHASE ON 1108 AT MICR OSOFT-G122525175 MSBILL. INFO WA | (435) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/7/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 15687AT0120U 338030816 0000608000156∢ | (6,080) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/7/2025 | INCOMING MONEY TRANSFER 53RECD FED HERITAGE BANK*ORG:QPO ENERGY INC,TUALATIN, OR 97062 | 49,999 |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/7/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 82747AT010QB 338030816 0000200000827∢ | (2,000) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/7/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 34317AT004WA 338030816 0000188000343 | (1,880) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/7/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 05807AT014PW 338030816 0000202000058 | (2,020) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/7/2025 | ACH PAYMENT ACH PAYMENT TO PORTLAND GENERAL-BILLPAY PORTLAND BILLPAY PORTLAND GENERA | (1,380) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/7/2025 | ACH PAYMENT ACH PAYMENT TO PORTLAND GENERAL-BILLPAY PORTLAND BILLPAY PORTLAND GENERA | (1,186) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/7/2025 | ACH PAYMENT ACH CASH DISBURSEMENT ROBERT HALF, INC-INTERNET ROBERT HA INTERNET 04300009 | (4,302) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/7/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 16447AT00WVU 338030816 0000244000164 | (2,440) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/7/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 64587AT00XB2 338030816 00003440006458 | (3,440) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/7/2025 | ACH CONCENTRATION CREDIT ACH CASH CONCENTRATION QPOENERGYINC-CORP PAY | 1 |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/6/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 25187AS00ONR 338030816 0000912000251 | (9,120) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/6/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 18877AS00PSD 338030816 0000144000188 | (1,440) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/6/2025 | MERCHANT PURCHASE PURCHASE ON 1106 AT ADOB E SAN JOSE CA | (30) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/6/2025 | ACH PAYMENT ACH PAYMENT TO SRP-ECHXPWR-S1 SRP ECHXPWR-S1 094879002 | (868) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/6/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 08057AS00VFC 338030816 00( | (822) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/6/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 59197AS01LTI 338030816 000( | (725) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/3/2025 | BOOK TRANSFER CREDIT 41BOOK CREDIT POWIN LLC*ORG:HSBC BANK USA NATIONAL ASSOCIATION,NI | 1,807 |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/3/2025 | ACH PAYMENT ACH PAYMENT TO MOBILE MODULAR-BILLPAY MOBILE MO BILLPAY B2530497379447 | (2,048) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/3/2025 | ACH PAYMENT ACH CASH DISBURSEMENT QUARTERLY FEE-PAYMENT QUARTERLY PAYMENT 0000 | (252,174) |
| Powin LLC | Powin LLC - AP2 | 0816 | 11/3/2025 | MERCHANT PURCHASE PURCHASE ON 1031 AT ADOB E SAN JOSE CA | (30) |
| Powin LLC | Powin LLC-Payroll | 2687 | 11/18/2025 | ACH PAYMENT ACH CORP TRADE PAYMENT TO EMPOWER EMPOWER 696768521785 | (7,304) |
| Powin LLC | Powin LLC-Payroll | 2687 | 11/4/2025 | ACH PAYMENT ACH CASH DISBURSEMENT REPLEN ROCKY MOU--REPLENPAYM Replen Ro ReplenPaym 11 | (392) |
| Powin LLC | Powin LLC - JPM 1172 | 1172 | 11/18/2025 | Account Analysis Settlement Charge | (59) |
| Powin LLC | Powin LLC Investment | 4346 | 11/28/2025 | INTEREST PAID FROM 10/29/25 THRU 11/28/25 | 1 |
| Powin Energy Ontario Storage II LP | Powin Energy Ontario Storage II, LP | 03-4 | 11/6/2025 | Activity fee | (30) |
| Powin Energy Ontario Storage II LP | POWIN ENERGY ONTARIO STORAGE II, LP | 09-3 | 11/3/2025 | Service fee | (9) |
| Powin Energy Ontario Storage II LP | POWIN ENERGY ONTARIO STORAGE II, LP | 09-3 | 11/7/2025 | Reversed Service Fee | 9 |
| Powin Energy Ontario Storage II LP | POWIN ENERGY ONTARIO STORAGE II, LP | 09-3 | 11/18/2025 | Overdraft interest @USBR+05.00%PA | (0) |
| Powin China Holdings 2, LLC | POWIN CHINA HOLDINGS 2 LLC | 8092 | 11/18/2025 | MONTHLY CHARGE Bank Charges for the per 01OCT2025 TO 31OCT2025 Invoice No 2247201 | (35) |
| Powin LLC | JPMorgan Chase | 1893 | 11/17/2025 | Account Analysis Settlement Charge | (124) |

## Bank Account - November Ending Balances

| Debtor Entity | Bank Name | Account No | Currency | Ending Balance |
|---|---|---|---|---|
| Powin, LLC | AR Control (HSBC) | x2679 | USD | 102,505 |
| Powin, LLC | AP2 (HSBC) | x0816 | USD | 18,152,056 |
| Powin, LLC | Payroll (HSBC) | x2687 | USD | 45,794 |
| Powin, LLC | Chase Bank - 1172 | x1172 | USD | 341,848 |
| Powin, LLC | (HSBC- 2592) | x2592 | CNY to USD | 4,853 |
| Powin, LLC | (HSBC-3001) | x3001 | EUR to USD | 57,260 |
| Powin, LLC | (HSBC-4346) | x4346 | USD | 175 |
| Powin, LLC | Chase Bank - 1893 | x1893 | USD | 1,388 |
| Powin China Holdings 2 LLC | (HSBC-8092) | x8092 | USD | 625 |
| Powin Energy Ontario Storage II, LP | (RBC-4034) | x4034 | CAD to USD | 66,453 |
| Powin Energy Ontario Storage II, LP | (RBC-0093) | x0093 | USD | 0.77 |
| **Total** | | | | **18,772,958** |

## Part 2 - Powin, LLC - Statement of Assets as of November 30th 2025

| Legal Entity | Powin, LLC |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| Cash and cash equivalents | 18,705,879 |
| Accounts receivable, net | 55,835,593 |
| Contract assets | 22,451,208 |
| Advances to suppliers | 24,854,093 |
| Inventory, net | 23,141,821 |
| Deferred contract costs, current | - |
| Other assets, current | 1,653,925 |
| **Total Current Assets** | **146,642,519** |
| | |
| Restricted cash, non-current | 17,823,638 |
| Property and equipment, net | 300,850 |
| Intangible assets, net | - |
| Goodwill | - |
| Investment in subsidiaries | 9,881,807 |
| Other assets, non-current | 14,799,110 |
| **Total Assets** | **189,447,924** |

## Part 2 - Powin, LLC - Statement of Liabilities as of November 30th 2025

| Legal Entity | Powin, LLC |
|---|---|
| **LIABILITIES and MEMBERS DEFICIT** | |
| **Current Liabilities** | |
| Accounts payable | (341,871,378) |
| Accrued expenses | (3,071,054) |
| Deferred revenue, current | (193,805,271) |
| Customer refunds payable, current | (24,601,200) |
| Taxes payable | (9,909,558) |
| Line of credit, current | - |
| Other liabilities, current | (10,132,191) |
| **Total Current Liabilities** | **(583,390,652)** |
| | |
| Deferred revenue, non-current | (20,617,491) |
| Line of credit, non-current | - |
| Other liabilities, non-current | (64,103,200) |
| **Total Liabilities** | **(668,111,343)** |

**Part 2 - Balance Sheet as of November 30th 2025**

| Legal Entity | Powin Project LLC | Powin China Holdings 1, LLC | Powin China Holdings 2, LLC | Charger Holdings, LLC | Powin Energy Ontario Storage, LLC | Powin Energy Operating Holdings, LLC | Powin Energy Operating, LLC | PEOS Holdings, LLC | Powin Energy Storage 2, Inc | Powin Energy Ontario Storage II LP | Powin Canada B.C. Ltd | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | |
| Cash and cash equivalents | - | - | 625 | - | - | - | - | - | - | 66,454 | - | 67,079 |
| Accounts receivable, net | - | 861,576 | - | - | 4,857,259 | 3,568,338 | - | - | - | - | 828,749 | 10,115,922 |
| Contract assets | - | - | - | - | - | - | - | - | - | - | - | - |
| Advances to suppliers | - | - | - | - | - | - | - | - | - | - | - | - |
| Inventory, net | - | - | - | - | - | - | - | - | - | - | - | - |
| Deferred contract costs, current | - | - | - | - | - | - | - | - | - | - | - | - |
| Other assets, current | - | - | - | - | 196,037 | - | - | - | - | 10,719 | - | 206,756 |
| **Total Current Assets** | - | **861,576** | **625** | - | **5,053,297** | **3,568,338** | - | - | - | **77,173** | **828,749** | **10,389,758** |
| Restricted cash, non-current | - | - | - | - | - | - | - | - | - | - | - | - |
| Property and equipment, net | - | - | - | - | - | - | - | - | - | 1,866,074 | - | 1,866,074 |
| Intangible assets, net | - | - | - | - | - | - | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - | - | - | - | - | - | - |
| Investment in subsidiaries | - | - | 8,714,501 | - | - | - | - | - | - | - | - | 8,714,501 |
| Other assets, non-current | - | - | - | - | 222,160 | - | - | - | - | - | - | 222,160 |
| **Total Assets** | - | **861,576** | **8,715,126** | - | **5,275,457** | **3,568,338** | - | - | - | **1,943,247** | **828,749** | **21,192,493** |
| **LIABILITIES and MEMBERS DEFICIT** | | | | | | | | | | | | |
| **LIABILITIES and MEMBERS DEFICIT** | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | |
| Accounts payable | - | (56) | (600,000) | - | (16,652,940) | - | (197,389) | - | - | (1,091,467) | - | (18,541,853) |
| Accrued expenses | - | - | - | - | - | - | - | - | - | - | - | - |
| Deferred revenue, current | - | - | - | - | - | - | - | - | - | - | - | - |
| Customer refunds payable, current | - | - | - | - | - | - | - | - | - | - | - | - |
| Taxes payable | - | - | - | - | 0 | - | - | - | - | (9,832) | - | (9,832) |
| Line of credit, current | - | - | - | - | - | - | - | - | - | - | - | - |
| Other liabilities, current | - | - | - | - | (39,278) | - | - | - | - | - | - | (39,278) |
| **Total Current Liabilities** | - | **(56)** | **(600,000)** | - | **(16,692,218)** | - | **(197,389)** | - | - | **(1,101,299)** | - | **(18,590,963)** |
| Deferred revenue, non-current | - | - | - | - | - | - | - | - | - | - | - | - |
| Line of credit, non-current | - | - | - | - | - | - | - | - | - | - | - | - |
| Other liabilities, non-current | - | - | - | - | (249,165) | - | - | - | - | (2,180,254) | - | (2,429,419) |
| **Total Liabilities** | - | **(56)** | **(600,000)** | - | **(16,941,383)** | - | **(197,389)** | - | - | **(3,281,554)** | - | **(21,020,383)** |
| **Members deficit** | | | | | | | | | | | | |
| Partners' equity | - | (2,640,598) | (6,406,042) | - | - | - | - | - | - | - | (841,772) | (9,888,413) |
| Partners' equity - preferred | - | - | - | - | - | - | - | - | - | - | - | - |
| Accumulated deficit | - | 1,779,079 | (2,429,744) | - | 11,665,926 | (3,568,338) | 197,389 | - | - | 1,341,422 | (7,785) | 8,977,950 |
| Accumulated other comprehensive income | - | - | 720,660 | - | - | - | - | - | - | (3,115) | 20,808 | 738,353 |
| **Total Members' Deficit** | - | **(861,519)** | **(8,115,126)** | - | **11,665,926** | **(3,568,338)** | **197,389** | - | - | **1,338,307** | **(828,749)** | **(172,110)** |
| **Total Liabilities and Members' Deficit** | - | **(861,576)** | **(8,715,126)** | - | **(5,275,457)** | **(3,568,338)** | - | - | - | **(1,943,247)** | **(828,749)** | **(21,192,493)** |

**Part 2a - Accounts Receivable as of November 30th 2025**

| Legal Entity | Less than 90 days | Greater than 90 Days | AR by Debtor |
|---|---|---|---|
| **Powin LLC** | | | |
| Airway Services LLC | - | 1,054,153 | 1,054,153 |
| AKA Group | 7,875 | - | 7,875 |
| Ameresco, Inc. | 3,750 | 221,623 | 225,373 |
| Apex Clean Energy | 120,655 | (124,210) | (3,555) |
| Arroyo Energy : KMC Thermo | 3,587 | 210,905 | 214,492 |
| Auto Chen Ltd | 5,785 | 32,957 | 38,742 |
| BHE Renewables | 131,004 | 5,394,761 | 5,525,765 |
| Celestica LLC - Monterrey | - | 2,375 | 2,375 |
| CleanPeak Energy | 3,571 | - | 3,571 |
| Convergent | 21,070 | 163,702 | 184,773 |
| DTE Energy | 13,696 | 863,621 | 877,317 |
| EDF Renewables, Inc. | 348,636 | 2,225,590 | 2,574,227 |
| EDPR NA DG O&M LLC. | - | 53,406 | 53,406 |
| EnergyRe | - | 71,358 | 71,358 |
| esVolta, LP | 120,066 | 1,622 | 121,688 |
| FlexGen Power Systems, LLC | 292,090 | - | 292,090 |
| GALP | 5,381 | 49,400 | 54,780 |
| Glidepath | 2,435 | - | 2,435 |
| Go Electric Inc. | - | 23,885 | 23,885 |
| Idaho Power Company | 197,738 | - | 197,738 |
| Invenergy Storage Development LLC | 299,815 | 2,550,709 | 2,850,524 |
| Jupiter Power, LLC | 13,500 | 142,030 | 155,531 |
| Keller's Inc. | - | 57,000 | 57,000 |
| Key Capture Energy | 15,909 | - | 15,909 |
| Leader Energy Storage Technology Co., Ltd. | 49,001 | - | 49,001 |
| Leeward Energy | 229,354 | (15,333,469) | (15,104,115) |
| Longroad BESS Procurement, LLC | 953,504 | 10,181,227 | 11,134,732 |
| Mesa Technical Associates, Inc. | - | 52,120 | 52,120 |
| Mitsubishi Electric Power Products, Inc. | 4,733 | - | 4,733 |

**Part 2a - Accounts Receivable as of November 30th 2025**

| | | | |
|---|---|---|---|
| Mitsubishi Power Americas, Inc. | 231,349 | 16,080,911 | 16,312,260 |
| Ormat Technologies | 81,524 | 8,578,536 | 8,660,060 |
| PNM | 13,352 | 5,000 | 18,352 |
| Pulse Clean Energy | 36,392 | - | 36,392 |
| PureSky Energy Inc. | 14,719 | 105,189 | 119,908 |
| Rappahannock Electric Cooperative | - | 241,659 | 241,659 |
| Sierra Bio Laboratory, Inc. | - | 35,198 | 35,198 |
| Sol Systems, LLC | 4,411 | - | 4,411 |
| Solvida Energy Group Inc. | 3,287 | 240,758 | 244,045 |
| Southern Current LLC | 59,349 | 270,000 | 329,349 |
| Stem, Inc. | 72,675 | - | 72,675 |
| Stephen Izzi Trucking & Rigging Inc. | - | 6 | 6 |
| Strata Solar, LLC | 92,177 | 134,706 | 226,883 |
| TPE Energy Inc. | 12,539 | - | 12,539 |
| | | | |
| **Total - Powin LLC** | **3,464,931** | **33,586,730** | **37,051,661** |
| **Powin Energy Ontario Storage, LLC** | | | |
| | | | |
| AKA Group | - | 603,750 | 603,750 |
| Honeywell Limited | - | 1,715,181 | 1,715,181 |
| Mitsubishi Power Americas, Inc. | - | (120) | (120) |
| Saturn Power Inc. | - | 35,480 | 35,480 |
| | | | |
| **Total - Powin Energy Ontario Storage, LLC** | **-** | **2,354,291** | **2,354,291** |
| **Total Accounts Receivable** | **3,464,931** | **35,941,021** | **39,405,952** |

*Note: Unbilled receivables of $2,951,040.84 have not been included in this schedule*

**Part 2f - Postpetition Payables as of November 30th 2025**

| Legal Entity | Current | Past Due | Postpetition Payable to Creditor |
|---|---|---|---|
| **Powin, LLC** | | | |
| Amazon Web Services, Inc. | - | 126,605 | **126,605** |
| Aramark Refreshment Services, LLC | - | 376 | **376** |
| ArentFox Schiff LLP | - | 3,443 | **3,443** |
| BNSF Logistics, LLC | - | 30 | **30** |
| CapGemini America Inc. | - | 47,000 | **47,000** |
| Chad Paulson | - | 235 | **235** |
| Copytronix | 948 | 1,408 | **2,356** |
| KBF CPAs LLP | - | 39,569 | **39,569** |
| Marterra Properties | - | 25,820 | **25,820** |
| McCarter & English, LLP | - | 25,000 | **25,000** |
| Metro Access Control | - | 163 | **163** |
| MMI-Machineworks LLC | - | 48,097 | **48,097** |
| Mobile Modular Portable Storage | - | 2,048 | **2,048** |
| Onshape A PTC Business | - | 173,876 | **173,876** |
| Oracle America, Inc. | 199,407 | - | **199,407** |
| Portland General Electric Company | - | 33,903 | **33,903** |
| PRAXIS Technology Escrow, LLC | 11,700 | 26,900 | **38,600** |
| Radiate Holdings, LP | - | 1,800 | **1,800** |
| ReliaStar Life Insurance Company d/b/a Voya Financial | - | 114,037 | **114,037** |
| RH Shipping & Chartering (USA) LLC | - | 54,950 | **54,950** |
| Robert Half International, Inc | - | 8,605 | **8,605** |
| Rose City Moving & Storage | 760 | 181 | **941** |
| RS | 52 | - | **52** |
| Rudd & Company, PLLC | - | 20,500 | **20,500** |
| Spico Solutions, Inc. | - | 19,891 | **19,891** |
| Stretto, Inc. | - | 32,068 | **32,068** |
| Tech Heads Inc. | - | 12,608 | **12,608** |

**Part 2f - Postpetition Payables as of November 30th 2025**

| Legal Entity | Current | Past Due | Postpetition Payable to Creditor |
|---|---|---|---|
| TestEquity LLC | 409 | 1,406 | **1,815** |
| Toyota Industries Commercial Finance, Inc. | - | 6,420 | **6,420** |
| Trullion (www.Trullion.com) | - | 4,659 | **4,659** |
| United Site Services of Florida, LLC | - | 446 | **446** |
| USI Insurance Services LLC | - | 48,897 | **48,897** |
| Velocity EHS | - | 2,206 | **2,206** |
| Xerox Financial Services LLC | - | 2,080 | **2,080** |
| Zendesk Inc. | - | 5,811 | **5,811** |
| ABM | - | 474 | **474** |
| UKG Inc. | 15,764 | 69,523 | **85,287** |
| N-Sci Technologies Inc. | 460 | - | **460** |
| Thomson Reuters - West | 3,525 | - | **3,525** |
| **Total AP - Powin, LLC** | **242,297** | **1,008,455** | **1,250,752** |
| **Total** | **242,297** | **1,008,455** | **1,250,752** |

**Part 4 - Statement of Operations**

| Legal Entity | Powin LLC | Powin Project LLC | Powin China Holdings 1, LLC | Powin China Holdings 2, LLC | Charger Holdings, LLC | Powin Energy Ontario Storage, LLC | Powin Energy Operating Holdings, LLC | Powin Energy Operating, LLC | PEOS Holdings, LLC | Powin Energy Storage 2, Inc | Powin Energy Ontario Storage II LP | Powin Canada B.C. Ltd | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Receipts | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Income | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Gross Profit** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Expense** | | | | | | | | | | | | | |
| Employee Related Expenses | | | | | | | | | | | | | |
| Salaries | (168,295) | - | - | - | - | - | - | - | - | - | - | - | (168,295) |
| Benefits - HSA | (1,198) | - | - | - | - | - | - | - | - | - | - | - | (1,198) |
| Foreign Salaries Expenses | (27,267) | - | - | - | - | - | - | - | - | - | - | - | (27,267) |
| **Total Employee & Related Expenses** | **(196,760)** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **(196,760)** |
| | | | | | | | | | | | | | |
| Non-capex Equipment Related Expenses | | | | | | | | | | | | | |
| Software | (25,189) | - | - | - | - | - | - | - | - | - | - | - | (25,189) |
| **Total Non-capex Equipment Related Expenses** | **(25,189)** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **(25,189)** |
| | | | | | | | | | | | | | |
| Office & Administrative Expenses | | | | | | | | | | | | | |
| Bank fees | (287) | - | - | (35) | - | - | - | - | - | - | (30) | - | (352) |
| Rent | (19,146) | - | - | - | - | - | - | - | - | - | - | - | (19,146) |
| Utilities | (15,428) | - | - | - | - | - | - | - | - | - | - | - | (15,428) |
| Insurance | (220,477) | - | - | - | - | - | - | - | - | - | - | - | (220,477) |
| Professional Fees | (30,278) | - | - | - | - | - | - | - | - | - | - | - | (30,278) |
| Professional Fee Escrow | (1,781,083) | - | - | - | - | - | - | - | - | - | - | - | (1,781,083) |
| US Trustee Fee | (252,174) | - | - | - | - | - | - | - | - | - | - | - | (252,174) |
| Miscellaneous | (21,708) | - | - | - | - | - | - | - | - | - | - | - | (21,708) |
| **Total Office & Administrative Expenses** | **(2,340,580)** | **-** | **-** | **(35)** | **-** | **-** | **-** | **-** | **-** | **-** | **(30)** | **-** | **(2,340,645)** |
| | | | | | | | | | | | | | |
| **Other Expenses** | - | | | | | | | | | | | | - |
| | | | | | | | | | | | | | |
| **Total - Expenses** | **(2,562,530)** | **-** | **-** | **(35)** | **-** | **-** | **-** | **-** | **-** | **-** | **(30)** | **-** | **(2,562,595)** |
| | | | | | | | | | | | | | |
| Insurance Claims | 345,302.5 | - | - | - | - | - | - | - | - | - | - | - | 345,302.5 |
| Other Income | 72,281.5 | - | - | - | - | - | - | - | - | - | - | - | 72,281.5 |
| | | | | | | | | | | | | | |
| **Net Income** | **(2,144,946)** | **-** | **-** | **(35)** | **-** | **-** | **-** | **-** | **-** | **-** | **(30)** | **-** | **(2,145,011)** |

## Part 5: Professional Fees and Expenses

| Part 5: Professional Fees and Expenses | | Period | Approved Budget ($) | Paid Current Month ($) |
|---|---|---|---|---|
| **Firm Name** | **Role** | | | |
| CBMN Advisors LLC | Financial Advisor | 9/1 - 9/30 | 700,000 | 1,007,959 |
| Genova Burns LLC | UCC - Local Counsel | 9/1 - 9/30 | 140,000 | 36,230 |
| **Total** | | | **840,000** | **1,044,189** |

*Note: Following the filing and approval of their fee applications, professionals were paid from the professional fee escrow account for the period mentioned.*

**Part 7c - Payments made to insiders**

| Name of Executive | Title | Date of Payment | Gross Earnings | Total Deductions | Net Earnings |
|---|---|---|---|---|---|
| | | 11/3/25 | 30 | - | 30 |
| | | 11/10/25 | 8,840 | - | 8,840 |
| Paulson, Chad | General Counsel | 11/14/25 | 8,840 | - | 8,840 |
| | | 11/20/25 | 9,120 | - | 9,120 |
| | | 11/26/25 | 10,916 | - | 10,916 |
| **Total** | | | **37,746** | **-** | **37,746** |

**General Notes:**

The financial information contained in this *Monthly Operating Report for the Period November 1, 2025, Through November 30, 2025* (the "MOR")[1] is unaudited, limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly reporting requirements for chapter 11 debtors as promulgated by the Office of the United States Trustee. The general notes, statement of limitation, methodology, and disclaimers (collectively, the "General Notes") below are intended to further describe, disclaim, and explain the presentation of information in the Debtors' third MOR.

The information in the MOR was derived from the Debtors' books and records available at the time of such preparation, but such information was not in all circumstances subject to certain procedures typically applied to such data for U.S. Generally Accepted Accounting Principles ("GAAP") or for reporting purposes under the securities laws, rules and regulations of the United States.

KPMG has historically served as the Debtors' primary external accounting advisor and without KPMG's support the Debtors cannot prepare an accurate set of monthly financial statements for fiscal year 2025. More specifically, the Debtors' Enterprise Resource Planning ("ERP") system does not record revenue or cost-of-goods-sold transactions in an automated manner. As a result, critical components such as revenue recognition and the corresponding cost of goods sold require significant manual intervention. This manual process is highly complex, time-consuming, and resource intensive, making the production of a monthly financial statement challenging to complete within normal reporting timelines – especially without dedicated external support. Consequently, the Debtors previously engaged KPMG to assist with preparing the necessary manual entries for both revenue and cost of goods sold needed for financial reporting. For 2025, the manual entries to record revenue and cost of goods sold have not been produced because the Debtors are not currently working with KPMG given the financial circumstances. Notwithstanding the forgoing, the Debtors have made a good faith attempt to reconcile financial activity in 2025 through 11/30/2025 in connection with preparing the MOR.

The Debtors' historical financial reporting processes have been shaped by a combination of ERP system limitations, manual updates and corrections, and significant dependency on external bookkeeping support from KPMG.

- ERP System: NetSuite is used as the core accounting system, but as it exists today, it lacks the complete functionality to support the Debtors' project-based manufacturing and delivery model.

- Supplemental Workflows: Key accounting outputs—particularly around inventory, revenue recognition, and cost of goods sold—are driven by manual Excel-based models maintained by the accounting team and supported by KPMG.

- Cross-functional Gaps: Upstream data (e.g., procurement, logistics, project operations) is

---

[1] Capitalized terms, used but not defined herein, shall have the meanings ascribed to them in the Final DIP and Cash Collateral Orders

often incomplete or incorrect, requiring accounting to manually fill and correct entries, leading to material delays and risk of misstatement.

As set forth above, KPMG has historically served as the Debtors' primary external accounting advisor, engaged to fill major process and systems gaps. Their support included: (i) Manual preparation of revenue and cost of goods sold (COGS) journal entries due to NetSuite's inability to automate these areas; (ii) development and maintenance of complex Excel workbooks—over 50 per quarter—to handle project-based revenue recognition under ASC 606; (iii) compilation of financial statements and reporting packages to support U.S. and international tax filings; (iv) work performed on a quarterly basis, effectively acting as a de facto close process for the Debtors.

**Revenue and COGS Recognition**: (i) Revenue is tracked manually at the project and customer level using complex Excel models; and (ii) COGS must be manually layered into each revenue workbook due to lack of automated inventory flow or assembly logic.

**Inventory Tracking and Valuation**: Inventory listed in the Debtors' NetSuite software is not tied to specific projects. Movements of inventory are recorded in NetSuite, but not between projects, which leads to a risk of misstatement unless manually corrected. NetSuite lacks capabilities for project-specific tracking, finished goods assembly, or bill of materials (BOM) logic. Instead, documentation of the Debtors' inventory is fragmented across SharePoint, email, and Slack, making manual validation of inventory highly inefficient. Accordingly, the location and existence of Debtors' inventory may not have been manually validated, leaving a risk of misstated inventory in the MOR.

Although the Debtors used reasonable efforts to ensure the accuracy and completeness of the MOR, inadvertent errors or omissions may exist.[2] Considering the above-mentioned limitations, the MOR for any given month may not be comparable to any past or future MOR or any other report and ending and closing balances for all or certain accounts may not agree.

Each signatory to the MOR has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and their agents, advisors, attorneys, and other professionals. Each signatory has not (and could not have) personally verified the accuracy of each such statement, representation, and answer contained in the MOR.

**Employees:**

As of the Petition Date, the Debtors had 84 employees and as of the close of the Monthly Operating Report (MOR) reporting period, specifically November 30, 2025, there were 0 employees. Employees, to the extent paid in November, are paid from its parent company, Bess RemainCo[3]. Accordingly, all employee-related disbursements are reported in the Monthly Operating Report (MOR) of Powin LLC.

---

[2] The Debtors and their agents, advisors, attorneys, and other professionals, as applicable, do not guarantee or warrant the accuracy or completeness of the data or other information that is provided in the MOR.

[3] Powin LLC has been renamed to Bess RemainCo on 8/20/2025.

**Attachment "MOR-1":**

Cash was received and disbursed by the Debtors as described in the *Final Order: (I) Authorizing Use of Cash Management Procedures, Bank Accounts, and Existing Business Forms; (II) Prohibiting Setoffs and Freezing of Bank Accounts; (III) Modifying Requirements of Section 345(b) of the Bankruptcy Code; and (IV) for Related Relief* [Docket No. 397], which was granted on July 15, 2025.

Part 1 of the MOR, "Cash Receipts, and Disbursements," reported cash and receipts and disbursements exclude intercompany and interbank transactions between Debtors (if any).

**Attachments "MOR-2" and "MOR-3":**

The "MOR-2" attachment includes the Debtors' Statement of Assets and Statement of Liabilities as of November 30, 2025. In preparing this MOR, the Debtors were required to make certain estimates and assumptions that affect the amounts of assets and liabilities and reported revenue and expenses. Furthermore, the Debtors' Statement of Assets and Statement of Liabilities is recorded on a book value basis and may not reflect current or actual value. As a result, the Statement of Assets and Statement of Liabilities, attached as "MOR-2," should not be relied upon as a GAAP compliant balance sheet or for any purpose.

The attachment "MOR-3," titled "Statement of Operations," includes activity for the calendar month of November 2025.  As previously noted, the MOR was not prepared in accordance with GAAP and does not include all the information and disclosures required by GAAP or U.S. federal securities laws.

**Assets and Liabilities**: Since the Debtors maintain their books and records and prepare consolidated financial statements for GAAP reporting purposes, rather than by legal entity and for bankruptcy reporting purposes, certain assets and liabilities may be presented and reported in credit and debit balances, respectively. As a result of the commencement of the chapter 11 cases, payment of prepetition liabilities is subject to orders entered by the Court and otherwise is subject to compromise or other treatment under any chapter 11 plan.  Prepetition liabilities that are subject to compromise under ASC 852 are preliminary and may be subject to future adjustments.

### Part 1: Cash Receipts and Disbursements

The MOR presents the Debtor's receipts and disbursements, and disbursements made by third parties on the Debtors' behalf for the period from November 1, 2025, through and including November 30, 2025.

Certain bank accounts of the Debtors are denominated in foreign currencies. As a result, fluctuations in exchange rates may cause minor differences between the bank balances shown in Part 1 and those reported in the Balance Sheet.

### Part 2: Asset and Liability Status

The amounts set forth for the Debtors' assets and liabilities are generally presented in the same manner as set forth in greater detail in the *Schedules of Assets and Liabilities* and *Statements of*

*Financial Affairs* (together, with the general notes thereto, the "<u>Schedules and Statements</u>") of each Debtor.

In accordance with the terms of that certain *Order (I) Authorizing the Debtors to Enter Into and Perform Under the FlexGen Power Systems, LLC Asset Purchase Agreement, (II) Approving the Sale of Purchased Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (III) Authorizing the Assumption and Assignment of the Assumed Contracts to Purchaser and Establishing Cure Amounts Related Thereto in Accordance with the Assumption and Assignment Procedures, and (IV) Granting Related Relief* [Docket No. 751] (the "Sale Order"), on 8/19/2025, the Debtors closed the sale of substantially all of their assets to FlexGen Power Systems LLC (the "Sale") .

The Statements of Assets and Liabilities set forth in the MOR reflect changes to the Debtors' assets and liabilities consistent with the terms of the Sale Order, *i.e.*, assets sold to FlexGen Power Systems, LLC (the "Purchaser") are no longer reflected as belonging to the Debtors, similarly the Statements of Assets and Liabilities reflects other changes in the composition of the Debtors assets and liabilities known to the Debtors and their advisors as of the date hereof.  While every effort has been made to ensure that the MOR provides an accurate presentation of the composition of the Debtors assets and liabilities as of November 30, 2025 in good faith, no audit or other procedures have been performed with respect to the Statement of Assets and Liabilities.  Values for all assets and liabilities are reported at their book value as of November 30, 2025 or the value ascribed to them in the Schedules and Statements.  The Debtors and their advisors have not conducted a more recent valuation of assets or liabilities.[4]

*Inventory*: Inventory balances are presented based on information from the Debtors' stock ledger and third-party reports (collectively, the "<u>Stock Ledger</u>"), where available, with certain adjustments made based on updated information that management believes presents a more accurate representation of the Debtor's inventory as of the Petition Date. The Debtors did not complete a physical audit or a formal financial close process for 2025 prior to the Petition Date. Accordingly, inventory values are reported at net book value, based on the Debtors' books and records. Additionally, certain of the Debtors' inventory is in the possession of third parties who may assert rights with respect to such inventory.

Inventory that has been delivered to customers this year (totaling $10,221,878 on the Debtors' Stock Ledger) are not included in the Balance Sheet because this inventory did not yet have a journal entry to recognize the cost of the sales as the 2025 financials did not close prior to the Petition Date.

Also, the following off-premise inventory is not included in the Balance Sheet because the value of this inventory is unknown:

- Mobile Mini Inventory – As a normal course of business, the Debtors stored inventory to be used in the commissioning process in containers rented from a vendor (Mobile Mini) at several customer sites. It is unclear if the containers are still at these sites as the Debtors

---

[4] For Powin LLC's subsidiaries and affiliates i.e. the other debtor entities with minimal activity we have continued to prepare financial reports similar to prior periods.

received repossession notices prior to the Petition Date. The quantities and value of these items are not known, so no value has been reported on the Statement of Assets.

- Field Service Storage – As a normal course of business, the Debtors stored parts to be used by its service teams. These parts were stored in various rented containers/ storage units not tracked on the Stock Ledger.  The Debtors consider these parts as expenses incurred. However, the Debtors may still have claims to these items.

As part of the Sale a substantial portion of the inventory was sold to the Purchaser.

Further certain additional inventory was also sold pursuant to that *Order (I) Authorizing the Debtors to Enter Into and Perform Under the Mainfreight Distribution Pty Ltd Bill of Sale, (II) Approving the Sale of the Mainfreight Credit Bid Collateral Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (III) Granting Related Relief* [Docket No. 692].

*Receivables*: The Debtors' total receivables reflect the Debtors' books and records based upon the Debtors' prepetition methodology for determining when to deliver invoices to customers.  The Debtors' receivables, including unbilled receivables discussed below, remain subject to several contingencies that may impact enforceability and collectability as set forth in the *General Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs* [Docket No. 414]. Specifically: (a) certain customers have asserted disputes regarding the Debtors' receivables and underlying contracts, including due to alleged liquidated damages; (b) certain customers have purported to terminate their existing contracts; (c) the Debtors have ceased performing certain customer contracts; (d) the Debtors have sought court approval to reject customer contracts, which, under the Bankruptcy Code, gives rise to a material breach by the Debtors of the underlying customer contracts [*see* Docket No. 88]; (e) the Debtors have reached settlements with certain customers which compromise certain receivables, which settlements have been approved by the Bankruptcy Court or are pending approval [*see* Docket Nos. 191 and 355]; (f) certain ordinary course adjustments could change the amount of the Debtors' billed and unbilled receivables; and (g) certain receivables may not reflect recent and long-standing realized offsets and deductions. There may also be other barriers to collection of the Debtors' customer receivables.  Some of the Debtors' receivables have not been adjusted for these contingencies or barriers, not all adjustments have been completed.

Unbilled receivables of $2,951,040.84 have been included in the total amount of Powin, LLC's receivables. These unbilled receivables represent a contractual right to bill a customer for which Powin, LLC has not formally billed the customer. The Debtors calculated these balances by taking the work performed as of December 31, 2024, to identify these cases, and removing any instance in which Powin, LLC had formally invoiced the customer in 2025. There may have been more instances of unbilled receivables incurred in 2025, but due to the expertise, information, and man hours required, the Debtors are unable to determine that value.  Accordingly, the Debtors are only including a value for those unbilled receivables that have been rolled forward from December 31, 2024.

Contract Assets (Earned Revenue before Billing Milestone) represent inventory deliveries, or commissioning work completed, in advance of contractual billing milestones. Due to the expertise,

information, and man hours required, the Debtors' have provided the current value as of their latest reporting period December 31, 2024.

Deferred revenue represents invoices the Company has issued for goods and services that have not been delivered. Due to the expertise, information, and man hours required, the Debtors' have provided the current value as of their latest reporting period December 31, 2024.

### Part 3: Assets Sold or Transferred

In accordance with the terms of that certain *Order Authorizing (I) Abandonment or Sale of Remaining Inventory and (II) Granting Related Relief* [Docket No. 986] the Debtors sold certain miscellaneous inventory for a consideration of $57,000 during this MOR reporting period.

### Part 4: Income Statement (Statement of Operations)

The MOR presents the Debtors' best estimates of their Statements of Operations for the reporting period from November 1, 2025 through and including November 30, 2025.  The Statement of Operations has been prepared on a cash basis for each Debtor entity, based solely on recorded cash transactions during the reporting period.

Proceeds from the sale of the miscellaneous inventory mentioned in Part 3 have been captured as Other Income in the Statement of Operations.

The Debtors received $345,502.45 for settlement of an outstanding insurance claim in relation to certain damaged equipment.

Please refer to the notes above for information about presentation and limitations that may exist in the MOR.

### Part 5: Professional Fees and Expenses

For purposes of the Monthly Operating Report and the accurate calculation of U.S. Trustee fees, bankruptcy professional fees shall be deemed incurred upon the disbursement of funds to the Professional Escrow Account, as more fully defined and described in the Final DIP Order. During the period from November 1, 2025, through and including November 30, 2025, the Debtors funded the Professional Escrow account with $1,781,083.

### Part 6: Postpetition Taxes

The Debtors believe that they are current with respect to any postpetition Taxes and Fees that have come due.  With respect to taxes accrued, certain accrued taxes such as income taxes and property taxes are reconciled as part of the Debtors' year-end process and therefore, the balances in the MOR may not reflect year-end accrual true-ups. These amounts are unaudited, and subject to material change.

### Part 7(a): Payments Made on Prepetition Debt

No payments were made on prepetition debt during this MOR period.

**Part 7(f): Trust Fund Taxes Remitted on a Current Basis**

The Company is currently conducting a comprehensive review of its trust fund tax liabilities to determine the precise amounts owed. According to the Company's books and records, there are no outstanding trust fund taxes for this MOR reporting period.

**Part 7(g): Postpetition Borrowing, Other than Trade Credit**

In accordance with the Credit Bid set forth in the Sale Order, the Debtors have satisfied their DIP Indebtedness. As of this MOR reporting period the Debtors do not have any outstanding postpetition borrowing other than trade credit.