UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on January 27, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br> Powin, LLC | Case No.:        25-16137<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:        Michael B. Kaplan |

## ORDER GRANTING FINAL FEE APPLICATION OF BROWN RUDNICK LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF

## POWIN LLC, ET AL.

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 27, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| POWIN LLC,. *et al.*[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING FINAL FEE APPLICATION**
**OF BROWN RUDNICK LLP AS CO-COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF**
**POWIN LLC, ET AL., FOR COMPENSATION FOR SERVICES RENDERED**
**AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD**
**FROM JUNE 27, 2025 THROUGH AND INCLUDING DECEMBER 5, 2025**

The Court has considered the *Final Fee Application of Brown Rudnick LLP as Co-Counsel to the Official Committee of Unsecured Creditors of Powin LLC, et al., for Compensation for Services Rendered and Reimbursement of Expenses Incurred During the Period from June 27, 2025 Through and Including December 5, 2025* (the "Application"), filed by Brown Rudnick LLP (the "Applicant").  The Court orders:

1.      The Applicant is allowed final compensation and reimbursement of expenses in the amount of **$2,814,115.09** for the period set forth in the Application, which includes $45,000 of post-Effective Date fees and disbursements not previously billed related to preparation and prosecution of fee applications.

2.      The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

3.      The Debtor or the Liquidating Trustee, as applicable, is hereby authorized and directed to disburse the unpaid amount of compensation and expenses sought under this Application.

## <u>EXHIBIT C</u>

## <u>COMPENSATION BY PROJECT CATEGORY</u>

**For the Period from June 27, 2025 through December 5, 2025**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Sales and Disposition | 81.4 | $115,127.00 |
| Business Operations | 66.9 | $66,165.50 |
| Case Administration | 108.0 | $65,116.50 |
| Claims Administration and Objections | 45.6 | $61,748.50 |
| Committee Investigation (Non - Lenders) | 1,630.1 | $1,627,490.50 |
| Creditors Committee Governance Matters | 5.9 | $5,701.50 |
| DIP Financing/Cash Collateral | 46.9 | $68,859.50 |
| Employee Matters | 55.7 | $75,288.50 |
| Employment and Fee Applications | 90.5 | $62,453.50 |
| Hearings | 19.5 | $23,911.50 |
| Insurance | 0.6 | $780.00 |
| Meetings and Communications with UCC | 139.7 | $221,731.50 |
| Non-Working Travel (Billed at 50%) | 7.4 | $6,386.20 |
| Plan and Disclosure Statement | 261.8 | $348,917.50 |
| Stay Relief/Injunction Litigation | 1.3 | $1,280.50 |
| **TOTAL** | **2,561.30** | **$2,750,958.20** |

**EXHIBIT D**

**SUMMARY OF TIME AND COMPENSATION**

**For the Period from June 27, 2025 through December 5, 2025**

| TIME AND COMPENSATION BREAKDOWN – PARTNERS | | | | |
| --- | --- | --- | --- | --- |
| **Name of Professional Person** | **Position; Admission Date; Specialty** | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Robert J. Stark | Partner; Admitted to New Jersey Bar in 1995; New York Bar in 1996; Bankruptcy & Corporate Restructuring | $2,450 | 24.70 | $60,515.00 |
| Jeffrey L. Jonas | Partner; Admitted to Massachusetts Bar in 1988; New York Bar in 2021; Litigation and Dispute Resolution | $2,450 | 6.0 | $14,700.00 |
| Bennett S. Silverberg | Partner; Admitted to New York Bar in 2001; Bankruptcy & Corporate Restructuring | $1,980 | 61.5 | $121,770.00 |
| Steven A. Tyrrell | Partner; Admitted to New York Bar in 1984; D.C. Bar in 2011; White Collar Defense, Investigation and Compliance | $1,905 | 188.8 | $359,664.00 |

| TIME AND COMPENSATION BREAKDOWN – PARTNERS | | | | |
|---|---|---|---|---|
| **Name of Professional Person** | **Position; Admission Date; Specialty** | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Eric R. Goodman | Partner; Admitted to Ohio Bar in 2003; New York Bar in 2018; Illinois Bar in 2020; D.C. Bar in 2021; Massachusetts Bar in 2021; Bankruptcy & Corporate Restructuring | $1,800 | 1.5 | $2,700.00 |
| Kenneth Aulet[1] | Partner; Admitted to New York Bar in 2012; Bankruptcy & Corporate Restructuring | $1,725 | 188.7 | $325,507.50 |
| | | $863 | 7.4 | $6,386.20 |
| Shari I. Dwoskin | Partner; Admitted to Massachusetts Bar in 2014; New York Bar in 2023; Bankruptcy & Corporate Restructuring | $1,650 | 4.2 | $6,930.00 |
| Steven B. Levine | Partner; Admitted to Massachusetts Bar in 1981; New York Bar in 2003; Finance | $1,645 | 14.0 | $23,030.00 |
| Kevin A. Brown | Partner; Admitted to New Jersey Bar in 2006; New York Bar in 2008; Tax | $1,500 | 28.4 | $42,600.00 |

---

[1]    Fees for Kenneth Aulet are separated to indicate non-working travel time billed at 50% as set forth in the Retention Order.

| TIME AND COMPENSATION BREAKDOWN – PARTNERS | | | | |
|---|---|---|---|---|
| **Name of Professional Person** | **Position; Admission Date; Specialty** | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Nicole M. Bouchard | Partner; Admitted to New York Bar in 2009; Tax | $1,500 | 49.1 | $73,650.00 |
| Cameron D. Moxley | Partner; Admitted to New York Bar in 2005; Connecticut Bar in 2022; Litigation and Dispute Resolution | $1,400 | 1.8 | $2,520.00 |
| Daniel J. Healy | Partner; Admitted to Massachusetts Bar in 1999; New York Bar in 1999; D.C. Bar in 2002; Maryland Bar in 2005; Litigation and Dispute Resolution | $1,300 | 10.6 | $13,780.00 |
| Dylan P. Kletter | Partner; Admitted to Connecticut Bar in 2008; New York Bar in 2022; Mergers and Acquisitions and Private Equity Litigation | $1,225 | 2.0 | $2,450.00 |
| Jennifer I. Charles | Partner; Admitted to Massachusetts Bar in 2009; D.C. Bar in 2013; Transactions | $1,100 | 12.8 | $14,080.00 |
| **TOTAL** | | | **601.1** | **$1,069,592.70** |
| **PARTNER BLENDED RATE** | | **$1,779.39** | | |

3

| TIME AND COMPENSATION BREAKDOWN – ASSOCIATES AND OTHER COUNSEL | | | | |
|---|---|---|---|---|
| Name of Professional Person | Position; Admission Date; Specialty | Hourly Billing Rate | Total Hours Billed | Total Compensation |
| Daniel L. Sachs | Counsel; Admitted to California Bar in 2013; D.C. Bar in 2017; New York Bar in 2020; White Collar Defense, Investigations & Compliance | $1,285 | 196.7 | $252,759.50 |
| Nancy H. Turner | Associate; Admitted to Virginia Bar in 2016; D.C. Bar in 2021; White Collar Defense, Investigations & Compliance | $1,000 | 380.4 | $380,400.00 |
| Shlomo D. Katz | Counsel; Admitted to Maryland Bar in 1990; D.C. Bar in 1993; Litigation and Dispute Resolution | $990 | 3.2 | $3,168.00 |
| Matthew A. Sawyer | Associate; Admitted to Massachusetts Bar in 2019; Bankruptcy & Corporate Restructuring | $985 | 246.6 | $242,901.00 |
| Isabelle R. Jacobs | Associate; Admitted to New Jersey Bar in 2018; New York Bar in 2020; Tax | $965 | 44.7 | $43,135.50 |

4

| TIME AND COMPENSATION BREAKDOWN – ASSOCIATES AND OTHER COUNSEL | | | | |
|---|---|---|---|---|
| **Name of Professional Person** | **Position; Admission Date; Specialty** | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Dov Fiskus | Associate; Admitted to New York Bar in 2014; Tax | $965 | 9.3 | $8,974.50 |
| Jane W. Motter | Associate; Admitted to Massachusetts Bar in 2021; Real Estate | $910 | 13.5 | $12,285.00 |
| Maria DeOliveira | Associate; Admitted to New Jersey Bar in 2019; New York in 2022; Bankruptcy and Corporate Restructuring | $825 | 54.0 | $44,550.00 |
| Vanessa Toro-Plaza | Associate; Admitted to New York Bar in 2023; White Collar Defense, Investigations & Compliance | $825 | 143.1 | $118,057.50 |
| Caroline Henschel | Associate; Admitted to D.C. Bar in 2024; White Collar Defense, Investigations & Compliance | $740 | 325.7 | $241,018.00 |
| Jase Panebianco | Associate; Admitted to Virginia Bar in 2022; D.C. Bar in 2025; Litigation and Dispute Resolution | $740 | 105.4 | $77,996.00 |
| Jessica Y. Liong | Associate; Admitted to Massachusetts Bar in 2024; Bankruptcy | $685 | 17.0 | $11,645.00 |

5

| TIME AND COMPENSATION BREAKDOWN – ASSOCIATES AND OTHER COUNSEL | | | | |
|---|---|---|---|---|
| **Name of Professional Person** | **Position; Admission Date; Specialty** | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| | & Corporate Restructuring | | | |
| Roshni Parikh | Associate; Admitted to New York Bar in 2025; Litigation and Dispute Resolution | $685 | 6.0 | $4,110.00 |
| Samuel B. Kahn | Associate; Admitted to New York Bar in 2025; Bankruptcy & Corporate Restructuring | $685 | 100.7 | $68,979.50 |
| Darion M. Alexander | Associate; Admitted to D.C. Bar in 2025; Litigation and Dispute Resolution | $685 | 154.0 | $105,490.00 |
| **TOTAL** | | | **1,800.3** | **$1,615,469.50** |
| **ASSOCIATE & OTHER COUNSEL BLENDED RATE** | | **$897.33** | | |

6

| TIME AND COMPENSATION BREAKDOWN - PARAPROFESSIONALS | | | | |
|---|---|---|---|---|
| **Name of Professional Person** | **Position; Number of Years** | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Madelyn A. Soliman | Paralegal; Bankruptcy and Corporate Restructuring; over 5 years | $510 | 17.6 | $8,976.00 |
| Jack H. Collins | Paralegal; Bankruptcy & Corporate Restructuring; over 2 years | $400 | 111.5 | $44,600.00 |
| Jacob M. Rosner | Project Assistant; Over 1 year | $400 | 30.8 | $12,320.00 |
| **TOTAL** | | | **159.9** | **$65,896.00** |
| **PARAPROFESSIONALS BLENDED RATE** | | **$412.11** | | |
| **GRAND TOTAL** | | | | **$2,750,958.20** |
| **BLENDED RATE FOR ALL BROWN RUDNICK TIMEKEEPERS** | | **$1,074.05** | | |

7

**<u>EXHIBIT E</u>**

**<u>SUMMARY OF DISBURSEMENTS</u>**

**For the Period from June 27, 2025 through December 5, 2025**

| Service | Cost |
|---|---|
| Copies (In-House @ 10 cents per page Color and B&W) | $396.90 |
| Filing Fees | $1,034.00 |
| Meals | $24.34 |
| Outside Copies | $211.60 |
| Overnight Delivery | $120.00 |
| PACER | $104.00 |
| Travel Expenses | $2,540.39 |
| Westlaw Online / Lexis Transactional Searches | $13,725.66 |
| **TOTAL** | **$18,156.89** |

## **EXHIBIT F**

(Time and Disbursement Detail for December 1, 2025 – December 5, 2025)

**brown**rudnick

| | | |
|---|---|---|
| POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice | 7006790 |
| 20550 SW 115TH AVENUE | Date | Dec 15, 2025 |
| TUALATIN, OR 97062 | Client | 041594 |

RE: POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through December 5, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 041594.0004 | EMPLOYMENT AND FEE APPLICATIONS | 792.00 | 0.00 | 792.00 |
| 041594.0006 | PLAN AND DISCLOSURE STATEMENT | 27,765.00 | 0.00 | 27,765.00 |
| 041594.0011 | COMMITTEE INVESTIGATION (NON-LENDERS) | 5,800.00 | 0.00 | 5,800.00 |
| | **Total** | **34,357.00** | **0.00** | **34,357.00** |

| | |
|---|---:|
| Total Current Fees | $34,357.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$34,357.00** |

**brown**rudnick

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
20550 SW 115TH AVENUE
TUALATIN, OR 97062

| | |
|---|---|
| Invoice | 7006790 |
| Date | Dec 15, 2025 |
| Client | 041594 |

RE: EMPLOYMENT AND FEE APPLICATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through December 5, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 041594.0004 | EMPLOYMENT AND FEE APPLICATIONS | 792.00 | 0.00 | 792.00 |
| | **Total** | **792.00** | **0.00** | **792.00** |

| | |
|---|---|
| Total Current Fees | $792.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$792.00** |

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
December 15, 2025

Invoice 7006790
Page 3

RE: EMPLOYMENT AND FEE APPLICATIONS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/03/25 | SILVERBERG | PREPARE NOVEMBER MONTHLY FEE STATEMENT | 0.40 | 792.00 |
| | **Total Hours and Fees** | | **0.40** | **792.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|------|-------|---|------|-------|
| BENNETT S. SILVERBERG | 0.40 | hours at | 1,980.00 | 792.00 |
| **Total Fees** | | | | **792.00** |

# brownrudnick

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
20550 SW 115TH AVENUE
TUALATIN, OR 97062

| Invoice | 7006790 |
|---|---|
| Date | Dec 15, 2025 |
| Client | 041594 |

RE: PLAN AND DISCLOSURE STATEMENT

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through December 5, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 041594.0006 | PLAN AND DISCLOSURE STATEMENT | 27,765.00 | 0.00 | 27,765.00 |
| | **Total** | **27,765.00** | **0.00** | **27,765.00** |

| | |
|---|---|
| Total Current Fees | $27,765.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$27,765.00** |



POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS
December 15, 2025

Invoice 7006790
Page 5

RE: PLAN AND DISCLOSURE STATEMENT

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/01/25 | AULET | TRANSITION WORK. | 1.00 | 1,725.00 |
| 12/02/25 | BOUCHARD | PREPARE TRUST FORMATION DOCUMENTATION (.7); MULTIPLE COMMUNICATIONS WITH PROPOSED DE TRUSTEE AND COUNSEL RE: SAME (.6) | 1.30 | 1,950.00 |
| 12/03/25 | MOTTER | PREPARE TRUSTS FOR EFFECTIVE DATE INCLUDING COORDINATION AMONG DE TRUSTEE, TOC MEMBERS AND TRUSTEE | 3.30 | 3,003.00 |
| 12/03/25 | BOUCHARD | REVIEW AND RESPOND TO MULTIPLE EMAILS WITH PROPOSED TRUSTEE, PROPOSED DE STATUTORY TRUSTEE, AND RESPECTIVE COUNSEL RE: TRUST FORMATION (1.2); ANALYSIS OF TRUST AGREEMENTS IN CONNECTION WITH SAME (.7) | 1.90 | 2,850.00 |
| 12/04/25 | MOTTER | REVISE/FINALIZE LIQUIDATING TRUST AGREEMENTS (2.6); REVISE/FINALIZE DIRECT CLAIMS TRUST AGREEMENT (2.8); DRAFT TRUST CLOSING DOCUMENTS (.8); COORDINATE WITH DE LOCAL COUNSEL ON TRUST FORMATION ISSUES (1.2) | 7.40 | 6,734.00 |
| 12/04/25 | AULET | TRANSITION WORK. | 0.80 | 1,380.00 |
| 12/04/25 | BOUCHARD | REVIEW AND RESPOND TO MULTIPLE EMAILS WITH PROPOSED TRUSTEE, PROPOSED DE STATUTORY TRUSTEE, AND RESPECTIVE COUNSEL RE: TRUST FORMATION (1.1); REVIEW OF TRUST AGREEMENTS IN RELATION TO SAME (.7) | 1.80 | 2,700.00 |
| 12/05/25 | BOUCHARD | REVIEW AND RESPOND TO MULTIPLE EMAILS AND PHONE CALLS WITH PROPOSED TRUSTEE, PROPOSED DE STATUTORY TRUSTEE, AND RESPECTIVE COUNSEL RE: TRUST FORMATION (1.6); REVIEW OF TRUST AGREEMENTS IN RELATION TO SAME (.5) | 2.10 | 3,150.00 |
| 12/05/25 | MOTTER | RESOLVE ISSUES RELATED TO FILING CERTIFICATES OF TRUST IN DELAWARE (1.2); CONFERENCE WITH WSFS RE ACCOUNT OPENING AND BANKING MATTERS FOR TRUSTS (1.2); REVIEW/ANALYZE ASSOCIATED OPENING CONTRACTS (.4) | 2.80 | 2,548.00 |
| 12/05/25 | AULET | RESOLVING FINAL ISSUES TO GO EFFECTIVE. | 1.00 | 1,725.00 |
| | **Total Hours and Fees** | | **23.40** | **27,765.00** |

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice 7006790
December 15, 2025                                                                                  Page 6

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| NICOLE M. BOUCHARD | 7.10 | hours at | 1,500.00 | 10,650.00 |
| KENNETH J. AULET | 2.80 | hours at | 1,725.00 | 4,830.00 |
| JANE W. MOTTER | 13.50 | hours at | 910.00 | 12,285.00 |
| **Total Fees** | | | | **27,765.00** |

**brown**rudnick

| | | |
|---|---|---|
| POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice | 7006790 |
| 20550 SW 115TH AVENUE | Date | Dec 15, 2025 |
| TUALATIN, OR 97062 | Client | 041594 |

RE: COMMITTEE INVESTIGATION (NON-LENDERS)

## I N V O I C E

For professional services rendered in connection with the above captioned matter through December 5, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 041594.0011 | COMMITTEE INVESTIGATION (NON-LENDERS) | 5,800.00 | 0.00 | 5,800.00 |
| | **Total** | **5,800.00** | **0.00** | **5,800.00** |

| | |
|---|---|
| Total Current Fees | $5,800.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$5,800.00** |

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice 7006790
December 15, 2025                                                                                          Page 8

RE: COMMITTEE INVESTIGATION (NON-LENDERS)

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/02/25 | TURNER | ANALYZE THIRD-PARTY DOCUMENT PRODUCTION | 3.20 | 3,200.00 |
| 12/04/25 | TURNER | ANALYZE THIRD-PARTY DOCUMENT PRODUCTION | 2.60 | 2,600.00 |
| | **Total Hours and Fees** | | **5.80** | **5,800.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| NANCY H. TURNER | 5.80 | hours at | 1,000.00 | 5,800.00 |
| **Total Fees** | | | | **5,800.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

brown**rudnick**

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED          Invoice          7006790
CREDITORS                                                                      Date          Dec 15, 2025
20550 SW 115TH AVENUE                                             Client          041594
TUALATIN, OR 97062

RE: POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS



**Balance Due: $34,357.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:  021000021
SWIFT Code:  CHASUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  760367067

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
20550 SW 115TH AVENUE
TUALATIN, OR 97062

| | |
|---|---|
| Invoice | 7006791 |
| Date | Dec 15, 2025 |
| Client | 041594 |

RE: COSTS

<div style="background:black;color:white;text-align:center;">I N V O I C E</div>

For professional services rendered in connection with the above captioned matter
through December 5, 2025:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 041594.0001 | COSTS | 0.00 | 712.54 | 712.54 |
| | **Total** | **0.00** | **712.54** | **712.54** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $712.54 |
| **Total Invoice** | **$712.54** |

**BR**

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Invoice 7006791

RE: COSTS

Page 2

December 15, 2025

## C O S T   D E T A I L

| Date | Description | Value |
|------|-------------|-------|
| 11/28/25 | TAXI - 11/25/25; VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2005937; DATE: 11/28/2025 | 685.68 |
| 12/04/25 | COPIES | 6.10 |
| 12/04/25 | COPIES | 0.20 |
| 12/04/25 | COPIES | 7.00 |
| 12/04/25 | COPIES | 0.20 |
| 12/05/25 | TAXI - VENDOR: JANE W. MOTTER INVOICE#: 010048896143 DATE: 12/5/2025 <br> UBER FOR CLIENT MEETING. | 13.36 |
| | **Total Costs** | **712.54** |

## C O S T   S U M M A R Y

| Description | Value |
|-------------|-------|
| TAXI | 699.04 |
| COPIES | 13.50 |
| **Total Costs** | **712.54** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

POWIN, LLC OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
20550 SW 115TH AVENUE
TUALATIN, OR 97062

| | |
|---|---|
| Invoice | 7006791 |
| Date | Dec 15, 2025 |
| Client | 041594 |

RE: COSTS



Remittance

**Balance Due:  $712.54**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:  021000021
SWIFT Code:  CHASUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  760367067

## EXHIBIT G

(Budget)

| Project Category | Estimated Hours | Estimated Fees |
|---|---|---|
| Asset Sales and Disposition | 70-90 | $100,000-$130,000 |
| Business Operations | 60-80 | $60,000-$80,000 |
| Case Administration | 100-120 | $60,000-$80,000 |
| Claims Administration and Objections | 40-50 | $50,000-$70,000 |
| Committee Investigation (Non - Lenders) | 1,500-2,000 | $1,500,000-$2,000,000 |
| Creditors Committee Governance Matters | 0-10 | $0-10,000 |
| DIP Financing/Cash Collateral | 40-70 | $50,000-80,000 |
| Employee Matters | 45-70 | $55,000-$80,000 |
| Employment and Fee Applications | 75-100 | $60,000-$80,000 |
| Hearings | 15-25 | $20,000-$30,000 |
| Insurance | 0-10 | $0-$15,000 |
| Meetings and Communications with UCC | 125-175 | $180,000-$250,000 |
| Non-Working Travel (Billed at 50%) | 0-10 | $0-$10,000 |
| Plan and Disclosure Statement | 250-300 | $300,000-$400,000 |
| Stay Relief/Injunction Litigation | 0-10 | $0-$10,000 |
| **TOTAL** | **2,320 – 3,120** | **$2,435,000 – $3,325,000** |