# EXHIBIT D

**Customary and Comparable Compensation Disclosures with Fee Application**

| Category of Timekeeper | Blended Hourly Rates | |
|---|---|---|
| | **Billed to Non-Debtors** | **Billed to these Debtors** |
| Partners | $1,485.00 | $1,395.90 |
| Counsel | $1,325.00 | $1,029.87 |
| Associates | $960.00 | $979.39 |
| Paralegals | $575.00 | $520.56 |
| **Total Blended Rate** | **$1,086.25** | **$1,174.57** |