## EXHIBIT E

### Budget

| Task Code | Estimated Hours | Estimated Fees | Actual Hours | Actual Fees | % Variance |
|---|---|---|---|---|---|
| B100 – Administration | 0 | $0.00 | 1.1 | $874.50 | N/A |
| B110 – Case Administration | 187.50 | $225,000.00 | 228.2 | $226,303.00 | 0.58% |
| B120 - Asset Analysis and Recovery | 375.00 | $450,000.00 | 382.9 | $481,196.50 | 6.93% |
| B130 - Asset Disposition | 1083.33 | $1,300,000.00 | 1031.4 | $1,262,570.50 | -2.88% |
| B140 - Stay Relief/Adequate Protection | 133.33 | $160,000.00 | 83.6 | $103,942.50 | -35.04% |
| B150 - UCC Issues/Meetings | 125.00 | $150,000.00 | 102.8 | $118,719.00 | -20.85% |
| B160 - Fee/Employment Applications | 208.33 | $250,000.00 | 190.4 | $210,228.50 | -15.91% |
| B185 – Assumption/Rejection of Contracts | 125.00 | $150,000.00 | 130.8 | $143,221.00 | -4.52% |
| B190 – Other Contested Matters | 0.00 | $0.00 | 5.5 | $6,763.50 | N/A |
| B195 - Non-Working Travel | 166.67 | $200,000.00 | 286.1 | $215,859.75 | 7.93% |
| B200 - Utilities | 41.67 | $50,000.00 | 44.4 | $42,616.00 | -14.77% |
| B220 - Employee Benefits/Pension | 0.00 | $0.00 | 2.5 | $3,288.00 | N/A |
| B230 - DIP Financing/Cash Collateral | 500.00 | $600,000.00 | 472.7 | $588,316.50 | -1.95% |
| B240 - Tax Issues | 20.83 | $25,000.00 | 19.2 | $26,226.00 | 4.90% |
| B250 - Real Estate Leases | 16.67 | $20,000.00 | 18.5 | $27,192.50 | 35.96% |
| B260 - Independent Manager Matters | 83.33 | $100,000.00 | 54.3 | $80,126.00 | -19.87% |
| B310 - Claims Administration and Objections | 208.33 | $250,000.00 | 234.5 | $272,363.50 | 8.95% |
| B320 – Plan and Disclosure Statement (incl. Business Plan) | 625 | $750,000.00 | 687.3 | $889,959.50 | 18.66% |
| CUST - Customer Issues | 458.33 | $550,000.00 | 409 | $523,082.50 | -4.89% |
| EMP - Employee Matters | 354.17 | $425,000.00 | 453 | $463,956.40 | 9.17% |
| INS – Insurance | 0.00 | $0.00 | 10.7 | $15,086.50 | N/A |
| REP - Reporting/Schedules | 187.50 | $225,000.00 | 208.9 | $231,754.50 | 3.00% |
| WARNACT – WARN Act Issues | 62.50 | $75,000.00 | 57.4 | $74,504.50 | -0.66% |