# **Exhibit A**

Durrer Declaration

| **DENTONS US LLP** | **TOGUT, SEGAL & SEGAL LLP** |
|---|---|
| Tania M. Moyron (admitted *pro hac vice*)<br>Van C. Durrer, II (admitted *pro hac vice*)<br>601 S. Figueroa Street #2500<br>Los Angeles, CA 90017<br>Telephone:  (213) 623-9300<br>Facsimile:  (213) 623-9924<br>Email:  tania.moyron@dentons.com<br>        van.durrer@dentons.com<br><br>John D. Beck (admitted *pro hac vice*)<br>Sarah M. Schrag (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>Telephone:  (212) 768-6700<br>Facsimile:  (212) 768-6800<br>Email:  john.beck@dentons.com<br>        sarah.schrag@dentons.com<br><br>*Counsel for Debtors and*<br>*Debtors in Possession* | Frank A. Oswald (admitted)<br>550 Broad Street<br>Suite 1508<br>Newark, NJ 07102<br>Telephone:  (212) 594-5000<br>Facsimile:  (212) 967-4258<br>Email:  frankoswald@teamtogut.com<br><br>Albert Togut (admitted *pro hac vice*)<br>Eitan Blander (admitted *pro hac vice*)<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>Telephone:  (212) 594-5000<br>Facsimile:  (212) 967-4258<br>Email:  altogut@teamtogut.com<br>        eblander@teamtogut.com<br><br>*Counsel for Debtors and*<br>*Debtors in Possession* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**DECLARATION OF VAN C. DURRER, II IN SUPPORT OF**
**JOINT MOTION OF DEBTORS' PROFESSIONALS FOR**
**<u>ENHANCEMENT OF PROFESSIONAL FEES</u>**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110].  The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

I, Van C. Durrer, II, hereby state and declare as follows:

1. I am a partner in the law firm of Dentons US LLP ("Dentons"), located at 601 S. Figueroa Street Suite 2500 Los Angeles, CA 90017, and have been duly admitted to practice law in Maryland, Delaware, California, New York, and the District of Columbia. There are no disciplinary proceedings pending against me.

2. Dentons was counsel to Powin, LLC and its affiliated debtors ("Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"). I am one of the attorneys representing the Debtors.

3. I make this declaration in support of the *Joint Motion of Debtors' Professionals for Enhancement of Professional Fees* (the "Motion"),[2] filed concurrently herewith. I am familiar with the work performed on behalf of the Debtors by Dentons and, if called to testify, I could and would testify of my own personal knowledge of the facts stated herein.

4. On July 7, 2025, the Debtors filed the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Dentons US LLP as Counsel for the Debtors and Debtors in Possession, Effective as of the Petition Date* [Docket No. 277] (the "Dentons Retention Application"), seeking to retain and employ Dentons as its bankruptcy co-counsel pursuant to section 327 of the Bankruptcy Code. The Court granted the Dentons Retention Application on August 19, 2025 [Docket No. 753].

5. As the Debtors' counsel, Dentons, with the support of the Debtors' other professional advisors, assisted the Debtors in filing the Chapter 11 Cases in an effort to avoid a liquidation of the Debtors' assets and so that the Debtors would be able to pursue value-maximizing transactions for substantially all of their assets. Immediately prior to the Petition Date,

---

[2] Unless otherwise defined herein, all capitalized terms shall have the same meaning as in the Motion.

2

Dentons waived approximately $311,511.03 in professional fees due to the hurried nature of the filing and the Debtors' severe liquidity constraints. After the Petition Date, Dentons waived, approximately, a further $12,125.62 in prepetition professional fees which had not been processed as of the Petition Date. In sum, Dentons waived not less than $323,636.65 in prepetition professional fees.

6. Upon the filing of the Debtors' voluntary chapter 11 petitions, the Debtors, with Dentons' support, successfully transitioned into chapter 11 and satisfied the requirements related thereto while continuing to manage their businesses as debtors in possession.

7. Through the duration of these Chapter 11 Cases, Dentons assisted the Debtors with numerous complicated, novel issues of law, as detailed more fully in the Motion. I believe that the result secured in these cases by the Debtors with the assistance of the Debtors' Professionals is outstanding, and in light of those results as described above and in the Motion, Dentons seeks approval and allowance of a fee augmentation in the amount of $323,636.65.

4

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed this 28th day of January 2026, at Los Angeles, California.

<i>/s/ Van C. Durrer, II</i><br>
Van C. Durrer, II