# **Exhibit C**

Oswald Declaration

| **DENTONS US LLP** | **TOGUT, SEGAL & SEGAL LLP** |
|---|---|
| Tania M. Moyron (admitted *pro hac vice*) <br> Van C. Durrer, II (admitted *pro hac vice*) <br> 601 S. Figueroa Street #2500 <br> Los Angeles, CA 90017 <br> Telephone: (213) 623-9300 <br> Facsimile: (213) 623-9924 <br> Email: tania.moyron@dentons.com <br> van.durrer@dentons.com | Frank A. Oswald (admitted) <br> 550 Broad Street <br> Suite 1508 <br> Newark, NJ 07102 <br> Telephone: (212) 594-5000 <br> Facsimile: (212) 967-4258 <br> Email: frankoswald@teamtogut.com |
| John D. Beck (admitted *pro hac vice*) <br> Sarah M. Schrag (admitted *pro hac vice*) <br> 1221 Avenue of the Americas <br> New York, NY 10020-1089 <br> Telephone: (212) 768-6700 <br> Facsimile: (212) 768-6800 <br> Email: john.beck@dentons.com <br> sarah.schrag@dentons.com | Albert Togut (admitted *pro hac vice*) <br> Eitan Blander (admitted *pro hac vice*) <br> One Penn Plaza, Suite 3335 <br> New York, New York 10119 <br> Telephone: (212) 594-5000 <br> Facsimile: (212) 967-4258 <br> Email: altogut@teamtogut.com <br> eblander@teamtogut.com |
| *Counsel for Debtors and* <br> *Debtors in Possession* | *Counsel for Debtors and* <br> *Debtors in Possession* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br><br> Powin, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 25-16137 (MBK) <br><br> (Jointly Administered) |

**DECLARATION OF FRANK A. OSWALD IN SUPPORT OF**
**JOINT MOTION OF DEBTORS' PROFESSIONALS FOR**
<u>**ENHANCEMENT OF PROFESSIONAL FEES**</u>

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

I, Frank A. Oswald, hereby state and declare as follows:

1. I am a partner in the law firm of Togut, Segal & Segal LLP ("Togut"), located at 550 Broad Street Suite 1508, Newark, NJ 07102, and have been duly admitted to practice law in New Jersey and New York. There are no disciplinary proceedings pending against me.

2. Togut was co-counsel to Powin, LLC and its affiliated debtors ("Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"). I am one of the attorneys representing the Debtors.

3. I make this declaration in support of the *Joint Motion of Debtors' Professionals for Enhancement of Professional Fees* (the "Motion"),[2] filed concurrently herewith. I am familiar with the work performed on behalf of the Debtors by Togut and, if called to testify, I could and would testify of my own personal knowledge of the facts stated herein.

4. On July 7, 2025, the Debtors filed the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Togut, Segal & Segal LLP as Co-Counsel to the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 276] (the "Togut Retention Application"), seeking to retain and employ Togut as its bankruptcy co-counsel pursuant to section 327 of the Bankruptcy Code. The Court granted the Togut Retention Application on August 1, 2025 [Docket No. 596].

5. Immediately prior to the Petition Date, Togut waived approximately $47,864.00 in professional fees due to the hurried nature of the filing and the Debtors' severe liquidity constraints. In light of the extraordinary results reached in this case, by way of the Motion, Togut seeks approval and allowance of a fee augmentation in the amount of $47,864.00.

---

[2] Unless otherwise defined herein, all capitalized terms shall have the same meaning as in the Motion.

2

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed this 28th day of January 2026, at New York, New York.

*/s/ Frank A. Oswald*
Frank A. Oswald

3