# **Exhibit D**

Proposed Form of Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING JOINT MOTION OF DEBTORS'
PROFESSIONALS FOR ENHANCEMENT OF PROFESSIONAL FEES**

The relief set forth on the following pages, numbered three [3] through four [4], is **ORDERED**.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

(Page 2)
Debtors:       Powin, LLC, *et al.*
Case No.      25-16137 (MBK)
Caption of Order: Order Granting Joint Motion of Debtors' Professionals for Enhancement of Professional Fees

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| **DENTONS US LLP** | **TOGUT, SEGAL & SEGAL LLP** |
|---|---|
| Tania M. Moyron (admitted *pro hac vice*) | Frank A. Oswald (admitted) |
| Van C. Durrer, II (admitted *pro hac vice*) | 550 Broad Street |
| 601 S. Figueroa Street #2500 | Suite 1508 |
| Los Angeles, CA 90017 | Newark, NJ 07102 |
| Telephone:  (213) 623-9300 | Telephone:  (212) 594-5000 |
| Facsimile:  (213) 623-9924 | Facsimile:  (212) 967-4258 |
| Email:  tania.moyron@dentons.com | Email:  frankoswald@teamtogut.com |
|         van.durrer@dentons.com | |
| | Albert Togut (admitted *pro hac vice*) |
| John D. Beck (admitted *pro hac vice*) | Eitan Blander (admitted *pro hac vice*) |
| Sarah M. Schrag (admitted *pro hac vice*) | One Penn Plaza, Suite 3335 |
| 1221 Avenue of the Americas | New York, New York 10119 |
| New York, NY 10020-1089 | Telephone:  (212) 594-5000 |
| Telephone:  (212) 768-6700 | Facsimile:  (212) 967-4258 |
| Facsimile:  (212) 768-6800 | Email:  altogut@teamtogut.com |
| Email:  john.beck@dentons.com |         eblander@teamtogut.com |
|         sarah.schrag@dentons.com | |
| *Counsel for Debtors and Debtors in Possession* | *Counsel for Debtors and Debtors in Possession* |

2

(Page 3)
Debtors:       Powin, LLC, *et al.*
Case No.       25-16137 (MBK)
Caption of Order: Order Granting Joint Motion of Debtors' Professionals for Enhancement of Professional Fees

Upon consideration of the Motion[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") enhancing certain debtor professional fees, as more fully set forth in the Motion; and upon the declarations attached to the Motion and the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference from the United States District Court for the District of New Jersey* dated as of September 18, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for hearing on the Motion were appropriate under the circumstances and that no other notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion and at the hearing thereon establish just cause for the relief granted herein; and upon all of the proceedings before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. The Debtors' Professionals' work in the Chapter 11 Cases and the corresponding results were remarkable and justify an enhanced fee award.

---

[2] Unless otherwise defined herein, all capitalized terms shall have the same meaning as in the Motion.

(Page 4)
Debtors:	Powin, LLC, *et al.*
Case No.	25-16137 (MBK)
Caption of Order: Order Granting Joint Motion of Debtors' Professionals for Enhancement of Professional Fees

    3.  The Debtors' Professionals are entitled to disbursements of $323,636.65 to Dentons US LLP, $280,000.00 to Uzzi & Lall, and $47,864.00 to Togut, Segal & Segal LLP as a fee enhancement for their work in the Chapter 11 Cases.  Such disbursements are authorized immediately from the Professional Fee Reserve until exhausted, and the balance shall be paid by the Liquidating Trustee as and when the Liquidating Trustee makes distributions to other administrative and/or priority creditors consistent with the Plan.