| | |
|---|---|
| **DENTONS US LLP** | **TOGUT, SEGAL & SEGAL LLP** |
| Tania M. Moyron (admitted *pro hac vice*) | Frank A. Oswald (admitted) |
| Van C. Durrer (admitted *pro hac vice*) | 550 Broad Street |
| 601 S. Figueroa Street #2500 | Suite 1508 |
| Los Angeles, CA 90017 | Newark, NJ 07102 |
| Telephone: (213) 623-9300 | Telephone: (212) 594-5000 |
| Facsimile: (213) 623-9924 | Facsimile: (212) 967-4258 |
| Email: tania.moyron@dentons.com | Email: frankoswald@teamtogut.com |
|     van.durrer@dentons.com | |
| | Albert Togut (admitted *pro hac vice*) |
| John D. Beck (admitted *pro hac vice*) | Eitan Blander (admitted *pro hac vice*) |
| Sarah M. Schrag (admitted *pro hac vice*) | Christian Ribeiro (admitted *pro hac vice*) |
| 1221 Avenue of the Americas | One Penn Plaza, Suite 3335 |
| New York, NY 10020-1089 | New York, New York 10119 |
| Telephone: (212) 768-6700 | Telephone: (212) 594-5000 |
| Facsimile: (212) 768-6800 | Facsimile: (212) 967-4258 |
| Email: john.beck@dentons.com | Email: altogut@teamtogut.com |
|     sarah.schrag@dentons.com |     eblander@teamtogut.com |
| |     cribeiro@teamtogut.com |
| *Counsel for Debtors and* | |
| *Debtors in Possession* | *Co-Counsel for Debtors and* |
| | *Debtors in Possession* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered)<br><br>**Hearing Date: February 24, 2026 at 11:00 a.m.**<br><br>**Objections Due: February 17, 2026 at 4:00 p.m.** |

**NOTICE OF HEARING OF RETAINED PROFESSIONALS SECOND INTERIM AND FINAL APPLICATIONS FOR ALLOWANCE OF COMPENSATION FOR SERVICES <u>RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED</u>**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

**PLEASE TAKE NOTICE** that on June 9, 2025 and June 10, 2025 (collectively, the "Petition Date"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing on estate retained professionals who have filed applications for a second interim and final allowance of compensation and reimbursement of actual expenses incurred in the Chapter 11 Cases from October 1, 2025 through and including December 5, 2025 (the "Second and Final Fee Period"), identified on **Schedule 1** attached hereto (the "Final Fee Applications"), has been scheduled to be heard on **February 24, 2026 at 11:00 a.m.** (the "Hearing") and will be conducted *via Zoom for Government,* before the Honorable Michael K. Kaplan, United States Bankruptcy Judge for the District of New Jersey.

**PLEASE TAKE FURTHER NOTICE** that, parties wishing to appear at the Hearing must register with the Court by submitting an e-mail to Chambers (chambers_of_mbk@njb.uscourts.gov), by no later than one business day before the hearing, by indicating the name of the person appearing, their e-mail address, their affiliation, and whom they represent/interest in this case. If the request is approved, the participant will receive appropriate credentials and further instruction. Telephonic information for observational purposes can be found on the page on the Court's website devoted to the *Powin, LLC, et al.,* bankruptcy case: https://www.njb.uscourts.gov/powin.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Final Fee Applications shall: (a) be in writing; (b) state with particularity the basis of the objection; and (c) be filed with the Clerk of the Bankruptcy Court electronically by

2

attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004(the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served on such parties in accordance with the General Order and the Supplemental Commentary, so as to be actually received no later than **February 17, 2025 at 4:00 p.m. (prevailing Eastern Time) ("the Objection Deadline")**.

        **PLEASE TAKE FURTHER NOTICE** that, if no written objections are timely filed and served by the Objection Deadline, the Bankruptcy Court may approve the Final Fee Applications without further notice or opportunity to be heard.

        **PLEASE TAKE FURTHER NOTICE**, that in accordance with D.N.J. LBR 9013-3(d) appearances on fee applications are not required, unless objections are timely filed and served.

        **PLEASE TAKE FURTHER NOTICE** that copies of the Final Fee Applications and any related filings, can be viewed and/or obtained by: (i) accessing the Bankruptcy Court's Website for a fee, (ii) visiting the website for the Debtors' chapter 11 cases at: https://www.veritaglobal.net/powin or (iii) by contacting the Office of the Clerk of the United

States Bankruptcy Court, District of New Jersey.  Please note that a PACER password is required to access documents on the Bankruptcy Court's Website.

Dated: January 29, 2026

**TOGUT, SEGAL & SEGAL LLP**

*/s/ Frank A. Oswald*
Frank A. Oswald (admitted)
550 Broad Street
Suite 1508
Newark, NJ 07102
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  frankoswald@teamtogut.com

Albert Togut (admitted *pro hac vice*)
Eitan Blander (admitted *pro hac vice*)
Christian Ribeiro (admitted *pro hac vice*)
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  altogut@teamtogut.com
           eblander@teamtogut.com
           cribeiro@teamtogut.com

- and –

**DENTONS US LLP**
Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
           van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Sarah M. Schrag (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
           sarah.schrag@dentons.com

*Counsel for the Debtors and Debtors in Possession*

4

## SCHEDULE "1"

| Name of Professional/Role | ECF Docket No. | Fee Period | Second Interim Fees Sought | Second Interim Expenses Sought | Aggregate Fees and Expenses Sought (For All Fee Periods) |
|---|---|---|---|---|---|
| **Dentons US LLP** *Counsel for the Debtors* | ECF No. 1311 | Second Interim and Final 10/1/2025 through 12/5/2025 | $1,472,096.90 | $18,450.15 | $6,074,243.27 |
| **Togut, Segal & Segal LLP** *Co-Counsel for the Debtors* | ECF No. 1307 | Second Interim and Final 10/1/2025 through 12/5/2025 | $399,783.00 | $1,619.04 | $1,362,774.86 |
| **Kurtzman Carson d/b/a Verita Global** *Administrative Advisor to the Debtor* | ECF No. 1275 | Second Interim and Final 10/1/2025 through 12/5/2025 | $48,154.50 | $0.00 | $93,953.40 |