**ORACLE AMERICA, INC.**
**ATTACHMENT TO ADMINISTRATIVE CLAIM**
**POWIN, LLC**
**CASE NO 25-16137**

Oracle America, Inc., successor in interest to NetSuite, Inc. ("Oracle"), hereby requests allowance and payment of an administrative expense in the amount of $66,038.53 pursuant to sections 503(a) and (b) of the Bankruptcy Code (the "Administrative Request"), for post-petition goods and products provided, and services rendered, by Oracle to Powin, LLC ("Powin").

1. Oracle is a licensor of computer software and, pursuant to agreements, provides software-related products, technical support, maintenance, educational materials, and programs, as well as cloud-based and point of sale services, which Oracle often customizes for the customer's specific needs. Prior to June 10, 2025 (the "Petition Date"), Powin and Oracle were parties to several such license agreements (the "Oracle Agreements").

2. Powin and its affiliates ("Debtors") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on the Petition Date.

3. On December 1, 2025, the Court entered an Order [Dkt. No. 1165] confirming the *Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors* [Dkt. No. 942] ("Plan"). The Plan became effective on December 5, 2025 ("Effective Date"). Pursuant to the Plan, the Oracle Agreements were rejected as of the Effective Date.

4. Oracle submits this Administrative Request pursuant to the *Notice of (I) Confirmation and Effective Date of the Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors and (II) Deadlines Under the Plan and Confirmation Order to File Administrative Claims, Professional Fee Claims, and Rejection Claims* [Dkt. No. 1187] ("Notice"). Pursuant to the Notice, the last day to file an administrative claim is February 3, 2026.

5. Powin owes Oracle $66,038.53 for support services which Oracle provided to Powin after the Petition Date and prior to the Effective Date. These post-petition services are evidenced by the outstanding invoices ("Invoices") attached hereto as **Exhibit A** and include the following:

| Invoice No. | Invoice Date | Due Date | Amount | Estimate # |
|---|---|---|---|---|
| 2192789 | 6/10/2025 | 7/11/2025 | $838.02 | 1563986 |
| 2225548 | 7/15/2025 | 8/28/2025 | $12,082.59 | 1557425 |
| 2250789 | 8/14/2025 | 9/23/2025 | $50,321.72 | 1266959 |
| 2271033 | 9/10/2025 | 10/11/2025 | $558.68 | 1563986 |
| 2274588 | 9/11/2025 | 10/23/2025 | $2,237.52 | 1517684 |

6. Oracle asserts that Powin used Oracle's services up until the Effective Date and therefore Oracle provided ongoing tangible value to the Debtors' estate.

7. Oracle also filed general unsecured and rejection damages claims which include some or all of the Invoices. Oracle believes that the services reflected by the Invoices and this Administrative Request are entitled to administrative expense allowance. However, to the extent not allowed as an administrative expense, Oracle seeks to ensure such sums are allowed pursuant to either its filed rejection damages or general unsecured claims

8. Oracle respectfully requests allowance and payment of an administrative expense to Oracle in an amount of not less than $66,038.53, and reserves its right to supplement this Administrative Request if additional unpaid administrative amounts accrue.

# EXHIBIT A

**Invoice # 2192789**

**ORACLE NETSUITE**

Oracle America Inc.
500 Oracle Parkway
Redwood Shores, CA 94065
United States
+1 888 803 7414
Tax ID No.: ▮▮▮▮▮▮5249

**Bill To**
Powin Energy Corporation
20550 SW 115th Ave
Tualatin OR 97062
United States

**Ship To**
Powin Energy Corporation
20550 SW 115th Ave
Tualatin OR 97062
United States

| Invoice Date | Terms | Due Date | Sales Rep |
|---|---|---|---|
| 10 June 2025 | Net 30 | 11 July 2025 | Abruzino, Nicolette |
| **Currency** | **FX Rate** | **PO #** | **Estimate #** |
| USD | 1 | | Estimate #1563986 |

| Item | Description | Coverage Period | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|---|
| NetSuite Smart Count Cloud Service | NetSuite Smart Count Cloud Service includes:<br>** Automatic cycle count creation<br>** Quantity entry or force tally scans<br>** Live counting (counting while business is transacting)<br>** Item/Location/Bin level, rule-based approvals<br>** Smart Count KPI's and dashboard<br>** Requires Inventory Management and SCM Mobile | 13 Jun 2025 - 13 Sep 2025 | 1 | 0.375 | $1,197.00 |
| Subtotal | | | | | $1,197.00 |
| Discount | Discount | | | | ($358.98) |
| Subtotal | | | | | $838.02 |

**Subtotal** $838.02
**Tax Total** $0.00
**Total** $838.02

**Remittance Slip**

Payment Address:
Oracle America, Inc.
Bank of America Lockbox Services
15612 Collections Center Drive
Chicago, IL 60693
_____

Payment by Wire:
Bank of America
Account #: ▇▇▇▇▇▇7093
Account Name: Oracle America, Inc.
Bank Routing No. ACH/EFT: ▇▇▇▇0358
Bank Routing No. Dom. Wires: ▇▇▇▇9593
Swift Code: BOFAUS3N

| Customer | 9856426 Powin Energy Corporation : Powin Energy Corp. : Powin Energy Corp. |
|---|---|
| **Invoice #** | 2192789 |
| **Amount Due** | $838.02 |
| **Amount Paid** | _____ |

To view or pay your invoice securely online, contact Collections for access.

Email: CollectionsTeam_US@Oracle.com
Toll Free: +1 888 803 7414

Page 2 of 2

**Invoice # 2225548**

ORACLE NETSUITE

Oracle America Inc.
500 Oracle Parkway
Redwood Shores, CA 94065
United States
+1 888 803 7414
Tax ID No.: ▮▮▮▮▮5249

**Bill To**
Powin Energy Corporation
20550 SW 115th Ave
Tualatin OR 97062
United States

**Ship To**
Powin Energy Corporation
20550 SW 115th Ave
Tualatin OR 97062
United States

| Invoice Date | Terms | Due Date | Sales Rep |
|---|---|---|---|
| 15 July 2025 | Net 30 | 28 August 2025 | Abruzino, Nicolette |
| **Currency** | **FX Rate** | **PO #** | **Estimate #** |
| USD | 1 | | Estimate #1557425 |

| Item | Description | Coverage Period | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|---|
| NetSuite OneWorld Additional Country/Currency Cloud Service | Refer to the NetSuite GBU Cloud Services - Service Descriptions found at https://www.oracle.com/corporate/contracts/cloud-services/netsuite/descriptions.html | 30 Jul 2025 - 29 Nov 2025 | 6 | 2.4 | $19,176.00 |
| Subtotal | | | | | $19,176.00 |
| Discount | Discount | | | | ($5,750.89) |
| Subtotal | | | | | $13,425.11 |
| One Time Discount | This one time discount shall not apply to any future purchases or Estimate/Order Forms. | | | | ($1,342.52) |
| Subtotal | | | | | $12,082.59 |

| | |
|---:|---:|
| **Subtotal** | $12,082.59 |
| **Tax Total** | $0.00 |
| **Total** | $12,082.59 |

**Remittance Slip**

Payment Address:
Oracle America, Inc.
Bank of America Lockbox Services
15612 Collections Center Drive
Chicago, IL 60693
_____

Payment by Wire:
Bank of America
Account #: ▮▮▮▮▮7093
Account Name: Oracle America, Inc.
Bank Routing No. ACH/EFT: ▮▮▮▮0358
Bank Routing No. Dom. Wires: ▮▮▮▮9593
Swift Code: BOFAUS3N

| Customer | 9856426 Powin Energy Corporation : Powin Energy Corp. : Powin Energy Corp. |
|---|---|
| **Invoice #** | 2225548 |
| **Amount Due** | $12,082.59 |
| **Amount Paid** | _____ |

To view or pay your invoice securely online, contact Collections for access.

Email: CollectionsTeam_US@Oracle.com
Toll Free: +1 888 803 7414

Page 2 of 2

**ORACLE NetSuite**

**Invoice # 2271033**

Oracle America Inc.
500 Oracle Parkway
Redwood Shores, CA 94065
United States
+1 888 803 7414
Tax ID No.: ▮▮▮▮▮▮5249

**Bill To**
Powin Energy Corporation
20550 SW 115th Ave
Tualatin OR 97062
United States

**Ship To**
Powin Energy Corporation
20550 SW 115th Ave
Tualatin OR 97062
United States

| Invoice Date | Terms | Due Date | Sales Rep |
|---|---|---|---|
| 10 September 2025 | Net 30 | 11 October 2025 | Abruzino, Nicolette |
| **Currency** | **FX Rate** | **PO #** | **Estimate #** |
| USD | 1 | | Estimate #1563986 |

| Item | Description | Coverage Period | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|---|
| NetSuite Smart Count Cloud Service | NetSuite Smart Count Cloud Service includes:<br>** Automatic cycle count creation<br>** Quantity entry or force tally scans<br>** Live counting (counting while business is transacting)<br>** Item/Location/Bin level, rule-based approvals<br>** Smart Count KPI's and dashboard<br>** Requires Inventory Management and SCM Mobile | 14 Sep 2025 - 13 Nov 2025 | 1 | 0.25 | $798.00 |
| Subtotal | | | | | $798.00 |
| Discount | Discount | | | | ($239.32) |
| Subtotal | | | | | $558.68 |

**Subtotal** $558.68
**Tax Total** $0.00
**Total** $558.68

Page 1 of 2

**Remittance Slip**

Payment Address:
Oracle America, Inc.
Bank of America Lockbox Services
15612 Collections Center Drive
Chicago, IL 60693
_____

Payment by Wire:
Bank of America
Account #: ███████7093
Account Name: Oracle America, Inc.
Bank Routing No. ACH/EFT: ██████0358
Bank Routing No. Dom. Wires: ████9593
Swift Code: BOFAUS3N

| Customer | 9856426 Powin Energy Corporation : BESS RemainCo LLC : Powin Energy Corp. |
|---|---|
| **Invoice #** | 2271033 |
| **Amount Due** | $558.68 |
| **Amount Paid** | _____ |

To view or pay your invoice securely online, contact Collections for access.

Email: CollectionsTeam_US@Oracle.com
Toll Free: +1 888 803 7414

# ORACLE NetSuite

**Invoice # 2274588**

Oracle America Inc.
500 Oracle Parkway
Redwood Shores, CA 94065
United States
+1 888 803 7414
Tax ID No.: ▮▮▮▮▮▮5249

**Bill To**
Powin Energy Corporation
20550 SW 115th Ave
Tualatin OR 97062
United States

**Ship To**
Powin Energy Corporation
20550 SW 115th Ave
Tualatin OR 97062
United States

| Invoice Date | Terms | Due Date | Sales Rep |
|---|---|---|---|
| 11 September 2025 | Net 30 | 23 October 2025 | Abruzino, Nicolette |
| **Currency** | **FX Rate** | **PO #** | **Estimate #** |
| USD | 1 | | Estimate #1517684 |

| Item | Description | Coverage Period | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|---|
| NetSuite OneWorld Additional Country/Currency Cloud Service | Refer to the NetSuite GBU Cloud Services - Service Descriptions found at https://www.oracle.com/corporate/contracts/cloud-services/netsuite/descriptions.html | 24 Sep 2025 - 23 Nov 2025 | 2 | 0.364 | $3,196.00 |
| Subtotal | | | | | $3,196.00 |
| Discount | Discount | | | | ($958.48) |
| Subtotal | | | | | $2,237.52 |

| | |
|---|---|
| **Subtotal** | $2,237.52 |
| **Tax Total** | $0.00 |
| **Total** | $2,237.52 |

Page 1 of 2

**Remittance Slip**

Payment Address:
Oracle America, Inc.
Bank of America Lockbox Services
15612 Collections Center Drive
Chicago, IL 60693
_____

Payment by Wire:
Bank of America
Account #: ▮▮▮▮▮▮7093
Account Name: Oracle America, Inc.
Bank Routing No. ACH/EFT: ▮▮▮▮▮0358
Bank Routing No. Dom. Wires: ▮▮▮▮9593
Swift Code: BOFAUS3N

| | |
|---|---|
| **Customer** | 9856426 Powin Energy Corporation : BESS RemainCo LLC : Powin Energy Corp. |
| **Invoice #** | 2274588 |
| **Amount Due** | $2,237.52 |
| **Amount Paid** | _____ |

To view or pay your invoice securely online, contact Collections for access.

Email: CollectionsTeam_US@Oracle.com
Toll Free: +1 888 803 7414

**Invoice # 2250789**

# ORACLE NETSUITE

Oracle America Inc.
500 Oracle Parkway
Redwood Shores, CA 94065
United States
+1 888 803 7414
Tax ID No.: ████5249

**Bill To**
Powin Energy Corporation
20550 SW 115th Ave
Tualatin OR 97062
United States

**Ship To**
Powin Energy Corporation
20550 SW 115th Ave
Tualatin OR 97062
United States

| Invoice Date | Terms | Due Date | Sales Rep |
|---|---|---|---|
| 14 August 2025 | Net 30 | 23 September 2025 | Abruzino, Nicolette |
| **Currency** | **FX Rate** | **PO #** | **Estimate #** |
| USD | 1 | | Opportunity #1266959 |

| Item | Description | Coverage Period | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|---|
| NetSuite SuiteSuccess Manufacturing Premium Cloud Service | NetSuite SuiteSuccess Manufacturing Prm Cloud Service includes:<br>** ERP with G/L, Accounts Payable, Purchasing, Inventory, Order Entry, A/R, Expense Reporting, Advanced Shipping with integrated shipping depending on your location, use of Fulfillment Requests and Automatic Location Assignment for up to 5000 orders annually.<br>** NetSuite CRM Sales Force Automation with quote and order management, Marketing Automation with campaigns; Customer Service/Support<br>** Productivity tools including contacts/calendar/events<br>**NetSuite Subsidiary Management within customer's home country for a single currency. Additional countries/currencies require separate purchase of OneWorld<br>** NetSuite Work Orders and Assemblies Cloud Service<br>** NetSuite Inventory Management Cloud Service<br>** NetSuite Financial Management Cloud Service<br>** NetSuite Procurement Cloud Service<br>** NetSuite Demand Planning Cloud Service<br>** NetSuite Manufacturing WIP and Routings Cloud Service<br>** NetSuite Fixed Asset Management Cloud Service<br>** NetSuite Advanced Electronic Bank Payments<br>** Real-time Dashboards with key business metrics, report snapshots<br>** Customer, Vendor and Partner Center logins<br>** 5 Employee Self-Service Users<br>** NetSuite Basic Customer Support. Current URL Terms for support are located at www.netsuite.com/supportterms.<br>** 30,000 integrated bulk mail merges per month<br>** 120,000 campaign emails per year with no single blast exceeding 10,000 recipients<br>** Includes one (1) Training On Demand Pass pursuant to the Learning Cloud & Learning Provider Service Descriptions found at https://www.oracle.com/corporate/contracts/cloud-services/netsuite/descriptions.html<br>NetSuite Standard Service Tier:<br>** Maximum of 100GB of File Cabinet Storage, which is included with Standard Service Tier.<br>** Maximum 100 Full Licensed Users Provisioned (excluding Employee Center, Partner Center, Advanced Partner Center, Vendor Center and Customer Center)<br>** | 01 Sep 2025 - 30 Nov 2025 | 1 | 0.167 | $17,997.00 |
| | Maximum 200,000 monthly transaction lines<br>** Maximum of 1 SuiteCloud+ license | | | | |
| NetSuite General Access Cloud Service User | General access user for NetSuite. | 01 Sep 2025 - 30 Nov 2025 | 25 | 4.167 | $9,000.00 |
| NetSuite Employee Self-Serv Cloud Service 5-Pk Users | Employee Self-Service + Intranet 5 User Pack for NetSuite | 04 Sep 2025 - 30 Nov 2025 | 1 | 0.167 | $297.00 |

| Item | Description | Coverage Period | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|---|
| NetSuite Partner Cloud Service User | User access for NetSuite Solution Provider, Alliance and SuiteCloud Developer Network Partners<br>** Limited to a maximum of fifteen (15) users per account<br>** Users must be employees of a NetSuite Solution Provider, Alliance or SuiteCloud Developer Network Partner in good standing<br>** Users must be identified by an email address for log-in that corresponds to the respective NetSuite Solution Provider, Alliance or SuiteCloud Developer Network Partner | 01 Sep 2025 - 30 Nov 2025 | 1 | 0.167 | $147.00 |
| NetSuite OneWorld Cloud Service | NetSuite OneWorld includes:<br>** Management of multiple subsidiaries, business units and legal entities<br>** Support of consistent processes across countries<br>** Unlimited (dependent on customer's requirements) subsidiaries in a single country for a single currency<br>** Includes 1 country/currency combination. Additional purchase required for new country/currency combination<br>** Comprehensive Language Management<br>** Support for 27 different languages<br>** Comprehensive Multi-Currency Management<br>** Audit and Compliance Reporting<br>** Always-on audit trail, built-in analytics, access logs and workflow<br>** Supports global compliance of internal and external processes<br>** Real-time global business insight<br>** Configurable Tax Engine<br>** Pre-configuration of tax codes and localized reporting where applicable<br>** Flexible indirect tax engine automates calculations<br>** Cross border sales and Intrastat reporting across EU countries<br>** Indirect Tax Compliance; Payment processing<br>** Pay vendor bills and employee expenses across the globe<br>** Take payments directly from customers.<br><br>Customer understands and agrees that once NetSuite OneWorld has been provisioned to the NetSuite Service, the NetSuite Service and Customer Data cannot be switched back to a non OneWorld state. | 01 Sep 2025 - 30 Nov 2025 | 1 | 0.167 | $5,997.00 |
| NetSuite OneWorld Additional Country/Currency Cloud Service | NetSuite OneWorld Additional Country/Currency includes:<br>** Additional new country/currency combination | 02 Sep 2025 - 30 Nov 2025 | 3 | 0.5 | $7,191.00 |

| Item | Description | Coverage Period | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|---|
| NetSuite SuiteProjects Cloud Service | **Manage project schedules with phases/tasks/milestones, track time to project tasks, create and maintain project templates, configure and report on project profitability, and automate project billing with charge-based billing.<br><br>**Allocate resources to projects with defined start/end dates, track resource skill sets, and monitor availability on the resource allocation chart.<br><br>**Create project specific budgets for cost and revenue by activity code. Calculate costs for labor based on tracked time, and account for these costs in your general ledger. | 01 Sep 2025 - 30 Nov 2025 | 1 | 0.167 | $2,697.00 |
| NetSuite SuiteAnalytics Connect Mid-Market Cloud Service | The SuiteAnalytics Connect Cloud Service enables you to access and query your NetSuite data using SQL through the following mainstream database standards: ODBC, JDBC and ADO.NET. The SuiteAnalytics Connect Cloud Service requires separately licensed drivers for ODBC, JDBC and ADO.Net ("SuiteAnalytics Connect Drivers" or "Drivers"), which NetSuite provides to you at no additional cost if you have procured the SuiteAnalytics Connect Cloud Service. Access to SuiteAnalytics Connect Cloud Service is provided pursuant to the Subscription Services Agreement, which you previously accepted when you procured NetSuite's hosted business solution. Your use of the Drivers is governed by the terms and conditions set forth in the SuiteAnalytics Connect Drivers End User License Agreement that can be found at www.netsuite.com/termsofservice. By signing the Estimate/Order Form and/or downloading the Drivers, you agree you have reviewed and agree to such terms. | 01 Sep 2025 - 30 Nov 2025 | 1 | 0.167 | $1,497.00 |
| NetSuite WMS Cloud Service | ** Use of the automatic push based printing in WMS for some standard reports/labels, and integration with some shipping workstations functionality requires the use of the WMS Printer Driver Software, which must be procured separately<br>** Bar Code Scanning<br>** Wireless RF / Mobile Handhelds<br>** Single and Multi-Order Picking<br>** Paperless System Recommended Putaway and Picking<br>** GS1 Label & Packlist Printing<br>** Shipping integration with UPS/FedEx<br>** NetSuite Ship Central<br>** NetSuite Smart Count Cloud Service<br>** Requires Inventory Management | 01 Sep 2025 - 30 Nov 2025 | 1 | 0.167 | $2,997.00 |
| NetSuite WMS Printer Driver Cloud Service | ** One copy of the offline NetSuite WMS Printer Driver Software<br><br>NetSuite WMS Printer Driver Software is made available pursuant to the terms described in the NetSuite Third Party Terms of Service posted at www.netsuite.com/tos. | 01 Sep 2025 - 30 Nov 2025 | 1 | 0.167 | $3.00 |

| Item | Description | Coverage Period | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|---|
| NetSuite Sandbox Environment Cloud Service | Sandbox Environment for NetSuite Customers<br>** Replicates production environment including data and customizations<br>** Isolated environment – changes shielded from live production account<br>** One production environment replication for each month of term is included<br>** Administrators may provide sandbox access to all production users as needed<br><br>NetSuite uptime guarantee does not apply to Sandbox Environments. | 01 Sep 2025 - 30 Nov 2025 | 1 | 0.167 | $4,782.30 |
| Subtotal | | | | | $52,605.30 |
| Discount | Discount | | | | ($15,781.08) |
| Subtotal | | | | | $36,824.22 |
| NetSuite Premium Tier Infrastructure Cloud Service | Premium Service Tier<br>Includes selection of phase during upgrade cycle<br>Includes 1,000 GB of File Cabinet Storage<br>Maximum 1,000 Users and 2 million monthly transaction lines<br>Maximum 3 SuiteCloud+ licenses<br>Base Concurrency of 15 | 01 Sep 2025 - 30 Nov 2025 | 1 | 0.167 | $14,997.00 |
| Subtotal | | | | | $14,997.00 |
| One Time Discount | This one time discount shall not apply to any future purchases or Estimate/Order Forms. | | | | ($1,499.50) |
| Subtotal | | | | | $13,497.50 |

| | |
|---|---|
| **Subtotal** | $50,321.72 |
| **Tax Total** | $0.00 |
| **Total** | $50,321.72 |

**Remittance Slip**

Payment Address:
Oracle America, Inc.
Bank of America Lockbox Services
15612 Collections Center Drive
Chicago, IL 60693
_____
Payment by Wire:
Bank of America
Account #: ▇▇▇▇▇▇7093
Account Name: Oracle America, Inc.
Bank Routing No. ACH/EFT: ▇▇▇▇0358
Bank Routing No. Dom. Wires: ▇▇▇▇9593
Swift Code: BOFAUS3N

| | |
|---|---|
| **Customer** | 9856426 Powin Energy Corporation : Powin Energy Corp. : Powin Energy Corp. |
| **Invoice #** | 2250789 |
| **Amount Due** | $50,321.72 |
| **Amount Paid** | _____ |

To view or pay your invoice securely online, contact Collections for access.

Email: CollectionsTeam_US@Oracle.com
Toll Free: +1 888 803 7414