**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re: Powin, LLC, *et al.*, Debtors. | Chapter 11 Case No.: 25-16137 (MBK) (Jointly Administered) |
|---|---|

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 3, 2026, I served a copy of *Oracle America, Inc.'s, successor in interest to NetSuite, Inc., Request for Payment of Administrative Expense, along with attachment* on the parties listed on the below service list via email containing a pdf of the document. In addition, the parties entitled to receive notice by the Court's CM-ECF system were sent an email notification of such filing by the Court's CM-ECF System.

/s/ Hannah Rice
Hannah Rice

**Service List – Email**

*Counsel for Debtors and Debtors in Possession*
Lauren Macksoud, Esq. lauren.macksoud@dentons.com
Tania M. Moyron, Esq. tania.moyron@dentons.com
Van C. Durrer, II, Esq. van.durrer@dentons.com
John D. Beck, Esq. john.beck@dentons.com
Sarah M. Schrag, Esq. sarah.schrag@dentons.com
Frank A. Oswald, Esq. frankoswald@teamtogut.com
Albert Togut, Esq. altogut@teamtogut.com
Eitan Blander, Esq. eblander@teamtogut.com

*Counsel to the U.S. Trustee*
Jeffery M. Sponder, Esq. jeffrey.m.sponder@usdoj.gov
Lauren Bielskie, Esq. Lauren.Bielskie@usdoj.gov

*Claims Agent*
Attn: Darlene S. Calderon Powininfo@veritaglobal.com