| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | REQUEST FOR PAYMENT OF<br>ADMINISTRATIVE EXPENSE |
|---|---|---|

| In re:<br><br>Powin, LLC, et al. | Chapter 11<br><br>Case Number:   25-16137 (MBK) | |

**NOTE:** This form should not be used for an unsecured claim arising prior to the commencement of the case. In such instances, a proof of claim should be filed.

| Name of Creditor:  Celestica LLC<br>(The person or other entity to whom the debtor owed money or property.)<br><br>Name and Addresses Where Notices Should Be Sent:<br><br>Celestica LLC<br>11 Continental Blvd.<br>Building 300, Suite 103<br>Merrimack, NH 03054<br>Attn: Contracts Department<br>Email: legal@celestica.com ⊞ | ☐   Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐   Check box if you have never received any notices from the bankruptcy court in this case.<br>☐   Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: N/A | Check here if this request:<br>☐ replaces a previously filed request, dated:<br>☐ amends a previously filed request, dated: |
|---|---|

**1.  BASIS FOR CLAIM**

| | | |
|---|---|---|
| ☐ | Goods Sold | |
| ☐ | Services performed | |
| ☐ | Money loaned | |
| ☐ | Personal injury/wrongful death | |
| ☐ | Taxes | |
| ☒ | Other (Describe briefly): See addendum | |

☐   Retiree benefits as defined in 11 U.S.C. §1114(a)
☐   Wages, salaries and compensations (Fill out below)

Provide last four digits of your social security number _____

**2.  DATE DEBT WAS INCURRED:** See addendum

**3.    TOTAL AMOUNT OF REQUEST AS OF ABOVE DATE:** See addendum _____

☐ Check this box if the request includes interest or other charges in addition to the principal amount of the request. Attach itemized statement of all interest or additional charges.

**4.    Secured Claim**
☒   Check this box if your claim is secured by collateral (including a right of setoff).
     Brief Description of Collateral: See addendum

☐  Real Estate            ☐  Motor Vehicle
☐  Other (Describe briefly) _____

Value of Collateral:  $ See addendum _____

☐  Check this box if there is no collateral or lien securing your claim.

THIS SPACE IS FOR COURT USE ONLY

**5.  Credits:**  The amount of all payments have been credited and deducted for the purposes of making this request for payment of administrative expenses.

**6.  Supporting Documents**: *Attach copies of supporting documents*, such as purchase orders, invoices, itemized statements of running accounts, contracts as well as any evidence of perfection of a lien.

      DO NOT SEND ORIGINAL DOCUMENTS.  If the documents are not available, explain.
      If  the documents are voluminous, attach a summary.

**7.  Date-Stamped Copy**:  To receive an acknowledgment of the filing of your request, enclose a self-addressed envelope and copy of this request.

| Date:<br><br>February 3, 2026 | Sign and print below the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any).<br><br>/s/ Michael Giallella<br>**Authorized Signatory** | |

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**NOTE:**  The filing of this request will not result in the scheduling of a hearing to consider payment of your administrative claim but will result in the registry of your administrative claim with the Bankruptcy Court.  If you wish to have a hearing scheduled on your claim, you must file a motion in accordance with D.N.J. LBR 3001-1(b).                                                          *rev.8/1/15*

| UNITED STATES BANKRUPTCY COURT **DISTRICT OF NEW JERSEY** **Caption in Compliance with D.N.J. LBR 9004-1(b)** Lee M. Cortes, Jr. **ARNOLD & PORTER KAYE SCHOLER LLP** 250 West 55th Street New York, NY 10019 Telephone: (212) 836-8000 Email: lee.cortes@arnoldporter.com *Counsel for Celestica LLC* | |
|---|---|
| In re: POWIN, LLC, *et al.*,[1]    Debtors. | Chapter 11 Case No. 25-16137 (MBK) (Jointly Administered) |

## ADDENDUM TO CELESTICA LLC'S
## REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSES

Celestica LLC ("Celestica"),[2] by and through its undersigned counsel, files this addendum

(this "Addendum") to its request for payment of administrative expense form (the "Claim Form,"

together with this Addendum, the "Request") pursuant to sections 503(a), 503(b)(1)(A), and

507(a)(2) of title 11 of the United States Code (the "Bankruptcy Code") for the allowance and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [15241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487], (x) Powin Energy Storage 2, Inc. [9926], (xi) Powin Energy Ontario Storage II LP [5787], and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to those terms in the *Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors* (the "Plan") that is attached as Exhibit A to the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors* at ECF No. 1165 (the "Confirmation Order").

payment of its Administrative Expense Claim (as defined below).  In support of this Request,

Celestica respectfully states as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334,

the Confirmation Order, and the Plan.  *See* Confirmation Order ¶ 68; Plan § 18. Venue is proper

in the Court under 28 U.S.C. §§ 1408 and 1409.

2.      This matter is a core proceeding under 28 U.S.C. § 157(b).

## THE DEBTOR-CUSTOMER'S AGREEMENT WITH CELESTICA[3]

3.      Powin, LLC (the "Debtor-Customer") and Celestica executed that certain

Agreement for Manufacture (the "Agreement") effective as of March 6, 2021.  The Agreement

sets out the terms and conditions upon which Celestica would manufacture and supply to the

Debtor-Customer certain Products and supply certain Services.  The Agreement applied to all

Orders for Products and agreed upon Services placed by the Debtor-Customer and accepted by

Celestica.  *See* Agreement § 2.1.

4.      More specifically, the Products and Services for which the Debtor-Customer

engaged Celestica included manufacturing and assembling the Debtor-Customer's Centipede

battery energy storage system platform, a module type of battery energy storage system, and

testing the platform before shipment to project locations, helping the Debtor-Customer's near-

shore production and improving its supply-chain responsiveness for North American customers.

The Debtor-Customer placed, and Celestica accepted, certain Orders for Products and Services.

---

[3] Solely for this section of this Request, capitalized terms used but not otherwise defined shall have the meanings
given to them in the Agreement.

The Debtor-Customer, however, as of the date hereof, has not paid Celestica for many of the obligations incurred by it under the Agreement and the Bankruptcy Code.

## PROCEDURAL BACKGROUND

5.      On June 9, 10, and 22, 2025 (the "Petition Date"), the Debtors filed voluntary petitions for relief in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") under Chapter 11 of the Bankruptcy Code.

6.      The Debtors commenced these Chapter 11 cases to, among other things, engage in a value-maximizing sale process for their assets. To that end, on July 1, 2025, the Debtors filed the *Motion of the Debtors for Entry of an Order (I) Designating a Stalking Horse Bidder and Approving Stalking Horse Bidder Protections, (II) Approving Bidding Procedures By Which Interested Parties May Bid and an Auction Sale Format in Connection With the Sale of Substantially All of the Debtors' Assets; (III) Approving Form of Asset Purchase Agreement, (IV) Approving From of Noice to be Provided to Interested Parties, (V) Authorizing the Assumption and Assignment of Assumed Contracts and Notice Procedures Thereto, (VI) Scheduling a Court Hearing to Consider Approval of the Sale to the Highest and Best Bidder, and (VII) Authorizing the Sale of the Debtors' Property Fee and Clear of all Causes of Action and Claims* [ECF No. 228], which the Bankruptcy Court granted through entry of the Bidding Procedures Order on July 17, 2025.  *See* ECF No. 413.  On July 30, 2025, the Debtors conducted an auction of their assets after receiving three qualified bids.  Upon the conclusion of the auction, the Debtors announced the winning bidders for their assets and thereafter executed the following sale transactions:

      a.  Pursuant to that certain bill of sale made in favor of Mainfreight Distribution Pty Ltd. ("Mainfreight") by the Debtors, the Debtors agreed to sell certain of their assets, constituting collateral of Mainfreight, to Mainfreight via credit bid in the amount of $3 million (the "Mainfreight Sale");

b.  Pursuant to that certain asset purchase agreement by and between FlexGen Power Systems, LLC ("FlexGen") and the Debtors (the "FlexGen APA"), the Debtors agreed to sell the Purchased Assets (as defined in the FlexGen APA) to FlexGen for a purchase price of $36 million, comprised in FlexGen's discretion of a credit bid and cash, assumption by FlexGen of certain liabilities described in the FlexGen APA, and the Retention Fund (as defined in the FlexGen APA) (the "FlexGen Sale"); and

c.  Pursuant to that certain Sale and Release Agreement by and between Hitachi Energy Ltd., Hitachi Energy Power Conversion Solutions (together with Hitachi Energy Ltd., "Hitachi"), Powin, LLC, and Powin EKS Sellco LLC (together with Powin, LLC, the "Powin Parties") (the "EKS Sale Agreement"), the Powin Parties agreed to enter into a comprehensive transaction with Hitachi, whereby Hitachi would acquire the Remaining Units (as defined in the EKS Sale Agreement) from Powin EKS Sellco LLC and receive certain releases from the Powin Parties in exchange for providing the Powin Parties with a fixed sum of $15 million (the "EKS Sale").

7.      Neither the Agreement nor any of the Consigned Materials (as defined herein) were sold in connection with the Mainfreight Sale, the FlexGen Sale or the EKS Sale.  Following the sales, the Debtors sought authority to abandon their unsold inventory and parts.  The Bankruptcy Court entered an order on October 24, 2025 authorizing the Debtors to abandon and sell their remaining inventory and parts (the "Miscellaneous Inventory") that were not included in the Mainfreight Sale, the FlexGen Sale, or the EKS Sale.  *See* ECF No. 986, as amended by ECF No. 1041 (the "Abandonment Order"). The Miscellaneous Inventory includes Consigned Materials presently stored with third-party storage facilities.  To date, neither the Debtors nor the Liquidating Trustee have taken possession of the Consigned Materials or sold or abandoned them pursuant to either the Bidding Procedures Order or the Abandonment Order.

8.       The Bankruptcy Court entered the Confirmation Order confirming the Plan on December 1, 2025.  On December 5, 2025 (the "Effective Date"), the Debtors filed the *Notice of (I) Confirmation and Effective Date of the Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin LLC and Affiliates Thereof and the Official Committee of Unsecured*

4

*Creditors and (II) Deadlines Under the Plan and Confirmation Order to File Administrative Claims, Professional Fee Claims, and Rejection Claims* [ECF No. 1187] (the "Effective Date Notice"), notifying parties in interest in these Chapter 11 cases that the Plan went effective the same day.

9.      Pursuant to the Confirmation Order and the Plan, effective as of the Effective Date, the Debtors (i) rejected the Agreement, *see* Confirmation Order ¶ 28; Plan § 12.1, and (ii) irrevocably transferred to the Liquidating Trust all of their rights, title, and interest in and to all of the Liquidating Trust Assets, including without limitation the Consigned Materials, free and clear of all liens, claims, and encumbrances.  *See* Confirmation Order ¶¶ 11, 20; Plan § 14.

10.      Celestica timely filed an unsecured prepetition and rejection damages claim against the Debtors' estate based upon the Agreement, certain prepetition invoices (each, an "Invoice" and collectively, the "Invoices"), certain prepetition purchase orders (each, a "PO" and collectively, the "POs"), certain other documentation (together with the Agreement, the Invoices, and the POs, the "Supporting Documents")[4] generated in connection with the Debtor-Customer's obligations under the Agreement and the Debtors' rejection of the Agreement.  *See* Claim Nos. 343, 449 (either, the "Prepetition Claim").[5]

---

[4] The Supporting Documents are voluminous and subject to confidentiality provisions in the Agreement, *see* Agreement §§ 21.1-21.2 (the "Confidentiality Provisions"), and the terms of that certain Mutual Non-Disclosure Agreement between the Debtor-Customer and Celestica, effective as of June 24, 2021 (the "NDA"), and therefore Celestica has not attached the Supporting Documents to this Request. Celestica understands that all such documents are available to, or in the possession of, the Debtors. However, upon written request (email shall be sufficient) by the Debtors or their successors in interest to counsel to Celestica, Celestica will make available copies of the Supporting Documents, subject to the Confidentiality Provisions and the NDA. Celestica will also provide the Supporting Documents to any other party in interest who requests them, subject to such party executing a confidentiality agreement in form and substance acceptable to Celestica.

[5] In its Prepetition Claim, Celestica asserts that the Debtor-Customer owes it the following amounts: (i) USD $11,935,625.68 for unpaid Receivables; (ii) USD $1,038,458 in Late Charge Fees; (iii) USD $11,364,580.89 for unpaid E&O Inventory; (iv) USD $6,700,000 for unpaid Operation Costs; (iv) USD $4,479,465 for Capital Expenditure Reimbursements; (v) USD $2,331,384 for Rejection Damages; (vi) Additional Contract Obligations; and (vii) Indemnification Obligations (each as defined in the Prepetition Claim).

5

11.     The Confirmation Order and the Effective Date Notice establish a separate bar date

– February 3, 2026 (the "Administrative Expense Bar Date") – for filing postpetition

administrative expense claims against the Debtors' estate.  *See* Confirmation Order ¶ 33; Effective

Date Notice ¶ 3.

## FACTUAL BACKGROUND

A.  Celestica Incurred Costs Postpetition to Properly and Safely Store Property of the Debtors'
     Estate

12.     Celestica incurred costs postpetition to properly and safely store the Debtors'

Consigned Materials, including without limitation their hazardous Batteries (as defined herein),

that are property of the Debtors' estate.  Celestica agreed to manufacture and supply to the Debtor-

Customer certain Products (as defined in the Agreement), subject to the Debtor-Customer first

having purchased certain components and other materials comprising or comprised in the Products

(collectively, the "Consigned Materials") and next having consigned them to Celestica for

Celestica to use in fulfilling its obligations under the Agreement.  *See* Agreement §§ 2.4.1, 2.5.2.6.

The Consigned Materials are property of the Debtors' estate; Celestica may use such materials but

solely for the purposes of carrying out its obligations under the Agreement.  *See id.* § 4.9.2.

13.     The Debtor-Customer sent Consigned Materials to Celestica at its facility in

Monterrey, Mexico (the "Facility").  The Consigned Materials include, without limitation, (i)

component materials (the "Component Materials") and (ii) batteries and battery modules

(collectively, the "Batteries") that pose significant hazards – primarily fire, explosion, and toxic

gas release due to their stored energy and flammable electrolytes – to third parties and third-party

property, often triggered by damage, overcharging, heat, or defects, creating severe risks like rapid

fire spread and dangerous chemical fumes (like hydrofluoric acid) and requiring strict handling,

charging away from combustibles, storage, and proper disposal.

14.    On or around April 4, 2025, pursuant to a notice of payment default (the "Default Notice") under the Agreement that Celestica sent to the Debtor-Customer on April 4, and in accordance with the terms of the Agreement, Celestica stopped manufacturing and supplying Products that include the Consigned Materials to the Debtor-Customer due to the Debtor-Customer's non-payment of amounts due under various Supporting Documents.  After sending the Default Notice but prior to the Petition Date, Celestica moved the Component Materials and certain subassemblies containing both Consigned Materials and Celestica owned materials (the "Subassemblies") to third-party storage facilities (the "3PLs").  Celestica has incurred costs averaging USD $31,042.88 monthly[6] for each month during the period from the Petition Date through the present to store the Component Materials and Subassemblies with the 3PLs and will continue to incur costs to the 3PLs monthly[7] pending the Liquidating Trustee taking possession and disposing of or selling, selling, or abandoning these Component Materials and the Consigned Materials contained in the Subassemblies (collectively, the "3PL Storage Costs").

15.    As of the Petition Date, Celestica also had Batteries at the Facility.  And while the Facility is equipped to receive the Batteries, install them in Products that the Debtor-Customer has ordered, and ship such Products to the Debtor-Customer or its designees, it is not designed to safely store large quantities of hazardous Batteries over a long-term period.

---

[6] The 3PLs store Component Materials, Subassemblies, and other goods and products entirely unrelated to the Debtor-Customer and the Agreement.  Approximately 44% of the storage space with the 3PLs is devoted to the Component Materials and the Subassemblies and the total monthly cost for the 3PLs average approximately USD $70,552.  Therefore, approximately USD $31,042.88, or 44% of USD $70,552, of the monthly payments to the 3PLs is attributable to storing the Debtors' property.  Accordingly, from the Petition Date through and including January 31, 2026, Celestica has incurred approximately USD $240,064.94 in costs to store the Component Materials and Subassemblies with the 3PLs.

[7] Celestica estimates that it will incur approximately USD $31,000 in monthly costs to store these Component Materials and Subassemblies with the 3PLs on a go-forward basis from February 1, 2026.

16.     After the Petition Date, beginning on July 1, 2025, and continuing through August 7, 2025, Celestica's counsel repeatedly pressed Debtors' counsel for direction concerning the Consigned Materials, including the Batteries,[8] for the following reasons: (i) the Consigned Materials are property of the Debtors' estate; (ii) Celestica no longer needed the Consigned Materials to manufacture and supply Products to the Debtor-Customer following the Debtor-Customer's prepetition breach of the Agreement; (iii) the Batteries are susceptible to damage if not stored properly and safely; and (iv) the Batteries are hazardous and pose safety threats to third parties and their property which, if realized, could result in the Debtors and their estate incurring liability pursuant to, among other things, the Indemnification Provision (as defined herein). Indeed, Celestica's counsel advised Debtors' counsel of the hazardous nature of the Batteries and the need for their proper, safe long-term storage by the Debtors or another third-party to preserve the assets and minimize the Debtors' liability risks.  The Debtors, however, did not provide Celestica with direction concerning the Batteries or any of their other Consigned Materials.

17.     Accordingly, Celestica took steps to safely store the Batteries.  In August, 2025, Vector Global Logistics ("VGL"), on Celestica's behalf, transported the Batteries to DSV Global Transport and Logistics ("DSV") in Mexico for DSV to properly and safely store the Batteries pending the Debtors' or their successors' determination to take possession and dispose of or sell, sell, or abandon them (the date such Batteries were shipped, the "Shipping Date").

18.     Celestica paid USD $3,066.52 (the "Shipping Costs") postpetition to VGL for it to transport the Batteries to DSV.[9]  Further, from August 2025, through and including January 2026,

---

[8] The emails that Celestica's counsel sent to Debtors' counsel regarding the Consigned Materials are attached to this Request as Exhibit A.

[9] The invoices for the Shipping Costs are attached to this Request as Exhibit B.  VGL invoiced Celestica MXN $56,608 on September 12, 2025, to ship the Batteries to DSV.  Celestica converted MXN $56,608 to USD $3,066.52 using the opening exchange rate in effect on September 12, 2025 (MXN $18.46 to USD $1).

Celestica has paid USD $154,227.91 to DSV for it to store the Batteries in a facility designed to do so properly and safely on a long-term basis and will continue to incur costs to DSV monthly[10] pending the Liquidating Trustee taking possession and disposing of or selling, selling, or abandoning the Batteries (collectively, the "DSV Storage Costs").[11]  In addition to providing appropriate storage with third parties for the Batteries, the Component Materials and the Subassemblies, Celestica has incurred costs to store the Batteries at its Facility (the "Facility Storage Costs," together with the DSV Storage Costs and the 3PL Storage Costs, the "Storage Costs," and together with the Shipping Costs, the "Shipping and Storage Costs").  The Facility Storage Costs include fair market rental value for the portion of the Facility used to store all the Debtors' Batteries from the Petition Date through the Shipping Date.

19.    While Celestica took all appropriate steps to preserve the Debtors' Consigned Materials for the estates' benefit, the Debtors actively engaged in efforts to preserve all of their options with respect to those same materials, including using them to reorganize as going-concerns and monetizing them  *See* ECF No. 228 (Bidding Procedures Motion filed on July 1, 2025); ECF No. 413 (Bidding Procedures Order entered on July 17, 2025); ECF No. 591 (Notice of Winning Bidders filed on July 31, 2025, notifying parties in interest that an auction for the Debtors' assets concluded on July 30, 2025); ECF No. 986, as amended by ECF No. 1041 (Abandonment Order entered on October 24, 2025, authorizing the Debtors to sell and abandon Miscellaneous Inventory).

20.    Notwithstanding the authority granted to them pursuant to the Bidding Procedures Order in July 2025 and the Abandonment Order in October 2025, the Debtors and the Liquidating

---

[10] Celestica estimates that it will incur approximately USD $28,500 in monthly costs to store the Batteries with DSV on a go-forward basis from February 2026.

[11] The invoices for the DSV Storage Costs are attached to this Request as Exhibit C.

Trustee still have not taken action to address the Consigned Materials.  For months, they have left Celestica guessing as to their intentions with respect to their Consigned Materials, including their hazardous Batteries, requiring Celestica to incur material costs postpetition to safely preserve them.[12]

B.  The Debtors Have Unpaid Postpetition Obligations Under the Agreement

21.      Celestica paid certain of the Debtors' postpetition duty and tax obligations under the Agreement in connection with its possession of the Consigned Materials in Mexico and additional duty and tax obligations will come due in the near term on the same basis.  Moreover, the Debtors may have additional obligations under the Agreement that come due in the future, but which relate to the postpetition period.  The Debtors must, as administrative expenses of the estate, reimburse Celestica for the Debtors' postpetition duty and tax obligations that Celestica has already satisfied and reimburse Celestica for any additional obligations that arise under the Agreement postpetition or otherwise relate to the postpetition period that Celestica satisfies on the Debtors' behalf in respect of the Debtors' assets.

22.      The Debtor-Customer agreed to provide Consigned Materials to Celestica at its Facility for Celestica to fulfill its obligations under the Agreement.  *See* Agreement § 4.9.1. Celestica agreed to be the importer of record for the Consigned Materials.  *See id.*  The Debtor-Customer, however, agreed to be solely responsible for and timely pay any and all taxes and duties (except for any net income taxes for which Celestica is directly liable) of any kind in any country associated with the Agreement, including but not limited to, applicable sales tax, gross receipts tax, revenue or excise tax, transfer tax, use tax, goods and services or value added taxes, import

---

[12] The Abandonment Order provides, among other things, that the Debtors, prior to abandoning or selling any Miscellaneous Inventory, must provide notice of the sale or abandonment to any party with an interest in the Miscellaneous Inventory and the U.S. Trustee.  *See* Abandonment Order ¶ 11.  No such notices have been filed on the docket in these Chapter 11 cases or provided to Celestica with respect to any of the Consigned Materials.

duties (including brokerage fees and other custom fees), antidumping fees, tariffs, levies, withholding taxes or other governmental or regulatory charges and fees (collectively, the "Duties and Taxes"), including any assessments, fines, penalties, additions or similar charges, if any, levied upon the Duties and Taxes and any amount of interest imposed thereon. *See id.* §§ 4.9.1, 10.3. The Debtors, however, have not satisfied their postpetition obligations under the Agreement to pay applicable Duties and Taxes.

23.     Since the Petition Date, Celestica has paid Duties and Taxes to the Servicio de Administración Tributaria of the Mexican government in the amount of USD $304,293 (the "Paid Taxes")[13] in connection with the Agreement and Celestica anticipates that an additional more than USD $2 million (together with the Paid Taxes, the "Duty and Tax Amounts") in Duties and Taxes will be due in the near-tern to the extent the Liquidating Trustee does not timely dispose of the Consigned Materials.

24.     Additionally, the Agreement provides in section 19.1 (the "Indemnification Provision") that the Debtor-Customer shall indemnify, defend, and hold harmless Celestica and its affiliates from and against all third-party claims, costs, damages, fines, losses and expenses (including reasonable attorneys' fees) to the extent that such claims, costs, damages, fines, losses and expenses result from: (i) death, personal injury or property damage arising from the Debtor-Customer's negligent acts or omissions or willful misconduct; or (ii) intellectual property infringement claims arising from any specifications or software provided to Celestica by the Debtors ((i)- (ii) together, the "Indemnification Obligations").  In the event that Indemnification Obligations arise for the postpetition period, the Debtor-Customer may owe additional amounts to Celestica pursuant to the Indemnification Provision.

---

[13] Celestica has attached to this Request as Exhibit D a chart that describes the Paid Taxes.

11

**BASIS FOR RELIEF REQUESTED**

25.     Bankruptcy Code section 503 provides that the "actual, necessary costs and expenses of preserving the estate" are allowable as administrative expenses.    11 U.S.C. § 503(b)(1)(A).  In order to qualify as an administrative expense under Section 503(b)(A)(A), the expense must have arisen from a "post-petition transaction between the claimant and the estate" and have "yielded a benefit to the estate."  *In re Energy Future Holdings Corp.*, 990 F.3d 728, 741 (3d Cir. 2021).  The postpetition transaction requirement, however, does not require that there be a postpetition contract between the debtor and the claimant and there need not be a specific request by the debtor for specific services.  *See Nabor Offshore Corp. v. Whistler Energy II, LLC (In re Whistler Energy II, LLC)*, 931 F.3d 434, 442-43 (5th Cir. 2019); *In re Bluestem Brands, Inc.*, Case No. 20-10566 (MFW), 2021 WL 3174911, at *14 (Bankr. D. Del. July 27, 2021).

26.     Providing storage for property of the estate constitutes "actual, necessary costs and expenses of preserving the estate" within the meaning of Section 503(b)(1)(A) and postpetition storage costs therefore should be granted administrative priority.  *See In re U Lock*, Case No. 22-20823, 2023 WL 308210, at * (Bankr. W.D. Pa. Jan. 17, 2023) (holding a property owner was entitled to a reasonable administrative expense claim for the estate's postpetition use of property to store estate assets); *In re Aerospace Tech., Inc.*, 199 B.R. 331, 339-340 (Bankr. M.D.N.C. 1996) ("It is well established that providing storage for property of the estate constitutes 'preserving the estate' within the meaning of § 503(b)(1)(A) and that post-petition storage costs therefore may be granted administrative expense priority."); *In re Great Northern Forest Products, Inc.*, 135 B.R. 46, 59 (Bankr. W.D. Mich. 1991) ("It is . . . well established that postpetition storage costs, or use and possession costs, may be granted administrative expense priority."); *In re Grimm & Rothwell, Inc.*, 108 B.R. 186, 190 (Bankr. S.D. Ohio 1989) ("the Trustee's use of the warehouse as storage

space was necessary and preserved the assets of the estate until such assets were eventually sold at auction. For such valuable services, an allowance for rent is equitable under the circumstances to the extent of the actual amount of space used as storage.").

27.     To be sure, Celestica certainly engaged in postpetition transactions to store the Consigned Materials at its Facility and at the 3PLs and to move the Batteries to and store them with an appropriate storage facility.  These actions provided direct and substantial benefits to the estate.  Celestica's counsel sought direction from Debtors' counsel shortly after the Petition Date concerning the Consigned Materials, including advising Debtors' counsel of the hazardous nature of the Batteries and that, absent storage by the Debtors or their designee in a properly equipped and safe facility or timely direction from the Debtors to transfer the Batteries to an appropriate storage facility, Celestica would transport the Batteries from the Facility to an appropriate location to safely preserve them and minimize the risk of harm they might cause.  Notwithstanding Celestica so advising the Debtors and the authority conferred on them pursuant to the Bidding Procedures Order and the Abandonment Order, the Debtors did not take possession of the Consigned Materials, they did not sell or abandon them, and they entirely failed to provide Celestica with any direction concerning their handling and storage.

28.     Accordingly, Celestica took steps to secure proper and safe storage for the Consigned Materials, including the hazardous Batteries, from the Petition Date, through the present.  In so doing, Celestica has preserved property of the estate for the Debtors and the Liquidating Trustee to potentially monetize and taken steps to reduce the risk of potential damages to third parties and property that may have been caused by the hazardous Batteries being stored in a facility not designed to do so over a long-term period, thereby providing direct and substantial benefits to the estate.  As a result, Celestica has a valid administrative claim under Section

13

503(b)(1)(A) and accordingly, Celestica asserts an administrative expense in the amount of the

Shipping and Storage Costs (the "Shipping and Storage Administrative Expense Claim").

29.     The Debtor-Customer also owes Celestica unpaid postpetition obligations under the

Agreement and all of those unpaid postpetition obligations should be treated as administrative

expenses of the Debtors' estate.  As the Supreme Court has noted:

> [i]f the debtor in possession elects to continue to receive benefits from the other
> party to an executory contract pending a decision to reject or assume the contract,
> the debtor in possession is obligated to pay for the reasonable value of those
> services which, depending on the circumstances of a particular contract, may be
> what is specified in the contract.

*National Labor Relations Bd. v. Bildisco & Bildisco*, 465 U.S. 513, 531 (1984).   Thus,

counterparties to executory contracts should receive an allowed administrative expense claim to

the extent that the estate benefitted postpetition from the contract.  *See Broadcast Corp. of Ga. v.*

*Broadfoot (In re Subscription Television of Greater Atlanta)*, 789 F.2d 1530, 1532 (11th Cir.

1986).  And the allowed amount of the administrative expense claim here should be the amount of

the unpaid postpetition obligations under the Agreement for the period after the Petition Date,

including the period *after* the rejection effective date.  *See In re Whistler Energy II, L.L.C.*, 931

F.3d 432, 441 n.2 (5th Cir. 2019) (rejecting the debtor's argument that there should be a

presumption against recognizing claims for administrative expense after rejection of a contract);

*In re Home Interiors & Gifts, Inc.*, Case No. 08-31961-11-BJH, 2008,  Bankr. LEXIS 2476, at *21

(Bankr. N.D. Tex. Oct. 9, 2008) (allowing administrative expense to trademark holder for the post-

rejection use of its mark "because the post-rejection use claim does not arise from rejection; rather,

it arises from the debtor's decision to continue to use the property notwithstanding its rejection of

the lease").

30.     The Debtors derived substantial benefits from the Petition Date through the present, through Celestica's continued adherence to the terms of the Agreement.  Indeed, the Debtors maintained their optionality with respect to the Agreement and the Consigned Materials, including the Batteries.  During the period from the Petition Date through the Effective Date, the Debtors were able to consider whether to utilize the Agreement and the Consigned Materials in their efforts to reorganize as going concerns, to monetize the Agreement by assuming and assigning their interest in it to a third-party, and/or to monetize the Consigned Materials by selling them to a third-party.  During the period from the Petition Date through the present, Celestica satisfied the Debtor-Customer's obligations under the Agreement to pay applicable Duties and Taxes, thus enabling the Debtors (and now the Liquidating Trustee) to consider whether to utilize the Consigned Materials in their efforts to reorganize as going-concerns or to sell the materials free of liens and encumbrances that might have been imposed on those assets for the Debtors' failure to satisfy the applicable Duties and Taxes.

31.     Accordingly, in addition to the Shipping and Storage Administrative Expense Claim, Celestica should be granted an allowed administrative expense for the following amounts: First, the Agreement obligates the Debtors to, among other things, pay Duties and Taxes that come due as a result of Celestica performing its obligations under the Agreement.  The Debtors, however, did not pay these Duties and Taxes during the postpetition period and instead impermissibly left Celestica responsible for such amounts.  As of the date of this Request, the Debtors owe Celestica the Duty and Tax Amounts under the Agreement for the postpetition period and any additional Duties and Taxes that may come due during the postpetition period as a result of, among other things, Celestica's importation into and possession of in Mexico the Consigned Materials.  Accordingly,  Celestica asserts an administrative expense in the Duty and Tax Amounts, plus all

15

other Duties and Taxes that may come due during the postpetition period and which Celestica pays

on the Debtors' behalf, pursuant to the Debtors' obligations in section 10.3 of the Agreement (the

"Duties and Taxes Administrative Expense Claim").

32.    Second, in the event that Indemnification Obligations arise for the postpetition

period, Celestica asserts an administrative expense, in a presently unliquidated amount, for all such

costs and expenses, pursuant to the Indemnification Provision (the "Indemnification

Administrative Expense Claim").

33.    Finally, Celestica separately asserts additional contingent, unliquidated

administrative expenses for any other amounts that are owed to Celestica under the Agreement

and that arose or otherwise relate to the period after the Petition Date (the "Contingent

Administrative Expense Claim," and together with the Shipping and Storage Administrative

Expense Claim, the Duties and Taxes Administrative Expense Claim, and the Indemnification

Administrative Expense Claim, the "Administrative Expense Claim").

34.    Celestica requests, pursuant to sections 503(a), 503(b)(1)(A), and 507(a)(2) of the

Bankruptcy Code, that the Court enter an order allowing and granting an administrative expense

to Celestica for all presently liquidated amounts of the Shipping and Storage Administrative

Expense Claim and the Duties and Taxes Administrative Expense Claim. Celestica files this

Request under compulsion of the Administrative Claims Bar Date and reserves its right to

supplement and amend this Request.  Celestica will supplement and amend this Request to the

extent it is due: (i) any additional amounts associated with the Shipping and Storage

Administrative Expense Claim and/or the Duties and Taxes Administrative Expense Claim; and/or

(ii) amounts associated with the Indemnification Administrative Expense Claim, the Contingent

Administrative Expense Claim or any of the Debtors' other obligations to Celestica under the

Agreement that arose or otherwise relate to the period after the Petition Date.  In the event Celestica

is due any such amounts, it requests, pursuant to the same provisions of the Bankruptcy Code, that

the Court enter an order allowing and granting an administrative expense to Celestica.

### RESERVATION OF RIGHTS

35.     Celestica reserves its right to: (i) revise, modify, update, and amend its Request for

the allowance and payment of its Administrative Expense Claim, including without limitation the

right to assert additional administrative expense claims against the Debtors, whether arising from

the transactions or documents described in this Request or otherwise, including without limitation

for (a) the reimbursement of Celestica's additional costs and expenses associated with postpetition

transportation, storage, or disposal of the Consigned Materials, including the Batteries, (b) the

reimbursement of additional Duties and Taxes that Celestica pays on the Debtors' behalf, (c) the

reimbursement of any costs and expenses that arise under the Indemnification Provision, and (d)

any additional amounts owed to Celestica under the Agreement, including late fees, legal fees and

expenses, arising postpetition or otherwise relating to the postpetition period; and (ii) assert all or

any portion of the Administrative Expense Claim as an unsecured claim in addition to its

Prepetition Claim.

36.     Celestica also reserve its right to assert any setoff or recoupment that it may have

against the Debtors in respect of its claims, including, without limitation, the right to set off its

claims against any claims that the Debtors (or any successor, assignee or person claiming through

any of the Debtors, as the case may be) may assert against Celestica or its successors or assigns,

whether or not arising under the transactions set forth in this Request.  Celestica asserts a secured

claim against the Debtors to the extent Celestica holds a lien on any assets of the Debtors and their

estates under the terms of the Agreement and/or under appliable law.

37.     By filing this Request, Celestica does not waive, and expressly reserves, its right to pursue claims (including, but not limited to, the claims described herein) against the Debtors based upon additional or alternative legal theories.  Celestica also reserves its right to seek to have the reference withdrawn with respect to the subject matter of these claims, any objection or other proceedings commenced with respect thereto, or any other proceedings commenced in these Chapter 11 cases or otherwise involving Celestica.  Celestica does not intend, by filing this Request, to waive its right to a jury trial for any matter with respect to which a right to jury trial exists.

38.     By filing this Request, Celestica shall not be deemed or construed to have (a) waived or released its right against any person, entity, or property, relating to the matters described in this Request or otherwise; (b) consented to the jurisdiction of the Bankruptcy Court with respect to proceedings, if any, commenced against or otherwise involving Celestica; (c) waived its right to have any and all final orders in any and all non-core matters or proceedings entered only after *de novo* review by a United States District Court Judge; or (d) waived its right to elect remedies.

## NOTICE

39.     All notices with respect to this Request should be sent to:

CELESTICA LLC
11 Continental Blvd.
Building 300, Suite 103
Merrimack, NH 03054
Attn: Contracts Department
Email: legal@celestica.com

with copy to:

ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Attn: Benjamin Mintz and Justin Imperato
Emails: benjamin.mintz@arnoldporter.com and justin.imperato@arnoldporter.com

18

## CONCLUSION

WHEREFORE, Celestica requests allowance and payment to it of the:

- Shipping and Storage Administrative Expense Claim in the amount of the Shipping and Storage Costs;

- Duties and Taxes Administrative Expense Claim in the amount of the Duty and Tax Amounts;

- Indemnification Administrative Expense Claim, in a presently unliquidated amount, for all Indemnification Obligations that arose or otherwise relate to the period after the Petition Date;

- Contingent Administrative Expense Claim for any amounts that are owed to Celestica under the Agreement and that arose or otherwise relate to the period after the Petition Date; and

- such other and further relief as is just and appropriate.

Dated: February 3, 2026
New York, NY

*/s/ Lee M. Cortes, Jr.*
Lee M. Cortes, Jr.
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8000
Email: lee.cortes@arnoldporter.com

*Counsel for Celestica LLC*

Exhibit A

Emails to Debtors' Counsel Concerning the Consigned Materials

| | |
|---|---|
| **From:** | Imperato, Justin |
| **To:** | Frank Oswald; II Van C. Durrer |
| **Cc:** | Mintz, Benjamin |
| **Subject:** | RE: Powin Celestica |
| **Date:** | Thursday, August 7, 2025 10:52:00 AM |
| **Attachments:** | image001.png |
| | image002.png |

Frank / Van,

Please let us know if you've made any progress on the inventory list that I circulated on July 22 and your reaction to Invenergy's outreach.  Thanks,

Justin

_____
Justin Imperato
Senior Associate | Bio

**Arnold & Porter**
250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.7164
Justin.Imperato@arnoldporter.com
www.arnoldporter.com | LinkedIn

**From:** Frank Oswald <frankoswald@teamtogut.com>
**Sent:** Tuesday, August 5, 2025 12:42 PM
**To:** Imperato, Justin <Justin.Imperato@arnoldporter.com>; II Van C. Durrer <van.durrer@dentons.com>
**Cc:** Mintz, Benjamin <Benjamin.Mintz@arnoldporter.com>
**Subject:** Re: Powin Celestica

External E-mail

Looping in Van & Tania
Frank

Sent from my iPhone

> On Aug 5, 2025, at 12:38 PM, Imperato, Justin <Justin.Imperato@arnoldporter.com> wrote:

Hi Frank,

I wanted to check in to see whether you had anything to report.

Also, my client received outreach from a company named Invenergy who claims to have received authorization from Powin to purchase the part referenced below from Celestica for its BESS sites. Invenergy indicated it hopes to start the purchase ASAP and sent over an NDA to facilitate the transaction.

| | |
|---|---|
| E40101-10806-022 | CELL BATTERY, MODULE B, .3P, 280K, 2 HR, EVE |

Please let us know whether Powin authorized Invenergy to purchase this part from Celestica.  If so, we should schedule a call to discuss the transaction.  Thanks,

Justin

_____
Justin Imperato
Senior Associate | Bio

**Arnold&Porter**
250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.7164
Justin.Imperato@arnoldporter.com
www.arnoldporter.com | LinkedIn

---

**From:** Imperato, Justin
**Sent:** Friday, August 1, 2025 12:54 PM
**To:** Frank Oswald <frankoswald@teamtogut.com>
**Cc:** Mintz, Benjamin <Benjamin.Mintz@arnoldporter.com>
**Subject:** RE: Powin Celestica

Thanks, Frank.

_____
Justin Imperato
Senior Associate | Bio

**Arnold&Porter**
250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.7164
Justin.Imperato@arnoldporter.com
www.arnoldporter.com | LinkedIn

---

**From:** Frank Oswald <frankoswald@teamtogut.com>
**Sent:** Friday, August 1, 2025 12:14 PM
**To:** Imperato, Justin <Justin.Imperato@arnoldporter.com>
**Cc:** Mintz, Benjamin <Benjamin.Mintz@arnoldporter.com>
**Subject:** Re: Powin Celestica

External E-mail

I have a catch up call with the client this afternoon —they have not had much time for me in light of the auction this week which I was not involved in. will report back
Frank A. Oswald | Partner
Togut, Segal & Segal LLP
One Penn Plaza | Suite 3335 | New York, NY  10119
Direct: (212) 201-5590 | Mobile: (917) 846-0565
Email: frankoswald@teamtogut.com
http://www.togutlawfirm.com

Togut Segal & Segal LLP

    On Jul 31, 2025, at 5:14 PM, Imperato, Justin <Justin.Imperato@arnoldporter.com>
    wrote:

Hi Frank,

I just wanted to circle back on this.  Thanks,

Justin

_____

Justin Imperato
Senior Associate | Bio

<image001.png>
250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.7164
Justin.Imperato@arnoldporter.com
www.arnoldporter.com | LinkedIn

_____

**From:** Frank Oswald <frankoswald@teamtogut.com>
**Sent:** Monday, July 28, 2025 3:25 PM
**To:** Imperato, Justin <Justin.Imperato@arnoldporter.com>
**Cc:** Mintz, Benjamin <Benjamin.Mintz@arnoldporter.com>
**Subject:** Re: Powin Celestica

External E-mail

I've just sent the CRO, GC and others a follow up email. Apologies for the delay
Frank A. Oswald | Partner
Togut, Segal & Segal LLP
One Penn Plaza | Suite 3335 | New York, NY  10119
Direct: (212) 201-5590 | Mobile: (917) 846-0565
Email: frankoswald@teamtogut.com
http://www.togutlawfirm.com

<image002.png>

On Jul 28, 2025, at 3:17 PM, Imperato, Justin
<Justin.Imperato@arnoldporter.com> wrote:

Hi Frank,

I hope you had a nice weekend.   Just wanted to check in on the inventory
issues that we raised last week, particularly the batteries.  Thanks,

Justin

_____

Justin Imperato

Senior Associate | Bio

<image001.png>
250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.7164
Justin.Imperato@arnoldporter.com
www.arnoldporter.com | LinkedIn

_____

**From:** Imperato, Justin <Justin.Imperato@arnoldporter.com>
**Sent:** Tuesday, July 22, 2025 9:10 AM
**To:** Frank Oswald <frankoswald@teamtogut.com>
**Cc:** Mintz, Benjamin <Benjamin.Mintz@arnoldporter.com>
**Subject:** RE: Powin Celestica

Subject to FRE 408

Frank,

I've attached the preliminary list that we discussed yesterday showing the inventory and consigned materials in Celestica's possession.  The list is for discussion purposes only and we reserve the right to modify, amend, or supplement the list in the future should the need arise.

Please let us know if you have any questions and how the Debtors would like to move forward, e.g., businessperson to businessperson meeting v. lawyers to lawyers, to address the items on this list, including the batteries. Thanks,

Justin

_____
Justin Imperato
Senior Associate | Bio

<image001.png>
250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.7164
Justin.Imperato@arnoldporter.com
www.arnoldporter.com | LinkedIn

_____

**From:** Frank Oswald <frankoswald@teamtogut.com>
**Sent:** Monday, July 21, 2025 1:55 PM
**To:** Imperato, Justin <Justin.Imperato@arnoldporter.com>
**Cc:** Mintz, Benjamin <Benjamin.Mintz@arnoldporter.com>
**Subject:** Re: Powin Celestica

External E-mail

thanks Justin. I will share with my folks
Frank A. Oswald | Partner
Togut, Segal & Segal LLP

One Penn Plaza | Suite 3335 | New York, NY  10119
Direct: (212) 201-5590 | Mobile: (917) 846-0565
Email: frankoswald@teamtogut.com
http://www.togutlawfirm.com

<image002.png>

> On Jul 21, 2025, at 1:36 PM, Imperato, Justin
> <Justin.Imperato@arnoldporter.com> wrote:
>
> Frank,
>
> I should have the inventory list to you later today.  In the
> meantime, I was able to get the addresses for the facilities
> where the inventory and equipment are located:
>
> 1) Celestica de Monterrey Building E
> Prologis Park Agua Fria
> Building 6
> Carretera a Agua Fria No. 505, Prologis Park Agua Fria
> Apodaca, N.L. 66620 Mexico
>
> 2) SB Logistics
> Aero Industrial Park, Blvd Aeropuerto Km 1, 66600 Cdad.
> Apodaca, N.L., Mexico
>
> 3) Dasza 3PL
> C. D 502, Parque Industrial Almacentro, 66637 Cdad. Apodaca,
> N.L., Mexico
>
> Thanks,
>
> Justin
>
> _____
> Justin Imperato
> Senior Associate | Bio
>
> <image001.png>
> 250 West 55th Street
> New York, NY 10019-9710
> T: +1 212.836.7164
> Justin.Imperato@arnoldporter.com
> www.arnoldporter.com | LinkedIn
>
> _____
> **From:** Frank Oswald <frankoswald@teamtogut.com>
> **Sent:** Monday, July 21, 2025 8:49 AM
> **To:** Imperato, Justin <Justin.Imperato@arnoldporter.com>
> **Cc:** Mintz, Benjamin <Benjamin.Mintz@arnoldporter.com>
> **Subject:** Re: Powin Celestica

External E-mail

Good Morning

Hope you guys had a nice weekend.  Any update on an inventory list / locations?

Frank A. Oswald | Partner
Togut, Segal & Segal LLP
One Penn Plaza | Suite 3335 | New York, NY  10119
Direct: (212) 201-5590 | Mobile: (917) 846-0565
Email: frankoswald@teamtogut.com
http://www.togutlawfirm.com

<image002.png>

On Jul 17, 2025, at 1:55 PM, Imperato, Justin <Justin.Imperato@arnoldporter.com> wrote:

Can we do 11.30 instead?

_____

Justin Imperato
Senior Associate | Bio

<image001.png>
250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.7164
Justin.Imperato@arnoldporter.com
www.arnoldporter.com | LinkedIn

**From:** Frank Oswald <frankoswald@teamtogut.com>
**Sent:** Thursday, July 17, 2025 1:30 PM
**To:** Imperato, Justin <Justin.Imperato@arnoldporter.com>
**Cc:** Mintz, Benjamin <Benjamin.Mintz@arnoldporter.com>
**Subject:** Re: Powin

External E-mail

How's 11
Frank

Sent from my iPhone

On Jul 17, 2025, at 1:06 PM, Imperato, Justin <Justin.Imperato@arnoldporter.com> wrote:

Monday is fine, Frank.  Let us know what windows you're available.  Otherwise, good luck with the schedules and I'll see you tonight.

_____

Justin Imperato

Senior Associate | Bio

<image001.png>

250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.7164
Justin.Imperato@arnoldporter.com
www.arnoldporter.com | LinkedIn

**From:** Frank Oswald <frankoswald@teamtogut.com>
**Sent:** Thursday, July 17, 2025 12:55 PM
**To:** Imperato, Justin <Justin.Imperato@arnoldporter.com>
**Cc:** Mintz, Benjamin <Benjamin.Mintz@arnoldporter.com>
**Subject:** Re: Powin

External E-mail

Can we push our call to Monday?  The comp is swamped trying to complete the Schedules and Sofas for filing today and I can't seem to get guidance for you.  We are to have a call with them tomorrow and I've put this on the Agenda.

If there is anything new on your end that I should relay to the CRO and team and you still want to have the call today at 2, that's fine as well
—
Frank A. Oswald | Partner
Togut, Segal & Segal LLP
One Penn Plaza | Suite 3335 |
New York, NY  10119
General: (212) 594-5000
| Direct: (212) 201-5590
Fax (212) 967-4258 | Mobile: (917) 846-0565

Email: frankoswald@teamtogut.com
http://www.togutlawfirm.com

<image002.png>

On Jul 17, 2025, at 12:23 PM,
Imperato, Justin
<Justin.Imperato@arnoldpor
ter.com> wrote:

Hi Frank,

No current Powin employees
have contacted Celestica
recently.

Justin

_____

Justin Imperato
Senior Associate | Bio

<image001.png>
250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.7164
Justin.Imperato@arnoldporter.com
www.arnoldporter.com | LinkedIn

_____
**From:** Frank Oswald
<frankoswald@teamtogut.com>
**Sent:** Thursday, July 17, 2025
10:27 AM
**To:** Imperato, Justin
<Justin.Imperato@arnoldporter.c
om>
**Cc:** Mintz, Benjamin
<Benjamin.Mintz@arnoldporter.
com>
**Subject:** Re: Powin

External E-mail

Justin

Do you know if the Powin

folks have been in touch at
all with your clients?

Frank

—

Frank A. Oswald | Partner
Togut, Segal & Segal LLP
One Penn Plaza
| Suite 3335 | New York,
NY  10119
General: (212) 594-5000
| Direct: (212) 201-5590
Fax (212) 967-4258
| Mobile: (917) 846-0565
Email: frankoswald@teamt
ogut.com
http://www.togutlawfirm.co
m

<image002.png>

On Jul 15, 2025,
at 1:14 PM,
Imperato, Justin
<Justin.Imperato
@arnoldporter.c
om> wrote:

Hi Frank,

Nice job today in
Court.  Ben and I
wanted to see if
you have some
time this week to
discuss the
Powin batteries
in Celestica's
possession.
Does 2 p.m. on
Thursday work? If
not, let us know
some windows

this week that
you have
availability and
we'll make
something work.
Thanks in
advance,

Justin

_____

Justin Imperato

Senior Associate | Bio

<image001.png>

250 West 55th Street

New York, NY 10019-9710

T: +1 212.836.7164

Justin.Imperato@arnoldporter.com

www.arnoldporter.com | LinkedIn

_____

This communication may
contain information that is
legally privileged,
confidential or exempt from
disclosure. If you are not
the intended recipient,
please note that any
dissemination, distribution,
or copying of this
communication is strictly
prohibited. Anyone who
receives this message in
error should notify the
sender immediately by
telephone or by return e-
mail and delete it from his
or her computer.

_____

For more information about
Arnold & Porter, click here:
http://www.arnoldporter.co
m

<Inventory Powin 07.21.XLSX>

<u>Exhibit B</u>

Invoices for the Shipping Costs



| | | **Tipo de Comprobante:** | I - Ingreso |
| | | **Serie:** | C |
| | | **Folio:** | 1923 |
| | | **Fecha:** | 17/Sep/2025  11:23:21 |
| | | **Fecha de vencimiento:** | 17/Oct/2025 |
| | | **Lugar de expedición (C.P.)** | 64850 |

**Emisor**

**VGL LOGISTICA Y SOLUCIONES INTEGRALES**

**RFC:** VLS130611B69

**Régimen Fiscal:** 601 - General de Ley Personas Morales

**Domicilio:**
Av. Revolucion 3800-403 Torremolinos Monterrey Nuevo León México 64850

**Método de Pago:** PPD - Pago en parcialidades o diferido

**Forma de Pago:** 99 - Por definir

**Tipo de cambio:** 1.000000

**Moneda:** MXN - Peso Mexicano

**Receptor**

**Cliente:** CELESTICA DE MONTERREY

**RFC:** CMO980416B80

**Uso CFDI:** G03 - Gastos en general

**Domicilio Fiscal:** 66603

**Régimen Fiscal:** 601 - General de Ley Personas Morales

**Domicilio:** Calle Octava 102 Parque Industrial Monterrey Apodaca Nuevo León México 66603

| Cantidad | Clave Unidad SAT | Clave Servicio | Descripción | Valor unitario | Impuestos | Importe |
|---|---|---|---|---|---|---|
| 1.00 | E48 - Unidad de servicio | 81141601 - Logí stica | SERVICIOS PROFESIONALES DE LOGISTICA NACIONAL CARGOS Renta por 6 dias PROYECTO HAZMAT del 25 al 30 de agosto 2025 Tractor 75 | $16,200.00 | 02 - Si Objeto de Impuesto IVA, - Importe: 2592.00 | $16,200.00 |

**Total con letra:**
dieciocho mil setecientos noventa y dos Pesos 00/100 M.N.

| | |
|---|---|
| **Subtotal:** | $ $16,200.00 |
| **I.V.A.:** | $ $2,592.00 |
| **Total:** | **$18,792.00** |

**CFDI RELACIONADOS**

**Tipo de relación:**                          **Lista de CFDI's relacionados:**



**Este documento es una representación impresa de un CFDI**

**Serie del Certificado del emisor:** 00001000000716145018

**Folio Fiscal:** A0C13101-A59C-4A18-9F4F-DA0CB2FBA8AE

**No. de serie del Certificado del SAT:** 00001000000709182898

**Fecha y hora de certificación:** 2025-09-17T11:23:24

**Sello digital del CFDI**

THwMJoR8cmUQHOas+zoMEAxzUJ3o97fqz5aCmB7W4rKCqh2Lfr1Pz8v0ep92cSpFsvjcAlQhPOuyK3/WQzxAXflRCiWtJPtsp0HM2LmhhzCmu4WNCqTjnwzris9g2FWqQluar6H+JSDSD6Xxg1xoq9eVX47OOMav3xrLNawfaOqed/952MelFNcwkoCODL6D4vXozpjp7xznRJjxlcvJuuey6ECNsP5/TM3MKFPMDIVALNxsNwzftU/Tjmubw2f2pTPM4wKEC1azZWWcEn8ETdKOsI7RMjjKmNL8YZ/EURkg+I7NSqiVcvcbsZxlG9yqEkCGAitWrCvx8FZpx8IhkQ==

**Sello del SAT**

ShUUWg+THE6vGUTiII1byLNF++RdmNb99h9bKGC8nm9PDKlIJsHtHM2H/V4zMM5WnEQaCvsQjtnEFB8WK2JdQz72njP98n3sMq+9xO0cVxppCcGYSLk5Sxd3jMhqEo3ATyMzvyYNxAi7Kbhlr4sGaEZ9TvpmmSo3cuPZ7XA8qeTGFXH0VAfiHfvch4bexhJeZYaOcAoR3Xd1JN8HUJg/XT6Ald1igzz8RMHPu4Y75aEgFOFujjYPdVDH3U7EoSH3O3E8sZUsnUnbv+OrNl5b0dUgud4vsdAzRvIExEW4UBlynW5ZVRfurWxf1KNOm/G2/0KVlYETtNT/cXdNov4WJIg==

||1.1|A0C13101-A59C-4A18-9F4F-DA0CB2FBA8AE|2025-09-17T11:... ...zUJ3o97fqz5aCmB7W4rKCqh2Lfr1Pz8v0ep92cSpFsvj
cAIQnPOuyK3/WQzxAXflRCiWtJPtsp0HM2LmhhzCmu4WNCqTjmwzris9g2FWqQluar6H+JSDSD6Xxg1Xog9eVX47OOMav3xrLNawfaOqed/952MeIFNcwkoCODL6D4vXozpjp7xznRJjxlc
v.Juuey6ECNsP5/TM3MKFPMDIVALNxsNwzftU/Tjmubw2f2pTPM4wKEC1azZWWcEn8ETdKOsI7RMjjKmNL8YZ/EURkg+I7NSqIVcvcbsZxIG9yqEkCGAitWrCvx8FZpx8IhkQ==|00001000
000709182898||

Versión del comprobante:    4.0

Hoja    2

**By working with VGL Logistica Y Soluciones Integrales, S.A. de C.V. ("VGL"), you confirm you read
and accept our terms and conditions.**
https://vectorgl.com/terms-conditions-privacy-notice-vector-mexico-en/



| | |
|---|---|
| **Tipo de Comprobante:** | I - Ingreso |
| **Serie:** | RC |
| **Folio:** | 1906 |
| **Fecha:** | 12/Sep/2025  12:57:56 |
| **Fecha de vencimiento:** | 12/Oct/2025 |
| **Lugar de expedición (C.P.)** | 64850 |

**Emisor**

**VGL LOGISTICA Y SOLUCIONES INTEGRALES**
**RFC:** VLS130611B69
**Régimen Fiscal:** 601 - General de Ley Personas Morales
**Domicilio:**
Av. Revolucion 3800-403 Torremolinos Monterrey Nuevo León México
64850

**Método de Pago:** PPD - Pago en parcialidades o diferido

**Forma de Pago:** 99 - Por definir
**Tipo de cambio:** 1.000000

**Moneda:** MXN - Peso Mexicano

**Receptor**

**Cliente:** CELESTICA DE MONTERREY
**RFC:** CMO980416B80
**Uso CFDI:** G03 - Gastos en general
**Domicilio Fiscal:** 66603
**Régimen Fiscal:** 601 - General de Ley Personas Morales
**Domicilio:** Calle Octava 102 Parque Industrial Monterrey Apodaca Nuevo León México 66603

| Cantidad | Clave Unidad SAT | Clave Servicio | Descripción | Valor unitario | Impuestos | Importe |
|---|---|---|---|---|---|---|
| 1.00 | E48 - Unidad de servicio | 81141601 - Logí stica | SERVICIOS PROFESIONALES DE LOGISTICA NACIONAL CARGOS Renta por 4 dias TURNO DIA del 03 al 04 de septiembre (Dos dias cubrio en proyecto Hazmat) Tractor 15 | $32,600.00 | 02 - Si Objeto de Impuesto IVA, - Importe: 5216.00 | $32,600.00 |

**Total con letra:**
treinta y siete mil ochocientos dieciseis Pesos 00/100 M.N.

| | |
|---|---|
| **Subtotal:** | $ 32,600.00 |
| **I.V.A.:** | $ 5,216.00 |
| **Total:** | $37,816.00 |

**CFDI RELACIONADOS**

**Tipo de relación:**                    **Lista de CFDI's relacionados:**



**Este documento es una representación impresa de un CFDI**

**Serie del Certificado del emisor:** 00001000000716145018
**Folio Fiscal:** CE723071-DDBB-4CB7-A71F-CB339874CB62
**No. de serie del Certificado del SAT:** 00001000000709182898
**Fecha y hora de certificación:** 2025-09-12T12:57:59

**Sello digital del CFDI**

SSMCrDg3QlOajJBKzrZC3w4cJh7WanIihUFD1iuWpm0vyOAri1H0mFGP410GYzv5f1Ejf8H7pNiJ+IeTbuvhvRGTScUeJzF13n35vh0u3mYok2rQt6rgkjQ0sDRryVnp8ehglzrIIIPe0SISau
R6FKdBeV8Csv7Ptc4MS2ztwwrFNFOfEE9hLtVE/qpl4BdXDelVi9WGMB//TPGPXYJsSlFTy6mCUrUK/dmMegZJrKe5r9jo5rHe/MfUk34499y2S1EewlCOfHmwvkdXpLIbNVdXqXgql7G2ydRd
FYiUQgdvKwzPtbbe0TeB7jfDpn4or6fQ/zteNcjQoVdscYsG6A==

**Sello del SAT**

FYyRi2k4yJH7SYrnP8MROV7vP9Il50e2+vjBMjNTFC112+Iha9A4Hz52Q8uS5CycSuyfEyyAG258vUFtOSIy2wd51qpjkANBC23xa1OBygZEAkBMc1iiZsWVTRw57cs/dCXfFLkG6o5Xg/
RX0c3tbnJfCw/2Z5XJsznOJBPOzL15M3aWV/CTHf7oI/0TemWFOnNj5o9pQvdBH+TzfryvILPabk2Omygy4SM2GzeljXoX3BU/BDcZMaf28P7/7iq8aXhey3BK1XFwuFc2RytGpk6W0Wr
6E+Olh4NjnQDPBBA3eA8366YwElg9N9maCvHQMd3yu7wra5s4qYobcnXBupQ==

||1.1|CE723071-DDBB-4CB7-A71F-CB339874CB62|2025-09-12T12:…0|SSM…3e…2|…ov…h7WanlihUFD1iuWpm0vyOAri1H0mFGP410GYzv5f1Ej8H
7pNiJ+IeTbuvhvRGTScUeJzF13n35vh0u3mYok2rQt6rgkjQ0sDRryVnp8ehglzrIIlPe0SlSauR6FKdBeV8Csv7Ptc4MS2ztwwrFNFOfEE9hLtVE/qpl4BdXDelVl9WGMB//TPGPXYJsSlFTy6
mCUrUK/dmMegZJrKe5r9jo5rHe/MfUk34499y2S1EewlCOfHmwvkdXpLibNVdXqXgqi7G2ydRdFYlUQgdvKwzPtbbe0TeB7jfDpn4or6fQ/zteNcjQoVdscYsG6A==|0000100000709182898 ||

Versión del comprobante:    4.0

**By working with VGL Logistica Y Soluciones Integrales, S.A. de C.V. ("VGL"), you confirm you read and accept our terms and conditions.**
https://vectorgl.com/terms-conditions-privacy-notice-vector-mexico-en/

<u>Exhibit C</u>

Invoices for the DSV Storage Costs

# DSV
Global Transport and Logistics

# CFDI
*Comprobante Fiscal Digital a través de Internet*
*Ingreso*

## DATOS FISCALES

| | |
|---|---|
| Serie / folio | I / L93000314910252025 |
| F. emisión comprobante | 22/09/2025 11:02:30 |
| Tipo comprobante | I - Ingreso |
| Tasa de cambio | 18.361000 |
| Versión comprobante | 4.0 |
| Divisa | USD - Dolar americano |
| Forma de pago | 99 - Por definir |
| Condiciones de pago | 45 days, net |
| Método de pago | PPD - Pago en parcialidades o diferido |
| Exportación | 01 - No aplica |
| Lugar de expedición | 31136 |

## DATOS TIMBRADO

| | |
|---|---|
| Certificado SAT | 00001000000700047508 |
| Folio fiscal | EC7E17BB-97D5-11F0-977B-27913A10CD47 |
| F. certif. CFDI | 22/09/2025 11:03:42 |
| Certificado emisor | 00001000000707971619 |

## INTERVIENEN

### Emisor

| | |
|---|---|
| RFC | SME910509GJ0 |
| Nombre | DSV SOLUTIONS |
| Dirección | VICTOR HUGO 330 |
| C.P. | 31136 |
| País | MX - MÉXICO |
| Regimen fiscal | 601 - GENERAL DE LEY PERSONAS MORALES |
| Enviado por | LAURA TAPIA |
| Telefono | |
| Persona contacto | laura.tapia@dsv.com |

### Receptor

| | |
|---|---|
| RFC | CMO980416B80 |
| Nombre | CELESTICA DE MONTERREY |
| Dirección | CALLE OCTAVA NO. 102 |
| Localidad | MONTERREY, APODACA |
| C.P. | 66600 |
| Estado | NUEVO LÉON |
| Pais | MX - MÉXICO |
| Uso CFDI | G03 - GASTOS EN GENERAL |
| Regimen fiscal | 601 - GENERAL DE LEY PERSONAS MORALES |
| Domicilio fiscal | 66603 |
| Número cliente | 6403976183 |
| Referencia pago | |
| Su referencia | |

## DETALLE

| No. id. | Unidad medida | Cantidad | Clave prod. | Clave unidad | Descripción | Descuento | Valor unitario | Importe |
|---|---|---|---|---|---|---|---|---|
| | Unidad de servicio | 1 | 78131600 | E48 | MT5/StorgQty380/Rate47/Storage Agosto | 0.00 | 17,860.00 | 17,860.00 |

Objeto Impuesto   02 - Sí objeto de impuesto.

| Tipo imp. | Impuesto | Tipo Factor | Tasa/Cuota | Base | Importe |
|---|---|---|---|---|---|
| Traslado | IVA | Tasa | 16% | 17,860.00 | 2,857.60 |

### Instrucciones especiales DSV SOLUTIONS SA:

**Favor de realizar el pago a las siguientes cuentas bancarias:**

| Cuenta MXN | Banco: | HSBC México, S.A. | | |
|---|---|---|---|---|
| | | Reforma 347 Col. Cuauhtémoc | | |
| | | México, D.F. C.P. 06500 | | |
| | Cuenta: | 021180040621842881 | SWIFT: | BIMEMXMM |

| Cuenta USD | Banco: | HSBC México, S.A. | | |
|---|---|---|---|---|
| | | Reforma 347 Col. Cuauhtémoc | | |
| | | México, D.F. C.P. 06500 | | |
| | Cuenta: | 021180070037622759 | SWIFT: | BIMEMXMM |

## IMPUESTOS TOTALES

Desglose de impuestos trasladados

| Impuesto | Tipo Factor | Tasa/Cuota | Base | Importe |
|---|---|---|---|---|
| IVA | Tasa | 16% | 17,860.00 | 2,857.60 |

## TOTALES

| | |
|---|---|
| Subtotal | 17,860.00 |
| Total impuestos trasladados | 2,857.60 |
| **TOTAL** | **20,717.60** |

CFDI.  Comprobante Fiscal Digital a través de Internet
Página: 1
Este documento es una representación impresa de un CFDI. El registro de este documento puede ser verificado en la página de internet del SAT        Documento impreso el: 22/09/2025 11:13:42

Imprime con letra    VEINTE MIL SETECIENTOS DIECISIETE DÓLARES    60/100

## CERTIFICADO

| RFC proveedor de certificado | EME000602QR9 |
|---|---|

**cfdi.xml**

**Cadena original del complemento de certificación digital del SAT**

||1.1|EC7E17BB-97D5-11F0-977B-27913A10CD47|2025-09-22T11:03:42|EME000602QR9|ipdpOBmLppZg8zimf7crnAn3W+wTDdCyWZjB26V
G09+haid1g5fzk+TQczsiOOx++NcpyYMRDehQgBzN43RJX+sCKb66CTMYsiSX/RMOgNfK3WexOCPiSmkDOsyurYvpowEbzNY0lCYPqdRuiiQFQlKqq6
/pL13yH2umQISrbJozbTPfskkfzZ0WPInXs+OVL9u3XDKafek/d9pG8VHjYDaRhPEaEPgCeqbVxi8AiaiFHMTq1/JR/afsipAXTbaR9numyjTKL8NVe
Ctn3aCwJZmM1hI3FrAEvou2ILQ4+7oqCCyESr5XYy2lxcySOQxO2afKa9Rb5HJc3Vcr3CgsNg==|00001000000700047508||

**Sello digital emisor**

ipdpOBmLppZg8zimf7crnAn3W+wTDdCyWZjB26VG09+haid1g5fzk+TQczsiOOx++NcpyYMRDehQgBzN43RJX+sCKb66CTMYsiSX/RMOgNfK3WexOCP
iSmkDOsyurYvpowEbzNY0lCYPqdRuiiQFQlKqq6/pL13yH2umQISrbJozbTPfskkfzZ0WPInXs+OVL9u3XDKafek/d9pG8VHjYDaRhPEaEPgCeqbVxi
8AiaiFHMTq1/JR/afsipAXTbaR9numyjTKL8NVeCtn3aCwJZmM1hI3FrAEvou2ILQ4+7oqCCyESr5XYy2lxcySOQxO2afKa9Rb5HJc3Vcr3CgsNg==

**Sello digital SAT**

LSdspGB4jSbV5Oj1jJ8/ENJcSjdgi+8E9X7OW+mJCYgBUGagm/s5+Uf8/D0O41o7Jj7qmeYCGrUlBI5xhkyTHU7X1Qz7MY4o0h3pjh7dwqHzzPwCTGu
VYi/3Qrb/qvWY/tuzn6zK9tWRcCewuxFROZDpkJuNbD6Alpq0pasy17ZJvP/0xj5otnw4WGM2YuozKA2VVQaShzaVk7tPAiCaV9CKKLzw7q1/XXUUB
WF9H0wtEF3/bg7C+Wxn/UK1zYLGnPMqR9znN2gIoCQ6uH6BofLjMm2yQ0jkWf8fM0AutJXOKrApj9nkU6Tr9zzVCqtmhnTTJWZtr7wZdPNdiLqig==



---

CFDI.  Comprobante Fiscal Digital a través de Internet

Este documento es una representación impresa de un CFDI. El registro de este documento puede ser verificado en la página de internet del SAT    Documento impreso el: 22/09/2025 11:13:42



**Global Transport and Logistics**

# CFDI

*Comprobante Fiscal Digital a través de Internet*

*Ingreso*

## DATOS FISCALES

| | |
|---|---|
| Serie / folio | I / L93000314918642025 |
| F. emisión comprobante | 01/10/2025 22:57:09 |
| Tipo comprobante | I -    Ingreso |
| Tasa de cambio | 18.350700 |
| Versión comprobante | 4.0 |
| Divisa | USD - Dolar americano |
| Forma de pago | 99 - Por definir |
| Condiciones de pago | 45 days, net |
| Método de pago | PPD - Pago en parcialidades o diferido |
| Exportación | 01 - No aplica |
| Lugar de expedición | 31136 |

## DATOS TIMBRADO

| | |
|---|---|
| Certificado SAT | 00001000000700047508 |
| Folio fiscal | 4016014E-9F4C-11F0-892E-3D435CD138FF |
| F. certif. CFDI | 01/10/2025 22:57:45 |
| Certificado emisor | 00001000000707971619 |

## INTERVIENEN

### Emisor

| | |
|---|---|
| RFC | SME910509GJ0 |
| Nombre | DSV SOLUTIONS |
| Dirección | VICTOR HUGO 330 |
| C.P. | 31136 |
| País | MX - MÉXICO |
| Regimen fiscal | 601 - GENERAL DE LEY PERSONAS MORALES |
| Enviado por | Brenda Palma |
| Telefono | |
| Persona contacto | Brenda.palma@dsv.com.mx |

### Receptor

| | |
|---|---|
| RFC | CMO980416B80 |
| Nombre | CELESTICA DE MONTERREY |
| Dirección | CALLE OCTAVA NO. 102 |
| Localidad | MONTERREY, APODACA |
| C.P. | 66600 |
| Estado | NUEVO LÉON |
| País | MX - MÉXICO |
| Uso CFDI | G03 - GASTOS EN GENERAL |
| Regimen fiscal | 601 - GENERAL DE LEY PERSONAS MORALES |
| Domicilio fiscal | 66603 |
| Número cliente | 6403976183 |
| Referencia pago | |
| Su referencia | |

## DETALLE

| No. id. | Unidad medida | Cantidad | Clave prod. | Clave unidad | Descripción | Descuento | Valor unitario | Importe |
|---|---|---|---|---|---|---|---|---|
| | Unidad de servicio | 1 | 78131600 | E48 | MT5/StorgQty506/Rate47/Storage sept | 0.00 | 23,782.00 | 23,782.00 |

Objeto Impuesto   02 - Sí objeto de impuesto.

| Tipo imp. | Impuesto | Tipo Factor | Tasa/Cuota | Base | Importe |
|---|---|---|---|---|---|
| Traslado | IVA | Tasa | 16% | 23,782.00 | 3,805.12 |

### Instrucciones especiales DSV SOLUTIONS SA:

**Favor de realizar el pago a las siguientes cuentas bancarias:**

| Cuenta MXN | Banco: | HSBC México, S.A. |
|---|---|---|
| | | Reforma 347 Col. Cuauhtémoc |
| | | México, D.F. C.P. 06500 |
| | Cuenta: | 021180040621842881 | SWIFT: BIMEXMM |

| Cuenta USD | Banco: | HSBC México, S.A. |
|---|---|---|
| | | Reforma 347 Col. Cuauhtémoc |
| | | México, D.F. C.P. 06500 |
| | Cuenta: | 021180070037622759 | SWIFT: BIMEXMM |

## IMPUESTOS TOTALES

### Desglose de impuestos trasladados

| Impuesto | Tipo Factor | Tasa/Cuota | Base | Importe |
|---|---|---|---|---|
| IVA | Tasa | 16% | 23,782.00 | 3,805.12 |

## TOTALES

| | |
|---|---|
| Subtotal | 23,782.00 |
| Total impuestos trasladados | 3,805.12 |
| **TOTAL** | **27,587.12** |

CFDI.  Comprobante Fiscal Digital a través de Internet

Página: 1

Este documento es una representación impresa de un CFDI. El registro de este documento puede ser verificado en la página de internet del SAT

Documento impreso el: 01/10/2025 23:03:54

Importe con letra    VEINTISIETE MIL QUINIENTOS OCHENTA Y SIETE
DÓLARES   12/100

## CERTIFICADO

RFC proveedor de certificado                                          EME000602QR9

<strong>cfdi.xml</strong>

### Cadena original del complemento de certificación digital del SAT

||1.1|4016014E-9F4C-11F0-892E-3D435CD138FF|2025-10-01T22:57:45|EME000602QR9|PPgRFq8JpCH7JYo6s6JHJ+hEst1Te3F1E8HJ1RB
vVe3J2DhBMWE7If2CR/Rau7i+eWYGGlwJhBEGg14H0PFwqZuPQV3tCX0YBzeX72jdQC8xsgHn7nbPaus+PzaBjhItp2lEyItwnbVdYNMbBCtKcrzKe/
J9B5tmG15ZpLD87bQNnE3iNQXc5Iz5O2oDWeQmB5Q2Gj8HDSTQcHAUXhPMmKN2Hl1wPQp3NiYnThZavpA03q1BtSy0wkIIAUOo6tGCLgeX0gtdYRKzB
6scEMM+PNMzjqcVj/Fa0LBxds1D12jdGQfhjghMZNuAxjDZPguTjABQ3az8Z/he3BufwqyVkw==|00001000000700047508||

### Sello digital emisor

PPgRFq8JpCH7JYo6s6JHJ+hEst1Te3F1E8HJ1RBvVe3J2DhBMWE7If2CR/Rau7i+eWYGGlwJhBEGg14H0PFwqZuPQV3tCX0YBzeX72jdQC8xsgHn7nb
Paus+PzaBjhItp2lEyItwnbVdYNMbBCtKcrzKe/J9B5tmG15ZpLD87bQNnE3iNQXc5Iz5O2oDWeQmB5Q2Gj8HDSTQcHAUXhPMmKN2Hl1wPQp3NiYnTh
ZavpA03q1BtSy0wkIIAUOo6tGCLgeX0gtdYRKzB6scEMM+PNMzjqcVj/Fa0LBxds1D12jdGQfhjghMZNuAxjDZPguTjABQ3az8Z/he3BufwqyVkw==

### Sello digital SAT

nQF6lq4yVZAizDLVSHYxAu5MgZzRoYBlpa6CUqYzaOuWPJ89joeVXAg3bfn6+HLbWXWez9bHQ6K8Bn3hT48j1LHzXY7Yz4dkE7jqw2E3qHBN2GNs0Ho
f2sTs0iZH1LBdmRlnUoMwgQhLTryfLZpO0k/AKivt+WYI81Lu+If7KCi2E/IR+gXT3075I1WhBLfsNBrRrS3fqAhkNeSm+IlY0lDH8bKvNMSytZjpRw
ri9v+UKeW25YOwpM+9x0OjpoiOYSeLun95Ki7HmPCW87tqmTjkvF/yW9UttricYzRe/6d7WJUrLZ0Y5af5abZQwnEHU4k+2bdcgmXy8NtoLbIpkw==



---

CFDI.  Comprobante Fiscal Digital a través de Internet

Este documento es una representación impresa de un CFDI. El registro de este documento puede ser verificado en la página de internet del SAT    Documento impreso el: 01/10/2025 23:03:55


**Global Transport and Logistics**

# CFDI
*Comprobante Fiscal Digital a través de Internet*
*Ingreso*

## DATOS FISCALES

| | |
|---|---|
| Serie / folio | I / L93000314930802025 |
| F. emisión comprobante | 07/11/2025 10:08:43 |
| Tipo comprobante | I -      Ingreso |
| Tasa de cambio | 18.594700 |
| Versión comprobante | 4.0 |
| Divisa | USD - Dolar americano |
| Forma de pago | 99 - Por definir |
| Condiciones de pago | 45 days, net |
| Método de pago | PPD - Pago en parcialidades o diferido |
| Exportación | 01 - No aplica |
| Lugar de expedición | 31136 |

## DATOS TIMBRADO

| | |
|---|---|
| Certificado SAT | 00001000000700047508 |
| Folio fiscal | 080D77CD-BBF4-11F0-89A7-ED0092F2399D |
| F. certif. CFDI | 07/11/2025 10:09:18 |
| Certificado emisor | 00001000000720018984 |

## INTERVIENEN

### Emisor

| | |
|---|---|
| RFC | SME910509GJ0 |
| Nombre | DSV CONTRACT LOGISTICS |
| Dirección | VICTOR HUGO 330 |
| C.P. | 31136 |
| País | MX - MÉXICO |
| Regimen fiscal | 601 - GENERAL DE LEY PERSONAS MORALES |
| Enviado por | Brenda Palma |
| Telefono | |
| Persona contacto | Brenda.palma@dsv.com.mx |

### Receptor

| | |
|---|---|
| RFC | CMO980416B80 |
| Nombre | CELESTICA DE MONTERREY |
| Dirección | CALLE OCTAVA NO. 102 |
| Localidad | MONTERREY, APODACA |
| C.P. | 66600 |
| Estado | NUEVO LÉON |
| País | MX - MÉXICO |
| Uso CFDI | G03 - GASTOS EN GENERAL |
| Regimen fiscal | 601 - GENERAL DE LEY PERSONAS MORALES |
| Domicilio fiscal | 66603 |
| Número cliente | 6403976183 |
| Referencia pago | |
| Su referencia | |

## DETALLE

| No. id. | Unidad medida | Cantidad | Clave prod. | Clave unidad | Descripción | Descuento | Valor unitario | Importe |
|---|---|---|---|---|---|---|---|---|
| | Unidad de servicio | 1 | 78131600 | E48 | MT5/StorgQty506/Rate47/Baterias Stor Oct | 0.00 | 23,782.00 | 23,782.00 |

**Objeto Impuesto**   02 - Sí objeto de impuesto.

| Tipo imp. | Impuesto | Tipo Factor | Tasa/Cuota | Base | Importe |
|---|---|---|---|---|---|
| Traslado | IVA | Tasa | 16% | 23,782.00 | 3,805.12 |

| No. id. | Unidad medida | Cantidad | Clave prod. | Clave unidad | Descripción | Descuento | Valor unitario | Importe |
|---|---|---|---|---|---|---|---|---|
| | Unidad de servicio | 1 | 80151600 | E48 | MT5/CstmClCh/Virtual Oct | 0.00 | 135.00 | 135.00 |

**Objeto Impuesto**   02 - Sí objeto de impuesto.

| Tipo imp. | Impuesto | Tipo Factor | Tasa/Cuota | Base | Importe |
|---|---|---|---|---|---|
| Traslado | IVA | Tasa | 16% | 135.00 | 21.60 |

| No. id. | Unidad medida | Cantidad | Clave prod. | Clave unidad | Descripción | Descuento | Valor unitario | Importe |
|---|---|---|---|---|---|---|---|---|
| | Unidad de servicio | 1 | 81141600 | E48 | MT5/Add Supp/IMMEX Oct | 0.00 | 500.00 | 500.00 |

**Objeto Impuesto**   02 - Sí objeto de impuesto.

| Tipo imp. | Impuesto | Tipo Factor | Tasa/Cuota | Base | Importe |
|---|---|---|---|---|---|
| Traslado | IVA | Tasa | 16% | 500.00 | 80.00 |

CFDI.  Comprobante Fiscal Digital a través de Internet
Este documento es una representación impresa de un CFDI. El registro de este documento puede ser verificado en la página de internet del SAT
Página: 1
Documento impreso el: 07/11/2025 10:12:24

Instrucciones especiales DSV SOLUTIONS SA:

**Favor de realizar el pago a las siguientes cuentas bancarias:**

| | | |
|---|---|---|
| **Cuenta MXN** | Banco: HSBC México, S.A. | |
| | Reforma 347 Col. Cuauhtémoc | |
| | México, D.F. C.P. 06500 | |
| | Cuenta: 021180040621842881 | SWIFT: BIMEMXMM |

| | | |
|---|---|---|
| **Cuenta USD** | Banco: HSBC México, S.A. | |
| | Reforma 347 Col. Cuauhtémoc | |
| | México, D.F. C.P. 06500 | |
| | Cuenta: 021180070037622759 | SWIFT: BIMEMXMM |

## IMPUESTOS TOTALES

Desglose de impuestos trasladados

| Impuesto | Tipo Factor | Tasa/Cuota | Base | Importe |
|---|---|---|---|---|
| IVA | Tasa | 16% | 24,417.00 | 3,906.72 |

## TOTALES

| | |
|---|---|
| **Subtotal** | 24,417.00 |
| **Total impuestos trasladados** | 3,906.72 |
| **TOTAL** | **28,323.72** |
| **Importe con letra** | VEINTIOCHO MIL TRESCIENTOS VEINTITRÉS DÓLARES 72/100 |

## CERTIFICADO

| | |
|---|---|
| RFC proveedor de certificado | EME000602QR9 |

**cfdi.xml**

### Cadena original del complemento de certificación digital del SAT

||1.1|080D77CD-BBF4-11F0-89A7-ED0092F2399D|2025-11-07T10:09:18|EME000602QR9|cplQRvXU5hU/t7P8ywN0Hvq+AN6+modX11dPwgbW4IUuD6pH9fbjxk9+UvJIUt1s7b75VySJdPixVCDVoP3cdSxhqXgj5swaZsjnG4sWpjNzAAkVrC43NuuXrgi8ykHfJEI1w8fBe3+R/iX1rMtKnyW0sRZ41GlSbg+lEMK7cLxEjpaiQz6fBxQDHb/0brs2rG0jw7Tb7eBEFt7Z55ktCtG5wCIDOP7nT11YWueFo2mrBIbgEIXxc0c5HtEkOJPL+PFDePIh9lRcgv9LTQPcnP6Jfuti51udzpiP4hiIyF5NrPTL7PT7qbb7utBE/3Bt8C/CTGGloSxucghqz7DrzYw==|00001000000700047508||

### Sello digital emisor

cplQRvXU5hU/t7P8ywN0Hvq+AN6+modX11dPwgbW4IUuD6pH9fbjxk9+UvJIUt1s7b75VySJdPixVCDVoP3cdSxhqXgj5swaZsjnG4sWpjNzAAkVrC43NuuXrgi8ykHfJEI1w8fBe3+R/iX1rMtKnyW0sRZ41GlSbg+lEMK7cLxEjpaiQz6fBxQDHb/0brs2rG0jw7Tb7eBEFt7Z55ktCtG5wCIDOP7nT11YWueFo2mrBIbgEIXxc0c5HtEkOJPL+PFDePIh9lRcgv9LTQPcnP6Jfuti51udzpiP4hiIyF5NrPTL7PT7qbb7utBE/3Bt8C/CTGGloSxucghqz7DrzYw==

### Sello digital SAT

f43RgyK/PswLlkDSMPRf0Jq+UPBN6YQEJChuT0CgDkpNUG30iNltbXfNnmFHl8LfyxJizHyPfmVAGvg2+K2vayO0IAV/ltJBE/KYtXln3q5jeT1CrSBcc5KrAzpoEt+I9kE446E39ygVwqKyBA7S17M8bV+/cuB1bjgF8JqwYi0Yqqd2V/nD1knlDNXtxLmt+3+yEcAYDHKvWa6502vLtuNLxhgAplMlh8APr1HSFD45pJelM6qZVsvM2zC8/6+OdYHNyfAqMAcfDbulShhDckHmUy+BCMI8eNJJOpbzWtLPaLfI+nPGgXWFmUuSVZ0/xCvjDfcD6bwfNLkNMsNaoA==



CFDI.  Comprobante Fiscal Digital a través de Internet

Este documento es una representación impresa de un CFDI. El registro de este documento puede ser verificado en la página de internet del SAT

Documento impreso el: 07/11/2025 10:12:24

# DSV
**Global Transport and Logistics**

# CFDI
*Comprobante Fiscal Digital a través de Internet*
*Ingreso*

## DATOS FISCALES

| | |
|---|---|
| Serie / folio | I / L93000314944532025 |
| F. emisión comprobante | 02/12/2025 00:03:04 |
| Tipo comprobante | I - Ingreso |
| Tasa de cambio | 18.346700 |
| Versión comprobante | 4.0 |
| Divisa | USD - Dolar americano |
| Forma de pago | 99 - Por definir |
| Condiciones de pago | 45 days, net |
| Método de pago | PPD - Pago en parcialidades o diferido |
| Exportación | 01 - No aplica |
| Lugar de expedición | 31136 |

## DATOS TIMBRADO

| | |
|---|---|
| Certificado SAT | 00001000000700047508 |
| Folio fiscal | 90A5DCA0-CF44-11F0-89C8-B9266A00AAF7 |
| F. certif. CFDI | 02/12/2025 00:03:34 |
| Certificado emisor | 00001000000720018984 |

## INTERVIENEN

### Emisor

| | |
|---|---|
| RFC | SME910509GJ0 |
| Nombre | DSV CONTRACT LOGISTICS |
| Dirección | VICTOR HUGO 330 |
| C.P. | 31136 |
| País | MX - MÉXICO |
| Regimen fiscal | 601 - GENERAL DE LEY PERSONAS MORALES |
| Enviado por | LAURA TAPIA |
| Telefono | |
| Persona contacto | laura.tapia@dsv.com |

### Receptor

| | |
|---|---|
| RFC | CMO980416B80 |
| Nombre | CELESTICA DE MONTERREY |
| Dirección | CALLE OCTAVA NO. 102 |
| Localidad | MONTERREY, APODACA |
| C.P. | 66600 |
| Estado | NUEVO LÉON |
| Pais | MX - MÉXICO |
| Uso CFDI | G03 - GASTOS EN GENERAL |
| Regimen fiscal | 601 - GENERAL DE LEY PERSONAS MORALES |
| Domicilio fiscal | 66603 |
| Número cliente | 6403976183 |
| Referencia pago | |
| Su referencia | |

## DETALLE

| No. id. | Unidad medida | Cantidad | Clave prod. | Clave unidad | Descripción | Descuento | Valor unitario | Importe |
|---|---|---|---|---|---|---|---|---|
| | Unidad de servicio | 1 | 78131600 | E48 | MT5/StorgQty510/Rate47/Baterias Stor Nov | 0.00 | 23,970.00 | 23,970.00 |

Objeto Impuesto    02 - Sí objeto de impuesto.

| Tipo imp. | Impuesto | Tipo Factor | Tasa/Cuota | Base | Importe |
|---|---|---|---|---|---|
| Traslado | IVA | Tasa | 16% | 23,970.00 | 3,835.20 |

| No. id. | Unidad medida | Cantidad | Clave prod. | Clave unidad | Descripción | Descuento | Valor unitario | Importe |
|---|---|---|---|---|---|---|---|---|
| | Unidad de servicio | 1 | 81141600 | E48 | MT5/BarLeb/Qty4/Rate0.35/Labels Nov | 0.00 | 1.40 | 1.40 |

Objeto Impuesto    02 - Sí objeto de impuesto.

| Tipo imp. | Impuesto | Tipo Factor | Tasa/Cuota | Base | Importe |
|---|---|---|---|---|---|
| Traslado | IVA | Tasa | 16% | 1.40 | 0.22 |

| No. id. | Unidad medida | Cantidad | Clave prod. | Clave unidad | Descripción | Descuento | Valor unitario | Importe |
|---|---|---|---|---|---|---|---|---|
| | Unidad de servicio | 1 | 81141600 | E48 | MT5/Add Supp/IMMEX Nov | 0.00 | 500.00 | 500.00 |

Objeto Impuesto    02 - Sí objeto de impuesto.

| Tipo imp. | Impuesto | Tipo Factor | Tasa/Cuota | Base | Importe |
|---|---|---|---|---|---|
| Traslado | IVA | Tasa | 16% | 500.00 | 80.00 |

CFDI. Comprobante Fiscal Digital a través de Internet
Página: 1
Este documento es una representación impresa de un CFDI. El registro de este documento puede ser verificado en la página de internet del SAT
Documento impreso el: 02/12/2025 00:24:05

**Instrucciones especiales DSV SOLUTIONS SA:**

Favor de realizar el pago a las siguientes cuentas bancarias:

| | | |
|---|---|---|
| **Cuenta MXN** | Banco: HSBC México, S.A. | |
| | Reforma 347 Col. Cuauhtémoc | |
| | México, D.F. C.P. 06500 | |
| | Cuenta: 021180040621842881 | SWIFT: BIMEMXMM |
| | | |
| **Cuenta USD** | Banco: HSBC México, S.A. | |
| | Reforma 347 Col. Cuauhtémoc | |
| | México, D.F. C.P. 06500 | |
| | Cuenta: 021180070037622759 | SWIFT: BIMEMXMM |

## IMPUESTOS TOTALES

Desglose de impuestos trasladados

| Impuesto | Tipo Factor | Tasa/Cuota | Base | Importe |
|---|---|---|---|---|
| IVA | Tasa | 16% | 24,471.40 | 3,915.42 |

## TOTALES

| | |
|---|---|
| **Subtotal** | 24,471.40 |
| **Total impuestos trasladados** | 3,915.42 |
| **TOTAL** | 28,386.82 |
| **Importe con letra** | VEINTIOCHO MIL TRESCIENTOS OCHENTA Y SEIS DÓLARES  82/100 |

||1.1|90A5DCA0-CF44-11F0-89C8-B9266A00AAF7|2025-12-02T00:03:34|EME000602QR9|jMyV4wfR98m4wH+OSP8XCZ4gJqr7utGRNwyKDOJwQ/j+LDHV+S3ibRw1T/dRjME6DmwsooPWBMby97fgbey/BUj7xFByfHSjKwtuFYREj6iCzRjAZGNkR9p85VbtzpAKoH/jaT9cAn9nWuzHZlSIYIn79VMbANU8PXKkK5WfdIrme+SSLNEv2DBtRXX5WsKw4gYVYX4Ypg+U1Ruh6Kk/uoCiIn7FP8m9RNs8JcdPv2txEXNkTiryDPGTIrqHaAjq4SSpZtqS6pkaDbPZYGfcvyOnPZfw0HrPqrkeMhPwoP9VV8ZBHqI7fddKZyskMh62OTluy+wc1cQNJbK4avpyAw==|00001000000700047508||

## CERTIFICADO

RFC proveedor de certificado                                                              EME000602QR9

**cfdi.xml**

**Cadena original del complemento de certificación digital del SAT**

||1.1|90A5DCA0-CF44-11F0-89C8-B9266A00AAF7|2025-12-02T00:03:34|EME000602QR9|jMyV4wfR98m4wH+OSP8XCZ4gJqr7utGRNwyKDOJwQ/j+LDHV+S3ibRw1T/dRjME6DmwsooPWBMby97fgbey/BUj7xFByfHSjKwtuFYREj6iCzRjAZGNkR9p85VbtzpAKoH/jaT9cAn9nWuzHZlSIYIn79VMbANU8PXKkK5WfdIrme+SSLNEv2DBtRXX5WsKw4gYVYX4Ypg+U1Ruh6Kk/uoCiIn7FP8m9RNs8JcdPv2txEXNkTiryDPGTIrqHaAjq4SSpZtqS6pkaDbPZYGfcvyOnPZfw0HrPqrkeMhPwoP9VV8ZBHqI7fddKZyskMh62OTluy+wc1cQNJbK4avpyAw==|00001000000700047508||

**Sello digital emisor**

jMyV4wfR98m4wH+OSP8XCZ4gJqr7utGRNwyKDOJwQ/j+LDHV+S3ibRw1T/dRjME6DmwsooPWBMby97fgbey/BUj7xFByfHSjKwtuFYREj6iCzRjAZGNkR9p85VbtzpAKoH/jaT9cAn9nWuzHZlSIYIn79VMbANU8PXKkK5WfdIrme+SSLNEv2DBtRXX5WsKw4gYVYX4Ypg+U1Ruh6Kk/uoCiIn7FP8m9RNs8JcdPv2txEXNkTiryDPGTIrqHaAjq4SSpZtqS6pkaDbPZYGfcvyOnPZfw0HrPqrkeMhPwoP9VV8ZBHqI7fddKZyskMh62OTluy+wc1cQNJbK4avpyAw==

**Sello digital SAT**

tpk5GpMw/pXnxnkUfdLdF3V8w1BK1bcTVkuXlnPq8y4WtX4/M9qku7vRDNK7G/3aAJWtSmdq/5n+z6BDjA63imp2h/Cgu269LLLBv8kL//Vas7LwwXCpkjWvXt4/C9J3NcLXfBF5N21W17PfCAyk397VoMFNgFFwiub+EThHa//rhkQ0vtj8PPAjOAO1LW5IZpne8KosG12p1vXJy139CaqQ6EIHjkeiQX3jqSS/7JRz8YzGFf8a9tr+bfHfSSAt8fTH8jxHq/oqrcQB7FbxLQFkGuu18nDQR7qxekHeqS9fPmmo+B2+U5Kw3XCwz0Y2uYEMdwyVR9gbFX1GOmIMOow==



CFDI.  Comprobante Fiscal Digital a través de Internet                                    Página: 2

Este documento es una representación impresa de un CFDI. El registro de este documento puede ser verificado en la página de internet del SAT    Documento impreso el: 02/12/2025 00:24:05



**CFDI**

*Comprobante Fiscal Digital a través de Internet*

*Ingreso*

## DATOS FISCALES

| | |
|---|---|
| **Serie / folio** | I / L9300031496303202 |
| **F. emisión comprobante** | 05/01/2026 19:45:49 |
| **Tipo comprobante** | I -      Ingreso |
| **Tasa de cambio** | 18.001200 |
| **Versión comprobante** | 4.0 |
| **Divisa** | USD - Dolar americano |
| **Forma de pago** | 99 - Por definir |
| **Condiciones de pago** | 45 days, net |
| **Método de pago** | PPD - Pago en parcialidades o diferido |
| **Exportación** | 01 - No aplica |
| **Lugar de expedición** | 31136 |

## DATOS TIMBRADO

| | |
|---|---|
| **Certificado SAT** | 00001000000700047508 |
| **Folio fiscal** | 6D210494-EAA1-11F0-ADE5-D5485439713D |
| **F. certif. CFDI** | 05/01/2026 19:46:30 |
| **Certificado emisor** | 00001000000720018984 |

## INTERVIENEN

### Emisor

| | |
|---|---|
| **RFC** | SME910509GJ0 |
| **Nombre** | DSV CONTRACT LOGISTICS |
| **Dirección** | VICTOR HUGO 330 |
| **C.P.** | 31136 |
| **País** | MX - MÉXICO |
| **Regimen fiscal** | 601 - GENERAL DE LEY PERSONAS MORALES |
| **Enviado por** | PAOLA MIRANDA |
| **Telefono** | |
| **Persona contacto** | paola.stephanie.miranda@dsv.com |

### Receptor

| | |
|---|---|
| **RFC** | CMO980416B80 |
| **Nombre** | CELESTICA DE MONTERREY |
| **Dirección** | CALLE OCTAVA NO. 102 |
| **Localidad** | MONTERREY, APODACA |
| **C.P.** | 66600 |
| **Estado** | NUEVO LÉON |
| **País** | MX - MÉXICO |
| **Uso CFDI** | G03 - GASTOS EN GENERAL |
| **Regimen fiscal** | 601 - GENERAL DE LEY PERSONAS MORALES |
| **Domicilio fiscal** | 66603 |
| **Número cliente** | 6403976183 |
| **Referencia pago** | |
| **Su referencia** | |

## DETALLE

| No. id. | Unidad medida | Cantidad | Clave prod. | Clave unidad | Descripción | Descuento | Valor unitario | Importe |
|---|---|---|---|---|---|---|---|---|
| | Unidad de servicio | 1 | 78131600 | E48 | MT5/StorgQty512/Rate47/Baterias Stor dic | 0.00 | 24,064.00 | 24,064.00 |

**Objeto Impuesto**    02 - Sí objeto de impuesto.

| Tipo imp. | Impuesto | Tipo Factor | Tasa/Cuota | Base | Importe |
|---|---|---|---|---|---|
| Traslado | IVA | Tasa | 16% | 24,064.00 | 3,850.24 |

| No. id. | Unidad medida | Cantidad | Clave prod. | Clave unidad | Descripción | Descuento | Valor unitario | Importe |
|---|---|---|---|---|---|---|---|---|
| | Unidad de servicio | 1 | 81141600 | E48 | MT5/BarLeb/Qty2/Rate0.35/Labels dic | 0.00 | 0.70 | 0.70 |

**Objeto Impuesto**    02 - Sí objeto de impuesto.

| Tipo imp. | Impuesto | Tipo Factor | Tasa/Cuota | Base | Importe |
|---|---|---|---|---|---|
| Traslado | IVA | Tasa | 16% | 0.70 | 0.11 |

| No. id. | Unidad medida | Cantidad | Clave prod. | Clave unidad | Descripción | Descuento | Valor unitario | Importe |
|---|---|---|---|---|---|---|---|---|
| | Unidad de servicio | 1 | 81141600 | E48 | MT5/Add Supp/IMMEX dic | 0.00 | 500.00 | 500.00 |

**Objeto Impuesto**    02 - Sí objeto de impuesto.

| Tipo imp. | Impuesto | Tipo Factor | Tasa/Cuota | Base | Importe |
|---|---|---|---|---|---|
| Traslado | IVA | Tasa | 16% | 500.00 | 80.00 |

**CFDI.  Comprobante Fiscal Digital a través de Internet**

Página: 1

Este documento es una representación impresa de un CFDI. El registro de este documento puede ser verificado en la página de internet del SAT            Documento impreso el: 05/01/2026 19:50:37

**Instrucciones especiales DSV SOLUTIONS SA:**

Favor de realizar el pago a las siguientes cuentas bancarias:

| | | |
|---|---|---|
| **Cuenta MXN** | Banco: | HSBC México, S.A. |
| | | Reforma 347 Col. Cuauhtémoc |
| | | México, D.F. C.P. 06500 |
| | Cuenta: | 021180040621842881    SWIFT: BIMEMXMM |
| | | |
| **Cuenta USD** | Banco: | HSBC México, S.A. |
| | | Reforma 347 Col. Cuauhtémoc |
| | | México, D.F. C.P. 06500 |
| | Cuenta: | 021180070037622759    SWIFT: BIMEMXMM |

## IMPUESTOS TOTALES

Desglose de impuestos trasladados

| Impuesto | Tipo Factor | Tasa/Cuota | Base | Importe |
|---|---|---|---|---|
| IVA | Tasa | 16% | 24,564.70 | 3,930.35 |

## TOTALES

| | |
|---|---|
| **Subtotal** | 24,564.70 |
| **Total impuestos trasladados** | 3,930.35 |
| **TOTAL** | **28,495.05** |
| **Importe con letra** | VEINTIOCHO MIL CUATROCIENTOS NOVENTA Y CINCO DÓLARES  05/100 |

## CERTIFICADO

| RFC proveedor de certificado | EME000602QR9 | **cfdi.xml** |
|---|---|---|

### Cadena original del complemento de certificación digital del SAT

||1.1|6D210494-EAA1-11F0-ADE5-D5485439713D|2026-01-05T19:46:30|EME000602QR9|Z1PGWfEt21dsRWO+QgVJp7NBg9AsvNqeAJGUKS8wt9SpGe5ZuupJmpnrnfiAv+YEkgpB085Dym//JzwRyzPKgRJFZPZqRQ9Xy/FaagMnWwKzNv0QILLKROFjvrBPfA1yF6a+uoVMWibLIhDsbgLI1pREcHVt6hIP7b+VlqTcF+BoEWakocFpFnc0hXCIKQ9uXwSdJ0yNXxptFwvYWZ+Hq87aFCCRb78zDF+3BOP7nwmRC8ZddjX515a0y6P/zVjl6TGZFcC1NXH47DV2DRdmEZn03gecgHJnw4WoboJfF8r/DpnPErDHQHRVKG5kO00CJy4B5jBgYzCTyTdi6gQfoA==|00001000000700047508||

### Sello digital emisor

Z1PGWfEt21dsRWO+QgVJp7NBg9AsvNqeAJGUKS8wt9SpGe5ZuupJmpnrnfiAv+YEkgpB085Dym//JzwRyzPKgRJFZPZqRQ9Xy/FaagMnWwKzNv0QILLKROFjvrBPfA1yF6a+uoVMWibLIhDsbgLI1pREcHVt6hIP7b+VlqTcF+BoEWakocFpFnc0hXCIKQ9uXwSdJ0yNXxptFwvYWZ+Hq87aFCCRb78zDF+3BOP7nwmRC8ZddjX515a0y6P/zVjl6TGZFcC1NXH47DV2DRdmEZn03gecgHJnw4WoboJfF8r/DpnPErDHQHRVKG5kO00CJy4B5jBgYzCTyTdi6gQfoA==

### Sello digital SAT

UgDzzP8TVFgnkQeV42SQgv4jpOxhiwBdycwf6eHgQgS0pXgthLJNHSV0e5Bhxzhe0iptdehV2w3yZg+FWvFGpGwRK/HgRjffq2Wg8AqSCDZM66WXjOz7xn94GDG3hoW75aG7Y7G4viV9Vb1dcguuMASca/MGPWKiavrp0/ycSvwuoVnBgDrx9k0shz0hz2+Ogh1NbvZ3Pxhxn3fIbHXKhpr9SAkaD3VXPV1dWZ8tLN9yX8V/pvE3j2vf5G5KBfn8VSZJ5IvnaUcs5tjAfb1bf8wNZX2Kvxv0rhWNV8n/zTZujv5uVse6AspuOZPVFfTNtRI1+b6rCNHLRJtFRIiKmw==



**CFDI.** Comprobante Fiscal Digital a través de Internet                                    Página: 2

Este documento es una representación impresa de un CFDI. El registro de este documento puede ser verificado en la página de internet del SAT        Documento impreso el: 05/01/2026 19:50:37

<u>Exhibit D</u>

Chart Showing the Paid Taxes

| Pedimento Original | PedimentoF4 | FECHA | No. Factura | Part Number | Saldo UMP | Importe Saldo MN | Total Import Value USD | TOTAL DE PED USD/CR 18.916000 | Cust |
|---|---|---|---|---|---|---|---|---|---|
| 241639104004543 | 252439105015446 | 8/22/2025 | CMM24094 | 088556C88 | 740.00 | $ 674.22 | $ 39.52 | $ 62.96 | Powin |
| 248039104001452 | 252439105015439 | 8/18/2025 | ELV-24003 | 093678C88 | 200.00 | $ 792.68 | $ 47.16 | $ 52.10 | Powin |
| 258039105000944 | 252439105015282 | 8/12/2025 | ELV-25003 | 086951C88 | 272.00 | $ 796,962.05 | $ 39,184.32 | $ 7,137.23 | Powin |
| 258039105000944 | 252439105015282 | 8/12/2025 | ELV-25003 | 086951C88 | 450.00 | $ 1,318,503.39 | $ 64,827.00 | $ 11,807.91 | Powin |
| 258039105000944 | 252439105015282 | 8/12/2025 | ELV-25003 | 086951C88 | 450.00 | $ 1,318,503.39 | $ 64,827.00 | $ 11,807.91 | Powin |
| 258039105000944 | 252439105015282 | 8/12/2025 | ELV-25003 | 086951C88 | 450.00 | $ 1,318,503.39 | $ 64,827.00 | $ 11,807.91 | Powin |
| 258039105000944 | 252439105015282 | 8/12/2025 | ELV-25003 | 086951C88 | 450.00 | $ 1,318,503.39 | $ 64,827.00 | $ 11,807.91 | Powin |
| 258039105000944 | 252439105015282 | 8/12/2025 | ELV-25003 | 086951C88 | 450.00 | $ 1,318,503.39 | $ 64,827.00 | $ 11,807.91 | Powin |
| 258039105000944 | 252439105015282 | 8/12/2025 | ELV-25003 | 086951C88 | 450.00 | $ 1,318,503.39 | $ 64,827.00 | $ 11,807.91 | Powin |
| 258039105000944 | 252439105015282 | 8/12/2025 | ELV-25003 | 086951C88 | 450.00 | $ 1,318,503.39 | $ 64,827.00 | $ 11,807.91 | Powin |
| 258039105000944 | 252439105015282 | 8/12/2025 | ELV-25003 | 086951C88 | 212.00 | $ 621,161.60 | $ 30,540.72 | $ 5,562.84 | Powin |
| 258039105000944 | 252439105015282 | 8/12/2025 | ELV-25003 | 084005C88 | 26.00 | $ 29,232.55 | $ 1,437.28 | $ 261.81 | Powin |
| 258039105000944 | 252439105015282 | 8/12/2025 | ELV-25003 | 084005C88 | 26.00 | $ 29,232.55 | $ 1,437.28 | $ 261.81 | Powin |
| 258039105000944 | 252439105015282 | 8/12/2025 | ELV-25003 | 084005C88 | 26.00 | $ 29,232.55 | $ 1,437.28 | $ 261.81 | Powin |
| 258039105000944 | 252439105015282 | 8/12/2025 | ELV-25003 | 084005C88 | 26.00 | $ 29,232.55 | $ 1,437.28 | $ 261.81 | Powin |
| 258039105000944 | 252439105015282 | 8/12/2025 | ELV-25003 | 084005C88 | 26.00 | $ 29,232.55 | $ 1,437.28 | $ 261.81 | Powin |
| 258039105000944 | 252439105015282 | 8/12/2025 | ELV-25003 | 084005C88 | 26.00 | $ 29,232.55 | $ 1,437.28 | $ 261.81 | Powin |
| 258039105000944 | 252439105015282 | 8/12/2025 | ELV-25003 | 084005C88 | 26.00 | $ 29,232.55 | $ 1,437.28 | $ 261.81 | Powin |
| 258039105000944 | 252439105015282 | 8/12/2025 | ELV-25003 | 084005C88 | 26.00 | $ 29,232.55 | $ 1,437.28 | $ 261.81 | Powin |
| 258039105001128 | 252439105015444 | 8/18/2025 | CS-25002 | B-001838 | 35,000.00 | $ 50,310.60 | $ 2,467.50 | $ 1,549.74 | Powin |
| 241639104006774 | 252439105018528 | 10/27/2025 | CMM24400 | 094493C88 | 676.00 | $ 59,452.78 | $ 3,569.28 | $ 571.49 | Powin |
| 241639104006776 | 252439105018529 | 10/27/2025 | CMM24390 | 085320C88 | 199.00 | $ 794.75 | $ 47.76 | $ 23.49 | Powin |
| 242439104004643 | 252439105018531 | 12/29/2025 | MXS-24136 | 093601C88 | 20.00 | $ 1,673.67 | $ 100.00 | $ 15.21 | Powin |
| 242439104004828 | 252439105018533 | 10/10/2025 | MXS-24154 | 087855C88 | 91.00 | $ 64,877.57 | $ 3,957.59 | $ 589.41 | Powin |
| 242439104004828 | 252439105018533 | 10/10/2025 | MXS-24154 | 087848C88 | 93.00 | $ 5,732.37 | $ 349.68 | $ 52.08 | Powin |
| 242439104004828 | 252439105018533 | 10/10/2025 | MXS-24154 | 087852C88 | 428.00 | $ 25,258.64 | $ 1,540.80 | $ 229.50 | Powin |
| 242439104004828 | 252439105018533 | 10/10/2025 | MXS-24154 | 087855C88 | 100.00 | $ 71,294.03 | $ 4,349.00 | $ 647.71 | Powin |
| 242439104004828 | 252439105018533 | 10/10/2025 | MXS-24154 | 087848C88 | 100.00 | $ 6,163.84 | $ 376.00 | $ 56.00 | Powin |
| 242439104004828 | 252439105018533 | 10/10/2025 | MXS-24154 | 087853C88 | 131.00 | $ 3,951.42 | $ 241.04 | $ 35.91 | Powin |
| 242439104004828 | 252439105018533 | 10/10/2025 | MXS-24154 | 087840C88 | 151.00 | $ 127,555.98 | $ 7,781.03 | $ 1,158.85 | Powin |
| 242439104004828 | 252439105018533 | 10/10/2025 | MXS-24154 | 087851C88 | 85.00 | $ 2,647.50 | $ 161.50 | $ 24.06 | Powin |
| 242439104004828 | 252439105018533 | 10/10/2025 | MXS-24154 | 087849C88 | 634.00 | $ 3,741.58 | $ 228.24 | $ 34.03 | Powin |
| 242439104004940 | 252439105018534 | 10/22/2025 | MXS-24180 | 099759C88 | 292.00 | $ 992.77 | $ 58.40 | $ 9.05 | Powin |
| 242439104004940 | 252439105018534 | 10/22/2025 | MXS-24180 | 099759C88 | 1,219.00 | $ 4,144.48 | $ 243.80 | $ 37.78 | Powin |
| 242439104007352 | 252439105018538 | 11/3/2025 | MXS-24211 | 087841C88 | 1,200.00 | $ 17,520.00 | $ 876.00 | $ 159.45 | Powin |
| 245236004036817 | 252439105018542 | 10/22/2025 | FXCA-24050 | 087942C88 | 500.00 | $ 5,057.35 | $ 297.50 | $ 46.24 | Powin |
| 245236004047485 | 252439105018543 | 12/29/2025 | FXCA-24040 | 093528C88 | 16.00 | $ 299.14 | $ 17.94 | $ 2.72 | Powin |
| 245236004051177 | 252439105018544 | 12/29/2025 | FXCA-24050 | 087942C88 | 112.00 | $ 1,098.80 | $ 66.64 | $ 10.55 | Powin |
| 245236004058984 | 252439105018546 | 10/28/2025 | FXCA-24050 | 087942C88 | 62.00 | $ 624.89 | $ 36.89 | $ 5.72 | Powin |
| 245236004063673 | 252439105018547 | 10/27/2025 | FXCA-24060 | 087942C88 | 438.00 | $ 4,349.40 | $ 260.61 | $ 134.32 | Powin |
| 245236004066122 | 252439105018548 | 10/27/2025 | FXCA-24060 | 093528C88 | 250.00 | $ 4,642.85 | $ 280.25 | $ 143.33 | Powin |
| 245236004068539 | 252439105018549 | 10/27/2025 | FXCA-24070 | 02279C88 | 20.00 | $ 454.26 | $ 26.80 | $ 4.23 | Powin |
| 248039104001883 | 252439105018552 | 10/10/2025 | ELV-24008 | 093678C88 | 200.00 | $ 773.10 | $ 47.16 | $ 21.99 | Powin |
| 248039104001883 | 252439105018552 | 10/10/2025 | ELV-24008 | 093678C88 | 200.00 | $ 773.10 | $ 47.16 | $ 21.99 | Powin |
| 248039104002169 | 252439105018553 | 11/5/2025 | ELV-24011 | 402-0080Y | 5,301.00 | $ 22,351.67 | $ 1,325.25 | $ 203.92 | Powin |
| 248039104002169 | 252439105018553 | 11/5/2025 | ELV-24011 | 402-0080Y | 5,000.00 | $ 21,082.50 | $ 1,250.00 | $ 192.34 | Powin |
| 248039104002169 | 252439105018553 | 11/5/2025 | ELV-24011 | 402-0080Y | 5,000.00 | $ 21,082.50 | $ 1,250.00 | $ 192.34 | Powin |
| 248039104002169 | 252439105018553 | 11/5/2025 | ELV-24011 | 087949C88 | 250.00 | $ 12,227.85 | $ 725.00 | $ 111.13 | Powin |
| 248039104002177 | 252439105018554 | 10/27/2025 | ELV-24011 | 000-0076Y | 120.00 | $ 29,397.77 | $ 1,753.10 | $ 268.10 | Powin |
| 248039104002177 | 252439105018554 | 10/27/2025 | ELV-24011 | 079717C88 | 2,000.00 | $ 105,644.70 | $ 6,300.00 | $ 976.77 | Powin |
| 248039104002186 | 252439105018555 | 10/28/2025 | ELV-24011 | 099759C88 | 390.00 | $ 1,233.92 | $ 73.16 | $ 14.59 | Powin |
| 248039104002186 | 252439105018555 | 10/28/2025 | ELV-24011 | 099759C88 | 610.00 | $ 1,930.15 | $ 114.44 | $ 22.82 | Powin |
| 248039104002186 | 252439105018555 | 10/28/2025 | ELV-24011 | 099759C88 | 390.00 | $ 1,233.92 | $ 73.16 | $ 14.59 | Powin |
| 248039104002186 | 252439105018555 | 10/28/2025 | ELV-24011 | 099759C88 | 100.00 | $ 316.41 | $ 18.76 | $ 3.74 | Powin |
| 248039104002248 | 252439105018556 | 10/27/2025 | ELV-24009 | 093678C88 | 400.00 | $ 1,597.71 | $ 94.32 | $ 59.76 | Powin |
| 248039104002818 | 252439105018557 | 11/3/2025 | ELV-24014 | 083663C88 | 40.00 | $ 217.42 | $ 12.40 | $ 10.24 | Powin |
| 248039104002818 | 252439105018557 | 11/3/2025 | ELV-24014 | 083785C88 | 20.00 | $ 1,269.43 | $ 72.40 | $ 15.08 | Powin |
| 248039104002818 | 252439105018557 | 11/3/2025 | ELV-24014 | 083670C88 | 20.00 | $ 1,676.20 | $ 95.60 | $ 18.57 | Powin |
| 248039104002818 | 252439105018557 | 11/3/2025 | ELV-24014 | 083670C88 | 140.00 | $ 11,733.42 | $ 669.20 | $ 129.99 | Powin |
| 248039104003839 | 252439105018560 | 10/28/2025 | ELV-24012 | 099759C88 | 144.00 | $ 2,081.40 | $ 123.84 | $ 63.92 | Powin |
| 248039104010047 | 252439105018561 | 11/3/2025 | ELV-24013 | 093678C88 | 400.00 | $ 1,653.76 | $ 94.32 | $ 37.22 | Powin |
| 248138464000804 | 252439105018562 | 12/29/2025 | CMM24232 | 092951C88 | 240.00 | $ 4,538,768.46 | $ 271,912.80 | $ 41,252.41 | Powin |
| 248138464001252 | 252439105018563 | 10/28/2025 | CMM24433 | 092951C88 | 224.00 | $ 4,049,998.85 | $ 240,128.00 | $ 36,811.97 | Powin |
| 252439105007699 | 252439105018564 | 11/5/2025 | MXS-24236 | B-000738 | 868.31 | $ 88,550.87 | $ 5,287.98 | $ 804.61 | Powin |
| 252439105008182 | 252439105018565 | 11/3/2025 | MXS-24206 | 083846C88 | 628.00 | $ 27,289.32 | $ 1,613.96 | $ 248.00 | Powin |
| 252439105008584 | 252439105018566 | 10/28/2025 | MXS-24235 | B-000738 | 250.00 | $ 272.02 | $ 15.23 | $ 2.49 | Powin |

| Pedimento Original | PedimentoF4 | FECHA | No. Factura | Part Number | Saldo UMP | Importe Saldo MN | Total Import Value USD | TOTAL DE PED USD/CR 18.916000 | Cust |
|---|---|---|---|---|---|---|---|---|---|
| 252439105008584 | 252439105018566 | 10/28/2025 | MXS-2424 | 090718C88 | 8.00 | $ 122.88 | $ 6.88 | $ 1.12 | Powin |
| 252439105008584 | 252439105018566 | 10/28/2025 | MXS-2424 | 090719C88 | 30.00 | $ 460.81 | $ 25.80 | $ 4.19 | Powin |
| 252439105008584 | 252439105018566 | 10/28/2025 | MXS-2424 | 090723C88 | 36.00 | $ 617.27 | $ 34.56 | $ 5.61 | Powin |
| 252439105008584 | 252439105018566 | 10/28/2025 | MXS-2424 | 090742C88 | 6.00 | $ 97.52 | $ 5.46 | $ 0.89 | Powin |
| 252439105008584 | 252439105018566 | 10/28/2025 | MXS-2424 | 090700C88 | 45.00 | $ 980.55 | $ 54.90 | $ 8.91 | Powin |
| 252439105008584 | 252439105018566 | 10/28/2025 | MXS-2424 | 090706C88 | 42.00 | $ 862.67 | $ 48.30 | $ 7.84 | Powin |
| 252439105008584 | 252439105018566 | 10/28/2025 | MXS-2424 | 090712C88 | 43.00 | $ 706.57 | $ 39.56 | $ 6.42 | Powin |
| 252439105008584 | 252439105018566 | 10/28/2025 | MXS-2424 | 090716C88 | 7.00 | $ 122.52 | $ 6.86 | $ 1.11 | Powin |
| 252439105008584 | 252439105018566 | 10/28/2025 | MXS-2424 | -B-000738 | 1,828.80 | $ 2,253.84 | $ 126.19 | $ 20.48 | Powin |
| 258039105001315 | 252439105018570 | 10/14/2025 | LV-250059 | 107692C88 | 352.00 | $ 33,954.42 | $ 1,656.96 | $ 308.48 | Powin |
| 258039105001315 | 252439105018570 | 10/14/2025 | LV-250059 | 107692C88 | 800.00 | $ 77,169.59 | $ 3,765.84 | $ 701.10 | Powin |
| 258039105001389 | 252439105018571 | 10/22/2025 | ELV-25006 | 086389C88 | 267.00 | $ 1,014,758.00 | $ 51,584.40 | $ 9,224.66 | Powin |
| 258039105001389 | 252439105018571 | 10/22/2025 | ELV-25006 | 086389C88 | 350.00 | $ 1,330,207.12 | $ 67,620.00 | $ 12,092.25 | Powin |
| 258039105001389 | 252439105018571 | 10/22/2025 | ELV-25006 | 084005C88 | 26.00 | $ 28,273.88 | $ 1,437.28 | $ 257.42 | Powin |
| 258039105001389 | 252439105018571 | 10/22/2025 | ELV-25006 | 084005C88 | 26.00 | $ 28,273.88 | $ 1,437.28 | $ 257.42 | Powin |
| 258039105001389 | 252439105018571 | 10/22/2025 | ELV-25006 | 084005C88 | 26.00 | $ 28,273.88 | $ 1,437.28 | $ 257.42 | Powin |
| 258039105001418 | 252439105018572 | 10/3/2025 | ELV-25004 | M-000958 | 89.00 | $ 18,779.69 | $ 922.44 | $ 170.79 | Powin |
| 258039105001418 | 252439105018572 | 10/3/2025 | ELV-25004 | M-000958 | 3,386.00 | $ 714,472.29 | $ 35,094.20 | $ 6,497.77 | Powin |
| 258039105001418 | 252439105018572 | 10/3/2025 | ELV-25004 | M-000978 | 5,442.00 | $ 243,584.11 | $ 11,964.62 | $ 2,223.94 | Powin |
| 258039105002795 | 252439105018573 | 10/28/2025 | ELV-25007 | 107692C88 | 647.00 | $ 59,362.79 | $ 3,045.62 | $ 540.08 | Powin |
| 258039105002795 | 252439105018573 | 10/28/2025 | ELV-25007 | 107692C88 | 116.00 | $ 10,643.17 | $ 546.05 | $ 96.83 | Powin |
| 258039105002869 | 252439105018575 | 10/28/2025 | ELV-25008 | 092761C88 | 24.00 | $ 11,218.90 | $ 571.92 | $ 103.34 | Powin |
| 258039105002869 | 252439105018575 | 10/28/2025 | ELV-25008 | 092761C88 | 24.00 | $ 11,218.90 | $ 571.92 | $ 103.34 | Powin |
| 258039105002869 | 252439105018575 | 10/28/2025 | ELV-25008 | 084005C88 | 26.00 | $ 28,193.97 | $ 1,437.28 | $ 257.68 | Powin |
| 258039105002869 | 252439105018575 | 10/28/2025 | ELV-25008 | 084005C88 | 26.00 | $ 28,193.97 | $ 1,437.28 | $ 257.68 | Powin |
| 258039105002898 | 252439105018576 | 10/28/2025 | ELV-25007 | M-000958 | 614.00 | $ 124,654.11 | $ 6,363.80 | $ 1,134.90 | Powin |
| 258039105002898 | 252439105018576 | 10/28/2025 | ELV-25007 | M-000958 | 2,466.00 | $ 500,646.95 | $ 25,558.86 | $ 4,558.08 | Powin |
| 258039105002898 | 252439105018576 | 10/28/2025 | ELV-25007 | M-000958 | 1,484.00 | $ 301,281.46 | $ 15,380.92 | $ 2,742.98 | Powin |
| 258039105003511 | 252439105018578 | 11/3/2025 | ELV-25009 | 107692C88 | 183.00 | $ 16,513.80 | $ 861.44 | $ 150.08 | Powin |
| 258039105003511 | 252439105018578 | 11/3/2025 | ELV-25009 | 107692C88 | 985.00 | $ 88,885.35 | $ 4,636.69 | $ 807.81 | Powin |
| 258039105003614 | 252439105018581 | 10/31/2025 | ELV-25008 | M-000958 | 50.00 | $ 9,934.47 | $ 518.23 | $ 90.36 | Powin |
| 258039105003614 | 252439105018581 | 10/31/2025 | ELV-25008 | M-000958 | 3,100.00 | $ 615,931.14 | $ 32,129.95 | $ 5,602.48 | Powin |
| 258039105003614 | 252439105018581 | 10/31/2025 | ELV-25008 | M-000928 | 5,076.00 | $ 388,935.72 | $ 20,288.77 | $ 3,544.57 | Powin |
| 258039105004399 | 252439105018582 | 10/28/2025 | ELV-24014 | 087949C88 | 302.00 | $ 15,378.35 | $ 875.80 | $ 139.80 | Powin |
| 258039105004399 | 252439105018582 | 10/28/2025 | ELV-24014 | 402-0080Y | 8,000.00 | $ 35,118.40 | $ 2,000.00 | $ 321.52 | Powin |
| 241639104007226 | 252439105020911 | 11/24/2025 | CMM24500 | 092737C88 | 127.00 | $ 78,547.71 | $ 4,265.93 | $ 727.33 | Powin |
| 241639104007562 | 252439105020912 | 11/24/2025 | CMM24562 | 085318C88 | 8.00 | $ 3.64 | $ 0.20 | $ 18.12 | Powin |
| 241639104007733 | 252439105020913 | 11/24/2025 | CMM24585 | 083529C88 | 207.00 | $ 13,251.46 | $ 726.17 | $ 128.30 | Powin |
| 245231634003183 | 252439105020938 | 11/25/2025 | IXSA-2408 | 087861C88 | 12.00 | $ 855.09 | $ 46.44 | $ 10.51 | Powin |
| 245231634003183 | 252439105020938 | 11/25/2025 | IXSA-2408 | 087862C88 | 12.00 | $ 1,392.01 | $ 75.60 | $ 15.46 | Powin |
| 245231634003277 | 252439105020943 | 11/26/2025 | IXSA-2408 | 087857C88 | 700.00 | $ 1,904.23 | $ 105.00 | $ 34.90 | Powin |
| 248039104003955 | 252439105020955 | 11/28/2025 | ELV-24016 | 083670C88 | 60.00 | $ 5,201.26 | $ 286.80 | $ 66.09 | Powin |
| 248039104004026 | 252439105020957 | 12/5/2025 | ELV-24013 | 093678C88 | 500.00 | $ 2,115.46 | $ 117.90 | $ 37.61 | Powin |
| 248039104010047 | 252439105020958 | 12/3/2025 | ELV-24013 | 093678C88 | 200.00 | $ 826.88 | $ 47.16 | $ 16.68 | Powin |
| 248039104010047 | 252439105020958 | 12/3/2025 | ELV-24013 | 093678C88 | 100.00 | $ 413.44 | $ 23.58 | $ 8.34 | Powin |
| 248039104010047 | 252439105020958 | 12/3/2025 | ELV-24013 | 093678C88 | 100.00 | $ 413.44 | $ 23.58 | $ 8.34 | Powin |
| 252439105003466 | 252439105020959 | 11/24/2025 | MXS-2425 | 093557C88 | 50.00 | $ 12.17 | $ 0.66 | $ 0.12 | Powin |
| 252439105008181 | 252439105020965 | 12/5/2025 | MXS-2428 | -B-000738 | 381.00 | $ 42,079.62 | $ 2,320.29 | $ 385.21 | Powin |
| 258039105004531 | 252439105020998 | 12/8/2025 | ELV-25011 | M-000928 | 7,824.00 | $ 508,357.26 | $ 27,283.07 | $ 4,655.41 | Powin |
| 258039105004531 | 252439105020998 | 12/8/2025 | ELV-25011 | M-000928 | 2,544.00 | $ 165,294.04 | $ 8,871.18 | $ 1,513.72 | Powin |
| 258039105004531 | 252439105020998 | 12/8/2025 | ELV-25011 | M-000928 | 4,380.00 | $ 284,586.54 | $ 15,273.50 | $ 2,606.18 | Powin |
| 258039105004531 | 252439105020998 | 12/8/2025 | ELV-25011 | M-000928 | 9,356.00 | $ 607,897.61 | $ 32,625.31 | $ 5,566.98 | Powin |
| 232439103023576 | 252439105015919 | 9/29/2025 | MXS-2365 | 083996C88 | 2.00 | $ 6,126.44 | $ 351.66 | $ 54.90 | Powin |
| 231639103022595 | 252439105015917 | 9/23/2025 | MM23881 | 085689C88 | 500.00 | $ 290,173.59 | $ 17,010.00 | $ 2,615.82 | Powin |
| 232439103024560 | 252439105015927 | 9/30/2025 | MXS-2368 | 265-0054Y | 487.68 | $ 40,931.19 | $ 2,399.39 | $ 366.59 | Powin |
| 231639103022743 | 252439105015918 | 9/23/2025 | MM23947 | 083497C88 | 5.00 | $ 2,443.64 | $ 144.65 | $ 20.73 | Powin |
| 231639103022743 | 252439105015918 | 9/23/2025 | MM23950 | 088556C88 | 3,892.00 | $ 3,511.02 | $ 207.83 | $ 135.11 | Powin |
| 232439103024755 | 252439105015930 | 9/30/2025 | MXS-2369 | 081681C88 | 14.00 | $ 16,158.29 | $ 956.48 | $ 392.43 | Powin |
| 232439103024755 | 252439105015930 | 9/30/2025 | MXS-2369 | 081683C88 | 14.00 | $ 4,065.59 | $ 240.66 | $ 36.41 | Powin |
| 258039104007212 | 252439105015949 | 9/23/2025 | ELV-24034 | 107692C88 | 75.00 | $ 7,343.86 | $ 353.05 | $ 63.72 | Powin |
| 258039104007336 | 252439105015955 | 9/29/2025 | ELV-24035 | 083982C88 | 1.00 | $ 117,387.41 | $ 5,643.30 | $ 1,051.89 | Powin |
| 258039104007336 | 252439105015955 | 9/29/2025 | ELV-24035 | 083982C88 | 1.00 | $ 117,387.41 | $ 5,643.30 | $ 1,051.89 | Powin |
| 258039104007336 | 252439105015955 | 9/29/2025 | ELV-24035 | 083982C88 | 1.00 | $ 117,387.41 | $ 5,643.30 | $ 1,051.89 | Powin |
| 258039104007336 | 252439105015955 | 9/29/2025 | ELV-24035 | 083468C88 | 1.00 | $ 121,486.08 | $ 5,840.34 | $ 1,088.60 | Powin |
| 258039104007336 | 252439105015955 | 9/29/2025 | ELV-24035 | 083468C88 | 1.00 | $ 121,486.08 | $ 5,840.34 | $ 1,088.60 | Powin |
| 258039104007336 | 252439105015955 | 9/29/2025 | ELV-24035 | 083468C88 | 1.00 | $ 121,486.08 | $ 5,840.34 | $ 1,088.60 | Powin |
| 258039104007336 | 252439105015955 | 9/29/2025 | ELV-24035 | 083468C88 | 1.00 | $ 121,486.08 | $ 5,840.34 | $ 1,088.60 | Powin |
| 258039104007336 | 252439105015955 | 9/29/2025 | ELV-24035 | 083468C88 | 1.00 | $ 121,486.08 | $ 5,840.34 | $ 1,088.60 | Powin |

| Pedimento Original | PedimentoF4 | FECHA | No. Factura | Part Number | Saldo UMP | Importe Saldo MN | Total Import Value USD | TOTAL DE PED USD/CR 18.916000 | Cust |
|---|---|---|---|---|---|---|---|---|---|
| 258039104007336 | 252439105015955 | 9/29/2025 | ELV-24035 | 083468C8E | 1.00 | $ 121,486.08 | $ 5,840.34 | $ 1,088.60 | Powin |
| 258039104007336 | 252439105015955 | 9/29/2025 | ELV-24035 | 083468C8E | 1.00 | $ 121,486.08 | $ 5,840.34 | $ 1,088.60 | Powin |
| 258039104007336 | 252439105015955 | 9/29/2025 | ELV-24035 | 083468C8E | 1.00 | $ 121,486.08 | $ 5,840.34 | $ 1,088.60 | Powin |
| 258039104007336 | 252439105015955 | 9/29/2025 | ELV-24035 | 083468C8E | 1.00 | $ 121,486.08 | $ 5,840.34 | $ 1,088.60 | Powin |
| 258039104007336 | 252439105015955 | 9/29/2025 | ELV-24035 | 083468C8E | 1.00 | $ 121,486.08 | $ 5,840.34 | $ 1,088.60 | Powin |
| 258039104007336 | 252439105015955 | 9/29/2025 | ELV-24035 | 083468C8E | 1.00 | $ 121,486.08 | $ 5,840.34 | $ 1,088.60 | Powin |
| 258039104007336 | 252439105015955 | 9/29/2025 | ELV-24035 | 083468C8E | 1.00 | $ 121,486.08 | $ 5,840.34 | $ 1,088.60 | Powin |
| 258039104007336 | 252439105015955 | 9/29/2025 | ELV-24035 | 083468C8E | 1.00 | $ 121,486.08 | $ 5,840.34 | $ 1,088.60 | Powin |
| 258039104007336 | 252439105015955 | 9/29/2025 | ELV-24035 | 083468C8E | 1.00 | $ 121,486.08 | $ 5,840.34 | $ 1,088.60 | Powin |
| 258039104007336 | 252439105015955 | 9/29/2025 | ELV-24035 | 083468C8E | 1.00 | $ 121,486.08 | $ 5,840.34 | $ 1,088.60 | Powin |
| 258039104007336 | 252439105015955 | 9/29/2025 | ELV-24035 | 083468C8E | 1.00 | $ 121,486.08 | $ 5,840.34 | $ 1,088.60 | Powin |
| 258039104007336 | 252439105015955 | 9/29/2025 | ELV-24035 | 083468C8E | 1.00 | $ 121,486.08 | $ 5,840.34 | $ 1,088.60 | Powin |
| 258039104007336 | 252439105015955 | 9/29/2025 | ELV-24035 | 083468C8E | 1.00 | $ 121,486.08 | $ 5,840.34 | $ 1,088.60 | Powin |
| 258039104007336 | 252439105015955 | 9/29/2025 | ELV-24035 | 083468C8E | 1.00 | $ 121,486.08 | $ 5,840.34 | $ 1,088.60 | Powin |
| 258039104007336 | 252439105015955 | 9/29/2025 | ELV-24035 | 083468C8E | 1.00 | $ 121,486.08 | $ 5,840.34 | $ 1,088.60 | Powin |
| 258039104007336 | 252439105015955 | 9/29/2025 | ELV-24035 | 083468C8E | 1.00 | $ 121,486.08 | $ 5,840.34 | $ 1,088.60 | Powin |
| 258039104007336 | 252439105015955 | 9/29/2025 | ELV-24035 | 083468C8E | 1.00 | $ 121,486.08 | $ 5,840.34 | $ 1,088.60 | Powin |
| 241639104004047 | 252439105018682 | 10/17/2025 | MM23965 | 000-0073Y | 75.98 | $ 886.77 | $ 51.56 | $ 9.88 | Powin |
| 241639104004047 | 252439105018682 | 10/17/2025 | MM23965 | 000-0075Y | 973.28 | $ 10,880.96 | $ 632.63 | $ 122.47 | Powin |
| 248039104000380 | 252439105018711 | 10/23/2025 | ELV-24002 | 093678C8E | 400.00 | $ 1,609.85 | $ 94.32 | $ 33.84 | Powin |
| 248039104000380 | 252439105018711 | 10/23/2025 | ELV-24002 | 093678C8E | 520.00 | $ 2,092.88 | $ 122.62 | $ 43.99 | Powin |
| 242439104004244 | 252439105020842 | 11/27/2025 | MXS-2412 | 099759C8E | 25.00 | $ 83.80 | $ 5.00 | $ 0.78 | Powin |
| 242439104004726 | 252439105020846 | 12/18/2025 | MXS-2410 | 087857C8E | 9.00 | $ 39.33 | $ 2.34 | $ 0.37 | Powin |
| 248039104001883 | 252439105020885 | 12/2/2025 | ELV-24008 | 093678C8E | 200.00 | $ 773.10 | $ 47.16 | $ 25.24 | Powin |
| 258039105000944 | 252439105020896 | 12/3/2025 | ELV-25003 | 084038C8E | 1,400.00 | $ 253,421.45 | $ 12,460.00 | $ 2,341.05 | Powin |
| 258039105000973 | 252439105020897 | 12/5/2025 | ELV-25002 | M-000928 | 2,234.00 | $ 182,062.11 | $ 8,929.30 | $ 1,686.98 | Powin |
| 258039105000973 | 252439105020897 | 12/5/2025 | ELV-25002 | M-000978 | 286.00 | $ 12,820.62 | $ 628.79 | $ 119.72 | Powin |
| 258039105001127 | 252439105020900 | 12/5/2025 | ELV-25003 | 107692C8E | 10.00 | $ 955.15 | $ 47.07 | $ 8.77 | Powin |
| 258039105001127 | 252439105020900 | 12/5/2025 | ELV-25003 | 107692C8E | 10.00 | $ 955.15 | $ 47.07 | $ 8.77 | Powin |
| 258039105001127 | 252439105020900 | 12/5/2025 | ELV-25003 | 107692C8E | 50.00 | $ 4,776.18 | $ 235.37 | $ 43.85 | Powin |
| 258039105001127 | 252439105020900 | 12/5/2025 | ELV-25003 | 107692C8E | 100.00 | $ 9,552.15 | $ 470.73 | $ 87.70 | Powin |
| 258039105001127 | 252439105020900 | 12/5/2025 | ELV-25003 | 107692C8E | 100.00 | $ 9,552.15 | $ 470.73 | $ 87.70 | Powin |
| 258039105001128 | 252439105020901 | 12/5/2025 | ELV-25002 | B-000978 | 824.00 | $ 520.82 | $ 25.54 | $ 22.87 | Powin |
| 258039105001315 | 252439105020903 | 12/5/2025 | ELV-25005 | 107692C8E | 432.00 | $ 41,671.51 | $ 2,033.55 | $ 382.18 | Powin |
| 258039105001389 | 252439105020908 | 12/4/2025 | ELV-25006 | 084005C8E | 27.00 | $ 29,361.34 | $ 1,492.56 | $ 274.59 | Powin |
| 258039105001389 | 252439105020908 | 12/4/2025 | ELV-25006 | 083851C8E | 60.00 | $ 111,964.02 | $ 5,691.60 | $ 1,038.37 | Powin |
| 242439104004828 | 252439106000572 | N/A | MXS-2415 | 087845C8E | 304.00 | $ 249.17 | $ 15.20 | $ 2.55 | Powin |
| 242439104004828 | 252439106000572 | N/A | MXS-2415 | 087842C8E | 570.00 | $ 1,027.85 | $ 62.70 | $ 10.19 | Powin |