| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Lee M. Cortes, Jr.<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY 10019<br>Telephone: (212) 836-8000<br>Email: lee.cortes@arnoldporter.com<br><br>Counsel for Celestica | Case No.: 25-16137 (MBK)<br><br>Chapter: 11 |
| In Re:<br>POWIN, LLC, et al.,<br>Debtors. | Adv. No.: N/A<br>Hearing Date: N/A<br>Judge: Honorable Michael B. K[aplan] |

## CERTIFICATION OF SERVICE

1. I, __Justin Imperato__ :

    ☒ represent __Celestica LLC__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __February 3, 2026__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Request for Payment of Administrative Expense [ECF No. 1322]

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __February 4, 2026__    /s/ Justin Imperato
                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Frank A. Oswald<br>Togut, Segal & Segal LLP<br>One Penn Plaza<br>Suite 3335<br>New York, NY 10119<br>frankoswald@teamtogut.com | Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Van C. Durrer<br>Tania Moyron<br>Dentons US LLP<br>601 S. Figueroa Street<br>Suite 2500<br>Los Angeles, CA 90017<br>van.durrer@dentons.com<br>tania.moyron@dentons.com | Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the U.S. Trustee<br>for the D.N.J.<br>Attn: Jeffery Sponder<br>jeffrey.m.sponder@usdoj.gov | U.S. Trustee for the D.N.J. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Timothy Walsh<br>Steptoe LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>twwalsh@steptoe.com | Counsel to the Liquidating Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*