# UNITED STATES BANKRUPTCY COURT

DISTRICT OF   NEW JERSEY

| | | |
|---|---|---|
| In Re. Powin Energy Operating Holdings, LLC | § | Case No.   25-16142 |
| | § | |
| _____ | § | Lead Case No.   25-16137 |
| Debtor(s) | § | |
| | | ⊠ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 12/04/2025                Petition Date: 06/10/2025

Months Pending: 6                Industry Classification: | 3 | 3 | 5 | 9 |

Reporting Method:            Accrual Basis ○            Cash Basis ◉

Debtor's Full-Time Employees (current):            0

Debtor's Full-Time Employees (as of date of order for relief):            0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ⊠ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Mary Kahl
_____
Signature of Responsible Party

Mary Kahl
_____
Printed Name of Responsible Party

02/03/2026
_____
Date

20550 SW 115th Ave, Tualatin, OR 97062
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. §
1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                1

| Debtor's Name | Powin Energy Operating Holdings, LLC | | Case No. | 25-16142 |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. | Cash balance beginning of month | $0 | |
| b. | Total receipts (net of transfers between accounts) | $0 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. | Cash balance end of month (a+b-c) | $0 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $0 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. | Accounts receivable (total net of allowance) | $3,568,338 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory   (Book ◯   Market ◯   Other ◉   (attach explanation)) | $0 |
| d | Total current assets | $3,568,338 |
| e. | Total assets | $3,568,338 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $0 |
| o. | Ending equity/net worth (e-n) | $3,568,338 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

Debtor's Name Powin Energy Operating Holdings, LLC                                    Case No. 25-16142

| Part 5:  Professional Fees and Expenses | | | | | |
|---|---|---|---|---|---|
| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | | | | | |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |

Debtor's Name Powin Energy Operating Holdings, LLC                    Case No.  25-16142

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

Debtor's Name Powin Energy Operating Holdings, LLC                    Case No.  25-16142

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)                    5

Debtor's Name  Powin Energy Operating Holdings, LLC                    Case No.  25-16142

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                    6

Debtor's Name Powin Energy Operating Holdings, LLC                    Case No. 25-16142

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)

Debtor's Name  Powin Energy Operating Holdings, LLC                                    Case No.  25-16142

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○   No ◉

b.  Were any payments made outside the ordinary course of business
without court approval?  (if yes, see Instructions)    Yes ○   No ◉

c.  Were any payments made to or on behalf of insiders?    Yes ○   No ◉

d.  Are you current on postpetition tax return filings?    Yes ○   No ◉

e.  Are you current on postpetition estimated tax payments?    Yes ◉   No ○

f.  Were all trust fund taxes remitted on a current basis?    Yes ○   No ◉

g.  Was there any postpetition borrowing, other than trade credit?
(if yes, see Instructions)    Yes ○   No ◉

h.  Were all payments made to or on behalf of professionals approved by
the court?    Yes ○   No ○   N/A ◉

i.  Do you have:        Worker's compensation insurance?    Yes ◉   No ○

          If yes, are your premiums current?    Yes ◉   No ○   N/A ○   (if no, see Instructions)

        Casualty/property insurance?    Yes ◉   No ○

          If yes, are your premiums current?    Yes ◉   No ○   N/A ○   (if no, see Instructions)

        General liability insurance?    Yes ◉   No ○

          If yes, are your premiums current?    Yes ◉   No ○   N/A ○   (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?    Yes ◉   No ○

k.  Has a disclosure statement been filed with the court?    Yes ◉   No ○

l.  Are you current with quarterly U.S. Trustee fees as
set forth under 28 U.S.C. § 1930?    Yes ◉   No ○

Debtor's Name Powin Energy Operating Holdings, LLC                     Case No. 25-16142

| **Part 8: Individual Chapter 11 Debtors (Only)** | |
|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ Mary Kahl
_____
Signature of Responsible Party

VP Head of Accounting
_____
Title

Mary Kahl
_____
Printed Name of Responsible Party

02/03/2026
_____
Date

Debtor's Name Powin Energy Operating Holdings, LLC                    Case No.  25-16142



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name Powin Energy Operating Holdings, LLC                    Case No.  25-16142



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Powin Energy Operating Holdings, LLC

Case No.  25-16142



PageThree



PageFour

**Part 1 - Cash Receipts & Disbursements**

| Bank Transactions | Powin LLC | Powin Project LLC | Powin China Holdings 1, LLC | Powin China Holdings 2, LLC | Charger Holdings, LLC | Powin Energy Ontario Storage, LLC | Powin Energy Operating Holdings, LLC | Powin Energy Operating, LLC | PEOS Holdings, LLC | Powin Energy Storage 2, Inc | Powin Energy Ontario Storage II LP | Powin Canada B.C. Ltd | Powin EKS SellCo, LLC | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | - | | | | | | | | | | | | |
| **Beginning Cash Balance** | **18,705,878** | **-** | **-** | **625** | **-** | **-** | **-** | **-** | **-** | **-** | **66,454** | **-** | **-** | **18,772,958** |
| | | | | | | | | | | | | | | |
| Receipts | 8,000,023 | - | - | - | - | - | - | - | - | - | - | - | - | 8,000,023 |
| Disbursements | (1,019,450) | - | - | - | - | - | - | - | - | - | (186) | - | - | (1,019,636) |
| Intercompany Receipts | 451,396 | | | - | | | | | | | | | | 451,396 |
| Intercompany Disbursements | (450,770) | - | - | (625) | - | - | - | - | - | - | - | - | - | (451,396) |
| | | | | | | | | | | | | | | |
| **Ending Cash Balance** | **25,687,414** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **66,343** | **-** | **-** | **25,753,757** |

**Cash Transactions - December 2025**

| Legal Entity | Account Name | Account Number (last four digits) | Date | Transaction Description | Amount ($) |
|---|---|---|---|---|---|
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 31897BI00EF1 338030816 00017000031897BI00EF12 0251204HNET HLD | (17,000) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 19307BI00XM9 338030816 000140400019307BI00XM92 0251204HNET HLD | (14,040) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 14227BI00RQ7 338030816 000091200014227BI00RQ72 0251204HNET HLD | (9,120) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 13267BI0243H 338030816 00008840001 3267BI0243H2 0251204HNET HLD | (8,840) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 02817BI011PZ 338030816 00006080000 2817BI011PZ2 0251204HNET HLD | (6,080) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 14467BI007CJ 338030816 00003440001 4467BI007CJ2 0251204HNET HLD | (3,440) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 44317BI01Z99 338030816 00002440004 4317BI01Z992 0251204HNET HLD | (2,440) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 10447BI00C2C 338030816 00002020001 0447BI00C2C2 0251204HNET HLD | (2,020) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 33817BI0060F 338030816 00002000003 3817BI0060F2 0251204HNET HLD | (2,000) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 03757BI00DX2 338030816 00001880000 3757BI00DX22 0251204HNET HLD | (1,880) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 41137BI00MW3 338030816 00001440004 1137BI00MW32 0251204HNET HLD | (1,440) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 29427BK013KA 338030816 000320675029427BK013KA20251204HNET HLD | (32,068) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 46787BK013FZ 338030816 000205000046787BK013FZ20251204HNET HLD | (20,500) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 49097BK00N5L 338030816 000020124149097BK00N5L20251204HNET HLD | (2,012) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 34947BK01H3L 338030816 000014061034947BK01H3L20251204HNET HLD | (1,406) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 20347BK01UBT 338030816 000012940020347BK01UBT20251204HNET HLD | (1,294) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 07497BK0052I 338030816 000007600007497BK0052I20251204HNET HLD | (760) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 17277BK00V20 338030816 000130116617277BK00V20202S1204HNET HLD | (13,012) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 19807BI001EO 338030816 000618750019807BI001EO2 0251204HNET HLD | (61,875) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 35057BI00QLF 338030816 000060000035057BI00QLF2 0251204HNET HLD | (60,000) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 19107BI00YY8 338030816 000232500019107BI00YY82 0251204HNET HLD | (23,250) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 43247BI00CMK 338030816 000183414443247BI00CMK2 0251204HNET HLD | (18,341) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 82407BK00SE2 338030816 000044939782407BK00SE220251204HNET HLD | (4,494) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 65657BK00Q34 338030816 000000521265657BK00Q34202S1204HNET HLD | (52) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 77487BK012KC 338030816 001341041377487BK012KC20251204HNET HLD | (134,104) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 86437BI00W3X 338030816 001475330086437BI00W3X2 0251204HNET HLD | (147,533) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 60857BI014J3 338030816 000338370060857BI014J32 0251204HNET HLD | (33,837) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 83687BI012CS 338030816 000412500083687BI012CS2 0251204HNET HLD | (41,250) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 88507BI02O6L 338030816 000165000088507BI02O6L2 0251204HNET HLD | (16,500) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 57157BI0223W 338030816 000097500057157BI0223W2 0251204HNET HLD | (9,750) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet CORPORATE PAYMENT POWIN LLC PAYMENT 02937BK020AZ 338030816 001595255702937BK020AZ20251204HNET HLD | (159,526) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | FOREIGN REMITTANCE DEBIT 37SEND CHIP BANK OF AMERICA N.A.*BNF:RELIASTAR LIFE INSURANCE COM PANY*OBI:SETTLEMENT 11/25*BBI:/DAS/REF:2854 | (114,037) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH CASH DISBURSEMENT ROBERT HALF, INC-INTERNET ROBERT HA INTERNET 043000091619324 | (8,605) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | FOREIGN REMITTANCE CREDIT 33RECD CHIP JPMORGAN CHASE BANK*ORG:POWIN LLC DEBTORS IN POSSESSI ON,062-6857 US,20550 SW 115*OGB:JPMOR | 341,848 |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 88317BI01E69 338030816 000395686288317BI01E6920251204HNET HLD | (39,569) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/4/2025 | ACH PAYMENT ACH HSBCnet PAYMENT POWIN LLC PAYMENT 07247BI00NDH 338030816 000033152007247BI00NDH20251204HNET HLD | (3,315) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/3/2025 | INCOMING MONEY TRANSFER 53RECD FED JPMORGAN CHASE BANK*ORG:AVALON RISK MANAGEMENT INSURAN CE,SCHAUMBURG IL 60173-204*OGB:JPMC | 8,000,000 |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/3/2025 | DEPOSIT TRANSFER FROM CHECKING ACCOUNT ENDING IN 2592 | 4,854 |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/3/2025 | DEPOSIT TRANSFER FROM CHECKING POWIN CHINA HOLDINGS 2 LLC ACCOUNT ENDING IN 8092 | 625 |
| Powin LLC | Powin LLC - AP2 | 23 | 12/3/2025 | DEPOSIT TRANSFER FROM SAVINGS ACCOUNT ENDING IN 4567 | 23 |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/3/2025 | DEPOSIT TRANSFER FROM SAVINGS ACCOUNT ENDING IN 4346 | 175 |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/1/2025 | BOOK TRANSFER CREDIT 41BOOK CREDIT POWIN LLC*ORG:POWIN LLC,TUALATIN OR/US, 20550 SW 115TH AVE*BNF:POWIN LLC,TUALATIN OR/US,20550 SW | 102,505 |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/1/2025 | MERCHANT PURCHASE PURCHASE ON 1130 AT ADOB E SAN JOSE CA | (30) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/1/2025 | ACH PAYMENT ACH PAYMENT TO MOBILE MODULAR-BILLPAY MOBILE MO BILLPAY B2533098945261 | (2,048) |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/1/2025 | INCOMING MONEY TRANSFER 53RECD FED JPMORGAN CHASE BANK*ORG:POWIN LLC DEBTORS IN POSSESSI N,TUALATIN OR 97062-6857 U*OGB:JPMORG. | 1,388 |
| Powin LLC | Powin LLC - AP2 | 0816 | 12/1/2025 | ATM/ELECTRONIC BANKING TRANS PURCHASE ON 11292025 AT Microsoft Corporation 1 Microsoft Way w | (240) |
| Powin LLC | Powin LLC-Payroll | 2687 | 12/3/2025 | ACH PAYMENT ACH CORP TRADE PAYMENT TO EMPOWER EMPOWER EMPOWER 670036108404 | (101) |
| Powin LLC | Powin LLC-Payroll | 2687 | 12/2/2025 | ACH PAYMENT ACH CASH DISBURSEMENT REPLEN ROCKY MOU-REPLENPAYM Replen Ro ReplenPaym 1216483 | (1,641) |
| Powin LLC | Powin LLC-AR | 2679 | 12/2/2025 | BOOK TRANSFER DEBIT 45BOOK DEBIT POWIN LLC*BNF:POWIN LLC,TUALATIN OR/US,2 0550 SW 115TH AVE*OBI:TRANSFER AR BALANCE TO AP2*BBI:/DAS/RI | (102,505) |
| Powin LLC | Powin LLC - JPM 1172 | 1172 | 12/3/2025 | Chips Debit Via: Hsbc Bank USA, N.A./0108 A/C: Powin LLC - Ap2 N US Ssn:00536609 Trn: 0100002337KaYOUR REF: IAC OF 25/12/03 | (341,848) |
| Powin LLC | Powin LLC Investment | 4346 | 12/3/2025 | BOOK TRANSFER CREDIT INTEREST PAID FROM 11/28/25 THRU 12/02/25 | 0 |
| Powin Energy Ontario Storage II LP | Powin Energy Ontario Storage II, LP | 03-4 | 12/3/2025 | Debit memo SLC2535884V | (109) |
| Powin Energy Ontario Storage II LP | POWIN ENERGY ONTARIO STORAGE II, LP | 09-3 | 12/1/2025 | Service fee | (9) |
| Powin China Holdings 2, LLC | POWIN CHINA HOLDINGS 2 LLC | 8092 | 12/3/2025 | CHECK PAID TRANSFER TO CHECKING POWIN LLC ACCOUNT ENDING IN 0816 | (625) |
| Powin LLC | JPMorgan Chase | 1893 | 12/1/2025 | Fedwire Debit Via: Hsbc USA/021001088 A/C: Powin LLC US Imad | (1,388) |

**Bank Account - December Ending Balances**

| Debtor Entity | Bank Name | Account No | Currency | Ending Balance ($) |
|---|---|---|---|---|
| Powin, LLC | AR Control (HSBC) | x2679 | USD | - |
| Powin, LLC | AP2 (HSBC) | x0816 | USD | 25,585,766 |
| Powin, LLC | Payroll (HSBC) | x2687 | USD | 44,052 |
| Powin, LLC | Chase Bank - 1172 | x1172 | USD | - |
| Powin, LLC | (HSBC- 2592) | x2592 | CNY to USD | (0) |
| Powin, LLC | (HSBC-3001) | x3001 | EUR to USD | 57,596 |
| Powin, LLC | (HSBC-4346) | x4346 | USD | - |
| Powin, LLC | Chase Bank - 1893 | x1893 | USD | - |
| Powin China Holdings 2 LLC | (HSBC-8092) | x8092 | USD | - |
| Powin Energy Ontario Storage II, LP | (RBC-4034) | x4034 | CAD to USD | 66,351 |
| Powin Energy Ontario Storage II, LP | (RBC-0093) | x0093 | USD | (8.23) |
| **Total** | | | | **25,753,757** |

## Part 2 - Powin, LLC - Statement of Assets as of December 4th 2025

| Legal Entity | Powin, LLC |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| Cash and cash equivalents | 25,687,414 |
| Accounts receivable, net | 55,849,290 |
| Contract assets | 22,451,208 |
| Advances to suppliers | 24,854,093 |
| Inventory, net | 23,141,821 |
| Deferred contract costs, current | - |
| Other assets, current | 1,634,422 |
| **Total Current Assets** | **153,618,248** |
| | |
| Restricted cash, non-current | 17,183,123 |
| Property and equipment, net | 300,850 |
| Intangible assets, net | - |
| Goodwill | - |
| Investment in subsidiaries | 9,881,182 |
| Other assets, non-current | 6,799,110 |
| **Total Assets** | **187,782,513** |

## Part 2 - Powin, LLC - Statement of Liabilities as of December 4th 2025

| Legal Entity | Powin, LLC |
|---|---|
| **LIABILITIES and MEMBERS DEFICIT** | |
| **Current Liabilities** | |
| Accounts payable | (346,310,569) |
| Accrued expenses | (3,069,412) |
| Deferred revenue, current | (193,805,271) |
| Customer refunds payable, current | (24,601,200) |
| Taxes payable | (9,909,558) |
| Line of credit, current | - |
| Other liabilities, current | (10,132,191) |
| **Total Current Liabilities** | **(587,828,202)** |
| | |
| Deferred revenue, non-current | (20,617,491) |
| Line of credit, non-current | - |
| Other liabilities, non-current | (64,103,200) |
| **Total Liabilities** | **(672,548,894)** |

**Part 2 - Balance Sheet as of December 4th 2025**

| Legal Entity | Powin Project LLC | Powin China Holdings 1, LLC | Powin China Holdings 2, LLC | Charger Holdings, LLC | Powin Energy Ontario Storage, LLC | Powin Energy Operating Holdings, LLC | Powin Energy Operating, LLC | PEOS Holdings, LLC | Powin Energy Storage 2, Inc | Powin Energy Ontario Storage II LP | Powin Canada B.C. Ltd | Powin EKS SellCo, LLC | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | | |
| Cash and cash equivalents | - | - | - | - | - | - | - | - | - | - | 66,343 | - | 66,343 |
| Accounts receivable, net | - | 861,576 | - | - | 4,857,259 | 3,568,338 | - | - | - | - | 828,749 | - | 10,115,922 |
| Contract assets | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Advances to suppliers | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Inventory, net | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deferred contract costs, current | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other assets, current | - | - | - | - | 196,037 | - | - | - | - | 10,719 | - | - | 206,756 |
| **Total Current Assets** | - | **861,576** | - | - | **5,053,297** | **3,568,338** | - | - | - | **77,062** | **828,749** | - | **10,389,021** |
| | | | | | | | | | | | | | |
| Restricted cash, non-current | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Property and equipment, net | - | - | - | - | - | - | - | - | - | - | 1,866,074 | - | 1,866,074 |
| Intangible assets, net | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Investment in subsidiaries | - | - | 8,714,501 | - | - | - | - | - | - | - | - | - | 8,714,501 |
| Other assets, non-current | - | - | - | - | 222,160 | - | - | - | - | - | - | - | 222,160 |
| **Total Assets** | - | **861,576** | **8,714,501** | - | **5,275,457** | **3,568,338** | - | - | - | **1,943,136** | **828,749** | - | **21,191,756** |
| | | | | | | | | | | | | | |
| **LIABILITIES and MEMBERS DEFICIT** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **LIABILITIES and MEMBERS DEFICIT** | | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | | |
| Accounts payable | - | (56) | (600,000) | - | (16,652,940) | - | (197,389) | - | - | (1,111,135) | - | - | (18,561,521) |
| Accrued expenses | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deferred revenue, current | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Customer refunds payable, current | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Taxes payable | - | - | - | - | 0 | - | - | - | - | (9,832) | - | - | (9,832) |
| Line of credit, current | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other liabilities, current | - | - | - | - | (39,278) | - | - | - | - | - | - | - | (39,278) |
| **Total Current Liabilities** | - | **(56)** | **(600,000)** | - | **(16,692,218)** | - | **(197,389)** | - | - | **(1,120,967)** | - | - | **(18,610,631)** |
| | | | | | | | | | | | | | |
| Deferred revenue, non-current | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Line of credit, non-current | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other liabilities, non-current | - | - | - | - | (249,165) | - | - | - | - | (2,180,254) | - | - | (2,429,419) |
| **Total Liabilities** | - | **(56)** | **(600,000)** | - | **(16,941,383)** | - | **(197,389)** | - | - | **(3,301,222)** | - | - | **(21,040,050)** |
| | | | | | | | | | | | | | |
| **Members deficit** | | | | | | | | | | | | | |
| Partners' equity | - | (2,640,598) | (6,405,417) | - | - | - | - | - | - | - | (841,772) | - | (9,887,787) |
| Partners' equity - preferred | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accumulated deficit | - | 1,779,079 | (2,429,744) | - | 11,665,926 | (3,568,338) | 197,389 | - | - | 1,361,201 | (7,785) | - | 8,997,728 |
| Accumulated other comprehensive income | - | - | 720,660 | - | - | - | - | - | - | (3,115) | 20,808 | - | 738,353 |
| **Total Members' Deficit** | - | **(861,519)** | **(8,114,501)** | - | **11,665,926** | **(3,568,338)** | **197,389** | - | - | **1,358,086** | **(828,749)** | - | **(151,706)** |
| | | | | | | | | | | | | | |
| **Total Liabilities and Members' Deficit** | - | **(861,576)** | **(8,714,501)** | - | **(5,275,457)** | **(3,568,338)** | - | - | - | **(1,943,136)** | **(828,749)** | - | **(21,191,756)** |

**Part 2a - Accounts Receivable as of December 4th 2025**

| Legal Entity | Less than 90 days | Greater than 90 Days | AR by Debtor |
|---|---|---|---|
| **Powin LLC** | | | |
| Airway Services LLC | - | 1,054,153 | 1,054,153 |
| AKA Group | 7,875 | - | 7,875 |
| Ameresco, Inc. | 3,750 | 221,623 | 225,373 |
| Apex Clean Energy | 120,655 | (124,210) | (3,555) |
| Arroyo Energy : KMC Thermo | 3,587 | 210,905 | 214,492 |
| Auto Chen Ltd | 5,785 | 32,957 | 38,742 |
| BHE Renewables | 131,004 | 5,394,761 | 5,525,765 |
| Celestica LLC - Monterrey | - | 2,375 | 2,375 |
| CleanPeak Energy | 3,571 | - | 3,571 |
| Convergent | 21,070 | 163,702 | 184,773 |
| DTE Energy | 13,696 | 863,621 | 877,317 |
| EDF Renewables, Inc. | 348,636 | 2,225,590 | 2,574,227 |
| EDPR NA DG O&M LLC. | - | 53,406 | 53,406 |
| EnergyRe | - | 71,358 | 71,358 |
| esVolta, LP | 120,066 | 1,622 | 121,688 |
| FlexGen Power Systems, LLC | 305,786 | - | 305,786 |
| GALP | 5,381 | 49,400 | 54,780 |
| Glidepath | 2,435 | - | 2,435 |
| Go Electric Inc. | - | 23,885 | 23,885 |
| Idaho Power Company | 197,738 | - | 197,738 |
| Invenergy Storage Development LLC | 299,815 | 2,550,709 | 2,850,524 |
| Jupiter Power, LLC | 13,500 | 142,030 | 155,531 |
| Keller's Inc. | - | 57,000 | 57,000 |
| Key Capture Energy | 15,909 | - | 15,909 |
| Leader Energy Storage Technology Co., Ltd. | 49,001 | - | 49,001 |
| Leeward Energy | 229,354 | (15,333,469) | (15,104,115) |
| Longroad BESS Procurement, LLC | 953,504 | 10,181,227 | 11,134,732 |
| Mesa Technical Associates, Inc. | - | 52,120 | 52,120 |
| Mitsubishi Electric Power Products, Inc. | 4,733 | - | 4,733 |

**Part 2a - Accounts Receivable as of December 4th 2025**

| | | | |
|---|---|---|---|
| Mitsubishi Power Americas, Inc. | 231,349 | 16,080,911 | 16,312,260 |
| Ormat Technologies | 81,524 | 8,578,536 | 8,660,060 |
| PNM | 13,352 | 5,000 | 18,352 |
| Pulse Clean Energy | 36,392 | - | 36,392 |
| PureSky Energy Inc. | 14,719 | 105,189 | 119,908 |
| Rappahannock Electric Cooperative | - | 241,659 | 241,659 |
| Sierra Bio Laboratory, Inc. | - | 35,198 | 35,198 |
| Sol Systems, LLC | 4,411 | - | 4,411 |
| Solvida Energy Group Inc. | 3,287 | 240,758 | 244,045 |
| Southern Current LLC | 59,349 | 270,000 | 329,349 |
| Stem, Inc. | 72,675 | - | 72,675 |
| Stephen Izzi Trucking & Rigging Inc. | - | 6 | 6 |
| Strata Solar, LLC | 92,177 | 134,706 | 226,883 |
| TPE Energy Inc. | 12,539 | - | 12,539 |
| | | | |
| **Total - Powin LLC** | **3,478,628** | **33,586,730** | **37,065,358** |
| **Powin Energy Ontario Storage, LLC** | | | |
| | | | |
| AKA Group | - | 603,750 | 603,750 |
| Honeywell Limited | - | 1,715,181 | 1,715,181 |
| Mitsubishi Power Americas, Inc. | - | (120) | (120) |
| Saturn Power Inc. | - | 35,480 | 35,480 |
| | | | |
| **Total - Powin Energy Ontario Storage, LLC** | **-** | **2,354,291** | **2,354,291** |
| **Total Accounts Receivable** | **3,478,628** | **35,941,021** | **39,419,649** |

*Note: Unbilled receivables of $2,951,040.84 have not been included in this schedule*

**Part 2f - Postpetition Payables as of December 4th 2025**

| Legal Entity | Current | Past Due | Postpetition Payable to Creditor |
|---|---|---|---|
| **Powin, LLC** | | | |
| AFCODirect | - | 193,690 | **193,690** |
| Amazon Web Services, Inc. | - | 126,605 | **126,605** |
| Aramark Refreshment Services, LLC | - | 376 | **376** |
| ArentFox Schiff LLP | - | 3,443 | **3,443** |
| Beijing Dacheng Law Offices, LLP (Shanghai) (Denton's China) | - | 25,618 | **25,618** |
| BMO Bank N.A. | - | 2,605 | **2,605** |
| BNSF Logistics, LLC | - | 495 | **495** |
| Cintas Fire Protection | - | 290 | **290** |
| Festival Hydro Inc. | 808 | 139 | **947** |
| Kane Technology Consulting LLC | - | 4,600 | **4,600** |
| Marterra Properties | - | 25,820 | **25,820** |
| McCarter & English, LLP | - | 25,000 | **25,000** |
| Metro Access Control | - | 163 | **163** |
| MMI-Machineworks LLC | - | 48,097 | **48,097** |
| Onshape A PTC Business | - | 39,772 | **39,772** |
| Portland General Electric Company | - | 33,903 | **33,903** |
| PRAXIS Technology Escrow, LLC | - | 30,791 | **30,791** |
| Radiate Holdings, LP | - | 1,800 | **1,800** |
| RH Shipping & Chartering (USA) LLC | - | 54,950 | **54,950** |
| Rose City Moving & Storage | - | 181 | **181** |
| Spico Solutions, Inc. | - | 19,891 | **19,891** |
| TeamViewer Germany GmbH | - | 28,527 | **28,527** |
| Tech Heads Inc. | - | 12,608 | **12,608** |
| TestEquity LLC | - | 409 | **409** |
| Toyota Industries Commercial Finance, Inc. | - | 6,420 | **6,420** |
| Trullion (www.Trullion.com) | - | 4,659 | **4,659** |
| United Site Services of Florida, LLC | - | 446 | **446** |
| USI Insurance Services LLC | - | 48,897 | **48,897** |

**Part 2f - Postpetition Payables as of December 4th 2025**

| Legal Entity | Current | Past Due | Postpetition Payable to Creditor |
|---|---|---|---|
| Velocity EHS | - | 2,206 | **2,206** |
| Xerox Financial Services LLC | - | 2,325 | **2,325** |
| Xia Huang | - | 4,332 | **4,332** |
| Xiangfen Ma | - | 9,302 | **9,302** |
| Zendesk Inc. | - | 5,811 | **5,811** |
| ABM | - | 474 | **474** |
| UKG Inc. | 15,764 | 69,523 | **85,287** |
| Oracle America, Inc. | 39,881 | - | **39,881** |
| Concur Technologies, Inc. | 9,078 | - | **9,078** |
| N-Sci Technologies Inc. | 460 | - | **460** |
| Thomson Reuters - West | 3,525 | - | **3,525** |
| Prolift Rigging Company, LLC | - | 4,895 | **4,895** |
| SmartCloud, LLC D/B/A SmartRoom | - | 50,000 | **50,000** |
| **Total AP - Powin, LLC** | **69,754** | **940,311** | **1,010,064** |
| **Total** | **69,754** | **940,311** | **1,010,064** |

Part 4 - Statement of Operations

| Legal Entity | Powin LLC | Powin Project LLC | Powin China Holdings 1, LLC | Powin China Holdings 2, LLC | Charger Holdings, LLC | Powin Energy Ontario Storage, LLC | Powin Energy Operating Holdings, LLC | Powin Energy Operating, LLC | PEOS Holdings, LLC | Powin Energy Storage 2, Inc | Powin Energy Ontario Storage II LP | Powin Canada B.C. Ltd | Powin EKS SellCo, LLC | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | | |
| Receipts | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Income | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Gross Profit** | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Expense** | | | | | | | | | | | | | | |
| Employee Related Expenses | | | | | | | | | | | | | | |
| Salaries | (489,241) | - | - | - | - | - | - | - | - | - | - | - | - | (489,241) |
| Benefits | (115,779) | - | - | - | - | - | - | - | - | - | - | - | - | (115,779) |
| **Total Employee & Related Expenses** | **(605,020)** | - | - | - | - | - | - | - | - | - | - | - | - | **(605,020)** |
| Non-capex Equipment Related Expenses | | | | | | | | | | | | | | |
| Software | (171,666) | - | - | - | - | - | - | - | - | - | - | - | - | (171,666) |
| **Total Non-capex Equipment Related Expenses** | **(171,666)** | - | - | - | - | - | - | - | - | - | - | - | - | **(171,666)** |
| Office & Administrative Expenses | | | | | | | | | | | | | | |
| Bank fees | - | - | - | - | - | - | - | - | - | - | (30) | - | - | (30) |
| Rent | (760) | - | - | - | - | - | - | - | - | - | - | - | - | (760) |
| Professional Fees | (92,136) | - | - | - | - | - | - | - | - | - | - | - | - | (92,136) |
| Professional Fee Escrow | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| US Trustee Fee | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Miscellaneous | (149,868) | - | - | - | - | - | - | - | - | - | (156) | - | - | (150,024) |
| **Total Office & Administrative Expenses** | **(242,764)** | - | - | - | - | - | - | - | - | - | **(186)** | - | - | **(242,950)** |
| **Other Expenses** | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total - Expenses** | **(1,019,450)** | - | - | - | - | - | - | - | - | - | **(186)** | - | - | **(1,019,636)** |
| Other Income | 23 | - | - | - | - | - | - | - | - | - | - | - | - | 22.8 |
| **Net Income** | **(1,019,427)** | - | - | - | - | - | - | - | - | - | **(186)** | - | - | **(1,019,613)** |

**Part 5: Professional Fees and Expenses**

| Part 5: Professional Fees and Expenses | | Period | Approved Budget ($) | Paid Current Month ($) |
|---|---|---|---|---|
| **Firm Name** | **Role** | | | |
| Togut, Segal and Segal LLP | Local Counsel | 8/1 - 9/30 | 600,000 | 248,129 |
| Alvarez and Marsal | UCC - Financial Advisor | 10/1 - 10/31 | 500,000 | 177,223 |
| Verita Global LLC | Claims Agent | 9/1 - 10/31 | 352,000 | 228,499 |
| **Total** | | | **1,452,000** | **653,850** |

*Note: Following the filing and approval of their fee applications, professionals were paid from the professional fee escrow account for the period mentioned.*

**Part 7c - Payments made to insiders**

| Name of Executive | Title | Date of Payment | Gross Earnings ($) | Total Deductions ($) | Net Earnings ($) |
|---|---|---|---|---|---|
| Chad Paulson | General Counsel | 12/4/25 | 8,840 | - | 8,840 |
| | | 12/4/25 | 60,000 | - | 60,000 |
| **Total** | | | **68,840** | **-** | **68,840** |

**General Notes:**

The financial information contained in this *Monthly Operating Report for the Period December 1, 2025, Through December 4, 2025[1]* (the "MOR")[2] is unaudited, limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly reporting requirements for chapter 11 debtors as promulgated by the Office of the United States Trustee. The general notes, statement of limitation, methodology, and disclaimers (collectively, the "General Notes") below are intended to further describe, disclaim, and explain the presentation of information in the Debtors' third MOR.

The information in the MOR was derived from the Debtors' books and records available at the time of such preparation, but such information was not in all circumstances subject to certain procedures typically applied to such data for U.S. Generally Accepted Accounting Principles ("GAAP") or for reporting purposes under the securities laws, rules and regulations of the United States.

KPMG has historically served as the Debtors' primary external accounting advisor and without KPMG's support the Debtors cannot prepare an accurate set of monthly financial statements for fiscal year 2025.  More specifically, the Debtors' Enterprise Resource Planning ("ERP") system does not record revenue or cost-of-goods-sold transactions in an automated manner. As a result, critical components such as revenue recognition and the corresponding cost of goods sold require significant manual intervention.  This manual process is highly complex, time-consuming, and resource intensive, making the production of a monthly financial statement challenging to complete within normal reporting timelines – especially without dedicated external support. Consequently, the Debtors previously engaged KPMG to assist with preparing the necessary manual entries for both revenue and cost of goods sold needed for financial reporting. For 2025, the manual entries to record revenue and cost of goods sold have not been produced because the Debtors are not currently working with KPMG given the financial circumstances. Notwithstanding the forgoing, the Debtors have made a good faith attempt to reconcile financial activity in 2025 through 12/04/2025 in connection with preparing the MOR.

The Debtors' historical financial reporting processes have been shaped by a combination of ERP system limitations, manual updates and corrections, and significant dependency on external bookkeeping support from KPMG.

- ERP System: NetSuite is used as the core accounting system, but as it exists today, it lacks the complete functionality to support the Debtors' project-based manufacturing and delivery model.

- Supplemental Workflows: Key accounting outputs—particularly around inventory, revenue recognition, and cost of goods sold—are driven by manual Excel-based models maintained by the accounting team and supported by KPMG.

---

[1] This MOR is presented for the period 12/01/2025 to 12/04/2025 as the Effective Date of the Plan was 12/05/2025

[2] Capitalized terms, used but not defined herein, shall have the meanings ascribed to them in the Final DIP and Cash Collateral Orders

- <u>Cross-functional Gaps</u>: Upstream data (e.g., procurement, logistics, project operations) is often incomplete or incorrect, requiring accounting to manually fill and correct entries, leading to material delays and risk of misstatement.

As set forth above, KPMG has historically served as the Debtors' primary external accounting advisor, engaged to fill major process and systems gaps. Their support included: (i) Manual preparation of revenue and cost of goods sold (COGS) journal entries due to NetSuite's inability to automate these areas; (ii) development and maintenance of complex Excel workbooks—over 50 per quarter—to handle project-based revenue recognition under ASC 606; (iii) compilation of financial statements and reporting packages to support U.S. and international tax filings; (iv) work performed on a quarterly basis, effectively acting as a de facto close process for the Debtors.

**Revenue and COGS Recognition**: (i) Revenue is tracked manually at the project and customer level using complex Excel models; and (ii) COGS must be manually layered into each revenue workbook due to lack of automated inventory flow or assembly logic.

**Inventory Tracking and Valuation**: Inventory listed in the Debtors' NetSuite software is not tied to specific projects. Movements of inventory are recorded in NetSuite, but not between projects, which leads to a risk of misstatement unless manually corrected. NetSuite lacks capabilities for project-specific tracking, finished goods assembly, or bill of materials (BOM) logic. Instead, documentation of the Debtors' inventory is fragmented across SharePoint, email, and Slack, making manual validation of inventory highly inefficient. Accordingly, the location and existence of Debtors' inventory may not have been manually validated, leaving a risk of misstated inventory in the MOR.

Although the Debtors used reasonable efforts to ensure the accuracy and completeness of the MOR, inadvertent errors or omissions may exist.[3] Considering the above-mentioned limitations, the MOR for any given month may not be comparable to any past or future MOR or any other report and ending and closing balances for all or certain accounts may not agree.

Each signatory to the MOR has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and their agents, advisors, attorneys, and other professionals. Each signatory has not (and could not have) personally verified the accuracy of each such statement, representation, and answer contained in the MOR.

**Employees:**

As of the Petition Date, the Debtors had 84 employees and as of the close of the Monthly Operating Report (MOR) reporting period, specifically December 4, 2025, there were 0 employees. Employees, to the extent paid in December, are paid from its parent company, Bess RemainCo[4]. Accordingly, all employee-related disbursements are reported in the Monthly Operating Report (MOR) of Powin LLC.

---

[3] The Debtors and their agents, advisors, attorneys, and other professionals, as applicable, do not guarantee or warrant the accuracy or completeness of the data or other information that is provided in the MOR.

[4] Powin LLC has been renamed to Bess RemainCo on 8/20/2025.

**Attachment "MOR-1":**

Cash was received and disbursed by the Debtors as described in the *Final Order: (I) Authorizing Use of Cash Management Procedures, Bank Accounts, and Existing Business Forms; (II) Prohibiting Setoffs and Freezing of Bank Accounts; (III) Modifying Requirements of Section 345(b) of the Bankruptcy Code; and (IV) for Related Relief* [Docket No. 397], which was granted on July 15, 2025.

Part 1 of the MOR, "Cash Receipts, and Disbursements," reported cash and receipts and disbursements exclude intercompany and interbank transactions between Debtors (if any).

**Attachments "MOR-2" and "MOR-3":**

The "MOR-2" attachment includes the Debtors' Statement of Assets and Statement of Liabilities as of December 4, 2025. In preparing this MOR, the Debtors were required to make certain estimates and assumptions that affect the amounts of assets and liabilities and reported revenue and expenses. Furthermore, the Debtors' Statement of Assets and Statement of Liabilities is recorded on a book value basis and may not reflect current or actual value. As a result, the Statement of Assets and Statement of Liabilities, attached as "MOR-2," should not be relied upon as a GAAP compliant balance sheet or for any purpose.

The attachment "MOR-3," titled "Statement of Operations," includes activity for December 1, 2025 to December 4, 2025. As previously noted, the MOR was not prepared in accordance with GAAP and does not include all the information and disclosures required by GAAP or U.S. federal securities laws.

**Assets and Liabilities**: Since the Debtors maintain their books and records and prepare consolidated financial statements for GAAP reporting purposes, rather than by legal entity and for bankruptcy reporting purposes, certain assets and liabilities may be presented and reported in credit and debit balances, respectively. As a result of the commencement of the chapter 11 cases, payment of prepetition liabilities is subject to orders entered by the Court and otherwise is subject to compromise or other treatment under any chapter 11 plan. Prepetition liabilities that are subject to compromise under ASC 852 are preliminary and may be subject to future adjustments.

### Part 1: Cash Receipts and Disbursements

The MOR presents the Debtor's receipts and disbursements, and disbursements made by third parties on the Debtors' behalf for the period from December 1, 2025, through and including December 4, 2025.

Certain bank accounts of the Debtors are denominated in foreign currencies. As a result, fluctuations in exchange rates may cause minor differences between the bank balances shown in Part 1 and those reported in the Balance Sheet.

An intercompany transfer of $625.38 was made from Powin China Holdings 2, LLC to Powin, LLC during this MOR period. As of December 4, 2025, the balance in Powin China Holdings 2,

LLC stands at $0. Pursuant to the MOR instructions, intercompany transfers are required to be excluded from receipts and disbursements and accordingly, the $625.38 disbursement has been excluded. As a result, there might be differences between the closing bank balances shown in Part 1 of the form and those reported in the Balance Sheet (i.e. the actual bank balances).

In accordance with that certain *Order Granting Debtors' Motion for Entry of an Order (I) Estimating the Claims of New York Marine & General Insurance Company and Avalon Risk Management Insurance Agency, LLC at $0; (II) Directing the Turnover and Use of Excess Cash Collateral to be Distributed Pursuant to the Plan; (III) Approving a Procedure for Consensually Resolving Surety Claims and (IV) Related Relief* [Docket No. 1155] the Debtors recovered $8mn of cash collateral deposited in relation to a customs surety bond.

### Part 2: Asset and Liability Status

The amounts set forth for the Debtors' assets and liabilities are generally presented in the same manner as set forth in greater detail in the *Schedules of Assets and Liabilities* and *Statements of Financial Affairs* (together, with the general notes thereto, the "Schedules and Statements") of each Debtor.

In accordance with the terms of that certain *Order (I) Authorizing the Debtors to Enter Into and Perform Under the FlexGen Power Systems, LLC Purchase Agreement, (II) Approving the Sale of Purchased Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (III) Authorizing the Assumption and Assignment of the Assumed Contracts to Purchaser and Establishing Cure Amounts Related Thereto in Accordance with the Assumption and Assignment Procedures, and (IV) Granting Related Relief* [Docket No. 751] (the "Sale Order"), on 8/19/2025, the Debtors closed the sale of substantially all of their assets to FlexGen Power Systems LLC (the "Sale") .

The Statements of Assets and Liabilities set forth in the MOR reflect changes to the Debtors' assets and liabilities consistent with the terms of the Sale Order, *i.e.*, assets sold to FlexGen Power Systems, LLC (the "Purchaser") are no longer reflected as belonging to the Debtors, similarly the Statements of Assets and Liabilities reflects other changes in the composition of the Debtors assets and liabilities known to the Debtors and their advisors as of the date hereof.  While every effort has been made to ensure that the MOR provides an accurate presentation of the composition of the Debtors assets and liabilities as of December 4, 2025 in good faith, no audit or other procedures have been performed with respect to the Statement of Assets and Liabilities.  Values for all assets and liabilities are reported at their book value as of December 4, 2025 or the value ascribed to them in the Schedules and Statements.  The Debtors and their advisors have not conducted a more recent valuation of assets or liabilities.[5]

*Inventory*: Inventory balances are presented based on information from the Debtors' stock ledger and third-party reports (collectively, the "Stock Ledger"), where available, with certain adjustments made based on updated information that management believes presents a more accurate representation of the Debtor's inventory as of the Petition Date. The Debtors did not

---

[5] For Powin LLC's subsidiaries and affiliates i.e. the other debtor entities with minimal activity we have continued to prepare financial reports similar to prior periods.

4

complete a physical audit or a formal financial close process for 2025 prior to the Petition Date. Accordingly, inventory values are reported at net book value, based on the Debtors' books and records. Additionally, certain of the Debtors' inventory is in the possession of third parties who may assert rights with respect to such inventory.

Inventory that has been delivered to customers this year (totaling $10,221,878 on the Debtors' Stock Ledger) are not included in the Balance Sheet because this inventory did not yet have a journal entry to recognize the cost of the sales as the 2025 financials did not close prior to the Petition Date.

Also, the following off-premise inventory is not included in the Balance Sheet because the value of this inventory is unknown:

- Mobile Mini Inventory – As a normal course of business, the Debtors stored inventory to be used in the commissioning process in containers rented from a vendor (Mobile Mini) at several customer sites. It is unclear if the containers are still at these sites as the Debtors received repossession notices prior to the Petition Date. The quantities and value of these items are not known, so no value has been reported on the Statement of Assets.

- Field Service Storage – As a normal course of business, the Debtors stored parts to be used by its service teams. These parts were stored in various rented containers/ storage units not tracked on the Stock Ledger.  The Debtors consider these parts as expenses incurred. However, the Debtors may still have claims to these items.

As part of the Sale a substantial portion of the inventory was sold to the Purchaser.

Further certain additional inventory was also sold pursuant to that *Order (I) Authorizing the Debtors to Enter Into and Perform Under the Mainfreight Distribution Pty Ltd Bill of Sale, (II) Approving the Sale of the Mainfreight Credit Bid Collateral Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (III) Granting Related Relief* [Docket No. 692].

*Receivables*: The Debtors' total receivables reflect the Debtors' books and records based upon the Debtors' prepetition methodology for determining when to deliver invoices to customers.  The Debtors' receivables, including unbilled receivables discussed below, remain subject to several contingencies that may impact enforceability and collectability as set forth in the *General Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs* [Docket No. 414]. Specifically: (a) certain customers have asserted disputes regarding the Debtors' receivables and underlying contracts, including due to alleged liquidated damages; (b) certain customers have purported to terminate their existing contracts; (c) the Debtors have ceased performing certain customer contracts; (d) the Debtors have sought court approval to reject customer contracts, which, under the Bankruptcy Code, gives rise to a material breach by the Debtors of the underlying customer contracts [*see* Docket No. 88]; (e) the Debtors have reached settlements with certain customers which compromise certain receivables, which settlements have been approved by the Bankruptcy Court or are pending approval [*see* Docket Nos. 191 and 355]; (f) certain ordinary course adjustments could change the amount of the Debtors' billed and unbilled receivables; and (g) certain receivables may not reflect recent and long-standing realized offsets and deductions. There may also be other barriers to collection of the Debtors' customer receivables.  Some of the

Debtors' receivables have not been adjusted for these contingencies or barriers, not all adjustments have been completed.

Unbilled receivables of $2,951,040.84 have been included in the total amount of Powin, LLC's receivables. These unbilled receivables represent a contractual right to bill a customer for which Powin, LLC has not formally billed the customer. The Debtors calculated these balances by taking the work performed as of December 31, 2024, to identify these cases, and removing any instance in which Powin, LLC had formally invoiced the customer in 2025. There may have been more instances of unbilled receivables incurred in 2025, but due to the expertise, information, and man hours required, the Debtors are unable to determine that value. Accordingly, the Debtors are only including a value for those unbilled receivables that have been rolled forward from December 31, 2024.

Contract Assets (Earned Revenue before Billing Milestone) represent inventory deliveries, or commissioning work completed, in advance of contractual billing milestones. Due to the expertise, information, and man hours required, the Debtors' have provided the current value as of their latest reporting period December 31, 2024.

Deferred revenue represents invoices the Company has issued for goods and services that have not been delivered. Due to the expertise, information, and man hours required, the Debtors' have provided the current value as of their latest reporting period December 31, 2024.

### Part 3: Assets Sold or Transferred

No assets were sold or transferred during this MOR reporting period.

### Part 4: Income Statement (Statement of Operations)

The MOR presents the Debtors' best estimates of their Statements of Operations for the reporting period from December 1, 2025 through and including December 4, 2025. The Statement of Operations has been prepared on a cash basis for each Debtor entity, based solely on recorded cash transactions during the reporting period.

Proceeds from the sale of the miscellaneous inventory mentioned in Part 3 have been captured as Other Income in the Statement of Operations.

Please refer to the notes above for information about presentation and limitations that may exist in the MOR.

### Part 5: Professional Fees and Expenses

For purposes of the Monthly Operating Report and the accurate calculation of U.S. Trustee fees, bankruptcy professional fees shall be deemed incurred upon the disbursement of funds to the Professional Escrow Account, as more fully defined and described in the Final DIP Order. During the period from December 1, 2025, through and including December 4, 2025 no disbursements were made towards the Professional Escrow account.

**Part 6: Postpetition Taxes**

The Debtors believe that they are current with respect to any postpetition Taxes and Fees that have come due.  With respect to taxes accrued, certain accrued taxes such as income taxes and property taxes are reconciled as part of the Debtors' year-end process and therefore, the balances in the MOR may not reflect year-end accrual true-ups. These amounts are unaudited, and subject to material change.

**Part 7(a): Payments Made on Prepetition Debt**

No payments were made on prepetition debt during this MOR period.

**Part 7(f): Trust Fund Taxes Remitted on a Current Basis**

The Company is currently conducting a comprehensive review of its trust fund tax liabilities to determine the precise amounts owed. According to the Company's books and records, there are no outstanding trust fund taxes for this MOR reporting period.

**Part 7(g): Postpetition Borrowing, Other than Trade Credit**

In accordance with the Credit Bid set forth in the Sale Order, the Debtors have satisfied their DIP Indebtedness. As of this MOR reporting period the Debtors do not have any outstanding postpetition borrowing other than trade credit.