**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br>　　　　　Debtors. | Chapter 11<br>Case No. 25-16137 (MBK)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

　　I, Rigoberto Lopez, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

　　On February 6, 2026, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Monthly Operating Report for Powin LLC for the Period Ending December 4, 2025** [Docket No. 1324]

- **Monthly Operating Report for Powin Project LLC for the Period Ending December 4, 2025** [Docket No. 1325]

- **Monthly Operating Report for Powin China Holdings 1, LLC for the Period Ending December 4, 2025** [Docket No. 1326]

- **Monthly Operating Report for Powin China Holdings 2, LLC for the Period Ending December 4, 2025** [Docket No. 1327]

- **Monthly Operating Report for Charger Holdings, LLC for the Period Ending December 4, 2025** [Docket No. 1328]

- **Monthly Operating Report for Powin Energy Ontario Storage, LLC for the Period Ending December 4, 2025** [Docket No. 1329]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [15241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

- **Monthly Operating Report for Powin Energy Operating Holdings, LLC for the Period Ending December 4, 2025** [Docket No. 1330]

- **Monthly Operating Report for Powin Energy Operating, LLC for the Period Ending December 4, 2025** [Docket No. 1331]

- **Monthly Operating Report for PEOS Holdings, LLC for the Period Ending December 4, 2025** [Docket No. 1332]

- **Monthly Operating Report for Powin Energy Storage 2, Inc for the Period Ending December 4, 2025** [Docket No. 1333]

- **Monthly Operating Report for Powin Energy Ontario Storage II LP for the Period Ending December 4, 2025** [Docket No. 1334]

- **Monthly Operating Report for Powin Canada B.C. Ltd for the Period Ending December 4, 2025** [Docket No. 1335]

- **Monthly Operating Report for Powin EKS SellCo, LLC for the Period Ending December 4, 2025** [Docket No. 1336]

Dated: February 12, 2026

/s/ *Rigoberto Lopez*
Rigoberto Lopez
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

# Exhibit A

**Exhibit A**
**United States Trustee Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Jeffery M. Sponder, Lauren Bielskie | Lauren.Bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 1 of 1