| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| **STEPTOE LLP**<br><br>Timothy W. Walsh (admitted *pro hac vice*)<br>Joseph Archambeau (admitted *pro hac vice*)<br>114 Avenue of the Americas<br>New York, NY 10036<br>Tel: (212) 506-3900<br>Email: twwalsh@steptoe.com<br> jarchambeau@steptoe.com<br><br>*Counsel for the Powin Liquidating Trust* | **SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**<br><br>Arthur J. Abramowitz<br>Ross J. Switkes<br>308 Harper Drive, Suite 200<br>Moorestown, NJ 08057<br>Tel: (856) 662-0700<br>Email:aabramowitz@shermansilverstein.com<br> rswitkes@shermansilverstein.com<br><br>*Counsel for the Powin Liquidating Trust* |
| In re:<br><br>POWIN, LLC, *et al.*,[1]<br><br>   Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered)<br><br>Honorable Michael B. Kaplan, U.S.B.J. |

**NOTICE OF TRUST'S MOTION SEEKING AUTHORITY TO
FILE UNDER SEAL TRUST'S OBJECTION TO MOTION OF PULSE CLEAN
ENERGY SPV WATT LIMITED FOR RELIEF FROM THE AUTOMATIC STAY
AND AUTHORIZING ACTIONS CONSISTENT THEREWITH**

**PLEASE TAKE NOTICE** that the Powin Liquidating Trust (the "Trust"), successor in interest to Powin, LLC ("Powin") and the above-referenced affiliated debtors and debtors-in-possession (collectively, the "Debtors"), by and through its undersigned counsel, shall move before the Honorable Michael B. Kaplan, U.S.B.J., on **March 5, 2026 at 10:00 a.m.,** or as soon thereafter as counsel may be heard, remotely via Zoom, seeking authority to file under seal the proposed

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110] . The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

*Trust's Objection to Motion of Pulse Clean Energy SPV Watt Limited for Relief from the Automatic Stay and Authorizing Actions Consistent Therewith* (the "<u>Objection</u>").

**PLEASE TAKE FURTHER NOTICE** that the Trust shall rely upon the motion filed in support of the Objection, which sets forth the legal and factual basis for the relief requested.

**PLEASE TAKE FURTHER NOTICE** that in accordance with D.N.J. LBR 9013-2(a), opposition to the relief requested, and/or cross-motions, if any, shall be filed with the Clerk of the Bankruptcy Court and served upon all parties in interest at least seven (7) days before the hearing date of the Objection.

**PLEASE TAKE FURTHER NOTICE** that in accordance with LBR 9013-3(e), unless the Court authorizes otherwise prior to the hearing date hereof, no testimony shall be taken at the hearing except by certification or affidavit.

| | |
|---|---|
| Dated: February 12, 2026 | **SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**<br>*/s/ Ross J. Switkes*<br>Arthur J. Abramowitz<br>Ross J. Switkes<br>308 Harper Drive, Suite 200<br>Moorestown, NJ 08057<br>Tel: (856) 662-0700<br>Email: aabramowitz@shermansilverstein.com<br>           rswitkes@shermansilverstein.com |
| | - and - |
| | **STEPTOE LLP**<br>Timothy W. Walsh (admitted *pro hac vice*)<br>Joseph Archambeau (admitted *pro hac vice*)<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 957-3085<br>Email: twwalsh@steptoe.com<br>           jarchambeau@steptoe.com |
| | *Co-Counsel for the Powin Liquidating Trust* |

2