| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGIONS 3 & 9<br>Jeffrey M. Sponder, Esquire<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Email: jeffrey.m.sponder@usdoj.gov | Chapter 11<br><br>Case No.  25-16137 (MBK)<br>jointly administered |
| In Re:<br><br>Powin, LLC, *et al.,*<br><br>Debtors. | The Honorable Michael B. Kaplan<br><br>Hearing Date: February 24, 2026 at 11:00 a.m. |

## CERTIFICATE OF SERVICE

1. I, Adela Alfaro:

    ☐ represent _____ in this matter.

    ☒ am the paralegal specialist for <u>Jeffrey M. Sponder, Trial Attorney</u>, who represents the <u>United States Trustee</u> in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On <u>February 17, 2026 and February 18, 2026</u>, our office caused to be served, via *BMC Group, Inc., an Approved Bankruptcy Notice Provider* a copy of the following pleadings and/or documents to the parties listed in the chart below.

    **UNITED STATES TRUSTEE'S OBJECTION TO THE JOINT MOTION OF DEBTORS' PROFESSIONALS FOR ENHANCEMENT OF PROFESSIONAL FEES**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

    Date:    February 18, 2026            */s/ Adela Alfaro*
                                                                                                        Adela Alfaro, Paralegal

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Powin, LLC<br>20550 SW 115th Avenue<br>Tualatin, OR 97062 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail, *via BMC*<br><br>☐ Certified mail/RR, via BMC<br><br>☐ Other _____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Frank A. Oswald<br>Togut, Segal & Segal LLP<br>One Penn Plaza<br>Suite 3335<br>New York, NY 10119<br>frankoswald@teamtogut.com | Counsel for Debtors | ☐ Hand-delivered<br><br>☐ Regular mail, *via BMC*<br><br>☐ Certified mail/RR<br><br>☒ Other __CM/ECF & Email____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Lauren M. Macksoud<br>Dentons US LLP<br>1221 Avenue of the Americas<br>Ste 25th Floor<br>New York, NY 10020<br>lauren.macksoud@dentons.com | Counsel for Debtors | ☐ Hand-delivered<br><br>☐ Regular mail, *via BMC*<br><br>☐ Certified mail/RR, via BMC<br><br>☒ Other __CM/ECF & Email____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Barbra Rachel Parlin<br>Holland & Knight<br>787 Seventh Avenue, 31st Floor<br>New York, NY 10019<br>barbra.parlin@hklaw.com | Counsel for Invenergy, LLC | ☐ Hand-delivered<br><br>☐ Regular mail, *via BMC*<br><br>☐ Certified mail/RR<br><br>☒ Other __CM/ECF & Email____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| David A. Pisciotta<br>Reed Smith LLP<br>599 Lexington Avenue, Floor 22<br>New York, NY 10022<br>212-549-0260<br>212-521-5450 (fax)<br>dpisciotta@reedsmith.com | Counsel for GLAS USA LLC | ☐ Hand-delivered<br><br>☐ Regular mail, *via BMC*<br><br>☐ Certified mail/RR<br><br>☒ Other __CM/ECF & Email____<br>(As authorized by the court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| Richard Solow<br>Reed Smith LLP<br>599 Lexington Avenue<br>Ste New York<br>NY, NY 10022<br>rsolow@reedsmith.com | Counsel for GLAS USA LLC | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Brett S. Theisen<br>Gibbons PC<br>One Gateway Center<br>Newark, NJ 07102-5310<br>btheisen@gibbonslaw.com | Counsel for GLAS USA LLC | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Nicholas Blaine Vislocky<br>Reed Smith<br>599 Lexington Avenue<br>New York, NY 10022<br>nvislocky@reedsmith.com | Counsel for GLAS USA LLC | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| John S. Mairo<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>Morristown, NJ 07962-1997<br>jmairo@gibbonslaw.com | Counsel for Certain Funds and Accounts Managed by KKR Credit Advisors (US) LLC | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Jennifer Hoover<br>Benesch Friedlander Coplan & Aronoff<br>1313 North Market Street<br>Ste 1201<br>Wilmington, DE 19801<br>jhoover@beneschlaw.com | Counsel for EPC Services Company | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| Paul R. DeFilippo<br>Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue<br>12 FL<br>New York, Ste 12 FL<br>New York, NY 10110<br>pdefilippo@wmd-law.com | Counsel for Ulinda Park ProjectCo Pty Ltd | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Paul R. DeFilippo<br>Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue<br>12 FL<br>New York, Ste 12 FL<br>New York, NY 10110<br>pdefilippo@wmd-law.com | Counsel for Munmorah Battery ProjectCo Pty Ltd | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Kevin J. Mangan<br>Womble Bond Dickinson (US) LLP<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, DE 19801<br>302-252-4361<br>kevin.mangan@wbd-us.com | Counsel for Pennsylvania Insurance Company | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Lee M. Cortes, Jr<br>Arnold & Porter Kaye Scholer LLP<br>One Gateway Center<br>Suite 1025<br>Newark, NJ 07102<br>lee.cortes@arnoldporter.com | Counsel for Celestica LLC | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Kevin M. Capuzzi<br>Benesch, Friedlander, Coplan & Aronoff,<br>411 Hackensack Avenue, 3rd Floor<br>Suite 801<br>Hackensack, NJ 07601<br>kcapuzzi@beneschlaw.com | Counsel for Mainfreight Inc. and Mesa Logistics Group, LLC d/b/a Trivergix Group | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| Michael Trentin<br>Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd Street<br>New York, NY 10019<br>212-506-5393<br>mtrentin@orrick.com | Counsel for EsVolta, L.P. | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other   CM/ECF & Email<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| John Pintarelli<br>Pillsbury Winthrop Shaw Pittman LLP<br>31 West 52nd Street<br>10019<br>New York, NY 10019<br>212-858-1000<br>john.pintarelli@pillsburylaw.com | Counsel for Prevalon Energy LLC | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other   CM/ECF & Email<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Arthur Abramowitz<br>Sherman Silverstein<br>East Gate Corporate Center<br>308 Harper Drive, Suite 200<br>Moorestown, NJ 08057<br>856-661-2081<br>aabramowitz@shermansilverstein.com | Counsel for Ace Engineering; Lone Star Solar, LLC; and Ad Hoc Customer Group | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other   CM/ECF & Email<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Ross J. Switkes<br>Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.<br>308 Harper Drive<br>Suite 200<br>Moorestown, NJ 08057<br>rswitkes@shermansilverstein.com | Counsel for Ace Engineering | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other   CM/ECF & Email<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Michael P. Pompeo<br>Faegre Drinker Biddle & Reath LLP<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036<br>michael.pompeo@faegredrinker.com | Counsel for Keyframe Capital Partners, L.P. | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other   CM/ECF & Email<br>(As authorized by the court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| Richard B Harper<br>Baker Botts LLP<br>30 Rockefeller Plaza<br>Ste 45th Floor<br>New York, NY 10112<br>richard.harper@bakerbotts.com | Counsel for Idaho Power Company | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other ___CM/ECF & Email___<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Daniel Stolz<br>Genova Burns LLC<br>110 Allen Road<br>Suite 304<br>Ste 304<br>Basking Ridge, NJ 07920<br>dstolz@genovaburns.com | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other ___CM/ECF & Email___<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Donald W Clarke<br>Genova Burns LLC<br>110 Allen Road<br>Ste 304<br>Basking Ridge, NJ 07920<br>973-467-2700<br>dclarke@genovaburns.com | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other ___CM/ECF & Email___<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Susan Long<br>Genova Burns LLC<br>494 Broad Street<br>Newark, NJ 07102<br>973-535-7119<br>slong@genovaburns.com | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other ___CM/ECF & Email___<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Jaclynn McDonnell<br>Genova Burns LLC<br>494 Broad Street<br>Newark, NJ 07102<br>973-533-0777<br>jmcdonnell@genovaburns.com | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other ___CM/ECF & Email___<br>(As authorized by the court or by rule. Cite the rule if applicable) |

| Name / Address | Role | Method |
|---|---|---|
| Turner Falk<br>Saul Ewing LLP<br>1500 Market Street<br>Center Square West, 38th Floor<br>Philadelphia, PA 19102<br>turner.falk@saul.com | Counsel for Key Capture Energy, LLC | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Sameer Alifarag<br>Eversheds Sutherland (US) LLP<br>1114 6th Ave<br>New York, NY 10036<br>212-389-5036<br>sameeralifarag@eversheds-sutherland.com | Counsel for JMS Wind Energy, LLC and Pulse Clean Energy SPV Watt Limited | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Michael Trentin<br>Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd Street<br>New York, NY 10019<br>mtrentin@orrick.com | Counsel for EDF Power Solutions, Inc. | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Leah Eisenberg<br>Pashman Stein Walder Hayden, P.C.<br>21 Main Street<br>Suite 200<br>Hackensack, NJ 10020-1001<br>leisenberg@pashmanstein.com | Counsel for EDF Power Solutions, Inc. | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| SCOTT D. FINK<br>5990 WEST CREEK RD<br>SUITE 200<br>INDEPENDENCE, OH 44131<br>bronationalecf@weltman.com | Agent for Creditor, Toyota Industries Commercial Finance, Inc. | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| Mark S. Lichtenstein<br>Akerman LLP<br>1251 Avenue of the Americas<br>37th Floor<br>New York, NY 10020<br>212-259-8707<br>mark.lichtenstein@akerman.com | Counsel for Sonic Systems International, LLC | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Felice R. Yudkin<br>Cole Schotz P.C.<br>25 Main Street<br>Hackensack, NJ 07602<br>fyudkin@coleschotz.com | Counsel for BHER Ravenswood Solar 1, LLC | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Daniel Harris<br>Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>dharris@coleschotz.com | Counsel for BHER Ravenswood Solar 1, LLC | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Jeffrey A. Cooper<br>Rabinowitz, Lubetkin & Tully, LLC<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039<br>jcooper@rltlawfirm.com | Counsel for Honeywell International Inc. | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Blake Denton<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>blake.denton@lw.com | Counsel for FlexGen Power Systems, LLC | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| Franklin Barbosa, Jr<br>Schenck, Price, Smith & King, LLP<br>220 Park Avenue<br>Florham Park, NJ 07932<br>fb@spsk.com | Counsel for CS Energy, LLC | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Anne B. Sekel<br>Foley & Lardner LLP<br>90 Park Avenue<br>New York, NY 10016<br>asekel@foley.com | Counsel for AMP Solar US Services LLC, n/k/a PureSky US Services LLC | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Douglas J. McGill<br>Webber McGill LLC<br>100 E. Hanover Avenue<br>Suite 401<br>Cedar Knolls, NJ 07927<br>dmcgill@webbermcgill.com | Counsel for Bergstrom Inc. | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Barbra Rachel Parlin<br>Holland & Knight<br>787 Seventh Avenue, 31st Floor<br>New York, NY 10019<br>barbra.parlin@hklaw.com | Counsel for El Sol Energy Storage LLC | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Joseph J. DiPasquale<br>Fox Rothschild, LLP<br>49 Market Street<br>Morristown, NJ 07960<br>Jdipasquale@foxrothschild.com | Counsel for Specified Technologies, Inc. | ☐ Hand-delivered<br>☐ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email____<br>(As authorized by the court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| Kyriaki Christodoulou<br>Cullen and Dykman LLP<br>One Battery Park Plaza<br>Ste 34th Floor<br>New York, NY 10004<br>kchristodoulou@cullenllp.com | Counsel for Arevon Energy, Inc. | ☐ Hand-delivered<br><br>☐ Regular mail, *via BMC*<br><br>☐ Certified mail/RR<br><br>☒ Other __CM/ECF & Email__<br><br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Shawn M. Christianson, Esq.<br>Buchalter, A Professional Corporation<br>425 Market Street,<br>Suite 2900<br>San Francisco, CA 94105-3493<br>schristianson@buchalter.com | Counsel for Oracle America, Inc. | ☐ Hand-delivered<br><br>☐ Regular mail, via BMC<br><br>☐ Certified mail/RR<br><br>☒ Other __CM/ECF & Email__<br><br>(As authorized by the court or by rule. Cite the rule if applicable) |
| MAURICE WUTSCHER LLP<br>Alan C. Hochheiser, Esq.<br>23611 Chagrin Blvd. Suite 207<br>Beachwood, OH 44122<br>ahochheiser@MauriceWutscher.com | Counsel for AmTrust North America, Inc. on behalf of Wesco Insurance Company | ☐ Hand-delivered<br><br>☐ Regular mail, via BMC<br><br>☐ Certified mail/RR<br><br>☒ Other __CM/ECF & Email__<br><br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Natasha M. Songonuga<br>Archer & Greiner, P.C.<br>300 Delaware Ave<br>Ste 1100<br>Wilmington, DE 19801-1670<br>NSongonuga@archerlaw.com | Counsel for Oracle America, Inc. | ☐ Hand-delivered<br><br>☐ Regular mail, via BMC<br><br>☐ Certified mail/RR<br><br>☒ Other __CM/ECF & Email__<br><br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Michael Trentin<br>Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd Street<br>New York, NY 10019<br>mtrentin@orrick.com | Counsel for PowerFlex Systems, Inc. | ☐ Hand-delivered<br><br>☐ Regular mail, via BMC<br><br>☐ Certified mail/RR<br><br>☒ Other __CM/ECF & Email__<br><br>(As authorized by the court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| Joseph L. Schwartz<br>Riker Danzig LLP<br>7 Giralda Farms<br>Suite 250<br>Madison, NJ 07940<br>jschwartz@riker.com | Counsel for Front Range-Midway Solar Project, LLC; Solar Carver 1, LLC and Solar Carver 3, LLC | ☐ Hand-delivered<br>☐ Regular mail, via BMC<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Kevin M. Capuzzi<br>Benesch, Friedlander, Coplan & Aronoff,<br>411 Hackensack Avenue, 3rd Floor<br>Suite 801<br>Hackensack, NJ 07601<br>kcapuzzi@beneschlaw.com | Counsel for 8Loop Logistics LLC | ☐ Hand-delivered<br>☐ Regular mail, via BMC<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Boaz Cohen<br>Herbert Smith Freehills Kramer (US) LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>bcohen@kramerlevin.com | Counsel for Hitachi Energy Power Conversion Solutions Spain, S.L., f/k/a Experience Knowledge Strategy, S.L | ☐ Hand-delivered<br>☐ Regular mail, via BMC<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Nicholas M. Gaunce<br>Eckert Seamans Cherin & Mellott, LLC<br>2000 Lenox Drive, Suite 203<br>P.O. Box 5404<br>Princeton, NJ 08543<br>ngaunce@eckertseamans.com | Counsel for Control Concepts Corporation dba c3controls | ☐ Hand-delivered<br>☐ Regular mail, via BMC<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Joanna J. Cline<br>Troutman Pepper Locke LLP<br>Hercules Plaza<br>1313 N. Market Street<br>Suite 1000<br>Wilmington, DE 19899<br>joanna.cline@troutman.com | Counsel for Ameresco, Inc. and Kupono Solar, LLC | ☐ Hand-delivered<br>☐ Regular mail, via BMC<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| Sean J. Kirby<br>Sheppard Mullin Richter & Hampton LLP<br>30 Rockfeller PLaza<br>24th Floor<br>New York, NY 10112<br>skirby@sheppardmullin.com | Counsel for SMA Solar Technology America, LLC | ☐ Hand-delivered<br>☐ Regular mail, via BMC<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Jeremy M. Campana<br>Thompson Hine LLP<br>3900 Key Center<br>127 Public Square<br>Cleveland, OH 44114-1291<br>jeremy.campana@thompsonhine.com | Counsel for Ultra Corpotech Inc. | ☐ Hand-delivered<br>☐ Regular mail, via BMC<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Sean M. Beach<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>bankfilings@ycst.com | Counsel for Ormat Nevada Inc. | ☐ Hand-delivered<br>☐ Regular mail, via BMC<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Courtney Brown<br>Vedder Price P.C.<br>1633 Broadway<br>Ste 31st Floor<br>New York, NY 10019<br>cmbrown@vedderprice.com | Counsel for Mitsubishi Electric Power Products, Inc. | ☐ Hand-delivered<br>☐ Regular mail, via BMC<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Tara T. LeDay<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701<br>Tara.LeDay@huschblackwell.com | Counsel for One Source Freight Solutions | ☐ Hand-delivered<br>☐ Regular mail, via BMC<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| David H. Pikus<br>Bressler, Amery & Ross<br>PO Box 1980<br>Morristown, NJ 07962<br>dpikus@bressler.com | Counsel for Expeditors International of Washington, INC | ☐ Hand-delivered<br>☐ Regular mail, via BMC<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Michael R. Herz<br>Fox Rothschild LLP<br>49 Market Street<br>Morristown, NJ 07960<br>mherz@foxrothschild.com | Counsel for Zendesk, Inc. | ☐ Hand-delivered<br>☐ Regular mail, via BMC<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| TN Dept of Revenue<br>c/o TN Attorney General's Office, Bankruptcy Division<br>PO Box 20207<br>Nashville, Tennessee 37202-0207<br>Attn: Gina Baker Hantel<br>Senior Assistant Attorney General<br>gina.hantel@ag.tn.gov | Creditor | ☐ Hand-delivered<br>☒ Regular mail, via BMC<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Brett S. Theisen<br>Gibbons PC<br>One Gateway Center<br>Newark, NJ 07102-5310<br>btheisen@gibbonslaw.com | Counsel for Galp Parques Fotovoltaicos de Alcoutim, Lda | ☐ Hand-delivered<br>☐ Regular mail, via BMC<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Evan Lazerowitz<br>Robinson & Cole LLP<br>666 Third Avenue<br>Chrysler East Building, 20th Floor<br>New York, NY 10017<br>elazerowitz@rc.com | Counsel for Enel Produzione S.p.A | ☐ Hand-delivered<br>☐ Regular mail, via BMC<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| Jeffrey D. Prol<br>Lowenstein Sandler<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>jprol@lowenstein.com | Counsel for Matrix Networks | ☐ Hand-delivered<br>☐ Regular mail, via BMC<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Leah Eisenberg<br>Pashman Stein Walder Hayden, P.C.<br>21 Main Street<br>Suite 200<br>Hackensack, NJ 10020-1001<br>leisenberg@pashmanstein.com | Counsel for Mitsubishi Power Americas, Inc. | ☐ Hand-delivered<br>☐ Regular mail, via BMC<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Angela L Mastrangelo<br>Bielli & Klauder LLC<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>mastrangelo@bk-legal.com | Counsel for Zurich American Insurance Company | ☐ Hand-delivered<br>☐ Regular mail, via BMC<br>☐ Certified mail/RR<br>☒ Other __CM/ECF & Email__<br>(As authorized by the court or by rule. Cite the rule if applicable) |