UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
GENOVA BURNS LLC
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
Susan A. Long, Esq.
Jaclynn N. McDonnell, Esq.
dstolz@genovaburns.com
dclarke@genovaburns.com
slong@genovaburns.com
jmcdonnell@genovaburns.com
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
Tel: (973) 533-0777
Fax: (973) 814-4045

*Local Counsel for the Official
Committee of Unsecured Creditors*

Order Filed on February 18, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>POWIN, LLC, *et al.,*[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 25-16137 (MBK)<br>(Jointly Administered)<br><br>Honorable Michael B. Kaplan |

**ORDER GRANTING THE SECOND AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES OF GENOVA BURNS LLC AS LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF <u>JUNE 27, 2025 THROUGH AND INCLUDING JANUARY 8, 2026</u>**

The relief requested on the following pages is hereby GRANTED.

**DATED: February 18, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon consideration of the *Second and Final Application for Allowance of Fees and Reimbursement of Expenses of Genova Burns LLC as Local Counsel to the Official Committee of Unsecured Creditors for Services Rendered and Reimbursement of Expenses Incurred for the Period of June 27, 2025 Through and Including January 8,, 2026* (the "Application")[2]; and this Court having previously authorized the retention and employment of Genova Burns LLC to serve as Local Counsel to the Committee in the above-captioned Chapter 11 Cases;[3] and it appearing that all of the requirements of sections 327, 328, 330, and 331 of the Bankruptcy Code, as well as Rule 2016 of the Bankruptcy Rules and the Local Rules of this Court have been satisfied; and it further appearing that the fees and expenses incurred were reasonable and necessary; and proper and adequate notice of the Application has been given and that no other or further notice is necessary; and no objections or other responses having been filed with regard to the Application,

**IT IS HEREBY ORDERED THAT:**

1. The Application is hereby approved.

2. Genova Burns LLC is hereby granted allowance of compensation for professional services provided in the amount of $32,578.75 and reimbursement of actual and necessary expenses in the amount of $734.55.

3. The Debtors are hereby authorized and directed to remit to Genova Burns LLC the full amount of the fees and expenses set forth in paragraph 2 of this Order less any and all amounts previously paid on account of such fees and expenses.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.
[3] See *Order Authorizing Retention of Genova Burns LLC for the Official Committee of Unsecured Creditors of Powin, Inc., et al* [Docket No. 724].

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.