UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Natasha M. Songonuga, Esquire
**ARCHER & GREINER, P.C.**
1025 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (856) 673-3936
Facsimile: (856) 795-0574
Email: nsongonuga@archerlaw.com

*Former Counsel for Lu Pacific Properties, LLC*

| | |
|---|---|
| In Re: | Chapter 11 |
| Powin, LLC, *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX**

PLEASE TAKE NOTICE that Natasha M. Songonuga, Esq., pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"), hereby withdraws her appearance as counsel to Lu Pacific Properties, LLC ("Lu Pacific") in the above-captioned Chapter 11 cases (collectively, the "Chapter 11 Case"). The undersigned further requests that the Clerk of the Bankruptcy Court, or any claims or noticing agent appointed in the Chapter 11 Case, remove Ms. Songonuga from the electronic and paper noticing matrix for the Chapter 11 Case.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

231730415 v3

The undersigned counsel certifies that Archer & Greiner P.C. has performed and concluded engagement with Lu Pacific concerning the Chapter 11 Case.

All other current counsel of record will continue to represent Lu Pacific and are not intended to be affected by this notice.

| | |
|---|---|
| Date: February 19, 2026 | */s/ Natasha M. Songonuga*<br>Natasha M. Songonuga, Esq. (Bar No. 5391)<br>Archer & Greiner P.C.<br>300 Delaware Avenue<br>Suite 1100<br>Wilmington, DE 19801<br>Phone: 302-356-6632<br>Email: nsongonuga@archerlaw.com |

231730415 v3