| | |
|---|---|
| **DENTONS US LLP** | **TOGUT, SEGAL & SEGAL LLP** |
| Tania M. Moyron (admitted *pro hac vice*) | Frank A. Oswald (admitted) |
| Van C. Durrer, II (admitted *pro hac vice*) | 550 Broad Street |
| 601 S. Figueroa Street #2500 | Suite 1508 |
| Los Angeles, CA 90017 | Newark, NJ 07102 |
| Telephone: (213) 623-9300 | Telephone: (212) 594-5000 |
| Facsimile: (213) 623-9924 | Facsimile: (212) 967-4258 |
| Email: tania.moyron@dentons.com | Email: frankoswald@teamtogut.com |
| van.durrer@dentons.com | |
| | |
| John D. Beck (admitted *pro hac vice*) | Albert Togut (admitted *pro hac vice*) |
| Sarah M. Schrag (admitted *pro hac vice*) | Eitan Blander (admitted *pro hac vice*) |
| 1221 Avenue of the Americas | Christian Ribeiro (admitted *pro hac vice*) |
| New York, NY 10020-1089 | One Penn Plaza, Suite 3335 |
| Telephone: (212) 768-6700 | New York, New York 10119 |
| Facsimile: (212) 768-6800 | Telephone: (212) 594-5000 |
| Email: john.beck@dentons.com | Facsimile: (212) 967-4258 |
| sarah.schrag@dentons.com | Email: altogut@teamtogut.com |
| | eblander@teamtogut.com |
| *Counsel for Debtors and* | cribeiro@teamtogut.com |
| *Debtors in Possession* | |
| | *Co-Counsel for Debtors and* |
| | *Debtors in Possession* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, *et al.*,[1] | Case No. 25-16137 (MBK) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**TO BE HEARD ON FEBRUARY 24, 2026 AT 11:00 A.M. (ET)**

---

[1] The name of Debtor Powin, LLC has changed to BESS RemainCo. The Debtors intend to file a motion to amend the caption in these chapter 11 cases. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [15241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

**Date and Time**: February 24, 2026, at 11:00 A.M. (Prevailing Eastern Time)

**Location of Hearing**: United States Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608
Courtroom #8

**PLEASE TAKE NOTICE** that the matters below are currently scheduled to be heard on February 24, 2026, at 11:00 a.m. (prevailing Eastern Time), before the Honorable Judge Michael B. Kaplan. The Hearing will be conducted **as a hybrid hearing, either in person or via Zoom for Government**. Parties wishing to present argument **must** be present in the Courtroom. Counsel who do not intend to argue but who wish to observe; or Counsel who do not intend to argue but wish to have speaking capabilities, if necessary, to preserve their rights; or Counsel with unavoidable conflicts or extenuating circumstances, may request to appear remotely by sending an email to Chambers (chambers_of_mbk@njb.uscourts.gov) indicating the name of the person appearing, their e-mail address, their affiliation, and whom they represent/interest in this case. If the request is approved, the participant will receive appropriate credentials and further instruction.

**PLEASE TAKE FURTHER NOTICE** that Telephonic information for observational purposes can be found the page on the Court's website devoted to the Powin, LLC case: https://www.njb.uscourts.gov/powin.

The matters set for hearing are divided into the following categories for the purposes of this Agenda:

    I.    PROFESSIONAL FEE APPLICATIONS
    II.    ADJOURNED MATTERS

**I.    PROFESSIONAL FEE APPLICATIONS:**

1. *Final Fee Application of Dentons US LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from June 9, 2025 through December 5, 2025* [ECF No. 1311] **("Dentons US Application**).

   Response Deadline: February 17. 2026 at 4:00 PM

   Responses/Replies Received: None.

   Related Documents:

   a. *Notice of Hearing* [ECF No. 1315].

   b. *Certificate of Mailing* [ECF No. 1320].

   c. *Certificate of No Objection* [ECF No. 1352].

Status:  This matter is going forward

2. *Second Application of Togut, Segal & Segal LLP as Co-Counsel for the Debtors, for (I) Interim Allowance Of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2025, through December 5, 2025; and (II) Final Allowance of Compensation from the Petition Date through December 5, 2025 (the "Effective Date")* [ECF No. 1307] **("Togut Application").**

Response Deadline:  February 17, 2026 at 4:00 PM

Responses/Replies Received: None.

Related Documents:

d. *Notice of Hearing* [ECF No. 1315].

e. *Certificate of Mailing* [ECF No. 1320].

f. *Certificate of No Objection* [ECF No. 1348].

Status:  This matter is going forward.

II. **ADJOURNED MATTERS:**

1. *Joint Motion of Debtors' Professionals for Enhancement of Professional Fees* [ECF No. 1312]. **("Fee Enhancement Motion").**

Response Deadline:  February 17, 2026 at 4:00 PM

Responses:

a. *Liquidating Trust Oversight Committees' Objection to Debtors' Joint Motion for Enhancement of Professional Fees* [ECF No. 1337].

b. *United States Trustee's Objection to Debtors' Joint Motion for Enhancement of Professional Fees* [ECF No. 1344]

Related Documents:

a. *Notice of Hearing* [ECF No. 1312].

b. *Certificate of Mailing* [ECF No. 1320].

Status:  This matter has been adjourned to a date to be determined.

| | |
|---|---|
| Dated: February 20, 2025 | **TOGUT, SEGAL & SEGAL LLP**<br><br>*/s/ Frank A. Oswald*<br>Frank A. Oswald (admitted)<br>550 Broad Street<br>Suite 1508<br>Newark, NJ 07102<br>Telephone:  (212) 594-5000<br>Facsimile:  (212) 967-4258<br>Email:  frankoswald@teamtogut.com<br><br>Albert Togut (admitted *pro hac vice*)<br>Eitan Blander (admitted *pro hac vice*)<br>Christian Ribeiro (admitted *pro hac vice*)<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>Telephone:  (212) 594-5000<br>Facsimile:  (212) 967-4258<br>Email: altogut@teamtogut.com<br>            eblander@teamtogut.com<br>            cribeiro@teamtogut.com<br><br>- and -<br><br>**DENTONS US LLP**<br>Tania M. Moyron (admitted *pro hac vice*)<br>Van C. Durrer, II (admitted *pro hac vice*)<br>601 S. Figueroa Street #2500<br>Los Angeles, CA 90017<br>Telephone:  (213) 623-9300<br>Facsimile:  (213) 623-9924<br>Email: tania.moyron@dentons.com<br>            van.durrer@dentons.com<br><br>John D. Beck (admitted *pro hac vice*)<br>Sarah M. Schrag (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>Telephone:  (212) 768-6700<br>Facsimile:  (212) 768-6800<br>Email:  john.beck@dentons.com<br>            sarah.schrag@dentons.com<br><br>*Counsel for Debtors and*<br>*Debtors in Possession* |