**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**GENOVA BURNS LLC**
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
Susan A. Long, Esq.
Jaclynn N. McDonnell, Esq.
dstolz@genovaburns.com
dclarke@genovaburns.com
slong@genovaburns.com
jmcdonnell@genovaburns.com
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
Tel: (973) 533-0777
Fax: (973) 814-4045

*Local Counsel for the Official*
*Committee of Unsecured Creditors*

**Order Filed on February 18, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In re:<br><br>POWIN, LLC, *et al.,*[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 25-16137 (MBK)<br>(Jointly Administered)<br><br>Honorable Michael B. Kaplan |

**ORDER GRANTING THE SECOND AND FINAL APPLICATION FOR**
**ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES OF**
**GENOVA BURNS LLC AS LOCAL COUNSEL TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF**
**JUNE 27, 2025 THROUGH AND INCLUDING JANUARY 8, 2026**

The relief requested on the following pages is hereby GRANTED.

**DATED: February 18, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon consideration of the *Second and Final Application for Allowance of Fees and Reimbursement of Expenses of Genova Burns LLC as Local Counsel to the Official Committee of Unsecured Creditors for Services Rendered and Reimbursement of Expenses Incurred for the Period of June 27, 2025 Through and Including January 8,, 2026* (the "Application")[2]; and this Court having previously authorized the retention and employment of Genova Burns LLC to serve as Local Counsel to the Committee in the above-captioned Chapter 11 Cases;[3] and it appearing that all of the requirements of sections 327, 328, 330, and 331 of the Bankruptcy Code, as well as Rule 2016 of the Bankruptcy Rules and the Local Rules of this Court have been satisfied; and it further appearing that the fees and expenses incurred were reasonable and necessary; and proper and adequate notice of the Application has been given and that no other or further notice is necessary; and no objections or other responses having been filed with regard to the Application,

**IT IS HEREBY ORDERED THAT:**

1. The Application is hereby approved.

2. Genova Burns LLC is hereby granted allowance of compensation for professional services provided in the amount of $32,578.75 and reimbursement of actual and necessary expenses in the amount of $734.55.

3. The Debtors are hereby authorized and directed to remit to Genova Burns LLC the full amount of the fees and expenses set forth in paragraph 2 of this Order less any and all amounts previously paid on account of such fees and expenses.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

[3] *See Order Authorizing Retention of Genova Burns LLC for the Official Committee of Unsecured Creditors of Powin, Inc., et al* [Docket No. 724].

4.        This Court shall retain jurisdiction to hear and determine all matters arising

from or related to the implementation or interpretation of this Order.

United States Bankruptcy Court

District of New Jersey

In re:                                                                      Case No. 25-16137-MBK

Powin, LLC                                                                  Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                                Page 1 of 1

Date Rcvd: Feb 18, 2026                      Form ID: pdf903                             Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
      regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

**Recip ID**      **Recipient Name and Address**
db      + Powin, LLC, 20550 SW 115th Avenue, Tualatin, OR 97062-6857

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2026                          Signature:        /s/Gustava Winters