UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on February 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Powin, LLC

Case No.: 25-16137

Hearing Date:

Judge: Michael B. Kaplan

Chapter: 11

# ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 24, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Togut, Segal & Segal LLP | $399,783.00 | $1,619.04 |

*rev. 7/1/04 jml*