| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Susan A. Long, Esq.<br>Jaclynn N. McDonnell, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>slong@genovaburns.com<br>jmcdonnell@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 533-0777<br>Fax: (973) 814-4045<br><br>*Local Counsel for the Official*<br>*Committee of Unsecured Creditors* | Order Filed on February 25, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>POWIN, LLC, *et al.,*[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 25-16137 (MBK)<br>(Jointly Administered)<br><br>Honorable Michael B. Kaplan |

**ORDER GRANTING THE COMBINED SIXTH MONTHLY AND FINAL FEE APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES OF ALVAREZ AND MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF
JULY 1, 2025 THROUGH AND INCLUDING DECEMBER 5, 2025**

The relief requested on the following pages is hereby GRANTED.

**DATED: February 25, 2026**

*Honorable Michael B. Kaplan*
*United States Bankruptcy Judge*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue, Tualatin, OR 97062.

Upon consideration of the *Combined Sixth Monthly and Final Fee Application for Allowance of Fees and Reimbursement of Expenses of Alvarez and Marsal North America, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors for Services Rendered and Reimbursement of Expenses Incurred for the Period of July 1, 2025 Through and Including December 5, 2025* (the "Application")[2]; and this Court having previously authorized the retention and employment of Alvarez and Marsal North America, LLC to serve as Financial Advisor to the Committee in the above-captioned Chapter 11 Cases;[3] and it appearing that all of the requirements of sections 327, 328, 330, and 331 of the Bankruptcy Code, as well as Rule 2016 of the Bankruptcy Rules and the Local Rules of this Court have been satisfied; and it further appearing that the fees and expenses incurred were reasonable and necessary; and proper and adequate notice of the Application has been given and that no other or further notice is necessary; and no objections or other responses having been filed with regard to the Application,

**IT IS HEREBY ORDERED THAT:**

1. The Application is hereby approved.

2. Alvarez and Marsal North America, LLC is hereby granted final compensation in the amount of $2,669,731.00 in professionals' fees, $15,195.48 in expenses, and $15,000 in preparation for this Final Fee Application, for a total award of compensation in the Final Amount of $2,699,926.48.

3. The Debtors are hereby authorized and directed to remit to Alvarez and Marsal North America, LLC the full amount of the fees and expenses set forth in paragraph 2 of this Order less any and all amounts previously paid on account of such fees and expenses.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

[3] *See Revised Order Authorizing Retention of Alvarez and Marsal North America, LLC for the Official Committee of Unsecured Creditors of Powin, Inc., et al* [Docket No. 750].

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Case 25-16137-MBK    Doc 1361    Filed 02/25/26    Entered 02/25/26 11:10:00    Desc Main
Document    Page 3 of 10

**EXHIBIT C**
ITEMIZED DAILY TIME RECORDS
FOR THE PERIOD OF DECEMBER 1, 2025 THROUGH DECEMBER 5, 2025

*Exhibit C*

*Powin, LLC, et al.*
*Time Detail by Project Category*
*December 1, 2025 through December 5, 2025*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| **Asset Sales** | | | |
| Newman, Rich | 12/1/2025 | 0.1 | Review FF&E sale |
| Waschitz, Seth | 12/1/2025 | 0.2 | Correspond with Debtors re: Portland FF&E Bidding Procedures |
| **Subtotal** | | **0.3** | |
| **Cash Budget** | | | |
| Desai, Bijal | 12/2/2025 | 0.9 | Prepare weekly professional fee estimate |
| Waschitz, Seth | 12/2/2025 | 0.2 | Review weekly professional fee estimate |
| **Subtotal** | | **1.1** | |
| **Fee Application** | | | |
| Luna, Manuel | 12/1/2025 | 2.2 | Prepare November fee statement |
| Luna, Manuel | 12/3/2025 | 1.8 | Prepare November fee statement |
| Luna, Manuel | 12/4/2025 | 1.1 | Prepare November fee statement |
| Waschitz, Seth | 12/5/2025 | 0.5 | Review and edit November fee statement |
| Luna, Manuel | 12/5/2025 | 0.9 | Revise November fee statement |
| Newman, Rich | 12/5/2025 | 0.2 | Review November fee statement |
| Grussing, Bernice | 12/5/2025 | 1.6 | Process A&M monthly fee statement |
| **Subtotal** | | **8.3** | |
| **Financial & Operational Matters** | | | |
| Desai, Bijal | 12/3/2025 | 0.3 | Review data room contents re: stored information |
| Desai, Bijal | 12/5/2025 | 0.4 | Review data room contents |
| **Subtotal** | | **0.7** | |
| **General Correspondence with Debtor & Debtors' Professionals** | | | |
| Waschitz, Seth | 12/4/2025 | 0.2 | Correspond with Debtors re: case updates |
| **Subtotal** | | **0.2** | |

*Exhibit C*

*Powin, LLC, et al.*
*Time Detail by Project Category*
*December 1, 2025 through December 5, 2025*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| **Insurance Matters** | | | |
| Waschitz, Seth | 12/1/2025 | 0.1 | Correspond with Debtors re: insurance policy cancellation |
| **Subtotal** | | **0.1** | |
| **Plan of Reorganization / Disclosure Statement** | | | |
| Waschitz, Seth | 12/1/2025 | 0.9 | Review memorandum of law in support of Plan confirmation re: trust matters |
| **Subtotal** | | **0.9** | |
| **Potential Avoidance Actions / Litigation Matters** | | | |
| Negangard, Kevin | 12/1/2025 | 0.6 | Analyze the additional production materials requested by UCC counsel |
| Waschitz, Seth | 12/1/2025 | 0.1 | Correspond with A&M team re: document production |
| Gonzalez, Andrea | 12/1/2025 | 0.1 | Correspond with A&M team re: trust transition |
| Gonzalez, Andrea | 12/1/2025 | 0.1 | Review correspondence from UCC counsel re: trust transition |
| Quatinetz, Hilary | 12/1/2025 | 2.8 | Prepare incoming re-production volume to review workspace |
| Baker, Kevin | 12/1/2025 | 2.5 | Prepare data transfer plan |
| Waschitz, Seth | 12/2/2025 | 0.3 | Correspond with A&M team re: preference analysis |
| Luna, Manuel | 12/2/2025 | 0.9 | Analyze Relativity contents re: data transfer documents |
| Quatinetz, Hilary | 12/2/2025 | 2.1 | Analyze native files in workspace |
| Baker, Kevin | 12/2/2025 | 1.7 | Collect data summary for transfer plan |
| Waschitz, Seth | 12/3/2025 | 0.2 | Participate on call with A&M team (Newman, Waschitz) re: preference analysis deliverable |
| Newman, Rich | 12/3/2025 | 0.2 | Participate on call with A&M team (Newman, Waschitz) re: preference analysis deliverable |
| Waschitz, Seth | 12/3/2025 | 0.4 | Correspond with Trustee re: preference analysis |
| Waschitz, Seth | 12/3/2025 | 0.3 | Review preference analysis |
| Newman, Rich | 12/3/2025 | 0.2 | Review preference analysis |
| Waschitz, Seth | 12/3/2025 | 0.2 | Correspond with UCC counsel re: document production |
| Negangard, Kevin | 12/3/2025 | 1.8 | Review draft summary to Trust re: data transfer initiatives |
| Quatinetz, Hilary | 12/3/2025 | 2.1 | Remove work product from Relativity workspace |
| Gonzalez, Andrea | 12/4/2025 | 0.4 | Participate on call with A&M team (Gonzalez, Negangard) re: data transition to Trust |
| Negangard, Kevin | 12/4/2025 | 0.4 | Participate on call with A&M team (Gonzalez, Negangard) re: data transition to Trust |

*Exhibit C*

**Powin, LLC, et al.**
*Time Detail by Project Category*
*December 1, 2025 through December 5, 2025*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Waschitz, Seth | 12/4/2025 | 0.2 | Participate on call with A&M team (Gonzalez, Waschitz) re: data transition |
| Gonzalez, Andrea | 12/4/2025 | 0.2 | Participate on call with A&M team (Gonzalez, Waschitz) re: data transition |
| Waschitz, Seth | 12/4/2025 | 0.2 | Correspond with Trustee re: preference analysis |
| Newman, Rich | 12/4/2025 | 0.1 | Respond to preference analysis questions |
| Negangard, Kevin | 12/4/2025 | 0.6 | Correspond with Trust regarding the document transfer initiatives |
| Gonzalez, Andrea | 12/4/2025 | 0.2 | Participate on call with UCC counsel and Trustee professionals re: data preservation |
| Negangard, Kevin | 12/4/2025 | 0.6 | Prepare draft inventory of previous data preservation and analysis initiatives |
| Gonzalez, Andrea | 12/4/2025 | 0.5 | Review summary of data collected re: Debtors |
| PATEL, JUGAL | 12/4/2025 | 0.6 | Update the evidence list re: data transfer |
| Negangard, Kevin | 12/4/2025 | 0.5 | Correspond with Trust to confirm the requested corporate data sources |
| Quatinetz, Hilary | 12/5/2025 | 0.5 | Participate on call with A&M team (Gonzalez, Waschitz, Quatinetz) re: data transition |
| Waschitz, Seth | 12/5/2025 | 0.5 | Participate on call with A&M team (Gonzalez, Waschitz, Quatinetz) re: data transition |
| Gonzalez, Andrea | 12/5/2025 | 0.5 | Participate on call with A&M team (Gonzalez, Waschitz, Quatinetz) re: data transition |
| Gonzalez, Andrea | 12/5/2025 | 0.4 | Correspond with A&M team re: data transfers to Trustee |
| Waschitz, Seth | 12/5/2025 | 0.2 | Correspond with A&M team re: data transition |
| Waschitz, Seth | 12/5/2025 | 0.2 | Correspond with A&M counsel re: data transition |
| Waschitz, Seth | 12/5/2025 | 0.2 | Correspond with UCC counsel re: data transition |
| Gonzalez, Andrea | 12/5/2025 | 0.2 | Correspond with UCC counsel re: document transfer to Trustee |
| Negangard, Kevin | 12/5/2025 | 1.2 | Prepare draft summary for Trust regarding the historical data preservation and analysis initiatives |
| Waschitz, Seth | 12/5/2025 | 1.1 | Prepare presentation for Trustee re: summary of document production |
| Gonzalez, Andrea | 12/5/2025 | 0.7 | Review deck summarizing document collection |
| Gonzalez, Andrea | 12/5/2025 | 0.2 | Review Relativity database re: document transition |
| Negangard, Kevin | 12/5/2025 | 0.8 | Review summary in anticipation of custodian media transfer to Trust |
| Gomerez, Ana | 12/5/2025 | 2.5 | Prepare all master evidence drives for delivery |

*Exhibit C*

*Powin, LLC, et al.*
*Time Detail by Project Category*
*December 1, 2025 through December 5, 2025*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Negangard, Kevin | 12/5/2025 | 1.7 | Prepare the secure data transfer of requested media to Trust |
| Quatinetz, Hilary | 12/5/2025 | 2.4 | Manage request to archive workspaces / close out project |
| **Subtotal** | | **34.4** | |

**Tax Matters**

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Waschitz, Seth | 12/3/2025 | 0.1 | Correspond with Debtors re: tax identification number |
| Waschitz, Seth | 12/3/2025 | 0.2 | Correspond with Trustee re: tax identification number |
| **Subtotal** | | **0.3** | |

| | | | |
|---|---|---|---|
| **Grand Total** | | **46.3** | |

**EXHIBIT D**
ITEMIZED EXPENSE RECORDS
FOR THE PERIOD OF DECEMBER 1, 2025 THROUGH DECEMBER 5, 2025

*Exhibit D*

*Powin, LLC, et al.*
*Expense Detail by Category*
*December 1, 2025 through December 5, 2025*

| Category / Professional | Date | Expenses ($) | Description |
|---|---|---|---|
| **Expenses** | | | |
| Baker, Kevin | 12/1/2025 | $ 1,930.00 | Relativity Data Fee – November 2025 |
| Newman, Rich | 12/1/2025 | 1.68 | Wireless usage charges |
| Gonzalez, Andrea | 12/1/2025 | 0.83 | Wireless usage charges |
| **Grand Total** | | **$ 1,932.51** | |