| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>SHERMAN, SILVERSTEIN,<br>KOHL, ROSE & PODOLSKY, P.A.<br>Arthur J. Abramowitz<br>Ross J. Switkes<br>308 Harper Drive, Suite 200<br>Moorestown, NJ 08057<br>Telephone: 856.662.0700<br>Email:  aabramowitz@shermansilverstein.com<br>            rswitkes@shermansilverstein.com<br>Co-Counsel to the Powin Liquidating Trust | Order Filed on March 5, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>POWIN, LLC, et al., | Case No.:    25-16137 (MBK)<br>Chapter:    11<br>Judge:    Kaplan |

**ORDER CONCERNING REQUEST TO SEAL DOCUMENTS**

The relief set forth on the following page is **ORDERED**.

DATED: March 5, 2026

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On request of _____the Powin Liquidating Trust_____, to seal the following document(s),
The Trust's Objection to Motion of Pulse Clean Energy SPV Watt Limited for Relief from the Automatic Stay and Authorizing Actions Consistent Therewith

and the court having considered the request and any objection there to, it is

☐ ORDERED that the request is denied and the underlying document(s) shall be deleted from the court's electronic filing system.

☒ ORDERED that the request is granted and the document(s) shall be sealed until the expiration of the judiciary records retention period at which time the document will be permanently deleted.

*rev.8/1/15*