**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re | Chapter 11 |
| POWIN, LLC, *et al*., | Case No. 25-16137 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF CHANGE OF LAW FIRM**
**AFFILIATION AND CONTACT INFORMATION**

**PLEASE TAKE NOTICE** that Brett S. Theisen, Esq. and Kyle P. McEvilly, Esq.

(collectively, "**Counsel**"), formerly of Gibbons P.C. (which merged with Frost Brown Todd LLP

on January 1, 2026 to form FBT Gibbons LLP (hereafter "**Gibbons**"), counsel to Galp Parques

Fotovoltaicos de Alcoutim, Lda in the above-captioned chapter 11 cases (these "**Chapter 11**

**Cases**"), hereby advise the Court and all interested parties of the change in Counsel's law firm

affiliation and contact information.

**PLEASE TAKE FURTHER NOTICE** that, effective immediately, Counsel's law firm

affiliation and contact information is as follows:

| | |
|---|---|
| Kyle P. McEvilly, Esq. | Brett S. Theisen, Esq. |
| **CONNELL FOLEY LLP** | **CONNELL FOLEY LLP** |
| 56 Livingston Avenue | 875 Third Avenue, 21st Floor |
| Roseland, New Jersey 07068 | New York, New York 10022 |
| Telephone: (973) 535-0500 | Telephone: (212) 307-3700 |
| Email: kmcevilly@connellfoley.com | Email: btheisen@connellfoley.com |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], and (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

1

Dated: March 18, 2026

*/s/ Brett S. Theisen*
Brett S. Theisen, Esq.
**CONNELL FOLEY LLP**
875 Third Avenue, 21st Floor
New York, New York 10022
Telephone: (212) 307-3700
Email: btheisen@connellfoley.com

-and-

Kyle P. McEvilly, Esq.
**CONNELL FOLEY LLP**
56 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 535-0500
Email: kmcevilly@connellfoley.com

*Counsel to Galp Parques Fotovoltaicos de
Alcoutim, Lda*
