**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>             Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Matthew J. Canty, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On April 17, 2026, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Post-Confirmation Report for Powin, LLC for the Quarter Ending March 31, 2026** [Docket No. 1381]

- **Post-Confirmation Report for Powin Liquidating Trust for the Quarter Ending March 31, 2026** [Docket No. 1382]

- **Post-Confirmation Report for Charger Holdings, LLC for the Quarter Ending March 31, 2026** [Docket No. 1383]

- **Post-Confirmation Report for PEOS Holdings, LLC for the Quarter Ending March 31, 2026** [Docket No. 1384]

- **Post-Confirmation Report for Powin Canada B.C. Ltd. for the Quarter Ending March 31, 2026** [Docket No. 1385]

- **Post-Confirmation Report for Powin China Holdings 1, LLC for the Quarter Ending March 31, 2026** [Docket No. 1386]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [15241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

- **Post-Confirmation Report for Powin China Holdings 2, LLC for the Quarter Ending March 31, 2026** [Docket No. 1387]

- **Post-Confirmation Report for Powin Direct Claims Trust for the Quarter Ending March 31, 2026** [Docket No. 1388]

- **Post-Confirmation Report for Powin EKS SellCo, LLC for the Quarter Ending March 31, 2026** [Docket No. 1389]

- **Post-Confirmation Report for Powin Energy Ontario Storage II, LP for the Quarter Ending March 31, 2026** [Docket No. 1390]

- **Post-Confirmation Report for Powin Energy Ontario Storage, LLC for the Quarter Ending March 31, 2026** [Docket No. 1391]

- **Post-Confirmation Report for Powin Energy Operating Holdings, LLC for the Quarter Ending March 31, 2026** [Docket No. 1392]

- **Post-Confirmation Report for Powin Energy Operating, LLC for the Quarter Ending March 31, 2026** [Docket No. 1393]

- **Post-Confirmation Report for Powin Energy Storage 2, Inc. for the Quarter Ending March 31, 2026** [Docket No. 1394]

- **Post-Confirmation Report for Powin Project LLC for the Quarter Ending March 31, 2026** [Docket No. 1395]

Dated: April 21, 2026

/s/ *Matthew J. Canty*
Matthew J. Canty
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

2

# Exhibit A

**Exhibit A**
**United States Trustee Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Jeffery M. Sponder, Lauren Bielskie | Lauren.Bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov |

In re Powin, LLC, et al.
Case No. 25-16137 (MBK)

Page 1 of 1