<table>
<tr><td colspan="2"><b>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY</b></td></tr>
<tr><td>

Caption in Compliance with D.N.J. LBR 9004-1(b)

**SHERMAN, SILVERSTEIN,<br>KOHL, ROSE & PODOLSKY, P.A.**

Arthur J. Abramowitz
Ross J. Switkes
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Tel: (856) 662-0700
Email: aabramowitz@shermansilverstein.com
rswitkes@shermansilverstein.com

*Co-Counsel for the Powin Liquidating Trust*

</td><td>

**STEPTOE LLP**

Timothy W. Walsh (admitted *pro hac vice*)
Joseph Archambeau (*pro hac vice* pending)
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 506-3900
Email:twwalsh@steptoe.com
jarchambeau@steptoe.com

*Co-Counsel for the Powin Liquidating Trust*

</td></tr>
<tr><td>

In re:

POWIN, LLC, *et al.*,[1]

    Debtors.

</td><td>

Chapter 11

Case No. 25-16137 (MBK)

(Jointly Administered)

Honorable Michael B. Kaplan, U.S.B.J.

</td></tr>
</table>

## CERTIFICATE OF NO OBJECTION REGARDING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER EXTENDING THE DEADLINE TO OBJECT TO CLAIMS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the *Trustee's Motion for Entry of an Order Extending the Deadline to Object to Claims* [ECF No. 1398] (the "**Motion**") filed on May 11, 2026. Objections to the Motion were to be filed and served no later than May 28, 2026.

I, Ross J. Switkes, certify that, as of June 1, 2026, I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Motion has been filed.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [15241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

Dated: June 1, 2026

/s/ Ross J. Switkes
Arthur J. Abramowitz
Ross J. Switkes
**SHERMAN, SILVERSTEIN,
KOHL, ROSE & PODOLSKY, P.A.**
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Tel: (856) 662-0700
Email: aabramowitz@shermansilverstein.com
           rswitkes@shermansilverstein.com

*Co-Counsel for the Powin Liquidating Trust*