

**Don Clarke**
Partner
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ 07601
Direct:201.373.2060
Fax: 201.488.5556
dclarke@pashmanstein.com

June 12, 2026

United States Bankruptcy Court
For the District of New Jersey
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Attention: Clerk of the Court

**Re: Powin, LLC**
**Case Number: 25-16137 (MBK)**

Dear Sir/Madam:

On behalf of the Official Committee of Unsecured Creditors in the above referenced Chapter 11
proceeding, I hereby request to be removed from all electronic and mailing service lists.

My current information is as follows:

Donald Clarke
Pashman Stein Walder Hayden, P.C.
21 Main Street, Suite 200
Hackensack, NJ 07601
Email: Dclarke@pashmanstein.com

If you have any questions, please do not hesitate to contact our office.


Very truly yours,

*/s/ Don Clarke*
    Don Clarke


DC:gck