# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:

Powin, LLC

Case No.: __26-16137 (MBK)__

Chapter: __11__

Judge: __Michael B. Kaplan__

## Notice of Adjournment/Rescheduling by the Court

By way of this Notice, the Court advises the parties that the matter referenced below will be adjourned or rescheduled.

**Matter**: Motion re: Enhancement of Professional Fees (ECF No. 1312)

**Current date and time**: September 9, 2026 at 11:30am

**New date and time**: **September 15, 2026 at 11:30am**

**Additional Notes**: This matter is being moved due to a conflict in the Court's schedule.

**Location of Hearing:** Hearings may be conducted by Zoom, telephone, or in person.

- If by **Zoom**, please see the Judge's page on the Court's website for the Zoom link:
  http://www.njb.uscourts.gov/content/honorable-michael-b-kaplan
- If by **Telephone**, please sign up through Court-Solutions
  (visit www.court-solutions.com or the Court's website, www.njb.uscourts.gov, for more information)
- If **In-Person**, at the following address: Courtroom No. ___

**Court Appearances**:
- ⦿ Required by Zoom*
- ◯ Required by Telephone
- ◯ Required In-Person
- ◯ Are NOT Required
- ◯ May be either In-Person or remotely via Telephone

*Parties wishing to appear remotely must request panelist status by sending an email to Judge Kaplan's Chambers (chambers_of_mbk@njb.uscourts.gov) indicating the name of the person appearing, their email address, and whom they represent/interest in this case. If the request is approved, the participant will receive appropriate credentials and further instruction. Telephonic information for observation purposes can be found on Judge Kaplan's page on the Court's website.