**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

## MASTER SERVICE LIST AS OF AUGUST 11, 2026

Pursuant to the *Chapter 11 Complex Case Management Order* [Docket No. 155], attached hereto is the updated Master Service List for the above-referenced cases as of August 11, 2026.

Dated: August 11, 2026

/s/ *Travis R. Buckingham*
Travis R. Buckingham
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; (xii) Powin Canada B.C. Ltd. [2239] and Powin EKS SellCo, LLC [9110]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ace Engineering & Co., Ltd. | Carl Kim | 400 Kelby Street, Suite 1701 | | | Fort Lee | NJ | 07024 | | 949-333-9088 | | chloe@acecontainer.com; carl.kim@aceengineering.com | Top 50 Creditor and Member of Official Committee of Unsecured Creditors |
| AKA Energy Systems | Jason Aspin | | | | | | | | | | jasonaspin@aka-group.com | Interested Party |
| Akaysha | Paul Curnow | | | | | | | | | | paul.curnow@akayshaenergy.com | Interested Party |
| Akerman LLP | Mark S. Lichtenstein | 1251 Avenue of the Americas, 37th Floor | | | New York | NY | 10020 | | 212-880-3800 | 212-880-8965 | mark.lichtenstein@akerman.com | Counsel to Creditor Sonic Systems International, LLC |
| Allen Overy Shearman Sterling US LLP | Luckey McDowell, Ian Roberts | 2601 Olive Street, 17th Floor | | | Dallas | TX | 75201 | | 214-271-5777 | | luckey.mcdowell@aoshearman.com; ian.roberts@aoshearman.com | Counsel to Hitachi Energy Ltd and Hitachi Energy Power Conversion Solutions, S.L.U., f/k/a Experience Knowledge Strategy, S.L. |
| Alvarez & Marsal NA | Seth A. Waschitz, Rich Newman | 540 W. Madison St., Suite 1800 | | | Chicago | IL | 60661 | | | | rnewman@alvarezandmarsal.com; swaschitz@alvarezandmarsal.com | Financial Advisor to the Committee |
| APEX Clean Energy | Scott Weiss | | | | | | | | | | Scott.Weiss@apexcleanenergy.com | Interested Party |
| Arnold & Porter Kaye Scholer LLP | Benjamin Mintz, Justin Imperato, Gabby Ferreira | 250 West 55th Street | | | New York | NY | 10019 | | 212-836-8000 | | benjamin.mintz@arnoldporter.com; justin.imperato@arnoldporter.com; gabby.ferreira@arnoldporter.com | Counsel for Celestica LLC |
| Arnold & Porter Kaye Scholer LLP | Lee M. Cortes, Jr. | One Gateway Center | Suite 1025 | | Newark | NJ | 07102 | | 973-776-1900 | | lee.cortes@arnoldporter.com | Counsel for Celestica LLC |
| Baker Botts LLP | Micheline Deeik | 2001 Ross Avenue | Suite 900 | | Dallas | TX | 75201-2980 | | 214-953-6500 | 214-953-6503 | micheline.deeik@bakerbotts.com | Counsel for Idaho Power Company |
| Baker Botts LLP | Richard B. Harper, Scott R. Bowling | 30 Rockefeller Plaza | | | New York | NY | 10112 | | 212-408-2500 | 212-259-2501 | richard.harper@bakerbotts.com; scott.bowling@bakerbotts.com | Counsel for Idaho Power Company |
| Benesch, Friedlander, Coplan & Aronoff LLP | Jennifer R. Hoover, Noelle B. Torrice | 1313 N. Market Street, Suite 1201 | | | Wilmington | DE | 19801 | | 302-442-7010 | 302-442-7012 | jhoover@beneschlaw.com; ntorrice@beneschlaw.com | Counsel to EPC Services Company |
| Benesch, Friedlander, Coplan & Aronoff LLP | Kevin M. Capuzzi, John C. Gentile, Noelle B. Torrice | 1313 N. Market Street, Suite 1201 | | | Wilmington | DE | 19801 | | 302-442-7010 | 302-442-7012 | kcapuzzi@beneschlaw.com; jgentile@beneschlaw.com; ntorrice@beneschlaw.com | Counsel to Mainfreight Inc., Mesa Logistics Group, LLC d/b/a Trivergix Group, 8Loop Logistics LLC and 8Loop Trans Inc. |
| Berkshire Hathaway | Joe Johnson | | | | | | | | | | Josiah.Johnson@bherenewables.com | Interested Party |
| Bielli & Klauder, LLC | Angela L. Mastrangelo | 1905 Spruce Street | | | Philadelphia | PA | 19103 | | 215-642-8271 | | mastrangelo@bk-legal.com | Counsel to Zurich American Insurance Company and its affiliates |
| Bressler, Amery & Ross, P.C. | David H. Pikus | 325 Columbia Turnpike | | | Florham Park | NJ | 07932 | | 973-514-1200 | 973-514-1660 | dpikus@bressler.com | Counsel for Creditor Expeditors International of Washington, Inc. |
| Brian Palomino | Jack A. Raisner, Raisner Roupinian LLP | 270 Madison Avenue, Suite 1801 | | | New York | NY | 10016 | | 212-221-1747 | | jar@raisnerroupinian.com | Member of Official Committee of Unsecured Creditors |
| Brown Rudnick LLP | Bennett S Silverberg, Kenneth J Aulet, Eric R. Goodman | 7 Times Square | | | New York | NY | 10036 | | | | KAulet@brownrudnick.com; BSilverberg@brownrudnick.com; EGoodman@brownrudnick.com | Counsel to Official Committee of Unsecured Creditors |
| Brown Rudnick LLP | Robert Stark | 7 Times Square | | | New York | NY | 10036 | | | | rstark@brownrudnick.com | Counsel to Official Committee of Unsecured Creditors |
| Buchalter, A Professional Corporation | Shawn M. Christianson | 425 Market Street, Suite 2900 | | | San Francisco | CA | 94105-3493 | | 415-227-0900 | | schristianson@buchalter.com | Counsel for or Oracle America, Inc. |
| Celestica LLC | Michael Paul Giallella | 11 Continental Blvd | BLD 300, Suite 103 | | Merrimack | NH | 03054 | | 508-243-2926 | | mgiallella@celestica.com | Top 50 Creditor and Member of Official Committee of Unsecured Creditors |
| CleanPeak Energy | Gavin Smith | | | | | | | | | | gavin.smith@cleanpeakenergy.com.au | Interested Party |
| Clifford Chance US LLP | Michelle M. McGreal | Two Manhattan West | 375 9th Avenue | | New York | NY | 10001 | | 212-878-8378 | | michelle.mcgreal@cliffordchance.com | Counsel for Mitsubishi Power Americas, Inc. and Prevalon Energy LLC |
| Cole Schotz P.C. | Felice R. Yudkin, Daniel J. Harris | Court Plaza North, 25 Main Street | | | Hackensack | NJ | 07601 | | 201-525-6261 | | fyudkin@coleschotz.com; dharris@coleschotz.com | Co-Counsel to BHER Ravenswood Solar 1, LLC |
| Connell Foley LLP | Brett S. Theisen | 875 Third Ave, 21st Floor | | | New York | NY | 10022 | | 212-307-3700 | | btheisen@connellfoley.com | Counsel for Galp Parques Fotovoltaicos de Alcoutim, Lda |
| Connell Foley LLP | Kyle P. McEvilly | 56 Livingston Ave | | | Roseland | NJ | 07068 | | 973-535-0500 | | kmcevilly@connellfoley.com | Counsel for Galp Parques Fotovoltaicos de Alcoutim, Lda |
| Contemporary Amperex Technology Co., Limited (CATL) | Micah Siegal | No.2 Xingang Road Zhangwan Town | Jiaocheng District | Fujian | Ningde City | | 352100 | China | 937-469-1442 | | RuanTF@catlbattery.com; micahsiegal@catl.com | Top 50 Creditor and Member of Official Committee of Unsecured Creditors |
| Convergent | Frank Genova, Miranda Morton | | | | | | | | | | fgenova@convergentep.com; mmorton@convergentep.com | Interested Party |
| Countryside | Cagri Ozmerdiven | | | | | | | | | | cozmerdiven@csenergy.com | Interested Party |
| Cullen and Dykman LLP | Kyriaki Christodoulou | One Battery Park Plaza, 34th Floor | | | New York | NY | 10004 | | 212-701-4170 | 212-742-1219 | kchristodoulou@cullenllp.com | Counsel for Arevon Energy, Inc. |
| Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 | | 302-577-8338 | | attorney.general@state.de.us | DE AG Office |
| Dentons US LLP | John D. Beck | 1221 Avenue of the Americas | | | New York | NY | 10020-1089 | | 212-768-6700 | 212-768-6800 | john.beck@dentons.com | Counsel for the Debtors and Debtors in Possession |
| Dentons US LLP | Tania M. Moyron, Van C. Durrer | 601 S. Figueroa Street #2500 | | | Los Angeles | CA | 90017 | | 213-623-9300 | 213-623-9924 | tania.moyron@dentons.com; van.durrer@dentons.com | Counsel for the Debtors and Debtors in Possession |
| Eckert Seamans Cherin & Mellott, LLC | Nicholas M. Gaunce | P.O. Box 5404 | | | Princeton | NJ | 08543 | | 609-989-5058 | 609-392-7956 | ngaunce@eckertseamans.com | Counsel for Control Concepts Corporation d/b/a c3controls |
| EDF | Art Del Rio, Blaine Sundwall , Chelsea Turner | | | | | | | | | | art.delrio@edf-re.com; Blaine.Sundwall@edf-re.com; Chelsea.Turner@edf-re.com | Interested Party |
| EnergyRE | Ann Walter, Rocio Mendoza, Greg White, Surya Mohan | | | | | | | | | | Ann.Walter@energyre.com; rocio.mendoza@energyre.com; Greg.White@energyre.com; Surya.Mohan@energyre.com | Interested Party |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| esVolta | Randolph Mann, Justin Johns | | | | | | | | | | randolph.mann@esvolta.com; justin.johns@esvolta.com | Interested Party |
| Eversheds Sutherland (US) LLP | David A. Wender | 999 Peachtree Street NE, Suite 2300 | | | Atlanta | GA | 30309 | | 404-853-8175 | 404-853-8806 | davidwender@eversheds-sutherland.com | Counsel to Pulse Clean Energy SPV Watt Limited |
| Eversheds Sutherland (US) LLP | Todd C. Meyers | 999 Peachtree Street NE, Suite 2300 | | | Atlanta | GA | 30309 | | 404-853-8000 | | toddmeyers@eversheds-sutherland.com | Counsel to JMS Wind Energy, LLC |
| Eversheds Sutherland (US) LLP | Todd C. Meyers, Sameer M. Alifarag | The Grace Building, 40th Floor | 1114 Avenue of the Americas | | New York | NY | 10036 | | 212-389-5000 | | toddmeyers@eversheds-sutherland.com; sameeralifarag@eversheds-sutherland.com | Counsel to JMS Wind Energy, LLC and Pulse Clean Energy SPV Watt Limited |
| Faegre Drinker Biddle & Reath LLP | James H. Millar, Kyle R. Kistinger | 1177 Avenue of the Americas, 41st Floor | | | New York | NY | 10013 | | 212-248-3140 | 212-248-3141 | james.millar@faegredrinker.com; kyle.kistinger@faegredrinker.com | Counsel to the Cash Flow DIP Lender and Keyframe Capital Partners, L.P |
| Faegre Drinker Biddle & Reath LLP | Michael P. Pompeo | 600 Campus Drive | | | Florham Park | NJ | 07932 | | 973-549-7000 | 973-360-9831 | michael.pompeo@faegredrinker.com | Counsel to Keyframe Capital Partners, L.P |
| Farella Braun and Martel LLP | Gary M. Kaplan | One Bush Street, Suite 900 | | | San Francisco | CA | 94104 | | 415-954-4940 | 415-954-4480 | gkaplan@fbm.com | Co-Counsel to Front Range–Midway Solar Project, LLC |
| Foley & Lardner LLP | Anne B. Sekel | 90 Park Ave, 37th Floor | | | New York | NY | 10016 | | 212-338-3417 | | asekel@foley.com | Counsel to AMP Solar US Services LLC, n/k/a PureSky US Services LLC |
| Formosa Electronic Industries Inc. | Vodka Lee | 5F., No.8, Ln.130, Minquan Rd. | Xindian Dist | | New Taipei City | | 23141 | Taiwan | 886 2 2218 8888 | | kelvin.chen@feii.com.tw; flora.zhang@feii.com.tw; vodka.lee@feii.com.tw | Top 50 Creditor and Member of Official Committee of Unsecured Creditors |
| Fox Rothschild, LLP | Agostino A. Zammiello | 49 Market Street | | | Morristown | NJ | 07960 | | 973-992-4800; 973-548-3330 | 973-992-3125; 973-992-9125 | azammiello@foxrothschild.com | Counsel for Specified Technologies, Inc. and  Zendesk, Inc. |
| Fox Rothschild, LLP | Joseph J. DiPasquale | 49 Market Street | | | Morristown | NJ | 07960 | | 973-992-4800 | 973-992-3125 | jdipasquale@foxrothschild.com | Counsel for Specified Technologies, Inc. |
| Fox Rothschild, LLP | Michael R. Herz | 49 Market Street | | | Morristown | NJ | 07960 | | 973-548-3330 | 973-992-9125 | mherz@foxrothschild.com | Counsel for Zendesk, Inc. |
| Fox Rothschild, LLP | Stephanie Slater Ward | 1201 N. Market Street, Suite 1200 | | | Wilmington | DE | 19801 | | 302-654-7444 | | sward@foxrothschild.com | Counsel for Zendesk, Inc. |
| Gibbons P.C. | John S. Mairo | One Gateway Center | | | Newark | NJ | 07102 | | 973-596-4500 | | jmairo@gibbonslaw.com | Co-counsel for certain funds and accounts managed by KKR Credit Advisors (US) LLC |
| Gibson, Dunn & Crutcher LLP | Jeffrey C. Krause | 333 South Grand Avenue | | | Los Angeles | CA | 90071-3197 | | 213-229-7000 | | jkrause@gibsondunn.com | Co-Counsel to BHER Ravenswood Solar 1, LLC |
| Gibson, Dunn & Crutcher LLP | Michael J. Cohen | 200 Park Avenue | | | New York | NY | 10166-0193 | | 212-351-4000 | | mcohen@gibsondunn.com | Co-Counsel to BHER Ravenswood Solar 1, LLC |
| GLAS USA LLC | | 3 Second Street | Suite 206 | | Jersey City | NJ | 07311 | | 212-808-3050 | | clientservices.americas@glas.agency | Agent for the Prepetition Lenders and Top 50 Creditor |
| Glidepath | Mark Breen | | | | | | | | | | mbreen@glidepath.net | Interested Party |
| GreEnergy Resources LLC | Adam Fenner | 1405 4th Avenue NW, #312 | | | Ardmore | OK | 73401 | | 580-768-9534 | | adam.fenner@greenergyresources.com | Top 50 Creditor and Member of Official Committee of Unsecured Creditors |
| Hecate | Nick Peri | | | | | | | | | | nperi@fullmarkenergy.com | Interested Party |
| Herbert Smith Freehills Kramer (US) LLP | Boaz I. Cohen, Kyle J. Ortiz | 1177 Avenue of the Americas | | | New York | NY | 10036 | | 212-715-9100 | | boaz.cohen@hsfkramer.com; kyle.ortiz@hsfkramer.com | Counsel to Hitachi Energy Ltd and Hitachi  Energy Power Conversion Solutions, S.L.U.,  f/k/a Experience Knowledge Strategy, S.L. |
| Holland & Knight LLP | Barbra R. Parlin | 787 Seventh Avenue | | | New York | NY | 10019 | | 212-513-3200 | 212-385-9010 | barbra.parlin@hklaw.com | Counsel for Invenergy, LLC, Yuma Solar Energy LLC, Invenergy Services LLC, Invenergy Storage Development LLC, El Sol Energy Storage LLC, and El Sol Storage Energy LLC |
| Holland & Knight LLP | John Monaghan, Lynne B. Xerras, Kathleen M. St. John | 10 St. James Avenue | | | Boston | MA | 02116 | | 617-573-5834 | | bos-bankruptcy@hklaw.com; Lynne.Xerras@hklaw.com; Kathleen.StJohn@hklaw.com | Counsel for Invenergy, LLC, Yuma Solar Energy LLC, Invenergy Services LLC, Invenergy Storage Development LLC, El Sol Energy Storage LLC, and El Sol Storage Energy LLC |
| Honeywell | Thomas Craig | | | | | | | | | | Thomas.Craig2@Honeywell.com | Interested Party |
| Hunt Energy Solutions | Hunter Hunt | | | | | | | | | | hhunt@huntconsolidated.com | Interested Party |
| Husch Blackwell LLP | Tara T. LeDay | 111 Congress Avenue, Suite 1400 | | | Austin | TX | 78701 | | 512-479-1141 | 512-479-1101 | Tara.Leday@huschblackwell.com | Counsel for One Source Freight Solutions |
| Idaho Power | Adam Richins | | | | | | | | | | ARichins@idahopower.com | Interested Party |
| Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | | 800-913-9358 | 855-852-4141 | SBSE.Insolvency.Balt@irs.gov | IRS |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | | IRS |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | | | 855-235-6787 | | IRS |
| Invenergy | Derek Price, David Azari | | | | | | | | | | dprice@invenergy.com; DAzari@invenergy.com | Interested Party |
| JMS Wind Energy, LLC | Will Douglas | 8022 S Rainbow Blvd Ste 406 | | | Las Vegas | NV | 89139 | | 541-483-0920 | | julie@jmswindenergy.com; will.douglas@jmsenergy.net | Top 50 Creditor and Member of Official Committee of Unsecured Creditors |
| Jupiter Power | David Hernandez | | | | | | | | | | david.hernandez@jupiterpower.io | Interested Party |
| KCE | Brian Hayes, Colin Tareila | | | | | | | | | | brian.hayes@keycaptureenergy.com; Colin.Tareila@keycaptureenergy.com | Interested Party |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kell, Alterman & Runstein, L.L.P. | Mathew W. Lauritsen | 520 SW Yamhill Street, Suite 600 | | | Portland | OR | 97204 | | 503-222-3531 | 503-227-2980 | mlauritsen@kelrun.com | Co-Counsel for Lu Pacific Properties, LLC |
| Kia Energy | Stream Energy Team | | | | | | | | | | elugo@streamenergy.mx; acampos@streamenergy.mx; jalvarez@streamenergy.mx | Interested Party |
| KMC (project Brandywine Onward Energy) | Paul Wasssil | | | | | | | | | | paul.wassil@onwardenergy.com | Interested Party |
| Kupono Solar, LLC | c/o Ameresco, Inc., Rebecca McIntyre | 111 Speen Street, #410 | | | Framingham | MA | 01701 | | 508-661-2241 | | mchiplock@ameresco.com; rmcintyre@ameresco.com | Top 50 Creditor and Member of Official Committee of Unsecured Creditors |
| Latham & Watkins | David Hammerman, Blake Denton, Andrew Sorkin | 1271 Avenue of the Americas | | | New York | NY | 10020 | | 212-906-1200 | | david.hammerman@lw.com; blake.denton@lw.com; andrew.sorkin@lw.com | Counsel to DIP Lender FlexGen Power Systems |
| Latham & Watkins | Jeffrey Mispagel | 355 South Grand Avenue, Suite 100 | | | Los Angeles | CA | 90071 | | 213-485-1234 | | jeffrey.mispagel@lw.com | Counsel to DIP Lender FlexGen Power Systems |
| Latham & Watkins | Whit Morley | 330 North Wabash Avenue | Suite 2800 | | Chicago | IL | 60611 | | | | whit.morley@lw.com | Counsel to DIP Lender FlexGen Power Systems |
| Leader | Phil | | | | | | | | | | phil@ysolar.com.tw | Interested Party |
| Leeward | Jason Allen, Theodore Matula | | | | | | | | | | Jason.Allen@LeewardEnergy.com; Theodore.Matula@LeewardEnergy.com | Interested Party |
| Longroad | Michael Alvarez, Paul Gaynor | | | | | | | | | | michael.alvarez@longroadenergy.com; paul.gaynor@longroadenergy.com | Interested Party |
| Lowenstein Sandler LLP | Jeffrey D. Prol, Benjamin A. Schoenkin | One Lowenstein Drive | | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | jprol@lowenstein.com; bschoenkin@lowenstein.com | Counsel to Matrix Networks |
| Maurice Wutscher LLP | Alan C. Hochheiser | 23611 Chagrin Blvd. Suite 207 | | | Beachwood | OH | 44122 | | 216-220-1129 | | ahochheiser@mauricewutscher.com | Counsel for AmTrust North America, Inc. on behalf of Wesco Insurance Company |
| Mayer Brown LLP | Joaquin M. C de Baca, Richard A. Stieglitz, Youmi Kim | 1221 Avenue of the Americas | | | New York | NY | 10020-1001 | | 212-506-2500 | | jcdebaca@mayerbrown.com; rstieglitz@mayerbrown.com; ykim@mayerbrown.com | Co-Counsel for Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, Longroad Energy Partners, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, Sun Streams Expansion, LLC, DTE Electric Company, and Poblano Energy Storage, LLC |
| MHPS | Michael Leonard | | | | | | | | | | michael.leonard@amer.mhps.com | Interested Party |
| New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 | | 609-292-8740 | 609-292-3508 | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov | NJ AG Office |
| New Jersey Attorney General Office | Division of Law | Richard J. Hughes Justice Complex | 25 Market St | PO Box 112 | Trenton | NJ | 08625-0112 | | | | | New Jersey Attorney General Office |
| New Jersey Division of Taxation | Compliance and Enforcement - Bankruptcy Unit | 3 John Fitch Way, 5th Fl | PO Box 245 | | Trenton | NJ | 08695-0245 | | | | NJTax.BNCnoticeonly@treas.nj.gov | New Jersey Division of Taxation |
| Nidec | Damien Iwanski | | | | | | | | | | damien.iwanski@nidec-asi.com | Interested Party |
| Office of the United States Trustee for the District of New Jersey | Jeffery M. Sponder, Lauren Bielskie | One Newark Center | Suite 2100 | | Newark | NJ | 07102 | | 973-645-3014 | | Lauren.Bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov | U.S. Trustee for the District of New Jersey |
| OPALCO | Foster Hildreth | | | | | | | | | | fhildreth@opalco.com | Interested Party |
| Orange & Rockland | David A. Brooks, Christina DELEVEAUX | | | | | | | | | | BROOKSDA@coned.com; DELEVEAUXC@coned.com | Interested Party |
| Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 | | 503-378-4400 | 503-378-4017 | AttorneyGeneral@doj.state.or.us | OR AG Office |
| Ormat | Elad Zalkin | | | | | | | | | | ezalkin@ormat.com | Interested Party |
| Orrick, Herrington & Sutcliffe LLP | Lorraine McGowen, Michael Trentin, Jenna MacDonald Busche | 51 West 52nd Street | | | New York | NY | 10019-6142 | | 212-506-5000 | 212-506-5151 | lmcgowen@orrick.com; mtrentin@orrick.com; jmacdonaldbusche@orrick.com | Counsel to esVolta, LP, EDF Power Solutions, Inc. (f/k/a EDFRenewables, Inc.) and PowerFlex Systems, Inc. |
| Pashman Stein Walder & Hayden, P.C. | John W. Weiss, Leah M. Eisenberg, David E. Sklar | 21 Main Street, Suite 200 | | | Hackensack | NJ | 07601 | | 201-270-5477 | | jweiss@pashmanstein.com; leisenberg@pashmanstein.com; dsklar@pashmanstein.com | Co-Counsel for Leeward Renewable Energy, LLC, on behalf of Rabbitbrush Solar, LLC, Chaparral Springs, LLC, and Antelope Valley BESS, LLC, Longroad Energy Partners, on behalf of Serrano Solar, LLC, Sun Streams PVS, LLC, Sun Streams Expansion, LLC, DTE Electric Company, Poblano Energy Storage, LLC, Mitsubishi Power Americas, Inc. and Prevalon Energy LLC |
| PNM | PNM Team | | | | | | | | | | Christian.Reeves@txnmenergy.com; Christopher.Pecoraro@txnmenergy.com; christopher.pecoraro@pnmresources.com; Sean.LEcluse@txnmenergy.com; Christopher.Atencio@txnmenergy.com | Interested Party |
| Porter Hedges LLP | Eric M. English, James A. Keefe | 1000 Main St., 36th Floor | | | Houston | TX | 77002 | | 713-226-6000 | 713-226-6248 | eenglish@porterhedges.com; jkeefe@porterhedges.com | Counsel to Key Capture Energy, LLC |
| Portland General Electric | Kevin Whitener | | | | | | | | | | kevin.whitener@pgn.com | Interested Party |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Powerflex | Bryan Towe | | | | | | | | | | bryan.towe@powerflex.com | Interested Party |
| PowerSecure | Eric Dupont | | | | | | | | | | edupont@powersecure.com | Interested Party |
| Powin, LLC | Chad Paulson, Gerard Uzzi | 20550 SW 115th Avenue | | | Tualatin | OR | 97062 | | | | chad.paulson@powin.com; guzzi@uzzilall.com | Debtor |
| Prevalon (Mitsubishi Power) | Tom Cornell, Michael McManus | | | | | | | | | | thomas.cornell@prevalonenergy.com; Michael.McManus@prevalonenergy.com | Interested Party |
| Pulse Clean Energy | Trevor Wills | | | | | | | | | | trevor.wills@pulsecleanenergy.com | Interested Party |
| Pure Power Solutions | Rody Jonas | | | | | | | | | | rody@purepowersolutions.com | Interested Party |
| PureSky | PureSky Team | | | | | | | | | | Muhammed.Johar@pureskyenergy.com; taylor.dunn@pureskyenergy.com | Interested Party |
| R.H. Shipping & Chartering S De RL De CV | Rudolf Hess | Av. Paseo De La Reforma No. 222 Piso 15 | Col. Juarez Cuauhtemoc | | Ciudad De Mexico | | CX06600 | Mexico | 832-431-8121 | | cobranza@rh-shipping.com; rudolf@rh-shipping.com | Top 50 Creditor and Member of Official Committee of Unsecured Creditors |
| Rabinowitz, Lubetkin & Tully, LLC | Jeffrey A. Cooper | 293 Eisenhower Parkway, Suite 100 | | | Livingston | NJ | 07039 | | 973-597-9100 | 973-597-9119 | jcooper@rltlawfirm.com | Counsel to Honeywell International Inc. |
| Reed Smith LLP | Nicholas B. Vislocky, Andy Buck, David A. Pisciotta, Richard C. Solow | 599 Lexington Avenue | 22nd Floor | | New York | NY | 10022 | | 212-549-0347; 212-549-4743 | | NVislocky@reedsmith.com; ABuck@reedsmith.com; dpisciotta@reedsmith.com; rsolow@reedsmith.com | Counsel to GLAS USA LLC, agent for the Prepetition Lenders |
| Riker Danzig LLP | Joseph L. Schwartz | 7 Giralda Farms, Suite 250 | | | Madison | NJ | 07940-1051 | | 973-538-0800 | 973-538-1984 | jschwartz@riker.com | Co-Counsel to Front Range–Midway Solar Project, LLC and Counsel to Solar Carver 1, LLC and Solar Carver 3, LLC, as assignee of Pine Gate ECP, LLC |
| Robinson & Cole LLP | Evan M. Lazerowitz | 666 Third Avenue, 20th Fl | | | New York | NY | 10017 | | 212-451-2954 | 212-451-2999 | elazerowitz@rc.com | Counsel to Enel Produzione S.p.A |
| Rubicon Professional Services, LLC | | 3370 Chastain Gardens Drive | Suite 220 | | Kennesaw | GA | 30144 | | 770-726-8975 | | accounting@rubiconps.com; bpirrone@rubiconps.com; moriordan@rubiconps.com; hgessler@rubiconps.com | Top 50 Creditor |
| Saul Ewing LLP | Turner N. Falk | 1500 Market Street, 38th Floor | | | Philadelphia | PA | 19102 | | 215-972-7777 | | turner.falk@saul.com | Counsel to Key Capture Energy, LLC |
| Schenck, Price, Smith & King, LLP | Franklin Barbosa, Jr. | 220 Park Avenue | P.O. Box 991 | | Florham Park | NJ | 07932-0991 | | 973-539-1000 | 973-540-7300 | fb@spsk.com | Counsel to CS Energy, LLC |
| Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 | | 212-336-1100 | 212-336-1320 | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov | SEC Regional Office |
| Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | | 215-597-3100 | 215-597-3194 | philadelphia@sec.gov | SEC Regional Office |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | | 202-942-8088 | 202-772-9317; 202-772-9318 | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov | SEC Headquarters |
| Sheppard, Mullin, Richter & Hampton LLP | Ori Katz | Four Embarcadero Center, 17th Floor | | | San Francisco | CA | 94115 | | 415-434-9100 | 415-434-3947 | okatz@sheppardmullin.com | Counsel to SMA Solar Technology America LLC |
| Sheppard, Mullin, Richter & Hampton LLP | Sean Kirby | 30 Rockefeller Plaza, 39th Floor | | | New York | NY | 10112 | | 212-653-8700 | 212-653-8701 | skirby@sheppardmullin.com | Counsel to SMA Solar Technology America LLC |
| Sherman, Silverstein, Kohl, Rose & Podolsky, P.A. | Arthur J. Abramowitz, Ross J. Switkes | 308 Harper Drive, Suite 200 | | | Moorestown | NJ | 08057 | | 856-662-0700 | | aabramowitz@shermansilverstein.com; rswitkes@shermansilverstein.com | Co-Counsel to Ace Engineering |
| Sol Systems | Yuri Horwitz, Richard Romero | | | | | | | | | | yuri.horwitz@solsystems.com; richard.romero@solsystems.com | Interested Party |
| Solvida | Stephen Smith | | | | | | | | | | stephen@solvidaenergy.com | Interested Party |
| Southern Company | Jay McFarland, Alison, John | | | | | | | | | | JDMcFarl@southernco.com; apbrown@southernco.com; jdkilcoy@southernco.com | Interested Party |
| Stem | Ilya Kramarevsky | | | | | | | | | | Ilya.Kramarevsky@stem.com | Interested Party |
| Stevens & Lee | Daniel M. Stolz | 110 Allen Road, Suite 304 | | | Basking Ridge | NJ | 07920 | | 973-387-7801 | | daniel.stolz@stevenslee.com | Proposed Substitute Counsel for Oversight Committee of Powin, LLC |
| Stevens & Lee | Jaclynn N. McDonnell, Susan A. Long | 110 Allen Road, Suite 304 | | | Basking Ridge | NJ | 07920 | | 973-646-3283; 973-535-7119 | 610-236-4345; 610-236-4344 | Jaclynn.McDonnell@stevenslee.com; Susan.Long@stevenslee.com | Counsel to Official Committee of Unsecured Creditors |
| Strata | Bob Schaffeld | | | | | | | | | | bob.schaffeld@stratacleanenergy.com | Interested Party |
| Sungrid | Jake Wang | | | | | | | | | | jake.wang@sungridsolutions.com | Interested Party |
| Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | | 512-463-2100 | 512-475-2994 | bankruptcytax@oag.texas.gov; communications@oag.texas.gov | TX AG Office |
| Thompson Hine LLP | Jeremy M. Campana | 300 Madison Avenue, 27th Floor | | | New York | NY | 10017 | | 216-566-5936 | | Jeremy.Campana@ThompsonHine.com | Counsel for Ultra Corpotech Private Limited |
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | | | Nashville | TN | 37202-0207 | | 615-532-8928 | 615-741-3334 | gina.hantel@ag.tn.gov | Tennessee Attorney General |
| Togut, Segal & Segal LLP | Albert Togut, Eitan Blander | One Penn Plaza, Suite 3335 | | | New York | NY | 10119 | | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com; eblander@teamtogut.com | Co-Counsel for the Debtors and Debtors in Possession |
| Togut, Segal & Segal LLP | Frank A. Oswald | 550 Broad Street, Suite 1508 | | | Newark | NJ | 07102 | | 212-594-5000 | 212-967-4258 | frankoswald@teamtogut.com | Co-Counsel for the Debtors and Debtors in Possession |
| TPE Energy | Pedro Huang | | | | | | | | | | pedro.huang@tpeenergy.com.tw | Interested Party |
| Troutman Pepper Locke LLP | David M. Fournier, Joanna J. Cline, Tori L. Remington | Hercules Plaza, Suite 1000 | 1313 N. Market Street, P.O. Box 1709 | | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | david.fournier@troutman.com; joanna.cline@troutman.com; tori.remington@troutman.com | Counsel to Ameresco, Inc. and Kupono Solar, LLC |
| UB Greensfelder LLP | Stuart A. Laven, Jr. | 1660 West 2nd Street | Suite 1100 | | Cleveland | OH | 44113-1406 | | | | salaven@ubglaw.com | Counsel to EPC Services Company |
| US Attorney for District of New Jersey | Alina Habba | 970 Broad Street, 7th Floor | | | Newark | NJ | 07102 | | 973-645-2700 | 973-645-2702 | | US Attorney for District of New Jersey |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vedder Price P.C. | Courtney M. Brown, Joshua A. Dunn, Michael Schein, Max DuVal | 1633 Broadway, 31st Floor | | | New York | NY | 10019 | | 212-407-7700 | 212-407-7799 | cmbrown@vedderprice.com; jdunn@vedderprice.com; mschein@vedderprice.com; mduval@vedderprice.com | Counsel to Mitsubishi Electric Power Products, Inc. |
| Verita | Darlene S. Calderon | 222 N Pacific Coast Highway, Suite 300 | | | El Segundo | CA | 90245 | | 866-507-8031; 781-575-2122 | | Powininfo@veritaglobal.com | Claims Agent |
| Vinson & Elkins LLP | Steven M. Abramowitz, David S. Meyer, Lauren R. Kanzer | 1114 Avenue of the Americas, 32nd Floor | | | New York | NY | 10036 | | 212-237-0137 | 212-237-0100 | sabramowitz@velaw.com; dmeyer@velaw.com; lkanzer@velaw.com | Counsel for the Ad Hoc Customer Group |
| Vinson & Elkins LLP | William L. Wallander, Matthew D. Struble | 2001 Ross Avenue, Suite 3900 | | | Dallas | TX | 75201 | | 214-220-7700 | 214-220-7716 | mstruble@velaw.com; bwallander@velaw.com | Counsel for the Ad Hoc Customer Group |
| Webber McGill LLC | Douglas J. McGill | 100 E. Hanover Avenue, Suite 401 | | | Cedar Knolls | NJ | 07927 | | 973-739-9559 | | dmcgill@webbermcgill.com | Counsel for or Bergstrom Inc. |
| Weltman, Weinberg & Reis Co. LPA | Scott D. Fink | 5990 West Creek Rd Suite 200 | | | Independence | OH | 44131 | | 877-338-9484 | | bronationalecf@weltman.com | Agent for Toyota Industries Commercial Finance Inc. |
| White & Case LLP | Andrew Zatz, Shana Vantusko, Emilio Grandio, Nadav Klugman, David Ridley, Andrea Amulic, Adam Swingle | 1221 Avenue of the Americas | | | New York | NY | 10020-1095 | | | | azatz@whitecase.com; shana.white@whitecase.com; emilio.grandio@whitecase.com; nadav.klugman@whitecase.com; David.Ridley@whitecase.com; andrea.amulic@whitecase.com; adam.swingle@whitecase.com | Co-counsel for certain funds and accounts managed by KKR Credit Advisors (US) LLC |
| White & Case LLP | Erin Rosenberg, Adam Swingle | 111 South Wacker Drive, Suite 5100 | | | Chicago | IL | 60606 | | 312-881-5400 | | erin.rosenberg@whitecase.com; adam.swingle@whitecase.com | Co-counsel for certain funds and accounts managed by KKR Credit Advisors (US) LLC |
| Wollmuth Maher & Deutsch LLP | Paul R. DeFilippo, James N. Lawlor | 500 Fifth Avenue | | | New York | NY | 10110 | | 212-382-3300 | 212-382-0050 | pdefilippo@wmd-law.com; jlawlor@wmd-law.com | Co-Counsel for Munmorah Battery ProjectCo Pty Ltd and Ulinda Park ProjectCo Pty Ltd |
| Womble Bond Dickinson (US) LLP | Kevin J. Mangan, Lisa Bittle Tancredi | 1313 North Market Street, Suite 1200 | | | Wilmington | DE | 19801 | | 302-252-4337 | 302-252-4330 | kevin.mangan@wbd-us.com; lisa.tancredi@wbd-us.com | Counsel for Applied Surety Underwriters, SiriusPoint America Insurance Company, and Pennsylvania Insurance Company |
| Young Conaway Stargatt & Taylor, LLP | Sean M. Beach, Kara Hammond Coyle | 1000 North King Street | | | Wilmington | DE | 19801 | | 302-571-6600 | 302-571-1253 | sbeach@ycst.com; kcoyle@ycst.com; bankfilings@ycst.com | Counsel for Ormat Nevada Inc. |

In re Powin, LLC, *et al*.
Case No. 25-16137 (MBK)