# EXHIBIT A

# RH CHARGES



**R.H. SHIPPING®**
Shipbrokers & International Freight Forwarders

**R.H. SHIPPING & CHARTERING**
AV. PASEO DE LA REFORMA NO. 222 PISO 15, COL. JUAREZ
CUAUHTÉMOC MX06600, MÉXICO, CIUDAD DE MÉXICO
TEL 5550103100
RFC: **RHS961203416**
RÉGIMEN FISCAL: (601) - GENERAL DE LEY PERSONAS MORALES

**FACTURA**
CFDI 4.0

| SERIE | RHM | FOLIO | 012264 |
|---|---|---|---|
| TIPO DE COMPROBANTE | INGRESO | LUGAR EMISIÓN | 06600 |
| FOLIO FISCAL | | 22D6E57D-2903-4032-9A84-9B9D2C51F517 | |

| EMBARCADOR /SHIPPER | | FECHA DE EMISIÓN / ISSUE DATE | 2025-11-06 13:49:31 |
|---|---|---|---|
| POWIN LLC<br>20550 SW 115TH AVE<br>TUALATIN OR 97062<br>USA<br>971-358-9013<br>TAX ID: XEXX010101000 | | FECHA Y HORA DE CERTIFICACIÓN / DATE AND TIME OF CERTIFICATION | 2025-11-06 13:49:59 |
| | | REFERENCIA / REFERENCE | **TIRHM2581377** |
| | | ORDEN DE PEDIDO / PO NUMBER | |

| CONSIGNATARIO / CONSIGNEE | FACTURADO A / INVOICE TO: |
|---|---|
| POWIN LLC<br>20550 SW 115TH AVE<br>TUALATIN, OREGON 97062<br>USA<br>TAX ID: XEXX010101000 | FLEXGEN POWER SYSTEMS<br>280 S MANGUM ST STE 150<br>DURHAM 27701 USA<br>474542499 |

| ETD / ETA<br>2025-10-13  / 2025-10-13 | | FECHA VENCIMIENTO  / DUE DATE<br>11/6/2025 | FLETE / FREIGHT TERMS<br>Prepaid / DAP |
|---|---|---|---|
| NAVIERA / SSCO<br>RFE ALPAMED SA DE CV | BUQUE / VSL / VUELO / FLT<br>2581436 / | MBL / MAWB<br>RHPW10132025 | HBL / HAWB<br>RHPW10132025H |
| RECOGIDA / PLACE OF RECEIPT<br>Monterrey | PTO DE ORIGEN /PORT OF ORIGIN<br>Monterrey | ADUANA / CUSTOM HOUSE<br>Monterrey | DESTINO / DESTINATION<br>Monterrey |
| CORRESPONSAL / AGENT<br>R.H. SHIPPING & CHARTERING | FACT COMERCIAL / COMM INV. | VENDEDOR / SALES PERSON<br>MARGARITA PLASCENCIA | OPERATIVO / OPERATOR<br>Hugo Abraham Zamudio Angeles |

| MARCAS Y No. / MARKS | BULTOS / PCS | CONTENIDO / CONTENT | PESO BRUTO GROSS WEIGHT | VOLUMEN / VOLUME |
|---|---|---|---|---|
| | 0 | | 0.00KG | 0.000 |

## DATOS GENERALES DEL COMPROBANTE / GENERAL INFORMATION OF THE RECEIPT

**MONEDA / CURRENCY:** USD  **MÉTODO DE PAGO / PAYMENT METHOD:** (PPD) - Pago en parcialidades o diferido

**TIPO DE CAMBIO / EXCHANGE RATE:** 18.61  **FORMA DE PAGO / PAYMENT METHOD:** (99) - Por definir

| Clave Servicios Service Code | Cant. Qty | Clave Code | Unidad Unit | Descripción Description | Precio Unit. Unit. Price | Objeto Imp. Taxable | Impuesto Tax | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 78141501 | 1 | E48 | Unidad de Servicio | COMPLEMENTARY CHARGES / CARGOS COMPLEMENTARIOS | 87,660.00 | 02 | 002 IVA | 87,660.00 |

| BASE 0% IVA USD | $ 87,660.00 | TOTAL PARCIAL / SUBTOTAL | 87,660.00 |
|---|---|---|---|
| | | IVA / VAT | 0.00 |
| | | RETENCION IVA / VAT WITHHOLDING | 0.00 |
| **EIGHTY-SEVEN THOUSAND SIX HUNDRED SIXTY AND XX / 100 USD** | | TOTAL | 87,660.00 |

**OBSERVACIONES / REMARKS:**

### "Este documento es una representación impresa de un CFDI"

No. Serie CSD Emisor   00001000000516754894   No. Serie CSD SAT   00001000000708361008



**Sello Digital del Emisor:**
WkTBVtLRxmFb97PK2MAShyzwGEceLYZwWfNNgW6SxtkjXl6iatqzgKivXmCLg0b4wf3GEUwfM5
XfGQ+adyWvQZe+4rYA/dmXl02LuXPIPL7HrWUb7VgiBnBOOI4zcKYbYBkr0j+CoYPg67wys9Y/1
H++fmZzFCda60ym4Abppzl9g82+z62i/NnFNVYhp2HZ6HHyeoTIKwQdVpQkxT3aLWDxnt6irK0Hz
IHPbcQSluZLTay4mVB5tTLmLTB8vqH8fmIkO6hbHKo/nnoqUKfYnwNwQ079zgJbGTroC/beCYHO
GGxvZDNH+nFQYHx+g9Z9MDnLkH9jxsT93IdhOiBkBQ==

**Cadena Original:**
||1.1|22D6E57D-2903-4032-9A84-9B9D2C51F517|2025-11-06T13:49:59|INT020124V62|WkTBVt
LRxmFb97PK2MAShyzwGEceLYZwWfNNgW6SxtkjXl6iatqzgKivXmCLg0b4wf3GEUwfM5XfGQ+a
dyWvQZe+4rYA/dmXl02LuXPIPL7HrWUb7VgiBnBOOI4zcKYbYBkr0j+CoYPg67wys9Y/1H++fmZz
FCda60ym4Abppzl9g82+z62i/NnFNVYhp2HZ6HHyeoTIKwQdVpQkxT3aLWDxnt6irK0HzIHPbcQS
luZLTay4mVB5tTLmLTB8vqH8fmIkO6hbHKo/nnoqUKfYnwNwQ079zgJbGTroC/beCYHOGGxvZD
NH+nFQYHx+g9Z9MDnLkH9jxsT93IdhOiBkBQ==|00001000000708361008||

**Sello Digital SAT:**
dWmE32bTOc/4dFIghN6qAqsyK4mnXGkrLcP7vH6+xyyiaaRqXUhfyyQ4Jg8b/F5oWcpLeMPSHD
OxRA9jBSWoL1ZJama98JHCUny+QzfSRI0/8nEBu5HaJjtLoFETJSm2LcIsZY7hhbeX4KgVeEEwX
dSue6gxIHH7SwPzzvtiSLUJ0AS5rsX7UMYnjeiB+eCVUNIwl0kB2tN19IXYS0BruK8gPMiR4Gmn6
csPRXF49DiDlVUpZCZcpKklWAUBRLNG0R0zNbGYvvTkN6ujM1pcnXONiCDzuq2bt55RPopHzU
faqLmaL6IhEqehUv9d+JRAqqeUlFA3XepXVw1hY+8Hwg==



Comprometidos con la comunidad de Negocios compartimos referencias Comerciales con
**dun & bradstreet**
de México S.A. de CV.



R.H. SHIPPING & CHARTERING
AV. PASEO DE LA REFORMA NO. 222 PISO 15, COL. JUAREZ
CUAUHTÉMOC MX 06600, MÉXICO, CIUDAD DE MÉXICO
TEL 5550103100
RFC: **RHS961203416**
RÉGIMEN FISCAL: (601) - GENERAL DE LEY PERSONAS MORALES

# FACTURA
CFDI 4.0

| SERIE | RHM | FOLIO | 012422 |
|---|---|---|---|
| TIPO DE COMPROBANTE | INGRESO | LUGAR EMISIÓN | 06600 |
| FOLIO FISCAL | | 5A50CF4A-8CF6-4DFB-9D5F-9B9D2C51A77F | |

## EMBARCADOR /SHIPPER
R.H. SHIPPING & CHARTERING
AV. PASEO DE LA REFORMA NO. 222 PISO 15, COL. JUAREZ
CUAUHTÉMOC MX 06600
MEXICO
5550103100
R.F.C.: RHS961203416

| FECHA DE EMISIÓN / ISSUE DATE | 2025-11-11 12:22:35 |
|---|---|
| FECHA Y HORA DE CERTIFICACIÓN / DATE AND TIME OF CERTIFICATION | 2025-11-11 12:22:45 |
| REFERENCIA / REFERENCE | **TIRHM2581088** |
| ORDEN DE PEDIDO / PO NUMBER | |

## CONSIGNATARIO / CONSIGNEE
R.H. SHIPPING & CHARTERING
AV. PASEO DE LA REFORMA NO. 222 PISO 15, COL. JUAREZ
CUAUHTÉMOC, MEXICO 06600
MEXICO
R.F.C.: RHS961203416

## FACTURADO A / INVOICE TO:
FLEXGEN POWER SYSTEMS
280 S MANGUM ST STE 150
DURHAM 27701 USA
474542499

| ETD / ETA 2025-09-09  / 2025-09-09 | | FECHA VENCIMIENTO  / DUE DATE 11/11/2025 | FLETE / FREIGHT TERMS Prepaid / DAP |
|---|---|---|---|
| NAVIERA / SSCO RFE ALPAMED SA DE CV | BUQUE / VSL / VUELO / FLT NA / | MBL / MAWB RFEPW09092025 | HBL / HAWB RFEPW09092025 |
| RECOGIDA / PLACE OF RECEIPT Monterrey | PTO DE ORIGEN /PORT OF ORIGIN Monterrey | ADUANA / CUSTOM HOUSE Monterrey | DESTINO / DESTINATION Monterrey |
| CORRESPONSAL / AGENT R.H. SHIPPING & CHARTERING | FACT COMERCIAL / COMM INV. | VENDEDOR / SALES PERSON MARGARITA PLASCENCIA | OPERATIVO / OPERATOR Hugo Zamudio Angeles |

| MARCAS Y No. / MARKS | BULTOS / PCS | CONTENIDO / CONTENT | PESO BRUTO GROSS WEIGHT | VOLUMEN / VOLUME |
|---|---|---|---|---|
| | 0 | | 0.00KG | 0.000 |

## DATOS GENERALES DEL COMPROBANTE / GENERAL INFORMATION OF THE RECEIPT

**MONEDA / CURRENCY:** USD    **MÉTODO DE PAGO / PAYMENT METHOD:** (PPD) - Pago en parcialidades o diferido

**TIPO DE CAMBIO / EXCHANGE RATE:** 18.61    **FORMA DE PAGO / PAYMENT METHOD:** (99) - Por definir

| Clave Servicios Service Code | Cant. Qty | Clave Code | Unidad Unit | Descripción Description | Precio Unit. Unit. Price | Objeto Imp. Taxable | Impuesto Tax | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 78141501 | 1 | E48 | Unidad de Servicio | COMPLEMENTARY CHARGES / CARGOS COMPLEMENTARIOS | 87,660.00 | 02 | 002 IVA | 87,660.00 |

| BASE 0% IVA USD | $ 87,660.00 | TOTAL PARCIAL / SUBTOTAL | 87,660.00 |
|---|---|---|---|
| | | IVA / VAT | 0.00 |
| | | RETENCION IVA / VAT WITHHOLDING | 0.00 |
| | | TOTAL | 87,660.00 |

EIGHTY-SEVEN THOUSAND SIX HUNDRED SIXTY AND XX / 100 USD

**OBSERVACIONES / REMARKS:**

### "Este documento es una representación impresa de un CFDI"
No. Serie CSD Emisor    00001000000516754894        No. Serie CSD SAT        00001000000708361008



**Sello Digital del Emisor:**
NTgDNJD6n2SXvQLnuUdUNIISVC48VjtzjV2OsQdP57k4mkh4GL3uwTl4bRnx/VF6VjIWxZToPRD
S/icOXaUhPRkrwwaVhDIvy+FXssYcP7hl5nb6toeOriasQeIKBOyh9/QEuv6nACP6F0S/X/ecODGP
X5eeHvGXG48z8Yh22mD8F5WVnnHgDFHrH9eBX78b4N+8xB588MwJK2XjjZq62pTFpsk4PVYxq
clzhRQb7B2XRuGhopTtb47wVMZkZiD8wkNRxiztiVG8UCECnZhZaPjG2/mwuQwmSr/uxzX2CTbf
Jki4iiYzGudCh32BtRsn97wocSbLAsNA2hTbkQu8Cg==

**Cadena Original:**
||1.1|5A50CF4A-8CF6-4DFB-9D5F-9B9D2C51A77F|2025-11-11T12:22:45|INT020124V62|NTgDN
JD6n2SXvQLnuUdUNIISVC48VjtzjV2OsQdP57k4mkh4GL3uwTl4bRnx/VF6VjIWxZToPRDS/icOX
aUhPRkrwwaVhDIvy+FXssYcP7hl5nb6toeOriasQeIKBOyh9/QEuv6nACP6F0S/X/ecODGPX5eeH
vGXG48z8Yh22mD8F5WVnnHgDFHrH9eBX78b4N+8xB588MwJK2XjjZq62pTFpsk4PVYxqclzhR
Qb7B2XRuGhopTtb47wVMZkZiD8wkNRxiztiVG8UCECnZhZaPjG2/mwuQwmSr/uxzX2CTbfJki4ii
YzGudCh32BtRsn97wocSbLAsNA2hTbkQu8Cg==|00001000000708361008||

**Sello Digital SAT:**
Z7IKnYw943rXSZgYSVs0XBF2q3WWoW2qmmdkvn2oVck/sUqJ6XATWAive6GRw/U7o7bNej5Eq
+LOfhHhJg2zRS1x85UBjTu4GLxEi+4mQT8JwX1oMLMy4lHYKiWzxBtjxaEml0XLyuaUreOQrYEK
bp8ML+0xgwp0a4WikTcd9F9KB/HA/ju0XI7LsESiDX3XR3VUdXHWCz7l1VDPQXCaDZHuljAYHS
ejmbQcQfxeb+xFAvtdzurS7ZpAhwLltlthGhk3g2+uBCp7On9tcqTGPYJuaPdMmoPJqZ6JPmtGonD
jj8+o3aclLO+N35UDv2zigeiitRDLFPxjwGpLQkBsw==

Comprometidos con la comunidad de Negocios compartimos referencias Comerciales con



dun&bradstreet
de México S.A. de CV.



**R.H. SHIPPING & CHARTERING**
AV. PASEO DE LA REFORMA NO. 222 PISO 15, COL. JUAREZ
CUAUHTÉMOC MX 06600, MÉXICO, CIUDAD DE MÉXICO
TEL 5550103100
RFC: **RHS961203416**
RÉGIMEN FISCAL: (601) - GENERAL DE LEY PERSONAS MORALES

**FACTURA**
CFDI 4.0

| SERIE | RHM | FOLIO | 012423 |
|---|---|---|---|
| TIPO DE COMPROBANTE | INGRESO | LUGAR EMISIÓN | 06600 |
| FOLIO FISCAL | 1DF9062A-ECCA-48BD-8472-9B9D2C51E520 | | |

**EMBARCADOR /SHIPPER**
R.H. SHIPPING & CHARTERING
AV. PASEO DE LA REFORMA NO. 222 PISO 15, COL. JUAREZ
CUAUHTÉMOC MX 06600
MEXICO
5550103100
R.F.C.: RHS961203416

| | |
|---|---|
| FECHA DE EMISIÓN / ISSUE DATE | 2025-11-11  12:23:05 |
| FECHA Y HORA DE CERTIFICACIÓN / DATE AND TIME OF CERTIFICATION | 2025-11-11  12:23:15 |
| REFERENCIA / REFERENCE | **TIRHM2581516** |
| ORDEN DE PEDIDO / PO NUMBER | |

**CONSIGNATARIO / CONSIGNEE**
FLEXGEN POWER SYSTEMS
280 S MANGUM ST STE 150
DURHAM, NORTH CAROLINA 27701
USA
TAX ID: XEXX010101000

**FACTURADO A / INVOICE TO:**
FLEXGEN POWER SYSTEMS
280 S MANGUM ST STE 150
DURHAM 27701 USA
474542499

| ETD / ETA | FECHA VENCIMIENTO / DUE DATE | FLETE / FREIGHT TERMS |
|---|---|---|
| 2025-11-06  / 2025-11-06 | 11/11/2025 | Prepaid / DAP |

| NAVIERA / SSCO | BUQUE / VSL / VUELO / FLT | MBL / MAWB | HBL / HAWB |
|---|---|---|---|
| RFE ALPAMED SA DE CV | NA / | RFEPW06112025 | RFEPW06112025 |

| RECOGIDA / PLACE OF RECEIPT | PTO DE ORIGEN /PORT OF ORIGIN | ADUANA / CUSTOM HOUSE | DESTINO / DESTINATION |
|---|---|---|---|
| Monterrey | Monterrey | Monterrey | Monterrey |

| CORRESPONSAL / AGENT | FACT COMERCIAL / COMM INV. | VENDEDOR / SALES PERSON | OPERATIVO / OPERATOR |
|---|---|---|---|
| R.H. SHIPPING & CHARTERING | | MARGARITA PLASCENCIA | Hugo Abraham Zamudio Angeles |

| MARCAS Y No. / MARKS | BULTOS / PCS | CONTENIDO / CONTENT | PESO BRUTO GROSS WEIGHT | VOLUMEN / VOLUME |
|---|---|---|---|---|
| 06112025 | 1 | POWER ENERGY GABINET | 1.00KG | 1.000 |

**DATOS GENERALES DEL COMPROBANTE / GENERAL INFORMATION OF THE RECEIPT**

**MONEDA / CURRENCY:** USD    **MÉTODO DE PAGO / PAYMENT METHOD:** (PPD) - Pago en parcialidades o diferido
**TIPO DE CAMBIO / EXCHANGE RATE:** 18.61    **FORMA DE PAGO / PAYMENT METHOD:** (99) - Por definir

| Clave Servicios Service Code | Cant. Qty | Clave Code | Unidad Unit | Descripción Description | Precio Unit. Unit. Price | Objeto Imp. Taxable | Impuesto Tax | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 78141501 | 1 | E48 | Unidad de Servicio | COMPLEMENTARY CHARGES / CARGOS COMPLEMENTARIOS | 87,660.00 | 02 | 002 IVA | 87,660.00 |

| BASE 0% IVA USD | $ 87,660.00 | TOTAL PARCIAL / SUBTOTAL | 87,660.00 |
|---|---|---|---|
| | | IVA / VAT | 0.00 |
| | | RETENCION IVA / VAT WITHHOLDING | 0.00 |
| | | TOTAL | 87,660.00 |

**EIGHTY-SEVEN THOUSAND SIX HUNDRED SIXTY AND XX / 100 USD**

**OBSERVACIONES / REMARKS:**

**"Este documento es una representación impresa de un CFDI"**

No. Serie CSD Emisor    00001000000516754894    No. Serie CSD SAT    00001000000708361008



**Sello Digital del Emisor:**
alBNNxZjf3J6mWc+zTUk7n6OPccur51R9sHk9zTC7WFTMnbyo3FDhebS908t7daaSK3pSm6Bkcr
oZC4C0UdQt1coS0zLH/yHkMQ+eitLtRmuHf5bovTKbe0EoAUhM3mOlMUggN0WwNE9wX3RxD/
kNyJCJqa/icQ3Q8TDeOVWPTUzdcQP0BltAhX/JRLDHGTPTNs/L/Bl0WIZIp2j5vipL4dEof3E0KA
OukGmjXClZH2WWLUOQu1WgilOO5/xHXdEJmN/d8HTmoPJA7RSGvkY7IMaiNGV8scCsaZTG1
QCOqSm304awVJioepCHoUzmIlyQEEG/Q3oDQouR7oOGUknOQ==

**Cadena Original:**
||1.1|1DF9062A-ECCA-48BD-8472-9B9D2C51E520|2025-11-11T12:23:15|INT020124V62|alBNNx
Zjf3J6mWc+zTUk7n6OPccur51R9sHk9zTC7WFTMnbyo3FDhebS908t7daaSK3pSm6BkcroZC4C
0UdQt1coS0zLH/yHkMQ+eitLtRmuHf5bovTKbe0EoAUhM3mOlMUggN0WwNE9wX3RxD/kNyJCJ
qa/icQ3Q8TDeOVWPTUzdcQP0BltAhX/JRLDHGTPTNs/L/Bl0WIZIp2j5vipL4dEof3E0KAOukGmj
XClZH2WWLUOQu1WgilOO5/xHXdEJmN/d8HTmoPJA7RSGvkY7IMaiNGV8scCsaZTG1QCOqS
m304awVJioepCHoUzmIlyQEEG/Q3oDQouR7oOGUknOQ==|0000100000708361008||

**Sello Digital SAT:**
dD35SuzJCZ9JWeY276+Vpg4M+SVUdijIDHOgRWnY30UQds5z+UU9M8rGNYY/OuxVXeKVnXO
2p8ARX1qIHYhUoa629zVlAY8nSWkiLi/WVvy/ofSOGHpBGoqFVPIVYWkGp68rk04fsj5gmmbjMkY
l0htEDYaAnC8CfHlXdTOLEbDuuHKHG3z6gkqWqahlO35ADxY7KNhqqmAOsTgns8pNbrlpV6aIPr
irUaJnf63dCR5JTf92BBjIcLx/U4Xt1ckJhY06d9gy1yvdD2Az8p4Dm22TfMgtzqLq5XQxEdiNQwbXO
X++9HQ7NBIBHq23jWchoirVIxcxTqudAW041VWmAQ==



Comprometidos con la comunidad de Negocios compartimos referencias Comerciales con

dun & bradstreet
de México S.A. de CV.



**R.H. SHIPPING & CHARTERING**
AV. PASEO DE LA REFORMA NO. 222 PISO 15, COL. JUAREZ
CUAUHTÉMOC MX 06600, MÉXICO, CIUDAD DE MÉXICO
TEL 5550103100
RFC: **RHS961203416**
RÉGIMEN FISCAL: (601) - GENERAL DE LEY PERSONAS MORALES

**FACTURA**
CFDI 4.0

| SERIE | RHM | FOLIO | 013787 |
|---|---|---|---|
| TIPO DE COMPROBANTE | INGRESO | LUGAR EMISIÓN | 06600 |
| FOLIO FISCAL | | 19CD48D7-2835-4584-AE74-9B9D2C51B328 | |

| EMBARCADOR /SHIPPER | | |
|---|---|---|
| FLEXGEN POWER SYSTEMS<br>280 S MANGUM ST STE 150<br>DURHAM NC 27701<br>USA<br>(775) 544-8977<br>TAX ID: XEXX010101000 | **FECHA DE EMISIÓN / ISSUE DATE** | 2025-12-17 14:00:45 |
| | **FECHA Y HORA DE CERTIFICACIÓN /<br>DATE AND TIME OF CERTIFICATION** | 2025-12-17  14:00:58 |
| | **REFERENCIA / REFERENCE** | **TIRHM2581697** |
| | **ORDEN DE PEDIDO /<br>PO NUMBER** | |

| CONSIGNATARIO / CONSIGNEE | FACTURADO A / INVOICE TO: |
|---|---|
| FLEXGEN POWER SYSTEMS<br>280 S MANGUM ST STE 150<br>DURHAM, NORTH CAROLINA 27701<br>USA<br>TAX ID: XEXX010101000 | FLEXGEN POWER SYSTEMS<br>280 S MANGUM ST STE 150<br>DURHAM 27701 USA<br>474542499 |

| ETD / ETA | | FECHA VENCIMIENTO / DUE DATE<br>12/17/2025 | FLETE / FREIGHT TERMS<br>Prepaid / DAP |
|---|---|---|---|
| NAVIERA / SSCO<br>RFE ALPAMED SA DE CV | BUQUE / VSL / VUELO / FLT<br>RH121725 / | MBL / MAWB<br>RH12172025 | HBL / HAWB<br>17122025RH |
| RECOGIDA / PLACE OF RECEIPT<br>Monterrey | PTO DE ORIGEN /PORT OF ORIGIN<br>Monterrey | ADUANA / CUSTOM HOUSE<br>Monterrey | DESTINO / DESTINATION<br>Monterrey |
| CORRESPONSAL / AGENT<br>R.H. SHIPPING & CHARTERING | FACT COMERCIAL / COMM INV. | VENDEDOR / SALES PERSON<br>MARGARITA PLASCENCIA | OPERATIVO / OPERATOR<br>Hugo Abraham Zamudio Angeles |

| MARCAS Y No. / MARKS | BULTOS / PCS | CONTENIDO / CONTENT | PESO BRUTO<br>GROSS WEIGHT | VOLUMEN / VOLUME |
|---|---|---|---|---|
| | 0 | | 0.00KG | 0.000 |

## DATOS GENERALES DEL COMPROBANTE / GENERAL INFORMATION OF THE RECEIPT

**MONEDA / CURRENCY:** USD    **MÉTODO DE PAGO / PAYMENT METHOD:** (PPD) - Pago en parcialidades o diferido

**TIPO DE CAMBIO / EXCHANGE RATE:** 17.99    **FORMA DE PAGO / PAYMENT METHOD:** (99) - Por definir

| Clave Servicios<br>Service Code | Cant.<br>Qty | Clave<br>Code | Unidad<br>Unit | Descripción<br>Description | Precio Unit.<br>Unit. Price | Objeto Imp.<br>Taxable | Impuesto<br>Tax | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 78141501 | 1 | E48 | Unidad de Servicio | COMPLEMENTARY CHARGES / CARGOS COMPLEMENTARIOS | 87,660.00 | 02 | 002 IVA | 87,660.00 |

| BASE 0% IVA USD | $ 87,660.00 | TOTAL PARCIAL / SUBTOTAL | 87,660.00 |
|---|---|---|---|
| | | IVA / VAT | 0.00 |
| | | RETENCION IVA / VAT WITHHOLDING | 0.00 |
| | | TOTAL | 87,660.00 |

**EIGHTY-SEVEN THOUSAND SIX HUNDRED SIXTY AND XX / 100 USD**

**OBSERVACIONES / REMARKS:**

### "Este documento es una representación impresa de un CFDI"

No. Serie CSD Emisor   00001000000516754894         No. Serie CSD SAT         00001000000708361008



**Sello Digital del Emisor:**
SByiSZAvZFQL+0GsorhCHe/0HT25E9oF/ZKfRV8Ia5y8FthGzJ47k0EMFMyBOqA3Tdpep3W5Ev/
1D9cJr8DQlSkp+1nLfeX4rs+4vtdpxEJ5WsZ717CJ75Qr2GJUEUXjdg1khdlhOP7MGA0fqXiTopEz
7Abloceau0JYJKiorsYS7mEVXdLhOUhRixlIuB05RZuUkHBKHKghfK1EvMLhuNd6OKnXcsg27f1uf
690u9/JxzWsXz5s/YAdPhU7D9lyxabF0wBI55pfAvkJf3WdW1rne5AGkHe7R0Ujo7Z4cTDtNiac4U
SbQBugUjt9U+OUtmR1K1SFMnkdEKjGZjfD/w==

**Cadena Original:**
||1.1|19CD48D7-2835-4584-AE74-9B9D2C51B328|2025-12-17T14:00:58|INT020124V62|SByiSZ
AvZFQL+0GsorhCHe/0HT25E9oF/ZKfRV8Ia5y8FthGzJ47k0EMFMyBOqA3Tdpep3W5Ev/1D9cJr
8DQlSkp+1nLfeX4rs+4vtdpxEJ5WsZ717CJ75Qr2GJUEUXjdg1khdlhOP7MGA0fqXiTopEz7Abloce
au0JYJKiorsYS7mEVXdLhOUhRixlIuB05RZuUkHBKHKghfK1EvMLhuNd6OKnXcsg27f1uf690u9/J
xzWsXz5s/YAdPhU7D9lyxabF0wBI55pfAvkJf3WdW1rne5AGkHe7R0Ujo7Z4cTDtNiac4USbQBug
Ujt9U+OUtmR1K1SFMnkdEKjGZjfD/w==|00001000000708361008||

**Sello Digital SAT:**
IF1M3nTDQmLlpjXiaODeqdM0QbsE43S9NO5Bsx3i8DMQh/yVq4HBFY/ui5HNuGaWc3lDT3MxG
v3sUKUBrb5GB/tHgaghE3qnadhhKYqqcCs0+iv0dV0k7k9Zdr6KQjvEJ8vjuBMu8S6/yMXiIc3ucMz
MpDsH6f0SyLaMVGNqrVrdI0veLiMRrjGrlzZcUsk/kiBb6oJ18x1eNrROzeoP1E+BXFknG4OH/ggE
RX+XQoreH0PwRLZQgPsWbNhAmJbw1EAcTCdmzPe3lBRhTVQ3s43m1hKuK4HoQTmRFSmrh
e/Zsj1InLNuxnCmf/XtQEXxT42sHXOdE3V+qvl7po88Tg==


Comprometidos con la comunidad
de Negocios compartimos
referencias Comerciales con
de México S.A. de CV.



**R.H. SHIPPING®**
Shipbrokers & International Freight Forwarders

R.H. SHIPPING & CHARTERING
AV. PASEO DE LA REFORMA NO. 222 PISO 15, COL. JUAREZ
CUAUHTÉMOC MX 06600, MÉXICO, CIUDAD DE MÉXICO
TEL 5550103100
RFC: **RHS961203416**
RÉGIMEN FISCAL: (601) - GENERAL DE LEY PERSONAS MORALES

**FACTURA**
CFDI 4.0

| SERIE | RHM | FOLIO | 014355 |
|---|---|---|---|
| TIPO DE COMPROBANTE | INGRESO | LUGAR EMISIÓN | 06600 |
| FOLIO FISCAL | | 96B00B43-F59E-4F01-91C7-9B9D2C51CFA0 | |

| EMBARCADOR / SHIPPER | |
|---|---|
| FLEXGEN POWER SYSTEMS 280 S MANGUM ST STE 150 DURHAM NC 27701 USA (775) 544-8977 TAX ID: XEXX010101000 | |

| FECHA DE EMISIÓN / ISSUE DATE | 2026-01-09 09:56:41 |
|---|---|
| FECHA Y HORA DE CERTIFICACIÓN / DATE AND TIME OF CERTIFICATION | 2026-01-09 09:57:51 |
| REFERENCIA / REFERENCE | TIRHM2600027 |
| ORDEN DE PEDIDO / PO NUMBER | |

| CONSIGNATARIO / CONSIGNEE | FACTURADO A / INVOICE TO: |
|---|---|
| FLEXGEN POWER SYSTEMS 280 S MANGUM ST STE 150 DURHAM, NORTH CAROLINA 27701 USA TAX ID: XEXX010101000 | FLEXGEN POWER SYSTEMS 280 S MANGUM ST STE 150 DURHAM 27701 USA 474542499 |

| ETD / ETA | | FECHA VENCIMIENTO / DUE DATE | FLETE / FREIGHT TERMS |
|---|---|---|---|
| 2026-01-09 / 2026-01-09 | | 1/9/2026 | Prepaid / DAP |

| NAVIERA / SSCO | BUQUE / VSL / VUELO / FLT | MBL / MAWB | HBL / HAWB |
|---|---|---|---|
| RFE ALPAMED SA DE CV | 123 / | RHPW09012026 | PWRH010926 |

| RECOGIDA / PLACE OF RECEIPT | PTO DE ORIGEN / PORT OF ORIGIN | ADUANA / CUSTOM HOUSE | DESTINO / DESTINATION |
|---|---|---|---|
| Monterrey | Monterrey | Monterrey | Monterrey |

| CORRESPONSAL / AGENT | FACT COMERCIAL / COMM INV. | VENDEDOR / SALES PERSON | OPERATIVO / OPERATOR |
|---|---|---|---|
| R.H. SHIPPING & CHARTERING | | MARGARITA PLASCENCIA | Hugo Abraham Zamudio Angeles |

| MARCAS Y No. / MARKS | BULTOS / PCS | CONTENIDO / CONTENT | PESO BRUTO GROSS WEIGHT | VOLUMEN / VOLUME |
|---|---|---|---|---|
| | 0 | | 0.00KG | 0.000 |

### DATOS GENERALES DEL COMPROBANTE / GENERAL INFORMATION OF THE RECEIPT

**MONEDA / CURRENCY:** USD   **MÉTODO DE PAGO / PAYMENT METHOD:** (PPD) - Pago en parcialidades o diferido

**TIPO DE CAMBIO / EXCHANGE RATE:** 17.96   **FORMA DE PAGO / PAYMENT METHOD:** (99) - Por definir

| Clave Servicios Service Code | Cant. Qty | Clave Code | Unidad Unit | Descripción Description | Precio Unit. Unit. Price | Objeto Imp. Taxable | Impuesto Tax | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 78141501 | 1 | E48 | Unidad de Servicio | COMPLEMENTARY CHARGES / CARGOS COMPLEMENTARIOS | 87,660.00 | 02 | 002 IVA | 87,660.00 |

| | | | |
|---|---|---|---|
| **BASE 0% IVA USD** | $ 87,660.00 | **TOTAL PARCIAL / SUBTOTAL** | 87,660.00 |
| | | **IVA / VAT** | 0.00 |
| | | **RETENCION IVA / VAT WITHHOLDING** | 0.00 |
| | | **TOTAL** | 87,660.00 |

**EIGHTY-SEVEN THOUSAND SIX HUNDRED SIXTY AND XX / 100 USD**

**OBSERVACIONES / REMARKS:**

### "Este documento es una representación impresa de un CFDI"

No. Serie CSD Emisor   00001000000516754894      No. Serie CSD SAT      00001000000708361008



**Sello Digital del Emisor:**
Mxsh2i0vFfYtJvVdwbUtVlP5g6jRFvMzPYM1kcv1iitacMh2HjuggWwbnbnH5WG6JNURKAM3OGhi
BipnMS9CVPhECh40tZuXIrbzJH479kkehWnK8/LEL0ibfbQwRvSp7Cxh4tgYZ0AYfZzGufDI6SQQg
YWynpcHUZqpxNGmQuHwbMZgPIrHM4iTYmDjbxFoZMBH2JqF6nVQlNj3ibb/O/GjpggnkE8qCG
XdD23nUVDvSDM60UgkGoRs1I7KLeSp3u9Z5tYk/W+SxrhMziWNQnKm1/6RksuDjiwaocBva3sF
TV7zDa9XbeNkcH7Zf5XAjM7JUGq0vr+V3cckdRq4wg==

**Cadena Original:**
||1.1|96B00B43-F59E-4F01-91C7-9B9D2C51CFA0|2026-01-09T09:57:51|INT020124V62|Mxsh2i0
vFfYtJvVdwbUtVlP5g6jRFvMzPYM1kcv1iitacMh2HjuggWwbnbnH5WG6JNURKAM3OGhiBipnMS
9CVPhECh40tZuXIrbzJH479kkehWnK8/LEL0ibfbQwRvSp7Cxh4tgYZ0AYfZzGufDI6SQQgYWynp
cHUZqpxNGmQuHwbMZgPIrHM4iTYmDjbxFoZMBH2JqF6nVQlNj3ibb/O/GjpggnkE8qCGXdD23n
UVDvSDM60UgkGoRs1I7KLeSp3u9Z5tYk/W+SxrhMziWNQnKm1/6RksuDjiwaocBva3sFTV7zDa
9XbeNkcH7Zf5XAjM7JUGq0vr+V3cckdRq4wg==|00001000000708361008||

**Sello Digital SAT:**
EboFLMs8pr616RUFrHiGYRPPgP7vl8tYDL9qKYVimF2b1WXw918bH0J+JW4qGZNi52xo9AiKsM
omS1UhyW7NVvrjrZ2HNvqval64xdBAfaJTARb3qS/XB5plVEKPo/XSd8bDoQ5bZd5wlDekp+1kDn
mbL8YrwO6xeZSvJr3nT8LC3awohDceYzA0fAIq6CaKmC0eksrOuG+bDhosHmUh6mWhEe+x8G
7klP8VaQnYN4MyOT3RUVTnX8SQbUj7dgEKt2lZtKRCpM1xxUsOPn/BokB0Yk13un2uCndBgC6T
pTvn10tSBhD3Ld4OmYpSd36cZUaYM8WKAF3TP2qwjGrAug==



Comprometidos con la comunidad de Negocios compartimos referencias Comerciales con
**dun & bradstreet**
de México S.A. de CV.



**R.H. SHIPPING & CHARTERING**
AV. PASEO DE LA REFORMA NO.222 PISO 15 COL. JUAREZ
CUAUHTÉMOC MX06600, MÉXICO, CIUDAD DE MÉXICO
TEL 5550103100
RFC: RHS961203416
RÉGIMEN FISCAL: (601) - GENERAL DE LEY PERSONAS MORALES

## FACTURA
CFDI 4.0

| SERIE | RHM | FOLIO | 015694 |
|---|---|---|---|
| TIPO DE COMPROBANTE | INGRESO | LUGAR EMISIÓN | 06600 |
| FOLIO FISCAL | FBD1D590-A247-436D-ABCC-9B9D2C514348 | | |

| | | |
|---|---|---|
| **EMBARCADOR /SHIPPER** | **FECHA DE EMISIÓN / ISSUE DATE** | 2026-02-23 13:38:09 |
| FLEXGEN POWER SYSTEMS<br>280 S MANGUM ST STE 150<br>DURHAM NC 27701<br>USA<br>(775) 544-8977 | **FECHA Y HORA DE CERTIFICACIÓN / DATE AND TIME OF CERTIFICATION** | 2026-02-23  13:38:49 |
| | **REFERENCIA / REFERENCE** | TIRHM2600341 |
| | **ORDEN DE PEDIDO /<br>PO NUMBER** | |
| **CONSIGNATARIO / CONSIGNEE**<br>FLEXGEN POWER SYSTEMS<br>280 S MANGUM ST STE 150<br>DURHAM, NORTH CAROLINA 27701<br>USA | **FACTURADO A / INVOICE TO:**<br>FLEXGEN POWER SYSTEMS<br>280 S MANGUM ST STE 150<br>DURHAM 27701 USA<br>474542499 | |

| ETD / ETA<br>2026-02-23  / 2026-02-23 | | FECHA VENCIMIENTO  / DUE DATE<br>2/23/2026 | FLETE / FREIGHT TERMS<br>Prepaid / DAP |
|---|---|---|---|
| **NAVIERA / SSCO**<br>RFE ALPAMED SA DE CV | **BUQUE / VSL / VUELO / FLT**<br>123 / | **MBL / MAWB**<br>RHPW230226 | **HBL / HAWB**<br>RHPW230226A |
| **RECOGIDA / PLACE OF RECEIPT**<br>Monterrey | **PTO DE ORIGEN /PORT OF ORIGIN**<br>Monterrey | **ADUANA / CUSTOM HOUSE**<br>Monterrey | **DESTINO / DESTINATION**<br>Monterrey |
| **CORRESPONSAL / AGENT**<br>R.H. SHIPPING & CHARTERING | **FACT COMERCIAL / COMM INV.** | **VENDEDOR / SALES PERSON**<br>FREE HAND | **OPERATIVO / OPERATOR**<br>Hector Manuel Barba Rito |

| MARCAS Y No. / MARKS | BULTOS / PCS | CONTENIDO / CONTENT | PESO BRUTO<br>GROSS WEIGHT | VOLUMEN / VOLUME |
|---|---|---|---|---|
| | 0 | MARCH 2026 | 0.00KG | 0.000 |

### DATOS GENERALES DEL COMPROBANTE / GENERAL INFORMATION OF THE RECEIPT

MONEDA / CURRENCY: USD   MÉTODO DE PAGO / PAYMENT METHOD: (PPD) - Pago en parcialidades o diferido

TIPO DE CAMBIO / EXCHANGE RATE: 17.27   FORMA DE PAGO / PAYMENT METHOD: (99) - Por definir

| Clave Servicios<br>Service Code | Cant.<br>Qty | Clave<br>Code | Unidad<br>Unit | Descripción<br>Description | Precio Unit.<br>Unit. Price | Objeto Imp.<br>Taxable | Impuesto<br>Tax | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 78141501 | 1 | E48 | Unidad de Servicio | COMPLEMENTARY CHARGES / CARGOS COMPLEMENTARIOS | 87,660.00 | 02 | 002 IVA | 87,660.00 |

| BASE 0% IVA USD | $87,660.00 | TOTAL PARCIAL / SUBTOTAL | 87,660.00 |
|---|---|---|---|
| | | IVA / VAT | 0.00 |
| | | RETENCION IVA / VAT WITHHOLDING | 0.00 |
| EIGHTY-SEVEN THOUSAND SIX HUNDRED SIXTY AND XX / 100 USD | | TOTAL | 87,660.00 |

**OBSERVACIONES / REMARKS:**
STORAGES FEB-MARCH 2026

**"Este documento es una representación impresa de un CFDI"**

**No. Serie CSD Emisor**  00001000000516754894    **No. Serie CSD SAT**  00001000000708361008



**Sello Digital del Emisor:**

E6i1Orfm+XZ10lPa3SIetaZZ5kL+5m5i/VRNNEhttZnIjShSww7XRWiwVp0gAg4Q7KC3Dzu2
hERVeyPF1idN7Y0IKqV/bH371AVuHRGYR3fSAK/bfdyw9w1xPCCqNI+pzs0XZ62Jfk/MY2
P7q3rhuGwT0t6uYsEhGkWT+i6e0rVIIDzI66FXRHqORd6MJobLm2MooNpEPK28piGG8TimX
0UmCMoGy8XIBIoNK5voijVvtT3WxNhDHhS2/n5etWatUC2sKHt/Xby+8U0ofP9d8HfOOW
4CgEkrvC0A9HE88JAO3kSEjkYU+KLOORqfgdUrp1oe7nj19WaRx3appLYqRA==

**Cadena Original:**

||1.1|FBD1D590-A247-436D-ABCC-9B9D2C514348|2026-02-23T13:38:49|INT020124V62|
E6i1Orfm+XZ10lPa3SIetaZZ5kL+5m5i/VRNNEhttZnIjShSww7XRWiwVp0gAg4Q7KC3Dzu2
hERVeyPF1idN7Y0IKqV/bH371AVuHRGYR3fSAK/bfdyw9w1xPCCqNI+pzs0XZ62Jfk/MY2
P7q3rhuGwT0t6uYsEhGkWT+i6e0rVIIDzI66FXRHqORd6MJobLm2MooNpEPK28piGG8TimX
0UmCMoGy8XIBIoNK5voijVvtT3WxNhDHhS2/n5etWatUC2sKHt/Xby+8U0ofP9d8HfOOW
4CgEkrvC0A9HE88JAO3kSEjkYU+KLOORqfgdUrp1oe7nj19WaRx3appLYqRA==|0000100
0000708361008||

**Sello Digital SAT:** q1X8ng4sgv4Sw7YvOMtPyJpD/bYcjqjE0qyj1rL+IE/
+D/TC1nqW5dNvzd7pdU2E1qQJWz0Zyplla8WyCSmLIOAYlucbR7xXvff6e7HoVYQnOo/5
AVkO6ou2G0zudCAspJqVeav1/UhFaaRmkY2QLOJPXFedvq4oN9+lCQFY81TH6gR3BiklU
dbBTWToCrPc1j5Y+UjXIYZiV4DDvUhFD9pzu5jOv+DZds20WA5FYPWrxPCquy0Z6VuXi7
9O5o5kwehQBJZCmLUymqyGDIz6g6vBfeoGOI+T6X7WSZLCiGs8tBgdQ92vmgpAvGNB
yoo3H6JrOhzO0F1cF3fIN421pA==

Comprometidos con la comunidad
de Negocios compartimos
referencias Comerciales con

dun&bradstreet

de México S.A. de CV.



**R.H. SHIPPING & CHARTERING**
AV. PASEO DE LA REFORMA NO. 222 PISO 15 COL. JUAREZ
CUAUHTÉMOC MX06600, MÉXICO, CIUDAD DE MÉXICO
TEL 5550103100
RFC: RHS961203416
RÉGIMEN FISCAL: (601) - GENERAL DE LEY PERSONAS MORALES

**FACTURA**
CFDI 4.0

| SERIE | RHM | FOLIO | 016057 |
|---|---|---|---|
| TIPO DE COMPROBANTE | INGRESO | LUGAR EMISIÓN | 06600 |
| FOLIO FISCAL | F7D97C09-F928-4A4E-BA61-9B9D2C518701 | | |

| | |
|---|---|
| **EMBARCADOR /SHIPPER**<br>FLEXGEN POWER SYSTEMS<br>280 S MANGUM ST STE 150<br>DURHAM NC 27701<br>USA<br>(775) 544-8977 | **FECHA DE EMISIÓN / ISSUE DATE** 2026-03-04 16:35:55 |
| | **FECHA Y HORA DE CERTIFICACIÓN / DATE AND TIME OF CERTIFICATION** 2026-03-04 16:36:44 |
| | **REFERENCIA / REFERENCE** TIRHM2600404 |
| | **ORDEN DE PEDIDO / PO NUMBER** |
| **CONSIGNATARIO / CONSIGNEE**<br>FLEXGEN POWER SYSTEMS<br>280 S MANGUM ST STE 150<br>DURHAM, NORTH CAROLINA 27701<br>USA | **FACTURADO A / INVOICE TO:**<br>FLEXGEN POWER SYSTEMS<br>280 S MANGUM ST STE 150<br>DURHAM 27701 USA<br>474542499 |

| ETD / ETA<br>2026-03-04  / 2026-03-04 | | FECHA VENCIMIENTO / DUE DATE<br>3/4/2026 | FLETE / FREIGHT TERMS<br>Prepaid / DAP |
|---|---|---|---|
| NAVIERA / SSCO<br>RFE ALPAMED SA DE CV | BUQUE / VSL / VUELO / FLT<br>NA / | MBL / MAWB<br>FGRH040326 | HBL / HAWB<br>FGRH040326A |
| RECOGIDA / PLACE OF RECEIPT<br>Monterrey | PTO DE ORIGEN /PORT OF ORIGIN<br>Monterrey | ADUANA / CUSTOM HOUSE<br>Monterrey | DESTINO / DESTINATION<br>Monterrey |
| CORRESPONSAL / AGENT<br>R.H. SHIPPING & CHARTERING | FACT COMERCIAL / COMM INV. | VENDEDOR / SALES PERSON<br>MARGARITA PLASCENCIA | OPERATIVO / OPERATOR<br>Hugo Abraham Zamudio Angeles |

| MARCAS Y No. / MARKS | BULTOS / PCS | CONTENIDO / CONTENT | PESO BRUTO GROSS WEIGHT | VOLUMEN / VOLUME |
|---|---|---|---|---|
| | 0 | | 0.00KG | 0.000 |

**DATOS GENERALES DEL COMPROBANTE / GENERAL INFORMATION OF THE RECEIPT**

MONEDA / CURRENCY: USD  MÉTODO DE PAGO / PAYMENT METHOD: (PPD) - Pago en parcialidades o diferido

TIPO DE CAMBIO / EXCHANGE RATE: 17.35  FORMA DE PAGO / PAYMENT METHOD: (99) - Por definir

| Clave Servicios<br>Service Code | Cant.<br>Qty | Clave<br>Code | Unidad<br>Unit | Descripción<br>Description | Precio Unit.<br>Unit. Price | Objeto Imp.<br>Taxable | Impuesto<br>Tax | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 78141501 | 1 | E48 | Unidad de Servicio | COMPLEMENTARY CHARGES / CARGOS COMPLEMENTARIOS | 87,660.00 | 02 | 002 IVA | 87,660.00 |

| BASE 0% IVA USD | $87,660.00 | TOTAL PARCIAL / SUBTOTAL | 87,660.00 |
|---|---|---|---|
| | | IVA / VAT | 0.00 |
| | | RETENCION IVA / VAT WITHHOLDING | 0.00 |
| EIGHTY-SEVEN THOUSAND SIX HUNDRED SIXTY AND XX / 100 USD | | TOTAL | 87,660.00 |

**OBSERVACIONES / REMARKS:**

**"Este documento es una representación impresa de un CFDI"**



**No. Serie CSD Emisor**    00001000000516754894    **No. Serie CSD SAT**    00001000000708361008

**Sello Digital del Emisor:**

HwxdBCSoFwlTDuVgn0SybLOmkBctK4XTwrO/bJBUHm3kSERs2jjzIg+uOb2fgCH/jBh6WZ
sAIq1H39Z9Ov8sjg9LDh+dVYUECMVhHJN9JGruMh+hnMAnV6/ZiAJ9Jd9yLLxOhBxBOf6j
Aa6/rZcoQMDJIdULknisknD59Jw86H1aEAGurXcNb3fM4JZ2S3kQ5J8aDMj++OS2HAqiED
LXwGxWV3l3KZAOBcXI6ZULA+O417zskEVX76mFYsQ4FrX8ImMQI+IYPXBgYju/tPfejSaiM
ncsJTIMat/adLdBUFjdr/nQ5cpL9bir+UCMvSgMV5YD/oIXh1CJudZv7Bg+Rw==

**Cadena Original:**

||1.1|F7D97C09-F928-4A4E-BA61-9B9D2C518701|2026-03-04T16:36:44|INT020124V62|H
wxdBCSoFwlTDuVgn0SybLOmkBctK4XTwrO/bJBUHm3kSERs2jjzIg+uOb2fgCH/jBh6WZs
AIq1H39Z9Ov8sjg9LDh+dVYUECMVhHJN9JGruMh+hnMAnV6/ZiAJ9Jd9yLLxOhBxBOf6jA
a6/rZcoQMDJIdULknisknD59Jw86H1aEAGurXcNb3fM4JZ2S3kQ5J8aDMj++OS2HAqiEDLX
wGxWV3l3KZAOBcXI6ZULA+O417zskEVX76mFYsQ4FrX8ImMQI+IYPXBgYju/tPfejSaiMnc
sJTIMat/adLdBUFjdr/nQ5cpL9bir+UCMvSgMV5YD/oIXh1CJudZv7Bg+Rw==|00001000000
708361008||

**Sello Digital SAT:**

XBVJEoJUp5AggKy5tevlzRTKsFB7MxSKTpBmyiS4Qns+lPTyY/jzPKQ/GbJdBjIgBgxKKLH
MJzaMC3LuzyoWXoUGabyp+z4tFd360bURwzRL720jAG1rryGDqrrO/GA/TiJwkh1hAhuMbtZ
/N8xPZ8LL0to6vLRuaJGSBo9qYHfm0hUBbxJpdLZzPNWPm3PG37AkTdAwcF56FXCbnz5
yvbVEtXvyDFFIk35Iq2WRx9oG3Y5F8KGgUR2MiLiXOi2lI1QHUIPp0dmpPiMbPeQgwoWE
+t5PDDV6MxYZdvXmfPicLzllpso9o2TNFVYOQKNuZiX7Ek8GmYR5yN3bdUmyAQ==

Comprometidos con la comunidad
de Negocios compartimos
referencias Comerciales con

dun&bradstreet
de México S.A. de CV.



R.H SHIPPING & CHARTERING
AV. PASEO DE LA REFORMA NO. 115, COL. JUAREZ
CUAUHTÉMOC MX06600, MÉXICO, CIUDAD DE MÉXICO
TEL 5550103100
RFC: RHS961203416
RÉGIMEN FISCAL: (601) - GENERAL DE LEY PERSONAS MORALES

## FACTURA
CFDI 4.0

| SERIE | RHM | FOLIO | 017065 |
|---|---|---|---|
| TIPO DE COMPROBANTE | INGRESO | LUGAR EMISIÓN | 06600 |
| FOLIO FISCAL | 6740E3FF-0A83-4B81-A95D-9B9D2C512323 | | |

| | | |
|---|---|---|
| **EMBARCADOR /SHIPPER** | **FECHA DE EMISIÓN / ISSUE DATE** | 2026-04-08 17:55:29 |
| FLEXGEN POWER SYSTEMS | **FECHA Y HORA DE CERTIFICACIÓN / DATE AND TIME OF CERTIFICATION** | 2026-04-08  16:56:00 |
| 280 S MANGUM ST STE 150 | | |
| DURHAM NC 27701 | **REFERENCIA / REFERENCE** | TIRHM2600522 |
| USA | | |
| (775) 544-8977 | **ORDEN DE PEDIDO / PO NUMBER** | |

| | |
|---|---|
| **CONSIGNATARIO / CONSIGNEE** | **FACTURADO A / INVOICE TO:** |
| FLEXGEN POWER SYSTEMS | FLEXGEN POWER SYSTEMS |
| 280 S MANGUM ST STE 150 | 280 S MANGUM ST STE 150 |
| DURHAM, NORTH CAROLINA 27701 | DURHAM 27701 USA |
| USA | 474542499 |

| ETD / ETA 2026-04-08  / 2026-04-08 | | FECHA VENCIMIENTO  / DUE DATE 4/8/2026 | FLETE / FREIGHT TERMS Prepaid / DAP |
|---|---|---|---|
| **NAVIERA / SSCO** RFE ALPAMED SA DE CV | **BUQUE / VSL / VUELO / FLT** / | **MBL / MAWB** TIRHM2600522 | **HBL / HAWB** TEMP039130 |
| **RECOGIDA / PLACE OF RECEIPT** Monterrey | **PTO DE ORIGEN /PORT OF ORIGIN** Monterrey | **ADUANA / CUSTOM HOUSE** Monterrey | **DESTINO / DESTINATION** Monterrey |
| **CORRESPONSAL / AGENT** R.H. SHIPPING & CHARTERING | **FACT COMERCIAL / COMM INV.** | **VENDEDOR / SALES PERSON** MARGARITA PLASCENCIA | **OPERATIVO / OPERATOR** Hugo Abraham Zamudio Angeles |

| MARCAS Y No. / MARKS | BULTOS / PCS | CONTENIDO / CONTENT | PESO BRUTO GROSS WEIGHT | VOLUMEN / VOLUME |
|---|---|---|---|---|
| | 0 | | 0.00KG | 0.000 |

### DATOS GENERALES DEL COMPROBANTE / GENERAL INFORMATION OF THE RECEIPT

**MONEDA / CURRENCY:** USD    **MÉTODO DE PAGO / PAYMENT METHOD:** (PPD) - Pago en parcialidades o diferido

**TIPO DE CAMBIO / EXCHANGE RATE:** 17.79    **FORMA DE PAGO / PAYMENT METHOD:** (99) - Por definir

| Clave Servicios Service Code | Cant. Qty | Clave Code | Unidad Unit | Descripción Description | Precio Unit. Unit. Price | Objeto Imp. Taxable | Impuesto Tax | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 78141501 | 1 | E48 | Unidad de Servicio | COMPLEMENTARY CHARGES / CARGOS COMPLEMENTARIOS | 87,660.00 | 02 | 002 IVA | 87,660.00 |

| **BASE 0% IVA USD** | $87,660.00 | **TOTAL PARCIAL / SUBTOTAL** | 87,660.00 |
|---|---|---|---|
| | | **IVA / VAT** | 0.00 |
| | | **RETENCION IVA / VAT WITHHOLDING** | 0.00 |
| **EIGHTY-SEVEN THOUSAND SIX HUNDRED SIXTY AND XX / 100 USD** | | **TOTAL** | 87,660.00 |

**OBSERVACIONES / REMARKS:**

**"Este documento es una representación impresa de un CFDI"**

**No. Serie CSD Emisor**    00001000000516754894    **No. Serie CSD SAT**    00001000000708361008



**Sello Digital del Emisor:**

CSevO6PumaLJhNLHkkE76JAu49b4czBGv85P9xHf49PjjMKSJUJ5h2YQO4ShmAekeiQQ
eFTeP/wWyWRi7+EEdqG6EWj2ZEXUIdSqLtCSDDxcg0RJk8sptaICaCL9E3ytV3jMSSuM
WDRQY2Iqe7FDW27s3RAuESVYgxwUzwdU/prdUL3XxbHpK7bF5Xr3ic6LFkWoUAhWUj7
ECUaNBWlYRxFVWDq5vZ5LEYjr9sZ6PFMUVHtpxkEykCrGp3j6ydQlMrTEZRkGVBC0aq
iGo6SCnhhJq4xyoQnEdI8raa3pLQl384MNmS7MDkV2jdjkmDukNx43a7O6eaS0+okO4k/Nc
w==

**Cadena Original:**

||1.1|6740E3FF-0A83-4B81-A95D-9B9D2C512323|2026-04-08T16:56:00|INT020124V62|C
SevO6PumaLJhNLHkkE76JAu49b4czBGv85P9xHf49PjjMKSJUJ5h2YQO4ShmAekeiQQe
FTeP/wWyWRi7+EEdqG6EWj2ZEXUIdSqLtCSDDxcg0RJk8sptaICaCL9E3ytV3jMSSuMW
DRQY2Iqe7FDW27s3RAuESVYgxwUzwdU/prdUL3XxbHpK7bF5Xr3ic6LFkWoUAhWUj7E
CUaNBWlYRxFVWDq5vZ5LEYjr9sZ6PFMUVHtpxkEykCrGp3j6ydQlMrTEZRkGVBC0aqi
Go6SCnhhJq4xyoQnEdI8raa3pLQl384MNmS7MDkV2jdjkmDukNx43a7O6eaS0+okO4k/Nc
w==|00001000000708361008||

**Sello Digital SAT:**

Blcp642L0C8cYJxD2esw4Fq6A9KJmo4yZyFv3pbIvs+fYqD2I89pfPwoBgABIjThVMO9Hb
HMlg/F6Nha+odT/
+Nk1bJ9qmOcm9awZXpyB5ya42HjfOaB+G5TFjdw0mAj4RQ/viAdaK5JWZ5DeWgAyWJgr
avbr0ke4bOehDyK2uo4s09P5LO2LJb/ndtb87/YZ+AVWZ/qBMX/bFSq82sBupsuO32T0dy7
OWwjtYd06chEHzaghHs9sOwzsmF4XC94sDhq8dx1VgVgf+CMwI8Q3X+wB9g7hlowsP5sw
CEqhfcUsAL1YzRBp/2W/t17UlXEPnUoGvyA0V557V779xy3GQ==

Comprometidos con la comunidad
de Negocios compartimos
referencias Comerciales con

dun&bradstreet

de México S.A. de CV.



**R.H. SHIPPING & CHARTERING**
AV. PASEO DE LA REFORMA, ISLD 36, COL JUAREZ
CUAUHTÉMOC MX06600, MÉXICO, CIUDAD DE MÉXICO
TEL 5550103100
RFC: **RHS961203416**
RÉGIMEN FISCAL: (601) - GENERAL DE LEY PERSONAS MORALES

**FACTURA**
CFDI 4.0

| | | | |
|---|---|---|---|
| **SERIE** | RHM | **FOLIO** | 018022 |
| **TIPO DE COMPROBANTE** | INGRESO | **LUGAR EMISIÓN** | 06600 |
| **FOLIO FISCAL** | 1E11DB84-3134-465A-81F7-9B9D2C514FCF | | |

| | |
|---|---|
| **EMBARCADOR /SHIPPER** | **FECHA DE EMISIÓN / ISSUE DATE** — 2026-05-06 17:28:13 |
| FLEXGEN POWER SYSTEMS<br>280 S MANGUM ST STE 150<br>DURHAM NC 27701<br>USA<br>(775) 544-8977<br>TAX ID: XEXX010101000 | **FECHA Y HORA DE CERTIFICACIÓN / DATE AND TIME OF CERTIFICATION** — 2026-05-06 16:29:04 |
| | **REFERENCIA / REFERENCE** — TIRHM2600644 |
| | **ORDEN DE PEDIDO / PO NUMBER** |

| | |
|---|---|
| **CONSIGNATARIO / CONSIGNEE** | **FACTURADO A / INVOICE TO:** |
| FLEXGEN POWER SYSTEMS<br>280 S MANGUM ST STE 150<br>DURHAM, NORTH CAROLINA 27701<br>USA<br>TAX ID: XEXX010101000 | FLEXGEN POWER SYSTEMS<br>280 S MANGUM ST STE 150<br>DURHAM 27701 USA<br>474542499 |

| ETD / ETA | FECHA VENCIMIENTO / DUE DATE | FLETE / FREIGHT TERMS |
|---|---|---|
| 2026-05-06 / 2026-05-06 | 5/6/2026 | Prepaid / DAP |

| NAVIERA / SSCO | BUQUE / VSL / VUELO / FLT | MBL / MAWB | HBL / HAWB |
|---|---|---|---|
| RFE ALPAMED SA DE CV | NA / | FLEXRH0605261 | FLEXRH0605261A |

| RECOGIDA / PLACE OF RECEIPT | PTO DE ORIGEN /PORT OF ORIGIN | ADUANA / CUSTOM HOUSE | DESTINO / DESTINATION |
|---|---|---|---|
| Monterrey | Monterrey | Monterrey | Monterrey |

| CORRESPONSAL / AGENT | FACT COMERCIAL / COMM INV. | VENDEDOR / SALES PERSON | OPERATIVO / OPERATOR |
|---|---|---|---|
| R.H. SHIPPING & CHARTERING | | FREE HAND | Hugo Abraham Zamudio Angeles |

| MARCAS Y No. / MARKS | BULTOS / PCS | CONTENIDO / CONTENT | PESO BRUTO GROSS WEIGHT | VOLUMEN / VOLUME |
|---|---|---|---|---|
| | 0 | JUNE | 0.00KG | 0.000 |

**DATOS GENERALES DEL COMPROBANTE / GENERAL INFORMATION OF THE RECEIPT**

**MONEDA / CURRENCY:** USD  **MÉTODO DE PAGO / PAYMENT METHOD:** (PPD) - Pago en parcialidades o diferido
**TIPO DE CAMBIO / EXCHANGE RATE:** 17.52  **FORMA DE PAGO / PAYMENT METHOD:** (99) - Por definir

| Clave Servicios Service Code | Cant. Qty | Clave Code | Unidad Unit | Descripción Description | Precio Unit. Unit. Price | Objeto Imp. Taxable | Impuesto Tax | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 78141501 | 1 | E48 | Unidad de Servicio | COMPLEMENTARY CHARGES / CARGOS COMPLEMENTARIOS | 87,660.00 | 02 | 002 IVA | 87,660.00 |

| **BASE 0% IVA USD** | $87,660.00 | **TOTAL PARCIAL / SUBTOTAL** | 87,660.00 |
|---|---|---|---|
| | | **IVA / VAT** | 0.00 |
| | | **RETENCION IVA / VAT WITHHOLDING** | 0.00 |
| **EIGHTY-SEVEN THOUSAND SIX HUNDRED SIXTY AND XX / 100 USD** | | **TOTAL** | 87,660.00 |

**OBSERVACIONES / REMARKS:**
STORAGE FROM MAY-JUNE

**"Este documento es una representación impresa de un CFDI"**



| **No. Serie CSD Emisor** | 00001000000516754894 | **No. Serie CSD SAT** | 00001000000708361008 |

**Sello Digital del Emisor:**
QXRWdQ674EdTYzdMb88wf+Z2Hx2YiBeWa+Sluy+5MSuhwjEievCMZNgbjWrRnImBFamF
ZRDEocQTWM4MIsDf8tnnRYCvdDoTT7MBtWxZJt6FnZFWIr8xATQms2b3fzcLx7prztk0K
PFR7y3+6XfT6ecpA65rYt6krqOHWC4+yB+EKFjuE/ATQWT5HMSMOU5sDnzgMC5+bOyG
0Y51PKkAB8UBqX9ytthW/Di0nju/CjFRE744bACdnZwIPrf3nf1KBr8HXeJG/daL3es/35sX91
zxmsAFdPxQa3qOJtYTfrsxuxIyE4FunhR/NYGMzUREg614cEwM0qlkOz6adMEC/w==

**Cadena Original:**
||1.1|1E11DB84-3134-465A-81F7-9B9D2C514FCF|2026-05-06T16:29:04|INT020124V62|Q
XRWdQ674EdTYzdMb88wf+Z2Hx2YiBeWa+Sluy+5MSuhwjEievCMZNgbjWrRnImBFamFZ
RDEocQTWM4MIsDf8tnnRYCvdDoTT7MBtWxZJt6FnZFWIr8xATQms2b3fzcLx7prztk0KP
FR7y3+6XfT6ecpA65rYt6krqOHWC4+yB+EKFjuE/ATQWT5HMSMOU5sDnzgMC5+bOyG0
Y51PKkAB8UBqX9ytthW/Di0nju/CjFRE744bACdnZwIPrf3nf1KBr8HXeJG/daL3es/35sX91z
xmsAFdPxQa3qOJtYTfrsxuxIyE4FunhR/NYGMzUREg614cEwM0qlkOz6adMEC/w==|0000
1000000708361008||

**Sello Digital SAT:**
pBUrnTxO9FBm8VLLA/5QjpLE0cB1PImD3cHh81V+RLX1rCyvCHN2c40tjmc3dSpYrExvG
5CGM8fwPMbeMjm5XBEfDNldQb7KpOObJtOI1fBqRuyROaHWWDIydzoy0s0VBuLdk/xc9
XQ7Avu+uazIDP3sLcVR120pNmRLH+WENagMjB8oGJGLJhjvEq6gx/PXN4jiwa0ga77A8Lz
dx3vcBnRjT5KLnS1EnLlqZ7wC56ESoikt/vvAXyLPrkDHx79+s5isOf1aZ+U7xkzEYFiZ1g1r
X8wbDmHzzI1Ru8hkBD1yQF4ZLyRhLsq2eKlai/0MXwa1ZnJHsYTCJGULL5h/2g==

Comprometidos con la comunidad
de Negocios compartimos
referencias Comerciales con

**dun&bradstreet**

de México S.A. de CV.



**R.H. SHIPPING®**
Shipbrokers & International Freight Forwarders

R.H SHIPPING & CHARTERING
AV. PASEO DE LA REFORMA #195, PISO 15, COL. JUAREZ
CUAUHTÉMOC MX06600, MÉXICO, CIUDAD DE MÉXICO
TEL 5550103100
RFC: **RHS961203416**
RÉGIMEN FISCAL: (601) - GENERAL DE LEY PERSONAS MORALES

**FACTURA**
CFDI 4.0

| | | | |
|---|---|---|---|
| **SERIE** | RHM | **FOLIO** | 019173 |
| **TIPO DE COMPROBANTE** | INGRESO | **LUGAR EMISIÓN** | 06600 |
| **FOLIO FISCAL** | 984E70D9-0526-423E-AF01-9B9D2C517A47 | | |

| | |
|---|---|
| **EMBARCADOR /SHIPPER** | **FECHA DE EMISIÓN / ISSUE DATE** — 2026-06-03 12:39:36 |
| FLEXGEN POWER SYSTEMS | **FECHA Y HORA DE CERTIFICACIÓN / DATE AND TIME OF CERTIFICATION** — 2026-06-03 11:40:03 |
| 280 S MANGUM ST STE 150 | |
| DURHAM NC 27701 | **REFERENCIA / REFERENCE** — TIRHM2600768 |
| USA | |
| (775) 544-8977 | **ORDEN DE PEDIDO / PO NUMBER** |
| TAX ID: XEXX010101000 | |

| | |
|---|---|
| **CONSIGNATARIO / CONSIGNEE** | **FACTURADO A / INVOICE TO:** |
| FLEXGEN POWER SYSTEMS | FLEXGEN POWER SYSTEMS |
| 280 S MANGUM ST STE 150 | 280 S MANGUM ST STE 150 |
| DURHAM, NORTH CAROLINA 27701 | DURHAM 27701 USA |
| USA | 474542499 |
| TAX ID: XEXX010101000 | |

| **ETD / ETA** 2026-06-03 / 2026-06-03 | | **FECHA VENCIMIENTO / DUE DATE** 6/3/2026 | **FLETE / FREIGHT TERMS** Prepaid / DAP |
|---|---|---|---|
| **NAVIERA / SSCO** RFE ALPAMED SA DE CV | **BUQUE / VSL / VUELO / FLT** 2600768 / | **MBL / MAWB** TIRHM2600768 | **HBL / HAWB** TEMP042396 |
| **RECOGIDA / PLACE OF RECEIPT** Monterrey | **PTO DE ORIGEN /PORT OF ORIGIN** Monterrey | **ADUANA / CUSTOM HOUSE** Monterrey | **DESTINO / DESTINATION** Monterrey |
| **CORRESPONSAL / AGENT** R.H. SHIPPING & CHARTERING | **FACT COMERCIAL / COMM INV.** | **VENDEDOR / SALES PERSON** FREE HAND | **OPERATIVO / OPERATOR** Hugo Abraham Zamudio Angeles |

| **MARCAS Y No. / MARKS** | **BULTOS / PCS** 0 | **CONTENIDO / CONTENT** | **PESO BRUTO GROSS WEIGHT** 0.00KG | **VOLUMEN / VOLUME** 0.000 |
|---|---|---|---|---|

**DATOS GENERALES DEL COMPROBANTE / GENERAL INFORMATION OF THE RECEIPT**

**MONEDA / CURRENCY:** USD  **MÉTODO DE PAGO / PAYMENT METHOD:** (PPD) - Pago en parcialidades o diferido

**TIPO DE CAMBIO / EXCHANGE RATE:** 17.38  **FORMA DE PAGO / PAYMENT METHOD:** (99) - Por definir

| Clave Servicios Service Code | Cant. Qty | Clave Code | Unidad Unit | Descripción Description | Precio Unit. Unit. Price | Objeto Imp. Taxable | Impuesto Tax | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 78141501 | 1 | E48 | Unidad de Servicio | COMPLEMENTARY CHARGES / CARGOS COMPLEMENTARIOS | 87,660.00 | 02 | 002 IVA | 87,660.00 |

| **BASE 0% IVA USD** | $87,660.00 | **TOTAL PARCIAL / SUBTOTAL** | 87,660.00 |
|---|---|---|---|
| | | **IVA / VAT** | 0.00 |
| | | **RETENCION IVA / VAT WITHHOLDING** | 0.00 |
| **EIGHTY-SEVEN THOUSAND SIX HUNDRED SIXTY AND XX / 100 USD** | | **TOTAL** | 87,660.00 |

**OBSERVACIONES / REMARKS:**

**"Este documento es una representación impresa de un CFDI"**

**No. Serie CSD Emisor** 00001000000516754894     **No. Serie CSD SAT** 00001000000708361008



**Sello Digital del Emisor:**
T3kBM4F0sXVBbPix8PadgdBTrBjPuCW9vkRfPrrE1KlHo5mdF1FHksclzWe2Nqywnu1cgaZ
pKDFw5HHvj5SlHVvnRp3IyVZ10TGTGgQQvPWJPC43GW4KdSUb4X+4huuwNxff8n/2qE
x/VfY4CNrn4qBDTVfCh4N89p1t9k+IovgmXMdwTcxJCa9SnAzTBPo2ElN3sqyrh5snIAfs92
KHqpYYhR0bigF0G+yPnuOfiXl1ZoiR8CXO5UUEG0CSPUT+HsISvVxY3niMNe+WUhwcF
n7ch67H3fPVejAgwJ+zYnvNY7912z75vTGFteD36zNjlgK9+uqyAf7bFaGwGV/HlQ==

**Cadena Original:**
||1.1|984E70D9-0526-423E-AF01-9B9D2C517A47|2026-06-03T11:40:03|INT020124V62|T3
kBM4F0sXVBbPix8PadgdBTrBjPuCW9vkRfPrrE1KlHo5mdF1FHksclzWe2Nqywnu1cgaZp
KDFw5HHvj5SlHVvnRp3IyVZ10TGTGgQQvPWJPC43GW4KdSUb4X+4huuwNxff8n/2qEx
/VfY4CNrn4qBDTVfCh4N89p1t9k+IovgmXMdwTcxJCa9SnAzTBPo2ElN3sqyrh5snIAfs92K
HqpYYhR0bigF0G+yPnuOfiXl1ZoiR8CXO5UUEG0CSPUT+HsISvVxY3niMNe+WUhwcFn7
ch67H3fPVejAgwJ+zYnvNY7912z75vTGFteD36zNjlgK9+uqyAf7bFaGwGV/HlQ==|000010
00000708361008||

**Sello Digital SAT:**
YJCexzhopei+HO68GBtjIIRidg3GesHjK+6VXHWqyl71g3e+nLEbsrftcOsGGZnZMx8kBA4F
6YA3X8Fu32cQqrl3rrz6F3gQEmyDzJnbCujpuhunkI6xVDvGtEsAE7FceJiXjyw7F3vnNiUqlv
XawAwQKgX2ZGVWRL2FMitnL7EEg2J/f9nJTX7DzPdEfkbaybJ+AfnG/eIczWAAkfblh7oJy2
K6i+s7KGOMd/etigfjKm0heBUx6QzUv+nUxoCXubQSiuQBZB34y35O8cTPQlJT3OpQyDE
Ursscx/trdAn5lUhZ9POy748vo4/HTJYx+wsL/rskfmbazUMoXjfyYQ==

Comprometidos con la comunidad
de Negocios compartimos
referencias Comerciales con

dun&bradstreet

de México S.A. de CV.



R.H SHIPPING & CHARTERING
AV. PASEO DE LA REFORMA NO. 76, PISO 75, COL. JUAREZ
CUAUHTÉMOC MX06600, MÉXICO, CIUDAD DE MÉXICO
TEL 5550103100
RFC: RHS961203416
RÉGIMEN FISCAL: (601) - GENERAL DE LEY PERSONAS MORALES

**FACTURA**

CFDI 4.0

| | | | |
|---|---|---|---|
| **SERIE** | RHM | **FOLIO** | 020381 |
| **TIPO DE COMPROBANTE** | INGRESO | **LUGAR EMISIÓN** | 06600 |
| **FOLIO FISCAL** | E6F4DDD3-BBA7-484A-9599-9B9D2C5198B8 | | |

---

**EMBARCADOR /SHIPPER**

FLEXGEN POWER SYSTEMS
280 S MANGUM ST STE 150
DURHAM NC 27701
USA
(775) 544-8977
TAX ID: XEXX010101000

| | |
|---|---|
| **FECHA DE EMISIÓN / ISSUE DATE** | 2026-07-02 18:14:30 |
| **FECHA Y HORA DE CERTIFICACIÓN / DATE AND TIME OF CERTIFICATION** | 2026-07-02 17:14:55 |
| **REFERENCIA / REFERENCE** | **TIRHM2600951** |
| **ORDEN DE PEDIDO / PO NUMBER** | |

**CONSIGNATARIO / CONSIGNEE**

FLEXGEN POWER SYSTEMS
280 S MANGUM ST STE 150
DURHAM, NORTH CAROLINA 27701
USA
TAX ID: XEXX010101000

**FACTURADO A / INVOICE TO:**

FLEXGEN POWER SYSTEMS
280 S MANGUM ST STE 150
DURHAM 27701 USA
474542499

| | | | |
|---|---|---|---|
| **ETD / ETA** 2026-07-01 / 2026-07-02 | | **FECHA VENCIMIENTO / DUE DATE** 7/2/2026 | **FLETE / FREIGHT TERMS** Prepaid / DAP |
| **NAVIERA / SSCO** RFE ALPAMED SA DE CV | **BUQUE / VSL / VUELO / FLT** STORAGES / | **MBL / MAWB** | **HBL / HAWB** FLEXRH070126 |
| **RECOGIDA / PLACE OF RECEIPT** Monterrey | **PTO DE ORIGEN /PORT OF ORIGIN** Monterrey | **ADUANA / CUSTOM HOUSE** Monterrey | **DESTINO / DESTINATION** Monterrey |
| **CORRESPONSAL / AGENT** R.H. SHIPPING & CHARTERING | **FACT COMERCIAL / COMM INV.** | **VENDEDOR / SALES PERSON** MARGARITA PLASCENCIA | **OPERATIVO / OPERATOR** Hugo Zamudio Angeles |

| **MARCAS Y No. / MARKS** | **BULTOS / PCS** 0 | **CONTENIDO / CONTENT** | **PESO BRUTO GROSS WEIGHT** 0.00KG | **VOLUMEN / VOLUME** 0.000 |
|---|---|---|---|---|

**DATOS GENERALES DEL COMPROBANTE / GENERAL INFORMATION OF THE RECEIPT**

**MONEDA / CURRENCY:** USD   **MÉTODO DE PAGO / PAYMENT METHOD:** (PPD) - Pago en parcialidades o diferido

**TIPO DE CAMBIO / EXCHANGE RATE:** 17.47   **FORMA DE PAGO / PAYMENT METHOD:** (99) - Por definir

| Clave Servicios Service Code | Cant. Qty | Clave Code | Unidad Unit | Descripción Description | Precio Unit. Unit. Price | Objeto Imp. Taxable | Impuesto Tax | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 78141501 | 1 | E48 | Unidad de Servicio | COMPLEMENTARY CHARGES / CARGOS COMPLEMENTARIOS | 87,660.00 | 02 | 002 IVA | 87,660.00 |

| | | | |
|---|---|---|---|
| **BASE 0% IVA USD** $87,660.00 | | **TOTAL PARCIAL / SUBTOTAL** | 87,660.00 |
| | | **IVA / VAT** | 0.00 |
| | | **RETENCION IVA / VAT WITHHOLDING** | 0.00 |
| **EIGHTY-SEVEN THOUSAND SIX HUNDRED SIXTY AND XX / 100 USD** | | **TOTAL** | 87,660.00 |

**OBSERVACIONES / REMARKS:**
storages from Jul-Aug 2026.

**"Este documento es una representación impresa de un CFDI"**



| No. Serie CSD Emisor | 00001000000516754894 | No. Serie CSD SAT | 00001000000708361008 |
|---|---|---|---|

**Sello Digital del Emisor:**

cGymoLKOdROn2Vh6Qgywt56o4wrrTJWeRibaQydwXw0mBZVEhhIfiGm29BxGVda6fjpbK
+tB4PPQflVPHo5fg/2HXqyni4q/GeD0I7j1toCDXhToIQZYapnKwWOJ5T5aD5UDhP/ggS2K
GOpEreYRZpuq7l8mOwrj41UVIcc5SBCj3ZV31xgjuIjQXxayluqm6LhvZbzJNFNvkkszuyHI
VtBEMJMiOWBrhbXCWPbwfJ9wQDn2JPMzS0xC6T9G9cyR/b0iFKXRdmBt+Lq+/RJqYI04
GRCvUWeaPnVMiwVITJfQXP9mwvTydsFKQE0kAJBgRqtOeGc/ySZyGNKfglsRUw==

**Cadena Original:**

||1.1|E6F4DDD3-BBA7-484A-9599-9B9D2C5198B8|2026-07-02T17:14:55|INT020124V62|c
GymoLKOdROn2Vh6Qgywt56o4wrrTJWeRibaQydwXw0mBZVEhhIfiGm29BxGVda6fjpbK+t
B4PPQflVPHo5fg/2HXqyni4q/GeD0I7j1toCDXhToIQZYapnKwWOJ5T5aD5UDhP/ggS2KG
OpEreYRZpuq7l8mOwrj41UVIcc5SBCj3ZV31xgjuIjQXxayluqm6LhvZbzJNFNvkkszuyHIVt
BEMJMiOWBrhbXCWPbwfJ9wQDn2JPMzS0xC6T9G9cyR/b0iFKXRdmBt+Lq+/RJqYI04GR
CvUWeaPnVMiwVITJfQXP9mwvTydsFKQE0kAJBgRqtOeGc/ySZyGNKfglsRUw==|00001
000000708361008||

**Sello Digital SAT:**

gjw2tqzVSkOMC845D2KU4kIxQCMICgC+1MdS1mRbAl2Hn6vWRtq0avi0bs/G/sz0ei8xbOx
OyafCHou4W8mEv3Zx/eGOSw4lQaSDOqc0i0/9MjCbcKWbSBDH8PATZy57zXj0zBFxYlI/
QFf5l1ycXuNwm6X5XnKTMbh8S7iJeK2AAgJipy7pX1v+qWDG8W0ZUUdN2kICnGYN2hMc
Hq4dOdFJSFsLapZIXKoVS/6g27ofhBLOwH1WhCcajHci1KAOT3gB4dTZok36XSRincY5qc
cClTo1yqcWrQwDlbUZ/uQNTeQODKwbywXaY5FNhqfJWMZsg1+yuI8qNUva0zVYdw==

Comprometidos con la comunidad
de Negocios compartimos
referencias Comerciales con

**dun&bradstreet**

de México S.A. de CV.



R.H SHIPPING & CHARTERING
AV. PASEO DE LA REFORMA #76, PISO 15, COL. JUAREZ
CUAUHTÉMOC MX06600, MÉXICO, CIUDAD DE MÉXICO
TEL 5550103100
RFC: RHS961203416
RÉGIMEN FISCAL: (601) - GENERAL DE LEY PERSONAS MORALES

**FACTURA**

CFDI 4.0

| | | | |
|---|---|---|---|
| **SERIE** | RHM | **FOLIO** | 022161 |
| **TIPO DE COMPROBANTE** | INGRESO | **LUGAR EMISIÓN** | 06600 |
| **FOLIO FISCAL** | 2B4EDAA6-324B-4A36-81B7-9B9D2C51C434 | | |

| | |
|---|---|
| **EMBARCADOR /SHIPPER** | **FECHA DE EMISIÓN / ISSUE DATE** : 2026-08-11 16:53:40 |
| FLEXGEN POWER SYSTEMS<br>280 S MANGUM ST STE 150<br>DURHAM NC 27701<br>USA<br>(775) 544-8977<br>TAX ID: XEXX010101000 | **FECHA Y HORA DE CERTIFICACIÓN / DATE AND TIME OF CERTIFICATION** : 2026-08-11  15:54:35 |
| | **REFERENCIA / REFERENCE**   TIRHM2601211 |
| | **ORDEN DE PEDIDO /<br>PO NUMBER** |

| | |
|---|---|
| **CONSIGNATARIO / CONSIGNEE**<br>FLEXGEN POWER SYSTEMS<br>280 S MANGUM ST STE 150<br>DURHAM, NORTH CAROLINA 27701<br>USA<br>TAX ID: XEXX010101000 | **FACTURADO A / INVOICE TO:**<br>FLEXGEN POWER SYSTEMS<br>280 S MANGUM ST STE 150<br>DURHAM 27701 USA<br>474542499 |

| ETD / ETA<br>2026-08-11  / 2026-08-11 | | FECHA VENCIMIENTO  / DUE DATE<br>8/11/2026 | FLETE / FREIGHT TERMS<br>Prepaid / DAP |
|---|---|---|---|
| **NAVIERA / SSCO**<br>RFE ALPAMED SA DE CV | **BUQUE / VSL / VUELO / FLT**<br>NA / | **MBL / MAWB**<br>RHPWFL110826 | **HBL / HAWB**<br>TIRHM2601211 |
| **RECOGIDA / PLACE OF RECEIPT**<br>Monterrey | **PTO DE ORIGEN /PORT OF ORIGIN**<br>Monterrey | **ADUANA / CUSTOM HOUSE**<br>Monterrey | **DESTINO / DESTINATION**<br>Monterrey |
| **CORRESPONSAL / AGENT**<br>R.H. SHIPPING & CHARTERING | **FACT COMERCIAL / COMM INV.** | **VENDEDOR / SALES PERSON**<br>FREE HAND | **OPERATIVO / OPERATOR**<br> Hugo Abraham Zamudio Angeles |

| MARCAS Y No. / MARKS<br>TEMP-040847 | BULTOS / PCS<br>0 | CONTENIDO / CONTENT | PESO BRUTO<br>GROSS WEIGHT<br>0.00KG | VOLUMEN / VOLUME<br>0.000 |
|---|---|---|---|---|

**DATOS GENERALES DEL COMPROBANTE / GENERAL INFORMATION OF THE RECEIPT**

MONEDA / CURRENCY:           USD            MÉTODO DE PAGO / PAYMENT METHOD: (PPD) - Pago en parcialidades o diferido

TIPO DE CAMBIO / EXCHANGE RATE:       17.14       FORMA DE PAGO / PAYMENT METHOD: (99) - Por definir

| Clave Servicios<br>Service Code | Cant.<br>Qty | Clave<br>Code | Unidad<br>Unit | Descripción<br>Description | Precio Unit.<br>Unit. Price | Objeto Imp.<br>Taxable | Impuesto<br>Tax | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 78141501 | 1 | E48 | Unidad de Servicio | COMPLEMENTARY CHARGES / CARGOS COMPLEMENTARIOS | 87,660.00 | 02 | 002 IVA | 87,660.00 |

| BASE 0% IVA USD | $87,660.00 | TOTAL PARCIAL / SUBTOTAL | 87,660.00 |
|---|---|---|---|
| | | IVA / VAT | 0.00 |
| | | RETENCION IVA / VAT WITHHOLDING | 0.00 |
| EIGHTY-SEVEN THOUSAND SIX HUNDRED SIXTY AND XX / 100 USD | | TOTAL | 87,660.00 |

**OBSERVACIONES / REMARKS:**

**"Este documento es una representación impresa de un CFDI"**

**No. Serie CSD Emisor**     00001000000516754894     **No. Serie CSD SAT**     00001000000708361008



Comprometidos con la comunidad
de Negocios compartimos
referencias Comerciales con

**dun & bradstreet**

de México S.A. de CV.

**Sello Digital del Emisor:**

CjZKZ0KjL9JB+RnBLTKCB3qW4z2R2unk7QKdtPqBZjUMHy8DCDAVzEjbY/yCHGXt4wp1
OTbY6SaJ4XMMQxINHS976d770cteDUk7SrgnIIuSInyDBi1CvO+uP3wt8D6vgfHx0XZ2m0
5KU7SUBR2zErTgw5E5Ek5ICfWIBrVU7x+FN1/BQ/8x0CJ2RM9tEnUzIgIssWthGsH2JK3rc
dIq0CQWF8eGP3E2YlYPPuyBVwqIHjziZmxSNO5MToyadIZShFu7w2mkvnoW+6rSGg7j3rh
CiowH6J241Var6sniXYhd1f6ThybtZwV7x9yLG6EyCDSdlGy5p7v092PWIPfJWA==

**Cadena Original:**

||1.1|2B4EDAA6-324B-4A36-81B7-9B9D2C51C434|2026-08-11T15:54:35|INT020124V62|Cj
ZKZ0KjL9JB+RnBLTKCB3qW4z2R2unk7QKdtPqBZjUMHy8DCDAVzEjbY/yCHGXt4wp1OT
bY6SaJ4XMMQxINHS976d770cteDUk7SrgnIIuSInyDBi1CvO+uP3wt8D6vgfHx0XZ2m05K
U7SUBR2zErTgw5E5Ek5ICfWIBrVU7x+FN1/BQ/8x0CJ2RM9tEnUzIgIssWthGsH2JK3rcdIq
0CQWF8eGP3E2YlYPPuyBVwqIHjziZmxSNO5MToyadIZShFu7w2mkvnoW+6rSGg7j3rhCi
owH6J241Var6sniXYhd1f6ThybtZwV7x9yLG6EyCDSdlGy5p7v092PWIPfJWA==|0000100
0000708361008||

**Sello Digital SAT:**

U5gi4Q+8qVpjxaXno4UAHR8bVdffgIhKKbblYVX3e7drxkQal4ZCxrRPRsP83DXip9/avJsnfJ
AGhG31memXI23tuFCLAJdSeo2iUUBtur6FynhA5FFBaa803Gw1irTLIT/RuISox+4Ov0YWL
eELsGuqUb8whImdPPUncBhapNYZFhiDzW3dDhu1qH1AyLNc3aR2ejfjoa8ZQZwNqiUP34
r0arQnJpeK0dsPVAqAtOGs194w5H4yGKQ1EgWtuhlApUw10CY+stf0WYwxZO/hV0CRezJ
S2yxDOFC3Wpsrhy8pJTo6R47LOxxFt3F8Ou9bgqOWD8H6UUbKQRwlZXRoJQ==