# EXHIBIT A

## Proposed Form of Order

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**FOR THE DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(a)**<br><br>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**<br>Kevin M. Capuzzi (NJ No. 173442015)<br>John C. Gentile<br>Continental Plaza II<br>411 Hackensack Ave., 3rd Floor<br>Hackensack, NJ 07601-6323<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com<br><br>*Counsel to RH Shipping (USA), L.L.C. and R.H. Shipping & Chartering, S. de R.L. de C.V.* | |
| In re:<br><br>Powin, LLC, *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>Judge: Michael B. Kaplan<br><br>(Jointly Administered) |

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING
HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby

ORDERED.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487].  The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

2

After review of the application of RH Shipping (USA), L.L.C. ("RH USA") and R.H.

Shipping & Chartering, S. de R.L. de C.V. ("RH Mexico" and together with RH USA, "RH

Shipping"), for the reduction of time for a hearing on *RH Shipping's Motion to Compel Payment*

*of Agreed-Upon Storage and Associated Costs* under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1.     A     hearing     will     be     conducted     on     the     matter     on

_____ at _____ before the Honorable Michael B. Kaplan,

United States Bankruptcy Judge in the United States Bankruptcy Court, Clarkson S. Fisher U.S.

Courthouse, 402 East State Street, Second Floor, Courtroom 8, Trenton, NJ 08608.

2.     The Applicant must serve a copy of this Order, and all related documents, on the

following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery

3.     The Applicant must also serve a copy of this Order, and all related documents, on

the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery

4.      Service must be made:

☐ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5.      Notice by telephone:

☐ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6.      A *Certification of Service* must be filed prior to the hearing date.

7.      Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or

overnight mail _____ day(s) prior to the scheduled hearing; or

☐ may be presented orally at the hearing.

8.      ☐ Court appearances are required to prosecute the motion/application and any

objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the

return date.