UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on August 17, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:
Powin, LLC

Case No.: 25-16137

Chapter: 11

Judge: Michael B. Kaplan

**ORDER SHORTENING TIME PERIOD FOR NOTICE,**
**SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: August 17, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of Kevin M. Capuzzi for a reduction of time for a hearing on Motion to Compel Payment of Agreed-Upon Storage and Associated __________ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on September 3, 2026 at 11:30 am in the United States Bankruptcy Court, 402 E. State Street, Trenton, NJ 08608
Courtroom No. 8.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
U.S. Trustee and any and all interested parties.

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

__________

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within ________ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to __________

☐ on the same day as the date of this Order, or

☐ within ________ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

   ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail by September 1, 2026.

   ❑ may be presented orally at the hearing.

8. ❑ Court appearances are required to prosecute said motion/application and any objections.

   ❑ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ☒ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

   ❑ The hearing will be conducted via a specialized Zoom link. See instructions below:

   Parties may request to appear by Zoom by submitting an email request to Chambers (chambers_of_mbk@njb.uscourts.gov) prior to the return date.

*rev.5/19/2025*