**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(a)**

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
Kevin M. Capuzzi (NJ No. 173442015)
John C. Gentile, Esq.
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
kcapuzzi@beneschlaw.com
jgentile@beneschlaw.com

*Counsel to RH Shipping (USA), L.L.C. and R.H. Shipping & Chartering, S. de R.L. de C.V.*

In re:

Powin, LLC, *et al.*, [1]

Debtors.

Chapter 11

Case No. 25-16137 (MBK)

Judge: Michael B. Kaplan

(Jointly Administered)

**AFFIDAVIT OF SERVICE**

I, Kevin M. Capuzzi, of full age, having been duly sworn according to law, depose and say:

1. I am a partner with the law firm of Benesch, Friedlander, Coplan & Aronoff LLP, attorneys for RH Shipping (USA), L.L.C. ("RH USA") and R.H. Shipping & Chartering, S. de R.L. de C.V. ("RH Mexico" and together with RH USA, "RH Shipping") in the above-captioned cases and have personal knowledge of the facts stated herein.

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583], (ii) Powin, LLC [0504], (iii) PEOS Holdings, LLC [5476], (iv) Powin China Holdings 1, LLC [1422], (v) Powin China Holdings 2, LLC [9713], (vi) Charger Holdings, LLC [5241], (vii) Powin Energy Ontario Storage, LLC [8348], (viii) Powin Energy Operating Holdings, LLC [2495], (ix) Powin Energy Operating, LLC [6487]. The Debtors' mailing address is 20550 SW 115th Avenue Tualatin, OR 97062.

2. I hereby certify that on August 14, 2026, I caused *RH Shipping's Motion to Compel Payment of Agreed-Upon Storage and Associated Fees* [D.I. 1436] (the "Motion") to be served upon all parties registered to receive notice via CM/ECF and the following via email:

**STEPTOE LLP**
Joseph Archambeau
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 506-3900
Email: jarchambeau@steptoe.com

*Co-Counsel for the Powin Liquidating Trust*

3. On August 17, 2026, I caused the (i) *Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice* [D.I. 1438] (the "Order"); and (ii) *Notice of Hearing on RH Shipping's Motion to Compel Payment of Agreed-Upon Storage and Associated Fees* [D.I. 1439] (the "Notice") to be served on the following via email and FedEx Overnight:

**SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**
Arthur J. Abramowitz
Ross J. Switkes
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Tel: (856) 662-0700
Email: aabramowitz@shermansilverstein.com
rswitkes@shermansilverstein.com

*Co-Counsel for the Powin Liquidating Trust*

**STEPTOE LLP**
Timothy W. Walsh
Joseph Archambeau
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 506-3900
Email: twwalsh@steptoe.com
jarchambeau@steptoe.com

*Co-Counsel for the Powin Liquidating Trust*

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**REGIONS 3 AND 9**
Jeffrey M. Sponder, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email: jeffrey.m.sponder@usdoj.gov

4. On August 18, 2026, I caused the *Motion*, *Orde*r, and *Notice* to be served on the parties listed on **Exhibit A** via email.

5. I certify that the foregoing statements made by me are true to the best of my knowledge, information, and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 18, 2026
Wilmington, Delaware

Respectfully submitted,
**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**

*/s/ Kevin M. Capuzzi*

Kevin M. Capuzzi (NJ No. 173442015)
John C. Gentile, Esq.
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: kcapuzzi@beneschlaw.com
jgentile@beneschlaw.com

*Counsel to RH Shipping (USA), L.L.C. and R.H. Shipping & Chartering, S. de R.L. de C.V.*