# **EXHIBIT A**

| |
|---|
| ACE Engineering and Co. Ltd. |
| Allied High Tech Products, Inc |
| ARAMARK Refreshments Services, LLC |
| Belvin, Madeline |
| Celestica LLC |
| Christopher Boscawen |
| Cody Hohenshelt |
| Control Source Inc. |
| Control Source Inc. |
| Euler Hermes Agent for Clean Energy Services CES LLC |
| Expeditors International of Washington, Inc. |
| Fallon Adair |
| Galp Parques Fotovoltaicos de Alcoutim, Lda |
| Gary D. Sieg |
| Georgian Bay Fire & Safety Ltd. |
| HUB @ 202 Ownco, LLC |
| Igor Pereira |
| Independent Electricity System Operator |
| Ismario G. Gonzalez |
| James Glogoza |
| Luis Santiago |
| Lu Pacific Properties, LLC |
| Mainfreight Distribution Pty Ltd |
| Mary Kahl |
| Matrix Networks |
| McGuckin, Daniel |
| Michael Robert Coyne |
| MMI-Machineworks LLC |
| Oracle America, Inc., SII NetSuite, Inc. |
| Resilience360 Inc., d/b/a Everstream Analytics |
| R.H. Shipping and Chartering, S. de R.L. de C.V. |
| Sally J Price |
| Shahram Khoshhal |
| SmartCloud, LLC |
| Step Function I/O LLC |
| Zurich American Insurance Company |