UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
Kevin M. Capuzzi (NJ No. 173442015)
John C. Gentile, Esq.
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
kcapuzzi@beneschlaw.com
jgentile@beneschlaw.com

Counsel to RH Shipping (USA), L.L.C. and R.H. Shipping & Chartering, S. de R.L. de C.V.

In Re:

Powin, LLC, et al.,

Debtors.

Case No.: 25-16137

Adv. Pro. No.: ______________

Chapter: 11

Subchapter V: ☐ Yes ☒ No

Hearing Date: 9/3/2026

Judge: Kaplan

**ADJOURNMENT REQUEST**

1. I, Kevin M. Capuzzi,

☒ am the attorney for: RH Shipping (USA), L.L.C. and R.H.Shipping & Chartering, S. de R.L. de C.V. ,

☐ am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: RH Shipping's Motion to Compel Payment of Agreed-Upon Storage and Associated Fees [D.I. 1436]

Current hearing date and time: September 3, 2026 at 11:30 a.m

New date requested: September 15, 2026 at 11:30 a.m.

Reason for adjournment request: Settlement negotiations ongoing.

2. Consent to adjournment:

☒ I have the consent of all parties. ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 08/31/2026 /s/ Kevin M. Capuzzi
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted New hearing date: 9/15/2026 at 11:30 am ☐ Peremptory

☐ Granted over objection(s) New hearing date: ______________ ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*