**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**

Arthur J. Abramowitz
Ross J. Switkes
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Tel: (856) 662-0700
Email: aabramowitz@shermansilverstein.com
rswitkes@shermansilverstein.com

*Counsel for the Powin Liquidating Trust*

**JOHNSON VAN KWAWEGEN LLP**

Angela J Somers
Jonathan Zweig
Eric Riedel
485 Madison Avenue 15th floor
New York, NY 10022
Telephone: (646) 836-9630
Email: asomers@jvk-law.com
eric@jvk-law.com
jonathan@jvk-law.com

*Counsel for the Powin Liquidating Trust*

| | |
|---|---|
| In re:<br><br>POWIN, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered)<br><br>Honorable Michael B. Kaplan, U.S.B.J. |

# APPLICATION IN SUPPORT OF ENTRY OF CONFIDENTIALITY ORDER

Phoenix Management, a part of J.S. Held LLC, as liquidation trustee of the Liquidation Trust and Direct Claims Trust ("**Liquidating Trustee**") of the above captioned debtor, respectfully submits this application (the "**Application**") pursuant to D.N.J. LBR 9021-1 in support of the entry of a proposed Confidentiality and Protective Order (the "**Confidentiality Order**"). In support thereof, the Liquidation Trustee respectfully represents as follow:

[1] The Debtors in these "**Chapter 11 Cases**", along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110].

1. In June 2025 ("**Petition Dates**"),[2] the Powin Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code ("**Bankruptcy Code**"), which cases were jointly administered under case number 25-16137 ("**BK Docket**").

2. On December 1, 2025, the U.S. Bankruptcy Court for the District of New Jersey entered the Confirmation Order confirming the *Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors* [BK Docket No. 942] as amended, modified, or supplemented (the "**Plan**"). The Plan became Effective on December 5, 2025, pursuant to a Notice of Confirmation and Effective Date of the Plan. [BK Docket No. 1187].

3. Section 13.3 of the Plan provides that the Liquidating Trust and the Direct Claims Trust shall be governed by the Liquidating Trustee in consultation with the Oversight Committee.

4. On the Effective Date, pursuant to Section 13.3(a) of the Plan, Liquidating Trustee was appointed to oversee the Liquidating Trust, the Direct Claims Trust, and the wind-down of the Debtors' estates.

5. Pursuant to Section 13.3(c) of the Plan, on the Effective Date, the Liquidating Trust Assets, including Causes of Action, vested in the Liquidating Trust, and pursuant to section 13.3(d), the Direct Claims Trust Assets vested in the Direct Claims Trust; and

6. Pursuant to Section 13.3(f) of the Plan, and pursuant to Section 2.1(c)(vi) of the Liquidating Trust Agreement and Section 2.1(c)(vi) of the Direct Claims Trust Agreement, the Liquidating Trustee has the power to investigate, prosecute, settle, abandon or compromise any Causes of Action the Debtors hold or may hold against any Entity, which constitute Direct Claims Trust Assets.

---

[2] This includes Powin Project LLC, Powin Canada B.C. Ltd., Powin Energy Ontario Storage II LP, and Powin Energy Storage 2, Inc., Powin LLC, Powin EKS SellCo, LLC.

7. The Trustee is in the process of investigating claims. As a result, the Trustee served certain subpoenas and requests for information pursuant to Federal Rule of Bankruptcy Procedure 2004.

8. To facilitate the Liquidating Trustee's investigation, the Liquidation Trustee and KPMG, one of the subpoenaed parties, have agreed to the terms of the proposed Confidentiality Order which sets forth specific procedures and parameters relating to the production and disclosure of confidential information. Due to the sensitive nature of certain information which will be exchanged, the parties respectfully submit that the Confidentiality Order is necessary to enable the parties to fully engage in discovery in this matter.

9. The Trustee submits the Confidentiality Order herewith.

**WHEREFORE,** based upon the foregoing, the parties respectfully request that the Court enter the proposed Consent Order submitted herewith.

Dared: September 2, 2026

**SHERMAN, SILVERSTEIN,**
**KOHL, ROSE & PODOLSKY, P.A.**

By: */s/ Arthur J. Abramowitz*
Arthur J. Abramowitz
Ross J. Switkes
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Telephone: (856) 662-07000

**JOHNSON VAN KWAWEGEN LLP**
Angela J Somers
Jonathan Zweig
Eric Riedel
485 Madison Avenue 15th floor
New York, NY 10022
Telephone: (646) 836-9630
Email: asomers@jvk-law.com
eric@jvk-law.com
jonathan@jvk-law.com

*Counsel to the Liquidation Trustee*