| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
|---|---|
| **EVERSHEDS SUTHERLAND (US) LLP**<br>Sameer M. Alifarag<br>John Ramirez<br>Zachary K. Sipala<br>sameeralifarag@eversheds-sutherland.com<br>johnramirez@eversheds-sutherland.com<br>ZacharySipala@eversheds-sutherland.com<br>The Grace Building, 40th Floor<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 389-5000<br><br>*Counsel to Rubicon Professional Services, LLC* | |
| In re:<br><br>POWIN, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br>(Jointly Administered)<br><br>Honorable Michael B. Kaplan |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of Rubicon Professional Services, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue, Tualatin, OR 97062.

ADDRESS: Sameer M. Alifarag
John Ramirez
Zachary K. Sipala
Eversheds Sutherland (US) LLP
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 389-5000
Email: sameeralifarag@eversheds-sutherland.com
johnramirez@eversheds-sutherland.com
ZacharySipala@eversheds-sutherland.com

*Counsel to Rubicon Professional Services, LLC*

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002

☒ All documents and pleadings of any nature.

Dated: September 2, 2026

*/s/ Sameer M. Alifarag*

Sameer M. Alifarag (NJ No. 353692021)
John Ramirez (*pro hac vice* forthcoming)
Zachary K. Sipala (*pro hac vice* forthcoming)
EVERSHEDS SUTHERLAND (US) LLP
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 389-5000
Email: sameeralifarag@eversheds-sutherland.com
johnramirez@eversheds-sutherland.com
ZacharySipala@eversheds-sutherland.com

*Counsel to Rubicon Professional Services, LLC*