# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Powin, LLC

Case No.: 25-16137

Chapter: 11

Judge: Michael B. Kaplan

## Notice of Adjournment/Rescheduling by the Court

By way of this Notice, the Court advises the parties that the matter referenced below will be adjourned or rescheduled.

**Matter**: Motion to Compel Payment of Agreed-Upon Storage and Associated Fees (Dkt 1436)

**Current date and time**: September 15, 2026 at 11:30am

**New date and time**: **Tuesday, October 6, 2026 at 11:30am**

**Additional Notes**: The Court adjourns this motion to accommodate its schedule and to afford the parties time for further discussions

**Location of Hearing:** Hearings may be conducted by Zoom, telephone, or in person.

- If by **Zoom**, please see the Judge's page on the Court's website for the Zoom link:
  http://www.njb.uscourts.gov/content/honorable-michael-b-kaplan
- If by **Telephone**, please sign up through Court-Solutions
  (visit www.court-solutions.com or the Court's website, www.njb.uscourts.gov, for more information)
- If **In-Person**, at the following address: Courtroom No.___

**Court Appearances**:

- (●) Required by Zoom
- ( ) Required In-Person
- ( ) Required by Telephone
- ( ) Are NOT Required
- ( ) May be either In-Person or remotely via Telephone