**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**SHERMAN, SILVERSTEIN,**
**KOHL, ROSE & PODOLSKY, P.A.**

Arthur J. Abramowitz
Ross J. Switkes
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Tel: (856) 662-0700
Email: aabramowitz@shermansilverstein.com
rswitkes@shermansilverstein.com

*Co-Counsel for the Powin Liquidating Trust*

**STEPTOE LLP**

Timothy W. Walsh (admitted *pro hac vice*)
Joseph Archambeau (admitted *pro hac vice*)
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 506-3900
Email:twwalsh@steptoe.com
jarchambeau@steptoe.com

*Co-Counsel for the Powin Liquidating Trust*

| | |
|---|---|
| In re:<br><br>POWIN, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered)<br><br>Honorable Michael B. Kaplan, U.S.B.J. |

**DECLARATION OF BRIAN GLEASON IN SUPPORT OF TRUSTEE'S OBJECTION TO RH SHIPPING'S MOTION TO COMPEL PAYMENT OF AGREED-UPON STORAGE AND ASSOCIATED FEES**

I, Brian Gleason, pursuant to 28 U.S.C. section 1746, state the following under penalty of perjury:

1. I am the Senior Managing Director of the Strategic Advisory / Turnaround and Restructuring practice on behalf of J.S. Held LLC as: (i) the Liquidating Trustee of the Powin Liquidating Trust (the "**Trustee**" of the "**Trust**"), successor in interest to Powin,

[1] The Debtors in these "**Chapter 11 Cases**", along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110].

LLC ("**Powin**") and its co-debtors (collectively with Powin, the "**Debtors**"); and (ii) the Wind-Down Officer of the Debtors. I have managed or participated in more than 300 restructuring matters and served in numerous fiduciary and interim executive capacities, including Chief Restructuring Officer, Chief Executive Officer, Chief Operating Officer, Chief Financial Officer, and independent board member for distressed companies. I specialize in implementing operational and financial restructurings, monetizing assets, administering wind-downs, and maximizing recoveries for stakeholders in complex insolvency and liquidation proceedings.

2. I have read and approved of the *Trust's Objection to RH Shipping's Motion to Compel Payment of Agreed-Upon Storage and Associated Fees* (the "**Objection**").

3. Following the effective date of the Plan,[2] the Trust has worked diligently to resolve issues relating to the RH Inventory, including efforts to address disposition of that inventory and to mitigate ongoing storage costs.

4. As required by the FlexGen Consent Order, the Trust paid RH Shipping's storage costs for the period of December 2025 through March 2026.

5. The invoices attached to the Motion for storage charges accruing after March 2026 were addressed to FlexGen Power Systems and, to my knowledge, were not directed to the Trust in the ordinary course. The Trust first received those invoices on July 10, 2026, when they were forwarded by RH Shipping's counsel to the Trust's counsel, with a message stating that FlexGen refused to pay the invoices. RH Shipping's first demand

[2] Capitalized terms not otherwise defined herein have the meaning set forth in the Objection.

for payment from the Trust occurred via email on August 11, 2026.[3]

6. The Trust has offered to remove the inventory stored with RH Shipping, but RH Shipping refuses to allow the Trust access for removal.

7. I make this declaration in support of the Objection and the relief requested therein.

8. Pursuant to 28 U.S.C. section 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 17, 2026

*/s/ Brian Gleason*
Brian Gleason
Senior Managing Director
J.S. Held LLC as Liquidating Trustee of the Powin Liquidating Trust

[3] On August 11, 2026, Mr. Capuzzi emailed both FlexGen and the Trust's counsel, saying that "Whether it is paid by FlexGen or the Trust, RH Shipping demands payment in full by close of business on Thursday, August 13."