UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: POWIN, LLC, et al., | Case No.: | 25-16137 (MBK) |
| | Chapter: | 11 |
| | Judge: | Michael B. Kaplan |

**NOTICE OF PROPOSED ABANDONMENT**

J.S. Held LLC as the Liquidating Trustee of the Powin Liquidating Trust in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Martin Luther King Jr. Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on 10/15/2026 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: All goods, inventory, and any fixed assets owned by the Trust and stored in RH Shipping's warehouse(s) located in Mexico, except the six energy segments. The value is unknown.

Liens on property: None

Amount of equity claimed as exempt: None

Objections must be served on, and requests for additional information directed to:

Name: Timothy W. Walsh

Address: 1114 Avenue of the Americas, FL 35, New York, New York 10036

Telephone No.: +1 212 957 3085