UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SHERMAN, SILVERSTEIN, KOHL, ROSE
&PODOLSKY, P.A.
Ross J. Switkes
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Tel: (856) 662-0700
Email: rswitkes@shermansilverstein.com
Co-Counsel for the Powin Liquidating Trust

In Re:

Powin, LLC, et al.

Case No.: 25-16137

Adv. Pro. No.: ______________

Chapter: 11

Subchapter V: ☐ Yes ☒ No

Hearing Date: 10/15/2026

Judge: Kaplan

**ADJOURNMENT REQUEST**

1. I, Ross J. Switkes,

☒ am the attorney for: the Powin Liquidating Trust,

☐ am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: Notice of Abandonment [1452]

Current hearing date and time: 10/15/2026

New date requested: 10/20/2026

Reason for adjournment request: Negotiations are ongoing. Importantly, the objection deadline currently set for 10/8/2026 should be adjourned to 10/13/26

2. Consent to adjournment:

☐ I have the consent of all parties. ☒ I do not have the consent of all parties (explain below):

Potential interested parties are not known, but notice of the adjournment will be provided

and notice of the adjournment will be provided.

I certify under penalty of perjury that the foregoing is true.

Date: 10/5/2026 Ross J. Switkes
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted New hearing date: October 20, 2026 at 1:00 p.m. ☐ Peremptory

☐ Granted over objection(s) New hearing date: __________ ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*