Order Filed on October 9, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: Powin, LLC | Case No.: 25-16137 |
| | Chapter: 11 |
| | Hearing Date: |
| | Judge: Michael B. Kaplan |

**ORDER VACATING**

#1461 Certification of No Objection in re: Abandonment.

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 9, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court on its own motion finds that the:

#1461 Certification of No Objection in re: Abandonment.

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated October 9, 2026, be and the same is hereby vacated.