<table>
<tr><td colspan="2">UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY</td></tr>
<tr><td>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>SHERMAN, SILVERSTEIN,<br>KOHL, ROSE & PODOLSKY, P.A.<br><br>Arthur J. Abramowitz<br>Ross J. Switkes<br>308 Harper Drive, Suite 200<br>Moorestown, NJ 08057<br>Tel: (856) 662-0700<br>Email: aabramowitz@shermansilverstein.com<br>rswitkes@shermansilverstein.com<br><br>Co-Counsel for the Powin Liquidating Trust</td><td>STEPTOE LLP<br><br>Timothy W. Walsh (admitted pro hac vice)<br>Joseph Archambeau (admitted pro hac vice)<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Tel: (212) 506-3900<br>Email:twwalsh@steptoe.com<br>jarchambeau@steptoe.com<br><br>Co-Counsel for the Powin Liquidating Trust</td></tr>
<tr><td>In re:<br><br>POWIN, LLC, et al.,[1]<br><br>Debtors.</td><td>Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered)<br><br>Honorable Michael B. Kaplan, U.S.B.J.</td></tr>
</table>

**APPLICATION PURSUANT TO D.N.J. LBR 9021-1 IN SUPPORT OF ENTRY OF CONSENT ORDER STIPULATION AND CONSENT ORDER DEEMING TIMELY FILED THE PROOF OF CLAIM OF KAD EQUITY, INC. D/B/A RISE REALTY**

J.S. Held LLC as the Liquidating Trustee of the Powin Liquidating Trust (the "**Trustee**" of the "**Trust**"), successor in interest to Powin, LLC and its co-debtors (collectively, the "**Debtors**"), respectfully submits this application (the "**Application**") pursuant to D.N.J. LBR 9021-1 in support of the entry of a proposed *Stipulation and Consent Order Deeming Timely Filed the Proof of Claim of KAD Equity, Inc. D/B/A RISE Realty* (the "**Consent Order**"). In support thereof, the Trustee respectfully represents as follows:

[1] The Debtors in these "**Chapter 11 Cases**", along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110].

1. On June 9, 2025 (the "**Petition Date**"),[2] the Debtors commenced a voluntary case for relief under Title 11 of the United States Code, sections 101 et seq., as amended (the "**Bankruptcy Code**").

2. On December 1, 2025, the Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors [Docket No. 914] (the "**Plan**") was confirmed pursuant to the Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors [Docket No. 1165] (the "**Confirmation Order**"). In accordance with the Plan, J.S. Held LLC was appointed as the Liquidating Trustee of the Powin Liquidating Trust (the "**Trustee**" of the "**Trust**"), successor in interest to the Debtors; was established to, among other things: (1) continue the wind-down of the Debtors; (2) liquidate various assets; (3) investigate, prosecute, settle, abandon or compromise the Debtors' remaining causes of action; (4) make distributions in accordance with the Plan.

3. The Plan went effective on December 5, 2025 [Docket No. 1187].

4. By the order entered August 20, 2025 [Dkt. 758], the Court fixed September 29, 2025 as the deadline for filing proofs of claim against the Debtors (the "**Bar Date**").

5. KAD Equity, Inc. D/B/A RISE Realty (the "**Claimant**") seeks to assert a claim after the passage of the Bar Date (the "**Claim**").

---

[2] Lead Debtor Case No. 25-16137 (MBK) for Debtor Powin Project LLC was filed on June 9, 2025, and the majority of Debtors were filed shortly thereafter on June 10, 2025, except that, three additional Debtor-affiliates (Powin Energy Storage 2, Inc., Powin Energy Ontario Storage II LP, and Powin Canada B.C. Ltd.) filed petitions on June 22, 2025, and Debtor-affiliate Powin EKS SellCo, LLC filed on October 10, 2025.

6. The Trust and the Claimant have agreed to the terms of the proposed Consent Order deeming the Claim timely filed despite the passage of the Bar Date.

7. Except as to the timeliness of its filing, the Trust reserves all rights, claims, and defenses with respect to the Claim, including the right to object to it on any other basis. The Claimant reserves all rights to respond to any such objection.

**WHEREFORE,** based upon the foregoing, the parties respectfully request that the Court enter the proposed Consent Order submitted herewith.

Dated: October 15, 2026

**SHERMAN, SILVERSTEIN,**
**KOHL, ROSE & PODOLSKY, P.A.**

*/s/ Ross J. Switkes*
Arthur J. Abramowitz
Ross J. Switkes
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Tel: (856) 662-0700
Email: aabramowitz@shermansilverstein.com
rswitkes@shermansilverstein.com

*Co-Counsel for the Powin Liquidating Trust*