**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**SHERMAN, SILVERSTEIN,**
**KOHL, ROSE & PODOLSKY, P.A.**

Arthur J. Abramowitz
Ross J. Switkes
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Tel: (856) 662-0700
Email: aabramowitz@shermansilverstein.com
rswitkes@shermansilverstein.com

*Co-Counsel for the Powin Liquidating Trust*

**STEPTOE LLP**

Timothy W. Walsh (admitted *pro hac vice*)
Joseph Archambeau (admitted *pro hac vice*)
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 506-3900
Email:twwalsh@steptoe.com
jarchambeau@steptoe.com

*Co-Counsel for the Powin Liquidating Trust*

| | |
|---|---|
| In re:<br><br>POWIN, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered)<br><br>Honorable Michael B. Kaplan, U.S.B.J. |

**STIPULATION AND CONSENT ORDER DEEMING TIMELY FILED**
**THE PROOF OF CLAIM OF KAD EQUITY, INC. D/B/A RISE REALTY**

The relief set forth on the following pages, numbered two (2) through four (4), shall be and hereby is **ORDERED**.

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110].

---

WHEREAS, on June 9, 2025 (the "**Petition Date**"),[2] the Debtors commenced a voluntary case for relief under Title 11 of the United States Code, sections 101 *et seq*., as amended; and

WHEREAS, by the order entered August 20, 2025 [Dkt. 758], the Court fixed September 29, 2025 as the deadline for filing proofs of claim against the Debtors (the "**Bar Date**"); and

WHEREAS, on December 1, 2025, the Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors [Dkt. 914] (the "**Plan**") was confirmed pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors* [Dkt. 1165] (the "**Confirmation Order**"); and

WHEREAS, in accordance with the Plan, the Powin Liquidating Trust (the "**Trust**") was established to, among other things: (1) continue the wind-down of the Debtors; (2) liquidate various assets; (3) investigate, prosecute, settle, abandon or compromise the Debtors' remaining causes of action; and (4) make distributions in accordance with the Plan; and

WHEREAS, the Plan went effective on December 5, 2025 [Dkt. 1187]; and

WHEREAS, KAD Equity, Inc. D/B/A RISE Realty (the "**Claimant**") did not receive notice of the Bar Date and did not timely file a proof of claim; and

[2] Lead Debtor Case No. 25-16137 (MBK) for Debtor Powin Project LLC was filed on the Petition Date of June 9, 2025, and the majority of Debtors were filed shortly thereafter on June 10, 2025, except that, three additional Debtor-affiliates (Powin Energy Storage 2, Inc., Powin Energy Ontario Storage II LP, and Powin Canada B.C. Ltd.) filed bankruptcy petitions on June 22, 2025, and Debtor-affiliate Powin EKS SellCo, LLC filed on October 10, 2025.

---

WHEREAS, Claimant now seeks to assert a claim after the passage of the Bar Date (the "**Claim**"); and

WHEREAS, after discussions, the Parties have agreed that Claimant should be permitted to file a proof of claim.

NOW THEREFORE, INTENDING TO BE LEGALLY BOUND, THE PARTIES HEREBY STIPULATE AND AGREE, AND IT IS HEREBY ORDERED AS FOLLOWS:

1. The Trust does not object to the Claim being deemed timely filed despite the passage of the Bar Date under the condition that the Claimant files a proof of claim for the Claim within fourteen (14) days after entry of this *Stipulation and Consent Order Deeming Timely Filed the Proof of Claim of KAD Equity, Inc. D/B/A RISE Realty*.

2. KCC d/b/a Verita Global, the Court-appointed claims and noticing agent, is authorized to record the proof of claim on the claims register as timely filed.

3. Except with respect to the timeliness of its filing, the Trust reserves all rights, claims, and defenses with respect to the Claim, including the right to object to it on any other basis. The Claimant reserves all rights to respond to any such objection.

4. This Stipulation and Consent Order does not allow the Claim in any amount.

5. The Court retains jurisdiction over all matters arising from or related to this Stipulation and Consent Order.

---

**STIPULATED AND AGREED TO BY:**

**KAD EQUITY, INC. D/B/A RISE REALTY**

Keith Darby

By: /s/ ____________________
Keith Alan Darby

Dated: October 14, 2026

**SHERMAN, SILVERSTEIN,**
**KOHL, ROSE, & PODOLSKY, P.A.**
*Co-counsel to the Trustee for the Powin Liquidating Trust*

By: */s/ Arthur J. Abramowitz*
Arthur J. Abramowitz

Dated: October 14, 2026