# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Powin, LLC

Case No.: 25-16137

Chapter: 11

Judge: Michael B. Kaplan

## Notice of Adjournment/Rescheduling by the Court

By way of this Notice, the Court advises the parties that the matter referenced below will be adjourned or rescheduled.

**Matter**: RH Shipping's Mot. to Compel (Dkt.# 1436) & Notice of Abandonment (Dkt. #1452)

**Current date and time**: October 20 at 1pm (Dkt. #1436) & October 27 at 1pm (Dkt.#1452)

**New date and time**: **October 22, 2026 at 10am (Dkt# 1436) & October 29 at 10am (Dkt.#1452)**

**Additional Notes**: The hearing on the Motion to Compel and the hearing on the Notice of Abandonment (if such hearing is necessary) are each adjourned two days from their current dates/times. The objection deadline for the Notice of Abandonment is likewise adjourned two days to October 22, 2026.

**Location of Hearing:** Hearings may be conducted by Zoom, telephone, or in person.

- If by **Zoom**, please see the Judge's page on the Court's website for the Zoom link:
  http://www.njb.uscourts.gov/content/honorable-michael-b-kaplan
- If by **Telephone**, please sign up through Court-Solutions
  (visit www.court-solutions.com or the Court's website, www.njb.uscourts.gov, for more information)
- If **In-Person**, at the following address: Courtroom No.___

**Court Appearances**:

- (●) Required by Zoom
- ( ) Required In-Person
- ( ) Required by Telephone
- ( ) Are NOT Required
- ( ) May be either In-Person or remotely via Telephone