**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>Powin, LLC, *et al.*,[1]<br>Debtors. | Chapter 11<br>Case No. 25-16137 (MBK)<br>(Jointly Administered) |

## NOTICE OF CHANGE OF FIRM ADDRESS

TO: THE UNITED STATES BANKRUPTCY COURT, OFFICE OF THE UNITED STATES TRUSTEE, ALL PARTIES ENTITLED TO RECEIVE NOTICE, AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, effective October 26, 2026, Kurtzman Carson Consultants, LLC dba Verita Global relocated to:

100 N. Pacific Coast Highway
Suite 100
El Segundo, CA 90245
Telephone: (310) 823-9000

Dated: October 26, 2026

KURTZMAN CARSON CONSULTANTS, LLC dba Verita Global

By: */s/ Sarah Harbuck*
Sarah Harbuck
Assistant General Counsel
100 N. Pacific Coast Highway
Suite 100
El Segundo, CA 90245
Telephone: (310) 823-9000

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [15241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110]. The Debtors' mailing address is c/o J.S. Held LLC 2700 N Central Ave, Ste 800 Phoenix, AZ 85004.