**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**

Arthur J. Abramowitz
Ross J. Switkes
6000 Midlantic Drive, Suite 300 South
Mount Laurel, NJ 08054
Tel: (856) 662-0700
Email: aabramowitz@shermansilverstein.com
rswitkes@shermansilverstein.com

*Co-Counsel for the Powin Liquidating Trust*

**STEPTOE LLP**

Timothy W. Walsh (admitted *pro hac vice*)
Joseph Archambeau (admitted *pro hac vice*)
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 506-3900
Email:twwalsh@steptoe.com
jarchambeau@steptoe.com

*Co-Counsel for the Powin Liquidating Trust*

| | |
|---|---|
| In re:<br><br>POWIN, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered)<br><br>Honorable Michael B. Kaplan, U.S.B.J. |

**APPLICATION PURSUANT TO D.N.J. LBR 9021-1 IN SUPPORT OF ENTRY OF CONSENT ORDER CONCERNING IESO SECURITY DEPOSIT AND RECONCILIATION AND ALLOWANCE OF CLAIMS**

J.S. Held LLC as the Liquidating Trustee of the Powin Liquidating Trust (the "**Trustee**" of the "**Trust**"), successor in interest to Powin, LLC and its co-debtors (collectively, the "**Debtors**"), respectfully submits this application (the "**Application**") pursuant to D.N.J. LBR 9021-1 in support of the entry of a proposed *Stipulation and Consent Order Approving Settlement of Concerning IESO Security Deposit and Reconciliation and Allowance of Claims [Claim No. 297]* (the "**Consent Order**"). In support thereof, the Trustee respectfully represents as follows:

[1] The Debtors in these "**Chapter 11 Cases**", along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc. [9926]; (xi) Powin Energy Ontario Storage II LP [5787]; (xii) Powin Canada B.C. Ltd. [2239]; and (xiii) Powin EKS SellCo, LLC [9110].

1. On June 9, 2025 (the "**Petition Date**"),[2] the Debtors commenced a voluntary case for relief under Title 11 of the United States Code, sections 101 et seq., as amended (the "**Bankruptcy Code**").

2. On December 1, 2025, the Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors [Docket No. 914] (the "**Plan**") was confirmed pursuant to the Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors [Docket No. 1165] (the "**Confirmation Order**"). In accordance with the Plan, J.S. Held LLC was appointed as the Liquidating Trustee of the Powin Liquidating Trust (the "**Trustee**" of the "**Trust**"), successor in interest to the Debtors; was established to, among other things: (1) continue the wind-down of the Debtors; (2) liquidate various assets; (3) investigate, prosecute, settle, abandon or compromise the Debtors' remaining causes of action; (4) make distributions in accordance with the Plan.

3. The Plan went effective on December 5, 2025 [Docket No. 1187].

4. The Independent Electricity System Operator **("IESO")** is an Ontario Crown corporation responsible for managing the province's power grid, operating the wholesale electricity market, and planning for long-term energy needs. For more than two decades prior to the Petition Date and continuing thereafter, Independent Electricity System Operator ("**IESO**")

[2] Lead Debtor Case No. 25-16137 (MBK) for Debtor Powin Project LLC was filed on June 9, 2025, and the majority of Debtors were filed shortly thereafter on June 10, 2025, except that, three additional Debtor-affiliates (Powin Energy Storage 2, Inc., Powin Energy Ontario Storage II LP, and Powin Canada B.C. Ltd.) filed for petitions on June 22, 2025, and Debtor-affiliate Powin EKS SellCo, LLC filed on October 10, 2025.

served as the operator of Ontario's electricity grid and administrator of Ontario's electricity markets.

5. Powin Energy Ontario Storage II LP ("**Powin Ontario**") was a registered market participant that owned and operated a battery energy storage system comprised of four facilities connected to the grid controlled by IESO.

6. In connection with electricity services provided to Powin Ontario, IESO holds security in the amount of CAD $65,123.00 (the "**Security Deposit**"). IESO asserts a claim against Powin Ontario in the amount of CAD $61,884.41, exclusive of attorneys' fees (the "**Claim**").

7. The Parties have agreed to the terms of the proposed Consent Order settling the Claim and all other claims relating to the Security Deposit.

**WHEREFORE,** based upon the foregoing, the parties respectfully request that the Court enter the proposed Consent Order submitted herewith.

Dated: November 13, 2026

**SHERMAN, SILVERSTEIN,**
**KOHL, ROSE & PODOLSKY, P.A.**

*/s/ Arthur J. Abramowitz*
Arthur J. Abramowitz
Ross J. Switkes
6000 Midlantic Drive, Suite 300 South
Mount Laurel, NJ 08054
Tel: (856) 662-0700
Email: aabramowitz@shermansilverstein.com
rswitkes@shermansilverstein.com

*Co-Counsel for the Powin Liquidating Trust*