**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004- 1(b)**

**MCDERMOTT WILL & SCHULTE LLP**
Darren Azman (admitted *pro hac vice*)
Deanna D. Boll (N.J. Bar No. 31861998)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email: dazman@mcdermottlaw.com
dboll@mcdermottlaw.com

*Counsel to Apex Clean Energy Holdings, LLC*

| | |
|---|---|
| In re:<br><br>Powin, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-16137 (MBK)<br><br>(Jointly Administered) |

## MOTION TO WITHDRAW APPEARANCE

Deanna D. Boll ("Boll"), counsel to Apex Clean Energy Holdings, LLC ("Apex"), pursuant to L. Civ. Rule 101.1(c)(5) and D.N.J. LBR 9010-2(b), hereby moves this Court ("Motion") for leave to withdraw the appearances of Boll and Darren Azman ("Azman"), an attorney admitted *pro hac vice* to represent Apex (together, "Movants"). In support of this Motion, Movants represent as follows:

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue, Tualatin, OR 97062.

1. On July 8, 2025, Boll filed the *Reservation of Rights of Apex Clean Energy Holdings, LLC and Certain of Its Affiliates to the Omnibus Motion of the Debtors for Entry of an Order (I) Authorizing the Rejection of Legacy Customer Contracts and (II) Granting Related Relief* [Docket No. 291] on behalf of Apex (the "Reservation of Rights").

2. Also on July 8, 2025, Boll filed the *Application for Admission of Darren Azman, Esq. Pro Hac Vice* [Docket No. 290]. On July 16, 2025, the Court entered the *Order for Admission Pro Hac Vice of Darren Azman, Esq.* [Docket No. 404].

3. On September 9, 2025, the Court entered the *Order Granting Debtors' Motion to Reject* [Docket No. 843], which addressed the issues raised in Apex's Reservation of Rights.

4. On December 1, 2025, the Court entered the *Findings of Fact, Conclusions of Law and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors* [Docket No. 1165]. The effective date of the *Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Powin, LLC and Affiliates Thereof and the Official Committee of Unsecured Creditors* occurred on December 5, 2025.[2]

5. Apex has no further need of representation in this matter.

6. In consideration of the above, Movants seek to withdraw their appearance in this matter.

7. Since Movants are not relying on any law in connection with the Motion, Movants believe that a memorandum of law as required by D.N.J. LBR 9013-1(a)(3) is unnecessary.

---

2 See Docket No. 1187.

**WHEREFORE,** Movants respectfully request that this Court enter an Order (in the form attached hereto): (1) granting the Motion; and (2) authorizing Boll and Azman to withdraw their appearances.

Dated: November 24, 2026

*/s/ Deanna Boll*

**MCDERMOTT WILL & SCHULTE LLP**
Darren Azman (admitted *pro hac vice*)
Deanna D. Boll (N.J. Bar No. 31861998)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Email: dazman@mcdermottlaw.com
dboll@mcdermottlaw.com

*Counsel to Apex Clean Energy Holdings, LLC*