**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004- 1(b)**

**MCDERMOTT WILL & SCHULTE LLP**
Darren Azman (admitted *pro hac vice*)
Deanna D. Boll (N.J. Bar No. 31861998)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email: dazman@mcdermottlaw.com
dboll@mcdermottlaw.com

*Counsel to Apex Clean Energy Holdings, LLC*

| | |
|---|---|
| In re: | Chapter 11 |
| Powin, LLC, *et al.*, | Case No. 25-16137 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**ORDER ON MOTION TO WITHDRAW APPEARANCE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Powin Project LLC [1583]; (ii) Powin, LLC [0504]; (iii) PEOS Holdings, LLC [5476]; (iv) Powin China Holdings 1, LLC [1422]; (v) Powin China Holdings 2, LLC [9713]; (vi) Charger Holdings, LLC [5241]; (vii) Powin Energy Ontario Storage, LLC [8348]; (viii) Powin Energy Operating Holdings, LLC [2495]; (ix) Powin Energy Operating, LLC [6487]; (x) Powin Energy Storage 2, Inc., [9926]; (xi) Powin Energy Ontario Storage II LP, [5787]; and (xii) Powin Canada B.C. Ltd. [2239]. The Debtors' mailing address is 20550 SW 115th Avenue, Tualatin, OR 97062.

Upon the Motion to Withdraw Appearance (the "Motion"), and the Court having reviewed the Motion and having determined that the factual bases set forth in the Motion establish just cause for the relief granted herein, and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1. The relief requested in the Motion is GRANTED.

2. The appearances of Deanna Boll and Darren Azman on behalf of Apex Clean Energy Holdings, LLC are hereby WITHDRAWN.