UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MCDERMOTT WILL & SCHULTE LLP
Darren Azman (admitted pro hac vice)
Deanna D. Boll (N.J. Bar No. 31861998)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email: dazman@mcdermottlaw.com
dboll@mcdermottlaw.com
Counsel to Apex Clean Energy Holdings, LLC

In Re:

Powin, LLC, et al.,

Debtors

| | |
|---|---|
| Case No.: | 25-16317 (MBK) |
| Chapter: | 11 |
| Adv. No.: | N/A |
| Hearing Date: | N/A |
| Judge: | Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, Deanna D. Boll :

☒ represent Apex Clean Energy Holdings, LLC in this matter.

☐ am the secretary/paralegal for ____________________________, who represents ________________________________ in this matter.

☐ am the ________________________ in this case and am representing myself.

2. On November 24, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
Motion to Withdraw Appearance

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 24, 2026

/s/ Deanna D. Boll
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| All parties registered to receive electronic notices via the CM/ECF system for the U.S. Bankruptcy Court for the District of New Jersey in this case | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other via CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Apex Clean Energy Holdings, LLC<br>120 Garrett Street, Suite 700<br>Charlottesville, Virginia 22902<br>Attn: Ken Young | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |